Darryl Dunsmore
(Name)

1173 Front St
(Address)

San Diego, Ca 92101
(City, State, Zip)

F177041 / A062737
(CDC Inmate No.)

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓  ProSe ___

FILED
MAR 2 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
## Southern District of California

Darryl Dunsmore
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

State of California, County of
San Diego, San Diego Sheriff's
Dept, Dept of Corrections,
Xavier Becerra,
Sheriff Gore, Doe,
(Enter full name of each defendant in this action.)

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**'20CV0406 AJB WVG**

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Darryl Dunsmore (print Plaintiff's name), who presently resides at 1173 Front St, San Diego Ca 92101 (SD CJ) (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at 1173 Front St SD Ca 92101 (SD CJ) (institution/place where violation occurred) on (dates) Ongoing (Count 1), _____ (Count 2), and _____ (Count 3).

§ 1983 SD Form
(Rev. 9/97)

K:\COMMON\EVERYONE\1983\1983FORM.CPT

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant __California__ resides in __California__,
             (name)                              (County of residence)
and is employed as a __State__. This defendant is sued in
                     (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __is responsible for upholding The Const__

Defendant __San Diego__ resides in __San Diego__,
             (name)                              (County of residence)
and is employed as a __a County__. This defendant is sued in
                     (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __is responsible for upholding The Const__

Defendant __San Diego Sheriffs__ resides in __San Diego__,
             (name)                              (County of residence)
and is employed as a __Sheriffs Dept__. This defendant is sued in
                     (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __is responsible for upholding The Const__

Defendant __Dept of Corrections__ resides in __San Diego__,
             (name)                              (County of residence)
and is employed as a __Dept of Corrections__. This defendant is sued in
                     (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __is responsible for upholding Const__

Defendant Gore, Xavier Baccera, Does Sheriff, Attorney General Responsible for upholding The const The law and policies of The States counties and Depts individuals & official

**Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them, if necessary.)

Count 1: The following civil right has been violated: Access to Courts
Due Process
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

I am a state prisoner being housed in County Jail and being Denied Meaningful access to The Court To prosecute My Collateral Attack as pro per Said action has and is causing an injury in Case 215653 See Appeal D074656 Causing me to serve a longer sentence than I would have otherwise about The Court violations plaintiff is suffering now and has complained of for years injury is Also happening To other pending actions by This denial of access including The Ability to prosecute those claims by refusal to provide Trust account processing for filing This Complaint

Count 2: The following civil right has been violated: __ADA Access__
(E.g., right to medical care, access to courts,
__Medical Care__.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

I am an ADA inmate in being Discriminated against Denied ADA Access to all programs My ADA Appliances, ADA Assistence Medical Diet, Shower, Eating, writing

I am totally Disabled with Severe Advanced Ankylosing spondylitis + partions other Disabilities Causing Loss of Arms + Hands walking etc.

Have been Denied shower for 90 days, Eating for 5 days Dependant Adult assistence for 20 days Causing Malnourishment Partical eating for 90 days and other Medical ADA Violations

Officials know of The Conditions and Medical Needs and Have failed to Provide or repair Shower ADA Access Causing Suffering under 8th Amendment Cruel + unusual punishment Severe Pain Development of Sores Skin infection Denile of Food Hygiene further loss of Mobility as ADA immune Suppressive am in Isolation Cell unable to use Public showers for medical Reasons

§ 1983 SD Form
(Rev. 9/97)

4

K:\COMMON\EVERYONE\1983\1983FORM.CPT

Count 3: The following civil right has been violated:_____
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☑Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _unable to provide_

Defendants: _____

(b) Name of the court and docket number: _____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?]
_Dismissed without Prejudice_

(d) Issues raised: _Meaningful access_

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☑Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

_Collateral Attack at all levels including Admin Grievances_

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): From Continuing Denile of Meaningful access of Prisoners housed in County Jail and nactment of Policy ADA Access.

