Darryl Dunsmore
PLAINTIFF/PETITIONER/MOVANT'S NAME

1977041
PRISON NUMBER

San Diego County Jail
PLACE OF CONFINEMENT

1173 Front St San Diego Ca 92101
ADDRESS

**FILED**
Mar 23 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ JenniferS  DEPUTY

# United States District Court
## Southern District Of California

Darryl Dunsmore
Plaintiff/Petitioner/Movant

v.

State of California, San Diego County, San Diego Sheriffs Dept, Dept of Corrections Gore, Xavier Becerra
Defendant/Respondent

Civil No. 3 20 CV 0406 AJB WVG
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Darryl Dunsmore,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No  (If "No" go to question 2)
    If "Yes," state the place of your incarceration  San Diego County Jail/chef
    Are you employed at the institution?  ☐ Yes ☒ No
    Do you receive any payment from the institution?  ☐ Yes ☒ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                                                                     I:\Everyone\1983\_IFP-form.wpd

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _2001_
   _Central Costing flower st Las angeles_

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance             ☐ Yes ☒ No
   d. Disability or workers compensation                ☐ Yes ☒ No
   e. Social Security, disability or other welfare      ☐ Yes ☒ No
   e. Gifts or inheritances                             ☐ Yes ☒ No
   f. Spousal or child support                          ☐ Yes ☒ No
   g. Any other sources                                 ☒ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _Froud  100$  nothing_
   _Bankrupt_

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed?_____

# CDCR
## Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| AD6237 | DUNSMORE, DARRYL | CHCF | D 303B1 | 112001 |

**Current Available Balance:** $0.00

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|

**No information was found for the given criteria.**

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount | | |
|---|---|---|---|---|

**No information was found for the given criteria.**

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblig | Current Balance |
|---|---|---|---|---|
| PLRA | CV-11-7141 JSL (JCG) | $350.00 | $0.00 | $309.00 |
| PLRA | 3:11-CV-00083-IEGWVG | $455.00 | $0.00 | $444.00 |
| PLRA | CV-11-07141-DOC-JCG | $455.00 | $0.00 | $453.99 |
| DAMAGES - STATE PROPERTY | DESTROYED MATTRESS | $38.80 | $0.00 | $38.80 |
| PLRA | 2:11CV07141-DOC-JCG | $455.00 | $0.00 | $448.28 |
| INTIAL PLRA | 2:11CV07141-DOC-JCG | $6.72 | $0.00 | $6.68 |
| COPY CHARGES | 012413 | $0.90 | $0.00 | $0.90 |
| DAMAGES - STATE PROPERTY | STATE PROPERTY | $46.25 | $0.00 | $46.25 |
| PLRA | 12-CV-1936 JAH | $350.00 | $0.00 | $350.00 |
| COPY CHARGES | 120613 | $68.00 | $0.00 | $68.00 |
| COPY CHARGES | COPIES 11/25/14 | $17.10 | $0.00 | $17.10 |
| DAMAGES - STATE PROPERTY | REPLACE WINDOW | $385.00 | $0.00 | $385.00 |
| COPY CHARGES | COPIES 03/18/15 | $2.10 | $0.00 | $2.10 |
| REGULAR MAIL | POSTAGE 3/26/15 | $0.90 | $0.00 | $0.90 |
| REGULAR MAIL | POSTAGE 3/26/15 | $1.11 | $0.00 | $1.11 |
| REGULAR MAIL | POSTAGE 4/20/15 | $0.69 | $0.00 | $0.69 |
| REGULAR MAIL | POSTAGE 4/23/15 | $0.48 | $0.00 | $0.48 |
| REGULAR MAIL | POSTAGE 4/23/15 | $0.48 | $0.00 | $0.48 |
| REGULAR MAIL | POSTAGE 5/2/15 | $0.48 | $0.00 | $0.48 |
| REGULAR MAIL | POSTAGE 5/4/15 | $0.48 | $0.00 | $0.48 |
| REGULAR MAIL | POSTAGE 5/7/15 | $6.00 | $0.00 | $6.00 |
| COPY CHARGES | COPIES 05/21/15 | $64.70 | $0.00 | $64.70 |
| COPY CHARGES | COPIES 06/03/15 | $32.80 | $0.00 | $32.80 |
| COPY CHARGES | MED REC 7/10/15 | $2.50 | $0.00 | $2.50 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY: R. Dixon
TRUST OFFICE

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes   ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. __None__

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): __Restitution The State__

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): __N/A   Inmate Trust account__

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. __The State indigency fund__

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

__3/18/20__
DATE

__[signature]__
SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Darryl Dunsmore__,
(NAME OF INMATE)

__1977041 / A06237__,
(INMATE'S CDC NUMBER)

has the sum of $ __0__ on account to his/her credit at _____

__San Diego County Jail / CHCF__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __0__,

and the *average monthly deposits* to the applicant's account was $ __0__.

ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__3/17/20__
DATE

__John Dixon K__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Dixon John K__
OFFICER'S FULL NAME (PRINTED)

__CCII__
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, _____Daryl Dunsmore_____, request and authorize the agency holding me in
(Name of Prisoner/CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_____3/17/20_____                    _____Daryl Dunsmore_____
         DATE                              SIGNATURE OF PRISONER

Darryl Dunsmuir
19717am Magnolia
SDCJ
1137 Front St.
San Diego Ca 92101

US DISTRICT COURT SOUTHERN DISTRICT
of CALIFORNIA County of SAN DIEGO

Darryl Dunsmuir          Case #
   Plaintiff
                              URGENT
        v
The People of The
State of California,
Govt
Defendant

Motion for Civil
Contempt and
Application for
Performance Rule
70 federal rules
of Civil Procedure

According to Rule 70 Plaintiff Moves for enforcement of injunctional order (1972) for Meaningful access Gilmore v. Lynch (1974) (9th Cir. ) in Tory v. Cochran 45818

Plaintiff's Case 215453 has been injured causing Plaintiff to serve a longer sentence than he would otherwise serve as supported by Hopkins Sebastian 0071616 has injured Case 37-2018-00037606 CU-PN-CTL by causing Dismissal as injuring 0076678 by causing Plaintiff to be unable to brief and serve Respondents. Plaintiff Motions for relief and the vestment of Title of Sheriff be removed from Gore and invested in another if the injunction order and Denial of Meaningful Access continues to be Denied or other relief the Court May Deem appropriate According to Rule 70 and the Clerk Serve the Respondents

I Declare under penalty of perjury under the laws of the state of California the foregoing is true

3/4/20

Darryl Dunsmore, 19777041
San Diego Central Jail
1173 Front Street, 3/MED
San Diego, CA 92101

LEGAL MAIL

RECEIVED

United States
District Court
Southern District
333 West Broadway
Ste 420
San Diego, Ca 92101

San Diego PDDC 92199
FRI 20 MAR 2020 PM

MC 3926