# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Anthony J. Battaglia

| FROM: J. Simmons, Deputy Clerk | RECEIVED DATE: April 10, 2020 |
|---|---|
| CASE NO. 20-cv-00406-AJB-WVG | DOC FILED BY: Darryl Dunsmore |
| CASE TITLE: Dunsmore v. State of California et al | |
| DOCUMENT ENTITLED: Motion to Proceed IFP | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: Moot. Duplicate of Motion to Proceed IFP filed 3/23/2020 (ECF No. 3) was GRANTED on 4/6/20 (ECF No. 4). Complaint was dismissed per 28 USC § 1915(e) & 1915A on 4/6/20.

*To proceed, Plaintiff must file Amended Complaint within 45 days of 4/6/20 Order.*

Date Forwarded: April 13, 2020

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☒ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: April 14, 2020    CHAMBERS OF: The Honorable Anthony J. Battaglia

cc: All Parties    By: Judge Battaglia's Chambers