# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Anthony J. Battaglia

| FROM: J. Simmons, Deputy Clerk | RECEIVED DATE: June 19, 2020 |
|---|---|
| CASE NO. 20-cv-00406-AJB-WVG | DOC FILED BY: Darryl Dunsmore |
| CASE TITLE: Dunsmore v. State of California et al | |
| DOCUMENT ENTITLED: Declaration | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: Case closed per Order dated 4/6/2020 (ECF 4)

Date Forwarded: June 22, 2020

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. **Please file as Motion for Extension of Time to File First Amended Complaint** |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: [Date]             CHAMBERS OF: The Honorable Anthony J. Battaglia

cc: All Parties          By: SJR/PSLC