Darryl Dunsmore M08-5
1173 Front St
San Diego Ca 92101

NUNC PRO TUNC
6/19/2020

**FILED**
Jun 22 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ JenniferS    DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore                    Case # 3:20-cv-0406-AJB-WVG
Plaintiff
  v
State of California
et al
Defendants

## Declaration

I Darryl Dunsmore state and declare That due to obstruction by The Defendants I gave The Amended Complaint with The Attached Order to Correct and Amend The Complaint with in 45 Days To My Litigation Attorney Handling separate litigation To Copy and Timely file

1 of 2

I timely gave the Amended Complaint to Attorney Ken Karan Esq 2907 Shelter Island Dr ste 105-215 San Diego Ca 92106-2743 (760) 420-5488 who failed to file The Amended Complaint and lost it.

For Good cause plaintiff motions for Relief and an Additional copy of the order, the original Complaint and a new Blank amended Complaint; along with additional time to file.

Plaintiff further Declares That The Defendants continue to obstruct legal access and therefore plaintiff request a Second copy of The requested Documents Above in order to Hand write additional copy for plaintiffs record.

I Declare under penalty of perjury under the laws of the State of California The foregoing is True

6/16/20      D-MD—

2 of 2

Dashawn Patton AOB-5
SDCJ
1173 Front St
San Diego CA 92101

1-6



SAN DIEGO CA 920
18 JUN 2020 PM 5 L

Clerk
United States District Court
Southern District of California
333 West Broadway
Ste 420
San Diego CA 92101

92101-380620



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013

MW 0568 6/16/20