

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore

**Plaintiff,**

V.

State of California, et al

**Defendant.**

FILED

2020-07-23

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: J. Mueller, Deputy

**Civil No.** 20cv00406-AJB-WVG

**STRICKEN DOCUMENT:**
Amended Complaint

**Per Order #    18**

11