# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Anthony J. Battaglia

| FROM:  J. Simmons, Deputy Clerk | RECEIVED DATE:  July 10, 2020 |
|---|---|
| CASE NO.  20-cv-00406-AJB-WVG | DOC FILED BY:  Darryl Dunsmore |
| CASE TITLE:  Dunsmore v. State of California et al | |
| DOCUMENT ENTITLED:  Declaration by Ken Karan and Exhibits | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: Filer not a party to the case

Date Forwarded:  **July 13, 2020**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  July 17, 2020          CHAMBERS OF:  The Honorable Anthony J. Battaglia

cc: All Parties          By:   SJR/PSLC