Darryl Dunsmore
19777 Ous Mob-5
1173 Front st
San Diego Ca 92101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore
Plaintiff

Case # 3:20-cv-00406-AJB WVG

v.

State of California
et al
Defendants

**FILED**
Jul 17 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ danieln1   DEPUTY

NUNC PRO TUNC
7/13/2020

Declaration

① I Darryl Dunsmore state and Declare That I have attempted To schedule a Motion hearing Date with The Clerk according to The rules of The Court but The clerk has failed or refused to schedule such hearing date Denying Plaintiff his constitutional right to redress The Government for Grievances effectively impeding The Plaintiff From

1 of 2

Pursuing his causes of actions and infringing on his right to a remedy at law for a wrong

② That unless The Court orders The Clerk to provide a Motion hearing date plaintiff will be denied That right

③ That two Complaints have been filed and That The original has been found and is being re-mailed, Named First Amended Complaint and one named Amended Complaint

④ That Amended Complaint be stricken and The First Amended Complaint The one filed

## Conclusion

Direct The Clerk To provide a Motion hearing date for The plaintiff, strike The Amended Complaint, file The First Amended Complaint

I declare under penalty of perjury under The laws of The State of California The foregoing is true.

7/15/20

DJD

2 of 2



Dushawn Moss
SDC 1977704
1173 Front St
San Diego CA 92101

Legal

DC 5051

Clerk
US District Court
Southern District
333 West Broadway
Ste 420
San Diego CA 92101

CLERK US DISTRICT COURT
JUL 17 2020
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED