UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br>Inmate Booking No. 19777041,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br><br>STATE OF CALIFORNIA; SAN DIEGO COUNTY; SAN DIEGO SHERIFF'S DEP'T; DEPARTMENT OF CORRECTIONS; GORE XAVIER BECCERA; ATTORNEY GENERAL,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 3:20-cv-00406-AJB-WVG<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION TO STRIKE AMENDED COMPLAINT [ECF No. 15]; and**<br><br>**(2) DIRECTING CLERK OF COURT TO FILE AMENDED COMPLAINT; MOTION FOR CIVIL CONTEMPT; MOTION TO APPOINT COUNSEL; MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [ECF No. 13]** |

**I.　Procedural History**

On March 2, 2020, Darryl Dunsmore ("Plaintiff"), currently housed at the San Diego Central Jail located in San Diego, California, and proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. (*See* Compl., ECF No. 1.) In addition, Plaintiff filed a Motion to Proceed In Forma Pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a). (*See* ECF No. 3.)

On April 6, 2020, the Court GRANTED Plaintiff's Motion to Proceed IFP and simultaneously DISMISSED his Complaint for failing to state a claim upon which relief could be granted. (*See* ECF No. 4.) Plaintiff was granted leave to file an amended pleading in order to correct the deficiencies of pleading identified in the Court's Order. (*See id.*)

On July 1, 2020, Plaintiff filed his First Amended Complaint ("FAC"). (*See* ECF No. 11.) In addition, to his FAC, Plaintiff submitted a declaration from Ken Karan[1], an attorney who declares that he personally met with Plaintiff on April 21, 2020. (*See id.*, ECF No. 11 at 18.) Karan declares that Plaintiff asked him to mail an amended pleading in this matter on his behalf and he "personally put the amended complaint in an envelope and mailed it to this Court with first class postage pre-paid" on or about April 22, 2020. (*Id.*) However, he notes that a review of the Court's docket indicates that the amended complaint had not been filed. (*Id.*)

On July 17, 2020, Ken Karan submitted a second declaration in which he indicates that he was incorrect in his previous declaration and in fact, he had not previously mailed Plaintiff's amended pleading which he recently discovered while "moving file boxes." (Karan Decl, ECF No. 13 at 1.) Karan attaches as an exhibit the "true and correct original of the amended complaint Mr. Dunsmore is attempting to file." (*Id.* at 2.) Also attached to Karan's second declaration is a "Motion for Civil Contempt," "Motion for Appointment of Counsel," "Motion for Temporary Restraining Order and Preliminary Injunction," along with a "First Amended Complaint." (*Id.* at 3-26.)

On July 17, 2020, the Plaintiff filed a motion to strike the amended complaint filed on July 1, 2020 and asks that the Court file the First Amended Complaint ("FAC") attached to Karan's second declaration be filed as his amended pleading.

---

[1] Karan has not submitted a substitution of attorney in this matter and thus, it does not appear that Karan is representing Plaintiff in the matter before this Court.

## II. Conclusion and Order

**For the reasons set forth above, the Court:**

GRANTS Plaintiff's Motion (ECF No. 15) and directs the Clerk of Court to STRIKE the amended complaint filed on July 1, 2020 (ECF No. 11).

**It is further Ordered that:**

The Clerk of Court is directed to file Plaintiff's First Amended Complaint, *see* ECF No. 13 at 17-26, Motion for Civil Contempt, *see* ECF No. 13 at 3-4, Motion for Appointment of Counsel, *see* ECF No. 13 at 5-6, and Motion for Temporary Restraining Order and Preliminary Injunction, *see* ECF No. 13 at 7-16 as separate entries in the Court's docket.

**IT IS SO ORDERED**.

Dated: July 22, 2020

Hon. Anthony J. Battaglia
United States District Judge