Darryl Dunsmore
(Name)
1173 Front St
(Address)
San Diego Ca 92101
(City, State, Zip)
19777041
(CDC Inmate No.)

**FILED**
Jul 23 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ JenniferS   DEPUTY

# United States District Court
## Southern District of California

Darryl Dunsmore,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

State of California, Gavin Newsom
San Diego County Faulconer, Bill Gore
Office of Assigned Counsel Michael
Garcia, Jackie Braden, Craig Leff
Xavier Becerra
John Doe Steel
(Enter full name of each defendant in this action.)

Defendant(s).

Case No. 3-20-CV-00406-AJB-WVG
(To be supplied by Court Clerk)

**FIRST AMENDED**
Complaint under the
Civil Rights Act
42 U.S.C. § 1983

URGENT

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff,

(print Plaintiff's name) Darryl Dunsmore, who presently resides at
1173 Front St San Diego Ca 92101 (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at San Diego County Jail (institution/place where violation occurred) on (dates) 12/16 Thru (Count 1), and 4/15/20 (Count 3)
ONGOING

§ 1983 SD Form
(Rev. 2/05)

2. **Defendants**: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **Gavin Newsom** (name) resides in **California** (County of residence), and is employed as a **Governor** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **As Govern of The State of California has enacted or Disregaurded The Const or Laws Causeing injury to Plaintiff supported Harmful Policies.**

Defendant **Bill Gore** (name) resides in **San Diego** (County of residence), and is employed as a **Sheriffs** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Is sheriff of San Diego and supported policies That are Contrary to law + Const failed to train supervise Employees Resulting in injury to Plaintiff**

Defendant **Kevin Faulconer** (name) resides in **San Diego** (County of residence), and is employed as a **Mayor** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Is Mayor of San Diego has supported policies That are Contrary to law + const failed to train Supervise employees causeing injury to plaintiff.**

Defendant **Micheal Garcia** (name) resides in **San Diego** (County of residence), and is employed as a **DIRECTOR OAC** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Has Directed County Jail employees to obstruct Court access in violation of plaintiff Const Right to Meaningful access To The Court**

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **Xavier Becerra** resides in **California**,
(name) (County of residence)
and is employed as a **Attorney General**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Is violating the 1972 Gilmore v Lynch injunction through fraud by failing to establish meaningful access to the Court in county jail San Diego.

Defendant **Jackie Brearley** resides in **San Diego**,
(name) (County of residence)
and is employed as a **Pro Per Admin**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Directed jail employees to deny plaintiff Pro Per Court access obstructing meaningful access to Court in violation of Const.

Defendant **Craig Leff** resides in **San Diego**,
(name) (County of residence)
and is employed as a **Public Defender**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Is acting as counsel despite conflict of interest in order to provide ineffective assistance and deny plaintiff relief and protect self from liability.

Defendant **San Diego** resides in **San Diego**,
(name) (County of residence)
and is employed as a **County Municipal**. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Has allowed elected officials to violate the law and Const causing injury to plaintiff.

2. **Defendants**: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant __California__ resides in __California__,
          (name)                                      (County of residence)
and is employed as a __State__. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __Has allowed elected officials to violate the law and const injuring plaintiff__.

Defendant __John Doe__ resides in _____,
          (name)                                      (County of residence)
and is employed as a _____. This defendant is sued in
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____.

Defendant _____ resides in _____,
and is employed as a _____. This defendant is sued in
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____.

Defendant _____ resides in _____,
and is employed as a _____. This defendant is sued in
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: <u>right To Medical Care</u>
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

The State of California and The County of San Diego have established Policy or law which violates Plaintiffs right To Medical Care by establishing best practices policy which Contradicts existing constitutional standards and laws UPON Transfer and Admission To San Diego County Jail My ADA Appliances were confiscated and Many have not been returned or Substituted My Medical Diet Discontinued My Diabetic insulin injections Discontinued My ADA Chronos for assistance ignored My Chrono for Personal Shower ignored Plaintiff was Placed in an Isolation Cell which plaintiff Came from at California Health Care facility Because I am on auto immune suppression Therapy High risk Medical, Totally Disabled Due To Ankylosing Spondylitus and Parkisons

Although Their is a Shower in The cell Employees under The Supervision of Bill gore Have Failed or refused To repair or Maintain said Shower and refuse To do So even Though Plaintiff came with Medical Directive and Chronos for said Shower Due To ongoing

§ 1983 SD Form
(Rev. 2/05)

3

5 of 22

Risks of Skin infections when plaintiff uses Public Restrooms and showers which Jeopordize Plaintiffs Aoto immune suppression Therapy and can cause The Death of Plaintiff Despite This knowledge by employees under The supervision of Bill Gore have attempted to entice Plaintiff into public showers and have refused To Turn on Personal Shower. For 120 days Plaintiff has been Denied a Shower and appropriate Hygiene Grievances are ignored internal Affairs coorespondence ignored

    Upon Arrival at San Diego County Jail My ADA Appliences were Confiscated and only My eating spoon was provided I Have Hand appliences because The loss of use of Arms and Hands without such appliences I need assistance To Eat, write, Brush teeth etc or Lower My self To eat like an animal

    Because My Medical Diet was Discontinued I was forced To use My ADA spoon To prepare Items to Safely eat Because I have Dsyphia and I am at risking of choking on Food

Count 1

I ended up Breaking my spoon and was forced to eat like an animal for atleast 30 days Because staff could not replace my spoon I ended up choking on my food I pushed The emergency Button on The wall and Discovered said button was noperable Broken. staff Found me choking on The floor Assisted Me up placed Me in my Bed and told me if I did That again They would Put me on suicide watch. I Complained About my spoon broken and other Hand appliences and They finally placed an order for These Items I ended up repairing my spoon by Breaking my water pitcher Handle using a paperclip, Homemade tape and Plastic Homemade string so I could Prepare my food to Safely eat another 30 days passed and finally The replacement spoon arrived but it was for babies and inadequate for my use because it was too small I am still forced to use my repaired spoon and my Medical Diet Denied

On several occassions I requested Assistance Because I have Said Chrono For Daily assistance again I was Threatened To be placed on Suicide watch which prompted me to fix my spoon Somehow

Under The welfare and institutions code I on a Developmentally Disabled adult and Have Difficulty communicating and staff under The supervision of Bill gore take advantage of plaintiff and often abuse him because of plaintiffs inability to articulate his concerns for relief

Threatening me with psycotropic Meds or The rubber room because plaintiff often has what They wish To Or even tantrums Because plaintiff is forced to act out after suffering abuse in order To call The Attation of a Supervisor in order to end abuse by staff Because greivances are ignored or Disgarded

Plaintiff came with a 3 tier locker shelf chrono and a grabber and a chrono Concerning restricted lifting

Count 1

Both Items have been Denied and plaintiff Has been force to have all his Personal Items on The floor Said activities cause a tear in plaintiff stomach of which The Doctor stated was a lateral Hernia Reasonable Medical Care for a lateral Hernia is prompt Surgical intervention when plaintiff Complained He was again Threatened with Rubber room Then another Dr gave Different opinion and Gave me Belt to hold stomach in Because it Bulging out Belly Button Causeing ntunal pain in groin

Said Best Practices Supported by B.11 Coore are unconstitutional and Deprive Plaintiff of reasonable Medical Care, Deny accountability have and are injureing plaintiff both physically and Mentally are a Violation of P.C. 2651, 2652, 2653, 147, 2650, 673 368, 2656 Plaintiff has made abuse Allegation to Dr and Dr has failed To follow Procedure under PC 11160 and file report Dr has failed to follow procedure in P.C. 2656 and return ADA Appliance or Provide Document for Petition to Court for return of ADA Appliances

Count 2: The following civil right has been violated: __Meaningful access to Court__
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Plaintiff is a state prisoner and has been engaged in Collateral litigation concerning his sentence and entitled to Meaningful access to The Court Plaintiff was Transfered To San Diego County Jail with 17 boxes of litigation upon arrival SDT Sipperly Confiscated all my Legal Material My ADA writeing utinsils and with held Them from me for 90 days effectively Destroying my Collateral attack litigation Plaintiff has complained of Obstruction of The Court for 10 years atleast by both county and state in violation of previous injunction order Gilmore V Lynch (ND OCT 16 1972) in That order Defendants agreed To The injunction order Concerning Meaningful access but by Fraud have failed to perform Those duties and in fact indulged in complete Denile of plaintiff Const right to Meaningful access while in County Custody To Copying Services Mail services Legal research services Complaint forms, Habeas unless you are Deemed Pro Per only on your criminal case and only if The Court approves Denile of Trust Statements in order To obtain pro per status by The Court Then Denile of Pro Per Status anyways Plaintiff was finally

Count 3: The following civil right has been violated: __ADA DISCRIMINATION__

Granted relief in Appeal D074656 on Reversal of Case 215653 acknowledging Plaintiff has been suffering an illegal sentence which resulted in plaintiff suffering a longer sentence Then authorized

Plaintiff was Denied Timely Due process on Remand in case D07645 for 7 years and for 8 years Plaintiff has raised The obstruction of Court access in case 215653 HSC 11201 as well as The illegal sentence and further raised it in actions to The Dist Court. Said obstruction has injured Case 215653 D074656 Denying plaintiff of Due process rights he was otherwise entitled Too Motion for New trial Motion to vacate, Motion for exculpatory Discovery, objections Etc of which no counsel wishes to address after 13 years Nor The Court leaving Plaintiff to litigate for himself on Collateral attack

Elective official B.H Gore, Gavin Newsum Xavier Becerra, Kevin Faulconer are all aware of Plaintiffs Const right To Meaningful access and have failed or refused to Supervise

Count 2

Train, Develope policies for County facilities According to The 1972 injunction order The Cal Const and The United States Const have fraudulently mislead The Courts Concerning Their adherence To The 1972 injunction order

Instated policies To undermine Const Due Process rights and meaningful access To The Courts and plaintiffs Const Habeas rights further injuring each and every Collateral attack by Causeing The wrongful Dismissial of each action That argue The meritious claim now reconised in case D074656

Every Habeas filed under 11201 or 215653 or other Desigated Number totaling atleast 22 state Habeas But Not limit too

Every civil action 37-2018 00037606 CU PN-CTL Not limit To This case The Defendants in Case 37-2018-00037606-CU-PN-CTL office of Assigned Counsel Micheal Garcia, Craig Leff, Jackie Braden are under The Supervision of The elected officials above who over see The Pro Per Services for The Court Directed employees of The San Diego County Sheriffs Dept to

Deny Plaintiff all legal access by order of Defendant Micheal Garcia Dir of OAC Through and by Jackie Bricker of OAC The Defendants also named in This Complaint Then re assigned Counsel Craig Left to my re sentence case who clearly has a Conflict of interest and was clearly in effective in previous sentencing which resulted in The reversal Case D074656

The Defendants Continue to obstruct My Court access even Though This case is now Deemed pro per and This court has notified The watch commander of Such Denying Plaintiff The ability to Articulate This claim and most likely resulting in another Dismissial The Defendants further Denied Plaintiff his ADA Pencil or other means To correspond with The Courts Only Because Plaintiff was able to finally adapt and Construct one is plaintiff Now able to write to The Courts

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

On Arrival To The San Diego County Jail all my ADA Appliances were taken many have not been returned or replaced Plaintiff is being kept in basically administrative segregation on The Basis of his Disabilities 24 hr 7 days a week denied all programming work opportunity, education, Yard maybe once a month, shower Hygiene Because he has Disabilities That require him do be housed in Medical room and Assistance needs Dressing etc and That he is High Risk On April 3 2020 Defendant Bill Gore Admitted in a union Tribune Article and was notified by Contractual agencies That Best practices are harming high risk medical patients and That such actives for High risk Patients are Discriminating and yet has failed or refused To Direct order train Develope programming That does not Discriminate against High risk patient such as plaintiff Plaintiff Complains he should be afforded The Same programming regaurdless of Housing Furthermore The Violation by employees who Took plaintiff ADA Devises contrary to Penal Code 2656 Have Caused injury.

**D. Previous Lawsuits and Administrative Relief**

§ 1983 SD Form
(Rev. 2/05)

5

16 of 22

to The plaintiff by way of a Hernia or other injury causeing plaintiff to suffer undere physical Pain Mental Health Trama n violation of P.C. 368, 2652, 2653

Bill Gore Has failed or refused to Train Supervise The Maintance of of The San Diego County Jail emergency Botton n Cell 20 3rd floor causeing plaintiff to be Denied Prompt Medical Attation from Choking which resulted from The n ability refusal or Denile of employees under his care to replace ADA Spoon which still has not been replaced

Employees have failed or refused to return or replace ADA writeing nstrument resulteing n dismissal of Collactoral attack Cases Habeas petition, civil litigation

Employees under Bill Gore have failed or refused To provide ADA Toothbrush Denying Plaintiff Dental Hygiene

Employees under Bill Gore have failed or refused to provide ADA Shower Causeing Plaintiff to be Denied physical Hygiene

for 120 days and Have attempted to jeopardize his Auto immune suppression Therapy with use of public Showers contrary to Medical Documentation

Employees under B.H Gore have refused or failed to Provide ADA stuffing and His grabber resulting in a tear in my Stomach, Hernia or other injury and refuse appropriate Medical attention for injury

Employees refuse to provide ADA assistance and have Threaten plaintiff with The rubber room or Suicide watch for requesting

Plaintiff is Denied sheets for his bed The vynal on The Bed is deteriorated soiled and is unable to be Disinfected Plaintiff at no time has presented Himself to be a Danger to himself or other or used any devise To Justify The taking of Sheets or any ADA Devise or acted in a rude Manner to staff To Deny him Assistance Services

Doctors under The policy of Best practices supported by Bill Gore are in violation of The law and Court failing to provide form according to PC 2656 To Address The Court for return of Appliances refuse to file Dependant-adult abuse reports concerning allegations by plaintiff per PC 11160

(d) **GROUND FOUR:**
Cruel + unusual Punishment
Deliberate indifference

**Supporting FACTS:**

The supporting facts are outlined in Counts 1-3. Through Best practices Bill Gore he's allowed and is allowing the cruel + unusual punishment of plaintiff already resulting in injury, pain suffering premature progression of pre existing conditions Mental Anguish Despite acknowledging publicly that such practices have been and are causing premature Death and injury to high risk patients such as plaintiff and has failed to take emergency actions indifferent to the possible Death or further injury to plaintiff

**Did you raise GROUND FOUR in the California Supreme Court?**

☒ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): All

(2) Case number or citation: UNAVAILABLE

(3) Result (attach a copy of the court's opinion or order if available):
Obstruction

CIV 68 (Rev. Jan. 2006)  -9-  cv

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: Darryl Dunsmore
Defendants: OAC Michael Garcia Gray Left John Doley
(b) Name of the court and docket number: Superior court

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?]
Pending Amendment
(d) Issues raised: Misrepresentation Fraud in effective Assistance

(e) Approximate date case was filed: 2018
(f) Approximate date of disposition: Pending Amendment

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. Grievances to all levels including state claim and internal affairs

E.  **Request for Relief**

Plaintiff requests that this Court grant the following relief: Denying Pro Per Library access

1. An injunction preventing defendant(s): obstructing Meaningful access Denial of ADA Appliances Denial of reasonable Medical including prompt Surgical intervention for injury, to Stomach Not Repair room Shower

2. Damages in the sum of $ 60,000,000.00

3. Punitive damages in the sum of $ 60,000,000.00

4. Other: Trebble damages Defendants know Plaintiff to be a Dependant adult

F.  **Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

G.  **Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

_____    _____
Date                      Signature of Plaintiff