Darryl Dunsmore
1977041 MOB 20
SDCJ
1173 Front St
San Diego Ca 92101

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore
Plaintiff

State of California
John Doe Et al
Defendants

Case # 3-20-CV-00406-AJB-WVG

URGENT

## Motion for Civil Contempt

Declaration:

I Declare The watch commander was order by this court concerning Pro Per status and that such status continues to be denied. Me That the Superior Court on 12/16/19 ordered Medical Care Needs to be met and that such Const orders continue to be refused and rejected violating plaintiffs Civil Rights

1 of 2

Plaintiff is a Dependant adult and Developmentally Disabled and is suffering ADA Discrimination and Dependant adult abuse That plaintiff has complained for years to This court while The court continues to Allow The Defendants to abuse an injure The plaintiff causeing further Debilitation All The while Punishing plaintiff monitaryly for attempting to protect his health and Safty

Denying plaintiff relief it knows he entitled too Simply because plaintiff does Not have The cognative abilities to articulate The action and personally plaintiff believes even if properly articulated The corruption of The court would prevent relief and The Court would be completely Satisfied If The plaintiff would Just Die already and Be Thrown n The trash!

I Declare under penalty of perjury under The laws of The State of California the foregoing is true

4/5/20

2 of 2