Darryl Dunsmore
1977704 Mod-20
1173 Front St
San Diego Ca 92101

FILED
Jul 23 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ JenniferS   DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore
Plaintiff

v

State of California
John Doe et al
Defendants

Case # 3-20-CV-00406-AJB-WVG

URGENT

## Motion for Appointment of Counsel

Declaration:

I Darryl Dunsmore state and declare I am a Developmentally Disabled Adult according to the welfare an institutions code and requests appointment of Counsel in preparing the Amended Complaint That Due to Defendants actions said order of

1 of 2

The court is not obtainable without said Appointment including The Defendants actions which are Debilitating The plaintiff I further Declare I am totally Disabled with Loss of use of Arms and Hands and That Preparing written Context is extremely painful and Difficult That Plaintiff is a Dependant Adult with in The meaning of P.C. 368

I Declare under penalty of perjury under The Laws of The State of California the foregoing is true

4/15/20