Daryl Dunsmore
1977104L MOB-20
SDCJ
1173 Front St
San Diego Ca 92101

**FILED**
Jul 23 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ JenniferS   DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Daryl Dunsmore
Plaintiff

v.

State of California
John Doe Et al
Defendants

Case # 3-20-CV-00406-AJB-WVG

URGENT

<u>Order to Show Cause
and temporary restraining
order</u>

Upon the supporting Declarations it is ordered the Defendants show cause in RM ____ of the United States Court house 333 west Broadway at ____ oclock why a preliminary injunction should not issue pursuant to Fed.R. Civ.P. enjoying the Defendant and Successors in office agents employees and all other persons Acting in concern and participation with

1 of L

Them to provide Meaningful access according to law and this courts order on 4/6/20 to return and replace all ADA Appliances to turn on personal shower to resume insulin treatment he arrived here with to provide prompt surgical intervention for injury sustained to stomach causeing Hernia or other Damage to provide his appropiate Diet

It is further ordered that this order to Show cause and all other papers attached be Served on The Defendants and The Marshalls service be Directed to effectuate Service

                                                                             _____
                                                                                  united states District Judge

Daryl Dunsmore
19777041 MDB-20
SDCA
1173 Front St
San Diego Ca 92101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore
Plaintiff

v.

State of California
John Doe et al
Defendants

Case 3-20-CV-00406-AJB-WVG

URGENT

Motion for tempory
Restraining order and
a Preliminary injunction

Declaration in
support of:

① I am the plaintiff in this case. I make this Declaration in support of my Motion for tempory restraining order and a preliminary injunction to ensure that I recieve Meaningfull access to the Court and ADA access

1 of 8

② As set forth in The Complaint in This case I am being Denied Meaningful Court access and ADA Access

③ In Dec of 2019 I was Transfered from California Healthcare facility Stockton for Re Sentenceing in Case 215653 To San Diego County Jail

④ I came with 17 Boxes of litigation and Numerous ADA Appliences all The litigation was Collectoral attack and several of The ADA. Appliences are Hand utinsils for eating and writeing

⑤ I suffer from numerous allinents Most importantly Ankylosing spondylitis (a rare form of crippling Arthritis) and (Parkinsons) Both cause impairment of The use of My Arms and Hands Leave Me fatueigued and Bed ridden for extended periods makeing it extremely Difficult to prepare legal Documents

⑥ upon arrivial My legal property was confiscated and Not returned until atleast

2 of 8

90 days effectively Destroying all my Collateral attack litigation Causeing me to be unable to present my claims before This court

⑦ My ADA Appliences were taken or broken and Have Not been returned or replaced

⑧ My Medical Care was undermined Despite Haveing chronos for said Care and Medical Directives from specialists and Doctors from the receiving institution including but not limit too My Diabetic care which all My insolin treatment has been Discontinued

⑨ My Medical Diet Discontinued placeing me at risk of choking

⑩ I have been forced to adapt to The Deiile of My ADA Appliences fixing My ADA spoon with a contraband Paperclip and Homemade tape and plastic bag pulled nto string n order To Continue to feed Myself and be able to write to Continue to litigate for relief

3 of 8

(11) P5 of This courts order on 4/6/20 Line 21-25 stated (The tools it requires to be provided are Those That That The inmate Needs in order to attack Their sentences either Directly or Collaterally)

(12) Plaintiff Declares he was denied Those tools and is being Denied Those tools

(13) Plaintiff has been Denied paper, postage copying and certification appropiate Medical Care and ADA Appliances

(14) Plaintiff was forced to Commit perjury on The Trust certification in order for This complaint to be excepted That otherwise Plaintiff would have been Denied filing Absent The perjury That No official would sign The statement

(15) Plaintiff Complains said Act was performed under duress That plaintiffs Health & Safety is in danger by Defendants actions

(16) Plaintiff Complains he has now Developed a Hernia according to a Doctor

4 of 7

Due To denile of his ADA Appliences That being a grabber and a 3 Tier Locker

(17) yet when plaintiff Complained he was not getting Treatment a second Dr gave a different Diagnosis to undermine prompt Surgical intervention for Hernia

(18) one of Numerous cases on Collateral attack Dismissed is case 37-2018-00037606 CU-PN-CTL which involves The Conduct of My Defense Attorney and That of The Public enity (office of assigned Counsel)

(19) The Defendants (office of Assigned Counsel) and John Does are in charge of The pro Per Services and by and Defendants in Case 37-2018-00037606-CU-PN-CTL Jackie Braden, Micheal Garcia, Craig Leff have Directed The San Diego County Jail to Deprive plaintiff of Legal Access and pro Per access contrary to The law cited by This court on 4/6/20

(20) The above action concerned The opening of The court in case 215653 Appeal #

5 of 8

D074656 reversing Defendants/Plaintiff's criminal case by removing the use of a Deadly or Dangerous weapon and reducing his sentence

21) Plaintiff has been raising this issue in numerous Habeas petitions HSC 11201 of which the Court has impeded relief by Abuse of Discretion erroneous rulings changing Case Numbers and other methods to Deny me relief I was and now am entitled too and continues to conduct itself concerning other Meritious claims concerning Case 215653

22) Said obstruction has prejudice my case causing me to be unable to timely bring Motions before the Court such as Motion to vacate or New trial present exculpatory Discovery

23) Finally plaintiff complains he was found incompetent to stand trial and was Denied a Developmental Disabled Hearing and that he has been being abused by his public Defender as a Dependant adult

who knew such to be the case or should have known and has and is causing plaintiff to be denied treatment and possible Defense in Mitigation

(24) At least 30 different claims have been raised concerning obstruction and Medical Abuse all erroneously denied contrary to law and facts which have caused plaintiff ongoing injury and wrongful incarceration for 13 years by The Courts of California and its institutions in violation of My Constitutional rights

(25) even This court is and Has Discriminated Against Me and My ADA Access requests under CRC 1.100 by simply failing to respond or returning or refusing to follow CRC 1.100 concerning procedure for Ex parte Motion

(26) Plaintiff Complains he is unable to provide Memorandum of points and Authorities Most likely resulting in further erroneous Denial and continued ongoing injury of plaintiff by Denial of relief and redress in The Court

7 of 8

27) Plaintiff is unable to provide Notary Service on The Defendants or even copy for himself of This Motion

28) Plaintiff has been Denied a Shower for 120 Days Despite having personal Shower Chrono Said Defendants have attempted to force plaintiff to use public shower Despite knowing plaintiff is on auto immune suppression Therapy has isolation room chrono and is in such room with personal Shower Defendant refuse to Turn shower on.

29) Plaintiff Complains he is unable to properly Prepare This Motion with Memorandum attach supporting Documents

30) plaintiff Complains That said Continued denile of relief will only further injure plaintiffs litigation and his health possibly even causing premature Death

I declare under penalty of perjury under The Laws of The State of California The foregoing is True

4/15/20      DJD e

8 of 8