Daryl Dunsmon
19777041
1173 Front St
San Diego, Ca 92101

THE SOUTHERN DISTRICT COURT
STATE OF CALIFORNIA COUNTY OF
SAN DIEGO

Daryl Dunsmon      Case # 3:20-cv-00406 AJB-WVG
Plaintiff

v

State of California
Et al
Defendants

## Notice of Appeal

Plaintiff Appeals the 8/4/20 order Dismissing 1st Amended Complaint by Anthony Battaglia of the Dist Court

8/28/20    DJD

1 of 1



