# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Anthony J. Battaglia

| FROM: J. Simmons, Deputy Clerk | RECEIVED DATE: October 5, 2020 |
|---|---|
| CASE NO. 20-cv-00406-AJB-WVG | DOC FILED BY: Darryl Dunsmore |
| CASE TITLE: Dunsmore v. State of California et al | |
| DOCUMENT ENTITLED: Motion for Final Order | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 7.1 - Lacking memorandum of points and authorities in support;

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

Date Forwarded: October 6, 2020

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.     Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: October 6, 2020        CHAMBERS OF: The Honorable Anthony J. Battaglia

cc: All Parties        By: SJR/PSLC