Darryl Dunsmore
1977704
1173 Front St
San Diego, Ca 92101

FILED
Oct 06 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ JenniferS  DEPUTY

NUNC PRO TUNC
10/5/2020

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore  Case # 3:20-cv-00406-AJB-WVG
Plaintiff

v.

State of California
Et al
Defendant

## Motion for Final order

Plaintiff Motions to stand on his Complaint and for a final order so he may appeal

I declare under penalty of perjury under the laws of the State of California the foregoing is true

9/30/20

1 of 1



Clerk
Southern District
Court House
Ste 4290
333 West Broadway
San Diego, Ca 92101

92101-380255

2 OCT 2020 PM 5 L

RECEIVED
OCT 05 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

9272041
173 Front St
San Diego, Ca 92101