**FILED**

OCT 13 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: DARRYL LEE DUNSMORE.

_____

DARRYL LEE DUNSMORE,

   Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO,

   Respondent.

No.   20-72940

D.C. No.
3:20-cv-00406-AJB-WVG
Southern District of California,
San Diego

ORDER

Before: W. FLETCHER, BERZON, and BYBEE, Circuit Judges.

   Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977) ; *see also Demos v. U.S. Dist. Court*, 925 F.2d 1160, 1161 (9th Cir. 1991) ("[T]his court lacks jurisdiction to issue a writ of mandamus to a state court."). Accordingly, the petition is denied.

   No further filings will be accepted in this closed mandamus case.

   **DENIED.**