FILED
Oct 13 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ AKR  DEPUTY

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
OCT 13 2020
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DARRYL LEE DUNSMORE,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>STATE OF CALIFORNIA; et al.,<br><br>        Defendants - Appellees. | No. 20-55942<br><br>D.C. No. 3:20-cv-00406-AJB-WVG<br>U.S. District Court for Southern California, San Diego<br><br>**MANDATE** |

The judgment of this Court, entered September 21, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                    FOR THE COURT:

                                                    MOLLY C. DWYER
                                                    CLERK OF COURT

                                                    By: Jessica Flores
                                                    Deputy Clerk
                                                    Ninth Circuit Rule 27-7

| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 21 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DARRYL LEE DUNSMORE,

        Plaintiff-Appellant,

 v.

STATE OF CALIFORNIA; et al.,

        Defendants-Appellees.

No. 20-55942

D.C. No. 3:20-cv-00406-AJB-WVG
Southern District of California, San Diego

ORDER

Before: O'SCANNLAIN, RAWLINSON, and CHRISTEN, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (en banc) (dismissal of complaint with leave to amend is not appealable); *Sims v. Falk*, 877 F.2d 31 (9th Cir. 1989) (order) (pre-trial order denying motion to hold opposing party in contempt is not a final order); *Religious Tech. Ctr. v. Scott*, 869 F.2d 1306 (9th Cir. 1989) (denial of temporary restraining order is appealable only if the denial is tantamount to the denial of a preliminary injunction); *Wilborn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986) (denial of appointment of counsel in civil case is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

MF/Pro Se