Daryl Dunsmore
(977049
1173 front st
San Diego Ca 92101

FILED

Oct 26 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ AKR          DEPUTY

THE SOUTHERN DISTRICT COURT of
THE STATE OF CALIFORNIA

Daryl Dunsmore                    Case# 20-cv-00406 AJB uva
Plaintiff
          v
the state of
California etal
Defendate

          Notice of Appeal
    Plaintiff Appeals the oct 14 2020
Decision of the Court

          10/22/20                    D--J D--e

$000.00

ZIP 92423
0441M235126-3

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

\_\_[Signature of deputy district attorney]\_\_

\_ \_[Typed name]\_ \_

Deputy District Attorney