UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DARRYL LEE DUNSMORE,

                Plaintiff - Appellant,

    v.

STATE OF CALIFORNIA; COUNTY
OF SAN DIEGO; SAN DIEGO
SHERIFF'S DEPT.; CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION; GORE;
XAVIER BECCERA; ATTORNEY
GENERAL; GAVIN NEWSOM,
Governor; MICHAEL GARCIA;
OFFICE OF ASSIGNED COUNSEL;
JACKIE BURDEN; SIPPERLY, Sgt.;
JOHN DOE; CRAIG JOSEPH LEFF;
KEVIN FAULCONER, Mayor,

                Defendants - Appellees.

No. 20-56135

D.C. No. 3:20-cv-00406-AJB-WVG
U.S. District Court for Southern
California, San Diego

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

**Mon., December 28, 2020**    Appellant's opening brief and excerpts of record
shall be served and filed pursuant to FRAP 31 and
9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the Time Schedule Order will result in
automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

**Appellants without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a).**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Poblete Dela Cruz
Deputy Clerk
Ninth Circuit Rule 27-7