Darryl Dunsmore
19777041
1173 Front st
San Diego Ca 92101

**FILED**

Nov 18 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ AKR          DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore
Plaintiff

Case# 3:20-cv-00406 AJBWVG

v

State of California
et al
Defendants

Notice of Appeal

Interlogutory order Denying ADA
Access and rejecting Documents on 11/2/20

11/13/20                    D↑D

Duquane
1973 [illegible]
1173 Grant St
San Diego Ca,
92101

SAN DIEGO CA 920

16 NOV 2020 PM 2 4

NOV 1 8 2020
CLERK US [illegible] COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

Clerk
Southern District
Court
Ste 420
333 west Broadway
San Diego Ca 92101

Legal

92101-380620

(a)  **Supporting FACTS** (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Four**:

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        ☐ Yes  ☐ No

    (2)  If you did not raise this issue in your direct appeal, explain why: _____

        _____

        _____

(c)  **Post-Conviction Proceedings**:

    (1)  Did you raise this issue in any post-conviction motion, petition or application?

        ☐ Yes  ☐ No

    (2)  If your answer to (c)(1) is "Yes," state:

        Type of motion or petition: _____

        Name and location of court where motion or petition was filed: _____

        Case number (if you know): _____

        Date of the court's decision: _____

        Result (attach a copy of the court's opinion or order, if available): _____

        _____

    (3)  Did you receive a hearing on your motion, petition or application?

        ☐ Yes  ☐ No

    (4)  Did you appeal from the denial of your motion, petition, or application?

        ☐ Yes  ☐ No

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?