UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 20 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DARRYL LEE DUNSMORE,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN DIEGO; SAN DIEGO SHERIFF'S DEPT.; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; GORE; XAVIER BECCERA; ATTORNEY GENERAL; GAVIN NEWSOM; MICHAEL GARCIA; OFFICE OF ASSIGNED COUNSEL; JACKIE BURDEN; SIPPERLY, Sgt.; JOHN DOE; CRAIG JOSEPH LEFF; KEVIN FAULCONER, Mayor,<br><br>        Defendants - Appellees. | No. 20-56221<br><br>D.C. No. 3:20-cv-00406-AJB-WVG<br>U.S. District Court for Southern California, San Diego<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Tue., January 19, 2021**    Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Appellants without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a).**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Poblete Dela Cruz
Deputy Clerk
Ninth Circuit Rule 27-7