UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 17 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DARRYL LEE DUNSMORE,

               Plaintiff - Appellant,

   v.

STATE OF CALIFORNIA; et al.,

               Defendants - Appellees.

No. 20-56221

D.C. No. 3:20-cv-00406-AJB-WVG
U.S. District Court for Southern
California, San Diego

**ORDER**

      Appellant Darryl Lee Dunsmore, prison identification number 19777041,

has been granted leave to proceed in forma pauperis in this appeal and has

completed and filed the required authorization form directing the appropriate

prison officials to assess, collect, and forward to the district court the filing and

docketing fees for this appeal pursuant to 28 U.S.C. § 1915(b)(1) and (2). This

court hereby assesses an initial filing fee of 20 percent of the greater of (A) the

average monthly deposits to the prisoner's account; or (B) the average monthly

balance in the prisoner's account for the six-month period immediately preceding

the filing of the November 18, 2020 notice of appeal. Appellant is not responsible

for payment when the funds in appellant's prison trust account total less than $10,

but payments must resume when additional deposits are made or funds are otherwise available.

The Clerk shall serve this order and appellant's completed authorization form on the Attorney General for the State of California, who shall notify the appropriate agency or prison authority responsible for calculating, collecting, and forwarding the initial payment assessed in this order and for assessing, collecting, and forwarding the remaining monthly payments of the fee to the district court for this appeal. *See* 28 U.S.C. § 1915(b)(2). Each payment should be accompanied by the district court and appellate docket numbers for this appeal and a record of previous payments made for this appeal.

The Clerk shall also serve a copy of this order on the clerk and the financial unit of the district court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Cyntharee K. Powells
Deputy Clerk
Ninth Circuit Rule 27-7

**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 1 5 2021

FILED _____
DOCKETED _____
DATE    INITIAL

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

### Prisoner Authorization Form

### 9th Cir. Case Number: 20-56221

I, Darryl Lee Dunsmore, am the Appellant in the above case number.

I understand that I am required by statute to pay the full amount of the $505.00 docketing and filing fees for this appeal, regardless of my forma pauperis status, and regardless of the disposition of this appeal. I hereby authorize the prison officials at this institution to assess, collect, and forward to the district court the full amount of these fees, in monthly increments based on 20 percent of the average of deposits to or balance in my prison trust account, subject to the provisions set forth in 28 U.S.C. § 1915(b).

I understand that I am not responsible for payment when the funds in my trust account total less than $10.00, but that payments will resume when additional deposits are made or funds are otherwise available.

NAME Darryl Lee Dunsmore

SIGNATURE _____

CASE NO. 20-56221

PRISONER I.D. NO. 19777041

PRISON FACILITY SDCJ - SAN DIEGO CENTRAL JAIL

ADDRESS 1173 Front St.

San Diego, CA 92101

DATE 3/9/21

**Mail this form to the Court at:**
*Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939*