

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Anthony J. Battaglia

| | |
|---|---|
| FROM:  J. Simmons, Deputy Clerk | RECEIVED DATE:  August 6, 2021 |
| CASE NO.  20-cv-00406-AJB-WVG | DOC FILED BY:  Darryl Dunsmore |
| CASE TITLE:  Dunsmore v. State of California et al | |
| DOCUMENT ENTITLED:  Motion for TRO and Preliminary Injunction | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Case closed

Civ.L. Rule 7.1 - Lacking memorandum of points and authorities in support;

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

**Date Forwarded:   August 9, 2021**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☒ Yes.     Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:   August 10, 2021                CHAMBERS OF:  The Honorable Anthony J. Battaglia

cc: All Parties                By:   Judge Battaglia's Chambers