UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br>Inmate Booking No. 19777041,<br>                              Plaintiff,<br>v.<br>STATE OF CALIFORNIA; SAN DIEGO COUNTY; SAN DIEGO SHERIFF'S DEP'T; DEPARTMENT OF CORRECTIONS; GORE XAVIER BECCERA; ATTORNEY GENERAL,<br>                              Defendants. | Case No.: 3:20-cv-00406-AJB-WVG<br><br>**ORDER DIRECTING U.S. MARSHAL SERVICE TO EFFECT SERVICE OF FIRST AMENDED COMPLAINT, (Doc. No. 19)** |

In light of the Ninth Circuit's mandate, (Doc. No. 46), the Court:

1. **DIRECTS** the Clerk of Court to issue a summons as to all Defendants, and forward it to Plaintiff along with a blank U.S. Marshal Form 285 for Defendants. In addition, the Clerk will provide Plaintiff with a certified copy of the April 6, 2020, Order granting IFP status, certified copies of the First Amended Complaint ("FAC"), (Doc. No. 19), and the summons so that he may serve Defendants. Upon receipt of this "IFP Package," Plaintiff must complete the USM Form 285s as completely and accurately as possible, include an address where each named Defendant may be found and/or subject to service pursuant to S.D. Cal. Civ. L.R.

1

      4.1c., and return them to the U.S. Marshal according to the instructions the Clerk provides in the letter accompanying his IFP Package.

2. **ORDERS** the U.S. Marshal to serve a copy of the FAC and summons upon Defendants as directed by Plaintiff on the USM Form 285s provided to him. All costs of that service will be advanced by the United States. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

3. **ORDERS** Defendants, once they have been served, to reply to Plaintiff's FAC within the time provided by the applicable provisions of Federal Rule of Civil Procedure 12(a). *See* 42 U.S.C. § 1997e(g)(2) (while Defendants may occasionally be permitted to "waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other correctional facility under section 1983," once the Court has conducted its sua sponte screening pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A(b), and thus, has made a preliminary determination based on the face on the pleading alone that Plaintiff has a "reasonable opportunity to prevail on the merits," the Defendants are required to respond).

4. **ORDERS** Plaintiff, after service has been effected by the U.S. Marshal, to serve upon Defendants, or if appearance has been entered by counsel, upon Defendants' counsel, a copy of every further pleading, motion, or other document submitted for the Court's consideration pursuant to Fed. R. Civ. P. 5(b). Plaintiff must include with every original document he seeks to file with the Clerk of the Court, a certificate stating the manner in which a true and correct copy of that document has been served on Defendants or counsel, and the date of that service. *See* S.D. Cal. Civ. L.R. 5.2. Any document received by the Court which has not

///

///

///

been properly filed with the Clerk or which fails to include a Certificate of Service upon the Defendant, or his counsel, may be disregarded.

**IT IS SO ORDERED.**

Dated:  August 24, 2021

*/s/ Battaglia*
Hon. Anthony J. Battaglia
United States District Judge