Clerk:

3:20-cr-00406 AJB WVG

Notice change of address all Cases

CV: 11-2174   JSC JCG

3: 11-CU 0083   ICG-WVG

CV-11-07141-DOC-JCG

12-CV-1936-JAH

2-17-CV-02355 - AC

3:13-CV-0193 GPC PCL



FILED

AUG 27 2021

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

To:
Darryl Dunsmore
AD6237 C3A 148
Box 32200
Stockton Ca
                95213

8/22/21

Cusmano
AD62351 CJA-146
Box 32200
Stockton, CA 95213

Clerk
Southern District
Court House
Ste 420
333 West Broadway
San Diego CA 92101

RECEIVED

AUG 26 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

C/O E. MADDANO

8/22/21