UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED

AUG 3 1 2021

RECEIVED
AUG 3 0 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

SAN DIEGO CA 920

30 AUG 2021 PM 3 L

Darryl Dunsmore 19777041
San Diego County Jail
1173 Front St
San Diego, CA 92101

NIXIE          910    FE 1260        0008/26/21

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 92101520620       *2104-00037-24-49