Clerk

Case 20CV00406 AJB WVG

Notice change of address To



9/10/21

Darryl Dunsmore
AD6237 C3A-148
Box 32200
Stockton Ca 95213

Dunsmore
A06237 C3A-148
Box 32200
Stockton Ca 95213

SACRAMENTO CA 957
14 SEP 2021 PM 7 L

Clerk
US District Court
Southern District
Ste 420
333 West Broadway
San Diego Ca 92101

2101-360299

Legal

