# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** Darryl Dunsmore | **COURT CASE NUMBER** 20CV00406 AJB WVG |
| **DEFENDANT** California Dept of Correction AKA John Doe | **TYPE OF PROCESS** Civil |

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**
California Dept of Correction office of Legal Affairs

**AT ADDRESS** (Street or RFD, Apartment No., City, State and ZIP Code)
1515 S St Sacramento Ca 95811-7243

**FILED OCT 12 2021 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY**

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 1 |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Service Through Attorney General Rob Blanto 1300 I st Sacramento Ca 94244

**Signature of Attorney other Originator requesting service on behalf of:** ☒ PLAINTIFF ☐ DEFENDANT
**DATE** 9/10/21

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk | Date 10/8/21

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

**REMARKS**
10/8/2021 - Returned unexecuted / Defendant was not named in the Summons / First Amended Complaint. Returned to Plaintiff + copy to court.

Form USM-285
Rev. 11/18

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE