RONALD LENERT, Senior Deputy (SBN 277434)
MATTHEW O'SULLIVAN, Senior Deputy (SBN 305980)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-4713; Fax: (619) 531-6005
E-mail: ronald.lenert@sdcounty.ca.gov
E-mail: matthew.o'sullivan@sdcounty.ca.gov

Attorneys for Defendants County of San Diego and William Gore

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, GAVIN NEWSOM, SAN DIEGO COUNTY, FAULCONER, BILL GORE, OFFICE OF ASSIGNED COUNSEL, MICHAEL GARCIA, JACKIE BURDEN, CRAIG LEFF, XAVIER BECCERA, JOHN DOE,<br><br>    Defendants. | No. 20cv-0406-AJB-WVG<br><br>**DEFENDANT COUNTY OF SAN DIEGO AND WILLIAM GORE'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Dept.: 2B - Courtroom of the Honorable William V. Gallo<br><br>[PER CHAMBERS, NO HEARING DATE REQUIRED] |

**TO PLAINTIFF IN PRO SE:**

PLEASE TAKE NOTICE that in Courtroom 2B of the above-captioned court, located at 221 West Broadway, San Diego, California 92101, on a day and at a time to be set by the Court, Defendants County of San Diego and William Gore will move to dismiss Plaintiff's First Amended Complaint pursuant to Federal Rules of Civil Procedure, rules 8 and 12(b)(6), on grounds that it is insufficiently clear and fails to state sufficient facts to support a claim against the Defendants.  The motion will be based upon

this notice, the accompanying memorandum of points and authorities, and upon all papers and pleadings on file in this action.

Respectfully submitted,

DATED: November 3, 2021    Office of County Counsel

By: s/RONALD LENERT, Senior Deputy
Attorneys for Defendants County of San Diego and William Gore
E-mail: ronald.lenert@sdcounty.ca.gov