Declaration of Service

I, the undersigned, declare: That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On November 3, 2021, I served the following document(s):

- **DEFENDANT COUNTY OF SAN DIEGO AND WILLIAM GORE'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS COUNTY OF SAN DIEGO AND WILLIAM GORE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

In the following manner:

☒ By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

Darryl Dunsmore
AD6237
CA Health Care Facility, Stockton
19777041
P.O. Box 32200
Stockton, CA 95213
*Plaintiff in Pro Se*

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 3, 2021, at San Diego, California.

_____
YVONNE LOPEZ

*Darryl Dunsmore v. State of California, et al.*
USDC No. 20cv-0406-AJB-WVG