UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA *et al.*,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 20-CV-406-AJB(WVG)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

　　　　Defendants County of San Diego and William Gore filed a Motion to Dismiss Plaintiff's Complaint on **November 3, 2021**. (Doc. No. 64.) Plaintiff must file any opposition to the motion to dismiss by **January 10, 2022**. Defendant shall file any reply brief on or before **January 28, 2022**.

　　　　Unless the Court directs otherwise in advance, this matter will be resolved without oral argument.

　　　　IT IS SO ORDERED.

DATED: November 5, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge