GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU OF SAN DIEGO AND
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone: (619) 232-2121
bvakili@aclusandiego.org
jmarkovitz@aclusandiego.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, GAVIN NEWSOM, SAN DIEGO COUNTY, FAULCONER, BILL GORE, OFFICE OF ASSIGNED COUNSEL, MICHAEL GARCIA, JACKIE BURDEN, CRAIG LEFF, XAVIER BECCERA, JOHN DOE,<br><br>　　　　Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Trial Date:　　None Set |

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF
2  RECORD:
3      PLEASE TAKE NOTICE that the undersigned, Van Swearingen, of Rosen
4  Bien Galvan & Grunfeld LLP, hereby enters his appearance as counsel of record for
5  Plaintiff DARRYL DUNSMORE in this matter.  The undersigned hereby
6  respectfully requests to be added to the docket's list of counsel as attorneys to be
7  noticed.
8      All further notice and copies of pleadings, papers, and notices should also be
9  directed to and served upon:

> Van Swearingen – 259809
> ROSEN BIEN GALVAN & GRUNFELD LLP
> 101 Mission Street, Sixth Floor
> San Francisco, California 94105-1738
> Telephone:  (415) 433-6830
> Facsimile:  (415) 433-7104
> Email:      vswearingen@rbgg.com

DATED:  December 13, 2021    Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  *s/ Van Swearingen*
    Van Swearingen

Attorneys for Plaintiff
Email: vswearingen@rbgg.com

[3837412.1]    1    Case No. 3:20-cv-00406-AJB-WVG
NOTICE OF APPEARANCE