GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU OF SAN DIEGO AND
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone: (619) 232-2121
bvakili@aclusandiego.org
jmarkovitz@aclusandiego.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, GAVIN NEWSOM, SAN DIEGO COUNTY, FAULCONER, BILL GORE, OFFICE OF ASSIGNED COUNSEL, MICHAEL GARCIA, JACKIE BURDEN, CRAIG LEFF, XAVIER BECCERA, JOHN DOE,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Trial Date: None Set |

[3837414.1]

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned, Eric Monek Anderson, of Rosen Bien Galvan & Grunfeld LLP, hereby enters his appearance as counsel of record for Plaintiff DARRYL DUNSMORE in this matter.  The undersigned hereby respectfully requests to be added to the docket's list of counsel as attorneys to be noticed.

All further notice and copies of pleadings, papers, and notices should also be directed to and served upon:

Eric Monek Anderson – 320934
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
Email:       eanderson@rbgg.com

DATED:  December 13, 2021          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:   s/ Eric Monek Anderson
_____
Eric Monek Anderson

Attorneys for Plaintiff
Email:  eanderson@rbgg.com