1 CHRISTOPHER M. YOUNG (SBN 163319)
christopher.young@dlapiper.com
2 ISABELLA NEAL (SBN 328323)
isabella.neal@dlapiper.com
3 OLIVER KIEFER (SBN 332830)
oliver.kiefer@dlapiper.com
4 **DLA PIPER LLP (US)**
401 B Street, Suite 1700
5 San Diego, CA 92101-4297
Tel: 619.699.2700
6 Fax: 619.699.2701

7 Attorneys for Plaintiff
DARRYL DUNSMORE
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, GAVIN NEWSOM, SAN DIEGO COUNTY, FAULCONER, BILL GORE, OFFICE OF ASSIGNED COUNSEL, MICHAEL GARCIA, JACKIE BURDEN, CRAIG LEFF, XAVIER BECCERA, JOHN DOE,<br><br>　　　　　Defendants. | CASE NO. 3:20-CV-00406-AJB-WVG<br><br>**NOTICE OF APPEARANCE AS COUNSEL OF RECORD BY CHRISTOPHER M. YOUNG**<br><br>Crtrm: 4A (4th Floor)<br>Judge: Hon. Anthony J. Battaglia<br><br>Complaint Filed: 3/2/2021<br>FAC Filed:　　　7/23/2021 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Christopher M. Young, an attorney at DLA Piper LLP (US), who is registered with the ECF system of the Court, formally appears as counsel of record on behalf of Plaintiff Darryl Dunsmore and requests to be added to the electronic service list in this case as follows:

>Christopher M. Young
>DLA Piper LLP (US)
>401 B Street, Suite 1700
>San Diego, CA 92101
>Tel: 619.699.2700
>Fax: 619.699.2701
>Email: christopher.young@dlapiper.com

Respectfully submitted,

Dated:  December 14, 2021   **DLA PIPER LLP (US)**

By: */s/Christopher M. Young*
CHRISTOPHER M. YOUNG
ISABELLA NEAL
OLIVER KIEFER

Attorneys for Plaintiff
DARRYL DUNSMORE