CHRISTOPHER M. YOUNG (SBN 163319)
christopher.young@dlapiper.com
ISABELLA NEAL (SBN 328323)
isabella.neal@dlapiper.com
OLIVER KIEFER (SBN 332830)
oliver.kiefer@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Plaintiff
DARRYL DUNSMORE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, GAVIN NEWSOM, SAN DIEGO COUNTY, FAULCONER, BILL GORE, OFFICE OF ASSIGNED COUNSEL, MICHAEL GARCIA, JACKIE BURDEN, CRAIG LEFF, XAVIER BECCERA, JOHN DOE,<br><br>Defendants. | CASE NO. 3:20-CV-00406-AJB-WVG<br><br>**NOTICE OF APPEARANCE AS COUNSEL OF RECORD BY OLIVER KIEFER**<br><br>Crtrm: 4A (4th Floor)<br>Judge: Hon. Anthony J. Battaglia<br><br>Complaint Filed: 3/2/2021<br>FAC Filed:      7/23/2021 |

WEST\296906460.1

CASE NO. 3:20-CV-00406-AJB-WVG

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Oliver Kiefer, an attorney at DLA Piper LLP (US), who is registered with the ECF system of the Court, formally appears as counsel of record on behalf of Plaintiff Darryl Dunsmore and requests to be added to the electronic service list in this case as follows:

> Oliver Kiefer
> DLA Piper LLP (US)
> 401 B Street, Suite 1700
> San Diego, CA 92101
> Tel: 619.699.2700
> Fax: 619.699.2701
> Email: oliver.kiefer@dlapiper.com

Dated:  December 14, 2021

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/Oliver Kiefer*
   CHRISTOPHER M. YOUNG
   ISABELLA NEAL
   OLIVER KIEFER

   Attorneys for Plaintiff
   DARRYL DUNSMORE