| | |
|---|---|
| GAY C. GRUNFELD – 121944<br>VAN SWEARINGEN – 259809<br>PRIYAH KAUL – 307956<br>ERIC MONEK ANDERSON – 320934<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>ggrunfeld@rbgg.com<br>vswearingen@rbgg.com<br>pkaul@rbgg.com<br>eanderson@rbgg.com<br><br>AARON J. FISCHER – 247391<br>LAW OFFICE OF<br>AARON J. FISCHER<br>2001 Addison Street, Suite 300<br>Berkeley, California 94704-1165<br>Telephone: (510) 806-7366<br>Facsimile: (510) 694-6314<br>ajf@aaronfischerlaw.com | CHRISTOPHER M. YOUNG – 163319<br>DLA PIPER US LLP<br>401 B Street, Suite 1700<br>San Diego, California 92101-4297<br>Telephone: (619) 699-2700<br>Facsimile: (619) 699-2701<br>christopher.young@dlapiper.com<br><br>BARDIS VAKILI – 247783<br>JONATHAN MARKOVITZ – 301767<br>ACLU OF SAN DIEGO AND<br>IMPERIAL COUNTIES<br>2760 Fifth Avenue, Suite 300<br>San Diego, California 92103-6330<br>Telephone: (619) 232-2121<br>bvakili@aclusandiego.org<br>jmarkovitz@aclusandiego.org |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, GAVIN NEWSOM, SAN DIEGO COUNTY, FAULCONER, BILL GORE, OFFICE OF ASSIGNED COUNSEL, MICHAEL GARCIA, JACKIE BURDEN, CRAIG LEFF, XAVIER BECCERA, JOHN DOE,<br><br>　　　　Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**NOTICE OF APPEARANCE OF BARDIS VAKILI**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Trial Date:　　None Set |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as additional counsel for Plaintiff in the above-captioned case. I certify that I am admitted to practice in the U.S. District Court for the Southern District of California. I am registered to receive all Notices of Electronic Filings through the CM/ECF system under the email: bvakili@aclusandiego.org.

Dated: December 14, 2021                    Respectfully submitted,

                                                ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES

By: **s/ BardisVakili**
    BARDIS VAKILI
    Attorney for Plaintiff-Petitioners