GAY C. GRUNFELD (121944)
VAN SWEARINGEN (259809)
PRIYAH KAUL (307956)
ERIC MONEK ANDERSON (320934)
**ROSEN BIEN GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, CA 94105-1738
Tel: 415.433.6830
Fax: 415.433.7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com

AARON J. FISCHER (247391)
**LAW OFFICE OF
AARON J. FISCHER**
2001 Addison Street, Suite 300
Berkeley, CA 94704-1165
Tel: 510.806.7366
Fax: 510.694.6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG (163319)
ISABELLA NEAL (328323)
OLIVER KIEFER (332830)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

BARDIS VAKILI (247783)
JONATHAN MARKOVITZ (301767)
**ACLU OF SAN DIEGO AND IMPERIAL COUNTIES**
2760 Fifth Avenue, Suite 300
San Diego, CA 92103-6330
Tel: 619.232.2121
bvakili@aclusandiego.org
jmarkovitz@aclusandiego.org

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, GAVIN NEWSOM, SAN DIEGO COUNTY, FAULCONER, BILL GORE, OFFICE OF ASSIGNED COUNSEL, MICHAEL GARCIA, JACKIE BURDEN, CRAIG LEFF, XAVIER BECCERA, JOHN DOE,<br><br>Defendants. | CASE NO. 3:20-CV-00406-AJB-WVG<br><br>**DECLARATION OF CHRISTOPHER M. YOUNG IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR (1) PERMISSION TO FILE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; AND (2) EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**<br><br>Crtrm: 4A (4th Floor)<br>Judge: Hon. Anthony J. Battaglia<br><br>Complaint Filed: 3/2/2021<br>FAC Filed: 7/23/2021 |

CASE NO. 3:20-CV-00406-AJB-WVG

I, Christopher Young, hereby declare as follows:

1.    I am an attorney with the law firm of DLA Piper LLP (US), counsel for Darryl Dunsmore ("Plaintiff"). I am familiar with the facts set forth herein and, if called as a witness, I could and would testify competently as to these matters from my own personal knowledge and from reviewing my file in this case. I submit this declaration in support of Plaintiff's *Ex Parte* Application for an order (1) permitting Plaintiff to file a motion for leave to file an amended complaint by February 4, 2022, and (2) extending the time to respond to the Motion to Dismiss First Amended Complaint filed by Defendants County of San Diego and William Gore (the "Motion to Dismiss") until twenty-one days after Plaintiff's Motion for Leave to Amend is decided, if still necessary.

2.    Plaintiff is an incarcerated person with no legal training who suffers from certain developmental, mental and physical disabilities, which impede his ability to prosecute this case *in propria persona*.

3.    On December 8, 2021, Plaintiff retained Rosen Bien Galvan & Grunfeld, the Law Office of Aaron J. Fischer, the American Civil Liberties Union (ACLU) Foundation of San Diego & Imperial Counties, and DLA Piper LLP (US), to represent him in this matter. Plaintiff's counsel require an extension of time until February 4, 2022 to file a motion for leave to file an amended complaint, as they have only recently been retained and are working with Plaintiff to include additional named plaintiffs and class allegations.

4.    With the assistance of counsel, Plaintiff intends to seek the Court's permission to file an amended complaint in this action, which will (1) remove certain Defendants and potentially add others, (2) remove Plaintiff's claim for damages, (3) add additional claims and plaintiffs, and (4) add class-based allegations seeking injunctive relief. Plaintiff wishes to drop his demand for damages, and counsel are diligently working with Plaintiff to remove the majority of named Defendants in this action and to consider naming other Defendants, as

1 | appropriate.  Plaintiff anticipates being prepared to file a Motion for Leave to
2 | Amend, with a proposed Second Amended Complaint ("SAC") as required by Local
3 | Civil Rule 15.1, not later than February 4, 2022.
4 |     5.    On December 9, 2021, Plaintiff's counsel contacted counsel for the
5 | County of San Diego and William Gore, the only Defendants who have appeared in
6 | this action, to meet and confer with respect to the relief requested in the Application.
7 |     6.    Attached hereto as **Exhibit 1** is a true and correct copy of the meet and
8 | confer letter emailed to opposing counsel at their County of San Diego email
9 | addresses, dated December 9, 2021.
10 |     7.    On December 13, 2021, Plaintiff's counsel and Defendants' counsel
11 | corresponded further by phone and email, the upshot of which is that Defendants'
12 | counsel has not informed Plaintiff's counsel as to its position on whether to consent
13 | to the relief requested herein.
14 |     8.    Attached hereto as **Exhibit 2** is a true and correct copy of this email
15 | correspondence.
16 |     9.    This is Plaintiff's second request for an extension of time in this action.
17 | I declare under penalty of perjury under the laws of the United States of
18 | America that the foregoing is true and correct.
19 | Executed this 14th day of December, 2021, at San Diego, California.

                                      */s/ Christopher M. Young*
                                      CHRISTOPHER M. YOUNG

## TABLE OF EXHBITS

| Exhibit | Description | Page(s) |
|---|---|---|
| 1 | Meet and confer letter emailed to opposing counsel at their County of San Diego email addresses, dated December 9, 2021. | 4 – 8 |
| 2 | Email correspondence between the parties' counsel, dated December 13, 2021. | 9 – 11 |