# EXHIBIT 1

| | |
|---|---|
| **From:** | Van Swearingen <VSwearingen@rbgg.com> |
| **Sent:** | Thursday, December 9, 2021 1:44 PM |
| **To:** | ronald.lenert@sdcounty.ca.gov; matthew.o'sullivan@sdcounty.ca.gov |
| **Cc:** | Young, Christopher |
| **Subject:** | Dunsmore v. State of California, et al., Case No. 20-cv-406-AJB-WVG [IWOV-DMS.FID75747] |
| **Attachments:** | VS-SD County Counsel M&C Letter, 1730-12, 12-9-21.pdf |

⚠ EXTERNAL MESSAGE

Dear Messrs. Lenert and O'Sullivan (cc to my co-counsel Chris Young),

We tried to call you earlier today to introduce ourselves, but we could not reach your voicemail boxes and did not leave a voicemail for the main County Counsel line.  Please see the attached letter concerning *Dunsmore v. State of California, et al*., Case No. 20-cv-406-AJB-WVG.  We would appreciate your letting us know if you have time today or tomorrow to discuss.  Thanks very much.
Van

Van Swearingen


ROSEN BIEN GALVAN & GRUNFELD LLP

101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
VSwearingen@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

1



101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
T: (415) 433-6830 ▪ F: (415) 433-7104
www.rbgg.com

Van Swearingen
Email:  vswearingen@rbgg.com

December 9, 2021

VIA OVERNIGHT FEDEX

Ronald Lenert
Matthew O'Sullivan
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California  92101
Tel:  619.531.4860
Fax: 619.537.6005
ronald.lenert@sdcounty.ca.gov
matthew.o'sullivan@sdcounty.ca.gov

Re: *Dunsmore v. State of California, et al.*, Case No. 20-cv-406-AJB-WVG
Our File No. 1730-01

Dear Messrs. Lenert and O'Sullivan,

We understand that you represent Defendants the County of San Diego and William Gore in *Dunsmore v. State of California, et al.*, S.D. Cal. Case No. 20-cv-406-AJB-WVG.  Mr. Dunsmore recently retained the undersigned law firms and organizations to represent him in this matter.  We write to seek your agreement to enter into a stipulation to allow Mr. Dunsmore to file a Second Amended Complaint by February 4, 2022.  In the event that we cannot reach agreement on a stipulation, we will file an *ex parte* application for leave on or about Tuesday, December 14, 2021.

Mr. Dunsmore has alleged serious violations of his constitutional rights as well as violations under the Americans with Disabilities Act.  Mr. Dunsmore wishes to file a Second Amended Complaint, which would (1) remove certain defendants; (2) remove his claim for damages; (3) add additional causes of action and plaintiffs; and (4) add class allegations seeking injunctive relief.

Thus far, Mr. Dunsmore has been proceeding in this action on a *pro se* basis.  It is in the interests of justice to allow formerly *pro se* plaintiffs to file an amended complaint

[3836571.1]

Ronald Lenert
December 9, 2021
Page 2

with the assistance of counsel. *See Mendia v. Garcia*, 165 F. Supp. 3d 861, 875 (N.D. Cal. 2016) ("Although Plaintiff has amended his complaint twice before, he made those amendments without the benefit of counsel. Rather, it is in the interests of justice to allow Plaintiff, now with the guidance of his new counsel, to have an opportunity to set forth his claims with more precision."). "[R]equests for leave should be granted with 'extreme liberality.'" *Moss v. U.S. Secret Service*, 572 F.3d 962, 972 (9th Cir. 2009) (quoting *Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001)).

Having only recently been retained as counsel in this matter, we will not be able to draft a Second Amended Complaint and move for leave to amend before the current deadline to respond to the pending Motion to Dismiss, and we require additional time to familiarize ourselves with the facts of Mr. Dunsmore's case. Accordingly, we request your agreement on a stipulation to file an amended complaint by February 4, 2022.

If we cannot reach agreement on such a stipulation, we intend to file an *ex parte* motion seeking the Court's permission to (1) file a motion for leave to amend by February 4, 2022; and (2) extend the deadline to respond to your clients' currently-pending Motion to Dismiss until after the Court decides our leave motion. Under Federal Rule of Civil Procedure 6(b)(1)(A), the Court may, in its discretion, grant an extension of time for good cause if the moving party requests the extension before the applicable deadline expires. Courts routinely grant these extensions when a party has recently obtained new counsel. *See, e.g., Oliver v. Babcock*, No. 2:12-CV-2831 KJN P, 2013 WL 2190176, at *1 (E.D. Cal. May 20, 2013).

Judge Battaglia's Chambers Rules require that we meet and confer with opposing counsel prior to filing any *ex parte* motion, and prior to requesting such an extension. As you know, if we are granted leave to file a Second Amended Complaint, the pending Motion to Dismiss will be rendered moot. We wish to save all parties the time and expense of briefing a motion that may well be obviated, and therefore believe our proposal is in the best interests of everyone involved.

//

//

//

//

//

[3836571.1]

Ronald Lenert
December 9, 2021
Page 3

      Please let us know if you are available tomorrow to discuss this matter further by phone. We kindly ask that you provide your position on our proposal not later than the close of business on Monday, December 13, 2021. Thank you very much for your time and attention to this matter.

                                        Very truly yours,

                                        ROSEN BIEN
                                        GALVAN & GRUNFELD LLP

By:  *Van Swearingen*

                                        DLA PIPER LLP (US)

                                        LAW OFFICE OF AARON J.
                                        FISCHER

                                        ACLU OF SAN DIEGO AND
                                        IMPERIAL COUNTIES

[3836571.1]