# EXHIBIT 2

## Van Swearingen

| | |
|---|---|
| **From:** | Van Swearingen |
| **Sent:** | Monday, December 13, 2021 8:28 PM |
| **To:** | Lenert, Ronald; O'Sullivan, Matthew |
| **Cc:** | Young, Christopher; Kish, Fernando |
| **Subject:** | RE: Dunsmore v. State of California, et al., Case No. 20-cv-406-AJB-WVG [IWOV-DMS.FID75747] |

Hi Ron,

Thanks for your email.  As we previously discussed, the additional named plaintiffs will be people who have been incarcerated at the Jail (including those presently incarcerated).  At this time I cannot confirm the scope of the claims, but I can confirm that they will include deliberate indifference, access to the courts, and ADA violations.  As discussed already, we have just recently been retained by Mr. Dunsmore and are presently investigating the scope of additional claims.  And as I stated on the call, the nature of the violations are ongoing.  As we indicated in our December 9 letter and on our call, Mr. Dunsmore, a pro se litigant, wishes to amend his complaint after conferring with newly-retained lawyers.  Requests to amend for pro se plaintiffs are granted with extreme liberality.  Stipulating to allow more time will conserve party and Court resources.

If the County is unwilling to enter into a stipulation as outlined in the letter, we will file an *ex parte* application tomorrow seeking to (1) file a motion for leave to amend by February 4, 2022; and (2) extend the deadline to respond to the currently pending Motion to Dismiss until after the Court decides our leave motion.  Our December 9 letter requested a response by close of business today.  Earlier today you informed me that the County has not formed a position.  Please let us know by 11 am tomorrow if the County intends to oppose the *ex parte* application.

Thank you,
Van

---

**From:** Lenert, Ronald <Ronald.Lenert@sdcounty.ca.gov>
**Sent:** Monday, December 13, 2021 5:40 PM
**To:** Van Swearingen <VSwearingen@rbgg.com>; O'Sullivan, Matthew <Matthew.O'Sullivan@sdcounty.ca.gov>
**Cc:** Young, Christopher <christopher.young@dlapiper.com>; Kish, Fernando <Fernando.Kish@sdcounty.ca.gov>
**Subject:** RE: Dunsmore v. State of California, et al., Case No. 20-cv-406-AJB-WVG [IWOV-DMS.FID75747]

[EXTERNAL] Notice: This message comes from an external sender.

Van,
It was good to talk to you.

Ive relayed our conversation, but as of now you haven't given the County enough information to give consent to your requested stipulations.  Some amendments to a complaint would be futile, and objectionable.  But I cant perform this analysis on your request because you have not informed us in your correspondence or in our call of who will be added as plaintiffs, the claims you will pursue, nor the times that the violations allegedly occurred.

If you can be more specific as to what you want to amend to, I am happy to further consider.

Regards,
Ron

**From:** Van Swearingen <VSwearingen@rbgg.com>
**Sent:** Monday, December 13, 2021 5:04 PM
**To:** Lenert, Ronald <Ronald.Lenert@sdcounty.ca.gov>; O'Sullivan, Matthew <Matthew.O'Sullivan@sdcounty.ca.gov>
**Cc:** Young, Christopher <christopher.young@dlapiper.com>
**Subject:** [External] RE: Dunsmore v. State of California, et al., Case No. 20-cv-406-AJB-WVG [IWOV-DMS.FID75747]

Dear Ron,
Thank you for talking with me this afternoon.  I understand that the County has not formed an opinion, and we will represent that in our ex parte application.  I would appreciate any correction to this statement by 11:00 am tomorrow so that we can finalize and file our application mid-day tomorrow.  Thanks again,
Van


**From:** Van Swearingen
**Sent:** Monday, December 13, 2021 12:47 PM
**To:** Lenert, Ronald <Ronald.Lenert@sdcounty.ca.gov>; O'Sullivan, Matthew <Matthew.O'Sullivan@sdcounty.ca.gov>
**Cc:** Young, Christopher <christopher.young@dlapiper.com>
**Subject:** RE: Dunsmore v. State of California, et al., Case No. 20-cv-406-AJB-WVG [IWOV-DMS.FID75747]

Thanks, Ron.  We would appreciate hearing back from you and Matthew as soon as possible.  Best regards,
Van