RONALD LENERT, Senior Deputy (SBN 277434)
MATTHEW O'SULLIVAN, Senior Deputy (SBN 305980)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-4713; Fax: (619) 531-6005
E-mail: ronald.lenert@sdcounty.ca.gov
E-mail: matthew.o'sullivan@sdcounty.ca.gov

Attorneys for Defendants County of San Diego and William Gore

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, GAVIN NEWSOM, SAN DIEGO COUNTY, FAULCONER, BILL GORE, OFFICE OF ASSIGNED COUNSEL, MICHAEL GARCIA, JACKIE BURDEN, CRAIG LEFF, XAVIER BECCERA, JOHN DOE,<br><br>    Defendants. | No. 20cv-0406-AJB-WVG<br><br>**DEFENDANTS COUNTY OF SAN DIEGO AND WILLIAM GORE'S NOTICE OF INTENT TO FILE WRITTEN OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION (ECF No. 74)** |

NOTICE IS HEREBY GIVEN that Defendants County of San Diego and William Gore oppose Plaintiff Darryl Dunsmore's Ex Parte Motion at ECF No. 74. Counsel for County Defendants intends to file its written opposition to this *ex parte* by no later than Wednesday, December 22, 2021, and requests permission from the Court to do so.

                            Respectfully submitted,

DATED:  December 15, 2021     Office of County Counsel

                            By: s/RONALD LENERT, Senior Deputy
                            Attorneys for Defendants County of San Diego
                            and William Gore
                            E-mail: ronald.lenert@sdcounty.ca.gov

                                                    20cv-0406-AJB-WVG