# DECLARATION OF SERVICE

I, the undersigned, declare: That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On December 15, 2021, I served the following document(s): **DEFENDANTS COUNTY OF SAN DIEGO AND WILLIAM GORE'S NOTICE OF INTENT TO FILE WRITTEN OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION (ECF No. 74),** in the following manner:

☒ **(BY CM/ECF)** I cause to be transmitted a copy of the foregoing document(s) this date via the United States District Court' ECF System, which electronically notifies all counsel as follows:

## PLEASE SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 15, 2021, at San Diego, California.

> By: s/ RONALD LENERT
> E-mail: ronald.lenert@sdcounty.ca.gov

*Darryl Dunsmore v. State of California, et al.*
USDC No. 20cv-0406-AJB(WVG)

# SERVICE LIST

| | |
|---|---|
| Gay C. Grunfeld, Esq.<br>Van Swearingen, Esq.<br>Priyah Kaul, Esq.<br>Eric Monek Anderson, Esq.<br>**ROSEN BIEN GALVAN & GRUNFELD LLP**<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105-1738<br>ggrunfeld@rbgg.com<br>vswearingen@rbgg.com<br>pkaul@rbgg.com<br>eanderson@rbgg.com | Attorneys for Plaintiff |
| Christopher M. Young, Esq.<br>Isabella Neal, Esq.<br>Oliver Kiefer, Esq.<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>christopher.young@dlapiper.com<br>isabella.neal@dlapiper.com<br>oliver.kiefer@dlapiper.com | Attorneys for Plaintiff |
| Aaron J. Fischer, Esq.<br>**LAW OFFICE OF AARON J. FISCHER**<br>2001 Addison Street, Suite 300<br>Berkeley, CA 94704-1165<br>ajf@aaronfischerlaw.com | Attorneys for Plaintiff |
| Bardis Vakili, Esq.<br>Jonathan Markovitz, Esq.<br>**ACLU OF SAN DIEGO AND IMPERIAL COUNTIES**<br>2760 Fifth Avenue, Suite 300<br>San Diego, CA 92103-6330<br>bvakili@aclusandiego.org<br>jmarkovitz@aclusandiego.org | Attorneys for Plaintiff |

*Darryl Dunsmore v. State of California, et al.*
USDC No. 20cv-0406-AJB(WVG)