```
 1  CHRISTOPHER M. YOUNG (SBN 163319)
    christopher.young@dlapiper.com
 2  ISABELLA NEAL (SBN 328323)
    isabella.neal@dlapiper.com
 3  OLIVER KIEFER (SBN 332830)
    oliver.kiefer@dlapiper.com
 4  DLA PIPER LLP (US)
    401 B Street, Suite 1700
 5  San Diego, CA 92101-4297
    Tel:  619.699.2700
 6  Fax: 619.699.2701

 7  Attorneys for Plaintiff
    DARRYL DUNSMORE
 8
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| DARRYL DUNSMORE, | CASE NO. 3:20-CV-00406-AJB-WVG |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE AS COUNSEL OF RECORD BY ISABELLA NEAL** |
| v. | |
| STATE OF CALIFORNIA, GAVIN NEWSOM, SAN DIEGO COUNTY, FAULCONER, BILL GORE, OFFICE OF ASSIGNED COUNSEL, MICHAEL GARCIA, JACKIE BURDEN, CRAIG LEFF, XAVIER BECCERA, JOHN DOE, | Crtrm: 4A (4th Floor)<br>Judge: Hon. Anthony J. Battaglia<br><br>Complaint Filed: 3/2/2021<br>FAC Filed: 7/23/2021 |
| Defendants. | |

WEST\296906459.1

CASE NO. 3:20-CV-00406-AJB-WVG

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Isabella Neal, an attorney at DLA Piper LLP (US), who is registered with the ECF system of the Court, formally appears as counsel of record on behalf of Plaintiff Darryl Dunsmore and requests to be added to the electronic service list in this case as follows:

> Isabella Neal
> DLA Piper LLP (US)
> 401 B Street, Suite 1700
> San Diego, CA 92101
> Tel: 619.699.2700
> Fax: 619.699.2701
> Email: isabella.neal@dlapiper.com

Dated: December 15, 2021

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/Isabella Neal*
CHRISTOPHER M. YOUNG
ISABELLA NEAL
OLIVER KIEFER

Attorneys for Plaintiff
DARRYL DUNSMORE