GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:     ggrunfeld@rbgg.com
           vswearingen@rbgg.com
           pkaul@rbgg.com
           eanderson@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email:     ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>　　　　　Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS STATE OF CALIFORNIA, GAVIN NEWSOM, KEVIN FAULCONER, MICHAEL GARCIA, WILLIAM GORE, XAVIER BECERRA, JACKIE BURDEN, CRAIG LEFF, OFFICE OF ASSIGNED COUNSEL, AND SERGEANT SIPPERLY**<br><br>Judge:　Hon. Anthony J. Battaglia<br><br>Trial Date: None Set |

1 (*counsel continued from preceding page*)

2 CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
3 OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4 401 B Street, Suite 1700
San Diego, California  92101-4297
5 Telephone:   (619) 699-2700
Facsimile:    (619) 699-2701
6 Email:          christopher.young@dlapiper.com
                     isabella.neal@dlapiper.com
7                     oliver.kiefer@dlapiper.com

8 BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
9 ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
10 2760 Fifth Avenue, Suite 300
San Diego, California  92103-6330
11 Telephone:   (619) 232-2121
Email:          bvakili@aclusandiego.org
12                    jmarkovitz@aclusandiego.org

13 Attorneys for Plaintiffs

14 NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs Darryl Dunsmore, Ernest Archuleta, Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, and Laura Zoerner voluntarily dismiss Defendants State of California, Gavin Newsom, Kevin Faulconer, Michael Garcia, William Gore, Xavier Becerra, Jackie Burden, Craig Leff, Office of Assigned Counsel, and Sergeant Sipperly from this action without prejudice.

DATED:  February 11, 2022            Respectfully submitted,

                                                        ROSEN BIEN GALVAN & GRUNFELD LLP


                                                        By:  */s/ Van Swearingen*
                                                              Van Swearingen

                                                        Attorneys for Plaintiffs