AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of California  ▾

| | |
|---|---|
| Darryl Dunsmore, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| San Diego County Sheriff's Department, et al. | ) |
| *Defendant* | ) |

Case No. 3:20-cv-00406-AJB-WVG

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mid-America Health, Inc.                                    .

Date: 2/16/2022

*Attorney's signature*

Christopher T. Grohman, Bar No. 254450
*Printed name and bar number*
Taft Stettinius & Hollister LLP
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601

*Address*

cgrohman@taftlaw.com
*E-mail address*

(312) 527-4000
*Telephone number*

(312) 754-2374
*FAX number*