# UNITED STATES DISTRICT COURT
for the
Southern District of California

| Darryl Dunsmore, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:20-cv-00406-AJB-WVG |
| San Diego County Sheriff's Department, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mid-America Health, Inc.

Date: 2/16/2022

*Attorney's signature*

Christopher T. Grohman, Bar No. 254450
*Printed name and bar number*
Taft Stettinius & Hollister LLP
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601

*Address*

cgrohman@taftlaw.com
*E-mail address*

(312) 527-4000
*Telephone number*

(312) 754-2374
*FAX number*