```
 1  GAY CROSTHWAIT GRUNFELD – 121944
    VAN SWEARINGEN – 259809
 2  PRIYAH KAUL – 307956
    ERIC MONEK ANDERSON – 320934
 3  ROSEN BIEN GALVAN & GRUNFELD LLP
    101 Mission Street, Sixth Floor
 4  San Francisco, California  94105-1738
    Telephone:  (415) 433-6830
 5  Facsimile:   (415) 433-7104
    Email:       ggrunfeld@rbgg.com
 6               vswearingen@rbgg.com
                 pkaul@rbgg.com
 7               eanderson@rbgg.com

 8  AARON J. FISCHER – 247391
    LAW OFFICE OF
 9  AARON J. FISCHER
    2001 Addison Street, Suite 300
10  Berkeley, California  94704-1165
    Telephone:  (510) 806-7366
11  Facsimile:   (510) 694-6314
    Email:       ajf@aaronfischerlaw.com
12
    (additional counsel on following page)
13
    Attorneys for Plaintiffs
14
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>　　　　Plaintiffs,<br>　v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>　　　　Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:　Hon. Anthony J. Battaglia<br>Trial Date:　None Set |

1 | (*counsel continued from preceding page*)
2 | CHRISTOPHER M. YOUNG – 163319
  | ISABELLA NEAL – 328323
3 | OLIVER KIEFER – 332830
  | DLA PIPER LLP (US)
4 | 401 B Street, Suite 1700
  | San Diego, California 92101-4297
5 | Telephone: (619) 699-2700
  | Facsimile: (619) 699-2701
6 | Email: christopher.young@dlapiper.com
  |        isabella.neal@dlapiper.com
7 |        oliver.kiefer@dlapiper.com

8 | BARDIS VAKILI – 247783
  | JONATHAN MARKOVITZ – 301767
9 | ACLU FOUNDATION OF SAN DIEGO &
  | IMPERIAL COUNTIES
10 | 2760 Fifth Avenue, Suite 300
   | San Diego, California 92103-6330
11 | Telephone: (619) 232-2121
   | Email: bvakili@aclusandiego.org
12 |        jmarkovitz@aclusandiego.org

13 | Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Kedra Chan, hereby certify that on this 16th day of February, 2022, a copy of the foregoing:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS STATE OF CALIFORNIA, GAVIN NEWSOM, KEVIN FAULCONER, MICHAEL GARCIA, WILLIAM GORE, XAVIER BECERRA, JACKIE BURDEN, CRAIG LEFF, OFFICE OF ASSIGNED COUNSEL, AND SERGEANT SIPPERLY**

was served via U.S. Mail, on the following:

**See attached Service List**

*/s/ Kedra Chan*
Kedra Chan

[3863068.2]

2

CERTIFICATE OF SERVICE

Case No. 3:20-cv-00406-AJB-WVG

Service List
Case No. 20-cv-00406-AJB-WVG

| | |
|---|---|
| Governor Gavin Newsom<br>1021 O Street, Suite 9000<br>Sacramento, CA 95814 | San Diego County Sheriff's Department<br>John F. Duffy Administrative Center<br>9621 Ridgehaven Ct.<br>San Diego, CA 92123 |
| State of California<br>Office of the Attorney General<br>1300 I Street<br>Sacramento, CA 95814-2919 | Liberty Healthcare, Inc.<br>through its Agent of Service of Process<br>CT Corporation System<br>330 N. Brand Blvd., Ste 700<br>Glendale, CA 91203 |
| Mayor of San Diego<br>City Administration Building<br>202 C Street, 11th Floor<br>San Diego, CA 92101 | San Diego County Probation Department<br>Probation Administration Center<br>9444 Balboa Ave., Suite 500<br>San Diego, CA 92123 |
| Jackie Burden<br>Michael Garcia<br>Craig Leff<br>San Diego County<br>Public Defender Office<br>451 A Street, Suite 1100<br>San Diego, CA 92101 | Correctional Healthcare Partners, Inc.<br>through its Agent of Service of Process<br>Peter Jay Freedland<br>1123 Isabella Ave.<br>Coronado, CA 92118 |
| San Diego County<br>Office of Assigned Counsel<br>451 A Street, Suite 1450<br>San Diego, CA 92101 | Logan Haak, M.D., Inc.<br>1855 1st Avenue, Suite 200B<br>San Diego, CA 92101 |
| William Gore<br>San Diego County Sheriff's Department<br>John F. Duffy Administrative Center<br>9621 Ridgehaven Ct.<br>San Diego, CA 92123 | |
| Tri-City Medical Center<br>4002 Vista Way<br>Oceanside, CA 92056 | |
| Christopher T. Grohman<br>Taft Stettinius & Hollister Llp<br>111 East Wacker Suite 2800<br>Chicago, IL 60601<br><br>*Attorneys for Mid-America Health, Inc.* | |