GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:    ggrunfeld@rbgg.com
          vswearingen@rbgg.com
          pkaul@rbgg.com
          eanderson@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email:    ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**PROOF OF SERVICE OF PROCESS FOR DEFENDANT LIBERTY HEALTHCARE, INC.**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Trial Date: None Set |

1

2  (*counsel continued from preceding page*)

3  CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
4  OLIVER KIEFER – 332830
DLA PIPER LLP (US)
5  401 B Street, Suite 1700
San Diego, California  92101-4297
6  Telephone:  (619) 699-2700
Facsimile:  (619) 699-2701
7  Email:  christopher.young@dlapiper.com
         isabella.neal@dlapiper.com
8        oliver.kiefer@dlapiper.com

9  BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
10 ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
11 2760 Fifth Avenue, Suite 300
San Diego, California  92103-6330
12 Telephone:  (619) 232-2121
Email:  bvakili@aclusandiego.org
13       jmarkovitz@aclusandiego.org

14 Attorneys for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Van Swearingen | SBN: 259809<br>Rosen, Bien, Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor  San Francisco, CA 94105 | |

TELEPHONE NO.: (415) 433-6830 | FAX NO. | E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Plaintiffs:

**United States District Court**
STREET ADDRESS: 940 Front Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Southern District of California

PLAINTIFF/PETITIONER: Darryl Dunsmore, et al.
DEFENDANT/RESPONDENT: San Diego County Sheriff's Department, et al.

CASE NUMBER: 3:20-cv-00406-AJB-WVG

## PROOF OF SERVICE

Ref. No. or File No.: 1730-01

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Summons in a Civil Action; Second Amended Civil Class Action Complaint for Declaratory and Injunctive Relief**

PARTY SERVED: **Liberty Healthcare, Inc.**
PERSON SERVED: **John Montague - Authorized Agent**
DATE & TIME OF DELIVERY: **2/14/2022  12:35 PM**
ADDRESS, CITY, AND STATE: **330 N. Brand Avenue, Suite 700  Glendale, CA 91203**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 226.25
County: LOS ANGELES
Registration No.: 2019221973
Specialized Legal Services, Inc.
1112 Bryant St., Suite 200
San Francisco, CA 94103
(415) 357-0500
Ref: 1730-01

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 15, 2022**

Signature: _____
KRISTIN MARY KESHISHIAN

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]
Order#: P192109/General