GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
Email:         ggrunfeld@rbgg.com
                    vswearingen@rbgg.com
                    pkaul@rbgg.com
                    eanderson@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California  94704-1165
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
Email:         ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**PROOF OF SERVICE OF PROCESS FOR DEFENDANT LOGAN M. HAAK, M.D., INC.**<br><br>Judge:      Hon. Anthony J. Battaglia<br><br>Trial Date:  None Set |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email:      christopher.young@dlapiper.com
            isabella.neal@dlapiper.com
            oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone: (619) 232-2121
Email:      bvakili@aclusandiego.org
            jmarkovitz@aclusandiego.org

Attorneys for Plaintiffs

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Van Swearingen | SBN: 259809<br>Rosen, Bien, Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor  San Francisco, CA 94105<br>TELEPHONE NO.: (415) 433-6830 | FAX NO. | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs: | FOR COURT USE ONLY |
|---|---|
| **United States District Court**<br>STREET ADDRESS: 940 Front Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: Southern District of California | |
| PLAINTIFF/PETITIONER: Darryl Dunsmore, et al.<br>DEFENDANT/RESPONDENT: San Diego County Sheriff's Department, et al. | CASE NUMBER:<br>3:20-cv-00406-AJB-WVG |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>1730-01 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I **SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Summons in a Civil Action; Second Amended Civil Class Action Complaint for Declaratory and Injunctive Relief**

PARTY SERVED: Logan M. Haak, M.D., Inc.

PERSON SERVED: Logan Haak - Agent for Service

DATE & TIME OF DELIVERY: 2/11/2022
12:15 PM

ADDRESS, CITY, AND STATE: 1855 1st Avenue, Suite 200B
San Diego, CA 92101

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 226.25
County: **SAN DIEGO**
Registration No.: **1371**
**Specialized Legal Services, Inc.**
**1112 Bryant St., Suite 200**
**San Francisco, CA 94103**
**(415) 357-0500**
**Ref: 1730-01**

I declare under penalty of perjury under the laws of the
The United States that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on February 15, 2022

Signature: _____
ROBERT KEITH GIDDENS

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                                                           Order#: P192107/General