GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**PROOF OF SERVICE OF PROCESS FOR DEFENDANT SAN DIEGO COUNTY PROBATION DEPARTMENT**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Trial Date: None Set |

1  (*counsel continued from preceding page*)

2  CHRISTOPHER M. YOUNG – 163319
   ISABELLA NEAL – 328323
3  OLIVER KIEFER – 332830
   DLA PIPER LLP (US)
4  401 B Street, Suite 1700
   San Diego, California 92101-4297
5  Telephone: (619) 699-2700
   Facsimile: (619) 699-2701
6  Email:       christopher.young@dlapiper.com
                isabella.neal@dlapiper.com
7               oliver.kiefer@dlapiper.com

8  BARDIS VAKILI – 247783
   JONATHAN MARKOVITZ – 301767
9  ACLU FOUNDATION OF SAN DIEGO &
   IMPERIAL COUNTIES
10 2760 Fifth Avenue, Suite 300
   San Diego, California 92103-6330
11 Telephone: (619) 232-2121
   Email:       bvakili@aclusandiego.org
12              jmarkovitz@aclusandiego.org

13 Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2  Case No. 3:20-cv-00406-AJB-WVG
PROOF OF SERVICE OF PROCESS FOR DEFENDANT SAN DIEGO COUNTY PROBATION DEPARTMENT

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Van Swearingen | SBN: 259809<br>Rosen, Bien, Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor   San Francisco, CA 94105<br>TELEPHONE NO.: (415) 433-6830 | FAX NO. | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs | FOR COURT USE ONLY |
| **United States District Court**<br>STREET ADDRESS: 940 Front Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: Southern District of California | |
| PLAINTIFF/PETITIONER: Darryl Dunsmore, et al.<br>DEFENDANT/RESPONDENT: San Diego County Sheriff's Department, et al. | CASE NUMBER:<br>3:20-cv-00406-AJB-WVG |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>1730-01 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**Summons in a Civil Action; Second Amended Civil Class Action Complaint for Declaratory and Injunctive Relief**

PARTY SERVED: **SAN DIEGO COUNTY PROBATION DEPARTMENT**
PERSON SERVED: Dawn Sanchez - Authorized to Accept Service
DATE & TIME OF DELIVERY: 2/14/2022 2:20 PM
ADDRESS, CITY, AND STATE: 9444 BALBOA AVE., SUITE 500 SAN DIEGO, CA 92123

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 226.25
County: SAN DIEGO
Registration No.: 1226
Specialized Legal Services, Inc.
1112 Bryant St., Suite 200
San Francisco, CA 94103
(415) 357-0500
Ref: 1730-01

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 15, 2022

Signature: _____
ADRIAN VILLEGAS

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]    Order#: P192159/General