| | |
|---|---|
| 1 | GAY CROSTHWAIT GRUNFELD – 121944 |
| | VAN SWEARINGEN – 259809 |
| 2 | PRIYAH KAUL – 307956 |
| | ERIC MONEK ANDERSON – 320934 |
| 3 | ROSEN BIEN GALVAN & GRUNFELD LLP |
| | 101 Mission Street, Sixth Floor |
| 4 | San Francisco, California 94105-1738 |
| | Telephone: (415) 433-6830 |
| 5 | Facsimile: (415) 433-7104 |
| | Email:    ggrunfeld@rbgg.com |
| 6 |           vswearingen@rbgg.com |
| |           pkaul@rbgg.com |
| 7 |           eanderson@rbgg.com |
| 8 | AARON J. FISCHER – 247391 |
| | LAW OFFICE OF |
| 9 | AARON J. FISCHER |
| | 2001 Addison Street, Suite 300 |
| 10 | Berkeley, California 94704-1165 |
| | Telephone: (510) 806-7366 |
| 11 | Facsimile: (510) 694-6314 |
| | Email:    ajf@aaronfischerlaw.com |

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**PROOF OF SERVICE OF PROCESS FOR DEFENDANT CORRECTIONAL HEALTHCARE PARTNERS, INC.**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Trial Date: None Set |

1  (*counsel continued from preceding page*)

2  CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
3  OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4  401 B Street, Suite 1700
San Diego, California  92101-4297
5  Telephone:  (619) 699-2700
Facsimile:   (619) 699-2701
6  Email:         christopher.young@dlapiper.com
                    isabella.neal@dlapiper.com
7                  oliver.kiefer@dlapiper.com

8  BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
9  ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
10 2760 Fifth Avenue, Suite 300
San Diego, California  92103-6330
11 Telephone:  (619) 232-2121
Email:         bvakili@aclusandiego.org
12                jmarkovitz@aclusandiego.org

13 Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[3864984.1]                                            2                       Case No. 3:20-cv-00406-AJB-WVG

PROOF OF SERVICE OF PROCESS FOR DEFENDANT CORRECTIONAL HEALTHCARE PARTNERS, INC.

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Van Swearingen | SBN: 259809<br>Rosen, Bien, Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor  San Francisco, CA 94105<br>TELEPHONE NO.: (415) 433-6830 | FAX NO. | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs | FOR COURT USE ONLY |
| **Unted States District Court**<br>STREET ADDRESS: 940 Front Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: Southern District of California | |
| PLAINTIFF/PETITIONER: Darryl Dunsmore, et al.<br>DEFENDANT/RESPONDENT: San Diego County Sheriff's Department, et al. | CASE NUMBER:<br>3:20-cv-00406-AJB-WVG |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>1730-01 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Summons in a Civil Action; Second Amended Civil Class Action Complaint for Declaratory and Injunctive Relief**

PARTY SERVED:   Correctional Healthcare Partners, Inc.
PERSON SERVED:  Peter Jay Freedland - Agent for Service
DATE & TIME OF DELIVERY:  2/14/2022
5:16 PM
ADDRESS, CITY, AND STATE:  1123 Isabella Avenue
Coronado, CA 92118

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 226.25
   County: SAN DIEGO
   Registration No.: 1268
   Specialized Legal Services, Inc.
   1112 Bryant St., Suite 200
   San Francisco, CA 94103
   (415) 357-0500
   Ref: 1730-01

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on   February 15, 2022

Signature: _____
GUSTAVO JIMENEZ

**PROOF OF SERVICE**