GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:    ggrunfeld@rbgg.com
          vswearingen@rbgg.com
          pkaul@rbgg.com
          eanderson@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email:    ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, Plaintiffs, v. SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:   Hon. Anthony J. Battaglia<br>Trial Date:  None Set |
|---|---|

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email: christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone: (619) 232-2121
Email: bvakili@aclusandiego.org
jmarkovitz@aclusandiego.org

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Kedra Chan, hereby certify that on this 24th day of February, 2022, a copy of the foregoing:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TRI-CITY MEDICAL CENTER**

was served via U.S. Mail, on the following:

**See Attached Service List**

_____
Kedra Chan

Service List
Case No. 20-cv-00406-AJB-WVG

San Diego County Sheriff's Department
John F. Duffy Administrative Center
9621 Ridgehaven Ct.
San Diego, CA 92123

Liberty Health Care Corporation
through its Agent of Service of Process
CT Corporation System
330 N. Brand Blvd., Ste 700
Glendale, CA 91203

Correctional Healthcare Partners, Inc.
through its Agent of Service of Process
Peter Jay Freedland
1123 Isabella Ave.
Coronado, CA 92118

Logan Haak, M.D., Inc.
1855 1st Avenue, Suite 200B
San Diego, CA 92101

Tri-City Medical Center
4002 Vista Way
Oceanside, CA 92056

San Diego County Probation Department
Probation Administration Center
9444 Balboa Ave., Suite 500
San Diego, CA 92123