UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO COUNTY

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURE ZOERNER, on behalf of themselves and all others similarly situated<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,.<br><br>　　　　　Defendants. | Cause No. 3:20-cv-00406-AJB-WVG |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Mid America Health, Inc., states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

/s/Christopher T. Grohman
Christopher T. Grohman, Atty. No. 254450
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone: (312) 527-4000
Email: cgrohman@taftlaw.com

                David L. Guevara, Atty. No. 26388-49
                William P. Sweet, Atty. No. 36086-49
                TAFT STETTINIUS & HOLLISTER LLP
                One Indiana Square, Suite 3500
                Indianapolis, Indiana 46204-2023
                Telephone:  (317) 713-3500
                Email: cgrohman@taftlaw.com
                       dguevara@taftlaw.com
                       wsweet@taftlaw.com

                *Counsel for Defendant Mid America Health, Inc.*

### CERTIFICATE OF SERVICE

     I hereby certify that on February 28, 2022, a true and correct copy of the foregoing was filed though the Court's electronic filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                               /s/  Christopher T. Grohman

72813002