1  LOTZ, DOGGETT & RAWERS, LLP
   Jeffrey S. Doggett, Esq. (SBN 147235)
2  Brian T. Bloodworth, Esq. (SBN 272664)
   Lotz, Doggett & Rawers, LLP
3  101 West Broadway, Suite 1110
   San Diego, CA 92101
4  Tel:   619-233-5565
   jdoggett@ldrlaw.com
5  bbloodworth@ldrlaw.com

6  Attorneys for Defendants CORRECTIONAL
   HEALTHCARE PARTNERS, INC.
7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  DARRYL DUNSMORE, et al.          | Case No.: 3:20-cv-00406-AJB-WVG

12         Plaintiffs,                  **JOINT MOTION TO EXTEND TIME
                                        FOR CORRECTIONAL
13      v.                              HEALTHCARE PARTNERS, INC. TO
                                        RESPOND TO PLAINTIFF'S SECOND
14  SAN DIEGO COUNTY SHERIFF'S          AMENDED COMPLAINT**
    DEPARTMENT, et al.
15                                      Judge:      Hon. Anthony J. Battaglia
           Defendants.                  Magistrate: Hon. William V. Gallo
16

17

18      **COMES NOW**, Plaintiffs and Defendant CORRECTIONAL

19  HEALTHCARE PARTNERS, INC., by and through their respective attorneys

20  herein, jointly move this Court to extend the time for Defendant to file a response to

21  the Second Amended Complaint to May 9, 2022.  This joint motion is made

22  pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Civil Local Rule 12.1.  The parties assert

23  that good cause appears for the following reasons:

24      The Second Amended Complaint was filed on February 9, 2022.  ECF No.

25  81.  The SAC is the first pleading in this case which named CORRECTIONAL

26  HEALTHCARE PARTNERS, INC. as a defendant.  The FAC was served on

27

28

JOINT MOTION TO EXTEND TIME FOR CORRECTIONAL
HEALTHCARE PARTNERS, INC. TO RESPOND TO
PLAINTIFF'S SECOND AMENDED COMPLAINT

3:20-cv-00406-AJB-WVG

1

Defendant on February 14, 2022. ECF No. 92. Therefore, a responsive pleading is due March 7, 2022.

The SAC is 223 pages and asserts nine causes of action spanning eight individually named plaintiffs and an alleged class of similarly situated plaintiffs. Counsel for Defendant is still reviewing the SAC and in likelihood will file a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). This motion may have to address approximately six of the causes of action but do so as to the factual allegations of each individual plaintiff as the factual allegations are different for each. This will require substantial time to finish review and drafting of the motion. It may also lead to a request to file a motion which exceeds the page limits. This undertaking cannot be completed prior to March 7, 2022.

Additionally, the undersigned counsel for Defendant has a pre-planned and paid for vacation between March 4, 2022 and March 7, 2022.

Plaintiffs are amenable to accommodate the requested extension, and therefore the parties jointly move this Court extend the time for Defendant to file a response to the Second Amended Complaint to May 9, 2022.


Respectfully submitted,

Dated: March 1, 2022          LOTZ, DOGGETT & RAWERS, LLP

                              By: s/ Brian T. Bloodworth
                              JEFFREY S. DOGGETT, ESQ.
                              BRIAN T. BLOODWORTH, ESQ.
                              Attorneys for Defendant CORRECTIONAL
                              HEALTHCARE PARTNERS, INC.

Dated: March 1, 2022          ROSEN BIEN GALVAN & GRUNSFELD,
                              LLP

                              By: s/ Van Swearingen
                              GAY CROSTHWAIT GRUNFELD, ESQ.
                              VAN SWEARINGEN, ESQ.

JOINT MOTION TO EXTEND TIME FOR CORRECTIONAL
HEALTHCARE PARTNERS, INC. TO RESPOND TO
PLAINTIFF'S SECOND AMENDED COMPLAINT

3:20-cv-00406-AJB-WVG

2

ERIC MONEK ANDERSON, ESQ.
Attorneys for Plaintiffs

Signature Certification:

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all counsel listed above.  I have obtained the above counsels' authorization to affix their electronic signatures to this document.

Dated: March 1, 2022          *s/  Brian T. Bloodworth*
                              Brian T. Bloodworth, Esq.

JOINT MOTION TO EXTEND TIME FOR CORRECTIONAL HEALTHCARE PARTNERS, INC. TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

3:20-cv-00406-AJB-WVG

3