LOTZ, DOGGETT & RAWERS, LLP
Jeffrey S. Doggett, Esq. (SBN 147235)
Brian T. Bloodworth, Esq. (SBN 272664)
Lotz, Doggett & Rawers, LLP
101 West Broadway, Suite 1110
San Diego, CA 92101
Tel:   619-233-5565
jdoggett@ldrlaw.com
bbloodworth@ldrlaw.com

Attorneys for Defendants CORRECTIONAL
HEALTHCARE PARTNERS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.<br><br>Defendants. | Case No.: 3:20-cv-00406-AJB-WVG<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT CORRECTIONAL HEALTHCARE PARTNERS, INC.**<br><br>Judge:      Hon. Anthony J. Battaglia<br>Magistrate:  Hon. William V. Gallo |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTE that Jeffrey S. Doggett, Esq. and Brian T. Bloodworth, Esq. of the law firm of Lotz, Doggett & Rawers, hereby appear as counsel for defendant CORRECTIONAL HEALTHCARE PARTNERS, INC.  Mr. Doggett is lead counsel for the above referenced defendant.

/ / /

/ / /

/ / /

1

Respectfully submitted,

2

Dated:  March 1, 2022          LOTZ, DOGGETT & RAWERS, LLP

3

4          By: s/ Jeffrey S. Doggett
           JEFFREY S. DOGGETT, ESQ.

5          BRIAN T. BLOODWORTH, ESQ.
           Attorneys for Defendant CORRECTIONAL

6          HEALTHCARE PARTNERS, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE FOR DEFENDANT                    3:20-cv-00406-AJB-WVG
CORRECTIONAL HEALTHCARE PARTNERS, INC.