LOTZ, DOGGETT & RAWERS, LLP
Jeffrey S. Doggett, Esq. (SBN 147235)
Brian T. Bloodworth, Esq. (SBN 272664)
Lotz, Doggett & Rawers, LLP
101 West Broadway, Suite 1110
San Diego, CA 92101
Tel:   619-233-5565
jdoggett@ldrlaw.com
bbloodworth@ldrlaw.com

Attorneys for Defendants CORRECTIONAL
HEALTHCARE PARTNERS, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.<br><br>Defendants. | Case No.: 3:20-cv-00406-AJB-WVG<br><br>**CORPORATE DISCLOSURE STATEMENT OF CORRECTIONAL HEALTHCARE PARTNERS, INC.**<br><br>Judge:        Hon. Anthony J. Battaglia<br>Magistrate:  Hon. William V. Gallo |

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant CORRECTIONAL HEALTHCARE PARTNERS, INC. states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

/ / /

/ / /

/ / /

/ / /

1     Respectfully submitted,

2

3     Dated:  March 1, 2022          LOTZ, DOGGETT & RAWERS, LLP

4                                    By: s/ Brian T. Bloodworth
                                     JEFFREY S. DOGGETT, ESQ.
5                                    BRIAN T. BLOODWORTH, ESQ.
                                     Attorneys for Defendant CORRECTIONAL
6                                    HEALTHCARE PARTNERS, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28