UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.<br><br>Defendants. | Case No.: 3:20-cv-00406-AJB-WVG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR CORRECTIONAL HEALTHCARE PARTNERS, INC. TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Pending before this Court is a joint motion by Plaintiffs and Defendant CORRECTIONAL HEALTHCARE PARTNERS, INC. to extend the time for Defendant to respond to Plaintiffs' Second Amended Complaint. For good cause appearing in the joint motion, the joint motion is **GRANTED**. **IT IS ORDERED** that the time for Defendant CORRECTIONAL HEALTHCARE PARTNERS, INC. to respond to the Second Amended Complaint be extended to May 9, 2021.

**IT IS SO ORDERED.**
Dated: March 2, 2022

Hon. Anthony J. Battaglia
United States District Judge

ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR CORRECTIONAL HEALTHCARE PARTNERS, INC. TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

3:20-cv-00406-AJB-WVG

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR CORRECTIONAL HEALTHCARE PARTNERS, INC. TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

3:20-cv-00406-AJB-WVG

2