**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MARILYN R. MORIARTY, SB# 89818
   E-Mail: Marilyn.Moriarty@lewisbrisbois.com
SUZANNE R. POLLACK, SB# 292388
   E-Mail: Suzanne.Pollack@lewisbrisbois.com
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006   Facsimile: 619.233.8627

**ERICKSEN ARBUTHNOT**
SHARON L. HIGHTOWER SB# 129874
   E-Mail: shightower@ericksenarbuthnot
210 North Fourth Street, Suite 350
San Jose, CA 95112
Telephone: 408.286.0880   Facsimile: 408.286.0337

Attorneys for Defendant
LIBERTY HEALTHCARE CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20 inclusive,<br><br>Defendants. | CASE NO. 3:20-cv-00406-AJB-WVG<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT LIBERTY HEALTHCARE CORPORATION, ERRONEOUSLY SUED HEREIN AS LIBERTY HEALTHCARE, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 12.1** |

4864-6828-6993.1

Case No. 3:20-cv-00406-AJB-WVG

JOINT MOTION TO EXTEND TIME FOR DEFENDANT LIBERTY HEALTHCARE, CORP. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO CIV LR 12.1

Plaintiffs, Darryl Dunsmore, Ernest Archuleta, Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood and Laura Zoerner, on behalf of themselves and all others similarly situated (collectively "plaintiffs") and Defendant Liberty Healthcare Corporation, erroneously sued herein as Liberty Healthcare, Inc., by an through their representative attorneys, move the Court for an Order granting Defendant Liberty Healthcare Corporation an extension of time to answer or otherwise respond to plaintiffs' Second Amended Complaint. In support of this Motion, the parties state as follows:

1. On December 17, 2021, Magistrate Judge William V. Gallo granted pro se plaintiff Darryl Dunsmore's *ex parte* motion for leave to file an amended complaint, based on plaintiff Dunsmore's retention of counsel. (ECF No. 80.) Plaintiff was ordered to file his Second Amended Complaint no later than February 14, 2022. (*Id*.) Defendants were ordered to file their responses to the Second Amended Complaint no later than April 9, 2022. (*Id*.)

2. On February 9, 2022, the Second Amended Complaint was filed, which added several plaintiffs and named additional defendants, including defendant Liberty Healthcare Corporation, erroneously sued herein as Liberty Healthcare, Inc. (hereinafter "Liberty"). (ECF No. 81.)

3. Liberty was served with the Summons and Second Amended Complaint on February 14, 2022.

4. Liberty was not a named defendant at the time of Magistrate Judge Gallo's December 17, 2021 Order (ECF No. 80), which ordered defendants to file a responsive pleading no later than April 9, 2022. However, if that Order is not applicable to Liberty, then the initial deadline for Liberty to file its Answer or other responsive pleading is March 7, 2022. In either scenario, the deadline for Liberty to file an Answer or other responsive pleading has not yet expired.

5. Shortly after Liberty was served with the Second Amended Complaint, counsel for plaintiffs and counsel for Liberty met and conferred regarding this matter. Plaintiffs' counsel disclosed that they agreed to a 30 day extension of time for defendant the County of San Diego to answer or otherwise respond to the Second Amended Complaint, up to and including May 9, 2022. Plaintiffs' counsel agreed to provide a similar 30 day extension, up to and including May 9, 2022, for Liberty to answer or otherwise respond to the Second Amended Complaint in order to serve the interests of judicial economy and fairness.

6. Moreover, as Liberty was a later named defendant, the parties herein request this extension in order to further meet and confer regarding plaintiffs' claims asserted in the Second Amended Complaint and the defenses thereto.

7. Since the filing of plaintiffs' Second Amended Complaint, the Court has not set any case related deadlines. Accordingly, the requested extension of time for Liberty to answer or otherwise respond to plaintiffs' Second Amended Complaint will not alter any deadlines.

8. Thus, the parties to this joint motion respectfully request an extension of time for Liberty to file an Answer or otherwise respond to the Second Amended Complaint, up to and including May 9, 2022.

DATED: March 3, 2022           LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     /s/ Marilyn R. Moriarty
        Marilyn R. Moriarty
        Suzanne R. Pollack
        Attorneys for Defendant
        Liberty Healthcare Corporation

DATED: March 2, 2022                    ERICKSEN ARBUTHNOT

                                                      By:    */s/ Sharon L. Hightower*
                                                      Sharon L. Hightower
                                                      Attorneys for Defendant Liberty Healthcare Corporation

DATED: March 3, 2022                    ROSEN BIEN GALVAN & GRUNFELD LLP

                                                      By:    */s/ Richard Van Swearingen*
                                                        Gay C. Grunfeld
                                                        Richard Van Swearingen
                                                        Priyah Kaul
                                                        Eric Monek Anderson
                                                        Attorneys for Plaintiffs



| | |
|---|---|
| 1 | I, Marilyn R. Moriarty, certify that the content of the document is acceptable |
| 2 | to all persons required to sign the document and I have obtained authorization for |
| 3 | the electronic signatures of all parties on the document. |
| 4 | |
| 5 | DATED: March 3, 2022          LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 6 | |
| 7 | By:    /s/ Marilyn R. Moriarty |
|   | Marilyn R. Moriarty |
| 8 | Suzanne R. Pollack |
|   | Attorneys for Defendant Liberty |
| 9 | Healthcare, Inc. |