UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20 inclusive,<br><br>    Defendants. | CASE NO. 3:20-cv-00406-AJB-WVG<br><br>**ORDER GRANTING THE JOINT MOTION TO EXTEND TIME FOR DEFENDANT LIBERTY HEALTHCARE CORPORATION ERRONEOUSLY SUED HEREIN AS LIBERTY HEALTHCARE, INC, TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 12.1** |

4883-3731-9698.1                                                           Case No. 3:20-cv-00406-AJB-WVG

ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT LIBERTY HEALTHCARE, CORP. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

| | |
|---|---|
| 1 | This matter is before the Court on plaintiffs Darryl Dunsmore, Ernest |
| 2 | Archuleta, Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Nelson, |
| 3 | Christopher Norwood, and Laura Zoerner, on behalf of themselves and all others |
| 4 | similarly situated (collectively "Plaintiffs") and Defendant Liberty Healthcare |
| 5 | Corporation's, erroneously sued herein as Liberty Healthcare, Inc., Joint Motion to |
| 6 | Extend Time for defendant Liberty Healthcare Corporation to Answer or Otherwise |
| 7 | Respond to plaintiffs' Second Amended Complaint Pursuant to Civil Local Rule |
| 8 | 12.1. |
| 9 | The Court, having considered the Joint Motion, and for good cause shown, |
| 10 | hereby grants an extension of time, up to and including May 9, 2022, within which |
| 11 | defendant Liberty Healthcare Corporation may file an Answer or otherwise |
| 12 | responsive pleading. |
| 13 | **IT IS SO ORDERED.** |
| 14 | |
| 15 | DATED:  March ___, 2022 |
| 16 | _____ |
| 17 | HONORABLE ANTHONY J. BATTAGLIA<br>UNITED STATES DISTRICT COURT |