# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

***Darryl Dunsmore, et al. v. State of California, et al.***
Case No. 3:20-cv-00406 AJB-WVG

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West C Street, Suite 1700, San Diego, CA 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made. On March 3, 2022, I served the following documents:

1. JOINT MOTION TO EXTEND TIME FOR DEFENDANT LIBERTY HEALTHCARE CORPORATION, ERRONEOUSLY SUED HEREIN AS LIBERTY HEALTHCARE, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 12.1

2. ORDER GRANTING THE JOINT MOTION TO EXTEND TIME FOR DEFENDANT LIBERTY HEALTHCARE CORPORATION ERRONEOUSLY SUED HEREIN AS LIBERTY HEALTHCARE, INC, TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 12.1

I served the document on the following persons at the following address (including a fax number and email addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The document were served by the following means:

☒ **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the document with the Clerk of the Court using the CM/ECF system

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed February 25, 2021 at San Diego, California.

/s/ *Kathie Richmond*
Kathie Richmond

# SERVICE LIST

***Attorneys for Plaintiffs***

Christopher M. Young
Oliver M. Kiefer
Isabella Neal
DLA Piper US
401 "B" Street, Suite 1700
San Diego, CA 92101-4297
Tel: (619) 699-2701       Fax:  (619) 699-2701
christopher.young@dlapiper.com
oliver.kiefer@dlapiper.com
isabella.neal@dlapiper.com

Gay Crosthwait Grunfeld
Richard Van Swearingen
Eric D. Monek Anderson
Priyah Kaul
Rosen, Bien, Galvan & Grunfeld, LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105
Tel:  (415) 433-6830       Fax:  (415) 433-7104
ggrunfeld@rbgg.com
eanderson@rbgg.com
pkaul@rbgg.com
vswearingen@rbgg.com

Aaron J. Fischer
Law Offices of Aaron J. Fischer
2001 Addison Street, Suite 300
Berkeley, CA 94704
Tel:  (510) 806-7366       Fax:  (510) 694-6314
ajf@aaronfischerlaw.com

Bardis Vakili
Jonathan Paul Markovitz
ACLU Foundation of San Diego & Imperial Counties
PO Box 87131
San Diego, CA 92138-7131
Tel:  (619) 232-2121       Fax:  (619) 232-0036
bvakili@aclusandiego.org
jmarkovitz@aclusandiego.org

***Attorneys for Defendants San Diego County, San Diego County Sheriff's Department***

Robert Lenert
County of San Diego Office of County Counsel
1600 Pacific Highway, Room 355
San Diego, CA 92101-2469
Tel:  (619) 531-4860       Fax:  (619) 531-6005
ronald.lenert@sdcounty.ca.gov

***Attorneys for Mid-America Health, Inc.***

Christopher Thomas Grohman
Taft Stettinius & Hollister, LLP
111 East Wacker, Suite 2800
Chicago, IL 70701
Tel: (312) 515-7313
egrohman@taftlaw.com

William P. Sweet
Taft Stettinius & Hollister
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Tel: (317) 713-6531
wsweet@taftlaw.com

***Attorneys for Defendant Correctional Healthcare Partners, Inc.***

Jeffrey S. Doggett
Brian T. Bloodworth
Lotz Doggett & Rawers
101 West Broadway, Suite 1110
San Diego, CA 92101
Tel: (619) 233-5565      Fax: (619) 233-55654
jdoggett@ldrlaw.com
bbloodworth@ldrlaw.com

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4870-8867-4578.1

2
PROOF OF SERVICE

Case No. 3:20-cv-00406 AJB-WVG