**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MARILYN R. MORIARTY, SB# 89818
  E-Mail: Marilyn.Moriarty@lewisbrisbois.com
SUZANNE R. POLLACK, SB# 292388
  E-Mail: Suzanne.Pollack@lewisbrisbois.com
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006  Facsimile: 619.233.8627

**ERICKSEN ARBUTHNOT**
SHARON L. HIGHTOWER SB# 129874
  E-Mail: shightower@ericksenarbuthnot
210 North Fourth Street, Suite 350
San Jose, CA 95112
Telephone:  408.286.0880  Facsimile:  408.286.0337

Attorneys for Defendant LIBERTY HEALTHCARE CORPORATION, (*erroneously sued as Liberty Healthcare, Inc.*)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20 inclusive,<br><br>Defendants. | CASE NO. 3:20-cv-00406-AJB-WVG<br><br>**DEFENDANT LIBERTY HEALTHCARE CORPORATION'S, ERRONEOUSLY SUED AS LIBERTY HEALTHCARE, INC., NOTICE OF PARTIES WITH FINANCIAL INTEREST** |

4876-0608-0530.1                                  Case No. 3:20-cv-00406-AJB-WVG

DEFENDANT LIBERTY HEALTHCARE CORPORATION'S NOTICE OF PARTIES WITH FINANCIAL INTEREST

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule of Civil

2  Procedure 40.2, the undersigned, counsel of record for Defendant, Liberty

3  Healthcare Corporation, erroneously sued herein as Liberty Healthcare, Inc.,

4  certifies the following:

5        1.     Liberty Healthcare Corporation has no parent corporation and there is

6               no publicly held company that owns 10% or more of Liberty

7               Healthcare Corporation's stock.

8        2.     A supplemental disclosure statement will be filed upon any change to

9               the information provided herein.  These representations are made to

10              enable the Court to evaluate possible disqualification or recusal.

11

12  DATED: March 3, 2022            LEWIS BRISBOIS BISGAARD & SMITH LLP

13                                  By: _____/s/ Marilyn R. Moriarty_____

14                                      Marilyn R. Moriarty
                                        Suzanne R. Pollack
15                                      Attorneys for Defendant Liberty Healthcare
16                                      Corporation

17

18  DATED: March ___, 2022          ERICKSEN ARBUTHNOT

19

20                                  By: _____/s/ Sharon L. Hightower_____

21                                      Sharon L. Hightower
                                        Attorneys for Defendant Liberty Healthcare
22                                      Corporation

23

24

25

26

27

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4876-0608-0530.1                          2                    Case No. 3:20-cv-00406-AJB-WVG