# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

***Darryl Dunsmore, et al. v. State of California, et al.***
Case No. 3:20-cv-00406 AJB-WVG

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West C Street, Suite 1700, San Diego, CA 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made. On March 3, 2022, I served the following documents:

1. DEFENDANT LIBERTY HEALTHCARE CORPORATION'S, ERRONEOUSLY SUED AS LIBERTY HEALTHCARE, INC., NOTICE OF PARTIES WITH FINANCIAL INTEREST

I served the document on the following persons at the following address (including a fax number and email addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The document were served by the following means:

☒ **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the document with the Clerk of the Court using the CM/ECF system

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed February 25, 2021 at San Diego, California.

/s/ *Kathie Richmond*
Kathie Richmond

# SERVICE LIST

***Attorneys for Plaintiffs***

Christopher M. Young
Oliver M. Kiefer
Isabella Neal
DLA Piper US
401 "B" Street, Suite 1700
San Diego, CA 92101-4297
Tel: (619) 699-2701      Fax: (619) 699-2701
christopher.young@dlapiper.com
oliver.kiefer@dlapiper.com
isabella.neal@dlapiper.com

Gay Crosthwait Grunfeld
Richard Van Swearingen
Eric D. Monek Anderson
Priyah Kaul
Rosen, Bien, Galvan & Grunfeld, LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105
Tel: (415) 433-6830      Fax: (415) 433-7104
ggrunfeld@rbgg.com
eanderson@rbgg.com
pkaul@rbgg.com
vswearingen@rbgg.com

Aaron J. Fischer
Law Offices of Aaron J. Fischer
2001 Addison Street, Suite 300
Berkeley, CA 94704
Tel: (510) 806-7366      Fax: (510) 694-6314
ajf@aaronfischerlaw.com

Bardis Vakili
Jonathan Paul Markovitz
ACLU Foundation of San Diego & Imperial Counties
PO Box 87131
San Diego, CA 92138-7131
Tel: (619) 232-2121      Fax: (619) 232-0036
bvakili@aclusandiego.org
jmarkovitz@aclusandiego.org

***Attorneys for Defendants San Diego County, San Diego County Sheriff's Department***

Robert Lenert
County of San Diego Office of County Counsel
1600 Pacific Highway, Room 355
San Diego, CA 92101-2469
Tel: (619) 531-4860      Fax: (619) 531-6005
ronald.lenert@sdcounty.ca.gov

***Attorneys for Mid-America Health, Inc.***

Christopher Thomas Grohman
Taft Stettinius & Hollister, LLP
111 East Wacker, Suite 2800
Chicago, IL 70701
Tel: (312) 515-7313
egrohman@taftlaw.com

William P. Sweet
Taft Stettinius & Hollister
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Tel: (317) 713-6531
wsweet@taftlaw.com

***Attorneys for Defendant Correctional Healthcare Partners, Inc.***

Jeffrey S. Doggett
Brian T. Bloodworth
Lotz Doggett & Rawers
101 West Broadway, Suite 1110
San Diego, CA 92101
Tel: (619) 233-5565     Fax: (619) 233-55654
jdoggett@ldrlaw.com
bbloodworth@ldrlaw.com