1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA,

10

11 | DARRYL DUNSMORE, ERNEST          CASE NO. 3:20-cv-00406-AJB-WVG
   | ARCHULETA, ANTHONY
12 | EDWARDS, REANNA LEVY, JOSUE
   | LOPEZ, CHRISTOPHER NELSON,      **ORDER GRANTING THE JOINT**
13 | CHRISTOPHER NORWOOD and          **MOTION TO EXTEND TIME FOR**
   |                                  **DEFENDANT LIBERTY**
14 | LAURA ZOERNER, on behalf of      **HEALTHCARE CORPORATION**
   | themselves and all others similarly  **ERRONEOUSLY SUED HEREIN**
15 | situated,                        **AS LIBERTY HEALTHCARE, INC,**
   |                                  **TO ANSWER OR OTHERWISE**
16 |                                  **RESPOND TO PLAINTIFFS'**
   |          Plaintiffs,             **SECOND AMENDED COMPLAINT**
17 |                                  **PURSUANT TO CIVIL LOCAL**
   |      vs.                         **RULE 12.1**
18 |

19 |
   | SAN DIEGO COUNTY SHERIFF'S
20 | DEPARTMENT, COUNTY OF SAN
   | DIEGO, CORRECTIONAL
21 | HEALTHCARE PARTNERS, INC., TRI
   | CITY MEDICAL CENTER, LIBERTY
22 | HEALTHCARE, INC., MID-AMERICA
   | HEALTH, INC., LOGAN HAAK, M.D.,
23 | INC., SAN DIEGO COUNTY
   | PROBATION DEPARTMENT, and
24 | DOES 1 to 20 inclusive,

25 |

26 |          Defendants.

27

28

ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT LIBERTY HEALTHCARE,
CORP. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

1    This matter is before the Court on plaintiffs Darryl Dunsmore, Ernest

2  Archuleta, Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Nelson,

3  Christopher Norwood, and Laura Zoerner, on behalf of themselves and all others

4  similarly situated (collectively "Plaintiffs") and Defendant Liberty Healthcare

5  Corporation's, erroneously sued herein as Liberty Healthcare, Inc., Joint Motion to

6  Extend Time for defendant Liberty Healthcare Corporation to Answer or Otherwise

7  Respond to plaintiffs' Second Amended Complaint Pursuant to Civil Local Rule

8  12.1.

9    The Court, having considered the Joint Motion, and for good cause shown,

10  hereby grants an extension of time, up to and including May 9, 2022, within which

11  defendant Liberty Healthcare Corporation may file an Answer or otherwise

12  responsive pleading.

13    **IT IS SO ORDERED.**

14  Dated:  March 4, 2022

15  _____
   Hon. Anthony J. Battaglia
16  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT LIBERTY HEALTHCARE, CORP. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT