1

**LOTZ DOGGETT & RAWERS, LLP**
**LAUREN E. HARDISTY, ESQ. (SBN 258531)**

2

101 West Broadway, Suite 1110
San Diego, California  92101

3

Telephone:  (619) 233-5565

4

Facsimile:   (619) 233-5564

5

6

Attorneys for Defendant, LOGAN

7

HAAK, M.D.

8

9

**UNITED STATES DISTRICT COURT**

10

**SOUTHERN DISTRICT OF CALIFORNIA**

11

12

DARYL DUNSMORE, ERNEST
ARCHULETA, ANTHONY

13

EDWARDS, REANNA LEVY,

14

JOSUE LOPEZ, CHRISTOPHER
NELSON, CHRISTOPHER

15

NORWOOD, and LAURA ZOENER ,
on behalf of themselves and all others

16

similarly situated,

17

18

Plaintiffs,

19

v.

20

21

SAN DIEGO COUNTY SHERIFF'S
DEPARTMENT, COUNTY OF SAN

22

DIEGO GORRECTIONAL
HEALTHCARE PARTNERS, INC.,

23

TRI-CITY MEDICAL CENTER,

24

LIBERTY HEALTHCARE, INC.,
LOGAN HAAK, M.D., INC., SAN

25

DIEGO COUNTY PROGATION

26

DEPARTMENT and DOES 1 TO 20,

27

inclusive,

28

Defendants.

**CASE NO.:  3:20-cv-00406-AJB-WVG**

**NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT BY LOGAN HAAK, M.D. AND EACH CAUSE OF ACTIONTHEREIN**

**Jury Trial Demanded**

**NO HEARING DATE REQUIRED PER CHAMBER RULES**

**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**

Judge:  Hon. Anthony J. Battaglia
Mag. Judge:  Hon. William V. Gallo

---

**NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**

1     PLEASE TAKE NOTICE that this matter has been filed pursuant to chamber

2   rules prior to receiving a hearing date.   This matter will be heard by the Honorable

3   William V. Gallo, United States Magistrate Judge, located at 221 W. Broadway, San

4   Diego, California, Defendant Logan Haak, M.D. will move to dismiss Plaintiff's

5   Second Amended Complaint pursuant to Federal Rules of Civil Procedure, Rule

6   12(b)(6) on the grounds that the complaint fails to state a cause of action upon which

7   relief can be granted.  Defendant, Logan Haak, M.D. separately moves to dismiss

8   the First, Second, Third, Fourth and Eighth causes of action as the fail to state a

9   cause of action for which relief can be granted.  The Motion will be based upon this

10   Notice, the accompanying memorandum of points and authorities, and all the papers

11   and pleadings on file in this action.

12

13   Dated:    March 4, 2022            **LOTZ, DOGGETT & RAWERS, LLP**

14

15                          By:  _____

16                             **LAUREN E. HARDISTY, ESQ.**
                               Attorneys for Defendant, LOGAN
17                             HAAK, M.D.

18

19

20

21

22

23

24

25

26

27

28

---

**NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**