**LOTZ DOGGETT & RAWERS, LLP**
LAUREN E. HARDISTY, ESQ. (SBN 258531)
101 West Broadway, Suite 1110
San Diego, California 92101
Telephone: (619) 233-5565
Facsimile: (619) 233-5564

Attorneys for Defendant, LOGAN HAAK, M.D.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOENER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO GORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROGATION DEPARTMENT and DOES 1 TO 20, inclusive,<br><br>Defendants. | CASE NO.: 3:20-cv-00406-AJB-WVG<br><br>**CERTIFICATE OF SERVICE**<br><br>**Jury Trial Demanded**<br><br>Judge: Hon. Anthony J. Battaglia<br>Mag. Judge: Hon. William V. Gallo |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to the case. I am employed in, or a resident of, the County of San Diego where the service occurred; and my business address is 101 West Broadway, Suite 1110, San Diego, California 92101.

On March 4, 2022March 4, 2022, I served the following documents:

1. **NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT BY LOGAN HAAK, M.D.**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LOGAN HAAK, M.D.'s MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT.**

on all interested parties in this action in the following manner:

X   **BY ELECTRONIC FILING:** I served each of the above referenced document(s) by E-filing in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California which will send notification of such filing to the interested parties as indicated below on the service list.

| CHRISTOPHER M. YOUNG – 163319<br>ISABELLA NEAL – 328323<br>OLIVER KIEFER – 332830<br>DLA PIPER LLP (US)<br>401 B Street, Suite 1700<br>San Diego, California 92101-4297<br>Telephone: (619) 699-2700<br>Facsimile: (619) 699-2701<br>Email: christopher.young@dlapiper.com<br>         isabella.neal@dlapiper.com<br>         oliver.kiefer@dlapiper.com | Attorneys for Plaintiff,<br>DARYL DUNSMORE |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | BARDIS VAKILI – 247783<br>JONATHAN MARKOVITZ – 301767<br>ACLU FOUNDATION OF SAN DIEGO &<br>IMPERIAL COUNTIES<br>2760 Fifth Avenue, Suite 300<br>San Diego, California 92103-6330<br>Telephone: (619) 232-2121<br>Email: bvakili@aclusandiego.org<br>          jmarkovitz@aclusandiego.org | Attorneys for Plaintiff,<br>DARYL DUNSMORE |
| 8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16 | GAY CROSTHWAIT GRUNFELD – 121944<br>VAN SWEARINGEN – 259809<br>PRIYAH KAUL – 307956<br>ERIC MONEK ANDERSON – 320934<br>ROSEN, BIEN, GALVAN & GRUNFELD LLP<br>101 Mission St. 6th Fl.<br>San Francisco, CA 94105<br>Telephone: (415) 433-6830<br>E-mail: ggrunfeld@rbgg.com<br>          vswearingen@rbgg.com<br>          pkaul@rbgg.com<br>          eanderson@rbgg.com | Attorneys for Plaintiff,<br>DARYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOENER |
| 17<br>18<br>19<br>20<br>21<br>22<br>23 | AARON J. FISCHER – 247391<br>LAW OFFICE OF<br>AARON J. FISCHER<br>2001 Addison Street, Suite 300<br>Berkeley, California 94704-1165<br>Telephone: (510) 806-7366<br>Facsimile: (510) 694-6314<br>Email: ajf@aaronfischerlaw.com | Attorneys for Plaintiff,<br>DARYL DUNSMORE |
| 24<br>25<br>26<br>27<br>28 | RONALD LENERT<br>COUNTY OF SAN DIEGO OFFICE OF<br>COUNTY COUNSEL<br>1600 Pacific Highway, Room 355<br>San Diego, CA 92101-2469<br>Telephone:  (619) 531-6005<br>Facsimile: (619) 531-6005<br>Ronald.lenert@sdcounty.ca.gov | Attorneys for Defendant,<br>COUNTY OF SAN DIEGO and SAN DIEGO COUNTY SHERIFF'S DEPARTMENT |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | JEFFREY S. DOGGETT<br>BRIAN T. BLOODWORTH<br>LOTZ DOGGETT AND RAWERS<br>101 West Broadway, Suite 1110<br>San Diego, CA 92101<br>Telephone: (619) 233-5565<br>Fascimile: (619) 233-5564<br>jdoggett@ldrlaw.com<br>bbloodworth@ldrlaw.com | Attorneys for Defendant,<br>CORRECTIONAL HEALTHCARE PARTNERS, INC. |
| 7<br>8<br>9<br>10<br>11 | MARILYN R. MORIARTY<br>LEWIS BRISBOIS BISGAARD AND SMITH<br>701 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 233-1006<br>Marilyn.moriarty@lewisbrisbois.com | Attorneys for Defendant, LIBERTY HEALTHCARE, INC. |
| 12<br>13<br>14<br>15<br>16 | CHRISTOPHER THOMAS GROHMAN<br>WILLIAM PHILIP SWEET<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker, Suite 2800<br>Chicago, IL 60601<br>Telephone: (312) 515-7313<br>cgrohman@taftlaw.com<br>wsweet@taftlaw.com | Attorneys for Defendant, Mid-America Health, Inc. |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 4, 2022, at San Diego, California

By: s/ LAUREN E. HARDISTY
E-mail: lhardisty@ldrlaw.com