RONALD LENERT, Senior Deputy (SBN 277434)
MATTHEW O'SULLIVAN, Senior Deputy (SBN 305980)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5244; Fax: (619) 531-6005
E-mail: ronald.lenert@sdcounty.ca.gov
E-mail: matthew.o'sullivan@sdcounty.ca.gov

Attorneys for Defendant County of San Diego

GAY C. GRUNFELD (SBN 121944)
VAN SWEARINGEN (SBN 259809)
PRIYAH KAUL (SBN 307956)
ERIC MONEK ANDERSON (SBN 320934)
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830; Fax: (415) 433-7104
E-mail: ggrunfeld@rbgg.com
E-mail: vswearingen@rbgg.comb
E-mail: pkaul@rbgg.com
E-mail: eanderson@rbgg.com

*Lead Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | No. 20-cv-00406-AJB-WVG <br><br> **JOINT MOTION FOR ORDER EXTENDING TIME FOR DEFENDANT COUNTY OF SAN DIEGO TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

20-cv-00406-AJB-WVG

Pursuant to Civil Local Rule 12.1, the parties, through their respective attorneys of record, submit the following joint motion for an Order extending Defendant County of San Diego ("the County")'s deadline—and that of its sub-entities named as Defendants, to the degree that they are amenable to suit[1]—to respond to Plaintiffs' Second Amended Complaint. The current deadline for the County to file a responsive pleading to Plaintiffs' Second Amended Complaint is April 9, 2022. The parties request an extension to this deadline so that the responsive pleading for the County be May 9, 2022, and declare as follows regarding the good cause supporting extension:

1. First, this Court has already granted Plaintiffs' and Defendants Correctional Healthcare Partners, Inc. and Liberty Healthcare Inc.'s joint requests to continue those Defendants' responsive-pleading deadlines to May 9, 2022. *See* ECF Nos. 104, 107. Accordingly, setting a responsive-pleading deadline for the County that aligns with its co-Defendants will preserve judicial and other taxpayer resources by streamlining the dates for potential hearings before the Court and allowing the Court to address issues raised in the parties' briefing in an omnibus order.

2. Additionally, lead counsel for the County is presently lead counsel in a lengthy trial before the Southern District of California, which began on March 2, 2022 and is estimated to conclude sometime in the week of March 14, 2022. Given these trial demands, allowing additional time for the County's response will permit lead counsel to more meaningfully engage in the process of formulating a response to Plaintiffs' Second Amended Complaint.

3. Lastly, Plaintiffs' Second Amended Complaint is of considerable length, totaling 464 paragraphs over 223 pages, and seeks class-based relief. Granting the County additional time will allow the County to address fully the contents of the Second Amended Complaint, to collect and review records necessary to formulate a response,

---

[1] In addition to the County, Plaintiffs named as Defendants the San Diego County Sheriff's Department and San Diego County Probation Department. *See* ECF Nos. 81, 90, 91. The parties disagree whether the Sheriff's Department and Probation Department are "sue-able" entities separate from the County for the purposes of suit. The County intends to address this issue by way of later motion.

| | | |
|---|---|---|
| 1 | and to potentially narrow the issues to be raised by motion. As such, the jointly- | |
| 2 | requested extension promotes the interests of judicial economy. | |
| 3 | | Respectfully submitted, |
| 4 | DATED: March 11, 2022 | Office of County Counsel |
| 5-6 | | By: s/*Matthew P. O'Sullivan*, Senior Deputy<br>Attorneys for Defendants County of San Diego<br>E-mail: matthew.o'sullivan@sdcounty.ca.gov |
| 8 | DATED: March 11, 2022 | ROSEN BIEN GALVAN & GRUNFELD LLP |
| 9-10 | | By: s/*Van Swearingen*<br>Lead Attorneys for Plaintiffs<br>E-mail: vswearingen@rbgg.comb |

# SIGNATURE CERTIFICATION

Pursuant to § 2(f)(4) of the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all persons required to sign the document and have obtained authorization for the electronic signatures of all parties on the document.

Respectfully submitted,

DATED:  March 11, 2022

Office of County Counsel

By: s/*Matthew P. O'Sullivan*, Senior Deputy
Attorneys for Defendants County of San Diego
E-mail:  matthew.o'sullivan@sdcounty.ca.gov