# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>   Defendants. | No. 20-cv-00406-AJB-WVG<br><br>**ORDER EXTENDING TIME FOR DEFENDANT COUNTY OF SAN DIEGO TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**[ECF No. 110]** |

Having considered the parties' Joint Motion for Order Extending Time for Defendant County of San Diego to File Responsive Pleading to Plaintiffs' Second Amended Complaint, ECF No. 110, and for good cause shown;

///

///

20-cv-00406-AJB-WVG

    **IT IS HEREBY ORDERED** that the County's responsive pleading, which is currently due on April 9, 2022, will now be due on May 9, 2022.

    IT IS SO ORDERED.

Dated: March 14, 2022

*/s/ Anthony J. Battaglia*
Hon. Anthony J. Battaglia
United States District Judge