RONALD LENERT, Senior Deputy (SBN 277434)
MATTHEW O'SULLIVAN, Senior Deputy (SBN 305980)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5244; Fax: (619) 531-6005
E-mail: ronald.lenert@sdcounty.ca.gov
E-mail: matthew.o'sullivan@sdcounty.ca.gov

Susan E. Coleman (SBN 171832)
Burke, Williams & Sorensen, LLP
501 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 814-5803; Fax: (619) 814-6799
E-mail: scoleman@bwslaw.com

Attorneys for Defendant County of San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | No. 20-cv-00406-AJB-WVG<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Dept.: 4A - Courtroom of the Honorable Anthony J. Battaglia |

/ / /

/ / /

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF** |
| 2 | **RECORD:** |
| 3 |     **PLEASE TAKE NOTICE THAT** that Office of County Counsel, County of San |
| 4 | Diego hereby associates Burke, Williams & Sorensen, LLP as co-counsel for Defendant |
| 5 | COUNTY OF SAN DIEGO in the above-entitled matter.  The office address, telephone |
| 6 | and facsimile numbers, and email address for this newly associated counsel are: |

    Susan E. Coleman, Esq. (SBN 171832)
    Burke, Williams & Sorensen, LLP
    501 West Broadway, Suite 1600
    San Diego, CA 92101
    E-mail: scoleman@bwslaw.com
    Telephone: (619) 814-5803
    Fax: (619) 814-6799

    Please add Burke, Williams & Sorensen, LLP to your service list at this time for service of all correspondence, discovery and pleadings.

    In addition, Susan E. Coleman will serve as lead counsel for Defendant COUNTY OF SAN DIEGO going forward.

                        Respectfully submitted,

DATED:  March 18, 2022        Office of County Counsel

                        By: s/*Matthew P. O'Sullivan*, Senior Deputy
                        Attorneys for Defendant County of San Diego
                        E-mail:  matthew.o'sullivan@sdcounty.ca.gov

DATED:  March 18, 2022        Burke, Williams & Sorensen, LLP

                        By: s/*Susan E. Coleman*
                        Attorneys for Defendant County of San Diego
                        E-mail: scoleman@bwslaw.com

# DECLARATION OF SERVICE

I, the undersigned, declare: That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On March 18, 2022, I served the following document(s): **NOTICE OF ASSOCIATION OF COUNSEL,** in the following manner:

☒ **(BY CM/ECF)** I cause to be transmitted a copy of the foregoing document(s) this date via the United States District Court' ECF System, which electronically notifies all counsel as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2022, at San Diego, California.

By: s/*Susan E. Coleman*
E-mail: scoleman@bwslaw.com

*Darryl Dunsmore v. State of California, et al.*
USDC No. 20cv-0406-AJB(WVG)

## SERVICE LIST

| | |
|---|---|
| Gay C. Grunfeld, Esq.<br>Van Swearingen, Esq.<br>Priyah Kaul, Esq.<br>Eric Monek Anderson, Esq.<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105-1738<br>ggrunfeld@rbgg.com<br>vswearingen@rbgg.com<br>pkaul@rbgg.com<br>eanderson@rbgg.com | Attorneys for Plaintiff |
| Aaron J. Fischer, Esq.<br>LAW OFFICE OF AARON J. FISCHER<br>2001 Addison Street, Suite 300<br>Berkeley, CA 94704-1165<br>ajf@aaronfischerlaw.com | Attorneys for Plaintiff |
| Christopher M. Young, Esq.<br>Isabella Neal, Esq.<br>Oliver Kiefer, Esq.<br>DLA PIPER LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>christopher.young@dlapiper.com<br>isabella.neal@dlapiper.com<br>oliver.kiefer@dlapiper.com | Attorneys for Plaintiff |
| Bardis Vakili, Esq.<br>Jonathan Markovitz, Esq.<br>ACLU OF SAN DIEGO AND<br>IMPERIAL COUNTIES<br>2760 Fifth Avenue, Suite 300<br>San Diego, CA 92103-6330<br>bvakili@aclusandiego.org<br>jmarkovitz@aclusandiego.org | Attorneys for Plaintiff |

*Darryl Dunsmore v. State of California, et al.*
USDC No. 20cv-0406-AJB(WVG)