UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL DUNMORE; ERNEST ARCHULETA; ANTHONY EDWARDS; REANNA LEVY; JOSUE LOPEZ; CHRISTOPHER NELSON; CHRISTOPHER NORWOOD; and LAURA ZOENER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT; COUNTY OF SAN DIEGO CORRECTIONAL HEALTHCARE PARTNERS, INC.; TRI-CITY MEDICAL CENTER; LIBERTY HEALTHCARE, INC; LOGAN HAAK, M.D., INC.; SAN DIEGO COUNTY PROBATION DEPARTMENT; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 20-CV-406-AJB-WVG<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

Defendant Logan Haak, M.D., Inc. ("Defendant Haak") filed a Motion to Dismiss Plaintiff's Complaint on March 4, 2022. (Doc. No. 109.) Plaintiffs must file any opposition to Defendant Haak's Motion to Dismiss **on or before May 12, 2022**. Defendant Haak shall file any reply brief **on or before May 26, 2022**.

Unless the Court directs otherwise in advance, this matter will be resolved without oral argument.

**IT IS SO ORDERED.**

DATED: April 12, 2022

Hon. William V. Gallo
United States Magistrate Judge