```
SHARON L. HIGHTOWER, ESQ. [S.B.N. 129874]
LAURA E. MALKOFSKY, ESQ. [S.B.N. 142536]
ERICKSEN ARBUTHNOT
210 North Fourth Street, suite 350
San Jose, CA 95112
Telephone: (408) 286-0880
Facsimile: (408) 286-0337
shightower@ericksenarbuthnot.com
lmakofsky@ericksenarbuthnot.com
```

Attorneys for Defendants LIBERTY HEALTHCARE, CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRICITY MEDICAL CENTER, LIBERTY HEALTHCARE, CORPORATION., MID AMERICA HEALTH, INC. LOGAN HAAK, M.D., INC. SAN DIEGO COUNTY PROBATION DEPARTMENT and Does 1 to 20 inclusive,<br><br>Defendant, | CASE NO.: 3:20-CV-00406-AJB-WVG<br><br>Judge: Hon. Anthony J. Battaglia<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE that the undersigned, Sharon L. Hightower and Laura E. Malkofsky, of ERICKSEN ARBUTHNOT, hereby enters their appearance as counsel of record for Defendant, LIBERTY HEALTHCARE, CORPORATION. in this matter. The undersigned

1

NOTICE OF APPEARANCE

hereby respectfully requests to be added as lead counsel for LIBERTY HEALTHCARE CORPORATION to the docket's list of counsel as attorneys to be noticed. All further notice and copies of pleadings, papers, and notices should also be directed to and served upon:

>Sharon L. Hightower
>Laura E. Malkofsky
>210 North Fourth Street, Suite 350
>San Jose, CA 95112
>T: (408) 286-0880
>F: (408) 286-0337
>shightower@ericksenarbuthnot.com
>lmalkofsky@ericksenarbuthnot.com

DATE: April 13, 2022

ERICKSEN ARBUTHNOT

SHARON L. HIGHTOWER, ESQ.
Attorneys for Defendants Liberty Healthcare, Corporation

CASE NAME: DUNSMORE v. STATE OF CALIFORNIA, et al.
ACTION NO: 3:20-CV-00406-AJB-WVG

### CERTIFICATE OF SERVICE

I declare that I am employed in the County of Santa Clara, California. I am over the age of eighteen (18) years and not a party to the within cause; my business address is 210 No. Fourth Street, Suite 350, San Jose, CA 95112.

I served the attached: *NOTICE OF APPEARANCE* on the interested parties in said cause, using the following method:

/ /  **(BY MAIL)** I placed each sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at San Jose, California, following ordinary business practices. I am readily familiar with the practice of ERICKSEN ARBUTHNOT for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/ /  **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted below.

/ /  **(BY FEDERAL EXPRESS)** The foregoing document was placed in a sealed envelope provided by Federal Express/UPS, designated as overnight (delivery by next business day) with delivery fees paid or provided for and addressed as stated below. I deposited such envelope in the Federal Express/UPS collection box at 210 North Fourth Street, San Jose, California.

/ /  **(BY FACSIMILE)** I caused the said document to be transmitted by facsimile machine to the facsimile number indicated after the address(es) noted below. Such transmission was verified as complete and without error.

/XX/  **(BY ELECTRONIC SERVICE)** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below. OR: The above-described document(s) will be delivered electronically through the Court's electronic filing system.

### ATTORNEYS FOR PLAINTIFF DARRYL DUNSMORE:

Christopher M. Young
DLA Piper US
401 B Street
Suite 1700
San Diego, CA 92101-4297
P: (619) 699-2700/ Fax: (619) 699-2701
Email: christopher.young@dlapiper.com

Gay Crosthwait Grunfeld
Rosen Bien Galvan & Grunfeld, LLP
101 Mission Street
Sixth Floor
San Francisco, CA 94105
P: 415-433-6830 / Fax: 415-433-7104
Email: ggrunfeld@rbgg.com

---

3

NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | Isabella Maria Neal |
|   | 4084 Eagle Street |
| 2 | Apartment B |
|   | San Diego, CA 92103 |
| 3 | 360-915-3920 |
|   | Email: isabella.neal@us.dlapiper.com |
| 4 | |
| 5 | Oliver M. Kiefer |
|   | DLA Piper LLP (US) |
| 6 | 401 B Street |
|   | Suite 1700 |
| 7 | San Diego, CA 92101 |
| 8 | 619-699-2781 |
|   | Email: oliver.kiefer@us.dlapiper.com |
| 9 | |
| 10 | Aaron J. Fischer |
|    | Law Office of Aaron J. Fischer |
| 11 | 2001 Addison Street |
|    | Suite 300 |
| 12 | Berkeley, CA 94704 |
| 13 | 510-806-7366 |
|    | Fax: 510-694-6314 |
| 14 | Email: ajf@aaronfischerlaw.com |
| 15 | |
|    | Bardis Vakili |
| 16 | ACLU Foundation of San Diego & Imperial Counties |
|    | P.O. Box 87131 |
| 17 | San Diego, CA 92138-7131 |
|    | (619) 232-2121 / Fax: (619) 232-0036 |
| 18 | Email: bvakili@aclusandiego.org |
| 19 | |
|    | Eric D. Monek Anderson |
| 20 | Rosen Bien Galvan & Grunfeld LLP |
|    | 101 Mission Street |
| 21 | Sixth Floor |
| 22 | San Francisco, CA 94105 |
|    | 415-433-6830 |
| 23 | Email: eanderson@rbgg.com |
| 24 | |
|    | Jonathan Paul Markovitz |
| 25 | ACLU of San Diego & Imperial Counties |
|    | P.O. Box 87131 |
| 26 | San Diego, CA 92138 |
| 27 | 619-232-2121 / Fax: 619-232-0036 |
|    | Email: jmarkovitz@aclusandiego.org |
| 28 | |

4

NOTICE OF APPEARANCE

```
 1 | Priyah Kaul
   | Rosen Bien Galvan & Grunfeld LLP
 2 | 101 Mission Street
   | Sixth Floor
 3 | San Francisco, CA 94105
   | 415-433-6830
 4 | Email: pkaul@rbgg.com
 5 |
   | ATTORNEY FOR PLAINTIFFS:
 6 | Josue Lopez, Christopher Nelson, Reanna Levy,
   | Christopher Norwood, Ernest Archuleta, Anthony Edwards,
 7 | Laura Zoerner
 8 |
   | Richard Van Swearingen
 9 | Rosen Bien Galvan & Grunfeld, LLP
   | 101 Mission Street
10 | Sixth Floor
11 | San Francisco, CA 94105
   | 415-433-6830
12 | Fax: 415-433-7104
13 | Email: vswearingen@rbgg.com
14 | ATTORNEY FOR DEFEDANT SD SHERIFF DEPT.:
   | Ronald Lenert
15 | County of San Diego Office of County Counsel
16 | 1600 Pacific Highway, Room 355
   | San Diego, CA 92101
17 | (619) 531-4860 Fax: 619-531-6005
   | E-mail: Ronald.;emert@sdcounty.ca.gov
18 |
19 | ATTORNEY FOR DEFENDANT MID-AMERICA HEALTH, INC.
   | Christopher Thomas Grohman
20 | Taft Stettinius & Hollister LLP
21 | 111 East Wacker, Suite 2800
   | Chicago, IL 60601
22 | (312) 515-7313
   | E-mail: egrohman@taftlaw.com
23 |
24 | William P. Sweet
   | Taft Stettinius & Holloster LLP
25 | One Indian Square, Suite 3500
   | Indianapolis, IN 46204
26 | (317) 713-6531
27 | wsweet@taftlaw.com
28 |
```

**ATTORNEY FOR DEFENDANT COUNTY OF SAN DIEGO**
Matthew Patrick O'Sullivan
San Diego County Counsel
1600 Pacific Highway, Suite 355
San Diego, CA 92101
(858-705-5596
Matthew.o'sullivan@sdcounty.ca.gov

Susan E. Colman
Burke, Williams & Sorensen LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
(213) 236-2700
scolman@bwslaw.com

**ATTORNEY FOR CORRECTIONAL HEALTHCARE PARTNERS, INC.**
Jeffrey Scott Doggett
Brian T. Bloodworth
Lotz Doggett and Rawers
101 West Broadway, Suite 1110
San Diego, CA 92101
(619) 233-5565 / F (619) 233-5564
jdoggett@ldrlaw.com; bbloodworth@ldrlaw.com

**CO-COUNSEL for LIBERTY HEALTHCARE, INC.**
Marilyn R. Moriarty
Lewis Brisbois Bisgaard and Smith
701 B Street, Suite 1900
San Diego, CA 92101
(619) 233-1006
Marilyn.moriarty@lewisbrisbois.com

**ATTORNEY FOR DEFENDANT LOGAN HAAK, M.D., INC.**
Lauren Hardisty
LOTZ, DOGGETT & RAWERS LLP
101 W. Broadway Sruite 110
San Diego, CA 92101
(619) 233-5565
lhardisty@ldrlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on April 13, 2022, at San Jose, California.

*/s/ Jennifer L. Sharpe*
JENNIFER L. SHARPE