```
GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
Email:        ggrunfeld@rbgg.com
              vswearingen@rbgg.com
              pkaul@rbgg.com
              eanderson@rbgg.com
              hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California  94704-1165
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
Email:        ajf@aaronfischerlaw.com
```

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:      Hon. Anthony J. Battaglia<br><br>Trial Date: None Set |

1 (*counsel continued from preceding page*)

2 CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
3 OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4 401 B Street, Suite 1700
San Diego, California  92101-4297
5 Telephone:   (619) 699-2700
Facsimile:    (619) 699-2701
6 Email:          christopher.young@dlapiper.com
                    isabella.neal@dlapiper.com
7                   oliver.kiefer@dlapiper.com

8 BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
9 ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
10 2760 Fifth Avenue, Suite 300
San Diego, California  92103-6330
11 Telephone:   (619) 232-2121
Email:          bvakili@aclusandiego.org
12                   jmarkovitz@aclusandiego.org

13 Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned, Hannah M. Chartoff, of Rosen Bien Galvan & Grunfeld LLP, hereby enters her appearance as counsel of record for Plaintiffs DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER in this matter. The undersigned hereby respectfully requests to be added to the docket's list of counsel as attorneys to be noticed.

All further notice and copies of pleadings, papers, and notices should also be directed to and served upon:

> Hannah M. Chartoff –324529
> ROSEN BIEN GALVAN & GRUNFELD LLP
> 101 Mission Street, Sixth Floor
> San Francisco, California 94105-1738
> Telephone: (415) 433-6830
> Facsimile: (415) 433-7104
> Email: hchartoff@rbgg.com

DATED: April 14, 2022

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Hannah M. Chartoff*
Hannah M. Chartoff

Attorneys for Plaintiffs
Email: hchartoff@rbgg.com