GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS IN LOCAL RULE 7.1(h)**<br><br>Judge:   Hon. Anthony J. Battaglia<br><br>Trial Date:  None Set |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email:       christopher.young@dlapiper.com
             isabella.neal@dlapiper.com
             oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone: (619) 232-2121
Email:       bvakili@aclusandiego.org
             jmarkovitz@aclusandiego.org

Attorneys for Plaintiffs

Pursuant to Civil Local Rule 7.2, Plaintiffs Darryl Dunsmore, Ernest Archuleta, Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, and Laura Zoerner ("Plaintiffs") and Defendants San Diego County Sheriff's Department, County of San Diego, Correctional Healthcare Partners, Inc., and Liberty Healthcare Corporation, Inc. ("Defendants") (collectively, the "Parties") respectfully request leave to exceed the page limits set by S.D. Cal. Civil Local Rule 7.1(h).

Civil Local Rule 7.1(h) limits the length of any memoranda in support of motions filed by a party on one day to 25 pages in total. Briefs in opposition are limited to 25 pages and reply briefs to 10 pages. Local Rule 7.1(h) provides that parties may exceed these page limits by leave of Court. By this Joint Motion, the Parties seek such leave.

On approximately May 2, 2022, Plaintiffs intend to file motions for a preliminary injunction and for provisional class certification. The preliminary injunction motion will seek court intervention to address numerous issues with respect to Defendants' policies, procedures, practices, and training related to security, medical care, mental health care, disability access. Plaintiffs also intend to seek provisional class certification in conjunction with the request for preliminary relief. These two motions necessarily involve significant factual discussion and legal analysis of several different claims. As such, Plaintiffs anticipate requiring more than 25 pages to brief the two motions. Defendants likewise anticipate that briefing the issues likely to be raised in Plaintiffs' motions will also require their oppositions to exceed 25 pages.

Accordingly, the Parties respectfully request leave from the Court to exceed the page limits in Local Rule 7.1(h) in connection with the anticipated briefing on Plaintiffs' motions for a preliminary injunction and for provisional class certification. The Parties ask that Plaintiffs be permitted no more than 45 pages for the memorandum in support of Plaintiffs' motions, that Defendants be permitted no

more than 45 pages apiece for their memoranda in opposition to Plaintiffs' motions, and that Plaintiffs be permitted no more than 20 pages for reply briefs in support of Plaintiffs' motions. Good cause exists for this request because the expanded briefing limits will allow the Parties to more completely and effectively present the facts and arguments for the Court's consideration.

    For the foregoing reasons, the Parties respectfully request leave to exceed the page limits in Local Rule 7.1(h).

DATED: April 22, 2022    Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
    Van Swearingen

Attorneys for Plaintiffs
Email: vswearingen@rbgg.com

| | | |
|---|---|---|
| DATED: April 22, 2022 | | BURKE, WILLIAMS & SORENSON LLP |
| | By: | */s/ Susan E. Coleman* |
| | | Susan E. Coleman |
| | | Attorneys for Defendants San Diego County Sheriff's Department and County of San Diego |
| | | Email: scoleman@bwslaw.com |
| DATED: April 22, 2022 | | ERICKSEN ARBUTHNOT |
| | By: | */s/ Sharon L. Hightower* |
| | | Sharon L. Hightower |
| | | Attorneys for Defendants Liberty Healthcare Corporation |
| | | Email: shightower@ericksenarbuthnot.com |
| DATED: April 22, 2022 | | LEWIS BRISBOIS |
| | By: | */s/ Marilyn Moriarty* |
| | | Marilyn Moriarty |
| | | Attorneys for Defendants Liberty Healthcare Corporation |
| | | Email: Marilyn.Moriarty@lewisbrisbois.com |
| DATED: April 22, 2022 | | LOTZ DOGGETT & RAWERS LLP |
| | By: | */s/ Brian Bloodworth* |
| | | Brian Bloodworth |
| | | Attorneys for Defendants Correctional Healthcare Partners, Inc. |
| | | Email: bbloodworth@ldrlaw.com |

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

DATED: April 22, 2022               Respectfully submitted,

                                    ROSEN BIEN GALVAN & GRUNFELD LLP


                                    By: */s/ Van Swearingen*
                                        Van Swearingen

                                    Attorneys for Plaintiffs
                                    Email: vswearingen@rbgg.com