# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Darry Dunsmore, et al.

**Plaintiff,**

v.

San Diego County Sheriffs' Department, et al.

**Defendant.**

Case No. 3:20-cv-00406-AJB-WVG

## PRO HAC VICE APPLICATION

Mid-America Health, Inc.
Party Represented

I, James R. A. Dawson (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Taft Stettinius & Hollister LLP
Street address: One Indiana Square, Suite 3500
City, State, ZIP: Indianapolis, IN 46204
Phone number: 317-713-3500
Email: jdawson@taftlaw.com

That on 11/3/1997 (Date) I was admitted to practice before The Indiana Supreme Court (Name of Court) and am currently in good standing and eligible to practice in said court, that I am not currently suspended or disbarred in any other court, and that I ☐ have) ☑ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case
Case Number _____  Date of Application _____
Application: ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Applicant)_

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Christopher T. Grohman
(Name)

312-836-4109
(Telephone)

Taft Stettinius & Hollister LLP
(Firm)

111 N. Upper Wacker Dr., Suite 2800     Chicago, IL     60601
(Street)                                  (City)        (Zip code)

_(Signature of Applicant)_

I hereby consent to the above designation.

_(Signature of Designee Attorney)_