1  GAY CROSTHWAIT GRUNFELD – 121944
   VAN SWEARINGEN – 259809
2  PRIYAH KAUL – 307956
   ERIC MONEK ANDERSON – 320934
3  HANNAH M. CHARTOFF – 324529
   ROSEN BIEN GALVAN & GRUNFELD LLP
4  101 Mission Street, Sixth Floor
   San Francisco, California  94105-1738
5  Telephone:  (415) 433-6830
   Facsimile:  (415) 433-7104
6  Email:      ggrunfeld@rbgg.com
               vswearingen@rbgg.com
7              pkaul@rbgg.com
               eanderson@rbgg.com
8              hchartoff@rbgg.com

9  AARON J. FISCHER – 247391
   LAW OFFICE OF
10 AARON J. FISCHER
   2001 Addison Street, Suite 300
11 Berkeley, California  94704-1165
   Telephone:  (510) 806-7366
12 Facsimile:  (510) 694-6314
   Email:      ajf@aaronfischerlaw.com

13 (*additional counsel on following page*)

14 Attorneys for Plaintiffs

15

16                 UNITED STATES DISTRICT COURT

17              SOUTHERN DISTRICT OF CALIFORNIA

18 DARRYL DUNSMORE, ERNEST            Case No. 3:20-cv-00406-AJB-WVG
   ARCHULETA, ANTHONY EDWARDS,
19 REANNA LEVY, JOSUE LOPEZ,          **DECLARATION OF**
   CHRISTOPHER NELSON,                **CHRISTOPHER NORWOOD IN**
20 CHRISTOPHER NORWOOD, and           **SUPPORT OF PLAINTIFFS'**
   LAURA ZOERNER, on behalf of        **MOTIONS FOR PRELIMINARY**
21 themselves and all others similarly situated,  **INJUNCTION AND**
                                      **PROVISIONAL CLASS**
22         Plaintiffs,                **CERTIFICATION**

23     v.                            Judge:    Hon. Anthony J. Battaglia
   SAN DIEGO COUNTY SHERIFF'S
24 DEPARTMENT, COUNTY OF SAN          Trial Date:  None Set
   DIEGO, CORRECTIONAL
25 HEALTHCARE PARTNERS, INC.,
   LIBERTY HEALTHCARE, INC., MID-
26 AMERICA HEALTH, INC., LOGAN
   HAAK, M.D., INC., SAN DIEGO
27 COUNTY PROBATION DEPARTMENT,
   and DOES 1 to 20, inclusive,
28         Defendants.

[3903205.1]                                    Case No. 3:20-cv-00406-AJB-WVG
   DECLARATION OF CHRISTOPHER NORWOOD IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
       PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

1  (*counsel continued from preceding page*)

2  CHRISTOPHER M. YOUNG – 163319
   ISABELLA NEAL – 328323
3  OLIVER KIEFER – 332830
   DLA PIPER LLP (US)
4  401 B Street, Suite 1700
   San Diego, California  92101-4297
5  Telephone:  (619) 699-2700
   Facsimile:  (619) 699-2701
6  Email:        christopher.young@dlapiper.com
                 isabella.neal@dlapiper.com
7                oliver.kiefer@dlapiper.com

8  BARDIS VAKILI – 247783
   JONATHAN MARKOVITZ – 301767
9  ACLU FOUNDATION OF SAN DIEGO &
   IMPERIAL COUNTIES
10 2760 Fifth Avenue, Suite 300
   San Diego, California  92103-6330
11 Telephone:  (619) 232-2121
   Email:        bvakili@aclusandiego.org
12               jmarkovitz@aclusandiego.org

13 Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[3903205.1]                                         Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF CHRISTOPHER NORWOOD IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

**DECLARATION OF CHRISTOPHER NORWOOD**

I, Christopher Norwood, declare:

1.     I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.     I have been incarcerated at the San Diego County Jail ("the Jail") at least fifteen times since 2005.  Most recently, I was incarcerated at the Jail from June 22, 2021 to February 9, 2022.  My booking number was 21122487.  I am now in the custody of the California Department of Corrections and Rehabilitation ("CDCR") at Wasco State Prison.  I am 35 years old.

3.     I have been addicted to heroin for over a decade and diagnosed with opioid dependence.  In the community, I have been prescribed Suboxone to treat my addiction.  Suboxone is a daily medication that helps me manage my cravings for opioids, avoid using heroin, and live a normal functioning life.  When I am managing my addiction well, I take Suboxone daily.  I was clean and had not used heroin for months when I arrived at the Jail in June 2021.

4.     I also have serious mental health needs.  I have received inpatient mental health care, and have a history of psychosis, depression, and anxiety.  When I arrived at the Jail on June 22, 2021, a mental health clinician only saw me at booking to assess whether I was suicidal.  I did not get any treatment then.  A few days later, I requested mental health care because I was having anxiety, hearing voices, and was worried that I had not received any treatment for my opioid dependence.

5.     I finally saw a mental health clinician for care on July 3, 2021. Attached as **Exhibit A** is a true and correct copy of the assessment form that the Jail mental health clinician completed for that visit, which states that I was seen "with a deputy present."  I remember the clinician came to my cell and talked to me through the cell window.  A deputy was standing right outside the cell with the clinician.  I

[3888461.2]

1
DECLARATION OF CHRISTOPHER NORWOOD

1  could not talk fully about my anxiety and my feelings with the deputy standing

2  there, and with other incarcerated people within earshot.

3      6.      I told the clinician about my addiction and that I had been sober for 100

4  days.  I asked if Suboxone was available because it would help me avoid heroin.  I

5  knew from past incarcerations that drugs like heroin, methamphetamine, and

6  fentanyl are widely available in the Jail.  That made me especially worried that

7  without Suboxone, I might get cravings and relapse, but the clinician told me I could

8  not get Suboxone in the Jail.

9      7.      I really needed Suboxone while incarcerated.  Medical records

10  collected and produced by the Sheriff's Department, attached hereto as **Exhibit B**,

11  state that on July 17, 2021, I overdosed on fentanyl at the Jail and was hospitalized

12  overnight at Sharp Chula Vista Medical Center.

13      8.      Even after I returned to the Jail on July 18, I never saw an addiction

14  specialist for the rest of the time I was incarcerated, despite asking the psychiatrist

15  multiple times.  I did not see another mental health professional until July 23, 2021,

16  or about three weeks after the first meeting.  The Jail did not provide me with

17  Narcotics Anonymous or other substance use education programs.  Instead, I had to

18  rely on a sobriety book from outside the Jail and work on my own to try to stay

19  clean and sober.  It is not easy in an environment like the Jail where opioids are

20  easily available, and where I have not received adequate treatment for my addiction

21  and mental health needs.

22      //

23      //

24      //

25      //

26      //

27      //

28      //

[3888461.2]

2

DECLARATION OF CHRISTOPHER NORWOOD

9.      I agreed to be a class representative in this case because I want to help improve the medical, dental, and mental health care at the Jail, ensure that incarcerated people with disabilities are accommodated and treated fairly, and help make the Jail safe and secure for all incarcerated people.  I have been cooperating fully with my counsel and am responding to all requests for information to the best of my ability and recollection, and will continue to do so in the future.  My lawyers keep me updated on the progress of this case, and I will review all materials provided to me and provide my input to the best of my ability.  When I have questions about the case, I will ask the attorneys for help to understand everything to the best of my ability.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at _____WASCO_____, California this _19th_ day of April, 2022.

Christopher Norwood

[3888461.2]

3
DECLARATION OF CHRISTOPHER NORWOOD

# EXHIBITS A-B
**Filed Under Seal**