GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF DION SCOTT BUCKELEW IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Trial Date: None Set |

[3903205.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF DION SCOTT BUCKELEW IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

1  (*counsel continued from preceding page*)

2  CHRISTOPHER M. YOUNG – 163319
   ISABELLA NEAL – 328323
3  OLIVER KIEFER – 332830
   DLA PIPER LLP (US)
4  401 B Street, Suite 1700
   San Diego, California  92101-4297
5  Telephone:  (619) 699-2700
   Facsimile:   (619) 699-2701
6  Email:         christopher.young@dlapiper.com
                  isabella.neal@dlapiper.com
7                 oliver.kiefer@dlapiper.com

8  BARDIS VAKILI – 247783
   JONATHAN MARKOVITZ – 301767
9  ACLU FOUNDATION OF SAN DIEGO &
   IMPERIAL COUNTIES
10 2760 Fifth Avenue, Suite 300
   San Diego, California  92103-6330
11 Telephone:  (619) 232-2121
   Email:         bvakili@aclusandiego.org
12                jmarkovitz@aclusandiego.org

13 Attorneys for Plaintiffs

[3903205.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF DION SCOTT BUCKELEW IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

# DECLARATION OF DION SCOTT BUCKELEW

I, Dion Scott Buckelew, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since May 13, 2019. I am housed at George Bailey Detention Facility. My booking number is 19729940. I am 50 years old.

3. The Jail is not a safe place for people with physical disabilities.

4. I use a wheelchair to get around. I am currently housed in a Medical Observation Bed ("MOB") unit, which is a dorm-like setting with sets of two-man bunk beds lining the floor. There is a communal bathroom and shower in the unit.

5. I cannot fit my wheelchair through the doors of the communal bathroom. I also can hardly fit my wheelchair between the rows of bunk beds. I have to rely on other incarcerated people to fold up my wheelchair and help me transfer from my bunk bed, to my wheelchair, and to the bathroom. Deputies do not provide me with any assistance. I have been fortunate that some people have been willing to help me, but I am worried that they will eventually see me as a burden and I will not receive the help I need.

6. In order to shower, I have to transfer into a flimsy plastic shower chair. Deputies do not provide me with any assistance. I have fallen multiple times when trying to transfer from my wheelchair into the shower chair. I am worried that one day I will seriously injure myself when attempting to transfer between my wheelchair and the shower chair.

7. I also have had problems accessing dayroom table space. There are only a few sides of the two tables in my unit that fit my wheelchair. The other sides of the tables are either too close to bunks, or too close to the wall, for my wheelchair to fit through. Currently, I am the only person who uses a wheelchair in my unit, which means I am able to access the space. But previously, there were three other

[3892085.1]

1
DECLARATION OF DION SCOTT BUCKELEW

wheelchair users in the unit with me. The limited number of wheelchair accessible spaces meant that we were unable to use the tables all at the same meal time.

8. Earlier in my incarceration, I was housed at San Diego Central Jail, including in 5A and 8C. I spent most of my time in 8C. In 8C, like my current unit, there were not enough wheelchair accessible spaces for everyone with a wheelchair to eat at the tables in the dayroom. In 5A, my cell did not have any safety bars for me to use when using the bathroom. The cell housed three people, and there would not have been enough space for all of us even without my wheelchair. There were stools in front of all of the telephones in that unit, which meant that I had to transfer from my wheelchair to the stool to use the telephone. None of the telephone cords were long enough to reach me sitting in my wheelchair. I was scared of falling and hurting myself when transferring from the wheelchair to the stool.

9. When I was in 5A, I had to use a plastic chair to sit in while I showered. Deputies would bring me the chair from another room, but would not place it in the shower for me. I was also not given help transferring from my wheelchair to the plastic chair once I had placed the plastic chair in the shower. This meant that I had to try to get from my wheelchair to the plastic chair myself, which was very difficult given my mobility issues. I have fallen several times doing this.

10. I submit this declaration because I want to be part of this lawsuit and to make sure people with disabilities at the Jail are safe. I understand this lawsuit was filed in part to help improve the medical, dental, and mental health care at the Jail, ensure that incarcerated people with disabilities are accommodated and treated fairly, and help make the Jail safe and secure for all incarcerated people. I strongly support these goals, as the Jail's facilities currently place people with disabilities at a serious risk of harm.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego, California this 21 day of April, 2022.

[3892085.1]

2
DECLARATION OF DION SCOTT BUCKELEW

_____
Dion Scott Buckelew

[3892085.1]

3
DECLARATION OF DION SCOTT BUCKELEW