GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
Email:        ggrunfeld@rbgg.com
                    vswearingen@rbgg.com
                    pkaul@rbgg.com
                    eanderson@rbgg.com
                    hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California  94704-1165
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
Email:        ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>        Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF DYLAN LACROIX IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge:    Hon. Anthony J. Battaglia<br><br>Trial Date:  None Set |

[3903205.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF DYLAN LACROIX IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email: christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone: (619) 232-2121
Email: bvakili@aclusandiego.org
jmarkovitz@aclusandiego.org

Attorneys for Plaintiffs

[3903205.1]

Case No. 3:20-cv-00406-AJB-WVG
DECLARATION OF DYLAN LACROIX IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

# DECLARATION OF DYLAN LACROIX

I, Dylan Lacroix, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since December 2, 2020. I am housed at San Diego Central Jail in unit 7B. My booking number is 21138758. I am 44 years old.

3. In mid-November 2021, I was temporarily moved from my cell in unit 7B to unit 5D at San Diego Central. To my knowledge, 5D was being used as a COVID-19 quarantine unit for persons who tested positive.

4. In 5D, I was housed with two cellmates, Michael Keavney and Robert Moniger. Mr. Moniger was an older gentleman, skinny, who tended to stay on his bed. A day or two after Mr. Moniger moved into the cell occupied by me and Mr. Keavney, Mr. Moniger was whining a lot. He could not breath properly. He was trying to get another inhaler. He began telling the deputies who passed by that he was having problems breathing. The deputies ignored him, and did not respond or summon medical assistance. The deputies refused to pull him out of the cell and get him help.

5. Mr. Moniger also told med pass nurses that he had trouble breathing. If they responded at all, they would only ask whether he had an inhaler. Eventually, Mr. Moniger received a second inhaler from the med pass nurses.

6. For several days, all three of us repeatedly pushed the emergency button in our cell in an attempt to obtain medical care for Mr. Moniger. The deputies ignored our attempts to contact them using the emergency button. For about a week, Mr. Moniger was lethargic. Whenever he woke up to eat or go to the bathroom, he would use his inhaler a lot. I consistently heard Mr. Moniger wheezing when he was in the cell.

[3871883.1]

1
DECLARATION OF DYLAN LACROIX

7. At one point, Mr. Moniger tried to steal Mr. Keavney's inhaler, and was trying to be sneaky about it. Mr. Keavney and myself told Mr. Moniger that his actions were unacceptable and that he had to go. We got the deputies' attention. When the deputies came to our cell, Mr. Moniger told the deputies that he could not breath and needed help, but the deputies seemed uninterested in the matter. We continuously asked the deputies to help Mr. Moniger, who was on the floor of the cell near the door. The deputies finally brought him out of our cell.

8. The deputies gave Mr. Moniger a hard time as he exited our cell, chiding him and making him carry all of his property. The deputies took him to a side holding cell that is outside of our module.

9. The next day, we were woken up by a detective who told me and Mr. Keavney that Mr. Moniger died.

10. It is like a third world country in here. Jail staff care absolutely zero about the welfare of incarcerated people. They do not care if you have clean clothes. They don't care if you received your medication or have the incorrect medication. They don't care if you've been locked up for days without an opportunity for a shower. They just don't want to be interrupted from what they are doing, and they actively ignore us. The more respectful I am and other incarcerated people are to Jail staff, the more they ignore us. So the only way I feel like I can get any attention from Jail staff is to become hysteric, screaming and yelling. One must act pretty crazy to get any type of acknowledgment whatsoever. But at that point, your actions will be used against you as a disciplinary measure.

11. I have had many problems using the grievance process at the Jail. Jail staff do not sign grievances, nor respond to grievances.

/////

/////

/////

/////

[3871883.1]

2
DECLARATION OF DYLAN LACROIX

12. I submit this declaration because I want to help improve the medical and mental health care at the Jail, ensure that incarcerated people with disabilities are accommodated and treated fairly, and help make the Jail safe and secure for all incarcerated people.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego County Jail in San Diego, California this 10th day of March, 2022

_____
Dylan Lacroix

[3871883.1]

3
DECLARATION OF DYLAN LACROIX