1   GAY CROSTHWAIT GRUNFELD – 121944
    VAN SWEARINGEN – 259809
2   PRIYAH KAUL – 307956
    ERIC MONEK ANDERSON – 320934
3   HANNAH M. CHARTOFF – 324529
    ROSEN BIEN GALVAN & GRUNFELD LLP
4   101 Mission Street, Sixth Floor
    San Francisco, California  94105-1738
5   Telephone:  (415) 433-6830
    Facsimile:   (415) 433-7104
6   Email:        ggrunfeld@rbgg.com
                  vswearingen@rbgg.com
7                 pkaul@rbgg.com
                  eanderson@rbgg.com
8                 hchartoff@rbgg.com

9   AARON J. FISCHER – 247391
    LAW OFFICE OF
10  AARON J. FISCHER
    2001 Addison Street, Suite 300
11  Berkeley, California  94704-1165
    Telephone:  (510) 806-7366
12  Facsimile:   (510) 694-6314
    Email:        ajf@aaronfischerlaw.com

13  (additional counsel on following page)

14  Attorneys for Plaintiffs

15

16              UNITED STATES DISTRICT COURT

17             SOUTHERN DISTRICT OF CALIFORNIA

18  DARRYL DUNSMORE, ERNEST                Case No. 3:20-cv-00406-AJB-WVG
    ARCHULETA, ANTHONY EDWARDS,
19  REANNA LEVY, JOSUE LOPEZ,              **DECLARATION OF ERNEST
    CHRISTOPHER NELSON,                    ARCHULETA IN SUPPORT OF
20  CHRISTOPHER NORWOOD, and               PLAINTIFFS' MOTIONS FOR
    LAURA ZOERNER, on behalf of            PRELIMINARY INJUNCTION
21  themselves and all others similarly situated,   AND PROVISIONAL CLASS
                                           CERTIFICATION**
22                  Plaintiffs,
                                           Judge:     Hon. Anthony J. Battaglia
23      v.
                                           Trial Date:  None Set
24  SAN DIEGO COUNTY SHERIFF'S
    DEPARTMENT, COUNTY OF SAN
25  DIEGO, CORRECTIONAL
    HEALTHCARE PARTNERS, INC.,
26  LIBERTY HEALTHCARE, INC., MID-
    AMERICA HEALTH, INC., LOGAN
27  HAAK, M.D., INC., SAN DIEGO
    COUNTY PROBATION DEPARTMENT,
28  and DOES 1 to 20, inclusive,

                    Defendants.

[3903205.1]

1   (*counsel continued from preceding page*)

2   CHRISTOPHER M. YOUNG – 163319
    ISABELLA NEAL – 328323
3   OLIVER KIEFER – 332830
    DLA PIPER LLP (US)
4   401 B Street, Suite 1700
    San Diego, California  92101-4297
5   Telephone:   (619) 699-2700
    Facsimile:   (619) 699-2701
6   Email:       christopher.young@dlapiper.com
                 isabella.neal@dlapiper.com
7                oliver.kiefer@dlapiper.com

8   BARDIS VAKILI – 247783
    JONATHAN MARKOVITZ – 301767
9   ACLU FOUNDATION OF SAN DIEGO &
    IMPERIAL COUNTIES
10  2760 Fifth Avenue, Suite 300
    San Diego, California  92103-6330
11  Telephone:   (619) 232-2121
    Email:       bvakili@aclusandiego.org
12               jmarkovitz@aclusandiego.org

13  Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF ERNEST ARCHULETA

I, Ernest Archuleta, declare:

1.    I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.    I have been incarcerated at the San Diego County Jail ('the Jail') since July 6, 2019. I am housed at San Diego Central Jail in housing unit 7B, cell 8. My booking number is 19741878. I am 63 years old.

3.    I have been sentenced to state prison in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). It is my understanding that I could be sent back to the Jail if I ever need to be present in court related to the criminal charges that resulted in me being sent to CDCR, which I am attempting to challenge. I could also be sent back to the Jail if it is necessary for me to testify in this case about the problems I experienced in the Jail. In addition, I also will parole from CDCR at some point in the future. When I parole, I will be sent back to San Diego County, which is the county in which I was convicted and where I lived prior to my arrest. When I am on parole, I can be arrested and housed in the Jail simply for allegedly violating the terms and conditions of my parole, whether or not the alleged violation constitutes a violation of a criminal law. I am concerned that, if I am sent back to the Jail, I will experience problems similar to the problems I have experienced in the past.

4.    I have physical disabilities. I have degenerative disc disease and severe osteoarthritis in my left knee. My left leg is also shorter than my right. Because of these conditions, I need a wheelchair to travel longer distances.

5.    I experience chronic neck pain that affects my daily life; I am unable to turn my head to the left and I cannot sit upright for extended periods of time. The level of pain consistently stays at an 8 out of 10. I also have high blood pressure and take the medication Atenolol to control it.

[3867416.1]

1

6.    I have depression and access mental health care services in the Jail.  I
take Trazadone and Remeron, which are both antidepressants.  I also take Benadryl
for allergies.

7.    The Jail has failed to provide me with adequate medical care.  Before I
entered the Jail, Dr. David J. Smith of the San Diego Comprehensive Pain
Management Center had referred me for neck surgery.  I arrived at the Jail in
July 2019 wearing a neck brace. It is shown in the photo on my wrist band.  About a
month after arriving, I was placed alone in a cell on the medical floor due to
vomiting and diarrhea.  I was there about a week and when I returned to my regular
cell my neck brace was missing.  I requested it back but the doctors here ignored my
requests. Not having the neck brace makes my neck pain worse.

8.    I informed medical staff during intake that I had a spinal injury
requiring neck surgery.  During that encounter, I signed a Release of Information
("ROI") form so medical staff could obtain records from Dr. Smith.  Attached
hereto as **Exhibit A** is a true and correct copy of notes from my encounter with
medical staff during intake.  On July 30, 2019, I filed a sick call request after
receiving no additional information about my surgery.  A true and correct copy of
that sick call request and the response from Jail medical staff is attached hereto as
**Exhibit B**.  The response from Jail nursing staff was an instruction that I sign
another ROI to obtain my outside medical records, even though I had already done
that when booked into the Jail.  To this day, the Jail has not provided me a referral to
a neck surgeon or even obtained my outside records from my neck specialist.
Attached hereto as **Exhibit C** is an August 12, 2019 CT Scan recognizing indicating
I have "severe degenerative disc disease" in my spine.   Despite this evaluation, the
Jail has not referred me for surgery or outside treatment, and I suffer neck pain that
affects my ability to perform activities of daily life like dressing myself.  The Jail
also has not provided me with physical therapy to manage my neck problems,
despite my requests.

[3867416.1]                                                    2

9. I also have degenerative conditions affecting my knees. Before I entered the Jail, a specialist recommended that I have a knee replacement. Attached hereto as **Exhibit D** is an August 6, 2019 progress note from nursing staff confirming that I was "recommended for surgical repair" of my knee. As was the case with my neck surgery, the Jail has failed to refer me to a surgeon to operate on my knee. In my first month at the Jail and again later, a physician told me that the San Diego Sheriff's department would not pay for my knee replacement because I was awaiting transfer to CDCR custody. As a result, I have constant pain in my knee and hip, affecting my ability to walk.

10. On numerous occasions, the Jail has failed to refill my daily blood pressure medication, Atenolol, for several days. Several times, this cause my blood pressure to soar high and I became flushed and had to go the medical floor. It is my understanding that the delays in receiving my medication happen because Jail medical staff forget to reorder the medication and do not have a backup supply available. Attached hereto as **Exhibit E** is a true and correct copy of a June 3, 2020 encounter with medical staff, in which medical staff noted that nurses could not find a supply of my blood pressure medication in the medication room. In May 2020, the Jail ran out of my medication for over a week. They did not reorder it until I filed a sick call slip asking for my blood pressure medication. Attached hereto as **Exhibit F** is a true and correct copy of the sick call slip I filed on May 28, 2020, asking for my meds. Nursing staff responded and said they had reordered my medication that same day. They did not offer me any backup supply of the medication. Not having that medication gives me blurred vision and bad headaches, making it hard for me to engage in activities of daily living. I worry that this will happen again.

11. The Jail has discriminated against me based on my disabilities. For example, the severe osteoarthritis in my left knee and left hip means I must use a wheelchair for long-distance travel. Early in my incarceration, around July or

1  August 2019, I started using crutches that I requested and received from Jail medical

2  staff.  I used them to build up strength in my legs, hoping that I would eventually be

3  able to walk on my own.  It was my own form of physical therapy because the Jail

4  was not providing me with any.  The Jail did not let me keep both my wheelchair

5  and crutches; they confiscated my crutches while I went to yard.  On September 5,

6  2019, I filed a sick call request asking for crutches.  Attached hereto as **Exhibit G** is

7  a true and correct copy of that sick call request slip and the Jail's response.  In the

8  response, Jail staff wrote that I had to choose between having crutches or a

9  wheelchair, stating "if you would rather use crutches, we will … replace the

10  wheelchair with a pair of crutches if the doctor deems such are indicated."  I decided

11  to keep a wheelchair because without it, I would be at risk of falling and seriously

12  injuring myself.  I now use my wheelchair for physical therapy; I stand behind my

13  wheelchair and lean on it for support when trying to walk.

14      12.     I have experienced other types of disability discrimination and

15  retaliation and been denied equal access to jail programs.  To review this declaration

16  with my attorney, a deputy told me the elevator was broken so I was forced to climb

17  a flight of stairs to get to an attorney visiting room.  I was worried I would fall down

18  the stairs, which has happened in the past.  I was also worried this could be

19  retaliation for being a named plaintiff.  During the attorney visit, I observed other

20  incarcerated wheelchair users who are not named plaintiffs in this case who came

21  for attorney visits and used the elevator.

22      13.     On another occasion, deputies did not allow me to use my wheelchair

23  to travel to a presentencing hearing. I was waiting in the court holding area at

24  Central.  A deputy took away my wheelchair and then tried to force me to walk to

25  the hearing.  Because I cannot walk long distances on my own, the hearing had to be

26  postponed, delaying my criminal case.

27      14.     The Jail is not a safe place for people with disabilities like me.  In

28  August 2019, deputies forced me to walk up the stairs to attend a family visit, rather

[3867416.1]                           4

3a867416.1

1  than use the elevators in my wheelchair.  When trying to walk back down the stairs,
2  I lost my balance, fell, and struck my head.  I was in pain for a couple of months
3  after that.

4      15.    The Jail is not accessible to people with disabilities in other ways. The
5  day room tables have no cut out spaces for wheel chair access. There are no grab
6  bars on the toilet in my cell, making it harder to use the restroom. I am informed and
7  believe that there are six of us currently on my floor who use wheelchairs and only
8  one ADA cell.   But the wheelchair users are not currently placed in that cell.

9      16.    I have also had issues receiving adequate mental health care.  I sought
10 mental health treatment shortly after being booked into the Jail in July 2019.  At that
11 time, several close family members had recently died as well as several close
12 friends.  A mental health clinician saw me in August 2019.  However, I was not able
13 to speak with a psychiatrist until four months later on December 16, 2019. Attached
14 hereto as **Exhibit H** is my initial encounter with a psychiatrist.  During the
15 appointment, I expressed thoughts of harming myself.  At that point, I was really
16 struggling to manage my depression; I was dealing with serious charges and recent
17 deaths in my family and among my friends.  Two mental health staff members have
18 apologized to me about the delays in my care, and explained that the Jail is severely
19 understaffed.

20     17.    My mental health has declined since Dr. Smerud – the psychologist that
21 I met with for wellness checks and counseling – retired in or around June or July,
22 2021.  Since then, I have not been able to consistently see a mental health staff
23 member for counseling, which has best helped me managed my depression.

24     18.    When I have interacted with psychiatrists and mental health personnel,
25 they usually visit me quickly, cell-side, where other incarcerated people can hear.
26 Even more upsetting, typically a deputy is present for the entirety of the
27 conversation.  A deputy will stand between me and my provider.  I do not trust
28 custody staff with my personal information.  The lack of confidentiality makes it

1  very difficult to express my honest feelings with mental health staff, and to feel like
2  I am making progress in managing my depression.

3      19.    I have been at the Jail for over two and a half years, but I have never
4  been offered a dental cleaning or routine teeth examination.

5      20.    During my time at the Jail, I have never received an eye examination or
6  prescription eye glasses. I need prescription eye glasses to read signs and navigate
7  around the Jail. Although I have asked for prescription eye glasses several times, the
8  only glasses made available to me are magnifying reading glasses that I purchased
9  in the canteen.

10      21.    In my time at the Jail, there have been many times that I needed help
11  but did not ask for it because there are too few deputies and they do not stop during
12  their rounds to listen to me. Recently, I believe there has been only one deputy on
13  our floor with 170 incarcerated people.

14      22.    Since Covid-19 began, I have been locked down most of the time. I get
15  out of my cell only about an hour or two per week. Our "yard" is an enclosed space
16  without sunlight. I have been allowed to go there only about once a month. This
17  isolation and lack of exercise and fresh air have taken a toll on my mental health.

18      23.    I agreed to be a class representative in this case because I want to help
19  improve the medical, dental, and mental health care at the Jail, ensure that
20  incarcerated people with disabilities are accommodated and treated fairly, and help
21  make the Jail safe and secure for all incarcerated people. I have been cooperating
22  fully with my counsel and am responding to all requests for information to the best
23  of my ability and recollection, and will continue to do so in the future. My lawyers
24  keep me updated on the progress of this case, and I will review all materials
25  /////
26  /////
27  /////
28  /////

1  provided to me and provide my input to the best of my ability.  When I have

2  questions about the case, I will ask the attorneys for help to understand everything to

3  the best of my ability.

4         I declare under penalty of perjury under the laws of California and the United

5  States of America that the foregoing is true and correct, and that this declaration is

6  executed at San Diego, California this __9th__ day of March, 2022.

7

8                                          _Ernest Archuleta_

9                                          Ernest Archuleta

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[3867416.1]                              7

# EXHIBITS A-H

## Filed Under Seal