GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF GUSTAVO SEPULVEDA IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge:   Hon. Anthony J. Battaglia<br><br>Trial Date:   None Set |

[3903205.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF GUSTAVO SEPULVEDA IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email:      christopher.young@dlapiper.com
            isabella.neal@dlapiper.com
            oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone: (619) 232-2121
Email:      bvakili@aclusandiego.org
            jmarkovitz@aclusandiego.org

Attorneys for Plaintiffs

[3903205.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF GUSTAVO SEPULVEDA IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

# DECLARATION OF GUSTAVO SEPULVEDA

I, Gustavo Sepulveda, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since October 2017, although I was at Atascadero State Hospital for several months in late 2020 and early 2021. I am housed at San Diego Central Jail in housing unit 7B. My booking number is 21106540. I am 41 years old.

3. I am in cell 4 in housing unit 7B. Cell 4 is right next to cell 5. On March 12, 2022, there were two guys in cell 5. One was named Patrick, and he was a younger guy. The other guy was older. I did not know the older guy's name, but later learned his name was Derek Baker. That afternoon, I heard an altercation in cell 5 through the wall in my cell. It sounded like the two guys were fighting. A little while later, I heard someone in the cell next to me say "man down, man down" a few times. It sounded like Patrick. The person saying it was not saying it very loudly, so I believe he was saying it into the intercom box in his cell. If he had been yelling to get someone's attention, his voice would have been much louder. It was silent for a bit longer, and then I heard grunting and the sound of impact over and over again. It sounded like a person's body or head being hit against an object like the ground or wall over and over again. The sound was bone-chilling. The sound stopped for a bit, and then resumed. After a few more minutes, I heard Patrick call to another incarcerated person in the dayroom, and say something like, "go tell the cops that I killed my cellie." He said that he pushed the emergency button in his cell and nobody answered, so he killed his cellie. I later learned when detectives came to talk to me that the older guy was on life support.

4. Staff in my unit are notorious for not responding to the call button in our cells. There have been many times where I have pushed the button but deputies did not respond. For example, a few days before that March 12, 2022 incident in

[3887839.1]

1

cell 5, the toilet in my cell was malfunctioning and was not able to flush. The deputies knew this and so they told me to push the call button in my cell so they could escort me to another toilet. When I needed to go to the bathroom, I pushed the intercom button in my cell, but no deputies would come to escort me. Instead I would have to wait for deputies to walk their hourly rounds around the housing unit, and then get their attention.

5. A few days after the March 12, 2022 incident in cell 4, I was talking with a deputy, who told me that the intercom button is supposed to have an audio indicator and a visual indicator in the control tower where the deputies are. That deputy told me that the audio indicator was not working, so when we pushed the intercom button it was not making any sound.

6. I do not feel safe in my housing unit knowing that if I have an emergency or my cellmate does, pushing the intercom button is not a reliable way to get assistance from custody staff. I would feel much safer in the Jail if I knew the intercom system would work and that staff would respond promptly when I push the intercom button in my cell.

7. I also have serious mental health needs. I was at Atascadero State Hospital from August 2020 until February 25, 2021. When I returned to the Jail on February 25, 2021 and was re-booked into the facility, I was not screened by a mental health clinician. Only a registered nurse asked me questions about my mental health needs, even though I was returning from a state hospital where I had been receiving intensive mental health treatment for months. Attached as **Exhibit A** is a true and correct copy of the intake questionnaire from my return to the Jail on February 25, 2021. I was not seen by a psychiatrist until March 3, 2021, but that was a cell-side visit, and it was not confidential. Attached as **Exhibit B** is a true and correct copy of the encounter notes from that March 3, 2021 non-confidential visit with the psychiatrist. The deputy outside the cell could hear what we were talking about. Other visits with mental health staff are not confidential. Attached as

[3887839.1]                                         2

**Exhibit C** is a true and correct copy of a March 8, 2021 encounter note, showing that I met with a psychologist at the cell door because "no confidential or semi-confidential areas available." When visits with mental health staff are not confidential, I do not feel comfortable speaking freely and openly about the issues that I am facing. I do not feel safe with other incarcerated people or custody staff knowing these private issues from my case or my emotions.

8. I submit this declaration because I want to be a part of this litigation to help improve medical and mental health care at the Jail, make sure that people with disabilities are accommodated and treated fairly, and make the Jail safe for all incarcerated people.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego, California this 19 day of April, 2022.

_____
Gustavo Sepulveda

[3887839.1]

3

# EXHIBITS A-C
# Filed Under Seal