GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>            Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF JOSHUA ROBERTS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge:     Hon. Anthony J. Battaglia<br><br>Trial Date: None Set |

1  (*counsel continued from preceding page*)

2  CHRISTOPHER M. YOUNG – 163319
   ISABELLA NEAL – 328323
3  OLIVER KIEFER – 332830
   DLA PIPER LLP (US)
4  401 B Street, Suite 1700
   San Diego, California  92101-4297
5  Telephone:  (619) 699-2700
   Facsimile:  (619) 699-2701
6  Email:      christopher.young@dlapiper.com
               isabella.neal@dlapiper.com
7              oliver.kiefer@dlapiper.com

8  BARDIS VAKILI – 247783
   JONATHAN MARKOVITZ – 301767
9  ACLU FOUNDATION OF SAN DIEGO &
   IMPERIAL COUNTIES
10 2760 Fifth Avenue, Suite 300
   San Diego, California  92103-6330
11 Telephone:  (619) 232-2121
   Email:      bvakili@aclusandiego.org
12             jmarkovitz@aclusandiego.org

13 Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF JOSHUA ROBERTS

I, Joshua Roberts, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since May 13, 2021. Since 2018, I have been incarcerated at the Jail eight times. Currently, I am housed at San Diego Central Jail in housing unit 6B. My booking number is 21116622. I am 35 years old.

3. I have a history of suicide attempts, including in custody. In September 2020, I was booked into the Jail. My Jail medical records state that before booking into the Jail, I had swallowed a bag of heroin and spent a week at the hospital. On September 18, 2020, the night after I was booked into the Jail, I was seen by a mental health clinician for a suicide risk assessment. I was miserable. I was in a three-person quarantine cell after booking, and had barely been able to get out of the cell to use the phone. I think I got out once in the day or so that I was there. I was not receiving any mental health medication yet. After I talked to her, I was placed in an enhanced observation housing ("EOH") cell. I did not think she or anyone cared about me.

4. It was miserable in the EOH cell too. It was a small cell, with a dirty mattress. I was naked except for a suicide blanket. I saw other people's spit all over the walls, and what looked like urine streaks. I could only drink water out of a little nub on top of the toilet. It was gross, because the water pressure was so low that to drink water I would have to drink where someone else's mouth had been. When I was in the EOH cell, I felt like dying. I felt like leaving the Jail, whether in a body bag or going to the hospital. I talked to another mental health person the next morning, and got let out of the EOH cell.

5. I was feeling so miserable about my experience at the Jail that on September 19, 2020, in the afternoon, and right after getting out of the EOH cell, I

[3887429.2]

1

attempted suicide. I climbed over the railing of the second tier in my housing unit at Central and jumped, hitting the lower level ground about 15-20 feet below. Attached as **Exhibit A** is a true and correct copy of an excerpt from my Jail medical records about my suicide attempt. I suffered fractures in my ankles and in my spine. I was hospitalized for about 11 days, first at UCSD in the emergency room and then at Tri-City.

6. Even right after I returned from the hospital, my meetings with mental health professionals at the Jail were not always confidential. For example, on October 1, 2020, I was seen cell-side by a psychiatrist. The same was true for an assessment with a psychologist a few weeks later. Attached as **Exhibit B** is a true and correct copy of the notes from that encounter, showing that the psychologist saw me at my cell with a deputy there. When these meetings are not confidential, it makes it difficult for me to really verbalize how I am feeling, because I do not want deputies to hear about my vulnerabilities.

7. I submit this declaration because I want to be a part of this litigation to help improve the medical, dental, and mental health care at the Jail, ensure that incarcerated people with disabilities are accommodated and treated fairly, and help make the Jail safe and secure for all incarcerated people.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at __San Diego__, California this 19th day of April, 2022.

_Joshua Roberts_

[3887429.2]

# EXHIBITS A-B
## Filed Under Seal