GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:   ggrunfeld@rbgg.com
         vswearingen@rbgg.com
         pkaul@rbgg.com
         eanderson@rbgg.com
         hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email:   ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF MARK BAKER IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge:   Hon. Anthony J. Battaglia<br><br>Trial Date: None Set |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email:   christopher.young@dlapiper.com
         isabella.neal@dlapiper.com
         oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone: (619) 232-2121
Email:   bvakili@aclusandiego.org
         jmarkovitz@aclusandiego.org

Attorneys for Plaintiffs

[3903205.1]

Case No. 3:20-cv-00406-AJB-WVG
DECLARATION OF MARK BAKER IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

## DECLARATION OF MARK BAKER

I, Mark Baker, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since approximately February 12, 2022. My booking number is 22705914. I am 22 years old. I have been incarcerated multiple times since 2018.

3. In approximately June 2018, I was booked into the Vista Detention Facility. I was originally placed in medical observation due to a fractured scapula, and thereafter was moved to South House in a general population dorm.

4. I oppose racism and am in favor of racial tolerance. I was shocked by the segregation and racism that persisted in my South House dorm. People in that housing unit treated each other according to certain racial affiliations: "Whites," "Blacks," "Mexicans," and "Other." I was considered a "White" and was expected to abide by "White" rules and not to socialize or even sit with other people from certain racial groups. I could be disciplined – beaten up – if I didn't follow the "White" rules. This racist scheme was awful; I did not want to participate according to these racist rules. However, I ended up getting hit in the head while showering because I would not conform to the politics and viewpoints of the Whites in that housing unit. After being beaten up, I rolled up and requested to be put in protective custody. I was placed in protective custody around approximately July or August 2018.

5. I was reincarcerated at Vista in late January 2019. I was nineteen years old, approximately 5 feet 9 inches, and 150 pounds. I was housed in Module E-3, which is a protective custody unit. I was housed there because I was in protective custody the last time I was incarcerated at the Jail. I was placed in a cell with one other person who was bigger and older than me. On February 15, 2019, my cellmate tried to force himself on me. I told him "no" and to leave me alone, but

[3883405.1]
1
DECLARATION OF MARK BAKER

he persisted. He said that if I denied him that he would "greenlight" my whole family. I understood this to mean that he would murder my family. He forced oral copulation. Then he raped me. It was the worst night of my life, and has permanently traumatized me.

6. The next morning, while my cellmate was out of the cell, I told a deputy that I needed to roll up because I did not feel safe. After I left the housing module, I told the deputy that I was raped. The deputy put me in a recreation yard for about an hour then moved me to an administration segregation cell, E-6, where I was basically on lockdown. The deputy did not inform me that there would be an investigation. They left my attacker in the protective custody unit.

7. Later that day – February 16, 2019 – a custody officer who I believe is named Deputy Bennets pulled me out of my cell, placed me in an office, and asked me some questions about the assault. I told him that I preferred to write down what happened rather than telling it out loud because it was too hard for me to say those words. I wrote down my statement explaining what happened during the assault. Deputy Bennets just took my statement and did not tell me what he was going to do with it. I told Bennets that I wanted to press charges. Neither he nor any other jail staff told me anything about what the Jail would do with the information that I provided.

8. On about February 16 or 17, 2019, Jail staff transported me to Palomar Medical Center in Escondido for a physical examination. At Palomar they checked my buttocks to see if there were any wounds. The scraped under my nails. The doctor never gave me any results from the examination. Nobody from the Jail followed up with the results from the physical examination. In fact, Jail staff never provided me with any information about their Prison Rape Elimination Act (PREA) investigation, if there even was one. I understand that the person who attacked me was later released from custody without being charged for what he did to me.

[3883405.1]

2
DECLARATION OF MARK BAKER

9. I have not been the same since being raped at the Jail. I am traumatized. I am depressed. I am anxious. And I am suicidal. My suicidal ideation increases profoundly when I am incarcerated, because I am in the same place where I was attacked. I do not feel safe in the Jail. I do not feel that Jail staff will protect me if I am in danger.

10. After being sexually assaulted at the Jail, I have attempted suicide numerous times while incarcerated. In 2019, I swallowed three razor blades in an attempt to kill myself. Deputy Brown said "I hope you die" after he learned that I swallowed a razor blade. I have cut my wrists. I have swallowed a bottle of eye drops. I do this to try to save myself from reliving the pain and trauma I feel from being incarcerated in the place where I was raped. Attached hereto as **Exhibit A** is a true and correct copy from my Jail medical file showing my history of suicide attempts from 2018 until 2021.

11. On February 12, 2022, I was reincarcerated at the Jail. While being transferred from Vista to the San Diego Central Jail, I swallowed a vape cartridge containing glass and metal in an attempt to kill myself because I did not want to face the trauma of reliving my sexual assault. While I was in the psychiatric stabilization unit at Central jail, I ingested rusty pieces of metal from the cell door in a suicide attempt. After five or six days there, I was transferred to George Bailey Detention Facility, where I am presently incarcerated in a medical isolation cell.

[handwritten margin note: I was taken to UCSD hospital then returned to the same cell. MB]

12. Around February 23, 2022, Jail staff took away my clothing and my property. I was left naked in a safety smock in an 8x10 foot cell in the medical isolation unit. The cell has no television or radio, and there is nothing to do without any property while I am on a suicidal behavioral intervention plan. I want and have requested a Bible; however, Jail staff refused to give me one even though my mattress is made of material that I can use to strangle myself with. I have asked that Jail staff tape Bible pages to the window in my housing unit – specifically pages

[3883405.1]

3
DECLARATION OF MARK BAKER

from the Gospels of Matthew, Mark, Luke, and/or John. Instead, staff have pasted pages from the Old Testament – from the Book of Judges, and First King.

13. Without anything to do in my cell, my thoughts constantly revert back to the night I was attacked. I try hard to get away from these thoughts. I have a stress ball that I made out of toilet paper, and constantly squeeze it. I try to meditate, but that is hard to do. There is nothing for me to pass the time. So my mind gets stuck in suicidal thoughts. Sometimes I am so bored that I bang my head against the walls or on the floor. I would like tangible things like books and television as well as therapeutic programs to help me not be so centered on being lockup. Around late February or early March, I tried gouging out my eyeball. I put a finger in my eye socket and unsuccessfully tried to pluck my eyeball out. Attached hereto as **Exhibit B** is an excerpt from my Jail medical file showing that I attempted to gouge my left eye out.

14. Deputies check on me every thirty minutes. Usually, they just walk by without breaking stride and do not say anything to me. Deputy Ramirez has demeaned and humiliated me by saying things like "pst pst pst come here little puppy and get your snack." A nurse checks on me at least eight times a day. Similar to the deputies, the nurses usually just look through the window and don't say anything as they walk by. A mental health clinician is supposed to talk with me every weekday, Monday through Friday; however, she did not come on March 21, 2022.

15. The visits I receive from the mental health clinician are not confidential. Instead, the clinician meets with me cell-front usually with a deputy by their side. I do not feel comfortable talking about the attack or my mental state with a custody officer present. Moreover, there are other people housed next to my cell in the medical observation unit. I do not want them to know my private details, and would not talk openly in front of them. So, when the clinician comes by to talk, it is usually very brief – at most maybe three minutes. Usually, the clinician asks

[3883405.1]

4
DECLARATION OF MARK BAKER

me how I am doing. For the above reasons, I do not open up and talk about how I really feel. The clinician then tells me not to harm myself. The majority of the conversation is focused on when I can receive certain property items if I continue to not harm myself – like when I can get a pencil or my clothing and what I have to do to get it back. Attached as **Exhibit C** are excerpts from my medical records showing that I was not seen in confidential spaces for mental health encounters on February 22, March 12, and March 14.

16. I want to be a part of this litigation and I am submitting this declaration because I want things to change at the Jail. I do not want anyone to ever have to face the pain, trauma, and humiliation of being sexually assaulted while incarcerated in San Diego. I want the Jail to provide better protection for people incarcerated in protective custody housing, and to ensure that young boys are not housed with sexual offenders. I want the Jail to stop enforcing racial segregation among people who are incarcerated. I want the Jail to ensure that people experiencing suicidal ideation receive competent, intensive therapeutic care in confidential settings. I want to help make the Jail a safer, more humane place.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at ~~San Diego County Central Jail~~ in San Diego, California this ____ day of __4/21__, 2022.

_____
MARK BAKER

[3883405.1]

5
DECLARATION OF MARK BAKER

# EXHIBITS A-C
# Filed Under Seal