GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF NIKKI YACH IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Trial Date: None Set |

[3903205.1]

Case No. 3:20-cv-00406-AJB-WVG

1 (*counsel continued from preceding page*)

2 CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
3 OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4 401 B Street, Suite 1700
San Diego, California 92101-4297
5 Telephone: (619) 699-2700
Facsimile: (619) 699-2701
6 Email: christopher.young@dlapiper.com
isabella.neal@dlapiper.com
7 oliver.kiefer@dlapiper.com

8 BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
9 ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
10 2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
11 Telephone: (619) 232-2121
Email: bvakili@aclusandiego.org
12 jmarkovitz@aclusandiego.org

13 Attorneys for Plaintiffs

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[3903205.1]

Case No. 3:20-cv-00406-AJB-WVG
DECLARATION OF NIKKI YACH IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

# DECLARATION OF NIKKI YACH

I, Nikki Yach, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since December 30, 2021. I am currently housed at San Diego Central Jail in unit 7B. My booking number is 211150778. I am a transgender woman housed in a men's facility. I am booked under the name Erich Louis Yach, but my name is Nikki Yach. I also go by Nikki Hubbard, as Hubbard is my partner's last name. I am 38 years old.

3. I do not feel safe at the Jail. After I was first booked into the Jail and I completed quarantine, I was placed into housing unit 7B at Central. I told custody staff at the Jail that I am a woman and want to be housed with women, but I was housed with men. I was in a cell with one other person. He was a wearing a green wristband, which I understand means he was supposed to be under more restrictive security. I do not know why I was placed with him, given that as a woman I am especially vulnerable in a men's jail. A few days after we were housed together, he groped me. I knew I needed to get out of that cell for my safety.

4. I have multiple sclerosis, and experience occasional relapses. When my multiple sclerosis is relapsing, I need to a wheelchair to move around. I came into the Jail with a wheelchair. However, I had to give up my wheelchair to get away from that cellmate who assaulted me at Central. I am told that to be housed at Vista Detention Facility, I cannot have a wheelchair. Vista's housing unit E5 includes a few cells that are for transgender individuals like myself. I told staff about the assault and was moved to Vista, without my wheelchair. After a few weeks at Vista, I asked for my wheelchair back because I was having trouble getting around without it. Staff told me that Vista could not accommodate my wheelchair and I was transferred back to Central the following day. I was initially in a cell by

[3893354.1]

1

myself at Central, but in mid-March, I was moved back to 7B at Central—the same unit where I was assaulted earlier. I was housed in cell 5. In the cell, I saw what looked like a line of blood on the wall, and there was a little bit of blood around the intercom button. I was informed by other incarcerated people that someone had been attacked in that cell and was on life support. It was scary enough being housed in 7B again, where I had previously been assaulted, but the blood in the cell made it even worse.

5. It seems like I must choose one aspect of my safety over the other, if the Jail even lets me choose. Do I want my wheelchair? Or do I want to be housed in a unit where I have not been assaulted and am with other trans individuals? I would feel most safe if I could have my wheelchair and be housed with other women at Las Colinas. The Jail has denied my requests to be housed with women, including based on ridiculous reasons like my height, even though I am actively taking hormone medication. Custody staff often misgender me, and I hear the "f-----" slur from men in my unit.

6. The mental health care at the Jail is really bad. As of March 2022, I had submitted a request for mental health care, but not received any copy back telling me if I was scheduled to see anyone. During another time when I was at the Jail, I did not get any mental health care despite asking. I had to tell staff that I was suicidal before I received any attention. The clinician came to my cell along with a deputy to talk to me. I refused that visit because I did not want to talk about my mental health needs in front of the deputy and everyone else in the housing unit. Sometimes when I have talked to medical staff about other issues, the deputy standing nearby has actually interjected into the conversation.

7. I want to be a class representative in this case or to be involved in some way. I want to help improve the medical, dental, and mental health care at the Jail, ensure that incarcerated people with disabilities are accommodated and treated fairly, and help make the Jail safe and secure for all incarcerated people. I have

been cooperating fully with counsel for the Plaintiffs and am responding to all requests for information to the best of my ability and recollection, and will continue to do so in the future. Counsel for the Plaintiffs keep me updated on the progress of this case, and if added as a class representative, I will review all materials provided to me and provide my input to the best of my ability. When I have questions about the case, I will ask the attorneys for help to understand everything to the best of my ability.

   I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego CA , California this 19 day of April, 2022.

*[signature]*
_____
Nikki Yach

[3893354.1]

3