GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF ROBERT HOLLON IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Trial Date: None Set |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone:  (619) 699-2700
Facsimile:   (619) 699-2701
Email:         christopher.young@dlapiper.com
                   isabella.neal@dlapiper.com
                   oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone:  (619) 232-2121
Email:         bvakili@aclusandiego.org
                   jmarkovitz@aclusandiego.org

Attorneys for Plaintiffs

[3903205.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF ROBERT HOLLON IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

# DECLARATION OF ROBERT HOLLON

I, Robert Hollon, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since December 26, 2021. I am housed at San Diego Central Jail in module 8C. My booking number is 21150316. I am 51 years old.

3. I have a rare disease called Leber's disease, or Leber Hereditary Optic Neuropathy. Leber's caused me to become blind in 2010. I use a seeing eye cane to walk around and also wear protective sunglasses to protect my eyes, as they are extremely sensitive to light. I get severe headaches if my eyes are exposed to light, including the fluorescent lights in the Jail. In the community, I use my seeing eye cane at all times, and I am always wearing my protective sunglasses.

4. I have been incarcerated at the Jail a few times, including since I became blind. One time when I was incarcerated, I believe around 2019, I entered the Jail with my seeing eye cane and protective sunglasses. At the intake screening, the medical staff doing intake took away my seeing eye cane, despite me telling them that I need it to walk around. Instead, they gave me a short, wooden cane with a curved handle. It was the kind of cane that other people in the Jail use for mobility. Staff told me it was a cane for a blind person because it was painted white. The cane was too short to help me and is not designed for people who are blind. It made getting around very difficult. Painting it white did not make a seeing eye cane. I estimate that I was in the Jail for about 60 days having to use that cane.

5. I have been at the Jail this time since late December 2021. After I was booked into the Jail, I asked staff whether I could have an audio player in my housing unit to listen to the Bible and other books. Other incarcerated people who are not blind have access to the Bible and other books. When I was in the Jail a few years ago, I had access to an audio player to listen to the Bible and other books. I

kept it in my housing unit and would give it to staff to recharge when the battery died. I also use an audio player in the community to listen to books from the library. However, staff have not let me have an audio player during this incarceration at the Jail. The Jail's response to my request for the audio player is that I can go down to the sixth floor where an audio player is located. But I know that staff will not escort me there every day, especially when movement in the Jail is restricted due to COVID. Other people who are not blind have access to books in their housing units. Jail staff have stopped responding to my grievances about not having access to my audio player. Last week, the week of March 14, I got into a verbal dispute with a deputy, and he said "fuck your eyes and fuck your audio machine."

6. During a previous incarceration, I also had access to Braille playing cards and Braille dice, both provided by the blind school I attend. The Jail has not provided them to me this time. Other people can play chess. It is like staff expect me to stare at the wall. I feel disrespected.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego, California this 22nd day of March, 2022. Because I am blind I was not able to sign this declaration myself. The declaration was read to me in person by Eric Monek Anderson on March 22, 2022. I understood and verified its contents in full, and authorized Eric Monek Anderson to sign the declaration on my behalf.

/s/ Robert Hollon
Robert Hollon

[3880084.2]

2