1  GAY CROSTHWAIT GRUNFELD – 121944
   VAN SWEARINGEN – 259809
2  PRIYAH KAUL – 307956
   ERIC MONEK ANDERSON – 320934
3  HANNAH M. CHARTOFF – 324529
   ROSEN BIEN GALVAN & GRUNFELD LLP
4  101 Mission Street, Sixth Floor
   San Francisco, California  94105-1738
5  Telephone:  (415) 433-6830
   Facsimile:  (415) 433-7104
6  Email:      ggrunfeld@rbgg.com
               vswearingen@rbgg.com
7              pkaul@rbgg.com
               eanderson@rbgg.com
8              hchartoff@rbgg.com

9  AARON J. FISCHER – 247391
   LAW OFFICE OF
10 AARON J. FISCHER
   2001 Addison Street, Suite 300
11 Berkeley, California  94704-1165
   Telephone:  (510) 806-7366
12 Facsimile:  (510) 694-6314
   Email:      ajf@aaronfischerlaw.com

13 (*additional counsel on following page*)

14 Attorneys for Plaintiffs

15

16              UNITED STATES DISTRICT COURT

17             SOUTHERN DISTRICT OF CALIFORNIA

18 DARRYL DUNSMORE, ERNEST           | Case No. 3:20-cv-00406-AJB-WVG
   ARCHULETA, ANTHONY EDWARDS,       |
19 REANNA LEVY, JOSUE LOPEZ,         | **DECLARATION OF WAYLON**
   CHRISTOPHER NELSON,               | **COZART IN SUPPORT OF**
20 CHRISTOPHER NORWOOD, and          | **PLAINTIFFS' MOTIONS FOR**
   LAURA ZOERNER, on behalf of       | **PRELIMINARY INJUNCTION**
21 themselves and all others similarly situated, | **AND PROVISIONAL CLASS**
                                     | **CERTIFICATION**
22              Plaintiffs,          |
                                     | Judge:    Hon. Anthony J. Battaglia
23         v.                        |
   SAN DIEGO COUNTY SHERIFF'S        | Trial Date:  None Set
24 DEPARTMENT, COUNTY OF SAN         |
   DIEGO, CORRECTIONAL               |
25 HEALTHCARE PARTNERS, INC.,        |
   LIBERTY HEALTHCARE, INC., MID-    |
26 AMERICA HEALTH, INC., LOGAN       |
   HAAK, M.D., INC., SAN DIEGO       |
27 COUNTY PROBATION DEPARTMENT,      |
   and DOES 1 to 20, inclusive,      |
28              Defendants.          |

[3903205.1]

DECLARATION OF WAYLON COZART IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

1    (*counsel continued from preceding page*)

2    CHRISTOPHER M. YOUNG – 163319
     ISABELLA NEAL – 328323
3    OLIVER KIEFER – 332830
     DLA PIPER LLP (US)
4    401 B Street, Suite 1700
     San Diego, California  92101-4297
5    Telephone:   (619) 699-2700
     Facsimile:   (619) 699-2701
6    Email:          christopher.young@dlapiper.com
                     isabella.neal@dlapiper.com
7                    oliver.kiefer@dlapiper.com

8    BARDIS VAKILI – 247783
     JONATHAN MARKOVITZ – 301767
9    ACLU FOUNDATION OF SAN DIEGO &
     IMPERIAL COUNTIES
10   2760 Fifth Avenue, Suite 300
     San Diego, California  92103-6330
11   Telephone:   (619) 232-2121
     Email:          bvakili@aclusandiego.org
12                   jmarkovitz@aclusandiego.org

13   Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[3903205.1]                                                Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF WAYLON COZART IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

**DECLARATION OF WAYLON COZART**

I, Waylon Cozart, declare:

1.    I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.    I have been incarcerated at the San Diego County Jail ("the Jail") since August 18, 2020.  I am housed at George Bailey Detention Facility in housing unit 4A.  My booking number is 20932296.  I am 26 years old.

3.    I have been incarcerated at the Jail before.  Deputies do not seem to have any compassion or care for people who come in with substance use issues.  Around three or four years ago when I came in, I did not receive withdrawal medication, and I was in a holding tank for two days.  The guards were messing with me.  I told them I was suicidal, but they would bang on the windows.  They laughed at me and made faces at me like they were monsters.  I thought that the cops were trying to kill me.  I was scared for my life.  I also do not feel safe at the Jail because drugs like meth and fentanyl are widely available inside.

4.    I have also had trouble getting medical care, including dental care and eyeglasses.  I have been requesting dental care for months since I broke my back molar, but I still have not had treatment.  They are constantly telling me I am scheduled, but it never happens.  Earlier, I had to wait more than a year to get eyeglasses after my old glasses broke in 2020.  I did not get new eyeglasses until March 7, 2022.

5.    I submit this declaration because I want to be a part of this lawsuit.  I want to help improve the medical, dental, and mental health care at the Jail, ensure that incarcerated people with disabilities are accommodated and treated fairly, and help make the Jail safe and secure for all incarcerated people.

6.    I have trouble getting in touch with my attorney.  To get a confidential call with my attorney, he has to call and request a callback, and then the deputies tell me about the callback.  Recently, I got notified of an attorney callback at 9:30 p.m.

[3894563.2]

1

1   I called my attorney and he was sleeping.  He told me he had been trying to reach

2   me since 10 a.m. and had made five calls.  I do not know why the Jail did not tell me

3   about his calls until 9:30 at night, after business hours, when apparently he had been

4   calling for a long time before then.

5          I declare under penalty of perjury under the laws of California and the United

6   States of America that the foregoing is true and correct, and that this declaration is

7   executed at _____SAN DIEGO_____, California this 20 day of April, 2022.

8

9                                                    _____

10                                                   Waylon Cozart

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[3894563.2]                                    2