GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:      ggrunfeld@rbgg.com
            vswearingen@rbgg.com
            pkaul@rbgg.com
            eanderson@rbgg.com
            hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone:  (510) 806-7366
Facsimile:  (510) 694-6314
Email:      ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>　　　　　Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**PLAINTIFFS' APPLICATION FOR LEAVE TO ALLOW NON-ELECTRONIC FILING OF EXHIBITS**<br><br>Judge:　Hon. Anthony J. Battaglia<br><br>Trial Date:　None Set |

1 | (*counsel continued from preceding page*)

2 | CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
3 | OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4 | 401 B Street, Suite 1700
San Diego, California  92101-4297
5 | Telephone:  (619) 699-2700
Facsimile:   (619) 699-2701
6 | Email:       christopher.young@dlapiper.com
                isabella.neal@dlapiper.com
7 |             oliver.kiefer@dlapiper.com

8 | BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
9 | ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
10 | 2760 Fifth Avenue, Suite 300
San Diego, California  92103-6330
11 | Telephone:  (619) 232-2121
Email:       bvakili@aclusandiego.org
12 |          jmarkovitz@aclusandiego.org

13 | Attorneys for Plaintiffs

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[3904019.1]

Case No. 3:20-cv-00406-AJB-WVG

PLAINTIFFS' APPLICATION FOR LEAVE TO ALLOW NON-ELECTRONIC FILING OF EXHIBITS

Pursuant to Local Rule 5.1(e) and Electronic Case Filing Administrative Policies and Procedures Manual § 2(k), Plaintiffs Darryl Dunsmore, Ernest Archuleta, Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, and Laura Zoerner (collectively, "Plaintiffs") respectfully request leave from this Court to allow the non-electronic filing of exhibits.

Concurrently with this Application, Plaintiffs are filing Motions for Preliminary Injunction and for Provisional Class Certification (the "Motions"). In support of these Motions, Plaintiffs wish to file two video clips as exhibits to the Declaration of Van Swearingen ("Swearingen Decl."), as follows:

- Exhibit GG to the Swearingen Decl. is a true and correct copy of excerpts from an April 7, 2022 community town hall forum on Zoom, hosted by the Racial Justice Coalition and North County Equity and Justice Coalition. The forum was recorded and the recording provided to Plaintiffs' counsel. The excerpts include testimony from three family members of individuals who recently died at the San Diego County Jail.

- Exhibit OO to the Swearingen Decl. is a true and correct copy of an excerpt from an October 21, 2021 debate between three candidates for the office of San Diego County Sheriff. The debate was hosted by the *Voice of San Diego* news website and the entire video is publicly available at https://www.youtube.com/watch?v=idmGH03C0Sg.

Section 2(k) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual permits a party to "seek leave of court to allow the non-electronic filing of exhibits when they are not convertible to electronic form (e.g. videotapes, maps, etc.)." The two exhibits Plaintiffs wish to file in support of their Motions are not convertible to *electronic* form, while at the same time maintaining the integrity of the evidence. Each exhibit exceeds 35 megabytes in size, and therefore cannot be filed through the Court's Electronic Case Filing system. *See*

1 | Electronic Case Filing Administrative Policies and Procedures Manual § 2(k) ("If
2 | the entire exhibit exceeds thirty-five (35) megabytes, it must be submitted in
3 | multiple segments, not to exceed thirty-five (35) megabytes each."); *id.* § 1(d)
4 | ("Individual .pdf documents must not exceed thirty-five (35) megabytes (MB) in
5 | size.").

6 |     WHEREFORE, Plaintiffs respectfully request that the Court grant this application and allow Plaintiffs to lodge with the Court a thumb drive that contains a copy of each of the above video clips. Plaintiffs will simultaneously provide a cover page and table of contents in accordance with Electronic Case Filing Administrative Policies and Procedures Manual § 2(k).

DATED: May 2, 2022

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
    Van Swearingen

Attorneys for Plaintiffs