GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-WVG <br><br> **DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** <br><br> Judge: Hon. Anthony J. Battaglia <br><br> Trial Date: None Set |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email:  christopher.young@dlapiper.com
  isabella.neal@dlapiper.com
  oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone: (619) 232-2121
Email:  bvakili@aclusandiego.org
  jmarkovitz@aclusandiego.org

I, Van Swearingen, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this administrative declaration in support of Plaintiffs' Administrative Motion to File Under Seal Documents in Support of Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

2. Plaintiffs seek to seal the medical records of incarcerated individuals who have submitted declarations in support of Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification in order to demonstrate the harm to which incarcerated people have been wrongfully subjected at the San Diego County Jail ("Jail"). Based on my experience representing incarcerated people and my conversations with people incarcerated at the Jail, it is my understanding that disclosure of this private medical and mental health information would embarrass, inconvenience, and otherwise expose to harm the incarcerated people whose records are at issue.

3. All of the records sought to be sealed through this motion contain private, sensitive information about individuals' medical and mental health histories, conditions, diagnoses, and treatments. The records include, for example, notes describing contacts between incarcerated individuals and medical and mental health staff at the Jail, during which individuals may have discussed symptoms of illnesses or mental health concerns. The records also include medical grievances submitted by incarcerated individuals that were maintained by the Jail in individuals' medical files.

4. Nearly all of the documents Plaintiffs seek to seal were produced to my law firm by the Jail upon request and submission of signed medical release forms.

5. Exhibits F-H to the Declaration of David Francis Smith III and Exhibits

A-B to the Declaration of Michael Keavney are copies of medical grievances submitted by Messrs. Smith and Keavney and the Jail's responses to certain of those grievances. These documents were mailed to my law firm by Messrs. Smith and Keavney after counsel met with them. It is my understanding from reviewing documents produced to us that the Jail maintains many medical grievances, request forms, and responses in incarcerated individuals' medical files.

6. My firm has confirmed the administrative motion to seal complies with Civil Local Rule 79.2 and Electronic Case Filing Administrative Policies and Procedures Manual Section 2(j).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 30th day of April, 2022.

_____
Van Swearingen