SHARON L. HIGHTOWER (SBN: 129874)
LAURA E. MALKOFSKY (SBN: 142536)
ERICKSEN ARBUTHNOT
210 North Fourth Street, Suite 350
San Jose, CA 95112
Tel: (408) 286-0880
Fax: (408) 286-0337
shightower@ericksenarbuthnot.com
lmalkofsky@ericksenarbuthnot.com

MARILYN R. MORIARTY (SBN: 89818)
LEWIS BRISBOIS BISGAARD AND SMITH
701 B Street, Suite 1900
San Diego, CA 92101
(619) 233-1006
Marilyn.moriarty@lewisbrisbois.com

Attorneys for Defendant
LIBERTY HEALTHCARE, CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| DARRYL DUNSMORE, EARNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPT., and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**NOTICE OF DEFENDANT LIBERTY HEALTHCARE, CORPORATION'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CIVIL CLASS ACTION COMPLAINT FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF [FRCP 12(b)(6)]**<br><br>**Jury Trial Demanded**<br><br>**NO HEARING DATE REQUIRED PER CHAMBER RULES**<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**<br>Judge: Hon. Anthony J. Battaglia<br>Mag. Judge: Hon. William V. Gallo |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that this matter has been filed pursuant to chamber rules prior to receiving a hearing date. This matter will be heard by the Honorable William V. Gallo, United States Magistrate Judge, located at 221 West Broadway, San Diego, California 9210, Defendant LIBERTY HEALTHCARE, CORPORATION (hereinafter "Liberty") will move this Court for an order dismissing Plaintiffs' Sixth Cause of Action for Violation of the Americans with Disabilities Act, 42 U.S.C. §12188 and Eighth Cause of Action for Violation of the Unruh Civil Rights Act, California civil Code §§55 et. seq. from the Second Amended Complaint.

This motion will be made upon grounds that the Sixth and Eighth Causes of Action on the grounds that they are insufficiently clear and fail to state sufficient facts to state a claim as to Defendant Liberty and should therefore be dismissed pursuant to Federal Rule of Civil Procedure, Rules 8 and 12(b)(6).

This motion will be based on this Notice, a Memorandum of Points and Authorities, the pleadings and records on file in this action, and such other argument and evidence as may be presented to the Court at the hearing of the motion.

DATED: May 3, 2022   Respectfully submitted,

ERICKSEN ARBUTHNOT

Sharon L. Hightower
Laura E. Malkofsky
Attorneys for Defendant
LIBERTY HEALTHCARE, CORPORATION

CASE NAME: DUNSMORE v. SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
ACTION NO: 3:20-cv-00406-AJB-WVG

# CERTIFICATE OF SERVICE

I declare that I am employed in the County of Santa Clara, California. I am over the age of eighteen (18) years and not a party to the within cause; my business address is 210 No. Fourth Street, Suite 350, San Jose, CA 95112.

I served the attached: *NOTICE OF DEFENDANT LIBERTY HEALTHCARE, CORPORATION'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CIVIL CLASS ACTION COMPLAINT FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF [FRCP 12(b)(6)]* on the interested parties in said cause, using the following method:

/ /    (**BY MAIL**) I placed each sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at San Jose, California, following ordinary business practices. I am readily familiar with the practice of ERICKSEN ARBUTHNOT for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/ /    (**BY PERSONAL SERVICE**) I caused each such envelope to be delivered by hand to the addressee(s) noted below.

/ /    (**BY FEDERAL EXPRESS**) The foregoing document was placed in a sealed envelope provided by Federal Express/UPS, designated as overnight (delivery by next business day) with delivery fees paid or provided for and addressed as stated below. I deposited such envelope in the Federal Express/UPS collection box at 210 North Fourth Street, San Jose, California.

/ /    (**BY FACSIMILE**) I caused the said document to be transmitted by facsimile machine to the facsimile number indicated after the address(es) noted below. Such transmission was verified as complete and without error.

/XX/   (**BY ELECTRONIC SERVICE**) Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below. OR: The above-described document(s) will be delivered electronically through the Court's electronic filing system.

/ /    (**ELECTRONIC SERVICE VIA ONE LEGAL**) Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the above-entitled document to be served through One Legal at www.onelegal.com addressed to all parties appearing on the electronic service list for the above-entitled case. The service transmission was reported as complete and a copy One Legal Receipt Page/ Confirmation will be filed, deposited or maintained with the original document in this office. All parties that do not appear on the electronic service list will be sent a copy by US Mail.

**ATTORNEYS FOR PLAINTIFF DARRYL DUNSMORE:**

Christopher M. Young
DLA Piper US
401 B Street
Suite 1700
San Diego, CA 92101-4297
P: (619) 699-2700/ Fax: (619) 699-2701
Email: christopher.young@dlapiper.com

NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

1  Gay Crosthwait Grunfeld
   Rosen Bien Galvan & Grunfeld, LLP
2  101 Mission Street
   Sixth Floor
3  San Francisco, CA 94105
   P: 415-433-6830 / Fax: 415-433-7104
4  Email: ggrunfeld@rbgg.com

5
   Isabella Maria Neal
6  4084 Eagle Street
   Apartment B
7  San Diego, CA 92103
   360-915-3920
8  Email: isabella.neal@us.dlapiper.com

9
   Oliver M. Kiefer
10 DLA Piper LLP (US)
   401 B Street
11 Suite 1700
   San Diego, CA 92101
12 619-699-2781
   Email: oliver.kiefer@us.dlapiper.com
13

14
   Aaron J. Fischer
15 Law Office of Aaron J. Fischer
   2001 Addison Street
16 Suite 300
   Berkeley, CA 94704
17 510-806-7366
   Fax: 510-694-6314
18 Email: ajf@aaronfischerlaw.com
19

20 Bardis Vakili
   ACLU Foundation of San Diego & Imperial Counties
21 P.O. Box 87131
   San Diego, CA 92138-7131
22 (619) 232-2121 / Fax: (619) 232-0036
   Email: bvakili@aclusandiego.org
23

24
   Eric D. Monek Anderson
25 Rosen Bien Galvan & Grunfeld LLP
   101 Mission Street
26 Sixth Floor
   San Francisco, CA 94105
27 415-433-6830
   Email: eanderson@rbgg.com
28

Jonathan Paul Markovitz
ACLU of San Diego & Imperial Counties
P.O. Box 87131
San Diego, CA 92138
619-232-2121 / Fax: 619-232-0036
Email: jmarkovitz@aclusandiego.org

Priyah Kaul
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street
Sixth Floor
San Francisco, CA 94105
415-433-6830
Email: pkaul@rbgg.com

**ATTORNEY FOR PLAINTIFFS:**
*Josue Lopez, Christopher Nelson, Reanna Levy,*
*Christopher Norwood, Ernest Archuleta, Anthony Edwards,*
*Laura Zoerner*

Richard Van Swearingen
Rosen Bien Galvan & Grunfeld, LLP
101 Mission Street
Sixth Floor
San Francisco, CA 94105
415-433-6830
Fax: 415-433-7104
Email: vswearingen@rbgg.com

**ATTORNEY FOR DEFEDANT SD SHERIFF DEPT.:**
Ronald Lenert
County of San Diego Office of County Counsel
1600 Pacific Highway, Room 355
San Diego, CA 92101
(619) 531-4860 Fax: 619-531-6005
E-mail: Ronald.;emert@sdcounty.ca.gov

**ATTORNEY FOR DEFENDANT MID-AMERICA HEALTH, INC.**
Christopher Thomas Grohman
Taft Stettinius & Hollister LLP
111 East Wacker, Suite 2800
Chicago, IL 60601
(312) 515-7313
E-mail: egrohman@taftlaw.com

NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on May 3, 2022, at San Jose, California.

2

3

4  *Jennifer L. Sharpe*
JENNIFER L. SHARPE

- 6 -

NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT