UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-CV-406-AJB(WVG)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

Defendant Liberty Healthcare, Corporation filed a Motion to Dismiss Plaintiff's Complaint on **May 3, 2022**. (Doc. No. 125.) Plaintiff must file any opposition to the motion to dismiss by **June 5, 2022**. Defendant shall file any reply brief on or before **June 19, 2022**.

Unless the Court directs otherwise in advance, this matter will be resolved without oral argument.

**IT IS SO ORDERED.**

DATED: May 4, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge