CRAIG J. MARIAM (SBN: 225280)
cmariam@grsm.com
MICHAEL J. DAILEY (SBN: 301394)
mdailey@grsm.com
LARA S. GARNER (SBN: 234701)
lsgarner@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101
Tel: (619) 696-6700
Fax: (213) 680-4470

Attorneys for Defendant CORRECTIONAL HEALTHCARE PARTNERS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.<br><br>Defendants. | Case No.: 3:20-cv-00406-AJB-WVG<br><br>**DEFENDANT CORRECTIONAL HEALTHCARE PARTNERS, INC.'S NOTICE OF MOTION AND MOTION TO SUBSTITUTE COUNSEL**<br><br>Judge:      Hon. Anthony J. Battaglia<br>Magistrate: Hon. William V. Gallo |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 83.3(f)(2) of the United States District Court for the Southern District of California, defendant CORRECTIONAL HEALTHCARE PARTNERS, INC. ("CHP") hereby respectfully moves this Court to substitute Craig J. Mariam, Esq., Michael J. Dailey, Esq., and Lara S. Garner, Esq., each of Gordon Rees Scully Mansukhani, LLP, as counsel of record for CHP in place and instead of Jeffrey S. Doggett, Esq.

-1-

and Brian T. Bloodworth, Esq., both of Lotz, Doggett & Rawers, LLP, effective immediately upon the Court's execution of the Proposed Order approving the substitution. The Proposed Order is submitted concurrently with this motion.

2. All items required to be served or transmitted in this action and all other communications in this action should be directed to Gordon Rees Scully Mansukhani, LLP, as follows:

> Craig J. Mariam (SBN: 225280)
> Michael J. Dailey (SBN: 301394)
> Lara S. Garner (SBN: 234701)
> GORDON REES SCULLY MANSUKHANI, LLP
> 101 W Broadway, Suite 2000
> San Diego, CA 92101
> Tel: (619) 696-6700
> Fax: (213) 680-4470
> Email:   cmariam@grsm.com
>          mdailey@grsm.com
>          lsgarner@grsm.com

CHP and its former and new attorneys consent to this substitution as indicated by the signatures below.

Respectfully submitted,

Dated: May 3, 2022    CORRECTIONAL HEALTHCARE PARTNERS, INC.

By: _____Peter Freedland_____
Dr. Peter Freedland, CEO of Defendant, CORRECTIONAL HEALTHCARE PARTNERS, INC.

Dated: May 3, 2022    By: */s/ Brian T. Bloodworth*
Brian T. Bloodworth
Former Attorney for Defendant, CORRECTIONAL HEALTHCARE PARTNERS, INC.

-2-

DEFENDANT CORRECTIONAL HEATLTHCARE PARTNERS, INC.'S NOTICE OF MOTION AND MOTION TO SUBSTITUTE COUNSEL        3:20-cv-00406-AJB-WVG

Dated: May 3, 2022     By:   /s/ Jeffrey S. Doggett
                             Jeffrey S. Doggett
                             Former Attorney for Defendant
                             CORRECTIONAL HEALTHCARE
                             PARTNERS, INC.

Dated: May 3, 2022     By:   /s/ Craig J. Mariam
                             Craig J. Mariam
                             New Attorney for Defendant
                             CORRECTIONAL HEALTHCARE
                             PARTNERS, INC.

Dated: May 3, 2022     By:   /s/ Michael J. Dailey
                             Michael J. Dailey
                             New Attorney for Defendant
                             CORRECTIONAL HEALTHCARE
                             PARTNERS, INC.

Dated: May 3, 2022     By:   /s/ Lara S. Garner
                             Lara S. Garner
                             New Attorney for Defendant
                             CORRECTIONAL HEALTHCARE
                             PARTNERS, INC.

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the contents of this document are acceptable to all counsel and that I have obtained each counsel's authorization to affix counsel's electronic signature to this document.

Dated: May 3, 2022      By:   */s/ Craig J. Mariam*
                             Craig J. Mariam