1 | Craig J. Mariam (SBN: 225280)
cmariam@grsm.com
2 | Lara S. Garner (SBN: 234701)
lsgarner@grsm.com
3 | Michael J. Dailey (SBN: 4810602)
mdailey@grsm.com
4 | GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
5 | San Diego, CA 92101
Telephone: (619) 696-6700
6 | Facsimile: (877) 306-0043

7 | Attorneys for Defendant
CORRECTIONAL HEALTHCARE PARTNERS, INC.
8 |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | CASE NO. 3:20-cv-00406-AJB-WVG <br><br> Judge: Hon. Anthony J. Battaglia <br> Courtroom: 4A, Suite 4135 <br><br> **PROOF OF SERVICE** |

## **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. One of my business addresses is: GORDON REES SCULLY MANSUKHANI, LLP, 633 W. 5th Street, 52nd Floor, Los

-1-

1  Angeles, California 90071.  On **May 4, 2022**, I served the within documents:

2     **1.**   **DEFENDANT CORRECTIONAL HEALTHCARE PARTNERS, INC.'S NOTICE OF MOTION AND MOTION TO SUBSTITUTE COUNSEL**

3

4     **2.**   **ORDER GRANTING DEFENDANT CORRECTIONAL HEATLTHCARE PARTNERS, INC.'S MOTION TO SUBSTITUTE COUNSEL**

5

6  ☒ **BY ELECTRONIC FILING**.  I hereby certify that on **May 4, 2022**, a copy of the foregoing document(s) were filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system (CM/ECF) to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail, through the Court's electronic filing system.

10  ☐ **BY U.S. MAIL:** I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California addressed as set forth below.

12  ☒ **BY ELECTRONIC MAIL:**  I caused such document(s) to be electronically mailed in .pdf format and/or in Word format as an e-mail attachment to each addressee for the above-entitled case as listed below.  The transmission was complete and confirmed.  A copy of the transmittal e-mail will be maintained with the original document(s) in our office.

15  ☐ **BY OVERNIGHT MAIL.**  I deposited said document(s) in a box or other facility regularly maintained by the express service carrier (Federal Express) providing overnight delivery pursuant to Code of Civil Procedure §1013(c) as part of the ordinary business practices of Gordon & Rees LLP.

**Gordon Rees Scully Mansukhani, LLP**
**101 W. Broadway, Suite 2000**
**San Diego, CA 92101**

| | |
|---|---|
| **Christopher M. Young**<br>DLA Piper US<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>(619) 699-2700<br>Fax: (619) 699-2701<br>Email: christopher.young@dlapiper.com<br><br>**Gay Crosthwait Grunfeld**<br>Rosen Bien Galvan & Grunfeld, LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105<br>415-433-6830<br>Fax: 415-433-7104<br>Email: ggrunfeld@rbgg.com<br><br>**Isabella Maria Neal**<br>4084 Eagle Street, Apartment B<br>San Diego, CA 92103<br>360-915-3920<br>Email: isabella.neal@us.dlapiper.com | *Attorneys for Plaintiff, Darryl Dunsmore* |

-2-

PROOF OF SERVICE

CASE NO.  3:20-cv-00406-AJB-WVG

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| | |
|---|---|
| **Oliver M. Kiefer**<br>DLA Piper LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>619-699-2781<br>Email: oliver.kiefer@us.dlapiper.com<br><br>**Aaron J. Fischer**<br>Law Office of Aaron J. Fischer<br>2001 Addison Street, Suite 300<br>Berkeley, CA 94704<br>510-806-7366<br>Fax: 510-694-6314<br>Email: ajf@aaronfischerlaw.com<br><br>**Bardis Vakili**<br>ACLU Foundation of San Diego & Imperial Counties<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>(619) 232-2121<br>Fax: (619) 232-0036<br>Email: bvakili@aclusandiego.org<br><br>**Eric D. Monek Anderson**<br>Rosen Bien Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105<br>415-433-6830<br>Email: eanderson@rbgg.com<br><br>**Jonathan Paul Markovitz**<br>ACLU of San Diego & Imperial Counties<br>P.O. Box 87131<br>San Diego, CA 92138<br>619-232-2121<br>Fax: 619-232-0036<br>Email: jmarkovitz@aclusandiego.org<br><br>**Priyah Kaul**<br>Rosen Bien Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105<br>415-433-6830<br>Email: pkaul@rbgg.com | |
| **Richard Van Swearingen**<br>Rosen Bien Galvan & Grunfeld, LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105<br>415-433-6830<br>Fax: 415-433-7104<br>Email: vswearingen@rbgg.com | *Attorney for Plaintiffs, Darryl Dunsmore, Josue Lopez, Christopher Nelson, Reanna Levy, Christopher Norwood, Ernest Archuleta, Anthony Edwards and Laura Zoerner* |

| | |
|---|---|
| **Matthew Patrick O'Sullivan**<br>San Diego County Counsel<br>1600 Pacific Highway, Suite 355<br>San Diego, CA 92101<br>858-705-5596<br>Email: matthew.o'sullivan@sdcounty.ca.gov<br><br>**Susan E Coleman**<br>Burke, Williams & Sorensen LLP<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA 90071-2953<br>(213)236-0600<br>Fax: (213)236-2700<br>Email: scoleman@bwslaw.com | ***Attorneys for Defendant,<br>County of San Diego*** |
| **Marilyn R Moriarty**<br>Lewis Brisbois Bisgaard and Smith<br>701 B street, Suite 1900<br>San Diego, CA 92101<br>(619)233-1006<br>Email: marilyn.moriarty@lewisbrisbois.com | ***Attorney for Defendant,<br>Liberty Healthcare, Inc.*** |
| **Christopher Thomas Grohman**<br>Taft Stettinius & Hollister LLP<br>111 East Wacker, Suite 2800<br>Chicago, IL 60601<br>312-515-7313<br>Email: cgrohman@taftlaw.com<br><br>**William Philip Sweet (PHV)**<br>Taft Stettinius & Hollister LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204<br>317-713-6531<br>Email: wsweet@taftlaw.com | ***Attorneys for Defendant, Mid-America Health, Inc.*** |
| **Lauren Hardisty**<br>LOTZ, DOGGETT & RAWERS LLP<br>101 W. Broadway Suite 1110<br>San Diego, CA 92101<br>619-233-5565<br>Email: lhardisty@ldrlaw.com | ***Attorney for Defendant,<br>Logan Haak, M.D., Inc.*** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the

-4-

1 U.S. Postal Service on that same day with postage thereon fully prepaid in the
2 ordinary course of business.  I am aware that on motion of the party served, service
3 is presumed invalid if postal cancellation date or postage meter date is more than
4 one day after the date of deposit for mailing in affidavit.

5       I declare under penalty of perjury under the laws of the United States of
6 America that I am employed in the office of a member of the Bar of this Court at
7 whose direction the service was made.

8       Executed on **May 4, 2022**.

_____
Diane Cutting

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101