1  Susan E. Coleman (SBN 171832)
   E-mail:  scoleman@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
3  Los Angeles, CA  90071-2953
   Tel:  213.236.0600      Fax:  213.236.2700
4
   Attorneys for Defendants
5  COUNTY OF SAN DIEGO, (Also
   erroneously sued herein as SAN DIEGO
6  COUNTY SHERIFF'S DEPARTMENT, and
   SAN DIEGO COUNTY PROBATION
7  DEPARTMENT)

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11  DARRYL DUNSMORE, ERNEST            Case No.  3:20-cv-00406-AJB-WVG
    ARCHULETA, ANTHONY
12  EDWARDS, REANNA LEVY,              **DEFENDANTS' EX PARTE**
    JOSUE LOPEZ, CHRISTOPHER           **APPLICATION FOR AN ORDER**
13  NELSON, CHRISTOPHER                **EXTENDING BRIEFING**
    NORWOOD, and LAURA                 **SCHEDULE ON MOTIONS FOR**
14  ZOERNER, on behalf of themselves   **PRELIMINARY INJUNCTION AND**
    and all others similarly situated, **PROVISIONAL CLASS**
15                                     **CERTIFICATION; DECLARATION**
                                       **OF SUSAN E. COLEMAN IN**
16                    Plaintiffs,      **SUPPORT THEREOF**

17  v.                                 *(Declaration of Susan E. Coleman filed
                                       concurrently herewith)*
18  SAN DIEGO COUNTY SHERIFF'S
    DEPARTMENT, COUNTY OF              Date:          June 16, 2022
19  SAN DIEGO, CORRECTIONAL            Time:          2:00 p.m.
    HEALTHCARE PARTNERS, INC.,         Courtroom:     4A
20  TRI-CITY MEDICAL CENTER,
    LIBERTY HEALTHCARE, INC.,          Judge:  Hon. Anthony J. Battaglia
21  MID-AMERICA HEALTH, INC.,
    LOGAN HAAK, M.D., INC., SAN
22  DIEGO COUNTY PROBATION
    DEPARTMENT, and DOES 1 to 20,
23  inclusive,

24                    Defendants.

25

26       Defendants COUNTY OF SAN DIEGO (also erroneously sued herein as

27  SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY

28  PROBATION DEPARTMENT), as more fully set forth in the accompanying

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

SD #4890-4939-3694 v1          - 1 -                3:20-CV-00406-AJB-WVG
                                                    EPA FOR ORDER EXTENDING
                                                    BREFING SCHEDULE

declaration of Susan E. Coleman, respectfully requests that this Court extend the briefing schedule regarding Plaintiffs' Motion for Preliminary Injunction and provisional class certification (Dkt 119), by 30 days, continuing the Opposition deadline from May 16, 2022, to June 15, 2022, for good cause shown.  (*See* Coleman Decl.)

On May 2, 2022, Plaintiffs filed a voluminous motion for preliminary injunction and provisional class certification (Dkt 119).  The Court thereafter issued an order setting the hearing for June 16, 2022, at 2:00 p.m. and the briefing schedule as follows: the responses due by May 16, 2022, and replies due by May 23, 2022 (Dkt 124).

After meeting and conferring with Counsel, Plaintiffs' counsel would not agree to stipulate to <u>any</u> extension of time to file an Opposition brief and supporting papers unless the County agreed to certification of a class of all jail arrestees and prisoners. (Coleman Decl. ¶ 5.)  While all counsel agreed to additional pages for Plaintiffs' Motion for Preliminary Injunction, and the responsive papers to same, it was never disclosed by Plaintiffs' counsel that they would also be moving for provisional certification or that they would be filing nearly 2,000 pages in support of their motion including declarations and exhibits from numerous experts, former staff, prisoners, and counsel.  The extent of the brief - and the broad relief requested – was never disclosed.  The Southern District Local Rules do not require the parties to meet and confer; however, if Defendants' counsel had some warning of the size and type of motion Plaintiffs intended to file, they would have sought to negotiate additional time to respond when Plaintiff's counsel sought extra pages for their motion.  (*Id*. ¶ 6.)

The current deadline of May 16, 2022 date is not feasible for Defendant County to file its Opposition papers given the sheer volume of materials and topics to address. Plaintiffs' motion with exhibits exceeds 1500 pages (without counting the medical records filed under seal and those accompanying pleadings).  This

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

SD #4890-4939-3694 v1                  - 2 -

3:20-CV-00406-AJB-WVG
EPA FOR ORDER EXTENDING
BREFING SCHEDULE

includes 4 lengthy expert declarations with exhibits (Austin – 49 pages; Stewart – 70 pages; Cohen – 31 pages; and Sanossian – 5e pages), 2 declarations from former jail health care workers (referred to as whistleblowers) – Alonso (22 pages) and Evans (17 pages), and 23 inmate declarations with specific allegations and exhibits in support. In addition to Plaintiffs' 45 page Motion for Preliminary Injunction, they also filed a Request for Judicial Notice, Declaration of counsel Van Swearingen (1055 pages), a Motion to file documents under seal, and a detailed proposed order granting the relief sought.  (*Id*. ¶ 7.)

Defense counsel needs time to review Plaintiffs' motion and supporting evidence with a fine tooth comb, and to conduct an investigation to compile exhibits and declarations in opposition to the motion.  Plaintiffs attack an enormous swath of issues within the County's jail system including but not limited to medical care, mental health care, dental care, conditions of confinement, safety of inmates (safety checks, housing assignments, racial tensions), access to courts, disability accommodations, access to programming, use of force, maintenance issues (call buttons, toilets), issues with video surveillance, body scanners, prevention and treatment of drug use and overdoses, and <u>many</u> other issues. (*Id*. ¶ 8.)

It will take time in order to retrieve and compile documents such as policies, maintenance records, logs medical reports, incident reports, photos and video, to respond to Plaintiffs' allegations.  With this evidence, we also need to prepare authenticating declarations, coordinate with experts to review evidence and provide declarations, and draft declarations of staff explaining policy and practice and otherwise responding to Plaintiffs' wide-ranging allegations.  (*Id*. ¶ 9.)

It is clear from the moving papers and declarations/exhibits, as well as from communications with Plaintiffs' counsel, that they have been investigating the County jails and speaking to staff and inmates and collecting evidence over at least the last year if not longer.  Given the amount of time Plaintiffs had to prepare their moving papers, the extension sought by Defendant County is modest. (*Id*. ¶ 10.)

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

SD #4890-4939-3694 v1                                     - 3 -

3:20-CV-00406-AJB-WVG
EPA FOR ORDER EXTENDING
BREFING SCHEDULE

For the above reasons, Defendant requests a 30-day extension of time for Defendant County (and any other Defendants) to file their Opposition Brief and supporting exhibits, from May 16, 2022, to June 15, 2022.  If this Court is not amenable to a 30-day extension, in the alternative Defendant seeks as much additional time as the Court is willing to provide (whether that is 2 or 3 weeks or some other amount of time).

Dated: May 4, 2022                           BURKE, WILLIAMS & SORENSEN, LLP


By:  /s/ *Susan E. Coleman*
           Susan E. Coleman

Attorneys for Defendants
COUNTY OF SAN DIEGO

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

SD #4890-4939-3694 v1                        - 4 -                        3:20-CV-00406-AJB-WVG
EPA FOR ORDER EXTENDING
BREFING SCHEDULE