

GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:       ggrunfeld@rbgg.com
             vswearingen@rbgg.com
             pkaul@rbgg.com
             eanderson@rbgg.com
             hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone:   (510) 806-7366
Facsimile:   (510) 694-6314
Email:       ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**PROOF OF SERVICE RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge:   Hon. Anthony J. Battaglia |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California  92101-4297
Telephone:   (619) 699-2700
Facsimile:    (619) 699-2701
Email:          christopher.young@dlapiper.com
                   isabella.neal@dlapiper.com
                   oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California  92103-6330
Telephone:   (619) 232-2121
Email:          bvakili@aclusandiego.org
                   jmarkovitz@aclusandiego.org

Attorneys for Plaintiffs

[3906352.1]

Case No. 3:20-cv-00406-AJB-WVG
PROOF OF SERVICE RE: PLAINTIFFS' MOTION TO SEAL

Pursuant to Federal Rule of Civil Procedure 5 and Southern District of California Electronic Case Filing Policy & Procedure 2(j), Plaintiffs Darryl Dunsmore, Ernest Archuleta, Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, and Laura Zoerner (collectively, "Plaintiffs") served a copy of the Notice of Administrative Motion to File Under Seal, the Declaration of Van Swearingen in Support of the Administrative Motion to File Under Seal, on the defendants as follows:

    1.    Defendants San Diego County Sheriff's Department, County of San Diego, San Diego County Probation Department, and Correctional Healthcare Partners, Inc. were served by Hand Delivery on May 2, 2022. A true and correct copy of the Proof of Service is attached as **Exhibit A**.

    2.    Defendant Liberty Healthcare Corporation was served by Hand Delivery on May 2, 2022. A true and correct copy of the Proof of Service is attached as **Exhibit B**.

    3.    Defendants Mid-America Health, Inc. and Logan Haak, M.D. were served by Federal Express on May 2, 2022. A true and correct copy of the Proof of Service is attached as **Exhibit C**.

DATED: May 4, 2022    Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
Van Swearingen

Attorneys for Plaintiffs
Email: vswearingen@rbgg.com

.

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, et al.

    Plaintiff

vs.

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.

    Defendant

Case No. 3:20-cv-00406-AJB-WVG

**DECLARATION OF SERVICE**

Person Served:
SEE SERVICE LIST
Date Served:
May 2, 2022

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents: SEE DOCUMENT LIST in the following manner: (check one)

1) __X__ By personally delivering copies to the person served.

2) _____ By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) _____ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) _____ By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California on _____, 20__.

Executed on _____May 3_____, 2020 at San Diego, California.

_Jaime Battle, Reg. #1709_

Exhibit A.2

WEST/298534405

## SERVICE LIST

Susan E. Coleman, Esq.
*scoleman@bwslaw.com*
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, CA 92101
Tel: 619.814.5800

*Attorneys for Defendants*
County of San Diego,
San Diego County Sheriff's Department, and San Diego County Probation Department

Jeffrey S. Dogget
*jdoggett@ldrlaw.com*
LOTZ DOGGETT & RAWERS
101 West Broadway, Suite 1110
San Diego, CA  92101
Tel: 619.233.5565

*Attorneys for Defendant*
Correctional Healthcare Partners, Inc.

# **DOCUMENT LIST**

1. PLAINTIFFS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

2. DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

3. DECLARATION OF ANTHONY RAY EDWARDS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]

4. DECLARATION OF CEDRICK JONES IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]

5. DECLARATION OF CHRISTOPHER NELSON IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]

6. DECLARATION OF CHRISTOPHER NORWOOD IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]

7. DECLARATION OF DANIEL WEBB IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]

8. DECLARATION OF DARRYL LEE DUNSMORE IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]

9. DECLARATION OF DAVID FRANCIS SMITH III IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]

10. DECLARATION OF ERNEST ARCHULETA IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]

11. DECLARATION OF GARY BARTLETT IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]

12. DECLARATION OF GUSTAVO SEPULVEDA IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]

13. DECLARATION OF JAMES CLARK IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]

14. DECLARATION OF JOSE ANTONIO LOPEZ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]

15. DECLARATION OF JOSHUA ROBERTS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]

16. DECLARATION OF KATRINA RIOS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]

17. DECLARATION OF MARK BAKER IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]

18. DECLARATION OF MICHAEL KEAVNEY IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]

19. DECLARATION OF REANNA LEVY IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]

# EXHIBIT B

| HANNAH M. CHARTOFF<br>Rosen, Bien, Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor  San Francisco, CA 94105<br>Attorney For: Plaintiffs | SBN: 324529 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: **(415) 433-6830**    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* | | |

| United States District Court |
|---|
| STREET ADDRESS: **940 Front Street** |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: **San Diego, CA 92101** |
| BRANCH NAME: **Southern District of California** |

| PLAINTIFF*(name each):* Darryl Dunsmore, et al. | |
|---|---|
| DEFENDANT*(name each):* San Diego County Sheriff's Department, et al. | CASE NUMBER:<br>**3:20-cv-00406-AJB-WVG** |

| **PROOF OF HAND DELIVERY** | HEARING DATE: | TIME: | DEPT.: | Ref No. or File No.:<br>**1730-01** |
|---|---|---|---|---|

**AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND SERVED COPIES OF THE:**

**PLEASE SEE ATTACHED**

|   |   |
|---|---|
| NAME OF PARTY: | **SHARON L. HIGHTOWER** |
| DELIVERED TO: | **Karen Okasaki - Secretary** |
| DATE & TIME OF DELIVERY: | **5/2/2022**<br>**1:52 PM** |
| ADDRESS, CITY, AND STATE: | **ERICKSEN ARBUTHNOT**<br>**210 NORTH FOURTH STREET, SUITE 350**<br>**SAN JOSE, CA 95112** |

**MANNER OF SERVICE:**
**Delivery to Law Office:** Service was made by delivery to the attorney's office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. ([CCP 1011(1)]

Fee for Service: **$ 272.75**
County: **SANTA CLARA**
Registration No.: **542**
**Specialized Legal Services, Inc.**
**1112 Bryant St., Suite 200**
**San Francisco, CA 94103**
**(415) 357-0500**
**Ref: 1730-01**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **May 03, 2022**

Signature: _____
**KENNETH T. SMITH**

**PROOF OF HAND DELIVERY**

982(a)(23)    Order#: P193731/CCP1011

Exhibit B
7

1. PLAINTIFFS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION
2. DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION
3. DECLARATION OF ANTHONY RAY EDWARDS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]
4. DECLARATION OF CEDRICK JONES IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]
5. DECLARATION OF CHRISTOPHER NELSON IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]
6. DECLARATION OF CHRISTOPHER NORWOOD IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]
7. DECLARATION OF DANIEL WEBB IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]
8. DECLARATION OF DARRYL LEE DUNSMORE IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]
9. DECLARATION OF DAVID FRANCIS SMITH II IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]
10. DECLARATION OF ERNEST ARCHULETA IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]
11. DECLARATION OF GARY BARTLETT IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]
12. DECLARATION OF GUSTAVO SEPULVEDA IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]
13. DECLARATION OF JAMES CLARK IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]
14. DECLARATION OF JOSE ANTONIO LOPEZ IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]
15. DECLARATION OF JOSHUA ROBERTS IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]
16. DECLARATION OF KARINA RIOS IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]
17. DECLARATION OF MARK BAKER II IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]
18. DECLARATION OF MICHAEL KEAVNEY IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]
19. DECLARATION OF REANNA LEVY IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]

# EXHIBIT C

Exhibit C
9

# PROOF OF SERVICE

*Darryl Dunsmore v. San Diego County Sheriff's Department, et al.*
3:20-cv-00406-AJB-WVG

**STATE OF , COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of . My business address is 101 Mission Street, Sixth Floor, San Francisco, CA 94105-1738.

On May 2, 2022, I served true copies of the following document(s) described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action as follows:

| | |
|---|---|
| David L. Guevara<br>TAFT STETTINIUS & HOLLISTER LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Attorneys for Defendant<br>Mid-America Health, Inc. |
| Lauren E. Hardisty<br>LOTZ, DOGGETT & RAWERS LLP<br>101 West Broadway, Suite 1110<br>San Diego. CA 92101 | Attorneys for Defendant<br>Logan Haak, M.D., Inc. |

**BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 4, 2022, at San Francisco, California.

_____
Kedra Chan

[3906352.1]

1

Exhibit C
Case No. 3:20-cv-00406-AJB-WVG

| | |
|---|---|
| 1 | **DOCUMENT LIST** |
| 2 | **PLAINTIFFS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |
| 3 | |
| 4 | |
| 5 | **DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |
| 6 | |
| 7 | |
| 8 | |
| 9 | **DECLARATION OF ANTHONY RAY EDWARDS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]** |
| 10 | |
| 11 | |
| 12 | **DECLARATION OF CEDRICK JONES IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]** |
| 13 | |
| 14 | **DECLARATION OF CHRISTOPHER NELSON IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]** |
| 15 | |
| 16 | |
| 17 | **DECLARATION OF CHRISTOPHER NORWOOD IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]** |
| 18 | |
| 19 | **DECLARATION OF DANIEL WEBB IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]** |
| 20 | |
| 21 | |
| 22 | **DECLARATION OF DARRYL LEE DUNSMORE IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]** |
| 23 | |
| 24 | |
| 25 | **DECLARATION OF DAVID FRANCIS SMITH II IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]** |
| 26 | |
| 27 | **DECLARATION OF ERNEST ARCHULETA IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]** |
| 28 | |

**DECLARATION OF GARY BARTLETT IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]**

**DECLARATION OF GUSTAVO SEPULVEDA IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]**

**DECLARATION OF JAMES CLARK IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]**

**DECLARATION OF JOSE ANTONIO LOPEZ IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]**

**DECLARATION OF JOSHUA ROBERTS IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]**

**DECLARATION OF KARINA RIOS IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]**

**DECLARATION OF MARK BAKER II IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]**

**DECLARATION OF MICHAEL KEAVNEY IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]**

**DECLARATION OF REANNA LEVY IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [UNDER SEAL]**