1  CRAIG J. MARIAM (SBN: 225280)
   cmariam@grsm.com
2  MICHAEL J. DAILEY (SBN: 301394)
   mdailey@grsm.com
3  LARA S. GARNER (SBN: 234701)
   lsgarner@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   101 W Broadway, Suite 2000
5  San Diego, CA 92101
   Tel: (619) 696-6700
6  Fax: (213) 680-4470

7  Attorneys for Defendant CORRECTIONAL
   HEALTHCARE PARTNERS, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.<br><br>　　　　Defendants. | Case No.: 3:20-cv-00406-AJB-WVG<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br>**NO HEARING DATE REQUIRED PER CHAMBERS RULES**<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**<br><br>Judge:　　Hon. Anthony J. Battaglia<br>Magistrate:　Hon. William V. Gallo |

- 1 -

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT                3:20-cv-00406-AJB-WVG

1   PLEASE TAKE NOTICE that Defendant Correctional Healthcare Partners,
2   Inc. ("CHP") will and hereby does respectfully move this Honorable Court for an
3   order dismissing the Second Amended Complaint ("SAC") (ECF No. 81) brought
4   by Plaintiffs Darryl Dunsmore, Ernest Archuleta, Anthony Edwards, Reanna Levy,
5   Josue Lopez, Christopher Nelson, Christopher Norwood, and Laura Zoerner
6   (collectively, "Plaintiffs") on behalf of themselves individually and a putative class
7   of similarly situated individuals, pursuant to Rule 12(b)(6) of the Federal Rules of
8   Civil Procedure.

9   CHP respectfully requests that all claims against it be dismissed pursuant to
10  Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim against CHP
11  upon which relief can be granted. Specifically, CHP seeks dismissal of the First
12  through Fourth Causes of Action of the SAC on the basis Plaintiffs lack standing,
13  and fail to allege any direct allegations against CHP for failure to provide medical
14  services or that CHP has ever acted with deliberate indifference. CHP also seeks
15  dismissal of the Sixth and Eighth Causes of Action on the basis Plaintiffs have
16  failed to assert that CHP has discriminated against Plaintiffs. Accordingly,
17  Plaintiffs fail to state a single claim against CHP upon which relief can be granted.

18  The Motion will be and is based on this notice and motion, the
19  accompanying memorandum of points and authorities, the concurrently filed
20  request for judicial notice, the pleadings and papers filed in this action, and such
21  further argument and matters as may be offered at the time of hearing of this
22  motion.
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

- 1 -

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND
AMENDED CLASS ACTION COMPLAINT                    3:20-cv-00406-AJB-WVG

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101

- 2 -

Dated: May 9, 2022      Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Craig J. Mariam*
Craig J. Mariam
Michael J. Dailey
Lara S. Garner
Attorneys for Defendant
CORRECTIONAL HEALTHCARE PARTNERS, INC.