CRAIG J. MARIAM (SBN: 225280)
cmariam@grsm.com
MICHAEL J. DAILEY (SBN: 301394)
mdailey@grsm.com
LARA S. GARNER (SBN: 234701)
lsgarner@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101
Tel: (619) 696-6700
Fax: (213) 680-4470

Attorneys for Defendant CORRECTIONAL
HEALTHCARE PARTNERS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, et al.

   Plaintiffs,

  v.

SAN DIEGO COUNTY SHERIFF'S
DEPARTMENT, et al.

    Defendants.

Case No.: 3:20-cv-00406-AJB-WVG

**REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF DEFENDANT
CORRECTIONAL HEATLTHCARE
PARTNERS, INC.'S MOTION TO
DISMISS PLAINTIFFS' SECOND
AMENDED CLASS ACTION
COMPLAINT**

**JURY TRIAL DEMANDED**

**NO HEARING DATE REQUIRED
PER CHAMBERS RULES**

**NO ORAL ARGUMENT UNLESS
ORDERED BY THE COURT**

Judge:  Hon. Anthony J. Battaglia
Magistrate: Hon. William V. Gallo

*(left margin, vertical text)* Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101

- 1 -

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT
CORRECTIONAL HEALTH PARTNERS, INC.'S MOTION TO DISMISS THE
SECOND AMENDED COMPLAINT

3:20-cv-00406-AJB-WVG

1  Pursuant to Federal Rule of Evidence 201, defendant Correctional
2  Healthcare Partners, Inc. ("CHP") respectfully requests this Honorable Court take
3  judicial notice of the existence of the following documents in support of CHP's
4  Rule 12(b)(6) Motion to Dismiss Plaintiffs' Second Amended Complaint ("SAC").

5  ## REQUESTS FOR JUDICIAL NOTICE

6  **Request No. 1:**    The existence of the California Secretary of State's
7  business entity records for CHP, which show its date of incorporation as June 4,
8  2020.  A true-and correct-copy of said business entity records are attached hereto
9  as Exhibit A.

10  **Request No. 2:**    The existence of the service agreement between CHP and
11  the County of San Diego, which identifies the effective date of such agreement as
12  September 23, 2020. A true and correct copy of the service agreement is attached
13  hereto as Exhibit B.

14  ## LEGAL AUTHORITY

15  Courts may consider matters properly subject to judicial notice when
16  deciding a motion to dismiss for failure to state a claim.  *See, Tellabs, Inc. v.*
17  *Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007); *Lopez v. Stages of Beauty,*
18  *LLC*, 307 F.Supp.3d 1058, 1064 (S.D. Cal. 2018).  Federal Rule of Evidence
19  201(b) permits judicial notice of a fact when it is "not subject to reasonable dispute
20  because it: (1) is generally known within the trial court's territorial jurisdiction; or
21  (2) can be accurately and readily determined from sources whose accuracy cannot
22  reasonably be questioned."

23  In considering matters presented by the parties, a court may properly
24  take judicial notice of (1) material which is included as part of the complaint or
25  relied upon by the complaint, and (2) matters in the public record. *See Marder v.*
26  *Lopez*, 450 F.3d 445, 448 (9th Cir. 2006); *Lee v. City of Los Angeles*, 250 F.3d
27  668, 688–89 (9th Cir. 2001). Further, a court "must take judicial notice if a party

28

*Gordon Rees Scully Mansukhani, LLP*
*101 W Broadway, Suite 2000*
*San Diego, CA 92101*

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT
CORRECTIONAL HEALTH PARTNERS, INC.'S MOTION TO DISMISS THE
SECOND AMENDED COMPLAINT

3:20-cv-00406-AJB-WVG

requests it and the court is supplied with the necessary information." *See* Fed. R. Evid. 201(c)(2); *In re Icenhower*, 755 F.3d 1130, 1142 (9th Cir. 2014).

## LEGAL ARGUMENT

### A.    The Court May Take Judicial Notice of Official Public Records

The Court may take judicial notice of "certified public records kept by the Secretaries of State". *Sanders v. Palomar Medical Center*, 2010 WL 2635627, at *4 (S.D. Cal., June 30, 2010); *see also Lackey v. Federal Express Corporation* (C.D. Cal., June 11, 2018, No. CV 18-1512-RSWL-JC) 2018 WL 6174719, at *2 ("Certified filings with the Secretary of State are matters of public record, and their accuracy can be readily determined by their certification"); *Jiajie Zhu v. Jing Li*, 2019 WL 6050961, at *4 (N.D. Cal., Nov. 15, 2019) (courts routinely take judicial notice" of corporate documents); *Piazza v. EMPI, Inc.*, 2008 WL 590494, at *4 ((E.D. Cal., Feb. 29, 2008) (finding registration with the California Secretary of State is an official public record and its contents are not reasonably in dispute; it is therefore appropriately the subject of judicial notice under Fed R. Evid. 201(b)(2)). Further, judicial notice is appropriate where the documents are "matters of public record, the parties do not dispute their authenticity, and they are central to Plaintiff's claims." *Greenfield MHP Assocs., L.P. v. Ametek, Inc.*, 145 F. Supp.3d 1000, 1007 (S.D. Cal. 2015).

Request No. 1 seeks judicial notice of the existence and content of the California Secretary of State's business entity records for CHP, including its Certificate of Incorporation, which show its date of incorporation as June 4, 2020. This a matter of public record, and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned, and the contents of the California Secretary of State's business entity records for CHP are not reasonably subject to dispute. This fact is also central to Plaintiffs' claims as almost all of Plaintiffs' allegations pre-date the existence of CHP as a corporate entity.

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101

- 2 -

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CORRECTIONAL HEALTH PARTNERS, INC.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

3:20-cv-00406-AJB-WVG

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101

**B.      The Court May Take Judicial Notice of Documents Referenced in the SAC**

Under the "incorporation by reference" doctrine, "documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss." *In re Stac Elecs. Sec. Litig.,* 89 F.3d 1399, 1405 n. 4 (9th Cir.1996) (quoting *Fecht v. The Price Co.* 70 F.3d 1078, 1080 n. 1 (9th Cir.1995)) (internal quotations omitted); *see also Parrino v. FHP, Inc.,* 146 F.3d 699, 706 (9th Cir.1998) ("[A] district court ruling on a motion to dismiss may consider a document the authenticity of which is not contested, and upon which the plaintiff's complaint necessarily relies"); *U.S. v. Ritchie* (9th Cir. 2003) 342 F.3d 903, 908 ("Even if a document is not attached to a complaint, it may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim").

Plaintiffs expressly refer to and rely on the service agreement between CHP and the County of San Diego as the basis for their claims against CHP. *See, e.g.*, SAC, ¶ 31 (CHP "provides medical care staffing and services at the Jail pursuant to a contract with COUNTY DEFENDANTS"); ¶ 41 ("Pursuant to their contracts with COUNTY DEFENDANTS, CORRECTIONAL HEALTHCARE PARTNERS…must provide care according to the SHERIFF'S DEPARTMENT's policies and procedures") ¶ 43 ("The failure to provide timely care also reflects CORRECTIONAL HEALTHCARE PARTNERS'…failure to fulfill their contractual obligation to staff clinics"). Request No. 2 seeks judicial notice of such service agreement, the existence and contents of which is not subject to reasonable dispute. The effective date of such agreement is also relevant to Plaintiffs' claims as, again, many of Plaintiffs' allegations pre-date CHP's contract with the County of San Diego.

- 3 -

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CORRECTIONAL HEALTH PARTNERS, INC.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

3:20-cv-00406-AJB-WVG

## CONCLUSION

The above-referenced documents and the contents thereof are not subject to reasonable dispute and are relevant to whether Plaintiffs' allegations pre-date CHP's existence or its agreement with the County of San Diego. CHP has provided sufficient notice and information for this Court to grant its request and take judicial notice of such documents. CHP therefore respectfully respects that the Court take judicial notice of the above-identified documents in ruling on CHP's Motion to Dismiss Plaintiffs' Second Amended Complaint.

Dated: May 9, 2022                    Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By:  /s/ Craig J. Mariam
     Craig J. Mariam
     Michael J. Dailey
     Lara S. Garner
     Attorneys for Defendant
     CORRECTIONAL HEALTHCARE
     PARTNERS, INC.

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT
CORRECTIONAL HEALTH PARTNERS, INC.'S MOTION TO DISMISS THE
SECOND AMENDED COMPLAINT

3:20-cv-00406-AJB-WVG

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101

# EXHIBIT A

# EXHIBIT A

California
*Secretary of State*

Business    UCC

Login

Home

Search

Forms

Help

# Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

**Basic Search**

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The*

==CORRECTIONAL HEALTHCARE PARTNERS, INC. (4603487)==



Request
Certificate

| | |
|---|---|
| *Initial Filing Date* | ==06/04/2020== |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Stock Corporation - CA - General |
| *Principal Address* | 402 W BROADWAY STREET #400 SAN DIEGO, CA 92118 |
| *Mailing Address* | 1123 ISABELLA AVENUE CORONADO, CA 92118 |
| *Statement of Info Due Date* | 06/30/2022 |

 

Skip to main content    State

4 6 0 3 4 8 7

FILED ɪᴍᴄ
Secretary of State
State of California

JUN 0 4 2020

ɪᴘᴄ

# Articles of Incorporation of

# Correctional Healthcare Partners, Inc.

## I

The name of the corporation is Correctional Healthcare Partners, Inc. The address of the corporation is 402 West Broadway Suite 400 San Diego CA 92101.

## II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

## III

The name and address in the State of California of this corporation's initial agent for service of process is:

Susan Carter
5857 Owens Avenue Suite 300
Carlsbad, CA 92008

## IV

This corporation is authorized to issue only one class of shares of stock.  The total number of shares which this corporation is authorized to issue is 1,000.

DATED: 4 | 21 | 2020

Peter J. Freedland

# EXHIBIT B

# EXHIBIT B

**COUNTY CONTRACT NUMBER 563402**
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

This agreement ("Agreement") is made and entered into effective as of the date of the last signature on the signature page by and between the County of San Diego, a political subdivision of the State of California ("County") and Correctional Healthcare Partners, a corporation, located at 402 West Broadway Street #400, San Diego, CA 92101 ("Contractor"), with reference to the following facts:

## RECITALS

A.    The County is entering into this agreement pursuant to County Code of Administrative Ordinances Section 401 et seq. and in accordance with the Board of Supervisors Minute Order 21, dated March 24, 2020 and subsequent ratification of actions taken by the County's Director of the Department of Purchasing and Contracting.

B.    This Agreement is to provide On-Site Physicians and Specialty Care Services for Inmates.

C.    In addition to providing on-site physicians and specialty care services, this Agreement is necessary to ensure that the County continues to provide necessary and adequate medical care to inmates during the ongoing COVID-19 pandemic. This Agreement provides a necessary and critical component of the County's ongoing COVID-19 response.

D.    Coastal Hospitalist Medical Associates Inc. and Tri-City Medical Center are not Parties to this Agreement. Contractor is a physicians' group that is contracting directly with the County.

E.    Contractor is specially trained and possesses certain skills, experience, education and competency to perform these services.

F.    The Chief Administrative Officer made a determination that Contractor can perform the services more economically and efficiently than the County, pursuant to Section 703.10 of the County Charter.

G.    The Agreement shall consist of this document, Exhibit A Statement of Work, Exhibit B Insurance Requirements and Exhibit C, Payment Schedule.  In the event that any provision of the Agreement or its Exhibits, A, A-1, B or C, conflicts with any other term or condition, precedence shall be: First (1st) the Agreement;  Second (2nd) Exhibit B; Third (3rd) Exhibit A; and Fourth (4th) Exhibit C.

NOW THEREFORE, for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

## ARTICLE 1
## PERFORMANCE OF WORK

1.1    Standard of Performance.  Contractor shall, in good and workmanlike manner and in accordance with the highest professional standards, at its own cost and expense, furnish all of the labor, technical, administrative, professional and all other personnel, all supplies and materials, equipment, printing, transportation, training, facilities, and all other means whatsoever, except as herein otherwise expressly specified to be furnished by County, necessary or proper to perform and complete the work and provide the services required of Contractor by this Agreement.

1.2    Contractor's Representative. The person identified on the signature page ("Contractor's Representative") shall ensure that Contractor's duties under this Agreement shall be performed on behalf of the Contractor by qualified personnel; Contractor represents and warrants that (1) Contractor has fulfilled all applicable requirements of the laws of the State of California to perform the services under this Agreement and (2) Contractor's Representative has full authority to act for Contractor hereunder.  Contractor and County recognize that the services to be provided by Contractor's Representative pursuant to this Agreement are unique: accordingly, Contractor's Representative shall not be changed during the Term of the Agreement without County's written consent.  County reserves the right to terminate this Agreement pursuant to Clause 7.1 "Termination for Default", if Contractor's Representative should leave Contractor's employ, or if, in County's judgment, the work hereunder is not being performed by Contractor's Representative.

1.3    Contractor as Independent Contractor.  Contractor is, for all purposes of this Agreement, an independent contractor, and neither Contractor nor Contractor's employees or subcontractors shall be deemed to be employees of the County. Contractor shall perform its obligations under this Agreement according to the Contractor's own means and methods of work, which shall be in the exclusive charge and under the control of the Contractor, and which shall not be subject to control or supervision by County except as to the results of the work. County hereby delegates to Contractor any and all responsibility for the safety of Contractor's employees, which shall include inspection of property to identify potential hazards. Neither Contractor nor Contractor's employees or subcontractors shall be entitled to any benefits to which County employees are entitled, including without limitation, overtime, retirement benefits, workers' compensation benefits and injury leave.

COUNTY CONTRACT NUMBER 563402

**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

1.4 <u>Contractor's Agents and Employees or Subcontractors</u>.  Contractor shall obtain, at Contractor's expense, all agents, employees and subcontractors required for Contractor to perform its duties under this Agreement, and all such services shall be performed by Contractor's Representative, or under Contractor's Representatives' supervision, by persons authorized by law to perform such services.  Retention by Contractor of any agent, employee or subcontractor shall be at Contractor's sole cost and expense, and County shall have no obligation to pay Contractor's agents, employees or subcontractors; to support any such person's or entity's claim against the Contractor; or to defend Contractor against any such claim.

Any subcontract or consultant agreement that is in excess of fifty thousand dollars ($50,000) or twenty five percent (25%) of the value of the contract, whichever is less, or a combination of subcontracts or consultant agreements to the same individual or firm for the agreement period, or any subcontract or consultant agreement for professional medical or mental health services, regardless of value, must have prior concurrence of the Contracting Officer's Representative ("COR").  Contractor shall provide Contracting Officer Representative with copies of all other subcontracts relating to this Agreement entered into by Contractor within 30 days after the effective date of the subcontract.  Such subcontractors of Contractor shall be notified of Contractor's relationship to County.  "Subcontractor" means any entity, other than County, that furnishes to Contractor services or supplies relevant to this Agreement other than standard commercial supplies, office space, and printing services.

    1.4.1 <u>Contractor Responsibility</u>.  In the event any subcontractor is utilized by Contractor for any portion of the project, Contractor retains the prime responsibility for carrying out all the terms of this Agreement, including the responsibility for performance and insuring the availability and retention of records of subcontractors in accordance with this Agreement.  No subcontract utilizing funds from this Agreement shall be entered into if it has a term extending beyond the ending date of this Agreement.

    1.4.2 <u>Mandated Clause</u>.  All subcontracts shall include the Standard Terms and Conditions required of Contractor Articles 3, 7, 8, 9, 10, 11, 12, 13, 14 and 16 herein.

    1.4.3 <u>County Approval</u>.  As identified above, all subcontracts under this Agreement shall have prior written approval of the Contracting Officer Representative.

1.5 <u>Off Shore Prohibition</u>. Except where Contractor obtains the County's prior written approval, Contractor shall perform the work of this Agreement only from or at locations within the United States.  Any County approval for the performance of work outside of the United States shall be limited to the specific instance and scope of such written approval, including the types of work and locations involved.  Notwithstanding the foregoing, this Section shall not restrict the country or countries of origin of any assets purchased to provide the work hereunder; provided that when such assets are used to provide the work, such assets shall be used only from or at locations within the geographic boundaries of the United States.

**ARTICLE 2**
**SCOPE OF WORK**

2.1 <u>Statement of Work</u>.  Contractor shall perform the work described in the "Statement of Work" attached as Exhibit "A" to this Agreement, and by this reference incorporated herein, except for any work therein designated to be performed by County.

2.2 <u>Right to Acquire Equipment and Services</u>.  Nothing in this Agreement shall prohibit the County from acquiring the same type or equivalent equipment and/or service from other sources, when deemed by the County to be in its best interest.

2.3 <u>Responsibility for Equipment</u>.  For cost reimbursement agreements, County shall not be responsible nor be held liable for any damage to persons or property consequent upon the use, misuse, or failure of any equipment used by Contractor or any of Contractor's employees, even though such equipment may be furnished, rented, or loaned to Contractor by County.  The acceptance or use of any such equipment by Contractor or Contractor's employees shall be construed to mean that Contractor accepts full responsibility for and agrees to exonerate, indemnify and hold harmless County from and against any and all claims for any damage whatsoever resulting from the use, misuse, or failure of such equipment, whether such damage be to the employee or property of Contractor, other Contractors, County, or other persons.  Equipment includes, but is not limited to material, computer hardware and software, tools, or other things.

    2.3.1 Contractor shall repair or replace, at Contractor's expense, all County equipment or fixed assets that are damaged or lost as a result of Contractor negligence.

2.4 <u>Non-Expendable Property Acquisition</u>.  County retains title to all non-expendable property provided to Contractor by County, or which Contractor may acquire with funds from this Agreement if payment is on a cost reimbursement basis, including property acquired by lease purchase Agreement.  Contractor may not expend funds under this Agreement for the acquisition of non-expendable property having a unit cost of $5,000 or more and a normal life expectancy of more than one year without the prior written approval of Contracting Officer Representative.  Contractor shall maintain an inventory of non-expendable

**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

equipment, including dates of purchase and disposition of the property. Inventory records on non-expendable equipment shall be retained, and shall be made available to the County upon request, for at least three years following date of disposition. Non-expendable property that has value at the end of the Agreement (e.g. has not been depreciated so that its value is zero), and to which the County may retain title under this paragraph, shall be disposed of at the end of the Agreement as follows: At County's option, it may: 1) have Contractor deliver to another County contractor or have another County contractor pick up the non-expendable property; 2) allow the contractor to retain the non-expendable property provided that the contractor submits to the County a written statement in the format directed by the County of how the non-expendable property will be used for the public good; or 3) direct the Contractor to return to the County the non-expendable property.

**ARTICLE 3**
**DISENTANGLEMENT**

3.1    <u>General Obligations</u>.

At County's discretion, Contractor shall accomplish a complete transition of the services as set forth in Exhibit A to this Agreement (for purposes of this Article 3.1, these shall be referred to as the "Disentangled Services") being terminated from Contractor and the Subcontractors to County, or to any replacement provider designated by County, without any interruption of or adverse impact on the Disentangled Services or any other services provided by third parties. This process shall be referred to as the Disentanglement. Contractor shall fully cooperate with County and any new service provider and otherwise promptly take all steps, including, but not limited to providing to County or any new service provider all requested information or documentation, required to assist County in effecting a complete Disentanglement. Contractor shall provide all information or documentation regarding the Disentangled Services or as otherwise needed for Disentanglement, including, but not limited to, data conversion, client files, interface specifications, training staff assuming responsibility, and related professional services. Contractor shall provide for the prompt and orderly conclusion of all work required under the Agreement, as County may direct, including completion or partial completion of projects, documentation of work in process, and other measures to assure an orderly transition to County or the County's designee of the Disentangled Services. All Contractor work done as part of the Disentanglement shall be performed by Contractor and will be reimbursed by the County at no more than Contractor's costs, up to the total amount of this Agreement. Contractor shall not receive any additional or different compensation for the work otherwise required by the Agreement. Contractor's obligation to provide the Services shall not cease until the earlier of the following: 1) The Disentanglement is satisfactory to County, including the performance by Contractor of all asset-transfers and other obligations of Contractor provided in this Paragraph, has been completed to the County's reasonable satisfaction or 2) twelve (12) months after the Expiration Date of the Agreement.

3.2    <u>Disentanglement Process</u>.

The Disentanglement process shall begin on any of the following dates: (i) the date County notifies Contractor that no funds or insufficient funds have been appropriated so that the Term shall be terminated pursuant to the Agreement, Article 7; (ii) the date designated by County not earlier than sixty (60) days prior to the end of any initial or extended term that County has not elected to extend pursuant to the Agreement's, Signature Page, Agreement Term; or (iii) the date any Termination Notice is delivered, if County elects to terminate any or all of the Services pursuant to the Agreement, Article 7. Subject to Exhibit A Contractor's obligation to perform Disentangled Services, and County's obligation to pay for Disentangled Services, shall expire: (A) when funds appropriated for payment under this Agreement are exhausted, as provided in this Agreement, Article 7; (B) at the end of the initial or extended term set forth in this Agreement's, Signature Page, Agreement Term; or (C) on the Termination Date, pursuant to this Agreement, Article 7 (with the applicable date on which Contractor's obligation to perform the Services expires being referred to herein as the "Expiration Date"). Contractor and County shall discuss in good faith a plan for determining the nature and extent of Contractor's Disentanglement obligations and for the transfer of the Disentangled Services in process provided, however, that Contractor's obligation under this Agreement to provide all Disentangled Services shall not be lessened in any respect.

3.3    <u>Specific Obligations</u>.

The Disentanglement shall include the performance of the following specific obligations:

3.3.1    <u>No Interruption or Adverse Impact</u>

Contractor shall cooperate with County and all of the County's other service providers to ensure a smooth transition at the time of Disentanglement, with no interruption of Disentangled Services or other work required under the Agreement, no adverse impact on the provision of Disentangled Services or other work required under the Agreement or County's activities, no interruption of any services provided by third parties, and no adverse impact on the provision of services provided by third parties.

COUNTY CONTRACT NUMBER 563402
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND
SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION
FACILITIES**

3.3.2    Third-Party Authorizations.

Without limiting the obligations of Contractor pursuant to any other clause in Exhibit A herein, Contractor shall, subject to the terms of any third-party agreements, procure at no charge to County any third-party authorizations necessary to grant County the use and benefit of any third-party agreements between Contractor and third-party contractors used to provide the Disentangled Services, pending their assignment to County. Similarly, at County's direction, Contractor shall obtain all legally necessary client consents or authorizations legally necessary to transfer client data to County or any new service provider.

3.3.3    Return, Transfer and Removal of Assets.

3.3.3.1    Contractor shall return to County all County assets in Contractor's possession, pursuant to Paragraph 2.4 of the Agreement.

3.3.3.2    County shall be entitled to purchase at net book value those Contractor assets used for the provision of Disentangled Services to or for County, other than those assets expressly identified by the Parties as not being subject to this provision. Contractor shall promptly remove from County's premises, or the site of the work being performed by Contractor for County, any Contractor assets that County, or its designee, chooses not to purchase under this provision.

3.3.4    Transfer of Leases, Licenses, and Agreements.

Contractor, at its expense, shall convey or assign to County or its designee such fully-paid leases, licenses, and other agreements used by Contractor, County, or any other Person in connection with the Disentangled Services, as County may select, when such leases, licenses, and other agreements have no other use by Contractor. Contractor's obligation described herein, shall include Contractor's performance of all obligations under such leases, licenses, and other agreements to be performed by it with respect to periods prior to the date of conveyance or assignment and Contractor shall reimburse County for any losses resulting from any claim that Contractor did not perform any such obligations.

3.3.5    Delivery of Documentation.

Contractor shall deliver to County or its designee, at County's request, all documentation and data related to County, including, but not limited to, the County Data and client files, held by Contractor, and Contractor shall destroy all copies thereof not turned over to County, all at no charge to County. Notwithstanding the foregoing, Contractor may retain one (1) copy of the documentation and data, excluding County Data, for archival purposes or warranty support.

3.4    Findings Confidential.    Any reports, information, data, etc., given to or prepared or assembled by Contractor under this Agreement that the County requests to be kept as confidential shall not be made available to any individual or organization by the Contractor without the prior written approval of the County.

3.5    Publication, Reproduction or Use of Materials.    No material produced, in whole or in part, under this Agreement shall be subject to copyright in the United States or in any other country. The County shall have unrestricted authority to publish, disclose, distribute and otherwise use, in whole or in part, any reports, data or other materials prepared under this Agreement. All reports, data and other materials prepared under this Agreement shall be the property of the County upon completion of this Agreement.

**ARTICLE 4
COMPENSATION**

The Payment Schedule, and/or budget are in Exhibit C and the compensation is on the Signature page. County will pay Contractor the agreed upon price(s), pursuant to Exhibit C for the work specified in Exhibit A, Statement of Work. The County is precluded from making payments prior to receipt of services (advance payments). Contractor shall provide and maintain an accounting and financial support system to monitor and control costs to assure the Agreements completion. Invoices are subject to the requirements below.

4.1    Fiscal for Fixed Pricing.    (Rev. 7/1/17)

4.1.1    General Principles.    Contractor shall, comply with generally accepted accounting principles and good business practices, including all applicable cost principles published by the Federal Office of Management and Budget (OMB), including 2 CFR 200 - UNIFORM ADMINISTRATIVE REQUIREMENTS, COST PRINCIPLES, AND AUDIT REQUIREMENTS FOR FEDERAL AWARDS "The Uniform Guidance", which can be viewed at https://www.ecfr.gov/cgi-bin/text-idx?tpl=/ecfrbrowse/Title02/2cfr200_main_02.tpl. Contractor shall comply with all federal, State and other funding source requirements. Contractor shall, at its own expense, furnish all cost items

**COUNTY CONTRACT NUMBER 563402**
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

associated with this Agreement except as herein otherwise specified in the budget or elsewhere to be furnished by County. Contractor shall submit annually to the County a cost allocation plan in accordance with The Uniform Guidance.

4.1.2    <u>Invoices</u>. Payment for the services performed under this Agreement shall be in accordance with Exhibit C, unless other payment methodologies are negotiated and agreed to by both Contractor and County. Contractor shall submit approved invoices monthly to the Contracting Officer's Representative ("COR") for work performed in the monthly period, accordingly. Contractor's monthly invoices shall be completed and submitted in accordance with written COR instructions and shall include a statement certifying whether it is in compliance with Paragraph 8.16 of this Agreement

4.1.3    <u>Payments</u>. County agrees to pay Contractor in arrears only after receipt and approval by COR of properly submitted, detailed and itemized original invoice referencing the Agreement number and a detailed listing of each pay point target, accomplishment, unit price and/or percentages, and showing the appropriate calculation for each, a progress report documenting the status and accomplishments of Contractor during the billing period pursuant to Exhibit C. Payment shall be NET 30 days from receipt and approval of invoice unless otherwise stated.

4.1.4    <u>Full Compensation</u>. Pending any adjustments by the COR, each invoice approved and paid shall constitute full and complete compensation to the Contractor for all work completed during the billing period pursuant to Exhibit A and Exhibit C. Contractor shall be entitled only to compensation, benefits, reimbursements or ancillary services specified in this Agreement. Payment shall be NET 30 days from receipt and approval of invoice unless otherwise stated.

4.1.5    <u>Prompt Payment for Vendors and Subcontractors</u>

4.1.5.1    Prompt payment for vendors and subcontractors.

4.1.5.1.1.    Unless otherwise set forth in this paragraph, Contractor shall promptly pay its vendors and subcontractor(s) for satisfactory performance under its subcontract(s) to this Agreement. Such prompt payment shall be no later than thirty (30) days after Contractor receives payment for such services from County and shall be paid out of such amounts as are paid to Contractor under this Agreement.

4.1.5.1.2    Contractor shall include a payment clause conforming to the standards set forth in Paragraph 4.1.5.1.1 of this Agreement in each of its subcontracts, and shall require each of its subcontractors to include such a clause in their subcontracts with each lower-tier subcontractor or supplier.

4.1.5.2    If Contractor, after submitting a claim for payment to County but before making a payment to a vendor or subcontractor for the goods or performance covered by the claim, discovers that all or a portion of the payment otherwise due such vendor or subcontractor is subject to withholding from the vendor or subcontractor in accordance with the vendor or subcontract agreement, then the Contractor shall:

4.1.5.2.1    Furnish to the vendor or subcontractor and the COR within three (3) business days of withholding funds from its vendor or subcontractor a notice stating the amount to be withheld, the specific causes for the withholding under the terms of the subcontract or vendor agreement; and the remedial actions to be taken by the vendor or subcontractor in order to receive payment of the amounts withheld.

4.1.5.2.2    Contractor shall reduce the subcontractor's progress payment by an amount not to exceed the amount specified in the notice of withholding furnished under paragraph 4.1.5.2.1 of this Agreement and Contractor may not claim from the County this amount until its subcontractor has cured the cause of Contractor withholding funds;

4.1.5.2.3    Upon the vendor's or subcontractor's cure of the cause of withholding funds, Contractor shall pay the vendor or subcontractor as soon as practicable, and in no circumstances later than ten (10) days after the Contractor claims and receives such funds from County.

4.1.5.3    Contractor shall not claim from County all of or that portion of a payment otherwise due to a vendor or subcontractor that Contractor is withholding from the vendor or subcontractor in accordance with the subcontract agreement where Contractor withholds the money before submitting a claim to County. Contractor shall provide its vendor or subcontractor and the COR with the notice set forth in Paragraph 4.1.5.2.1 of this Agreement and shall follow Paragraph 4.1.5.2.3 of this Agreement when vendor or subcontractor cures the cause of Contractor withholding its vendors or subcontractor's funds.

COUNTY CONTRACT NUMBER 563402

**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

4.1.5.4    Overpayments. If Contractor becomes aware of a duplicate contract financing or invoice payment or that County has otherwise overpaid on a contract financing or invoice payment, Contractor shall immediately notify the COR and request instructions for disposition of the overpayment.

4.1.6    Conditions Prerequisite To Payments.  County may elect not to make a particular payment if any of the following exists:

4.1.6.1    Misrepresentation.  Contractor, with or without knowledge, made any misrepresentation of substantial and material nature with respect to any information furnished to County.

4.1.6.2    Unauthorized Actions by Contractor.  Contractor took any action pertaining to this Agreement, which required County approval, without having first received said County approval.

4.1.6.3    Default.  Contractor was in default under any terms and conditions of this Agreement.

4.1.7    Withholding Of Payment.  County may withhold payment until reports, data, audits or other information required for Agreement administration or to meet County or State reporting or auditing requirements are received and approved by COR or designee.  The County may also withhold payment if, in the County's opinion, Contractor is in non-compliance with this Agreement.

4.1.8    Availability of Funding.  The County's obligation for payment of any Agreement beyond the current fiscal year is contingent upon the availability of funding from which payment can be made.  No legal liability on the part of the County shall arise for payment beyond June 30 of the calendar year unless funds are designated by the County and are made available for such performance.

County shall, in its sole discretion, have the right to terminate or suspend Agreement or reduce compensation and service levels proportionately upon thirty (30) days' written notice to Contractor in the event that Federal, State or County funding for this Agreement ceases or is reduced prior to the ordinary expiration of the term of this Agreement.  In the event of reduction of funding for the Agreement, County and Contractor shall meet within ten (10) days of written notice to renegotiate this Agreement based upon the modified level of funding.  In this case if no agreement is reached between County and Contractor within 10 days of the first meeting, either party shall have the right to terminate this Agreement within ten (10) days written notice of termination.

In the event of termination of this Agreement in accordance with the terms of this Section, Contractor shall be entitled to retain all sums paid as of the effective date of such termination, subject to any payment offset to which County may be entitled, for damages or otherwise, under the terms of this Agreement.  In the event of termination of this Agreement pursuant to this Section, in no event shall Contractor be entitled to any loss of profits on the portion of this Agreement so terminated, or to other compensation, benefits, reimbursements or ancillary services other than as herein expressly provided.

4.1.9    Disallowance.  In the event the Contractor receives payment for services under this Agreement which is later disallowed by the County, Contractor shall promptly refund the disallowed amount to County on request, or at its option, County may offset the amount disallowed from any payment due or to become due to Contractor under any Agreement with the County.

4.1.10    Maximum Price. During the performance period of this Agreement, the maximum price for the same or similar items and/or services shall not exceed the lowest price at which Contractor then offers the items and/or services to its most favored customer.

**ARTICLE 5
AGREEMENT ADMINISTRATION**

5.1    County's Agreement Administrator.  The Director of Purchasing and Contracting is designated as the Contracting officer ("Contracting Officer") and is the only County official authorized to make any Changes to this Agreement. The County has designated the individual identified on the signature page as the Contracting Officer's Representative ("COR")

5.1.1    County's COR will chair Contractor progress meetings and will coordinate County's Agreement administrative functions.  The COR is designated to receive and approve Contractor invoices for payment, audit and inspect records, inspect Contractor services, and provide other technical guidance as required.  The COR is not authorized to change any terms and conditions of this Agreement.  Only the Contracting Officer, by issuing a properly executed amendment to this Agreement, may make changes to the scope of work or total price.

COUNTY CONTRACT NUMBER 563402
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

5.1.2    Notwithstanding any provision of this Agreement to the contrary, County's COR may make Administrative Adjustments ("AA") to the Agreement, such as line item budget changes or adjustments to the service requirements that do not change the purpose or intent of the Statement of Work, the Terms and Conditions, the Agreement Term or the total Agreement price.  Each AA shall be in writing and signed by COR and Contractor.  All inquiries about such AA will be referred directly to the COR.

5.2    Agreement Progress Meeting.  The COR and other County personnel, as appropriate, will meet periodically with the Contractor to review the Agreement performance.  At these meetings the COR will apprise the Contractor of how the County views the Contractor's performance and the Contractor will apprise the County of problems, if any, being experienced.  The Contractor shall also notify the Contracting Officer (in writing) of any work being performed, if any, that the Contractor considers being over and above the requirements of the Agreement.  Appropriate action shall be taken to resolve outstanding issues.  The minutes of these meetings will be reduced to writing and signed by the COR and the Contractor.  Should the Contractor not concur with the minutes, the Contractor shall set out in writing any area of disagreement.  Appropriate action will be taken to resolve any areas of disagreement.

## ARTICLE 6
## CHANGES

6.1    Contracting Officer.  The Contracting Officer may at any time, by a written order, make changes ("Changes"), within the general scope of this Agreement, in the definition of services to be performed, and the time (i.e.) hours of the day, days of the week, etc. and place of performance thereof.  If any such Change causes an increase or decrease in the cost of, or the time required for, the performance of any part of the work under this Agreement, whether changed or not changed by such an order, an equitable adjustment shall be made in the Agreement price or delivery schedule, or both, and the Agreement shall be modified in writing accordingly.  Such changes may require Board of Supervisors approval.

6.2    Claims.  Contractor must assert any claim for adjustment under this clause within thirty (30) days from the date of receipt by the Contractor of the notification of Change; provided, however, that the Contracting Officer, if he decides that the facts justify such action, may receive and act upon any such claim asserted at any time prior to final payment under this Agreement.  Where the cost of property made obsolete or excess as a result of a change is included in the Contractor's claim for adjustment, the Contracting Officer shall have the right to prescribe the manner of disposition of such property.  Failure to agree to any adjustment shall be a dispute concerning a question of fact within the meaning of the clause of this Agreement entitled "Disputes" (Article 15).  However, nothing in this clause shall excuse the Contractor from proceeding with this Agreement as changed.

## ARTICLE 7
## SUSPENSION, DELAY AND TERMINATION

7.1    Termination for Default.  Upon Contractor's breach of this Agreement, County shall have the right to terminate this Agreement, in whole or part.  Prior to termination for default, County will send Contractor written notice specifying the cause.  The notice will give Contractor ten (10) days from the date the notice is issued to cure the default or make progress satisfactory to County in curing the default, unless a different time is given in the notice.  If County determines that the default contributes to the curtailment of an essential service or poses an immediate threat to life, health or property, County may terminate this Agreement immediately upon issuing oral or written notice to the Contractor without any prior notice or opportunity to cure.  In the event of termination under this Article, all finished or unfinished documents, and other materials, prepared by Contractor under this Agreement shall become the sole and exclusive property of County.

In the event of such termination, the County may purchase or obtain the supplies or services elsewhere, and Contractor shall be liable for the difference between the prices set forth in the terminated order and the actual cost thereof to the County.  The prevailing market price shall be considered the fair repurchase price.  Notwithstanding the above, Contractor shall not be relieved of liability to County for damages sustained by County by virtue of any breach of this Agreement by Contractor, and County may withhold any reimbursement to Contractor for the purpose of off-setting until such time as the exact amount of damages due County from Contractor is determined.

If, after notice of termination of this Agreement under the provisions of this clause, it is determined for any reason that the Contractor was not in default under the provisions of this clause, the rights and obligations of the parties shall, if this Agreement contains a clause providing for termination for convenience of the County, be the same as if the notice of termination had been issued pursuant to such clause.

7.2    Damages for Delay.  If Contractor refuses or fails to prosecute the work, or any separable part thereof, with such diligence as shall ensure its completion within the time specified in this Agreement, or any extension thereof, or fails to complete said work within such time, County will be entitled to the resulting damages caused by the delay.  Damages will be the cost to

COUNTY CONTRACT NUMBER 563402

**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

County incurred as a result of continuing the current level and type of service over that cost that would be incurred had the Agreement segments been completed by the time frame stipulated and any other damages suffered by County.

7.3    <u>County Exemption from Liability</u>.  In the event there is a reduction of funds made available by County to Contractor under this or subsequent agreements, the County of San Diego and its Departments, officers and employees shall incur no liability to Contractor and shall be held harmless from any and all claims, demands, losses, damages, injuries, or liabilities arising directly or from such action.

7.4    <u>Full Cost Recovery Of Investigation And Audit Costs</u>.  Contractor shall reimburse County of San Diego for all direct and indirect expenditures incurred in conducting an audit/investigation when Contractor is found in violation (material breach) of the terms of the Agreement.

At the sole discretion of the County, and subject to funding source restrictions and federal and State law, County may (1) withhold reimbursement for such costs from any amounts due to Contractor pursuant to the payment terms of the Agreement, (2) withhold reimbursement for such costs from any other amounts due to Contractor from County, and/or (3) require Contractor to remit a check for the total amount due (or a lesser amount specified by the County) to County within thirty (30) days of request by County. Alternatively, at the County's sole discretion, County and Contractor may enter into a written repayment plan for the reimbursement of the audit/investigation costs.

7.5    <u>Termination for Convenience</u>.  The County may, by written notice stating the extent and effective date terminate this Agreement for convenience in whole or in part, at any time.  The County shall pay the Contractor as full compensation for work performed in accordance with the terms of this Agreement until such termination:

7.5.1    The unit or pro rata price for any delivered and accepted portion of the work.

7.5.2    A reasonable amount, as costs of termination, not otherwise recoverable from other sources by the Contractor as approved by the County, with respect to the undelivered or unaccepted portion of the order, provided compensation hereunder shall in no event exceed the total price.

7.5.3    In no event shall the County be liable for any loss of profits on the resulting order or portion thereof so terminated.

7.5.4    County's termination of this Agreement for convenience shall not preclude County from taking any action in law or equity against Contractor for:

7.5.4.1    Fraud, waste or abuse of Agreement funds, or

7.5.4.2    Improperly submitted claims, or

7.5.4.3    Any failure to perform the work in accordance with the Statement of Work, or

7.5.4.4    Any breach of any term or condition of the Agreement, or

7.5.4.5    Any actions under any warranty, express or implied, or

7.5.4.6    Any claim of professional negligence, or

7.5.4.7    Any other matter arising from or related to this Agreement, whether known, knowable or unknown before, during or after the date of termination.

7.6    <u>Suspension of Work</u>. The Contracting Officer may order the Contractor, in writing, to suspend, delay, or interrupt all or any part of the work of this Agreement for the period of time that the Contracting Officer determines appropriate for the convenience of the Government. County reserves the right to prohibit, without prior notice, contractor or contractor's employees, directors, officers, agents, subcontractors, vendors, consultants or volunteers from 1) accessing County data systems and County owned software applications, including websites, domain names, platforms, physical files, 2) treating County's patients, clients, or facility residents, or 3) providing any other services under this Agreement.

7.7    <u>Remedies Not Exclusive</u>.  The rights and remedies of County provided in this article shall not be exclusive and are in addition to any other rights and remedies provided by law, equity, or under resulting order.

**ARTICLE 8**
**COMPLIANCE WITH LAWS AND REGULATIONS**

8.1    <u>Compliance with Laws and Regulations</u>.  Contractor shall at all times perform its obligations hereunder in compliance with all applicable federal, State, County, and local laws, rules, and regulations, current and hereinafter enacted, including facility and professional licensing and/or certification laws and keep in effect any and all licenses, permits, notices and certificates

**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

as are required. Contractor shall further comply with all laws applicable to wages and hours of employment, occupational safety, and to fire safety, health and sanitation.

8.2 <u>Contractor Permits and License</u>. Contractor certifies that it possesses and shall continue to maintain or shall cause to be obtained and maintained, at no cost to the County, all approvals, permissions, permits, licenses, and other forms of documentation required for it and its employees to comply with all existing foreign or domestic statutes, ordinances, and regulations, or other laws, that may be applicable to performance of services hereunder. The County reserves the right to reasonably request and review all such applications, permits, and licenses prior to the commencement of any services hereunder.

8.3 <u>Equal Opportunity</u>. Contractor shall comply with the provisions of Title VII of the Civil Rights Act of 1964 in that it will not discriminate against any individual with respect to his or her compensation, terms, conditions, or privileges of employment nor shall Contractor discriminate in any way that would deprive or intend to deprive any individual of employment opportunities or otherwise adversely affect his or her status as an employee because of such individual's race, color, religion, sex, national origin, age, handicap, medical condition, sexual orientation or marital status.

8.4 <u>Affirmative Action</u>. Each Contractor of services and supplies employing fifteen (15) or more full-time permanent employees, shall comply with the Affirmative Action Program for Vendors as set forth in Article IIIk (commencing at Section 84) of the San Diego County Administrative Code, which program is incorporated herein by reference. A copy of this Affirmative Action Program will be furnished upon request by COR or from the County of San Diego Internet web-site (www.co.san-diego.ca.us).

8.5 <u>Non Discrimination</u>. Contractor shall ensure that services and facilities are provided without regard to ethnic group identification, race, color, nation origin, creed, religion, age, sex, physical or mental disability, political affiliation or marital status in accordance with applicable laws, including, but not limited to, Title VI of the Civil Rights Act of 1964 (42 U.S.C 200-d), Section 162 (a) of the Federal-Aid Highway Act of 1973 (23 U.S.C 324), Section 504 of the Rehabilitation Act of 1973, The Civil Rights Restoration Act of 1987 (P.L. 100-209), Executive Order 12898 (February 11, 1994), Executive Order 13166 (August 16, 2000), Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000-d), the Age Discrimination of 1975 (42 U.S.C. 6101), Article 9.5, Chapter 1, Part 1, Division 2, Title 2 (Section 11135, et seq) of the California Government Code, Title 9, Chapter 4, Subchapter 6 (Section 10800, et seq) of the CCR and California Dept of Social Services Manual of Policies and Procedures (CDSS MPP) Division 21.

8.6 <u>AIDS Discrimination</u>. Contractor shall not deny any person the full and equal enjoyment of, or impose less advantageous terms, or restrict the availability of, the use of any County facility or participation in any County funded or supported service or program on the grounds that such person has Human Immunodeficiency Virus (HIV) or Acquired Immune Deficiency Syndrome (AIDS) as those terms are defined in Title 3, Division 2, Chapter 8, Section 32.803, of the San Diego County Code of Regulatory Ordinances.

8.7 <u>American with Disabilities Act (ADA) 1990</u>. Contractor shall not discriminate against qualified people with disabilities in employment, public services, transportation, public accommodations and telecommunications services in compliance with the Americans with Disabilities Act (ADA) and California Administrative Code Title 24.

8.8 <u>Political Activities Prohibited</u>. None of the funds, provided directly or indirectly, under this Agreement shall be used for any political activities or to further the election or defeat of any candidate for public office. Contractor shall not utilize or allow its name to be utilized in any endorsement of any candidate for elected office. Neither this Agreement nor any funds provided hereunder shall be utilized in support of any partisan political activities, or activities for or against the election of a candidate for an elected office.

8.9 <u>Lobbying</u>. Contractor agrees to comply with the lobbying ordinances of the County and to assure that its officers and employees comply before any appearance before the County Board of Supervisors. Except as required by this Agreement, none of the funds provided under this Agreement shall be used for publicity or propaganda purposes designed to support or defeat any legislation pending before State and federal Legislatures, the Board of Supervisors of the County, or before any other local governmental entity. This provision shall not preclude Contractor from seeking necessary permits, licenses and the like necessary for it to comply with the terms of this Agreement.

8.10 <u>Religious Activity Prohibited</u>. There shall be no religious worship, instructions or proselytization as part of or in connection with the performance of this Agreement.

8.11 <u>Drug and Alcohol-Free Workplace</u>. The County of San Diego, in recognition of individual rights to work in a safe, healthful and productive work place, has adopted a requirement for a drug and alcohol free work place, County of San Diego Drug

COUNTY CONTRACT NUMBER 563402
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

and Alcohol Use Policy C-25, available on the County of San Diego website. This policy provides that all County-employed Contractors and Contractor employees shall assist in meeting this requirement.

8.11.1   As a material condition of this Agreement, the Contractor agrees that the Contractor and the Contractor employees, while performing service for the County, on County property, or while using County equipment:

8.11.1.1   Shall not be in any way impaired because of being under the influence of alcohol or a drug.

8.11.1.2   Shall not possess an open container of alcohol or consume alcohol or possess or be under the influence of an illegal drug.

8.11.1.3   Shall not sell, offer, or provide alcohol or an illegal drug to another person; provided, however, that the foregoing restriction shall not be applicable to a Contractor or Contractor employee who as part of the performance of normal job duties and responsibilities prescribes or administers medically prescribed drugs.

8.11.2   Contractor shall inform all employees who are performing service for the County on County property or using County equipment of the County objective of a safe, healthful and productive work place and the prohibition of drug or alcohol use or impairment from same while performing such service for the County.

8.11.3   The County may terminate for default or breach this Agreement, and any other agreement the Contractor has with the County, if the Contractor, or Contractor employees are determined by the Contracting Officer not to be in compliance with the conditions listed herein.

8.12   Board of Supervisors' Policies. Contractor represents that it is familiar, and shall use its best efforts to comply, with the following policies of the Board of Supervisors, available on the County of San Diego website:

8.12.1   Board Policy B-67, which encourages the County's Contractors to offer products made with recycled materials, reusable products, and products designed to be recycled to the County in response to the County's requirements; and

8.12.2   Board Policies B-53 and B-39a, which encourage the participation of small and disabled veterans' business enterprises in County procurements; and

8.12.3   Zero Tolerance for Fraudulent Conduct in County Services. Contractor shall comply with County of San Diego Board of Supervisors Policy A-120 "Zero Tolerance for Fraudulent Conduct in County Services." There shall be "Zero Tolerance" for fraud committed by contractors in the administration of County programs and the provision of County services. Upon proven instances of fraud committed by independent contractors in connection with their performance under the Agreement, said contractor shall be subject to corrective action up to and including termination of the Agreement; and

8.12.4   Interlocking Directorate. In recognition of Board Policy A-79, available on the County of San Diego Website, not-for-profit Contractors shall not subcontract with related for-profit subcontractors for which an interlocking relationship exist unless specifically authorized in writing by the Board of Supervisors; and

8.12.5   Zero Tolerance in Coaching Medi-Cal or Welfare Clients (Including Undocumented Immigrants). The County of San Diego in recognition of its unique geographical location and the utilization of the Welfare and Medi-Cal systems by foreign nationals who are not legal residents of this county or country, has adopted a Zero Tolerance policy and shall aggressively prosecute employees and Contractors who coach Medi-Cal or Welfare clients (including un-documented immigrants), to obtain services for which they are not otherwise entitled.

As a material condition of this Agreement, Contractor agrees that the Contractor and Contractor's employees, while performing service for the County, on County property or while using County equipment shall not:

(a)   in any way coach, instruct, advise, or guide any Medi-Cal or Welfare clients or prospective clients who are undocumented immigrants on ways to obtain or qualify for Medi-Cal assistance, for which they are not otherwise entitled.

(b)   support or provide funds to any organization engaged directly or indirectly in advising undocumented immigrants on ways to obtain or qualify for Medi-Cal assistance, for which they are not otherwise entitled.

Contractor shall inform all employees that are performing service for the County on County property or using County equipment of County's Zero Tolerance Policy as referenced herein.

County may terminate for default or breach this Agreement and any other agreement Contractor has with County, if Contractor or Contractor employees are determined not to be in compliance with the conditions stated herein.

COUNTY CONTRACT NUMBER 563402

**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

8.13    <u>Cartwright Act</u>.  Following receipt of final payment under the Agreement, Contractor assigns to the County all rights, title and interest in and to all causes of action it may have under Section 4 of the Clayton Act (15 U.S.C. Sec. 15) or under the Cartwright act (Chapter 2) (commencing with Section 16700) of Part 2 of Division 7 of the Business and Professions Code), arising from purchases of goods, materials, or services by the Contractor for sale to the County under this Agreement.

8.14    <u>Hazardous Materials</u>.  Contractor shall comply with all Environmental Laws and all other laws, rules, regulations, and requirements regarding Hazardous Materials, health and safety, notices, and training.  Contractor agrees that it will not store any Hazardous Materials at any County facility for periods in excess of ninety (90) days or in violation of the applicable site storage limitations imposed by Environmental Law.  Contractor agrees to take, at its expense, all actions necessary to protect third parties, including, without limitation, employees and agents of the County, from any exposure to Hazardous Materials generated or utilized in its performance under this Agreement.  Contractor agrees to report to the appropriate governmental agencies all discharges, releases, and spills of Hazardous Materials that are required to be reported by any Environmental Law and to immediately notify the County of it.  Contractor shall not be liable to the County for the County's failure to comply with, or violation of, any Environmental Law.  As used in this section, the term "Environmental Laws" means any and all federal, state or local laws or ordinances, rules, decrees, orders, regulations or court decisions (including the so-called "common law"), including, but not limited to, the Resource Conservation and Recovery Act, relating to hazardous substances, hazardous materials, hazardous waste, toxic substances, environmental conditions or other similar substances or conditions.  As used in this section the term "Hazardous Materials" means any chemical, compound, material, substance or other matter that: (a) is a flammable, explosive, asbestos, radioactive nuclear medicine, vaccine, bacteria, virus, hazardous waste, toxic, overtly injurious or potentially injurious material, whether injurious or potentially injurious by itself or in combination with other materials; (b) is controlled, referred to, designated in or governed by any Environmental Laws; (c) gives rise to any reporting, notice or publication requirements under any Environmental Laws, or (d) is any other material or substance giving rise to any liability, responsibility or duty upon the County or Lessee with respect to any third person under any Environmental Laws.

8.15    <u>Clean Air Act and Federal Water Pollution Control Act</u>.

   8.15.1    Contractor agrees to comply with all applicable standards, orders or regulations issued pursuant to the Clean Air Act, as amended, 42 U.S.C. §§ 7401 et seq. Contractor agrees to report each violation to the USDA and the appropriate EPA Regional Office.

   8.15.2    Contractor agrees to comply with all applicable standards, orders or regulations issued pursuant to the Federal Water Pollution Control Act as amended (33 U.S.C. §§ 1251 et seq.). Contractor agrees to report each violation to the USDA and the appropriate EPA Regional Office.

8.16    <u>Debarment, Exclusion, Suspension, and Ineligibility</u>.

   8.16.1    Contractor certifies that, except as disclosed to County and acknowledged in writing by County prior to the execution of this Agreement, Contractor, its employees, directors, officers, agents, subcontractors, vendors, consultants, and volunteers:

      8.16.1.1    Are not presently debarred, excluded, suspended, declared ineligible, voluntarily excluded, or proposed for debarment, exclusion, suspension or ineligibility by any federal, state, or local department or agency; and

      8.16.1.2    Have not within a 3-year period preceding this Agreement been convicted of, or had a civil or administrative judgment rendered against them for, the commission of fraud or a criminal offense or civil action in connection with obtaining, attempting to obtain, or performing a public (federal, State, or local) transaction; violation of federal or State anti-trust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, receiving stolen property; physical, financial or sexual abuse or misconduct with a patient or client, or medical negligence or malpractice;

      8.16.1.3    Are not presently indicted or otherwise criminally, civilly or administratively charged by a government entity (federal, State, or local) with commission of any of the offenses enumerated in the paragraph above; and

      8.16.1.4    Have not within a 3-year period preceding this Agreement had one or more public transaction (federal, State, or local) terminated for cause or default.

   8.16.2    Contractor shall have an ongoing duty during the term of this Agreement to disclose to the County any occurrence that would prevent Contractor from making the certifications contained in this Section 8.16 on an ongoing basis.

COUNTY CONTRACT NUMBER 563402
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

Such disclosure shall be made in writing to the COR and the County Office of Ethics and Compliance within five (5) business days of when Contractor discovers or reasonably believes there is a likelihood of such occurrence.

8.16.3  Contractor invoices  shall include the following language:

I further certify, under penalty of perjury under the laws of the State of California, that no employee or entity providing services under the terms and conditions of this Agreement is currently listed as debarred, excluded, suspended, or ineligible on the Federal System for Award Management (SAM: http://SAM.gov), the Federal Health and Human Services Office of Inspector General List of Excluded Individuals/Entities (LEIE: http://exclusions.oig.hhs.gov), or the State of California Medi-Cal Suspended and Ineligible list (www.medi-cal.ca.gov).

8.17  Display of Fraud Hotline Poster(s).  As a material term and condition of this Agreement, Contractor shall:

8.17.1  Prominently display in common work areas within all business segments performing work under this Agreement County of San Diego Office of Ethics and Compliance Ethics Hotline posters;

8.17.2  Posters may be downloaded from the County Office of Ethics and Compliance website at: http://www.sandiegocounty.gov/content/sdc/cao/oec.html. Additionally, if Contractor maintains a company website as a method of providing information to employees, the Contractor shall display an electronic version of the poster(s) at the website;

8.17.3  If Contractor has implemented a business ethics and conduct awareness program, including a reporting mechanism, the Contractor need not display the County poster;

8.17.4  In the event Contractor subcontracts any of the work performed under this Agreement, Contractor include this clause in the subcontract(s) and shall take appropriate steps to ensure compliance by the subcontractor(s).

8.18  False Claims Act Training. Contractor shall, not less than annually, provide training on the Federal False Claims Act (31 USC 3729-3730) and State False Claims Act (California Government Code 12650-12653) to all employees, directors, officers, agents, subcontractors, consultants or volunteers providing services under this Agreement. Contractor shall maintain verification of this training.  Contractor shall retain these forms, or an electronic version, in accordance with the Agreement requirement for retention of records.  For the purposes of this section, "Subcontractor" shall include any entity, other than County, that furnishes to Contractor services or supplies relevant to this Agreement other than standard commercial supplies, office space, and printing services.

8.19  Code of Ethics. As a material term and condition of this Agreement, Contractor shall develop and implement a Code of Ethics or similar document and maintain it during the term of this Agreement.  Additionally, Contractor shall train all employees and volunteers on the Code of Ethics, and all employees, volunteers, directors, officers, and agents shall certify that they have received training and have been provided an opportunity to ask questions of their employer regarding the Code of Ethics.  Contractor shall retain these certifications in accordance with the Agreement's provision regarding retention of records.  Contractor shall pass this requirement down to its subcontractors in its entirety.  For purposes of this section, "Subcontractor" shall mean any entity, other than County, that furnishes to Contractor services or supplies relevant to this Agreement other than standard commercial supplies, office space, and printing services.

8.20  Compliance Program. Contractors with an agreement that exceeds more than $250,000 in value annually shall establish, and maintain for the duration of this Agreement, a compliance program that meets the standards of Federal Sentencing Guidelines section 8B2.1 and 42 CFR 438.608 (b)(1) – (b) (7) regardless of funding source or services.

8.21  Investigations. Unless prohibited by an investigating government authority, Contractor shall cooperate and participate fully in any investigation initiated by County relative to this Agreement.  Upon County's request, Contractor shall promptly provide to County any and all documents, including any and all communications or information stored digitally, and make available for interviews any employee(s) of Contractor identified by County.  Contractor further agrees to immediately notify County if any employee, director, officer, agent, subcontractor, vendor, consultant or volunteer of Contractor comes under investigation by any federal, State or local government entity with law enforcement or oversight authority over the Agreement or its funding for conduct arising out of, or related to, performance under this Agreement.

Contractor shall promptly make available to County all internal investigative results, findings, conclusions, recommendations and corrective action plans pertaining to the investigation in its possession as requested by the County, unless otherwise protected by applicable law or privilege.

COUNTY CONTRACT NUMBER 563402
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

### ARTICLE 9
### CONFLICTS OF INTEREST; CONTRACTOR'S CONDUCT

9.1    <u>Conflicts of Interest</u>.  Contractor presently has no interest, including but not limited to other projects or independent agreements, and shall not acquire any such interest, direct or indirect, which would conflict in any manner or degree with the performance of services required to be performed under this Agreement.  The Contractor shall not employ any person having any such interest in the performance of this Agreement.  Contractor shall not hire County's employees to perform any portion of the work or services provided for herein including secretarial, clerical and similar incidental services except upon the written approval of County.  Without such written approval, performance of services under this Agreement by associates or employees of County shall not relieve Contractor from any responsibility under this Agreement.

   9.1.1    <u>California Political Reform Act and Government Code Section 1090 Et Seq</u>.  Contractor acknowledges that the California Political Reform Act ("Act"), Government Code section 81000 et seq., provides that Contractors hired by a public agency, such as County, may be deemed to be a "public official" subject to the Act if the Contractor advises the agency on decisions or actions to be taken by the agency.  The Act requires such public officials to disqualify themselves from participating in any way in such decisions if they have any one of several specified "conflicts of interest" relating to the decision.  To the extent the Act applies to Contractor, Contractor shall abide by the Act.  In addition, Contractor acknowledges and shall abide by the conflict of interest restrictions imposed on public officials by Government Code section 1090 et seq.

9.2    <u>Conduct of Contractor</u>.

   9.2.1    Contractor shall inform the County of all Contractor's interests, if any, that are, or that Contractor believes to be, incompatible with any interests of the County.

   9.2.2    Contractor shall not, under circumstances that might reasonably be interpreted as an attempt to influence the recipient in the conduct of his duties, accept any gratuity or special favor from individuals or organizations with whom the Contractor is doing business or proposing to do business, in accomplishing the work under this Agreement.

   9.2.3    Contractor shall not use for personal gain or make other improper use of confidential information, which is acquired in connection with his employment.  In this connection, the term "confidential information" includes, but is not limited to, unpublished information relating to technological and scientific development; medical, personnel, or security records of the individuals; anticipated materials requirements or pricing actions; and knowledge of selections of Contractors or subcontractors in advance of official announcement.

   9.2.4    Contractor, its employees, directors, officers, agents, subcontractors, vendors, consultants, and volunteers shall not offer, directly or indirectly, any unlawful gift, gratuity, favor, entertainment, or other item(s) of monetary value to an employee or official of the County.

   9.2.5    <u>Referrals</u>.  Contractor further covenants that no referrals of clients through Contractor's intake or referral process shall be made to the private practice of any person(s) employed by the Contractor.

9.3    <u>Prohibited Agreements</u>.  As required by Section 67 of the San Diego County Administrative Code, Contractor certifies that it is not in violation of the provisions of Section 67, and that Contractor is not, and will not subcontract with, any of the following:

   9.3.1.    Persons employed by County or of public agencies for which the Board of Supervisors is the governing body;

   9.3.2.    Profit-making firms or businesses in which employees described in sub-section 9.3.1, above, serve as officers, principals, partners, or major shareholders;

   9.3.3.    Persons who, within the immediately preceding twelve (12) months came within the provisions of the above sub-sections and who (1) were employed in positions of substantial responsibility in the area of service to be performed by the Agreement, or (2) participated in any way in developing the Agreement or its service specifications; and

   9.3.4.    Profit-making firms or businesses, in which the former employees described in sub-section 9.3.3 above, serve as officers, principals, partners, or major shareholders.

9.4    <u>Limitation of Future Agreements or Grants</u>.  It is agreed by the parties to the Agreement that Contractor shall be restricted in its future contracting with the County to the manner described below.  Except as specifically provided in this clause, Contractor shall be free to compete for business on an equal basis with other companies.

COUNTY CONTRACT NUMBER 563402
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

9.4.1    If Contractor, under the terms of the Agreement, or through the performance of tasks pursuant to this Agreement, is required to develop specifications or statements of work and such specifications or statements of work are to be incorporated into a solicitation, Contractor shall be ineligible to perform the work described within that solicitation as a prime or subcontractor under an ensuing County agreement.  It is further agreed, however, that County will not, as additional work, unilaterally require Contractor to prepare such specifications or statements of work under this Agreement.

9.4.2    Contractor may not apply for nor accept additional payments for the same services contained in the Statement of Work.

**ARTICLE 10**
**INDEMNITY AND INSURANCE**

10.1 Indemnity. County shall not be liable for, and Contractor shall defend and indemnify County and the employees and agents of County (collectively "County Parties"), against any and all claims, demands, liability, judgments, awards, fines, mechanics' liens or other liens, labor disputes, losses, damages, expenses, charges or costs of any kind or character, including attorneys' fees and court costs (hereinafter collectively referred to as "Claims"), related to this Agreement or the work covered by this Agreement and arising either directly or indirectly from any act, error, omission or negligence of Contractor or its Contractors, licensees, agents, servants or employees, including, without limitation, Claims caused by the sole passive negligent act or the concurrent negligent act, error or omission, whether active or passive, of County Parties.  Contractor shall have no obligation, however, to defend or indemnify County Parties from a Claim if it is determined by a court of competent jurisdiction that such Claim was caused by the sole negligence or willful misconduct of County Parties.

10.2    Insurance.  Prior to execution of this Agreement, Contractor must obtain at its own cost and expense, and keep in force and effect during the term of this Agreement, including all extensions, the insurance specified in Exhibit "B," "Insurance Requirements," attached hereto.

**ARTICLE 11**
**AUDIT AND INSPECTION OF RECORDS**

The County shall have the audit and inspection rights described in this section.

11.1    Audit and Inspection.  Contractor agrees to maintain and/or make available within San Diego County accurate books and accounting records relative to all its activities under this Agreement.  Authorized federal, State or County representatives shall have the right to monitor, assess, or evaluate Contractor's performance pursuant to this Agreement, said monitoring, assessments, or evaluations to include but not limited to audits, inspection of premises, reports, and interviews of project staff and participants. Contractor assertions of confidentiality shall not be a bar to full access to the records.

At any time during normal business hours and as often as County may deem necessary, Contractor shall make available to County, State or federal officials for examination all of its records with respect to all matters covered by this Agreement and will permit County, State or federal officials to audit, examine and make excerpts or transcripts from such records, and to make audits of all invoices, materials, payrolls, records of personnel, information regarding clients receiving services, and other data relating to all matters covered by this Agreement.  If an audit is conducted, it will be done in accordance with generally accepted government auditing standards as described in "Government Auditing Standards," published for the United States General Accountability Office or the institute of Internal Auditors International Standards for the Professional Practice of Internal Auditing.

If any services performed hereunder are not in conformity with the specifications and requirements of this Agreement, County shall have the right to require the Contractor to perform the services in conformity with said specifications and requirements at no additional increase in total Agreement amount.  When the services to be performed are of such nature that the difference cannot be corrected, County shall have the right to (1) require Contractor immediately to take all necessary steps to ensure future performance of the services in conformity with requirements of the Agreement, and (2) reduce the Agreement price to reflect the reduced value of the services performed.  In the event Contractor fails to perform the services promptly or to take necessary steps to ensure future performance of the service in conformity with the specifications and requirements of the Agreement, County shall have the right to either (1) by agreement or to otherwise have the services performed in conformity with the Agreement specifications and charge to Contractor any cost occasioned to County that is directly related to the performance of such services, or (2) terminate this Agreement for default as provided in the Termination clause.

11.2    External Audits. Contractors will provide the following to the COR:

COUNTY CONTRACT NUMBER 563402
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

11.2.1    Contractor shall provide COR a copy of all notifications of audits or pending audits by federal or State representatives regarding contracted services identified in this Agreement no later than three (3) business days of Contractor receiving notice of the audit.

11.2.2    Contractor shall provide COR with a copy of the draft and final State or federal audit reports within twenty four (24) hours of receiving them (Health and Human Services Agency (HHSA) Contractors shall also provide electronic copies to Agency Contract Support (ACS) at ACS.HHSA@sdcounty.ca.gov).

11.2.3    Contractor shall provide COR a copy of the contractor's response to the draft and final State or federal audit reports at the same time as response provided to the State or federal representatives.

11.2.4    Unless prohibited by the government agency conducting the audit, Contractor shall provide COR a copy of all responses made by the federal or State audit representative to the contractors' audit response no later than three (3) business days of receiving it. This will continue until the federal or State auditors have accepted and closed the audit.

11.3    Cost or Pricing Data.  If the Contractor submitted cost or pricing data in connection with the pricing of this Agreement or any change or modification thereto, unless such pricing was based on adequate price competition, established catalog or market prices of commercial items sold in substantial quantities of the general public, or prices set by law or regulation, the Contracting Officer or his representatives who are employees of the County or its agent shall have the right to examine all books, records, documents and other data of the Contractor related to the negotiation pricing or performance of such Agreement, change or modification, for the purpose of evaluating the accuracy, completeness and currency of the cost or pricing data submitted.

11.4    Availability.  The materials described above shall be made available at the office of the Contractor, at all reasonable times, for inspection, audit or reproduction, until the expiration of three (3) years from the date of final payment under this Agreement, or by section 11.4.1 and 11.4.2, below:

11.4.1    If this Agreement is completely or partially terminated, the records relating to the work terminated shall be made available for a period of three (3) years from the date of any resulting final settlement.

11.4.2    Record that relate to appeals under the "Disputes" clause of this Agreement, or litigation or the settlement of claims arising out of the performance of this Agreement, shall be made available until such appeals, litigation, or claims have been disposed of, or three years after Agreement completion, whichever is longer.  County shall keep the materials described above confidential unless otherwise required by law.

11.5    Subcontract.  The Contractor shall insert a clause containing all the provisions of this Article 11 in all subcontracts hereunder except altered as necessary for proper identification of the contracting parties and the contracting officer.

**ARTICLE 12**
**INSPECTION OF SERVICE**

12.1    Subject to Inspection.  All performance (including services, materials, supplies and equipment furnished or utilized in the performance of this Agreement, and workmanship in the performance of services) shall be subject to inspection and test by the County at all times during the term of this Agreement.  Contractor shall cooperate with any inspector assigned by the County to permit the inspector to determine whether Contractor's performance conforms to the requirements of this Agreement.  County shall perform such inspection in a manner as not to unduly interfere with Contractor's performance.

12.2    Specification and Requirements.  If any services performed by Contractor do not conform to the specifications and requirements of this Agreement, County may require Contractor to re-perform the services until they conform to said specifications and requirements, at no additional cost, and County may withhold payment for such services until Contractor correctly performs them.  When the services to be performed are of such a nature that Contractor's cannot correct its performance, the County shall have the right to (1) require the Contractor to immediately take all necessary steps to ensure future performance of services conforms to the requirements of this Agreement, and (2) reduce the Agreement price to reflect the reduced value of the services received by County.  In the event Contractor fails to promptly re-perform the services or to take necessary steps to ensure that future performance of the service conforms to the specifications and requirements of this Agreement, the County shall have the right to either (1) without terminating this Agreement, have the services performed, by agreement or otherwise, in conformance with the specifications of this Agreement, and charge Contractor, and/or withhold from payments due to Contractor, any costs incurred by County that are directly related to the performance of such services, or (2) terminate this Agreement  for default.

COUNTY CONTRACT NUMBER 563402
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

**ARTICLE 13**
**USE OF DOCUMENTS AND REPORTS**

13.1 <u>Findings Confidential</u>. Any reports, information, data, etc., given to or prepared or assembled by Contractor under this Agreement that the County requests to be kept as confidential shall not be made available to any individual or organization by the Contractor without the prior written approval of the County.

13.2 <u>Ownership, Publication, Reproduction and Use of Material</u>. All reports, studies, information, data, statistics, forms, designs, plans, procedures, systems, and any other material or properties produced under this Agreement shall be the sole and exclusive property of County. No such materials or properties produced in whole or in part under this Agreement shall be subject to private use, copyright or patent right by Contractor in the United States or in any other country without the express written consent of County. County shall have unrestricted authority to publish, disclose, distribute and otherwise use, copyright or patent, in whole or in part, any such reports, studies, data, statistics, forms or other materials or properties produced under this Agreement.

13.3 <u>Confidentiality</u>. Contractor agrees to maintain the confidentiality of and take industry appropriate and legally required measures to prevent the unlawful disclosure of any information that is legally required to be kept confidential. Except as otherwise allowed by local, State or federal law or regulation and pursuant to this Section 13.3, Contractor agrees to only disclose confidential records where the holder of the privilege, whether the County, or a third party, provides written permission authorizing the disclosure.

13.4 <u>Public Records Act</u>. The California Public Records Act ("CPRA") requires County to disclose "public records" in its actual or constructive possession unless a statutory exemption applies. This generally includes contracts and related documents. If County receives a CPRA request for records relating to the Agreement, County may, at its sole discretion, either determine its response to the request without notifying Contractor or notify Contractor of the request. If County determines its response to the request without notifying Contractor, Contractor shall hold County harmless for such determination. If County notifies Contractor of the request, Contractor may request that County withhold or redact records responsive to the request by submitting to County a written request within five (5) business days after receipt of the County's notice. Contractor's request must identify specific records to be withheld or redacted and applicable exemptions. Upon timely receipt of Contractor's request, County will review the request and at its sole discretion withhold and/or redact the records identified by Contractor. Contractor shall hold County harmless for County's decision whether to withhold and/or redact pursuant to Contractor's written request. Contractor further agrees that its defense and indemnification obligations set forth in Section 10.1 of this Agreement extend to any Claim (as defined in Section 10.1) against the County Parties (as defined in Section 10.1) arising out of County's withholding and/or redacting of records pursuant to Contractor's request. Nothing in this section shall preclude Contractor from bringing a "reverse CPRA action" to prevent disclosure of records. Nothing in this section shall prevent the County or its agents or any other governmental entity from accessing any records for the purpose of audits or program reviews if that access is legally permissible under the applicable local, State or federal laws or regulations. Similarly, County or its agent or designee may take possession of the record(s) where legally authorized to do so.

13.5 <u>Maintenance of Records</u>. Contractor shall maintain all records relating to its performance under this Agreement, including all records of costs charged to this Agreement, and shall make them available within San Diego County for a minimum of five (5) years from the ending date of this Agreement, or longer where required by funding source or while under dispute under the terms of this Agreement, unless County agrees in writing to an earlier disposition. Contractor shall provide any requested records to County within two (2) business days of request.

13.6 <u>Custody of Records</u>. County, at its option, may take custody of Contractor's client records upon Agreement, termination, expiration, or at such other time as County may deem necessary. County agrees that such custody will conform to applicable confidentiality provisions of State and federal law. Said records shall be kept by County in an accessible location within San Diego County and shall be available to Contractor for examination and inspection.

13.7 <u>Audit Requirement</u>

(a) Contractor shall annually engage a Licensed Certified Public Accountant licensed to perform audits and attests in the State of California to conduct an annual audit of its operations. Contractors that expend $750,000 or more of federal grant funds per year shall also have an audit conducted in compliance with Government Auditing Standards, which includes Single Audit Act Amendments and the Compliance Supplement (2 CFR part 200 App. XI). Contractors that are commercial organizations (for-profit) are required to have a non-federal audit if, during its fiscal year, it expended a total of $750,000 or more under one or more HHS awards. 45 CFR part 74.26(d) incorporates the threshold and deadlines of the Compliance Supplement but provides for-profit organizations two options regarding the type of audit that will satisfy the audit requirements. Contractor shall include a clause in any agreement entered into with an audit firm, or notify the audit firm in

COUNTY CONTRACT NUMBER 563402

**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

writing prior to the audit firm commencing its work for Contractor, that the audit firm shall, pursuant to 31 U.S.C. 7503, and to the extent otherwise required by law, provide access by the federal government or other legally required entity to the independent auditor's working papers that were part of the independent auditor's audit of Contractor. Contractor shall submit two (2) copies of the annual audit report, the audit performed in accordance with the Compliance Supplement, and the management letter to the County fifteen (15) days after receipt from the independent Certified Public Accountant but no later than nine (9) months after the Contractor's fiscal year end.

(b) Contractor shall immediately notify County upon learning that Contractor's independent Certified Public Accountant may or will issue a disclaimer of opinion due to substantial doubt of Contractor's ability to continue as a going concern.

13.8    <u>Reports</u>.  Contractor shall submit reports required in Exhibit A and additional reports as may be requested by the COR and agreed to by the Contractor.  Format for the content of such reports may be developed by County.  The timely submission of these reports is a necessary and material term and condition of this Agreement and Contractor agrees that failure to meet specified deadlines will be sufficient cause to withhold payment.  Contractor shall submit to County within thirty (30) days of the termination of this Agreement a report detailing all work done pursuant to this Agreement by Contractor.

13.9    <u>Evaluation Studies</u>.  Contractor shall participate as requested by the County in research and/or evaluative studies designed to show the effectiveness and/or efficiency of Contractor services or to provide information about Contractor's project.


**ARTICLE 14**
**INFORMATION PRIVACY AND SECURITY PROVISIONS**

14.1    <u>Recitals</u>.  This Article is intended to protect the privacy and security of County information that Contractor may create, receive, access, store, transmit, and/or destroy under this Agreement. In addition to the below Responsibilities, contractor shall be in compliance with the following rules, regulations, and agreements, ***as applicable***:

14.1.1    Health Insurance Portability and Accountability Act, specifically, Public Law 104-191, the Health Information Technology for Economic and Clinical Health Act, Public Law 111-005, 42USC section 17921 et seq., and 45CFR Parts 160 and 164, collectively referred to as "HIPAA;"

14.1.2    County agreements with the State of California, collectively referred to as "State Agreements" and posted on the County's website at: www.cosdcompliance.org  including:

14.1.2.1    The Medi-Cal Privacy and Security Agreement Between the California Department of Health Care Services (DHCS) and the County;

14.1.2.2    The Medi-Cal Behavioral Health Services Performance Agreement between DHCS and the County;

14.1.2.3    The San Diego County Alcohol and Drug Program Administrator Agreement between DHCS and the County

14.1.2.4    The Refugee Health Agreement between the California Department of Public Health (CDPH) and the County;

14.1.2.5    The HIV/AIDS Case Reporting System Data Use Agreement between CDPH and the County;

14.1.2.6    The Childhood Lead Poisoning Prevention Program between CDPH and the County;

14.1.2.7    The Standard Agreement between the County and the California Department of Aging; and

14.1.2.8    The Agreement for Whole Person Care Pilot Program for San Diego County with DHCS.

14.1.3    Title 42 Code of Federal Regulations, Chapter 1, Subchapter A, Part 2.

14.1.4    California Civil Code 1798;

14.1.5    California Senate Bill 1386.


14.2    <u>Definitions</u>.  Terms used, but not otherwise defined, in this Article shall have the same meaning as defined by HIPAA.

14.2.1    "Breach" of Protected Health Information (PHI) shall have the same meaning given to the term "breach" under HIPAA and "breach" of Personal Information (PI)/Personally Identifiable Information (PII) shall have the same meaning as given to it under the State Agreements.

14.2.2    "Business Associate," when applicable, shall mean the Contractor.

14.2.3    "County PHI" shall have the same meaning as PHI under HIPAA, specific to PHI under this Agreement.

14.2.4    "County PI/PII" shall have the same meaning as PI/PII under the State Agreements, specific to PI/PII under this Agreement.

COUNTY CONTRACT NUMBER 563402
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND
SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION
FACILITIES**

14.2.5  "Covered Entity," when applicable, shall mean the County.

14.2.6  "Security incident" shall have the same meaning as defined by the State Agreements.

14.3  <u>Responsibilities of Contractor</u>.

14.3.1  <u>Use and Disclosure of County PHI/PI/PII</u>. Contractor shall use the minimum County PHI/PI/PII required to accomplish the requirements of this Agreement or as required by Law. Contractor may not use or disclose County PHI/PI/PII in a manner that would violate HIPAA or the State Agreements if done by the County.

14.3.2  <u>Safeguards</u>. Contractor shall develop and maintain a HIPAA-compliant information privacy and security program to prevent use or disclosure of County PHI/PI/PII, other than as required by this Agreement.

14.3.3  <u>Mitigation</u>. Contractor shall mitigate, to the extent practicable, any harmful effects caused by violation of the requirements of this Article, as directed by the County.

14.3.4  <u>Subcontractors</u>. Contractor shall ensure that any agent, including a subcontractor, to whom it provides County PHI/PI/PII, imposes the same conditions on such agents that apply to Contractor under this Article.

14.3.5  <u>Cooperation with County</u>.

14.3.5.1  Contractor shall provide access to County PHI/PI/PII, as well as internal practices and records related to County PHI/PI/PII, at the written request of County within ten (10) calendar days.

14.3.5.2  Contractor will assist County regarding individual's access, copy, amendment, accounting of disclosure, and other such requests for County PHI/PI/PII in the time and manner designated by County.

14.3.6  <u>Breach Reporting</u>. Contractor shall report breaches and suspected security incidents to County, to include:

14.3.6.1  <u>Initial Report</u>.

14.3.6.1.1  Contractor shall email County Contracting Officer's Representative (COR) and County Chief Compliance and Privacy Officer (CCPO) immediately upon the discovery of a suspected security incident that involves data provided to County by the Social Security Administration, as per the State Agreements.

14.3.6.1.2  Contractor shall email COR and CCPO  immediately of breaches and suspected privacy incidents involving 500 or more individuals.

14.3.6.2  <u>Investigation Report</u>. Contractor shall immediately investigate such suspected security incident or breach and provide the County a complete report of the investigation within seven (7) working days.

14.3.6.3  <u>Notification</u>. Contractor will comply with County's request to notify individuals and/or media and shall pay any costs of such notifications, as well as any costs associated with the breach. County shall approve the time, manner and content of any such notifications before notifications are made.

14.3.7  <u>Designation of Individuals</u>. Contractor shall designate a Privacy Official and a Security Official to oversee its privacy and security requirements herein.

14.3.8  <u>Data Security</u>. Contractor shall comply with, as applicable, data privacy and security requirements specified by HIPAA and the State Agreements, which may include, but are not limited to:

14.3.8.1  Workforce members, including employees, interns, volunteers, subcontractors, etc., with access to applicable County PHI/PI/PII shall:

14.3.8.1.1  Complete privacy and security training to include a signed certification within thirty (30) days of hire, and at least annually thereafter; and

14.3.8.1.2  Sign a confidentiality statement, prior to access to such PHI/PI/PII; and

14.3.8.2  Computer warning banners for all systems containing applicable County PHI/PI/PII

14.3.8.3  Comprehensive, annual security risk assessments

14.3.8.4  Policies and internal controls to ensure secure transport and storage of County PHI/PI/PII in cars, airplanes, trains, and buses.

14.3.8.5  Sufficient administrative, physical, and technical controls in place to protect County PHI/PI/PII

14.3.9  <u>Termination</u>. Upon termination of the Agreement for any reason, Contractor shall return or destroy all County PHI/PII/PI, except County PHI/PII/PI necessary for Contractor to continue its proper management and administration or to carry out its legal responsibilities, as mutually agreed upon by the Parties. If the Parties

**COUNTY CONTRACT NUMBER 563402**
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND**
**SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION**
**FACILITIES**

mutually agree that return or destruction of County PHI/PII/PI is infeasible, Contractor shall extend the protections of this Article to such County PHI/PII/PI for so long as Contractor maintains such County PHI/PII/PI.

## ARTICLE 15
## DISPUTES

Notwithstanding any provision of this Agreement to the contrary, the Contracting Officer shall decide any dispute concerning a question of fact arising out of this Agreement that is not otherwise disposed of by the parties within a reasonable period of time. The decision of the Contracting Officer shall be final and conclusive unless determined by a court of competent jurisdiction to have been fraudulent, capricious, arbitrary or so grossly erroneous as necessarily to imply bad faith. Contractor shall proceed diligently with its performance hereunder pending resolution by the Contracting Officer of any such dispute. Nothing herein shall be construed as granting the Contracting Officer or any other administrative official, representative or board authority to decide questions of law, or issues regarding the medical necessity of treatment or to pre-empt any medical practitioners' judgment regarding the medical necessity of treatment of patients in their care. The foregoing does not change the County's ability to refuse to pay for services rendered if County disputes the medical necessity of care.

## ARTICLE 16
## GENERAL PROVISIONS

16.1    Assignment and Subcontracting. Contractor shall not assign any interest in this Agreement, and shall not transfer any interest in the same (whether by assignment or novation), without the prior written consent of the County; County's consent shall not be unreasonably withheld. The Contractor shall make no agreement with any party for furnishing any of the work or services herein contained without the prior written consent of the COR, pursuant to Paragraph 1.4.

16.2    Contingency. This Agreement shall bind the County only following its approval by the Board of Supervisors or when signed by the Purchasing and Contracting Director.

16.3    Entire Agreement. This Agreement, together with all Exhibits attached hereto and other agreements expressly referred to herein, constitute the entire agreement between the parties with respect to the subject matter contained herein. All prior or contemporaneous agreements, understandings, representations, warranties and statements, oral or written, including any proposals from Contractor and requests for proposals from County, are superseded.

16.4    Sections and Exhibits. All sections and exhibits referred to herein are attached hereto and incorporated by reference.

16.5    Further Assurances. Parties agree to perform such further acts and to execute and deliver such additional documents and instruments as may be reasonably required in order to carry out the provisions of this Agreement and the intentions of the parties.

16.6    Governing Law. This Agreement shall be governed, interpreted, construed and enforced in accordance with the laws of the State of California.

16.7    Headings. The Article captions, Clause and Section headings used in this Agreement are inserted for convenience of reference only and are not intended to define, limit or affect the construction or interpretation of any term or provision hereof.

16.8    Modification Waiver. Except as otherwise provided in Article 6, "Changes," above, no modification, waiver, amendment or discharge of this Agreement shall be valid unless the same is in writing and signed by both parties.

16.9    Neither Party Considered Drafter. Despite the possibility that one party may have prepared the initial draft of this Agreement or played the greater role in the physical preparation of subsequent drafts, neither party shall be deemed the drafter of this Agreement and that, in construing this Agreement in case of any claim that any provision hereof may be ambiguous, no such provision shall be construed in favor of one party on the ground that such provision was drafted by the other.

16.10   No Other Inducement. The making, execution and delivery of this Agreement by the parties hereto has been induced by no representations, statements, warranties or agreements other than those expressed herein.

16.11   Notices. Notice to either party shall be in writing and personally delivered; sent by certified mail, postage prepaid, return receipt requested; or emailed to the County's or Contractor's designated representative (or such party's authorized representative). Any such notice shall be deemed received by the party (or such party's authorized representative) on the earliest of the date of personal delivery, three (3) business days after deposit in the U.S. Mail, or upon sending of an email from which an acknowledgement of receipt has been received other than an out of office, unavailable, or undeliverable reply.

COUNTY CONTRACT NUMBER 563402

**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

16.12  Severability.  If any term, provision, covenant or condition of this Agreement is held to be invalid, void or otherwise unenforceable, to any extent, by any court of competent jurisdiction, the remainder of this Agreement shall not be affected thereby, and each term, provision, covenant or condition of this Agreement shall be valid and enforceable to the fullest extent permitted by law.

16.13  Successors.  Subject to the limitations on assignment set forth in Clause 16.1 above, all terms of this Agreement shall be binding upon, inure to the benefit of, and be enforceable by the parties hereto and their respective heirs, legal representatives, successors, and assigns.

16.14  Time.  Time is of the essence for each provision of this Agreement.

16.15  Time Period Computation.  All periods of time referred to in this Agreement shall be calendar days, unless the period of time specifies business days. Calendar days shall include all days of the week, including holidays. Business days shall be Monday through Friday, excluding County observed holidays.

16.16  Waiver.  The waiver by one party of the performance of any term, provision, covenant or condition shall not invalidate this Agreement, nor shall it be considered as a waiver by such party of any other term, provision, covenant or condition. Delay by any party in pursuing any remedy or in insisting upon full performance for any breach or failure of any term, provision, covenant or condition shall not prevent such party from later pursuing remedies or insisting upon full performance for the same or any similar breach or failure.

16.17  Third Party Beneficiaries Excluded.  This Agreement is intended solely for the benefit of the County and its Contractor.  Any benefit to any third party is incidental and does not confer on any third party to this Agreement any rights whatsoever regarding the performance of this Agreement.  Any attempt to enforce provisions of this Agreement by third parties is specifically prohibited.

16.18  Publicity Announcements and Materials.  All public announcements, including those issued on Contractor letterhead, and materials distributed to the community shall identify the County of San Diego as the funding source for contracted programs identified in this Agreement. Copies of publicity materials related to contracted programs identified in this Agreement shall be filed with the COR.  County shall be advised at least twenty four (24) hours in advance of all locally generated press releases and media events regarding contracted services identified in this Agreement. Alcohol and Drug Prevention Services Contractors shall notify COR or designee at least five (5) business days in advance of all Contractor generated media releases and media events regarding contracted services identified in this Agreement.

16.19  Critical Incidents.  Contractor shall have written plans or protocols and provide employee training for handling critical incidents involving: external or internal instances of violence or threat of violence directed toward staff or clients; loss, theft or unlawful accessing of confidential client, patient or facility resident Personal Information (PI), Personally Identifiable Information (PII) and/or Personal Health Information (PHI); fraud, waste and/or abuse of Agreement funds; unethical conduct; or violation of any portion of San Diego County Board of Supervisors Policy C-25 "Drug & Alcohol Use" while performing under this Agreement. Contractor shall report all such incidents to the COR within one business day of their occurrence. However, if this Agreement includes Article 14, Contractor must adhere to the timelines and processes contained in Article 14.

16.20  Responsiveness to Community Concerns.  Unless prohibited by applicable State or federal law, Contractor shall notify County within one business day of receipt of any material complaints including but not limited to complaints referring to issues of abuse or quality of care, submitted to Contractor orally or in writing, regarding the operation of Contractor's program or facility under this Agreement.  Contractor shall take appropriate steps to acknowledge receipt of said complaint(s) from individuals or organizations.  Contractor shall take appropriate steps to utilize appropriate forums to address or resolve any such complaints received.  Nothing in this provision shall be interpreted to preclude Contractor from engaging in any legally authorized use of its facility, property or business as approved, permitted or licensed by the applicable authority.

16.21  Criminal Background Check Requirements.  Contractor shall ensure that criminal background checks are required and completed prior to employment or placement of any employee, director, officer, agent, subcontractor, consultant or volunteer in compliance with any licensing, certification, funding, or Agreement requirements, including the Statement of Work, which may be higher than the minimum standards described herein. At a minimum, background checks shall be in compliance with Board of Supervisors Policy C-28, available on the County of San Diego website, and are required for any individuals identified above who will be providing services under this Agreement or who will be assigned to sensitive positions funded by this Agreement. Sensitive positions are those that: (1) physically supervise minors or vulnerable adults; (2) have unsupervised physical contact with minors or vulnerable adults; and/or (3) have a fiduciary responsibility to any County

**COUNTY CONTRACT NUMBER 563402**

**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

client, or direct access to, or control over, bank accounts or accounts with financial institutions of any client.  If this Agreement includes Article 14, Contractor must also adhere to requirements contained in Article 14.

Contractor shall have a documented process for reviewing the information and determine if criminal history demonstrates behavior that could create an increased risk of harm to clients.  Contractor shall document review of criminal background findings and consideration of criminal history in the selection of such persons listed above in this section

16.21.1   Contractor shall utilize a subsequent arrest notification service during the term of this Agreement for any individual required to undergo the Criminal Background Check process described in 16.21.

16.21.2   Contractor shall keep the documentation of their review and consideration of the individual's criminal history on file in accordance with paragraph 13.4 "Maintenance of Records."

16.21.3   Definitions

    A.   Activities of Daily Living:  The basic tasks of everyday life, such as eating, bathing, dressing, toileting, and transferring.

    B.   Minor:  Individuals under the age of eighteen (18) years old.

    C.   Sensitive Position:  A job with responsibilities that can be criminally abused at great harm to the Agreement or the clients served.  All positions that (1) physically supervise minors or vulnerable adults, (2) have unsupervised physical contact with minors or vulnerable adults, or (3) have fiduciary responsibility to a County client or direct access to, or control over client bank accounts, or serve in a financial capacity to the County client.

    D.   Vulnerable Adult:  (1) Individuals age eighteen (18) years or older, who require assistance with activities of daily living and who may be put at risk of abuse during service provision; (2) Individuals age eighteen (18) years or older who have a permanent or temporary limited physical and/or mental capacity that may put them at risk of abuse during service provision because it renders them: unable to make decisions for themselves, unable to physically defend themselves, or unaware of physical abuse or other harm that could be perpetrated against them.

    E.   Volunteer:  A person who performs a service willingly and without pay.

16.22   Prison Rape Elimination Act (PREA).  Contractor shall adopt and comply with the Prison Rape Elimination Act of 2003, 42 U.S.C. 15601 et seq. (PREA), any applicable PREA standards (including 28 C.F.R. 115 et seq.), and any related County ordinances or Sheriff's Department policies regarding PREA for preventing, detecting, monitoring, investigating and eradicating any form of sexual abuse.  Such PREA standards require that all volunteers, officers, employees, agents and subcontractors who have contact with residents under this contract receive training pursuant to 28 C.F.R. 115.332.  Contractor shall provide Sheriff with documentation confirming that all volunteers, officers, employees, agents, and subcontractors understand the training they have received.  Contractor acknowledges that the County will monitor Contractor's compliance with PREA, any applicable PREA standards, and County ordinances or Sheriff's Department policies relating to sexual abuse, and may conduct announced and/or unannounced compliance monitoring to include "on-site" monitoring.  Failure to comply with PREA, including PREA Standards and County PREA policies, may result in termination of the contract.

16.23   Survival.  The following sections or articles of this Agreement shall survive the expiration or earlier termination of this Agreement: Sections 8.1, 8.13, 8.14, 8.15, 8.21, 10.1, 11.1, 11.2, and 11.4, and Articles 7 and 13.

/
/
/

COUNTY CONTRACT NUMBER 563402
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND
SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION
FACILITIES**

## SIGNATURE PAGE

**AGREEMENT TERM.** The initial term of this Agreement shall begin on the date of the last signature below and end on
September 30, 2021 ("Initial Term").

**OPTION TO EXTEND.** The County shall have the option to extend the term of this Agreement for two (2) increments of one-
year(s) each for a total of two (2) years beyond the expiration of the Initial Term, not to exceed September 30, 2023, pursuant to
Exhibit C Payment Schedule or other applicable pricing provisions of this Agreement. Unless County notifies Contractor in writing
not less than thirty (30) days prior to the expiration date that the County does not intend to extend the Agreement, the Agreement
will be automatically extended for the next option period.

Options to Extend For One To Six Additional Months at End of Agreement. County shall also have the option to extend the
term of this Agreement, in one or more increments, for a total of no less than one (1) and no more than six (6) calendar
months ("Incremental Options"). The County may exercise each Incremental Option by providing written notice to
Contractor no fewer than fifteen (15) calendar days prior to expiration of this Agreement. The rates in effect at the time an
Incremental Option is exercised shall apply during the term of the Incremental Option.

**COMPENSATION.** Pursuant to Exhibit C or other applicable pricing provisions of this Agreement, County agrees to pay
Contractor a sum not to exceed eight million, eight hundred fifty-nine thousand, six hundred forty-four dollars ($8,859,644) for
the initial term of this Agreement and a sum not to exceed nine million, one hundred eighty thousand, seven hundred two dollars
($9,180,702) for the 1st option year; nine million, five hundred one thousand, one hundred thirty-six dollars ($9,501,136) for the
2nd option year; for a maximum Agreement amount of twenty-seven million, five hundred forty-one thousand, four hundred eighty-
two dollars ($27,541,482), in accordance with the method of payment stipulated in Article 4.

**COR.** The County has designated the following individual as the Contracting Officer's Representative ("COR")

Steven Tamayo, Sheriff's Program Coordinator
Sheriff's Department, Medical Services Division
5530 Overland Avenue, Suite 370
San Diego, CA 92123
Phone (858) 974-5975 and Email: Steven.Tamayo@sdsheriff.org

**CONTRACTOR'S REPRESENTATIVE.** The Contractor has designated the following individual as the Contractor's
Representative.

Peter Freedland, President
402 West Broadway Street #400
San Diego, CA 92101
Phone (954)299-9225 and Email: CHP ADMIN <correctionalhealthcarepartners@gmail.com>

IN WITNESS WHEREOF, County and Contractor have executed this Agreement effective as of the date of the last signature
below.

**COUNTY OF SAN DIEGO**                                      **CONTRACTOR**

By: _____ for          By: _____
    JOHN M. PELLEGRINO, Director                    Peter Jay Freedland, President
    Department of Purchasing and Contracting          Correctional Healthcare Partners

Date: _____9/23/2020_____                   Date: _____9/21/2020_____


APPROVED AS TO FORM AND LEGALITY:

By: _Mark Day_____ _9/22/20_____
    County Counsel

**COUNTY CONTRACT NUMBER 563402**
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**
**EXHIBIT A – STATEMENT OF WORK**

## 1.  BACKGROUND AND OVERVIEW

1.1.  The San Diego County Sheriff's Department provides comprehensive primary and specialty health care services to inmates at various detention facilities throughout the County. Hospital services and associated physician's emergency health care services are also used for the inmates when services or treatment cannot be provided within the detention facility.

1.2.  The Sheriff's Department operates a Medical Services Division that is responsible for providing services at all detention facilities. There are seven detention facilities located throughout the County with medical infirmaries. These facilities are San Diego Central Jail (SDCJ), Las Colinas Detention and Reentry Facility (LCDRF), George Bailey Detention Facility (GBDF), East Mesa Reentry Facility (EMRF), South Bay Detention Facility (SBDF), Facility 8 (FAC8) and Vista Detention Facility (VDF).  A new facility, Rock Mountain Detention Facility (RMDF) will open soon.  The Average Daily Population (ADP) total for all detention facilities from July 1, 2019 to June 30, 2020 was 5,112.

1.3.  Inmates are seen and treated within each detention facility during scheduled Sick Call hours by contracted providers. Those inmates with conditions that cannot be treated on-site are referred to and transferred to the Sheriff's contract facility for the required services.

1.4.  Contractor shall provide on-site physician services per the scope of work, schedule and all related requirements as outlined in the following sections.

## 2.  DEFINITIONS

2.1.  <u>Contract Facility</u> - Refers to hospital facilities with which the Sheriff's Department has a contractual agreement for hospital, physicians, and other associated health care services for inpatient, outpatients and specialty care.

2.2.  <u>Detention Facility</u> – Also known as jails.

2.3.  <u>Inmate</u> – A person who has been booked or committed through the arraignment process and placed into the physical custody of the Sheriff.

2.4.  <u>Inmate Patient</u> – An inmate who requests or receives medical attention from the Contractor.

2.5.  <u>Sheriff's Managed Care Group (MCG)</u> – Group within the Sheriff's Medical Services Division (MSD) responsible for review of all outpatient referrals and management of inpatient hospitalizations.

2.6.  <u>On-Call Services</u> – Any type of services outlined in this statement of work which is performed outside of regularly scheduled times.

2.7.  <u>Sick Call</u> – Also referred to as a Clinic, Sick Call is the system whereby physicians see inmates during scheduled times in an outpatient clinic setting at detention facilities to assess,

**COUNTY CONTRACT NUMBER 563402**
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS
AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S
DETENTION FACILITIES**
**EXHIBIT A – STATEMENT OF WORK**

treat, or refer inmates to an off-site treatment facility. Provisions are made for both scheduled appointments for addressing chronic care issues and same day appointments for acute issues. Physicians see and treat inmates with a full spectrum of illnesses and injuries on a daily basis. If an inmate cannot be adequately treated at sick call, or if an emergency arises, the inmate will be sent to a local area health care facility for emergency inpatient or outpatient services.

2.8. <u>Specialty Clinic</u> – A scheduled time in which physicians in an outpatient clinic setting at detention facilities provide inmates with more specifically oriented care and services, not available in regular clinic/sick call due to the need for special equipment or the time requirement. Examples would include such elements as: light procedures (toenail removals, wart removals, skin biopsies); dermatology (skin checks), women's health (annual exams, PAP smears), orthopedics, and Endocrine evaluation.

3. **SCOPE OF WORK (SOW)**

3.1. Contractor shall provide on-site physicians sick call and specialty clinic services at the following detention facilities (see APPENDIX B for facility addresses).  Services will be provided at RMDF once that facility becomes operational.

    3.1.1.    San Diego Central Jail (SDCJ)

    3.1.2.    Las Colinas Detention and Reentry Facility (LCDRF)

    3.1.3.    George Bailey Detention Facility (GBDF)

    3.1.4.    East Mesa Reentry Facility (EMRF)

    3.1.5.    South Bay Detention Facility (SBDF)

    3.1.6.    Vista Detention Facility (VDF)

    3.1.7.    Rock Mountain Detention Facility (RMDF)

3.2. Contractor shall provide duly licensed physicians and medical support staff for primary care/urgent care ("Sick Call Clinics") during regularly scheduled facility sick call hours (see APPENDIX A – MD SICK CALL FACILITY SCHEDULES).

3.3. Additionally, Contractor shall provide on-call services to inmates during periods outside of regularly scheduled on-site sick call hours for consultation. These after-hour calls will be initiated by Sheriff's medical staff on as needed basis.

3.4. The County will provide equipment, supplies and nursing staff for services performed at the detention facilities. If the County does not have the equipment necessary for a particular treatment, a referral will be made to send the inmate to a contract facility for treatment

COUNTY CONTRACT NUMBER 563402
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS
AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S
DETENTION FACILITIES**
EXHIBIT A – STATEMENT OF WORK

deemed necessary for the condition of the patient. These outside referrals shall be
coordinated with the Sheriff's Managed Care Group (MCG) and must be approved by the
MCG.

## 4. RESOURCES

4.1. Compliance with the following resources, most recent version, is required in performance of
the work requirements. The list is not inclusive. Copies of these documents will be available
for review at any time during the term of the contract in the Office of the Medical Services
Administrator, Sheriff's Detention Medical Services at 5530 Overland Ave., Suite 370, San
Diego, CA 92123. Latest edition of these resources are also available on the respective
agencies' websites.

   4.1.1.   National Commission on Correctional Health Care (NCCHC) standards.
   4.1.2.   Title 15 of the California Administrative Code (administered by the California
            Board of Corrections)
   4.1.3.   Sheriff's Medical Services Policies and Procedures (P&P)
   4.1.4.   State of California, Department of Consumer Affairs, Board of Medical Quality
            Assurance Guidelines and Regulations
   4.1.5.   Institute for Medical Quality Manual
   4.1.6.   California Penal Code

## 5. ON-SITE SERVICE REQUIREMENTS

5.1.  Contractor shall provide qualified administrative, management and professional staffing
required in the performance of all on-site service requirements as outlined in this Statement
of Work (SOW).

5.2. Contractor shall provide at least one designated primary/urgent care physician for each
facility to cover at least the minimum number of required hours of coverages based on the
MD Sick Call Facility Schedule outlined in APPENDIX A.

5.3. Contractor shall ensure all scheduled clinics have physician and medical support coverage
and be appropriately staffed to avoid clinic rescheduling and cancellations. The Contractor
shall provide a physicians' schedule of coverages to the Sheriff's Department administrative
staff at least thirty (30) days in advance including changes or modifications to already
published schedules.

5.4. A stable group of full time physicians and medical support staff are required in order for the
contracted staff to be well versed on the Sheriff's P&P, to work with nursing staff and other
health care providers on a regular basis, to maintain quality assurance, and to provide
consistent messaging to our inmates about their medical care.

5.5. All providers of regularly scheduled sick call and specialty clinics shall be attending
physicians (Medical Doctor (MD) / Doctor of Osteopathy (DO)).

COUNTY CONTRACT NUMBER 563402
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS
AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S
DETENTION FACILITIES
EXHIBIT A – STATEMENT OF WORK**

5.6. Subject to the approval of the Sheriff's Chief Medical Officer (CMO), mid-level providers such as Nurse Practitioners (NPs) will be allowed to work under this agreement. Such providers may be used in either general practice (Sick Call) or Specialty Clinics, depending on the extent of training, the provisions of their specialty college, and their associated regulatory body. Supervisory requirements are to be conducted in accordance with their associated regulatory body.

5.7. Contractor shall provide allied health professionals to assist and support medical providers for all regularly scheduled Sick Call and Specialty Clinics. Such staff members will be a certified or accredited professional (e.g. Medical Assistant (MA), Certified Nursing Assistant (CAN)).

5.8.  Contractor shall provide the following on-site services at all the designated detention facilities:

| TYPES OF SERVICE | DETENTION FACILITIES |
|---|---|
| On-site Physicians Scheduled Sick Calls | SDCJ, LCDRF, GBDF, EMRF/FAC8, SBDF, VDF, and additional sites as assigned by the Sheriff |
| On-Site Specialty Clinic (As requested) | Any facility where specialty clinics are requested by the Sheriff on as needed basis |
| Addiction Medicine-Withdrawal Management (CIWA/COWS) | SDCJ, LCDRF, VDF, and additional sites as assigned by the Sheriff |
| Addiction Medicine-Therapy and Treatment (Medication Assisted Treatment) | LCDRF, and additional sites as assigned by the Sheriff |
| After-Hours Phone Consultation | SDCJ, LCDRF, GBDF, EMRF/FAC8, SBDF, VDF, and additional sites as assigned by the Sheriff |

5.9. SICK CALL

5.9.1.    Contractor shall provide adequate number of qualified staff (with Contractor's own staff or arrangements with others at Contractor's expense) to provide minimum coverage of all regularly scheduled sick call and specialty clinic requirements in the Facility Schedule.  Strict adherence to the Facility Schedule is required.

5.9.2.    Sick Call hours shall consist of primary/urgent care services and will include specialty clinics when requested by the Sheriff.

**COUNTY CONTRACT NUMBER 563402**
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS
AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S
DETENTION FACILITIES**
**EXHIBIT A – STATEMENT OF WORK**

5.9.3.    Physicians and their medical support staff shall visit detention facilities during scheduled sick call hours to assess, treat, or if necessary, refer inmates to an off-site treatment facility in coordination with Sheriff's MCG.

5.9.4.    Sick Call hours shall be scheduled throughout the day up to seven days a week (including holidays) and may include evening and weekend hours. MD Sick Calls typically occur between 8:00am and 8:00pm but will vary depending on the number of inmates to be seen and in accordance with facility needs.

5.9.5.    Performance efficiency for Sick Call should be approximately 2.5 patients an hour.

5.9.6.    The Sheriff's Department shall be responsible for scheduling all sick call hours for each facility. Each sick call is generally four (4) hours and facilities may have more than one session per day if needed to meet inmate demands for medical services. Extension of sick call hours shall be approved by the Sheriff's CMO or designee in coordination with the Contractor.

5.9.7.    Any request by either party for additional sick call or specialty clinics shall be made within 24 hours of scheduled clinic.

5.9.8.    Any changes to the MD Sick Call Facility Schedule shall be at the discretion of the Sheriff's CMO or his or her designee. Once the Sheriff's CMO authorizes the change, it will be the responsibility of the facility medical staff to coordinate with the jail facility staff and the Contractor.

5.10.    ON CALL SERVICES (AFTER-HOURS PHYSICIANS PHONE CONSULTATION) Contractor shall provide 24-hour, seven days a week telephone physician consultation for triage services at all detention facilities serviced. Pricing for on-call services shall be based on a total of up to 1,100 estimated calls a year.

## 6.    SPECIAL REQUIREMENTS

6.1.    Contractor shall work closely with the Sheriff's Medical Services staff to ensure that acceptable standards for on-site medical care to the inmates in Sheriff's custody are in accordance with, but not limited to the standards set forth in Title 15 of the California Administrative Code and other resources listed in section 4.

6.2.    Contractor's designated Medical Director(s), or authorized representative, and its physicians shall meet with the Sheriff's CMO once quarterly or as needed for quality assurance, performance, efficiency standards, and review of Sheriff's Medical Services P&P.

6.3.    The Sheriff's Medical Services Administrator or Sheriff's CMO is solely responsible for establishing, modifying and maintaining Sick Call schedules at all detention facilities. Contractor shall always provide appropriate personnel to meet work requirements for such schedules.

**COUNTY CONTRACT NUMBER 563402**
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**
**EXHIBIT A – STATEMENT OF WORK**

6.4.    The Sheriff's CMO reserves the right to remove any provider or contractor staff for continued performance concerns.

6.5.    Contractor shall collaborate with Sheriff's CMO or designee. The Sheriff's CMO shall oversee all medical and clinical issues and will work closely with Contractor on utilization review matters.

6.6.    Contractor's physicians shall prescribe and monitor medications in accordance with Sheriff's Medical Services P&P referenced in section 4 during the term of this contract, including adherence to the Sheriff's Department Pharmacy Formulary.

6.7.    Contractor's physicians shall make referrals for off-site consultations, tests, and procedures and shall always coordinate such referrals with the Sheriff's MCG.

6.8.    Contractor shall work closely with the Sheriff's medical, mental health and case management staff in a team approach to medical care and provide consultation, as indicated, regarding the treatment of patients.

## 7.  MEDICAL DIRECTOR/ADMINISTRATIVE SUPPORT

7.1.    Contractor shall designate an MD/OD as a Medical Director to collaborate with the Sheriff's CMO or his or her designee in the following areas: peer review; quality assurance monitoring; quality improvement; utilization review; and clinical policy and procedure development and implementation (i.e. protocols, formulary).

7.2.    Contractor's Medical Director shall also serve as liaison between Sheriff's CMO or his or her designee and off-site health care facilities, on an on-going basis, regarding inpatient admissions, treatment, and discharges.

7.3.    Contractor shall designate an Administrative Liaison who shall be responsible for providing administrative oversight of all physicians providing services under this contract, including giving the Sheriff a schedule of coverages for the physicians at least one month in advance, ensuring personnel maintains and remain in good standing with licenses, certifications, and registrations required by the State of California.

7.4.    The assigned Administrative Liaison shall be the main point of contact for all personnel matters including, but not limited to, physicians' schedules, communicating any changes in staffing, administrative issues, and human resources oversight.

7.5.    The Medical Director and Administrative Liaison shall work with the Sheriff's CMO and/or his or her designee to address administrative and scheduling issues and concerns identified by the Sheriff's medical staff.

**COUNTY CONTRACT NUMBER 563402**
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**
**EXHIBIT A – STATEMENT OF WORK**

7.6.    The Contractor shall provide contact information (phone numbers, email addresses, physical mailing address), for its assigned Medical Director, Administrative Liaison, Billing Representative, Human Resources Representative, and Contract Representative.

## 8.   PATIENT MEDICAL GRIEVANCES

8.1.    Contractor shall cooperate with Sheriff's Department CMO in resolving any inmate patient's grievances related to the Contractor's services provided under this agreement.

8.2.    The Sheriff's CMO shall bring to the attention of appropriate Contractor's Medical Director all inmate patient complaints involving Contractor's physician. Contractor shall within ten (10) calendar days, and in accordance with its regular procedure, investigate such complaints and use its best efforts to resolve them in a fair and equitable manner.

   8.2.1.   The Contractor shall be required to prepare a written response and the resolution shall be treated and processed in conjunction with the Sheriff's Department's Medical Services Division Policies and Procedures (P&P).

8.3.    Contractor shall notify the Sheriff's CMO and/or designee within the ten (10) days as required above of any action taken or proposed with respect to the resolution of such complaints.

## 9.   LICENSURE AND CERTIFICATION OF PROFESSIONAL PERSONNEL

9.1.    Contractor shall obtain all licenses or permits that are, or shall become, necessary to the performance of this contract and keep such licenses and permits current for the duration of the contract.

9.2.    Contractor shall ensure that all staff has current, valid, unrestricted licenses and certificates to provide care within the scope of practice described by each particular license or certificate.

9.3.    Contractor shall notify the Sheriff's CMO or his or her designee immediately if contractor recognizes any of its staff's applicable licenses and/or certificates becomes invalid or restricted for any reason.

9.4.    All physicians and other medical service professionals shall be currently licensed to practice medicine and other applicable medical service specialties in the State of California in accordance with all current directives.

9.5.    Contractor shall ensure that no physicians or staff are excluded or debarred in accordance with contract clause Article 8.

COUNTY CONTRACT NUMBER 563402
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**
EXHIBIT A – STATEMENT OF WORK

9.6.    Contractor shall provide oversight and monitoring of the focused and ongoing professional performance evaluations (FPPE/OPPE) components to ensure appropriate clinical skills and privileging.

## 10. COUNTY FURNISHED SUPPLIES, EQUIPMENT, AND FACILITIES

County shall provide all supplies, equipment, and facilities it deems necessary and/or proper for the contractor to perform and complete the services required by this contract for on-site services at the detention facilities. Any request for additional or special types of supplies and equipment shall be subject to the County's approval.

## 11. MEDICAL RECORDS DOCUMENTATION

11.1.    Contractor shall ensure that all its medical personnel document treatment and findings in the inmate's medical record in an accurate, timely manner, and in compliance with the Sheriff's Medical Services Division's P&P.

11.2.    Contractor and its staff shall ensure all entries to the inmate's medical records are made electronically into the Sheriff's Electronic Medical Record (EMR) system used by the Sheriff. If requested by Sheriff's Medical staff to document on paper, all entries shall be legible and signed by the author, giving their name, title and County provided ID number.

11.3.    Verbal orders given by Contractor pertaining to the general medical care of inmates shall be written and signed within 24 hours by the respective Contractor's physicians.

11.4.    Confidentiality of medical record information is essential and is required under the Health Insurance Portability and Accounting Act of 1996, Public Law 104-191 (HIPAA). The Contractor is not allowed to release any identifiable health information.

11.5.    Contractor shall comply with the provisions of the Health Information Technology for Economic and Clinical Health Act (HITECH) in the handling of electronic records including the reporting of breaches as defined in 45 Code of Federal Regulations (CFR), §164.402.

11.6.    Contractor shall comply with the language provisions for a Business Associate as prescribed by the Standards for Privacy and Individual Identifiable Health Information as set forth in 45 Code of Federal Regulations Part 160 and Part 164.

## 12. TRAINING

12.1.    Contractor shall arrange for contractor's staff to be available for initial on-site orientation given by County on medical and security procedures. Time spent in training shall be reimbursed in accordance with the agreed upon base hourly rate as provided in the Pricing Schedule.

COUNTY CONTRACT NUMBER 563402
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**
EXHIBIT A – STATEMENT OF WORK

12.2.     Contractor shall arrange for contractor's staff to be available for ongoing in-service training by County if necessary, as changes in protocols and procedures are made. Time spent in training shall be reimbursed in accordance with the agreed upon base hourly rate as provided in the Pricing Schedule.

12.3.     Contractor shall maintain staff training files. Copies of training verification documents shall be provided to the COR (Contracting Officer's Representative) upon request.

12.4.     The Sheriff's CMO or his/her designee shall approve all programs of instruction concerning the detention facilities.

## 13. REPORTS REQUIREMENTS

13.1.     Contractor shall submit reports to both the Sheriff's CMO and COR as may be requested or specified, including reports required by the directives listed in section 4 and associated utilization review reports on inmates in off-site health care facilities.

13.2.     Contractor shall provide a monthly progress report of inmates treated and referred to off-site health care facilities to the Sheriff's CMO or his or her designee in a format to be provided by the CMO.

## 14. SECURITY REQUIREMENTS

14.1.     Contractor and all of its employees, who perform services at any Sheriff's detention facilities, including future employees hired during the term of this contract, shall be required to undergo background checks with favorable results before they can perform such services.

14.2.     These background checks may also include a polygraph/Computerized Voice Stress Analysis (CVSA) test to allow Level I clearance for unescorted facility access. The County shall pay costs associated with these checks and tests.

14.3.     Contractors shall be issued temporary ID cards subject to renewal each year. All temporary ID cards issued by the Sheriff's Department to the Contractor and its staff shall be surrendered at the termination of contract, or when any individual staff is terminated prior to termination of the contract.

14.4.     The Sheriff's CMO reserves the right to reject any physicians or Contractor staff from working in the detention facilities regardless of satisfactory CVSA test results. The Sheriff's CMO may remove any physicians for violating Sheriff's Department P&P or for not meeting Sheriff's Department standards and expectations.

14.5.     Contractor shall adopt and comply with the Prison Rape Elimination Act of 2003, 42 U.S.C. 15601 et seq. (PREA), any applicable PREA standards (including 28 C.F.R. 115 et seq.), and any related County ordinances or Sheriff's Department policies regarding PREA for preventing, detecting, monitoring, investigating and eradicating any form of sexual abuse.

**COUNTY CONTRACT NUMBER 563402**
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**
**EXHIBIT A – STATEMENT OF WORK**

14.6.    Such PREA standards require that all volunteers, officers, employees, agents and subcontractors who have contact with inmates under this contract receive training pursuant to 28 C.F.R. 115.232. Contractor shall provide the Sheriff's Department with documentation confirming that all volunteers, officers, employees, agents, and subcontractors understand the training they have received. Contractor acknowledges that the County will monitor Contractor's compliance with PREA, any applicable PREA standards, and County ordinances or Sheriff's Department policies relating to sexual abuse and may conduct announced and/or unannounced compliance monitoring to include "on-site" monitoring. Contractor agrees that it will pay any and all evaluation and treatment costs arising from sexual abuse of offenders as a result of any act or omission by Contractor, as required by applicable laws and regulations including, but not limited to, Title 28 of the Code of Federal Regulations, sections 115.282 and 115.283.

## 15.  INVOICES

15.1    Contractor shall submit invoices monthly in an acceptable format. Charges shall be in accordance with the rate as proposed and agreed upon in the approved pricing schedule.

15.2    Contractor shall forward invoices monthly in appropriate formats along with back-up documentation for the services provided to inmates. Invoices shall be sent for payment processing to the Sheriff's Department Medical Services Claims Unit at the following address:
San Diego Sheriff's Department
Medical Services Division Administrative Support Unit
5530 Overland Ave, Suite 370
San Diego, CA 92123
Phone: (858) 974-5973
Fax: (858) 974-5827

15.3    Invoice back-up documentation shall include sign-in and sign-out sheets that shall be completed each clinic session at every facility. Sign-in and sign-out sheets shall contain the date, daily time-in and time-out, physicians printed name as well as signature for the month of service. The sign-in and sign-out sheets will be provided by the Sheriff's medical staff. These completed sign-in and sign-out sheets shall be validated by the Supervising RN/Charge RN or their designee.

**COUNTY CONTRACT NUMBER 563402**
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**
APPENDIX A – MD SICK CALL FACILITY SCHEDULES

## TOTAL ESTIMATED HOURS FOR MD SICK CALL (PRIMARY-SPECIALTY CLINICS)

ESTIMATED PRIMARY MD SICK CALL CLINICS

| FACILITY | # OF CLINICS | FREQUENCY | ESTIMATED HOURS PER WEEK |
|----------|--------------|-----------|--------------------------|
| EMRF | 2 | TWICE PER WEEK | 16 |
| FAC 8 | 2 | TWICE PER WEEK | 16 |
| GBDF | 2 | DAILY | 84 |
| LCDRF | 2 | DAILY | 84 |
| SBDF | 1 | ONCE PER WEEK | 8 |
| SDCJ | 2 | DAILY | 84 |
| VDF | 2 | DAILY | 56 |
| RMDF | 1 | DAILY | 28 |

ESTIMATED SPECIALTY CLINICS

| FACILITY | # OF CLINICS | FREQUENCY | ESTIMATED HOURS PER WEEK |
|----------|--------------|-----------|--------------------------|
| GBDF | 2 | TWICE PER WEEK | 16 |
| LCDRF | 3 | DAILY | 44 |
| SDCJ | 3 | DAILY | 40 |
| VDF | 1 | DAILY | 28 |

NOTES:
HOURLY SCHEDULES FOR EACH FACILITY WILL BE DETERMINED BY SHERIFF AND ARE SUBJECT TO CHANGE WHEN DEEMED NECESSARY AT THE DISCRETION OF SHERIFF'S CMO OR HIS OR HER DESIGNEE AND WILL BE COORDINATED WITH JAIL STAFF AND THE CONTRACTOR.

TOTAL AGGREGATE NUMBER OF SICK CALL HOURS REQUIRED AT ALL FACILITIES IS ESTIMATED AND MAY VARY BASED ON ACTUAL NEED OF THE FACILITIES, DEPENDENT ON THE NUMBER OF INMATE/PATIENT REFERRALS FOR ONSITE MEDICAL CARE. AN INCREASE AND DECREASE IN HOURS MAY RESULT DUE TO THESE CHANGES AND CONTRACTOR SHALL BE PROVIDED REASONABLE NOTICE OF SUCH CHANGES.

ESTIMATES OF TOTAL NUMBER OF AFTER HOURS PHONE CONSULTATION: up to 1,100 annually

**COUNTY CONTRACT NUMBER 563402**
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**
**APPENDIX B – DETENTION FACILITY ADDRESSES**

ADDRESSES FOR SAN DIEGO COUNTY SHERIFF'S DETENTION FACILITIES

| |
|---|
| San Diego Central Jail (SDCJ)<br>1173 Front Street<br>San Diego, CA 92101<br>          (619) 615-2454 |
| Las Colinas Detention and Reentry Facility (LCDRF)<br>451 Riverview Parkway<br>Santee, CA 92071<br>          (619) 258-3200 |
| George Bailey Detention Facility (GBDF)<br>446 Alta Rd, Suite 5300<br> San Diego, CA 92158<br>          (619) 661-2789 |
| South Bay Detention Facility (SBDF)<br>500 Third Ave<br> Chula Vista, CA 91910<br>(619) 691-4746 |
| East Mesa Reentry Facility (EMRF) & Facility 8 (FAC8)<br>446 Alta Rd, Suite 5200<br>San Diego, CA 92158<br>(619) 661-2681 |
| Vista Detention Facility (VDF)<br>325 South Melrose Dr.<br>Vista, CA 92083<br>(760) 940-4492 |
| Rock Mountain Detention Facility (RMDF)<br>446 Alta Rd, Suite XXXX<br>San Diego, CA 92158<br>(619) XXX-XXXX |

**COUNTY CONTRACT NUMBER 563402**
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**
**EXHIBIT B – INSURANCE REQUIREMENTS**

**INSURANCE REQUIREMENTS FOR CONTRACTORS**
Without limiting Contractor's indemnification obligations to County, Contractor shall provide at its sole expense and maintain for the duration of this contract, or as may be further required herein, insurance against claims for injuries to persons or damages to property which may arise from or in connection with the performance of the work hereunder and the results of the work by the Contractor, its agents, representatives, employees or subcontractors.

**1. Minimum Scope of Insurance**
Coverage shall be at least as broad as:

    A.  Commercial General Liability, Occurrence form, Insurance Services Office form CG0001 without restricting endorsements.

    B.  Automobile Liability covering all owned, non owned, hired auto Insurance Services Office form CA0001.

    C.  Workers' Compensation, as required by State of California and Employer's Liability Insurance.

    D.  Professional Liability (Errors & Omissions)

    E.  Umbrella / Excess Liability Insurance

**ADDITIONAL INSURANCE REQUIREMENT FOR LICENSED MEDICAL PRACTITIONERS PROVIDING SERVICES UDNER THIS CONTRCT.**

    A.  Medical Professional Liability.

    B.  Improper Sexual Conduct including sexual harassment, sexual abuse and sexual misconduct applying to bodily injury, property damage or personal injury arising out of the actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of the insured or as a result of the negligent employment, investigation, hiring & supervision or the reporting or failure to report to proper authorities of a person for whom any insured is or ever was legally responsible.

**2. Minimum Limits of Insurance**
Contractor shall maintain limits no less than:

    A.  Commercial General Liability including Premises, Operations, Products and Completed Operations, Contractual Liability, and Independent Contractors Liability: $2,000,000 per occurrence for bodily injury, personal injury and property damage. The General Aggregate limit shall be $4,000,000.

    B.  Automobile Liability: $1,000,000 each accident for bodily injury and property damage.

    C.  Employer's Liability: $1,000,000 each accident for bodily injury or disease. Coverage shall include waiver of subrogation endorsement in favor of County of San Diego.

    D.  Professional Liability (Errors & Omissions): $2,000,000 per occurrence or claim with an aggregate limit of not less than $2,000,000. Coverage shall include contractual liability coverage. This coverage shall be maintained for a minimum of three years following termination or completion of Contractor's work pursuant to the Contract.

    E.  Umbrella/ Excess Liability Insurance: Contractor shall maintain Umbrella/ Excess Liability Insurance of not less than $5,000,000 per occurrence and an annual aggregate limit of $5,000,000, which coverage shall remain in effect for three years and shall extend to Errors & Omissions. The Umbrella/Excess Liability Insurance shall not contain endorsements which restrict the coverages provided in the underlying policies.

**INSURANCE LIMITS FOR LICENSED MEDICAL PRACTITIONERS**

    A.  Medical Professional Liability: $1,000,000 per claim with an aggregate limit of not less than $3,000,000. Any self-retained limit shall not be greater than $25,000 per occurrence/event without County Risk Management approval. This coverage

**COUNTY CONTRACT NUMBER 563402**
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**
**EXHIBIT B – INSURANCE REQUIREMENTS**

shall be maintained for a minimum of three years following termination or completion of Contractor's work pursuant to the Contract.

B. Improper Sexual Conduct: $1,000,000 per claim with an aggregate limit of not less than $2,000,000.

If the contractor maintains broader coverage and/or higher limits than the minimums shown above, the County requires and shall be entitled to the broader coverage and/or higher limits maintained by the Contractor. As a requirement of this contract, any available insurance proceeds in excess of the specified minimum limits and coverage stated above, shall also be available to the County of San Diego.

**3. Self-Insured Retentions**
Any self-insured retention must be declared to and approved by County Risk Management. At the option of the County, either: the insurer shall reduce or eliminate such self-insured retentions as respects the County, the members of the Board of Supervisors of the County and the officers, agents, employees and volunteers; or the Contractor shall provide a financial guarantee satisfactory to the County guaranteeing payment of losses and related investigations, claim administration, and defense expenses. Contractor shall be solely responsible to satisfy all self-insured retentions applicable to any/all claims.

**4. Other Insurance Provisions**
The insurance policies are to contain, or be endorsed to contain, the following provisions:
A. Additional Insured Endorsement
The County of San Diego, the members of the Board of Supervisors of the County and the officers, agents, employees and volunteers of the County, individually and collectively are to be covered as additional insureds on the General Liability policy with respect to liability arising out of work or operations performed by or on behalf of the Contractor including materials, parts, or equipment furnished in connection with such work or operations and automobiles owned, leased, hired or borrowed by or on behalf of the Contractor. General Liability coverage can be provided in the form of an endorsement to the Contractor's insurance (at least as broad as ISO from CG 2010 11 85 or **both** CG 2010, CG 2026, CG 2033, or CG 2038; **and** CG 2037 forms if later revisions used).

B. Primary Insurance Endorsement
For any claims related to this project, the Contractor's insurance coverage, including any excess liability policies, shall be primary insurance at least as broad as ISO CG 2001 04 13 as respects the County, the members of the Board of Supervisors of the County and the officers, agents, employees and volunteers of the County, individually and collectively. Any insurance or self-insurance maintained by the County, its officers, employees, or volunteers shall be excess of the Contractor's insurance and shall not contribute with it.

C. Notice of Cancellation
Each insurance policy required above shall state that coverage shall not be canceled, except with notice to the County.

D. Severability of Interest Clause
Coverage applies separately to each insured, except with respect to the limits of liability, and that an act or omission by one of the named insureds shall not reduce or avoid coverage to the other named insureds.

**General Provisions**

**5. Qualifying Insurers**
All required policies of insurance shall be issued by companies which have been approved to do business in the State of California by the State Department of Insurance, and which hold a current policy holder's alphabetic and financial size category rating of not less than A, VII according to the current Best's Key Rating guide, or a company of equal financial stability that is approved in writing by County Risk Management.

**6. Evidence of Insurance**
Prior to commencement of this Contract, but in no event later than the effective date of the Contract, Contractor shall furnish the County with a copy of the policy declaration and endorsement pages along with the certificates of insurance and amendatory endorsements effecting coverage required by this clause. Policy declaration and endorsement pages shall be included with renewal

COUNTY CONTRACT NUMBER 563402

**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**

**EXHIBIT B – INSURANCE REQUIREMENTS**

certificates and amendatory endorsements submissions and shall be furnished to County within thirty days of the expiration of the term of any required policy. Contractor shall permit County at all reasonable times to inspect any required policies of insurance.

**7. Failure to Obtain or Maintain Insurance; County's Remedies**

Contractor's failure to provide insurance specified or failure to furnish certificates of insurance and amendatory endorsements or failure to make premium payments required by such insurance shall constitute a material breach of the Contract, and County may, at its option, terminate the Contract for any such default by Contractor and/or seek to recover from Contractor any resulting damages.

**8. No Limitation of Obligations**

The foregoing insurance requirements as to the types and limits of insurance coverage to be maintained by Contractor, and any approval of said insurance by the County are not intended to and shall not in any manner limit or qualify the liabilities and obligations otherwise assumed by Contractor pursuant to the Contract, including, but not limited to, the provisions concerning indemnification.

**9. Review of Coverage**

County retains the right at any time to review the coverage, form and amount of insurance required herein and may require Contractor to obtain insurance reasonably sufficient in coverage, form and amount to provide adequate protection against the kind and extent of risk which exists at the time a change in insurance is required.

**10. Self-Insurance**

Contractor may, with the prior written consent of County Risk Management, fulfill some or all of the insurance requirements contained in this Contract under a plan of self-insurance. Contractor shall only be permitted to utilize such self-insurance if in the opinion of County Risk Management, Contractor's (i) net worth, and (ii) reserves for payment of claims of liability against Contractor, are sufficient to adequately compensate for the lack of other insurance coverage required by this Contract. Contractor's utilization of self-insurance shall not in any way limit liabilities assumed by Contractor under the Contract.

**11. Claims Made Coverage**

If coverage is written on a "claims made" basis, the Certificate of Insurance shall clearly so state. In addition to the coverage requirements specified above, such policy shall provide that:

    A.  The policy retroactive date coincides with or precedes Contractor's commencement of work under the Contract (including subsequent policies purchased as renewals or replacements).

    B.  Contractor will make every effort to maintain similar insurance during the required extended period of coverage following expiration of the Contact.

    C.  If insurance is terminated for any reason, Contractor shall purchase an extended reporting provision of at least three years to report claims arising in connection with the Contract.

    D.  The policy allows for reporting of circumstances or incidents that might give rise to future claims.

**12. Subcontractors' Insurance**

Contractor shall require and verify that all subcontractors maintain insurance meeting all the requirements stated herein, and Contractor shall ensure that County is an additional insured on insurance required from subcontractors. Such Additional Insured endorsement shall be attached to the certificate of insurance in order to be valid and on a form at least as broad as ISO from CG 2010 11 85 or both CG 2010, CG 2026, CG 2033, or CG 2038; and CG 2037 forms if later revisions used. If any sub contractor's coverage does not comply with the foregoing provisions, Contractor shall defend and indemnify the County from any damage, loss, cost, or expense, including attorneys' fees, incurred by County as a result of subcontractor's failure to maintain required coverage.

**13. Waiver of Subrogation**

Contractor hereby grants to County a waiver of their rights of subrogation which any insurer of Contractor may acquire against County by virtue of the payment of any loss. Contractor agrees to obtain any endorsement that may be necessary to affect this

**COUNTY CONTRACT NUMBER 563402**
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**
**EXHIBIT B – INSURANCE REQUIREMENTS**

waiver of subrogation. The Workers' Compensation policy shall be endorsed with a waiver of subrogation in favor of the County for all work performed by the Contractor, its employees, agents and subcontractors.

**14.  Notice of Claims**

Contractor shall fully comply with the notice and reporting provisions of all insurance policies and shall provide notice of all claims and reasonably anticipated claims (or as otherwise set in forth the notice and reporting provisions) that may implicate insurance coverage for the County.  In particular, and without limiting the foregoing, with respect to "claims-made" coverage, Contractor shall provide notice of all claims made within a policy period to the applicable insurer prior to the expiration of such policy period or any applicable extended reporting period.

**COUNTY CONTRACT NUMBER 563402**
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**
**EXHIBIT C – PRICING /PAYMENT SCHEDULE**

SHERIFF and CONTRACTOR hereby agree to the following reimbursement structure which shall be paid for covered medical services provided by CONTRACTOR to SHERIFF'S Inmate Patients:

**BASE TERM: DATE CONTRACT SIGNED THROUGH SEPTEMBER 30, 2021**

| TITLE OF CLINIC / SERVICE | STAFF | ESTIMATED CLINIC HOURS (WEEKLY) | HOURLY RATE | EXTENDED PRICE (ANNUALLY 52 WEEKS) |
|---|---|---|---|---|
| Sick Call | General Practitioner | 376 | $312 | $6,100,224 |
| Sick Call | Certified Medical Assistant | 376 | $33 | $645,216 |
| Specialty Clinic | Endocrinologist or Nurse Practitioner | 8 | $312 (Endocrinologist) $228 (Nurse Practitioner) | $129,792 |
| Specialty Clinic | Obstetrician-Gynecologist or Nurse Practitioner | 12 | $365 (OBGYN) $228 (Nurse Practitioner) | $227,760 |
| Specialty Clinic-Chronic Care | Nurse Practitioner | 16 | $169 | $140,608 |
| Specialty Clinic-Addiction Medicine-Withdrawal Management (CIWA/COWS) | Nurse Practitioner | 84 | $169 | $738,192 |
| Specialty Clinic-Addiction Medicine-Therapy and Treatment (Medication Assisted Treatment) | Nurse Practitioner | 8 | $169 | $70,304 |

COUNTY CONTRACT NUMBER 563402
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**
**EXHIBIT C – PRICING /PAYMENT SCHEDULE**

| TITLE OF CLINIC / SERVICE | STAFF | ESTIMATED CLINIC HOURS (WEEKLY) | HOURLY RATE | EXTENDED PRICE (ANNUALLY 52 WEEKS) |
|---|---|---|---|---|
| Specialty Clinic | Certified Medical Assistant | 128 | $33 | $219,648 |
| After Hours Consultation | General Practitioner / Primary Care Physician | 20 | $300 Nightly | $109,500 |
| Administration | Medical Director | 40 | $173 | $359,840 |
| Administration | Administrative Liaison | 40 | $57 | $118,560 |
| | | | | **$8,859,644** |

COUNTY CONTRACT NUMBER 563402
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**
**EXHIBIT C – PRICING /PAYMENT SCHEDULE**

## OPTION YEAR 1: OCTOBER 1, 2021 THROUGH SEPTEMBER 30, 2022

| TITLE OF CLINIC / SERVICE | STAFF | ESTIMATED CLINIC HOURS (WEEKLY) | HOURLY RATE | EXTENDED PRICE (ANNUALLY) |
|---|---|---|---|---|
| Sick Call | General Practitioner | 376 | $323 | $6,315,296 |
| Sick Call | Certified Medical Assistant | 376 | $34.50 | $674,544 |
| Specialty Clinic | Endocrinologist or Nurse Practitioner | 8 | $323 (Endocrinologist) $236 (Nurse Practitioner) | $134,368 |
| Specialty Clinic | Obstetrician-Gynecologist or Nurse Practitioner | 12 | $378 (OBGYN) $236 (Nurse Practitioner) | $235,872 |
| Specialty Clinic-Chronic Care | Nurse Practitioner | 16 | $175 | $145,600 |
| Specialty Clinic-Addiction Medicine-Withdrawal Management (CIWA/COWS) | Nurse Practitioner | 84 | $175 | $764,400 |
| Specialty Clinic-Addiction Medicine-Therapy and Treatment (Medication Assisted Treatment) | Nurse Practitioner | 8 | $175 | $72,800 |
| Specialty Clinic | Certified Medical Assistant | 128 | $34.50 | $229,632 |
| After Hours Consultation | General Practitioner / Primary Care Physician | 20 | $310 Nightly | $113,150 |
| Administration | Medical Director | 40 | $179 | $372,320 |
| Administration | Administrative Liaison | 40 | $59 | $122,720 |
| | | | | **$9,180,702** |

COUNTY CONTRACT NUMBER 563402

**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**
**EXHIBIT C – PRICING /PAYMENT SCHEDULE**

**OPTION YEAR 2: OCTOBER 1, 2022 THROUGH SEPTEMBER 30, 2023**

| TITLE OF CLINIC / SERVICE | STAFF | ESTIMATED CLINIC HOURS (WEEKLY) | HOURLY RATE | EXTENDED PRICE (ANNUALLY) |
|---|---|---|---|---|
| Sick Call | General Practitioner | 376 | $334 | $6,530,368 |
| Sick Call | Certified Medical Assistant | 376 | $36 | $703,872 |
| Specialty Clinic | Endocrinologist or Nurse Practitioner | 8 | $334 (Endocrinologist) $244 (Nurse Practitioner) | $138,944 |
| Specialty Clinic | Obstetrician-Gynecologist or Nurse Practitioner | 12 | $390 (OBGYN) $244 (Nurse Practitioner) | $243,360 |
| Specialty Clinic-Chronic Care | Nurse Practitioner | 16 | $181 | $150,592 |
| Specialty Clinic-Addiction Medicine-Withdrawal Management (CIWA/COWS) | Nurse Practitioner | 84 | $181 | $790,608 |
| Specialty Clinic-Addiction Medicine-Therapy and Treatment (Medication Assisted Treatment) | Nurse Practitioner | 8 | $181 | $75,296 |
| Specialty Clinic | Certified Medical Assistant | 128 | $36 | $239,616 |
| After Hours Consultation | General Practitioner / Primary Care Physician | 20 | $320 Nightly | $116,800 |
| Administration | Medical Director | 40 | $185 | $384,800 |
| Administration | Administrative Liaison | 40 | $61 | $126,880 |
| | | | | **$9,501,136** |

**COUNTY CONTRACT NUMBER 563402**
**AGREEMENT WITH CORRECTIONAL HEALTHCARE PARTNERS FOR ON-SITE PHYSICIANS AND SPECIALTY CARE SERVICES FOR INMATES IN SHERIFF'S CUSTODY IN SHERIFF'S DETENTION FACILITIES**
**EXHIBIT C – PRICING /PAYMENT SCHEDULE**

Estimated Clinic Hours and Extended Price are estimates and may vary based on actual work performed. Payment shall only be made for actual work performed.

**SUMMARY**

|  |  |
|---|---|
| **BASE TERM ESTIMATED TOTAL** | **$ 8,859,644** |
| **OPTION YEAR 1 ESTIMATED TOTAL** | **$ 9,180,702** |
| **OPTION YEAR 2 ESTIMATED TOTAL** | **$ 9,501,136** |
| **GRAND ESTIMATED TOTAL** | **$27,541,482** |