```
Craig J. Mariam (SBN: 225280)
cmariam@grsm.com
Michael J. Dailey (SBN: 301394)
mdailey@grsm.com
Lara S. Garner (SBN: 234701)
lsgarner@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (877) 306-0043
```

Attorneys for Defendant
CORRECTIONAL HEALTHCARE PARTNERS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO. 3:20-cv-00406-AJB-WVG<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. William V. Gallo<br>Courtroom: 4A, Suite 4135<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT CORRECTIONAL HEALTHCARE PARTNERS, INC.** |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

/ / /

-1-

1  PLEASE TAKE NOTICE of the appearance of Lara S. Garner (CA Bar
2  Number: 234701), of Gordon Rees Scully Mansukhani, LLP, as counsel of record
3  for Defendant CORRECTIONAL HEALTHCARE PARTNERS, INC.

4  This filing constitutes the first appearance in this case of the attorney listed
5  above.  Other members of this attorney's firm or agency have previously appeared
6  in the case.

7  I certify that I am admitted to practice in the U.S. District Court for the
8  Southern District of California.  I am registered to receive all Notices of Electronic
9  Filings through the CM/ECF system under the email: lsgarner@grsm.com.

Respectfully submitted,

Dated:  May 13, 2022

GORDON REES SCULLY MANSUKHANI, LLP

By:  */s/ Lara S. Garner*
　　　Craig J. Mariam
　　　Michael J. Dailey
　　　Lara S. Garner
　　　Attorneys for Defendant
　　　Correctional Healthcare Partners, Inc.

-2-

| NOTICE OF APPEARANCE FOR DEFENDANT CORRECTIONAL HEALTHCARE PARTNERS, INC. | CASE NO.  3:20-cv-00406-AJB-WVG |
|---|---|