UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DARRYL DUNSMORE,<br><br>                              Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, *et al.*,<br><br>                            Defendants. | Case No.: 20-CV-406-AJB-WVG<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |
|---|---|

Defendant Correctional Healthcare Partners, Inc. filed a Motion to Dismiss Plaintiff's Complaint on **May 9, 2022**. (Doc. No. 134.) Plaintiff must file any opposition to the motion to dismiss by **June 10, 2022**. Defendant shall file any reply brief on or before **June 24, 2022**. Unless the Court directs otherwise in advance, this matter will be resolved without oral argument.

      **IT IS SO ORDERED.**

DATED: May 13, 2022

                                                  Hon. William V. Gallo<br>
                                                  United States Magistrate Judge