UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>Defendants. | Case No.:  20-CV-406-AJB-WVG<br><br>**ORDER ON DEFENDANT CORRECTIONAL HEALTHCARE PARTNERS, INC.'S MOTION TO SUBSTITUTE COUNSEL** |

Pending before this Court is Defendant Correctional Healthcare Partners, Inc.'s ("Defendant") Motion to Substitute Counsel ("Motion") as referred to this Court by presiding District Judge Anthony J. Battaglia. (Doc. No. 127.) Having reviewed and considered Defendant's submission, the Court GRANTS Defendant's Motion to substitute Craig J. Mariam (SBN 225280), Michael J. Dailey (SBN 301394), and Lara S. Garner (SBN 234701) (collectively "substituted counsel"), as retained counsel at Gordon Rees Scully Mansukhani, LLP, located at 101 W. Broadway, Suite 2000, San Diego, CA 92101, as attorney of record for Defendant instead of current counsel of record, Jeffrey S. Doggett and Brian T. Bloodworth, provided that substituted counsel are certain they can timely meet all existing deadlines and obligations in this case. If counsel have any doubt regarding their ability to timely meet existing deadlines and fulfill their obligations, counsel shall contact this Court's Chambers **no later than Wednesday, May 18, 2022** to request to

schedule a status conference.

**IT IS SO ORDERED.**

DATED: May 13, 2022

Hon. William V. Gallo
United States Magistrate Judge