UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>                           Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, *et al.*,<br><br>                         Defendants. | Case No.: 20-CV-406-AJB-WVG<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

Defendant County of San Diego filed a Motion to Dismiss Plaintiff's Complaint on **May 9, 2022**. (Doc. No. 133.) Plaintiff must file any opposition to the motion to dismiss by **June 23, 2022**. Defendant shall file any reply brief on or before **July 7, 2022**. Unless the Court directs otherwise in advance, this matter will be resolved without oral argument.

**IT IS SO ORDERED.**

DATED: May 24, 2022

Hon. William V. Gallo
United States Magistrate Judge