1  Susan E. Coleman (SBN 171832)
   E-mail:  scoleman@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
3  Los Angeles, CA  90071-2953
   Tel:  213.236.0600      Fax:  213.236.2700
4
   Attorneys for Defendants
5  COUNTY OF SAN DIEGO, (Also
   erroneously sued herein as SAN DIEGO
6  COUNTY SHERIFF'S DEPARTMENT, and
   SAN DIEGO COUNTY PROBATION
7  DEPARTMENT)

8                UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  DARRYL DUNSMORE, ERNEST          Case No.  3:20-cv-00406-AJB-WVG
    ARCHULETA, ANTHONY
12  EDWARDS, REANNA LEVY,            **DEFENDANT'S EX PARTE**
    JOSUE LOPEZ, CHRISTOPHER         **APPLICATION FOR A ONE –**
13  NELSON, CHRISTOPHER              **WEEK CONTINUANCE OF**
    NORWOOD, and LAURA               **DEADLINE TO OPPOSE**
14  ZOERNER, on behalf of themselves **PLAINTIFFS' MOTIONS FOR**
    and all others similarly situated, **PRELIMINARY INJUNCTION AND**
15                                   **PROVISIONAL CLASS**
                                     **CERTIFICATION**
16            Plaintiffs,
                                     *(Declaration of Susan E. Coleman filed*
17  v.                               *concurrently herewith*)

18  SAN DIEGO COUNTY SHERIFF'S       Judge:  Hon. Anthony J. Battaglia
    DEPARTMENT, COUNTY OF
19  SAN DIEGO, CORRECTIONAL
    HEALTHCARE PARTNERS, INC.,
20  TRI-CITY MEDICAL CENTER,
    LIBERTY HEALTHCARE, INC.,
21  MID-AMERICA HEALTH, INC.,
    LOGAN HAAK, M.D., INC., SAN
22  DIEGO COUNTY PROBATION
    DEPARTMENT, and DOES 1 to 20,
23  inclusive,

24            Defendants.

25

26       Defendant COUNTY OF SAN DIEGO (also erroneously sued herein as SAN

27  DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY

28  PROBATION DEPARTMENT), as more fully set forth in the accompanying

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4860-5005-4434 v1          - 1 -          3:20-CV-00406-AJB-WVG
                                              EPA FOR ORDER EXTENDING
                                              BREFING SCHEDULE

declaration of Susan E. Coleman, respectfully requests that this Court extend the briefing schedule regarding Plaintiffs' Motion for Preliminary Injunction and provisional class certification (Dkt 119), by ONE ADDITIONAL WEEK, continuing the current Opposition deadline from May 31, 2022, to June 7, 2022, for good cause shown.  (*See* Coleman Decl.)  This additional time is needed for two reasons:  (1) in order for medical and mental health staff to review, revise and authenticate declarations, and (2) to coordinate a joint filing with the co-defendants, given this Court's order for one joint opposition brief to be filed.

On May 2, 2022, Plaintiffs filed a voluminous motion for preliminary injunction and provisional class certification (Dkt 119).  The Court thereafter issued an order setting the hearing for June 16, 2022, at 2:00 p.m. and the briefing schedule as follows: the responses due by May 16, 2022, and replies due by May 23, 2022 (Dkt 124).  Defendant County of San Diego filed a request for a 30-day continuance of the Opposition deadline (Dkt 128), and was granted instead 2 weeks (Dkt 132).[1]

Additional time is needed to prepare the Opposition materials in order to respond with evidence to Plaintiffs' materials.  This involves not only reviewing the declarations and exhibits submitted with Plaintiffs' motion - including but not limited to 4 lengthy expert declarations with exhibits, 2 declarations from former jail health care workers (referred to as whistleblowers), and 23 inmate declarations with exhibits – but also reviewing the declarant-inmates' medical and custody records to respond to or refute the allegations.  This takes time not only for defense counsel, but it also involves extensive time from medical staff, mental health staff, and custody staff in the county jail system.

---

[1] In the court's minute order granting in part the previous ex parte application for additional time, it noted that Defendants knew Plaintiffs would be moving for a preliminary injunction and agreed to additional pages but did not raise any scheduling concerns.  (Dkt 132.)  However, as noted in Defendant's ex parte application (Dkt. 128), defense counsel had no idea of the immensity of the motion that would be filed.  Nor did defense counsel have any inkling that Plaintiffs' counsel would be completely unwilling to consider any extension of time if requested.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4860-5005-4434 v1

- 2 -

3:20-CV-00406-AJB-WVG
EPA FOR ORDER EXTENDING
BREFING SCHEDULE

1   The medical and mental health departments are currently working overtime
2   to transition their sub-contractors to Naphcare, Inc., which occurs on June 1, 2022,
3   and which entails switching over the record keeping system, prescriptions, and
4   revamping policies and procedures.  This transitional process already has County
5   medical and mental health staff working overtime to make the transition occur
6   smoothly and on time.  The current deadline of May 31, 2022 date is not feasible
7   for Defendant County to file its Opposition papers given the need to coordinate
8   declarations and exhibits with short-staffed medical and mental health personnel.

9       It is clear from the moving papers and declarations/exhibits, as well as from
10  communications with Plaintiffs' counsel, that they have been investigating the
11  County jails and speaking to staff and inmates and collecting evidence over at least
12  the last year if not longer.  Given the amount of time Plaintiffs had to prepare their
13  moving papers, and the number of issues at stake in the motion, the extension
14  sought by Defendant County is extremely modest.

15      For the above reasons, Defendant requests a 7-day extension of time for
16  Defendants to file a Joint Opposition Brief and supporting exhibits, from May 31,
17  2022, to June 7, 2022.

18  Dated: May 25, 2022                          BURKE, WILLIAMS & SORENSEN, LLP
19

20

21                                               By:  /s/ *Susan E. Coleman*
                                                    Susan E. Coleman
22
                                                 Attorneys for Defendants
23                                               COUNTY OF SAN DIEGO

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4860-5005-4434 v1                    - 3 -                    3:20-CV-00406-AJB-WVG
                                                                 EPA FOR ORDER EXTENDING
                                                                 BREFING SCHEDULE