UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.  3:20-cv-00406-AJB-WVG<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR A ONE – WEEK CONTINUANCE OF DEADLINE TO OPPOSE PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge:  Hon. Anthony J. Battaglia |

The Court hereby grants Defendant's *Ex Parte* Application for an Order extending the briefing schedule on Plaintiffs' motion for preliminary injunction and provisional class certification, as follows:

1.   The Deadline for Defendants County to file their Joint Opposition Brief and supporting exhibits, is continued from May 31, 2022, to June 7, 2022.

2.   Plaintiffs' reply brief shall be due ____ days after the Opposition brief(s) are filed.

3.   The hearing date is continued to _____, 2022.

IT IS SO ORDERED.

Dated: _____, 2022

_____
Honorable Anthony J. Battaglia
United States District Judge