```
 1  LOTZ DOGGETT & RAWERS, LLP
    LAUREN E. HARDISTY, ESQ. (SBN 258531)
 2  101 West Broadway, Suite 1110
 3  San Diego, California  92101
    Telephone:  (619) 233-5565
 4  Facsimile:  (619) 233-5564
 5
 6  Attorneys for Defendant, LOGAN
    HAAK, M.D.
 7
 8
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOENER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO GORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROGATION DEPARTMENT and DOES 1 TO 20, inclusive, <br><br> Defendants. | CASE NO.:  3:20-cv-00406-AJB-WVG <br><br> **CERTIFICATE OF SERVICE** <br><br> **Jury Trial Demanded** <br><br> Judge: Hon. Anthony J. Battaglia <br> Mag. Judge: Hon. William V. Gallo |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to the case. I am employed in, or a resident of, the County of San Diego where the service occurred; and my business address is 101 West Broadway, Suite 1110, San Diego, California 92101.

On May 26, 2022May 26, 2022, I served the following documents:

1. **LOGAN HAAK, M.D.'S REPLY IN SUPPORT OF MOTION TO DISMISS**

on all interested parties in this action in the following manner:

X   **BY ELECTRONIC FILING:**  I served each of the above referenced document(s) by E-filing in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California which will send notification of such filing to the interested parties as indicated below on the service list.

| | |
|---|---|
| CHRISTOPHER M. YOUNG – 163319<br>ISABELLA NEAL – 328323<br>OLIVER KIEFER – 332830<br>DLA PIPER LLP (US)<br>401 B Street, Suite 1700<br>San Diego, California 92101-4297<br>Telephone: (619) 699-2700<br>Facsimile: (619) 699-2701<br>Email: christopher.young@dlapiper.com<br>            isabella.neal@dlapiper.com<br>            oliver.kiefer@dlapiper.com | Attorneys for Plaintiff,<br>DARYL DUNSMORE |
| BARDIS VAKILI – 247783<br>JONATHAN MARKOVITZ – 301767<br>ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES<br>2760 Fifth Avenue, Suite 300<br>San Diego, California 92103-6330<br>Telephone: (619) 232-2121<br>Email: bvakili@aclusandiego.org<br>            jmarkovitz@aclusandiego.org | Attorneys for Plaintiff,<br>DARYL DUNSMORE |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | GAY CROSTHWAIT GRUNFELD – 121944<br>VAN SWEARINGEN – 259809<br>PRIYAH KAUL – 307956<br>ERIC MONEK ANDERSON – 320934<br>ROSEN, BIEN, GALVAN & GRUNFELD LLP<br>101 Mission St. 6th Fl.<br>San Francisco, CA 94105<br>Telephone: (415) 433-6830<br>E-mail: ggrunfeld@rbgg.com<br>           vswearingen@rbgg.com<br>           pkaul@rbgg.com<br>           eanderson@rbgg.com | Attorneys for Plaintiff,<br><br>DARYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOENER |
| 9<br>10<br>11<br>12<br>13<br>14 | AARON J. FISCHER – 247391<br>LAW OFFICE OF<br>AARON J. FISCHER<br>2001 Addison Street, Suite 300<br>Berkeley, California 94704-1165<br>Telephone: (510) 806-7366<br>Facsimile: (510) 694-6314<br>Email: ajf@aaronfischerlaw.com | Attorneys for Plaintiff,<br><br>DARYL DUNSMORE |
| 15<br>16<br>17<br>18<br>19<br>20 | RONALD LENERT<br>COUNTY OF SAN DIEGO OFFICE OF COUNTY COUNSEL<br>1600 Pacific Highway, Room 355<br>San Diego, CA 92101-2469<br>Telephone:  (619) 531-6005<br>Facsimile: (619) 531-6005<br>Ronald.lenert@sdcounty.ca.gov | Attorneys for Defendant,<br><br>COUNTY OF SAN DIEGO and SAN DIEGO COUNTY SHERIFF'S DEPARTMENT |
| 21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | CRAIG J. MARIAM<br>MICHAEL J. DAILEY<br>LARA S. GARNER<br>GORDON REES SCULLY MANSUKHANI, LLP<br>101 West Broadway, Suite 2000<br>San Diego, CA 92101<br>Telephone: (619) 696-6700<br>Fascimile:  (619) 696-7124<br>Email: cmariam@gordonrees.com<br>           jfarrar@gordonrees.com<br>           lsgarner@grsm.com | Attorneys for Defendant,<br><br>CORRECTIONAL HEALTHCARE PARTNERS, INC. |

| | |
|---|---|
| MARILYN R. MORIARTY<br>LEWIS BRISBOIS BISGAARD AND SMITH<br>701 B Street, Suite 1900<br>San Diego, CA  92101<br>Telephone: (619) 233-1006<br>Marilyn.moriarty@lewisbrisbois.com | Attorneys for Defendant, LIBERTY HEALTHCARE, INC. |
| CHRISTOPHER THOMAS GROHMAN<br>WILLIAM PHILIP SWEET<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker, Suite 2800<br>Chicago, IL  60601<br>Telephone: (312) 515-7313<br>cgrohman@taftlaw.com<br>wsweet@taftlaw.com | Attorneys for Defendant, Mid-America Health, Inc. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2022, at San Diego, California

By: s/ LAUREN E. HARDISTY
E-mail: lhardisty@ldrlaw.com