SHARON L. HIGHTOWER (SBN: 129874)
LAURA E. MALKOFSKY (SBN: 142536)
ERICKSEN ARBUTHNOT
210 North Fourth Street, Suite 350
San Jose, CA 95112
Tel: (408) 286-0880
Fax: (408) 286-0337
shightower@ericksenarbuthnot.com
lmalkofsky@ericksenarbuthnot.com

MARILYN R. MORIARTY (SBN: 89818)
LEWIS BRISBOIS BISGAARD AND SMITH
701 B Street, Suite 1900
San Diego, CA 92101
(619) 233-1006
marilyn.moriarty@lewisbrisbois.com

Attorneys for Defendant
LIBERTY HEALTHCARE CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| DARRYL DUNSMORE, EARNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPT., and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>DECLARATION OF HERBERT T. CASKEY, M.D. IN SUPPORT OF DEFENDANT LIBERTY HEALTHCARE CORPORATION'S OPPOSITION TO MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION<br><br>Judge: Hon. Anthony J. Battaglia<br>Date: June 30, 2022<br>Time: 2:00 p.m.<br>Court: 4A<br><br>Complaint Filed: March 2, 2020<br>Trial: TBD |

I, HERBERT T. CASKEY, M.D., declare as follows:

1. I am the President of Liberty Healthcare Corporation.

2. On May 17, 2022, the County of San Diego notified Liberty Healthcare Corporation ("Liberty") that it was terminating its contract with Liberty effective May 31, 2022. Following termination, Liberty would no longer be the mental health service provider for the San Diego County jail system ("Jail"). (See attached as **Exhibit 1** to this Declaration, a true and accurate copy of the County of San Diego's Termination Letter to Liberty Healthcare Corporation.)

3. Liberty has been notified that the County of San Diego has contracted NaphCare, Inc. to be the new mental health care provider for the Jail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 26th day of May, 2022.

_____
HERBERT T. CASKEY, M.D.
President of Liberty Healthcare Corporation

- Exhibit 1 -



# County of San Diego

**JOHN M. PELLEGRINO**
DIRECTOR

DEPARTMENT OF PURCHASING AND CONTRACTING
5560 OVERLAND AVENUE, SUITE 270, SAN DIEGO, CALIFORNIA 92123-1204
Phone (858) 505-6367    Fax (858) 715-8452

**ALLEN R. HUNSBERGER**
ASSISTANT DIRECTOR

May 17, 2022

Sophia Almy
Liberty Healthcare Corporation
401 East City Avenue, Suite 820
Bala Cynwyd, PA 19004

## TERMINATION FOR CONVENIENCE OF CONTRACT NO. 555357 – COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES

The County of San Diego is exercising its option to terminate contract number 555357 for Comprehensive Onsite Detention Psychiatric Health Services pursuant to Article 7.4, Termination for Convenience, of the service agreement. This contract is being terminated effective May 31, 2022.

If you have any contractual questions, please contact Josielyn Kaai, Procurement Contracting Officer, at (858) 505-6368, or by email at josielyn.kaai@sdcounty.ca.gov. All questions pertaining to programmatic and fiscal issues should be directed to Dane Gapuz, Sheriff's Program Coordinator, at (858) 974-5975 or by email at dane.gapuz@sdsheriff.org.

JOSIELYN KAAI, Procurement Contracting Officer
Department of Purchasing and Contracting

cc:   DPC Correspondence File

Email: sophia.almy@libertyhealth.com



# County of San Diego

**JOHN M. PELLEGRINO**
DIRECTOR

DEPARTMENT OF PURCHASING AND CONTRACTING
5560 OVERLAND AVENUE, SUITE 270, SAN DIEGO, CALIFORNIA 92123-1204
Phone (858) 505-6367     Fax (858) 715-6452

**ALLEN R. HUNSBERGER**
ASSISTANT DIRECTOR

May 17, 2022

Sophia Almy
Liberty Healthcare of California, Inc.
2251 San Diego Avenue, Suite B-110
San Diego, CA 92110

### TERMINATION FOR CONVENIENCE OF CONTRACT NO. 563733 – JAIL BASED COMPETENCY TREATMENT PROGRAM SERVICES

The County of San Diego is exercising its option to terminate contract number 563733 for Jail Based Competency Treatment Program Services pursuant to Article 7.5, Termination for Convenience, of the service agreement. This contract is being terminated effective May 31, 2022.

If you have any contractual questions, please contact Josielyn Kaai, Procurement Contracting Officer, at (858) 505-6368, or by email at josielyn.kaai@sdcounty.ca.gov. All questions pertaining to programmatic and fiscal issues should be directed to Dane Gapuz, Sheriff's Program Coordinator, at (858) 974-5975 or by email at dane.gapuz@sdsheriff.org.

JKaai

JOSIELYN KAAI, Procurement Contracting Officer
Department of Purchasing and Contracting

cc:     DPC Correspondence File

Email: sophia.almy@libertyhealth.com

CASE NAME: DUNSMORE v. SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
ACTION NO: 3:20-cv-00406-AJB-WVG

## CERTIFICATE OF SERVICE

I declare that I am employed in the County of Santa Clara, California. I am over the age of eighteen (18) years and not a party to the within cause; my business address is 210 No. Fourth Street, Suite 350, San Jose, CA 95112.

I served the attached: *DECLARATION OF HERB CASKEY, M.D. FOR LIBERTY HEALTHCARE, CORPORATION IN SUPPORT OF DEFENDANT LIBERTY HEALTHCARE, CORPORATION'S OPPOSITION TO MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION* on the interested parties in said cause, using the following method:

/ /   **(BY MAIL)** I placed each sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at San Jose, California, following ordinary business practices. I am readily familiar with the practice of ERICKSEN ARBUTHNOT for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/ /   **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted below.

/ /   **(BY FEDERAL EXPRESS)** The foregoing document was placed in a sealed envelope provided by Federal Express/UPS, designated as overnight (delivery by next business day) with delivery fees paid or provided for and addressed as stated below. I deposited such envelope in the Federal Express/UPS collection box at 210 North Fourth Street, San Jose, California.

/ /   **(BY FACSIMILE)** I caused the said document to be transmitted by facsimile machine to the facsimile number indicated after the address(es) noted below. Such transmission was verified as complete and without error.

/XX/  **(BY ELECTRONIC SERVICE)** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below. OR: The above-described document(s) will be delivered electronically through the Court's electronic filing system.

/ /   **(ELECTRONIC SERVICE VIA ONE LEGAL)** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the above-entitled document to be served through One Legal at www.onelegal.com addressed to all parties appearing on the electronic service list for the above-entitled case. The service transmission was reported as complete and a copy One Legal Receipt Page/ Confirmation will be filed, deposited or maintained with the original document in this office. All parties that do not appear on the electronic service list will be sent a copy by US Mail.

## ATTORNEYS FOR PLAINTIFF DARRYL DUNSMORE:

*Christopher M. Young*
*DLA Piper US*
*401 B Street*
*Suite 1700*
*San Diego, CA 92101-4297*
*P: (619) 699-2700/ Fax: (619) 699-2701*
*Email:* christopher.young@dlapiper.com

*Gay Crosthwait Grunfeld*
*Rosen Bien Galvan & Grunfeld, LLP*
*101 Mission Street, Sixth Floor*
*San Francisco, CA 94105*

DECLARATION OF HERB CASKEY, M.D. IN SUPPORT OF OPPOSITION TO MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION
- 3 -

*P: 415-433-6830 / Fax: 415-433-7104*
*Email:* ggrunfeld@rbgg.com
*Isabella Maria Neal*
*4084 Eagle Street, Apartment B*
*San Diego, CA 92103*
*360-915-3920*
*Email:* isabella.neal@us.dlapiper.com

*Oliver M. Kiefer*
*DLA Piper LLP (US)*
*401 B Street, Suite 1700*
*San Diego, CA 92101*
*619-699-2781*
*Email:* oliver.kiefer@us.dlapiper.com

*Aaron J. Fischer*
*Law Office of Aaron J. Fischer*
*2001 Addison Street, Suite 300*
*Berkeley, CA 94704*
*510-806-7366*
*Fax: 510-694-6314*
*Email:* ajf@aaronfischerlaw.com

*Bardis Vakili*
*ACLU Foundation of San Diego & Imperial Counties*
*P.O. Box 87131*
*San Diego, CA 92138-7131*
*(619) 232-2121 / Fax: (619) 232-0036*
*Email:* bvakili@aclusandiego.org

*Eric D. Monek Anderson*
*Rosen Bien Galvan & Grunfeld LLP*
*101 Mission Street, Sixth Floor*
*San Francisco, CA 94105*
*415-433-6830*
*Email:* eanderson@rbgg.com

*Jonathan Paul Markovitz*
*ACLU of San Diego & Imperial Counties*
*P.O. Box 87131*
*San Diego, CA 92138*
*619-232-2121 / Fax: 619-232-0036*
*Email:* jmarkovitz@aclusandiego.org

*Priyah Kaul*
*Rosen Bien Galvan & Grunfeld LLP*
*101 Mission Street, Sixth Floor*
*San Francisco, CA 94105*
*415-433-6830*
*Email:* pkaul@rbgg.com

**ATTORNEY FOR PLAINTIFFS:**
Darryl Dunsmore, Josue Lopez, Christopher Nelson, Reanna Levy, Christopher Norwood, Ernest Archuleta, Anthony Edwards, Laura Zoerner

*Richard Van Swearingen*
*Rosen Bien Galvan & Grunfeld, LLP*
*101 Mission Street*
*Sixth Floor*
*San Francisco, CA 94105*
*415-433-6830*
*Fax: 415-433-7104*
*Email:* vswearingen@rbgg.com

*Hannah M. Chartoff*
*Rosen Bien Galvan & Grunfeld LLP*
*101 Mission Street*
*6th Floor*
*San Francisco, CA 94105*
*415-433-6830*
*Email: hchartoff@rbgg.com*

**ATTORNEY FOR DEFEDANT SD SHERIFF DEPT.:**
Ronald Lenert
County of San Diego Office of County Counsel
1600 Pacific Highway, Room 355
San Diego, CA 92101
(619) 531-4860 Fax: 619-531-6005
E-mail: Ronald.emert@sdcounty.ca.gov

**ATTORNEY FOR DEFENDANT MID-AMERICA HEALTH, INC.**
Christopher Thomas Grohman *(Pro Hac Vice)*
Taft Stettinius & Hollister LLP
111 East Wacker, Suite 2800
Chicago, IL 60601
(312) 515-7313
E-mail: egrohman@taftlaw.com

DECLARATION OF HERB CASKEY, M.D. IN SUPPORT OF OPPOSITION TO MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION
- 5 -

William P. Sweet (Pro Hac Vice)
Taft Stettinius & Holloster LLP
One Indian Square, Suite 3500
Indianapolis, IN 46204
(317) 713-6531
wsweet@taftlaw.com

*James Richard Andrew Dawson (Pro Hac Vice)*
*Taft Stettinius & Hollister LLP*
*One Indiana Square*
*Suite 3500*
*Indianapolis, IN 46204*
*317-713-3500*
*Email:* jdawson@taftlaw.com

**ATTORNEY FOR DEFENDANT COUNTY OF SAN DIEGO**
Matthew Patrick O'Sullivan
San Diego County Counsel
1600 Pacific Highway, Suite 355
San Diego, CA 92101
(858-705-5596
Matthew.o'sullivan@sdcounty.ca.gov

Susan E. Colman
Burke, Williams & Sorensen LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
(213) 236-2700
scolman@bwslaw.com

**ATTORNEY FOR CORRECTIONAL HEALTHCARE PARTNERS, INC.**
Craig J. Mariam
Michael J. Dailey
Lara S. Garner
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
T: (619) 696-6700
F: (213) 680-4470
Email: cmariam@grsm.com; mdailey@grsm.com; lsgarner@grsm.com

DECLARATION OF HERB CASKEY, M.D. IN SUPPORT OF OPPOSITION TO MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION
- 6 -

1  Jeffrey Scott Doggett
2  Brian T. Bloodworth
   Lotz Doggett and Rawers
3  101 West Broadway, Suite 1110
   San Diego, CA 92101
4  (619)233-5565
5  Fax: (619)233-5564
   Email: jdoggett@ldrlaw.com; bbloodworth@ldrlaw.com
6
7  **CO-COUNSEL for LIBERTY HEALTHCARE, INC.**
   Marilyn R. Moriarty
8  Lewis Brisbois Bisgaard and Smith
   701 B Street, Suite 1900
9  San Diego, CA 92101
10 (619) 233-1006
   Marilyn.moriarty@lewisbrisbois.com
11
12 **ATTORNEY FOR DEFENDANT LOGAN HAAK, M.D., INC.**
   Lauren Hardisty
13 LOTZ, DOGGETT & RAWERS LLP
   101 W. Broadway Sruite 110
14 San Diego, CA 92101
   (619) 233-5565
15 lhardisty@ldrlaw.com
16
17 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on May 31, 2022, at San Jose, California.
18
19                                                   *Jennifer Earnest* (signature)
                                                     Jennifer Earnest
20
21
22
23
24
25
26
27
28

DECLARATION OF HERB CASKEY, M.D. IN SUPPORT OF OPPOSITION TO MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION
- 7 -