Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600   Fax: 213.236.2700

Attorneys for Defendants
COUNTY OF SAN DIEGO, (Also erroneously sued herein as SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, and SAN DIEGO COUNTY PROBATION DEPARTMENT)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF SUSAN E. COLEMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Date:   June 30, 2022<br>Time:   2:00 p.m.<br>Courtroom: 4A<br><br>Judge:   Hon. Anthony J. Battaglia |

I, SUSAN E. COLEMAN, declare as follows:

1. I am an attorney licensed to practice law before this Court, and a Partner with the law firm of Burke, Williams & Sorensen, LLP, counsel of record

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4859-7146-0643 v2      - 1 -      3:20-CV-00406-AJB-WVG
DECLARATION IN SUPPORT OF MOTION
TO FILE DOCUMENTS UNDER SEAL

in this matter for Defendant COUNTY OF SAN DIEGO ("Defendant").  Unless otherwise stated, the following statements are true of my own personal knowledge, and if called upon to testify, I could and would testify competently thereto.

2. I make this declaration in support of the administrative motion to file under seal certain medical records attached to the declarations of J. Montgomery, O.D., which are being filed concurrently with Defendant's opposition to Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

3. The medical records contain sensitive and personal information related to inmates' medical and mental health histories, conditions, diagnoses, and treatments. The records also describe conversations that took place between the inmates and medical and mental health staff at Defendant's jails.  Many of these conversations took place in a confidential or semi-confidential setting.   As such, there was an expectation that the disclosed information would remain private.

4. Attached as **Exhibit "A"** is a list of the exhibits attached to the declarations of J. Montgomery, O.D., which Defendant seeks to file under seal. True and correct copies of the medical records are attached to Defendants' Proposed Documents Filed Under Seal in Support of Opposition to Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification being filed concurrently herewith.

5. I have met and conferred with Plaintiff's counsel prior to filing this motion.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on May 31, 2022, at San Diego, California.

                              */s/   Susan E. Coleman*
                              Susan E. Coleman

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4859-7146-0643 v2

- 2 -

3:20-CV-00406-AJB-WVG
DECLARATION IN SUPPORT OF MOTION TO FILE DOCUMENTS UNDER SEAL

**Exhibit "A"**

**(Medical Records Attached to Declarations of Dr. Montgomery Being Filed under Seal)**

1. Exhibits A-L to Declaration re Inmate Ernest Archuleta.
2. Exhibits A-H to Declaration re Inmate Mark Baker.
3. Exhibits A-C to Declaration re Inmate Gary Bartlett.
4. Exhibits A-E to Declaration re Inmate Dion Scott Buckelew.
5. Exhibit A to Declaration re Inmate James Clark.
6. Exhibit A to Declaration re Inmate Waylon Cozart.
7. Exhibit A to Declaration re Inmate Darryl Lee Dunsmore.
8. Exhibit A to Declaration re Inmate Anthony Ray Edwards.
9. Exhibits A-B to Declaration re Inmate Robert Hollon.
10. Exhibits A-O to Declaration re Inmate Cedrick Jones.
11. Exhibits A-B to Declaration re Inmate Michael Keavney.
12. Exhibits A-C to Declaration re Inmate Reanna Levy.
13. Exhibits A-L to Declaration re Inmate Jose Antonio Lopez.
14. Exhibit A to Declaration re Inmate Josue Lopez.
15. Exhibits A-C to Declaration re Inmate Christopher Nelson.
16. Exhibits A-B to Declaration re Inmate Christopher Norwood.
17. Exhibit A to Declaration re Inmate Karina Gorget Rios.
18. Exhibit A to Declaration re Inmate Joshua Roberts.
19. Exhibits A-P to Declaration re Inmate Gustavo Sepulveda.
20. Exhibit A to Declaration re Inmate David Francis Smith.
21. Exhibits A-I to Declaration re Inmate Daniel Webb.
22. Exhibits A-N to Declaration re Inmate Nikki Yach.
23. Exhibit H to Declaration of E. Mendoza.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4859-7146-0643 v2

- 3 -

3:20-CV-00406-AJB-WVG
DECLARATION IN SUPPORT OF MOTION TO FILE DOCUMENTS UNDER SEAL