Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600      Fax:  213.236.2700

Attorneys for Defendant
COUNTY OF SAN DIEGO (Also
erroneously sued herein as SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT, and
SAN DIEGO COUNTY PROBATION
DEPARTMENT)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No.  3:20-cv-00406-AJB-WVG <br><br> **DECLARATION OF J. ADAMOS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, J. ADAMOS declare as follows:

1.      I am a Captain in the Detention Support Division of the San Diego

County Sheriff's Department. I have been employed by the County of San Diego for over 20 years.

2. I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief, and would competently testify thereto if called and sworn as a witness.

3. There are 2 elevators available to incarcerated persons at the Central Jail. When the elevators for incarcerated persons break down at the Central Jail, we improvise and escort the inmates in staff elevators (there are also 2 elevators for staff). The Central Jail is currently in the process of making elevator improvements. Currently one elevator for incarcerated persons has been fully renovated. The other incarcerated persons' elevator is in the process of being renovated.

4. At the Central Jail, we have implemented a process to check the intercom buttons in the intake process and other holding areas at least twice daily. Attached as Exhibit A is a true and correct copy of the Facility Commander's Directive #5, dated May 6, 2022, regarding 1st and 2nd Floor Daily Intercom Check, directing the 1st and 2nd floor emergency call intercoms to be checked each shift during the Sergeant's daily supervisor inspection safety check. The information will be entered into the Jail Information Management System (JIMS) to indicate that the intercom check has been completed and any discrepancies identified in the notes. Any cell with an inoperable intercom is placed out of service and a maintenance request is submitted. If an incarcerated person is put into a holding area with an inoperable intercom, it will be directly supervised or have 30-minute safety checks.

5. Attached as Exhibit B is the SDCJ Green Sheet for Policy I.61.C.2 – Facility Security – Control Touch Screen Operation. It prohibits unplugging or disabling the speakers for the touchscreen system. Deputies must log in when they go on duty and check the volume of the speaker and operation of the intercom. Muting of the touch screen speaker is strictly prohibited.

6.     There is a way to temporarily disable calls from a particular cell for a period of 15 minutes; however, this is to be used sparingly if the repeated calls from one cell are impeding safe and effective control position operations and only after floor deputies have verified there is no emergency.  (See Exh. B.)  Otherwise, a persistent prisoner can repeatedly push the intercom asking for more toilet paper (for example), and the control screen flashes to his cell alarm instead of the overall map image of the unit.  This can result in one person's cell being seen repeatedly when perhaps others incarcerated persons need attention more.

7.     Hygiene inspections are conducted routinely to ensure that cells and dorms are kept clean and hygienic. For the mainline population, incarcerated persons are provided cleaning supplies and given direction regarding cleaning. During the hygiene inspection, incarcerated persons exit their cells.  Clothing and linen are exchanged as needed.  Staff clean the housing areas in the Psychiatric Stabilization Unit (PSU) and Medical Observation Bed (MOB), due to the medical and psychiatric conditions of their incarcerated persons.  This procedure is documented in Central Jail Facility's Green Sheet section L.2.C.1 – Sanitation and Hygiene Inspections, a true and correct copy of which is attached as Exhibit C.

8.     During the hygiene inspections, any persons exhibiting extremely poor hygiene or self neglect will be referred to health staff for examination and evaluation.  Any maintenance issues will also be documented with proper notification for repairs.  A rating sheet is completed and posted.  (*See* Exh. C.)

9.     Hygiene inspections in Administrative Segregation units are also conducted weekly.  Facility workers are used to clean common areas and cells in high risk security units.  Cells are inspected when incarcerated persons are not present (*i.e.* recreation yard, medical, court, etc.).

10.     We currently have body scanners at 4 of our 6 facilities, with a total of 5 in all.  Two are at Las Colinas DRF, one at Vista DF, one at SD Central Jail, and one at George Bailey DF.  These are the facilities that conduct intake/ booking, so

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

3:20-CV-00406-AJB-WVG
ADAMOS DECLARATION ISO OPPOSITION

scanners are not needed at the other facilities.  If a body scanner is out of service at SDCJ, we do pat-down searches, strip searches, and take the individuals to X-ray their mid-section on the second floor.

11.    If an abnormality is seen on the scanner and the person is still in the custody of the arresting officer, they are refused for booking and taken to the hospital.  Otherwise, if an abnormality is seen during scanning, the person is sent upstairs for an X-ray, which is read by a licensed radiologist.

12.    Not every person is scanned during intake because we rely on voluntary compliance.  Our current policy states we will not use force to implement the body scanner.  We try to gain voluntary compliance with all incoming arrestees, but some people refuse to be scanned.  If people refused to be scanned, they are x-rayed (if they consent).  They can also be put on contraband watch, where they are put into an observation room without a flushing toilet until they have a bowel movement and it can be determined if they excreted any drugs/packaging.

13.    If there is an abnormality on the body scanner, we have to obtain a search warrant in order to remove the item (preferably at the hospital) unless the person agrees to voluntarily remove the item or it is excreted in an observation room while on contraband watch.

14.    Deputies have been trained on use and interpretation of the body scanner and they get better with each encounter. We try to have the same deputies assigned to the body scanner for purposes of continuity and knowledge.  However, the body scanner cannot detect all drugs or foreign objects, especially in small quantities. It best detects abnormalities that are compact and do not appear to be normal parts of the skeleton or organs.  Attached as Exhibit D is a true and correct copy of the PowerPoint used to train operators on using the Soter body scanners.  As shown, the image can be enlarged, viewed in neutral/ 3D / embossed/ negative/ sepia/ neutral/ or sharpened.  The image contrast and lighting can be increased or decreased.  These options allow the operator to better detect abnormalities.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -

3:20-CV-00406-AJB-WVG
ADAMOS DECLARATION ISO OPPOSITION

15.     Attached as Exhibit E are true and correct copies of several scans done in May 2022, at the Central Facility, along with examples of negative and positive scans for reference.  On the body scanner, the images can be zoomed in or adjusted in order to see portions of the body better or differently if needed.

16.     While part of our role as custody staff is to safeguard inmates from hurting each other or themselves, we must also protect staff.  There have been 793 assaults on staff by incarcerated persons from January 2017 to present, with 71 assaults on staff as of May 16, 2022.  These range from assaults with a fist/foot/elbow to having urine or feces thrown to deadly assaults with inmate-manufactured weapons.

16.     The facility at Rock Mountain (near the R.J. Donovan CDCR prison in Otay Mesa) is expected to open its first phase in October 2022, with additional phases scheduled thereafter.  I believe is still under discussion as to which population will be housed at Rock Mountain; however, most likely, it will house prisoners from George Bailey so that facility can begin renovations. It is being renovated in a manner that is ADA-compliant so it can house disabled prisoners.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on May 27, 2022, at San Diego, California.

J. Adamos

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 5 -

3:20-CV-00406-AJB-WVG
ADAMOS DECLARATION ISO OPPOSITION

EXHIBIT A



# COUNTY OF SAN DIEGO

### INTER-DEPARTMENTAL CORRESPONDENCE

May 6, 2022

**TO:**     Lieutenants and Sergeants
San Diego Central Jail

**FROM:**   Carl Darnell, Captain
San Diego Central Jail

## FACILITY COMMANDER'S DIRECTIVE #5 – 1st and 2nd Floor Daily Intercom Check

The 1st and 2nd Floor Emergency Call Intercoms will be checked each shift during the Sergeant's Daily Supervisor Inspection Safety Check. All intercoms will be checked with SDCJ Central Command Deputies (CCC) to ensure CCC is receiving the call promptly and the intercom is operational. 1st Floor Intercoms operational status will be checked by the sergeant with intake control. The Sergeant will make an entry in the Jail Information Management System (JIMS) under ALARMS that the intercom check has been completed and any discrepancies noted in the notes section.

Any cell found with an inoperable intercom will be placed out of service and all SDCJ Administrative staff will be notified via email and a maintenance request will be submitted. If an incarcerated person is placed in a holding area with no emergency intercom button, direct supervision or 30-minute safety checks will be conducted if those areas are occupied.

Carl Darnell, Captain
San Diego Central Jail

EXHIBIT B

**SDSD Detention Services Bureau—San Diego Central Jail Green Sheet**

| | |
|---|---|
| **DATE:** | **April 15, 2022** |
| **NUMBER:** | **I.61.C.2** |
| **SUBJECT:** | **FACILITY SECURITY - CONTROL TOUCH SCREEN OPERATION** |

PROCEDURE

The following procedures will apply to Intake Control, CCC, PSU and all housing floor control touch screens.

TOUCH SCREEN MONITOR CONTROLS

At the start of each shift, or any time you relieve operations on a control touch screen, you must log off the previous user and log in using your own credentials.  Once logged into the control touch screen each operator shall check the volume controls on the touch screen monitor and ensure the volume is at a reasonable level where any audible alarms can be heard from your work location. Deputies will not unplug or disable speakers connected to the touchscreen system. Control deputies will create a "10-8 Briefed" log entry. The deputy will note in the description field a volume check and intercom check conducted. If any issues are found, they will note the nature of the issue and what sergeant was notified.

Sergeants assigned to the movement or security position will visually inspect each touchscreen once per shift to insure proper function. This will be documented in the notes section of the JIMS Supervisor Log Review entry. Maintenance and SDCJ administrative notification will be required for any intercom found not in working order. If an intercom is found not to be operable, the cell will be placed out of service until the intercom is fixed. 30-minute safety checks will be required if any incarcerated person is placed in a cell with an identified inoperable intercom and the watch commander will be immediately notified.

DEPUTIES **SHALL NOT** MUTE THE TOUCH SCREEN VOLUME AT ANY TIME.

TOUCH SCREEN LINKED INTERCOM

Deputies operating a control touch screen should ensure their intercom system is operational and they are able to both communicate and receive communications on their intercom box.  Any intercom issues or malfunctions should be relayed to the operations deputy as soon as practical.

USE OF "DISABLE CALL IN" FEATURE:

The "DISABLE CALL IN" feature temporarily blocks a selected cell from giving an audible alarm to the control position for a period of fifteen (15) minutes.

The "DISABLE CALL IN" feature should be used sparingly and only in those cases where you have confirmed with the floor deputies that there is no emergency and the repeated intercom events coming from a cell impede safe and effective control position operations. (Refer to DSB P&P Section I.2).

EXHIBIT C

SDSD Detention Services Bureau—San Diego Central Jail Green Sheet

| | |
|---|---|
| **DATE:** | **April 26, 2022** |
| **NUMBER:** | **L.2.C.1** |
| **SUBJECT:** | **SANITATION AND HYGIENE INSPECTIONS** |

<u>PROCEDURE</u>

**AN INSPECTION SHOULD NOT RESULT IN THE HOUSING UNIT BEING LEFT IN DISARRAY BY THE INSPECTING DEPUTIES.**

Cancellation of hygiene inspections shall be at the discretion of the watch commander. An entry shall be made in the watch commander's log and in JIMS articulating the affected area and reason for the cancellation.

<u>GENERAL HOUSING</u>

Hygiene inspections for floors 4 through 8 shall be conducted on Saturdays by the assigned dayshift teams, except for facility worker modules, high risk security level housing and Jail Based Competency Treatment (JBCT) modules. Module 6D shall be inspected by the JBCT deputies on Fridays. Modules 8A/8B shall be inspected by the facility worker deputy. A supervisor shall be present at all OP Step Down inspections and Ad Seg Inspections. High risk security level housing shall follow the inspection procedure outlined below.

Deputies shall provide cleaning supplies to incarcerated persons prior to the hygiene inspection. Deputies shall give the incarcerated persons verbal directions regarding cleaning and emphasize the areas that will be inspected. (e.g., sweep and mop the floors, clean the windows, surrender all unauthorized contraband, food, excess clothing, etc.)  All incarcerated persons will exit their cell during inspection. Clothing and linen will be exchanged if deemed soiled or unsuitable for the incarcerated person. This exchange will be completed as soon as practical.

The Psychiatric Stabilization Unit (PSU) and Medical Observation Bed (MOB) housing areas shall be inspected on Saturdays. Due to the medical and psychiatric conditions of incarcerated persons housed in PSU and MOB, facility workers shall clean these housing areas.

SDCJ health staff will be notified of any incarcerated persons exhibiting extremely poor hygiene, self-neglect or the inability to take care for oneself. A health exam should be conducted by health staff to check on the individual's wellbeing. An ISR will be written documenting who conducted the evaluation, their ARJIS and the outcome.
 The following guidelines will be observed:

1.  All common and personal areas shall be inspected for cleanliness, maintenance, and security issues.

2.  All reported maintenance issues shall be documented with proper notifications for repairs.

3.  The SDCJ Module Inspection Rating Sheet shall be completed for each area and submitted to supervisors for approval.

4.  A copy of the approved SDCJ Module Inspection Rating Sheet shall be posted in each module and the original signed documents shall be sent to the operations deputy for archiving.

5.  A JIMS entry will be made under the event type "INSPECTION" documenting the completion of the hygiene inspection.

The Module Inspection Rating Sheets can be found attached to this green sheet. Individual rule violations relating to the hygiene inspection shall be completed per Detentions Policy and Procedure Section O.1. (Refer to individual SDCJ Module Inspection Rating Sheet for specific instructions and scoring.)  Major security or law violations should be documented in the appropriate manner.

An inmate's mental health should be taken into consideration when deciding on disciplinary sanctions.

<u>HIGH RISK SECURITY LEVEL HOUSING (ADMINISTRATIVE SEGREGATION)</u>

High risk security level housing hygiene inspections (E modules) shall be conducted throughout the week and finalized by the Saturday nightshift team. Facility workers shall be utilized to clean common areas and cells in all high risk security level housing modules.

Both dayshift and nightshift teams should inspect high risk security level housing cells throughout the week when incarcerated persons are not present (e.g. rec yard time, medical, court, empty cells, etc...). Incarcerated persons identified as AD-SEG will have their cell inspected during the allotted inspection period. The Sunday dayshift housing control deputies shall begin a SDCJ Module Inspection Rating Sheet and record when high risk security level housing cells are inspected during the week. This rating sheet shall remain in the control area during the inspection cycle and the Saturday nightshift team shall be responsible for inspecting all cells not inspected during the week.

At the end of each shift, the housing control deputy shall make a JIMS log entry in the Area Activity under the event type, "INSPECTION" and list the cell number(s) of each high risk security level housing cells inspected.

Every Saturday night, the key control deputy shall review the JIMS Area Activity under "INSPECTION" and notify the watch commander of any high risk security level housing cells that were not inspected. Once all high risk security level housing cells are inspected, the SDCJ Module Inspection Sheet shall be sent to the team supervisors for their review and signatures and the form shall be sent to the administrative deputy for archiving.

<u>INTERCOM INSPECTION</u>

Each week during hygiene inspection, deputies on floors 1 through 8 shall perform a check of all intercoms on their respective floors to ensure the intercoms are functioning, cleared of obstructions and confirmed with control that the intercom is in working order. Deputies shall complete a SDCJ Module Inspection Rating Sheet and document the status of every intercom. For all malfunctioning intercoms, the inspecting deputy shall notify the operations deputy.

<u>SDCJ MODULE INSPECTION RATING SHEET</u>

Each module with cells and dorm style housing will be inspected for cleanliness, maintenance and security issues. The grading is a PASS or FAIL system. To receive a passing grade, incarcerated persons cells and dorm sleeping areas must be clean with no excess trash, food, bedding, etc.

Individual cells that PASS will be awarded an extra hour of dayroom time which will occur on Saturdays from 2300 to 0001 hours. Housing modules operating on the tier program shall allow one tier an extra hour of dayroom time on Saturday night, and the opposite tier shall receive an extra hour of dayroom time on Sunday night. The extra dayroom time on Sunday will be given from 2200 to 2300 hours.

SANITATION AND HYGIENE INSPECTIONS                    Page 2 of 6

**SDCJ Module Inspection Rating Sheet**

DATE&TIME: 4/26/2022 1:51 PM          MODULE: Choose an item.

INSPECTING DEPUTY(s): _____

AREA SERGEANT: _____   Signature _____

WATCH COMMANDER: _____   Signature_____

**SECTION 1- DAY ROOM:** Dayroom cleanliness is the responsibility of all inmates. Major contraband items found in the dayroom will result in failure. Note all repairs in comment section

| AREA | SCORE | COMMENTS |
|---|---|---|
| Wall and Windows | Pass / Fail | _____ |
| Floors and Stairs | Pass / Fail | _____ |
| Contraband | Pass / Fail | _____ |

| Circle an item in need of maintenance: | Phones / Water Fountain / Sink / Tables & Floor / Televisions / Lights / Showers / Intercoms / Windows / Cross – Over Doors / Module Gate |
|---|---|

**Maintenance Notes:** _____

**SECTION 2- CELL:** During each hygiene inspection an intercom check will be conducted for all intercoms in the housing module. If an intercom is malfunctioning, state the issue and notify the facility Operations Deputy.

| CELL# | | INTERCOM STATUS | | NOTES |
|---|---|---|---|---|
| 01 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 02 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 03 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 04 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 05 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 06 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 07 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 08 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 09 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 10 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 11 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 12 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 13 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 14 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 15 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 16 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 17 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 18 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 19 | PASS / FAIL | ☐ Ok | ☐Failed | |
| 20 | PASS / FAIL | ☐ Ok | ☐Failed | |

Individual cells with a *"PASS"* score will be awarded an extra hour of day room time. Extra dayroom time should be shared. Extra day room time will be given after night count and collection of razors on Saturday for those who passed inspections. Housing modules in tier programs will come out one tier on Saturday and the opposite tier on Sunday.

**SDCJ 1st Floor Intercom Inspection**

DATE_____     TIME _____     MODULE _____

INSPECTING DEPUTIES_____     WATCH COMMANDER_____

| Cell | Notes: *Annotate if intercom is operational. If intercom is malfunctioning state issue and who was notified.* |
|---|---|
| Intake Holding #1 | |
| Intake Holding #2 | |
| Intake Holding #3 | |
| Intake Holding #4 | |
| Intake Holding #5 | |
| Intake Holding #6 | |
| Trans Holding #1 | |
| Trans Holding #2 | |
| Trans Holding #3 | |
| Trans Holding #4 | |
| Trans Holding #5 | |
| Trans Holding #6 | |
| Trans Holding #7 | |
| Trans Holding #8 | |
| Trans Holding #9 | |
| Trans Holding #10 | |
| Trans Holding #11 | |

SANITATION AND HYGIENE INSPECTIONS

**SDCJ 2nd Floor Intercom Inspection**

DATE: _____          TIME _____

INSPECTING DEPUTIES: _____

WATCH COMMANDER: _____

| **Cell:** | **Notes:** Annotate if intercom is operational. If an intercom is malfunctioning, state the issue and who was notified. |
|---|---|
| Pre-Book Holding #1 | |
| Pre-Book Holding #2 | |
| Search Room | |
| Pre-Book Holding #3 | |
| Pre-Book Holding #4 | |
| Medical Waiting #1 | |
| Medical Waiting #2 | |
| Detox Cell #1 | |
| Detox Cell #2 | |
| Detox Cell #3 | |
| Detox Cell #4 | |
| Booking Holding #1 | |
| Booking Holding #2 | |
| Booking Holding #3 | |
| Booking Holding #4 | |
| PTS #1 | |
| PTS #2 | |
| PTS #3 | |
| Class Holding #1 | |
| Class Holding #2 | |
| Class Holding #3 | |
| Court Dress-Out | |
| Release Dress-Out | |
| Pre-Street Release | |
| Release | |
| Release Sally-Port | |
| Dress-Out Holding #1 | |
| Dress-Out Holding #2 | |
| Release Holding #1 | |
| Release Holding #2 | |
| Release Holding #3 | |
| Release Holding #4 | |

SANITATION AND HYGIENE INSPECTIONS                    Page 5 of 6

| | |
|---|---|
| Interview Room #1 | |
| Interview Room #2 | |
| Interview Room #3 | |
| Social Visit Room | *"Alert Only"* |
| Court Holding #1 | |
| Court Holding #2 | |
| Court Holding #3 | |
| Court Holding #4 | |
| Court Holding #5 | |
| Court Holding #6 | |
| Court Holding #7 | |
| Court Holding #8 | |
| Court Holding #9 | |
| Court Holding #10 | |

Submit to Admin Deputy.

EXHIBIT D



# SOTER RS Operator Training –San Diego County CA

# SOTER RS Training Goals



## Background Knowledge & Radiation Safety

## SOTER RS Operation
Startup, Login, Scanning,
Shutdown  & Emergency Procedures

## Effective Image Detection Techniques
Detecting of potential contraband

# Types of Security Image Technology







The SOTER RS make use of Low Dose Transmission X-Ray



# 1    SOTER RS Full Body Security Scanner



# SOTER RS Technology



Lead Lined Delta Frame

Generator

SOTER RS Top View

Platform

Diode Array

SOTER RS Operator Interface



- Generator in Delta Frame generates x-rays
- Lead Lined Delta Frame collimates x-rays into narrow vertical curtain/beam
- Platform moves individual through beam
- Software collects data from diode array
- Data is displayed as image on Operator Interface





# SOTER RS

**Full Body Security Scanner**

---

- Drugs/Narcotics
- Tobacco
- Weapons
- Cell Phones
- Metal/Plastic Items
- Other Contraband
- Internal & External




# 2   Radiation and Safety





Basic Definition of Radiation:

**Is the transfer of energy through space**



Dose Levels:

Chest X-Ray = 1000uS

Dental X-ray = 500uS

Body Scanner = ?

Operator = ?



Wilhelm Roentgen

## Properties of X-Ray

1. Highly Penetrating, invisible rays

2. Travel at the speed of light in a vacuum.

3. Ordinarily travel in a straight line

4. Ionize gases

5. Produces chemical and biological changes





## Radiation Safety



 **As Low As Reasonably Achievable – "ALARA"**

 **Time-Distance-Shielding**

 **Low-Dose X-Ray**



# Radiation Safety Zone



- Three Foot (3') Radius – Six Foot (6') Diameter from the center of the platform.

- During scanning, no personnel should be in yellow highlighted area.

- In case of accidental breach into Radiation Safety Zone, use Emergency Stop procedure.



# 2.1   Radiation Exposures



## Common Radiation Exposures



**3,600 µSv/year**
Natural, everyday exposure



**850 µSv/year**
Exposure to granite in U.S. Capitol Building



**20 µSv/8 hours**
Sleeping next to a human
(naturally radioactive potassium)



**5 µSv/hour**
Flying at 30,000 feet



**70 µSv/year**
Natural isotopes in stone & brick homes



**1,000 µSv** x-ray
**6,000 µSv**
CAT Scan



**2,300 µSv**
CAT Scan (Head)



**500 µSv**
Dental x-ray



**1.5 µSv**
15 BED



## SOTER RS Radiation Exposure for Scanned Subjects



| Dose (µSv) | Annual Number of Scans | Maximum Annual Dosage |
|---|---|---|
| 0.05 | 5,000 | 250 |
| 0.10 | 2,500 | 250 |
| 0.15 | 1,667 | 250 |
| 0.20 | 1,250 | 250 |
| 0.25 | 1,000 | 250 |
| 0.50 | 500 | 250 |
| 1.00 | 250 | 250 |
| 1.50 | 167 | 250 |
| 2.00 | 125 | 250 |

According to the ANSI/HPS N43.17-2009, the SOTER RS is a Category 2 (Limited Use), Class A (Full Body) scanner.



# SOTER RS Radiation Exposure



**1.5 µSv**
SOTER RS
Full Body Scan
(Scanned Person)

National Council on Radiation Protection recommends that members of the general public (including special groups such as pregnant women and children) receive **less than 250µSv** effective dose per year from x-ray security screening.



## Operator Radiation Exposures

# 0.0000000058 µSv
# per Scan

# 1 Banana = 18,181,181  Operator scans

SOTER RS has been designed and manufactured to deliver ZERO
RADIATION RISK to the Operator Console and only a  **3' feet radius
radiation footprint** during the scanning process.

# 3    SOTER RS Operation



# Operation Pre-Check



**CLEAR PLATFORM**

01

No objects are on the scanning platform

**SYSTEM KEYS**

02

Key are inserted properly into system

**EMERGENCY BUTTONS**

03

Both Emergency Buttons are released

**RADIATION PERIMETER**

04

All persons are outside of the radiation safety perimeter

Pre-Checks should be performed at the beginning of each day's scanning preparation and/or each scanning session.



# System Power Up



**SYSTEM POWER**

Ensure power is ON

**KEY POSITION**

Turn the key 90 degrees clockwise

**"ON"**

Press "ON" button for 1seconds

(Located at top left

of Operator Console)



# System Warm Up



| 6hours < 3 days | 7 minutes |
|---|---|
| 3 to 30 days | 14 minutes |
| > 30 days | 70 minutes |
| new x-ray tube | 70 minutes |



4   **Scanning Procedure**
Software options and tools



# Viewer Login Screen



### Personal Username & Password

**Each user should use only their assigned Username for login**

### cAsE sEnSiTiVe

**Use common best practices for establishing a password**

### Fingerprint Reader Login

**Use fingerprint to login by clicking icon and placing enrolled finger on reader.**

### Username & Password provided to Admin

**Username and Password will be created by Administrator User**



# Scan Modes



**Connect**
Connects
to system

**Low Mode (L1)**
Low Dose Radiation
Low Resolution

**Normal Mode (L2)**
Recommended  Optimal
1.5 µS Jail Application

**High Mode (L3)**
High BMI **Only!!**




**Scan**
Begins scanning
process



# Prepare For Scan

**Number**
Enter new
or assigned
number



**Create Client**

**Start Scan**



**Client Detail**

**Fingerprint**
Collects fingerprint
identification
(if equipped)

# Instruction to Person Being Scanned

1. Stand in marked area on platform

2. Stand straight and parallel to scanner, feet open

3. Remain still during scan

4. If excessively tall (6'5"+), lower chin to chest

5. Scan duration will be approximately 10 seconds



As figure 3.2.1 demonstrates, the client is standing in the rear end portion of the platform, leaving a moderate amount of space in front of him.

*Figure 3.2.1 Position on the platform during a scan, top view*

Figure 3.2.2 approximately displays the direction of the X-ray beam. If the client would be positioned too far forward on the platform the scan height can be compromised, depending on the height of the client. Therefore, to optimize the scan height we recommend to position the client towards the rear end of the platform.

*Figure 3.2.2 Position on the platform, side view*



## SOTER RS Typical Workflow

- Subject presents themselves to the Operator
- Subject identity is verified by ID # or our Fingerprint Reader
- Operator instructs subject to position themselves  on platform and starts scan



- Subject steps off platform and is instructed to wait in scanning area
- Operator evaluates the image, and confirms negative or positive

Yellow area during scan represents radiation zone



# Operator Interface



Viewer Functions & System Information

Images Analyzing Tools

Setting (Admin) -Exit



# Viewer Functions



**System/Client Info**
- Current date and time
- Software version
- Current status server
- Status scanner
- Logged in operator
- Details scanned client

**Scan Info**
General Scan Info

**Save As**
Export image to jpg…

**Back**
Previous scan

**Scan Level**
Scan intensity

**Scan Result**
Options for flagging Images

**Scanned Data**
Opens database or scan history

**File Open –** Training Only

**Forward**
More recent scan

**Scan Button**
Start Scan Process

# Scan Manager





# Scan Manager – Summary Page

| Scans | Summary |
|-------|---------|

| From | Select a date | |
|------|---------------|---|
| To | Select a date | |

Total Scans : 49

Total Positive Scans : 6

Total Scans Per Reason

| Routine Scan | 48 |
|--------------|----|
| System Test | 1 |

Total Scans Per Result

| Drugs | 2 |
|-------|---|
| Gun | 3 |
| Negative | 43 |
| Nothing Special | 1 |

Export (.csv)    Close



# 5   System Shut Down
## Regular & Emergency Procedures



# System Shut Down (Non-Emergency)



**POWER OFF**

Press "ON/OFF" button for
1-2 seconds
(Located at top right
of Operator Desk)

**KEY POSITION**

Turn the key 90 degrees
counter-clockwise

**REMOVE KEY**

Remove  key from
Delta Frame & store key
in designated area



# System Shut Down (Emergency)





- Operator and Delta EMERGENCY STOP buttons

- Release by turning clockwise

- Complete Non-Emergency shutdown procedure & restart system after clearing emergency

 E-Stop Set



E-Stop Released

# SOTER RS Body Scanner Recommended Maintenance

### SOTER RSBody Scanner Cleaning/ Inspection Log

| Date | Staff Member | Machine Part Cleaned | | | Issues |
|------|--------------|------|------|------|--------|
| | | ☐ Platform ☐ Console | ☐ Detector Column ☐ X-ray Frame | ☐ E-stop | |
| | | ☐ Platform ☐ Console | ☐ Detector Column ☐ X-ray Frame | ☐ E-stop | |
| | | ☐ Platform ☐ Console | ☐ Detector Column ☐ X-ray Frame | ☐ E-stop | |
| | | ☐ Platform ☐ Console | ☐ Detector Column ☐ X-ray Frame | ☐ E-stop | |
| | | ☐ Platform ☐ Console | ☐ Detector Column ☐ X-ray Frame | ☐ E-stop | |
| | | ☐ Platform ☐ Console | ☐ Detector Column ☐ X-ray Frame | ☐ E-stop | |
| | | ☐ Platform ☐ Console | ☐ Detector Column ☐ X-ray Frame | ☐ E-stop | |
| | | ☐ Platform ☐ Console | ☐ Detector Column ☐ X-ray Frame | ☐ E-stop | |



SECURITY
NORTH AMERICA

# 6  Detecting Contraband ??
Best Practices



# Analyzing Images

1. Compare left and right of the body.

2. View the total image, top down, section by section.

3. Use image control buttons to enhance parts of the picture you want to investigate.

4. Press the "Full Size" button.

5. Zoom in on suspected areas (double click on a part to magnify the area).

6. Look at non-humanlike shapes.

7. Look at inconsistencies of skeleton.




# Image Analysis Tools







**Viewing Options**

**Image Effects**

**Image Contrast**

## IMAGE EFFECTS



**NEUTRAL**



**3D**



**EMBOSS**



**NEGATIVE**



**SHARPEN**



**SEPIA**



**IMAGE REVIEW**





Questions, Comments, Review

EXHIBIT E



San Diego County Jail

Se 1
Im 1
NaphCareRadiology
2205050901270299

M
36 Y

50mm

EXI 1463
DI 0.28
2022-05-05 09:02:15
PELVIS AP

W 6586
L 11060
Z 100%
CW90



**First Name:**
**Last Name:**
**Date of Birth:**
**Client ID:**
**Scan date/time:**
2022-05-05 08:13:43
**Scan Result: Negative**

**First Name:**
**Last Name:**
**Date of Birth:**
**Client ID:**
**Scan date/time:**
**2022-05-18 10:14:48**
**Scan Result: Negative**



# EXAMPLE OF A NEGATIVE SCAN



# EXAMPLE OF A POSITIVE SCAN

