Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendant
COUNTY OF SAN DIEGO (Also erroneously sued herein as SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, and SAN DIEGO COUNTY PROBATION DEPARTMENT)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF D. BLACKWELL IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, D. BLACKWELL, declare as follows:

1. I am a Lieutenant in the Detention Services Unit of the San Diego

1. County Sheriff's Department, where I have worked since April, 2021. I have worked for the Sheriff's Department since January 2008.

2. I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief, and would competently testify thereto if called and sworn as a witness.

3. The County Board of Supervisors has approved the Detention Services Bureau to move forward with Axon Body Worn Cameras (BWC) for all deputies working in the jails and transportation. There are approximately 1100 deputies in Detention Services and 1200 BWC have been authorized, in order to have an extra 10% available.

4. Currently, there is an operational pilot program at Las Colinas; 72 deputies have Axon Body 2 cameras. Our efforts to implement BWC in the detention services bureau began in April 2021.

5. The plan is use Axon Body 3 cameras for new BWC acquired and for the cameras to have full integration with Axon Evidence, for storage and retention of video. Las Colinas will complete its BWC rollout by the end of 2022, as the facilities are already built out; during this time, there will be some overlap of Axon Body 2 and Body 3 cameras so that there is no gap in coverage. The Central Jail is next and is currently undergoing active construction for this purpose. Rock Mountain already has a specific room/ space designated for BWC storage and docking. Implementation of BWC will continue to roll out at other facilities as soon as feasible.

5. There are considerable logistics required to implement full deployment of BWC for all detention services deputies. Each facility requires a dedicated secure location to store and dock the BWC, in addition to wiring the facilities for WiFi, and setting up intranet to connect to a central data center. Staff also need to be trained on use and backup of the BWC.

///

6. We anticipate deputies using their BWC paired with an off-line mobile unit (iPhone SE) in order to categorize the video before docking the BWC and saving footage. During a shift, there may be 5-7 hours of video footage taken, and Penal Code 832.18 suggests retention of footage for a minimum of 60 days as a consideration of best practice. We have voluntarily exceeded the minimum suggestion for retention of non-evidentiary data.

7. The upgrades in cable/fiber and WiFi in the facilities provide many opportunities for future multifaceted technological upgrades. For example, we anticipate upgrading the cameras in the housing units, safety cells, and intake cells. Further, the iPhones selected for use with the Axon Body 3 BWC have RFID readers, which will allow future options such as having deputies scan RFID devices at various locations such as at safety cells for safety checks to be logged.

8. We have already developed policy on BWC use for deputies because patrol deputies began using body worn cameras first. Attached as Exhibit A is a true and correct copy of the Sheriff's Department Policy 6.131 on Body Worn Cameras.

9. Subsequently, supplemental guidelines were drafted for use of BWC in the Detentions Bureau. Attached as Exhibit B is a true and correct copy of the Sheriff's Department Detention Services Bureau Policy I.20.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on May 24, 2022, at San Diego, California.

_D. Blackwell_
D. Blackwell

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

3:20-CV-00406-AJB-WVG
BLACKWELL DECL. ISO OPPOSITION

# EXHIBIT A



# *San Diego County Sheriff's Department*

# Policy and Procedure Manual

**San Diego County Sheriff's Department – Procedure**

The body-worn camera (BWC) is an "on-the-body" audio and video recording system assigned to a deputy sheriff /community services officer as an additional means of documenting specific incidents in the field (LESB and CSB). Deputies / community service officers are responsible for knowing and complying with this procedure as well as the Body Worn Camera Operation Manual.

**TRAINING**

Deputies/community services officers will not use the BWC until they have successfully completed required training.

**GENERAL**

- Body-worn cameras shall be operated in accordance with the manufacturer's guidelines and Department training, policies, and procedures.

- The body-worn cameras shall be worn or used by uniformed personnel at all times during on duty hours in a law enforcement capacity, unless directed by a supervisor.

- BWC equipment is for official use only and shall not be utilized for personal use.

- All digital evidence collected using the BWC is considered property of the San Diego County Sheriff's Department and is for official use only.

- Accessing, copying, forwarding or releasing any digital evidence for other than official law enforcement use, or contrary to this procedure, is strictly prohibited.

- Public release of digital evidence is prohibited unless approved by the Sheriff or his designee.

**GENERAL OPERATIONAL PROHIBITIONS/RESTRICTIONS**

Sheriff's Department personnel shall not tamper with or dismantle any hardware or software component of any BWC device.

Deputies will typically not allow citizens to review recordings; however, deputy discretion is allowed to replay the recording for citizens at the scene in order to mitigate possible minor complaints.

Deputies shall not make copies of any recording for their personal use and are prohibited from using a recording device (such as a camera phone or secondary video camera) to record media from BWC software or any device utilized to view data recorded on body-worn cameras.

Deputies are prohibited from pairing or using their personal phone, smart device, or other personal recording device for body-worn camera applications, or audio recording applications, unless authorized by a supervisor.

Deputies are authorized, and may wear their assigned body-worn camera while working overtime assignments. However, deputies shall ensure that the use of the camera while working overtime will not interfere with the use of the body-worn camera while working their regular shift.

**CAMERA POSITION**

SECTION 6 Operations

Deputies/community services officers shall wear the BWC in a position that provides for the most effective recording angle for the model-provided to the wearer while also ensuring the ability to safely activate the camera prior to, or during an incident. Deputies/community service officer shall not intentionally obscure the view of their body worn camera.

**ADVISEMENTS ABOUT RECORDING**

Deputies/community service officers are not required to give notice that they are recording, whether in public areas or private residences. However, if asked, the deputy/community service officer may advise citizens they are being recorded.

When recording interviews, employees shall ensure they record any admonishments prior to the start of an interview.

Deputies and Sheriff's supervisors involved in an administrative investigation of a complaint against a member of the Sheriff's Department must inform complainants and witnesses they are being recorded.

**WHEN AND WHERE TO RECORD**

*It is the intent of the Sheriff's Department to record all law enforcement related contacts, and other contacts deemed appropriate.*

**Enforcement Related Contacts**

Deputies/community services officers shall activate the BWC to record all law enforcement related contacts. While away from department facilities, deputies shall keep their BWC powered on and in stand-by mode.

The record mode of the camera should be activated prior to actual contact with a citizen (victim/witness/suspect), or as soon as safely possible, and continue recording until the contact is completed.

Deputies should begin recording prior to arriving to an incident if the call has the potential to involve immediate enforcement action upon arrival.

Law enforcement related contacts include but are not limited to the following: traffic stops, field interviews, vehicle tows, issuing of citations, issuing of parking tickets, detentions, arrests, persons present at radio calls who are accused of crimes, serving court orders or civil papers, investigative interviews, deputy initiated consensual encounters and private person initiated contacts of a confrontational nature.

Specific acceptable uses of a BWC include, but are not limited to:

- Capturing crimes in-progress
- Maintaining evidence for presentation in court
- Documenting initial department response, discovery of evidentiary items and actions of the Department pursuant to an investigation
- Aiding in the documentation of victim, witness or suspect statements pursuant to a criminal investigation and the on-scene response and/or document advisement of rights, if applicable

Deputies in plain clothes assignments are not required to wear BWCs; however, they will utilize a BWC when working or assigned to a uniformed patrol assignment.

SECTION 6 Operations

**Suspect Interviews**

When recording interviews, deputies shall ensure they record any admonishments prior to the start of an interview.

**Searches**

Uniformed deputies shall record during the execution of a search warrant regardless of whether or not persons are present, also during service of an arrest warrant, a Fourth Amendment waiver search, or a consent search in which the deputy is looking for a suspect, victim of a crime, evidence or contraband.

**WHEN AND WHERE NOT TO RECORD**

BWCs shall not be used to record non-work related activity.

BWCs shall not be used to record in areas or activities such as pre-shift conferences, department locker rooms, break rooms, report writing rooms, tactical briefings or other activities not related to law enforcement activity.

BWCs shall not be activated in places where persons have a reasonable expectation of privacy, such as locker rooms, dressing rooms, or restrooms.

BWCs shall not be recording during court proceedings however; a deputy should activate the BWC during any emergency situation inside the courtroom and during any activity deemed by the deputy to be enforcement related.

The intentional recording of confidential informants and undercover deputies is prohibited, unless authorized by a supervisor.

Deputies/community service officers shall not use body-worn cameras to make surreptitious recordings of other department members.

Investigators shall not use the BWCs during Department administrative investigations.

**Patient Privacy**

Deputies/community services officers shall not record patients during medical or psychological evaluations by a clinician or similar professional or during treatment, except when necessary by law or to preserve evidence. This includes during PERT clinician interviews.  Deputies/community services officers shall be sensitive to patients' rights to privacy when in a hospital or medical facility setting and attempt to avoid recording persons other than the victim, witness or suspect.

Deputies/community services officers shall not record while in a facility whose primary purpose is to provide psychiatric services unless responding to a radio call involving a suspect who is still present or transporting an arrestee to a psychiatric facility.

Regardless of the setting, deputies confronting a violent or assaultive suspect, or anticipating using force, shall activate their BWCs to record the encounter.

**Victim and Witness Interviews**

SECTION 6 Operations

Deputies/community services officers shall record victim and witness interviews. However, if the victim or witness refuses to provide a statement with the recorder turned on, the deputy may shut off the recorder after adhering to the following procedure:

- Before turning off the recorder, the deputy shall verbally notate on the recorder the reason for shutting it off and the time it is shut off.

- During the interview, if it becomes appropriate to reactivate the recorder, the deputy will immediately or as soon as practical, do so.

- Deputies shall document in NetRMS that the BWC was turned off and the reasons why.

**ACCESSING DIGITAL EVIDENCE**

BWC video evidence may only be accessed by those with a specific need to access it in order to accomplish a task related to their current assignment.

**RETENTION OF DIGITAL EVIDENCE**

All recordings related to any criminal proceeding, claim filed, pending litigation, or an administrative investigation/personnel complaint, shall be preserved until that matter is resolved and/or in accordance with the law or whichever period of time is greater.

**REVIEWING IMPOUNDED DIGITAL EVIDENCE**

Employees may review their own BWC recordings as a resource to aid them in preparing written reports. With the exception of a public safety statement, employees involved in a critical incident shall be allowed to review their own recordings of the incident prior to giving a statement.

A deputy may not review the BWC video of other involved deputies prior to writing a report or giving a statement unless necessary for evidentiary purposes and with the express permission of a supervisor.

Detectives are responsible for reviewing, tracking digital evidence associated with their assigned cases, and forwarding digital evidence to the District Attorney or City Attorney when appropriate.

Should circumstances require the immediate retrieval of a digital recording (e.g., department shootings, and department involved accidents with serious injury), a supervisor shall ensure that the BWC system is secured and maintain chain of custody.

Digital evidence may be viewed/shared when necessary to accomplish a task related to an employee's current assignment such as preparation at trial, hearings, depositions, or criminal investigations.

In situations where a deputy is unable to provide information due to injury, their camera system may be viewed by any on scene deputy for the purpose of gaining critical investigative information.

In situations where there is a need to review digital evidence not covered by this procedure, a Sheriff's Lieutenant or higher must document and approve the request. Each situation will be evaluated on a case by case basis.

SECTION 6 Operations

**San Diego County Sheriff's Department – Procedure**

**EDITING AND DELETING DIGITAL EVIDENCE**

Deputies/community services officers shall not edit or delete digital evidence. If an edited copy of the digital evidence is required, a copy of the original file shall be made, and only the copy shall be edited.

**DISCOVERY OF MISCONDUCT**

Employees reviewing event recordings should remain focused on the incident or incidents in question and review only those recordings relevant to their investigative scope. If misconduct is discovered during any review of digital evidence, the conduct in question shall be brought to a supervisor. Nothing in this procedure prohibits addressing policy violations.

**COPYING AND RELEASING DIGITAL EVIDENCE**

Digital evidence captured by BWC shall be treated as official investigative records and handled pursuant to existing Department policies and procedures.

**USE OF DIGITAL EVIDENCE FOR TRAINING PURPOSES**

The use of BWC video for training purposes shall be pursuant to the written authority of the Human Resources Assistant Sheriff or his designee. Deputies/community services officers shall be provided with at least thirty day notice before BWC video made by them or capturing their image or voice is authorized to be used for training. After notice is given, the Training Lieutenant shall obtain approval from the Chain of Command and Sheriff's Legal prior to department-wide distribution. (08-03-17)

**6.132 USE OF "SAN DIEGO COUNTY SHERIFF'S DEPARTMENT", BADGE OR INSIGNIA**

No individual, team, unit or division of this department shall produce or procure any merchandise containing the Departments badge or insignia or indicates a connection to the Sheriff's Department without first obtaining prior approval from the Undersheriff and Sheriff. Merchandise may consist of challenge coins, T-shirts, mugs or other products that bears a badge, insignia or logo connecting it to the department.

To obtain the initial authorization for merchandise, the individual, team, unit or division requesting permission to use the department's badge, insignia or a logo representing the department will forward a preliminary request and memorandum to the Bureau Commander and Assistant Sheriff via the chain of command. The request and memorandum shall contain preliminary details and design for the merchandise. If the design is approved by the Assistant Sheriff, the individual, team, unit or division can complete the final design. The final design will be sent to the Bureau

SECTION 6 Operations

EXHIBIT B

**San Diego County Sheriff's Department Detention Services Bureau – Manual of Policies and Procedures**

| | |
|---|---|
| DATE: | FEBRUARY 22, 2022 |
| NUMBER: | I.20 |
| SUBJECT: | SUPPLEMENTAL GUIDELINES FOR DETENTIONS: BODY WORN CAMERAS (BWC) |
| RELATED SECTIONS: | SDSD P&P 6.131 |

PURPOSE

This policy provides guidelines for the use of body-worn camera (BWC) devices by Detention Services Bureau (DSB) employees. This policy establishes the usage and activation, management, and the preservation, storage and retrieval of data captured on DSB BWCs.

POLICY

DSB may provide deputies with BWCs for use during the performance of their duties. The use of BWCs is intended to enhance the mission of the Department by capturing contacts between members of the department and people in custody or members of the public.

BWC LIMITATIONS

Digital evidence captured by the BWC has limitations and is not all inclusive. The system captures a less broad and less detailed image than the totality of the human senses. A deputy's recollection of specific details may be different than what is captured in digital evidence.

DEPUTY SAFETY

Deputy/officer safety takes precedence over recording events. Deputies shall follow existing deputy/officer safety policies and training when conducting law enforcement related contacts as outlined in department policies and procedures. Deputy/officer safety shall be the primary consideration when contacting citizens or conducting law enforcement related contacts, not the ability to record an event.

There are multiple situations when activating a BWC is needed; however, this manual is not intended to describe every possible circumstance. The safety of deputies and members of the public is the highest priority, and the department acknowledges there may be situations in which operation of the BWC is impractical or may be an impediment to deputy and public safety. Additionally, the department recognizes human performance limitations during particularly stressful and critical situations.

DEFINITIONS

**Body-Worn Camera (BWC)** - A camera worn on an individual's person that records and stores audio and video.

**BWC Program Administrator** - San Diego Sheriff's Department program administrator for the BWC platform will have full access to the website to assign and track equipment; controls passwords; conduct quality checks of uploaded data; coordinate data retention/destruction; provide copies of requested data to requesting deputy. An end user cannot alter or delete video recordings.

**Evidentiary Data** - Data of an incident or encounter that could prove useful for investigative purposes including, but not limited to a crime, an arrest, a citation, a search, a use-of-force incident, or a confrontational encounter with an incarcerated person or member of the public.

**Non-Evidentiary Data** - Data that does not necessarily have value to aid in an investigation or prosecution, such as data of an incident or encounter that does not lead to an arrest or citation, or data of general activities deputies might perform while on duty.

**Evidence Transfer System (ETS)** - A portable multi-ported docking station installed at the county facilities. The ETS simultaneously recharges the BWC while uploading all digitally encrypted data from the device.

**Metadata** - Case numbers, event/incident numbers, and other descriptors used to identify digital evidence.

PROCEDURE

I.    ASSIGNMENT/WEARING OF BWC

    A.    AXON Body-Worn Cameras are equipped with pre-event recording, or buffering. These cameras record video in 30 second intervals and do not record audio during buffering.

    B.    Only trained deputies shall operate and/or wear a BWC. Deputies assigned a BWC shall wear the BWC in accordance with policy at all times during on duty hours, unless directed by a supervisor. The on-duty watch commander shall be notified of any such supervisory approval.

    C.    BWC equipped facilities/units shall designate and assign "pool" BWC's to out of facility deputies who have been trained by the Detentions Training Unit in BWC operations.

    D.    Deputies will not be required to wear a BWC under the following circumstances:

        1.    They have not attended the BWC training provided by the Detention Training Unit.

        2.    The facility/unit in which the deputy is scheduled to work is not equipped with BWC's.

        3.    The deputy is working in a non-uniformed "light duty" assignment and does not have direct physical contact with incarcerated persons.

        4.    The deputy is engaged in a cell extraction event which is already being digitally recorded pursuant to DSB Policy and Procedures Section I.83 – Extraction Procedures.

    E.    When wearing a BWC, deputies shall wear it on the front of their uniform, attached to the outermost layer of clothing, and positioned forward facing to facilitate an unobstructed field of view. The BWC will be positioned in such a manner as to capture the event from

the perspective of the deputy wearing it (e.g. as close to the center line of the chest and center line of uniform pockets). The BWC may be repositioned for additional uses as follows:

1. While conducting interviews, deputies may position their BWC to best capture the subject of the interview.

2. While transporting prisoners, deputies may place the camera in a position which captures the rear compartment.

II. BEGINNING OF SHIFT BWC INSPECTION

A. Deputies assigned a BWC will be responsible at the beginning of each shift for ensuring the BWC is functioning properly, and the battery is properly charged.

B. Should adjustment or repair be needed to the BWC, the deputy will notify facility administrative staff through email and will include their immediate supervisor.

C. The deputy's immediate supervisor should ensure a "pool" camera is properly enrolled for the deputy to utilize until the adjustment or repairs to the deputy's original BWC is completed, or until the deputy has a permanent replacement.

D. The facility/unit administrative staff will promptly notify the appropriate data services/maintenance/facilities staff to schedule the adjustment, repair, or replacement.

III. OPERATION AND ACTIVATION

A. Deputies shall keep their BWCs in stand-by mode while on duty, unless they are in a confidential setting as identified by this policy, SDSD Policy and Procedure 6.131 or directed otherwise by a supervisor.

B. Deputies shall activate their BWCs in accordance with San Diego Sheriff's Department Body Worn Camera Policy and Procedure 6.131, as well as while in the performance of the following duties:

1. Any movements or escorts of incarcerated persons from one area to another (cell movements, between housing modules, holding cells, visitation, courts, from intake or to final release, etc.)

2. Entering a cell, dormitory housing, or holding area occupied by an incarcerated person. These situations include, but are not limited to:

    a) Conducting a count

    b) Serving meals

    c) 11-53 Security Checks

    d) Enhanced Observation Housing, Safety Cell or Sobering Cell Checks

        e)     Contacting an incarcerated person who is inside of their cell, including conversations through a window, door, or food flap.

        f)     Contacting an incarcerated person who is inside of a dayroom or recreation yard area, whether inside of the dayroom or through a module/recreation yard door (see the next section for exceptions related to direct supervision modules, or contacts made with an incarcerated person from inside of a deputy/control station).

        g)     Medical emergencies

   3.     During the intake/booking process.

   4.     Searches of any housing areas, cells, dorms, etc.

   5.     While supervising any incarcerated workers.

   6.     While placing or removing an incarcerated person into or from a transport vehicle for any purpose including but not limited to movement between facilities, courts, or to the hospital. This includes incarcerated person transports performed by the Prisoner Transportation Unit if so equipped with BWC's.

C.    Deputies assigned to work in a position where "direct supervision" is employed, are not required to leave their BWC recording while at the deputy station. BWC activation is not required for incidental contact with incarcerated persons in the immediate area of the deputy station. Upon leaving the deputy station, the BWC should be activated in accordance with the rest of this policy.

D.    Uniformed deputies working facility control positions, where no incarcerated person contact regularly takes place, are required to wear a BWC but are not required to activate it unless they enter an area where contact with an incarcerated person may occur or anticipate performing a task primarily involving the supervision of incarcerated persons. BWC activation is not required for incidental contacts made with incarcerated persons directly at the facility control position, such as those with access ports into the dayroom where incarcerated persons may be present.

E.    Deputies providing security for medical staff during instances where medical or psychiatric services are being provided to incarcerated persons are not required to leave their BWC's recording in this confidential setting but will activate their BWC's when required by policy.

F.    Deputies shall not intentionally record incarcerated persons while the primary task they are performing involves conducting a strip search, standing by while an incarcerated person is speaking with their attorney, or standing by during an incarcerated person's use of a toilet or shower. These are confidential settings.

G.    Nothing within this policy is intended to prevent a deputy from activating their BWC any time circumstances arise which dictate the need for BWC activation, such as an incarcerated person becoming uncooperative and/or resistive during a contact, or other situations where recording a contact becomes reasonably necessary or the resulting recorded data is likely to hold evidentiary value.

IV.  NOTIFICATION AND DEACTIVATION

    A.    Deputies shall not use the BWC to record any activity or areas where prohibited by San Diego County Sheriff's Department Policy and Procedure 6.131.

    B.    In addition, recording of department personnel during routine, non-incarcerated person contact activities is prohibited during meal breaks and in facility administrative areas where no incarcerated persons are typically present.

    C.    Deputies are encouraged to notify other deputies wearing BWC's when their BWC appears to be recording in an area or during an activity in which the BWC should be deactivated. This helps to ensure the privacy of staff, incarcerated persons, and the security of the facility.

    D.    The on-duty watch commander shall make note of any supervisory approvals to deactivate BWC's in the watch commander's log.

V.  DOCUMENTATION AND VIDEO REVIEW

    A.    Deputies shall be able to review BWC data under the circumstances set forth by SDSD Policy 6.131.

    B.    Use of the BWC shall be noted in all relevant NETRMS reports and/or related JIMS reports.

        1.    NETRMS - "BWC Video" shall be recorded in the, "Special Studies" tab and in the Evidence section

        2.    Field Interviews - "BWC Recording" shall be recorded in the narrative.

        3.    BWC recordings will be documented into NetRMS reports via the property section using #1306. The quantity is the total amount of BWC collected from all deputies on scene.

    C.    Supplemental Documentation

        1.    Injuries – BWCs may be used to document physical injuries to persons injured during an incident, however using a BWC to document an injury does not relieve any deputy of their responsibility to properly identify and describe the injury in a deputy's report. Deputies should still take digital photographs to document injuries.

        2.    Scene Documentation – BWCs may be used to supplement the documentation of a crime scene. Using a BWC to document the scene of an incident does not relieve a deputy of the responsibility to properly identify and describe the scene in a deputy's report. In addition to collecting any digital photographs needed.

VI.  ENTERING METADATA

    A.    Each recording containing evidentiary data requires metadata be entered, even if the segments are of the same event. Metadata should be added at the conclusion of the event whenever possible, typically prior to downloading the evidence off of the camera. In case of a delay, metadata should be added as soon as possible, but no later than the deputy's regular or scheduled days off.

    B.    Events requiring the entry of metadata include the following:

        1.    Any recorded event which resulted in the creation of a CAD Event #.

        2.    Any recorded event being documented in NETRMS with a case ID #.

        3.    Any recorded event related to an incarcerated person grievance should contain the JIMS Grievance #.

        4.    Any recorded event related to a JIMS Rule Violation Report should contain the JIMS Incident #. This includes rule violation hearings and follow-up interactions with the involved subjects.

        5.    At deputy discretion, events where the deputy believes a BWC recorded interaction may be of evidentiary value to the department should contain a JIMS Incident # or an incarcerated person's Booking #.

        6.    BWC recordings of routine operations such as safety checks, incarcerated person escorts, or contacts which do not contain events which hold evidentiary value are not required to be categorized or tagged.

VII.  DOWNLOADING/STORAGE AND DOCKING OF BWC'S

    A.    After verifying the required metadata has been added to relevant recorded events, deputies shall place the BWC into a slot on the Evidence Transfer System at the end of their shift. This will allow for the battery to recharge. The data will automatically be transferred from the BWC through the Evidence Transfer System and/or Sheriff's Data Services dedicated server. The data is considered entered into evidence at this point. The only exception is deputies who did not return to the originating facility at the end of their shift, or any deputy with the approval of their supervisor. In these instances, the deputy is required to place the BWC into the slot on the Evidence Transfer System upon returning to the originating facility, but in no case more than seven (7) days later, unless approved in writing by a supervisor.

    B.    When not in use, the BWC devices shall be stored in the designated docking module or in a secure storage location at each facility/unit, which may be further defined via the facility/unit "green sheets". Deputies will ensure the BWC is properly seated into the docking station to allow for proper downloading and charging.

    C.    Deputies may need to remove their BWC's from their person in order to place it into a docking station to recharge the battery so the BWC will remain operable for the remainder of their shift, or to expedite the upload of video data in some circumstances.

    D.    Deputies should use the closest available docking station so they may continue to utilize their BWC's while carrying out routine operations. If the BWC is in the process of uploading data, it may be removed from the docking station and will resume uploading when returned to the dock.

    E.    In the event a deputy must respond to a critical incident where an individual's safety is at stake, such as a call for cover or other exigent, articulable circumstance, the deputy shall respond without delay. There shall be no expectation of a deputy to first retrieve their BWC from the docking station and attach it to their clothing before responding to such an event.

           In the event a deputy's involvement in an exigent event requires documentation in NETRMS or JIMS and they responded to the event without their BWC equipped because it was docked at the time, the circumstances shall be included and the watch commander shall make note of it in the watch commander's log.

## VIII. DELETION OF UNINTENTIONAL RECORDINGS

In the event of an unintentional activation of the BWC during non-enforcement or non-investigative activities, e.g. restroom or meal break, other areas where reasonable expectation of privacy exists, deputies may request the unintentional recording be deleted. A Body Worn Camera Video deletion form will be filled out and emailed to the Video Analysis Unit (VAU) sergeant. The form will include a gender sensitive review option to address any privacy concerns. Once the video has been reviewed and determined to be unintentional by the VAU sergeant or their designee, it will be forwarded to the VAU lieutenant. The VAU lieutenant or their designee will review the video and give the final approval for deletion.