1   Susan E. Coleman (SBN 171832)
    E-mail:  scoleman@bwslaw.com
2   BURKE, WILLIAMS & SORENSEN, LLP
    444 South Flower Street, Suite 2400
3   Los Angeles, CA  90071-2953
    Tel:  213.236.0600      Fax:  213.236.2700
4
    Attorneys for Defendant
5   COUNTY OF SAN DIEGO (Also
    erroneously sued herein as SAN DIEGO
6   COUNTY SHERIFF'S DEPARTMENT, and
    SAN DIEGO COUNTY PROBATION
7   DEPARTMENT)

8                   UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11  DARRYL DUNSMORE, ERNEST          Case No.  3:20-cv-00406-AJB-WVG
12  ARCHULETA, ANTHONY
    EDWARDS, REANNA LEVY,            **DECLARATION OF C. DARNELL**
13  JOSUE LOPEZ, CHRISTOPHER         **IN SUPPORT OF DEFENDANT'S**
    NELSON, CHRISTOPHER              **OPPOSITION TO PLAINTIFFS'**
14  NORWOOD, and LAURA               **MOTIONS FOR PRELIMINARY**
    ZOERNER, on behalf of themselves **INJUNCTION AND PROVISIONAL**
15  and all others similarly situated, **CLASS CERTIFICATION**

16               Plaintiffs,

17  v.

18  SAN DIEGO COUNTY SHERIFF'S
    DEPARTMENT, COUNTY OF
19  SAN DIEGO, CORRECTIONAL
    HEALTHCARE PARTNERS, INC.,
20  TRI-CITY MEDICAL CENTER,
    LIBERTY HEALTHCARE, INC.,
21  MID-AMERICA HEALTH, INC.,
    LOGAN HAAK, M.D., INC., SAN
22  DIEGO COUNTY PROBATION
    DEPARTMENT, and DOES 1 to 20,
23  inclusive,

24               Defendants.

25

26

27       I, C. DARNELL, declare as follows:

28       1.      I am the Facility Captain of the Central Jail, in the Detention Support

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -                          3:20-CV-00406-AJB-WVG
                        DARNELL DECLARATION ISO OPPOSITION

Division of the San Diego County Sheriff's Department. I have worked for the Sheriff's Department for just over 20 years and have been assigned to SDCJ since January 2021.

2.    I have personal knowledge of the matters set forth herein, and would competently testify thereto if called and sworn as a witness.

3.    There are 2 elevators available to incarcerated persons at the Central Jail. When the elevators for incarcerated persons are out of service, then incarcerated persons may be escorted in staff elevators (there are also 2 elevators for staff). The Central Jail is currently in the process of making elevator improvements to be completed within 2022. The elevators at Vista have already been renovated.

4.    I am not aware of any incarcerated persons who have been forced to walk instead of taking an elevator when needed. If inmate elevators are out of order, we can arrange for them to use staff elevators.

5.    At the Central Jail, we have implemented a process to check the intercom buttons in the intake process and other holding areas daily. Intercom buttons in housing areas are inspected weekly. We prohibit any muting of the intercom system on the security side, and we have also made this more difficult to accomplish.

6.    A renovation of the digital equipment used with the intercom system is planned. I am informed and believe this will be done by the end of 2022.

7.    We currently have Soter body scanners at 4 of our 6 facilities, with a total of 5 in all. Two are at Las Colinas DRF, one at Vista DF, one at SD Central Jail, and one at George Bailey DF. These are the facilities that conduct intake/booking, so scanners are not needed at the other facilities. My office is advised if a body scanner is out of order and repairs are requested immediately. At one point this Spring, the moving tread on the scanner was having repeated repair issues due to the volume of use, but the belt was replaced and has been reliable since.

8.    Not every person is scanned during intake because we rely on voluntary compliance.  We try to gain voluntary compliance with all incoming arrestees, but some people refuse to be scanned.  An X-ray can be offered as an alternative if they agree; the X-rays are interpreted by radiologists.

9.    If people refuse to be scanned, or an abnormality is seen, they can be put on contraband watch, where they are put into an observation room without a flushing toilet until they have a bowel movement and it can then be determined if they excreted any drugs/packaging.  If there is an abnormality on the body scanner, we have to obtain a search warrant in order to remove the item (at the hospital) unless the person agrees to voluntarily remove the item.

10.    Deputies are trained on use and interpretation of the body scanner and they get better with each encounter. Roughly 100 incoming persons may be scanned per shift.  We try to have the same deputies assigned to the body scanner for purposes of continuity and knowledge. However, the body scanner cannot detect all drugs or foreign objects, especially in small quantities. It is often difficult to read the scans as what appears as an abnormality may in fact be gas or feces; other times, nothing is shown as abnormal but they are carrying drugs.

11.    The County Probation Unit uses AdTech scanners and one is going to be loaned to SDCJ (in addition to the Soter scanner already in operation) to test it. On the Soter scanners, we currently do all software updates available and make repairs as needed.  The scanners are in continual use every day 365 days a year and every shift during the intake process.

12.    Our goal is to keep all incarcerated persons and staff healthy and safe. After any serious incident occurs, we review the incident and assess whether things could be done better and if any changes are needed. This communication, debriefing, and training process now occurs not just within each separate jail facility but bureau-wide.

///

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 3 -

3:20-CV-00406-AJB-WVG
DARNELL DECLARATION ISO OPPOSITION

13.     When safety checks are conducted, which per Departmental policy and CCR title 15 is at least once every hour in the general population (mainline) units, deputies are required to look at the incarcerated person for any obvious signs of medical distress, trauma, or criminal activity.  The timing of the safety checks should vary (*i.e.* not just occur on the hour so that they can be predicted) and the checks must be logged into the Jail Information Management System (JIMS). If an incarcerated person is standing inside the cell looking out the window, or waves hello, for example, then the check can be very quick.  If the person is under a heavy blanket, however, more attention is needed to determine if the incarcerated person is breathing and not in any obvious medical distress.

14.     One of the deputies under my supervision went into an incarcerated person's cell during a safety check because the person was under a blanket and did not respond, so the deputy couldn't tell if the person was breathing or not.  When the deputy went in the cell, he was physically attacked.  Nevertheless, despite the risk of a possible ambush, I still believe the deputy made the right choice to go in and check on the inmate because he might have been in some type of distress.

15.     Although some supervisors were proactively auditing deputy safety checks earlier, in January 2022, we began requiring random audits of deputy safety checks (Form 11-53s) in the SDCJ.  These are done twice weekly by Sergeants and Lieutenants - either by direct supervision of deputies or by watching their safety checks on video.  Personal observation is often better because the video may be 20-40 feet away.  The supervisors then talk to the deputies after auditing their safety checks, and compliance/performance has improved through this process.  The Sergeants also do at least one round per shift of safety checks with each of the deputies they supervise.  These audits include checking the JIMS entries to ensure the safety checks were logged by deputies.  Attached as Exhibit A is my email to supervisors at SDCJ in January 2022, setting forth the audit specifics.

///

16.    We added the responsibility to audit safety checks to the Post Orders for Sergeants and Lieutenants in February 2022, and written reports from the supervisors are required as part of the audit process.  Attached as Exhibit B are true and correct copies of the Central Jail Facility's Post Orders for several Sergeant positions and the Lieutenant/ Watch Commander position.

17.    Three times per week, I go on rounds with staff (including one medical staff person and one mental health clinician) in ASU and OPSD to do wellness checks.  We check in on incarcerated persons, help remove trash, and see if they have any concerns we can address.  I also personally reach out to medical and mental health supervisors routinely to help identify areas of concern and address them proactively.

18.    I am informed and believe that we are implementing a MAT program at SDCJ, which I believe will improve and enhance the safety of incarcerated persons with regard to illicit drugs. We are also seeking to identify permanent deputies to work with the incarcerated persons on OPSD ("step down") floors to help build the trust of those persons and for them to be more receptive to issues of hygiene and cleanliness.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on May 27, 2022, at San Diego, California.

C. Darnell

# EXHIBIT A

| | |
|---|---|
| **From:** | Darnell, Carl |
| **To:** | SDCJ, Sergeants; SDCJ, Lieutenants |
| **Cc:** | Poirier, Alma |
| **Subject:** | 11-53 Audits at SDCJ |
| **Date:** | Wednesday, January 12, 2022 2:38:00 PM |
| **Attachments:** | image002.png |

All,

With the importance and the spotlight that 11-53s are under, it is important that we all conduct audits of our deputies. I know some of you have taken the proactive approach and been doing random audits of your teams checks. Team audits conducted by Team Sergeants and Lieutenants can either review video or you may view the 11-53 from the Control Tower. The JIMS entries for the audited checks shall be reviewed and included in your audit. This process will be effective Friday 1/14/22.

- Sergeants will conduct two random 11-53 check audits for all of their assigned areas on the five days on and one random 11-53 checks audit on the two days on. The sergeants will email their findings to the team lieutenant.

- Lieutenants will conduct two random 11-53 check audits on the five days on and one random 11-53 check audit on the two days on. The Lieutenant will chose any area in the facility to conduct their audits. The Lieutenant will send an email with an attached word document to the Facility Commander with all of their teams findings prior to EOS on the last workday of the pay period.

- The Compliance Sergeant and Training Sergeant will conduct a monthly video audits of teams and document their findings in a formalized report which will be sent to the Administrative Lieutenant for review and then routed to the Facility Commander.

- The Facility Commander will conduct random video audits of 11-53 checks for all teams. The findings of these audits will be emailed to the respective team lieutenants.

The reported findings shall include the method done to audit the check, JIMS Entry times, any discrepancies found, description of your review and actions taken with those involved. The formalized report required by admin will be discussed with the admin staff.


This process is very important and will protect our deputies in the long run. With all of the CPRAs and other entities calling out or processes, this audit process is necessary and needed. Please relay this to your deputies that the audits will be taking place.



**Carl Darnell**
Captain
*San Diego Central Jail*
Email: carl.darnell@sdsheriff.org
Phone:619-615-2501 |Mobile:619-977-1404
www.sdsheriff.net
**SAN DIEGO COUNTY**
**SHERIFF'S DEPARTMENT**



EXHIBIT B

|  | SAN DIEGO CENTRAL JAIL | Post Orders |
|---|---|---|

| Position: **Movement Sergeant** |
|---|

| Revision Date:  February 08, 2022 |
|---|

**Reports To:**

Watch Commander

**Directly Supervises:**

All sworn personnel assigned to his/her assigned floor(s) and Movement Deputies.

**Responsibilities and Authority:**

Within the limits of authorized policy and procedure, the Movement Sergeant has the responsibility and accountability for the operation of housing floors 6, 7, and 8.

**Specific Duties:**

The Movement Sergeant's duties include, but are not limited to:

- Obtain briefing information from the Movement Sergeant on the previous shift.

- Conduct staff briefing.

- Review and approve all reports generated by sworn personnel assigned to him/her during the shift.

- Make frequent walk-through inspections of the housing floor(s) to ensure security, cleanliness and safety practices are being maintained.

- Assume command over any unusual incidents such as fires, evacuations or riots.

- Investigate and process inmate complaints.

- Monitor all inmate counts conducted during the shift.

- Monitor inmate meals.

- Monitor and supervise the movement of inmates within their designated floors.

- Monitor activity on assigned housing floors / JIMS entries.

The Movement Sergeant is also responsible for ensuring that the following duties are completed on a timely basis and that they are accurate and comprehensive.

- After action reports.

- Lost/damaged property reports.

- Employee performance reports.

- Approval of employee time sheets and approval of hours worked in KRONOS.

- Exchange of information with the Watch Commander and other sergeants.

- Conducting investigations as needed.

- Other duties as assigned.

- Complete safety check audits (as assigned).

|  | SAN DIEGO CENTRAL JAIL | Post Orders |
|---|---|---|

**Position:** **Processing Sergeant**

Revision Date: February 08, 2022

**Reports To:**

Watch Commander

**Responsibilities and Authority:**

Within the limits of authorized policy and procedure, the Processing Sergeant is responsible and accountable for the Central Command Center (CCC) area, booking, final release, and the medical/mental health screening sections of the San Diego Central Jail. The Processing Sergeant is also responsible for Key Control and the Kitchen.

The Processing Sergeant is responsible and accountable for those inmates temporarily housed in the sobering and safety cells located on the second floor.

The Processing Sergeant will be responsible for overseeing the recording of incidents captured on closed circuit television CCTV System and the processing of compact discs (CD's) according to current policies and procedures.

**Specific Duties:**

The Processing Sergeant's duties include, but are not limited to:

- Oversee and supervise deputies in intake, body scanner operations, CCC, booking, medical/mental health screening, and final release on the Second Floor.

- Provide oversight and personally accompany the Final Release/Book and Release Deputy during the beginning of shift for book and release inspection. This shall include all areas of the first and second floor. This is to ensure B&R inmates are not held unnecessarily beyond 8 hours. This activity shall be logged in the JIMS Area Activity, Area "2," Housing Unit "BR," type "Supervisor Inspection." The log should note who completed the B&R inspection and annotate any significant observations and/or occurrences.

- Supervise inmate movement on the First and Second Floors.

- Arrange Hospital Guards as needed for inmates located in public/private hospitals.

- Coordinate chow relief for deputies assigned to hospital guard.

- Update the Hospital Log database for inmates admitted to into public/private hospitals.

- Brief the oncoming Processing Sergeant.

- Conduct staff briefing.

- Personally observe all inmates in the safety cells and sobering cells, review the current status of the inmate, review the reports, and as soon as reasonable after the inmate has been cleared by medical staff, ensure removal of the inmate from the safety and sobering cells and that they complete the booking process. In addition to each sobering and safety cell check, all B&R inmates will be observed in Pre-Book Holding Cell #4 located on the Second Floor (minimum twice per shift).

- Review, approve and process all reports for the First and Second Floors.

- Ensure the First and Second Floor areas are neat and clean.

- Assume command over any unusual incidents, such as riots, fire or medical emergencies, on the First and Second Floors.

- Investigate and process all inmate grievances coming from the First and Second Floor areas.

- Investigate all claims of lost or missing property arising out of the final release process.

<u>Miscellaneous Responsibilities</u>:

The Processing Sergeant is also responsible for ensuring that the following duties are completed on a timely basis and that they are accurate and comprehensive:

- After action reports.

- Lost/damaged property reports.

- Employee performance reports.

- Approve and process staff time sheets.

- Conduct investigations as needed.

- Other duties as assigned.

- Complete safety check audits (as assigned).

|  | SAN DIEGO CENTRAL JAIL | Post Orders |
|---|---|---|

**Position: Security Sergeant**

Revision Date:  February 08, 2022

**Reports To:**

Watch Commander

**Directly Supervises:**

All sworn personnel, including Movement and Security Deputies, assigned to his/her assigned floor(s).

**Responsibilities and Authority:**

Within the limits of authorized policy and procedure, the Security Sergeant has the responsibility and accountability for the operation of housing floors 3, 4, and 5 as well as inmate movement within the facility.

**Specific Duties:**

The Security Sergeant's duties include, but are not limited to:

- Obtain briefing information from the Security Sergeant on the previous shift.

- Make frequent walk-through inspections of the housing floor(s) to ensure security, cleanliness and safety practices are being maintained.

- Assume command over any unusual incidents such as fires, evacuations or riots.

- Investigate and process all inmate complaints.

- Monitor all inmate counts conducted during the shift.  Monitor inmate meals.

- Monitor and supervise the movement of inmates within the facility.

- Conduct JIMS log checks to ensure compliance with current policies and directives.

**Miscellaneous:**

The Security Sergeant is also responsible for ensuring that the following duties are completed on a timely basis and that they are accurate and comprehensive:

- After action reports.

- Lost/damaged property reports.

- Crime/Arrest reports.

- Phase training reports.

- Employee performance reports.

- Prepare daily deployments for the team at least one week in advance.

-  Coordinate quarterly fire drills.

- Coordinate training exercises.

- Hospital checks.

- Pick up/Process grievances.

- Exchange information with the Watch Commander and other sergeants.

- Staff work or reports as assigned.

- Other duties as assigned.

- Complete safety check audits (as assigned).

|  | SAN DIEGO CENTRAL JAIL | Post Orders |
|---|---|---|

**Position:** **Support Services/Relief Sergeant**

Revision Date:  February 08, 2022

**Reports To:**

Administrative Lieutenant

**Responsibilities and Authority:**

Within the limits of authorized policy and procedure, the Support Services/Relief Sergeant has the responsibility and accountability for the operation of the following areas:

- Third Floor Clinics.

- Act as a relief sergeant for the teams as needed during scheduled and unscheduled absences.

- Complete quarterly DIS audits.

**DIRECTLY SUPERVISES:**

All sworn personnel assigned as Clinic Deputy.

**SPECIFIC DUTIES:**

The Support Services/Relief Sergeant's duties include, but are not limited to:

- Obtain briefing information from the Processing Sergeant on the previous shift.

- Review and approve all reports generated by sworn personnel assigned to Support Services during the shift.

- Make frequent walk-through inspections of the areas of responsibility to ensure security, cleanliness and safety practices are being maintained.

- Assume command over any unusual incidents such as fires, evacuations, hostage or riots in areas of responsibility.

- Investigate and process all inmate complaints occurring in areas of responsibility.

**MISCELLANEOUS:**

The Support Services/Relief Sergeant is also responsible for ensuring that the following duties are completed on a timely basis and that they are accurate and comprehensive:

- After action reports.

- Lost/damaged property reports.

- Employee performance reports.

- Prepare deployments for all Court, Clinic, Visit, and Psychiatric Sick Call deputies  at least one week in advance.

- Exchange information with the Administrative Lieutenant, Watch Commander and other Sergeants.

- Weekly safety and sobering cell audits.

- Staff work or reports as assigned.

- Other duties as assigned by the Administrative Lieutenant.

- Conduct other facility audits (as needed).

- Assist the Administrative and Training Sergeants (as needed).

- Complete safety check audits (as assigned).

|  | SAN DIEGO CENTRAL JAIL | Post Orders |
|---|---|---|

**Position: Training/Court Sergeant**

Revision Date: February 08, 2022

**Reports To:**

Administrative Lieutenant

**Responsibilities and Authority:**

Within the limits of authorized policy and procedure, the Training/Court Sergeant is responsible for the specific planning, coordinating, supervising and evaluating of training programs for all sworn employees in the facility. In addition, the Training/Court Sergeant directly supervises the Training Coordinator, First Floor Court Deputies, and Video Court Deputies.

**Specific Duties:**

The Training/Court Sergeant's duties include, but are not limited to:

- Provide staff members with the information, skills and direction necessary to effectively function within the detention setting.

- Attend quarterly Facility Training Coordinator meetings wherein training will be developed.

- Coordinate the selection of Facility Training Officers (FTOs) within the facility, maintaining the authorized complement and filling the vacancies as they arise.

- Direct and coordinate the phase training program.

- Maintain training files for deputies in training and monitor the performance of all persons assigned to a training status.

- Coordinate and evaluate required quarterly drills and scenarios stressing emergency plans in cooperation with the Team Training Sergeant.

- Disseminate specialized training information to all personnel as it is received from DTU (Detentions Training Unit), Division of Inspectional Services and P&P Committees.

- Periodically review the Phase Training Manual for accuracy, completeness and ensure the information meets current standards.

- Supervise supply distribution in support of jail staff.

The Court duties include, but are not limited to:

- First Floor: Incoming and outgoing courts, transfers.

- Fourth Floor: Video Courts

**<u>Miscellaneous duties</u>**:

The Training/Court Sergeant is also responsible for ensuring the following duties are completed on a timely basis and they are accurate and comprehensive:

- After action reports.

- Lost/damaged property reports.

- Employee performance reviews.

- Exchange information with the Administrative Lieutenant, Watch Commander and other Sergeants.

- Progress of work on reports assigned to staff.

- Other duties as assigned by the Administrative Lieutenant.

- Complete safety check audits (as assigned).

|  | SAN DIEGO CENTRAL JAIL | Post Orders |
|---|---|---|

**Position: Watch Commander**

Revision Date:  February 08, 2022

**Reports To:**

Facility Commander

**Responsibilities and Authority:**

Within the limits of authorized policy and procedure, the watch commander is responsible for the security and operations of the facility, supervision of the sergeants, functional supervision of professional staff including, but not limited to, medical staff, food services, counselors and maintenance, when their supervisors are not present.

**Specific Duties:**

The watch commander's duties include, but are not limited to:

- Read and review department generated e-mails and watch commander's log.

- Verify the facility inmate counts and facility key counts.

- Monitor overtime expenditures and ensure accuracy of daily deployments.

- Review and monitor NetRMS for reports pending approval.

- Review and monitor the hospital log to ensure hospital guard staffing is appropriate.

- Monitor safety and sobering cell placements.

- Conduct JIMS log checks to ensure compliance with current policies and directives.

- Inspect all areas of the facilities.

- Talk with staff and inmates to assess operational effectiveness.

- Ensure that in-service training is conducted periodically.

- Screen all requests for the emergency call-back of maintenance personnel or outside contractors.

- Ensure that all departmental reports are completed in the designated time frames stated in policy.

- Ensure facility cleanliness.

- Accept and complete assignments from the facility commander.

- Review and authorize admittance of persons not cleared for entry by standard procedures.

- Conduct an 11-53 of all Enhanced Observation Housing (EOH) areas and observe all EOH inmates.

- The dayshift Watch Commander will complete the monthly review (First Saturday of each month) of inmates who have the "Dayroom Waist/Leg Chain" (DRC) JIMS Hazard and Instructions.  The Watch Commander will document in an Inmate Status Report the need for continued retention or removal of the DRC restriction in JIMS. JPMU will be notified of all inmates regarding DRC restrictions.

- Complete safety check audits (as assigned).