1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
3  Los Angeles, CA 90071-2953
   Tel: 213.236.0600    Fax: 213.236.2700
4
   Attorneys for Defendant
5  COUNTY OF SAN DIEGO (Also
   erroneously sued herein as SAN DIEGO
6  COUNTY SHERIFF'S DEPARTMENT, and
   SAN DIEGO COUNTY PROBATION
7  DEPARTMENT)

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11  DARRYL DUNSMORE, ERNEST          Case No. 3:20-cv-00406-AJB-WVG
    ARCHULETA, ANTHONY
12  EDWARDS, REANNA LEVY,            **DECLARATION OF F. HUNTING**
    JOSUE LOPEZ, CHRISTOPHER         **IN SUPPORT OF DEFENDANT'S**
13  NELSON, CHRISTOPHER              **OPPOSITION TO PLAINTIFFS'**
    NORWOOD, and LAURA               **MOTIONS FOR PRELIMINARY**
14  ZOERNER, on behalf of themselves **INJUNCTION AND PROVISIONAL**
    and all others similarly situated, **CLASS CERTIFICATION**
15
16                 Plaintiffs,
17  v.
18  SAN DIEGO COUNTY SHERIFF'S
    DEPARTMENT, COUNTY OF
19  SAN DIEGO, CORRECTIONAL
    HEALTHCARE PARTNERS, INC.,
20  TRI-CITY MEDICAL CENTER,
    LIBERTY HEALTHCARE, INC.,
21  MID-AMERICA HEALTH, INC.,
    LOGAN HAAK, M.D., INC., SAN
22  DIEGO COUNTY PROBATION
    DEPARTMENT, and DOES 1 to 20,
23  inclusive,
24                 Defendants.
25
26
27      I, F. HUNTING declare as follows:
28      1.      I am a Senior Crime & Intelligence Analyst in the Detention

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES
                        - 1 -          3:20-CV-00406-AJB-WVG
                                       HUNTING DECL. ISO OPPOSITION

Investigations Unit (DIU) of the Detention Services Bureau of the San Diego County Sheriff's Department, where I have worked since August 2015.  Previous to this I worked as a patrol station analyst in Santee and have also worked in the Licensing Division of the Sheriff's Department.  I have been employed with the San Diego County Sheriff's Department for close to 18 years total; since August 2004.

2.      I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief, and would competently testify thereto if called and sworn as a witness.

3.      The Detention Investigations Unit, of which I am a member, investigates all crimes that occur in and around county jail facilities including physical and sexual assault, batteries, weapons charges, theft, drugs, and other offenses.  Roughly 23% of the cases we investigate are related to narcotics.

4.      Narcotics are a huge problem in county jails and state prisons because the value of drugs increases in custody, where supply is scarcer, and there may be people in withdrawal who are desperate to obtain narcotics.  Additionally, many of the incoming incarcerated persons are arrested and booked for narcotics-related offenses (use, sale, or crimes related to drugs such as thefts/burglaries to obtain money to buy narcotics).

5.      San Diego county jails use body scanners, X-ray machines, pat downs and strip searches, to try to detect drug smuggling but some drugs still manage to make it inside.  DIU also monitors inmate phone calls in order to flag potential smugglers, coordinates random cell searches, and uses the mail processing center and K-9 dogs to check incoming mail.  However, despite best efforts to prevent drugs from coming into prisons and jails, incoming arrestees/inmates/parolees are creative at finding new ways to bring in drugs and to try to avoid detection.  Attached as Exhibit A is a true and correct copy of a Powerpoint presentation put together by DIU regarding Drugs in Prison.

6.      The narcotics seizure amounts in the San Diego County Jails for fentanyl, methamphetamine, heroin and cocaine are as follows for the last few years:

*2019:*                              *2,504 grams*
*2020:*                              *3,497 grams*
*2021:*                              *4,012 grams (approx. 9 lbs.)*
*2022 YTD (thru 05/18/22):*          *918.40 grams*

7.      The total number of items intercepted by the mail processing center (suboxone strips, narcotic-laced envelopes, cards and letters) are:

*2020:*                              *163*
*2021:*                              *128*
*2022 YTD (thru 05/18/22):*          *157*

8.      The narcotic seizure related arrests by DIU and the Detention Services Bureau are as follows:

*2020:*                              *142*
*2021:*                              *129*
*2022 YTD (thru 05/18/22):*          *33*

9.      Attached as Exhibit B is a true and correct copy of a bar graph showing the narcotics seizures from 2017 to 2021.  Notably, in 2017 and 2018, there was no fentanyl in the system but the amount of fentanyl has steadily grown. This is problematic given that it is the most deadly (especially relative to quantity) of these narcotics.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on May 27, 2022, at San Diego, California.

_____
F. Hunting

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

3:20-CV-00406-AJB-WVG
HUNTING DECL. ISO OPPOSITION

EXHIBIT A



# Drugs in Jail

**Detention Investigations Unit (DIU)**

*Narcotics Investigations*

*Detective Francis Gardiner*

*Lieutenant Karen Mullins*

# **About DIU**

**We are dedicated to investigating all crimes that occur within and around jail facilities (assault, weapons, theft, drugs, etc.)**

**Respond 24/7 to callouts**

**Investigated 2397 cases in 2021**

**Of those cases, 544 were narcotics related (about 23%)**



# Drugs in Jail 101

**Body carrying and mail are the top two methods of smuggling into jail facilities**

**Additional methods**

- **Drug drops in public areas serviced by IP work crews**
- **Staff (corrupt/blackmailed)**
- **Throwing items in (other locations have seen drones used)**

**Drug prices regularly increase 2x-3x in custody**

**Smuggling is often coordinated with or through outside entities for a variety of reasons including:**

- **Money**
- **Increased status in jail**







# Narcotics trends

The amount of fentanyl-laced pills seized during the operation is enough to kill more than 700,000 people, according to the DEA

By City News Service • Published October 1, 2021 • Updated on March 1, 2022 at 10:52 am



Counterfeit oxycodone pills seized by the DEA. U.S. Drug Enforcement Administration officials in San Diego announced Thursday the local seizure this month of tens of thousands of pills laced with deadly fentanyl.





*A lethal dose of fentanyl.*

**All types of drugs are seized from in and around the facilities:**

- **Heroin**
- **Cocaine**
- **Meth**
- **Marijuana**
- **Spice**

**and the newest and most dangerous,**

- **Fentanyl**

**Fentanyl went from no seizures in 2015 to top of the list in first quarter of 2022.**

# Value and Payment

**Total Fentanyl Seized March 2022 = <u>313.95</u> grams**

*Street Value $21,976 ($70 per gram) to $40,813 ($130 per gram)*

*Jail Value <u>$62,800</u> ($200 per gram) to $313,950 ($1000 per gram)*





**Payment is most often through electronic applications (Venmo).**

**Can also be commissary, money on the books, sexual favors, etc.**



# Prevention/Interception



**Monitor changes in treatment, including Naloxone availability and Medication Assisted Treatment programs**

**Booking Screenings (flagging of potential smugglers)**

**Support and Implement Technology (Body Scan/x-ray use)**

**Coordinates and conducts scheduled and random searches**

**Phone monitoring (recording warning)**

**Coordinate the DSB Narcotics K-9 Program**



**Use Crime Analyst to identify trends**

**Warning signs, videos, discussion of dangers of drugs and smuggling**

**Training for Deputies and staff**

**Substance abuse programs in jail, collaboration with community partners upon release**

**Anonymous public tip line**

**Mail Processing Center**

**Dealers and suppliers also targeted and held accountable during investigations**



# Narcan/Naloxone Deployment



### CY 2021 Suspected Jail Overdoses With Narcan Deployment

Suspected Jail Overdose Incidents **204**

Narcan Doses Deployed **610**

#### Suspected Overdoses by Facility

- San Diego Central Jail: 101
- George Bailey Detention Facility: 40
- Vista Detention Facility: 38
- Las Colinas Detention & Reentry Facility: 19
- East Mesa Reentry Facility: 6

\* These figures reflect the number of individuals that had Naloxone administered to them as a result of a suspected overdose incident. Naloxone is administered to any individual who presents signs of opioid overdose or when opioid overdose is suspected. Medical follow-up on suspected overdoses is completed on an individual basis and is notated in the individual's medical records. This data is not tracked at the aggregate level.



# Body Carrying







## Body Scanners

- **Introduced in 2014**
- **New devices in 2019**
- **Currently evaluating more advanced technology**
- **Also use available x-ray technology**



# Detention Investigations Unit



# Someone <u>WANTS</u> to Come to Jail??

# Detention Investigations Unit









# Detention Investigations Unit









# Detention Investigations Unit









# Detention Investigations Unit









# SDCJ Intake Hidden Pocket





# Case Example- 7/2019



Probation Warrant
POE Arrest
30 gm Powdered
Fentanyl

**<u>Overdose</u>**
Naloxone used,
Revived



**<u>Overdose</u>**
Naloxone used,
Revived



**<u>Overdose</u>**
Deceased





# "High Risk" Booking



"High Risk" Booking
- Warrant Self Surrender
- Parole Flash Incarceration
- Probation Remand
- Drug Court Remand
- US/Mexico POE Arrest

Abnormal Body Scan or Refuses Scan

Contacted by DIU Detectives or DSR Indicator

Claims to be "Body Carrying" Narcotics

Claims to have Swallowed Narcotics

This is a perfect time to provide the incarcerated person with an additional admonishment regarding 4573PC and smuggling

Additional Body Scan, X-Ray, Strip Search, and Separate Pending Results.

Additional Screening Indicates Contraband?

**Yes** → Obtain Facility Medical Evaluation, Begin Contraband Watch Per P&P J.8 and **Contact DIU**.

**No** → Continue Booking or Return to Housing.

*Medical Emergency* → Facility Medical Evaluation and Transport to Nearest Emergency Room.

*During normal business hours, contact DIU @ (858)285-2050. After normal business hours, contact the Communications Center @ (858)565-5200.*



# Mail Processing Center (MPC)

**Started in 2018**
**Central processing for all social mail**
**Current study to expand**





# Mail Processing Center (MPC)



# Mail Processing Center (MPC)







# Detentions K9 Unit

**6 Detection K9's (Meth, Heroin, Cocaine)**

**1 Detection K9 (Fentanyl)**







Fatal dose of fentanyl
(2 mg or 2000 mcg)





**Detention Investigations Unit: 858-285-2050**

**Submit a Jail Crime Tip | San Diego County Sheriff (sdsheriff.gov)**

**https://www.sdsheriff.gov/bureaus/detention-services-bureau/submit-a-jail-crime-tip**

EXHIBIT B



# Narcotics Seizures: *5-Year Snapshot*

*Amounts in grams; total weight of fentanyl powder and fentanyl pills combined.*