Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendant
COUNTY OF SAN DIEGO (Also erroneously sued herein as SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, and SAN DIEGO COUNTY PROBATION DEPARTMENT)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF M. MCARDLE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, M. McARDLE, declare as follows:

///

1.     I am the Facilities Superintendent in the Management Services Bureau, primarily supporting the Detention Services Bureau of the San Diego County Sheriff's Department, where I have worked since 2019.  From 2009 to 2019, I was employed by the County of San Diego Department of General Services as an Electronic Security and Systems Technician, responsible for all security systems inside the Detention Facilities, including, but not limited to, the camera systems.  I am currently employed as the Facilities Superintendant and have worked for the Sheriff's Department since 2019.

2.     I have personal knowledge of the matters set forth herein, and would competently testify thereto if called and sworn as a witness.

3.     At the time the camera system was installed in the San Diego Central Jail in 2011, it was state-of-the-art; the system utilizes a dual stream recording system for short term higher resolution storage at 4CIF and long term lower resolution at CIF resolutions.

4.     The San Diego County Sheriff's Department is planning to upgrade the camera system at the San Diego Central Jail in the next fiscal year (FY 23/24) to take advantage of the latest technical advances and improve image quality and retention.  I am informed and believe the request for proposals has not yet been issued to bid but is scheduled to occur.

5.     Surveillance cameras cannot be mounted in areas where Incarcerated Persons can access them and remove or vandalize them.  Cameras are strategically mounted in positions to give deputies the best view and coverage while still providing context.  For example, if an assault or riot occurs, the footage is reviewed to determine who was involved and how the incident began. If an incident occurs, the recorded video footage is typically archived immediately.

6.     Staff can see the video camera footage live on monitors in various assigned areas, with the ability to see different camera views simultaneously.

///

7. If one camera is not working, it gets reported and addressed as soon as possible. If a replacement camera is needed, it is ordered if necessary and replaced as soon as possible.

8. In 2015, the County took back a jail facility which it had previously leased to a private operator. The facility is known as Rock Mountain. A Certified Access Specialist ("CASp") called Carrier Johnson was engaged to perform a CASp inspection and provide the County with guidelines and advice about how best to comply with the CBC accessibility standards and the ADA guidelines. The renovation plans were prepared based upon the CASp recommendations.

9. The intent for Rock Mountain is to house all types of physically disabled inmates at Rock Mountain rather than housing them in one module on each floor at Central. The structural plans for the Facility address mobility issues including providing for lowered call buttons, accessible day room tables and chairs, larger shower stalls with seats, grab bars, accessible toilets and lavs, and the cells are sized appropriately for wheelchair maneuverability.

10. The first contractor engaged by the County was unable to perform and the contract was cancelled in approximately 2017 or 2018 to the best of my memory, because the Contractor was unable to get the legally required bonding for the public project. This caused a delay in the overall project. The construction process started in 2019 with a new contractor, it was halted for several months because of COVID-19, and recommenced in late 2020. The expected completion date is as yet undetermined because of supply chain issues with materials necessary for the project; however, it is hoped that some portions of Rock Mountain can open by the end year.

11. Rock Mountain will not do intake for incoming inmates. Intake will still occur at Vista and Central for male detainees.

///
///

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4875-0723-2545 v1

- 3 -

3:20-CV-00406-AJB-WVG
MCARDLE DECL. ISO OPPOSITION

12. Female detainees are not booked or housed at Central. Female inmates may be booked at Vista but they are housed at Las Colinas, which is an ADA compliant facility built in 2014. Las Colinas only houses women.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on May 31, 2022, at San Diego, California.

*M. McArdle*

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4875-0723-2545 v1

- 4 -

3:20-CV-00406-AJB-WVG
MCARDLE DECL. ISO OPPOSITION