Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendant
COUNTY OF SAN DIEGO (Also erroneously sued herein as SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, and SAN DIEGO COUNTY PROBATION DEPARTMENT)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF JON MONTGOMERY IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, JON MONTGOMERY, declare as follows:

1. I have personal knowledge of the matters herein and would

1  competently testify to them if called to do so.  I am the Medical Director for the
2  Detention Services Bureau, Medical Services Division, of the San Diego County
3  Sheriff's Department.  My role is to oversee medical services for the incarcerated
4  persons housed in all seven (7) San Diego County Sheriff's Department Jail
5  Facilities.  I am a licensed Physician in the State of California and have been since
6  2009.  I have worked for the County Detention Services Bureau since 2009.

2. Upon intake of every inmate brought to a County jail, the inmate is seen by medical staff as soon as reasonable based upon the inmate's condition.  If urgency is required because of medical issues existent at intake, the County jail medical staff can and do respond in an urgent manner and timeframe.  If an inmate presents with concerns that are urgent and cannot be addressed by on site staff, the inmate is transported on an emergency basis to a nearby hospital's Emergency Room.

3. The Sheriff's Department is in the midst of a fundamental change in health care management and administration.  After two solid years of effort, the Department has engaged the services of a consolidated health care provider, and has selected Naphcare for the provision of comprehensive health services (to include medical, mental health, behavioral health, vision and dental care) at all sites. The new contract and concurrent changes in policy have been in negotiations with the new provider (Naphcare, Inc.) for approximately two years, and the overall process to retain an outside provider to offer more comprehensive and complete medical services has been ongoing for several years.  Unfortunately, the process was slowed down by COVID.  While the contract is slated to begin on June 1st, 2022, many of the procedural changes have already been started; new intake processes were enacted as of May 11th, well in advance of the official start date.

4. The new service provider will consolidate the current 22 separate service contracts, and will provide a more "front facing" approach to medical and mental health care.  In other words, the new system will allow almost immediate

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 2 -

3:20-CV-00406-AJB-WVG
MONTGOMERY DECL. ISO OPPOSITION

transfer of care in terms of medications and chronic condition care, mental health assessments, and drug testing upon arrival at the County jail facility. Previously, there was no way to quickly identify a patient's medical or mental history without identifying and contacting the community provider, which could take days to weeks. With the implementation of StatCare (real time telehealth service provision) and SureScrips (a nationwide pharmaceutical database), we are now able to identify and prescribe a patient's medications in as little as 12 hours to ensure a continuity of care.

5. The new process for drug testing by urinalysis upon arrival, which began on May 11, 2022, is extremely significant. Many of our incoming patients are experiencing withdrawals from unknown substances. Providing the ability to specifically identify the medications or substance in question may maximize patient safety and allow a for a more specific treatment of withdrawal. As patients may frequently lie or be unaware of having taken a substance such as methamphetamine that was laced with another substance, it is important to receive accurate information. I have seen this happen all too often with the drug Fentanyl, which can have severe physical and psychological withdrawal symptoms. Definitive testing allows for first stage management. Based upon the new real time chart check with a provider off site, the urine drug screening, and COVID tests, definitive results are obtained within 12 hours. Having the new methods in place will provide knowledge of illicit substances, which will in turn reduce suicide attempts, eliminate deaths from withdrawal, and hopefully have some effect on reducing the number of overdoses.

6. Overdoses in custody frequently occur because an inmate's tolerance has decreased while being incarcerated. When small amounts are smuggled in to the inmate, even a tiny amount can cause an overdose. To address this concern, all deputies have been trained and equipped with Naloxone. The Department is taking active steps to consider direct availability of Naloxone (Narcan) to patients in the

housing units.

7. I have seen firsthand the success of the new system in just the first two days it was used. In the first 48 hours that urine drug tests were being administered upon inmate arrival, we were able to identify at least 10 individuals that were taking drugs they did not disclose or perhaps otherwise were unaware, and the staff was able to start those 10 individuals on medications to address the problem. In each of those 10 cases, the jail would not have known about the illegal drugs in their systems because they did not self-report.

8. I personally was asked for and provided input to the California State Audit, and my input was adopted by the auditors; I have also seen my input and recommendations being implemented in the County of San Diego jails. I was forthcoming about my desire for "front facing" rather than "rear facing" medical care to prevent medical problems or concerns by identifying the patient's condition upon arrival. Fortunately, the Board of Supervisors authorized a comprehensive contract for all aspects of medical care to meet NCCHC standards with Naphcare.

9. Upon arrival at County jail facilities, medical staff will identify durable medical devices needed by disabled detainees if they do not arrive with any, or abide by what the inmate had in their prior placement. The designated ADA coordinator takes the inmate *Armstrong* documents and ensures appropriate notifications are placed in EHR ("TechCare"), which in turn communicates with JIMS (Jail Information Management Service), to ensure as much continuity of care as possible.

10. Attached as Exhibit A is a true and correct copy of a new policy that went into effect on May 11, 2022, for medically supervised drug and alcohol withdrawal and treatment. This program puts the inmate patient on a medication withdrawal protocol in order to ease the pain and treat the symptoms of withdrawal. With the Naphcare contract, a full Medication Assisted Treatment (MAT) protocol – combining medication with counseling and behavioral therapy – is in

development.

11. We are hoping to be active partners with a Opioid Treatment Program (OTP) community provider in order offer continuing medications, counseling and treatment to include methadone and other more frequently used medications such as suboxone in the near future. It is my understanding that negotiations are in process but I am not clear on the specific timeline. This would also permit us to offer drugs such as Trexone, Vivitrol, and Bupinofrine. We already provide limited methadone for exceptional cases, such as to pregnant women who were addicted to heroin who are in custody at Las Colinas.

12. We are taking definitive steps toward putting Naloxone (Narcan) in the housing units, accessible directly to incarcerated persons. We have already distributed Narcan to our custody staff and medical staff, to keep on their person while rounding the units, and we offer it on discharge to people being released.  We are trying to get emergency funding to provide vending machines with Narcan available on discharge (without a charge) to confidentially distribute them.

13. If an incarcerated individual who uses a wheelchair needed to be housed in Enhanced Observation Housing (EOH) for their safety, it is my understanding is that their wheelchair would be left outside the cell door for movement around EOH.  If the individual were wheelchair bound, each situation would be considered on a case by case basis but the disability may dictate that they be housed in MOB so staff can monitor the individual.  This situation would be addressed by medical and mental health staff.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on May 31, 2022, at San Diego, California.

JON MONTGOMERY

EXHIBIT A

# SAN DIEGO COUNTY SHERIFF'S DEPARTMENT — Operations Manual

| | | | |
|---|---|---|---|
| SUBJECT: | MEDICALLY SUPERVISED WITHDRAWAL and TREATMENT | DATE: | 5/11/2022 |
| CATEGORY: | MEDICAL & PSYCHIATRIC SERVICES | NUMBER: | MSD.A.3 |
| DISSEMINATION: | MEDICAL SERVICES DIVISION | PAGE: | 1 |
| RELATED SECTIONS: | MSD A.2, MSD. F.5.1, DSB M. | | |
| IN COMPLIANCE WITH: | TITLE 15, SECTION; NCCHC MH G-05 | | |

PURPOSE

To establish guidelines for the observation and treatment of patients manifesting symptoms of intoxication or withdrawal from alcohol and/or drugs.

POLICY

All patients entering the County of San Diego Sheriff's Detention facilities, will be screened for any history of manifesting symptoms of intoxication or withdrawal from alcohol and or other drugs. Patients who may be intoxicated or experiencing withdrawal symptoms will be identified and managed in accordance with their medical needs. Pregnant patients with opioid history will be maintained on appropriate Substance Abuse and Mental Health Services Administration (SAMHSA) approved medications.

PROCEDURE

1) Upon entry to the County of San Diego Sheriff's Detention facilities, the patient's medical history of alcohol and drug use will be obtained by San Diego County health staff as an integral part of the intake/booking procedure to identify and manage any intoxication or withdrawal symptoms. This will include any substance used, last time used, quantity used, and duration of use, along with obtaining a urine drug screen as indicated below.
2) Protocols are consistent with nationally accepted guidelines and will be utilized as written. Any alteration to the assessments must be preapproved by the corporate Chief Medical Officer or designated medical staff.
3) Protocols for intoxication and medically supervised withdrawal are established by the CMO and approved by the responsible physician.
4) Medically supervised withdrawal will be done under the supervision of an advanced clinical provider in accordance with local, state, and federal laws, and follow corporate approved protocols.
5) Health staff will encourage that patients be housed in an area that is safe and effective for monitoring of possible withdrawal symptoms.
6) A patient exhibiting severe, life-threatening symptoms will be transferred to the nearest emergency department based on the paramedic's assessment, which may include a contracted, licensed hospital or outside medical facility for stabilization.
7) Individuals identified at risk for progression to more severe levels of withdrawal are kept under close observation by health care staff and admitted to the infirmary level of care (MOB), or designated area, and if severe withdrawal symptoms are observed, the advanced clinical provider is consulted promptly.
8) If a pregnant patient is admitted with a history of any alcohol or drug use, an immediate referral will be made to the advanced clinical provider so that the dependence can be assessed and treated appropriately. See Pregnancy Management Section below.
9) A patient who appears to be intoxicated or experiencing symptoms of drug or alcohol withdrawal will be referred to the health care staff for evaluation of symptoms, including, but not limited to:
    a) Drowsiness
    b) Agitation/Anxiety
    c) Nausea/Vomiting/Diarrhea
    d) Odor of alcohol;
    e) Slurred speech;
    f) Disorientation to person, place, or timeline.

MEDICALLY SUPERVISED WITHDRAWAL AND TREATMENT

# SAN DIEGO COUNTY SHERIFF'S DEPARTMENT — Operations Manual

| | |
|---|---|
| SUBJECT: MEDICALLY SUPERVISED WITHDRAWAL and TREATMENT | DATE: 5/11/2022 |
| CATEGORY: MEDICAL & PSYCHIATRIC SERVICES | NUMBER: MSD.A.3 |
| DISSEMINATION: MEDICAL SERVICES DIVISION | PAGE: 2 |
| RELATED SECTIONS: MSD A.2, MSD. F.5.1, DSB M. | |
| IN COMPLIANCE WITH: TITLE 15, SECTION; NCCHC MH G-05 | |

      g) Lack of coordination.
      h) Change in pupil size; or
      i) Psychosis.

10) The Health Services Administrator will ensure training in the recognition of signs and symptoms for chemical dependency and withdrawal for health care staff during the orientation process, and with updates to protocols.
11) The advanced clinical provider may keep a patient who is exhibiting mild to moderate symptoms of withdrawal or acute intoxication under observation as deemed necessary.
12) All initial and ongoing assessments will be documented in TechCare by San Diego County health staff.
13) A patient's suicide risk increases during the withdrawal period. In order to assist with identification of at-risk individuals, the Columbia -Suicide Severity Rating Scale (C-SSRS) can be accessed in TechCare via the forms tab.
    A. Health staff will perform the C-SSRS as clinically indicated during the withdrawal period:
        a. At a minimum the C-SSRS will be completed:
            i. At the Receiving Screening-regardless of substance abuse identification on screening.
            ii. At each AM medication administration while on detoxification medications (Buprenorphine, Diazepam, Methadone). Patients on comfort meds only do not apply.
14) Health staff will obtain vital signs at each AM medication administration while on the detoxification medications (Buprenorphine, Diazepam, Methadone). Patients on comfort meds do not apply.
15) The patient's individual treatment plan will include a referral to mental health/behavioral health consultation.
16) Appropriate sworn staff will be notified when a patient requires specialized placement and observation. Health staff will add the appropriate flags for example, COWS/CIWA, No Transfers in TechCare for 5 days.
17) Disorders associated with alcohol and other drugs are recognized and treated as medically indicated.

MEDICALLY SUPERVISED WITHDRAWAL AND TREATMENT

# SAN DIEGO COUNTY SHERIFF'S DEPARTMENT

Operations Manual

| | | | |
|---|---|---|---|
| SUBJECT: | MEDICALLY SUPERVISED WITHDRAWAL and TREATMENT | DATE: | 5/11/2022 |
| CATEGORY: | MEDICAL & PSYCHIATRIC SERVICES | NUMBER: | MSD.A.3 |
| DISSEMINATION: | MEDICAL SERVICES DIVISION | PAGE: | 3 |

RELATED SECTIONS:   MSD A.2, MSD. F.5.1, DSB M.
IN COMPLIANCE WITH:   TITLE 15, SECTION; NCCHC MH G-05

Figure: TechCare screenshot showing a portion of the Detox Dashboard used to monitor patients on CIWA and COWS

<u>ALCOHOL WITHDRAWAL</u>

Patients with a history of significant and/or frequent alcohol use on the Receiving Screening will have a Comprehensive Detox Screen completed during the booking process, along with a Urine Drug Screen. An alert or call will be sent to StatCare for chart review and further orders.
1) Unless there are allergies or contraindications, patients are placed on:
    a) Comfort medications to aid with symptom management. Comfort medications for alcohol withdrawal may include Zofran, Maalox, Imodium, and Bentyl;
    b) Thiamine and a prenatal multivitamin (for folate supplementation) daily x 7 days; and/or

MEDICALLY SUPERVISED WITHDRAWAL AND TREATMENT

# SAN DIEGO COUNTY SHERIFF'S DEPARTMENT — Operations Manual

| | | |
|---|---|---|
| SUBJECT: | MEDICALLY SUPERVISED WITHDRAWAL and TREATMENT | DATE: 5/11/2022 |
| CATEGORY: | MEDICAL & PSYCHIATRIC SERVICES | NUMBER: MSD.A.3 |
| DISSEMINATION: | MEDICAL SERVICES DIVISION | PAGE: 4 |
| RELATED SECTIONS: | MSD A.2, MSD. F.5.1, DSB M. | |
| IN COMPLIANCE WITH: | TITLE 15, SECTION; NCCHC MH G-05 | |

  c) Keppra 500 mg BID x 14 days for seizure prophylaxis.
  d) These medication protocols can be found in the guidelines section of TechCare and are started under the order of an advanced clinical provider only.
2) Patients with significant history of alcohol use disorder and/or history of complex withdrawal from alcohol will be placed on a 5-day taper of Diazepam by order of an advanced clinical provider after chart review. The taper is as follows:
  a) Day 1: 10 mg three times a day.
  b) Day 2: 10 mg twice a day.
  c) Day 3: 10 mg twice a day.
  d) Day 4: 10 mg once a day; q am
  e) Day 5: 10 mg once a day; q am

BENZODIAZEPINE WITHDRAWAL
1) Patients with a history of significant and/or frequent benzodiazepine use on the Receiving Screening will have a Comprehensive Detox Screen completed during the booking process along with a Urine Drug Screen, either an alert or call to StatCare for chart review and further orders.
2) Unless there are allergies or contraindications, patients are placed on:
  a) Comfort medications to aid with symptom management. Comfort medications for benzodiazepine withdrawal may include Zofran, Maalox, Imodium, Ibuprofen, and Bentyl; and/or
  b) Keppra 500 mg BID x 14 days for seizure prophylaxis.
  c) These medication protocols can be found in the guidelines section of TechCare and are started under the order of an advanced clinical provider only.
3) Patients with significant history of benzodiazepine use disorder and/or history of complex withdrawal from benzodiazepines will be placed on a 5-day Diazepam taper by order of an advanced clinical provider after chart review. The taper is as follows:
  a) Day 1: 10 mg three times a day.
  b) Day 2: 10 mg twice a day.
  c) Day 3: 10 mg twice a day.
  d) Day 4: 10 mg once a day; q am
  e) Day 5: 10 mg once a day; q am

MEDICALLY SUPERVISED WITHDRAWAL AND TREATMENT

| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT | Operations Manual |
|---|---|

| SUBJECT: | MEDICALLY SUPERVISED WITHDRAWAL and TREATMENT | DATE: | 5/11/2022 |
| CATEGORY: | MEDICAL & PSYCHIATRIC SERVICES | NUMBER: | MSD.A.3 |
| DISSEMINATION: | MEDICAL SERVICES DIVISION | PAGE: | 5 |
| RELATED SECTIONS: | MSD A.2, MSD. F.5.1, DSB M. | | |
| IN COMPLIANCE WITH: | TITLE 15, SECTION; NCCHC MH G-05 | | |

OPIOID WITHDRAWAL
1) Patients with a history of significant and/or frequent opioid use on the Receiving Screening will have a Comprehensive Detox Screen completed during the booking process along with a Urine Drug Screen. An alert or call will be sent to StatCare for chart review and further orders.
2) Unless there are allergies or contraindications, patients are placed on comfort medications to aid with symptom management. Comfort medications for opioid withdrawal may include Zofran, Maalox, Imodium, Ibuprofen, and Bentyl.
3) Patients with significant history of opioid use disorder and/or history of complex withdrawal from opioids will be placed on a 5-day Buprenorphine taper by order of an advanced clinical provider after chart review and sufficient time has passed to avoid risk of precipitated withdrawal.
    a) The buprenorphine taper is as follows:
        i. Days 1 and 2: 8mg Daily, qam
        ii. Days 3 and 4: 4mg Daily, qam
        iii. Day 5: 2 mg Daily, qam
    b) Where methadone is not able to be maintained in custody with a community partner, patients verified with high, or maintenance doses of methadone can be placed on an extended buprenorphine taper per template guideline in TechCare and dosed as follows by an advanced provider:
        i. 8mg x 1 day,
        ii. 8mg BID for 7 days
        iii. 8mg once a day for 3 days, qam
        iv. 4mg once a day for 3 days, qam then stop
        v. This extended taper should be considered for patients verified in a community program on higher doses (i.e., over 60mg) of methadone or those established with a community program on methadone for several weeks. These patients will tend to have delayed and more severe symptoms of withdrawal necessitating a higher dose of buprenorphine spread out over a longer time frame.
        vi. Caution should be used with starting the first dose of buprenorphine to avoid precipitated withdrawal. Providers are advised to wait at least 72 hours from last dose of methadone before first dose of buprenorphine.

PREGNANCY MANAGEMENT

1) At intake, usual procedures will be followed to identify pregnant patients and obtain a history of drug and /or other alcohol use.
    a. Obtain pregnancy test and urine drug screen; and
    b. Completion of receiving screening, mental health, C-SSRS, comprehensive detox screen, and physical assessment.
    c. For a positive pregnancy test, a pregnancy flag will be entered into TechCare by health staff.
2) If a pregnant patient is entering the detention facility with a history of any alcohol or drug use, an immediate referral will be made to the advanced clinical provider so that the dependence can be assessed and treated appropriately.

MEDICALLY SUPERVISED WITHDRAWAL AND TREATMENT

a. Other protocol comfort medications should be assessed for safety in pregnancy by the clinical provider

| 3) SAN DIEGO COUNTY SHERIFF'S DEPARTMENT | | Operations Manual |
|---|---|---|
| SUBJECT: MEDICALLY SUPERVISED WITHDRAWAL and TREATMENT | DATE: | 5/11/2022 |
| CATEGORY: MEDICAL & PSYCHIATRIC SERVICES | NUMBER: | MSD.A.3 |
| DISSEMINATION: MEDICAL SERVICES DIVISION | PAGE: | 6 |
| RELATED SECTIONS: MSD A.2, MSD. F.5.1, DSB M. | | |
| IN COMPLIANCE WITH: TITLE 15, SECTION; NCCHC MH G-05 | | |

    prior to administration.
3) If a provider is present at the facility, the nurse should contact the provider to evaluate the patient and provide recommendations. Contact the on-call provider or referral to StatCare via an alert or call in the absence of the on-site provider.
   a. Check fetal heart tones and record results in TechCare. If no fetal heart tones are detected, or there is a concern for fetal well-being, the patient should be sent to the local ER for further assessment.
   b. If the patient claims to be enrolled in an Opioid Treatment Program (OTP), verification from the OPT will be immediately attempted. If verified, information will be obtained verbally and documented in the medical record, with proper records requested.
   c. Opioid positive pregnant females should never undergo medically supervised withdrawal during pregnancy. They should continue buprenorphine or methadone at least until delivery.

POST-PARTUM PERIOD
   a. If the patient receiving maintenance treatment gives birth while still incarcerated, medically supervised withdrawal may be carried out as ordered by the advanced clinical provider as clinically indicated.

OVERDOSE
See MEDICAL DIRECTIVE #3- NALOXONE (Narcan) INTERVENTION

Forms

Columbia-Suicide Severity Rating Scale (C-SSRS): Screening Version found in TechCare

MEDICALLY SUPERVISED WITHDRAWAL AND TREATMENT

| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT | Operations Manual |
|---|---|

| SUBJECT: | MEDICALLY SUPERVISED WITHDRAWAL and TREATMENT | DATE: | 5/11/2022 |
|---|---|---|---|
| CATEGORY: | MEDICAL & PSYCHIATRIC SERVICES | NUMBER: | MSD.A.3 |
| DISSEMINATION: | MEDICAL SERVICES DIVISION | PAGE: | 7 |
| RELATED SECTIONS: | MSD A.2, MSD. F.5.1, DSB M. | | |
| IN COMPLIANCE WITH: | TITLE 15, SECTION; NCCHC MH G-05 | | |

## References

Medically Supervised Withdrawal and Treatment (J-F-04). National Commission on Correctional Health Care: Standards for Health Services in Jails, 2018.

Medically Supervised Withdrawal and Treatment (P-F-04). National Commission on Correctional Health Care: Standards for Health Services in Prisons, 2018.

Patients with Alcohol and Other Drug Problems (MH-G-05). National Commission on Correctional Health Care: Standards for Mental Health Care in Correctional Facilities, 2015.

Lighthouse Project:
https://cssrs.columbia.edu/the-columbia-scale-c-ssrs/evidence/

Detoxification (4-ALDF-4C-36); Management of Chemical Dependency (4-ALDF-4C-37). American Correctional Association: Performance Based Standards for Adult Local Detention Facilities, Fourth Addition, 2004.

American Correctional Association: Standards Supplement, 2016.

Florida Model Jail Standards, 2015.

| Implemented | 4-18-2022, 4-19-22, 5-11-22 |
|---|---|
| Reviewed | |
| Revised | |