1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
3  Los Angeles, CA 90071-2953
   Tel: 213.236.0600    Fax: 213.236.2700
4
   Attorneys for Defendant
5  COUNTY OF SAN DIEGO (Also
   erroneously sued herein as SAN DIEGO
6  COUNTY SHERIFF'S DEPARTMENT, and
   SAN DIEGO COUNTY PROBATION
7  DEPARTMENT)

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  DARRYL DUNSMORE, ERNEST          Case No. 3:20-cv-00406-AJB-WVG
    ARCHULETA, ANTHONY
12  EDWARDS, REANNA LEVY,            **DECLARATION OF MELISSA
    JOSUE LOPEZ, CHRISTOPHER         QUIROZ IN SUPPORT OF
13  NELSON, CHRISTOPHER              DEFENDANT'S OPPOSITION TO
    NORWOOD, and LAURA               PLAINTIFFS' MOTIONS FOR
14  ZOERNER, on behalf of themselves PRELIMINARY INJUNCTION AND
    and all others similarly situated, PROVISIONAL CLASS
15                                   CERTIFICATION**

16                 Plaintiffs,

17  v.

18  SAN DIEGO COUNTY SHERIFF'S
    DEPARTMENT, COUNTY OF
19  SAN DIEGO, CORRECTIONAL
    HEALTHCARE PARTNERS, INC.,
20  TRI-CITY MEDICAL CENTER,
    LIBERTY HEALTHCARE, INC.,
21  MID-AMERICA HEALTH, INC.,
    LOGAN HAAK, M.D., INC., SAN
22  DIEGO COUNTY PROBATION
    DEPARTMENT, and DOES 1 to 20,
23  inclusive,

24                 Defendants.

25

26

27       I, MELISSA QUIROZ declare as follows:

28       1.     I am the Mental Health Director for the Detention Services Bureau,

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -                        3:20-CV-00406-AJB-WVG
                             QUIROZ DECLARATION ISO OPPOSITION

Medical Services Division, of the San Diego County Sheriff's Department. I am licensed by the State Board of Behavior Sciences as a Licensed Marriage Family Therapist (LMFT). I have experience working in correctional mental health care, starting with the California Department of Corrections in 2002, then the Nevada Department of Corrections in 2006; I have worked for the County of San Diego in Detention Services since 2016.

2. I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief and would competently testify thereto if called and sworn as a witness.

3. We currently have 21 mental health clinicians to cover the County jails; Although we were originally funded for 27 positions, we have not been able to fill more than 26 at one time. As of July 2021, the County increased funding and authorized another 45 mental health clinician positions to cover intake screening and discharge planning. The Mental Health Clinician salaries are competitive, and the County benefits are excellent; however, to date we have been unable to fill these vacancies. Additionally, due to a Memorandum of agreement (MOA) negotiations no mental health clinicians cannot be mandated to work overtime. However, we have recently been able to staff 3 additional supervisor positions – Chief Mental Health Clinicians – so that now we have on site supervisors for each of our main facilities including San Diego Central Jail.

4. Due to staffing, Registered Nurses typically do the mental health screening during intake. This screening consists of a symptom inventory (a series of yes/no questions), which is the standard protocol in the field to detect potential suicide risk. Three questions were added to the intake screening (highlighted in purple), in addition to the 6 questions in the Columbia-Suicide inventory (highlighted in green) which were already part of the screening, at the recommendation of Lindsay Hayes. A true and accurate copy of the current Receiving Screening form is attached as Exhibit A.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

3:20-CV-00406-AJB-WVG
QUIROZ DECLARATION ISO OPPOSITION

5.     If the patient answers yes to any of the suicide risk questions, then the R.N. calls for a mental health clinician or psychologist to do a further assessment, provided it is between 6:00 a.m. and 10:30 p.m.  If the screening occurs during overnight shift between the hours of 10:00 pm to 06:00 am and if the patient answers yes to a suicide risk question, the individual is assessed by a Registered Nurse (R.N.) and placed into our safety program until a mental health professional is on duty and can provide further assessment. Once Naphcare staffing is in effect as of June 1, 2022, there will be a mid-level psychiatric staff person available during the hours of 10:00 pm to 6:00 am for consultation.

6.     In my experience, custody staff do take into account mental health clinicians' input and recommendations, though they sometimes disagree.  At times these interests are competing, but they need to be discussed in order to determine the best course of action.  For example, while it may often be beneficial for a patient to have a cellmate to have someone to talk to and reduce the risk of suicide, if that patient has homicidal tendencies, the security risk to the other patients outweighs the benefits.  However, when it comes to matters involving clinical judgments about psychiatric/mental health care, those are the sole province of the psychiatrist or mental health provider (within the scope of their licensure).

7.     In February 2019 our safety policy program was updated, this allowed mental health staff rather than custody staff the authority to make placement decisions into the safety program and when they will be released from it. Custody staff no longer can make this decision, unless is and emergency or exigent circumstance.

8.     Mental Health Clinicians also recommend where patients are to be placed within the patient Safety Program (ISP).  Our safety program includes Enhanced Observation Housing (EOH), Medical Isolation Cells, and Safety Cells, as described below:

a.     Enhanced Observation Housing (EOH) units can be cells or

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

3:20-CV-00406-AJB-WVG
QUIROZ DECLARATION ISO OPPOSITION

dorms, a patient in EOH have a bed, mattress sink, toilet, safety blanket, and a safety smock.

b.      Medical Isolation cells are similar to Enhanced Observation Housing (EOH) but the patient would only be in a cell and not a dorm, and would not have a cellmate, as they are considered a potential danger to others.

c.      Safety cells are rubberized rooms, with a hole in the ground to use for bathroom needs.  The patient is given a smock, a camera observes inside the cell (monitored by staff) and randomized 15-minute checks are conducted by staff.  Safety Cells are for those patients who are actively assaultive and actively self-harming.

9.      The Central Jail also has a Psychiatric Stabilization Unit (PSU).  PSU is governed by the Lanterman-Petris-Short (LPS) Act (chapter 1667 of the 1967 California statues codified as California welfare institution code, section 5000 et seq.). To be housed in a PSU cell, the same criteria as for a PC 5150 hold applies, in other words they pose a danger to themself or others.  If a patient needs one to one direct observation while in the PSU a Registered Nurse or mental health clinician is posted directly outside the PSU Observation Cell(s).

10.      There are currently 132 patients who have been found incompetent to stand trial and are waiting to be transferred to a State Hospital such as Atascadero, Coalinga, Metropolitan, Napa, Patton. Typically, these patients have *Keyhea* court orders for involuntary medication to be administered.

11.      During rounds to check on patients, mental health clinicians often do wellness checks at the cell front.  This is a brief check in, to ask how the patient is doing, obtain information if appropriate, and for the patient to request a confidential session if needed. Typically, patients can obtain a confidential meeting if requested but it may take some time to coordinate.  If the patient is interested in discussing something privately but it is not urgent, they can request to schedule for a

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -

3:20-CV-00406-AJB-WVG
QUIROZ DECLARATION ISO OPPOSITION

1   confidential session.  These confidential sessions are also routinely scheduled at the

2   initiative of mental health clinicians.

3          12.    A Sheriff's deputy is always present with the mental health clinician

4   on rounds, though the deputy is usually standing back, to the side, and out of view

5   of the patient if possible.  The deputies can potentially overhear the conversation

6   but in my experience usually they are not interested, and they are present only to

7   provide security.  A deputy is also present if a patient is at a hospital or goes to an

8   outside medical specialist, for security reasons.

9          13.    Sometimes private (confidential) rooms to use for mental health

10  sessions are in short supply or unavailable, such as at the Central Jail where the

11  clinic rooms were re-purposed during Covid for remote court appearances and legal

12  visits.  However, there are still places available for confidential consultations with

13  patients.  George Bailey, Vista, and Las Colinas each have 3 clinic rooms.  At the

14  Central Jail, there is 1 clinic room in PSU, 4 clinic rooms in OPSD on the 6th floor,

15  and build-outs on the 2nd floor.  If needed, a patient can also be put into a holding

16  cell out of the way or into an empty cell with no neighboring patients, or

17  temporarily in EOH, in order to talk more privately.  A deputy would still be

18  standing by for security reasons.

19         14.    As of June 1, 2022, NaphCare is taking over the contract previously

20  held by Liberty Healthcare, Inc., and NaphCare will be providing psychiatrists and

21  psychologists for the County jails.  Part of the contract provides that the policies

22  and procedures used by NaphCare will be merged with the Mental Health policies

23  and procedures for the County Jails, with the goal of each jail qualifying for

24  NCCHC accreditation.  NaphCare has been asked to staff a mental health

25  professional on the overnight shift to be available as needed for consultation, such

26  as for assessment when an incoming patient answers "yes" on a suicide risk

27  screening.

28         15.    As of May 11, 2022, SureScripts was implemental for medical and

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 5 -

3:20-CV-00406-AJB-WVG
QUIROZ DECLARATION ISO OPPOSITION

1  mental health staff to access.  This system allows us to research a person's

2  medication prescribed anywhere in the U.S. prior to their incarceration, or if

3  incarcerated in another system earlier, so their medication needs can be bridged

4  immediately.  The prior system relied on staff asking patient where they filled

5  prescriptions previously, then communicating with their stated Pharmacy (i.e.

6  Walgreen's or CVS) and waiting for a response about their prescriptions.

7    16. As of May 20, 2022, the following numbers of persons incarcerated in

8  the San Diego County Jails were in the mental health delivery system.  These

9  numbers change daily due to the population turnover.

10    * Psychiatric Stabilization Unit (PSU) – 11 female (capacity 26); 15 male

11  (capacity 26).

12    * Safety cells – none.

13    * Enhanced Observation Unit (EOH) – no female, 3 male.

14    * Medical Isolation (for safety/ mental health reasons) – 1 female, no male.

15    * OPSD Progressive step to and from PSU – 26 female, 177 male.

16    17. We have started the process of wellness checks as a multi-disciplinary

17  team at the San Diego Central Jail and Las Colinas Detention and Reentry Facility

18  will soon be expanding these checks to all facilities. Currently they take place on

19  Mondays, Wednesdays and Fridays. The wellness checks include nursing, mental

20  health, reentry services and custody staff. The goal is to observe the patient in their

21  environment to assess the condition of the environment, assess for medical and

22  mental health needs, and plan services for reintegration back into the community.

23    I declare under penalty of perjury under the laws of California and the United

24  States of America that the foregoing is true and correct.

25    Executed on May 27, 2022, at San Diego, California.

26

27

28            Melissa Quiroz

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 6 -

3:20-CV-00406-AJB-WVG
QUIROZ DECLARATION ISO OPPOSITION

EXHIBIT A



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

5/20/2022 4:58:27 PM PDT

# RECEIVING SCREENING - Completed by: ██████████ on 5/19/2022 3:28:04 PM PDT

| Patient: ████████ | | #: ████████ | Class: 5 |
|---|---|---|---|
| DOB: ████████ | | Sex: M | Race: B |
| Housing: SDCJ-6-A-07-B | | Court Date: | Type: |
| Status: ACTIVE | | Booking Date: 5/19/2022 3:08:29 PM PDT | Proj. Rel: |

- [x] Patient is willing to sign, but unable to sign
- [ ] Refused

Current Allergies

Lithium

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Screeners: All questions in this form must be addressed. For questions with a single checkbox, by leaving the checkbox unselected, you are documenting your conclusion that all parameters of the question are false. By selecting the checkbox, you are acknowledging a positive response to the item and further documentation must be provided in the corresponding questions and text boxes.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ARRESTING OFFICER QUESTIONS--Select and Document all that apply

Arresting Agency? SDPD - SAN DIEGO POLICE DEPARTMENT

Officer's Name?

ward

Officer's Badge #?

1664

Is the attending officer aware of any Illness or Injuries?

- [ ] Yes
- [x] No

Is the attending officer aware of any Current/Recent Suicidal Ideation?

- [ ] Yes
- [x] No

Is the attending officer aware of any signs that the patient is under the influence of Drugs or Alcohol?

☐ Yes

☑ No

Is the attending officer aware of any Combative, Assaultive or Extremely Hostile Behavior?

☐ Yes

☑ No

Is the attending officer aware of any Treatment by Medical Personnel in the Field?

☐ Yes

☑ No

Was a PERT Evaluation performed surrounding the arrest?

☐ Yes

☑ No

Do you have any additional information to help us care for the patient's health and safety?

☐ Yes

☑ No

During the initial call, was there any indication of a mental health concern?

☐ Yes

☑ No

☐ NA

## GENDER IDENTITY--Select and Document all that apply

Do You Identify as Transgender?

☐ Yes

☑ No

☐ Transgender - Male Gender          ☐ Transgender - Female          ☐ Transgender - Non-Binary

## CHRONIC CONDITIONS--Select and Document all that apply

### Neurological

☐ Seizures

### Respiratory

☐ Asthma

**Cardiovascular**

☐ Hyperlipidemia                    ☐ Hypertension

**Endocrine**

☐ Diabetes

**Infectious Disease**

☐ HIV                               ☐ Tuberculosis

**Behavioral Health Chronic Care**

☑ Mood Disorders                    ☑ Psychotic Disorders

**Hematology/Oncology**

☐ Dialysis

**If the item below is checked, the patient has a pending TB workup from an incarceration within the last 6 months. This patient will be added to the TB Workup queue in Admissions/Discharge, and a Medical Chart Review sick call will be scheduled.**

☐ TB Workup
☐ Other

**GENERAL MEDICAL ASSESSMENTS--Select and Document all that apply**

Click the SureScripts button to run the medication verification report

SureScripts

☐ Current medications or treatments

Current Medications:

☐ Yes
☑ No

| Medication | Strength | Filling Pharmacy | Address | Phone Number | Frequency | Last Dose | Last Fill Date |
|------------|----------|------------------|---------|--------------|-----------|-----------|----------------|

☐ Past medical or psychiatric hospitalizations?

**List location, time and reason for each**

☐ Dental issues requiring Dentist Sick Call appointment

**Describe**

Does the patient have any active infections or contagious illnesses?

☐ Yes

☑ No

☐ No Response

☐ General-fever, lethargy, weight loss, loss of appetite, night sweats

☐ Skin-Lesions, needle marks, abscesses, bruises, rash, jaundice, lice, trauma, scars, tattos

☐ Pulmonary-Persistent cough, coughing up blood

Have you traveled outside of the United States in the past weeks or months?

☐ Yes

☑ No

Does the inmate have issues with mobility (Cane, Wheelchair, Prosthetics, Crutches, Splints)?

☐ Yes

☑ No

☐ No Response

☐ Crutches               ☐ Cane                    ☐ Wheelchair

☐ Prosthetics

Does the individual have other limitations like hearing, visual, communication?

☐ Yes

☑ No

☐ No Response

☐ Hearing (Category ADM)        ☐ Visual (Category ADM)        ☐ Communications (Category ADM)

Do you have any other medical conditions or problems?

☑ Yes

☐ No

☐ No Response

IP was observed with a spit mask. IP was observed talking to himself. Ip kept requesting psych medication. Psych sick call to be scheduled.

**MENTAL HEALTH SCREENING--Select and Document all that apply**

Is the patient a state hospital returnee?

☐ Yes

☑ No

Was the patient evaluated at the EPU in conjunction with this arrest?

☐ Yes

☑ No

## Mental Health History

Are you a client of the regional center for the developmentally disabled, or have you been in special educational classes in school?

☐ Yes

☑ No

☐ No Response

☐ PSU                    ☐ In Custody Suicide Attempt              ☐ History of ISP

☐ History of JBCT        ☐ State Hospital Returnee

Have you ever been a victim of sexual assault while incarcerated or in the community?

☐ Yes

☑ No

☐ No Response

## Columbia-Suicide Severity Rating Scale

1) Have you wished you were dead or wished you could go to sleep and not wake up?

☐ Yes

☑ No

2) Have you had any actual thoughts of killing yourself?

☑ Yes

☐ No

IP is verbalising HI and stated, "I will those who hurt me."

3) Have you been thinking about how you might do this?

☐ Yes

☑ No

4) Have you had these thoughts and had some intention of acting on them?

☐ Yes

☑ No

5) Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?

☐ Yes

☑ No

6) Have you ever done anything, started to do anything, or prepared to do anything to end your life?

☐ Yes

☑ No

## How long ago did you do any of these?

○ Over a year ago?

○ Between three months and a year ago?

○ Within the last three months?

Hayes

### Additional Suicide Risk Questions

Have you recently experienced a significant loss (relationship, death of a family member/close friend, job, etc.)?

☐ Yes

☑ No

☐ No Response

Has a family member or close friend ever attempted or committed suicide?

☐ Yes

☑ No

☐ No Response

Do you feel there is nothing to look forward to in the immediate future (inmate expressing helplessness and/or hopelessness)?

☐ Yes

☑ No

☐ No Response

## SUBSTANCE USE ASSESSMENTS--Select and Document all that apply

History or risk of alcohol or drug withdrawal?

☐ Yes

☑ No

☐ No Response

Recent use of alcohol, heroin, prescription pain medications or sedatives?

☐ Yes

☑ No

☐ No Response

## Most recent alcohol, sedative, or opiate use:

○ 5 days or less

○ 6 days or greater

Use of any other illegal drugs?

☐ Yes

☑ No

☐ No Response

Have you been in a detox program or substance abuse treatment program in the last 90 days?

☐ Yes

☑ No

☐ No Response

## MISCELLANEOUS ASSESSMENTS—Select and Document all that apply

## Does the inmate have any of the following:

☐ Medicaid/MediCAL

☐ Medicare

☐ Private Health Insurance

Insurance Carrier(s):

Plan Name:

## DISPOSITION/TREATMENT PLAN—Select and Document all that apply

☐ Medical Sick Call needed

☐ Release signed to obtain all medical records, pharmacy records, substance abuse records

☑ Oral Hygiene Instructions Provided

## Housing Assignment:

☐ Infirmary/MOB        ☐ PSU        ☐ OPSD

☐ Med ISO        ☐ Med Mainline

**Fit to Continue Booking Process?**

☑ Yes

☐ No

☐ Clinically Screened – Cleared to Class      ☐ 2nd Stage Nurse Evaluation/NAP      ☑ Rec To ISP

☐ Rec To Sobering Cell      ☐ Gate Refusal