Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendant
COUNTY OF SAN DIEGO (Also erroneously sued herein as SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, and SAN DIEGO COUNTY PROBATION DEPARTMENT)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF D. WILLIAMSON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, D. WILLIAMSON, declare as follows:

1. I am a Lieutenant in the Detention Services Bureau of the San Diego

1  County Sheriff's Department. I am currently assigned as the Detention Support
2  Lieutenant, where I have worked since September 2021. I have worked for the
3  Sheriff's Department since October, 2004.

4      2.    I have personal knowledge of the matters set forth herein, except as to
5  those matters stated on information and belief, and would competently testify
6  thereto if called and sworn as a witness.

7      3.    In the mainline units, both the California Code of Regulations title 15
8  § 1027.5, which governs minimum standards for local detention facilities, and our
9  SDSD Detention Services Bureau internal policies require safety checks every hour.

10      4.    Safety checks are conducted more often for inmates identified at risk
11  (medically or psychologically). In the Detentions Safety Program (DSP), checks
12  occur every 15 minutes in Enhanced Observation Housing (EOH) and are logged as
13  EOH Welfare Check. Those in Safety Cells are also observed approximately every
14  15 minutes, and details of the observation such as the time, what the individual was
15  doing, the position or location, and any notable statements or other observations are
16  logged on a J-19A Observation Log placed outside the cell. Additionally, safety
17  checks occur every 30 minutes in the Psychiatric Stabilization Unit (PSU).

18      5.    In addition to formalized safety checks by staff, there are other
19  precautions taken to help keep inmates safe. For example, there are cameras in
20  dayrooms and common areas. Cameras are also installed inside safety cells and
21  PSU observation cells. There are also two-way intercoms in each cell. The
22  cameras and intercoms are monitored by a deputy in the control tower of each unit.

23      6.    There is also regular movement within the units by both staff and
24  incarcerated persons. Inmates have dayroom access on most of the units, when they
25  can socialize, play card or board games, and watch TV. When food is brought to
26  the unit for meals, typically an inmate passes out the sack lunches or trays to others
27  in the unit.
28  ///

7. During the daytime, deputies retrieve incarcerated persons for court, medical appointments, and visiting. Medical staff make rounds to pass out medication in the units, accompanied by a deputy. Deputies make rounds to count the inmates several times per shift. A "soft count" is conducted twice per shift and typically will run concurrent with a safety check, and once per shift a "hard count" is conducted, in which verbal or physical acknowledgement is gained and the identity of each individual is verified. During night shift, mail is passed out to incarcerated persons and razors are loaned out for shaving as needed.

8. Most of the incarcerated persons in the San Diego County jails (except in safety cells, medical observation beds and a few other exceptions related to safety/security) have a cellmate. Inmates often alert staff for their cellmates if there is a medical or other issue, such as by yelling or using the intercom.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on May 31, 2022, at San Diego, California.

D. Williamson