Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendant
COUNTY OF SAN DIEGO
(also erroneously sued as SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, and SAN DIEGO COUNTY PROBATION DEPARTMENT)

Craig J. Mariam (SBN: 225280)
cmariam@grsm.com
Michael J. Dailey (SBN: 301394)
mdailey@grsm.com
Lara S. Garner (SBN: 234701)
lsgarner@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101
Tel: (619) 696-6700    Fax: (213) 680-4470

Attorneys for Defendant CORRECTIONAL HEALTHCARE PARTNERS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et.al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et.al.,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**NOTICE OF ERRATA RE DECLARATION OF PETER J. FREEDLAND IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Date:      August 11, 2022<br>Time:      2:00 p.m.<br>Courtroom: 4A<br><br>Judge:    Hon. Anthony J. Battaglia |

TO PLAINTIFFS, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants COUNTY OF SAN DIEGO and CORRECTIONAL HEALTHCARE PARTNERS, INC., hereby submit this Notice

of Errata regarding their Opposition to Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification, filed on May 31, 2022 (Doc. #153).

    Defendants inadvertently excluded the Declaration of Peter J. Freedland in support of their opposition, which is attached hereto.

| | |
|---|---|
| Dated: June 1, 2022 | BURKE, WILLIAMS & SORENSEN, LLP |
| | |
| | By: */s/ Susan E. Coleman* |
| |     Susan E. Coleman |
| | Attorneys for Defendant<br>COUNTY OF SAN DIEGO |
| | |
| Dated: June 1, 2022 | GORDON REES SCULLY MANSUKHANI, LLP |
| | |
| | By: */s/ Lara S. Garner* |
| |     Craig J. Mariam<br>    Michael J. Dailey<br>    Lara S. Garner |
| | Attorneys for Defendant Correctional Healthcare Partners, Inc. |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4890-1603-2291 v1

- 2 -

3:20-CV-00406-AJB-WVG
NOTICE OF ERRATA

CRAIG J. MARIAM (SBN: 225280)
cmariam@grsm.com
MICHAEL J. DAILEY (SBN: 301394)
mdailey@grsm.com
LARA S. GARNER (SBN: 234701)
lsgarner@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W Broadway, Suite 2000
San Diego, CA 92101
Tel: (619) 696-6700
Fax: (213) 680-4470

Attorneys for Defendant CORRECTIONAL HEALTHCARE PARTNERS, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.<br><br>Defendants. | Case No.: 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF PETER J. FREEDLAND IN SUPPORT OF DEFENDANTS' RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge:       Hon. Anthony J. Battaglia<br>Magistrate: Hon. William V. Gallo<br><br>Date:        June 30, 2022<br>Time:        2:00 p.m.<br>Courtroom:   4A |

DECLARATION OF PETER J. FREEDLAND IN SUPPORT OF DEFENDANTS' RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

3:20-cv-00406-AJB-WVG

# DECLARATION OF PETER J. FREEDLAND

I, Peter J. Freedland, M.D., declare as follows:

1. I am over eighteen (18) years of age and am competent to testify in this case and in a court of law. The matters stated herein are of my own personal knowledge, and if called to testify, I would and could do so competently. To those matters stated to my belief and understanding, I believe them to be true.

2. I am the Chief Executive Officer of defendant CORRECTIONAL HEALTHCARE PARTNERS, INC. ("CHP"), a position I have held since its incorporation in June of 2020. I am also a board-certified physician.

3. CHP is a private medical group that contracted with the County of San Diego (the "County") on September 23, 2020, to provide medical services within the County's jail facilities (the "Jail").

4. CHP's licensed physicians and nurse practitioners provide on-site primary and urgent care medical services akin to urgent care clinics in accordance with the Sheriff's Department's policies and procedures. CHP does not itself create Jail policies. CHP does not provide any in-patient (*i.e.*, hospital) or out-patient medical treatments, which are separately handled by Tri-City Medical Center ("Tri-City"). Likewise, CHP does not handle any mental health treatments, which are separately provided by Liberty Healthcare, Inc.

5. Since contracting with the County to provide services at the Jail, CHP has overseen substantial improvements to the provision of medical services under its control as follows:

6. Upon CHP contractual takeover, there was a backlog of approximately 400-600 patients. CHP cleared the patient backlog within five weeks of taking over the clinics, and since then has maintained a "live list," meaning patients are seen the same day or next day after booking, across all facilities.

- 1 -
DECLARATION OF PETER J. FREEDLAND IN SUPPORT OF DEFENDANTS' RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

3:20-cv-00406-AJB-WVG

7. CHP has increased staffing by up to 250% at some Jail facilities since it took over for the previous clinic provider. In some instances, CHP has provided double and triple coverage as compared to the previous clinic provider.

8. CHP has approximately twenty-five (25) full and part-time staff, all but one of which were new hires, representing a complete overhaul from the previous provider. This includes multiple Board-certified physicians to handle primary care on a daily basis, and board-certified Emergency Room physicians to handle emergency care such as drug overdoses.

9. CHP has accrued over 600 days without missing a clinic (approximately 3,000 clinics). CHP has also provided over 600 night phone call shifts, whereby the Jail's nursing staff can contact one of CHP's physicians as needed.

10. CHP requires that its providers are all Medication-Assisted Treatment ("MAT")-certified, which means they can prescribe Suboxone to patients for withdrawal and maintain therapy for opioid-addicted patients. CHP is also actively working with its partners at the U.S. Department of Health & Human Services to develop a full-time MAT program. Since October of 2020, CHP has maintained forty (40) to sixty (60) people on MAT therapies. CHP also has additional capacity to enroll additional individuals, which is at the County's discretion.[1]

11. CHP also is working actively to be certified by the National Commission on Correctional Health Care ("NCCHC"). My understanding from communications with NCCHC representatives is that the certification process is approximately 80-90% complete.

---

[1] CHP's ability to provide MAT is subject to approval by the Sheriff's Department, with implementation authorized by the Chief Medical Officer and Medical Services Division.

1. 12. CHP has contributed to the Jail's new substance abuse withdrawal program, which began in mid-May 2022. As a result, CHP currently oversees all patients on withdrawal medications (including Suboxone medication types).

2. 13. CHP has also assisted in COVID-19 vaccination drives within the Jail. During these drives, CHP staff explain and encourage the use of the vaccine in the Jail. And CHP has provided care for many thousands of patients who have tested positive for COVID-19 in the Jail. CHP also has provided a unit dedicated to providing care to patients who tested positive for COVID-19.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 31, 2022.

_____
Peter J. Freedland

- 3 -
DECLARATION OF PETER J. FREEDLAND IN SUPPORT OF DEFENDANTS'
RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION AND
PROVISIONAL CLASS CERTIFICATION

3:20-cv-00406-AJB-WVG