Christopher T. Grohman, Atty. No. 254450 CA
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone: (312) 527-4000
Email: cgrohman@taftlaw.com

James R. A. Dawson, Atty. No. 20086-49 IN
William P. Sweet, Atty. No. 36086-49 IN
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Telephone: (317) 713-3500
Email: jdawson@taftlaw.com
       wsweet@taftlaw.com

Counsel for Defendant Mid America Health, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DEFENDANT<br>MID AMERICA HEALTH, INC.'S<br>NOTICE OF MOTION AND<br>MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate Judge: Hon. William V. Gallo<br><br>**Per Magistrate Gallo's chambers, no hearing date required.** |

PLEASE TAKE NOTICE that Defendant Mid America Health, Inc. ("MAH") will and hereby moves this Court for summary judgment in its favor on all counts brought by Plaintiffs Darryl Dunsmore, Ernest Archuleta, Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, and Laura Zoerner (collectively, "Plaintiffs") on behalf of themselves individually and a putative class of similarly situated individuals, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

This motion will be and is based on this notice and motion, the accompanying memorandum of points and authorities, the supporting Declaration of Marci Guevara and attached exhibits, the pleadings and papers filed in this action, and such further argument and matters as may be offered at the time of the hearing of this motion, if requested or required.

DATED:  June 1, 2022

Respectfully submitted,
TAFT STETTINIUS & HOLLISTER LLP

By: */s/ James R. A. Dawson*
James R. A. Dawson

DEFENDANT MID AMERICA HEALTH, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT