Christopher T. Grohman, Atty. No. 254450 CA
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone:  (312) 527-4000
Email:  cgrohman@taftlaw.com

James R. A. Dawson, Atty. No. 20086-49 IN
William P. Sweet, Atty. No. 36086-49 IN
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Telephone:  (317) 713-3500
Email:  jdawson@taftlaw.com
          wsweet@taftlaw.com

Counsel for Defendant Mid America Health, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-00406-AJB-WVG |
| Plaintiffs, | **DECLARATION OF MARCI GUEVARA** |
| vs. | Judge:  Hon. Anthony J. Battaglia<br>Magistrate Judge: Hon. William V. Gallo |
| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, | **Per Magistrate Gallo's chambers, no hearing date required.** |
| Defendants. | |

I, Marci Guevara, declare as follows:

1.      I am over 18 years of age, of sound mind, and am otherwise fully capable of making this declaration.

2.      All statements made in this declaration are within my personal knowledge.

3.      I am the Vice President and General Counsel of Mid America Health, Inc. ("MAH"), which is a dental practice management company headquartered in Indiana.

4.      Due to my position at MAH, I have personal knowledge of the contractual relationship between MAH and the County of San Diego (the "County").

5.      In December 2016, MAH and the County entered into Contract Number 55204 (Contract 55204), in which MAH agreed to provide dental services to inmates at the County jails and detention facilities.

6.      A true, accurate, and authentic copy of Contract 55204 is attached hereto as Exhibit 1-A.

7.      Contract 55204 had an effective date of January 1, 2017, and was set to expire on December 31, 2017, if not extended.

8.      The County had the option to extend the Contract four times, for one year each, for a total of four years—until December 31, 2021.

9.      The County exercised the option for each of the four years.

10.     On April 5, 2021, the County issued a Request for Proposal for a comprehensive medical contract that would include dental services.

11.     A true, accurate, and authentic copy of the Request for Proposal is attached hereto as Exhibit 1-B.

12.     Once the County hired a vendor under that Request for Proposal, MAH's dental services would no longer be needed.

DECLARATION OF MARCI GUEVARA

13.    On July 17, 2021, the County published on its procurement website a Notice of Intent to Award the contract to NaphCare (the "NaphCare Notice"), a comprehensive medical provider.

14.    A true, accurate, and authentic copy of the NaphCare Notice is attached hereto as Exhibit 1-C.

15.    However, for reasons unknown to MAH, the NaphCare contract was put on hold.

16.    As a result, in November 2021, the County and MAH executed an Amendment to Contract 55204 (the "Amendment").

17.    A true, accurate, and authentic copy of the Amendment is attached hereto as Exhibit 1-D.

18.    Pursuant to the Amendment, MAH agreed to provide dental services for an additional six months, from January 1, 2022, to June 30, 2022.

19.    On May 17, 2022, the County notified MAH that it was exercising its option to terminate the Contract for convenience and informed MAH that the Contract would be terminated effective May 31, 2022 (the "Termination Notice").

20.    A true, accurate, and authentic copy of the Termination Notice is attached hereto as Exhibit 1-E.

21.    The County exercised its right to terminate the Contract for convenience because NaphCare was in place and ready to assume performance of its contract as of June 1, 2022.

22.    Thus, after May 31, 2022, MAH will no longer be providing dental services (or any services) in any of the County jail or detention facilities.

1        I declare, under penalty of perjury, that the foregoing is true and correct to

2    the best of my knowledge, information, and belief.

3

4    $5/31/2022$                    *Marci Guevara*

5    Date                        Marci Guevara

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNTY CONTRACT NUMBER 555204
### AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

This Agreement ("Agreement") is made and entered into on the date shown on the signature page ("Effective Date") by and between the County of San Diego, a political subdivision of the State of California ("County") and Contractor Mid America Health, Inc. located at 1499 Windhorst Way, Suite 100, Greenwood Indiana 46143 (" Contractor"), with reference to the following facts:

## RECITALS

A.    Pursuant to Administrative Code section 401, the County's Director of the Department of Purchasing and Contracting is authorized to award this Contract for dental services.

B.    Contractor is specially trained and possesses certain skills, experience, education and competency to perform these services.

C.    The Chief Administrative Officer made a determination that Contractor can perform the services more economically and efficiently than the County, pursuant to Section 703.10 of the County Charter.

D.    The Agreement shall consist of this document, Exhibit A Statement of Work, Exhibit A-1 Contractors Proposal, Exhibit B Insurance Requirements and Exhibit C Payment Schedule. In the event that any provision of the Agreement or its Exhibits, A, A-1, B or C, conflicts with any other term or condition, precedence shall be: First (1st) the Agreement; Second (2nd) Exhibit B; Third (3rd) Exhibit A, Fourth (4th) Exhibit C and Fifth (5th) Exhibit A-1.

NOW THEREFORE, for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

## ARTICLE 1
### PERFORMANCE OF WORK

1.1    Standard of Performance.  Contractor shall, in good and workmanlike manner and in accordance with the highest professional standards, at its own cost and expense, furnish all of the labor, technical, administrative, professional and all other personnel, all supplies and materials, equipment, printing, transportation, facilities, and all other means whatsoever, except as herein otherwise expressly specified to be furnished by County, necessary or proper to perform and complete the work and provide the services required of Contractor by this Agreement.

1.2    Contractor's Representative. The person identified on the signature page ("Contractor's Representative") shall ensure that Contractor's duties under this Agreement shall be performed on behalf of the Contractor by qualified personnel; Contractor represents and warrants that (1) Contractor has fulfilled all applicable requirements of the laws of the State of California to perform the services under this Agreement and (2) Contractor's Representative has full authority to act for Contractor hereunder.  Contractor and County recognize that the services to be provided by Contractor's Representative pursuant to this Agreement are unique: accordingly, Contractor's Representative shall not be changed during the Term of the Agreement without County's written consent.  County reserves the right to terminate this Agreement pursuant to Clause 7.1 "Termination for Default", if Contractor's Representative should leave Contractor's employ, or if, in County's judgment, the work hereunder is not being performed by Contractor's Representative.

1.3    Contractor as Independent Contractor.  Contractor is, for all purposes of this Agreement, an independent Contractor, and neither Contractor nor Contractor's employees or subcontractors shall be deemed to be employees of the County.  Contractor shall perform its obligations under this Agreement according to the Contractor's own means and methods of work which shall be in the exclusive charge and under the control of the Contractor, and which shall not be subject to control or supervision by County except as to the results of the work.  Neither Contractor nor Contractor's employees or subcontractors shall be entitled to any benefits to which County employees are entitled, including without limitation, overtime, retirement benefits, workers' compensation benefits and injury leave.

1.4    Contractor's Agents and Employees or Subcontractors.  Contractor shall obtain, at Contractor's expense, all agents, employees and subcontractors required for Contractor to perform its duties under this Agreement, and all such services shall be performed by Contractor's Representative, or under Contractor's Representatives' supervision, by persons authorized by law to perform such services. Retention by Contractor of any agent, employee or subcontractor shall be at Contractor's sole cost and expense, and County shall have no obligation to pay Contractor's agents, employees or subcontractors; to support any such person's or entity's claim against the Contractor; or to defend Contractor against any such claim.

Any subcontract or consultant agreement, which is in excess of fifty thousand dollars ($50,000) or twenty five percent (25%) of the value of the contract, whichever is less, or a combination of subcontracts or consultant agreements to the same individual or firm for the Agreement period, or any subcontract or consultant agreement for professional medical or mental health services, regardless of value, must have prior concurrence of the Contracting Officer's Representative ("COR"). Contractor shall provide Contracting Officer Representative with copies of all other subcontracts relating to this Agreement entered into by Contractor within 30 days after the effective date of the subcontract. Such subcontractors of Contractor shall be notified of Contractor's relationship to County. "Subcontractor" means any entity, other than County, that furnishes to

EXHIBIT 1-A

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

Contractor services or supplies relevant to this Agreement other than standard commercial supplies, office space, and printing services.

1.4.1  Contractor Responsibility.  In the event any subcontractor is utilized by Contractor for any portion of the project, Contractor retains the prime responsibility for carrying out all the terms of this Agreement, including the responsibility for performance and insuring the availability and retention of records of subcontractors in accordance with this Agreement.  No subcontract utilizing funds from this Agreement shall be entered into which has a term extending beyond the ending date of this Agreement.

1.4.2  Mandated Clause.  All subcontracts shall include the Standard Terms and Conditions required of Contractor Articles 3, 7, 8, 9, 10, 11, 12, 13 and 16 herein.

1.4.3  County Approval.  As identified above, all subcontracts under this Agreement shall have prior written approval of the Contracting Officer Representative.

**ARTICLE 2**
**SCOPE OF WORK**

2.1  Statement of Work.  Contractor shall perform the work described in the "Statement of Work" attached as Exhibit "A" to this Agreement, and by this reference incorporated herein, except for any work therein designated to be performed by County.

2.2  Right To Acquire Equipment and Services.  Nothing in this Agreement shall prohibit the County from acquiring the same type or equivalent equipment and/or service from other sources, when deemed by the County to be in its best interest.

2.3  Responsibility For Equipment.  For cost reimbursement Agreements, County shall not be responsible nor be held liable for any damage to persons or property consequent upon the use, misuse, or failure of any equipment used by Contractor or any of Contractor's employees, even though such equipment may be furnished, rented, or loaned to Contractor by County.  The acceptance or use of any such equipment by Contractor or Contractor's employees shall be construed to mean that Contractor accepts full responsibility for and agrees to exonerate, indemnify and hold harmless County from and against any and all claims for any damage whatsoever resulting from the use, misuse, or failure of such equipment, whether such damage be to the employee or property of Contractor, other Contractors, County, or other persons.  Equipment includes, but is not limited to material, computer hardware and software, tools, or other things.

2.3.1  Contractor shall repair or replace, at Contractor's expense all County equipment or fixed assets that are damaged or lost as a result of Contractor negligence.

2.4  Non-Expendable Property Acquisition.  County retains title to all non-expendable property provided to contractor by county, or which Contractor may acquire with funds from this Agreement if payment is on a cost reimbursement basis, including property acquired by lease purchase Agreement.  Contractor may not expend funds under this Agreement for the acquisition of non-expendable property having a unit cost of $5,000 or more and a normal life expectancy of more than one year without the prior written approval of Contracting Officer Representative.  Contractor shall maintain an inventory of non-expendable equipment, including dates of purchase and disposition.  Inventory records on expendable equipment shall be retained, and shall be made available to the County upon request, for at least three years following date of disposition. Non-expendable property that has value at the end of a contract (e.g. has not been depreciated so that its value is zero), and which the County may retain title under this paragraph, shall be disposed of at the end of the Agreement as follows: At County's option, it may: 1) have Contractor deliver to another County contractor or have another County contractor pick up the non-expendable property; 2) allow the contractor to retain the non-expendable property provided that the contractor submits to the County a written statement in the format directed by the County of how the non-expendable property will be used for the public good; or 3) direct the Contractor to return to the County the non-expendable property.

**ARTICLE 3**
**DISENTANGLEMENT**

3.1  General Obligations
At County's discretion, Contractor shall accomplish a complete transition of the services as set forth in Exhibit A to this Agreement (for purposes of this Article 3.1, these shall be referred to as the "Disentangled Services") being terminated from Contractor and the Subcontractors to County, or to any replacement provider designated by County, without any interruption of or adverse impact on the Disentangled Services or any other services provided by third parties.  This process shall be referred to as the Disentanglement.  Contractor shall fully cooperate with County and any new service provider and otherwise promptly take all steps, including, but not limited to providing to County or any new service provider all requested information or documentation, required to assist County in effecting a complete Disentanglement.  Contractor shall provide all information or documentation regarding the Disentangled Services or as otherwise needed for Disentanglement, including, but not limited to, data conversion, client files, interface specifications, training staff assuming

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

responsibility, and related professional services. Contractor shall provide for the prompt and orderly conclusion of all work required under the Agreement, as County may direct, including completion or partial completion of projects, documentation of work in process, and other measures to assure an orderly transition to County or the County's designee of the Disentangled Services. All Contractor work done as part of the Disentanglement shall be performed by Contractor and will be reimbursed by the County at no more than Contractor's costs, up to the total amount of this Agreement. Contractor shall not receive any additional or different compensation for the work otherwise required by the Agreement. Contractor's obligation to provide the Services shall not cease until the earlier of the following: 1) The Disentanglement is satisfactory to County, including the performance by Contractor of all asset-transfers and other obligations of Contractor provided in this Paragraph, has been completed to the County's reasonable satisfaction or 2) twelve (12) months after the Expiration Date of the Agreement.

3.2  Disentanglement Process
The Disentanglement process shall begin on any of the following dates:  (i) the date County notifies Contractor that no funds or insufficient funds have been appropriated so that the Term shall be terminated pursuant to the Agreement, Article 7; (ii) the date designated by County not earlier than sixty (60) days prior to the end of any initial or extended term that County has not elected to extend pursuant to the Agreement's, Signature Page, Contract Term; or (iii) the date any Termination Notice is delivered, if County elects to terminate any or all of the Services pursuant to the Agreement, Article 7.  Subject to Exhibit A Contractor's obligation to perform Disentangled Services, and County's obligation to pay for Disentangled Services, shall expire:  (A) when funds appropriated for payment under this Agreement are exhausted, as provided in this Agreement, Article 7; (B) at the end of the initial or extended term set forth in this Agreement's, Signature Page, Contract Term; or (C) on the Termination Date, pursuant to this Agreement, Article 7 (with the applicable date on which Contractor's obligation to perform the Services expires being referred to herein as the "Expiration Date"). Contractor and County shall discuss in good faith a plan for determining the nature and extent of Contractor's Disentanglement obligations and for the transfer of the Disentangled Services in process provided, however, that Contractor's obligation under this Agreement to provide all Disentangled Services shall not be lessened in any respect.

3.3  Specific Obligations
The Disentanglement shall include the performance of the following specific obligations:

3.3.1  No Interruption or Adverse Impact
Contractor shall cooperate with County and all of the County's other service providers to ensure a smooth transition at the time of Disentanglement, with no interruption of Disentangled Services or other work required under the Agreement, no adverse impact on the provision of Disentangled Services or other work required under the Agreement or County's activities, no interruption of any services provided by third parties, and no adverse impact on the provision of services provided by third parties.

3.3.2  Third-Party Authorizations
Without limiting the obligations of Contractor pursuant to any other clause in Exhibit A herein, Contractor shall, subject to the terms of any third-party contracts, procure at no charge to County any third-party authorizations necessary to grant County the use and benefit of any third-party contracts between Contractor and third-party contractors used to provide the Disentangled Services, pending their assignment to County. Similarly, at County's direction, Contractor shall obtain all legally necessary client consents or authorizations legally necessary to transfer client data to County or any new service provider.

3.3.3  Return, Transfer and Removal of Assets
   3.3.3.1  Contractor shall return to County all County assets in Contractor's possession, pursuant to Paragraph 2.4 of the Agreement.

   3.3.3.2  County shall be entitled to purchase at net book value those Contractor assets used for the provision of Disentangled Services to or for County, other than those assets expressly identified by the Parties as not being subject to this provision. Contractor shall promptly remove from County's premises, or the site of the work being performed by Contractor for County, any Contractor assets that County, or its designee, chooses not to purchase under this provision.

3.3.4  Transfer of Leases, Licenses, and Contracts
Contractor, at its expense, shall convey or assign to County or its designee such fully-paid leases, licenses, and other contracts used by Contractor, County, or any other Person in connection with the Disentangled Services, as County may select, when such leases, licenses, and other contracts have no other use by Contractor. Contractor's obligation described herein, shall include Contractor's performance of all obligations under such leases, licenses, and other contracts to be performed by it with respect to periods prior to the date of conveyance or assignment and

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

Contractor shall reimburse County for any losses resulting from any claim that Contractor did not perform any such obligations.

3.3.5 Delivery of Documentation
Contractor shall deliver to County or its designee, at County's request, all documentation and data related to County, including, but not limited to, the County Data and client files, held by Contractor, and Contractor shall destroy all copies thereof not turned over to County, all at no charge to County. Notwithstanding the foregoing, Contractor may retain one (1) copy of the documentation and data, excluding County Data, for archival purposes or warranty support.

3.4 Findings Confidential. Any reports, information, data, etc., given to or prepared or assembled by Contractor under this Agreement which the County requests to be kept as confidential shall not be made available to any individual or organization by the Contractor without the prior written approval of the County.

3.5 Publication, Reproduction or Use of Materials. No material produced, in whole or in part, under this Agreement shall be subject to copyright in the United States or in any other country. The County shall have unrestricted authority to publish, disclose, distribute and otherwise use, in whole or in part, any reports, data or other materials prepared under this Agreement. All reports, data and other materials prepared under this Agreement shall be the property of the County upon completion of this Agreement.

## ARTICLE 4
## COMPENSATION

The Payment Schedule, and/or budget are in Exhibit C and the compensation is on the Signature page. County will pay Contractor the agreed upon price(s), pursuant to Exhibit C for the work specified in Exhibit A, Statement of Work. The County is precluded from making payments prior to receipt of services (advance payments). Contractor shall provide and maintain an accounting and financial support system to monitor and control costs to assure the Agreements completion. Invoices are subject to the requirements below.

4.1 Fiscal for Fixed Pricing.  (Rev. 7/31/08)
    4.1.1 General Principles. Contractor shall comply with generally accepted accounting principles and good business practices, including all applicable cost principles published by the Federal Office of Management and Budget, which can be viewed at http://www.whitehouse.gov/omb/circulars. Contractor shall comply with all Federal, State and other funding source requirements. Contractor shall, at its own expense, furnish all cost items associated with this Agreement except as herein otherwise specified in the budget or elsewhere to be furnished by County.

    4.1.2 Invoices. Payment for the services performed under this Agreement shall be in accordance with Exhibit C, unless other payment methodologies are negotiated and agreed to by both Contractor and County. Contractor shall submit approved invoices monthly to the Contracting Officer's Representative ("COR") for work performed in the monthly period, accordingly. Contractor's monthly invoices shall be completed and submitted in accordance with written COR instructions and shall include a statement certifying whether it is in compliance with Paragraph 8.15 of this Agreement

    4.1.3 Payments. County agrees to pay Contractor in arrears only after receipt and approval by COR of properly submitted, detailed and itemized original invoice referencing the Agreement number, pursuant to Exhibit C. Payment shall be NET 30 days from receipt and approval of invoice unless otherwise stated.

    4.1.4 Full Compensation. Pending any adjustments by the COR, each invoice approved and paid shall constitute full and complete compensation to the Contractor for all work completed during the billing period pursuant to Exhibit A and Exhibit C.    Contractor shall be entitled only to compensation, benefits, reimbursements or ancillary services specified in this Agreement. Payment shall be NET 30 days from receipt and approval of invoice unless otherwise stated.

    4.1.5 Prompt Payment for Vendors and Subcontractors
        4.1.5.1 Prompt payment for vendors and subcontractors.
            4.1.5.1.1 Unless otherwise set forth in this paragraph, Contractor shall promptly pay its vendors and subcontractor(s) for satisfactory performance under its subcontract(s) to this Agreement. Such prompt payment shall be no later than thirty (30) days after Contractor receives payment for such services from County and shall be paid out of such amounts as are paid to Contractor under this Agreement.
            4.1.5.1.2 Contractor shall include a payment clause conforming to the standards set forth in Paragraph 4.1.5.2.3 of this Agreement in each of its subcontracts, and shall require each of its

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

subcontractors to include such a clause in their subcontracts with each lower-tier subcontractor or supplier.

4.1.5.1    If Contractor, after submitting a claim for payment to County but before making a payment to a vendor or subcontractor for the goods or performance covered by the claim, discovers that all or a portion of the payment otherwise due such vendor or subcontractor is subject to withholding from the vendor or subcontractor in accordance with the vendor or subcontract agreement, then the Contractor shall:

    4.1.5.2.1    Furnish to the vendor or subcontractor and the COR within three (3) business days of withholding funds from its vendor or subcontractor a notice stating the amount to be withheld, the specific causes for the withholding under the terms of the subcontract or vendor agreement; and the remedial actions to be taken by the vendor or subcontractor in order to receive payment of the amounts withheld.

    4.1.5.2.2    Contractor shall reduce the subcontractor's progress payment by an amount not to exceed the amount specified in the notice of withholding furnished under paragraph 4.1.5.2.1 of this Agreement and Contractor may not claim from the County this amount until its subcontractor has cured the cause of Contractor withholding funds;

    4.1.5.2.3    Upon the vendor's or subcontractor's cure of the cause of withholding funds, Contractor shall pay the vendor or subcontractor as soon as practicable, and in no circumstances later than ten (10) days after the Contractor claims and receives such funds from County.

4.1.5.1    Contractor shall not claim from County all of or that portion of a payment otherwise due to a vendor or subcontractor that Contractor is withholding from the vendor or subcontractor in accordance with the subcontract agreement where Contractor withholds the money before submitting a claim to County. Contractor shall provide its vendor or subcontractor and the COR with the notice set forth in Paragraph 4.1.5.2.1 of this Agreement and shall follow Paragraph 4.1.5.2.3 of this Agreement when vendor or subcontractor cures the cause of Contractor withholding its vendors or subcontractor's funds.

4.1.5.1    Overpayments. If Contractor becomes aware of a duplicate contract financing or invoice payment or that County has otherwise overpaid on a contract financing or invoice payment, Contractor shall immediately notify the COR and request instructions for disposition of the overpayment.

4.1.6    Conditions Prerequisite To Payments. County may elect not to make a particular payment if any of the following exists:

4.1.6.1    Misrepresentation. Contractor, with or without knowledge, made any misrepresentation of substantial and material nature with respect to any information furnished to County.

4.1.6.1    Unauthorized Actions by Contractor. Contractor took any action pertaining to this Agreement, which required County approval, without having first received said County approval.

4.1.6.1    Default. Contractor was in default under any terms and conditions of this Agreement.

4.1.7    Withholding Of Payment. County may withhold payment until reports, data, audits or other information required for Agreement administration or to meet County or State reporting or auditing requirements are received and approved by COR or designee. The County may also withhold payment if, in the County's opinion, Contractor is in non-compliance with this Agreement.

4.1.8    Availability of Funding. The County's obligation for payment of any Agreement beyond the current fiscal year is contingent upon the availability of funding from which payment can be made. No legal liability on the part of the County shall arise for payment beyond June 30 of the calendar year unless funds are designated by the County and are made available for such performance.

County shall, in its sole discretion, have the right to terminate or suspend Agreement or reduce compensation and service levels proportionately upon thirty (30) days' written notice to Contractor in the event that Federal, State or County funding for this Agreement ceases or is reduced prior to the ordinary expiration of the term of this Agreement. In the event of reduction of funding for the Agreement, County and Contractor shall meet within ten (10) days of written notice to renegotiate this Agreement based upon the modified level of funding. In this case if no agreement is reached between County and Contractor within 10 days of the first meeting, either party shall have the right to terminate this Agreement within ten (10) days written notice of termination.

In the event of termination of this Agreement in accordance with the terms of this Section, Contractor shall be entitled to retain all sums paid as of the effective date of such termination, subject to any payment offset to which County may be entitled, for damages or otherwise, under the terms of this Agreement. In the event of termination of this Agreement pursuant to this Section, in no event shall Contractor be entitled to any loss of profits on the portion

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

of this Agreement so terminated, or to other compensation, benefits, reimbursements or ancillary services other than as herein expressly provided.

4.1.9 Disallowance. In the event the Contractor receives payment for services under this Agreement which is later disallowed by the County, Contractor shall promptly refund the disallowed amount to County on request, or at its option, County may offset the amount disallowed from any payment due or to become due to Contractor under any Agreement with the County.

4.1.10 Maximum Price. During the performance period of this Agreement, the maximum price for the same or similar items and/or services shall not exceed the lowest price at which Contractor then offers the items and/or services to its most favored customer.

## ARTICLE 5
## AGREEMENT ADMINISTRATION

5.1 County's Agreement Administrator. The Director of Purchasing and Contracting is designated as the Contracting officer ("Contracting Officer") and is the only County official authorized to make any Changes to this Agreement. The County has designated the individual identified on the signature page as the Contracting Officer's Representative ("COR")

5.1.1 County's COR will chair Contractor progress meetings and will coordinate County's Agreement administrative functions. The COR is designated to receive and approve Contractor invoices for payment, audit and inspect records, inspect Contractor services, and provide other technical guidance as required. The COR is not authorized to change any terms and conditions of this Agreement. Only the Contracting Officer, by issuing a properly executed amendment to this Agreement, may make changes to the scope of work or total price.

5.1.2 Notwithstanding any provision of this Agreement to the contrary, County's COR may make   Administrative Adjustments ("AA") to the Agreement, such as line item budget changes or adjustments to the service requirements, which do not change the purpose or intent of the Statement of Work, the Terms and Conditions, the Agreement period or the total Agreement price. Each AA shall be in writing and signed by COR and Contractor. All inquiries about such AA will be referred directly to the COR.

5.2 Agreement Progress Meeting. The COR and other County personnel, as appropriate, will meet periodically with the Contractor to review the Agreement performance. At these meetings the COR will apprise the Contractor of how the County views the Contractor's performance and the Contractor will apprise the County of problems, if any, being experienced. The Contractor shall also notify the Contracting Officer (in writing) of any work being performed, if any, that the Contractor considers being over and above the requirements of the Agreement. Appropriate action shall be taken to resolve outstanding issues. The minutes of these meetings will be reduced to writing and signed by the COR and the Contractor. Should the Contractor not concur with the minutes, the Contractor shall set out in writing any area of disagreement. Appropriate action will be taken to resolve any areas of disagreement.

## ARTICLE 6
## CHANGES

6.1 Contracting Officer. The Contracting Officer may at any time, by a written order, make changes ("Changes"), within the general scope of this Agreement, in the definition of services to be performed, and the time (i.e.) hours of the day, days of the week, etc. and place of performance thereof. If any such Change causes an increase or decrease in the cost of, or the time required for, the performance of any part of the work under this Agreement, whether changed or not changed by such an order, an equitable adjustment shall be made in the Agreement price or delivery schedule, or both, and the Agreement shall be modified in writing accordingly. Such changes may require Board of Supervisors approval.

6.2 Claims. Contractor must assert any claim for adjustment under this clause within thirty (30) days from the date of receipt by the Contractor of the notification of Change; provided, however, that the Contracting Officer, if he decides that the facts justify such action, may receive and act upon any such claim asserted at any time prior to final payment under this Agreement. Where the cost of property made obsolete or excess as a result of a change is included in the Contractor's claim for adjustment, the Contracting Officer shall have the right to prescribe the manner of disposition of such property. Failure to agree to any adjustment shall be a dispute concerning a question of fact within the meaning of the clause of this Agreement entitled "Disputes" (Article 15). However, nothing in this clause shall excuse the Contractor from proceeding with this Agreement as changed.

## ARTICLE 7
## SUSPENSION, DELAY AND TERMINATION

7.1 Termination For Default. Upon Contractor's breach of this Agreement, County shall have the right to terminate this Agreement, in whole or part. Prior to termination for default, County will send Contractor written notice specifying the cause. The notice will give Contractor ten (10) days from the date the notice is issued to cure the default or make progress satisfactory

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

to County in curing the default, unless a different time is given in the notice. If County determines that the default contributes to the curtailment of an essential service or poses an immediate threat to life, health or property, County may terminate this Agreement immediately upon issuing oral or written notice to the Contractor without any prior notice or opportunity to cure. In the event of termination under this Article, all finished or unfinished documents, and other materials, prepared by Contractor under this Agreement shall become the sole and exclusive property of County.

In the event of such termination, the County may purchase or obtain the supplies or services elsewhere, and Contractor shall be liable for the difference between the prices set forth in the terminated order and the actual cost thereof to the County. The prevailing market price shall be considered the fair repurchase price. Notwithstanding the above, Contractor shall not be relieved of liability to County for damages sustained by County by virtue of any breach of this Agreement by Contractor, and County may withhold any reimbursement to Contractor for the purpose of off-setting until such time as the exact amount of damages due County from Contractor is determined.

If, after notice of termination of this Agreement under the provisions of this clause, it is determined for any reason that the Contractor was not in default under the provisions of this clause, the rights and obligations of the parties shall, if this Agreement contains a clause providing for termination for convenience of the County, be the same as if the notice of termination had been issued pursuant to such clause.

7.2   Damages For Delay. If Contractor refuses or fails to prosecute the work, or any separable part thereof, with such diligence as shall ensure its completion within the time specified in this Agreement, or any extension thereof, or fails to complete said work within such time, County will be entitled to the resulting damages caused by the delay. Damages will be the cost to County incurred as a result of continuing the current level and type of service over that cost that would be incurred had the Agreement segments been completed by the time frame stipulated and any other damages suffered by County.

7.3   County Exemption From Liability. In the event there is a reduction of funds made available by County to Contractor under this or subsequent Agreements, the County of San Diego and its Departments, officers and employees shall incur no liability to Contractor and shall be held harmless from any and all claims, demands, losses, damages, injuries, or liabilities arising directly or from such action.

7.4   Full Cost Recovery Of Investigation And Audit Costs. Contractor shall reimburse County of San Diego for all direct and indirect expenditures incurred in conducting an audit/investigation when Contractor is found in violation (material breach) of the terms of the Agreement. Reimbursement for such costs shall be withheld from any amounts due to Contractor pursuant to the payment terms of the Agreement, or from any other amounts due to Contractor from County.

7.5   Termination For Convenience. The County may, by written notice stating the extent and effective date terminate this Agreement for convenience in whole or in part, at any time. The County shall pay the Contractor as full compensation for work performed in accordance with the terms of this Contract until such termination:

7.5.1   The unit or pro rata price for any delivered and accepted portion of the work.

7.5.2   A reasonable amount, as costs of termination, not otherwise recoverable from other sources by the Contractor as approved by the County, with respect to the undelivered or unaccepted portion of the order, provided compensation hereunder shall in no event exceed the total price.

7.5.3   In no event shall the County be liable for any loss of profits on the resulting order or portion thereof so terminated.

7.5.4   County's termination of this Agreement for convenience shall not preclude County from taking any action in law or equity against Contractor for:

7.5.4.1   Improperly submitted claims, or

7.5.4.2   Any failure to perform the work in accordance with the Statement of Work, or

7.5.4.3   Any breach of any term or condition of the Agreement, or

7.5.4.4   Any actions under any warranty, express or implied, or

7.5.4.5   Any claim of professional negligence, or

7.5.4.6   Any other matter arising from or related to this Agreement, whether known, knowable or unknown before, during or after the date of termination.

7.6   County reserves the right to terminate and/or prohibit, without prior notice, contractor and contractor's employees, subcontractors, or consultants from accessing County data systems, County owned software applications, including websites, domain names, platforms, physical files, and/or treating patients/clients.

7.7   Suspension Of Work. The Contracting Officer may order the Contractor, in writing, to suspend, delay, or interrupt all or any part of the work of this contract for the period of time that the Contracting Officer determines appropriate for the convenience of the Government.

COUNTY CONTRACT NUMBER 555204
**AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES**

7.8 Remedies Not Exclusive. The rights and remedies of County provided in this article shall not be exclusive and are in addition to any other rights and remedies provided by law or under resulting order.

**ARTICLE 8**
**COMPLIANCE WITH LAWS AND REGULATIONS**

8.1 Compliance with Laws and Regulations. Contractor shall at all times perform its obligations hereunder in compliance with all applicable Federal, State, County, and local laws, rules, and regulations, current and hereinafter enacted, including facility and professional licensing and/or certification laws and keep in effect any and all licenses, permits, notices and certificates as are required. Contractor shall further comply with all laws applicable to wages and hours of employment, occupational safety, and to fire safety, health and sanitation.

8.2 Contractor Permits and License. Contractor certifies that it possesses and shall continue to maintain or shall cause to be obtained and maintained, at no cost to the County, all approvals, permissions, permits, licenses, and other forms of documentation required for it and its employees to comply with all existing foreign or domestic statutes, ordinances, and regulations, or other laws, that may be applicable to performance of services hereunder. The County reserves the right to reasonably request and review all such applications, permits, and licenses prior to the commencement of any services hereunder.

8.3 Equal Opportunity. Contractor shall comply with the provisions of Title VII of the Civil Rights Act of 1964 in that it will not discriminate against any individual with respect to his or her compensation, terms, conditions, or privileges of employment nor shall Contractor discriminate in any way that would deprive or intend to deprive any individual of employment opportunities or otherwise adversely affect his or her status as an employee because of such individual's race, color, religion, sex, national origin, age, handicap, medical condition, sexual orientation or marital status.

8.4 Affirmative Action. Each Contractor of services and supplies employing fifteen (15) or more full-time permanent employees, shall comply with the Affirmative Action Program for Vendors as set forth in Article IIIk (commencing at Section 84) of the San Diego County Administrative Code, which program is incorporated herein by reference. A copy of this Affirmative Action Program will be furnished upon request by COR or from the County of San Diego Internet web-site (www.co.san-diego.ca.us).

8.5 Non Discrimination. Contractor shall ensure that services and facilities are provided without regard to ethnic group identification, race, color, nation origin, creed, religion, age, sex, or physical, mental disability, political affiliation and marital status in accordance with Title IX of the Education Amendments of 1972; Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000-d), the Age Discrimination of 1975 (42 U.S.C. 6101), Article 9.5, Chapter 1, Part 1, Division 2, Title 2 (Section 11135, et seq) of the California Government Code, Title 9, Chapter 4, Subchapter 6 (Section 10800, et seq.) of the CCR and California Dept of Social Services Manual of Policies and Procedures (CDSS MPP) Division 21.

8.6 AIDS Discrimination. Contractor shall not deny any person the full and equal enjoyment of, or impose less advantageous terms, or restrict the availability of, the use of any County facility or participation in any County funded or supported service or program on the grounds that such person has Acquired Immune Deficiency Syndrome, AIDS-related complex (ARC), or AIDS-related status (ARS), as those terms are defined in Chapter 1, Section 32.1203, San Diego County Code of Regulatory Ordinances.

8.7 American With Disabilities Act (ADA) 1990. Contractor shall not discriminate against qualified people with disabilities in employment, public services, transportation, public accommodations and telecommunications services in compliance with the Americans with Disabilities Act (ADA) and California Administrative Code Title 24.

8.8 Political Activities Prohibited. None of the funds, provided directly or indirectly, under this Agreement shall be used for any political activities or to further the election or defeat of any candidate for public office. Contractor shall not utilize or allow its name to be utilized in any endorsement of any candidate for elected office. Neither the Agreement nor any funds provided thereunder shall be utilized in support of any partisan political activities, or activities for or against the election of a candidate for an elected office.

8.9 Lobbying. Contractor agrees to comply with the lobbying ordinances of the County and to assure that its officers and employees comply before any appearance before the County Board of Supervisors. Except as required by this Agreement, none of the funds provided under this Agreement shall be used for publicity or propaganda purposes designed to support or defeat any legislation pending before State and Federal Legislatures, the Board of Supervisors of the County, or before any other local governmental entity. This provision shall not preclude Contractor from seeking necessary permits, licenses and the like necessary for it to comply with the terms of this Agreement.

8.10 Religious Activity Prohibited. There shall be no religious worship, instructions or proselytization as part of or in connection with the performance of this Agreement.

8.11 Drug and Alcohol-Free Workplace. The County of San Diego, in recognition of individual rights to work in a safe, healthful and productive work place, has adopted a requirement for a drug and alcohol free work place, County of San

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

Diego Drug and Alcohol Use <u>Policy C-25</u>. This policy provides that all County-employed Contractors and Contractor employees shall assist in meeting this requirement.

8.11.1 As a material condition of this Agreement, the Contractor agrees that the Contractor and the Contractor employees, while performing service for the County, on County property, or while using County equipment:

8.11.1.1 Shall not be in any way impaired because of being under the influence of alcohol or a drug.

8.11.1.2 Shall not possess an open container of alcohol or consume alcohol or possess or be under the influence of an illegal drug.

8.11.1.3 Shall not sell, offer, or provide alcohol or an illegal drug to another person; provided, however, that the foregoing restriction shall not be applicable to a Contractor or Contractor employee who as part of the performance of normal job duties and responsibilities prescribes or administers medically prescribed drugs.

8.11.2 Contractor shall inform all employees who are performing service for the County on County property or using County equipment of the County objective of a safe, healthful and productive work place and the prohibition of drug or alcohol use or impairment from same while performing such service for the County.

8.11.3 The County may terminate for default or breach this Agreement, and any other Agreement the Contractor has with the County, if the Contractor, or Contractor employees are determined by the Contracting Officer not to be in compliance with the conditions listed herein.

8.12 <u>Board of Supervisors' Policies</u>. Contractor represents that it is familiar, and shall use its best efforts to comply, with the following policies of the Board of Supervisors:

8.12.1 Board Policy B-67, which encourages the County's Contractors to offer products made with recycled materials, reusable products, and products designed to be recycled to the County in response to the County's requirements; and

8.12.2 Board Policies B-53 and B-39a, which encourage the participation of small and disabled veterans' business enterprises in County procurements; and

8.12.3 <u>Zero Tolerance For Fraudulent Conduct In County Services</u>. Contractor shall comply with County of San Diego Board of Supervisors Policy A-120 "Zero Tolerance for Fraudulent Conduct in County Services." There shall be "Zero Tolerance" for fraud committed by Contractors in the administration of County programs and the provision of County services. Upon proven instances of fraud committed by independent Contractors in connection with their performance under the Agreement, said Agreement shall be terminated; and

8.12.4 <u>Interlocking Directorate</u>. In recognition of County Policy A-79, not-for-profit Contractors shall not subcontract with related for-profit subcontractors for which an interlocking relationship exist unless specifically authorized in writing by the Board of Supervisors; and

8.12.5 <u>Zero Tolerance In Coaching Medi-Cal Or Welfare Clients (Including Undocumented Immigrants)</u>. The County of San Diego in recognition of its unique geographical location and the utilization of Welfare and Medi-Cal system by foreign nationals who are not legal residents of this county or country, has adopted a Zero Tolerance policy and shall aggressively prosecute employees and Contractors who coach Medi-Cal or Welfare clients (including un-documented immigrants), to obtain services for which they are not otherwise entitled.

As a material condition of this Agreement, Contractor agrees that the Contractor and Contractor's employees, while performing service for the County, on County property or while using County equipment shall not:

(a) in any way coach, instruct, advise, or guide any Medi-Cal or Welfare clients or prospective clients who are undocumented immigrants on ways to obtain or qualify for Medi-Cal assistance, for which they are not otherwise entitled.

(b) support or provide funds to any organization engaged directly or indirectly in advising undocumented immigrants on ways to obtain or qualify for Medi-Cal assistance, for which they are not otherwise entitled.

Contractor shall inform all employees that are performing service for the County on County property or using County equipment of County's Zero Tolerance Policy as referenced herein.

County may terminate for default or breach this Agreement and any other Agreement Contractor has with County, if Contractor or Contractor employees are determined not to be in compliance with the conditions stated herein.

8.13 <u>Cartwright Act</u>. Following receipt of final payment under the Agreement, Contractor assigns to the County all rights, title and interest in and to all causes of action it may have under <u>Section 4 of the Clayton Act (15 U.S.C. Sec. 15)</u> or under the <u>Cartwright act (Chapter 1) (commencing with Section 16700) of Part 2 of Division 7 of the Business and Professions</u>

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

Code), arising from purchases of goods, materials, or services by the Contractor for sale to the County under this Agreement.

8.14    Hazardous Materials.    Contractor shall comply with all Environmental Laws and all other laws, rules, regulations, and requirements regarding Hazardous Materials, health and safety, notices, and training.    Contractor agrees that it will not store any Hazardous Materials at any County Facility for periods in excess of ninety (90) days or in violation of the applicable site storage limitations imposed by Environmental Law.    Contractor agrees to take, at its expense, all actions necessary to protect third parties, including, without limitation, employees and agents of the County, from any exposure to Hazardous Materials generated or utilized in its performance under this Agreement.    Contractor agrees to report to the appropriate governmental agencies all discharges, releases, and spills of Hazardous Materials that are required to be reported by any Environmental Law and to immediately notify the County of it.    Contractor shall not be liable to the County for the County's failure to comply with, or violation of, any Environmental Law.    As used in this section, the term "Environmental Laws" means any and all federal, state or local laws or ordinances, rules, decrees, orders, regulations or court decisions (including the so-called "common law"), including, but not limited to, the Resource Conservation and Recovery Act, relating to hazardous substances, hazardous materials, hazardous waste, toxic substances, environmental conditions or other similar substances or conditions.    As used in this section the term "Hazardous Materials" means any chemical, compound, material, substance or other matter that: (a) is a flammable, explosive, asbestos, radioactive nuclear medicine, vaccine, bacteria, virus, hazardous waste, toxic, overtly injurious or potentially injurious material, whether injurious or potentially injurious by itself or in combination with other materials; (b) is controlled, referred to, designated in or governed by any Environmental Laws; (c) gives rise to any reporting, notice or publication requirements under any Environmental Laws, or (d) is any other material or substance giving rise to any liability, responsibility or duty upon the County or Lessee with respect to any third person under any Environmental Laws.

8.15    Debarment And Suspension.    As a sub-grantee of federal funds under this Agreement, Contractor certifies that it, its principals, its employees and its subcontractors:

   8.15.1    Are not presently debarred, suspended, proposed for debarment, declared ineligible or voluntarily excluded from covered transactions by any Federal Department or agency;

   8.15.2    Have not within a 3-year period preceding this Agreement been convicted of or had a civil or administrative judgment rendered against them for the commission of fraud or a criminal offense or civil action in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) transaction; violation of Federal or State anti-trust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, receiving stolen property; physical, financial or sexual abuse or misconduct with a patient or client, or medical negligence or malpractice;

   8.15.3    Are not presently indicted or otherwise criminally, civilly or administratively charged by a government entity (Federal, State, or local) with commission of any of the offenses enumerated in the paragraph above; and

   8.15.4    Have not within a 3-year period preceding this Agreement had one or more public transaction (Federal, State, or local) terminated for cause or default.

8.16    Display of Fraud Hotline Poster(s).    As a material term and condition of this contract, Contractor shall:

   8.16.1    Prominently display in common work areas within all business segments performing work under this contract County of San Diego Office of Ethics and Compliance Ethics Hotline posters;

   8.16.2    Posters    may    be    downloaded    from    the    County    Office    of    Ethics    and    Compliance http://www.sdcounty.ca.gov/cao/oia.html

   8.16.3    Additionally, if Contractor maintains a company website as a method of providing information to employees, the Contractor shall display an electronic version of the poster(s) at the website

   8.16.4    If the Contractor has implemented a business ethics and conduct awareness program, including a reporting mechanism, the Contractor need not display the County poster;

   8.16.5    In the event Contractor subcontracts any of the work performed under this contract, Contractor include this clause in the subcontract(s) and shall take appropriate steps to ensure compliance by the subcontractor(s).

8.17    False Claims Acts: Contractor and all Subcontractors shall provide information on the Federal and State Claims Acts information annually to their employees providing services under this contract.    The minimum acceptable information in may be found at www.cosdcompliance.org

ARTICLE 9
CONFLICTS OF INTEREST; CONTRACTOR'S CONDUCT

9.1    Conflicts of Interest.    Contractor presently has no interest, including but not limited to other projects or independent Agreements, and shall not acquire any such interest, direct or indirect, which would conflict in any manner or degree with

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

the performance of services required to be performed under this Agreement. The Contractor shall not employ any person having any such interest in the performance of this Agreement. Contractor shall not hire County's employees to perform any portion of the work or services provided for herein including secretarial, clerical and similar incidental services except upon the written approval of County. Without such written approval, performance of services under this Agreement by associates or employees of County shall not relieve Contractor from any responsibility under this Agreement.

9.1.1    California Political Reform Act and Government Code Section 1090 Et Seq. Contractor acknowledges that the California Political Reform Act ("Act"), Government Code section 81000 et seq., provides that Contractors hired by a public agency, such as County, may be deemed to be a "public official" subject to the Act if the Contractor advises the agency on decisions or actions to be taken by the agency. The Act requires such public officials to disqualify themselves from participating in any way in such decisions if they have any one of several specified "conflicts of interest" relating to the decision. To the extent the Act applies to Contractor, Contractor shall abide by the Act. In addition, Contractor acknowledges and shall abide by the conflict of interest restrictions imposed on public officials by Government Code section 1090 et seq.

9.2    Conduct of Contractor; Confidential Information.

9.2.1    Contractor shall inform the County of all the Contractor's interests, if any, which are or which the Contractor believes to be incompatible with any interests of the County.

9.2.2    The Contractor shall not, under circumstances that might reasonably be interpreted as an attempt to influence the recipient in the conduct of his duties, accept any gratuity or special favor from individuals or organizations with whom the Contractor is doing business or proposing to do business, in accomplishing the work under this Agreement.

9.2.3    Contractor shall not use for personal gain or make other improper use of confidential information, which is acquired in connection with his employment. In this connection, the term "confidential information" includes, but is not limited to, unpublished information relating to technological and scientific development; medical, personnel, or security records of the individuals; anticipated materials requirements or pricing actions; and knowledge of selections of Contractors or subcontractors in advance of official announcement.

9.2.4    The Contractor, or employees thereof, shall not offer directly or indirectly gifts, gratuity, favors, entertainment, or other items of monetary value to an employee or official of the County.

9.2.5    Referrals. Contractor further covenants that no referrals of clients through Contractor's intake or referral process shall be made to the private practice of any person(s) employed by the Contractor.

9.3    Prohibited Agreements. As required by Section 67 of the San Diego County Administrative Code, Contractor certifies that it is not in violation of the provisions of Section 67, and that Contractor is not, and will not subcontract with, any of the following:

9.3.1.    Persons employed by County or of public agencies for which the Board of Supervisors is the governing body;

9.3.2.    Profit-making firms or businesses in which employees described in sub-section 9.3.1, above, serve as officers, principals, partners, or major shareholders;

9.3.3.    Persons who, within the immediately preceding twelve (12) months came within the provisions of the above sub-sections and who (1) were employed in positions of substantial responsibility in the area of service to be performed by the Agreement, or (2) participated in any way in developing the Agreement or its service specifications; and

9.3.4.    Profit-making firms or businesses, in which the former employees described in sub-section 9.3.3 above, serve as officers, principals, partners, or major shareholders.

9.4    Limitation Of Future Agreements or Grants. It is agreed by the parties to the Agreement that Contractor shall be restricted in its future contracting with the County to the manner described below. Except as specifically provided in this clause, Contractor shall be free to compete for business on an equal basis with other companies.

9.4.1    If Contractor, under the terms of the Agreement, or through the performance of tasks pursuant to this Agreement, is required to develop specifications or statements of work and such specifications or statements of work are to be incorporated into a solicitation, Contractor shall be ineligible to perform the work described within that solicitation as a prime or subcontractor under an ensuing County Agreement. It is further agreed, however, that County will not, as additional work, unilaterally require Contractor to prepare such specifications or statements of work under this Agreement.

9.4.2    Contractor may not apply for nor accept additional payments for the same services contained in the Statement of Work.

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

### ARTICLE 10
### INDEMNITY AND INSURANCE

10.1    Indemnity. County shall not be liable for, and Contractor shall defend and indemnify County and the employees and agents of County (collectively "County Parties"), against any and all claims, demands, liability, judgments, awards, fines, mechanics' liens or other liens, labor disputes, losses, damages, expenses, charges or costs of any kind or character, including attorneys' fees and court costs (hereinafter collectively referred to as "Claims"), related to this Agreement or the work covered by this Agreement and arising either directly or indirectly from any act, error, omission or negligence of Contractor or its Contractors, licensees, agents, servants or employees, including, without limitation, Claims caused by the sole passive negligent act or the concurrent negligent act, error or omission, whether active or passive, of County Parties. Contractor shall have no obligation, however, to defend or indemnify County Parties from a Claim if it is determined by a court of competent jurisdiction that such Claim was caused by the sole negligence or willful misconduct of County Parties.

10.2    Insurance. Prior to execution of this Agreement, Contractor must obtain at its own cost and expense, and keep in force and effect during the term of this Agreement, including all extensions, the insurance specified in Exhibit "B," "Insurance Requirements," attached hereto.

### ARTICLE 11
### AUDIT AND INSPECTION OF RECORDS

The County shall have the audit and inspection rights described in this section.

11.1    Audit And Inspection. Contractor agrees to maintain and/or make available within San Diego County accurate books and accounting records relative to all its activities under this Agreement. Authorized Federal, State or County representatives shall have the right to monitor, assess, or evaluate Contractor's performance pursuant to this Agreement, said monitoring, assessments, or evaluations to include but not limited to audits, inspection of premises, reports, and interviews of project staff and participants.

At any time during normal business hours and as often as County may deem necessary, Contractor shall make available to County, State or Federal officials for examination all of its records with respect to all matters covered by this Agreement and will permit County, State or Federal officials to audit, examine and make excerpts or transcripts from such records, and to make audits of all invoices, materials, payrolls, records of personnel, information regarding clients receiving services, and other data relating to all matters covered by this Agreement. If an audit is conducted, it will be done in accordance with generally accepted government auditing standards as described in "Government Auditing Standards," published for the United States General Accountability Office or the institute of Internal Auditors International Standards for the Professional Practice of Internal Auditing.

If any services performed hereunder are not in conformity with the specifications and requirements of this Agreement, County shall have the right to require the Contractor to perform the services in conformity with said specifications and requirements at no additional increase in total Agreement amount. When the services to be performed are of such nature that the difference cannot be corrected, County shall have the right to (1) require Contractor immediately to take all necessary steps to ensure future performance of the services in conformity with requirements of the Agreement, and (2) reduce the Agreement price to reflect the reduced value of the services performed. In the event Contractor fails to perform the services promptly or to take necessary steps to ensure future performance of the service in conformity with the specifications and requirements of the Agreement, County shall have the right to either (1) by Agreement or to otherwise have the services performed in conformity with the Agreement specifications and charge to Contractor any cost occasioned to County that is directly related to the performance of such services, or (2) terminate this Agreement for default as provided in the Termination clause.

11.2    External Audits. Health and Human Services (HHSA) Contractors shall advised and provide the electronic audit copies to Agency Contract Support (ACS) at ACS.HHSA@sdcounty.ca.gov. All other contractors will provide the following to their COR:

11.2.1    COR shall be advised of all pending audits by Federal or State representatives regarding Contracted services identified in this Agreement within seventy-two (72) or the Contractor receiving notice of the audit.

11.2.2    Contractor shall provide COR with a copy of the draft and final State or Federal audit reports within twenty four (24) hours of receiving them.

11.2.3    Contractor shall provide COR a copy of the contractor's response to the draft and final State or Federal audit reports at the same time as response provided to the State or Federal representatives.

11.2.4    Contractor shall provide COR a copy of the State or Federal audit's representative's response to the contractors' response within forty-eight (48) hours of receiving it. This will continue until the State or Federal auditors have accepted and closed the audit.

**COUNTY CONTRACT NUMBER 555204**
**AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES**

11.3 <u>Cost or Pricing Data</u>. If the Contractor submitted cost or pricing data in connection with the pricing of this Agreement or any change or modification thereto, unless such pricing was based on adequate price competition, established catalog or market prices of commercial items sold in substantial quantities of the general public, or prices set by law or regulation, the Contracting Officer or his representatives who are employees of the County or its agent shall have the right to examine all books, records, documents and other data of the Contractor related to the negotiation pricing or performance of such Agreement, change or modification, for the purpose of evaluating the accuracy, completeness and currency of the cost or pricing data submitted.

11.4 <u>Availability</u>. The materials described above shall be made available at the office of the Contractor, at all reasonable times, for inspection, audit or reproduction, until the expiration of three (3) years from the date of final payment under this Agreement, or by section 11.4.1 and 11.4.2, below:

    11.4.1    If this Agreement is completely or partially terminated, the records relating to the work terminated shall be made available for a period of three (3) years from the date of any resulting final settlement.

    11.4.2    Record which relate to appeals under the "Disputes" clause of this Agreement, or litigation or the settlement of claims arising out of the performance of this Agreement, shall be made available until such appeals, litigation, or claims have been disposed of, or three years after Agreement completion, whichever is longer. County shall keep the materials described above confidential unless otherwise required by law.

11.5 <u>Subcontract</u>. The Contractor shall insert a clause containing all the provisions of this Article 11 in all subcontract hereunder except altered as necessary for proper identification of the Contracting parties and the Contracting officer under the County's prime Agreement.

**ARTICLE 12**
**INSPECTION OF SERVICE**

12.1 <u>Subject to Inspection</u>. All performance (including services, materials, supplies and equipment furnished or utilized in the performance of this Agreement, and workmanship in the performance of services) shall be subject to inspection and test by the County at all times during the term of this Agreement. Contractor shall cooperate with any inspector assigned by the County to permit the inspector to determine whether Contractor's performance conforms to the requirements of this Agreement. County shall perform such inspection in a manner as not to unduly interfere with Contractor's performance.

12.2 <u>Specification and Requirements</u>. If any services performed by Contractor do not conform to the specifications and requirements of this Agreement, County may require Contractor to re-perform the services until they conform to said specifications and requirements, at no additional cost, and County may withhold payment for such services until Contractor correctly performs them. When the services to be performed are of such a nature that Contractor's cannot correct its performance, the County shall have the right to (1) require the Contractor to immediately take all necessary steps to ensure future performance of services conforms to the requirements of this Agreement, and (2) reduce the Agreement price to reflect the reduced value of the services received by County. In the event Contractor fails to promptly re-perform the services or to take necessary steps to ensure that future performance of the service conforms to the specifications and requirements of this Agreement, the County shall have the right to either (1) without terminating this Agreement, have the services performed, by Agreement or otherwise, in conformance with the specifications of this Agreement, and charge Contractor, and/or withhold from payments due to Contractor, any costs incurred by County that are directly related to the performance of such services, or (2) terminate this Agreement for default.

**ARTICLE 13**
**USE OF DOCUMENTS AND REPORTS**

13.1 <u>Findings Confidential</u>. Any reports, information, data, etc., given to or prepared or assembled by Contractor under this Agreement which the County requests to be kept as confidential shall not be made available to any individual or organization by the Contractor without the prior written approval of the County.

13.2 <u>Ownership, Publication, Reproduction And Use Of Material</u>. All reports, studies, information, data, statistics, forms, designs, plans, procedures, systems, and any other material or properties produced under this Agreement shall be the sole and exclusive property of County. No such materials or properties produced in whole or in part under this Agreement shall be subject to private use, copyright or patent right by Contractor in the United States or in any other country without the express written consent of County. County shall have unrestricted authority to publish, disclose, distribute and otherwise use, copyright or patent, in whole or in part, any such reports, studies, data, statistics, forms or other materials or properties produced under this Agreement.

13.3 <u>Confidentiality</u>. County and Contractor agree to maintain the confidentiality of and take industry appropriate and legally required measures to prevent the unlawful disclosure of any information that is legally required to be kept confidential. Except as otherwise allowed by local, State or federal law or regulation and pursuant to this Section 13.3, County and Contractor agree to only disclose confidential records where the holder of the privilege, whether the County, the Contractor or a third party, provides written permission authorizing the disclosure. Contractor understands that County must disclose

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

certain records pursuant to the California Public Records Act ("the Act"). If Contractor demands that County not disclose requested records Contractor believes qualify for exception or exemption from disclosure pursuant to the Act, County will comply with Contractor's demand if Contractor identifies those records and the applicable exception(s) or exemption(s), in writing, within five (5) business days from receipt of County's notice to Contractor of the request for disclosure of records. If Contractor does not identify the records and reason(s) that it deems some or all of the records to be confidential, County may disclose those records at its sole discretion. Contractor agrees that its defense and indemnification obligations set forth in Section 10.1 of this Agreement extend to any Claim (as defined in Section 10.1) against the County Parties (as defined in Section 10.1) for records the County withholds from disclosure at Contractor's direction. This Section 13.3 shall not prevent the County or its agents or any other governmental entity from accessing the confidential records for the purpose of audits or program reviews if that access is legally permissible under the applicable local, State or federal laws or regulations. Similarly, County or its agent or designee may take possession of the record(s) where legally authorized to do so.

County may identify, for purposes of clarification, certain laws and regulations that are specifically applicable to Contractor's work under this Agreement. Those laws and regulations may be set forth in Exhibit A – Statement of Work. County, however, is under no obligation to identify all applicable laws and regulations and assumes no liability for identifying confidentiality laws and regulations, if any, applicable to the work under this Agreement.

13.4    <u>Maintenance Of Records</u>.  Contractor shall maintain all records and make them available within San Diego County for a minimum of three (3) years from the ending date of this Agreement unless County agrees in writing to an earlier disposition or longer where legally required or while under dispute.  Contractor shall provide any requested records to County within 48-hours of the request.

13.5    <u>Custody Of Records</u>.  County, at its option, may take custody of Contractor's client records upon Agreement termination or at such other time as County may deem necessary.  County agrees that such custody will conform to applicable confidentiality provisions of State and Federal law.  Said records shall be kept by County in an accessible location within San Diego County and shall be available to Contractor for examination and inspection.

13.6    <u>Audit Requirement</u>.  Contractor shall annually engage a Licensed Certified Public Accountant to conduct an annual audit of their agency's operations.  Contractors that expend $500,000 or more of federal grant funds per year shall also have an audit conducted in compliance with Government Auditing Standards, which includes <u>Single Audit Act Amendments, Public Law 104-156</u>, and <u>OMB Circular A-133</u> and 45 CFR part 74.26. Contractors that are commercial organizations (for-profit) are required to have a non-Federal audit if, during its fiscal year, it expended a total of $500,000 or more under one or more HHS awards. 45 CFR part 74.26(d) incorporates the threshold and deadlines of OMB Circular A-133 but provides for-profit organizations two options regarding the type of audit that will satisfy the audit requirements.  Contractor shall include a clause in any Agreement or Agreement Contractor enters into with an audit firm to provide access by the County, State, Federal Government to the working papers of the independent auditor who prepare the audit for Contractor. Contractor shall submit two (2) copies of the annual audit report, the audit performed in accordance with <u>OMB Circular A-133</u>, and the management letter to the County fifteen (15) days after receipt from the independent Certified Public Accountant but no later than nine (9) months after the Contractor's fiscal year end.

13.7    <u>Reports</u>.  Contractor shall submit reports required in Exhibit A and additional reports as may be requested by the COR and agreed to by the Contractor.  Format for the content of such reports may be developed by County.  The timely submission of these reports is a necessary and material term and condition of this Agreement and Contractor agrees that failure to meet specified deadlines will be sufficient cause to withhold payment.  Contractor shall submit to County within thirty (30) days of the termination of this Agreement a report detailing all work done pursuant to this Agreement by Contractor.

13.8    <u>Evaluation Studies</u>.  Contractor shall participate as requested by the County in research and/or evaluative studies designed to show the effectiveness and/or efficiency of Contractor services or to provide information about Contractor's project.

### ARTICLE 14
### INFORMATION PRIVACY AND SECURITY PROVISIONS

14.1    <u>Recitals</u>. This Article is intended to protect the privacy and security of County information that Contractor may create, receive, access, store, transmit, and/or destroy under this Agreement. In addition to the below Responsibilities, contractor shall be in compliance with the following rules, regulations, and agreements, as applicable:

14.1.1    Health Insurance Portability and Accountability Act, specifically, Public Law 104-191, the Health Information Technology for Economic and Clinical Health Act, Public Law 111-005, 42USC section 17921 et seq., and 45CFR Parts 160 and 164, collectively referred to as "HIPAA;"

14.1.2    County agreements with the State of California, collectively referred to as "State Agreements" and posted on the County's website at: www.cosdcompliance.org, including:

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

14.1.2.1    The Medi-Cal Privacy and Security Agreement Between the California Department of Health Care Services and the County;

14.1.2.2    The Medi-Cal Behavioral Health Services Performance Agreement between the California Department of Health Care Services and the County;

14.1.2.3    The Refugee Health Agreement between the California Department of Public Health and the County; and

14.1.2.4    The HIV/AIDS Case Reporting System Data Use Agreement between the California Department of Public Health and the County.

14.1.3    Title 42 Code of Federal Regulations, Chapter 1, Subchapter A, Part 2.

14.2    Definitions. Terms used, but not otherwise defined, in this Article shall have the same meaning as defined by HIPAA.

14.2.1    "Breach" of Protected Health Information (PHI) shall have the same meaning given to the term "breach" under HIPAA and "breach" of Personal Information (PI)/Personally Identifiable Information (PII) shall have the same meaning as given to it under the State Agreements.

14.2.2    "Business Associate" shall mean the Contractor.

14.2.3    "County PHI" shall have the same meaning as PHI under HIPAA, specific to PHI under this Agreement.

14.2.4    "County PI/PII" shall have the same meaning as PI/PII under the State Agreements, specific to PI/PII under this Agreement.

14.2.5    "Covered Entity" shall mean the County.

14.2.6    "Security incident" shall have the same meaning as defined by the State Agreements.

14.3    Responsibilities of Contractor.

14.3.1    Use and Disclosure of County PHI/PI/PII. Contractor shall use the minimum County PHI/PI/PII required to accomplish the requirements of this Agreement or as required by Law. Contractor may not use or disclose County PHI/PI/PII in a manner that would violate HIPAA or the State Agreements if done by the County.

14.3.2    Safeguards. Contractor shall develop and maintain a HIPAA-compliant information privacy and security program to prevent use or disclosure of County PHI/PI/PII, other than as required by this Agreement.

14.3.3    Mitigation. Contractor shall mitigate any harmful effects caused by violation of the requirements of this Article, as directed by the County.

14.3.4    Subcontractors. Contractor shall ensure that any agent, including a subcontractor, to whom it provides County PHI/PI/PII, imposes the same conditions on such agents that apply to Contractor under this Article.

14.3.5    Cooperation with County.

14.3.5.1    Contractor shall provide access to County PHI/PI/PII, as well as internal practices and records related to County PHI/PI/PII, at the request of County within ten (10) calendar days.

14.3.5.2    Contractor will assist County regarding individual's access, copy, amendment, accounting of disclosure, and other such requests for County PHI/PI/PII in the time and manner designated by County.

14.3.6    Breach Reporting. Contractor shall report breaches and suspected security incidents to County Contracting Officer's Representative and HHSA Privacy Officer, to include:

14.3.6.1    Initial Report.

14.3.6.1.1    Contractor shall email County immediately upon the discovery of a suspected security incident that involves data provided to County by the Social Security Administration, as per the State Agreements.

14.3.6.1.2    Contractor shall email County within one business day of the discovery of any suspected security incident or breach of County PHI/PI/PII

14.3.6.1.3    Contractor shall additionally submit a completed County "Privacy Incident Report," which is posted on County's website, www.cosdcompliance.org within one (1) business day.

14.3.6.2    Investigation Report. Contractor shall immediately investigate such suspected security incident or breach and provide the County a complete report of the investigation within seven (7) working days using County's "Privacy Incident Report" form.

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

14.3.6.3    <u>Notification</u>. Contractor will comply with County's request to notify individuals and/or media and shall pay any costs of such notifications, as well as any costs associated with the breach. County shall approve the time, manner and content of any such notifications before notifications are made.

14.3.7    <u>Designation of Individuals</u>. Contractor shall designate a Privacy Official and a Security Official to oversee its privacy and security requirements herein.

14.3.8    <u>Data Security</u>. Contractor shall comply with data security requirements as specified by HIPAA and the State Agreements, including, but not limited to:

14.3.8.1    Workforce members, including employees, interns, volunteers, subcontractors, etc., with access to County PHI/PI/PII shall:

14.3.8.1.1    Complete privacy and security training to include a signed certification within thirty (30) days of hire, and at least annually thereafter;

14.3.8.1.2    Sign a confidentiality statement, prior to access to County PHI/PI/PII; and

14.3.8.1.3    Wear an identification badge at facilities that contain County PHI/PI/PII

14.3.8.2    Facilities that contain more than five-hundred (500) records containing County PHI/PI/PII shall have security guards or a monitored alarm system.

14.3.8.3    Computer warning banners for all systems containing County PHI/PI/PII

14.3.8.4    Comprehensive, annual security risk assessments

14.3.8.5    Policies and internal controls to ensure transport and storage of County PHI/PI/PII in cars, airplanes, trains, and buses comply with State Agreements.

14.3.8.6    Sufficient administrative, physical, and technical controls in place to protect County PHI/PI/PII

14.3.9    <u>Termination</u>. Upon termination of the Agreement for any reason, Contractor shall return or destroy all County PHI/PII/PI, except County PHI/PII/PI necessary for Contractor to continue its proper management and administration or to carry out its legal responsibilities, as mutually agreed upon by the Parties. If the Parties mutually agree that return or destruction of County PHI/PII/PI is infeasible, Contractor shall extend the protections of this Article to such County PHI/PII/PI for so long as Contractor maintains such County PHI/PII/PI.

**ARTICLE 15**
**DISPUTES**

Notwithstanding any provision of this Agreement to the contrary, the Contracting Officer shall decide any dispute concerning a question of fact arising out of this Agreement that is not otherwise disposed of by the parties within a reasonable period of time. The decision of the Contracting Officer shall be final and conclusive unless determined by a court of competent jurisdiction to have been fraudulent, capricious, arbitrary or so grossly erroneous as necessarily to imply bad faith. Contractor shall proceed diligently with its performance hereunder pending resolution by the Contracting Officer of any such dispute. Nothing herein shall be construed as granting the Contracting Officer or any other administrative official, representative or board authority to decide questions of law, or issues regarding the medical necessity of treatment or to pre-empt any medical practitioners' judgment regarding the medical necessity of treatment of patients in their care. The foregoing does not change the County's ability to refuse to pay for services rendered if County disputes the medical necessity of care.

**ARTICLE 16**
**GENERAL PROVISIONS**

16.1    <u>Assignment and Subcontracting</u>. Contractor shall not assign any interest in this Agreement, and shall not transfer any interest in the same (whether by assignment or novation), without the prior written consent of the County; County's consent shall not be unreasonably withheld. The Contractor shall make no Agreement with any party for furnishing any of the work or services herein contained without the prior written consent of the COR, pursuant to Paragraph 1.4.

16.2    <u>Contingency</u>. This Agreement shall bind the County only following its approval by the Board of Supervisors or when signed by the Purchasing and Contracting Director.

16.3    <u>Entire Agreement</u>. This Agreement, together with all Exhibits attached hereto and other agreements expressly referred to herein, constitute the entire agreement between the parties with respect to the subject matter contained herein. All prior or contemporaneous agreements, understandings, representations, warranties and statements, oral or written, including any proposals from Contractor and requests for proposals from County, are superseded.

16.4    <u>Sections and Exhibits</u>. All sections and exhibits referred to herein are attached hereto and incorporated by reference.

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

16.5 <u>Further Assurances</u>. Parties agree to perform such further acts and to execute and deliver such additional documents and instruments as may be reasonably required in order to carry out the provisions of this Agreement and the intentions of the parties.

16.6 <u>Governing Law</u>. This Agreement shall be governed, interpreted, construed and enforced in accordance with the laws of the State of California.

16.7 <u>Headings</u>. The Article captions, Clause and Section headings used in this Agreement are inserted for convenience of reference only and are not intended to define, limit or affect the construction or interpretation of any term or provision hereof.

16.8 <u>Modification Waiver</u>. Except as otherwise provided in Article 6, "Changes," above, no modification, waiver, amendment or discharge of this Agreement shall be valid unless the same is in writing and signed by both parties.

16.9 <u>Neither Party Considered Drafter</u>. Despite the possibility that one party may have prepared the initial draft of this Agreement or played the greater role in the physical preparation of subsequent drafts, neither party shall be deemed the drafter of this Agreement and that, in construing this Agreement in case of any claim that any provision hereof may be ambiguous, no such provision shall be construed in favor of one party on the ground that such provision was drafted by the other.

16.10 <u>No Other Inducement</u>. The making, execution and delivery of this Agreement by the parties hereto has been induced by no representations, statements, warranties or agreements other than those expressed herein.

16.11 <u>Notices</u>. Notice to either party shall be in writing and either personally delivered or sent by certified mail, postage prepaid, return receipt requested, addressed to the party to be notified at the address specified herein. Any such notice shall be deemed received on the date of personal delivery to the party (or such party's authorized representative) or three (3) business days after deposit in the U.S. Mail or by email, as the case may be to the COR and Contractor's Representative identified on the signature page.

16.12 <u>Severability</u>. If any term, provision, covenant or condition of this Agreement is held to be invalid, void or otherwise unenforceable, to any extent, by any court of competent jurisdiction, the remainder of this Agreement shall not be affected thereby, and each term, provision, covenant or condition of this Agreement shall be valid and enforceable to the fullest extent permitted by law.

16.13 <u>Successors</u>. Subject to the limitations on assignment set forth in Clause 16.1 above, all terms of this Agreement shall be binding upon, inure to the benefit of, and be enforceable by the parties hereto and their respective heirs, legal representatives, successors, and assigns.

16.14 <u>Time</u>. Time is of the essence of each provision of this Agreement.

16.15 <u>Time Period Computation</u>. All periods of time referred to in this Agreement shall include all Saturdays, Sundays and state or national holidays, unless the period of time specifies business days, provided that if the date or last date to perform any act or give any notice or approval shall fall on a Saturday, Sunday or State or national holiday, such act or notice may be timely performed or given on the next succeeding day which is not a Saturday, Sunday or State or national holiday.

16.16 <u>Waiver</u>. The waiver by one party of the performance of any term, provision, covenant or condition shall not invalidate this Agreement, nor shall it be considered as a waiver by such party of any other term, provision, covenant or condition. Delay by any party in pursuing any remedy or in insisting upon full performance for any breach or failure of any term, provision, covenant or condition shall not prevent such party from later pursuing remedies or insisting upon full performance for the same or any similar breach or failure.

16.17 <u>Third Party Beneficiaries Excluded</u>. This agreement is intended solely for the benefit of the County and its Contractor. Any benefit to any third party is incidental and does not confer on any third party to this Agreement any rights whatsoever regarding the performance of this Agreement. Any attempt to enforce provisions of this Agreement by third parties is specifically prohibited.

16.18 <u>Publicity Announcements and Materials</u>. All public announcements, including those issued on Contractor letterhead, and materials distributed to the community shall identify the County of San Diego as the funding source for Contracted programs identified in this Agreement. Copies of publicity materials related to Contracted programs identified in this Agreement shall be filed with the COR. County shall be advised at least twenty four (24) hours in advance of all locally generated press releases and media events regarding Contracted services identified in this Agreement. Alcohol and Drug Prevention Services Contractors shall notify COR or designee at least five (5) business days in advance of all Contractor generated media releases and media events regarding Contracted services identified in this Agreement.

**COUNTY CONTRACT NUMBER 555204**
**AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES**

16.19 <u>Critical Incidents</u>.  Contractor shall have written plans or protocols and provide employee training for handling critical incidents involving instances of violence or threat of violence directed toward staff or clients, breach of confidentiality, fraud, unethical conduct, or instances of staff or client drug and/or alcohol use at the program.  Contractor shall report all such incidents to the COR within one work day of their occurrence.

16.20 <u>Responsiveness to Community Concerns</u>.  Contractor shall notify County within forty eight (48) hours of receipt of any material complaints including but not limited to complaints referring to issues of abuse or quality of care, submitted to Contractor verbally or in writing, regarding the operation of Contractor's program or facility under this agreement.  Contractor shall take appropriate steps to acknowledge receipt of said complaint(s) from individuals or organizations.  Contractor shall take appropriate steps to utilize appropriate forums to address or resolve any such complaints received.  Nothing in this provision shall be interpreted to preclude Contractor from engaging in any legally authorized use of its facility, property or business as approved, permitted or licensed by the applicable authority.

16.21 <u>Criminal Background Check Requirements</u>.  Contractor shall ensure that criminal background checks are required and completed prior to employment or placement of contractor staff and volunteers in compliance with any licensing, certification, or funding requirements, which may be higher than the minimum standard described herein. At a minimum, background checks shall be in compliance with Board of Supervisors policy C-28 and are required for any contractor staff or volunteer assigned to sensitive positions funded by this contract. Sensitive positions are those that: (1) physically supervise minors or vulnerable adults; (2) have unsupervised physical contact with minors or vulnerable adults; and/or (3) have a fiduciary responsibility to any County client, or direct access to, or control over, bank accounts or accounts with financial institutions of any client.

    16.21.1 <u>Criminal Background Check</u>.  Contractor shall have a documented process to review criminal history of candidates for employment or volunteers under this Agreement that will be in sensitive positions as defined in paragraph 16.21.4.  At a minimum, Contractor shall check the California criminal history records, or state of residence for out-of-state candidates.  Contractor shall review the information and determine if criminal history demonstrates behavior that could create an increased risk of harm to clients.  Contractor shall document review of criminal background findings and consideration of criminal history in the selection of a candidate.  (Example: Documented consideration of factors such as: If there is a conviction in the criminal history, how long ago did it occur?  What were the charges?  What was the individual convicted of and what was the level of conviction?  If selected, where would the individual work and is the conviction relevant to the position?).

    16.21.2 Contractor shall either utilize a subsequent arrest notification service during employee or volunteers' tenure or perform criminal history annually.

    16.21.3 Contractor shall keep the documentation of their review and consideration of the individual's criminal history on file in accordance with paragraph 13.3 "Maintenance of Records."

    16.21.4 <u>Definitions</u>

        A.  <u>Activities of Daily Living</u>:  The basic tasks of everyday life, such as eating, bathing, dressing, toileting, and transferring.

        B.  <u>Minor</u>:  Individuals under the age of eighteen (18) years old.

        C.  <u>Sensitive Position</u>:  A job with responsibilities that can be criminally abused at great harm to the contract or the clients served.  All positions that (1) physically supervise minors or vulnerable adults, (2) have unsupervised physical contact with minors or vulnerable adults, or (3) have fiduciary responsibility to a County client or direct access to, or control over client bank accounts, or serve in a financial capacity to the County client.

        D.  <u>Vulnerable Adult</u>:  (1) Individuals age eighteen (18) years or older, who require assistance with activities of daily living and who may be put at risk of abuse during service provision; (2) Individuals age eighteen (18) years or older who have a permanent or temporary limited physical and/or mental capacity that which may put them at risk of abuse during service provision because it renders them: unable to make decisions for themselves, unable to physically defend themselves, or unaware of physical abuse or other harm that could be perpetrated against them.

        E.  <u>Volunteer</u>:  A person who performs a service willingly and without pay.

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

## SIGNATURE PAGE

**AGREEMENT TERM.** This Agreement shall be effective January 1, 2017 ("Effective Date") and end on December 31, 2017 ("Initial Term").

**OPTION TO EXTEND.** The County's option to extend is for 4 increments of 1 year each for a total of 4 years beyond the expiration of the Initial Term, not to exceed December 31, 2021, pursuant to Exhibit C Payment Schedule. Unless County notifies Contractor in writing, not less than thirty (30) days prior to the expiration date that they do not intend to renew the Agreement; the Agreement will be automatically renewed for another year.

Options To Extend For One To Six Additional Months At End Of Agreement. County shall also have the option to extend the term of this Agreement in one or more increments for a total of no less than one (1) and no more than six (6) calendar months at the discretion of the County Purchasing and Contracting Director. Each extension shall be effected by written notice delivered to Contractor no less than fifteen (15) calendar days prior to expiration of any Agreement term.

The rates set forth in Article 4, Exhibit C, or other pricing section of this Agreement shall apply to any option exercised pursuant to this option clause unless provision for appropriate price adjustment has been made elsewhere in this Agreement or by Agreement amendment. All payments are subject to "Availability of Funds."

**COMPENSATION:** Pursuant to Exhibit C, County agrees to pay Contractor a maximum Agreement amount not to exceed three million, fifty-nine thousand, sixty-six dollars ($3,059,066) , in accordance with the method of payment stipulated in Article 4. It is understood that the parties will meet and confer on the contract price if adjustments are made to the scope of work for an extension of the term or terms. These discussions shall not obligate either party to make a requested adjustment to the scope of work or price except as otherwise set forth in this Agreement, nor shall it relieve either party of its obligations under the Agreement.

**COR.** The County has designated the following individual as the Contracting Officer's Representative ("COR")

Joe Abellar, Sheriff Program Coordinator
5530 Overland Avenue, Suite 370
San Diego, CA 92123
Phone: (858) 974-5975 // Fax: (858) 974-5870 // email: jose.abellar@sdsheriff.org

**CONTRACTOR'S REPRESENTATIVE.** The Contractor has designated the following individual as the Contractor's Representative.

Jose Lopez, Vice President Operations
1499 Windhorst Way, Suite 100
Greenwood, Indiana 46143
Phone: (888) 309-8239 or (317) 522-2056 // Fax: (317) 972-7969 // email: jlopez@mahweb.com

IN WITNESS WHEREOF, County and Contractor have executed this Agreement effective as of the date first set forth above

**COUNTY OF SAN DIEGO**

By: _Eve M Babcock for_

JOHN M. PELLEGRINO, Director
Department of Purchasing and Contracting

Date: _12/30/16_

**MID AMERICA HEALTH, INC.**

By: _____

JOSE LOPEZ, Vice President
Operations

Date: _12/29/2016_

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

## EXHIBIT A – STATEMENT OF WORK

**1. BACKGROUND AND OVERVIEW**

1.1. The San Diego County Sheriff's Department, Medical Services Division is responsible for providing basic and emergency health care services to all inmates in custody at all Sheriff's detention facilities pursuant to Title 15 of the California Code of Regulations.

1.2. The San Diego County Sheriff's Department is also required to provide urgent and emergency dental care to inmates by a duly licensed dentist in the State of California.

1.3. The San Diego County Sheriff's Department's Average Daily Population (ADP) is approximately 5,000 inmates housed in seven detention facilities located throughout the County.  Dental operatory clinics are located in six of the seven detention facilities as listed below:

    1.3.1.    San Diego Central Jail (SDCJ)
    1.3.2.    Las Colinas Detention and Reentry Facilities (LCDRF)
    1.3.3.    George Bailey Detention Facilities (GBDF)
    1.3.4.    East Mesa Reentry Facility (EMRF)
    1.3.5.    Vista Detention Facilities (VDF)
    1.3.6.    Rock Mountain Detention Facility  (RMDF) (facility opening TBD)

1.4. Dental services are provided on-site at designated detention facilities. Inmates needing dental care are seen by a dentist and treated within each detention facility during regularly scheduled on-site dental clinic hours.

1.5. On some occasions, when treatment cannot be completed on-site in the detention facility the dentist refers the inmate to an off-site oral surgery clinic for outpatient services or to a Sheriff's Department contracted hospital subject to pre-authorization from the Sheriff's Chief Medical Officer (CMO) or his designee.

**2. REFERENCES**

2.1. Compliance with the following references is required in the performance of the work requirements under this contract. Copies of documents will be available for review during the term of the contract in the Sheriff's Department, Medical Services Division Administrative Office at 5530 Overland Ave., San Diego, CA 92123:

    2.1.1.    <u>Title 15, California Code of Regulations</u>
    2.1.2.    <u>California Penal Code §4000</u>
    2.1.3.    Sheriff's Medical Services Policies and Procedures
    2.1.4.    Sheriff's Pharmacy Formulary

**3. SCOPE OF SERVICE**

3.1. The Contractor shall provide all dental services and deliverables as required, described and detailed in this Statement of Work (SOW) at Contractor's expense and shall meet all service and delivery timelines as specified by this contract.

3.2. The Contractor or contractor's dentist shall provide their own assistant(s) who shall be responsible for assisting chairside as well as maintaining supply ordering and inventory, maintaining orderliness and cleanliness of the dental operatory, including care and maintenance of dental tools and equipment.

3.3. The Contractor shall provide off-site referral service for treatment and/or procedures that are considered beyond the capabilities of its on-site dentist (i.e. complex procedures, oral surgery).  The Contractor shall, within the Sheriff's guidelines ensure referral, coordination and provision of such specialty services at contractor's expense.

3.4. The County shall provide all the necessary supplies and dental equipment (including its associated service maintenance

and repair) necessary to operate a dental clinic on-site in its detention facilities. The Sheriff shall not be responsible for the necessary supplies and dental equipment (including service maintenance and repair) for services performed by the contractor at its off-site facility.

## 4. STAFFING AND GENERAL SERVICE REQUIREMENTS

4.1. Contractor shall provide full management and staffing requirements necessary to operate a dental clinic at contractor's expense for all portions of the work in the contract unless specifically identified as County furnished.

4.2. The Contractor shall at contractor's expense provide the services of the following professionals licensed and registered to practice in the State of California as necessary to perform on-site dental services required in this contract.

4.2.1. Dentist
4.2.2. Dental Technician

4.3. Contractor shall provide management and adequate number of required staffing (FTEs), including back-up staffing, to meet work requirement outlined in this SOW. Dental clinics are conducted in an 8-hour block. See *ON-SITE DENTAL CLINIC SCHEDULES* in Attachment #1 of this SOW. Strict adherence to this schedule is required.

4.4. The Sheriff's Medical Services Administrator or designee shall be solely responsible for establishing, modifying and maintaining dental clinic schedules at all detention facilities.

4.5. Contractor shall provide continued collaboration with the Sheriff's CMO or designee in the performance of their duties as dental service provider.

4.6. The Sheriff's CMO shall oversee all medical and clinical issues encountered during any of the dental clinics and shall work closely with the Contractor on case management and utilization review matters.

4.7. Contractor shall ensure that there is no interruption in services due to staff vacancies, vacations, trainings, or any other situation that may make it appear that there is insufficient staff to complete services outlined in this SOW.

4.8. Contractor shall submit a company organizational and staffing chart complete with names, phone numbers, email addresses that will show clear, written lines of communication in the table of organization that include staff responsibility and accountability.

4.9. Contractor shall institute professional management to support the inmate dental program, including but not limited to adequate supervision and administrative leadership of its assigned staff. This includes adherence to requirements for direct oversight of delegated tasks to professional support staff (e.g. dental technicians) as required.

## 5. ON-SITE DENTAL SERVICES REQUIREMENTS

5.1. Contractor and/or its assigned staff shall provide urgent and emergent dental services on-site (within the detention facilities) that include but not limited to:

5.1.1. Oral examinations, triage, diagnosis and treatment planning
5.1.2. Temporary restorative procedures
5.1.3. Extractions
5.1.4. Medications
5.1.5. Emergency Care
- Relief of pain
- Control of bleeding
- Treatment of acute infections
- Treatment of injuries to teeth and supporting structures

5.1.6. Other services such as referral to off-site services for treatment as recommended (treatment and

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

procedures that cannot be done on-site) and deemed necessary by contractor and coordinated with Sheriff's Managed Care Group (MCG).

5.2. Contractor's dentist and his assigned assistant shall visit detention facilities during regularly scheduled dental clinic hours.

5.3. The regular dental clinic hours shall be scheduled throughout the day Monday thru Friday. The Sheriff may add dental clinic hours to meet facility needs.

5.4. The scheduled dental clinics shall continue until they are completed (i.e. when each inmate scheduled to be seen during that clinic has been seen).

5.5. Contractor shall see inmate patients referred from RN and/or MD sick calls during regularly scheduled dental clinic hours and shall provide on-site treatment as necessary in collaboration with the Sheriff's MCG staff under the direction of the Sheriff's CMO or his designee.

5.6. Contractor shall also provide preventive dental services to a limited segment of the inmate population on an as needed basis. These services are provided to long term custody inmates only upon inmate request and may include dental examinations and annual cleanings subject to referral and utilization management by the Sheriff's Managed Care Group (MCG) under the direction of the Sheriff's CMO or his designee.

    5.6.1. The potential need for the preventive dental services like cleaning shall be flexible based on demand with the target population of inmates who are in custody greater than 18-months. Since the preventive service program will be new, the estimated numbers will be highly variable until it is established in due time after implementation.

## 6. OFF-SITE SPECIALTY CARE REFERRAL SERVICE REQUIREMENT

6.1. Should an inmate require complex dental procedures beyond the capability of the Contractor's dentist on-site (i.e. requires oral surgery and/or other procedures that cannot be performed practically on-site), the contractor shall make the necessary off-site referral, coordination, and the provision of specialty dental care services including follow-ups required to be performed as necessary at contractor's expense.

6.2. The Sheriff's Department shall provide the required transportation and deputy escort of inmate patient to the off-site clinic identified by the Contractor.

## 7. ADDITIONAL REQUIREMENTS AND COMPLIANCE

7.1. Contractor shall work closely with the Sheriff's CMO or his designee to ensure acceptable standards for on-site dental care are provided to inmates in accordance with, but not limited to the standards set forth in Title 15 of the California Administrative Code and other directives listed in paragraph 2.

7.2. Contractor shall collaborate with the Sheriff's CMO and medical staff to evaluate the ongoing quality of dental care being delivered to the inmates. Contractor shall cooperate with any peer group that may be designated by the Sheriff's CMO to review and evaluate the dental care being provided and shall make every effort to follow recommendations made by such group.

7.3. Contractor's dentist(s) shall prescribe medications in accordance with the current Sheriff's Medical Services Division policies and procedures referenced in Paragraph 2 during the term of the contract, including adherence to the Sheriff's Pharmacy Formulary.

7.4. Contractor's staff shall be responsible for cleanliness and orderliness of the detention facilities dental operatory in accordance with State's Occupational Safety and Health Administration (CAL-OSHA) guidelines for the maintenance of a dental clinic/office.

7.5. Contractor shall be responsible to ensure for the proper care and cleanliness of all its dental tools and equipment (e.g. autoclave spore testing), including cleaning and sterilization of appropriate dental equipment and instruments, sinks and counter tops; and the transportation of trash, sharps containers and biohazard bags to designated pick-up areas outside

**COUNTY CONTRACT NUMBER 555204**
**AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES**

the dental operatory.

7.6. The Contractor shall be responsible to operate all applicable dental equipment and x-ray systems in accordance with published safety requirements and provide for dosimeter badge with monthly readings for the dental examination room staff as well as contractor's staff.

7.7. The contractor shall be responsible to ensure that the on-site dental clinic and all equipment used in that clinic are all currently certified by applicable local and State regulatory agencies. Applicable certification fees required for County owned equipment used in the detention facilities shall be the responsibility of the County.

## 8. COUNTY FURNISHED SUPPLIES AND EQUIPMENT

8.1. County shall provide all supplies, equipment, and facilities it deems necessary and/or proper for the contractor and its staff to perform and complete the services required by this contract on-site at the detention facilities.

8.2. Contractor shall designate one staff to submit requests for the replenishment of standard dental supplies to the COR or his designee on an as needed basis. The COR or his designee shall approve all supply requests and equipment repair as well as its replacement.

8.3. The County shall be responsible for all service repair and maintenance, licensing of all County furnished equipment.

8.4. Contractor's provided services and procedures performed off-site (outside of the detention facilities) shall be at Contractor's or Contractor's contracted facility expense.    Contractor shall be responsible for the supplies and equipment necessary to perform services in that off-site facility.

## 9.    LICENSURE AND CERTIFICATION

9.1. The Contractor shall ensure that staff has current, valid unrestricted licenses and certificates to provide care within their scope of practice described by each particular license or certificate. All dentists used by contractor shall be licensed in good standing to practice dentistry in the State of California.

9.2. Any oral surgeon used by the contractor for off-site care shall be currently licensed by the State of California and certified by the American Board of Oral and Maxillofacial Surgery in accordance with the current directives of the Dental Board of California.

9.3. The Contractor shall ensure all their staff possesses current certification in Cardiopulmonary Resuscitation (CPR) and Advance Cardiac Life Support (ACLS) at the start of service.  Copies of certification shall be provided at the start of service.

9.4. The Contractor shall ensure that all personnel utilized to perform services under this contract maintain all applicable licenses and/or certification credentials in their respective specialties and shall provide the COR with copies of current licenses and/or certifications at the start of service, and upon renewal annually or sooner upon request. Contractor shall be responsible to assure that all licenses/certifications are current.

9.5. Contractor or contractor's staff shall be responsible for all fees associated with securing their own respective professional licenses and certifications, and including renewals during the term of this contract.

## 10. DENTAL RECORD DOCUMENTATION

10.1. Contractor shall ensure that all its staff document treatment and findings in the inmate's dental record in an accurate, timely manner, and in compliance with the Sheriff's Medical Services Division's policies and procedures and Title 15 of the California Administrative Code.

10.2. All entries shall be made electronically. If informed by Sheriff's Medical to document on paper, all entries shall be legible and signed by the author, giving their name, title and County provided ID Number.

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

10.3. The Contractor shall comply with the language provisions for a Business Associate as prescribed by the Standards for Privacy and individual Identifiable Health Information as set forth in 45 Code of Federal Regulations Part 160 and Part 164. The Contractor shall not release any identifiable health information to any third party without the consent of the Sheriff's Medical staff.

10.4. Confidentiality of medical record information is essential and is required under the Health Insurance Portability and Accounting Act of 1996, Public Law 104-191 (HIPAA).

10.5. Contractor shall conform to the applicable provisions of HIPAA and the Health Information Technology for Economic and Clinical Health Act (HITECH) in the handling of electronic records including reporting breaches as defined in 45 Code of Federal Regulations (CFR), 164.402 to the County.

10.6. If the contractor subcontract services to an external licensed dental professionals (e.g. off-site dental providers), strict compliance to HIPAA and HITECH Acts in the handling of transmission of electronic records as outlined in section above is required.

10.7. Contractor shall provide its Notice of Privacy Practices (NPP) if the contractor is a self-declared HIPAA covered entity, otherwise the Business Associate provisions pertaining to the privacy rules as defined and outlined in Title 45 CFR Part 164 shall apply and be complied with.

## 11. TRAINING

11.1. The Contractor shall arrange for Contractor's staff to be available for initial on- site orientation by County staff for medical and security procedures. The on-site orientation will be compensated by the County at the current 50% median hourly rate for the respective occupational titles/occupational codes as published in the latest Bureau of Labor Statistics Occupational Employment and Wage Estimates in San Diego-Carlsbad area. The on-site orientation maximum time is 4 hours and must occur before staff is scheduled for clinic.

11.2. The Contractor shall arrange for contractor's staff to be available for on-going training and in-service training by County staff as changes in protocols and procedures are made. This will be in addition to clinic hours and will be compensated by the County for such training.

11.3. The contractor shall maintain training files for its staff. Copies of training verification documents shall be provided to the COR upon request.

11.4. The Sheriff's CMO or his designee shall approve all programs of instruction concerning the detention facilities.

## 12. REPORTS

12.1. The Contractor shall at no cost to the County submit reports to the COR as may be requested or specified, including reports in a format provided as required by the directives listed in Paragraph 2.1.

12.2. Contractor shall at no cost to the County provide a monthly report of inmates treated and treatment provided, etc., in a format to be provided by the COR, with each monthly invoice as back-up documentation.

## 13. CONFORMANCE WITH RULES AND REGULATIONS

13.1. Contractor shall comply with the background clearance check and procedures required by the Sheriff for all contractor's staff that require facility access.

13.2. Contractor's staff that requires access to facilities to perform the service must be able to provide legible copies of their current Driver's License, and shall complete various forms required by the Sheriff's Personnel Office to conduct background checks.

13.3. The Sheriff or his designee reserves the right to reject any Contractor's staff from working in the detention facilities

regardless of satisfactory background check results.

13.4. The Sheriff may remove any Contractor's staff for violating the Sheriff's Department Policy & Procedures, or for not meeting Sheriff's Department professional standards and expectations at any time.

13.5. Contractor's staff shall be required to sign in and out at the beginning and end of all dental clinic session. This sign in and out sheet shall be validated by a medical staff and shall be submitted to the Sheriff with each monthly invoice as back-up documentation. The sign in and out sheet forms will be available in the facility.

13.6. Contractor's staff that has been issued a Sheriff's temporary ID badge shall surrender the temporary badge at termination of their service or at termination of the contract whichever occurs earlier.

13.7. Contractor shall adopt and comply with the Prison Rape Elimination Act of 2003, 42 U.S.C. 15601 et seq. (PREA), any applicable PREA standards (including 28 C.F.R. 115 et seq.), and any related County ordinances or Sheriff's Department policies regarding PREA for preventing, detecting, monitoring, investigating and eradicating any form of sexual abuse. Such PREA standards require that all volunteers, officers, employees, agents and subcontractors who have contact with inmates under this contract receive training pursuant to 28 C.F.R. 115.232. Contractor shall provide the Sheriff's Department with documentation confirming that all volunteers, officers, employees, agents, and subcontractors understand the training they have received. Contractor acknowledges that the County will monitor Contractor's compliance with PREA, any applicable PREA standards, and County ordinances or Sheriff's Department policies relating to sexual abuse, and may conduct announced and/or unannounced compliance monitoring to include "on-site" monitoring. Contractor agrees that it will pay any and all evaluation and treatment costs arising from sexual abuse of offenders as a result of any act or omission by Contractor, as required by applicable laws and regulations including, but not limited to, Title 28 of the Code of Federal Regulations, sections 115.282 and 115.283.

## 14. PATIENT MEDICAL GRIEVANCES

14.1. Contractor shall cooperate with Sheriff's Department CMO in resolving any inmate patient's grievances related to the Contractor's services provided under this agreement.

14.2. The Sheriff's CMO shall bring to the attention of appropriate Contractor's dentist all inmate patient complaints involving Contractor's staff. Contractor shall within ten (10) calendar days, and in accordance with its regular procedure, investigate such complaints and use its best efforts to resolve them in a fair and equitable manner.

14.3. The Contractor shall be required to prepare a written response and the resolution shall be treated and processed in conjunction with the Sheriff's Department's Medical Services Division Policies and Procedures.

14.4. Contractor shall notify the Sheriff's CMO and/or designee within the ten (10) days as required above of any action taken or proposed with respect to the resolution of such complaints.

## 15. CANCELLATION/SUSPENSION OF SERVICE

15.1. The Sheriff's Department may cancel and/or reschedule a regularly scheduled clinic with 24- hour notice. Cancellation may be accomplished via telephone or email notification to the contractor's representative. Contractor's respective representative in this matter will be the dentist scheduled for that day and the Sheriff's representative will be Supervising/Charge RN.

15.2. Cancelled clinic shall be rescheduled as soon as it is feasible and shall be mutually agreed upon by both parties.

## 16. PRICING AND PAYMENT SCHEDULE

16.1. Pricing shall be on a fixed price per 8-hour clinic basis as per Exhibit C – Pricing Schedule.

16.1.1.    If the contractor did not complete a full 8-hour dental clinic for any reason or if the dental clinic has been

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

extended beyond the regular 8-hour clinic schedule, the contractor shall be paid on a pro-rata hourly basis in half-hour increment.  Hourly rate shall be determined by dividing the agreed per 8-hour clinic rate by eight hours.

16.2. Contractor shall submit required monthly validated sign in and sign out sheet for each contractor which contains the beginning and end of all dental clinic sessions.  The validated sign in and out sheet for each month shall accompany the monthly invoice to be submitted for payment.

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

## EXHIBIT A – STATEMENT OF WORK
## ATTACHMENT #1

### ON-SITE DENTAL CLINIC SCHEDULES

| FACILITY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| George Bailey Detention Facility (GBDF) | 7:30 am –4:00 pm Weekly | | 7:30 am – 4:00 pm 5th Wed of month if there is 5th Wed in the month | 7:30 am – 4:00 pm Weekly | |
| East Mesa Reentry Facility | | | | | 7:30 am - 4:00 pm 1st Fri of month |
| San Diego Central Jail (SDCJ) | | | 7:30 am – 4:00 pm 2X a month 1st & 3rd Wed of the month | | |
| Las Colinas Detention & Reentry Facility (LCDF) | | 7:30 – 4:00 pm Weekly | | | |
| Vista Detention Facility (VDF) | | | 7:30 am – 4:00 pm 2X a month 2nd & 4th Wed of the month | 7:30 am – 4:00 pm Once a month | |
| Rock Detention* Facility (RDF) | SCHEDULE TBD | | | | |

Notes:

(1) 7:30 AM - 4:00 PM  daily schedule includes non-compensable 30 minute lunch break.  Complimentary meals are provided to contract staff working in the facilities.

(2) The schedules above are regular schedules and shall be followed for planning purposes unless change(s) is/are deemed necessary under special circumstances (e.g. number of patient available, holidays, schedule conflicts that may arise, etc.) Any deviation from this schedule shall be with final approval of the Sheriff's Medical Administrator or her/his designee, and shall be coordinated between the contractor and the Supervising RN of the respective facilities. Regular schedule change is at the discretion of the Sheriff's Medical Administrator or her/his designee.

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

## EXHIBIT B – INSURANCE REQUIREMENTS

Without limiting Contractor's indemnification obligations to County, Contractor shall provide at its sole expense and maintain for the duration of this contract, or as may be further required herein, insurance against claims for injuries to persons or damages to property which may arise from or in connection with the performance of the work hereunder and the results of the work by the Contractor, his agents, representatives, employees or subcontractors.

### 1. Minimum Scope of Insurance
Coverage shall be at least as broad as:

A.  Commercial General Liability, Occurrence form, Insurance Services Office form CG0001.

B.  Automobile Liability covering all owned, non-owned, hired auto Insurance Services Office form CA0001.

C.  Workers' Compensation, as required by State of California and Employer's Liability Insurance.

D.  Professional Liability (Errors & Omissions) insurance appropriate to the Contractor's Profession, including, but not limited to medical administration, counseling and legal services.

E.  Improper Sexual Conduct including sexual harassment, sexual abuse and sexual misconduct applying to bodily injury, property damage or personal injury arising out of the actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of the insured or as a result of the negligent employment, investigation, hiring & supervision or the reporting or failure to report to proper authorities of a person for whom any insured is or ever was legally responsible.

F.  Cyber Security Liability shall cover all of Contractor's employees, officials and agents. Coverage shall be sufficiently broad to respond to the duties and obligations as is undertaken by Contractor in this agreement and shall apply to any dishonest, fraudulent, malicious or criminal activities that affect, alter, copy, corrupt, delete, disrupt or destroy a computer system or to obtain financial benefit for any party; to steal, take or provide unauthorized access of electronic date, including publicizing confidential electronic data or causing confidential electronic data to be accessible to unauthorized persons; transfer of computer virus, Trojan horse, worms or any other type of malicious or damaging code; and for Third-Party Liability encompassing judgments or settlement and defense costs arising out of litigation due to a data breach and data breach response costs for customer notification and credit monitoring service fees.

### 2. Minimum Limits of Insurance
Contractor shall maintain limits no less than:

A.  Commercial General Liability including Premises, Operations, Products and Completed Operations, Contractual Liability, and Independent Contractors Liability: $2,000,000 per occurrence for bodily injury, personal injury and property damage. The General Aggregate limit shall be $4,000,000.

B.  Automobile Liability: $1,000,000 each accident for bodily injury and property damage.

C.  Employer's Liability: $1,000,000 each accident for bodily injury or disease. Coverage shall include waiver of subrogation endorsement in favor of County of San Diego.

D.  Professional Liability (Errors & Omissions): $1,000,000 per occurrence or claim with an aggregate limit of not less than $3,000,000. This coverage shall be maintained for a minimum of three years following termination or completion of Contractor's work pursuant to the Contract.

E.  Improper Sexual Conduct: $2,000,000 per occurrence or claim with an aggregate limit of not less than $2,000,000.

F.  Cyber Security Liability. $2,000,000 per occurrence or claim with an aggregate limit of not less than $2,000,000.

If the contractor maintains broader coverage and/or higher limits than the minimums shown above, the County requires and shall be entitled to the broader coverage and/or higher limits maintained by the Contractor. As a requirement of this contract, any available insurance proceeds in excess of the specified minimum limits and coverage stated above, shall also be available to the County of San Diego.

### 3. Deductibles and Self-Insured Retentions

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

Any deductible or self-insured retention must be declared to and approved by County Risk Management. At the option of the County, either: the insurer shall reduce or eliminate such deductibles or self-insured retentions as respects the County, the members of the Board of Supervisors of the County and the officers, agents, employees and volunteers; or the Contractor shall provide a financial guarantee satisfactory to the County guaranteeing payment of losses and related investigations, claim administration, and defense expenses.

**4. Other Insurance Provisions**
The insurance policies are to contain, or be endorsed to contain, the following provisions:

A.  Additional Insured Endorsement
    The County of San Diego, the members of the Board of Supervisors of the County and the officers, agents, employees and volunteers of the County, individually and collectively are to be covered as additional insureds on the General Liability policy with respect to liability arising out of work or operations performed by or on behalf of the Contractor including materials, parts, or equipment furnished in connection with such work or operations and automobiles owned, leased, hired or borrowed by or on behalf of the Contractor. General Liability coverage can be provided in the form of an endorsement to the Contractor's insurance (at least as broad as ISO from CG 2010 11 85 or **both** CG 2010, CG 2026, CG 2033, or CG 2038; **and** CG 2037 forms if later revisions used).

B.  Primary Insurance Endorsement
    For any claims related to this Contract, Contractor's insurance coverage, including any excess liability policies, shall be primary insurance at least as broad as ISO CG 20 01 04 13 as respects the County, the members of the Board of Supervisors of the County and the officers, agents, employees and volunteers of the County, individually and collectively. Any insurance or self-insurance maintained by the County, its officers, employees, or volunteers shall be excess of the Contractor's insurance and shall not contribute with it.

C.  Notice of Cancellation
    Each insurance policy required above shall state that coverage shall not be canceled, except with notice to the County.

D.  Severability of Interest Clause

    Coverage applies separately to each insured, except with respect to the limits of liability, and that an act or omission by one of the named insureds shall not reduce or avoid coverage to the other named insureds.

## General Provisions

**5. Qualifying Insurers**
All required policies of insurance shall be issued by companies which have been approved to do business in the State of California by the State Department of Insurance, and which hold a current policy holder's alphabetic and financial size category rating of not less than A, VII according to the current Best's Key Rating guide, or a company of equal financial stability that is approved in writing by County Risk Management.

**6. Evidence of Insurance**
Prior to commencement of this Contract, but in no event later than the effective date of the Contract, Contractor shall furnish the County with a copy of the policy declaration and endorsement pages along with the certificates of insurance and amendatory endorsements effecting coverage required by this clause. Policy declaration and endorsement pages shall be included with renewal certificates and amendatory endorsements submissions and shall be furnished to County within thirty days of the expiration of the term of any required policy. Contractor shall permit County at all reasonable times to inspect any required policies of insurance.

**7. Failure to Obtain or Maintain Insurance; County's Remedies**
Contractor's failure to provide insurance specified or failure to furnish certificates of insurance and amendatory endorsements or failure to make premium payments required by such insurance shall constitute a material breach of the Contract, and County may, at its option, terminate the Contract for any such default by Contractor.

**8. No Limitation of Obligations**
The foregoing insurance requirements as to the types and limits of insurance coverage to be maintained by Contractor, and any approval of said insurance by the County are not intended to and shall not in any manner limit or qualify the liabilities and obligations otherwise assumed by Contractor pursuant to the Contract, including, but not limited to, the provisions concerning indemnification.

**9. Review of Coverage**

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

County retains the right at any time to review the coverage, form and amount of insurance required herein and may require Contractor to obtain insurance reasonably sufficient in coverage, form and amount to provide adequate protection against the kind and extent of risk which exists at the time a change in insurance is required.

**10. Self-Insurance**
Contractor may, with the prior <u>written</u> consent of County Risk Management, fulfill some or all of the insurance requirements contained in this Contract under a plan of self-insurance. Contractor shall only be permitted to utilize such self-insurance if in the opinion of County Risk Management, Contractor's (i) net worth, and (ii) reserves for payment of claims of liability against Contractor, are sufficient to adequately compensate for the lack of other insurance coverage required by this Contract. Contractor's utilization of self-insurance shall not in any way limit liabilities assumed by Contractor under the Contract.

**11. Claims Made Coverage**
If coverage is written on a "claims made" basis, the Certificate of Insurance shall clearly so state. In addition to the coverage requirements specified above, such policy shall provide that:

   A.   The policy retroactive date coincides with or precedes Contractor's commencement of work under the Contract (including subsequent policies purchased as renewals or replacements).

   B.   Contractor will make every effort to maintain similar insurance during the required extended period of coverage following expiration of the Contact.

   C.   If insurance is terminated for any reason, Contractor shall purchase an extended reporting provision of at least three years to report claims arising in connection with the Contract.

   D.   The policy allows for reporting of circumstances or incidents that might give rise to future claims.

**12. Subcontractors' Insurance**
Contractor shall require and verify that all subcontractors maintain insurance meeting all the requirements stated herein, and Contractor shall ensure that County is an additional insured on insurance required from subcontractors. Such Additional Insured endorsement shall be attached to the certificate of insurance in order to be valid and on a form at least as broad as ISO from CG 2010 11 85 or both CG 2010, CG 2026, CG 2033, or CG 2038; and CG 2037 forms if later revisions used. If any sub contractor's coverage does not comply with the foregoing provisions, Contractor shall defend and indemnify the County from any damage, loss, cost, or expense, including attorneys' fees, incurred by County as a result of subcontractor's failure to maintain required coverage.

**13. Waiver of Subrogation**
Contractor hereby grants to County a waiver of their rights of subrogation which any insurer of Contractor may acquire against County by virtue of the payment of any loss. Contractor agrees to obtain any endorsement that may be necessary to affect this waiver of subrogation. The Workers' Compensation policy shall be endorsed with a waiver of subrogation in favor of the County for all work performed by the Contractor, its employees, agents and subcontractors.

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

EXHIBIT C – PRICING/PAYMENT SCHEDULE

| DESCRIPTION | INITIAL TERM<br><br>JAN 1, 2017  TO<br>DEC 31, 2017 | COUNTY OPTION 1<br><br>JAN 1, 2018  TO<br>DEC 31, 2018 | COUNTY OPTION 2<br><br>JAN 1, 2019  TO<br>DEC 31, 2019 | COUNTY OPTION 3<br><br>JAN 1, 2020  TO<br>DEC 31, 2020 | COUNTY OPTION 4<br><br>JAN 1, 2021  TO<br>DEC 31, 2021 |
|---|---|---|---|---|---|
| 8 HOUR DENTAL CLINIC, TO INCUDE ALL COSTS, DENTIST, DENTAL TECHNICIAN, AND ANY OFF-SITE CARE (AN ESTIMATED 1 PER YEAR) | $2,393.00 | $2,441.00 | $2,490.00 | $2,539.00 | $2,590.00 |
| OPTION THAT MAY BE ADDED LATER | | | | | |
| DENTAL HYGIENIST SERVICES PRICE PER HOUR | $65.32 | $66.63 | $67.96 | $69.32 | $70.71 |

COUNTY CONTRACT NUMBER 555204
AGREEMENT WITH MID AMERICA HEALTH, INC. FOR DENTAL SERVICES

EXHIBIT A-1 – CONTRACTORS PROPSOAL

# EXHIBIT A-1 – CONTRACTORS PROPOSAL DETAILED ON THE FOLLOWING PAGES.

# Submittal Requirements
## Mid America Health, Inc.

### SECTION 1 – **PROGRAM DESCRIPTION**

1.1.  Throughout this proposal, Mid America Health, Inc. (MAH) will describe in great detail how our experience and expertise will meet, exceed and deliver exceptional operational dental services per the specifications described in this RFP. MAH has been a nationwide leading provider of dental healthcare services for over 30 years treating at-need and underserved populations in correctional settings. MAH brings to every client exceptional and timely delivery of on-site dental services with the utmost professional treatment provided to maximize care at each dental clinic visit.

1.2.  MAH has reviewed in detail the Statement of Work (SOW) described in Exhibit A of this RFP and we will ensure that we meet or exceed the key requirements of each of its sections and items. Please see MAH's **Attachment A** (Statement of Work, Exhibit A). Additionally, please find below the detailed description of how MAH plans to meet and exceed the SOW requirements of the San Diego County Sheriff's Department (SCSD).

1.3.  Off-site Referral Service

MAH has proven to significantly reduce the off-site referrals for its clients by providing the vast majority of the dental services on-site. MAH has significantly reduced the number of off-site dental referrals within the SCSD population during its five (5) year tenure with the Department. During this time, approximately three (3) dental patients have been referred off-site for dental treatment. MAH will continue this practice as customary at each County dental clinic, thus providing a "one-stop" dental clinic to the patient and to maximize each clinic visit. MAH will monitor and coordinate any off-site referral as required by this RFP.

Dr. Polanco, MAH's current Dentist providing dental services at the County, is proficient in extractions and complicated dental procedures. However, in the event a patient needs to be referred off-site, the patient will be referred to Mission Valley Oral and Maxillofacial Surgery, 2878 Camino Del Rio South, Suite 210, San Diego, CA 92108.

1.4.  Subcontracting and Partnerships

MAH will not be using any subcontractors to meet the program requirements of this RFP.

1.5.  Quality Assurance Plan

MAH has several tools in place to monitor the quality and performance of the dental clinics and its professional dental staff. These evaluation and assessment documents and policies and procedures are designed to ensure the dental services provided by practitioners and ancillary staff are efficient, high quality and consistent with those required by the County. These quality control measures bring standardization and organization to each County dental clinic as well as monitor the quality of care and validates the dental healthcare program is functioning properly at its highest capacity.

1.5.1.

- "Red Binder": In order to provide dental clinic uniformity, standardization and organization, MAH has developed the "Red Binder" program. MAH distributes all necessary policies and procedures through the "Red Binder" containing MAH's dental program at-a-glance. A "Red Binder" is located in each County dental clinic. The "Red Binder" contains all relevant San Diego Sheriff's Department and County policies and procedures, MAH's healthcare policies and procedures (i.e, Hazardous Communication Policy, OSHA standards, etc.), a list of Quality Control items, MAH's Quality Assurance Logs and all of the facility's dental staff credentials. The "Red Binder" is reviewed with every new staff member during MAH's New Employee Orientation. The "Red Binder" is audited for updates and credential content. **(Attachment J)**

- Quality Assurance Log: This electronic log is completed monthly, per dental clinic, by the Dental Assistant and contains a list of items involving quality control, clinical functions and credentials review. The Quality Assurance Log documents the monthly audit of accurate instrument and sharp counts before and after clinic, dosimetry x-ray badges, spore strip testing, infection control, chemical inventory, accidental occupational contamination exposure, expiration dates on supplies, credentials, in-service training, waiting times, etc. The MAH Operations Coordinator is responsible for reviewing it on a monthly basis. **(Attachment I)**

- Statistical Database: MAH's detailed performance measurement statistical database, Integrated Dental Data Solution (IDDS), monitors staff performance. MAH's IDDS is an electronic database which tallies, during any timeframe desired, all the patient encounters and procedures provided at each dental clinic to monitor each dental practitioner and Registered Dental Hygienists (RDH) staff performance and utilization management. IDDS can generate custom trend reports and charts. On a daily basis the dental staff enters all clinical hours provided, exams, treatments, prescriptions, referrals, broken appointments, etc., in the IDDS. All dental staff have login capability. The MAH Management Team reviews IDDS for production trends. For a sample of the IDDS report please see **Attachment K.**

- OSHA On-line Training Program: On an annual basis, every member of the MAH dental staff completes three (3) OSHA electronic self-studies: HIPAA, Bloodborne Pathogens and Preventing Sexual Harassment. Each dental staff member completes an electronic quiz which is confirmed and reviewed by the MAH Operations Coordinator.

- Patient Chart Audit: Every six (6) months the dental staff will review ten (10) or more dental charts. An additional ten (10) charts will be audited when an RDH is implemented and has begun providing services. This audit ensures documentation is complete and accurate. Items reviewed are: Health History, Entry of Progress Notes, Appropriate Signatures, SOAPE Documentation, Treatment Plan, etc. The dental staff will sign an acknowledgement that the audit was completed and forwards the audit results to the MAH Operations Coordinator. **(Attachment L)**

- MAH Audits: MAH will conduct audits at each of the dental clinics on an annual basis using a detailed audit tool. This tool will be modified to comply with all San Diego County Sheriff's Department, California Department of Health, California Dental Board, ACA, NCCHC, MAH, OSHA, CDC and State and County standards. The follow-up portion of

the audit ensures deficiencies are corrected, if any. An MAH Accreditation Coordinator from another state will conduct this audit and conduct follow-ups to ensure compliance. If necessary, Continuous Quality Improvement (CQI) studies will be done to monitor and target key areas of improvement. Please see a sample as **Attachment M**. Below are some topics included in the MAH audit tool:

- o  Staff Credentials
- o  Tool and Sharps Control
- o  Chemical Control
- o  X-Ray Units
- o  Dosimetry X-Ray Badges
- o  Infection Control
- o  Autoclave Monitoring
- o  Maintenance of Equipment
- o  Flammable/Caustic Storage
- o  Supplies
- o  Dental Health Records
- o  Forms & Logs Usage
- o  Integrated Dental Data Solution (IDDS)

- <u>New Employee Orientation</u>:  The MAH dental professional staff is our number one resource and we value them greatly. All on-site staff receive a face-to-face orientation from a member of the MAH Management Team upon initial hire. MAH will ensure we provide this orientation to all new RDH's.  This orientation will be in addition to the required County Orientation and any other site-specific training provided to the staff.  This orientation covers the following topics: Rules & Regulations; Attendance/Payroll; Patient Appointments; Credentials; Professional Communication Expectations; Documents and Reporting; Pharmacy; Supplies and Equipment; Maintenance and Repairs; Chemicals/Caustic Controls; Work Place Injuries; Audits Compliance; Training/Employment Forms and Verifications. **(Attachment N)**

- <u>New Employee Handbook</u>: Each MAH employee receives an Employee Handbook that describes all personnel policies, professional expectations, corrective action and PTO (Paid Time Off) guidelines. **(Attachment O)**

- <u>Infection Control Program</u>:  MAH will continue to maintain a comprehensive infection control program in all dental clinics and be responsible for all on-going infection control procedures. Our programs are in strict compliance with CDC and OSHA standards. MAH will ensure that all tools and equipment are appropriately sterilized with proper documentation. Proper documentation will be found in each clinic and proof of proper infection control will be made available to the County upon request.

- <u>Blood-borne Pathogen Kit</u>: Upon hire, each employee receives a *BBP Kit* in the event of an exposure.  This kit describes in detail the steps an employee should follow if exposed. MAH's Human Resource staff will guide and support the employee every step of the way.

- <u>Dosimetry X-ray Badge</u>:  Each employee is given a Dosimetry badge to measure his/her radiation exposure.  These badges will be read and replaced monthly as mentioned in the Statement of Work of this RFP.

- <u>Sterilization</u>: MAH will continue to ensure that the sterilization areas are highly organized and all tools and equipment are appropriately sterilized with proper documentation. The autoclave will continue to be tested on a weekly basis and test results documented appropriately. **(Attachment G)**

- <u>Tool Control Program</u>: In addition, MAH maintains a strict tool control program in all dental clinics. MAH tool control program is part of the initial orientation of each new staff member and is monitored on a continual basis through the Quality Assurance Log. **(Attachment I)** At a minimum, tools and sharps inventories are conducted at the beginning and end of each shift – two times per day. If the tool inventory is not exact then the proper on-site authority is notified immediately. The MAH dental staff is responsible for securing all dental equipment, tools and supplies.

- <u>Equipment and Instrument Maintenance</u>: As a "guest" of the SCSD, MAH dental staff will maintain all dental equipment and instruments to their optimal function. The MAH staff will maintain an equipment maintenance log. **(Attachment H)** This log is designated to lengthen the life of all equipment and instruments through proper maintenance and care.

1.5.2.   As mentioned above, the Quality Assurance Program that MAH offers will identify areas that need more attention and improvements, while others provide standardization and organization within each dental clinic and personnel policies to facilitate the success and retention of each dental staff.

   If the Quality Assurance Log, IDDS or internal audits reflect a deficiency, the MAH Operations Coordinator will contact the dental staff and jointly create an action plan to cure the deficiency expeditiously. If input is required from the Sheriff's Chief Medical Officer (CMO) or other County designee, he/she will be contacted to ensure an effective and expeditious resolution in a spirit of camaraderie, respect and partnership.

   In addition, MAH proposes a Quality Assurance Meeting with the CMO or designee and MAH's Management Team. MAH recommends these Quality Assurance Meetings occur quarterly or every six (6) months at minimum to discuss face-to-face items related to the Contract.

1.5.3.   All Quality Assurance items mentioned above are solidly integrated into MAH's current policies and procedures company-wide. The oversight responsibility of all these items falls on all levels of the MAH Team. The current dental staff does an excellent job of self-monitoring the quality of each dental clinic. They are assisted by the MAH Operations Coordinator and the Vice President of Corrections. MAH provides a "shallow" operations oversight which allows for a simple accountability system, prompt problem-solving and efficiency.

1.5.4.   As mentioned above, the Quality Control procedures will be monitored by different members of the MAH Team. Some will be self-monitored by the dental professional staff while others will be monitored by the Operations Coordinator and Vice President of Corrections. Depending on the monitoring procedure, they may be tracked and reported daily, monthly, bi-annually or yearly. At any time all the Quality Control reports and procedures will be made available to the CMO or designee.

1.6. <u>Implementation Plan</u>

MAH will continue to deliver a dental services program for the County of San Diego Sheriff's Department at all dental clinics under this RFP. As demonstrated on the attached Implementation Action Plan **(Attachment P)**, there are very few startup actions required by MAH in order to continue dental services under a new contract. MAH stands ready, available and able to provide uninterrupted dental services during the transition if awarded the contract for services as a result of this RFP.

1.6.1.  MAH's Recruitment Department is able to undertake any recruiting or staffing obstacle encountered during this contract. MAH will diligently search and recruit for the most highly qualified candidates to fulfill the dental clinic positions. Our Recruiting Team has experience working with Department of Corrections in multiple states. We enjoy a reputation of being accommodating and amenable to the requests and policies outlined by each Department and feel no hesitation in continuing to offer that same consideration to the SCSD.

MAH utilizes a multitude of resources and efforts to attract and retain the highest quality dental professionals possible. It is noteworthy to mention that the Recruitment Department screens all dental candidates to ensure the candidates are aware of the position expectations per the contract and are competent in providing quality dental services, specifically extractions. Our Team emphasizes hiring the "right fit" to ensure retention, offering stability to our clients and continuity of care for the patient.

Currently, the SCSD enjoys a highly professional, stable and top-quality MAH dental staff at all of its dental clinics. These dental professionals will continue to provide the best dental care to the County's population. However, as stated in the RFP, MAH is being proactive in the recruitment efforts of attracting competent and skilled RDH's to be employed at a later date. We will continue to maintain a database of interested and available candidates in order to minimize or eliminate the timeframe that positions are vacant.

Following are details of some of our established recruiting strategies.

- Our Recruiting Department maintains a current list of all California licensed Dentists and will obtain a list of all California licensed RDHs. From this list, we are able to reach candidates quickly and directly by sending personalized letters/emails informing them of new career opportunities.

- MAH maintains a web site that offers information about our company with a heavy focus on recruitment. Our job postings are updated daily and applicants are reviewed and contacted as they are received in order to expedite the filling of available positions. Postings of all available positions are located on the Mid America Health, Inc. website at www.mahweb.com.

- Other online recruiting methods utilized that are both broad and industry-specific are: CareerBuilder, Monster, SimplyHired, Indeed, Dental Jobs Today, Craigslist, and other dental-specific job boards. Our jobs are posted and viewed

on hundreds of large and small job boards and search sites in order to reach both local and non-local candidates.

- Utilization of social media includes Facebook, Twitter and LinkedIn to communicate information about opportunities.

- Online and hard copy advertisements in local and national Dental Societies and associations publications as well as local Dental Schools and Alumni websites and newsletters.

- Our recruiters will visit the surrounding Dental Schools, and participate in Career Day and/or "lunch and learns" at the dental schools. We use these opportunities to attract dental students and alumni, and highlight the advantages and rewards in working in a correctional setting.

- Attend and exhibit at State Dental Association Annual Meetings to share information and gain access to qualified candidates.

- We build relationships with career services, advisors and other key members of Dental Schools, Associations and Societies that can provide referrals and connect with potential candidates.

- MAH has the ability to recruit from employees nationwide within its own multiple Divisions. We often transfer employees working in other Divisions that are willing and able to relocate as needed.

- In addition to offering competitive compensation, we often offer incentives such as sign-on or hiring bonuses and/or referral bonuses to increase interest and reduce vacancy times in difficult to fill areas.

MAH will employ all of the above measures in addition to continually seeking innovative strategies to ensure success in staffing all available positions for the County. MAH understands the unique requirements placed upon dental professionals in a correctional environment. Our clinic personnel readily accept the importance and the need for custody/security concerns. At the time a candidate accepts a position to provide services within a County dental clinics, all necessary forms will be completed by the new employee in order to process the background check as required by the SCSD. MAH also drug tests all new hires as part of the initial hiring process. The Recruitment Department will continue to coordinate with the appropriate County staff and new employee all related orientation and training within the Department.

In order to ensure compliance, MAH has a full-time Credentialing Coordinator as part of its team. This individual's main responsibility is to ensure that every employee's credentials are active and current at all times, including TB testing and Hep B vaccinations. Per MAH's policy, no MAH employee will start providing dental services at any correctional facility without MAH's Human Resources Department having all of the new employee's credentials in hand. These credentials are then tracked and maintained on

an ongoing basis by a dedicated Credentialing Coordinator who ensures that we meet or exceed compliance expectations.

MAH's Recruiting Team takes pride in not only filling positions, but in making right choice hires. Our goal is to fill positions with long term employees thus reducing vacancies by reducing turnover. Retention not only reduces overall costs, it offers quality care to the patients and stability of service to the client. We offer competitive compensation based on market research and independently obtained data, a desirable benefits package, paid time off and on-going incentives. We are in tune with the San Diego area and its demographics and familiar with the local candidate expectations based on our history in the area. This research, history and knowledge base affords us confidence in our ability to achieve minimal recruitment timelines, few vacancies and high retention rates.

Currently, MAH is fully staffed at the County dental clinics. However, when the Department approves the addition of RDH's, the estimated timeline in filling these positions will be minimal: approximately 30 days. Currently, MAH has a list of RDHs interested in opportunities within the County of San Diego.

MAH will exercise all its recruiting efforts mentioned above to attract and retain highly qualified dental professionals to deliver exceptional and professional dental care to the SCSD population.

1.6.2.    MAH has been providing dental services to correctional facilities since 1986. Its policies, procedures and protocols are well established after years of experience in numerous correctional facilities throughout the country. However, MAH adjusts these in accordance to the needs and requirements of its clients in a timely manner. MAH will continue to do the same with the County. As changes in sentencing laws occur in the State of California and the County, MAH will continue to work in partnership with the SCSD to ensure a short timeline in implementing any new directive mandated by the County. This will be true the moment the County approves the use of RDHs in its dental clinics. MAH has started looking into State and County RDH directives to expedite the hiring and effective utilization of RDH services at the County dental clinics.

As soon as the County elects to implement the preventive dental services program with the addition of RDH staff, MAH stands ready to add these services. During this transition to implement preventive dental services, MAH and its staff will remain flexible with scheduling the use of the dental chairs to maximum capacity and to accommodate the clinic availability along with the need of the SCSD population eligible to receive RDH services. MAH and its clinic staff will monitor and report to the SCSD on a monthly basis the request for preventive services and the patient volume seen on each clinic day.

As outlined on the attached Implementation Action Plan (**Attachment P**), MAH has included the steps to effectively implement RDH dental services. There are a number of items to consider and MAH will work with the County in all levels of the implementation to effectively add the preventive dental services program.

- Preventative Dental Services – Recruiting and Training:

    o   Recruiting: Upon notification from the County to implement the RDH dental services, MAH will recruit and hire for the RDH's position. MAH

will ensure the individuals possess current, valid, unrestricted licenses and certifications in the State of California to provide care within their scope of work to fulfill the program requirements under the direction of the Sheriff's CMO or his/her designee.

o Training: MAH will arrange with the County for the RDHs to be available for initial on-site orientation with County staff as described in the County's Exhibit A-Statement of Work, Section 11.1. MAH will arrange for the RDHs to also be available for on-going and in-service training with County staff as changes in protocols and procedures occur, as explained in Exhibit A-Statement of Work, Section 11.2.

• Preventative Dental Services - Supplies: As additional supplies and equipment are necessary, MAH will work with the SCSD to ensure the most cost-effective measures are taken. The additional equipment and supplies required for the initial implementation of preventive dental services include, but are not limited to, the following:

    o Cavitrons
    o Hand pieces, slow motors, cones and latches
    o Any other dental supplies needed in order to render preventive services

• Preventative Dental Services - Utilization: MAH will use IDDS to track and monitor the utilization of each RDH, per dental clinic, to maximum utilization of the RDHs services in order to achieve a frequency that is cost effective, all while remaining cognizant of the patients' needs. This measure will ensure the clinics' day schedules are fully utilized without interruption or disruption to dental services.

• Preventative Dental Services - Dentist Oversight: Under the Dental Hygiene Committee of CA, Laws and Regulations Code 1910, RDHs may perform prophylaxis (cleaning) and scaling and root planning without a Dentist on-site at the time these services are provided.

• Preventative Dental Services - RDH Security Protocol: MAH will work with each facility to ensure security protocols are followed on days which preventive dental services are provided. As previously mentioned, the Dental Hygiene Committee of CA, Laws and Regulations allow RDHs to see patients without a Dentist present on-site. This allows the RDHs to work independently to maximize the use of the dental clinic chairs and patient scheduling. However, this situation will also require an assessment of facility security protocols because the RDH will be in the dental clinic alone with the patients.

• Preventative Dental Services - Dentist Referrals: The RDHs will work in collaboration with the Dentists and will submit patient referrals for those needing to see a Dentist for additional dental care beyond the scope of preventive dental services. These referrals will be tracked and documented in the patient dental records.

Submittal Requirements – RFP # 7644 – MAH                                                                34

MAH has successfully implemented preventive dental services programs with great success and currently employs approximately 20 staffed RDHs at other correctional facilities. We take pride in all our services and care provided by our professional staff and assess each patient's needs individually. MAH takes seriously the responsibility of providing the best dental care for the patient within the resources available to ensure the care provided meets the highest standards of dental practices.

1.6.3.   MAH has been providing dental services to the SCSD since January 2011 and has been fully staffed since its commencement. Therefore, MAH's current workload, dental professional staff and familiarity with the program will allow for a smooth and seamless operational start of this RFP on January 1, 2017.

## SECTION 2 – <u>EXPERIENCE, PROPOSED ORGANIZATION, MANAGEMENT AND STAFFING</u>

### 2.1. Company Profile

Mid America Health, Inc. (MAH) understands the need of dental healthcare in a correctional environment because MAH has been providing dental healthcare to this type pf population for over 30 years.

Since 1986, MAH has grown to a national level by providing comprehensive dental services to state, county and local facilities and has effectively managed the dental services for numerous institutions of all sizes with varied scopes of work. Currently, MAH manages the dental healthcare of over 90,000 incarcerated men, women and juveniles at over 120 correctional facilities in nine (9) states. These institutional populations range from 20 to over 3,000 offenders per facility with all security levels.

In addition, MAH currently provides portable dental services to over 50 county jails and juveniles in five (5) states. MAH also provides portable dental services to educational facilities and nursing homes in six (6) states. Also, with MAH's extensive knowledge and experience, we have successfully established a full dental clinic inside a Regional Hospital providing community dental healthcare services to a population who may not otherwise receive dental services. At each dental clinic managed by MAH, our professional staff provides all dental services including urgent and preventative dental services.

Currently, MAH manages, within all its divisions, the staffing of over 250 dental professionals and the delivery of dental care in over 700 facilities in 11 states. MAH provides comprehensive and innovative dental healthcare services from general dentistry to urgent care to a varied patient population mix including correctional facilities, county jails, juvenile detention centers, schools, long-term care facilities, a community health center and the military. Our experience in these unique settings has given us insight into how to better manage and enhance efficiencies in the delivery of dental healthcare for every patient under our care.

MAH believes delivery of exceptional dental healthcare comes as a result of patients' accessibility to care, continuous innovation and effective program improvements. Our team collaboration improves the quality of care for every patient we see. We place top priority on collaborating with the medical staff of each facility we are in to ensure holistic medical care for each patient with a spirit of camaraderie. MAH ensures that all dental patients and clinics we serve have access to our staff 24 hours a day, seven (7) days a week for dental emergency consultations.

Submittal Requirements – RFP # 7644 – MAH                                               35

2.2. Offeror's Resume

Since January 2011, Mid America Health, Inc. (MAH), in partnership with San Diego County Sheriff's Department (SCSD), has been providing dental services to approximately 5,000 offenders housed in seven (7) institutions in five (5) dental clinics throughout the County of San Diego. MAH's exceptional dental team has reduced the off-site referrals over the course of its five (5) year tenure with the County to approximately three (3), thus reducing the overall cost of dental services for the County of San Diego by half. MAH's IDDS (Integrated Dental Delivery Solution) has enhanced the dental program and services by tracking the delivery of dental services to increase dental clinic efficiency.

As an experienced institutional provider, MAH understands that controlling costs and ensuring safety are critical reasons to provide as many procedures as possible on-site. As previously mentioned, MAH has significantly reduced the number of off-site referrals to almost non-existent over the course of the past five (5) years with the SCSD. This has reduced the total cost for SCSD dental services by half from the previous Contractor. It is our experience that local providers contracting with correctional facilities tend to have unnecessary off-site referrals. Many of these off-site referrals are sent to the local provider's private practice. This certainly is a costly process for the institution and ties up valuable security staff time. MAH will continue to provide the SCSD with exceptional dental services and the utmost professional on-site care thereby minimizing the need and cost to transport patients off-site.

Following are three (3) additional current MAH contracts within the last five (5) years with the same or similar services as those described in this RFP. More detail on these contracts is provided in Section 2.6, References.

- Ohio Department of Rehabilitation and Correction

  o  Contract since 2005
  o  29 correctional facilities (adults and juveniles)
  o  47,000 offenders
  o  130 dental professionals

- Kentucky Department of Correction

  o  Contract since 1999
  o  13 correctional facilities
  o  12,000 offenders
  o  20 dental professionals

- South Carolina Department of Corrections

  o  Contract since November 2010
  o  12 correctional facilities
  o  12,000 offenders
  o  10 dental professionals

The following dental professionals are interested in continuing to provide professional dental services through MAH at the SCSD.

- Dentist (CA State Licensed, in good standing)....Justin Polanco, DDS
- Dental Assistant (X-ray Certified) ......................Sergio Muniz

MAH's dental team currently provides the dental services as described in this Request for Proposal and will continue to do so with professionalism, exceptional quality, compassion and courtesy to all patients that present themselves to the SCSD dental clinics.

In addition, the following individuals will continue to be involved in the managerial operations of this contract. These individuals will be based at the MAH Home Office:

- Vice President – Corrections: .........José López
- Operations Coordinator: .................Tiffany Howard

Mr. López, MAH Vice President – Corrections, is the operational head who supervises, manages and directs the operations of the current SCSD contract. He ensures quality assurance and contract compliance and encourages open communication and collaboration with the SCSD Administration. Mr. López has over 20 years of experience in correctional healthcare.

Ms. Howard, MAH Operations Coordinator, is responsible for gathering all payroll timesheets, Monthly Statistics Reports and Monthly Quality Assurance logs related to the SCSD contract. She is also responsible for coordinating and communicating any work schedule changes with the dental staff.

In addition, MAH's Corporate Dental Director, Dr. Luis Garabis, will act as the clinical consult to the dental staff on the clinical aspects of this contract. Dr. Garabis has over 24 years of extensive dental experience including corrections and community health management.

Please see **Attachments B, C, D, E, and F** for copies of CVs and resumes of the clinical and managerial staff mentioned above.

MAH brings to every client exceptional and timely delivery of on-site dental services with the utmost professional treatment provided to maximize care for each dental clinic visit and to ensure the services described in the Exhibit A – Statement of Work are met on a consistent and efficient basis.

2.3. Proposed Organizational Charts and Staffing

2.3.1. Organization Chart: Please see **Attachment Q** which outlines MAH's overall organization and the relationship with other MAH divisions.

2.3.2. Staffing Chart: Please see **Attachment R** as MAH's proposed staffing (with staff member name and title) and reporting responsibility. The dental clinic professionals are licensed and registered to practice in the State of California and will perform the on-site dental services outlined in Exhibit A – Statement of Work.

Submittal Requirements – RFP # 7644 – MAH                                        37

Please see the job descriptions for Dentist, Registered Dental Hygienist and Dental Assistant in **Attachments S, T and** U.

2.3.3.   Job Descriptions:   These describe the clinical staff authority, reporting responsibility, duties, qualifications and a general summary of each position. The dental clinic Dentist and Dental Assistant provided in the Staffing Chart **(Attachment R)** will fill the request of Exhibit A – Statement of Work, Attachment #1 On-site Dental Clinic Schedules on a full-time basis.

2.3.4.   Staff Resumes:   Resumes are provided for the administrative and program staff currently employed by MAH to accomplish the requirements of the Exhibit A – Statement of Work and the managerial operations oversight of this contract.

- Justin Polanco, DDS ......................................................**(Attachment B)**
- Sergio Muniz, Dental Assistant ......................................**(Attachment C)**
- José López, Vice President Corrections ..........................**(Attachment D)**
- Tiffany Howard, Operations Coordinator .......................**(Attachment E)**
- Luis Garabis, DDS, MAH Corporate Dental Director......**(Attachment F)**

2.4.   County Contracts

County of San Diego, Sheriff's Department
Inmate Dental Services
RFB No. 4796
Term: June 1, 2010 through present

MAH is the incumbent under the County of San Diego, Sheriff's Department Inmate Dental Service (RFB NO. 4796).

During this current Contract, MAH has met or exceeded all compliance requirements by significantly reducing off-site referrals and providing excellent on-site dental care, resulting in cost reduction to the SCSD.

At this time MAH does not have any additional contracts with the County.

2.5.   Litigation

Please see **Attachment V** for a letter from MAH's Vice President and General Counsel describing the status of any litigation in which MAH has been involved for the most recent year. MAH has never been involved in any litigation of any kind related to its performance.

2.6.   References

Please see the following for the three (3) references provided on behalf of MAH:

- Reference (1):

2.6.1.   Organization Name:     Ohio Department of Rehabilitation and Correction
2.6.2.   Organization Address:   770 West Broad Street, Columbus, OH 43222

Telephone No.:          614-752-1700
Fax No.:                614-728-1196

2.6.3.    Contact Name/Title:    Mr. Stuart Hudson, Chief Medical Services
          Email Address:         Stuart.Hudson@odrc.state.oh.us

In July 2005, Mid America Health, Inc. (MAH) initiated clinical operations for the Ohio Department of Rehabilitation and Correction (ODRC) in eight (8) central Ohio correctional facilities. At that time, the ODRC was engaged in the Fussell class action lawsuit and required assistance in bringing their program into compliance and addressing the claims made by the lawsuit. MAH worked in partnership with the ODRC and aided the state in complying and exceeding the necessary requirements from the dental portion of the Fussell lawsuit. Though the suit and claims originated prior to the engagement of MAH with ODRC, MAH was an integral part of the clinical and administrative improvements in the ODRC dental facilities and the level of care provided to its population. Through close collaboration with all levels of the ODRC and reform actions taken, this brought about the resolution of the dental portion of the Fussell class action lawsuit ahead of schedule by one (1) year, resulting in saving the ODRC considerable money.

Currently, MAH continues its partnership with the ODRC, exceeding expectations for dental services in its management of the dental program for 26 adult correctional facilities within the ODRC and three (3) juvenile facilities within the Department of Youth Services (DYS), providing dental services to over 46,000 offenders.  MAH has gained the trust and confidence of the ODRC through collaboration, open communication, attention to detail, creative problem-solving, enhanced technologies and delivery of excellent dental services to its population. MAH has dental professionals and auxiliary staff in place who take great pride in their work, including approximately 20 staffed RDHs providing preventive dental services for the ODRC. Through innovative improvements during the intake process at the Reception Centers, the number of patient contacts and procedures has escalated while the intake process has significantly improved. This has assisted in reducing the number of FTEs of dental staff at the parent institutions while maintaining the required waiting periods for patient's dental care and enhancing the level of care they receive.

MAH's collaboration with ODRC has brought the institutions within the State of Ohio to a level of excellence making the ODRC system one of the best correctional dental programs in the country and acceptable to any reviewing agency. In partnership with MAH, ODRC continues to exceed the necessary requirements and goals of dental services and care for its population. ODRC is often an example for other states looking to advance and improve dental care to inmates with a cost-effective and sophisticated clinical method with established dental service protocols.

- Reference (2):

2.6.1.    Organization Name:       Kentucky Department of Correction
2.6.2.    Organization Address:    3001 W. Highway 146, LaGrange, KY 40032
          Telephone No.:           502-222-7808
          Fax No.:                 502-222-7895

2.6.3.    Contact Name/Title:      Ms. Cookie Crews, Health Services Administrator
          Email Address:           Cookie.Crews@ky.gov

Mid America Health, Inc. (MAH) provides primary dental services to the Kentucky Department of Corrections (KDOC) in 13 correctional facilities throughout the Commonwealth of Kentucky.

Currently, MAH manages the dental program and provides dental services to over 12,000 offenders within the state located at various institutional sites and facilities throughout the Commonwealth of Kentucky.

MAH provides primary dental services for the inmates housed within the Commonwealth of Kentucky using a Performance Based Model. MAH manages and monitors the delivery of dental care to the correctional population within the parameters set by KDOC. Since 1999, MAH has provided excellent dental care to the patients while complying with Kentucky's set standards. During our tenure in the Commonwealth of Kentucky, procedures performed have increased, dental grievances have declined and access to care has improved, all within the mandated waiting periods, while significantly reducing cost to the State.

Since 2013, the KDOC Health Services Department has contracted with different vendors to maximize on their expertise in the provision of dental, medical and pharmaceutical services. MAH works side-by-side with and effectively and efficiently interacts with the medical and pharmacy vendors to ensure each patient receives the best dental care, putting the patient and the Department first.

- Reference (3):

    | | | |
    |---|---|---|
    | 2.6.1. | Organization Name: | South Carolina Department of Correction |
    | 2.6.2. | Organization Address: | 4444 Broad River Road, Columbia, SC 29210 |
    | | Telephone No.: | 843-758-3712 |
    | | Fax No.: | 843-889-6495 |
    | 2.6.3. | Contact Name/Title: | Dr. William Y. Akerman, Jr., Director Dental Services |
    | | Email Address: | Akerman.William@doc.sc.gov |

    The South Carolina Department of Corrections (SCDOC) contacted Mid America Health, Inc. (MAH) in 2010 in order to assist with a staffing crisis it was experiencing in its institutions. Currently, MAH provides staffing and management services at 12 correctional facilities within the SCDOC, servicing over 12,000 offenders. This represents more than half of the SCDOC's correctional population.

    Since 2010, MAH has implemented standardized processes within these correctional facilities to assist the SCDOC with managing the delivery of dental services. Through successfully filling several difficult dental positions, MAH has been able to significantly reduce the off-site referrals security risks while reducing cost and increasing efficiencies within SCDOC dental clinics.

2.7. Investigations

Neither MAH nor any of its officers are presently the target or subject of any investigation, accusation or charges by any federal, State or local law enforcement, licensing or certification body.

# Attachments - SCSD

| | |
|---|---|
| Attachment A | Statement of Work – MAH Response |
| Attachment B | Dr. Justin Polanco, Dentist – CV |
| Attachment C | Sergio Muniz, Dental Assistant - Resume |
| Attachment D | José López, MAH Vice President - Resume |
| Attachment E | Tiffany Howard, Operations Coordinator - Resume |
| Attachment F | Dr. Luis Garabis, MAH Dental Director – CV |
| Attachment G | Autoclave Log (Spore Test) |
| Attachment H | Equipment Maintenance Log |
| Attachment I | Quality Assurance Log |
| Attachment J | "Red Binder" – Table of Contents |
| Attachment K | Integrated Dental Data Solution (IDDS) Report – Sample |
| Attachment L | Patient Chart Audit Tool |
| Attachment M | MAH Audit Tool |
| Attachment N | New Employee Handbook – Table of Contents |
| Attachment O | New Employee Orientation |
| Attachment P | Program Implementation Action Plan Chart |
| Attachment Q | Organizational Chart |
| Attachment R | Staffing Chart |
| Attachment S | Job Description – Dentist |
| Attachment T | Job Description – Registered Dental Hygienist |
| Attachment U | Job Description – Dental Assistant |
| Attachment V | Litigation Letter |
| Attachment W | Borrowing Base Certificate* |
| Attachment X | Statements of Financial Position (Balance Sheet)* |
| Attachment Y | Statements of Activities (Income Statement)* |
| Attachment Z | Statements of Cash Flows* |

*Please find these documents in the Confidential/Proprietary Exhibit file.

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 7644)
SHERIFF'S DEPARTMENT
DENTAL SERVICES

EXHIBIT A – STATEMENT OF WORK

## 1. BACKGROUND AND OVERVIEW

1.1.   MAH understands the San Diego County Sheriff's Department (SCSD), Medical Services Division is responsible for providing basic and emergency health care services to all inmates in custody at all Sheriff's detention facilities pursuant to Title 15 of the California Code of Regulations.

1.2.   MAH understands the SCSD is also required to provide urgent and emergency dental care to inmates by a duly licensed dentist in the State of California.

1.3.   MAH acknowledges the SCSD's Average Daily Population (ADP) is approximately 5,000 inmates housed in seven (7) detention facilities located throughout San Diego County. MAH understands any dental services contract awarded under RFP 7644 are to be provided at the dental operatory clinics located in six (6) of the seven (7) detention facilities as listed below:

    1.3.1.  San Diego Central Jail (SDCJ)
    1.3.2.  Las Colinas Detention and Reentry Facilities (LCDRF)
    1.3.3.  George Bailey Detention Facilities (GBDF)
    1.3.4.  East Mesa Reentry Facility (EMRF)
    1.3.5.  Vista Detention Facilities (VDF)
    1.3.6.  Rock Mountain Detention Facility (RMDF) (facility opening TBD)

1.4.   MAH agrees to provide on-site dental services at the designated detention facilities listed above. MAH's dental professional staff will exam and treat inmates needing dental care within each detention facility during regularly scheduled on-site dental clinic hours.

1.5.   When treatment cannot be completed on-site in the detention facility, the MAH on-site Dentist will refer the inmate to an off-site oral surgery clinic for outpatient services or to a Sheriff's Department contracted hospital subject to pre-authorization from the Sheriff's Chief Medical Officer (CMO) or his designee.

## 2. REFERENCES

2.1.   MAH agrees to comply with the following references as required in the performance of work requirements under this contract. MAH understands copies of the reference documents will remain on file and available for review during the term of the contract in the Sheriff's Department, Medical Services Division Administrative Office at 5530 Overland Ave., San Diego, CA 92123:

    2.1.1.  Title 15, California Code of Regulations
    2.1.2.  California Penal Code §4000
    2.1.3.  Sheriff's Medical Services Policies and Procedures
    2.1.4.  Sheriff's Pharmacy Formulary

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 7644)
SHERIFF'S DEPARTMENT
DENTAL SERVICES

## 3.  SCOPE OF SERVICE

3.1.    MAH will provide all dental services and deliverables as required, described and detailed in this Statement of Work (SOW) at MAH's expense and shall meet, or exceed, all service and delivery timelines as specified by this contract.

3.2.    MAH will provide Dentists and Dental Assistants. The Dental Assistants will be responsible for assisting the Dentists chairside as well as maintaining supply ordering and inventory.  The Dental Assistants will also maintain the orderliness and cleanliness of the dental operatory, including care and maintenance of dental tools and equipment.

3.3.    MAH will provide off-site referral service for treatment and/or procedures that are considered beyond the capabilities of the on-site MAH Dentist (i.e., complex procedures and oral surgery). MAH will, within the Sheriff's guidelines, ensure referral, coordination and provision of such specialty off-site referral services at MAH's expense.

3.4.    MAH understands the County shall provide all the necessary supplies and dental equipment (including its associated service maintenance and repair) necessary to operate a dental clinic on-site in its detention facilities. MAH will bear the cost associated with off-site referrals including the necessary supplies and dental equipment (including service maintenance and repair) for services performed for off-site referrals.

## 4.  STAFFING AND GENERAL SERVICE REQUIREMENTS

4.1.    MAH will provide full management and staffing requirements necessary to operate the six (6) dental clinics at MAH's expense for all portions of the work in the contract unless specifically identified as County furnished.

The following dental professionals are interested in continuing to provide professional dental services through MAH at the County:

> Dentist...................................................................Justin Polanco, DDS
> Dental Assistant (X-ray Certified).......................Sergio Muniz

MAH's dental team will continue to provide dental services as described in this Request for Proposal with professionalism, exceptional quality, compassion and courtesy to every patient that presents him/herself to the SCSD.

In addition, the following individuals will continue to be involved in the managerial operations of this contract. These individuals will be based at the MAH Home Office:

> Vice President – Corrections: ......................José López
> Operations Coordinator: ..............................Tiffany Howard

Mr. López, MAH Vice President – Corrections, is the operational head who supervises, manages and directs the operations of this contract.  He ensures quality assurance and contract compliance. Mr. López  has over 20 years of experience in correctional healthcare.

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 7644)
SHERIFF'S DEPARTMENT
DENTAL SERVICES

Ms. Howard, MAH Operations Coordinator, is responsible for gathering all payroll timesheets, Monthly Statistics Reports and Monthly Quality Assurance logs. She is also responsible for coordinating and communicating any work schedule changes with the dental staff.

In addition, MAH's Corporate Dental Director, Dr. Luis Garabis, will act as a clinical consult to the dental staff on the clinical aspects of this contract. Dr. Garabis has over 24 years of extensive dental experience including corrections and community health management.

Please see **Attachments B, C, D, E and F** for copies of CVs and resumes of the clinical and managerial staff mentioned above.

4.2.    MAH will provide, at MAH's expense, the dental services described in this RFP with dental professionals licensed and registered to practice in the State of California who are prepared to provide the necessary on-site dental services required in this contract. These dental professionals will all be in good standing with the State of California.

4.2.1. Dentist

Dr. Justin Polanco has been providing professional dental services to the SCSD's population on a full-time basis since the commencement of the contract with MAH in January 2011. Dr. Polanco has been practicing dentistry for over 12 years and previously served as an Emergency Medical Technician with the United States Army for eight (8) years. Dr. Polanco's proficiency in exodontia, ownership of the dental program, clinical excellence and pleasant demeanor make him an asset to MAH and the County.

4.2.2. Dental Technician (Assistant)

Sergio Muniz has been providing professional dental services to the SCSD population on a full-time basis since the commencement of the contract with MAH in January 2011. Mr. Muniz has been a Dental Assistant for the past 20 years and is x-ray certified. He is fluent in Spanish and English, possesses exceptional administrative skills, good clinical judgment and is a team player with all levels of administration. Mr. Muniz is an asset to MAH and the County.

4.3.    MAH will provide management and an adequate number of required staffing (FTEs), including back-up staffing, to meet work requirements outlined in this SOW. MAH understands the dental clinics are conducted in 8-hour blocks as shown in the ON-SITE DENTAL CLINIC SCHEDULES in Attachment #1 of this SOW. MAH will adhere to this schedule as required.

Currently, MAH employs three (3) PRN Dentists and two (2) PRN Dental Assistants to back fill the current full-time dental staff. This PRN dental staff is fully credentialed with the County.

Currently, MAH is providing dental services at the following five (5) dental operatory dental clinics: SDCJ, LCDRF, GBDF, EMRF and VDF. When the County opens the dental clinic at RMDF, MAH will fully cooperate and support the Department in transitioning dental services to this facility.

4.4.    MAH understands the Sheriff's Medical Services Administrator or designee shall be solely responsible for establishing, modifying and maintaining dental clinic schedules at all detention facilities. The MAH dental staff will continue to be flexible to accommodate and ensure complete

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 7644)
SHERIFF'S DEPARTMENT
DENTAL SERVICES

delivery of the dental needs of the SCSD and its population as described in this RFP. In the event additional clinics are required, MAH will coordinate with the Sheriff's Chief Medical Officer (CMO) and/or site Healthcare Administrator or designee.

4.5.     MAH will provide continued collaboration with the Sheriff's CMO or designee in the performance of its duties as the dental service provider. Currently, MAH enjoys a true partnership and collaborative spirit with all medical managerial levels at SCSD.

4.6.     MAH understands the Sheriff's CMO shall oversee all medical and clinical issues encountered during any of the dental clinics and shall work closely with MAH on case management and utilization review matters.

         MAH understands that its dental staff does not work "in a bubble." MAH is cognizant that good rapport and an excellent sense of customer service at all levels within the facilities' medical, custody and administration communities will enhance the quality of dental care to the offender. For this reason, MAH emphasizes good collaboration and a teamwork spirit with the Sheriff's CMO, designee and other health care providers.

4.7.     MAH will ensure that there is no interruption in services due to staff vacancies, vacations, trainings, or any other situation that may make it appear that there is insufficient staff to complete services outlined in this SOW.

         As mentioned in section 4.3, MAH currently has several dental professionals credentialed within the SCSD to fill staff vacancies, vacations, etc. Coordination and communication of who the back-fill Dentist will be is done weeks in advance of the scheduled vacancy, vacation, etc.

4.8.     MAH has provided in (Section 2.3 of the Submittal Requirements) a company organizational chart, by Division, and a staffing chart complete with names, phone numbers and email addresses that will show clear, written lines of communication in the table of organization that includes staff responsibility and accountability.

4.9.     MAH has instituted a professional management team to support the inmate dental program, including but not limited to providing adequate supervision and administrative leadership over MAH's staff. This includes adherence to requirements for direct oversight of delegated tasks to professional support staff, e.g., Dental Technicians (Assistants) as necessary.

         As mentioned in Section 4.1 of this Exhibit A – Statement of Work, MAH has a management team ready to continue to provide effective oversight for the dental services described in this RFP.

         In addition, in the MAH Home Office, we have another full staff of professionals ready to support every detail of this RFP.

- Human Resources: Vice President of Human Resources with over 15 years of correctional healthcare experience

   o Recruitment: Two (2) full-time recruiters implementing the recruitment plan mentioned in the Submittal Requirements, Section 1.6.1.
   o Credentials: Coordinator ensuring all credentials are fully complete and updated at all times.

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 7644)
SHERIFF'S DEPARTMENT
DENTAL SERVICES

- o Benefits: Manager passionately making sure all employees participate and make use of all the excellent benefits MAH has to offer its employees.

- • Accounting:

  - o Payroll: Manager meticulously ensures all employees are paid accurately and on time.
  - o Accounts Receivable: Precise Manager who ensures all invoicing is accurately and timely transmitted.

### 5. ON-SITE DENTAL SERVICES REQUIREMENTS

5.1.    MAH and its professional dental staff will provide urgent and emergent dental services on-site (within the detention facilities), including but not limited to:

5.1.1.  Oral examinations, triage, diagnosis and treatment planning

5.1.2.  Temporary restorative procedures

5.1.3.  Extractions

5.1.4.  Medications

5.1.5.  Emergency Care
- • Relief of pain
- • Control of bleeding
- • Treatment of acute infections
- • Treatment of injuries to teeth and supporting structures

5.1.6.  Other services such as referral to off-site services for treatment as recommended (treatment and procedures that cannot be done on-site) and deemed necessary by contractor and coordinated with Sheriff's Managed Care Group (MCG).

In the event of a back-log of patients, additional dental clinic days will be provided as approved by the CMO and/or facility's Health Administrator or designee.

5.2.    MAH's Dentists and Dental Assistants will provide dental services at the detention facilities mentioned in this RFP during regularly scheduled dental clinic hours.

5.3.    MAH understands that the regular dental clinic hours shall be scheduled throughout the day Monday through Friday.  In the event the Sheriff adds dental clinic hours to meet facility needs, MAH will comply with such request.

5.4.    MAH acknowledges the scheduled dental clinic(s) shall continue until they are completed (i.e., when each inmate scheduled to be seen during that clinic has been seen).  MAH dental staff will remain in the dental clinic until all scheduled and/or unscheduled emergency patients are all see and/or treated.

5.5.    The MAH Dentists and Dental Assistants will see inmate patients referred from RN and/or MD sick calls during regularly scheduled dental clinic hours and will provide on-site treatment as necessary in collaboration with the Sheriff's MCG staff under the direction of the Sheriff's CMO or his designee.

5.6.    MAH will provide preventive dental services to a limited segment of the inmate population on an as-needed basis. MAH understands these services are provided to long-term custody inmates only

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 7644)
SHERIFF'S DEPARTMENT
DENTAL SERVICES

upon inmate request and may include dental examinations and annual cleanings subject to referral and utilization management by the Sheriff's Managed Care Group (MCG) under the direction of the Sheriff's CMO or his designee.

5.6.1.  MAH acknowledges the need for the preventive dental services, like cleanings, will be flexible based on demand with the target population of inmates who are in custody greater than 18 months. MAH understands the preventive service program will be new. Thus, the estimated numbers will vary until the program is fully established. MAH will track the preventative service requests and provide the Sheriff's Department with a monthly report.

Currently, MAH employs approximately 20 Registered Dental Hygienists (RDH) in its Corrections Division. MAH will assist the SCSD in creating monitoring tools in order to provide preventive dental services, such as cleanings, in an effective and efficient way to those patients who are eligible and request them.

## 6.  OFF-SITE SPECIALTY CARE REFERRAL SERVICE REQUIREMENT

6.1.   Should an inmate require complex dental procedures beyond the capability of the MAH on-site Dentist (i.e., requires oral surgery and/or other procedures that cannot be performed practically on-site), MAH will, at its own expense, make the necessary off-site referral and coordinate the provision of specialty dental care services, including any required follow-ups.

For any off-site oral surgery MAH will utilize:

Mission Valley Oral and Maxillofacial Surgery
2878 Camino Del Rio S Ste 210
San Diego, CA 92108
(619) 298-2200

6.2.   MAH acknowledges the Sheriff's Department shall only provide the required transportation and deputy escort of inmate patient to the off-site clinic identified by MAH. All other cost associated with an inmate's off-site specialty care referral services will be the responsibility of MAH.

## 7.  ADDITIONAL REQUIREMENTS AND COMPLIANCE

7.1.   MAH will work closely with the Sheriff's CMO or his designee to ensure acceptable standards for on-site dental care are provided to inmates in accordance with, but not limited to, the standards set forth in Title 15 of the California Administrative Code and other directives listed in paragraph 2.

7.2.   MAH will collaborate with the Sheriff's CMO and medical staff to evaluate the ongoing quality of dental care being delivered to the inmates. MAH will cooperate with any peer group that may be designated by the Sheriff's CMO to review and evaluate the dental care being provided and shall make every effort to follow recommendations made by such group.

MAH's management and on-site dental professionals currently enjoy a healthy collaboration and teamwork spirit with the Sheriff's CMO and the entire medical staff. As described in Section 1 Program Description, Section 1.5, MAH has a rigorous Quality Assurance Program to ensure quality dental care is provided to the SCSD's population.

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 7644)
SHERIFF'S DEPARTMENT
DENTAL SERVICES

In addition, MAH's practitioners currently participate in peer-review programs in other States. MAH encourages and welcomes this practice as it enhances clinical accountability and strengthens the dental program.

7.3.    MAH's Dentist(s) will prescribe medications in accordance with the current Sheriff's Medical Services Division policies and procedures referenced in Paragraph 2 during the term of the contract, including adherence to the Sheriff's Pharmacy Formulary.

7.4.    MAH's staff will ensure all the detention facilities dental operatories mentioned in this RFP are thoroughly cleaned and orderly in accordance with the State's Occupational Safety and Health Administration (CAL-OSHA) guidelines for the maintenance of a dental clinic/office.

7.5.    MAH will be responsible for and will ensure proper care and cleanliness of all dental clinic tools and equipment (e.g., autoclave spore testing), including cleaning and sterilization of appropriate dental equipment and instruments, sinks and counter tops; and the transportation of trash, sharps containers and biohazard bags to designated pick-up areas outside the dental operatory.

MAH will maintain comprehensive infection control programs in all dental clinics and will be responsible for all on-going infection control procedures. MAH will ensure that all tools and equipment are appropriately sterilized with proper documentation. The autoclave will be tested on a weekly basis and test results will be documented appropriately (**Attachment G**). MAH's programs are in strict compliance with CDC, ACA and NCCHC standards.

7.6.    MAH will operate all applicable dental equipment and x-ray systems in accordance with published safety requirements and provide dosimeter badges with monthly readings for the dental examination room staff as well as MAH's staff. Currently, all MAH dental staff has a dosimeter badge.

The MAH staff will maintain an equipment maintenance log (**Attachment H**). This log is designed to lengthen the life of all existing dental equipment and tools through proper maintenance and care.

7.7.    MAH will ensure that the on-site dental clinic and all equipment used in the clinic are currently certified by applicable local and State regulatory agencies. MAH acknowledges all applicable certification fees required for County owned equipment used in the detention facilities shall be the responsibility of the County.

As part of the monthly Quality Assurance Log (**Attachment I**), the dental staff will record the due date on which the x-ray machines are due for calibration and/or certification.

## 8.  COUNTY FURNISHED SUPPLIES AND EQUIPMENT

8.1.    MAH is aware that the County will provide all supplies, equipment and facilities it deems necessary and/or proper for the contractor and its staff to perform and complete the services required by this contract on-site at the detention facilities.

8.2.    MAH will designate one staff member to submit requests for the replenishment of standard dental supplies to the COR or his designee on an as-needed basis. The COR or his designee are required to approve all supply requests and equipment repair as well as any equipment replacement.

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 7644)
SHERIFF'S DEPARTMENT
DENTAL SERVICES

MAH will designate the Dental Assistant to submit request for any standard dental supplies needed. The Dental Assistant will request the dental supplies on a timely manner and will be cognizant of the County's financial budgets requesting only what is needed.

8.3.  MAH understands the SCSD shall be responsible for all service repair, maintenance and licensing of all County-furnished equipment.

8.4.  MAH will be responsible for costs related to services and procedures performed off-site, these costs include those associated with the supplies and equipment necessary to perform services in an off-site facility.

## 9. LICENSURE AND CERTIFICATION

9.1.  MAH will ensure that the dental professional staff has current, valid unrestricted licenses and certificates to provide care within their scope of practice described by each particular license or certificate. All Dentists used by MAH will be licensed in good standing to practice dentistry in the State of California.

MAH has a full-time Credential Coordinator at its Home Office. This individual's main responsibility is to ensure that every employee candidate and active employee is fully credentialed at all times. The Credential Coordinator will forward all current credentials and certifications to the COR or designee.

9.2.  MAH will ensure that any oral surgeon it uses for off-site care is currently licensed by the State of California and certified by the American Board of Oral and Maxillofacial Surgery in accordance with the current directives of the Dental Board of California.

MAH is planning on utilizing Mission Valley Oral and Maxillofacial Surgery in San Diego, CA for its off-site referrals. The Oral Surgeons in this practice are currently licensed by the State of California and certified by the American Board of Oral and Maxillofacial Surgery in accordance with the current directives of the Dental Board of California.

9.3.  MAH's professional staff will possess current certification in Cardiopulmonary Resuscitation (CPR) and Advance Cardiac Life Support (ACLS) at the start of service and will provide copies of these at the commencement this contract.

9.4.  MAH will ensure that all personnel utilized to perform services under this contract will maintain all applicable licenses and/or certification credentials in their respective specialties and shall provide the COR with copies of current licenses and/or certifications at the start of service, and upon renewal, annually or sooner upon request. MAH will be responsible to assure that all licenses/certifications are current at all times.

9.5.  MAH and its dental staff will be responsible for all fees associated with securing professional licenses and certifications, including renewals, during the term of this contract.

## 10. DENTAL RECORD DOCUMENTATION

10.1.  MAH's dental clinic staff will document treatment and findings in the inmates' dental records in an accurate and timely manner and in compliance with the Sheriff's Medical Services Division's policies and procedures and Title 15 of the California Administrative Code.

Attachment A

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 7644)
SHERIFF'S DEPARTMENT
DENTAL SERVICES

10.2.   All dental entries by the MAH staff will be made electronically. If informed by Sheriff's Medical
to document on paper, all entries by MAH staff will be legible and signed by the author, giving
their name, title and County-provided ID Number.

10.3.   MAH will comply with the language provisions for a Business Associate as prescribed by the
Standards for Privacy and Individual Identifiable Health Information as set forth in 45 Code of
Federal Regulations Part 160 and Part 164. MAH will not release any identifiable health
information to any third party without the consent of the Sheriff's Medical staff.

10.4.   MAH understands confidentiality of medical record information is essential and is required under
the Health Insurance Portability and Accounting Act of 1996, Public Law 104-191 (HIPAA). MAH
will abide by these regulations.

10.5.   MAH will conform to the applicable provisions of HIPAA and the Health Information Technology
for Economic and Clinical Health Act (HITECH) in the handling of electronic records including
reporting breaches as defined in 45 Code of Federal Regulations (CFR), 164.402 to the County.

10.6.   If MAH subcontracts services to external licensed dental professionals (e.g., off-site dental
providers), MAH will ensure that the external licensed dental professionals are in strict compliance
with HIPAA and HITECH in the handling of the transmission of electronic records as outlined in
section above is required.

10.7.   MAH shall comply with the Business Associate provisions pertaining to the privacy rules as
defined and outlined in Title 45 CFR Part 164.

## 11. TRAINING

11.1.   MAH will arrange for its professional dental staff to be available for initial on-site orientation by
County staff for medical and security procedures. MAH acknowledges the on-site orientation will
be compensated by the County at the current 50% median hourly rate for the respective
occupational titles/occupational codes as published in the latest Bureau of Labor Statistics
Occupational Employment and Wage Estimates in San Diego-Carlsbad area. MAH understands the
on-site orientation maximum time is 4 hours and must occur before staff is scheduled for clinic.

11.2.   MAH will arrange for its professional dental staff to be available for on-going training and in-
service training by SCSD staff as changes in protocols and procedures are made. This training will
be in addition to clinic hours and will be compensated by the County for such training.

11.3.   MAH will maintain training files for its staff. Copies of training verification documents shall be
provided to the COR upon request.

11.4.   MAH acknowledges the Sheriff's CMO or his designee shall approve all programs of instruction
concerning the detention facilities.

## 12. REPORTS

12.1.   At no cost to the County, MAH will submit reports to the COR as may be requested or specified,
including reports in a format provided as required by the directives listed in Paragraph 2.1.

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 7644)
SHERIFF'S DEPARTMENT
DENTAL SERVICES

12.2.  MAH will, at no cost to the County, continue to provide a monthly report of inmates treated, treatment provided, etc., in a format to be provided by the COR, with each monthly invoice as back-up documentation.

## 13. CONFORMANCE WITH RULES AND REGULATIONS

13.1.  MAH will comply with the background clearance check and procedures required by the Sheriff for all MAH staff that require facility access.

13.2.  MAH's staff requiring access to facilities to perform services will provide legible copies of their current Driver's Licenses, and will complete all necessary forms required by the Sheriff's Personnel Office to conduct background checks.

13.3.  MAH understands the Sheriff or his designee reserves the right to reject any MAH staff from working in the detention facilities regardless of satisfactory background check results.

13.4.  MAH acknowledges the Sheriff may remove any MAH staff for violation of the Sheriff's Department Policy & Procedures, or for not meeting Sheriff's Department professional standards and expectations at any time.

13.5.  MAH's staff will continue to sign in and out at the beginning and end of all dental clinic sessions. MAH will ensure the sign in and out sheets are validated by a member of the medical staff and are submitted to the Sheriff with monthly invoices as back-up documentation. MAH will ensure the sign in and out sheet forms are kept in the facility.

13.6.  MAH staff that receives a Sheriff's temporary ID badge will surrender the temporary badge at termination of their service or at termination of the contract, whichever occurs earlier.

13.7.  MAH will adopt and comply with the Prison Rape Elimination Act of 2003, 42 U.S.C. 15601 et seq. (PREA), any applicable PREA standards (including 28 C.F.R. 115 et seq.), and any related County ordinances or Sheriff's Department policies regarding PREA for preventing, detecting, monitoring, investigating and eradicating any form of sexual abuse. MAH acknowledges such PREA standards require all volunteers, officers, employees, agents and subcontractors who have contact with inmates under contract awarded will receive training pursuant to 28 C.F.R. 115.232. MAH will provide the Sheriff's Department documentation confirming that all volunteers, officers, employees, agents, and subcontractors understand the training they have received. MAH acknowledges that the County will monitor MAH's staff's compliance with PREA, any applicable PREA standards, and County ordinances or Sheriff's Department policies relating to sexual abuse, and may conduct announced and/or unannounced compliance monitoring to include "on-site" monitoring. MAH will pay any and all evaluation and treatment costs arising from sexual abuse of offenders as a result of any act or omission by MAH, as required by applicable laws and regulations including, but not limited to, Title 28 of the Code of Federal Regulations, sections 115.282 and 115.283.

## 14. PATIENT MEDICAL GRIEVANCES

14.1.  MAH will cooperate with the Sheriff's Department CMO to resolve any inmate patient's grievances related to the MAH's services provided under this agreement.

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 7644)
SHERIFF'S DEPARTMENT
DENTAL SERVICES

14.2.    MAH acknowledges the Sheriff's CMO will bring to the attention of the MAH's Dentist all inmate patient complaints involving MAH's staff. Within ten (10) calendar days, and in accordance with its regular procedure, MAH will investigate such complaints and use its best efforts to resolve them in a fair and equitable manner.

14.3.    MAH will prepare a written response and the resolution shall be treated and processed in conjunction with the Sheriff's Department's Medical Services Division Policies and Procedures.

14.4.    MAH will notify the Sheriff's CMO and/or designee within the ten (10) days as required above of any action taken or proposed with respect to the resolution of such complaints.

## 15. CANCELLATION/SUSPENSION OF SERVICE

15.1.    MAH acknowledges the Sheriff's Department may cancel and/or reschedule a regularly scheduled clinic with 24-hours' notice. Cancellation may be accomplished via telephone or email notification to the MAH representative. MAH's respective representative in this matter will be the Dentist scheduled for that day and the Sheriff's representative will be Supervising/Charge RN.

15.2.    MAH understands cancelled clinic days shall be rescheduled as soon as it is feasible and shall be mutually agreed upon by both parties.

## 16. PRICING AND PAYMENT SCHEDULE

16.1.    MAH agrees pricing will be on a fixed price per 8-hour clinic basis as per Exhibit C – Pricing Schedule.

16.1.1. If MAH staff does not complete a full 8-hour dental clinic for any reason or if the dental clinic has been extended beyond the regular 8-hour clinic schedule, MAH will be paid on a pro-rata hourly basis in half-hour increments. MAH understands the hourly rate shall be determined by dividing the agreed per 8-hour clinic rate by eight (8) hours.

16.2.    MAH will continue to submit required monthly validated sign in and sign out sheets for each clinic staff. The report contains the beginning and end time of all dental clinic sessions. MAH will include the validated sign in and out sheet for each month with the monthly invoice submitted by MAH for payment.

Attachment A

## EXHIBIT A – STATEMENT OF WORK

### ATTACHMENT #1

### ON-SITE DENTAL CLINIC SCHEDULES

| FACILITY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| George Bailey Detention Facility (GBDF) | 7:30 am – 4:00 pm Weekly | | 7:30 am – 4:00 pm 5th Wed of month if there is a 5th Wed in the month | 7:30 am – 4:00 pm Weekly | |
| East Mesa Reentry Facility | | | | | 7:30 am – 4:00 pm 1st Fri of the month |
| San Diego Central Jail (SDCJ) | | | 7:30 am – 4:00 pm 2X a month 1st & 3rd Wed of the month | | |
| Las Colinas Detention & Reentry Facility (LCDF) | | 7:30 am – 4:00 pm Weekly | | | |
| Vista Detention Facility (VDF) | | | 7:30 am – 4:00 pm 2X a month 2nd & 4th Wed of the month | 7:30 am – 4:00 pm Once a month | |
| Rock Detention* Facility (RDF) | SCHEDULE TBD | | | | |

Notes:

(1) 7:30 AM - 4:00 PM daily schedule includes non-compensable 30-minute lunch break. Complimentary meals are provided to contract staff working in the facilities.

(2) The schedules above are regular schedules and shall be followed for planning purposes unless change(s) is/are deemed necessary under special circumstances (e.g., number of patients available, holidays, schedule conflicts that may arise, etc.) Any deviation from this schedule shall be with final approval of the Sheriff's Medical Administrator or her/his designee, and shall be coordinated between the contractor and the Supervising RN of the respective facilities. Regular schedule change is at the discretion of the Sheriff's Medical Administrator or her/his designee.



*Curriculum Vitae*

# Justin Polanco, DDS



**PROFESSIONAL SUMMARY:** To provide continued dental care at San Diego County Jails.

**EDUCATION:**

| | |
|---|---|
| 7/04 - 7/05 | **General Practice Residency (GPR)** |
| | Staten Island University Hospital, NY |
| 8/00 - 5/04 | **Doctor of Dental Surgery (DDS)** |
| | New York University College of Dentistry (NYUCD) |
| 8/97 - 5/00 | **Bachelor Science of Biology (BS)** |
| | San Diego State University, CA |

**PROFESSIONAL EXPERIENCE:**

| | |
|---|---|
| 12/10- Present | **Mid America Health** |
| | San Diego, CA |
| 4/09 – 12/10 | **Ronald Green, DDS** |
| | Twentynine Palms / Yucca Valley, CA |
| 8/07 – 6/09 | **Randy Wolff DDS, Inc.** |
| | San Diego, CA |
| 8/08 – 5/09 | **Quach Anh Thu, DDS** |
| | Murrieta, CA |
| 8/05 – 8/07 | **Lakeside Dental Group** |
| | Moreno Valley, CA |
| 8/03 - 5/04 | **Faculty Practice Honors** |
| | New York University Medical Center |
| 3/93 - 3/01 | **U.S. Army Reserves** |
| | Emergency Medical Technician (EMT), March ARB, CA |

**CONTINUING EDUCATION:**

| | |
|---|---|
| 7/06 | UCLA Aesthetic Continuum |
| 8/06 | UCLA Periodontal Surgery |

**EXTERNSHIPS:**

| | |
|---|---|
| 4/03 - 5/03 | **Bellevue Hospital; General Dentistry Dept.** |
| | Manhattan, NY |
| 10/03 - 10/03 | **Bellevue Hospital; O.S. Dept.** |

# SERGIO MUNIZ

## SUMMARY OF QUALIFICATIONS

A team player, ability to built long-term relationship with managers and employees.
Demonstrate an understanding of high quality customer service.
Demonstrate flexibility and willingness to support changing needs of the organization.
Demonstrate effective interpersonal skills and a proactive, positive attitude when interacting with staff, managers, and administration.
Demonstrate excellent organization skills to prioritize workload, including taking initiative.
Ability to work effectively with frequent interruptions.
Ability to develop timetables and strategies to meet multiple and constantly changing deadlines.
Ability to exercise discretion, high degree of good judgment, and maintain confidentiality.

## EXPERIENCE

| 2010 – Present | Mid America Health Inc. | Greenwood, IN |
| --- | --- | --- |
| *Dental Assistant* | | *(888) 309-8239* |

**Dental Assistant:** help Dentist at the chairside, set up patient and equipment needed by the Doctor, record keeping, and related duties as requested. Hand dentist proper instruments and materials, keep the patients mouth clear of any debris using a suction device, exposing x-rays; processing dental x-ray film and provided oral health instructions. Working in the San Diego County Jails keeping records and stats for my employer and Jail staff.

| 2004–2009 | Maria I. Zuniga D.D.S. a P.C. | Chula Vista, CA |
| --- | --- | --- |
| *Front Office Manager* | | *(619) 422-3473* |

Provide administrative and back office support to the dental office. Tasks include payroll, appointment scheduling, treatment presentation, treatment planning, and co-payment, insurance share of cost, insurance billing, and kept HIPAA regulation in order. Maintained company schedule and calendar for dentist, maintained OSHA regulations in operatories and sterilization area, Front and back office supplies ordering, inventory control, coordinating dental assistant with doctor for patient treatment. Some dental assistant duties, exposing x-rays, developing, mounting, dental operatory set-up, and assisting dentist.

| 1996–2004 | Orange Family Dental | San Diego, CA |
| --- | --- | --- |
| *Dental Assistant* | | *(619) 286-4861* |

**Dental Assistant:** helped Dentist at the chair, set up patient and equipment needed by the Doctor, record keeping, and related duties as requested. Handed dentist proper instruments and materials, kept the patients mouth clear of any debris using a suction device, prepared materials for making impressions and restorations, exposing x-rays; processing dental x-ray film and provided oral health instructions. Ordering dental supplies, inventory control, assisted office manager in ins billing and entering patient data. Supervised and coordinated dental assistants to operatory and treatment. Helped in front office with scheduling, answering phone, insurance questions, and recalling of patients. This office went thru three different owners which I remained due to my continued professional work attitude.

## EDUCATION

| 1995 - 1996 | Edutek Professional College | San Diego, CA |
| --- | --- | --- |

- Dental Assistant

| 1989 - 1992 | Patrick Henry High School | San Diego, CA |
| --- | --- | --- |

- High School Diploma

## SKILLS

Basic computer skills
Fluent in Spanish and English. ( Write, Read and Speak)
CPR licensed

# José C. López

| | |
|---|---|
| **EXPERIENCE:**<br>Aug '05 to present | **Vice President - Corrections**<br>**Mid America Health, Inc., Greenwood, Indiana**<br>Manage, supervise and direct the day-to-day operations of over sixty (60) correctional dental clinics in six (6) states. Ensure quality assurance and contract compliance through communication with the various Department of Corrections management teams. |
| Oct '01 to Aug '05 | **Director of Human Resources**<br>**Mid America Health, Inc., Indianapolis, Indiana**<br>Implemented, maintained and executed recruitment plans and procedures. Assisted in developing and overseeing Human Resources policies and procedures in state and federal governmental institutions in the West Coast and Midwest Regions. |
| April '93 to Sept '01 | **Recruiting Consultant / Recruiter**<br>**Correctional Medical Services, St. Louis, Missouri**<br>Identified recruitment and retention problems, recommended and implemented action plans, provided leadership and monitored new contract start-ups, generated leads and credentialed licensed personnel at correctional facilities across the United States. |
| Jan '88 to April '93 | **New Contract Coordinator / Regional Staffing Coordinator**<br>**Spectrum Emergency Care, St. Louis, Missouri**<br>Coordinated the recruitment and scheduling of approximately 150 independently contracted physicians for Emergency Departments in 15 hospitals. |
| Fall '87 | **Affirmative Action Special Support**<br>**St. Louis University; St. Louis, Missouri**<br>Conducted utilization, availability, and JobGroup statistical analysis for the 1987 Affirmative Action Federal Report. |
| **EDUCATION:** | **St. Louis University, St. Louis, Missouri**<br>Masters of Business & Administration<br><br>**St. Louis University, St. Louis, Missouri**<br>BS Business & Administration, BA in Psychology - *Cum Laude* |
| **CAPABILITIES:** | Fully bilingual in English and Spanish |

**T I F F A N Y   H O W A R D**

## Mid America Health, Inc – Greenwood, Indiana
*9/22/2014 – Present*
Operations Coordinator
- Oversees supplies/equipment/repair budgets for 50 correctional, portable and school accounts
- Works with the Vice President of Operations to ensure optimal division performance
- Assists leadership team with reviewing and responding to RFPs
- Indirectly manages 20+ employees
- Supervises vendor services and serves as a liaison between employees and vendors
- Coordinates dental equipment repairs and services

## SBM Site Management for all Indianapolis Eli Lilly Sites – Indianapolis, Indiana
*2/24/2014 – 9/19/2014*
Safety/Operations Support Specialist
- Indirectly managed 180+ employees on scope of work and safety compliance in administrative, laboratory, and Good Manufacturing Process facilities totaling over 12 million square feet
- Interacted daily with different levels of customers from VPs to AAs
- Conducted training for all new personnel
- Managed Learning Management System consisting of over 100 trainings to ensure compliance for all personnel
- Supervised incoming GMARS work orders to ensure management team executed work in a timely manner

## Mitch Murch Maintenance Management at Eli Lilly HQ – Indianapolis, Indiana
*6/9/2010 — 2/22/2014*

Safety Representative/Customer Service
- Indirectly managed 90+ employees in  administrative and laboratory settings in facilities covering 6.4 million square feet to ensure safety compliance and service levels were up to scope
- Decreased work related injuries by anticipating hazards, conducting audits, updating SOP's and best practices
- Tracked all data to identify trends and reconciled any issues that arose as well as identified solutions
- Increased customer satisfaction by doing face to face surveys to identify potential problem areas
- Supervised incoming GMARS work orders to ensure management team executed work in a timely manner
- Supported 6 Project Managers, a Regional Manager and 2 Vice Presidents

## Aramark Corporation at all Eli Lilly Sites – Indianapolis, Indiana

*11/1/2007 — 6/8/2010*

Bookkeeper/Accounting Assistant/Lead Catering Attendant
- Audited safes daily for accuracy and reported any deficiencies to Unit Controller
- Assisted in managing  A/P's and A/R's to see that payment was made and received
- Managed all aspects of catering orders from small (10) to large events (1k+)
- Supported Unit Controller, Food Service Director, Catering and HR Manager
- Assisted in processing payroll for 150+ team members


**Education –**
- 6/2016 – Bachelor's - Business Administration with Concentration in Management - Dean's List 2014, 2016

Attachment F

# Dr. Luis E. Garabis

## EDUCATION:

June 2001    - Oral Oncology/Oral Medicine Clerkship
                University of Florida College of Dentistry
                Gainsville, Fl
May 1991    - Doctor in Dental Surgery
                University of Nebraska College of Dentistry
May 1988    - Bachelor of Science
                Kansas State University

## PROFESSIONAL LICENSE:

| | | | |
|---|---|---|---|
| State of Florida | DN 13924 | State of Indiana | 12011900A |
| State of Texas | 28570 | State of Kentucky | 9271 |
| State of Ohio | 30-023867 | | |

## PRESENT POSITION:

Jan 2012    - Dental Director, Mid America Health
To          - Management and clinical supervision of Mid America Health Inc.'s
Present       various Divisions.

## PREVIOUS POSITIONS:

April 2009    - Dentist, Solo Practice, Greenberg Dental
To            - Dentist, Solo Practice. Aspen Dental
Dec 2011      - Dentist, Solo Practice, Coast Dental

Jan 2, 2007    - Dental Director, Central Florida Health Care
                 Management and clinical supervision of all dental clinics

May 1999    - Dental Director, Division of Immigration and Health Services
to            - Oversee dental care for over 16,000 patients in custody
Dec 2006      - Developed a comprehensive National Dental Program
              - Wrote all policies and procedures for the dental program
              - Provided leadership and management responsibility for
                the DIHS Dental Managed Care Program
              - Project Manager for eight new dental clinics

May 1999    - Dental Director, Division of Immigration and Health Services
to            - Oversee dental care for over 16,000 patients in custody
Dec 2006      - Developed a comprehensive National Dental Program
              - Wrote all policies and procedures for the dental program
              - Provided leadership and management responsibility for
                the DIHS Dental Managed Care Program
              - Project Manager for eight new dental clinics

Feb  1995    - Worked as a contract dentist in numerous county jails throughout the state of
to             Florida for several correctional corporations.
Dec 2006

## SPECIAL SKILLS
                Fully Bilingual (Spanish/English)

MAH Attachments - RFP # 7644                                                     81

Attachment G

# Spore Test

| JANUARY | | | FEBRUARY | | | MARCH | | |
|---|---|---|---|---|---|---|---|---|
| INITIAL | | DATE | INITIAL | | DATE | INITIAL | | DATE |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| APRIL | | | MAY | | | JUNE | | |
|---|---|---|---|---|---|---|---|---|
| INITIAL | | DATE | INITIAL | | DATE | INITIAL | | DATE |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| JULY | | | AUGUST | | | SEPTEMBER | | |
|---|---|---|---|---|---|---|---|---|
| INITIAL | | DATE | INITIAL | | DATE | INITIAL | | DATE |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| OCTOBER | | | NOVEMBER | | | DECEMBER | | |
|---|---|---|---|---|---|---|---|---|
| INITIAL | | DATE | INITIAL | | DATE | INITIAL | | DATE |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Attachment H

# MAH Maintenance Calendar Checklist*    SITE:_____    Month/ Year: _____



**BG= Beginning of Clinic:**
1) Turn on PUMP/COMPRESSOR.
2) Turn on PROCESSOR; check solution levels.

**D= Daily**
1) SUCTION LINES: flush
2) HANDPIECES: lube, flush, sterilize between patients.
3) DENTAL CHAIR: Clean headrest to footrest.
4) AUTOCLAVE: Check water level.

**E= End of Clinic:**
1) Turn off PUMP/COMPRESSOR.
2) Turn off PROCESSOR.

**NOTE:** Please indicate any equipment ISSUES or REPAIRS on the back of this calendar. Include date, issue/repair, and if it was resolved.

**W= Weekly:**
1) PROCESSOR- Clean, if applicable, per mfgr. recommendations.
2) SUCTION CANISTER- Replace.

**M= Monthly:**
1) COMPRESSOR/PUMP- maintain per manufacturer recommendations.
2) PROCESSOR- Drain solutions; clean tanks; refill with fresh solutions.
3) AUTOCLAVE- Clean internally using mfgr. Recommended cleaner.

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SAT/ SUN |
|---|---|---|---|---|---|
| BG: | BG: | BG: | BG: | BG: | BG: |
| D: | D: | D: | D: | D: | D: |
| E: | E: | E: | E: | E: | E: |
| W: | W: | W: | W: | W: | W: |
| M: | M: | M: | M: | M: | M: |
| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SAT/ SUN |
| BG: | BG: | BG: | BG: | BG: | BG: |
| D: | D: | D: | D: | D: | D: |
| E: | E: | E: | E: | E: | E: |
| W: | W: | W: | W: | W: | W: |
| M: | M: | M: | M: | M: | M: |
| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SAT/ SUN |
| BG: | BG: | BG: | BG: | BG: | BG: |
| D: | D: | D: | D: | D: | D: |
| E: | E: | E: | E: | E: | E: |
| W: | W: | W: | W: | W: | W: |
| M: | M: | M: | M: | M: | M: |
| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SAT/ SUN |
| BG: | BG: | BG: | BG: | BG: | BG: |
| D: | D: | D: | D: | D: | D: |
| E: | E: | E: | E: | E: | E: |
|  | W: | W: | W: | W: | W: |
| M: | M: | M: | M: | M: | M: |
| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SAT/ SUN |
| BG: | BG: | BG: | BG: | BG: | BG: |
| D: | D: | D: | D: | D: | D: |
| E: | E: | E: | E: | E: | E: |
| W: | W: | W: | W: | W: | W: |
| M: | M: | M: | M: | M: | M: |

*STAFF MEMBERS ARE TO INITIAL EACH SECTION INDICATING WHEN THE MAINTENANCE WAS COMPLETED.

Revised 1/2014 (SS)

Attachment I

## MID AMERICA HEALTH, INC.

## <u>MONTHLY QUALITY ASSURANCE LOG – (one per SITE)</u>

Facility: _____     Date: _____     Reporting Period: _____

1. **Instrument Count -** Current & Correct ............................................................................................yes / no
2. **Sharps Count-** Current & Correct ...................................................................................................yes / no
3. **Sharps Bulk Inventory-** Current & Correct ......................................................................................yes / no
4. **X-Ray (Dosimetry) Badges -** (# Changed _____ 1 per employee)     **Quarterly Reports Archived**.........yes / no
5. a) **X-Ray Unit Calibration Test/Inspection Date** _____ .................................................yes / no
   b) **X-ray Unit Registration Expiration Date** _____ .....................................................yes / no
6. **X-Ray Aprons-** # of aprons_____     visual inspection for cracks/tears...............................yes / no
7. **Dental Autoclave Test** *and* **Log-** completed weekly................**yes / no**     **Results posted**....................yes / no
8. **Material Safety Data Sheets** (MSDS) current and on file ................................................................yes / no
9. **Chemical and Flammable Cabinet Inventory** up to date ..................................................................yes / no
10. **Accidental Occupational Contamination Exposure** occurrence? (If NO, mark #11 as N/A).....................yes / no
11. Was the exposure reported to MAH?........................................................................................yes / no / N/A
12. **Blood Borne Pathogen Kit** available for each dental staff member?.....................................................yes / no
13. **Daily Statistical Entries-** for each DDS/DMD/RDH- **Completed by the 6th of following month**.......................yes / no
14. **MAH Maintenance Calendar/Log-** entries current? ...........................................................................yes / no
15. **Supplies-** expiration dates checked....................................................................................................yes / no
16. **OSHA Electronic Training -** topic completed ...................................................................................yes / no
17. **MAH Workers Compensation Certificate-** posted and current...........................................................yes / no

   <u>***Any category above reported as a "NO", except # 10, needs a written explanation attached to this report. Thanks! ***</u>

18. **Waiting Times-** Extractions ____*days* Restorative _____*months* Prostheses _____*months* Prophy ____*months*
19. <u>**Dental Staff:**</u>
      **DDS Names**_____
      **RDH Names**_____
      **DA Names**_____

**Credentials - NOTE: individual dental staff member is held responsible for content accuracy.**
→**Are credentials** *CURRENT* **for** <u>ALL</u> **staff,** *AND* **in RED BINDER, provided to HCA, and at MAH Home Office?......YES/NO**
   If **NO**, enter employee's <u>NAME</u> next to category needing updated:

   a. **Dental LICENSE (DDS)**_____posted for all DDS?..............yes / no
   b. **Radiographer License (DA)**_____posted for all DA's?..............yes / no
   c. **DEA (DDS)**_____
   d. **TB Skin Test (annual)**_____
   e. **Hep B Vaccination**_____
   f. **CPR** _____
   g. **MAH Orientation Log (signed annually)**_____
   h. **MAH Job Description** _____

### ***NOTE: ALL CREDENTIALS MUST BE CURRENT FOR ALL STAFF OR THEY MAY BE SUBJECT TO LOCKOUT ***

*MAH Attachments - RFP # 7644*                                                                                          84

# MAH "Red Binder" - Sample
# Table of Contents

**Section 1-**    <u>**Quality Control**</u>

**Section 2-**    <u>**Policies and Procedures**</u>

- San Diego

**Section 3-**    <u>**Policies and Procedures (cont'd)**</u>

- MAH OSHA Compliance
- MAH Safety Hazard Communication
- CDC Standards
- OSHA Standards
- MAH Employee Manual

**Section 4-**    <u>**Credentials**</u>

- License, DEA, Work, TB, Hep B, CPR, X-ray License
- MAH Orientation, Job Description, BBP Kit Acknowledgement

10/2016

Attachment K



MID AMERICA**HEALTH**
AMERICA'S DENTAL HEALTH CARE PARTNER

| Contract: Sample / Date Range: 2015 | BCC | BCFC | EKCC | GRCC | KCIW | KSP | KSR | LCC | LSCC | NTC | RCC | WKCC | Group Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HSR | 683 | 285 | 1227 | 958 | 1303 | 869 | 761 | 754 | 1277 | 1085 | 1610 | 835 | 11647 |
| Patients Scheduled / Year | 965 | 334 | 1515 | 1087 | 1388 | 807 | 1300 | 772 | 1403 | 1293 | 5278 | 921 | 17079 |
| Population Count | 560 | 272 | 1703 | 967 | 660 | 848 | 1928 | 985 | 1010 | 1227 | 1126 | 597 | 12056 |
| Provider Hours | 965 | 334 | 1515 | 1087 | 1388 | 807 | 1300 | 772 | 1403 | 1293 | 5278 | 921 | 17079 |
| 1. Chronic Care Exam | | | | | | | | | | | | | |
| 2. Emergency Exam | | 1 | 327 | 1 | 10 | 1 | 97 | 37 | 137 | | 2 | | 613 |
| 3. Intake Exam | | | 1 | | 677 | | 64 | | 8 | 1 | 3936 | 41 | 4744 |
| 4. Recall Exam | 798 | 268 | 1256 | 333 | 924 | 576 | 924 | 771 | 1130 | 1176 | 1207 | 642 | 10005 |
| 5. Triage Or Initial Exam | 1 | 9 | 1237 | 1216 | 980 | 88 | 891 | 733 | 1284 | 1 | 1389 | 148 | 7977 |
| **Total Exam** | 799 | 278 | 2821 | 1550 | 2591 | 665 | 1976 | 1541 | 2559 | 1178 | 6534 | 831 | 23339 |
| 6. Bite Wing | | | 18 | | 1 | | 3 | | 214 | | | 1 | 237 |
| 7. Periapical X-ray | | 1 | 635 | 124 | 99 | 64 | 130 | 68 | 400 | | 36 | 74 | 1631 |
| 8. Panorex | | | | | | | | | | 11 | | | 11 |
| **Total X-ray** | 0 | 1 | 653 | 124 | 99 | 65 | 133 | 68 | 614 | 11 | 36 | 75 | 1879 |
| 9. Extraction | 183 | 113 | 626 | 467 | 502 | 246 | 545 | 468 | 526 | 379 | 376 | 316 | 4747 |
| 10. Extraction - Surgical | 248 | 42 | 35 | 52 | 64 | 58 | 85 | 47 | 35 | 261 | 199 | 59 | 1185 |
| 11. Alveoloplasty | 11 | 2 | 15 | 3 | 4 | 55 | 82 | 8 | 18 | 29 | 19 | 66 | 312 |
| 12. Apicoectomy | | | | | | | 1 | | | | | | 1 |
| 13. I & D | 1 | | 1 | 1 | 1 | 1 | 2 | | 3 | 2 | | 1 | 13 |
| 14. Post-Op F/U | 8 | | 20 | 1 | 15 | | 44 | 19 | 31 | 10 | 24 | | 172 |
| 15. Biopsy | | | | | | | 3 | 1 | 3 | | 1 | 1 | 9 |
| **Total Oral Surgery** | 451 | 157 | 697 | 524 | 586 | 360 | 762 | 543 | 616 | 681 | 619 | 443 | 6439 |
| 16. Oral Hygiene Instruction | 88 | 158 | 18 | 875 | 845 | 14 | 798 | 868 | 110 | 102 | 4874 | 30 | 8780 |
| 17. Prophylaxis - Per Patient | 76 | 18 | 128 | 126 | 71 | 114 | 87 | 68 | 110 | 88 | 85 | 94 | 1065 |
| 18. Scale and Root Plaining (per Quad) | 220 | 14 | 4 | | 16 | 434 | 431 | 74 | 5 | 259 | 104 | 376 | 1937 |
| **Total Preventive** | 384 | 190 | 150 | 1001 | 932 | 562 | 1316 | 1010 | 225 | 449 | 5063 | 500 | 11782 |
| 19. Endodontic Treatment | | | | | | | | | | | | | |
| 20. Labial splint | | | | | | | | | | | | | |
| 21. Tooth Reimplantation | | | | | | | | | | 2 | | | 2 |
| **Total Endodontics** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 |
| 22. Impressions | 40 | 10 | 55 | 66 | 64 | 28 | 61 | 51 | 80 | 83 | 57 | 60 | 655 |
| 23. Lab Procedure | 30 | 6 | 40 | 42 | 21 | 21 | 77 | 115 | 142 | 83 | 41 | 65 | 68 |
| 24. DELIVERY - Denture / Partial - per arch | 16 | 4 | 23 | 38 | 27 | 20 | 55 | 46 | 44 | 42 | 28 | 35 | 8 |
| 25. ADJUSTMENT - Denture / Partial - per arch | 8 | 1 | 19 | 18 | 17 | 25 | 19 | 23 | 37 | 15 | 13 | 59 | 254 |
| 26. REPAIR - Denture / Partial - per arch | 2 | | 3 | | 1 | 2 | 7 | 3 | 6 | 1 | 1 | 5 | 31 |
| 27. RELINE - Denture / Partial - per arch | | | 2 | | | | 1 | 2 | 3 | 1 | 1 | | 10 |
| **Total Prosthodontics** | 96 | 21 | 142 | 164 | 130 | 96 | 220 | 240 | 312 | 225 | 141 | 224 | 2011 |
| 28. Prescription analgesic | 72 | 2 | 81 | 132 | 4 | 83 | 113 | 4 | 98 | 148 | 128 | 94 | 959 |
| 29. Prescription antibiotic | 27 | 5 | 221 | 33 | 16 | 71 | 78 | 15 | 109 | 40 | 107 | 70 | 792 |
| **Total Pharmaceuticals** | | 7 | 302 | 165 | 20 | 154 | 191 | 19 | 207 | 188 | 235 | 164 | 1751 |
| 30. In-House Referral | 1 | | 2 | | | | 19 | | | 1 | 3 | | 26 |
| 31. Off-site Referral Oral Surgery | | | | | | | | 1 | | 1 | | | 2 |
| 32. Off-site Referral Other | | | | | | | | | | | | | |
| 33. Off-site Referral Panoramic X-ray | | | | | | | | | | | | | |
| **Total Referrals** | 1 | 0 | 2 | 0 | 0 | 0 | 19 | 1 | 0 | 2 | 3 | 0 | 28 |
| 34. Temporary Restoration | 1 | 1 | 13 | 3 | 7 | 16 | 24 | 7 | 11 | 1 | 10 | 22 | 116 |
| 35. Alloy - 1 surface | 36 | 19 | 79 | 30 | 83 | 14 | 26 | 69 | 68 | 54 | 59 | 18 | 555 |
| 36. Alloy - 2 surface | 61 | 19 | 95 | 28 | 62 | 29 | 62 | 44 | 72 | 92 | 57 | 31 | 652 |
| 37. Alloy - 3 surface | 19 | 5 | 50 | 11 | 26 | 39 | 10 | 7 | 44 | 44 | 36 | 31 | 322 |
| 38. Alloy - 4 surface or more | 1 | 3 | 7 | 2 | 1 | 3 | 2 | | 29 | 4 | 6 | 3 | 61 |
| 39. Resin - 1 surface | 58 | 20 | 130 | 120 | 45 | 31 | 64 | 15 | 63 | 75 | 15 | 54 | 690 |
| 40. Resin - 2 surface | 27 | 6 | 41 | 70 | 48 | 18 | 45 | 19 | 68 | 47 | 126 | 52 | 567 |
| 41. Resin - 3 surface | 38 | 7 | 39 | 27 | 38 | 22 | 13 | 10 | 119 | 57 | 218 | 38 | 626 |
| 42. Resin - 4 surface or more | 26 | 2 | 43 | 24 | 26 | 18 | 42 | 11 | 70 | 32 | 58 | 26 | 378 |
| 43. Base | 1 | 7 | 5 | 34 | 20 | 138 | 117 | 80 | 129 | 8 | 527 | 201 | 1267 |
| **Total Restorative** | 268 | 89 | 502 | 349 | 356 | 328 | 405 | 262 | 673 | 414 | 1112 | 476 | 5234 |
| 44. Patients Rescheduled | 6 | 3 | 110 | 18 | 3 | | 37 | 33 | 68 | | 43 | | 321 |
| **Total Other** | 6 | 3 | 110 | 18 | 3 | 0 | 37 | 33 | 68 | 0 | 43 | 0 | 321 |
| 45. Dental Responsibility | 6 | 1 | 75 | 2 | | 10 | 65 | 29 | 62 | 9 | | 15 | 274 |
| 46. In-mate Responsibility | 85 | 29 | 57 | 68 | 50 | 94 | 96 | 44 | 98 | 141 | 265 | 68 | 1095 |
| 47. Institution Responsibility | 3 | 2 | 40 | 37 | 8 | 69 | 76 | 2 | 26 | 5 | 71 | 10 | 349 |
| 48. Refusals / AMA | 13 | 15 | 9 | 5 | 7 | 9 | 5 | 13 | 9 | 12 | 4 | 1 | 102 |
| **Total Broken/Failed Appointments** | 107 | 47 | 181 | | | 182 | 242 | 88 | 195 | 167 | 340 | 94 | 1820 |

86

Attachment L

## Patient Chart Audit
## Mid America Health, Inc.

Facility Name: _____   Date: _____   Auditors Name: _____

Key Code: Y=Yes/Present   N=No/Absent   NA=Not Applicable          Auditors Signature: _____

| Enter the Patients Last Name & First Initials | Was the Health History Form Completed Correctly | Were Progress Note Entries Dated | Were Entries Signed by Providers and/or Staff Members | Was SOAPE Format Used Throughout | Do Progress Notes Clearly Detail Reason for Visits | Do Progress Notes Indicate a Diagnosis & Treatment Plan | Were Changes to Treatment Plan Clearly Noted | Was the Treatment Plan Completed |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Revised January 10, 2007 KW

MAH Attachments - RFP # 7644

87



Attachment M

# MID AMERICA HEALTH
### AMERICA'S DENTAL HEALTH CARE PARTNER

# Dental Clinic Audit

## San Diego Sheriff's Department

SITE _____

DATE _____

Audit completed by: MAH Accreditation Coordinator

Dental staff member assisting with audit: Dentist and Dental Assistant Names

Notes for Follow-up and Comments on last page

10/2015

Attachment M

# Dentist

## CREDENTIALS

### Dentist Name

                                                   <u>**Expiration OR Completed Date:**</u>
                                    ↓                        ↓

- **CA License** .......posted- yes/ no..................................................................
- **DEA**.............................................................................................................
- **CPR**.............................................................................................................
- **TB**....................................................................................................................
- **HEP B** ...........................................................................................................

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

- **MAH Employee Orientation** (year signed)..............................................

- **MAH  Employee  Job Description** (year signed)......................................

- **X-Ray Badge**...............................................present............................yes/no

    used................................yes/no

- **MAH Stamper** ...............................................present............................yes/no

    used................................yes/no

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

- **SCSD CONTRACTOR TRAINING**............................................yes/no

- **E-Mail** ...............................................................................................yes/no
- **After Hours Phone Number Available to Each RN Shift**.................yes/no
                        Response within 15 minutes-24/7.......................................yes/no

Attachment M

# Hygienist

## CREDENTIALS

### Hygienist Name

**Completed Date:**                                                    **Expiration OR**

                                                                              ↓                              ↓

- **CA License**......posted- yes/no.........................................
- **CPR** ....................................................................................
- **TB**........................................................................................
- **Hep B**..................................................................................

- **MAH Employee Orientation** (year signed)..........................................

- **MAH Employee Job Description** (year signed)..............................

- **X-Ray Badge**..............................present........................yes/no

  used................................yes/no

- **MAH Stamper** .........................present.........................yes/no

  used................................yes/no

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

- **SCSD CONTRACTOR TRAINING**...............................yes/no

- **E-Mail** ...............................................................yes/no

MAH Attachments - RFP # 7644                                                                90

# Dental Assistant

## CREDENTIALS

### Dental Assistant Name

**Expiration OR Completed Date:**
↓                                    ↓

- **CA License**...posted- yes/no..................................................
- **CPR**.........................................................................
- **TB**..........................................................................
- **Hep B** ......................................................................

        ****************************************************************

- **MAH Employee Orientation** (year signed)...............................

- **MAH Job Description** (year signed)....................................

- **X-Ray Badge**...............................present......................yes/no

    used.........................yes/no

    ****************************************************************

- **SCSD CONTRACTOR TRAINING**...............................................yes/no

- **COMPUTER ACCESS** ........................................................yes/no

- E-Mail........................................................................yes/no

Attachment M

# Quality Control
# Section I

**HCA:** _____    **HCAA:** _____

## <u>INSTRUMENTS</u>

- **SCSD Tool Control Policy** ……………………………….………….yes/no
- **SCSD Tool Inventory List (Master list/ photos)**…………………..yes/no
- **Daily/ Weekly Tool Report**…………………………………..yes/no
            used properly- initialed/ signed………………........yes/no

- **Dental Instrument Log**…………………........used properly- .......yes/no
            signed- …………..yes/no

- **Tool Control Officer name**…………………………………….………
- **Tool Control Officer quarterly review date**…………………………

## <u>SHARPS</u>

- **NEEDLES** ....................**log used-**
            log initialed……………………………………………..yes /no
            inventory count current and correct…………………….....yes/no

- **SCALPELS**....................**log used-**
            log initialed……………………………………………..yes/no
            inventory count current and correct……………………….yes/no

- **SUTURES**......................**log used-**
            log initialed……………………………………………..yes/no
            inventory count current and correct ……………………….yes/no

Attachment M

# Quality Control Section II

### X-RAY UNIT

- Date of last calibration: _____
- *Calibration Certificate* POSTED...................................................................... yes/no
- X-Ray *Registration Certificate* present...............................................................yes/no
- X-Ray Apron Checked during calibration...............................................................yes/no
    - proper apron *hanger* present.......................................................yes/no
    - apron in good condition............................................................yes/no
- X-Ray Badges changed QUARTERLY...................................................................... yes/no
- X-Ray Badge Results posted or in binder.............................................................yes/no

### INFECTION CONTROL

- **Barrier** (plastic covers)
- on chairs.....................y/n          curing light.......................................y/n
- light handles.................y/ n        air/ water syringe............................y/n
- chair control panel...........y/n        light switch......................................y/n
- x-ray head ..................  y/n
- **Masks** ...............................................................................................yes/no
- **Exam Gloves** ..................................................................................yes/no
- **Utility gloves**...................................................................................yes/no
- **Gowns**................................................................................................yes/no
- **Eye protection-**  safety goggles or face shield...................................yes/no
    - If wearing personal RX glasses, side shields utilized?...................yes/no
- **Patient Eye Protection available**.....................................................yes/no

### AUTOCLAVE  Sterilizer Monitoring Service (SMS)

- Weekly Dental Autoclave Test Log dates filled out in advance.......................yes/no
- Tests being run weekly.............................................................)..............................yes/no
- Have all sent test strips been received by SMS?................................................yes/no
- Average number of days in transit from facility to SMS........................................
    - Who places stamp on envelope? _____Who mails envelope? _____
- Monthly Report Results- at least two consecutive years in clinic....................yes/no

Attachment M

# Quality Control
# Section III

## MAH MAINTENANCE CALENDAR
- Calendar used properly..................................................................................yes/no
- Handpieces lubricated between patients.......................................................yes/no
- Handpieces sterilized between patients........................................................yes/no
- Pump...........................................................................................................yes/no
- Compressor..................................................................................................yes/no
- Dental chairs/delivery units.........................................................................yes/no
- Vacuum lines................................................................................................yes/no
- X-ray Developer............................................................................................yes/no
- Ultrasonic Solution.......................................................................................yes/no
- Steam Autoclave...(use distilled water ONLY).............................................yes/no
  - Monthly Internal Clean.........................................................................yes/no

## FLAMMABLES/ CAUSTIC
- Proper storage cabinet present ...................................................................yes/no
- Cabinet utilized.............................................................................................yes/no
- Proper Logs used **(Chemical Inventory Log)**.............................................yes/no
- **Health & Safety Officer Name-** _____
- **Date of Last Chemical Inventory Review** _____

## Understanding of Procedures for:

| | | | |
|---|---|---|---|
| Releases/ Transfers of charts...................y/n | How to purge charts..............................y/n |
| Equipment Ordering...................................y/n | Handpiece Maintenance.........................y/n |
| Equipment Repairs....................................y/n | Handpiece Repairs.................................y/n |
| "Out count"/fog..........................................y/n | Incident Report ....................................y/ n |

## SUPPLIES
- Current (within shelf life).............................................................................yes/no
- Supply ordering system in place?................................................................yes/no
  - Explain_____

Attachment M

# Dental Clinic                              Section IV

**INSTITUTION QUALITY ASSURANCE (QA or CQI)** Facility CQI Name: _____ -

Dental participation in monthly meetings?...............................................................YES/NO

CQI self-monitoring tools (at lease two tools completed each month?)........................YES/NO

**Dental Clinic Contract Monitoring-**

Provided to dentist each month.................................................................................YES/NO

Signed by dentist and returned to HCA each month..................................................YES/NO

**MAH SCHEDULE of on-site services posted**.............................................................YES/NO

CHARTS- **Are all the following IDOC forms present in clinic?**...............................**YES/NO**

Treatment/ Remarks.......................chart entries signed, stamped, legible, in SOAPE format?........................YES/NO

Dental Record.......................charting done in red/ blue pencil?...............................................YES/NO

| Denture Receipt | Health History | Consultation Request |
|---|---|---|
| Dental Extraction Consent | Dental Lab Prescription | Transfer and Receiving |
| Release of Responsibility (AMA) | PSR Scoring Sheet | Request/ Dental Review Board |

HSR LOG - **MAH Stamper used for all HSR's?**...............................................................YES/NO

Log entries complete and indicating a date in the "Response/Date of Appointment" column?...............YES/NO

*Severe pain/ swelling* stabilized within 24 hours- follow/up within five business days.............................YES/NO

*Urgent* requests stabilized within 24 hours..............................................................................YES/NO

**ORAL Surgery Consult & Biopsy Log**

Log entries complete and indicating a date of appointment?...............................................YES/NO

Date of "post-treatment consult placed in chart" entered?..................................................YES/NO

Post-op follow-up exam **within one day** after return..........................................................YES/NO

***************************************************************************

**BROKEN/FAILED APT%** _____ **BROKEN/FAILED APT. LOG** utilized if 10% or more?......YES/NO /NA

**MAH Appointment Book**

Are ALL APPOINTMENTS (initial and recall) on the MAH appointment book? ...............................YES/NO

Does the "treatment history" column show date of last appointment and what it was for? (exam, flg, ext, etc)..........YES/NO

Explain how a SCHEDULE is submitted: _____

Explain how recall apts. are handled: _____

Is a DAILY SCHEDULE printed showing treatment *to be done* per patient?.....................................YES/NO

*** **Do you maintain any separate "lists" outside of the appointment book?** ........................YES/NO

# Quality Assurance
# Section V

- **Blood Borne Pathogen Kit(s) present**.................................................................YES/NO
    - one each employee..................................................................................YES/NO

- **MAH Workers Comp Certificate**
    - current year...........................................................................................YES/NO
    - posted..................................................................................................YES/NO

- **Equal Opportunity Poster**
    - present.................................................................................................YES/NO
    - posted..................................................................................................YES/NO

- **Summary of Work Related Injuries and Illnesses Form**
    - Current year..........................................................................................YES/NO
    - Posted..................................................................................................YES/NO

- **MAH Daily Statistics (IDDS)**
    - understanding of how to complete..........................................................YES/NO
    - MAH Statistical Glossary utilized?.........................................................YES/NO
    - current entries for each Employee (DDS, DA hours only)..........................YES/NO

**MAH Stats**  (previous month)            DDS Hours:                DA Hours: _____

- **Daily scheduled + called-over patients vs. stats entry accuracy** ..................................................
    .........................................................................................................................

- **Monthly MAH Quality Assurance (QA) Log- one per site**.............................................**YES/NO**
    - Signed by Dentist <u>and</u> person who completed log.........................................YES/NO
    - Submitted to MAH by the 6th of the following month..............................................YES/NO
    - Accurate entries? .............................................................................................YES/NO

    **VERBAL WARNING GIVEN TO:**
    _____

- **Initial Filling wait** _____ **months**        **Routine Extraction wait** _____ **days**
- **Prophy wait** _____ **months**            **Denture wait** _____ **months**

Attachment M

# MAH Binders

## "RED" Binder; Memos Binder; OSHA Binder; X-Ray Binder

- Dental Services Manual..............................................................................YES/NO
- **All protocols signed by *current* Dental Director**............................................YES/NO
- SCSD Infection Control Manual....................................................................YES/NO
- MAH OSHA Compliance and Standards (*5/07*)............................................ YES/NO
- MAH Safety Hazard Communication Program (*4/07*) ...................................YES/NO
- MAH Employee Manual................................................................................YES/NO
- MAH "Memos" Binder...................................................................................YES/NO

# Notes for Follow/up and Comments

## <u>FOLLOW-UP</u>

## <u>COMMENTS</u>

Mid America Health, Inc.
# Employee Handbook
## Table of Contents

| | |
|---|---|
| **Welcome** | Pg. 2 |
| **Mission Statement** | Pg. 2 |
| Guiding Principles | Pg. 2 |
| **Our Expectations** | Pg. 3 |
| Employment Agreements | Pg. 3 |
| The Hiring Process | Pg. 3 |
| Equal Employment Opportunity | Pg. 3 |
| Harassment Policies | Pg. 4 |
| Personal Appearance | Pg. 4 |
| HIPAA Compliance | Pg. 5 |
| **Your Employment** | Pg. 6 |
| Hours of Work | Pg. 6 |
| Inclement Weather | Pg. 6 |
| Lunch Break | Pg. 6 |
| Length of Service | Pg. 6 |
| Performance Evaluations | Pg. 7 |
| Promotions and Transfers | Pg. 7 |
| Problem Solving | Pg. 7 |
| Progressive Counseling | Pg. 7 |
| Termination of Employment | Pg. 8 |
| Suspensions | Pg. 9 |
| Reduction in Force | Pg. 10 |
| Exit Interview | Pg. 10 |
| **Your Benefits** | Pg. 10 |
| Paychecks | Pg. 10 |
| Deductions | Pg. 10 |
| Medical Insurance | Pg. 11 |
| Dental Insurance | Pg. 11 |
| Vision Plan | Pg. 11 |
| Life & AD&D Insurance | Pg. 11 |
| Employee Assistance Program (EAP) | Pg. 11 |
| Unemployment Insurance | Pg. 11 |
| Worker's Compensation | Pg. 12 |
| Holidays | Pg. 12 |
| Paid Time Off | Pg. 12 |
| Extended PTO Leave Bank | Pg. 16 |
| Family Medical Leave (FMLA) | Pg. 16 |
| 401K Retirement Plan | Pg. 17 |
| Benefits at Termination | Pg. 18 |
| Overtime | Pg. 18 |
| Leaves of Absence | Pg. 18 |
| Continuing Education | Pg. 18 |
| Funeral Leave | Pg. 18 |
| Jury Duty | Pg. 19 |
| Questions of Policy and Benefits | Pg. 19 |
| **Acknowledgment and Authorization** | Pg. 20 |

Revised 3/2014

Attachment O

# Mid America Health, Inc.
## New Employee Orientation - SCSD

### Rules & Regulations (Authority)
- Clients-Offenders and SCSD (San Diego Sheriff's Dept.)
- Chain of command –MAH, Dental Team, HCA, SCSD
- Sexual Harassment-MAH Staff/SCSD Staff
- SCSD Rules of Conduct for Contractors
- Prescription Drugs-Personal Use/Onsite Regulations
- HIPAA/Patient Confidentiality
- Health Services Policies

### Attendance/Payroll
- Electronic Time Keeping System-Greenshades
- Pay Checks-15th and 30th/31st of every month via Direct Deposit or US Mail
- Schedule Changes-Report to HCA, MAH, Dental Team
- Lunch-Mandatory 30 minutes per day
- Leaving the Site During Business Hours-Inform the Dental Team and HCA
- Time Off-PTO Pro-rated 1st year (Review Employee Handbook)
- Inclement Weather Policy  (Review Employee Handbook)
- Procedure for Call Offs / PTO requests

### Site Meetings
- QA (Quality Assurance)-Dental Team & SCSD
- MAH-Annually or As Needed
- STAFF-Monthly OSHA Safety/Training Binder

### Patient Appointments
- Health Services Request (HSR)
- Offsite Consultations (Oral Surgery)

### Credentials
- All Credentials at Dental Clinic / HCA / MAH Home Office
- Dental license-Dentist and Hygienist
- Malpractice
- DEA
- **CPR - Pro**
- TB / Hep B  **TB ANNUAL RENEWAL REQUIRED**
- Certifications (X-Rays, RDH Working Alone)
- Job Descriptions (Employees)
- CE Certificates

- Orientation Log
- SCSD-Copy with HCA
- ACA-Copy with MAH & Dental Clinic

### Security/Professional Communication
- Contraband-Illegal/Prohibited Items
- Trafficking & Trading
- Money
- Inmate Approach/Fraternization (Communications, Threats, Personal Information)
- Fraternization (Conversations, Personal Info.)
- Leaving treatment room when inmate is present
- SCSD Contractor Training
- Food (Lunch, Containers)
- Gifts
- Smoking
- Vehicles (Locked)
- Appropriate Staff Communication (Attitudes/Professionalism)
- Keep People in Authority Informed (MAH & HCA)
- Communication Network Usage Policy

### Documentation/Reports
- Red/Black binders-Must be kept current (Policies / Credentials / Statistics / etc.)
- Record Keeping-Black Ink, Radiographs, Corrections, Legibility
- Logs (HSR / Consultation & Biopsy / Tools / Chemicals)
- MAH Daily & Monthly Statistics Reports - IDDS  (Electronic Stat Report)
- MAH Monthly Quality Assurance Logs - electronic **Completed by 6th of the month**
- SOAPE notes
- Grievances/Complaints

### Pharmacy
- Prescription writing / Process
- Starter packs

### Supplies/Equipment Maintenance/Repairs
- Dental Supplies/Formulary-Benco/ Off Formulary Requests
- Office Supplies / Expense Reimbursement Form

MAH Attachments - RFP # 7644                                                    100

| | |
|---|---|
| • SCSD Responsible for all maintenance & repairs | **Audits** |
| • Repair Requests-Notify SCSD Staff | • SCSD-*San Diego Sheriff's Dept.* |
| | • ACA-*American Correctional Association* |
| **Chemical – Caustic Control / Flammables** | • Dept of Health: X-ray |
| • Inventory Forms | • MAH |
| • Chemical Log | • Peer Review-SCSD All Dentists |
| | |
| **Injuries on the Job** | **Training / Employment Forms & Verification** |
| • Chain of Command Notification (HCA / MAH) | • Orientation Form; I-9 & New Employee Forms |
| • Needle sticks - First Aid, Blood Borne Pathogen Kits, Call MAH ASAP. Complete & fax incident report to MAH within 24 hours | • Hazard Communication Policy-See Copy |
| | • Benefit Packets-Mailed within first 30 days (Participation eligibility the 1st of the month after 60 days of service) |
| • Workers Comp (Employees - Call MAH) Complete first report of injury. (mahweb.com) | • OSHA Training-See Checklist & Complete within 30 days |
| | • Employee Handbook-Acknowledgement Form |

I, _____, have been oriented by an authorized MAH agent on the topics
(print)
above.


Orientee: _____     Date: _____
(signature)


Authorized MAH Agent: _____     Date: _____
(print / signature)



* A copy is given to be placed in the *Red Binder* and original is placed in personnel file.

Attachment P

Program Implementation Action Plan - MAH

| Actions Required | Duration (days) | Start | Finish | Department Responsibility | Assigned To | Milestones | Action Dependency | Strategies Employed* |
|---|---|---|---|---|---|---|---|---|
| **Notification of Award** | | | | | | | | |
| Initial Award of Contract | | | | SCSD | San Diego County | √ | √ | |
| Review RFP, Proposal & Contact | 2d | 11/15/16 | 11/17/16 | Operations | Jose Lopez | | | |
| Review Manpower Needs - If Needed | 2d | 11/15/16 | 11/17/16 | Operations/Recruitment | Greg Hammond | | | |
| Confirm SCSD Main Contact Individuals | 2d | 11/15/16 | 11/17/16 | Operations | Tiffany Howard | | | |
| Identify Each Dental Clinic's Main Contact Individual(s) | 1d | 11/15/16 | 11/16/16 | Operations | Tiffany Howard | | | |
| Obtain and Provide County Certificate of Insurance Required | 5d | 11/15/16 | 11/21/16 | Finance | Keith Walls | √ | | |
| **Management Transition Team** | | | | | | | | |
| Meet with County and Incumbent Dental Clinic Administration Team | 30d | 11/15/16 | 12/15/16 | Operations | Jose Lopez | | | |
| Establish Dental Clinic Priorities with County Administration, if necessary | 30d | 11/15/16 | 12/15/16 | Operations/Clinic Staff | Jose Lopez | √ | √ | |
| **Off-Site Providers** | | | | | | | | |
| Set-up Dental Lab for Prosthesis & Biopsies, if necessary | 30d | 12/01/16 | 12/30/16 | Operations | Tiffany Howard | | | |
| Negotiate Dental Service Fees with Oral Surgery Off-site Clinic | 30d | 12/01/16 | 12/30/16 | Operations | Tiffany Howard | √ | √ | |
| **Human Resources** | | | | | | | | |
| Ensure all Credentials are Current for Incumbent Staff | 5d | 11/15/16 | 11/20/16 | Human Resource | Kristie Barsic | | | |
| Review Any Updated/Modified HR Laws (State & County) | 30d | 12/01/16 | 12/30/16 | Human Resource | Kim Mosby | | | |
| Confirm Drug Testing Sites | 10d | 11/15/16 | 11/25/16 | Recruitment | Greg Hammond | | √ | |
| Confirm Current List of Employees with Address and Telephone Numbers | 2d | 11/15/16 | 11/17/16 | Operations | Tiffany Howard | | | |
| **Statistical Data Collection** | | | | | | | | |
| Confirm Reports Required by County | 7d | 12/01/16 | 12/08/16 | Operations | Jose Lopez | √ | | |
| Confirm IDDS Login Information For Incumbent Dental Staff | 7d | 12/01/16 | 12/18/16 | Operations | Tiffany Howard | | √ | |
| **Contract Reporting Requirements** | | | | | | | | |
| Identify New Contract Reporting Requirements | 7d | 11/15/16 | 11/22/16 | Operations | Jose Lopez | √ | | |
| **Facility Readiness** | | | | | | | | |
| Organize, Clean & Request Repairs of Dental Clinic, if applicable | 30d | 11/15/16 | 12/15/16 | Operations/Clinic Staff | Dr. Polanco | | | |
| **Staffing** | | | | | | | | |
| Ensure All Incumbent Dental Staff Complete County Educational & Training Requirements | 30d | 12/01/16 | 12/30/16 | Operations | Tiffany Howard | | √ | |
| Distribute and Set Up Benefit Enrollment Packages | 30d | 12/01/16 | 12/30/16 | Human Resource | Michelle White | | | |
| Develop Dental Staff Roster, Names, Address & Telephone Numbers | 2d | 12/01/16 | 12/03/16 | Operations | Tiffany Howard | | | |
| **Policies & Procedures** | | | | | | | | |
| Provide MAH Policy and Procedure Manuals - Update, if necessary | 30d | 12/01/16 | 12/30/16 | Operations | Tiffany Howard | √ | | |
| Create Site Specific Procedures, if applicable | 30d | 12/01/16 | 12/30/16 | Operations/Clinic Staff | Jose Lopez/Dr. Polanco | √ | | |
| Confirm On-Call Procedures & Schedule | 30d | 12/01/16 | 12/30/16 | Operations/Clinic Staff | Jose Lopez/Dr. Polanco | | | |
| **Utilization Management** | | | | | | | | |
| Review and Re-Evaluate All Previously Scheduled Dental Appointments | 7d | 12/01/16 | 12/08/16 | Operations/Clinic Staff | Dr. Polanco | √ | | |
| **Quality Improvement** | | | | | | | | |
| Review Dental Clinic Quality Improvement Program | 30d | 12/01/16 | 12/30/16 | Operations/Clinic Staff | Jose Lopez/Dr. Polanco | √ | | |
| Schedule MAH Audits | 30d | 12/01/16 | 12/30/16 | Operations | Jose Lopez | √ | | |
| | | | | | | | | |
| **Implementation of Preventive Dental Services Program - RDH **** | | | | | | | | |
| Notification from SCSD | | | | SCSD | San Diego County | √ | | |
| Run Recruitment Advertisement for RDH | 2d | | | Recruitment | Greg Hammond | | √ | |
| Interview RDH Applicants | 30d | | | Recruitment | Greg Hammond | | √ | |
| Confirm Drug Testing Sites | 7d | | | Recruitment | Greg Hammond | | √ | |
| Prepare to Make Hire Offer to RDH After Interview, Drug Testing and Background Check Concluded | 30d | | | Recruitment | Greg Hammond | | √ | |
| Establish Hire Date with Start-Up Date & Security Training/Clearance Requirements | 30d | | | Recruitment | Greg Hammond | √ | | |
| Provide Payroll/Time Entry Information for RDH | 30d | | | Recruitment | Greg Hammond | | | |
| Establish Hire Date with Start-Up Date and Educational Training Requirements for New RDH | 30d | | | Recruitment | Greg Hammond | √ | √ | |
| Establish Payroll/Time Entry Information for New RDH | 30d | | | Operations | Tiffany Howard | | √ | |
| **Statistical Data Collection** | | | | | | | | |
| Set-up IDDS Login Information & Provide RDH Login Information | 30d | | | Operations | Tiffany Howard | √ | √ | |
| **Facility Readiness** | | | | | | | | |
| When RDH Implemented, Request Necessary Supplies & Equipment | 30d | | | Operations/Clinic Staff | Tiffany Howard/Dr. Polanco | | √ | |
| **Facility Readiness** | | | | | | | | |
| Organize, Clean & Request Repairs of Dental Clinic, if applicable | 30d | | | Operations/Clinic Staff | Dr. Polanco | | √ | |

Attachment P

**Program Implementation Action Plan - MAH**

| Actions Required | Duration (days) | Start | Finish | Department Responsibility | Assigned To | Milestones | Action Dependency | Strategies Employed* |
|---|---|---|---|---|---|---|---|---|
| **Staffing** | | | | | | | | |
| Ensure RDH Staff Complete County Educational & Training Requirements | 30d | | | Operations | Tiffany Howard | √ | | |
| Add RDH To HR System to Flow Into Payroll, Benefits, Etc. | 30d | | | Human Resource | Michelle White | | √ | |
| Distribute and Set Up Benefit Enrollment Packages | 30d | | | Human Resource | Michelle White | | | |
| Add RDH to Dental Staff Roster, Names, Address & Telephone Numbers | 30d | | | Operations | Tiffany Howard | | | |
| **Policies & Procedures** | | | | | | | | |
| Provide MAH Policy and Procedure Manuals - via MAH Orientation | 30d | | | Operations | Jose Lopez | √ | √ | |
| Create RDH Site Specific Procedures, if applicable | 30d | | | Operations | Jose Lopez | | √ | |
| Confirm On-Call Procedures & Schedule, if applicable | 30d | | | Operations/Clinic Staff | Jose Lopez/Dr. Polanco | | | |
| **Utilization Management** | | | | | | | | |
| Review RDH Scheduled Appointments | 7d | | | Operations/Clinic Staff | Dr. Polanco | √ | | |
| **Quality Improvement** | | | | | | | | |
| Review Dental Clinic Quality Improvement Program | 30d | | | Operations/Clinic Staff | Jose Lopez/Dr. Polanco | √ | √ | |
| **Staff Orientation** | | | | | | | | |
| Provide MAH Orientation & Training to New RDH | 30d | | | Operations | Jose Lopez | | √ | |
| Provide All Necessary Manuals to New RDH | 30d | | | Operations | Tiffany Howard | | | |
| Assure New RDH Personnel Read & Sign Job Descriptions, Handbook & Orientation Materials | 30d | | | Operations | Tiffany Howard | | | |
| | | | | | | | | |

\* MAH will employ strategies to implement each action required. These strategies are similar to the action required to accomplish each task. MAH's Management, Clinical and Home Office Teams will work hand-in-hand to ensure the implementation items described in this action plan are completed in excellence and in a timely manner. MAH will have an open line of communication with the SCSD CMO or designee throughout the implementation plan, specifically the execution of the Preventive Dental Services Program in order to guarantee the RDH services are efficient and professional. Specific strategies are described in MAH's response to this RFP in the "Submittal Requirements" and "Statement of Work" Sections.

\*\* Start Date to be determined at the time services are approved by San Diego County Sheriff's Department (SCSD).

## Mid America Health, Inc Organizational Chart 2016



Attachment R

# Mid America Health Dental - Staffing Chart 2016



# MID AMERICA HEALTH, INC.
## JOB DESCRIPTION
### DENTIST

**I.**   **SITE:** _____

**II.**   **EFFECTIVE DATE:**   1 January 2017

**III.**   **GENERAL SUMMARY:**

Provides and supervises dental care for patients located within the designated detention facility. Evaluates the dental health program and dental services provided. Evaluates patient care required and administered, dental operatory conditions, and equipment use. Monitors dental supplies and equipment. Diagnose, document and coordinate (including pre-authorization approval) for off-site oral surgery referral when care cannot be delivered inside the detention facility. Reports to assigned Dental Director for clinical issues. This position is full time and/or PRN to satisfy the contract and need for services.

**IV.**   **QUALIFICATIONS:**

  **a.**   License to practice as a registered dentist in the State.

  **b.**   One (1) year or more general dentistry experience is preferred.

  **c.**   Graduate of an accredited school of dental medicine.

  **d.**   Ability to provide dental services in a professional and courteous manner.

**V.**   **ESSENTIAL DUTIES:**

- Performs general dentistry including, but not limited to, routine prophylaxis, restorative services, prosthetic services, extractions, and other procedures falling within the scope of the practice of general dentistry. Services are to be rendered in accordance with Federal and State Standards.

- Evaluates patients presenting with dental problems, makes appropriate recommendations, and then renders authorized dental services within the scope of facility guidelines.

- Documents all services rendered in the patients dental health record in SOAPE format.

- Make the necessary off-site oral surgery referral, coordination, and the provision of specialty dental care services including any follow-up required.

MAH 10-2016

- Provide monthly clinic statistical reports as required by Mid America Health, Inc. in a timely fashion.

- Provide emergency services for patient via phone triage or at the facility.

- Prescribe medications in accordance with the contract terms, if applicable.

- Participation in on-going training and in-service training by the County/State as changes in protocols and procedures are changed.

- Comply with the Prison Rape Elimination Act (PREA) training and facility reporting procedures and protocols.

- Maintain current the professional dental license, state controlled substance certificate, where applicable and federal controlled substance certificate, CPR certificate, Hepatitis vaccination certificate, TB vaccination certification, and provides a copy of each upon request to Mid America Health, Inc.

- Supervises the activities of the dental assistants and the dental hygienists, including but not limited to; the maintenance of the various daily and monthly logs, sharps count, equipment certifications and maintenance, security of dental instruments, cleanliness of the dental clinic and dental clinic equipment, sterilization of the tools, appearance of the dental clinic, compliance with OSHA guidelines for the maintenance of dental clinics, and requires all staff maintain a professional attitude and decorum.

- Oversees the requisition of supplies and equipment and the effective, efficient use of same.

- Periodically assess and evaluates clinic personnel.

- To provide continued collaboration with the contract designee and Mid America Health Inc. Dental Director and/or Vice President of Corrections on the performance of their duties as the dental service provider.

- Represents Mid America Health Inc. at all required administrative meetings, e.g. quality improvement and medical management meeting.


_____          _____
Site Dentist (print)                                          Date


_____
Site Dentist (signature)

MAH 10-2016

# MID AMERICA HEALTH INC.
## JOB DESCRIPTION
## **DENTAL HYGIENIST**

I.    SITE: _____

II.   <u>EFFECTIVE DATE</u>: 1 January 2017

III.  <u>GENERAL SUMMARY</u>:

Assist the Dental Clinic Dentist with the dental procedures and activities required by the day to day operation of the dental clinic at the direction of the Dental Clinic Dentist. Reports directly to the Dental Clinic Dentist. This position would be full time, part time and/or PRN to satisfy the contract and need when preventive dental services are implemented as determined by the County.

IV.   <u>QUALIFICATIONS</u>:

a.  Possesses a current license as a registered dental hygienist in the State.

b.  Ability to provide quality dental hygiene services to patients of the dental clinic.

c.  Ability to provide dental services in a professional and courteous manner.

V.    <u>DUTIES AND RESPONSIBILITIES</u>:

- Provide professional dental hygiene services and preventive dental care to clinic patients including dental prophylaxis and scaling as prescribed by and under the supervision of the Dental Clinic Dentist. Follow facility/contract guidelines if referral and/or other standards apply for utilization management.

- Track the preventive dental service request and assist the Dental Clinic Dentist in any reports required to include statistics for preventive dental request and services.

- Assess the dental health of clinic patients and document the findings in the patient's dental record. Communicate with the facility Medical/RN staff any patients requiring follow up care with the Dental Clinic Dentist.

- Document all services rendered in the patient's dental health record in SOAPE format.

MAH 10-2016

Attachment T

- Participate in and provide appropriate in-service staff training programs as required by the Dental Clinic Dentist.

- Participation in on-going training and in-service training by the County/State as changes in protocols and procedures are changed.

- Comply with the Prison Rape Elimination Act (PREA) training and facility reporting procedures and protocols.

- Maintain cleanliness of the dental clinic and observe sterile technique in accordance with recognized standards.

- Maintain cleanliness of the dental clinic, including instrument sterilization between patients and use and maintenance of the autoclave or other dental clinic equipment maintenance required.

- Assist with the maintenance and cleanliness of the dental equipment and the maintenance of adequate supply levels and stock inventory, receiving necessary pre-approval for order, all in a timely manner to ensure the provision of quality dental care.

- Ensure cost effective utilization of resources.

- Perform other duties as assigned by the Dental Clinic Dentist.


_____          _____
Site Dental Hygienist (print)                                      Date


_____
Site Dental Hygienist (signature)

# MID AMERICA HEALTH, INC.
## JOB DESCRIPTION
## DENTAL ASSISTANT

I.     SITE:     _____

II.    EFFECTIVE DATE:     1 January 2017

III.   GENERAL SUMMARY:

Assist the Dental Clinic Dentist with the dental procedures and activities
required by the day to day operations of the dental clinic at the direction of the
Dental Clinic Dentist. Reports directly to the Dental Clinic Dentist.  This
position is full time and/or PRN to satisfy the contract and need for services.

IV.    QUALIFICATIONS:

    a.   High School Diploma.

    b.   A dental assistant certificate or sufficient dental assisting experience to
        qualify as a competent, capable, dental assistant.

    c.   Current State Dental Board Radiographer's Certification.

    d.   Ability to provide dental services in a professional and courteous manner.

V.     DUTIES AND RESPONSIBILITIES:

- Provide a wide range of chair side assistance to the Dental Clinic Dentist,
  including preparation of operatives, passing instruments, suctioning,
  performing x-rays, emergency dental screenings and other duties as
  assigned.

- Perform laboratory procedures such as mixing impressions material for
  dentures and/or restorations and assist in the clinical procedure of
  prosthetics.

- Maintain cleanliness of the dental clinic, including instrument sterilization
  between patients and use and maintenance of the autoclave or other dental
  clinic equipment maintenance required.

- Assist with the maintenance and cleanliness of the dental equipment and
  the maintenance of adequate supply levels and stock inventory, receiving

necessary pre-approval for order, all in a timely manner to ensure the
provision of quality dental care.

- Schedule patients for dental appointments unless scheduling is done by the
  Medical/RN staff of the facility. Coordinate and communicate with
  Medical/RN facility staff any necessary patient follow-up appointments, if
  needed, as well those patients referred from Medical/RN staff sick calls.

- Assist the Dental Clinic Dentist in maintaining patients dental record,
  documenting all services rendered in the patients dental health record in
  SOAPE format.

- Adhere to Universal Precautions and other appropriate infection control
  practices.

- Maintain all applicable license and/or certification credentials for
  respective specialty.

- Participation in on-going training and in-service training required by the
  County/State as changes in protocols and procedures are changed.

- Comply with the Prison Rape Elimination Act (PREA) training and
  facility reporting procedures and protocols.

- Maintain a highly organized dental clinic (i.e. tools, supplies, charts, etc.)

- Ensure the cost effective utilization of resources.

- Assist the Dental Clinic Dentist with the presentation of any required in-
  service training programs.

- Perform other duties as assigned by the Dental Clinic Dentist.


_____    _____
Site Dental Assistant (print)                       Date


_____
Site Dental Assistant (signature)

Attachment V



Marci D. Guevara, Esq.
317.452.4357
mguevara@mahweb.com

November 1, 2016

County of San Diego
Department of Purchasing and Contracting
5560 Overland Avenue, Suite 270
San Diego, California 92123-1204

     *Re:    RFP 7644 – Sheriff's Department – Dental Services*

Dear Sir or Madam:

     Please accept this letter as Mid America Health's ("Offeror") response to Section 2.5 of the above-referenced RFP.

     Offeror is currently a plaintiff in a lawsuit for breach of contract against Oraquest, Inc. Oraquest is an insurance underwriter who breached a contract in Texas with a customer of Offeror, thereby disabling Offeror's nursing home operations in Texas. The lawsuit was filed in November 2014 and is currently active.

     Offeror is currently the defendant in a lawsuit against a former dentist employee who worked for Offeror in Ohio. The former dentist was terminated by Offeror in 2014 for performance issues. However, he claims his termination was a result of age discrimination. The lawsuit was filed in September 2016 and is currently active.

     Offeror has never been involved in any litigation (including lawsuits, mediations and regulatory action) related to its performance.

Sincerely,

*Marci D Guevara*

Marci D. Guevara, Esq.
Vice President & General Counsel

---



# County of San Diego

| JOHN M. PELLEGRINO<br>DIRECTOR | DEPARTMENT OF PURCHASING AND CONTRACTING<br>5560 OVERLAND AVENUE, SUITE 270, SAN DIEGO, CALIFORNIA 92123-1204<br>Phone (858) 505-6367      Fax (858) 715-6452 | ALLEN R. HUNSBERGER<br>ASSISTANT DIRECTOR |

April 5, 2021

**COUNTY OF SAN DIEGO - REQUEST FOR PROPOSALS (RFP) 10827**
**SHERIFF'S DEPARTMENT**
**CONSOLIDATED HEALTH CARE DELIVERY**

The County of San Diego is seeking proposals from firms interested in providing Sheriff's Department Consolidated Health Care Delivery ("Offerors").

The contract term is anticipated to be an initial (base) period of five (5) year(s) with five (5) one-year options.

The Contracting Officer for this solicitation is Sean Behan, Chief, Departmental Operations (Sean.Behan@sdcounty.ca.gov)

This RFP package includes:
- This Cover Letter to the RFP
- RFP Instructions and Rules
- Evaluation Criteria
- Submittal Items
- Proposal Cover Page (PC 600 Form)
- Representations and Certifications Form
- Nondisclosure Indemnification Agreement
- DVB Requirements and Forms
- Attachment A: Statement of Objectives
- Attachment A-1: County Provided Staff
- Attachment B: Pricing
- Contract Template
- Exhibit A – Statement of Work
- Exhibit B – Insurance Requirements
- Exhibit C – Payment Schedule
- Exhibit D – CORI/CLETS Requirements
- Exhibit E – Transition Plan

## SCHEDULE

Below is the County's timeline for this RFP, and is subject to change at any time. The County will issue an addendum for changes to the Pre-Proposal Conference date, Questions due date, or Proposal due date. The actual timing and sequence of events resulting from this RFP shall ultimately be determined by the County.

| Event Description | Date and Time (San Diego Time) |
|---|---|
| Pre-Proposal Conference | Monday, April 12, 2021 at 10:00 a.m. |
| Job Walks / Site Inspections | April 19 – 20, 2021 – available with RSVP |
| Questions due | Monday, May 3, 2021 prior to 5:00 p.m. |
| Proposals due | Monday, May 24, 2021 prior to 3:00 p.m. |

EXHIBIT 1-B

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY

## PRE-PROPOSAL CONFERENCE

A pre-proposal conference will be held by Video/Teleconference using the WebEx, platform on the Date and Time listed in Schedule. **To participate, please email your intent to attend,** include your name, title, email address and company/organization name by **3:00PM, FRIDAY, APRIL 9, 2021**. The County will provide an overview of the RFP process and may provide a program/technical overview and other information. Requests for clarification related to definition or interpretation of this RFP shall be submitted in writing as Questions in accordance with Section 8 (Duty to Inquire, Questions, and Explanation to Offerors). Attendance at the pre-proposal conference is encouraged but not mandatory.

Job walks/site inspections are planned for the dates listed in Schedule. The job walks/site inspections will provide Offerors the opportunity to see the various Sheriff facilities. Attendance at the job walk/site inspection is encouraged but not required. Additional information for the job walks/site inspections will be provided in a subsequent Addendum and posted on BuyNet.

## PROPOSAL SUBMITTAL

The County has temporarily changed procurement processes due to the social distancing and other requirements put in place in response to the COVID-19 pandemic. Unless otherwise modified by the County's COVID-19 Updates for County Contracts and Contractors, found at https://www.sandiegocounty.gov/content/sdc/purchasing/COVID-19_Updates.html, the following procedures shall apply to this RFP:

- Offeror must submit a complete original proposal in accordance with the format provided in this solicitation to the County of San Diego, Department of Purchasing and Contracting through electronic upload to BuyNet by the Date and Time listed in Schedule.
- If Offeror is unable to submit via BuyNet for any reason, Offeror may submit via electronic files on CD/DVD or a printed proposal at the Purchasing and Contracting front desk. Please use this method only if unable to submit through BuyNet. Until further notice, RFPs will be accepted at the front desk by mail or courier service only (the County will not accept personal delivery by Offerors or Offeror's representatives). When submitting via BuyNet, allow extra time to submit by an alternate method in the event of technical difficulties.
- When submitting electronic files, Offeror may optionally submit in original format (e.g. Microsoft Word) with clear pictures (.jpg, .jpeg, .gif, or ".png") of signature pages containing original signatures. Electronic or digital signatures will not be accepted. Please use this method only if unable to submit in PDF form.

The County's decision about the timeliness or responsiveness of any submitted document shall be final, and the County has the discretion to waive or not waive any defect or nonconformance.

Additional COVID-19 procurement information is available at:
https://www.sandiegocounty.gov/content/sdc/purchasing/COVID-19_Updates.html

## DILIGENCE MATERIAL
Offerors may obtain Diligence Material posted on the County of San Diego's BuyNet Website.

## QUESTIONS

Questions regarding this RFP shall be submitted in writing to the Contracting Officer by the Date and Time listed in Schedule, in accordance with Section 8 (Duty to Inquire, Questions, and Explanation to Offerors). Oral explanations or responses to Questions will not be binding upon the County.

Concerns or comments regarding this solicitation should be directed to the Contracting Officer.

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY

## RFP INSTRUCTIONS AND RULES

### 1. RFP PROCESS

1.1. RFPs shall normally be made available on the County of San Diego's BuyNet Website at https://buynet.sdcounty.ca.gov/. If you are unable to download this document, you may request a hard copy from Purchasing and Contracting's front desk or contact clerical support at (858) 505-6367.

1.2. The County reserves the right to host pre-proposal conference(s). If scheduled, the date, time, and location for the pre-proposal conference(s) will be as set forth in this RFP or as otherwise provided on BuyNet.

1.3. Offerors should submit all Questions by due date and time specified in the cover letter to this RFP.

1.4. Proposals received, including any additions, revisions, and clarifications, will be evaluated by a Source Selection Committee (SSC) appointed by a Source Selection Authority(s) (SSA).

1.5. If, at any point in the selection process, the County determines that a proposal will no longer be considered for award, the Contracting Officer will attempt to notify the Offeror.

1.6. During the selection process, the SSA may determine that an Offeror's proposal is no longer in the competitive range and that it will no longer be considered for award

1.7. The County reserves the right to request clarification of and/or additional information ("Clarification") from Offerors. The Contracting Officer will determine the appropriate means of Clarification, which may include telephonic, email, letter, presentations, oral interviews, or as an addendum or revision to the proposal. The County may invite Offerors to make a presentation to, or participate in interviews with, the County at a date, time and location determined by the County. The County is not obligated to seek Clarification, so Offerors are advised to submit complete and accurate information in the proposal.

1.8. At any point in the selection process, the SSA may authorize discussions to be held with one or more Offerors in the competitive range. Discussions may include requests for revised proposals, Best and Final Offers (BAFOs), or addenda to the proposal and may contain additional selection factors.

1.9. The SSC may recommend to the SSA that award be made to one or more Offerors.

1.10. After receipt and approval of the SSA's decision, the Contracting Officer will post a Notice of Intent to Award.

1.11. Upon Posting of the Notice of Intent to Award (NOI) a contract to the Offeror(s) whose proposal(s) has been ranked highest by the County on the basis of best value to the County, the Contracting Officer will enter into contract finalization negotiations and, upon the successful completion, award a contract(s).

1.12. The County may rescind or modify the NOI at any time due to unsuccessful negotiations or if the County otherwise determines that it is in its best interest to do so.

1.13. The County may, at any time, restart evaluations, modify or replace the membership of the SSC, or correct any deficiencies in the procurement process or evaluation.

1.14. The timing and sequence of events resulting from this RFP shall ultimately be determined by the County.

1.15. In the event that an Offeror is involved in a merger, acquisition, or other change in control, the County reserves the right to award a contract to a resulting entity.

### 2. INSTRUCTIONS FOR SUBMITTING A PROPOSAL

2.1. It is the Offeror's responsibility to submit a proposal based on the most current RFP, addenda thereto, responses to Questions, any diligence material made available by the County, and any other information posted on BuyNet. Offerors must consistently check BuyNet for information and are responsible to comply with anything posted on BuyNet relating to this RFP. The County has no obligation to contact Offerors directly with any such RFP related information.

2.2. Offerors shall submit one original proposal prior to the date and time specified and through the means specified in the cover letter to this RFP.

    2.2.1. When requested, Offeror shall submit additional copies of the proposal in the manner requested. Copies should be clearly marked as copies and numbered.

    2.2.2. For proposals submitted electronically through BuyNet, the time on the BuyNet server shall be considered the official time for purposes of determining timely submittal.

    2.2.3. For proposals submitted at the Purchasing and Contracting front desk, the time stamp at the front desk shall be considered official time for purposes of determining timely submittal.

    2.2.4. In the event of multiple submittals of an original proposal by an Offeror, the County will only consider the most recent submittal submitted by the due date and time. The County will not review or consider previous

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY

submittals, whether submitted at the front desk or through BuyNet. Offerors are strongly encouraged to submit only one original proposal and withdraw or replace any previous submittals in the event they choose to update their proposal. Proposals may be found non-conforming if the County is unable to determine which is the most recent, timely submittal.

2.3. All proposals shall be signed by an authorized officer or employee of the Offeror. The name, title, mailing address, email address, and phone number of the authorized officer or employee shall be included. Scanned images of pages containing original signatures are acceptable for submission of an electronic file. Electronic or digital signatures will not be accepted.

2.4. The proposal must be submitted in compliance with the following format, unless otherwise specified in this RFP:

2.4.1. Submit electronic proposals as files in .pdf format. Separate each exhibit into one or more files. Clearly name files as to the exhibit and order. Pages requiring signatures must be scanned from an original signature. Other pages may be scanned, or converted to .pdf from other file formats. Converted and searchable formats are preferred.

2.4.2. Proposals shall be formatted to print on 8-1/2" x 11" page size with no less than ½" margins and eleven (11) point font.

2.4.3. Proposals shall be formatted as black ink on white background/paper with no shading, or otherwise suitable for black and white reproduction.

2.4.4. Pages shall be consecutively numbered within the bottom or top margin of each page, including attachments.

2.4.5. Each proposal shall be typed and be concise but comprehensive. Proposals shall not include unnecessarily elaborate brochures, visual or other presentations, or artwork beyond what is sufficient to present a complete and effective proposal.

2.5. Your proposal must be organized in accordance with this RFP. Unless otherwise specified, the proposal shall conform to the following organization:

2.5.1. A completed and signed PC 600 Form shall be submitted as the cover of Offeror's proposal.

2.5.2. Completed and signed Representations and Certifications form.

2.5.3. Completed and signed Nondisclosure Indemnification Agreement (if applicable).

2.5.4. Completed and signed DVB forms.

2.5.5. Any other required forms.

2.5.6. A table of contents listing, by page number, the contents of the proposal.

2.5.7. Program/Technical exhibit.

2.5.8. Cost/Price exhibit.

2.5.9. Confidential/Proprietary exhibit (if applicable).

2.6. Offerors shall submit separate exhibits in separate files for the Program/Technical; Cost/Price; and (if applicable) Confidential/Proprietary exhibit components of their proposal.

2.6.1. Submit a Program/Technical exhibit

2.6.1.1. Content shall be organized to correspond to the applicable question or item within Submittal Items. All forms, responses and attachments shall be sequentially numbered to correspond to the applicable question or item.

2.6.1.2. No price data are to be included in the Program/Technical exhibit.

2.6.1.3. No confidential/proprietary information, including PI (Personal Information), PII (Personally Identifiable Information) or PHI (Protected Health Information), is to be included in the technical exhibit. Responses that include the confidential/proprietary information shall refer to the response contained within the Confidential/Proprietary exhibit (for example: If Submittal Item #1 requires staff Social Security Numbers, the response to Submittal Item #1 shall reflect "see response #1 contained within Confidential/Proprietary exhibit).

2.6.1.4. If price or confidential/proprietary information is included in the Program/Technical exhibit, the County may, at its sole discretion, remove such information or declare the proposal non-conforming.

2.6.2. Submit a separate Cost/Price exhibit.

2.6.2.1. All cost and pricing information must be contained within Cost/Price exhibit.

2.6.2.2. If performance or payment bonds are required, the cost of providing the bond shall be included in the proposed pricing, and no additional compensation will be allowed.

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY

2.6.3. Submit a separate Confidential/Proprietary exhibit (if applicable). The County is a public agency subject to the disclosure requirements of the Public Records Act, California Government Code Section 6250 and following. The County of San Diego intends to publish contracts, which may contain some or all of the successful proposal(s), to its public web site. If confidential/proprietary information is contained within the submission:

2.6.3.1. It must be submitted in a separate clearly labeled exhibit with all pages marked as "CONFIDENTIAL/PROPRIETARY EXHIBIT".

2.6.3.2. Offeror must provide a signed Nondisclosure Indemnification Agreement.

2.6.3.3. In accordance with the California Public Records Act, the County will not treat pricing or terms and conditions as confidential. Confidential/Proprietary exhibits will be examined prior to review, and price or terms and conditions may be removed or the County may declare a proposal non-conforming because of the inclusion of price or terms and conditions in the Confidential/Proprietary exhibit.

2.7. All proposals become the property of the County. An Offeror may request the return of its proposal upon withdrawal as specified in Paragraph 6, which return County may grant or deny in its sole discretion.

2.8. The County has the right to withhold all information regarding this procurement until after contract award, including but not limited to: the number of proposals received; identity of Offeror(s), content of proposals; the County evaluation and results; and the identity of the members of the SSC. Information releasable after award is subject to the disclosure requirements of the Public Records Act, California Government Code Section 6250 and following.

## 3. EVALUATION AND SELECTION

3.1. The County shall have the discretion, but not the obligation, to construe any submission as non-conforming and ineligible for consideration if it does not conform to the requirements of the Request for Proposals. The County shall also have the discretion to waive any irregularities or deviations from the requirements of the Request for Proposals in any submission.

3.2. Evaluations shall be based on the list of criteria contained in the Evaluation Criteria and Submittal Items.

3.3. The County may consider information known to the County in addition to the information provided in response to the RFP.

3.4. At any point in the evaluation process, the County may determine that a proposal is unacceptable in any area and no longer consider it for award.

3.5. When evaluating Offeror's program/technical response, County may appropriately consider the Environmental Impact of the proposed products and delivery of services in accordance with Board of Supervisors Policy B-67 Environmentally Preferable Procurement. Offerors are encouraged to include such information in the proposal.

3.6. When evaluating an Offeror's pricing, the County may also consider the effect of the proposal on the overall total cost to the County.

3.7. Local preference: In accordance with Section 405 of the San Diego County Code of Administrative Ordinances, when evaluating competing proposals, the County of San Diego will give a 5% price preference to Preferred Vendors (a Local Business that is also a Veteran Owned Business, Disabled Veteran Business, or Small Business). A Veteran Owned Business and Disabled Veteran Business is defined in County of San Diego, Board of Supervisors Policy B-39a. A Small Business is defined in County of San Diego, Board of Supervisors Policy B-53.

The price preference will be applied to the proposed price portion of the evaluation only. Five percent (5%) or fifty thousand dollars ($50,000), whichever is less ("Price Adjustment"), shall be subtracted from any Preferred Vendor's proposed price being evaluated for award ("Adjusted Price"). A Preferred Vendor's Adjusted Price shall be the basis for evaluating the proposal's price. Contract award will be made to the proposer(s) providing the best value to the County after consideration of the price preference and will be made at the unadjusted price. For example, a Preferred Vendor submitting a proposal for $100,000 would be evaluated as if the proposed price was $95,000. If based on the Adjusted Price, the Preferred Vendor is evaluated to be the best value, the Preferred Vendor would be awarded a contract at the unadjusted price of $100,000.

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY

## 4. DETERMINATION OF ECONOMY AND EFFICIENCY

Pursuant to County Charter Sections 703.10 and 916, award of a contract resulting from this RFP may be subject to the County's requirement to determine that the services can be provided more economically and efficiently by an independent contractor than by persons employed in the Classified Service.

## 5. COUNTY COMMITMENT

5.1. This RFP does not commit the County to award, nor does it commit the County to pay any cost incurred in the submission of the proposal, or in making necessary studies or designs for the preparation thereof, nor procure or contract for services or supplies. Further, no reimbursable cost may be incurred in anticipation of a contract award.

5.2. The County reserves the right to accept or reject any or all proposals received as a result of this RFP or to separately procure the same or similar goods or services.

5.3. The County reserves the right to terminate this RFP in part or in its entirety at any time prior to contract execution.

5.4. No prior, current, or post award communication with any officer, agent, or employee of the County shall affect or modify any terms or obligations of this RFP except as explicitly provided for in this RFP.

## 6. LATE, MODIFIED, OR WITHDRAWN PROPOSAL

6.1. A proposal that is received, but that is not received at the office or by the electronic means designated in the solicitation by the exact time specified for receipt will not be considered unless: it is received before award is made; the County determines that it is in its best interest to accept the proposal; and

6.1.1. It was sent by mail or personal delivery, and it is determined by the County that the late receipt was due solely to mishandling by the County after receipt by the County; or

6.1.2. No timely and conforming proposal was submitted.

6.2. Proposals may not be modified after the due date, except a modification resulting from the Contracting Officer's request for a revised proposal, Best and Final Offer (BAFO), or an addendum to the proposal.

6.3. Proposals may be withdrawn by written notice signed by a duly authorized representative of Offeror if received prior to Notice of Intent to Award. Thereafter, all proposals constitute firm offers, subject to negotiation, that will remain open and cannot be revoked, withdrawn, or modified for a period of six (6) months thereafter.

## 7. DILIGENCE MATERIAL

County, its agents, advisors, and representatives make no representation or warranty, express or implied, as to the accuracy or completeness of any provided diligence material. Without limiting the generality of the foregoing, the diligence material may include certain statements, estimates, and projections provided by or with respect to the County. Such statements, estimates, and projections reflect various assumptions made by the County, which may or may not prove to be correct. No representations are made by the County as to the accuracy of such statements, estimates, projections, or assumptions. Offerors are encouraged take the necessary actions to verify measurements, conditions, and other attributes of the site(s) during the site visit. The Selected Bidder(s) shall not be entitled to any adjustment of the Agreement price in the event of a discrepancy that was discovered or should have reasonably been discovered during the site visit.

## 8. DUTY TO INQUIRE, QUESTIONS, AND EXPLANATION TO OFFERORS

8.1. Offerors' Inquiries and County Responses – All communications from the Offeror (including its employees, agents, and representatives) to the County or its officers and employees (including consultants working on or assisting with this procurement), related to this RFP or the Offeror's proposal, must be directed in writing exclusively to the Contracting Officer, unless otherwise authorized in writing by the Contracting Officer. Any improper contact may, at County's sole discretion, cause the Offeror to be removed from consideration for contract award.

8.2. Should an Offeror find discrepancies in or omissions from, or be in doubt as to the meaning of, the RFP or related documents, Offeror shall have a duty to at once notify the County. Such notifications, or other requests for explanation regarding the RFP or related documents, shall be directed to the Contracting Officer in writing as a question ("Question"). Offeror is responsible for ensuring that Questions are received by the County. The County may choose not to respond to Questions received after the date stated in the Cover Letter. Offerors should not communicate with or attempt to contact any other County personnel about this solicitation, except as otherwise allowed for in this RFP

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY

**9. PROTEST PROCEDURE**

County Board of Supervisors Policy A-97 sets forth the procedures for filing and resolution of protests related to this RFP. Board Policy A-97 is available from the Clerk of the Board, 1600 Pacific Highway, San Diego, CA 92101, or on the County's Web site at http://www.SanDiegoCounty.gov/ under the Clerk of the Board's page.

All protests must be filed in accordance with Board Policy A-97, which requires among other things that a protest must be filed timely, be submitted in writing to the Contracting Officer identified in the solicitation package, and be based on a protestable action and established grounds for protest.

**10. DEBRIEF AND REVIEW OF CONTRACT FILES**

Offeror may request a "debriefing" from the Contracting Officer on the findings about Offeror's proposal (with no comparative information about proposals submitted by others) after Offeror has been notified by the Contracting Officer that the Offeror's proposal is no longer being considered for award.

After contract execution, the proposals, the Source Selection Committee Report, and any other releasable documents may be reviewed. Copies of any documents desired by the reviewer will be prepared at the requestor's expense in accordance with current County rates for such copies.

**11. OFFEROR COMMUNICATIONS**

11.1. If Offeror issues any public announcement or otherwise engages in communication that, in the County's sole determination, compromises the integrity of this RFP process or attempts to restrain competition, Offeror may be removed from consideration for award.

11.2. Audio and/or video recording of pre-proposal conferences, presentations, discussions, negotiations, debriefings, or other communications with the County regarding this RFP are prohibited, unless specifically authorized in writing by the Contracting Officer.

**12. CLAIMS AGAINST THE COUNTY**

Neither Offeror nor any of its representatives shall have any claims whatsoever against the County or any of its respective officials, agents, or employees arising out of or relating to this RFP or these procedures (other than those arising under a definitive contract with Offeror in accordance with the terms thereof).

**13. SOLICITING EMPLOYEES**

Until contract award, Offerors shall not, directly or indirectly, solicit any employee of the County to leave the County's employ in order to accept employment with the Offeror, its affiliates, actual or prospective contractors, or any person acting in concert with the Offeror, without prior written approval of the County's Contracting Officer. This paragraph does not prevent the employment by an Offeror of a County employee who has initiated contact with the Offeror.

**14. PROHIBITED CONTRACTS**

14.1. In accordance with Section 67 of the San Diego County Administrative Code, the County shall not contract with, and shall reject any bid or proposal submitted by the person or entities specified below, unless the Board of Supervisors finds that special circumstances exist which justify the approval of such contract:

(a) Persons employed by the County or of public agencies for which the Board of Supervisors is the governing body;

(b) Profit making firms or businesses in which employees described in subsection (a) serve as officers, principals, partners or major shareholders;

(c) Persons who, within the immediately preceding twelve (12) months, came within the provisions of subsection (a), and who (1) were employed in positions of substantial responsibility in the area of service to be performed by the contract, or (2) participated in any way in developing the contract or its service specifications; and

(d) Profit making firms or businesses in which the former employees described in subsection (c) serve as officers, principals, partners or major shareholders.

14.2. Offeror certifies it is not a person or entity specified above and that it will promptly notify the County in the event it becomes a person or entity specified above .

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY

## 15. CALIFORNIA REVENUE AND TAXATION CODE SECTION 18662

In compliance with California Revenue and Taxation code section 18662, if Offeror is a non-resident of California (out-of-state invoices) that receives California source income and has not completed FTB Form 590, there may be a backup withholding on all payments.  Fifteen (15) business days prior to the first payment, new suppliers or suppliers with expired forms or forms with incorrect information must submit new forms to the County (forms are available from the Franchise Tax Board website listed below).

Under certain circumstances, Offerors may be eligible for reduced or waived nonresident withholding.  If Offeror has already received a waiver or a reduced withholding response from the State of California and the response is still valid, Offeror should submit the response to the County in lieu of the forms.  Failure to submit the required forms will result in withholding of payments.  Offerors should to the Franchise Tax Board websites (listed below) for tax forms and information on non-resident withholding, including waivers or reductions.  The County will not give Offerors any tax advice.  It is recommended that Offerors speak with their tax advisers and/or the State of California for guidance. Franchise Tax Board Websites:

https://www.ftb.ca.gov
https://www.ftb.ca.gov/forms/Search/Home/FormRequest/1619
https://www.ftb.ca.gov/forms/search/

If selected for award, the Offeror is to submit forms to the Auditor & Controller via fax at (858) 694-2060 or mail originals to: County of San Diego, 5530 Overland Avenue, Suite 410, San Diego, CA 92123.  The P.O. Number or Contract Number (if available) and "California Revenue and Taxation Code Section 18662" must appear on fax cover sheet and/or the outside of the mailing envelope.

## 16. W-9 FORM

If selected for award, the Offeror must complete and submit a W-9 form if a current form is not on file with the County.

(Remainder of this page left blank)

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY

## EVALUATION CRITERIA

**Proposal Evaluation Criteria**

The evaluation criteria listed below are in descending order of importance and will be considered in the evaluation of the Offeror's written and oral proposals accordingly. Proposals shall give clear, concise information in sufficient detail and in the order presented below to allow an evaluation based on these requirements. Although some of the elements listed below will be weighted more heavily than others, all requirements are considered necessary for evaluation. The Required Objectives are the minimum requirements for eligibility (mandatory minimums), failure to satisfy these mandatory minimum requirements will be considered disqualifying, and the proposal will not be considered for award.

**EVALUATION CRITERIA**
Section 1     Minimum Requirements -Pass/Fail
Section 2     Program/Technical Proposal
Section 3     Price
Section 4     Experience/Qualifications and Personnel
Section 5     Terms and Conditions

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
SUBMITTAL ITEMS

Proposals should give clear, concise information in sufficient detail and in the order presented below to allow for a comprehensive evaluation. The County shall have the discretion, but not the obligation, to construe any submission as non-conforming and ineligible for consideration if it does not conform to the Submittal Requirements described by these Submittal Items.   The County shall also have the discretion to waive any irregularities or variances from these Submittal Items and/or seek Clarification.

## 1.   SECTION 1 - MINIMUM REQUIREMENTS

**OFFERORS SHALL PROVIDE AN ANSWER TO ALL QUESTIONS IN THIS SECTION.  IF ANY OFFEROR IS UNABLE TO ANSWER YES TO ANY OF THE SPECIFIED YES OR NO QUESTIONS WITHIN THIS SECTION, THEY WILL NOT BE ELIGIBLE TO PARTICIPATE IN THIS RFP.**

1.1.    Confirm that your company can assist the county in obtaining National Commission on Correctional Health Care (NCCHC) accreditation for the County of San Diego
☐YES  ☐ NO

1.2.    Confirm that your company can provide medical, mental health, dental and specialty care services as outlined in the Statement of Objectives
☐YES  ☐ NO

1.3.    Confirm that your company can provide on-site physician services including mid-levels.
☐YES  ☐ NO

1.4.    Confirm that your company can provide on-site psychiatric services, including psychiatrists, psychologists, psych techs, psych nurses' practitioners and licensed clinical social workers.
☐YES  ☐ NO

1.5.    Confirm that your company can provide on-site dental care including dental hygienists.
☐YES  ☐ NO

1.6.    Confirm that your company can provide specialty medical services.
☐YES  ☐ NO

1.7.    Confirm that your company can provide both onsite and offsite ophthalmology services.
☐YES  ☐ NO

1.8.    Confirm that your company can provide women's health services including OB/GYN.
☐YES  ☐ NO

1.9.    Confirm that your company can provide dialysis services in Sheriff's Facilities.
☐YES  ☐ NO

1.10.    Confirm your company can provide all pharmacy services.
☐YES  ☐ NO

1.11.    Confirm that your company can provide on-site clinical and forensic X-Ray services.
☐YES  ☐ NO

1.12.    Confirm that your company can provide ultrasounds Services.
☐YES  ☐ NO

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
SUBMITTAL ITEMS

1.13.    Confirm that your company can provide phlebotomy services.
☐YES  ☐ NO

1.14.    Confirm that your company can provide Jail Based Competency Treatment to inmates deemed incompetent to stand trial.
☐YES  ☐ NO

1.15.    Confirm that your company can provide Administrative Services including but not limited to acting as a fiscal intermediary, processing inmate eligibility for Medi-Cal and other programs, claims and invoice processing, case management and utilization review.
☐YES  ☐ NO

1.16.    Confirm that your company can provide both on-stie and off-site office support staff to support the contractors operation as needed.
☐YES  ☐ NO

1.17.    Confirm your company has at least five (5) years providing all the services in this section
☐YES☐ NO

1.18.    Confirm that your company will utilize the Sheriff's Department existing electronic health records system NaphCare's TechCare and that you have at least five (5) years' experience in administering and using electronic health care records systems.
☐YES  ☐ NO

## 2.  SECTION 2 – PROGRAM / TECHNICAL AND APPROACH
### 2.1.  Understanding the Statement of Objectives
2.1.1. Offerors shall provide a statement describing the Statement of Objectives (SOO) as you understand it and describe the approach, means, methods and procedures to be employed to gather the data, analyze findings and develop recommendation as requested.

2.1.2. Offeror shall describe in detail how your company will provide comprehensive health, services, equipment, and training required on each item in the Statement of Objectives. Be specific to SOO paragraph. Descriptions should be in the same sequential order corresponding with how each work component is listed in the Statement of Objectives; label each description with the appropriate paragraph number from the Statement of Objectives.

### 2.2.  Staffing Plan
2.2.1. The Offeror shall submit a detailed staffing schedule showing how coverage will be provided for all required positions.  This schedule shall include both contractor and County staff.  The schedule shall be by facility and shall show all required shifts, hours they are working and what position will be assigned to them.  The Schedule shall also include all administrative staff.

2.2.2. The Offeror shall explain how they will cover absences by their staff.

### 2.3.  Training
2.3.1. Offeror shall provide a catalog of training courses, including web-based, on-site (hands-on with equipment such as computers, mobile devices, etc.), and train-the-trainer available.

2.3.2. The Offeror shall indicate how they plan on providing training to county employees

2.3.3. Offeror shall provide a detailed plan on how they will ensure their staff obtain all required training and maintain their license.

## 2.4. Project Implementation Plan

2.4.1. The Offeror shall provide a project implementation plan that shall include start and end dates for each phase, milestone, deliverable, timeframe, and detailed task.

## 2.5. Business Continuity and Disaster Recovery Plan

2.5.1. Offerors shall provide your organizations contingency plan and/or business continuity plan for unexpected events. Unexpected events can include, but are not limited to, natural disasters, emergencies, riots, or employee job actions.

## 3. SECTION 3 – PRICING

3.1. See Attachment B – Pricing

## 4. SECTION 4 - EXPERIENCE/QUALIFICATIONS AND PERSONNEL

4.1. The proposal will be evaluated as to its completeness and clarity in demonstrating the experience and technical competence of the Offeror and assigned personnel with providing similar services to the requirements outlined in the RFP. The breadth and depth of the Offeror's experience in the performance of comparable services will be evaluated with regard to stability and ability to support the commitments set forth in response to the RFP.

4.2. **Executive Summary** – Offeror shall provide a brief description of the Offeror's history including number of years providing Medical and Mental Health Services including the relevant standards adhered to and notable achievements.

4.2.1. List any and all additional names Offeror has operated under in the last ten (10) years.

4.2.2. List other public entity agreements including law enforcement agencies that your company has been awarded for Medical and Mental Health Services in the last five (5) years. Include dates of award and implementation, if applicable.

4.3. **References** - Offeror shall provide at least five (5) references for current customers (excluding County), from like sized agencies that you are providing comprehensive health care services to as proposed in your RFP response. Each reference should not exceed one (1) page and should include:

4.3.1. Reference name and type of business.

4.3.2. Reference address, telephone number and email address.

4.3.3. Information for a Public Safety contact person representing the reference (name, title, telephone number and email address). The reference contact person should be familiar with the Offeror and the Offeror's experience and performance.

4.3.4. Brief statement of the reference's relationship to the Offeror and the period of the relationship.

4.3.5. A summary of the project or work performed including:

    4.3.5.1.  Services Provided
    4.3.5.2.  Project schedule.
    4.3.5.3.  Actual timeline of completed project.
    4.3.5.4.  Quality of work completed.

The County will make reasonable attempts to contact any reference and the inability to contact a reference may be treated as an unfavorable reference for evaluation purposes. An unfavorable response is a response from a listed reference stating that they would not enlist the company to perform services again in the future, or comments provided that the County deems to be substantially negative or reflective of substandard service.

The County reserves the right to contact County departments or any other agency for which a company has previously performed under contract. The County also reserves the right to make its own inquiries to other sources for which services have been performed but are not listed. The County may, at its sole discretion, disqualify an offeror if responses are considered unfavorable.

4.4. **Other Government Agency Contracts** – List any relevant contracts for the same or similar type of services in size and scope. Information should include type of contracted services, length of contract, performance outcomes, and compliance issues.

4.5. **Management and Organizational Structure** - Offeror shall provide a project organizational chart, with proposed contractor and subcontractor staff that will be assigned to this project. In addition, provide a high-level narrative description of the project team organization, teams and roles, and a description of how contractor staff will integrate with County staff.

4.5.1. Offeror shall provide a short summary of your company's planned working relationship with the County with regard to providing the services, including the proposed lines of authority, communication, and responsibility within your proposed project group (including any subcontractors) and how it relates to your company's organizational structure. In this narrative, clearly document the Offeror's resource plan, denoting the percentage of time that each of the proposed staff (whether key role or not) will be on-site and dedicated to the project.

4.5.2. Narrative shall also include the location of performance of all services provided by the contractor and subcontractor(s).

4.5.3. Provide an overview of your project management process.

4.6. **Subcontractors** – If Offeror anticipates using the services of a subcontractor in fulfilling this contract, the county intends to deal with subcontractors only through the prime contractor who will be considered responsible to the County for meeting all contracted requirements.

4.6.1. If you do not intend to use subcontractors, please indicate Not Applicable (N/A) in your answer to this sub-section and provide a description explaining how services can be performed using in-house resources.

4.6.2. If using subcontractors or other organizational partnerships to meet specific program requirements through subcontracts or other formal or informal agreements (including volunteer services); provide the following information for each subcontractor/partnership:
4.6.2.1.     The subcontractor(s) or other organizational partner(s) name and address.
4.6.2.2.     A description of the specific programming requirements to be met by the subcontractor(s)/partner.
4.6.2.3.     Whether or not the subcontractor(s) or other organizational partnerships have committed to the contract or agreement.
4.6.2.4.     Description of the experience and qualifications of the subcontractor(s) or other organizational partnerships in meeting specific programming requirements. This should include resumes, references, County, State and/or other government contracts.
4.6.2.5.     Description of your performance monitoring procedures to ensure that performance standards and outcomes are achieved by each subcontractor or partner.

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
SUBMITTAL ITEMS

4.7. **Staff Resumes.** Offeror shall provide resumes for project management staffing. This shall include but is not limited to:

- Project Director
- Medical Director
- Nursing Manager
- Training Manager
- Security Manager
- Privacy Manager
- Key Subcontractor personnel
- Additional personnel assigned to this project

4.7.1. All resumes shall provide sufficient information to determine that the person is qualified for his/her assigned position, including history of relevant education and experience. **DO NOT include social security numbers or home addresses and phone numbers, etc**. Indicate for each, any positions that are yet to be filled.

4.8. **Fiscal Stability.** The Proposal shall provide the following financial information:
4.8.1. Offeror shall provide documentation to support your organization's financial stability and ability to maintain the program throughout the contract period. Documentation may include cash and/or credit reserves. In addition, provide the following information for the last three (3) fiscal years:
4.8.1.1.        Audited financial statements with the applicable notes;
4.8.1.1.1.        Independent Auditor's Report on Compliance and Internal Control over Financial Reporting based on an Audit of the Financial Statements in Accordance with Government Accounting Standards; and
4.8.1.1.2.        Independent Auditor's Statement of Findings and Questioned costs.

4.8.1.2.        If offeror has not had an audit conducted within the past three (3) fiscal years, offeror shall provide the following unaudited financial statements for the last three (3) fiscal years:
4.8.1.2.1.        Statement of Financial Position (Balance Sheet)
4.8.1.2.2.        Statement of Activities (Income Statement) and;
4.8.1.2.3.        Statement of Cash Flows

Submit documentation that demonstrates solvency standards and states your organization's intention to meet those standards throughout the contract period.

The County may at its sole discretion, disqualify a offeror if the requested financial information is not provided or is determined to fail to demonstrate sufficient reserves to maintain the contract.

4.9. **Litigation** – Offeror shall provide a letter from the Offeror's legal counsel concerning the status of lawsuits and pending litigation for the last calendar year. Offeror shall provide a description of all litigation and enforcement actions taking place in the past five (5) calendar years related to Offeror's performance (including, without limitation, lawsuits, mediations, contract disputes, regulatory actions) and their resolution. Offeror shall provide information regarding status, including resolutions and if any penalties, fines, contract terminations or other actions that were taken.

4.9.1. If there are none, state "None" in your submittal response.

The County may at its sole discretion, disqualify an Offeror if current or pending litigation is considered severe enough as to negatively impact the County, or the contractor's ability to maintain the contract.

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
SUBMITTAL ITEMS

5. **SECTION 5 – INSURANCE REQUIREMENTS AND AGREEMENT ACCEPTANCE**

5.1. Offeror shall submit a statement to indicate its acceptance or rejection of the insurance requirements, including insurance terms and the proposed agreement.

The Acceptance/Clause Exception(s) statements can be listed on the Table of Contents and submitted as an attachment to the technical proposal.

5.2. Offeror shall submit a statement to indicate its acceptance or rejection of the proposed Agreement. If you do not accept the terms of any clause as written, propose the specific language changes (deletions and insertions) that would make the term acceptable to your organization; if you need clarification, indicate specific wording that you find unclear, and why you consider it unclear. Statements that you find the contract/agreement "generally acceptable" or that you "reserve the right to negotiate particular Provisions," or that certain terms need "to be discussed" may be deemed non-conforming. If you intend to propose terms that are more favorable to the County than the terms of the contract, do so and propose the specific language changes that would make the terms more favorable. Submit a marked draft in electronic form indicating any changes to the contract.

The County may elect not to negotiate any exceptions taken as part of its pre-selection or post-selection process. Should you take exception(s) to the contract, you understand that the County may, as part of its evaluation process, conclude that exceptions are so numerous and/or material as to make Offeror's response to the solicitation unacceptable.

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY

## PROPOSAL COVER PAGE (PC-600)

| SUBMITTAL INFORMATION |
|---|
| Submit this Completed Form as the Cover Page of Your Proposal |

| DESCRIPTION | |
|---|---|
| Request for Proposals (RFP) 10827 | Sheriff's Department Consolidated Health Care Delivery |

| OFFEROR INFORMATION (TO BE COMPLETED BY OFFEROR) | |
|---|---|
| Please Type or Print Clearly | |
| **BUSINESS INFORMATION** | **REPRESENTATIVE AUTHORIZED TO SIGN OFFER** |
| Company/Organization Name | Authorized Representative Name |
| | Authorized Representative Title |
| Address | Authorized Representative Email Address |
| ( ) | ( ) |
| Telephone Number | Authorized Representative Telephone Number |
| Website Address | |
| ( ) | |
| Fax Number (optional) | Authorized Representative Mailing Address |
| | **AUTHORIZED POINT OF CONTACT (POC)** (if different from Authorized Representative) |
| | POC Name |
| | POC Title |
| | POC Email Address |
| | ( ) |
| | POC Telephone Number |
| County communications to Offeror regarding this RFP will be sent to the POC. If no POC is provided, such communications will be sent to the Authorized Representative. | POC Mailing Address |

| SIGNATURE |
|---|
| I certify under penalty of perjury under the laws of the State of California, that I am authorized to execute and submit this proposal on behalf of the Offeror listed above; that all of the RFP instructions and rules, exhibits, addenda, explanations, and any other information provided by the County, including but not limited to, the diligence material, has been reviewed, understood and complied with; and that all information in this submission is true, correct, and in compliance with the terms of the RFP. |

Authorized Representative Signature                    Date

PC 600 Form (PC-600p)   Rev. 03-16-2021

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY

County of San Diego
Department of Purchasing and Contracting
## REPRESENTATIONS AND CERTIFICATIONS

**The following representations and certifications are to be completed, signed and returned with the offer (the term "offer" includes a bid, proposal, quote, statement of qualifications, or any other submission to provide goods and/or services).**

1. **BUSINESS TYPE**
   ☐ For-profit    ☐ Non-profit    ☐ Government
2. **INTERLOCKING DIRECTORATE**
   In accordance with Board of Supervisors Policy A-79, if Offeror is a non-profit and will be subcontracting with a related for-profit entity where an interlocking directorate, management or ownership relationship exists, Offeror must list all such entity(ies) on an attached separate sheet, and authorization must be sought from Board of Supervisors. If Offeror is a non-profit and does not submit such a list, Offeror certifies it has not entered into a subcontract relationship with a related for-profit entity.
   **List Attached? Yes** ☐
3. **BUSINESS REPRESENTATION**
   Offeror represents as a part of this offer the following information regarding the ownership, operation, and control of its business:
   3.1.  Are you a local business with a physical address within the County of San Diego?    ☐ Yes ☐ No
   3.2.  Are you certified by the State of California as a:
         ☐ Disabled Veteran Business Enterprise(DVBE)
         Certification #: _____
         ☐ Small Business Enterprise (SBE)
         Certification #: _____
   3.3.  Are you certified by the U.S. Dept Of Veterans' Affairs as:
         ☐ Veteran Owned Small Business (VOSB)
         Certification # _____
         ☐ Service Disabled Veteran Owned Small Business (SDVOSB)
         Certification # _____
   3.4.  Estimated percentage of work in this offer to be performed or fulfilled locally (within the geographic boundaries of the County of San Diego):_____%
4. **DEBARMENT, SUSPENSION, AND RELATED MATTERS**
   4.1. Offeror certifies to the best of its knowledge that neither it nor any of its officers:
        4.1.1. Are presently debarred, suspended, declared ineligible, or voluntarily excluded from covered transactions by any state, local, or federal department or agency.
        4.1.2. Have within a three (3) year period preceding this agreement been convicted of or had a civil judgment rendered against them for commission of fraud or criminal offense in connection with obtaining, attempting to obtain, or performing a public (federal, state, or local) transaction or contract under a public transaction; violation of federal or state antitrust statutes; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property;
   4.2. Except as allowed for in Section 4.2.5, Offeror hereby certifies to the best of its knowledge that neither it nor any of its officers:
        4.2.1 Are presently indicted for or otherwise criminally or civilly charged by a government entity (federal, state, or local) with the commission of any of the offenses enumerated in paragraph 4.1.2 of this certification;
        4.2.2 Have within a three (3) year period preceding this agreement had one or more public transactions (federal, state or local) terminated for cause or default;

4.2.3 Are presently the target or subject of any investigation, accusation or charges by any federal, state or local agency or law enforcement, licensing, certification, ethics, or compliance body;
4.2.4 Are proposed for debarment by any state, local, or federal department or agency.
4.2.5 If Offeror is unable to certify Sections 4.2.1, 4.2.2, 4.2.3, or 4.2.4, it certifies that it has disclosed and attached to this Representations and Certifications the reason(s) it cannot do so. The disclosure must include the Section(s), specific relevant facts including dates, contracts, individuals involved, status of actions, and any other relevant information that prevent it from making the requested certification(s). The County reserves the right to disqualify an Offeror based upon information disclosed.
   **Disclosure Attached? Yes** ☐
5. **RELATED WORK**
   Offeror certifies to the best of its knowledge that, other than as disclosed in an attached separate sheet, it and its proposed subcontractors, agents, and consultants have not previously contracted with the County to perform work on or related to this project (e.g. preparing related studies or recommendations, components of the statement of work, or plans and specifications).
   **Disclosure Attached? Yes** ☐
6. **CURRENT COST OR PRICING**
   Offeror certifies to the best of its knowledge that cost and/or pricing data submitted with this offer, or specifically identified by reference if actual submission of the data is impracticable, are accurate, complete, and current as of the date signed below.
7. **INDEPENDENT PRICING**
   Offeror certifies that in relation to this offer:
   7.1. The prices in this offer have been arrived at independently, without consultation, communication, or agreement, for the purpose of restricting competition, as to any matter relating to such prices with other offerors, with any competitors, or with any County employee(s) or consultant(s) involved in this or related procurements;
   7.2. Unless otherwise required by law, the prices that have been quoted in this offer have not been knowingly disclosed by the Offeror and will not knowingly be disclosed by the Offeror prior to opening, in the case of a bid, or prior to award, in the case of a proposal, directly or indirectly to any other Offeror or to any competitor or with any County employee(s) or consultant(s) involved in this or related procurements; and
   7.3. No attempt has been made or will be made by the Offeror to induce any other person or firm to submit or not to submit an offer for the purpose of restricting competition.
8. **ADDITIONAL DISCLOSURES**
   Offeror shall report in writing to the County Department of Purchasing and Contracting within five business days of discovering or having any reason to suspect any change in status as certified in the preceding paragraphs. Upon County's request, Offeror shall provide additional information supporting Offeror's Representations and Certifications. Offeror's obligations under this Section 8 shall continue until Offeror is no longer under consideration for award of a contract, or until termination or expiration of any resulting contract(s).

### CERTIFICATION
The information furnished in Paragraphs 1 through 8 and in the accompanying offer is certified to be factual and correct as of the date submitted and this certification is made under penalty of perjury under the laws of the State of California.

Name:_____   Signature: _____

Title:_____   Date: _____

Company/Organization: _____

**SUBMIT THIS FORM AS DIRECTED IN THE REQUEST FOR SOLICITATION DOCUMENTS OR WITH THE OFFER**
Revised 05-02-17

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY

## NONDISCLOSURE INDEMNIFICATION AGREEMENT

IF OFFEROR SUBMITS EXHIBIT CONFIDENTIAL/PROPRIETARY, THE FOLLOWING NONDISCLOSURE INDEMNIFICATION AGREEMENT MUST BE COMPLETED, SIGNED AND RETURNED WITH THE OFFER

This indemnification agreement is made and entered into by and between the County of San Diego ("County") and Offeror Company/Organization Name: _____
("Offeror") with reference to the following facts:

WHEREAS the County may receive a request for disclosure of Offeror's submission under the California Public Records Act, Government Code Section 6250, et seq.; and

WHEREAS, Offeror has included in its submission an exhibit entitled "*EXHIBIT – CONFIDENTIAL/PROPRIETARY*" containing records that Offeror has determined to constitute trade secrets or other proprietary information exempt from disclosure under the California Public Records Act; and

WHEREAS the County requires defense and indemnity from Offeror for the County's ongoing non-disclosure of Offeror's *EXHIBIT-CONFIDENTIAL/PROPRIETARY*;

NOW, THEREFORE, for good and valuable consideration and the mutual promises contained herein, the parties agree to the following:

1.    The above recitals are incorporated herein by this reference.

2.    Except as otherwise provided herein, the County will not release Offeror's *EXHIBIT-CONFIDENTIAL/PROPRIETARY* based on Offeror's representation that the records contained therein are proprietary and exempt from disclosure under the California Public Records Act and/or are trade secrets as that term is defined in Government Code Section 6250, et seq. Notwithstanding the foregoing, however, the County may release Offeror's *EXHIBIT-CONFIDENTIAL/PROPRIETARY* in the event of any of the following:

    a.    Offeror fails to comply with the terms and conditions of this indemnification agreement; or
    b.    Offeror provides the County with written notice that some or all of the records may be released; or
    c.    A court of competent jurisdiction orders the County to release the records and the County has exhausted or waived its appeal rights.

3.    To the fullest extent allowed by law, the County shall not be liable for, and Offeror shall defend and indemnify County and its Board of Supervisors, officers, directors, employees and agents of County (collectively "County Parties"), against any and all claims, demands, liability, judgments, awards, fines, mechanics' liens or other liens, labor disputes, losses, damages, expenses, charges or costs of any kind or character, including attorneys' fees (whether incurred by County attorneys or attorneys employed by County) and court costs (hereinafter collectively referred to as "Claims"), related to Offeror's *EXHIBIT-CONFIDENTIAL/PROPRIETARY*.

4.    Offeror waives any and all claims in law or equity and hereby releases the County Parties from any and all claims, deductibles, self-insured retentions, demands, liability, judgments, awards, fines, mechanics' liens or other liens, labor disputes, losses, damages, expenses, charges or costs of any kind or character, including attorneys' fees and court costs, which arise out of or are in any way connected to Offeror's *EXHIBIT-CONFIDENTIAL/PROPRIETARY*.

| TO BE COMPLETED BY AN AUTHORIZED REPRESENTATIVE OF THE OFFEROR |
|---|
| Offeror Company/Organization Name: _____ |
| Authorized Representative Name: _____ |
| Authorized Representative Title: _____ |
| Signature: _____  Date: _____ |

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY

## DVB REQUIREMENTS AND FORMS

The County, as a matter of policy, encourages the participation of Disabled Veterans Businesses (DVB) through DVB Subcontractor Participation goals. County of San Diego, Board of Supervisors Policy B-39a Veteran Owned Business (VOB) and Disabled Veterans Business Enterprise (DVBE) Program is found at http://www.sdcounty.ca.gov/cob/policy/index.html#. The County DVB program recognizes the State of California DVBE certification, which may be found at http://www.dgs.ca.gov/PD and the federal SDVOSB certification, which may be found at https://www.va.gov/osdbu/verification/ .

For this solicitation:


Bidder/Offeror (Offeror) must meet or exceed a 3% DVB Subcontractor Participation goal or show a good faith effort to do so. Offeror must submit a DVB Subcontractor Participation Summary and DVB Subcontractor Participation Plan based on total pricing/payment schedule of its submittal. Only contractors that will perform a commercially useful function as defined by California Military and Veterans Code Section 999 or successor statute shall be used in the calculation of DVB Subcontractor Participation.

If the DVB Subcontractor Participation Plan does not show that Offeror has met or exceeded the 3% DVB Subcontractor Participation goal, Offeror must provide Documentation of a Good Faith Effort. Offerors are encouraged to submit the Documentation of Good Faith Effort even if they have met or exceeded the 3% DVB Subcontractor Participation goal in the event that all or part of the DVB Subcontractor Participation Plan is determined to be ineligible. County reserves the right to request a Documentation of Good Faith Effort from any Offeror regardless of utilization calculated on the DVB Subcontractor Participation Plan. Offeror's failure to provide adequate evidence of meeting or exceeding the 3% DVB Subcontractor Participation goal or adequate evidence of showing a good effort to do so, either in submitting this DVB form or if the County makes a subsequent request for evidence, may be grounds for disqualification from Contract award.

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY

## DVB SUBCONTRACTOR PARTICIPATION SUMMARY

This DVB Subcontractor Participation Summary is required to document Bidder's/Offeror's (Offeror) compliance with the DVB participation goals set forth in Board Policy B-39a.

| All Offerors must complete this section |
| --- |
| Offeror: |
| Offeror's Representative: |

| Exemptions (complete only if Offeror qualifies for one of the exemptions below) |
| --- |
| Offeror is exempt from DVB Subcontractor Participation Requirements in accordance with Board Policy B-39a because Offeror is a: |

- ☐ Government agency
- ☐ Nonprofit organization
- ☐ Small Business Enterprise (SBE), pursuant to Board Policy B-53
  State of California small/micro business certification #: _____
- ☐ Veteran Owned Business (VOB), pursuant to Board Policy B-39a

  VOB status due to certification as a:
  - ☐ DVBE - State of California certification #: _____
  - ☐ VOSB - U.S. VA certification #: _____
  - ☐ SDVOSB - U.S. VA certification #: _____

| DVB Compliance (complete if Offeror claimed no exemption above) |
| --- |

- ☐ Offeror will self-perform 100% of the services.
- ☐ Complete and attach DVB Subcontractor Participation Plan
- ☐ Complete and attach Documentation of Good Faith Effort (Optional if Offeror has met or exceeded the 3% DVB Subcontractor Participation goal)

Offeror must provide additional supporting documentation upon request.

**THIS FORM SHALL BE SUBMITTED WITH PROPOSAL ON THE DUE DATE**

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY

## DVB SUBCONTRACTOR PARTICIPATION PLAN

Offeror: _____    Offeror Representative: _____

Project Title: _____

| ITEM NO. | DESCRIPTION OF WORK, SERVICE OR MATERIAL | NAME, ADDRESS, TELEPHONE NUMBER, CERTIFICATION, AND CERTIFICATION NUMBER OF DVB TO BE USED | | DOLLAR AMOUNT TO BE PAID THIS DVB |
|---|---|---|---|---|
| | | Name: | | |
| | | Address: | | |
| | | Telephone #: | | |
| | | Certification: | Certification #: | |
| | | Name: | | |
| | | Address: | | |
| | | Telephone #: | | |
| | | Certification: | Certification #: | |
| | | Name: | | |
| | | Address: | | |
| | | Telephone #: | | |
| | | Certification: | Certification #: | |
| | | Name: | | |
| | | Address: | | |
| | | Telephone #: | | |
| | | Certification: | Certification #: | |
| | | Name: | | |
| | | Address: | | |
| | | Telephone #: | | |
| | | Certification: | Certification #: | |

TOTAL AMOUNT TO CERTIFIED DVB   $

Use additional sheets if necessary.  Compute utilization on last sheet.

Sheet _____ of _____ (complete if submitting more than one sheet)

| COMPUTATION OF UTILIZATION AND COMPARISON WITH THE SUBCONTRACTOR PARTICIPATION GOAL | |
|---|---|
| <u>Total Amount to Certified DVB</u>   x 100  =  Percent of Utilization<br>Total Bid/Proposal | Goal = 3% |
| _____   x   100   =_____% | Submit Documentation of Good Faith Effort if goal is not met. |

## THIS FORM SHALL BE SUBMITTED WITH PROPOSAL ON THE DUE DATE

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY

## DOCUMENTATION OF GOOD FAITH EFFORT- Page 1 of 2

**A.**    **List potential DVBs** that the Offeror <u>solicited</u> for participation in this contract along with dates. Use additional sheets if necessary.

|  | Certified DVB Firm | Certificate (DVBE/SDVOSB) | Date of Contact (Mail, Fax, Telephone, etc.) | Responded (Yes/No) |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |

Sheet _____ of _____ (complete if submitting more than one sheet)

**B.**    <u>**DVB Solicitations**</u>

Solicitation Sample:
Offeror must attach a sample of the solicitation sent to certified DVB firms. If phone contact was made, document conversation:  date, time, contact person, and business opportunities discussed.

## THIS FORM SHALL BE SUBMITTED WITH PROPOSAL ON THE DUE DATE

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY

**DOCUMENTATION OF GOOD FAITH EFFORT- Page 2 of 2**

Identification of: (1) All DVBs that submitted bids/proposals, (2) The qualifying certification (DVBE or SDVOSB), (3) Nature of work/supplies/services offered that are not accepted, (4) Dollar amounts of the DVBs bids/proposals not accepted, (5) Subcontractors and/or suppliers that will be used instead of the DVBs, (6) Dollar amounts of these subcontractors and/or suppliers' bids/proposals, and (7) The reason for the bidder/offeror not accepting the DVB's bid/proposal. Use additional sheets if necessary.

| Name of DVB (1) | Certification (DVBE/SDVOSB) (2) | Nature of Work (3) | DVB Bids/Offer($) (4) | Subcontractor/ Supplier to be used (5) | Bid/Proposal Amount Accepted (6) | Reason Not Accepted (7) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet _____ of _____ (complete if submitting more than one sheet)

**THIS FORM SHALL BE SUBMITTED WITH PROPOSAL ON THE DUE DATE**

Case 3:20-cv-00406-AJB-DDL    Document 835    Filed 06/01/22   PageID.5461    Page
123 of 188

## 1. BACKGROUND

The San Diego Sheriff's Department (SDSD) Detention Services Bureau (DSB) Medical Services Division (MSD) currently provides comprehensive primary and specialty health care services, oral care services, mental health services, and related ancillary services to inmates at various detention facilities throughout the County. Hospital services and additional ancillary services are also utilized for the inmates when services or treatment cannot be provided within the detention facility. For the purposes of this solicitation, Inmates are defined as individuals who are booked and in the custody of the SDSD or have been arrested by the SDSD and awaiting booking.

Currently, SDSD utilizes a hybrid model of care consisting of SDSD employees and multiple contracted services. SDSD intends to enhance this model by contracting with a single contractor for services identified in this Request for Proposal. The overarching goal is to provide for a robust, comprehensive, and integrated health care delivery system in the best interest of patient care. It is the intent of SDSD to preserve all current and future SDSD staff positions as described in Attachment A-1 thereby maintaining a hybrid model.

To best understand an Offeror's proposal, it is important that each Offeror describe how Contractor management and staff and SDSD management and staff will work together to accomplish the delivery of high-quality health care and work together to manage daily operations and staff accountability. The SDSD management is responsible to ensure all County of San Diego, SDSD, Civil Service, and Service Employee's International Union (SEIU), rules, regulations, and agreements are followed as they relate to current County employees.

SDSD intends to seek accreditation from the National Commission on Correctional Health Care (NCCHC) for all our detention facilities. The primary contractor would be required to meet all NCCHC requirements in the delivery of healthcare services and collaborate with SDSD in obtaining and maintaining NCCHC accreditation.
SDSD is responsible for providing medical staffing and services at all detention facilities located throughout the County. These facilities are:

> San Diego Central Jail (SDCJ) (Booking Facility)**
> 1173 Front Street
> San Diego, CA 92101
>
> Las Colinas Detention and Reentry Facility (LCDRF) (Booking Facility)**
> 451 Riverview Parkway
> Santee, CA 92071
>
> George Bailey Detention Facility (GBDF)
> 446 Alta Road, Suite 5300
> San Diego, CA 92158
>
> East Mesa Reentry Facility (EMRF)
> 446 Alta Road, Suite 5200
> San Diego, CA 92158
> Facility 8 (FAC8)
> 446 Alta Road, Suite 5400
> San Diego, CA 92158
>
> Rock Mountain Detention Facility (RMDF) (new facility, not opened as of this writing)[1]
> 446 Alta Road, Suite 5400
> San Diego, CA 92158

---

[1] It is expected the RMDF will become operational in the spring of 2022. Once fully operational RMDF will absorb Facility 8 and will have a total population capacity of 1,348. Contractor shall furnish all necessary health care related equipment for RMDF to meet the requirements of any final service contract.

South Bay Detention Facility (SBDF)
500 Third Avenue
Chula Vista, CA 91910

Vista Detention Facility (VDF) (Booking Facility)
325 South Melrose Drive, Suite 200
Vista, CA 92081

**These facilities both contain Lanterman-Petris-Short Act (LPS) units. These are referred to as the Psychiatric Stabilization Units (PSU and WPSU) in this document.

All reference material and supporting documentation explicitly or implicitly referenced in this document can be found in the online document library.

2. PROGRAM REQUIREMENTS

2.1 Offeror shall describe how it would provide comprehensive health care services for inmates at the facilities listed above. These services shall follow NCCHC accreditation standards and all applicable laws and regulations. The list of services is subject to change with new or amended laws or regulations, changes in the NCCHC accreditation standards, or adoption of new best practices in the health care field. Each section shall clearly describe if offeror will be the prime provider of services or if it plans to sub-contract for services. Descriptions of the manner in which health care services will be delivered shall include descriptions of how SDSD staff will be utilized, and Offeror shall not propose to replace any existing staff.

   2.1.1 All contracted, subcontracted, and volunteer staff are required to go through a SDSD background check at the Contractor's expense (e.g., any related travel and incidental costs). *SDSD does not charge for background checks, which typically take a minimum of fourteen days to complete.*

2.2 The scope of health services includes meeting all compliance indicators for NCCHC accreditation and requirements detailed below:

   2.2.1 Offeror shall describe a receiving, screening and assessment process as defined in the NCCHC standards. This process shall include but is not limited to:
   - Comprehensive medical and mental health screening
   - Identification and treatment of urgent or emergent care needs
   - Identification and treatment of inmates with substance use disorders
   - Identification of acute and chronic care needs
   - Identification of serious mental illness
   - Identification and management of infectious processes, and the assessment and treatment of contagious diseases.
   - Evaluation of suicidal ideation
   - Radiological screening for evidence of tuberculosis
   - Follow-up for clinically indicated treatments, prescriptions, or receipt of medical records.

   2.2.2 Offeror shall describe a process for initial and ongoing health assessments by qualified health care professionals as defined in the NCCHC standards. This process shall include but is not limited to:

   - The collection of pertinent health data to complete medical, oral care and mental health assessments
   - A comprehensive physical examination as defined in the Glossary
   - A comprehensive oral care examination as defined in the Glossary

Case 3:20-cv-00406-AJB-DDL   Document 536-1   Filed 06/01/22   PageID.5463   Page
125 of 188

- Gender and age appropriate preventative care services as clinically indicated
- A description of the intervals between health assessments per NCCHC standards

2.2.3   Offeror shall describe a transfer screening process for inmates who are either moved internally or transferred outside of the SDSD facilities. Such a process should ensure the safe, effective implementation of infection control measures and provide continuity of health services. Offeror shall describe how it will ensure a review of all inmate's health records is conducted prior to transfer to coordinate medication distribution and continuity of care.

2.2.4   Offeror shall describe how it would accomplish a system of discharge planning per the NCCHC standard.

2.2.5   The SDSD utilizes inmates in specified inmate worker jobs in the detention system. Offeror shall describe how it would conduct a health care screening for inmate worker candidates which shall include a medical history and screening assessment, health questionnaire, vaccination review, screening for infectious disease, mental health review and medication review.

2.2.6   The Offeror shall describe how it would provide and document vaccinations in coordination with County protocols and procedures of the County Public Health Officer. The current program is managed through the County Public Health Immunization Department which requires additional tracking, weekly temperature monitoring of all medical refrigerators storing vaccines, and the registering of each patient in the San Diego Immunization Registry. The current program has been adapted for response to the COVID-19 pandemic and is subject to changes based on new vaccination protocols.

2.2.7   Offeror shall describe how it will provide mental health screening, care, and related services as defined in the NCCHC standards and SDSD policy. Mental health screening is performed to ensure urgent mental health needs are met. Mental health screening will be performed as soon as possible from the time of intake but no later than 14 days after intake. Mental Health screening may be conducted by qualified mental health professionals or qualified health care professionals.

2.2.8   SDSD operates two Lanterman-Petris-Short Act (LPS) units referred to as Psychiatric Stabilization Units (PSU and WPSU). These units are located at SDCJ (PSU) for males and LCDRF (WPSU) for females. These units operate as LPS units compliant with all the legal and operational requirements. San Diego County does not currently bill Medicaid for the LPS units. Offeror shall describe how it would continue services for this population in accordance with all applicable laws and regulations, including participating in administrative and court hearings.

2.2.9   SDSD currently contracts with a vendor for Jail Based Competency Treatment (JBCT) services. The SDSD has an agreement with the California Department of State Hospitals to provide up to 30 beds to provide these services to inmates in SDSD custody. The average daily census is 28.5. Currently, SDSD is responsible for all off site medical costs. If a contract is awarded, the successful contractor would be responsible. The offeror shall propose a comprehensive JBCT program to work in collaboration with the Department of State Hospitals (DSH) and SDSD on competency and restoration services. Services must include competency restoration, assessment and evaluation, individualized treatment plans, psychiatric evaluation and treatment, psychotropic medication monitoring, psychological services, discharge and re-entry planning, and peer support.

2.2.10   Offeror shall describe how it would provide oral care services for the inmate population. Contractor shall provide oral care services based on patient need. Oral hygiene instruction and preventive oral education shall be given by dentists, dental hygienists or health care providers trained by a dentist.

2.2.11   Offeror shall describe their chronic care program. Inmates with chronic diseases shall be identified and treated accordingly. For purposes of this solicitation, special needs are those with health conditions that require development of an individualized treatment plan. Providers will follow Clinical Practice Guidelines, as defined in the Glossary, to ensure all recommended treatment and care is provided.

2.2.12   Offeror shall describe how they would implement a comprehensive substance use disorder management program. Such a program should include but not be limited to: (1) a medically supervised withdrawal and treatment program; (2) Medication assisted treatment processes; (3) Substance counseling/therapy; (4) Community collaboration and integration.

2.2.12.1   Offeror shall describe their medically supervised withdrawal and treatment program. Contractor shall ensure inmates who are intoxicated or undergoing withdrawal are managed and treated as clinically indicated. This includes but is not limited to alcohol, opioid, and benzodiazepines. This includes protocols and treatments managed by a physician or other medical professional trained in withdrawal treatment. Inmates should receive evidence-based care during confinement and linked to care upon release as described in NCCHC Standards for discharge planning.

2.2.12.2   Offeror shall describe how it would implement an integrated Medication Assisted Treatment (MAT) program. Offeror shall describe a MAT program that will include but not be limited to:

2.2.12.2.1   Induction - upon request of inmate, or identification of condition

2.2.12.2.2   Maintenance - sustainment from community providers, as well as continuity of care during incarceration.

2.2.12.2.3   Discharge planning – integrated coordination with community resources for continuity of care.

2.2.13   Offeror shall describe how it would implement a program for women's health. This should include but is not limited to preventative services, contraception, gynecologic care and management.

2.2.14   Offeror shall describe how it would implement a program for both on/off-site obstetric care and services. Such a program should be comprehensive (prenatal through postpartum) and shall include provisions for community specialty care and maternal delivery at a community medical facility.

2.2.15   Offeror shall describe how it would manage hospital level care as needed. Hospital care includes but is not limited to concurrent review, utilization review and discharge planning as defined in the Glossary.

2.2.16   Offeror shall describe how it would facilitate access to emergency department (ED) services for inmates requiring these services.

2.2.17   Offeror shall describe how it would procure and utilize a secure locked hospital/ward section specifically for inpatient hospitalization of inmates, with sufficient capacity for all inmates requiring hospitalization. This shall include procedures for transfer of inmate patients from non-secure hospital beds to contracted secure hospital bed.

2.2.18   Offeror shall describe how it would manage an on-site and off-site specialty care services program. Specialty care services refers to specialist-provided health care as defined in the Glossary. This should include telemedicine options as well as off-site consultations.

Case 3:20-cv-00406-AJB-DDL   Document 854-1   Filed 05/01/24   PageID.5464   Page 126 of 188

2.2.19  Offeror shall describe how it would manage emergency care. Contractor shall maintain and provide procedures for handling medical emergencies within the detention facilities. Emergency care would be provided by appropriately trained clinical staff. Staff are expected to respond in a clinically indicated manner. Contractor staff shall also respond immediately to medical emergencies involving SDSD employees or visitors within the detention facilities.

2.2.20  Offeror shall describe how it would provide rehabilitative services, long term care/assisted living support or hospice care as defined in the Glossary.

2.2.21  Offeror shall describe how it would ensure health education in all aspects of patient care and treatment. This should include health counseling and education on condition, findings, treatment plan, and potential outcomes of compliance vs. non-compliance with recommended course of action given by providers. This includes discharge planning as described in NCCHC Standards.

2.2.22  Offeror shall describe how it would implement an infectious disease prevention and control program as required by Title 15, NCCHC Standards, and SDSD policy. This should include but not be limited to a comprehensive institutional program of surveillance (active and passive), prevention, contact investigation, epidemiological assessment, management of communicable diseases, and consultation and collaboration with the local health department.

2.2.23  Offeror shall describe how it would implement and manage a Continuous Quality Improvement (CQI) program in collaboration with the SDSD. Contractor shall, at a minimum, establish and maintain a CQI department which monitors provider performance metrics, clinical efficiency evaluations and provides ongoing monitoring of administrative and health care delivery programs in the facility. A committee shall be established that meets to discuss various topics related to the improvement of care delivery. This committee shall meet monthly and the SDSD Chief Medical Officer will be the chairperson of the committee. Additional SDSD staff shall be part of this committee including but not limited to the SDSD Director of Mental Health and SDSD Director of Nursing. The Offeror shall at a minimum make their Medical Director and mental health representative part of this committee. Findings from this committee shall be reported to SDSD management following each meeting.

2.2.24  Offeror shall describe how it would ensure quality performance through a peer review process, random chart checks, and the utilization of the Focused Professional Practice Evaluation (FPPE) and the Ongoing Professional Practice Evaluation (OPPE).

2.2.25  Offeror shall describe how it would provide means of verifying/ensuring health services provider's competency and ongoing compliance with established policy and procedure in keeping with community standards. This shall include hands on and knowledge-based competency testing.

2.2.26  Offeror shall describe how it would work in collaboration with the SDSD to develop and implement key metrics and performance indicators. These key metrics and performance indicators shall include all health care related items required by this statement of objectives. Examples include but are not limited to:

- Timeliness of care
- Triage response time
- Specialty referral response time
- Chronic care management
- Preventative care
- Grievance types and response types
- Suicide and self-harm
- Behavioral health

Case 3:20-cv-00406-AJB-DDL   Document 380   Filed 06/01/22   PageID.5466   Page
128 of 188

- ED send outs
- Medication errors
- Infectious disease
- Health care compliance

2.2.27   Offeror shall describe how it would provide on-site medication administration and manage comprehensive pharmaceutical operations. Contractor pharmaceutical operations shall include but are not limited to:

2.2.27.1 Providing and timely filling of prescription for inmates in SDSD custody of solid medications in blister-pack packaging, as well as liquid, and intravenous and injectable medications that include the necessary fluids and equipment for intravenous therapy.

2.2.27.2 Twenty-four (24) hour-a-day consultative services by a licensed pharmacist.

2.2.27.3 Accurate documentation and reporting pursuant to all current and new regulations pertaining to handling of all pharmaceuticals (e.g. procurement, dispensing, packaging/repackaging, return/disposals, chain of custody) as well as the operational deployment (prescribing/ordering/administering) of medications/pharmaceuticals.

2.2.27.4 Providing all necessary equipment, supplies, medication, and labor toward fulfillment of the services, pharmaceuticals, and other durable medical goods requirements.

2.2.27.5 Collaborate with SDSD Chief Medical Officer (CMO) for program design.

2.2.27.6 Conduct daily medication inventory (to include stock, controlled and med carts).

2.2.27.7 Medication distribution at all sites in accordance with approved distribution schedules (e.g. 0800 hours and 2000 hours for BID dosing) or as otherwise prescribed by a licensed, credentialed health care provider. Distribution can be conducted by SDSD Staff.

2.2.27.8 Accurate documentation and reporting pursuant to all current and new regulations pertaining to handling of all controlled substances and pharmaceuticals associated with the treatment/management of substance use disorders (e.g. MAT). Vendor will be responsible for the procurement, dispensing, packaging/repackaging, return/disposals, licensing, and the chain of custody associated with these products.

2.2.27.9 Bridging medications (providing means of transitioning from stock medications to patient specific medications).

2.2.27.10      Continuity of care services - vendor will demonstrate a means of identifying/verifying and restarting patient specific community prescribed medications. Validated medications need to be restarted within 48 hours.

2.2.27.11      Vendor will collaborate with SDSD CMO with establishing and maintaining a self-dosed ('Keep on Person') medication program. SDSD currently utilizes a KOP program limited to Tylenol, Motrin, Hydrocortisone cream, and A&D ointment.

2.2.27.12      Conform to applicable state and federal regulations regarding prescribing, dispensing, administering, procuring, and disposing of pharmaceuticals.

2.2.28   Offeror shall describe how it would provide and utilize diagnostic services when clinically indicated and ordered by a provider. This should include the provision of all necessary on-site and off-site diagnostic services for patient care and make provisions for the interpretation and

Case 3:20-cv-06298-AJB-DDL   Document 5-6   Filed 06/01/12   PageID.5467   Page
129 of 188

support of imaging studies and lab support. This would include staff training for Point of Care Testing (POCT) as defined in the Glossary.

2.2.29   Offeror shall identify personnel, and describe their duties, who will work collaboratively with sworn personnel in implementing the plan of care safely, timely and consistent with security regulations described in SDSD policy.

2.2.30   Offeror shall describe how it would provide an immunization program. Vaccinations would be offered and provided as clinically indicated in compliance with the Center for Disease Control (CDC) immunization schedule guidelines. SDSD infection control nurse is responsible for this program currently.

2.2.31   Offeror shall describe how it would operate and manage onsite face-to-face health care clinics. This shall include SDSD nursing clinics and provider clinics.

2.2.32   Offeror shall describe how it would operate and manage a comprehensive mental health delivery system. This should include, but not be limited to, utilizing County Mental Health Clinicians and Contractor psychologists to perform on site face-to-face mental health clinics, as well as psychiatry clinics.

2.2.33   Offeror shall describe a comprehensive vision services program. This should include a comprehensive eye examination at the initial health assessment and annual physical examination. Diagnostic and therapeutic plans for each problem area would be developed and patient referred to specialty care services as clinically indicated.

2.3   Offeror shall describe how it would identify and provide services for patients with disabilities as defined by the Americans with Disabilities Act (ADA). This would include processes for the administration, issuance and use of durable medical equipment.

2.4   Contractor shall be required to respond to all ADA requests from the California Department of Corrections and Rehabilitation and attorneys representing ADA complainants. Contractor shall respond to patient and family requests as necessary.

2.5   Offeror shall describe how it would provide access to medical and mental health care 24 hours per day, seven (7) days per week at all facilities. This will include the use of SDSD staff.

2.6   Offeror shall describe how it would coordinate and communicate with designated SDSD employees to ensure cross-discipline collaboration, coordination, and integration. This may include case planning, training, facility operations, or any other operationally significant activity.

2.7   Offeror shall describe how it would provide unimpeded access to health care for inmates in the custody of the SDSD.

2.8   Offeror shall describe how it would be responsible for all costs associated with the provision of comprehensive health care except for SDSD staff salary, benefits, and overtime. This shall include information about procurement, maintenance, and replacement of health care equipment. Offeror shall describe their interest in assuming responsibility for current SDSD equipment and their interest in assuming any current contracts related to the delivery of health care services.

2.9   Contractor shall be financially responsible for all equipment or facility damage caused by their employees, subcontractors, or volunteers.

2.10   Offeror shall describe how it would provide quality, cost effective health care services to all inmate in custody of the SDSD.

2.11   Offeror shall coordinate with the SDSD regarding operational space needs, availability and limitations. The

SDSD has final authority for space needs.

2.12  The SDSD reserves the right to change the current location, configuration, and population of inmates at each facility utilized by SDSD. The offeror shall describe how it would collaborate and negotiate in good faith to address any operational changes impacted by SDSD changes.

2.13  Contractor shall be responsible for equipment and supplies needed to provide the services outlined in this Statement of Objectives at all facilities. This should include a description of how equipment will be maintained and calibrated at manufacturer recommended intervals. Computers, printers, copy machines, fax machines, or peripherals that connect to the SDSD network are EXCLUDED from this requirement. For infrastructure security reasons, these items will be supplied by the SDSD. Offeror shall describe how it would comply with this requirement.

2.14  Contractor shall ensure all software is 100% compatible with all current generation releases of the Operation System, Security Software, and Standard Computer Images within 90 days after the public release of the Operating System, Security Software and 90 days after the first release of any new Desktop Computer Image (including Operating System, Security Software and Standard Office Applications) produced by the SDSD Data Services Division for general release within the SDSD Infrastructure. SDSD data services have final authority regarding installation and use of software. Offeror shall describe how it would comply with this requirement.

2.15  Offeror shall describe how it would deal with unexpected situations and/or critical incidents. It is expected the Contractor shall immediately notify designated SDSD staff of any unusual or extraordinary health event at the SDSD facilities including but not limited to an inmate death, serious injury that may lead to death, or other serious health condition that might impact Contractor's staff or SDSD inmate(s).

2.16  Offeror shall describe how it would identify all inmates with health insurance coverage, including Medi-Cal using information provided by SDSD or information obtained in the intake process or health screening procedure.

2.17  Offeror shall describe how it would utilize private health insurance providers, including Health Maintenance Organizations (HMOs), when applicable for health services.

2.18  Offeror shall propose how it would operate and manage an Administrative Services Organization as a prime or through a subcontract for the SDSD Medical Services.

2.19  Offeror shall describe how it would perform the day-to-day administration of specific services related to each of the health service programs covered in this request including but not limited to the following:

- Acting as the fiscal intermediary for SDSD health care programs described in this request
- Administrating and managing of data collection and analysis
- Enrolling and eligibility verification
- Processing claims and finances
- Responding to complaints, grievance and appeals as required by law or SDSD policy
- Managing provider reimbursement funds
- Documenting service delivery and utilization
- Maintaining of provider networks to ensure network adequacy and access
- Providing utilization management

2.20  Offeror shall describe how it would address uninsured inmates. Current State Law allows the use of Medi-Cal for in-custody inmates admitted to hospitals for acute care services (in-patient), and for inmates in a detention facility awaiting adjudication previously eligible for Medi-Cal. The offeror shall describe how it would assist the County in ensuring that eligible in-patient hospital care is billed directly to the California Department of Health Care Services.

Case 3:20-cv-00406-AJB-DDL    Document 861-3    Filed 06/06/25    PageID.5469    Page
131 of 188

2.21 Offeror shall describe how it would provide Medi-Cal enrollment assistance for eligible inmates. Any assistance provided shall not lead to a conflict of interest regarding payments received for medical care or violate any local, State, or Federal law or regulation. SDSD does not currently bill for Medi-Cal.

2.22 The County participates in the Medi-Cal County Inmate Program (MCIP). Offeror shall describe how it would work with the SDSD regarding the Medi-Cal County Inmate Program (MCIP). This program provides federal Medicaid funds for eligible in-patient services. Under MCIP, Medi-Cal service providers are paid directly by the California Department of Health Care Services (DHCS) for eligible in-patient services and County reimburses DHCS for the nonfederal share of the MCIP costs as well as a proportionate share of the administrative costs of the program.

2.23 Contractor shall be responsible for health care waste disposal and associated costs. Offeror shall describe how it would meet the responsibility of gathering and containing all trash and garbage generated by the medical/oral care and mental health services program including biohazard waste. Medical/oral care and mental health waste shall be handled according to pertinent waste disposal regulations and contained in appropriate and labeled containers that are provided by Contractor. At times, sworn staff may deem items as biohazard waste and utilize Contractor's waste containers. Waste containers shall always be kept in a clean and satisfactory condition and emptied as often as necessary by Contractor to maintain sanitary conditions.

2.24 SDSD will provide for all trash removal to include medical and oral care waste.

2.25 Contractor shall be responsible for shredding services for documents containing protected health information (PHI).

   2.25.1 Paper-based PHI is to be rendered unreadable and beyond reconstruction via shredding (P4 cross-cut standard), burning, pulping, or pulverizing.

   2.25.2 Electronic PHI on electronic media is to be rendered unreadable by being overwritten, purged, or destroyed via disintegration, pulverization, melting, incineration, or shredding.

2.26 Offeror shall describe how it would be responsible for any relevant inspections, permit fees, and equipment calibration for health care clinic areas. This includes any environmental inspections. Offeror shall describe how it would remedy any unsatisfactory inspection findings.

2.27 Offeror shall comply with all applicable Federal, State, and local laws, regulations, policies, and procedure, including but not limited to:

   2.27.1 Title 15, California Code of Regulations, Minimum Standards for Inmate Facilities and Local Detention Facilities.[2]

   2.27.2 Sheriff's Medical Services Policies and Procedures

   2.27.3 California Penal Code

   2.27.4 California Welfare & Institutions Code

   2.27.5 California Government Code

   2.27.6 California Health & Safety Code

   2.27.7 Americans with Disabilities Act

   2.27.8 42 U.S.C. 1396a

---

[2] The SDSD is inspected periodically for Title 15 compliance. The coordination for these inspections occurs through the SDSD Division of Inspectional Services and will be coordinated with the Contractor.

Case 3:20-cv-00406-AJB-DDL   Document 755-1   Filed 06/01/22   PageID.5470   Page 132 of 188

2.27.9  HIPAA/HITECH Acts

2.28  Contractor shall be required to collaborate with SDSD to attain and National Commission on Correctional Health Care (NCCHC) accreditation and certification with twelve (12) months of full operational transition.

2.29  Contractor shall adopt and comply with the Prison Rape Elimination Act of 2003, 42 U.S.C. 15601 et seq. (PREA), any applicable PREA standards (including 28 C.F.R. 115 et seq.), and any related County ordinances or Sheriff's Department policies regarding PREA for preventing, detecting, monitoring, investigating and eradicating any form of sexual abuse.  Such PREA standards require that all volunteers, officers, employees, agents, and subcontractors who have contact with residents under this contract receive training pursuant to 28 C.F.R. 115.332.  Contractor shall provide Sheriff with documentation confirming that all volunteers, officers, employees, agents, and subcontractors understand the training they have received.  Contractor acknowledges that the County will monitor Contractor's compliance with PREA, any applicable PREA standards, and County ordinances or Sheriff's Department policies relating to sexual abuse, and may conduct announced and/or unannounced compliance monitoring to include "on-site" monitoring.  Failure to comply with PREA, including PREA Standards and County PREA policies, may result in termination of the contract.  Offeror shall describe how it would comply with this requirement.

2.30  The SDSD Chief Medical Officer, the SDSD Director of Mental Health, or the San Diego County Public Health Officer's determinations shall take precedence in any disputes concerning appropriate health care standards and/or provision of care.  This includes interpretation of applicable standards.

2.31  Offeror shall describe how it will implement a program to ensure compliance with all applicable laws and regulations, including but not limited to identifying who on their staff is responsible for legal compliance and how Offeror plans to stay updated on new legal requirements.

2.32  Electronic Health Record System (EHR):  The SDSD utilizes Naphcare's TechCare EHR.  Offeror shall describe how it would comply with the following requirements.

2.32.1  The Contractor is to work with the EHR system service provider as directed by SDSD.  SDSD currently utilizes Naphcare's TechCare.

2.32.2  The inmate's EHR shall be the single source of medical information about the inmate. The EHR system is the legal medical record and shall contain all elements of the designated record set.

2.32.3  Contractor shall document all patient care entries and patient related documentation into the EHR as required by SDSD policies and procedures, including the NCCHC Health Records Standard (J-A-08) and Title 15 (CCR § 1205.  Health Care Records).

2.32.4  Paper documents must be digitally scanned and stored in the EHR by ancillary staff upon receipt.

2.32.5  Contractor shall execute and adhere to the specific health information privacy provisions outlined in the Business Associate Agreement (BAA).  SDSD will represent the Covered Entity, and Contractor will represent the Business Associate in the BAA.

2.32.6  Contractor shall ensure the use, confidentiality, and access to protected health information by limiting access to role-specific permissions in the EHR.

2.32.7  Contractor shall address health care complaints and grievances in a timely manner and in accordance with SDSD policies and procedures; respective laws; and accreditation requirements. This may include responses to third party complainants, attorneys, or other government agencies.

2.32.8  Contractor shall document health care complaints and grievance responses/actions into TechCare and ensure designated SDSD staff are aware of all health care complaints and grievances.

2.32.9  Contractor shall develop procedures for documenting patient care in the event the EHR is

temporarily offline. These procedures shall include any after outage work that will be done to upload information into the EHR.

2.32.10 Any future EHR changes requested by Contractor shall be at the sole expense of the Contractor. SDSD has final approval of recommended changes. Contractor is also responsible for any work needed to connect Contractor's systems to the EHR.

2.32.11 This section does not preclude Offeror from recommending the use of other related auxiliary information management systems in compliance with Section 2.13 and 2.14 of this request and at the approval of SDSD.

2.33    Offeror shall describe how it would determine staffing required at each site in collaboration with designated SDSD staff and according to established administrative and operational task requirements, as well as health care needs based on individual facility requirements. SDSD reserves the right to alter or update task requirements as needed.

2.33.1    Contractor shall provide 24 hour/seven days a week coverage by licensed and/or certified health care professionals at all detention facilities, in accordance with the approved staffing schedule.

2.33.2    Contractor personnel shall be in good standing and maintain unencumbered licenses, certifications and registrations required by the State of California to perform services.

2.33.3    Contractor shall report any personnel or professional complaints to the SDSD designated COR immediately.

2.33.4    Contractor shall provide up to date copies of all professional licenses, certifications and/or registrations for SDSD review and filing.

2.33.5    Contractor shall ensure that their qualified personnel operate within the scope of their license(s), certification(s) and practice.

2.33.6    Contractor shall select a Medical Director who shall be responsible for the overall delivery of health care by Contractor staff or subcontractors at the facilities in accordance with Title 15 and NCCHC standards. The Medical Director shall be a physician as defined in the Glossary. This Medical Director will work in collaboration with the SDSD Chief Medical Officer.

2.33.7    Offeror shall describe the responsibility of the Medical Director with the following requirements addressed:

2.33.7.1 Available Monday-Friday during business hours (8:00am – 5:00pm)

2.33.7.2 Back up Medical Director when primary is unavailable

2.33.7.3 Responsible for the clinical conduct of Contractor employees

2.33.7.4 Responsible for ensuring the completion of all assigned clinics

2.33.7.5 After business hours contact

2.33.8    Contractor shall select a Mental Health Director who shall be responsible for the overall delivery of mental health care at the facilities in accordance with Title 15 and NCCHC standards. The Mental Health Director shall be a physician as defined in the Glossary. This Mental Health Director will work in collaboration with the SDSD Mental Health Director.

2.33.9    Offeror shall describe the responsibility of the Mental Health Director with the following requirements addressed:

Case 3:20-cv-00406-AJB-DDL    Document 936-13    filed 08/01/23    PageID.5472    Page

COUNTY OF SAN DIEGO — REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
135 of 188
ATTACHMENT A – STATEMENT OF OBJECTIVES

2.33.9.1 Available Monday-Friday during business hours (8:00am – 5:00pm)

2.33.9.2 Back up Mental Health Director when primary is unavailable

2.33.9.3 Responsible for the clinical conduct of Contractor employees

2.33.9.4 Responsible for ensuring the completion of all assigned clinics

2.33.9.5 After business hours contact

2.33.10 Offeror shall describe how it would deliver services in a culturally and linguistically appropriate manner that are reflective of the diverse population of San Diego County. Offeror shall describe how it would provide health care translation services at its expense to ensure quality health care for patients who do not speak English.

2.33.11 Contractor's licensed or certified health care professionals shall be responsible for clinical decisions and outcomes, within their scope of practice, relating to the health care and treatment of inmates/patient.

2.33.12 Offeror shall describe how contracted staff would be scheduled. Schedules shall be reviewed and approved by designated SDSD staff. Any changes to the approved staffing schedule shall be approved by designated SDSD staff. The schedule plan shall include a description of coverage to ensure uninterrupted health services for planned and unplanned leave of contract staff.

2.33.13 Contractor shall provide a list identifying all staff working specific assignments during specific time periods daily and at any time when requested by the SDSD.

2.33.14 The County of San Diego and the SDSD value diversity. The Offeror shall describe how it would ensure a diverse workforce reflective of the population of San Diego County.

2.34    Conduct of Contractor's Employees:

2.34.1 Contractor's employees shall always conduct themselves in a manner consistent with SDSD and County policy and procedure. Contractor's employees shall be courteous to the public, fellow employees and employees of the SDSD. Contractor's employees shall be tactful in the course of their duties, shall control their tempers, exercise patience and discretion even in the face of extreme provocation. Contractor's employees shall not use coarse, profane or violent language. Any breaches in conduct by Contractor's employees, as determined by SDSD staff, shall not be repeated by the offending employees. If the breach is serious enough or continues, access to the SDSD facility may be revoked by the SDSD.

2.34.2 Contractor's employees designated as requiring access to Criminal Offender Record Information (CORI) or California Law Enforcement Telecommunications System (CLETS) information shall successfully complete training in conformance with SDSD policy and all applicable laws and regulations.

2.34.3 Contractor's employees shall avoid social contacts with inmates, refrain from over-familiarity with inmates, and maintain professional distance from inmates. This includes social media platforms. If an inmate is personally known to Contractor's employee, notification to SDSD is required immediately.

2.34.4 Contractor's employees shall have no correspondence with inmates unless approved by designated SDSD staff. Approved correspondence shall be professionally written.

2.34.5 Contractor's employees shall have no unnecessary physical contact with inmates.

Case 3:20-cv-00406-AJB-DDL    Document 130    Filed 06/01/22    PageID.5473    Page
135 of 188

2.34.6   Contractor's employees shall immediately report improper inmate conduct to the SDSD staff.

2.34.7   At Contractor's sole expense, personnel shall be required to wear uniforms while on duty at all facilities.  Uniforms can be scrub type clothing for clinical personnel and professional attire for other personnel.  These uniforms should allow for the easy identification of said personnel.  Due to security concerns, uniforms should not be solid blue, solid green, solid white, or solid tan like SDSD inmate uniforms.  SDSD has final approval authority regarding uniforms.

2.34.8   The cost of clinical Personal Protective Equipment and protective clothing shall be the responsibility of the Contractor.

2.35   Operations Manual requirements:  Contractor shall collaborate with the SDSD in the development of a written operations manual that defines the extent to which health care shall be provided at each facility. This manual shall include at least the following.

2.35.1   Contractor shall participate in monthly SDSD Operations Manual committee meetings.  The SDSD CMO, SDSD Director of Mental Health, and SDSD Director of Nursing shall participate as part of the committee.

2.35.2   Contractor shall create an Operations Manual section to ensure retention of all business records produced.  These records shall be provided to the SDSD for retention in accordance with the County Record Retention Policy.

2.35.3   Contractor shall maintain all Operations Manuals, program manuals, reports and protocols required by accreditation standards set by NCCHC, Title 15 Guidelines, and the SDSD.  An Operations Manual will be provided for each facility which the Contractor shall review annually.

2.35.4   Contractor shall provide the designated SDSD staff with updated Operations Manual for all facility sites annually.

2.35.5   Health Education: Contractor's Medical Director, in cooperation with the SDSD Medical Services Division staff shall develop a written Operations Manual section to assure that age and gender appropriate health education and disease prevention programs are offered to inmates. The education program shall be updated as necessary to address current health priorities and meet the needs of the confined population.

2.35.6   Sick Call: Contractor shall develop and implement an Operations Manual section which provides access to daily sick call for all inmates seven days per week, at all facilities unless otherwise indicated by the SDSD.  Contractor shall describe the process for regularly retrieving and reviewing all sick call requests.  A face-to-face encounter shall be conducted by a qualified health care professional within 24 hours of receipt by health staff.  Provision shall be made to ensure that any inmate requesting medical attention be given such attention by licensed or certified health care personnel appropriate to address the inmate's health issue. Access to appropriate medical care shall always be unimpeded.

2.35.7   Contractor's Operations Manual shall make provision for allowing any competent adult to refuse in writing both emergency and non-emergency health care services.  For purposes of this section, a competent adult is an adult whose right to make health related decisions has not been removed or limited by statue or court order.

2.35.8   First Aid and Advanced Life Support: Contractor shall develop and implement an Operations Manual section to assure immediate access to first aid and advanced life support. This includes procedures to ensure timely inspection and upkeep of equipment.

2.35.9   Prostheses and Other Orthopedic Devices: Contractor shall develop and implement an Operations

---

Manual section approved by the SDSD to provide medically necessary splints, braces and prosthetics, including, but not limited to dentures, eyeglasses and hearing aids when medically indicated and ordered by Contractor's medical, oral care, and optometric personnel.

2.35.10 Pharmaceutical Management: Contractor shall develop and implement an Operations Manual section for pharmaceutical management, including, but not limited to secure storage, inventory management, controlled administration of all drugs, proper disposal, and clearly defined employee responsibilities including restricted access. Contractor shall provide maximum security for any DEA controlled substances, needles, syringes, and other items. Contractor shall manage pharmaceuticals in accordance with Title 15 and NCCHC Standards or recommendations.

2.35.11 Food Handlers: Contractor shall develop and implement an Operations Manual section for screening inmates assigned to work assignments that have health care implications, such as food handlers. All prospective food handlers shall be screened for vaccinations to include Hepatitis A, influenza and other infectious diseases as directed by the SDSD. All prospective food handlers shall undergo a physical examination to screen for infectious disease.

2.35.12 Vermin Control: Contractor shall develop and implement an Operations Manual section for the control and treatment of vermin-infested inmates, including screening and control of ectoparasites.

2.35.13 Suicide Prevention: Contractor shall work collaboratively with SDSD to develop and maintain an Operations Manual section to include a suicide prevention plan, with language requiring staff to be trained to identify inmates who present a suicide risk, appropriately monitor their condition, and ensure access to the necessary housing, referral, treatment and follow-up. At a minimum, suicide prevention training should be conducted every two years.

2.35.14 Notification of Deaths in the Facility: Contractor, in cooperation with the SDSD shall develop an Operations Manual section to ensure that there shall be a medical review of in custody inmate deaths.

2.35.15 Staff Training: Contractor shall develop and implement an Operations Manual section to ensure staff receive training as designated by their licensure or SDSD requirement. Staff training shall include annual onsite instruction and return demonstrations of emergency response. Contractor shall provide remediation training for staff that do not meet the standards of practice and advise the SDSD via the submittal of training documentation identifying the type of training, the type of remediation training completed, and the result. This shall be forwarded to the designated SDSD staff on a monthly basis. Offeror shall provide a catalog of available training courses, including web-based, on-site (hands-on with equipment such as computers, mobile devices, etc.), and train-the-trainer.

2.35.16 Contractor shall participate in disaster planning training provided by the SDSD.

2.35.17 Contractor shall require all licensed health care providers to receive training commensurate with their licensure. Documentation shall be forwarded to the designated SDSD staff on a quarterly basis. Contractor shall prepare an Operations Manual section that complies with SDSD safety and security policies. The SDSD Facility Commanders are the final authority regarding facility safety and security for their respective sites.

2.35.18 Contractor Operations Manual shall ensure compliance with all laws, regulations, and approved policies and procedures regarding informed consent, health information privacy rights, and protection of the inmate rights.

2.35.19 Contractor shall develop and implement an Operations Manual section to ensure that there are no lapses in required medical coverage including backup for licensed or certified medical staff for

Case 3:20-cv-06348-AJB-DDC    Document 136-1    Filed 06/07/22    PageID.5475    Page
137 of 188

vacation, sick leave, holidays, labor actions, disruptions in public transportation (i.e., a disaster plan), unusually heavy caseload demands, or other operational situations.

2.35.20 Contractor shall develop an Operations Manual section requiring immediate notification to the affected facility watch commander and the designated SDSD MSD staff of any potential disruption in normal services.

2.35.21 The SDSD has determined the continuity of health care services in SDSD detention facilities are vital and necessary during a state of emergency. If a contract is awarded, the Contractor shall prepare a written Continuity of Operations Plan (COOP) within sixty (60) days of contract execution to ensure that clinical staff remains in or are available to respond to the impacted facility or facilities to continue to provide health care during unexpected events. The Contractor shall consult with the SDSD to help ensure that Contractor's COOP is consistent with the disaster plan for the SDSD facilities. Contractor's COOP shall designate a COOP point of contact at each facility with at least one backup. On an annual basis no later than January 1st, Contractor shall submit an updated COOP to the SDSD for approval.

2.35.22 The Offeror shall provide a project implementation plan that shall include start and end dates for each phase, milestone, deliverable, timeframe, and detailed task.

2.35.23 Offeror shall describe in detail how it will accomplish a transition from Sheriff's existing contracted health providers to full control of health services by the Offeror, including a proposal for transition milestones. This should include how SDSD staff will be utilized.

Case 3:20-cv-00406-AJB-DDL    Document 363-1    Filed 06/01/22    PageID.5476    Page
139 of 188

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
ATTACHMENT A – STATEMENT OF OBJECTIVES

## *Glossary of Terms*

**These definitions are provided to assist Offerors in better understanding language contained in the Statement of Objectives and the RFP. In the event a definition is perceived as conflicting with the RFP language, the RFP language will control.**

<u>Access to Care:</u>  A patient is seen by a qualified health care professional, is rendered a clinical judgment and receives care that is ordered in a timely manner.

<u>Accreditation:</u>  The National Commission on Correctional Healthcare (NCCHC) has determined and certified that all standards and compliance indicators for accreditation are met.

<u>Ancillary Services:</u> Professional services in a hospital or other inpatient/outpatient health program. These may include x-ray, drug, laboratory, or other services.

<u>Behavioral Health:</u> The blending of prevention and treatment for substance use, sexual, and mental health disorders for the purpose of providing comprehensive services.

<u>Care Management:</u>  A collaborative process that assesses, plans, implements, coordinates, monitors, and evaluates the options and services required to meet the patient health and human service needs.

<u>Chronic Care:</u>  An integrated care approach to managing illness which includes screenings, check-ups, monitoring and coordinating treatment, and patient education. As defined by NCCHC.

<u>Clinically Indicated:</u>  Involving or relating to the direct medical treatment or testing of patients.  Relating to objective findings (either through physical examination, testing or laboratory study) that would aid in the determination of a care or treatment plan.

<u>Clinical Practice Guidelines:</u> "Clinical practice guidelines are systematically developed statements to assist practitioner and patient decisions about appropriate health care for specific clinical circumstances." *(Institute of Medicine, 1990)*

These statements are issued by third-party organizations and define the role of specific diagnostic and treatment modalities in the diagnosis and management of patients. The statements contain recommendations that are based on evidence from a rigorous systematic review and synthesis of the published medical literature.  For practical purposes they are commensurate with the establishment of the community standard of care.

<u>Concurrent Review:</u>   A review of medically necessary decisions made while the patient is currently in an acute or post-acute setting.  However, concurrent reviews happen during active management of a condition, be it inpatient or ongoing outpatient care. The focus of concurrent review is to ensure that the patient is getting the right care in a timely and cost-effective way.

<u>Communicable Disease:</u> Those diseases that are capable of being transmitted from one person or species to another.

<u>Comprehensive Quality Improvement (CQI) Program:</u>  A program to improve both service and access to patients. It is designed to monitor and evaluate the quality and safety of healthcare services delivered in a clinical setting through outcome measurements and reporting criteria.

<u>Contractor:</u> The entity who enters into a contract with the County of San Diego to provide all services as described in the Request for Proposal.

Case 3:20-cv-00406-AJB-DDL   Document 656-1   Filed 06/01/22   PageID.5477   Page
139 of 188

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
ATTACHMENT A – STATEMENT OF OBJECTIVES

<u>Dental Examination:</u>  Includes the taking or review of the patient's dental history, charting of teeth, examination, and x-rays if needed for diagnosis.

<u>Discharge Plan:</u>  Planning and referral for patients with serious health needs.  The patient's proposed treatment, medications, and other important information is to be provided to a contact in the community upon the release of the patient.

<u>Dispensing of Medication:</u> System of delivery and storage of, and accounting for drugs from the source of supply to the facility drug rooms or to the point of storage at which they are administered to the patient.

<u>Ectoparasites:</u>  A parasite that lives on or in the skin but not within the body.

<u>Electronic Health Records (EHR) System:</u> A database that collects patient health information including, but not limited to; patient demographics, progress notes, problem lists, medications, vital signs, past medical history, immunizations, health assessments, and more data which creates an electronic repository to store information.

<u>Emergency Care:</u>  Care for an acute illness or unexpected health care need where the absence of immediate medical attention could reasonably be expected to result in (1) Placing the patient's health in serious jeopardy; (2) Serious impairment to bodily functions; (3) Serious dysfunction of any bodily organ or part.

<u>Evidence Based Practices (EBP):</u> Therapeutic interventions for which there is consistent scientific evidence that shows improvement in patient outcomes.

<u>Full Operational Transition:</u>  Is accomplished when Contractor has assumed all operational and administrative functions required by executed contract.

<u>Forensic Imaging:</u>  An x-ray of the body of an inmate to detect effectively and quickly contraband hidden within a human body cavity.

<u>Grievance:</u> A verbal or written complaint or protest of an action or inaction.  This is the process in which a patient appeals an action or decision related to their health care.

<u>Health Assessment:</u> The process whereby the health status of a patient is evaluated. The extent of the health assessment, including medical examination after obtaining health history contains at least the items noted by NCCHC standards.

<u>Health Care:</u>  The sum of all actions, preventive and therapeutic, taken for the physical and mental well-being of a population.  Health Care includes all services provided under the Statement of Objectives and any other services that are Medically Necessary.

<u>Health Care Provider:</u> Any individual that provides, or assists in the provision of, health care, including but not limited to a physician, nurse practitioner, qualified health care professional, qualified mental health care professional, or Mid-Level Provider.   This term also includes a health care facility.

<u>Hospice:</u>  A program designed to provide palliative care, counseling, and emotional support to the terminally ill with the goal of maintaining quality of life.

<u>Hospital:</u> An institution separate and outside of a detention facility that is built, staffed and equipped for the diagnosis of disease, treatment, both medical and surgical of the sick and injured; and for their housing during this process.

<u>Initial Health Assessment:</u> The first health assessment whereby a patient's individual health status is evaluated, meeting minimum requirements as specified by NCCHC.

Case 3:20-cv-00406-AJB-DDL    Document 636-1    Filed 06/01/22    PageID.5478    Page
141 of 188

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
ATTACHMENT A – STATEMENT OF OBJECTIVES

<u>Keep-On-Person (KOP) Medications:</u> Medications that patients will be given the privilege of being responsible for themselves by order of a physician, mid-level provider, or registered nurse.

<u>Lab Support</u>: A clinical licensed laboratory equipped for running tests on samples from the human body (such as fluids, tissues, or cells) for the purpose of providing information on diagnosis, prognosis, prevention, or treatment of disease.

<u>Long Term Care:</u> A variety of services designed to meet a person's health and personal care needs for those patients with such medical or psychologic conditions who are unable to perform such services on their own.

<u>Medication Administration:</u> The act in which a single dose of a prescribed medication or biological is given by application, injection, inhalation, ingestion, or any other means to an inmate by an authorized person in accordance with all laws and regulations governing the administration of medications and biologicals. Also refers to guidelines that healthcare professionals follow in medication management, ensuring that drugs are administered safely and legally.

<u>Medication Assisted Treatment (MAT):</u> Use of medications in combination with counseling and behavioral therapies to provide a "whole patient" approach to treatment of substance use disorders.

<u>Medication Services Program</u>: Medications are administered or delivered to the inmate in a timely and safe manner. Prescription medications are given only by order of legally authorized individual. Maintenance of a formulary with a documented process for obtaining nonformulary medications in a timely manner as well as all other minimum requirements defined by NCCHC.

<u>Mental Health Treatment:</u> The evaluation and treatment for a mental disorder.

<u>Mental Health Screening</u>: Performed by qualified mental health professionals or qualified health professionals. Includes but not limited to structured interview with inquiries into medication history, substance abuse, suicidal behavior, victimization, sexual abuse, etc. as outlined in NCCHC standards.

<u>Medically Necessary:</u> Services or supplies that are proper and needed for diagnosis, or treatment of a medical condition, are provided for the diagnosis, direct care, and treatment of a medical condition that meets the standards of health care practice in the health care community of a local area; and are not mainly for the convenience of the patient or physician.

<u>Medically Supervised Withdrawal and Treatment:</u> Management of patients under the influence of or undergoing withdrawal from alcohol, sedatives, opioids, and/or other substances.

<u>Medical Ward:</u> An area established within the confines of a correctional facility in which organized healthcare and services are maintained and operated to accommodate patients for purpose of providing skilled nursing care for persons who are not in need of hospitalization but require health care provider monitoring and specialized services.

<u>Mid-level Provider:</u> Health care workers with training less than that of a physician but greater than that of nurses and other medical assistants.

<u>Oral Care Services:</u> Includes instruction in oral hygiene, examination, and treatment of dental problems.

<u>Oral Hygiene:</u> Clinical procedures taken to protect the health of the mouth and chewing apparatus, minimum compliance is met by instruction in the proper brushing of teeth.

<u>Oral Screening:</u> Part of the initial health assessment which includes visual observation of the teeth and gums.

<u>On-site Services:</u> All health care services performed inside of a detention facility.

<u>Off-site Services:</u> Health care services performed in the community setting, which include hospital, medical clinic,

laboratory, or physical therapy/gym.

<u>Palliative Care:</u> The medical and therapeutic management of the symptoms and incurred side effects of a terminal disease and its treatment.

<u>Pharmaceutical Operations</u>: An operation in compliance with applicable state and federal regulations regarding prescribing, dispensing, administering, procuring, and disposing of pharmaceuticals as defined by NCCHC.

<u>Physical Examination</u>: An objective, hands-on evaluation of an individual. It involves inspection, palpitation, auscultation, and/or percussion of a patient's body to determine the presence or absence of physical signs of illness.

<u>Phlebotomy Services</u>: The drawing of blood (as by venipuncture) for diagnostic testing and the completion of all requisitions required by the outside laboratory.

<u>Physician</u>: A person who is legally qualified to practice medicine and has earned a corresponding medical degree.

<u>Point of Care Testing (POCT)</u>: Diagnostic patient testing activities provided outside the physical facilities of the clinical laboratory.

<u>Policy:</u> A written official position on a particular issue related to an organization's operations.

<u>Procedure:</u> Describes in detail, sometimes in sequence, how a policy is to be carried out.

<u>Protocols:</u> Written instructions for physicians and nurse practitioners which have been approved by a state regulatory board or by the responsible health care authority for the prison system.

<u>Qualified Health Care Professional:</u> Includes physicians, nurse practitioners, nurses, psychiatrists, and others who by virtue of their education, credentials, and experience are permitted by law to evaluate and care for the medical health needs of the patient.

<u>Qualified Mental Health Professional:</u> Includes clinical social workers, licensed mental health clinicians, psychologists, nurse practitioners, psychiatrists and others who by virtue of their education, credentials, and experience are permitted by law to evaluate and care for the mental health needs of patients.

<u>Quality Improvement Committee:</u> A multi-disciplinary group of health care providers working at the facility (the responsible physician and representatives of other departments) who meet to share the information collected, aggregated, analyzed, and presented to representatives of the organization. Committee is responsible for defining, prioritizing, overseeing, and monitoring the performance improvement activities, including patient and environmental safety, within the detention setting.

<u>Rehabilitative Services:</u> Rehabilitation is the action of restoring someone to health or normal function through training and therapy after injury, addiction, or illness. Services would include physical therapy and occupational therapy, and specialized referral services (e.g. speech, vestibular therapy) as needed.

<u>Release of Information (ROI)</u>: A statement signed by the patient authorizing a specified entity to divulge the patient's healthcare information to a different specified entity.

<u>Receiving Screening:</u> A system of structured inquiry and observation designed to prevent newly arrived patients who pose a health or safety threat to themselves or others from being admitted to the facility's general population and to identify those newly admitted patients in need of health care. This process is also referred to as initial or intake health screening.

<u>Serious Mental Illness:</u> A mental, behavioral, or emotional disorder resulting in serious functional impairment, which

Case 3:20-cv-00406-AJB-DDL   Document 36-1   Filed 06/01/22   PageID.5480   Page
142 of 188

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
ATTACHMENT A – STATEMENT OF OBJECTIVES

substantially interferes with or limits one or more major life activities.

<u>Sick Call:</u>  On-site health care services rendered to a patient with health care complaints that are evaluated and treated during regularly scheduled appointment times.

<u>Specialty Care Services:</u>  Healthcare services, consultations, procedures, or other treatments that require special clinical skills and results in appointments both on-site and off-site with higher level of health care providers.

<u>Substance Use Disorder</u>:  A disease that affects a person's brain and behavior and leads to an inability to control the use of a legal or illegal drug or medication.

<u>Treatment Plan:</u>  A therapeutic strategy that may incorporate patient education, dietary adjustment, an exercise program, drug therapy, and the participation of nursing and allied health professionals. Treatment plans are especially important in the optimal management of complex or chronic illnesses.

<u>Utilization Review</u>:  A set of formal techniques designed to monitor the use of or evaluate the clinical necessity, appropriateness, efficacy, or efficiency of health care services, procedures, or settings.

<u>Ultrasound Services</u>:  On-site diagnostic or screening imaging tool to confirm medical disorders or to assist in the performance of medical procedures.

<u>Vision Services:</u>  Services necessary to habilitate or rehabilitate the effects of (visual) sensory impairment. Includes optometry as well as ophthalmology.

<u>Women's Health Services:</u>  Organized medical services to manage the effect of gender on disease and health that encompasses a broad range of biological and psychosocial issues, to include general practice, reproductive health and obstetrical care and services.

<u>X-Ray Services:</u>  Screening or diagnostic imaging studies with interpretive consultation component performed for the purpose of medical evaluation and patient care and treatment.

## Attachment A-1

| **SHERIFF HEALTHCARE AND SUPPORT STAFF AS OF MARCH 17, 2021** | | | |
|---|---|---|---|
| **Actual Job Code Title** | **Filled Positions** | **Vacant** | **Budgeted FTE** |
| Medical Director | 0 | 1 | 1 |
| Group Program Manager* | 1 | 0 | 1 |
| Nursing Director ,Shf's Detentns Fac | 1 | 0 | 1 |
| Occupational/Phy Therapst | 0 | 1 | 1 |
| Recreational Therapist | 0 | 1 | 1 |
| Sheriff's Chief Medical Officr | 1 | 0 | 1 |
| Sheriff's Det, Mntl Health Clinician | 24 | 3 | 27 |
| Sheriff's Det,Chief Mntl Health Clinician | 2 | 0 | 2 |
| Sheriff's Detentions LVN | 45 | 9 | 54 |
| Sheriff's Detentions Nurse | 155 | 16 | 171 |
| Sheriff's Detentions Supervising Nurse | 7 | 0 | 7 |
| **Total Healthcare Staff** | **236** | **31** | **267** |
| Account Clerk Count | 0 | 1 | 1 |
| Account Clerk Specialist Count | 2 | 0 | 2 |
| Accounting Technician Count | 1 | 0 | 1 |
| Admin Analyst III Count | 1 | 0 | 1 |
| Admin Secretary II Count | 1 | 0 | 1 |
| Health Info Mgmt Clerk Count | 4 | 0 | 4 |
| Health Info Mgmt Tech Count | 10 | 0 | 10 |
| Office Assistant | 15 | 4 | 19 |
| Office Support Specialist | 1 | 0 | 1 |
| Pharmacy Technician | 3 | 0 | 3 |
| Sr Health Info Mgmt Tech Count | 2 | 0 | 2 |
| Sr Office Assistant Count | 1 | 0 | 1 |
| Sheriff's Hlth Inf Mgt Svc Off Count | 1 | 0 | 1 |
| Sheriff's Program Coordinator | 1 | 0 | 1 |
| **Total Support Staff** | **43** | **5** | **48** |
| **TOTAL SHERIFF MSD STAFF** | **279** | **36** | **315** |

NOTE:
*Group Program Manager is filling the budgeted  Medical Services Administrator position.

Descriptions of all job titles listed above can be found by following this link.
https://www.governmentjobs.com/careers/sdcounty/classspecs

**COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)**
**SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY**
**Pricing and Local Preference Submittal Instructions**

## SECTION 1

- Prices shall be fixed and inclusive of all taxes.
- Provide pricing for all services and equipment that are required as part of the solution that you have proposed
- Indicate where applicable if a cost is a one-time cost or a continuous cost.
- Provide pricing detail that clearly shows how you reached your final price.
- Do not include pricing for any position listed on Attachment A-1
- All first year start up costs shall be listed separately
- For all continuous costs, provide prices for the initial term of the contract and nine option years.
- **Please provide pricing for Jail Based Competency Services separately from all other pricing. This pricing shall be listed as a daily rate per bed.**
- All items listed and priced, need to be clearly identifiable and described or cross referenced with the RFP Evaluation and Submittal responses.

## SECTION 2

## LOCAL PREFERENCE PRICING SCHEDULE

☐ Offeror qualifies as a Preferred Vendor* (if checked, complete information below)

*By selecting Yes and submitting a Preferred Vendor Adjusted Price, Offeror represents that it qualifies as a Preferred Vendor as described in Section 405 of the San Diego Code of Administrative Ordinances and Section 3.7 of the RFP Instructions and Rules. To qualify as a Preferred Vendor, Offeror must be a Local Business that is also a Veteran Owned Business, Disabled Veteran Business or Small Business. Offeror must document eligibility by satisfying both 1. and 2. below. Offeror must provide supporting documentation upon request of the County.

1. Local Business: Offeror maintains a headquarters or provides the same or similar services to those proposed from the following address(es) located within the geographic boundaries of San Diego County.

   ☐ Headquarters    ☐ Other location providing the same or similar services

   Address _____

   City_____ State_____ Zip _____

AND

2. Offeror holds a current certification that qualifies it as a Veteran Owned Business, Disabled Veteran Business or Small Business. Indicate certification(s) below.

   State of California Certifications:
   
   ☐ Small Business (SB) – Certificate # _____
   
   ☐ Micro Business (MB) – Certificate # _____
   
   ☐ Small Business for the Purpose of Public Works (SB-PW) – Certificate # _____
   
   ☐ Disabled Veteran Business Enterprise (DVBE) – Certificate # _____
   
   U.S. Department of Veterans Affairs Certifications:
   
   ☐ Veteran-Owned Small Business (VOSB) – Certificate # _____
   
   ☐ Service-Disabled Veteran-Owned Small Business (SDVOSB) – Certificate # _____

**Preferred Vendor Adjusted Price:**

| GRAND TOTAL (from Pricing Schedule): | PRICE ADJUSTMENT multiply Box 1 by 0.05 (if greater than $50,000, enter $50,000) | ADJUSTED PRICE subtract Box 2 from Box 1 |
|---|---|---|
| Box 1 <br> $ _____ | Box 2 <br> $ _____ | $ _____ |

County maintains the right to verify the calculation of the Adjusted Price. In the event of a mathematical error, the Grand Total from the pricing schedule shall prevail, and a corrected Price Adjustment shall be used.

# RFP 10827

# SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY

# DRAFT AGREEMENT

# INCLUDES:

Exhibit A – Statement of Work

Exhibit B – Insurance Requirements

Exhibit C – Payment Schedule

Exhibit D – CORI/CLETS Requirements

Exhibit E – Transition Plan

**COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)**
**SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY**
**CONTRACT TEMPLATE**

## CONTRACT TEMPLATE

This agreement ("Agreement") is made and entered into effective as of the date of the last signature on the signature page by and between the County of San Diego, a political subdivision of the State of California ("County") and *[# enter full corporate title, describe company, located at (complete address)]* ("Contractor"), with reference to the following facts:

### RECITALS

A.    The County, by action of the Board of Supervisors August 4, 2020 Minute Order No. 1 authorized the Director of Purchasing and Contracting to award a contract for Sheriff's Department Comprehensive Health Care Delivery.

B.    Contractor is specially trained and possesses certain skills, experience, education and competency to perform these services.

C.    The Chief Administrative Officer made a determination that Contractor can perform the services more economically and efficiently than the County, pursuant to Section 703.10 of the County Charter.

D.    County entered into an interim contract with Contractor, effective **[insert date]** to initiate this critical work, while the Agreement was being negotiated.   County and Contractor finalized negotiations, resulting in this Agreement, which supersedes the interim contract.

E.    The Agreement shall consist of this document, Exhibit A Statement of Work, Exhibit A-1 Contractor's offer including final revisions, Exhibit B Insurance Requirements, Exhibit C, Payment Schedule, Exhibit D, CORI/CLETS Requirements, and Exhibit E, Transition Plan.  In the event that any provision of the Agreement or its Exhibits, A, A-1, B or C, conflicts with any other term or condition, precedence shall be: First (1st) Exhibit D; Second (2nd) the Agreement; Third (3rd) Exhibit B; Fourth (4th) Exhibit A; fifth (5th) Exhibit D, and sixth (6th) Exhibit C.

NOW THEREFORE, for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

### ARTICLE 1
### PERFORMANCE OF WORK

1.1    Standard of Performance.  Contractor shall, in good and workmanlike manner and in accordance with the highest professional standards, at its own cost and expense, furnish all of the labor, technical, administrative, professional and all other personnel, all supplies and materials, equipment, printing, transportation, training, facilities, and all other means whatsoever, except as herein otherwise expressly specified to be furnished by County, necessary or proper to perform and complete the work and provide the services required of Contractor by this Agreement.

1.2    Contractor's Representative. The person identified on the signature page ("Contractor's Representative") shall ensure that Contractor's duties under this Agreement shall be performed on behalf of the Contractor by qualified personnel; Contractor represents and warrants that (1) Contractor has fulfilled all applicable requirements of the laws of the State of California to perform the services under this Agreement and (2) Contractor's Representative has full authority to act for Contractor hereunder.  Contractor and County recognize that the services to be provided by Contractor's Representative pursuant to this Agreement are unique: accordingly, Contractor's Representative shall not be changed during the Term of the Agreement without County's written consent.  County reserves the right to terminate this Agreement pursuant to Clause 7.1 "Termination for Default", if Contractor's Representative should leave Contractor's employ, or if, in County's judgment, the work hereunder is not being performed by Contractor's Representative.

1.3    Contractor as Independent Contractor.  Contractor is, for all purposes of this Agreement, an independent contractor, and neither Contractor nor Contractor's employees or subcontractors shall be deemed to be employees of the County.  Contractor shall perform its obligations under this Agreement according to the Contractor's own means and methods of work, which shall be in the exclusive charge and under the control of the Contractor, and which shall not be subject to control or supervision by County except as to the results of the work.  County hereby delegates to Contractor any and all responsibility for the safety of Contractor's employees, which shall include inspection of property to identify potential hazards. Neither Contractor nor Contractor's employees or subcontractors shall be entitled to any benefits to which County employees are entitled, including without limitation, overtime, retirement benefits, workers' compensation benefits and injury leave.

1.4    Contractor's Agents and Employees or Subcontractors.    Contractor shall obtain, at Contractor's expense, all agents, employees, subcontractors, and consultants required for Contractor to perform its duties under this Agreement, and all such services shall be performed by Contractor's Representative, or under Contractor's Representatives' supervision, by persons authorized by law to perform such services.  Retention by Contractor of any agent, employee, subcontractor, or consultant

**COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)**
**SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY**
**CONTRACT TEMPLATE**

shall be at Contractor's sole cost and expense, and County shall have no obligation to pay Contractor's agents, employees subcontractors, or consultants; to support any such person's or entity's claim against the Contractor; or to defend Contractor against any such claim.

In the event any subcontractor or consultant is utilized by Contractor for any portion of the project, Contractor retains the prime responsibility for carrying out all the terms of this Agreement, including the responsibility for performance and ensuring the availability and retention of records of subcontractors and consultants in accordance with this Agreement.

1.4.1 "Related Subcontract" means an agreement to furnish, or the furnishing of, supplies, materials, equipment, or services of any kind to Contractor or any higher tier subcontractor in the performance of some or all of the work in this Agreement. Related Subcontracts includes consultant agreements, which are defined as agreements for services rendered, or the rendering of services, by persons who are members of a particular profession or possess as special skill and who are not officers or employees of the Contractor. Examples include those services acquired by Contractor or a subcontractor in order to enhance their legal, economic, financial, or technical positions. Professional and consultant services are generally acquired to obtain information, advice, opinions, alternatives, conclusions, recommendations, training or direct assistance, such as studies, analyses, evaluations, liaison with government officials, or other forms or representation. Related Subcontracts shall not include agreements for ancillary goods or services, or consulting services intended to support Contractor in a general manner not specific to the work performed under this Agreement.

1.4.2 Mandated Clause: Contractor shall notify all Related Subcontractors of Contractor's relationship to County. Contractor shall include in its Related Subcontracts and ensure compliance with the Standard Terms and Conditions required of Contractor in Articles 3, 7, 8, 9, 10, 11, 12, 13, 14 and 16 herein.

1.4.3 Contractor shall provide Contracting Officer Representative with copies of all Related Subcontracts entered into by Contractor within thirty (30) days after the effective date of the Related Subcontract, or within thirty (30) days of the effective date of this Agreement if such Related Subcontract is already in existence at that time.

1.4.4 County Approval: Any Related Subcontract that is in excess of fifty thousand dollars ($50,000) or twenty five percent (25%) of the value of this Agreement, whichever is less; or a combination of Related Subcontracts to the same individual or firm for the Agreement period, the aggregate of which exceeds fifty thousand dollars ($50,000) or twenty five percent (25%) of the value of this Agreement, whichever is less; or any Related Subcontract for health care services including mental health services, regardless of value, must have prior written concurrence of the Contracting Officer's Representative ("COR"). Such subcontractors of Contractor shall be notified of Contractor's relationship to County.

1.5 Offshore Prohibition. Except where Contractor obtains the County's prior written approval, Contractor shall perform the work of this Agreement only from or at locations within the United States. Any County approval for the performance of work outside of the United States shall be limited to the specific instance and scope of such written approval, including the types of work and locations involved. Notwithstanding the foregoing, this Section shall not restrict the country or countries of origin of any assets purchased to provide the work hereunder; provided that when such assets are used to provide the work, such assets shall be used only from or at locations within the geographic boundaries of the United States.

**ARTICLE 2**
**SCOPE OF WORK**

2.1 Statement of Work. Contractor shall perform the work described in the "Statement of Work" attached as Exhibit "A" to this Agreement, and by this reference incorporated herein, except for any work therein designated to be performed by County.

2.2 Right to Acquire Equipment and Services. Nothing in this Agreement shall prohibit the County from acquiring the same type or equivalent equipment and/or service from other sources, when deemed by the County to be in its best interest.

2.3 Responsibility for Equipment. For cost reimbursement agreements, County shall not be responsible nor be held liable for any damage to persons or property consequent upon the use, misuse, or failure of any equipment used by Contractor or any of Contractor's employees, even though such equipment may be furnished, rented, or loaned to Contractor by County. The acceptance or use of any such equipment by Contractor or Contractor's employees shall be construed to mean that Contractor accepts full responsibility for and agrees to exonerate, indemnify and hold harmless County from and against any and all claims for any damage whatsoever resulting from the use, misuse, or failure of such equipment, whether such damage be to the employee or property of Contractor, other Contractors, County, or other persons. Equipment includes, but is not limited to material, computer hardware and software, tools, or other things.

    2.3.1    Contractor shall repair or replace, at Contractor's expense, all County equipment or fixed assets that are damaged or lost as a result of Contractor negligence.

2.4    Non-Expendable Property Acquisition. County retains title to all non-expendable property provided to Contractor by County, or which Contractor may acquire with funds from this Agreement if payment is on a cost reimbursement basis, including property acquired by lease purchase Agreement. Contractor may not expend funds under this Agreement for the acquisition of non-expendable property having a unit cost of $5,000 or more and a normal life expectancy of more than one year without the prior written approval of Contracting Officer Representative. Contractor shall maintain an inventory of non-expendable equipment, including dates of purchase and disposition of the property. Inventory records on non-expendable equipment shall be retained, and shall be made available to the County upon request, for at least three years following date of disposition. Non-expendable property that has value at the end of the Agreement (e.g. has not been depreciated so that its value is zero), and to which the County may retain title under this paragraph, shall be disposed of at the end of the Agreement as follows: At County's option, it may: 1) have Contractor deliver to another County contractor or have another County contractor pick up the non-expendable property; 2) allow the contractor to retain the non-expendable property provided that the contractor submits to the County a written statement in the format directed by the County of how the non-expendable property will be used for the public good; or 3) direct the Contractor to return to the County the non-expendable property.

2.5    Transition Services. The Services shall include the transparent, seamless, orderly, and uninterrupted transition from the manner in which the County receives or performs the Services prior to the Effective Date to the provision of all of such Services to the County by Contractor (the "Transition"). Such Transition shall include the complete and timely performance by Contractor of all requirements set forth in the Transition Plan, attached as Exhibit E, in accordance with the due dates specified therein and shall be accomplished by Contractor in such a manner as to have no adverse effect upon the County, any agency, subdivision or department thereof, nor upon the quality or continuity of the services being provided at County detention facilities. From and after the completion of Transition, Contractor shall ensure that there is no material adverse effect on the quality of the services being provided at County detention facilities that would not have otherwise occurred had the Transition contemplated by this Agreement not taken place.

    2.5.1    Milestones for Transition. The County and Contractor recognize and agree that time is of the essence for a successful Transition and they have designated certain actions and projects in the Transition Plan as Transition Milestones. If Contractor fails to meet any such Transition Milestone by the date corresponding thereto in the Transition Plan, Contractor shall be subject to Fee Reductions pursuant to Article 4 hereof. In the event that Contractor anticipates that action or inaction by the County could impact a Transition Milestone, Contractor may request an extension on such Transition Milestone, approval of which shall not be unreasonably withheld by the County. Notwithstanding the foregoing or anything to the contrary set forth in this Agreement, if Contractor fails to complete the Transition of all Services within one year from the Effective Date, the County may terminate this Agreement for cause without requirement of notice or opportunity for cure.

    2.5.2    Progress Reports. Contractor shall provide to the COR a written update as to progress of the Transition Plan at least weekly until such plan and each of Contractor's responsibilities thereunder have been met.

    2.5.3    Effects of Transition Services. In the event that the County determines, in its sole discretion, at any time during the Transition, that the County, any agency, department or subdivision of the County, or the quality or continuity of the Services has been materially and adversely affected in any way, or that any such material and adverse effect seems reasonably likely to occur, then the County may direct Contractor to stop and proceed no further with Transition or portion thereof until such time as Contractor shall have: (i) analyzed the cause of such effect; (ii) developed a reasonable plan for resuming Transition in such a manner as to eliminate or avoid such effect (and any other negative or adverse consequences of Transition); and (iii) received the County's approval to proceed with Transition, which approval shall not be unreasonably withheld. Following any resumption of the Transition of the Services to Contractor, if the County again determines that a material and adverse effect has occurred, then the process described above in this Section 2.5.3 shall be repeated. Nothing in this Section 2.5.3, nor the County's exercise of its rights, as described above, pursuant to this Section 2.5.3, shall in any way reduce, limit, or obviate any obligation of Contractor to meet a Transition Milestone or any other schedule, target, completion schedule, or other commitment specified in the Transition Plan or this Agreement. In addition, the County's exercise of its rights as set forth in this Section 2.5.3 shall not trigger any additional charges or fees from the Contractor.

**COUNTY OF SAN DIEGO — REQUEST FOR PROPOSALS (RFP 10827)**
**SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY**
**CONTRACT TEMPLATE**

## ARTICLE 3
## DISENTANGLEMENT

3.1    General Obligations.

At County's discretion, Contractor shall accomplish a complete transition of the services as set forth in Exhibit A to this Agreement (for purposes of this Article 3.1, these shall be referred to as the "Disentangled Services") being terminated from Contractor and the Subcontractors to County, or to any replacement provider designated by County, without any interruption of or adverse impact on the Disentangled Services or any other services provided by third parties. This process shall be referred to as the Disentanglement. Contractor shall fully cooperate with County and any new service provider and otherwise promptly take all steps, including, but not limited to providing to County or any new service provider all requested information or documentation, required to assist County in effecting a complete Disentanglement. Contractor shall provide all information or documentation regarding the Disentangled Services or as otherwise needed for Disentanglement, including, but not limited to, data conversion, client files, interface specifications, training staff assuming responsibility, and related professional services. Contractor shall provide for the prompt and orderly conclusion of all work required under the Agreement, as County may direct, including completion or partial completion of projects, documentation of work in process, and other measures to assure an orderly transition to County or the County's designee of the Disentangled Services. All Contractor work done as part of the Disentanglement shall be performed by Contractor and will be reimbursed by the County at no more than Contractor's costs, up to the total amount of this Agreement. Contractor shall not receive any additional or different compensation for the work otherwise required by the Agreement. Contractor's obligation to provide the Services shall not cease until the earlier of the following: 1) The Disentanglement is satisfactory to County, including the performance by Contractor of all asset-transfers and other obligations of Contractor provided in this Paragraph, has been completed to the County's reasonable satisfaction or 2) twelve (12) months after the Expiration Date of the Agreement.

3.2    Disentanglement Process.

The Disentanglement process shall begin on any of the following dates: (i) the date County notifies Contractor that no funds or insufficient funds have been appropriated so that the Term shall be terminated pursuant to the Agreement, Article 7; (ii) the date designated by County not earlier than sixty (60) days prior to the end of any initial or extended term that County has not elected to extend pursuant to the Agreement's, Signature Page, Agreement Term; or (iii) the date any Termination Notice is delivered, if County elects to terminate any or all of the Services pursuant to the Agreement, Article 7. Subject to Exhibit A Contractor's obligation to perform Disentangled Services, and County's obligation to pay for Disentangled Services, shall expire: (A) when funds appropriated for payment under this Agreement are exhausted, as provided in this Agreement, Article 7; (B) at the end of the initial or extended term set forth in this Agreement's, Signature Page, Agreement Term; or (C) on the Termination Date, pursuant to this Agreement, Article 7 (with the applicable date on which Contractor's obligation to perform the Services expires being referred to herein as the "Expiration Date"). Contractor and County shall discuss in good faith a plan for determining the nature and extent of Contractor's Disentanglement obligations and for the transfer of the Disentangled Services in process provided, however, that Contractor's obligation under this Agreement to provide all Disentangled Services shall not be lessened in any respect.

3.3    Specific Obligations.

The Disentanglement shall include the performance of the following specific obligations:

3.3.1    No Interruption or Adverse Impact

Contractor shall cooperate with County and all of the County's other service providers to ensure a smooth transition at the time of Disentanglement, with no interruption of Disentangled Services or other work required under the Agreement, no adverse impact on the provision of Disentangled Services or other work required under the Agreement or County's activities, no interruption of any services provided by third parties, and no adverse impact on the provision of services provided by third parties.

3.3.2    Third-Party Authorizations.

Without limiting the obligations of Contractor pursuant to any other clause in Exhibit A herein, Contractor shall, subject to the terms of any third-party agreements, procure at no charge to County any third-party authorizations necessary to grant County the use and benefit of any third-party agreements between Contractor and third-party contractors used to provide the Disentangled Services, pending their assignment to County. Similarly, at County's direction, Contractor shall obtain all legally necessary client consents or authorizations legally necessary to transfer client data to County or any new service provider.

3.3.3    Licenses to Proprietary Software.

Case 3:20-cv-00406-AJB-DDL   Document 156-1   Filed 06/01/22   PageID.5488   Page

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
CONTRACT TEMPLATE

For any software programs developed for use under this Agreement, Contractor shall provide a nonexclusive, nontransferable, fully-paid, perpetual, irrevocable, royalty-free worldwide license to the County (or other service provider, as the case may be), at no charge to County, to use, copy, and modify, all Contractor Underlying Works and Contractor Derivatives that would be needed in order to allow County to continue to perform for itself, or obtain from other providers, the Services as the same might exist at the time of Disentanglement. Contractor shall also provide County with a copy of each such program, in such media as requested by County, together with object code, source code, and appropriate documentation. Contractor shall also offer to County the right to receive maintenance (including all enhancements and upgrades) and support with respect to such Contractor Underlying Works and Contractor Derivatives for so long as County requires, at the best rates Contractor is offering to other major customers for services of a similar nature and scope.

3.3.4   Return, Transfer and Removal of Assets.

   3.3.4.1   Contractor shall return to County all County assets in Contractor's possession, pursuant to Paragraph 2.4 of the Agreement.

   3.3.4.2   County shall be entitled to purchase at net book value those Contractor assets used for the provision of Disentangled Services to or for County, other than those assets expressly identified by the Parties as not being subject to this provision. Contractor shall promptly remove from County's premises, or the site of the work being performed by Contractor for County, any Contractor assets that County, or its designee, chooses not to purchase under this provision.

3.3.5   Transfer of Leases, Licenses, and Agreements.

   Contractor, at its expense, shall convey or assign to County or its designee such fully-paid leases, licenses, and other agreements used by Contractor, County, or any other Person in connection with the Disentangled Services, as County may select, when such leases, licenses, and other agreements have no other use by Contractor. Contractor's obligation described herein, shall include Contractor's performance of all obligations under such leases, licenses, and other agreements to be performed by it with respect to periods prior to the date of conveyance or assignment and Contractor shall reimburse County for any losses resulting from any claim that Contractor did not perform any such obligations.

3.3.6   Delivery of Documentation.

   Contractor shall deliver to County or its designee, at County's request, all documentation and data related to County, including, but not limited to, the County Data and client files, held by Contractor, and Contractor shall destroy all copies thereof not turned over to County, all at no charge to County. Notwithstanding the foregoing, Contractor may retain one (1) copy of the documentation and data, excluding County Data, for archival purposes or warranty support, and Contractor may maintain records that it is legally required to maintain.

3.4   Findings Confidential.   Any reports, information, data, etc., given to or prepared or assembled by Contractor under this Agreement that the County requests to be kept as confidential shall not be made available to any individual or organization by the Contractor without the prior written approval of the County.

3.5   Publication, Reproduction or Use of Materials.   No material produced, in whole or in part, under this Agreement shall be subject to copyright in the United States or in any other country. The County shall have unrestricted authority to publish, disclose, distribute and otherwise use, in whole or in part, any reports, data or other materials prepared under this Agreement. All reports, data and other materials prepared under this Agreement shall be the property of the County upon completion of this Agreement.

**ARTICLE 4**
**COMPENSATION**

The Payment Schedule, and/or budget are in Exhibit C and the compensation is on the Signature page. County will pay Contractor the agreed upon price(s), pursuant to Exhibit C for the work specified in Exhibit A, Statement of Work. The County is precluded from making payments prior to receipt of services (advance payments). Contractor shall provide and maintain an accounting and financial support system to monitor and control costs to assure the Agreements completion. Invoices are subject to the requirements below.

4.1   Fiscal for Fixed Pricing (Rev. 2/10/21)

   4.1.1   General Principles.   Contractor shall, comply with generally accepted accounting principles and good business practices, including all applicable cost principles published by the Federal Office of Management and Budget (OMB), including 2 CFR 200 - UNIFORM ADMINISTRATIVE REQUIREMENTS, COST PRINCIPLES, AND

**COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)**
**SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY**
**CONTRACT TEMPLATE**

AUDIT REQUIREMENTS FOR FEDERAL AWARDS "The Uniform Guidance", which can be viewed at https://www.ecfr.gov/cgi-bin/text-idx?tpl=/ecfrbrowse/Title02/2cfr200_main_02.tpl . Contractor shall comply with all federal, State, and other funding source requirements. Contractor shall, at its own expense, furnish all cost items associated with this Agreement except as herein otherwise specified in the budget or elsewhere to be furnished by County.  Contractor shall submit annually to the County a cost allocation plan in accordance with The Uniform Guidance.

4.1.2    <u>Invoices</u>. Payment for the services performed under this Agreement shall be in accordance with Exhibit C, unless other payment methodologies are negotiated and agreed to by both Contractor and County.  Contractor shall submit approved invoices monthly to the Contracting Officer's Representative ("COR") for work performed in the monthly period, accordingly.  Contractor's monthly invoices shall be completed and submitted in accordance with written COR instructions and in compliance with all Agreement terms.

4.1.3    <u>Payments</u>. County agrees to pay Contractor in arrears only after receipt and approval by COR of properly submitted, detailed and itemized original invoice referencing the Agreement number and a detailed listing of each pay point target, accomplishment, unit price and/or percentages, and showing the appropriate calculation for each, a progress report documenting the status and accomplishments of Contractor during the billing period pursuant to Exhibit C. Payment shall be NET 30 days from receipt and approval of invoice unless otherwise stated.

4.1.4    <u>Full Compensation</u>. Pending any adjustments by the COR, each invoice approved and paid shall constitute full and complete compensation to the Contractor for all work completed during the billing period pursuant to Exhibit A and Exhibit C. Contractor shall be entitled only to compensation, benefits, reimbursements or ancillary services specified in this Agreement. Payment shall be NET 30 days from receipt and approval of invoice unless otherwise stated.

4.1.5    <u>Prompt Payment for Vendors and Subcontractors</u>

4.1.5.1    Prompt payment for vendors and subcontractors.

4.1.5.1.1.    Unless otherwise set forth in this paragraph, Contractor shall promptly pay its vendors and subcontractor(s) for satisfactory performance under its subcontract(s) to this Agreement.  Such prompt payment shall be no later than thirty (30) days after Contractor receives payment for such services from County and shall be paid out of such amounts as are paid to Contractor under this Agreement.

4.1.5.1.2    Contractor shall include a payment clause conforming to the standards set forth in Paragraph 4.1.5.1.1 of this Agreement in each of its subcontracts, and shall require each of its subcontractors to include such a clause in their subcontracts with each lower-tier subcontractor or supplier.

4.1.5.2    If Contractor, after submitting a claim for payment to County but before making a payment to a vendor or subcontractor for the goods or performance covered by the claim, discovers that all or a portion of the payment otherwise due such vendor or subcontractor is subject to withholding from the vendor or subcontractor in accordance with the vendor or subcontract agreement, then the Contractor shall:

4.1.5.2.1    Furnish to the vendor or subcontractor and the COR within three (3) business days of withholding funds from its vendor or subcontractor a notice stating the amount to be withheld, the specific causes for the withholding under the terms of the subcontract or vendor agreement; and the remedial actions to be taken by the vendor or subcontractor in order to receive payment of the amounts withheld.

4.1.5.2.2    Contractor shall reduce the subcontractor's progress payment by an amount not to exceed the amount specified in the notice of withholding furnished under paragraph 4.1.5.2.1 of this Agreement and Contractor may not claim from the County this amount until its subcontractor has cured the cause of Contractor withholding funds;

4.1.5.2.3    Upon the vendor's or subcontractor's cure of the cause of withholding funds, Contractor shall pay the vendor or subcontractor as soon as practicable, and in no circumstances later than ten (10) days after the Contractor claims and receives such funds from County.

4.1.5.3    Contractor shall not claim from County all of or that portion of a payment otherwise due to a vendor or subcontractor that Contractor is withholding from the vendor or subcontractor in accordance with the subcontract agreement where Contractor withholds the money before submitting a claim to County. Contractor shall provide its vendor or subcontractor and the COR with the notice set forth in Paragraph 4.1.5.2.1 of this Agreement and shall follow Paragraph 4.1.5.2.3 of this Agreement when vendor or subcontractor cures the cause of Contractor withholding its vendors or subcontractor's funds.

Case 3:20-cv-00406-AJB-DDL     Document 156-1     Filed 06/01/22     PageID.5490     Page

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
CONTRACT TEMPLATE

4.1.5.4 Overpayments. If Contractor becomes aware of a duplicate contract financing or invoice payment or that County has otherwise overpaid on a contract financing or invoice payment, Contractor shall immediately notify the COR and request instructions for disposition of the overpayment.

4.1.6 Conditions Prerequisite to Payments. County may elect not to make a particular payment if any of the following exists:

4.1.6.1 Misrepresentation. Contractor, with or without knowledge, made any misrepresentation of substantial and material nature with respect to any information furnished to County.

4.1.6.2 Unauthorized Actions by Contractor. Contractor took any action pertaining to this Agreement, which required County approval, without having first received said County approval.

4.1.6.3 Default. Contractor was in default under any terms and conditions of this Agreement.

4.1.7 Withholding of Payment. County may withhold payment until reports, data, audits, or other information required for Agreement administration or to meet County or State reporting or auditing requirements are received and approved by COR or designee. The County may also withhold payment if, in the County's determination, Contractor is in non-compliance with this Agreement.

4.1.8 Availability of Funding. The County's obligation for payment of any Agreement beyond the current fiscal year is contingent upon the availability of funding from which payment can be made. No legal liability on the part of the County shall arise for payment beyond June 30 of the calendar year unless funds are designated by the County and are made available for such performance.

County shall, in its sole discretion, have the right to terminate or suspend Agreement or reduce compensation and service levels proportionately upon thirty (30) days' written notice to Contractor in the event that Federal, State or County funding for this Agreement ceases or is reduced prior to the ordinary expiration of the term of this Agreement. In the event of reduction of funding for the Agreement, County and Contractor shall meet within ten (10) days of written notice to renegotiate this Agreement based upon the modified level of funding. In this case if no agreement is reached between County and Contractor within 10 days of the first meeting, either party shall have the right to terminate this Agreement within ten (10) days written notice of termination.

In the event of termination of this Agreement in accordance with the terms of this Section, Contractor shall be entitled to retain all sums paid as of the effective date of such termination, subject to any payment offset to which County may be entitled, for damages or otherwise, under the terms of this Agreement. In the event of termination of this Agreement pursuant to this Section, in no event shall Contractor be entitled to any loss of profits on the portion of this Agreement so terminated, or to other compensation, benefits, reimbursements or ancillary services other than as herein expressly provided.

4.1.9 Disallowance. In the event the Contractor receives payment for services under this Agreement which is later disallowed by the County, Contractor shall promptly refund the disallowed amount to County on request, or at its option, County may offset the amount disallowed from any payment due or to become due to Contractor under any Agreement with the County.

4.1.10 Maximum Price. During the performance period of this Agreement, the maximum price for the same or similar items and/or services shall not exceed the lowest price at which Contractor then offers the items and/or services to its most favored customer.

## ARTICLE 5
## AGREEMENT ADMINISTRATION

5.1 County's Agreement Administrator. The Director of Purchasing and Contracting is designated as the Contracting officer ("Contracting Officer") and is the only County official authorized to make any Changes to this Agreement. The County has designated the individual identified on the signature page as the Contracting Officer's Representative ("COR")

5.1.1 County's COR will chair Contractor progress meetings and will coordinate County's Agreement administrative functions. The COR is designated to receive and approve Contractor invoices for payment, audit and inspect records, inspect Contractor services, and provide other technical guidance as required. The COR is not authorized to change any terms and conditions of this Agreement. Only the Contracting Officer, by issuing a properly executed amendment to this Agreement, may make changes to the scope of work or total price.

5.1.2 Notwithstanding any provision of this Agreement to the contrary, County's COR may make Administrative Adjustments ("AA") to the Agreement, such as line item budget changes or adjustments to the service requirements that do not change the purpose or intent of the Statement of Work, the Terms and Conditions, the Agreement Term

**COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)**
**SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY**
**CONTRACT TEMPLATE**

or the total Agreement price. Each AA shall be in writing and signed by COR and Contractor. All inquiries about such AA will be referred directly to the COR.

5.2 <u>Agreement Progress Meeting</u>. The COR and other County personnel, as appropriate, will meet periodically with the Contractor to review the Agreement performance. At these meetings the COR will apprise the Contractor of how the County views the Contractor's performance and the Contractor will apprise the County of problems, if any, being experienced. The Contractor shall also notify the Contracting Officer (in writing) of any work being performed, if any, that the Contractor considers being over and above the requirements of the Agreement. Appropriate action shall be taken to resolve outstanding issues. The minutes of these meetings will be reduced to writing and signed by the COR and the Contractor. Should the Contractor not concur with the minutes, the Contractor shall set out in writing any area of disagreement. Appropriate action will be taken to resolve any areas of disagreement.

**ARTICLE 6**
**CHANGES**

6.1 <u>Contracting Officer</u>. The Contracting Officer may at any time, by a written order, make changes ("Changes"), within the general scope of this Agreement, in the definition of services to be performed, and the time (i.e.) hours of the day, days of the week, etc. and place of performance thereof. If any such Change causes an increase or decrease in the cost of, or the time required for, the performance of any part of the work under this Agreement, whether changed or not changed by such an order, an equitable adjustment shall be made in the Agreement price or delivery schedule, or both, and the Agreement shall be modified in writing accordingly. Such changes may require Board of Supervisors approval.

6.2 <u>Claims</u>. Contractor must assert any claim for adjustment under this clause within thirty (30) days from the date of receipt by the Contractor of the notification of Change; provided, however, that the Contracting Officer, if he decides that the facts justify such action, may receive and act upon any such claim asserted at any time prior to final payment under this Agreement. Where the cost of property made obsolete or excess as a result of a change is included in the Contractor's claim for adjustment, the Contracting Officer shall have the right to prescribe the manner of disposition of such property. Failure to agree to any adjustment shall be a dispute concerning a question of fact within the meaning of the clause of this Agreement entitled "Disputes" (Article 15). However, nothing in this clause shall excuse the Contractor from proceeding with this Agreement as changed.

**ARTICLE 7**
**SUSPENSION, DELAY AND TERMINATION**

7.1 <u>Termination for Default</u>. Upon Contractor's breach of this Agreement, County shall have the right to terminate this Agreement, in whole or part. Prior to termination for default, County will send Contractor written notice specifying the cause. The notice will give Contractor ten (10) days from the date the notice is issued to cure the default or make progress satisfactory to County in curing the default, unless a different time is given in the notice. If County determines that the default contributes to the curtailment of an essential service or poses an immediate threat to life, health or property, County may terminate this Agreement immediately upon issuing oral or written notice to the Contractor without any prior notice or opportunity to cure. In the event of termination under this Article, all finished or unfinished documents, and other materials, prepared by Contractor under this Agreement shall become the sole and exclusive property of County.

In the event of such termination, the County may purchase or obtain the supplies or services elsewhere, and Contractor shall be liable for the difference between the prices set forth in the terminated order and the actual cost thereof to the County. The prevailing market price shall be considered the fair repurchase price. Notwithstanding the above, Contractor shall not be relieved of liability to County for damages sustained by County by virtue of any breach of this Agreement by Contractor, and County may withhold any reimbursement to Contractor for the purpose of off-setting until such time as the exact amount of damages due County from Contractor is determined.

If, after notice of termination of this Agreement under the provisions of this clause, it is determined for any reason that the Contractor was not in default under the provisions of this clause, the rights and obligations of the parties shall, if this Agreement contains a clause providing for termination for convenience of the County, be the same as if the notice of termination had been issued pursuant to such clause.

7.2 <u>Damages for Delay</u>. If Contractor refuses or fails to prosecute the work, or any separable part thereof, with such diligence as shall ensure its completion within the time specified in this Agreement, or any extension thereof, or fails to complete said work within such time, County will be entitled to the resulting damages caused by the delay. Damages will be the cost to County incurred as a result of continuing the current level and type of service over that cost that would be incurred had the Agreement segments been completed by the time frame stipulated and any other damages suffered by County.

**COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)**
**SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY**
**CONTRACT TEMPLATE**

7.3    <u>County Exemption from Liability</u>.  In the event there is a reduction of funds made available by County to Contractor under this or subsequent agreements, the County of San Diego and its Departments, officers and employees shall incur no liability to Contractor and shall be held harmless from any and all claims, demands, losses, damages, injuries, or liabilities arising directly or from such action.

7.4    <u>Full Cost Recovery of Investigation and Audit Costs</u>.  Contractor shall reimburse County of San Diego for all direct and indirect expenditures incurred in conducting an audit/investigation when Contractor is found in violation (material breach) of the terms of the Agreement.

At the sole discretion of the County, and subject to funding source restrictions and federal and State law, County may (1) withhold reimbursement for such costs from any amounts due to Contractor pursuant to the payment terms of the Agreement, (2) withhold reimbursement for such costs from any other amounts due to Contractor from County, and/or (3) require Contractor to remit a check for the total amount due (or a lesser amount specified by the County) to County within thirty (30) days of request by County. Alternatively, at the County's sole discretion, County and Contractor may enter into a written repayment plan for the reimbursement of the audit/investigation costs.

7.5    <u>Termination for Convenience</u>.  The County may, by written notice stating the extent and effective date terminate this Agreement for convenience in whole or in part, at any time.  The County shall pay the Contractor as full compensation for work performed in accordance with the terms of this Agreement until such termination:

7.5.1    The unit or pro rata price for any delivered and accepted portion of the work.

7.5.2    A reasonable amount, as costs of termination, not otherwise recoverable from other sources by the Contractor as approved by the County, with respect to the undelivered or unaccepted portion of the order, provided compensation hereunder shall in no event exceed the total price.

7.5.3    In no event shall the County be liable for any loss of profits on the resulting order or portion thereof so terminated.

7.5.4    County's termination of this Agreement for convenience shall not preclude County from taking any action in law or equity against Contractor for:

7.5.4.1    Fraud, waste or abuse of Agreement funds, or

7.5.4.2    Improperly submitted claims, or

7.5.4.3    Any failure to perform the work in accordance with the Statement of Work, or

7.5.4.4    Any breach of any term or condition of the Agreement, or

7.5.4.5    Any actions under any warranty, express or implied, or

7.5.4.6    Any claim of professional negligence, or

7.5.4.7    Any other matter arising from or related to this Agreement, whether known, knowable or unknown before, during or after the date of termination.

7.6    <u>Suspension of Work</u>. The Contracting Officer may order the Contractor, in writing, to suspend, delay, or interrupt all or any part of the work of this Agreement for the period of time that the Contracting Officer determines appropriate for the convenience of the Government. County reserves the right to prohibit, without prior notice, contractor or contractor's employees, directors, officers, agents, subcontractors, vendors, consultants or volunteers from 1) accessing County data systems and County owned software applications, including websites, domain names, platforms, physical files, 2) treating County's patients, clients, or facility residents, or 3) providing any other services under this Agreement.

7.7    <u>Remedies Not Exclusive</u>.  The rights and remedies of County provided in this article shall not be exclusive and are in addition to any other rights and remedies provided by law, equity, or under resulting order.

**ARTICLE 8**
**COMPLIANCE WITH LAWS AND REGULATIONS**

8.1    <u>Compliance with Laws and Regulations</u>.  Contractor shall at all times perform its obligations hereunder in compliance with all applicable federal, State, County, and local laws, rules, and regulations, current and hereinafter enacted, including facility and professional licensing and/or certification laws and keep in effect any and all licenses, permits, notices and certificates as are required.  Contractor shall further comply with all laws applicable to wages and hours of employment, occupational safety, and to fire safety, health and sanitation.

Case 3:20-cv-00406-AJB-DDL    Document 156-1    Filed 06/01/22    PageID.5493    Page

**COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)**
**SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY**
**CONTRACT TEMPLATE**

8.2    <u>Contractor Permits and License</u>.  Contractor certifies that it possesses and shall continue to maintain or shall cause to be obtained and maintained, at no cost to the County, all approvals, permissions, permits, licenses, and other forms of documentation required for it and its employees to comply with all existing foreign or domestic statutes, ordinances, and regulations, or other laws, that may be applicable to performance of services hereunder.  The County reserves the right to reasonably request and review all such applications, permits, and licenses prior to the commencement of any services hereunder.

8.3    <u>Equal Opportunity</u>. Contractor shall comply with all federal, State and local equal opportunity laws and regulations, including but not limited to the provisions of Title VII of the Civil Rights Act of 1964, in that it will not discriminate against any individual with respect to his or her compensation, terms, conditions, or privileges of employment nor shall Contractor discriminate in any way that would deprive or intend to deprive any individual of employment opportunities or otherwise adversely affect his or her status as an employee because of such individual's race, color, religion, sex, national origin, age, handicap, medical condition, sexual orientation or marital status.

8.4    <u>Affirmative Action</u>. Each Contractor of services and supplies employing fifteen (15) or more full-time permanent employees, shall comply with the Affirmative Action Program for Vendors as set forth in Article IIIk (commencing at Section 84) of the San Diego County Administrative Code, which program is incorporated herein by reference.  A copy of this Affirmative Action Program will be furnished upon request by COR or from the County of San Diego Internet web-site (www.co.san-diego.ca.us).

8.5    <u>Non-Discrimination</u>.  Contractor shall ensure that services and facilities are provided without regard to ethnic group identification, race, color, nation origin, creed, religion, age, sex, physical or mental disability, political affiliation or marital status in accordance with applicable laws, including, but not limited to, Title VI of the Civil Rights Act of 1964 (42 U.S.C 2000d), Section 162 (a) of the Federal-Aid Highway Act of 1973 (23 U.S.C 324), Section 504 of the Rehabilitation Act of 1973, The Civil Rights Restoration Act of 1987 (P.L. 100-209), Executive Order 12898 (February 11, 1994), Executive Order 13166 (August 16, 2000), Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000e), the Age Discrimination Act of 1975 (42 U.S.C. 6101), Article 9.5, Chapter 1, Part 1, Division 2, Title 2 (Section 11135, et seq.) of the California Government Code, Title 9, Division 4, Chapter 6 (Section 10800, et seq.) of the CCR and California Dept of Social Services Manual of Policies and Procedures (CDSS MPP) Division 19.

8.6    <u>AIDS Discrimination</u>.  Contractor shall not deny any person the full and equal enjoyment of, or impose less advantageous terms, or restrict the availability of, the use of any County facility or participation in any County funded or supported service or program on the grounds that such person has Human Immunodeficiency Virus (HIV) or Acquired Immune Deficiency Syndrome (AIDS) as those terms are defined in Title 3, Division 2, Chapter 8, Section 32.803, of the San Diego County Code of Regulatory Ordinances.

8.7    <u>American with Disabilities Act (ADA) 1990</u>.  Contractor shall not discriminate against qualified people with disabilities in employment, public services, transportation, public accommodations and telecommunications services in compliance with the Americans with Disabilities Act (ADA) and California Administrative Code Title 24.

8.8    <u>Political Activities Prohibited</u>.  None of the funds, provided directly or indirectly, under this Agreement shall be used for any political activities or to further the election or defeat of any candidate for public office.  Contractor shall not utilize or allow its name to be utilized in any endorsement of any candidate for elected office.  Neither this Agreement nor any funds provided hereunder shall be utilized in support of any partisan political activities, or activities for or against the election of a candidate for an elected office.

8.9    <u>Lobbying</u>.  Contractor agrees to comply with the lobbying ordinances of the County and to assure that its officers and employees comply before any appearance before the County Board of Supervisors.  Except as required by this Agreement, none of the funds provided under this Agreement shall be used for publicity or propaganda purposes designed to support or defeat any legislation pending before State and federal Legislatures, the Board of Supervisors of the County, or before any other local governmental entity. This provision shall not preclude Contractor from seeking necessary permits, licenses and the like necessary for it to comply with the terms of this Agreement.

8.10    <u>Religious Activity Prohibited</u>.  There shall be no religious worship, instructions or proselytization as part of or in connection with the performance of this Agreement.

8.11    <u>RESERVED</u>

8.12    <u>Board of Supervisors' Policies</u>.  Contractor represents that it is familiar, and shall use its best efforts to comply, with the following policies of the Board of Supervisors, available on the County of San Diego website:

Case 3:20-cv-00406-AJB-DDL    Document 156-1    Filed 06/01/22    PageID.5494    Page

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
CONTRACT TEMPLATE

8.12.1  Board Policy B-67, which encourages the County's Contractors to offer products made with recycled materials, reusable products, and products designed to be recycled to the County in response to the County's requirements; and

8.12.2  Board Policies B-53 and B-39a, which encourage the participation of small and veteran owned businesses in County procurements; and

8.12.3  Zero Tolerance for Fraudulent Conduct in County Services.  Contractor shall comply with County of San Diego Board of Supervisors Policy A-120 "Zero Tolerance for Fraudulent Conduct in County Services."  There shall be "Zero Tolerance" for fraud committed by contractors in the administration of County programs and the provision of County services.  Upon proven instances of fraud committed by contractors in connection with their performance under the Agreement, said contractor shall be subject to corrective action up to and including termination of the Agreement; and

8.12.4  Interlocking Directorate.  In recognition of Board Policy A-79, available on the County of San Diego Website, not-for-profit Contractors shall not subcontract with related for-profit subcontractors for which an interlocking relationship exist unless specifically authorized in writing by the Board of Supervisors; and

8.12.5  Drug and Alcohol-Free Workplace. The County of San Diego, in recognition of individual rights to work in a safe, healthful and productive work place, has adopted a requirement for a drug and alcohol free work place, County of San Diego Drug and Alcohol Use Policy C-25, available on the County of San Diego website. This policy provides that all County-employed Contractors and Contractor employees shall assist in meeting this requirement.

8.12.5.1  As a material condition of this Agreement, the Contractor agrees that the Contractor and the Contractor employees, while performing service for the County, on County property, or while using County equipment:

8.12.5.1.1  Shall not be in any way impaired because of being under the influence of alcohol or a drug.

8.12.5.1.2  Shall not possess an open container of alcohol or consume alcohol or possess or be under the influence of an illegal drug.

8.12.5.1.3  Shall not sell, offer, or provide alcohol or an illegal drug to another person; provided, however, that the foregoing restriction shall not be applicable to a Contractor or Contractor employee who as part of the performance of normal job duties and responsibilities prescribes or administers medically prescribed drugs.

8.12.5.2  Contractor shall inform all employees who are performing service for the County on County property or using County equipment of the County objective of a safe, healthful and productive work place and the prohibition of drug or alcohol use or impairment from same while performing such service for the County.

8.12.5.3  The County may terminate for default or breach this Agreement, and any other agreement the Contractor has with the County, if the Contractor, or Contractor employees are determined by the Contracting Officer not to be in compliance with the conditions listed herein

8.11.4  When requested by County, Contractor's employees working on County property shall be subjected to drug testing at Contractor's expense.

8.13  Contractor represents that it is familiar, and shall use its best efforts to comply, with the following policies of the Board of Supervisors, available on the County of San Diego website:

8.13.1  Upon proven instances of fraud committed by independent Zero Tolerance in Coaching Medi-Cal or Welfare Clients (Including Undocumented Immigrants).  The County of San Diego in recognition of its unique geographical location and the utilization of the Welfare and Medi-Cal systems by foreign nationals who are not legal residents of this county or country, has adopted a Zero Tolerance policy and shall aggressively prosecute employees and Contractors who coach Medi-Cal or Welfare clients (including undocumented immigrants), to obtain services for which they are not otherwise entitled.

As a material condition of this Agreement, Contractor agrees that the Contractor and Contractor's employees, while performing service for the County, on County property or while using County equipment shall not:

(a)  in any way coach, instruct, advise, or guide any Medi-Cal or Welfare clients or prospective clients who are undocumented immigrants on ways to obtain or qualify for Medi-Cal assistance, for which they are not otherwise entitled.

**COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)**
**SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY**
**CONTRACT TEMPLATE**

(b)   support or provide funds to any organization engaged directly or indirectly in advising undocumented immigrants on ways to obtain or qualify for Medi-Cal assistance, for which they are not otherwise entitled.

Contractor shall inform all employees that are performing service for the County on County property or using County equipment of County's Zero Tolerance Policy as referenced herein.

County may terminate for default or breach this Agreement and any other agreement Contractor has with County, if Contractor or Contractor employees are determined not to be in compliance with the conditions stated herein.

8.14   Cartwright Act.  Following receipt of final payment under the Agreement, Contractor assigns to the County all rights, title and interest in and to all causes of action it may have under Section 4 of the Clayton Act (15 U.S.C. Sec. 15) or under the Cartwright act (Chapter 2) (commencing with Section 16700) of Part 2 of Division 7 of the Business and Professions Code), arising from purchases of goods, materials, or services by the Contractor for sale to the County under this Agreement.

8.15   Hazardous Materials.  Contractor shall comply with all Environmental Laws and all other laws, rules, regulations, and requirements regarding Hazardous Materials, health and safety, notices, and training.  Contractor agrees that it will not store any Hazardous Materials at any County facility for periods in excess of ninety (90) days or in violation of the applicable site storage limitations imposed by Environmental Law.  Contractor agrees to take, at its expense, all actions necessary to protect third parties, including, without limitation, employees and agents of the County, from any exposure to Hazardous Materials generated or utilized in its performance under this Agreement.  Contractor agrees to report to the appropriate governmental agencies all discharges, releases, and spills of Hazardous Materials that are required to be reported by any Environmental Law and to immediately notify the County of it.  Contractor shall not be liable to the County for the County's failure to comply with, or violation of, any Environmental Law.  As used in this section, the term "Environmental Laws" means any and all federal, state or local laws or ordinances, rules, decrees, orders, regulations or court decisions (including the so-called "common law"), including, but not limited to, the Resource Conservation and Recovery Act, relating to hazardous substances, hazardous materials, hazardous waste, toxic substances, environmental conditions or other similar substances or conditions.  As used in this section the term "Hazardous Materials" means any chemical, compound, material, substance or other matter that: (a) is a flammable, explosive, asbestos, radioactive nuclear medicine, vaccine, bacteria, virus, hazardous waste, toxic, overtly injurious or potentially injurious material, whether injurious or potentially injurious by itself or in combination with other materials; (b) is controlled, referred to, designated in or governed by any Environmental Laws; (c) gives rise to any reporting, notice or publication requirements under any Environmental Laws, or (d) is any other material or substance giving rise to any liability, responsibility or duty upon the County or Lessee with respect to any third person under any Environmental Laws.

8.16   Clean Air Act and Federal Water Pollution Control Act.

8.16.1   Contractor agrees to comply with all applicable standards, orders or regulations issued pursuant to the Clean Air Act, as amended, 42 U.S.C. §§ 7401 et seq. Contractor agrees to report each violation to the USDA and the appropriate EPA Regional Office.

8.16.2   Contractor agrees to comply with all applicable standards, orders or regulations issued pursuant to the Federal Water Pollution Control Act as amended (33 U.S.C. §§ 1251 et seq.). Contractor agrees to report each violation to the USDA and the appropriate EPA Regional Office.

8.17   Debarment, Exclusion, Suspension, and Ineligibility.

8.17.1   Contractor certifies that, to the best of its knowledge, and except as disclosed to County and acknowledged in writing by County prior to the execution of this Agreement, Contractor, its employees, directors, officers, agents, subcontractors, vendors, consultants, and volunteers:

8.17.1.1   Are not presently debarred, excluded, suspended, declared ineligible, voluntarily excluded, or proposed for debarment, exclusion, suspension or ineligibility by any federal, state, or local department or agency; and

8.17.1.2   Have not within a 3-year period preceding this Agreement been convicted of, or had a civil or administrative judgment rendered against them for, the commission of fraud or a criminal offense or civil action in connection with obtaining, attempting to obtain, or performing a public (federal, State, or local) transaction; violation of federal or State anti-trust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, receiving stolen property; physical, financial or sexual abuse or misconduct with a patient or client, or medical negligence or malpractice;

**COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)**
**SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY**
**CONTRACT TEMPLATE**

8.17.1.3  Are not presently indicted or otherwise criminally, civilly or administratively charged by a government entity (federal, State, or local) with commission of any of the offenses enumerated in the paragraph above; and

8.17.1.4  Have not within a 3-year period preceding this Agreement had one or more public transaction (federal, State, or local) terminated for cause or default.

8.17.2  Contractor shall have an ongoing duty during the term of this Agreement to disclose to the County any occurrence that would prevent Contractor from making the certifications contained in this Section 8.16 on an ongoing basis. Such disclosure shall be made in writing to the COR and the County Office of Ethics and Compliance within five (5) business days of when Contractor discovers or reasonably believes there is a likelihood of such occurrence.

8.17.3  Contractor invoices shall include the following language:

I certify, under penalty of perjury under the laws of the State of California, that the deliverables and/or services invoiced were delivered and/or performed specifically for this Agreement in accordance with and compliance to all terms and conditions set forth herein.

8.18  <u>Display of Fraud Hotline Poster(s)</u>. As a material term and condition of this Agreement, Contractor shall:

8.18.1  Prominently display in common work areas within all business segments performing work under this Agreement County of San Diego Office of Ethics and Compliance Ethics Hotline posters;

8.18.2  Posters may be downloaded from the County Office of Ethics and Compliance website at: http://www.sandiegocounty.gov/content/sdc/cao/oec.html. Additionally, if Contractor maintains a company website as a method of providing information to employees, the Contractor shall display an electronic version of the poster(s) at the website;

8.18.3  If Contractor has implemented a business ethics and conduct awareness program, including a reporting mechanism, the Contractor need not display the County poster;

8.18.4  In the event Contractor subcontracts any of the work performed under this Agreement, Contractor shall include this clause in the subcontract(s) and shall take appropriate steps to ensure compliance by the subcontractor(s).

8.19  <u>False Claims Act Training</u>. Contractor shall, not less than annually, provide training on the Federal False Claims Act (31 USC 3729, et seq. or successor statutes) and State False Claims Act (California Government Code 12650, et seq. or successor statutes) to all employees, directors, officers, agents, subcontractors, consultants or volunteers providing services under this Agreement. Contractor shall maintain verification of this training. Contractor shall retain verifications in accordance with the Agreement requirement for retention of records. For the purposes of this section, "Subcontractor" shall include any entity, other than County, that furnishes to Contractor services or supplies relevant to this Agreement other than standard commercial supplies, office space, and printing services.

8.20  <u>Code of Ethics</u>. As a material term and condition of this Agreement, Contractor shall develop and implement a Code of Ethics or similar document and maintain it during the term of this Agreement. Additionally, Contractor shall train all employees and volunteers on the Code of Ethics, and all employees, volunteers, directors, officers, and agents shall certify that they have received training and have been provided an opportunity to ask questions of their employer regarding the Code of Ethics. Contractor shall retain these certifications in accordance with the Agreement's provision regarding retention of records. Contractor shall pass this requirement down to its subcontractors in its entirety. For purposes of this section, "Subcontractor" shall mean any entity, other than County, that furnishes to Contractor services or supplies relevant to this Agreement other than standard commercial supplies, office space, and printing services.

8.21  <u>Compliance Program</u>. Contractors with an agreement that exceeds more than $250,000 in value annually shall establish, and maintain for the duration of this Agreement, a compliance program that meets the standards of Federal Sentencing Guidelines section 8B2.1 and 42 CFR 438.608, regardless of funding source or services.

8.22  <u>Investigations</u>. Unless prohibited by an investigating government authority, Contractor shall cooperate and participate fully in any investigation initiated by County relative to this Agreement. Upon County's request, Contractor shall promptly provide to County any and all documents, including any and all communications or information stored digitally, and make available for interviews any employee(s) of Contractor identified by County. Contractor further agrees to immediately notify County if any employee, director, officer, agent, subcontractor, vendor, consultant or volunteer of Contractor comes under investigation by any federal, State or local government entity with law enforcement or oversight authority over the Agreement or its funding for conduct arising out of, or related to, performance under this Agreement.

**COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
CONTRACT TEMPLATE**

Contractor shall promptly make available to County all internal investigative results, findings, conclusions, recommendations and corrective action plans pertaining to the investigation in its possession as requested by the County, unless otherwise protected by applicable law or privilege.

8.23    CORI/CLETS Compliance. Without limiting anything in this Article 8, Contractor shall comply with Exhibit D, CORI/CLETS Requirements, attached hereto and made a part hereof by this reference.

**ARTICLE 9
CONFLICTS OF INTEREST; CONTRACTOR'S CONDUCT**

9.1    Conflicts of Interest. Contractor presently has no interest, including but not limited to other projects or independent agreements, and shall not acquire any such interest, direct or indirect, which would conflict in any manner or degree with the performance of services required to be performed under this Agreement. The Contractor shall not employ any person having any such interest in the performance of this Agreement. Contractor shall not hire County's employees to perform any portion of the work or services provided for herein including secretarial, clerical and similar incidental services except upon the written approval of County. Without such written approval, performance of services under this Agreement by associates or employees of County shall not relieve Contractor from any responsibility under this Agreement.

9.1.1    California Political Reform Act and Government Code Section 1090 Et Seq. Contractor acknowledges that the California Political Reform Act ("Act"), Government Code section 81000 et seq., provides that Contractors hired by a public agency, such as County, may be deemed to be a "public official" subject to the Act if the Contractor advises the agency on decisions or actions to be taken by the agency. The Act requires such public officials to disqualify themselves from participating in any way in such decisions if they have any one of several specified "conflicts of interest" relating to the decision. To the extent the Act applies to Contractor, Contractor shall abide by the Act. In addition, Contractor acknowledges and shall abide by the conflict of interest restrictions imposed on public officials by Government Code section 1090 et seq.

9.2    Conduct of Contractor.

9.2.1    Contractor shall inform the County of all Contractor's interests, if any, that are, or that Contractor believes to be, incompatible with any interests of the County.

9.2.2    Contractor shall not, under circumstances that might reasonably be interpreted as an attempt to influence the recipient in the conduct of his duties, accept any gratuity or special favor from individuals or organizations with whom the Contractor is doing business or proposing to do business, in accomplishing the work under this Agreement.

9.2.3    Contractor shall not use for personal gain or make other improper use of confidential information acquired in connection with this Agreement. In this connection, the term "confidential information" includes, but is not limited to, unpublished information relating to technological and scientific development; medical, personnel, or security records of individuals; anticipated materials requirements or pricing actions; and knowledge of selections of Contractors or subcontractors in advance of official announcement.

9.2.4    Contractor, its employees, directors, officers, agents, subcontractors, vendors, consultants, and volunteers shall not offer, directly or indirectly, any unlawful gift, gratuity, favor, entertainment, or other item(s) of monetary value to an employee or official of the County.

9.2.5    Referrals. Contractor further covenants that no referrals of clients through Contractor's intake or referral process shall be made to the private practice of any person(s) employed by the Contractor.

9.3    Prohibited Agreements. As required by Section 67 of the San Diego County Administrative Code, Contractor certifies that it is not in violation of the provisions of Section 67, and that Contractor is not, and will not subcontract with, any of the following:

9.3.1.    Persons employed by County or of public agencies for which the Board of Supervisors is the governing body;

9.3.2.    Profit-making firms or businesses in which employees described in sub-section 9.3.1, above, serve as officers, principals, partners, or major shareholders;

9.3.3.    Persons who, within the immediately preceding twelve (12) months came within the provisions of the above sub-sections and who (1) were employed in positions of substantial responsibility in the area of service to be performed by the Agreement, or (2) participated in any way in developing the Agreement or its service specifications; and

Case 3:20-cv-00406-AJB-DDL    Document 156-1    Filed 06/01/22    PageID.5498    Page
RFQ #188

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
CONTRACT TEMPLATE

9.3.4. Profit-making firms or businesses, in which the former employees described in sub-section 9.3.3 above, serve as officers, principals, partners, or major shareholders.

9.4 <u>Limitation of Future Agreements or Grants</u>. It is agreed by the parties to the Agreement that Contractor shall be restricted in its future contracting with the County to the manner described below. Except as specifically provided in this clause, Contractor shall be free to compete for business on an equal basis with other companies.

9.4.1 If Contractor, under the terms of the Agreement, or through the performance of tasks pursuant to this Agreement, is required to develop specifications or statements of work and such specifications or statements of work are to be incorporated into a solicitation, Contractor shall be ineligible to perform the work described within that solicitation as a prime or subcontractor under an ensuing County agreement. It is further agreed, however, that County will not, as additional work, unilaterally require Contractor to prepare such specifications or statements of work under this Agreement.

9.4.2 Contractor may not apply for nor accept additional payments for the same services contained in the Statement of Work.

## ARTICLE 10
## INDEMNITY AND INSURANCE

10.1 <u>Indemnity</u>. County shall not be liable for, and Contractor shall defend and indemnify County and the employees and agents of County (collectively "County Parties"), against any and all claims, demands, liability, judgments, awards, fines, mechanics' liens or other liens, labor disputes, losses, damages, expenses, charges or costs of any kind or character, including attorneys' fees and court costs (hereinafter collectively referred to as "Claims"), related to this Agreement or the work covered by this Agreement and arising either directly or indirectly from any act, error, omission or negligence of Contractor or its Contractors, licensees, agents, servants or employees, including, without limitation, Claims caused by the sole passive negligent act or the concurrent negligent act, error or omission, whether active or passive, of County Parties. Contractor shall have no obligation, however, to defend or indemnify County Parties from a Claim if it is determined by a court of competent jurisdiction that such Claim was caused by the sole negligence or willful misconduct of County Parties.

10.2 <u>Insurance</u>. Prior to execution of this Agreement, Contractor must obtain at its own cost and expense, and keep in force and effect during the term of this Agreement, including all extensions, the insurance specified in Exhibit "B," "Insurance Requirements," attached hereto.

## ARTICLE 11
## AUDIT AND INSPECTION OF RECORDS

The County shall have the audit and inspection rights described in this section.

11.1 <u>Audit and Inspection</u>. Contractor agrees to maintain and/or make available within San Diego County accurate books and accounting records relative to all its activities under this Agreement. Authorized federal, State or County representatives shall have the right to monitor, assess, or evaluate Contractor's performance pursuant to this Agreement, said monitoring, assessments, or evaluations to include but not limited to audits, inspection of premises, reports, and interviews of project staff and participants. Contractor assertions of confidentiality shall not be a bar to full access to the records.

At any time during normal business hours and as often as County may deem necessary, Contractor shall make available to County, State or federal officials for examination all of its records with respect to all matters covered by this Agreement and will permit County, State or federal officials to audit, examine and make excerpts or transcripts from such records, and to make audits of all invoices, materials, payrolls, records of personnel, information regarding clients receiving services, and other data relating to all matters covered by this Agreement. If an audit is conducted, it will be done in accordance with generally accepted government auditing standards as described in "Government Auditing Standards," published for the United States General Accountability Office or the institute of Internal Auditors International Standards for the Professional Practice of Internal Auditing.

If any services performed hereunder are not in conformity with the specifications and requirements of this Agreement, County shall have the right to require the Contractor to perform the services in conformity with said specifications and requirements at no additional increase in total Agreement amount. When the services to be performed are of such nature that the difference cannot be corrected, County shall have the right to (1) require Contractor immediately to take all necessary steps to ensure future performance of the services in conformity with requirements of the Agreement, and (2) reduce the Agreement price to reflect the reduced value of the services performed. In the event Contractor fails to perform the services promptly or to take necessary steps to ensure future performance of the service in conformity with the specifications and requirements of the Agreement, County shall have the right to either (1) by agreement or to otherwise have the services performed in conformity

**COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)**
**SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY**
**CONTRACT TEMPLATE**

with the Agreement specifications and charge to Contractor any cost occasioned to County that is directly related to the performance of such services, or (2) terminate this Agreement for default as provided in the Termination clause.

11.2 <u>External Audits</u>. Contractors will provide the following to the COR:

11.2.1 Contractor shall provide COR a copy of all notifications of audits or pending audits by federal or State representatives regarding contracted services identified in this Agreement no later than three (3) business days of Contractor receiving notice of the audit.

11.2.2 Contractor shall provide COR with a copy of the draft and final State or federal audit reports within twenty four (24) hours of receiving them (Health and Human Services Agency (HHSA) Contractors shall also provide electronic copies to Agency Contract Support (ACS) at ACS.HHSA@sdcounty.ca.gov).

11.2.3 Contractor shall provide COR a copy of the contractor's response to the draft and final State or federal audit reports at the same time as response provided to the State or federal representatives.

11.2.4 Unless prohibited by the government agency conducting the audit, Contractor shall provide COR a copy of all responses made by the federal or State audit representative to the contractors' audit response no later than three (3) business days of receiving it. This will continue until the federal or State auditors have accepted and closed the audit.

11.3 <u>Cost or Pricing Data</u>. If the Contractor submitted cost or pricing data in connection with the pricing of this Agreement or any change or modification thereto, unless such pricing was based on adequate price competition, established catalog or market prices of commercial items sold in substantial quantities of the general public, or prices set by law or regulation, the Contracting Officer or his representatives who are employees of the County or its agent shall have the right to examine all books, records, documents and other data of the Contractor related to the negotiation pricing or performance of such Agreement, change or modification, for the purpose of evaluating the accuracy, completeness and currency of the cost or pricing data submitted.

11.4 <u>Availability</u>. The materials described above shall be made available at the office of the Contractor, at all reasonable times, for inspection, audit or reproduction, until the expiration of three (3) years from the date of final payment under this Agreement, or by section 11.4.1 and 11.4.2, below:

11.4.1 If this Agreement is completely or partially terminated, the records relating to the work terminated shall be made available for a period of three (3) years from the date of any resulting final settlement.

11.4.2 Record that relate to appeals under the "Disputes" clause of this Agreement, or litigation or the settlement of claims arising out of the performance of this Agreement, shall be made available until such appeals, litigation, or claims have been disposed of, or three years after Agreement completion, whichever is longer. County shall keep the materials described above confidential unless otherwise required by law.

11.5 <u>Subcontract</u>. The Contractor shall insert a clause containing all the provisions of this Article 11 in all subcontracts hereunder except altered as necessary for proper identification of the contracting parties and the contracting officer.

**ARTICLE 12**
**INSPECTION OF SERVICE**

12.1 <u>Subject to Inspection</u>. All performance (including services, materials, supplies and equipment furnished or utilized in the performance of this Agreement, and workmanship in the performance of services) shall be subject to inspection and test by the County at all times during the term of this Agreement. Contractor shall cooperate with any inspector assigned by the County to permit the inspector to determine whether Contractor's performance conforms to the requirements of this Agreement. County shall perform such inspection in a manner as not to unduly interfere with Contractor's performance.

12.2 <u>Specification and Requirements</u>. If any services performed by Contractor do not conform to the specifications and requirements of this Agreement, County may require Contractor to re-perform the services until they conform to said specifications and requirements, at no additional cost, and County may withhold payment for such services until Contractor correctly performs them. When the services to be performed are of such a nature that Contractor's cannot correct its performance, the County shall have the right to (1) require the Contractor to immediately take all necessary steps to ensure future performance of services conforms to the requirements of this Agreement, and (2) reduce the Agreement price to reflect the reduced value of the services received by County. In the event Contractor fails to promptly re-perform the services or to take necessary steps to ensure that future performance of the service conforms to the specifications and requirements of this Agreement, the County shall have the right to either (1) without terminating this Agreement, have the services performed,

by agreement or otherwise, in conformance with the specifications of this Agreement, and charge Contractor, and/or withhold from payments due to Contractor, any costs incurred by County that are directly related to the performance of such services, or (2) terminate this Agreement for default.

## ARTICLE 13
## USE OF DOCUMENTS AND REPORTS

13.1    <u>Findings Confidential</u>.  Any reports, information, data, etc., given to or prepared or assembled by Contractor under this Agreement that the County requests to be kept as confidential shall not be made available to any individual or organization by the Contractor without the prior written approval of the County.

13.2    <u>Ownership, Publication, Reproduction and Use of Material</u>.  All reports, studies, information, data, statistics, forms, designs, plans, procedures, systems, and any other material or properties produced under this Agreement shall be the sole and exclusive property of County.  No such materials or properties produced in whole or in part under this Agreement shall be subject to private use, copyright or patent right by Contractor in the United States or in any other country without the express written consent of County.  County shall have unrestricted authority to publish, disclose, distribute and otherwise use, copyright or patent, in whole or in part, any such reports, studies, data, statistics, forms or other materials or properties produced under this Agreement.

13.3    <u>Confidentiality</u>.  Contractor agrees to maintain the confidentiality of and take industry appropriate and legally required measures to prevent the unlawful disclosure of any information that is legally required to be kept confidential. Except as otherwise allowed by local, State or federal law or regulation and pursuant to this Section 13.3, Contractor agrees to only disclose confidential records where the holder of the privilege, whether the County, or a third party, provides written permission authorizing the disclosure.

13.4    <u>Public Records Act</u>. The California Public Records Act ("CPRA") requires County to disclose "public records" in its actual or constructive possession unless a statutory exemption applies. This generally includes contracts and related documents. If County receives a CPRA request for records relating to the Agreement, County may, at its sole discretion, either determine its response to the request without notifying Contractor or notify Contractor of the request. If County determines its response to the request without notifying Contractor, Contractor shall hold County harmless for such determination. If County notifies Contractor of the request, Contractor may request that County withhold or redact records responsive to the request by submitting to County a written request within five (5) business days after receipt of the County's notice. Contractor's request must identify specific records to be withheld or redacted and applicable exemptions. Upon timely receipt of Contractor's request, County will review the request and at its sole discretion withhold and/or redact the records identified by Contractor. Contractor shall hold County harmless for County's decision whether to withhold and/or redact pursuant to Contractor's written request. Contractor further agrees that its defense and indemnification obligations set forth in Section 10.1 of this Agreement extend to any Claim (as defined in Section 10.1) against the County Parties (as defined in Section 10.1) arising out of County's withholding and/or redacting of records pursuant to Contractor's request. Nothing in this section shall preclude Contractor from bringing a "reverse CPRA action" to prevent disclosure of records. Nothing in this section shall prevent the County or its agents or any other governmental entity from accessing any records for the purpose of audits or program reviews if that access is legally permissible under the applicable local, State or federal laws or regulations. Similarly, County or its agent or designee may take possession of the record(s) where legally authorized to do so.

13.5    <u>Maintenance of Records</u>.  Contractor shall maintain all records relating to its performance under this Agreement, including all records of costs charged to this Agreement, and shall make them available within San Diego County for a minimum of five (5) years from the ending date of this Agreement, or longer where required by funding source or while under dispute under the terms of this Agreement, unless County agrees in writing to an earlier disposition.  Contractor shall provide any requested records to County within two (2) business days of request.

13.6    <u>Custody of Records</u>.  County, at its option, may take custody of Contractor's client records upon Agreement, termination, expiration, or at such other time as County may deem necessary.  County agrees that such custody will conform to applicable confidentiality provisions of State and federal law.  Said records shall be kept by County in an accessible location within San Diego County and shall be available to Contractor for examination and inspection. Notwithstanding the foregoing, Contractor may maintain custody of records where legally required.

13.7    <u>Audit Requirement</u>.

(a) Contractor shall annually engage a Licensed Certified Public Accountant licensed to perform audits and attests in the State of California to conduct an annual financial audit of the organization.  Contractors that expend $750,000 or more of federal grant funds per year shall also have an audit conducted in compliance with Government Auditing Standards, which includes Single Audit Act Amendments and the Compliance Supplement (2 CFR part 200 App. XI). Contractors that are

**COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)**
**SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY**
**CONTRACT TEMPLATE**

commercial organizations (for-profit) are required to have a non-federal audit if, during its fiscal year, it expended a total of $750,000 or more under one or more HHS awards. 45 CFR part 74.26(d) incorporates the threshold and deadlines of the Compliance Supplement but provides for-profit organizations two options regarding the type of audit that will satisfy the audit requirements. Contractor shall include a clause in any agreement entered into with an audit firm, or notify the audit firm in writing prior to the audit firm commencing its work for Contractor, that the audit firm shall, pursuant to 31 U.S.C. 7503, and to the extent otherwise required by law, provide access by the federal government or other legally required entity to the independent auditor's working papers that were part of the independent auditor's audit of Contractor. Contractor shall submit two (2) copies of the annual audit report, the audit performed in accordance with the Compliance Supplement, and the management letter to the County fifteen (15) days after receipt from the independent Certified Public Accountant but no later than nine (9) months after the Contractor's fiscal year end.

(b) Contractor shall immediately notify County upon learning that Contractor's independent Certified Public Accountant may or will issue a disclaimer of opinion due to substantial doubt of Contractor's ability to continue as a going concern.

13.8 <u>Reports</u>. Contractor shall submit reports required in Exhibit A and additional reports as may be requested by the COR and agreed to by the Contractor. Format for the content of such reports may be developed by County. The timely submission of these reports is a necessary and material term and condition of this Agreement and Contractor agrees that failure to meet specified deadlines will be sufficient cause to withhold payment. Contractor shall submit to County within thirty (30) days of the termination of this Agreement a report detailing all work done pursuant to this Agreement by Contractor.

13.9 <u>Evaluation Studies</u>. Contractor shall participate as requested by the County in research and/or evaluative studies designed to show the effectiveness and/or efficiency of Contractor services or to provide information about Contractor's project.

**ARTICLE 14**
**INFORMATION PRIVACY AND SECURITY PROVISIONS**

14.1 <u>Recitals</u>. This Article is intended to protect the privacy and security of County information that Contractor may create, receive, access, store, transmit, and/or destroy under this Agreement. In addition to the below Responsibilities, contractor shall be in compliance with the following rules, regulations, and agreements, *as applicable*:

    14.1.1   Health Insurance Portability and Accountability Act, specifically, Public Law 104-191, the Health Information Technology for Economic and Clinical Health Act, Public Law 111-005, 42USC section 17921 et seq., and 45CFR Parts 160 and 164, collectively referred to as "HIPAA;"

    14.1.2   County agreements with the State of California, collectively referred to as "State Agreements" and posted on the County's website at: www.cosdcompliance.org, including:

        14.1.2.1   The Medi-Cal Privacy and Security Agreement Between the California Department of Health Care Services (DHCS) and the County;

        14.1.2.2   The Medi-Cal Behavioral Health Services Performance Agreement between DHCS and the County;

        14.1.2.3   The San Diego County Alcohol and Drug Program Administrator Agreement between DHCS and the County

        14.1.2.4   The Refugee Health Agreement between the California Department of Public Health (CDPH) and the County;

        14.1.2.5   The HIV/AIDS Case Reporting System Data Use Agreement between CDPH and the County;

        14.1.2.6   The Childhood Lead Poisoning Prevention Program between CDPH and the County;

        14.1.2.7   The Standard Agreement between the County and the California Department of Aging; and

        14.1.2.8   The Agreement for Whole Person Care Pilot Program for San Diego County with DHCS.

    14.1.3   Title 42 Code of Federal Regulations, Chapter 1, Subchapter A, Part 2.

    14.1.4   California Civil Code 1798;

    14.1.5   California Senate Bill 1386.

14.2 <u>Definitions</u>. Terms used, but not otherwise defined, in this Article shall have the same meaning as defined by HIPAA.

    14.2.1   "Breach" of Protected Health Information (PHI) shall have the same meaning given to the term "breach" under HIPAA and "breach" of Personal Information (PI)/Personally Identifiable Information (PII) shall have the same meaning as given to it under the State Agreements.

    14.2.2   "Business Associate," when applicable, shall mean the Contractor.

    14.2.3   "County PHI" shall have the same meaning as PHI under HIPAA, specific to PHI under this Agreement.

**COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)**
**SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY**
**CONTRACT TEMPLATE**

14.2.4    "County PI/PII" shall have the same meaning as PI/PII under the State Agreements, specific to PI/PII under this Agreement.

14.2.5    "Covered Entity," when applicable, shall mean the County.

14.2.6    "Security incident" shall have the same meaning as defined by the State Agreements.

14.3    Responsibilities of Contractor.

14.3.1    Use and Disclosure of County PHI/PI/PII. Contractor shall use the minimum County PHI/PI/PII required to accomplish the requirements of this Agreement or as required by Law. Contractor may not use or disclose County PHI/PI/PII in a manner that would violate HIPAA or the State Agreements if done by the County.

14.3.2    Safeguards. Contractor shall develop and maintain a HIPAA-compliant information privacy and security program to prevent use or disclosure of County PHI/PI/PII, other than as required by this Agreement.

14.3.3    Mitigation. Contractor shall mitigate, to the extent practicable, any harmful effects caused by violation of the requirements of this Article, as directed by the County.

14.3.4    Subcontractors. Contractor shall ensure that any agent, including a subcontractor, to whom it provides County PHI/PI/PII, imposes the same conditions on such agents that apply to Contractor under this Article.

14.3.5    Cooperation with County.

14.3.5.1    Contractor shall provide access to County PHI/PI/PII, as well as internal practices and records related to County PHI/PI/PII, at the written request of County within ten (10) calendar days.

14.3.5.2    Contractor will assist County regarding individual's access, copy, amendment, accounting of disclosure, and other such requests for County PHI/PI/PII in the time and manner designated by County.

14.3.6    Breach Reporting. Contractor shall report breaches and suspected security incidents to County, to include:

14.3.6.1    Initial Report.

14.3.6.1.1    Contractor shall email County Contracting Officer's Representative (COR) and County Chief Compliance and Privacy Officer (CCPO) immediately upon the discovery of a suspected security incident that involves data provided to County by the Social Security Administration, as per the State Agreements.

14.3.6.1.2    Contractor shall email COR and CCPO immediately of breaches and suspected privacy incidents involving 500 or more individuals.

14.3.6.2    Investigation Report. Contractor shall immediately investigate such suspected security incident or breach and provide the County a complete report of the investigation within seven (7) working days.

14.3.6.3    Notification. Contractor will comply with County's request to notify individuals and/or media and shall pay any costs of such notifications, as well as any costs associated with the breach. County shall approve the time, manner and content of any such notifications before notifications are made.

14.3.7    Designation of Individuals. Contractor shall designate a Privacy Official and a Security Official to oversee its privacy and security requirements herein.

14.3.8    Data Security. Contractor shall comply with, as applicable, data privacy and security requirements specified by HIPAA and the State Agreements, which may include, but are not limited to:

14.3.8.1    Workforce members, including employees, interns, volunteers, subcontractors, etc., with access to applicable County PHI/PI/PII shall:

14.3.8.1.1    Complete privacy and security training to include a signed certification within thirty (30) days of hire, and at least annually thereafter; and

14.3.8.1.2    Sign a confidentiality statement, prior to access to such PHI/PI/PII; and

14.3.8.2    Computer warning banners for all systems containing applicable County PHI/PI/PII

14.3.8.3    Comprehensive, annual security risk assessments

14.3.8.4    Policies and internal controls to ensure secure transport and storage of County PHI/PI/PII in cars, airplanes, trains, and buses.

14.3.8.5    Sufficient administrative, physical, and technical controls in place to protect County PHI/PI/PII

14.3.9    Termination. Upon termination of the Agreement for any reason, Contractor shall return or destroy all County PHI/PII/PI, except County PHI/PII/PI necessary for Contractor to continue its proper management and

**COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)**
**SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY**
**CONTRACT TEMPLATE**

administration or to carry out its legal responsibilities, as mutually agreed upon by the Parties. If the Parties mutually agree that return or destruction of County PHI/PII/PI is infeasible, Contractor shall extend the protections of this Article to such County PHI/PII/PI for so long as Contractor maintains such County PHI/PII/PI.

## ARTICLE 15
## DISPUTES

Notwithstanding any provision of this Agreement to the contrary, the Contracting Officer shall decide any dispute concerning a question of fact arising out of this Agreement that is not otherwise disposed of by the parties within a reasonable period of time. The decision of the Contracting Officer shall be final and conclusive unless determined by a court of competent jurisdiction to have been fraudulent, capricious, arbitrary or so grossly erroneous as necessarily to imply bad faith. Contractor shall proceed diligently with its performance hereunder pending resolution by the Contracting Officer of any such dispute. Nothing herein shall be construed as granting the Contracting Officer or any other administrative official, representative or board authority to decide questions of law, or issues regarding the medical necessity of treatment or to pre-empt any medical practitioners' judgment regarding the medical necessity of treatment of patients in their care. The foregoing does not change the County's ability to refuse to pay for services rendered if County disputes the medical necessity of care.

## ARTICLE 16
## GENERAL PROVISIONS

16.1    Assignment and Subcontracting. Contractor shall not assign any interest in this Agreement, and shall not transfer any interest in the same (whether by assignment or novation), without the prior written consent of the County; County's consent shall not be unreasonably withheld. The Contractor shall make no agreement with any party for furnishing any of the work or services herein contained without the prior written consent of the COR, pursuant to Paragraph 1.4.

16.2    Contingency. This Agreement shall bind the County only following its approval by the Board of Supervisors or when signed by the Purchasing and Contracting Director.

16.3    Entire Agreement. This Agreement, together with all Exhibits attached hereto and other agreements expressly referred to herein, constitute the entire agreement between the parties with respect to the subject matter contained herein. All prior or contemporaneous agreements, understandings, representations, warranties and statements, oral or written, including any proposals from Contractor and requests for proposals from County, are superseded.

16.4    Sections and Exhibits. All sections and exhibits referred to herein are attached hereto and incorporated by reference.

16.5    Further Assurances. Parties agree to perform such further acts and to execute and deliver such additional documents and instruments as may be reasonably required in order to carry out the provisions of this Agreement and the intentions of the parties.

16.6    Governing Law. This Agreement shall be governed, interpreted, construed and enforced in accordance with the laws of the State of California.

16.7    Headings. The Article captions, Clause and Section headings used in this Agreement are inserted for convenience of reference only and are not intended to define, limit or affect the construction or interpretation of any term or provision hereof.

16.8    Modification Waiver. Except as otherwise provided in Article 6, "Changes," above, no modification, waiver, amendment or discharge of this Agreement shall be valid unless the same is in writing and signed by both parties.

16.9    Neither Party Considered Drafter. Despite the possibility that one party may have prepared the initial draft of this Agreement or played the greater role in the physical preparation of subsequent drafts, neither party shall be deemed the drafter of this Agreement and that, in construing this Agreement in case of any claim that any provision hereof may be ambiguous, no such provision shall be construed in favor of one party on the ground that such provision was drafted by the other.

16.10   No Other Inducement. The making, execution and delivery of this Agreement by the parties hereto has been induced by no representations, statements, warranties or agreements other than those expressed herein.

16.11   Notices. Notice to either party shall be in writing and personally delivered; sent by certified mail, postage prepaid, return receipt requested; or emailed to the County's or Contractor's designated representative (or such party's authorized representative). Any such notice shall be deemed received by the party (or such party's authorized representative) on the earliest of the date of personal delivery, three (3) business days after deposit in the U.S. Mail, or upon sending of an email from which an acknowledgement of receipt has been received other than an out of office, unavailable, or undeliverable reply.

16.12 <u>Severability</u>.  If any term, provision, covenant or condition of this Agreement is held to be invalid, void or otherwise unenforceable, to any extent, by any court of competent jurisdiction, the remainder of this Agreement shall not be affected thereby, and each term, provision, covenant or condition of this Agreement shall be valid and enforceable to the fullest extent permitted by law.

16.13 <u>Successors</u>.  Subject to the limitations on assignment set forth in Clause 16.1 above, all terms of this Agreement shall be binding upon, inure to the benefit of, and be enforceable by the parties hereto and their respective heirs, legal representatives, successors, and assigns.

16.14 <u>Time</u>.  Time is of the essence for each provision of this Agreement.

16.15 <u>Time Period Computation</u>.  All periods of time referred to in this Agreement shall be calendar days, unless the period of time specifies business days. Calendar days shall include all days of the week, including holidays. Business days shall be Monday through Friday, excluding County observed holidays.

16.16 <u>Waiver</u>.  The waiver by one party of the performance of any term, provision, covenant or condition shall not invalidate this Agreement, nor shall it be considered as a waiver by such party of any other term, provision, covenant or condition. Delay by any party in pursuing any remedy or in insisting upon full performance for any breach or failure of any term, provision, covenant or condition shall not prevent such party from later pursuing remedies or insisting upon full performance for the same or any similar breach or failure.

16.17 <u>Third Party Beneficiaries Excluded</u>.  This Agreement is intended solely for the benefit of the County and its Contractor. Any benefit to any third party is incidental and does not confer on any third party to this Agreement any rights whatsoever regarding the performance of this Agreement. Any attempt to enforce provisions of this Agreement by third parties is specifically prohibited.

16.18 <u>Publicity Announcements and Materials</u>.  All public announcements, including those issued on Contractor letterhead, and materials distributed to the community shall identify the County of San Diego as the funding source for contracted programs identified in this Agreement. Copies of publicity materials related to contracted programs identified in this Agreement shall be filed with the COR. County shall be advised at least twenty four (24) hours in advance of all locally generated press releases and media events regarding contracted services identified in this Agreement. Alcohol and Drug Prevention Services Contractors shall notify COR or designee at least five (5) business days in advance of all Contractor generated media releases and media events regarding contracted services identified in this Agreement.

16.19 <u>Critical Incidents</u>.  Contractor shall have written plans or protocols and provide employee training for handling critical incidents involving: external or internal instances of violence or threat of violence directed toward staff or clients; loss, theft or unlawful accessing of confidential client, patient or facility resident Personal Information (PI), Personally Identifiable Information (PII) and/or Personal Health Information (PHI); fraud, waste and/or abuse of Agreement funds; unethical conduct; or violation of any portion of San Diego County Board of Supervisors Policy C-25 "Drug & Alcohol Use" while performing under this Agreement. Contractor shall report all such incidents to the COR within one business day of their occurrence. However, if this Agreement includes Article 14, Contractor must adhere to the timelines and processes contained in Article 14.

16.20 <u>Responsiveness to Community Concerns</u>.  Unless prohibited by applicable State or federal law, Contractor shall notify County within one business day of receipt of any material complaints including but not limited to complaints referring to issues of abuse or quality of care, submitted to Contractor orally or in writing, regarding the operation of Contractor's program or facility under this Agreement. Contractor shall take appropriate steps to acknowledge receipt of said complaint(s) from individuals or organizations. Contractor shall take appropriate steps to utilize appropriate forums to address or resolve any such complaints received. Nothing in this provision shall be interpreted to preclude Contractor from engaging in any legally authorized use of its facility, property or business as approved, permitted or licensed by the applicable authority.

16.21 <u>Criminal Background Check Requirements</u>.  Contractor shall ensure that criminal background checks are required and completed prior to employment or placement of any employee, director, officer, agent, subcontractor, consultant or volunteer who will be providing any services, accessing County or client data, or receiving compensation under this Agreement. Background checks shall be in compliance with any licensing, certification, funding, or Agreement requirements, including the Statement of Work, which may be higher than the minimum standards described herein. Furthermore, for any individuals identified above who will be assigned to sensitive positions funded by this Agreement, background checks shall be in compliance with Board of Supervisors Policy C-28, available on the County of San Diego website. Sensitive positions are those that: (1) physically supervise minors or vulnerable adults; (2) have unsupervised physical contact with minors or vulnerable adults; and/or (3) have a fiduciary responsibility to any County client, or direct access to, or control over, bank

accounts or accounts with financial institutions of any client.  If this Agreement includes Article 14, Contractor must also adhere to requirements contained in Article 14.

Contractor shall have a documented process for reviewing the information and determine if criminal history demonstrates behavior that could create an increased risk of harm to clients or risk to services to be performed under Agreement.  Contractor shall document review of criminal background findings and consideration of criminal history in the selection of such persons listed above in this section.

16.21.1    Contractor shall utilize a subsequent arrest notification service during the term of this Agreement for any employee, director, officer, agent, subcontractor, consultant or volunteer who will be providing any services under this Agreement.  Contractor shall keep the documentation of their review and consideration of the individual's criminal history on file in accordance with paragraph 13.4 "Maintenance of Records."

16.21.2    Definitions

A.    Minor:  Individuals under the age of eighteen (18) years old.

B.    Vulnerable Adult:  (1) Individuals age eighteen (18) years or older, who require assistance with activities of daily living and who may be put at risk of abuse during service provision; (2) Individuals age eighteen (18) years or older who have a permanent or temporary limited physical and/or mental capacity that may put them at risk of abuse during service provision because it renders them: unable to make decisions for themselves, unable to physically defend themselves, or unaware of physical abuse or other harm that could be perpetrated against them.  Activities of daily living are defined as the basic tasks of everyday life, such as eating, bathing, dressing, toileting, and transferring.

C.    Volunteer:  A person who performs a service willingly and without pay.

16.22  Health Insurance.  Contractors providing direct services to the public shall ask if the client and any minor(s) for whom they are responsible have health insurance coverage.  If the response is "no" for client or minor(s) the Contractor shall refer the client to Covered California at https://www.coveredca.com/ or to 1-800-300-1506.

16.23  Survival. The following sections or articles of this Agreement shall survive the expiration or earlier termination of this Agreement: Sections 8.1, 8.13, 8.14, 8.15, 8.21, 10.1, 11.1, 11.2, and 11.4, and Articles 7 and 13.

/
/
/

## SIGNATURE PAGE

**AGREEMENT TERM.** The initial term of this Agreement shall begin the ____ day of _____ 20__ and end on ____ __ 20__ ("Initial Term").

**OPTION TO EXTEND.** The County shall have the option to extend the term of this Agreement for ____ increments of ___ year(s) each for a total of ___ years beyond the expiration of the Initial Term, not to exceed _____ __, 20__, pursuant to Exhibit C Payment Schedule or other applicable pricing provisions of this Agreement. Unless County notifies Contractor in writing not less than thirty (30) days prior to the expiration date that the County does not intend to extend the Agreement, the Agreement will be automatically extended for the next option period.

Options to Extend for One to Six Additional Months at End of Agreement. County shall also have the option to extend the term of this Agreement, in one or more increments, for a total of no less than one (1) and no more than six (6) calendar months ("Incremental Options"). The County may exercise each Incremental Option by providing written notice to Contractor no fewer than fifteen (15) calendar days prior to expiration of this Agreement. The rates in effect at the time an Incremental Option is exercised shall apply during the term of the Incremental Option.

**COMPENSATION:** Pursuant to Exhibit C or other applicable pricing provisions of this Agreement, County agrees to pay Contractor a sum not to exceed _____ ($######) for the initial term of this Agreement and a sum not to exceed _____ ($######) for each of the # one-year option periods, for a maximum Agreement amount of _____ ($######), in accordance with the method of payment stipulated in Article 4.

**COR.** The County has designated the following individual as the Contracting Officer's Representative ("COR")

#Name and Title
#Address
#Address
#Phone, FAX and email

**CONTRACTOR'S REPRESENTATIVE.** The Contractor has designated the following individual as the Contractor's Representative.

#Name and Title
#Address
#Address
#Phone, FAX and email

IN WITNESS WHEREOF, County and Contractor have executed this Agreement effective as of the date of the last signature below.

**COUNTY OF SAN DIEGO**                      **[#CONTRACTOR NAME]**

By: _____          By: _____

    JOHN M. PELLEGRINO, Director                    *[#Name and Title]*
    Department of Purchasing and Contracting

    Date: _____          Date: _____

Case 3:20-cv-06408-AJB-DDL    Document 38-1    Filed 06/01/22    PageID.5507    Page
169 of 188

## **RESERVED**

FINAL TO BE INSERTED UPON AWARD

Case 3:20-cv-00406-AJB-DDL    Document 156-1    Filed 06/01/22    PageID.5508    Page
170 of 188

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
EXHIBIT B – INSURANCE REQUIREMENTS

## INSURANCE REQUIREMENTS FOR CONTRACTORS

Without limiting Contractor's indemnification obligations to County, Contractor shall provide at its sole expense and maintain for the duration of this contract, or as may be further required herein, insurance against claims for injuries to persons or damages to property which may arise from or in connection with the performance of the work hereunder and the results of the work by the Contractor, his agents, representatives, employees or subcontractors.

### 1. Minimum Scope of Insurance

Coverage shall be at least as broad as:

A. Commercial General Liability, Occurrence form, Insurance Services Office form CG0001.

B. Automobile Liability covering all owned, non owned, hired auto Insurance Services Office form CA0001.

C. Workers' Compensation, as required by State of California and Employer's Liability Insurance.

D. Medical and Hospital Professional Liability (Errors & Omissions) insurance appropriate to the Contractor's Profession, including, but not limited to medical administration, counseling and legal services.

E. Improper Sexual Conduct including sexual harassment, sexual abuse and sexual misconduct applying to bodily injury, property damage or personal injury arising out of the actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of the insured or as a result of the negligent employment, investigation, hiring & supervision or the reporting or failure to report to proper authorities of a person for whom any insured is or ever was legally responsible.

F. Cyber/Information Security Liability shall cover all of Contractor's employees, officials and agents. Coverage shall be sufficiently broad to respond to the duties and obligations as is undertaken by Contractor in this agreement and shall apply to any dishonest, fraudulent, malicious or criminal activities that affect, alter, copy, corrupt, delete, disrupt or destroy a computer system or to obtain financial benefit for any party; to steal, take or provide unauthorized access of either electronic or non-electronic data, including publicizing confidential electronic or non-electronic data; causing electronic or non-electronic confidential electronic data to be accessible to unauthorized persons; transfer of computer virus, Trojan horse, worms or any other type of malicious or damaging code; and for Third-Party Liability encompassing judgments or settlement and defense costs arising out of litigation due to a data breach and data breach response costs for customer notification and credit monitoring service fees.

### 2. Minimum Limits of Insurance

Contractor shall maintain limits no less than:

A. Commercial General Liability including Premises, Operations, Products and Completed Operations, Contractual Liability, and Independent Contractors Liability: $5,000,000 per occurrence for bodily injury, personal injury and property damage. The General Aggregate limit shall be $10,000,000.

B. Automobile Liability: $1,000,000 each accident for bodily injury and property damage.

C. Employer's Liability: $1,000,000 each accident for bodily injury or disease. Coverage shall include waiver of subrogation endorsement in favor of County of San Diego.

D. Medical and Hospital Professional Liability (Errors & Omissions): $5,000,000 per claim with an aggregate limit of not less than $10,000,000. Coverage shall include contractual liability coverage. This coverage shall be maintained for a minimum of three years following termination or completion of Contractor's work pursuant to the Contract.

E. Improper Sexual Conduct: $1,000,000 per claim with an aggregate limit of not less than $2,000,000.

F. Cyber/Information Security Liability. $2,000,000 per claim with an aggregate limit of not less than $2,000,000.

If the contractor maintains broader coverage and/or higher limits than the minimums shown above, the County requires and shall be entitled to the broader coverage and/or higher limits maintained by the Contractor. As a requirement of this contract, any available insurance proceeds in excess of the specified minimum limits and coverage stated above, shall also be available to the County of San Diego.

**3. Self-Insured Retentions**
Any self-insured retention must be declared to and approved by County Risk Management. At the option of the County, either: the insurer shall reduce or eliminate such self-insured retentions as respects the County, the members of the Board of Supervisors of the County and the officers, agents, employees and volunteers; or the Contractor shall provide a financial guarantee satisfactory to the County guaranteeing payment of losses and related investigations, claim administration, and defense expenses.

**4. Other Insurance Provisions**
The insurance policies are to contain, or be endorsed to contain, the following provisions:

A.  Additional Insured Endorsement
    The County of San Diego, the members of the Board of Supervisors of the County and the officers, agents, employees and volunteers of the County, individually and collectively are to be covered as additional insureds on the General Liability policy with respect to liability arising out of work or operations performed by or on behalf of the Contractor including materials, parts, or equipment furnished in connection with such work or operations and automobiles owned, leased, hired or borrowed by or on behalf of the Contractor. General Liability coverage can be provided in the form of an endorsement to the Contractor's insurance (at least as broad as ISO from CG 2010 11 85 or **both** CG 2010, CG 2026, CG 2033, or CG 2038; **and** CG 2037 forms if later revisions used).

B.  Primary Insurance Endorsement
    For any claims related to this Contract, Contractor's insurance coverage, including any excess liability policies, shall be primary insurance at least as broad as ISO CG 20 01 04 13 as respects the County, the members of the Board of Supervisors of the County and the officers, agents, employees and volunteers of the County, individually and collectively. Any insurance or self-insurance maintained by the County, its officers, employees, or volunteers shall be excess of the Contractor's insurance and shall not contribute with it.

C.  Notice of Cancellation
    Each insurance policy required above shall state that coverage shall not be canceled, except with notice to the County.

D.  Severability of Interest Clause
    Coverage applies separately to each insured, except with respect to the limits of liability, and that an act or omission by one of the named insureds shall not reduce or avoid coverage to the other named insureds.

## General Provisions

**5. Qualifying Insurers**
All required policies of insurance shall be issued by companies which have been approved to do business in the State of California by the State Department of Insurance, and which hold a current policy holder's alphabetic and financial size category rating of not less than A, VII according to the current Best's Key Rating guide, or a company of equal financial stability that is approved in writing by County Risk Management.

**6. Evidence of Insurance**
Prior to commencement of this Contract, but in no event later than the effective date of the Contract, Contractor shall furnish the County with a copy of the certificates of insurance and amendatory endorsements effecting coverage required by this clause. Renewal certificates and amendatory endorsements shall be furnished to County within thirty days of the expiration of the term of any required policy. Contractor shall permit County at all reasonable times to inspect any required policies of insurance.

**7. Failure to Obtain or Maintain Insurance; County's Remedies**
Contractor's failure to provide insurance specified or failure to furnish certificates of insurance and amendatory endorsements or failure to make premium payments required by such insurance shall constitute a material breach of the Contract, and County may, at its option, terminate the Contract for any such default by Contractor.

**8. No Limitation of Obligations**
The foregoing insurance requirements as to the types and limits of insurance coverage to be maintained by Contractor, and any approval of said insurance by the County are not intended to and shall not in any manner limit or qualify the liabilities and obligations otherwise assumed by Contractor pursuant to the Contract, including, but not limited to, the provisions concerning indemnification.

**9. Review of Coverage**
County retains the right at any time to review the coverage, form and amount of insurance required herein and may require Contractor to obtain insurance reasonably sufficient in coverage, form and amount to provide adequate protection against the kind and extent of risk which exists at the time a change in insurance is required.

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
EXHIBIT B – INSURANCE REQUIREMENTS

Case 3:20-cv-06408-AJB-DDL    Document 361    Filed 06/01/22    PageID.5510    Page
172 of 188

**10. Self-Insurance**

Contractor may, with the prior <u>written</u> consent of County Risk Management, fulfill some or all of the insurance requirements contained in this Contract under a plan of self-insurance. Contractor shall only be permitted to utilize such self-insurance if in the opinion of County Risk Management, Contractor's (i) net worth, and (ii) reserves for payment of claims of liability against Contractor, are sufficient to adequately compensate for the lack of other insurance coverage required by this Contract. Contractor's utilization of self-insurance shall not in any way limit liabilities assumed by Contractor under the Contract.

**11. Claims Made Coverage**

If coverage is written on a "claims made" basis, the Certificate of Insurance shall clearly so state. In addition to the coverage requirements specified above, such policy shall provide that:

    A.  The policy retroactive date coincides with or precedes Contractor's commencement of work under the Contract (including subsequent policies purchased as renewals or replacements).

    B.  Contractor will make every effort to maintain similar insurance during the required extended period of coverage following expiration of the Contact.

    C.  If insurance is terminated for any reason, Contractor shall purchase an extended reporting provision of at least three years to report claims arising in connection with the Contract.

    D.  The policy allows for reporting of circumstances or incidents that might give rise to future claims.

**12. Subcontractors' Insurance**

Contractor shall require and verify that all subcontractors maintain insurance meeting all the requirements stated herein, and Contractor shall ensure that County is an additional insured on insurance required from subcontractors. Such Additional Insured endorsement shall be attached to the certificate of insurance in order to be valid and on a form at least as broad as ISO from CG 2010 11 85 or both CG 2010, CG 2026, CG 2033, or CG 2038; and CG 2037 forms if later revisions used. Licensed professionals providing medical services must have Professional Liability insurance in an amount of not less than $1,000,000 each occurrence and $3,000,000 aggregate. If any sub contractor's coverage does not comply with the foregoing provisions, Contractor shall defend and indemnify the County from any damage, loss, cost, or expense, including attorneys' fees, incurred by County as a result of subcontractor's failure to maintain required coverage.

**13. Waiver of Subrogation**

Contractor hereby grants to County a waiver of their rights of subrogation which any insurer of Contractor may acquire against County by virtue of the payment of any loss. Contractor agrees to obtain any endorsement that may be necessary to affect this waiver of subrogation. The Workers' Compensation policy shall be endorsed with a waiver of subrogation in favor of the County for all work performed by the Contractor, its employees, agents and subcontractors.

Case 3:20-cv-00406-AJB-DDL    Document 156-1    Filed 05/01/22    PageID.5511    Page
173 of 188

## RESERVED

FINAL TO BE INSERTED UPON AWARD

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
EXHIBIT D – CORI / CLETS REQUIREMENTS

Case 3:20-cv-00406-AJB-DDL   Document 656-1   Filed 06/07/23   PageID.5512   Page
174 of 188

## 1. ACCESSING ADULT CRIMINAL JUSTICE INFORMATION.

In accordance with the Federal Bureau of Investigations' (FBI) Criminal Justice Information Services (CJIS) Security Policy, Title 28, Code of Federal Regulations, Part 20, and the California Department of Justice's California Law Enforcement Telecommunications System (CLETS) Policies, Practices and Procedures Manual (PPP), the following must be completed and agreed to by both parties:

1.1. <u>Purpose</u>. CONTRACTOR requires access to criminal offender record information as defined by California Penal Code section 11075 and 13102, including local summary criminal offender record information (collectively, "CORI"), or a facility that maintains CORI or CLETS while carrying out its duties under this Agreement of providing medical and mental health services for jail inmates for the COUNTY. CORI may also include information from the California Law Enforcement Telecommunications System ("CLETS"). CORI and CLETS shall collectively be referred to as Criminal Justice Information Systems ("CJIS")

1.2. Reserved.

1.3. <u>Fingerprint Background Check.</u> All persons of CONTRACTOR having direct or indirect access to information from a CJIS database must complete a fingerprinting background check by the Sheriff per CJIS section 5.12 and PPP section 1.9.2 prior to allowing unescorted access to CJIS , including but not limited to research staff, IT staff, and system administrators;

   1.3.1. <u>Security Control</u>: COUNTY has the ability to set, maintain and enforce Standards for the selection, supervision and termination of personnel. This does not grant hiring/firing authority to County, only the authority to grant the CJIS access to personnel who meet these standards and deny it to those who do not.

1.4. <u>Training</u>. All persons having access to information from the CJIS, must be trained in the operation, policies and procedures of each file that may be accessed or updated within six (6) months of employment or assignment. Training can only be provided by the CLETS subscribing agency's certified CLETS/NCIC trainer, and must meet all the CLETS training requirements per CJIS section 5.2 and PPP section 1.8.2. Biennially, provide retesting and reaffirm the proficiency of all the CORI and CLETS operators, if applicable. CONTRACTOR shall complete Attachment 1 Training Request and send to Sheriff;

   1.4.1. <u>Maintenance of Training Records</u>. CONTRACTOR shall maintain records of all training testing and proficiency affirmation in accordance with section 1.8.3.A.3 of the PPP and shall be made available for inspection, upon request by COUNTY. An individual computerized or written log must be maintained on each full access operator. Such logs may be destroyed three years after the operator is separated from the agency. Training records for less than full access operators, practitioners, administrators and other sworn/non-sworn law enforcement personnel shall be maintained on a computerized or written group log. Less than full access operator group logs shall be retained indefinitely by the agency. The examinations may be discharged upon entry of the required information in the appropriate log.

1.5. <u>Employee/Volunteer Statement Form</u>: Pursuant to PPP section 1.5.1, all contractor, employees, agents, volunteers and subcontractor personnel with direct or indirect access to CJIS shall sign the Employee/Volunteer Statement Form (Attachment 2) and return to Sheriff;.

Case 3:20-cv-06418-AJB-DDL    Document 156-3   Filed 06/01/22   PageID.5513    Page
175 of 188

1.6. <u>Private Management Control Agreement</u>. In order to access facilities and areas in which CJIS and its information are contained, CONTRACTOR shall sign the Private Management Control Agreement, incorporated into this agreement, (Attachment 3).

1.7. <u>Security Addendum</u>. The FBI CJIS Security Addendum shall be signed and incorporated into this agreement. (Attachment 4)

1.8. <u>Changes to Access</u>. CONTRACTOR shall notify Sheriff of any changes in writing when employees, agents, volunteers or subcontractors assigned to this Agreement are added or removed within thirty days of assignment or termination.

1.9. <u>Security Controls</u>. CONTRACTOR must take reasonable precautions to protect CJIS from unauthorized access. CONTRACTOR is required to submit to Sheriff a detailed plan of the security measures in place to guard against unauthorized access of hard copies or electronic files containing CJIS. It is incumbent upon CONTRACTOR to prevent disclosure of CORI from unauthorized users throughout the duration of this Agreement and to immediately report any security breach to Sheriff.

1.9.1. Policies governing the operation of computers, access devices, circuits, hubs, boundary protection devices and other components that make up and support a telecommunications network and related CA DOJ criminal justice databases used to process, store or transmit criminal justice information, guaranteeing the priority, integrity and availability of service needed by the criminal justice community.

1.9.2. Security control includes, but is not limited to, the supervision of applicable equipment, systems design, programming and operating procedures associated with the development, implementation and operation of any computerized message-switching or database systems utilized by the served law enforcement agency or agencies. Computer sites must have adequate physical security to protect against any unauthorized viewing or access to computer terminals, access devices or stored/printed data.

1.9.3. <u>Reporting Requirements for Unauthorized Access</u>. It is incumbent upon CONTRACTOR to prevent disclosure of CORI from unauthorized users throughout the duration of this Agreement and to immediate report any security breach to Sheriff.

1.10. <u>Penalties for Misuse</u>. CJIS and related data, by its very nature, is very sensitive and has potential for great harm if misused. Access to criminal offender record information and related data is therefore limited to the purpose(s) provided for in this Agreement. Misuse of the system by, among other things: accessing it without authorization; accessing it by exceeding authorization; accessing it for an improper purpose; using, disseminating or secondary dissemination of information received as a result of this contract for a purpose other than that envisioned by the contract, may subject persons to administrative criminal penalties. *Such exposure for misuse includes, but is not limited to, suspension or termination of this Agreement and prosecution for state and federal crimes.*

1.11. <u>Record Retention of CORI</u>. CONTRACTOR must destroy any information and records received from CJIS, in accordance with California Code of Regulations (CCR) section 708(a) of Chapter 7 of Division 1 of Title 11 after the research project is completed. When the CJIS is furnished in an electronic format, the CJIS must be deleted from any electronic storage medium in which it was stored

Case 3:20-cv-06761-AJB-DDL   Document RFP – Filed 06/01/22   PageID.5514   Page
176 of 188

after the research project is completed. The medium, by which the information was furnished, such as disc or tape, must be destroyed or disabled so that any access to the information is not possible. Any hard copies made from electronic records must be destroyed in accordance with section 708(a) of Chapter 7of Division 1 of Title 11 of the CCR.

1.12.    Audit Right. COUNTY has the responsibility and authority to monitor, audit and enforce the implementation of this agreement. Periodic unannounced site inspections and scheduled audits may be performed by Sheriff to ensure compliance with the CJIS and PPP policies and regulations.

1.13.    Publication: When data derived from CJIS is used or referenced in any publication, a copy of that publication must be furnished to each party of this Agreement. Under Penal Code section 13202, any disclosure of information received from CJIS shall not contain any identifying information.

1.14.    Application: In order to ensure the safety of program offenders and the integrity of this program, this section 1, Access to Adult Criminal Justice Information, shall apply to all employees, volunteers, interns and subcontractors with access or potential access to CJIS.  Direct, indirect or potential access to CLETS and CORI, can be in the form of hardcopy documentation, verbal communication, or other forms of information sharing, as well as unescorted access to County facilities where CLETS and CORI is created, stored, processed, handled, transmitted, or discussed.

**2.      USE OF COUNTY DATA/INFORMATION**
Contractor staff assigned to this contract may have access to County information systems.  The County of San Diego requires all Contractor staff to read, sign, and comply with the "Summary of Policies Regarding County Data/Information and Information Systems."  These policies include the County Administrative Manual Items 0400-11 (COUNTY DATA/INFORMATION – CLASSIFICATION, PROTECTION LEVEL, AND PROPER SECURITY), 0400-01 (COUNTY INFORMATION SYSTEMS – MANAGEMENT AND USE), and 0400-07 (TELECOMMUNICATIONS SYSTEMS – MANAGEMENT AND USE.  Contractor shall obtain these policies from the COR

2.1   Contractor shall require its staff assigned to this contract to read and sign the "Summary of Policies Regarding County Data/Information and Information Systems" (Attachment 5).

2.2   Contractor shall maintain documentation of compliance with requirement.

2.3   Contractor shall require its staff assigned to this contract to comply with the County procedures and regulations cited in the "Summary of Policies Regarding County Data/Information and Information."

**3.      PRISON RAPE ELIMINATION ACT (PREA)**
Contractor shall adopt and comply with the Prison Rape Elimination Act of 2003, 42 U.S.C. 15601 et seq. (PREA), any applicable PREA standards (including 28 C.F.R. 115 et seq.), and any related County ordinances or Sheriff Department policies regarding PREA for preventing, detecting, monitoring, investigating and eradicating any form of sexual abuse.  Such PREA standards require that all volunteers, officers, employees, agents and subcontractors who have contact with residents under this contract receive training pursuant to 28 C.F.R. 115.332.  Contractor shall provide Sheriff with documentation confirming that all volunteers, officers, employees, agents, and subcontractors understand the training they have received.  Contractor acknowledges that the County will monitor Contractor's compliance with PREA, any applicable PREA standards, and County ordinances or Sheriff Department policies relating to sexual abuse, and may conduct announced and/or unannounced compliance monitoring to include "on-site" monitoring.  Contractor agrees that it will pay any and all evaluation and treatment costs arising from sexual abuse of offenders and as a result of confinement during the term of this agreement, as required by applicable laws and regulations including, but not limited to, Title 28 of the Code of Federal Regulations, sections 115.282 and 115.283. Failure to comply with PREA, including PREA Standards and County

Case 3:20-cv-00406-AJB-DDL    Document 438-1    Filed 08/01/22    PageID.5515    Page
177 of 188

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
EXHIBIT D – CORI / CLETS REQUIREMENTS

PREA policies, may result in termination of the contract.  If the County determines that a PREA violation contributes to the curtailment of an essential service or poses an immediate threat to life, health or property, County may terminate the contract immediately upon issuing oral or written notice to the Contractor without any prior notice or opportunity to cure.

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
EXHIBIT D – CORI / CLETS REQUIREMENTS
ATTACHMENT 1 – CORI TRAINING REQUEST FORM

**Criminal Offender Record Information (CORI) Training Requirement:**

Penal Code Section 11075 and 11077(d) requires the County to ensure that only a certified CLETS/NCIC trainer initially trains all sworn/non-sworn, non-criminal justice, **volunteer and contractor personnel,** with "physical and logical access" to CLETS, NCIC and CORI within six months of assignment. <u>CORI training has to be scheduled within 30 days of assignment.</u>

<u>**Contract Staff Information:**</u>

Request to Enroll the Following Staff in CORI Training: ☐ Contract   ☐ VIP   ☐ Other: _____

First and Last Name (Print): _____

Staff E-mail Address (Print): _____

Program Name: _____

Date Assigned to Program: _____

Work Address: _____

Contractor or VIP Group: _____


If Contract Staff is Replacing Someone, Print First & Last Name: _____

Contract Supervisor First and Last Name _____

Contract Supervisor Signature:   x _____   Date: _____

Contract Supervisor E-mail Address _____


<u>**Sheriff COR/Designee:**</u>

Type of CORI Training:  ☐ 1½ Hour  ☑ 4 Hour

Contract Analyst First and Last Name (Print): _____

COR/Designee First and Last Name (Print): _____

COR/Designee Signature:  x _____   Date: _____


<u>**Contractor:**</u> *Please forward to COR/County Designee*

Case 3:20-cv-00406-AJB-DDL   Document 156-1   Filed 06/01/22   PageID.5517   Page
179 of 188
COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
EXHIBIT D – CORI / CLETS REQUIREMENTS
ATTACHMENT 2 – EMPLOYEE/VOLUNTEER STATEMENT



STATE OF CALIFORNIA
HDC 0009
Orig. 05/2001, Rev. 03/2010

DEPARTMENT OF JUSTICE
PAGE 1 of 1

## CLETS EMPLOYEE/VOLUNTEER STATEMENT

### Use of information from the California Law Enforcement Telecommunications System (CLETS) and the Department of Motor Vehicles record information

As an employee/volunteer of _____ , you may have access to confidential criminal records, the Department of Motor Vehicle records or other criminal justice information, much of which is controlled by statute. All information from the CLETS is based on the "need-to-know" and the "right-to-know" basis. The misuse of such information may adversely affect an individual's civil rights and violates the law and/or CLETS policies.

Penal Code (PC) section 502 prescribes the penalties relating to computer crimes. PC sections 11105 and 13300 identify who has access to state and local summary criminal history information and under which circumstances it may be released. PC sections 11141-11143 and 13302-13304 prescribe penalties for misuse of state and local summary criminal history information. Government Code section 6200 prescribes the felony penalties for misuse of public records and information from the CLETS. California Vehicle Code section 1808.45 prescribes the penalties relating to misuse of the Department of Motor Vehicle record information.

Penal Code sections 11142 and 13303 state:

> "Any person authorized by law to receive a record or information obtained from a record who knowingly furnishes the record or information to a person not authorized by law to receive the record or information is guilty of a misdemeanor."

Any employee/volunteer who is responsible for the CLETS misuse is subject to immediate dismissal from employment. Violations of the law may result in criminal and/or civil action.

*I HAVE READ THE ABOVE AND UNDERSTAND THE POLICY REGARDING MISUSE OF ALL INFORMATION FROM THE CLETS.*

_____        _____
Signature                                                              Print Name

_____
Date

COUNTY OF SAN DIEGO – REQUEST FOR PROPOSALS (RFP 10827)
SHERIFF'S DEPARTMENT CONSOLIDATED HEALTH CARE DELIVERY
EXHIBIT D – CORI / CLETS REQUIREMENTS
ATTACHMENT 3 – PRIVATE MANAGEMENT CONTROL AGREEMENT



STATE OF CALIFORNIA
HDC 0004B
(Orig. 11/2005, Rev. 03/2010)

DEPARTMENT OF JUSTICE
PAGE 1 of 2

## CLETS PRIVATE CONTRACTOR
## MANAGEMENT CONTROL AGREEMENT

Agreement to allow California Law Enforcement Telecommunications System (CLETS) access by

_____ , _____
(Public law enforcement/criminal justice agency)                                 (ORI)

to _____
(Private Contractor)

to perform _____ services on its behalf.
(Type of service)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Access to the CLETS is authorized to public law enforcement and criminal justice agencies (*hereinafter referred to as the CLETS subscribing agency*) only, which may delegate the responsibility of performing the administration of criminal justice functions (e.g., dispatching functions or data processing/information services) in accordance with the Federal Bureau of Investigation's (FBI) Criminal Justice Information Services (CJIS) Security Addendum to a private contractor. The private contractor may access systems or networks that access the CLETS on behalf of the CLETS subscribing agency to accomplish the above-specified service(s). This agreement must be received by the California Department of Justice (CA DOJ) prior to the subscribing agency permitting access to the CLETS. The performance of such delegated services does not convert that agency into a public criminal justice agency, not automatically authorize access to state summary criminal history information. Information from the CLETS is confidential and may be used only for the purpose(s) for which it is authorized. Violation of confidentiality requirements or access authorizations may be subject to disciplinary action or criminal charges.

Pursuant to the policies outlined in the *CLETS Policies, Practices, and Procedures (PPP)* and the Federal Bureau of Investigation's (FBI) *CJIS Security Policy*, it is agreed the CLETS subscribing agency will maintain responsibility for security control as it relates to the CLETS access. Security control is defined as the ability of the CLETS subscribing agency to set, maintain, and enforce:

1.    Standards for the selection, supervision, and termination of personnel. This does not grant hiring/firing authority to the CLETS subscribing agency, only the authority to grant CLETS access to personnel who meet these standards and deny it to those who do not.

2.    Policies governing the operation of computers, access devices, circuits, hubs, routers, firewalls, and other components that make up and support a telecommunications network and related CA DOJ criminal justice databases used to process, store, or transmit criminal justice information, guaranteeing the priority, integrity, and availability of service needed by the criminal justice community.

Security control includes, but is not limited to, the supervision of applicable equipment, systems design, programming, and operating procedures associated with the development, implementation, and operation of any computerized message-switching or database systems utilized by the served law enforcement agency or agencies. Computer sites must have adequate physical security to protect against any unauthorized viewing or access to computer terminal, access devices, or stored/printed data.

Case 3:20-cv-00406-AJB-DDL   Document 155-1   Filed 06/01/22   PageID.5519   Page
181 of 188



STATE OF CALIFORNIA
HDC 0004B
(Orig. 11/2005; Rev. 03/2010)

DEPARTMENT OF JUSTICE
PAGE 2 of 2

## CLETS PRIVATE CONTRACTOR
## MANAGEMENT CONTROL AGREEMENT

Additionally, it is the responsibility of the CLETS subscribing agency to ensure that all private contractors receiving information from the CLETS meet the minimum training, certification, and background requirements that are also imposed on the CLETS subscribing agency's staff. The minimum requirements are applicable also to staff having access to record storage areas containing information from the CLETS. The minimum requirements include, but are not limited to:

1. Prior to allowing the CLETS access, train, functionally test, and affirm the proficiency of all the CLETS computer operators to ensure compliance with the CLETS and the FBI's National Crime Information Center (NCIC) policies and regulations, if applicable. Biennially, provide testing and reaffirm the proficiency of all the CLETS operators, if applicable.

2. State and FBI criminal offender record information searches must be conducted prior to allowing access to the CLETS computers, equipment, or information. If the results of the criminal offender record information search reveal a record of any kind, access will not be granted until the CLETS subscribing agency can review the matter to decide if access is appropriate. If a felony conviction of any kind is found, access shall not be granted.

3. Each individual must sign a CLETS Employee/Volunteer Statement form (HDC 0009) prior to operating or having access to CLETS computers, equipment, or information.

In accordance with CLETS/NCIC policies, the CLETS subscribing agency has the responsibility and authority to monitor, audit, and enforce the implementation of this agreement by the private contractor. The private contractor agrees to cooperate with the CLETS subscribing agency in the implementation of this agreement and to accomplish the directives for service under the provisions of this agreement. The CLETS Management Control Agreement (HDC 0004B) shall be updated when the head of either agency changes or immediately upon request from the CA DOJ.

By signing this agreement, the vendors and private contractors certify they have read and are familiar with the contents of (1) the FBI's CJIS Security Addendum, (2) the NCIC 2000 Operating Manual, (3) the FBI's CJIS Security Policy, (4) Title 28, Code of Federal Regulations, Part 20, and (5) the CLETS PPP and agree to be bound by their provisions. Criminal offender record information and related data, by its very nature, is sensitive and has potential for great harm if misused. Access to criminal offender record information and related data is therefore limited to the purpose(s) for which the CLETS subscribing agency has entered into the contract. Misuse of the system by, among other things: accessing it without authorization; accessing it by exceeding authorization; accessing it for an improper purpose; use, dissemination, or secondary dissemination of information received as a result of this contract for a purpose other than that envisioned by the contract, may subject me to administrative and criminal penalties. Accessing the system for an appropriate purpose and then using, disseminating, or secondary dissemination of information received for another purpose other than execution of the contract also constitutes misuse. Such exposure for misuse includes, but is not limited to, suspension or loss of employment and prosecution for state and federal crimes.

Signature (CLETS Subscribing Agency Head)      Signature (Private Contractor Agency Head)

Print Name and Title      Print Name and Title

Date      Date

Case 3:20-cv-00406-AJB-DDL    Document 155-1    Filed 06/01/22    PageID.5520    Page
182 of 188



STATE OF CALIFORNIA
HDC 0012
(Orig. 02/2008; Rev. 04/2016)

DEPARTMENT OF JUSTICE
PAGE 1 of 1

## FEDERAL BUREAU OF INVESTIGATION
## CRIMINAL JUSTICE INFORMATION SERVICES
## SECURITY ADDENDUM

| PRINT | RESET |

### CERTIFICATION

I hereby certify that I am familiar with the contents of (1) the Security Addendum, including its legal authority and purpose; (2) the NCIC Operating Manual; (3) the CJIS Security Policy; and (4) Title 28, Code of Federal Regulations, Part 20, and agree to be bound by their provisions.

I recognize that criminal history record information and related data, by its very nature, is sensitive and has potential for great harm if misused. I acknowledge that access to criminal history record information and related data is therefore limited to the purpose(s) for which a government agency has entered into the contract incorporating this Security Addendum. I understand that misuse of the system by, among other things: accessing it without authorization; accessing it by exceeding authorization; accessing it for an improper purpose; using, disseminating or re-disseminating information received as a result of this contract for a purpose other than that envisioned by the contract, may subject me to administrative and criminal penalties. I understand that accessing the system for an appropriate purpose and then using, disseminating or re-disseminating the information received for another purpose other than execution of the contract also constitutes misuse. I further understand that the occurrence of misuse does not depend upon whether or not I receive additional compensation for such authorized activity. Such exposure for misuse includes, but is not limited to, suspension or loss of employment and prosecution for state and federal crimes.

_____     _____
Printed Name/Signature of Contractor Employee                              Date

_____     _____
Printed Name/Signature of Contractor Representative                        Date

_____
Organization and Title of Contractor Representative

Case 3:20-cv-00406-AJB-DDL    Document 156-1    Filed 08/01/22   PageID.5521    Page
183 of 188

 **COUNTY OF SAN DIEGO**

*Summary of Policies*
*Regarding County Data/Information and Information Systems*

To aid in the performance of their regular job assignments and duties, County employees, volunteers, agents and contractors are provided access to many County tools and resources. In the electronic age, these tools and resources include County "data/information" in various formats (e.g. on electronic media, paper, microfiche) and County "information systems" (e.g. computers, servers, networks, Internet access, fax, telephones and voice mail), whether owned, provided or maintained by or on behalf of the County.

The County has established policies and procedures based on best business practices to support the performance of the County's business and to protect the integrity, security and confidentiality of the County's data/information and information systems. Users[1] of these resources play a critical role. By carrying out their regular assignments and duties in compliance with all applicable County's policies and procedures, best practices are maintained.

This summary helps users know their responsibilities by highlighting important aspects of policies that govern access to and use of County data/information and information systems. The policies themselves provide further detailed information governing the use of County data/information and information systems and should be reviewed. Most notably, the County Chief Administrative Officer (CAO) Policy *Acceptable Use of County Data/Information* provides additional guidance on protecting County data/information; the CAO Policy *County Information Systems – Management and Use* provides guidance in controlling and using County information systems; and the CAO Policy *Telecommunications – Management and Use* provides guidance in using desktop and cellular telephones.

Access to County data/information or information systems is necessary to the performance of regular assignments and duties. Failure to comply with these policies and procedures may constitute a failure in the performance of regular assignments/duties. Such failure can result in the temporary or permanent denial of access privileges and/or in discipline, up to and including termination, in accordance with Civil Service Rules.

1. County data/information in all formats and information systems are for authorized County use only. Personal use of County information systems is prohibited unless specifically authorized by the Appointing Authority.

2. As part of their regular assignments and duties, users are responsible for protecting any data / information and information systems provided or accessible to them in connection with County business or programs.

3. Users cannot share data/information with others outside of their regular duties and responsibilities unless specifically authorized to do so.

4. Users have no expectation of privacy regarding any data/information created, stored, received, viewed, accessed, deleted or input via County information systems. The County retains the right to monitor, access, retrieve, restore, delete or disclose such data/information.

---

[1] *For purposes of this summary, the term "user" shall refer to any person authorized to use County data/information and information systems to perform work in support of the business, programs or projects in which the County is engaged. It also applies to users accessing other networks, including the Internet, through County information systems.*

(Rev 7/01/08)

5. Attempts by users to access any data or programs contained on County information systems for which they do not have authorization will be considered a misuse.

6. Users shall not share their County account(s) or account password(s) with anyone, use another's account to masquerade as that person, or falsely identify themselves during the use of County information systems.

7. The integrity and security of County data/information depends on the observation of proper business practices by all authorized users. Users are requested to report any weaknesses in County information system security and any incidents of possible misuse or violation of County IT policies to the appropriate County representative.

8. Users shall not divulge Dial-up or Dial-back modem phone numbers to anyone.

9. Users shall not make copies of system configuration files (e.g. password files) for their own unauthorized use or to provide to other people/users for unauthorized uses.

10. Users shall not make copies of copyrighted software or information, except as permitted by law or by the owner of the copyright.

11. Users shall not engage in any activity that harasses, defames or threatens others, degrades the performance of information systems, deprives an authorized County user access to a County resource, or circumvents County security measures.

12. Users shall not download, install or run security programs or utilities that reveal or exploit weaknesses in the security of a County information system. For example, County users shall not run password cracking or network scanning programs on County information systems.

Misuse of workplace tools and resources, including County data/information and/or County information systems, will be reported to a user's management. Misuse may constitute a failure to perform regular duties and assignments. Such failure may result in short-term or permanent loss of access to County data/information or information systems and/or disciplinary action in accordance with Civil Service Rules, up to and including termination. For non County employees, including volunteers and employees of County contractors, misuse may result in a suspension or withdrawal of your access rights, termination of your participation in County programs, or appropriate against the contractor under the contract's terms, or any combination of all or some of the above consequences.

Acknowledgement:
I have received and read the County of San Diego's Summary of Policies Regarding County Data/information and Information Systems.

Print Name:

Signature:                                    Date Signed:

Supervisor / Manager / Witness:                Date Signed:

| ALL SIGNERS: | Keep a copy of this summary for your reference |
| COUNTY SIGNERS: | Department Personnel Representative --- file the original of this form in the authorized user's agency or department personnel file. |
| NON-COUNTY SIGNERS: | Contract administrator --- file the original form along with the contract |

(Rev 7/01/08)

Case 3:20-cv-00406-AJB-DDL   Document 636-1   Filed 06/01/22   PageID.5523   Page
185 of 188

## RESERVED

FINAL TO BE INSERTED UPON AWARD

July 19, 2021

REQUEST FOR PROPOSALS (RFP) NO. 10827
COUNTY OF SAN DIEGO, SHERIFF'S DEPARTMENT
CONSOLIDATED HEALTH CARE DELIVERY

NOTICE OF INTENT TO AWARD
The County of San Diego (County) has completed its evaluation of proposals received in response to
Request For Proposals (RFP) No. 10827 for Consolidated Health Care Delivery. Subject to successful
negotiations, the County intends to award a contract to:

NaphCare, Inc.
2090 Columbiana Road, Suite 4000
Birmingham, AL 35216

This notice shall remain posted for five (5) business days through July 26, 2021, and no award will be
made during this period.

If you have any questions regarding this matter, please contact Sean Behan, Chief, Departmental
Operations at 858-505- 6391 or by email at Sean.Behan@sdcounty.ca.gov

EXHIBIT 1-C

# COUNTY OF SAN DIEGO – DEPARTMENT OF PURCHASING AND CONTRACTING
## CONTRACT NO. 555204   AMENDMENT NO. 1

Mid America Health ("Contractor") and the **County of San Diego** ("County") enter into this amendment ("Amendment") to amend the above-referenced contract ("Contract") as described herein.

Title of Contract:  On-Site Dental Services
Amendment Effective Date:  **Date when signed by Director, Department of Purchasing and Contracting.**
**Description of Contract Change(s):**

1.  Exercise 6 month option effective January 1, 2022 to June 30, 2022.

2.  Compensation: The compensation due to Contractor under the Contract is increased by $327,661, which includes a 3% increase, for a revised Contract Total Price of $3,386,727.

3.  Term of Agreement: The Contract time for completion is changed to June 30, 2022.

All other terms and conditions of the Contract shall remain in effect.

IN WITNESS WHEREOF, County and Contractor have executed this Amendment effective as of the date set forth above. This Amendment is not valid unless signed by Contractor and the County Department of Purchasing and Contracting.

**CONTRACTOR:**

By: _____

Name: JOSE LOPEZ

Title:   Executive Vice President – Corrections, Mid America Health, Inc.

Date: Nov 17, 2021

**COUNTY:**

Department Reviewed and Recommended Approval:

By: _____
KEITH SPEARS, Contracts Manager
Sheriff's Department

Date: 11/17/2021

**APPROVED:**

By: _____ FOR

JOHN M. PELLEGRINO, Director
Department of Purchasing and Contracting

Date: 11/18/2021

EXHIBIT 1-D



# County of San Diego

**JOHN M. PELLEGRINO**
DIRECTOR

DEPARTMENT OF PURCHASING AND CONTRACTING
5560 OVERLAND AVENUE, SUITE 270, SAN DIEGO, CALIFORNIA 92123-1204
Phone (858) 505-6367          Fax (858) 715-6452

**ALLEN R. HUNSBERGER**
ASSISTANT DIRECTOR

May 17, 2022

J. Kouns
Mid America Health, Inc.
1499 Windhorst Way, Suite 100
Greenwood, IN 46143

## TERMINATION FOR CONVENIENCE OF CONTRACT NO. 555204 – DENTAL SERVICES

The County of San Diego is exercising its option to terminate contract number 555204 for Dental Services pursuant to Article 7.5, Termination for Convenience, of the service agreement.  This contract is being terminated effective May 31, 2022.

If you have any contractual questions, please contact Josielyn Kaai, Procurement Contracting Officer, at (858) 505-6368, or by email at josielyn.kaai@sdcounty.ca.gov.  All questions pertaining to programmatic and fiscal issues should be directed to Dane Gapuz, Sheriff's Program Coordinator, at (858) 974-5975 or by email at dane.gapuz@sdsheriff.org.

JOSIELYN KAAI, Procurement Contracting Officer
Department of Purchasing and Contracting

cc:     DPC Correspondence File

Email: jkouns@mahweb.com

EXHIBIT 1-E