UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>         Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, *et al.*,<br><br>         Defendants. | Case No.: 20-CV-406-AJB-WVG<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Defendant Mid-America Health, Inc. filed a Motion for Summary Judgment on **June 1, 2022**. (Doc. No. 156.) Plaintiff must file any opposition to the motion for summary judgment by **July 18, 2022**. Defendant shall file any reply brief on or before **August 1, 2022**. Unless the Court directs otherwise in advance, this matter will be resolved without oral argument.

  **IT IS SO ORDERED.**

DATED: June 6, 2022

                 Hon. William V. Gallo
                 United States Magistrate Judge