2. Damages in the sum of $ 60 Million

3. Punitive damages in the sum of $ 60 Million

4. Other: Wauve proper filing of This Complaint Treble damages

### F. Demand for Jury Trial

Plaintiff demands a trial by ☐ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below. Failure to either consent to proceed before a magistrate judge or request designation of a district judge will be deemed a consent to proceed before the magistrate judge.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

2/27/20
Date

Signature of Plaintiff

Darryl Dinsmore
19777041 MOB-20
SDCJ
1173 Front St
San Diego Ca 92101

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darryl Dinsmore<br>Plaintiff<br><br>v<br><br>State of California,<br>County of San<br>Diego, San Diego<br>Sheriff's Dept,<br>Dept of Correction,<br>Xavier Becerra,<br>Sheriff Gore, Doe<br>Defendants | Case # _____ |

## Motion for further Relief Modification of Judgments

The Defendants above have failed or

1982

refuse to follow injunctive order of the Court in Gilmore v Lynch (ND Cal oct 11 1972) case # 45878 (order Directing Adoption of regulations to implement previous order Granting relief)

Plaintiff Complains Defendants have and are Denying him Meaningful access as a state prisoner while housed in county Jail and his ability to Maintain Collateral Attack Causeing injury to his claims and The Serveing of a longer sentence in Case 215653 See Appeal Decision D074656 Violateing petitioners 14th, 6th and 1st Amendment right to Due process

Petitioner Motions for further relief so he can prosecute his claims by further order for Defendants to provide Meaningful Access while housed in county Jail and The adoption of policy enforceing such state prisoner rights and immediate Access to proper Status and law library

I Declare under penalty of perjury under The laws of The State of California The foregoing is True 2/27/20

2 of 2

## Proof of Service

I Daryl Dunsmore state and Declare I am further unable to prosecute service Due to these constitutional violation and Motion the Court to perfect service on the Defendants

I personally served the Defendants by Motion of the Court at 880 Front St San Diego Ca 92101

I Declare under penalty of perjury under the laws of the State of California the foregoing is true

2/18/20

Daryl Duignano
1977704 MR8 20
SDCA
1173 Front St
San Diego Ca 92101

UNITED STATES SOUTHERN DISTRICT
COURT STATE OF CALIFORNIA COUNTY
OF SAN DIEGO

The People of The
State of California
Plaintiff's respondents

Case # 0074656

V

Daryl Duignano
Defendant & Appellant

Ex Parte Motion
for Reasonable
Accommodations
CRC 1.100

Petitioner Motions for reasonable
accommodation by This Court as an ADA inmate
under Armstrong and Deluna under 51 est Civil
Code of California Cal Rules of The Court 1.100

1 of 5

Petitioner Complains that Not only is his Meaningful access being obstructed but Also his ADA Access to The Courts by San Diego County Jail, Office of Assigned Counsel, Appellate Defenders inc and The Superior Court as Supported by the filing of Writ of Habeas in Federal Court 3:20-cv-00310-MMA-MSB

(1) An order to The San Diego County Jail To provide Meaningful access Afforded State Prisoners according to The injunctive order in Gilmore v Lynch (ND Cal oct 16 1972) Case #45878 (order Directing Adoption of Regulations to implement previous order granting relief)

(2) An order for ADA Access to Copying and or writing assistance for Appropriate Briefing in This Court and or The use of Electronic devices to accomplish such tasks and to be immediately provided his ADA hand Appliances to assist in such tasks

2 of 3

③ That Petitioner be granted an extention and the filing of a late extention for showing of good cause appearing in 1, 2 of both obstruction of meaningful access and denile of ADA access to the courts

So petitioner can file motions and brief matters in this court associated with this case 0074656 and 0075672

④ That the court order service of this motion by federal Marshal or the Clerk on other papers until the above remidies are met which obstruct the Ability of petitioner to perform

I declare under penalty of perjury under the laws of the state of california the foregoing is true

2/27/20                                    D.A.D.

3. § 3

Dunsmore
19770041 MOB 2.0
SDCJ
1173 Front St
San Diego Ca 92101

Clerk
Southern Dist
Court House
880 Front St
San Diego Ca 92101

MAR 02 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED


