GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:     ggrunfeld@rbgg.com
           vswearingen@rbgg.com
           pkaul@rbgg.com
           eanderson@rbgg.com
           hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email:     ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>Judge: Hon. Anthony J. Battaglia<br>Mag. Judge: Hon. William V. Gallo<br><br>NO HEARING DATE PER DKT. 126 |

[3923000.1]

1  (*counsel continued from preceding page*)

2  CHRISTOPHER M. YOUNG – 163319
   ISABELLA NEAL – 328323
3  OLIVER KIEFER – 332830
   DLA PIPER LLP (US)
4  401 B Street, Suite 1700
   San Diego, California  92101-4297
5  Telephone:   (619) 699-2700
   Facsimile:   (619) 699-2701
6  Email:       christopher.young@dlapiper.com
                isabella.neal@dlapiper.com
7               oliver.kiefer@dlapiper.com

8  BARDIS VAKILI – 247783
   JONATHAN MARKOVITZ – 301767
9  ACLU FOUNDATION OF SAN DIEGO &
   IMPERIAL COUNTIES
10 2760 Fifth Avenue, Suite 300
   San Diego, California  92103-6330
11 Telephone:   (619) 232-2121
   Email:       bvakili@aclu-sdic.org
12              jmarkovitz@aclu-sdic.org

13 Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Van Swearingen, declare:

1.     I am an attorney duly admitted to practice before this Court.  I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration in support of Plaintiffs' Request for Judicial Notice.

2.     Attached hereto as **Exhibit A** is a true and correct copy of the San Diego County Contract Number 555357, Agreement with Liberty Healthcare Corporation for Comprehensive Onsite Detention Psychiatric Health Services, executed on January 23, 2017, and all amendments thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 5th day of June, 2022.

Van Swearingen

DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

# EXHIBIT A

COUNTY CONTRACT NUMBER 555357
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION**
**FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**

This Agreement ("Agreement") is made and entered into on the date shown on the signature page ("Effective Date") by and between the County of San Diego, a political subdivision of the State of California ("County") and Contractor Liberty Healthcare Corporation, located at 401 East City  Avenue, Suite 820, Bala Cynwyd, PA 19004 (" Contractor"), with reference to the following facts:

## RECITALS

A.   Pursuant to Administrative Code section 401, the County's Director of the Department of Purchasing and Contracting is authorized to award this Contract for comprehensive onsite detention psychiatric health services.

B.   Contractor is specially trained and possesses certain skills, experience, education and competency to perform these services.

C.   The Chief Administrative Officer made a determination that Contractor can perform the services more economically and efficiently than the County, pursuant to Section 703.10 of the County Charter.

D.   The Agreement shall consist of this document, Exhibit A Statement of Work, Exhibit B Insurance Requirements and Exhibit C, Fee Schedule. In the event that any provision of the Agreement or its Exhibits, A, B or C, conflicts with any other term or condition, precedence shall be: First (1st) the Agreement; Second (2nd) Exhibit B; Third (3rd) Exhibit A; and Fourth (4th) Exhibit C.

NOW THEREFORE, for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

## ARTICLE 1
## PERFORMANCE OF WORK

1.1   Standard of Performance. Contractor shall, in good and workmanlike manner and in accordance with the highest professional standards, at its own cost and expense, furnish all of the labor, technical, administrative, professional and all other personnel, all supplies and materials, equipment, printing, transportation, facilities, and all other means whatsoever, except as herein otherwise expressly specified to be furnished by County, necessary or proper to perform and complete the work and provide the services required of Contractor by this Agreement.

1.2   Contractor's Representative. The person identified on the signature page ("Contractor's Representative") shall ensure that Contractor's duties under this Agreement shall be performed on behalf of the Contractor by qualified personnel; Contractor represents and warrants that (1) Contractor has fulfilled all applicable requirements of the laws of the State of California to perform the services under this Agreement and (2) Contractor's Representative has full authority to act for Contractor hereunder. Contractor and County recognize that the services to be provided by Contractor's Representative pursuant to this Agreement are unique: accordingly, Contractor's Representative shall not be changed during the Term of the Agreement without County's written consent. County reserves the right to terminate this Agreement pursuant to Clause 7.1 "Termination for Default", if Contractor's Representative should leave Contractor's employ, or if, in County's judgment, the work hereunder is not being performed by Contractor's Representative.

1.3   Contractor as Independent Contractor. Contractor is, for all purposes of this Agreement, an independent Contractor, and neither Contractor nor Contractor's employees or subcontractors shall be deemed to be employees of the County. Contractor shall perform its obligations under this Agreement according to the Contractor's own means and methods of work which shall be in the exclusive charge and under the control of the Contractor, and which shall not be subject to control or supervision by County except as to the results of the work. Neither Contractor nor Contractor's employees or subcontractors shall be entitled to any benefits to which County employees are entitled, including without limitation, overtime, retirement benefits, workers' compensation benefits and injury leave.

1.4   Contractor's Agents and Employees or Subcontractors. Contractor shall obtain, at Contractor's expense, all agents, employees and subcontractors required for Contractor to perform its duties under this Agreement, and all such services shall be performed by Contractor's Representative, or under Contractor's Representatives' supervision, by persons authorized by law to perform such services. Retention by Contractor of any agent, employee or subcontractor shall be at Contractor's sole cost and expense, and County shall have no obligation to pay Contractor's agents, employees or subcontractors; to support any such person's or entity's claim against the Contractor; or to defend Contractor against any such claim.

Any subcontract or consultant agreement, which is in excess of fifty thousand dollars ($50,000) or twenty five percent (25%) of the value of the contract, whichever is less, or a combination of subcontracts or consultant agreements to the same individual or firm for the Agreement period, or any subcontract or consultant agreement for professional medical or mental health services, regardless of value, must have prior concurrence of the Contracting Officer's Representative ("COR"). Contractor shall provide Contracting Officer Representative with copies of all other subcontracts relating to this Agreement entered into by Contractor within 30 days after the effective date of the subcontract. Such subcontractors of Contractor shall be notified of Contractor's relationship to County. "Subcontractor" means any entity, other than County, that furnishes to Contractor services or supplies relevant to this Agreement other than standard commercial supplies, office space, and printing services.

1.4.1   Contractor Responsibility. In the event any subcontractor is utilized by Contractor for any portion of the project, Contractor retains the prime responsibility for carrying out all the terms of this Agreement, including the responsibility for performance and insuring the availability and retention of records of subcontractors in accordance with this Agreement.

**COUNTY CONTRACT NUMBER 555357**
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION**
**FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**

1.4.2  Mandated Clause. All subcontracts shall include the Standard Terms and Conditions required of Contractor Articles 3, 7, 8, 9, 10, 11, 12, 13, 14 and 16 herein.

1.4.3  County Approval. As identified above, all subcontracts under this Agreement shall have prior written approval of the Contracting Officer Representative.

**ARTICLE 2**
**SCOPE OF WORK**

2.1  Statement of Work. Contractor shall perform the work described in the "Statement of Work" attached as Exhibit "A" to this Agreement, and by this reference incorporated herein, except for any work therein designated to be performed by County.

2.2  Right To Acquire Equipment and Services. Nothing in this Agreement shall prohibit the County from acquiring the same type or equivalent equipment and/or service from other sources, when deemed by the County to be in its best interest.

2.3  Responsibility For Equipment. For cost reimbursement Agreements, County shall not be responsible nor be held liable for any damage to persons or property consequent upon the use, misuse, or failure of any equipment used by Contractor or any of Contractor's employees, even though such equipment may be furnished, rented, or loaned to Contractor by County. The acceptance or use of any such equipment by Contractor or Contractor's employees shall be construed to mean that Contractor accepts full responsibility for and agrees to exonerate, indemnify and hold harmless County from and against any and all claims for any damage whatsoever resulting from the use, misuse, or failure of such equipment, whether such damage be to the employee or property of Contractor, other Contractors, County, or other persons. Equipment includes, but is not limited to material, computer hardware and software, tools, or other things.

2.3.1  Contractor shall repair or replace, at Contractor's expense all County equipment or fixed assets that are damaged or lost as a result of Contractor negligence.

2.4  Non-Expendable Property Acquisition. County retains title to all non-expendable property provided to contractor by county, or which Contractor may acquire with funds from this Agreement if payment is on a cost reimbursement basis, including property acquired by lease purchase Agreement. Contractor may not expend funds under this Agreement for the acquisition of non-expendable property having a unit cost of $5,000 or more and a normal life expectancy of more than one year without the prior written approval of Contracting Officer Representative. Contractor shall maintain an inventory of non-expendable equipment, including dates of purchase and disposition. Inventory records on non-expendable equipment shall be retained, and shall be made available to the County upon request, for at least three years following date of disposition. Non-expendable property that has value at the end of a contract (e.g. has not been depreciated so that its value is zero), and which the County may retain title under this paragraph, shall be disposed of at the end of the Agreement as follows: At County's option, it may: 1) have Contractor deliver to another County contractor or have another County contractor pick up the non-expendable property; 2) allow the contractor to retain the non-expendable property provided that the contractor submits to the County a written statement in the format directed by the County of how the non-expendable property will be used for the public good; or 3) direct the Contractor to return to the County the non-expendable property.

**ARTICLE 3**
**DISENTANGLEMENT**

3.1  General Obligations
At County's discretion, Contractor shall accomplish a complete transition of the services as set forth in Exhibit A to this Agreement (for purposes of this Article 3.1, these shall be referred to as the "Disentangled Services") being terminated from Contractor and the Subcontractors to County, or to any replacement provider designated by County, without any interruption of or adverse impact on the Disentangled Services or any other services provided by third parties. This process shall be referred to as the Disentanglement. Contractor shall fully cooperate with County and any new service provider and otherwise promptly take all steps, including, but not limited to providing to County or any new service provider all requested information or documentation, required to assist County in effecting a complete Disentanglement. Contractor shall provide all information or documentation regarding the Disentangled Services or as otherwise needed for Disentanglement, including, but not limited to, data conversion, client files, interface specifications, training staff assuming responsibility, and related professional services. Contractor shall provide for the prompt and orderly conclusion of all work required under the Agreement, as County may direct, including completion or partial completion of projects, documentation of work in process, and other measures to assure an orderly transition to County or the County's designee of the Disentangled Services. All Contractor work done as part of the Disentanglement shall be performed by Contractor and will be reimbursed by the County at no more than Contractor's charges and fees as set forth in Exhibit C, up to the total amount of this Agreement. Contractor shall not receive any additional or different compensation for the work otherwise required by the Agreement. Contractor's obligation to provide the Services shall not cease until the earlier of the following: 1) The Disentanglement is satisfactory to County, including the performance by Contractor of all asset-transfers and other obligations of Contractor provided in this Paragraph, has been completed to the County's reasonable satisfaction or 2) twelve (12) months after the Expiration Date of the Agreement.

3.2  Disentanglement Process
The Disentanglement process shall begin on any of the following dates: (i) the date County notifies Contractor that no funds or insufficient funds have been appropriated so that the Term shall be terminated pursuant to the Agreement, Article 7; (ii)

COUNTY CONTRACT NUMBER 555357
AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION
FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES

the date designated by County not earlier than sixty (60) days prior to the end of any initial or extended term that County has not elected to extend pursuant to the Agreement's, Signature Page, Contract Term; or (iii) the date any Termination Notice is delivered, if County elects to terminate any or all of the Services pursuant to the Agreement, Article 7. Subject to Exhibit A Contractor's obligation to perform Disentangled Services, and County's obligation to pay for Disentangled Services, shall expire: (A) when funds appropriated for payment under this Agreement are exhausted, as provided in this Agreement, Article 7; (B) at the end of the initial or extended term set forth in this Agreement's, Signature Page, Contract Term; or (C) on the Termination Date, pursuant to this Agreement, Article 7 (with the applicable date on which Contractor's obligation to perform the Services expires being referred to herein as the "Expiration Date"). Contractor and County shall discuss in good faith a plan for determining the nature and extent of Contractor's Disentanglement obligations and for the transfer of the Disentangled Services in process provided, however, that Contractor's obligation under this Agreement to provide all Disentangled Services shall not be lessened in any respect.

3.3     Specific Obligations
The Disentanglement shall include the performance of the following specific obligations:

    3.3.1     No Interruption or Adverse Impact
Contractor shall cooperate with County and all of the County's other service providers to ensure a smooth transition at the time of Disentanglement, with no interruption of Disentangled Services or other work required under the Agreement, no adverse impact on the provision of Disentangled Services or other work required under the Agreement or County's activities, no interruption of any services provided by third parties, and no adverse impact on the provision of services provided by third parties.

    3.3.2     Return, Transfer and Removal of Assets

        3.3.3.1     Contractor shall return to County all County assets in Contractor's possession, pursuant to Paragraph 2.4 of the Agreement.

        3.3.3.2     County shall be entitled to purchase at net book value those Contractor assets used for the provision of Disentangled Services to or for County, other than those assets expressly identified by the Parties as not being subject to this provision. Contractor shall promptly remove from County's premises, or the site of the work being performed by Contractor for County, any Contractor assets that County, or its designee, chooses not to purchase under this provision.

    3.3.3     Transfer of Leases, Licenses, and Contracts
Contractor, at its expense, shall convey or assign to County or its designee such fully-paid leases, licenses, and other contracts used by Contractor, County, or any other Person in connection with the Disentangled Services, as

County may select, when such leases, licenses, and other contracts have no other use by Contractor. Contractor's obligation described herein, shall include Contractor's performance of all obligations under such leases, licenses, and other contracts to be performed by it with respect to periods prior to the date of conveyance or assignment and Contractor shall reimburse County for any losses resulting from any claim that Contractor did not perform any such obligations.

    3.3.4     Delivery of Documentation
Contractor shall deliver to County or its designee, at County's request, all documentation and data related to County, including, but not limited to, the County Data and client files, held by Contractor, and Contractor shall destroy all copies thereof not turned over to County, all at no charge to County. Notwithstanding the foregoing, Contractor may retain one (1) copy of the documentation and data, excluding County Data, for archival purposes or warranty support.

3.4     Findings Confidential. Any reports, information, data, etc., given to or prepared or assembled by Contractor under this Agreement which the County requests to be kept as confidential shall not be made available to any individual or organization by the Contractor without the prior written approval of the County.

3.5     Publication, Reproduction or Use of Materials. No material produced, in whole or in part, under this Agreement shall be subject to copyright in the United States or in any other country. The County shall have unrestricted authority to publish, disclose, distribute and otherwise use, in whole or in part, any reports, data or other materials prepared under this Agreement. All reports, data and other materials prepared under this Agreement shall be the property of the County upon completion of this Agreement.

ARTICLE 4
COMPENSATION

The Payment Schedule, and/or budget are in Exhibit C and the compensation is on the Signature page. County will pay Contractor the agreed upon price(s), pursuant to Exhibit C for the work specified in Exhibit A, Statement of Work. The County is precluded from making payments prior to receipt of services (advance payments). Contractor shall provide and maintain an accounting and financial support system to monitor and control costs to assure the Agreements completion. Invoices are subject to the requirements below.

COUNTY CONTRACT NUMBER 555357
AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION
FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES

4.1 Fiscal for Fixed Pricing. (Rev. 7/31/08)

4.1.1 <u>General Principles</u>. Contractor shall comply with generally accepted accounting principles and good business practices, including all applicable cost principles established by the Federal Office of Management and Budget, which can be viewed at http://www.whitehouse.gov/omb/circulars. Contractor shall comply with all Federal, State and other funding source requirements. Contractor shall, at its own expense, furnish all cost items associated with this Agreement except as herein otherwise specified in the budget or elsewhere to be furnished by County.

4.1.2 <u>Invoices</u>. Payment for the services performed under this Agreement shall be in accordance with Exhibit C, unless other payment methodologies are negotiated and agreed to by both Contractor and County. Contractor shall submit approved invoices monthly to the Contracting Officer's Representative ("COR") for work performed in the monthly period, accordingly. Contractor's monthly invoices shall be completed and submitted in accordance with written COR instructions and shall include a statement certifying whether it is in compliance with Paragraph 8.15 of this Agreement

4.1.3 <u>Payments</u>. County agrees to pay Contractor in arrears only after receipt and approval by COR of properly submitted, detailed and itemized original invoice referencing the Agreement number pursuant to Exhibit C. Payment shall be NET 30 days from receipt and approval of invoice unless otherwise stated.

4.1.4 <u>Full Compensation</u>. Pending any adjustments by the COR, each invoice approved and paid shall constitute full and complete compensation to the Contractor for all work completed during the billing period pursuant to Exhibit A and Exhibit C. Contractor shall be entitled only to compensation, benefits, reimbursements or ancillary services specified in this Agreement. Payment shall be NET 30 days from receipt and approval of invoice unless otherwise stated.

4.1.5 <u>Prompt Payment for Vendors and Subcontractors</u>

4.1.5.1 Prompt payment for vendors and subcontractors.

4.1.5.1.1. Unless otherwise set forth in this paragraph, Contractor shall promptly pay its vendors and subcontractor(s) for satisfactory performance under its subcontract(s) to this Agreement. Such prompt payment shall be no later than thirty (30) days after Contractor receives payment for such services from County and shall be paid out of such amounts as are paid to Contractor under this Agreement.

4.1.5.1.2 Contractor shall include a payment clause conforming to the standards set forth in Paragraph 4.1.5.2.3 of this Agreement in each of its subcontracts, and shall require each of its subcontractors to include such a clause in their subcontracts with each lower-tier subcontractor or supplier.

4.1.5.2 If Contractor, after submitting a claim for payment to County but before making a payment to a vendor or subcontractor for the goods or performance covered by the claim, discovers that all or a portion of the payment otherwise due such vendor or subcontractor is subject to withholding from the vendor or subcontractor in accordance with the vendor or subcontract agreement, then the Contractor shall:

4.1.5.2.1 Furnish to the vendor or subcontractor and the COR within three (3) business days of withholding funds from its vendor or subcontractor a notice stating the amount to be withheld, the specific causes for the withholding under the terms of the subcontract or vendor agreement; and the remedial actions to be taken by the vendor or subcontractor in order to receive payment of the amounts withheld.

4.1.5.2.2 Contractor shall reduce the subcontractor's progress payment by an amount not to exceed the amount specified in the notice of withholding furnished under paragraph 4.1.5.2.1 of this Agreement and Contractor may not claim from the County this amount until its subcontractor has cured the cause of Contractor withholding funds;

4.1.5.2.3 Upon the vendor's or subcontractor's cure of the cause of withholding funds, Contractor shall pay the vendor or subcontractor as soon as practicable, and in no circumstances later than ten (10) days after the Contractor claims and receives such funds from County.

4.1.5.3 Contractor shall not claim from County all of or that portion of a payment otherwise due to a vendor or subcontractor that Contractor is withholding from the vendor or subcontractor in accordance with the subcontract agreement where Contractor withholds the money before submitting a claim to County. Contractor shall provide its vendor or subcontractor and the COR with the notice set forth in Paragraph 4.1.5.2.1 of this Agreement and shall follow Paragraph 4.1.5.2.3 of this Agreement when vendor or subcontractor cures the cause of Contractor withholding its vendors or subcontractor's funds.

4.1.5.4 Overpayments. If Contractor becomes aware of a duplicate contract financing or invoice payment or that County has otherwise overpaid on a contract financing or invoice payment, Contractor shall immediately notify the COR and request instructions for disposition of the overpayment.

4.1.6 <u>Conditions Prerequisite To Payments</u>. County may elect not to make a particular payment if any of the following exists:

4.1.6.1 <u>Misrepresentation</u>. Contractor, with or without knowledge, made any misrepresentation of substantial and material nature with respect to any information furnished to County.

COUNTY CONTRACT NUMBER 555357
AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION
FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES

4.1.6.2 <u>Unauthorized Actions by Contractor</u>. Contractor took any action pertaining to this Agreement, which required County approval, without having first received said County approval.

4.1.6.3 <u>Default.</u> Contractor was in default under any terms and conditions of this Agreement.

4.1.7 <u>Withholding Of Payment.</u> County may withhold payment after written notice to Contractor until reports, data, audits or other information required for Agreement administration or to meet County or State reporting or auditing requirements are received and approved by COR or designee. The County may also withhold payment if, in the County's opinion, Contractor is in non-compliance with this Agreement.

4.1.8 <u>Availability of Funding.</u> The County's obligation for payment for work provided beyond the current fiscal year is contingent upon the availability of funding from which payment can be made. No legal liability on the part of the County shall arise for payment for work provided beyond June 30 of the calendar year unless funds are designated by the County and are made available for such performance.

County shall, in its sole discretion, have the right to terminate or suspend Agreement or reduce compensation and service levels proportionately upon thirty (30) days' written notice to Contractor in the event that Federal, State or County funding for this Agreement ceases or is reduced prior to the ordinary expiration of the term of this Agreement. In the event of reduction of funding for the Agreement, County and Contractor shall meet within ten (10) days of written notice to renegotiate this Agreement based upon the modified level of funding. In this case if no agreement is reached between County and Contractor within 10 days of the first meeting, either party shall have the right to terminate this Agreement within ten (10) days written notice of termination.

In the event of termination of this Agreement in accordance with the terms of this Section, Contractor shall be entitled to retain all sums paid as of the effective date of such termination, subject to any payment offset to which County may be entitled, for damages or otherwise, under the terms of this Agreement. In the event of termination of this Agreement pursuant to this Section, in no event shall Contractor be entitled to any loss of profits on the portion of this Agreement so terminated, or to other compensation, benefits, reimbursements or ancillary services other than as herein expressly provided.

4.1.9 <u>Disallowance.</u> In the event the Contractor receives payment for services under this Agreement which is later disallowed by the County, Contractor shall promptly refund the disallowed amount to County on request, or at its option, County may offset the amount disallowed from any payment due or to become due to Contractor under any Agreement with the County.

4.1.10 <u>Maximum Price.</u> During the performance period of this Agreement, the maximum price for the same or similar items and/or services shall not exceed the lowest price at which Contractor then offers the items and/or services to its most favored customer.

## ARTICLE 5
## AGREEMENT ADMINISTRATION

5.1 <u>County's Agreement Administrator.</u> The Director of Purchasing and Contracting is designated as the Contracting officer ("Contracting Officer") and is the only County official authorized to make any Changes to this Agreement. The County has designated the individual identified on the signature page as the Contracting Officer's Representative ("COR")

5.1.1 County's COR will chair Contractor progress meetings and will coordinate County's Agreement administrative functions. The COR is designated to receive and approve Contractor invoices for payment, audit and inspect records, inspect Contractor services, and provide other technical guidance as required. The COR is not authorized to change any terms and conditions of this Agreement. Only the Contracting Officer, by issuing a properly executed amendment to this Agreement, may make changes to the scope of work or total price.

5.1.2 Notwithstanding any provision of this Agreement to the contrary, County's COR may make Administrative Adjustments ("AA") to the Agreement, such as line item budget changes or adjustments to the service requirements, which do not change the purpose or intent of the Statement of Work, the Terms and Conditions, the Agreement period or the total Agreement price. Each AA shall be in writing and signed by COR and Contractor. All inquiries about such AA will be referred directly to the COR.

5.2 <u>Agreement Progress Meeting.</u> The COR and other County personnel, as appropriate, will meet periodically with the Contractor to review the Agreement performance. At these meetings the COR will apprise the Contractor of how the County views the Contractor's performance and the Contractor will apprise the County of problems, if any, being experienced. The Contractor shall also notify the Contracting Officer (in writing) of any work being performed, if any, that the Contractor considers being over and above the requirements of the Agreement. Appropriate action shall be taken to resolve outstanding issues. The minutes of these meetings will be reduced to writing and signed by the COR and the Contractor. Should the Contractor not concur with the minutes, the Contractor shall set out in writing any area of disagreement. Appropriate action will be taken to resolve any areas of disagreement.

## ARTICLE 6
## CHANGES

6.1 <u>Contracting Officer.</u> The Contracting Officer may at any time, by a written order, make changes ("Changes"), within the general scope of this Agreement, in the definition of services to be performed, and the time (i.e.) hours of the day, days of the week, etc. and place of performance thereof. If any such Change causes an increase or decrease in the cost of, or the

**COUNTY CONTRACT NUMBER 555357**
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION**
**FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**

time required for, the performance of any part of the work under this Agreement, whether changed or not changed by such an order, an equitable adjustment shall be made in the Agreement price or delivery schedule, or both, and the Agreement shall be modified in writing accordingly. Such changes may require Board of Supervisors approval.

6.2 <u>Claims.</u> Contractor must assert any claim for adjustment under this clause within thirty (30) days from the date of receipt by the Contractor of the notification of Change; provided, however, that the Contracting Officer, if he decides that the facts justify such action, may receive and act upon any such claim asserted at any time prior to final payment under this Agreement. Where the cost of property made obsolete or excess as a result of a change is included in the Contractor's claim for adjustment, the Contracting Officer shall have the right to prescribe the manner of disposition of such property. Failure to agree to any adjustment shall be a dispute concerning a question of fact within the meaning of the clause of this Agreement entitled "Disputes" (Article 15). However, nothing in this clause shall excuse the Contractor from proceeding with this Agreement as changed.

**ARTICLE 7**
**SUSPENSION, DELAY AND TERMINATION**

7.1 <u>Termination For Default</u>. Upon Contractor's breach of this Agreement, County shall have the right to terminate this Agreement, in whole or part. Prior to termination for default, County will send Contractor written notice specifying the cause. The notice will give Contractor ten (10) days from the date the notice is issued to cure the default or make progress satisfactory to County in curing the default, unless a different time is given in the notice. If County determines that the default contributes to the curtailment of an essential service or poses an immediate threat to life, health or property, County may terminate this Agreement immediately upon issuing oral or written notice to the Contractor without any prior notice or opportunity to cure. In the event of termination under this Article, all finished or unfinished documents, and other materials, prepared by Contractor under this Agreement shall become the sole and exclusive property of County except if the documents were created prior to the commencement of this Agreement.

In the event of such termination, the County may purchase or obtain the supplies or services elsewhere, and Contractor shall be liable for the difference between the prices set forth in the terminated order and the actual cost thereof to the County. The prevailing market price shall be considered the fair repurchase price. Notwithstanding the above, Contractor shall not be relieved of liability to County for damages sustained by County by virtue of any breach of this Agreement by Contractor, and County may withhold any reimbursement to Contractor for the purpose of off-setting until such time as the exact amount of damages due County from Contractor is determined.

If, after notice of termination of this Agreement under the provisions of this clause, it is determined for any reason that the Contractor was not in default under the provisions of this clause, the rights and obligations of the parties shall, if this Agreement contains a clause providing for termination for convenience of the County, be the same as if the notice of termination had been issued pursuant to such clause.

7.2 <u>County Exemption From Liability</u>. In the event there is a reduction of funds made available by County to Contractor under this or subsequent Agreements, the County of San Diego and its Departments, officers and employees shall incur no liability to Contractor and shall be held harmless from any and all claims, demands, losses, damages, injuries, or liabilities arising directly or from such action.

7.3 <u>Full Cost Recovery Of Investigation And Audit Costs</u>. Contractor shall reimburse County of San Diego for all direct and indirect expenditures incurred in conducting an audit/investigation when Contractor is found in violation (material breach) of the terms of the Agreement. Reimbursement for such costs shall be withheld from any amounts due to Contractor pursuant to the payment terms of the Agreement, or from any other amounts due to Contractor from County.

7.4 <u>Termination For Convenience</u>. The County may, by written notice stating the extent and effective date terminate this Agreement for convenience in whole or in part, at any time. The County shall pay the Contractor as full compensation for work performed in accordance with the terms of this Contract until such termination:

7.5.1 The unit or pro rata price for any delivered and accepted portion of the work.

7.5.2 A reasonable amount, as costs of termination, not otherwise recoverable from other sources by the Contractor as approved by the County, with respect to the undelivered or unaccepted portion of the order, provided compensation hereunder shall in no event exceed the total price.

7.5.3 In no event shall the County be liable for any loss of profits on the resulting order or portion thereof so terminated beyond termination date

7.5.4 County's termination of this Agreement for convenience shall not preclude County from taking any action in law or equity against Contractor for:

    7.5.4.1 Improperly submitted claims, or

    7.5.4.2 Any failure to perform the work in accordance with the Statement of Work, or

    7.5.4.3 Any breach of any term or condition of the Agreement, or

COUNTY CONTRACT NUMBER 555357
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION**
**FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**

7.5.4.4    Any actions under any warranty, express or implied, or

7.5.4.5    Any claim of professional negligence, or

7.5.4.6    Any other matter arising from or related to this Agreement, whether known, knowable or unknown before, during or after the date of termination.

7.5    County reserves the right to terminate and/or prohibit, without prior notice, contractor and contractor's employees, subcontractors, or consultants from accessing County data systems, County owned software applications, including websites, domain names, platforms, physical files, and/or treating patients/clients.

7.6    Suspension Of Work. The Contracting Officer may order the Contractor, in writing, to suspend, delay, or interrupt all or any part of the work of this contract for the period of time that the Contracting Officer determines appropriate for the convenience of the Government.

7.7    Remedies Not Exclusive. The rights and remedies of County provided in this article shall not be exclusive and are in addition to any other rights and remedies provided by law or under resulting order.

**ARTICLE 8**
**COMPLIANCE WITH LAWS AND REGULATIONS**

8.1    Compliance with Laws and Regulations. Contractor shall at all times perform its obligations hereunder in compliance with all applicable Federal, State, County, and local laws, rules, and regulations, current and hereinafter enacted, including facility and professional licensing and/or certification laws and keep in effect any and all licenses, permits, notices and certificates as are required. Contractor shall further comply with all laws applicable to wages and hours of employment, occupational safety, and to fire safety, health and sanitation.

8.2    Contractor Permits and License. Contractor certifies that it possesses and shall continue to maintain or shall cause to be obtained and maintained, at no cost to the County, all approvals, permissions, permits, licenses, and other forms of documentation required for it and its employees to comply with all existing foreign or domestic statutes, ordinances, and regulations, or other laws, that may be applicable to performance of services hereunder. The County reserves the right to reasonably request and review all such applications, permits, and licenses prior to the commencement of any services hereunder.

8.3    Equal Opportunity. Contractor shall comply with the provisions of Title VII of the Civil Rights Act of 1964 in that it will not discriminate against any individual with respect to his or her compensation, terms, conditions, or privileges of employment nor shall Contractor discriminate in any way that would deprive or intend to deprive any individual of employment opportunities or otherwise adversely affect his or her status as an employee because of such individual's race, color, religion, sex, national origin, age, handicap, medical condition, sexual orientation or marital status.

8.4    Affirmative Action. Each Contractor of services and supplies employing fifteen (15) or more full-time permanent employees, shall comply with the Affirmative Action Program for Vendors as set forth in Article IIIk (commencing at Section 84) of the San Diego County Administrative Code, which program is incorporated herein by reference. A copy of this Affirmative Action Program will be furnished upon request by COR or from the County of San Diego Internet web-site (www.co. san-diego.ca.us).

8.5    Non Discrimination. Contractor shall ensure that services and facilities are provided without regard to ethnic group identification, race, color, nation origin, creed, religion, age, sex, or physical, mental disability, political affiliation and marital status in accordance with Title IX of the Education Amendments of 1972; Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000-d), the Age Discrimination of 1975 (42 U.S.C. 6101), Article 9.5, Chapter 1, Part 1, Division 2, Title 2 (Section 11135, et seq) of the California Government Code, Title 9, Chapter 4, Subchapter 6 (Section 10800, et seq.) of the CCR and California Dept of Social Services Manual of Policies and Procedures (CDSS MPP) Division 21.

8.6    AIDS Discrimination. Contractor shall not deny any person the full and equal enjoyment of, or impose less advantageous terms, or restrict the availability of, the use of any County facility or participation in any County funded or supported service or program on the grounds that such person has Acquired Immune Deficiency Syndrome, AIDS-related complex (ARC), or AIDS-related status (ARS), as those terms are defined in Chapter 1, Section 32.1203, San Diego County Code of Regulatory Ordinances.

8.7    American With Disabilities Act (ADA) 1990. Contractor shall not discriminate against qualified people with disabilities in employment, public services, transportation, public accommodations and telecommunications services in compliance with the Americans with Disabilities Act (ADA) and California Administrative Code Title 24.

8.8    Political Activities Prohibited. None of the funds, provided directly or indirectly, under this Agreement shall be used for any political activities or to further the election or defeat of any candidate for public office. Contractor shall not utilize or allow its name to be utilized in any endorsement of any candidate for elected office. Neither the Agreement nor any funds provided thereunder shall be utilized in support of any partisan political activities, or activities for or against the election of a candidate for an elected office.

8.9    Lobbying. Contractor agrees to comply with the lobbying ordinances of the County and to assure that its officers and employees comply before any appearance before the County Board of Supervisors. Except as required by this Agreement, none of the funds provided under this Agreement shall be used for publicity or propaganda purposes designed to support or

COUNTY CONTRACT NUMBER 555357
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION**
**FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**

defeat any legislation pending before State and Federal Legislatures, the Board of Supervisors of the County, or before any other local governmental entity. This provision shall not preclude Contractor from seeking necessary permits, licenses and the like necessary for it to comply with the terms of this Agreement.

8.10    Religious Activity Prohibited. There shall be no religious worship, instructions or proselytization as part of or in connection with the performance of this Agreement.

8.11    Drug and Alcohol-Free Workplace. The County of San Diego, in recognition of individual rights to work in a safe, healthful and productive work place, has adopted a requirement for a drug and alcohol free work place, County of San Diego Drug and Alcohol Use Policy C-25. This policy provides that all County-employed Contractors and Contractor employees shall assist in meeting this requirement.

    8.11.1   As a material condition of this Agreement, the Contractor agrees that the Contractor and the Contractor employees, while performing service for the County, on County property, or while using County equipment:

        8.11.1.1   Shall not be in any way impaired because of being under the influence of alcohol or a drug.

        8.11.1.2   Shall not possess an open container of alcohol or consume alcohol or possess or be under the influence of an illegal drug.

        8.11.1.3   Shall not sell, offer, or provide alcohol or an illegal drug to another person; provided, however, that the foregoing restriction shall not be applicable to a Contractor or Contractor employee who as part of the performance of normal job duties and responsibilities prescribes or administers medically prescribed drugs.

    8.11.2   Contractor shall inform all employees who are performing service for the County on County property or using County equipment of the County objective of a safe, healthful and productive work place and the prohibition of drug or alcohol use or impairment from same while performing such service for the County.

    8.11.3   The County may terminate for default or breach this Agreement, and any other Agreement the Contractor has with the County, if the Contractor, or Contractor employees are determined by the Contracting Officer not to be in compliance with the conditions listed herein.

8.12    Board of Supervisors' Policies. Contractor represents that it is familiar, and shall use its best efforts to comply, with the following policies of the Board of Supervisors:

    8.12.1   Board Policy B-67, which encourages the County's Contractors to offer products made with recycled materials, reusable products, and products designed to be recycled to the County in response to the County's requirements; and

    8.12.2   Board Policies B-53 and B-39a, which encourage the participation of small and disabled veterans' business enterprises in County procurements; and

    8.12.3   Zero Tolerance For Fraudulent Conduct In County Services. Contractor shall comply with County of San Diego Board of Supervisors Policy A-120 "Zero Tolerance for Fraudulent Conduct in County Services." There shall be "Zero Tolerance" for fraud committed by Contractors in the administration of County programs and the provision of County services. Upon proven instances of fraud committed by independent Contractors in connection with their performance under the Agreement, said Agreement shall be terminated; and

    8.12.4   Interlocking Directorate. In recognition of County Policy A-79, not-for-profit Contractors shall not subcontract with related for-profit subcontractors for which an interlocking relationship exist unless specifically authorized in writing by the Board of Supervisors; and

    8.12.5   Zero Tolerance In Coaching Medi-Cal Or Welfare Clients (Including Undocumented Immigrants). The County of San Diego in recognition of its unique geographical location and the utilization of Welfare and Medi-Cal system by foreign nationals who are not legal residents of this county or country, has adopted a Zero Tolerance policy and shall aggressively prosecute employees and Contractors who coach Medi-Cal or Welfare clients (including undocumented immigrants), to obtain services for which they are not otherwise entitled.

    As a material condition of this Agreement, Contractor agrees that the Contractor and Contractor's employees, while performing service for the County, on County property or while using County equipment shall not:

    (a)   in any way coach, instruct, advise, or guide any Medi-Cal or Welfare clients or prospective clients who are undocumented immigrants on ways to obtain or qualify for Medi-Cal assistance, for which they are not otherwise entitled.

    (b)   support or provide funds to any organization engaged directly or indirectly in advising undocumented immigrants on ways to obtain or qualify for Medi-Cal assistance, for which they are not otherwise entitled.

    Contractor shall inform all employees that are performing service for the County on County property or using County equipment of County's Zero Tolerance Policy as referenced herein.

    County may terminate for default or breach this Agreement and any other Agreement Contractor has with County, if Contractor or Contractor employees are determined not to be in compliance with the conditions stated herein.

COUNTY CONTRACT NUMBER 555357
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION**
**FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**

8.13 <u>Cartwright Act</u>. Following receipt of final payment under the Agreement, Contractor assigns to the County all rights, title and interest in and to all causes of action it may have under <u>Section 4 of the Clayton Act (15 U.S.C. Sec. 15)</u> or under the <u>Cartwright act (Chapter 1) (commencing with Section 16700) of Part 2 of Division 7 of the Business and Professions Code),</u> arising from purchases of goods, materials, or services by the Contractor for sale to the County under this Agreement.

8.14 <u>Hazardous Materials</u>. Contractor shall comply with all Environmental Laws and all other laws, rules, regulations, and requirements regarding Hazardous Materials, health and safety, notices, and training. Contractor agrees that it will not store any Hazardous Materials at any County Facility for periods in excess of ninety (90) days or in violation of the applicable site storage limitations imposed by Environmental Law. Contractor agrees to take, at its expense, all actions necessary to protect third parties, including, without limitation, employees and agents of the County, from any exposure to Hazardous Materials generated or utilized in its performance under this Agreement. Contractor agrees to report to the appropriate governmental agencies all discharges, releases, and spills of Hazardous Materials that are required to be reported by any Environmental Law and to immediately notify the County of it. Contractor shall not be liable to the County for the County's failure to comply with, or violation of, any Environmental Law. As used in this section, the term "Environmental Laws" means any and all federal, state or local laws or ordinances, rules, decrees, orders, regulations or court decisions (including the so-called "common law"), including, but not limited to, the Resource Conservation and Recovery Act, relating to hazardous substances, hazardous materials, hazardous waste, toxic substances, environmental conditions or other similar substances or conditions. As used in this section the term "Hazardous Materials" means any chemical, compound, material, substance or other matter that: (a) is a flammable, explosive, asbestos, radioactive nuclear medicine, vaccine, bacteria, virus, hazardous waste, toxic, overtly injurious or potentially injurious material, whether injurious or potentially injurious by itself or in combination with other materials; (b) is controlled, referred to, designated in or governed by any Environmental Laws; (c) gives rise to any reporting, notice or publication requirements under any Environmental Laws, or (d) is any other material or substance giving rise to any liability, responsibility or duty upon the County or Lessee with respect to any third person under any Environmental Laws.

8.15 <u>Debarment And Suspension</u>. As a sub-grantee of federal funds under this Agreement, Contractor certifies that it, its principals, its employees and its subcontractors upon the date of signing this Agreement:

8.15.1 Are not presently debarred, suspended, proposed for debarment, declared ineligible or voluntarily excluded from covered transactions by any Federal Department or agency;

8.15.2 Have not within a 3-year period preceding this Agreement been convicted of or had a civil or administrative judgment rendered against them for the commission of fraud or a criminal offense or civil action in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) transaction; violation of Federal or State anti-trust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, receiving stolen property; physical, financial or sexual abuse or misconduct with a patient or client, or medical negligence or malpractice;

8.15.3 Are not presently indicted or otherwise criminally, civilly or administratively charged by a government entity (Federal, State, or local) with commission of any of the offenses enumerated in the paragraph above; and

8.15.4 Have not within a 3-year period preceding this Agreement had one or more public transaction (Federal, State, or local) terminated for cause or default.

8.16 <u>Display of Fraud Hotline Poster(s)</u>. As a material term and condition of this contract, Contractor shall:

8.16.1 Prominently display in common work areas within all business segments performing work under this contract County of San Diego Office of Ethics and Compliance Ethics Hotline posters;

8.16.2 Posters may be downloaded from the County Office of Ethics and Compliance http://www.sdcounty.ca.gov/cao/oia.html

8.16.3 Additionally, if Contractor maintains a company website as a method of providing information to employees, the Contractor shall display an electronic version of the poster(s) at the website

8.16.4 If the Contractor has implemented a business ethics and conduct awareness program, including a reporting mechanism, the Contractor need not display the County poster;

8.16.5 In the event Contractor subcontracts any of the work performed under this contract, Contractor include this clause in the subcontract(s) and shall take appropriate steps to ensure compliance by the subcontractor(s).

8.17 <u>False Claims Acts</u>: Contractor and all Subcontractors shall provide information on the Federal and State Claims Acts information annually to their employees providing services under this contract. The minimum acceptable information may be found at www.cosdcompliance.org

**ARTICLE 9**
**CONFLICTS OF INTEREST; CONTRACTOR'S CONDUCT**

9.1 <u>Conflicts of Interest</u>. Contractor presently has no interest, including but not limited to other projects or independent Agreements, and shall not acquire any such interest, direct or indirect, which would conflict in any manner or degree with the performance of services required to be performed under this Agreement. The Contractor shall not employ any person

COUNTY CONTRACT NUMBER 555357
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION**
**FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**

having any such interest in the performance of this Agreement. Contractor shall not hire County's employees to perform any portion of the work or services provided for herein including secretarial, clerical and similar incidental services except upon the written approval of County. Without such written approval, performance of services under this Agreement by associates or employees of County shall not relieve Contractor from any responsibility under this Agreement.

9.1.1 California Political Reform Act and Government Code Section 1090 Et Seq. Contractor acknowledges that the California Political Reform Act ("Act"), Government Code section 81000 et seq., provides that Contractors hired by a public agency, such as County, may be deemed to be a "public official" subject to the Act if the Contractor advises the agency on decisions or actions to be taken by the agency. The Act requires such public officials to disqualify themselves from participating in any way in such decisions if they have any one of several specified "conflicts of interest" relating to the decision. To the extent the Act applies to Contractor, Contractor shall abide by the Act. In addition, Contractor acknowledges and shall abide by the conflict of interest restrictions imposed on public officials by Government Code section 1090 et seq.

9.2 Conduct of Contractor; Confidential Information.

9.2.1 Contractor shall inform the County of all the Contractor's interests, if any, which are or which the Contractor believes to be incompatible with any interests of the County.

9.2.2 The Contractor shall not, under circumstances that might reasonably be interpreted as an attempt to influence the recipient in the conduct of his duties, accept any gratuity or special favor from individuals or organizations with whom the Contractor is doing business or proposing to do business, in accomplishing the work under this Agreement.

9.2.3 Contractor shall not use for personal gain or make other improper use of confidential information, which is acquired in connection with his employment. In this connection, the term "confidential information" includes, but is not limited to, unpublished information relating to technological and scientific development; medical, personnel, or security records of the individuals; anticipated materials requirements or pricing actions; and knowledge of selections of Contractors or subcontractors in advance of official announcement.

9.2.4 The Contractor, or employees thereof, shall not offer directly or indirectly gifts, gratuity, favors, entertainment, or other items of monetary value to an employee or official of the County.

9.2.5 Referrals. Contractor further covenants that no referrals of clients through Contractor's intake or referral process shall be made to the private practice of any person(s) employed by the Contractor.

9.3 Prohibited Agreements. As required by Section 67 of the San Diego County Administrative Code, Contractor certifies that it is not in violation of the provisions of Section 67, and that Contractor is not, and will not subcontract with, any of the following:

9.3.1. Persons employed by County or of public agencies for which the Board of Supervisors is the governing body;

9.3.2. Profit-making firms or businesses in which employees described in sub-section 9.3.1, above, serve as officers, principals, partners, or major shareholders;

9.3.3. Persons who, within the immediately preceding twelve (12) months came within the provisions of the above sub-sections and who (1) were employed in positions of substantial responsibility in the area of service to be performed by the Agreement, or (2) participated in any way in developing the Agreement or its service specifications; and

9.3.4. Profit-making firms or businesses, in which the former employees described in sub-section 9.3.3 above, serve as officers, principals, partners, or major shareholders.

9.4 Limitation Of Future Agreements Or Grants. It is agreed by the parties to the Agreement that Contractor shall be restricted in its future contracting with the County to the manner described below. Except as specifically provided in this clause, Contractor shall be free to compete for business on an equal basis with other companies.

9.4.1 If Contractor, under the terms of the Agreement, or through the performance of tasks pursuant to this Agreement, is required to develop specifications or statements of work and such specifications or statements of work are to be incorporated into a solicitation, Contractor shall be ineligible to perform the work described within that solicitation as a prime or subcontractor under an ensuing County Agreement. It is further agreed, however, that County will not, as additional work, unilaterally require Contractor to prepare such specifications or statements of work under this Agreement.

9.4.2 Contractor may not apply for nor accept additional payments for the same services contained in the Statement of Work.

**ARTICLE 10**
**INDEMNITY AND INSURANCE**

10.1 Indemnity. County shall not be liable for, and Contractor shall defend and indemnify County and the employees and agents of County (collectively "County Parties"), against any and all claims, demands, liability, judgments, awards, fines, mechanics' liens or other liens, labor disputes, losses, damages, expenses, charges or costs of any kind or character, including attorneys' fees and court costs (hereinafter collectively referred to as "Claims"), related to this Agreement or the work covered by this Agreement and arising either directly or indirectly from any act, error, omission or negligence of

COUNTY CONTRACT NUMBER 555357
AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION
FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES

Contractor or its Contractors, licensees, agents, servants or employees;including, without limitation, Claims caused by the sole passive negligent act or the concurrent negligent act, error or omission, whether active or passive, of County Parties. Contractor shall have no obligation, however, to defend or indemnify County Parties from a Claim if it is determined by a court of competent jurisdiction that such Claim was caused by the sole negligence or willful misconduct of County Parties.

10.2    Insurance. Prior to execution of this Agreement, Contractor must obtain at its own cost and expense, and keep in force and effect during the term of this Agreement, including all extensions, the insurance specified in Exhibit "B", "Insurance Requirements," attached hereto.

**ARTICLE 11**
**AUDIT AND INSPECTION OF RECORDS**
The County shall have the audit and inspection rights described in this section.

11.1    Audit And Inspection. Contractor agrees to maintain and/or make available within San Diego County copies of accurate books and accounting records relative to all its activities under this Agreement. Authorized Federal, State or County representatives shall have the right to monitor, assess, or evaluate Contractor's performance pursuant to this Agreement, said monitoring, assessments, or evaluations to include but not limited to audits, inspection of premises, reports, and interviews of project staff and participants.

At any time during normal business hours and as often as County may deem necessary, Contractor shall make available to County, State or Federal officials for examination all of its records with respect to all matters covered by this Agreement and will permit County, State or Federal officials to audit, examine and make excerpts or transcripts from such records, and to make audits of all invoices, materials, payrolls, records of personnel, information regarding clients receiving services, and other data relating to all matters covered by this Agreement. If an audit is conducted, it will be done in accordance with generally accepted government auditing standards as described in "Government Auditing Standards," published for the United States General Accountability Office or the institute of Internal Auditors International Standards for the Professional Practice of Internal Auditing.

If any services performed hereunder are not in conformity with the specifications and requirements of this Agreement, County shall have the right to require the Contractor to perform the services in conformity with said specifications and requirements at no additional increase in total Agreement amount. When the services to be performed are of such nature that the difference cannot be corrected, County shall have the right to (1) require Contractor immediately to take all necessary steps to ensure future performance of the services in conformity with requirements of the Agreement, and (2) reduce the Agreement price to reflect the reduced value of the services performed. In the event Contractor fails to perform the services promptly or to take necessary steps to ensure future performance of the service in conformity with the specifications and requirements of the Agreement, County shall have the right to either (1) by Agreement or to otherwise have the services performed in conformity with the Agreement specifications and charge to Contractor any cost occasioned to County that is directly related to the performance of such services, or (2) terminate this Agreement for default as provided in the Termination clause.

11.2    External Audits. [Note: Health and Human Services Agency (HHSA) Contractors shall advise and provide the electronic audit copies to Agency Contract Support (ACS) at ACS.HHSA@sdcounty.ca.gov.] All other contractors will provide the following to their COR:

11.2.1    COR shall be advised of all pending audits by Federal or State representatives regarding Contracted services identified in this Agreement within seventy-two (72) hours of the Contractor receiving notice of the audit.

11.2.2    Contractor shall provide COR with a copy of the draft and final State or Federal audit reports within twenty four (24) hours of receiving them.

11.2.3    Contractor shall provide COR a copy of the contractor's response to the draft and final State or Federal audit reports at the same time as response provided to the State or Federal representatives.

11.2.4    Contractor shall provide COR a copy of the State or Federal audit's representative's response to the contractors' response within forty-eight (48) hours of receiving it. This will continue until the State or Federal auditors have accepted and closed the audit.

11.3    Cost or Pricing Data. If the Contractor submitted cost or pricing data in connection with the pricing of this Agreement or any change or modification thereto, unless such pricing was based on adequate price competition, established catalog or market prices of commercial items sold in substantial quantities of the general public, or prices set by law or regulation, the Contracting Officer or his representatives who are employees of the County or its agent shall have the right to examine all books, records, documents and other data of the Contractor related to the negotiation pricing or performance of such Agreement, change or modification, for the purpose of evaluating the accuracy, completeness and currency of the cost or pricing data submitted.

11.4    Availability. The materials described above shall be made available at the office of the Contractor, at all reasonable times, for inspection, audit or reproduction, until the expiration of three (3) years from the date of final payment under this Agreement, or by section 11.4.1 and 11.4.2, below:

11.4.1    If this Agreement is completely or partially terminated, the records relating to the work terminated shall be made available for a period of three (3) years from the date of any resulting final settlement.

COUNTY CONTRACT NUMBER 555357
AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION
FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES

11.4.2   Record which relate to appeals under the "Disputes" clause of this Agreement, or litigation or the settlement of claims arising out of the performance of this Agreement, shall be made available until such appeals, litigation, or claims have been disposed of, or three years after Agreement completion, whichever is longer. County shall keep the materials described above confidential unless otherwise required by law.

11.5   Subcontract. The Contractor shall insert a clause containing all the provisions of this Article 11 in all subcontract hereunder except altered as necessary for proper identification of the Contracting parties and the Contracting officer under the County's prime Agreement.

**ARTICLE 12**
**INSPECTION OF SERVICE**

12.1   Subject to Inspection. All performance (including services, materials, supplies and equipment furnished or utilized in the performance of this Agreement, and workmanship in the performance of services) shall be subject to inspection and test by the County at all times during the term of this Agreement. Contractor shall cooperate with any inspector assigned by the County to permit the inspector to determine whether Contractor's performance conforms to the requirements of this Agreement. County shall perform such inspection in a manner as not to unduly interfere with Contractor's performance.

12.2   Specification and Requirements. If any services performed by Contractor do not conform to the specifications and requirements of this Agreement, County may require Contractor to re-perform the services until they conform to said specifications and requirements, at no additional cost, and County may withhold payment for such services until Contractor correctly performs them. When the services to be performed are of such a nature that Contractor's cannot correct its performance, the County shall have the right to (1) require the Contractor to immediately take all necessary steps to ensure future performance of services conforms to the requirements of this Agreement, and (2) reduce the Agreement price to reflect the reduced value of the services received by County. In the event Contractor fails to promptly re-perform the services or to take necessary steps to ensure that future performance of the service conforms to the specifications and requirements of this Agreement, the County shall have the right to either (1) without terminating this Agreement, have the services performed, by Agreement or otherwise, in conformance with the specifications of this Agreement, and charge Contractor, and/or withhold from payments due to Contractor, any costs incurred by County that are directly related to the performance of such services, or (2) terminate this Agreement for default.

**ARTICLE 13**
**USE OF DOCUMENTS AND REPORTS**

13.1   Findings Confidential. Any reports, information, data, etc., given to or prepared or assembled by Contractor under this Agreement which the County requests to be kept as confidential shall not be made available to any individual or organization by the Contractor without the prior written approval of the County unless required by a court of competent jurisdiction.

13.2   Ownership, Publication, Reproduction And Use Of Material. All reports, studies, information, data, statistics, forms, designs, plans, procedures, systems, and any other material or properties produced under this Agreement shall be the sole and exclusive property of County. No such materials or properties produced in whole or in part under this Agreement shall be subject to private use, copyright or patent right by Contractor in the United States or in any other country without the express written consent of County. County shall have unrestricted authority to publish, disclose, distribute and otherwise use, copyright or patent, in whole or in part, any such reports, studies, data, statistics, forms or other materials or properties produced under this Agreement. However, Contractor maintains ownership of any of its work product created prior to the commencement of this Agreement and may utilize any of its work product produced as part of this Agreement in the form of an unlimited worldwide license granted by the County to continue on an unlimited basis after termination of this Agreement, so long as confidential information is protected as set forth in this Agreement.

13.3   Confidentiality. County and Contractor agree to maintain the confidentiality of and take industry appropriate and legally required measures to prevent the unlawful disclosure of any information that is legally required to be kept confidential. Except as otherwise allowed by local, State or federal law or regulation and pursuant to this Section 13.3, County and Contractor agree to only disclose confidential records where the holder of the privilege, whether the County, the Contractor or a third party, provides written permission authorizing the disclosure. However, Contractor maintains ownership of any of its work product created prior to the commencement of this Agreement and may utilize any of its work product produced as part of this Agreement in the form of an unlimited license granted by the County to continue on an unlimited basis after termination of this Agreement, so long as confidential information is protected as set forth in this Agreement. Contractor understands that County must disclose certain records pursuant to the California Public Records Act ("the Act"). If Contractor demands that County not disclose requested records Contractor believes qualify for exception or exemption from disclosure pursuant to the Act, County will comply with Contractor's demand if Contractor identifies those records and the applicable exception(s) or exemption(s), in writing, within five (5) business days from receipt of County's notice to Contractor of the request for disclosure of records. If Contractor does not identify the records and reason(s) that it deems some or all of the records to be confidential, County may disclose those records at its sole discretion. Contractor agrees that its defense and indemnification obligations set forth in Section 10.1 of this Agreement extend to any Claim (as defined in Section 10.1) against the County Parties (as defined in Section 10.1) for records the County withholds from disclosure at Contractor's direction. This Section 13.3 shall not prevent the County or its agents or any other governmental entity from

COUNTY CONTRACT NUMBER 555357
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION**
**FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**

accessing the confidential records for the purpose of audits or program reviews if that access is legally permissible under the applicable local, State or federal laws or regulations. Similarly, County or its agent or designee may take possession of the record(s) where legally authorized to do so.

County may identify, for purposes of clarification, certain laws and regulations that are specifically applicable to Contractor's work under this Agreement. Those laws and regulations may be set forth in Exhibit A - Statement of Work. County, however, is under no obligation to identify all applicable laws and regulations and assumes no liability for identifying confidentiality laws and regulations, if any, applicable to the work under this Agreement.

13.4 <u>Maintenance Of Records</u>. Contractor shall maintain all records and make them available within San Diego County for a minimum of three (3) years from the ending date of this Agreement unless County agrees in writing to an earlier disposition or longer where legally required or while under dispute. Contractor shall provide any requested records to County within 48-hours of the request.

13.5 <u>Custody Of Records</u>. County, at its option, may take custody of Contractor's client records upon Agreement termination or at such other time as County may deem necessary. County agrees that such custody will conform to applicable confidentiality provisions of State and Federal law. Said records shall be kept by County in an accessible location within San Diego County and shall be available to Contractor for examination and inspection.

13.6 <u>Audit Requirement</u>. Contractor shall annually engage a Licensed Certified Public Accountant to conduct an annual audit of their agency's operations. Contractors that expend $500,000 or more of federal grant funds per year shall also have an audit conducted in compliance with Government Auditing Standards, which includes <u>Single Audit Act Amendments, Public Law 104-156</u>, and <u>OMB Circular A-133</u> and 45 CFR part 74.26. Contractors that are commercial organizations (for- profit) are required to have a non-Federal audit if, during its fiscal year, it expended a total of $500,000 or more under one or more HHS awards. 45 CFR part 74.26(d) incorporates the threshold and deadlines of OMB Circular A-133 but provides for-profit organizations two options regarding the type of audit that will satisfy the audit requirements. Contractor shall include a clause in any Agreement or Agreement Contractor enters into with an audit firm to provide access by the County, State, Federal Government to the working papers of the independent auditor who prepare the audit for Contractor. Contractor shall submit two (2) copies of the annual audit report, the audit performed in accordance with <u>OMB Circular A-133</u>, and the management letter to the County fifteen (15) days after receipt from the independent Certified Public Accountant but no later than nine (9) months after the Contractor's fiscal year end.

13.7 <u>Reports</u>. Contractor shall submit reports required in Exhibit A and additional reports as may be requested by the COR and agreed to by the Contractor. Format for the content of such reports may be developed by County. The timely submission of these reports is a necessary and material term and condition of this Agreement and Contractor agrees that failure to meet specified deadlines will be sufficient cause to withhold payment. Contractor shall submit to County within ninety (90) days of the termination of this Agreement a report detailing all work done pursuant to this Agreement by Contractor.

13.8 <u>Evaluation Studies</u>. Contractor shall participate as requested by the County in research and/or evaluative studies designed to show the effectiveness and/or efficiency of Contractor services or to provide information about Contractor's project.

**ARTICLE 14**
**(RESERVED)**

**ARTICLE 15**
**DISPUTES**

Notwithstanding any provision of this Agreement to the contrary, the Contracting Officer shall decide any dispute concerning a question of fact arising out of this Agreement that is not otherwise disposed of by the parties within a reasonable period of time. The decision of the Contracting Officer shall be final and conclusive unless determined by a court of competent jurisdiction to have been fraudulent, capricious, arbitrary or so grossly erroneous as necessarily to imply bad faith. Contractor shall proceed diligently with its performance hereunder pending resolution by the Contracting Officer of any such dispute. Nothing herein shall be construed as granting the Contracting Officer or any other administrative official, representative or board authority to decide questions of law, or issues regarding the medical necessity of treatment or to pre-empt any medical practitioners' judgment regarding the medical necessity of treatment of patients in their care. The foregoing does not change the County's ability to refuse to pay for services rendered if County disputes the medical necessity of care.

**ARTICLE 16**
**GENERAL PROVISIONS**

16.1 <u>Assignment and Subcontracting</u>. Contractor shall not assign any interest in this Agreement, and shall not transfer any interest in the same (whether by assignment or novation), without the prior written consent of the County; County's consent shall not be unreasonably withheld. The Contractor shall make no Agreement with any party for furnishing any of the work or services herein contained without the prior written consent of the COR, pursuant to Paragraph 1.4.

16.2 <u>Contingency</u>. This Agreement shall bind the County only following its approval by the Board of Supervisors or when signed by the Purchasing and Contracting Director.

16.3 <u>Entire Agreement</u>. This Agreement, together with all Exhibits attached hereto and other agreements expressly referred to herein, constitute the entire agreement between the parties with respect to the subject matter contained herein. All prior or

**COUNTY CONTRACT NUMBER 555357**
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION**
**FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**

contemporaneous agreements, understandings, representations, warranties and statements, oral or written, including any proposals from Contractor and requests for proposals from County, are superseded.

16.4 <u>Sections and Exhibits</u>. All sections and exhibits referred to herein are attached hereto and incorporated by reference.

16.5 <u>Further Assurances</u>. Parties agree to perform such further acts and to execute and deliver such additional documents and instruments as may be reasonably required in order to carry out the provisions of this Agreement and the intentions of the parties.

16.6 <u>Governing Law</u>. This Agreement shall be governed, interpreted, construed and enforced in accordance with the laws of the State of California.

16.7 <u>Headings</u>. The Article captions, Clause and Section headings used in this Agreement are inserted for convenience of reference only and are not intended to define, limit or affect the construction or interpretation of any term or provision hereof.

16.8 <u>Modification Waiver</u>. Except as otherwise provided in Article 6, "Changes," above, no modification, waiver, amendment or discharge of this Agreement shall be valid unless the same is in writing and signed by both parties.

16.9 <u>Neither Party Considered Drafter</u>. Despite the possibility that one party may have prepared the initial draft of this Agreement or played the greater role in the physical preparation of subsequent drafts, neither party shall be deemed the drafter of this Agreement and that, in construing this Agreement in case of any claim that any provision hereof may be ambiguous, no such provision shall be construed in favor of one party on the ground that such provision was drafted by the other.

16.10 <u>No Other Inducement</u>. The making, execution and delivery of this Agreement by the parties hereto has been induced by no representations, statements, warranties or agreements other than those expressed herein.

16.11 <u>Notices</u>. Notice to either party shall be in writing and either personally delivered or sent by certified mail, postage prepaid, return receipt requested, addressed to the party to be notified at the address specified herein. Any such notice shall be deemed received on the date of personal delivery to the party (or such party's authorized representative) or three (3) business days after deposit in the U.S. Mail or by email, as the case may be to the COR and Contractor's Representative identified on the signature page.

16.12 <u>Severability</u>. If any term, provision, covenant or condition of this Agreement is held to be invalid, void or otherwise unenforceable, to any extent, by any court of competent jurisdiction, the remainder of this Agreement shall not be affected thereby, and each term, provision, covenant or condition of this Agreement shall be valid and enforceable to the fullest extent permitted by law.

16.13 <u>Successors</u>. Subject to the limitations on assignment set forth in Clause 16.1 above, all terms of this Agreement shall be binding upon, inure to the benefit of, and be enforceable by the parties hereto and their respective heirs, legal representatives, successors, and assigns.

16.14 <u>Time</u>. Time is of the essence of each provision of this Agreement.

16.15 <u>Time Period Computation</u>. All periods of time referred to in this Agreement shall include all Saturdays, Sundays and state or national holidays, unless the period of time specifies business days, provided that if the date or last date to perform any act or give any notice or approval shall fall on a Saturday, Sunday or State or national holiday, such act or notice may be timely performed or given on the next succeeding day which is not a Saturday, Sunday or State or national holiday.

16.16 <u>Waiver</u>. The waiver by one party of the performance of any term, provision, covenant or condition shall not invalidate this Agreement, nor shall it be considered as a waiver by such party of any other term, provision, covenant or condition. Delay by any party in pursuing any remedy or in insisting upon full performance for any breach or failure of any term, provision, covenant or condition shall not prevent such party from later pursuing remedies or insisting upon full performance for the same or any similar breach or failure.

16.17 <u>Third Party Beneficiaries Excluded</u>. This agreement is intended solely for the benefit of the County and its Contractor. Any benefit to any third party is incidental and does not confer on any third party to this Agreement any rights whatsoever regarding the performance of this Agreement. Any attempt to enforce provisions of this Agreement by third parties is specifically prohibited.

16.18 <u>Publicity Announcements and Materials</u>. All public announcements, including those issued on Contractor letterhead, and materials distributed to the community shall identify the County of San Diego as the funding source for Contracted programs identified in this Agreement. Copies of publicity materials related to Contracted programs identified in this Agreement shall be filed with the COR. County shall be advised at least twenty four (24) hours in advance of all locally generated press releases and media events regarding Contracted services identified in this Agreement. Alcohol and Drug Prevention Services Contractors shall notify COR or designee at least five (5) business days in advance of all Contractor generated media releases and media events regarding Contracted services identified in this Agreement.

16.19 <u>Critical Incidents</u>. Contractor shall have written plans or protocols and provide employee training for handling critical incidents involving instances of violence or threat of violence directed toward staff or clients, breach of confidentiality, fraud, unethical conduct, or instances of staff or client drug and/or alcohol use at the program. Contractor shall report all

COUNTY CONTRACT NUMBER 555357
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION**
**FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**

such incidents to the COR within one work day of their occurrence. However, if this contract includes Article 14, Contractor must adhere to timelines contained in Article 14.

16.20 <u>Responsiveness to Community Concerns</u>. Contractor shall notify County within forty eight (48) hours of receipt of any material complaints including but not limited to complaints referring to issues of abuse or quality of care, submitted to Contractor verbally or in writing, regarding the operation of Contractor's program or facility under this agreement. Contractor shall take appropriate steps to acknowledge receipt of said complaint(s) from individuals or organizations. Contractor shall take appropriate steps to utilize appropriate forums to address or resolve any such complaints received. Nothing in this provision shall be interpreted to preclude Contractor from engaging in any legally authorized use of its facility, property or business as approved, permitted or licensed by the applicable authority.

16.21 <u>Criminal Background Check Requirements</u>. Contractor shall ensure that criminal background checks are required and completed prior to employment or placement of contractor staff and volunteers in compliance with any licensing, certification, or funding requirements, which may be higher than the minimum standard described herein. At a minimum, background checks shall be in compliance with Board of Supervisors policy C-28 and are required for any contractor staff or volunteer assigned to sensitive positions funded by this contract. Sensitive positions are those that: (1) physically supervise minors or vulnerable adults; (2) have unsupervised physical contact with minors or vulnerable adults; and/or (3) have a fiduciary responsibility to any County client, or direct access to, or control over, bank accounts or accounts with financial institutions of any client. However, if this contract includes Article 14, Contractor must adhere to requirements contained in Article 14.

16.21.1 <u>Criminal Background Check</u>. Contractor shall have a documented process to review criminal history of candidates for employment or volunteers under this Agreement that will be in sensitive positions as defined in paragraph 16.21.4. At a minimum, Contractor shall check the California criminal history records, or state of residence for out-of-state candidates. Contractor shall review the information and determine if criminal history demonstrates behavior that could create an increased risk of harm to clients. Contractor shall document review of criminal background findings and consideration of criminal history in the selection of a candidate. (Example: Documented consideration of factors such as: If there is a conviction in the criminal history, how long ago did it occur? What were the charges? What was the individual convicted of and what was the level of conviction? If selected, where would the individual work and is the conviction relevant to the position?).

16.21.2 Contractor shall either utilize a subsequent arrest notification service during employee or volunteers' tenure or perform criminal history annually.

16.21.3 Contractor shall keep the documentation of their review and consideration of the individual's criminal history on file in accordance with paragraph 13.4 "Maintenance of Records."

16.21.4 <u>Definitions</u>

A. <u>Activities of Daily Living</u>: The basic tasks of everyday life, such as eating, bathing, dressing, toileting, and transferring.

B. <u>Minor</u>: Individuals under the age of eighteen (18) years old.

C. <u>Sensitive Position</u>: A job with responsibilities that can be criminally abused at great harm to the contract or the clients served. All positions that (1) physically supervise minors or vulnerable adults, (2) have unsupervised physical contact with minors or vulnerable adults, or (3) have fiduciary responsibility to a County client or direct access to, or control over client bank accounts, or serve in a financial capacity to the County client.

D. <u>Vulnerable Adult</u>: (1) Individuals age eighteen (18) years or older, who require assistance with activities of daily living and who may be put at risk of abuse during service provision; (2) Individuals age eighteen (18) years or older who have a permanent or temporary limited physical and/or mental capacity that which may put them at risk of abuse during service provision because it renders them: unable to make decisions for themselves, unable to physically defend themselves, or unaware of physical abuse or other harm that could be perpetrated against them.

E. <u>Volunteer</u>: A person who performs a service willingly and without pay.

COUNTY CONTRACT NUMBER 555357
AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION
FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES

### SIGNATURE PAGE

**AGREEMENT TERM.** This Agreement shall be effective the date signed by the County of San Diego, Department of Purchasing and Contracting ("Effective Date") and end on January 11, 2019 ("Initial Term").

**OPTION TO EXTEND.** The County's option to extend is for two increments of one year for a total of two years beyond the expiration of the Initial Term, not to exceed January 11, 2021, pursuant to Exhibit C Pricing Schedule. Unless County notifies Contractor in writing or Contractor notifies County in writing, not less than thirty (30) days prior to the expiration date that they do not intend to renew the Agreement, the Agreement will be automatically renewed for another year.

**COMPENSATION:** Pursuant to Exhibit C, County agrees to pay Contractor a maximum Agreement amount not to exceed $24,490,753 in accordance with the method of payment stipulated in Article 4. It is understood that the parties will meet and confer on the contract price if adjustments are made to the scope of work for an extension of the term or terms. These discussions shall not obligate either party to make a requested adjustment to the scope of work or price except as otherwise set forth in this Agreement, nor shall it relieve either party of its obligations under the Agreement.

**COR.** The County has designated the following individual as the Contracting Officer's Representative ("COR")

Jose Abellar, Sheriff Program Coordinator
5530 Overland Avenue, Suite 370
San Diego, CA 92123
Phone: ▮▮▮▮▮▮ // email: jose.abellar@sdsheriff.org

**CONTRACTOR'S REPRESENTATIVE.** The Contractor has designated the following individual as the Contractor's Representative.

Kenneth A. Carabello, MSW, Vice President
401 East City Avenue, Suite 820
Bala Cynwyd, PA 19004
Phone: (310) 584-1581 or (310) 384-9183 or 800-331-7122 // Fax: (610) 667-5559 // email: ken.carabello@libertyhealth.com

IN WITNESS WHEREOF, County and Contractor have executed this Agreement effective as of the date first set forth above

COUNTY OF SAN DIEGO

By: _Rochelle Love_
for JOHN M. PELLEGRINO, Director
Department of Purchasing and Contracting

Date: _1-23-2017_

LIBERTY HEALTHCARE CORPORATION

By: _____
HERBERT CASKEY MD, President

Date: _1-20-17_

APPROVED AS TO FORM AND LEGALITY
COUNTY COUNSEL

BY _____ _1-20-17_
SENIOR DEPUTY

COUNTY CONTRACT NUMBER 555357
AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION
FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES

### EXHIBIT A - STATEMENT OF WORK

1. **BACKGROUND AND OVERVIEW**

   1.1. The Sheriff's Department provides comprehensive health care services including on-site psychiatric health services to inmates in custody at all Sheriff's Detention Facilities as required by Title 15 of the California Code of Regulations (CA Title 15). The on-site psychiatric health services have been combined with the Sheriff's medical health services to form an integrated inmate medical and mental health delivery system.

   1.2. San Diego County Sheriff's Department has an average daily population of approximately 5,000 inmates residing in multiple detention facilities located throughout San Diego County.

   1.3. Psychiatric health services both inpatient and outpatient services are required at the following San Diego Sheriff's detention facilities:

| Detention Facility | Address |
|---|---|
| San Diego Central Jail (SDCJ) | 1173 Front Street, San Diego, CA 92101<br>Phone: ▮▮▮    Fax: ▮▮▮ |
| Las Colinas Detention and Reentry Facility (LCDRF) | 451 Riverview Parkway, Santee, CA 92071<br>Phone: ▮▮▮    Fax: ▮▮▮ |
| George Bailey Detention Facility (GBDF) | 446 Alta Road, Ste. 5300, San Diego, CA 92158<br>Phone: ▮▮▮    Fax: ▮▮▮ |
| Vista Detention Facility (VDF) | 325 S. Melrose Drive, Vista, CA 92081<br>Phone: ▮▮▮    Fax: ▮▮▮ |
| County Operations Center (COC) Medical Services Administration Office (hub location for Telepsychiatry) | 5530 Overland Ave., Suite 370, San Diego, CA 92123 |

   1.3.1. Inpatient:
   1.3.1.1. San Diego Central Jail (SDCJ) - a 30-bed Psychiatric Services Unit (PSU)
   1.3.1.2. Las Colinas Detention and Reentry Facility (LCDRF) - 32-bed Women's Psychiatric Service Unit (WPSU).

   1.3.2. Outpatient Services
   1.3.2.1. George Bailey Detention Facility (GBDF)
   1.3.2.2. Vista Detention Facility (VDF)
   1.3.2.3. San Diego Central Jail (SDCJ)
   1.3.2.4. Las Colinas Detention and Reentry Facility (LCDRF)

   1.3.3. Step-down Unit
   1.3.3.1. SDCJ - 40 bed unit
   1.3.3 .2. LCDRF - 40 bed unit

   1.3.4. Inmate Safety Program Unit
   1.3.4.1. SDCJ - 20 beds, 6 safety cells
   1.3.4.2. VDF - 10 beds, Med ISO 5 beds 3 safety cells
   1.3.4 .3. GBDF - 12 beds, 6 safety cells
   1.3.4.4. LCDRF - 7 beds, 4 safety cells

2. **SCOPE**

   2.1. The San Diego County Sheriff's Department (SDSO) agrees to provide Contractor access to portions of the Sheriff's Department detention facilities together with other goods and services, to allow Contractor to provide mental health staffing services pursuant to this agreement.

   2.2. The County agrees to pay Contractor for its services as set forth below in accordance with the agreed pricing outlined in Exhibit C - FEE SCHEDULE.

3. **DUTIES AND RESPONSIBILITIES**

   3.1. Duties of the County

COUNTY CONTRACT NUMBER 555357
AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION
FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES

3.1.1.  Provide adequate office and clinical space, furniture and supplies as well as the following equipment and services including but not limited to: access to computers, printers, software, internet and phone as well as all utilities for Contractor personnel to properly complete the services as set forth herein.

3.1.2.  Provide security at all correctional locations following safety and security policies and procedures for all staff working directly with patients in secure locations.

3.1.3.  Provide training for Contractor staff in all relevant security and jail policies.

3.1.4.  To provide all necessary transportation for County Inmates so that Contractor's staff can provide appropriate services.

3.1.5.  Provide full access to and full utilization by Contractor Personnel of the Jail's Medical Records System during the term of this Agreement and for seven (7) years thereafter, as well as access as required by the State of California or any other governmental or judicial entity, to all medical information of all individuals who have participated in the program, to the extent authorized by law.

3.1.6.  Notify Contractor in advance of any inspections or review by any appropriate inspecting or reviewing entities.

3.1.7.  Provide Contractor with a designated contact person and an additional back up person who Contractor can reach twenty-four (24) hours per day, seven (7) days per week for emergencies and other important occurrences or communications. The County will provide individuals who have the authority to act immediately when safety requires immediate action.

3.1.8.  Comply with all federal and state laws pertaining to the administration of the jails and keeping of inmates. Contractor will not be charged with, billed for or otherwise expected to provide inmates with the items the Sheriff is required to provide.

3.1.9.  Provide for and dispense psychotropic and other medications as prescribed by Contractor personnel in accordance with the current SDSO formulary.

3.2.  Duties of Contractor

3.2.1.  Contractor will provide licensed mental health staff (hereafter referred to as "Staff" unless otherwise indicated) as listed in Section 4.1.1 and also in the Schedule of Fees.

3.2.2.  Staff will be used for comprehensive mental health and programming services for the incarcerated patients with 24/7 combined on-site, on-call, and Tele Health services, to all jail locations as identified by the Sheriff from the time of booking to release and may include discharge planning and coordination of services in the community for patients to be released. Currently, Staff to be on-call at Psychiatric Services Units at SDCJ and LCDRF.

3.2.3.  Staff will comply with all standards per CA Title 15 and correctional community standards for mental healthcare as per NCCHC, IMQ, and ACHSA guidelines.

3.2.4.  Staff will work within all required processes and programming to coordinate with the Sheriff's Medical Services Administrator, Sheriff's Chief Medical Officer (CMO), and Chief Psychiatric Officer.

3.2.5.  Staff will coordinate with medical staff during the booking process to identify all patients' individual mental health and programming needs, life skills, etc., as assigned and with ongoing review by the Sheriff's Medical Administrator, Sheriff CMO, and Chief Psychiatric Officer for effective programming.

3.2.6.  Staff will provide a comprehensive mental health evaluation utilizing standardized forms for patients identified with mental health treatment history or demonstrating mental health symptomology.

3.2.7.  Staff will provide psychiatric evaluations within 24 hours of patients being housed in suicide watch and safety cell housing, and every 24 hours thereafter, as assigned by the Sheriff's Medical Services Administrator, Sheriff's CMO, and/or Chief Psychiatric Officer.

3.2.8.  Staff will provide comprehensive mental health evaluations utilizing standardized forms for patients identified with mental health treatment history or demonstrating mental health symptomology for housed patients within appropriate timelines as clinically indicated, per policy, procedures and correctional mental health standards (CA Title 15 and correctional community standards for mental healthcare as per NCCHC, IMQ, and ACHSA guidelines.

COUNTY CONTRACT NUMBER 555357
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION**
**FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**

3.2.9.    Staff will refer patients to a psychiatrist for follow up evaluation as clinically indicated, per policy, procedures and correctional mental health standards (CA Title 15 and correctional community standards for mental healthcare as per NCCHC, IMQ, and ACHSA guidelines).

3.2.10.   Staff will provide diagnostic evaluations for referred patients completed within appropriate time-lines as clinically indicated, per policy, procedures and correctional mental health standards (CA Title 15 and correctional community standards for mental healthcare as per NCCHC, JM:Q, and ACHSA guidelines).

3.2.11.   Staff will provide Crisis Intervention Services, as defined by the California Code of Regulations Section 1810.209, for urgent/emergent mental health needs patients as clinically indicated, per policy, procedures and correctional mental health standards (CA Title 15 and correctional community standards for mental healthcare as per NCCHC, IMQ, and ACHSA guidelines), and as assigned by the Sheriff's Medical Services Administrator, Sheriffs CMO, and Chief Psychiatric Officer.

3.2.12.   Staff will provide psychotropic medication management as clinically indicated, per policy, procedures and correctional mental health standards (CA Title 15 and correctional community standards for mental healthcare as per NCCHC, IMQ, and ACHSA guidelines), as assigned by the Sheriff's Medical Services Administrator, Chief Medical Officer , and Chief Psychiatric Officer for effective programming.

3.2.13.   Staff will provide individual patient counseling and treatment as clinically indicated, per policy, procedures, correctional mental health standards (CA Title 15 and correctional community standards for mental healthcare as per NCCHC, IMQ, and ACHSA guidelines), and as ordered by the Sheriff's Medical Services Administrator, Sheriffs CMO, and Chief Psychiatric Officer for effective programming.

3.2.14.   Staff will provide group patient counseling and treatment as clinically indicated, per policy, procedures, correctional mental health standards (CA Title 15 and correctional community standards for mental healthcare as per NCCHC, IMQ, and ACHSA guidelines), and as ordered by the Sheriff's Medical Services Administrator, Sheriffs CMO, and Chief Psychiatric Officer for effective programming.

3.2.15.   Staff will provide psychosocial/psycho-educational programs as clinically indicated, per policy, procedures, correctional mental health standards (CA Title 15 and correctional community standards for mental healthcare as per NCCHC, IMQ, and ACHSA guidelines), and as ordered by the Sheriff's Medical Services Administrator, Sheriffs CMO, and Chief Psychiatric Officer for effective programming.

3.2.16.   Staff will document assessment, diagnoses, treatment and follow-up plans in the combined health services medical record for every patient encounter to include all approved electronic and non-electronic formats.

3.2.17.   Staff will document electronically all scheduled and completed clinician visits for ongoing quality improvement review for every patient encounter.

3.2.18.   Staff will provide that patients receiving mental health services are seen as clinically indicated, but not less than every 90 days. Those with chronic mental illness are seen as prescribed in their individual treatment plans.

3.2.19.   When patient commitment or transfer to an inpatient psychiatric setting is clinically indicated, Staff will follow required procedures for transfers in a timely manner and until such transfer can be accomplished, take action that the patient is safely housed and adequately clinically monitored. •

3.2.20.   Staff will work toward mental health, medical and substance abuse services being sufficiently coordinated such that patient management is appropriately integrated, medical and mental health needs are met, and the impact of any of these conditions on each other is adequately addressed.

3.2.21.   Staff will utilize approved written policies and procedures for mental health treatment to include the immediate objective to alleviate symptoms of serious mental disorders and prevent relapses to sustain the patients' ability to function safely in their environment.

3.2.22.   Staff will utilize approved written policies and procedures for mental health treatment including more than just prescribing psychotropic medications. Treatment goals include the development of self-understanding, self-improvement, and development of skills to cope with and overcome disabilities associated with various mental disorders.

    3.2.23.   Staff will comply with provided initial and ongoing training provided by the Sheriff's Medical Services Administrator, Sheriff's CMO, and/or the Chief Psychiatric Officer.

COUNTY CONTRACT NUMBER 555357
AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION
FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES

3.2.24. Staff will participate in multidisciplinary teams for patient treatment, death reviews, quality improvement, reporting, and coordination of services as per Sheriff's Medical Services Administrator, Sheriff's CMO, and Chief Psychiatric Officer for mental health, as assigned.

3.2.25. Staff will participate in correctional mental health education, conferences and Key Staff must successfully receive Certified Correctional Healthcare Profession- MH designation by the NCCHC for key staff, at the discretion of Sheriff's Medical Services Division . Key Staff are defined as all licensed staff.

3.2.26. Staff will collaborate with Sheriff's Medical Services Administrator, Sheriff's CMO, and Chief Psychiatric Officer to adhere to mental health correctional community standards established by the NCCHC and IMQ with the goal of ongoing review, survey readiness and accreditation.

3.2.27. Staff will provide program services including, but not limited to: violence reduction, anger management, problem-solving skills, social and communication skills, substance abuse rehabilitation, geriatric, intellectual disabilities, developmental disabilities, acute assessment units, acute management units, Veterans affairs unit, life skills, cognitive thinking, activities of daily living, etc., as assigned by the Sheriff's Medical Services Administrator, Sheriff's CMO, and Chief Psychiatric Officer for mental health.

4. **STAFFING REQUIREMENTS**

4.1.1. Contractor will have the ability to provide all of the following positions during the term of this Contract, including any extensions of the initial term: see EXHIBIT C - PRICING SCHEDULE.

4.1.1.1. Chief Psychiatrist (licensed and board certified Physician with correctional or forensic experience)
4.1.1.2. Psychiatrists (licensed Physician and board certified with correctional or forensic experience)
4.1.1.3. Clinic Director (licensed clinician)
4.1.1.4. Ph.D./Psy D. Psychologist (licensed)
4.1.1.5. Nurse Practitioners (NP) (licensed)
4.1.1.6. Office Assistant/ Heath Services Assistant (HSA)

4.1.2. Contractor will be responsible for all salaries, compensation and labor-related expenses for all personnel provided under the terms of this Agreement, including but not limited to, workers' compensation.

4.1.3. Contractor will provide a copy of valid/current licenses for all Key Staff who perform services rendered under this Agreement and shall ensure licensure remains valid for all licensed health care providers during this Agreement timeframe.

4.1.4. Use of an unlicensed (including suspended or lapsed license) Key Staff provider is a material breach of this Agreement. However, the requirement for licensure for individual staff may be waived in writing for a defined period of time by the Sheriff's Medical Services Administrator or Sheriffs CMO.

4.1.5. Staff is responsible to help maintain a state of constant survey readiness, based on CA Title 15, NCCHC, ACHSA and the Sheriff's Medical Services Policies and Procedures for Correctional Mental Healthcare, and all other agencies with jurisdiction over the inmates and/or patients.

4.1.6. Staff will actively participate as assigned by the Sheriff's Medical Services Administrator, Sheriff's CMO, and Chief Psychiatric Officer for mental health, in the following Committees including, but not limited to:

4.1.6.1. Pharmacy Management
4.1.6.2. Quality Improvement
4.1.6.3. Strategic Planning for County Healthcare
4.1.6.4. IMQ Surveys
4.1.6.5. NCCHC Surveys
4.1.6.6. Other meetings as assigned

4.1.7. Any other requirements as agreed upon by both parties. Requirements not needing additional compensation may be documented by a letter agreement executed by the parties. Any requirements needing additional compensation must be documented by an amendment.

4.1.8. Contractor's staff will adhere to Title 15 Standard 1200 "Responsibility for Health Care Services" and NCCHC Standard: J-A-03 "Medical Autonomy" as clinical judgments are the sole province of the responsible physician, dentist, and psychiatrist as the clinical chain of command.

COUNTY CONTRACT NUMBER 555357
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION**
**FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**

4.1.9.   Contractor shall follow The Joint Commission standards for hiring and maintain The Joint Commission Health Care Staffing certification.

4.1.10.   Contractor will demonstrate compliance with all medical and mental health information confidentiality requirements, including, but not limited to the Health Insurance Portability and Accountability Act of 1996 (HIPAA), the Health Information Technology for Economic and Clinical Health Act, as incorporated in the American Recovery and Reinvestment Act of 2009, and the California Welfare and Institutions Section 5328.

4.1.11.   Contractor shall also abide by State and Federal breach reporting and notification requirements if a breach of unsecured protected health information occurs.

## 5.   PATIENT MEDICAL GRIEVANCES

5.1.   Contractor shall cooperate with Sheriff's Department CMO in resolving any inmate patient's grievances related to the Contractor's services provided under this agreement.

5.2.   The Sheriff's CMO shall bring to the attention of the appropriate Contractor's Medical Director all inmate patient complaints involving Contractor's staff. Contractor shall within ten (10) calendar days, and in accordance with its regular procedure, investigate such complaints and use its best efforts to resolve them in a fair and equitable manner.

5.3.   The Contractor shall be required to prepare a written response and the resolution shall be treated and processed in conjunction with the Sheriff's Department's Medical Services Division Policies and Procedures (P&P).

5.4.   Contractor shall notify the Sheriff's CMO and/or designee within the ten (10) days as required above of any action taken or proposed with respect to the resolution of such complaints.

## 6.   DISPUTE RESOLUTION PROCESS

### 6.1   INTERNAL RESOLUTION

6.1.1   Except as expressly provided otherwise in this Agreement, if in the opinion of either party, the other party has failed to comply with the requirements of this Agreement, or to perform its obligations in a satisfactory manner, then this dispute resolution procedure shall be invoked. Contractor acknowledges the critical nature of the services rendered by Contractor hereunder to the continued viability of County and Agency business, and therefore agrees that Contractor must exhaust this dispute resolution procedure prior to Contractor availing itself of any remedies against County or Agencies.

6.1.2   The Sheriff's Project Manager and Contractor Project Manager will monitor and review the events as the project progresses.  Formal review of the events will occur during the implementation process.

6.1.3   In the event of a dispute, the Sheriff's Project Manager and Contractor Project Manager will have 7 calendar days to resolve the dispute.

6.1.4   If 7 calendar days have passed and the event has not been resolved, the event will be escalated to the Sheriff's Medical Services Administrator and Contractor's Director of Project Management.  They will have 7 calendar days to resolve the event.

6.1.5   If 14 days have passed and both parties have not resolved the event, the Sheriff's Detentions Assistant Sheriff and Contractor's General Manager will be informed and a meeting will be scheduled to assess dispute resolution.

### 6.2  DISPUTE RESOLUTION PROCEDURE

6.2.1   In no event is Contractor permitted to withhold performance of services in the event of a dispute.

6.2.2   Upon expiration of sixty (60) days of the date of notice of dispute to the Problem Resolution Board described in Section 6.1 ("Internal Resolution") above, either party may commence litigation or the parties, upon written mutual agreement, may proceed with binding arbitration of the dispute.

COUNTY CONTRACT NUMBER 555357
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION
FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**

7. **NOTICES**

 7.1. Whenever any notice, statement or other communication is required under this Agreement, it shall be sent to the following addresses, unless otherwise specifically advised.

 7.1.1. Notices to Contractor shall be sent to:

   Liberty Healthcare Corporation Attn: President
   401E. City Ave., Ste. 820 Bala Cynwyd, PA 19004

 7.1.2. Notices to the County shall be sent to:

   San Diego County Sheriff's Department
   Attn: Sheriff's Medical Administrator/Sheriff's CMO
   Medical Services Division (MS: O317)
   5530 Overland Ave., Ste. 370 San Diego, CA 92123

8. **CONTRACTOR'S PRIMARY CONTACT**

 8.1. Contractor shall designate an individual to serve as the primary point of contact, for the Agreement. The primary contact person shall be expected to respond to County complaints within one business day and inquiries within three business days.

 8.2. In the event the key contact person will be unavailable for more than three business days, an alternate contact shall be provided to the County.

 8.3. The primary contact person shall be responsible for any coordination necessary with the County and for any complaint process involving services or products supplied to the County pursuant to any awarded contract.

 8.4. Contractor shall not change the primary contact without written notification and acceptance of the County (and such approval shall not be unreasonably withheld).

 8.5. Contractor shall also designate a back-up point of contact in the event the primary contact is not available.

 8.6. Change of Address: Contractor shall notify the County in writing of any change in mailing address within ten (10) business days of the change.

9. **SUBCONTRACTING**

 9.1. Contractor agrees not to enter into any subcontracting agreements for work contemplated under the Agreement, except with individual clinicians or California professional medical corporations, without first obtaining written approval from the County. This section supersedes Sections 1.4 and 16.1 and is controlling of this agreement.

 9.2. Any subcontracting shall be subject to the same terms and conditions as Contractor. Contractor shall be fully responsible for the performance and payments of any subcontractor's contract.

 9.3. County will not reimburse Contractor or subcontractor for any expenses due to services rendered by a subcontractor not approved by County.

10. **BACKGROUND CHECKS AND SECURITY REQUIREMENTS**

 10.1. All staff employed by Contractor who will enter Sheriff's detention facilities, are required to undergo a background screening investigation, to include but not limited to: background questionnaires, records verification, photographing, and fingerprinting. This may also include a Computerized Voice Stress Analysis (CVSA) test.

COUNTY CONTRACT NUMBER 555357
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION**
**FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**

10.2.    Contractor will only be notified of the final security determination of its Staff. Specific details shall remain confidential and will not be provided.

10.3.    Contractor shall provide a list of individuals who would render services as Staff. These individuals may not be changed without the written permission of the Sheriff.

10.4.    Contractor shall submit to the Sheriff, or to his designee, a current roster including all Staff required to enter County facilities to perform services under this Contract. The roster shall be kept current and up-dated by Contractor.

10.5.    All staff on the roster shall possess photo identification, and shall meet the Sheriff's Department's requirements for admission into any Sheriffs detention facility.

10.6.    The Sheriff, or his designee, if required will arrange for photo identification cards for Contractor's Staff, which must be presented when requesting access to any Sheriff's facility. If a photo identification card is issued, this shall be surrendered when staff is terminated and/or when the agreement ends which ever occur sooner.

10.7.    Contractor's Staff shall also be required to continuously safeguard their duty-related items and test equipment in their possession and shall submit for inspection their item inventory upon entry or exit from any Sheriffs detention facility.

10.8.    Contractor's personnel shall attend appropriate San Diego County Sheriff's Department Custody Orientation prior to admission into secured facilities.

10.9.    The Sheriff or his designee shall have the over-all authority for denying facility access with proper notice supporting security pass denial, or, if previously issued, removal.

10.10.    Contractor staff shall follow the sign-in/sign-out procedures upon entry/exit from the jail facility.

10.11.    Contractor shall immediately notify the Sheriff regarding any staff reassignment, discharge, or termination of employment, in order that they may be removed from the facility access roster. Contractor notification regarding any such action shall be submitted verbally (within 24 hours), followed by written notification (within 5 days).

10.12.    Any violations of the above procedures may result in loss of Contractor's staff security clearance.

10.13.    Contractor may, at any time, be required to execute and complete, for each individual Staff or sub-contractor, additional forms which may include non-disclosure agreements to be signed by Contractor's Staff and subcontractors acknowledging that all San Diego Sheriff's Department information with which such Staff and subcontractors come into contact while at any Sheriff's place of performance is confidential and proprietary.

10.14.    Any unauthorized release of confidential or proprietary information by Contractor, its Staff, and/or sub-contractors shall constitute a breach of the contract and will be punishable by law. County reserves the right to enforce any available remedy at law or in equity in the event of such a breach.

10.15.    Removal of Personnel

10.15.1. The County's or Sheriffs designee may, at his/her sole discretion, direct in writing Contractor to replace any person providing services pursuant to this Agreement deemed careless, incompetent, insubordinate, or otherwise objectionable, or whose continued employment is deemed a security risk or contrary to the best interest of the County.

10.15.2. Contractor shall immediately remove the employee from his/her post or assignment, collect and return any County-issued identification and/or badge to the Sheriff's Medical Services Administrator, and immediately initiate action to replace the employee in a timely manner.

COUNTY CONTRACT NUMBER 555357
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION**
**FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**

10.15.3. Contractor shall not reassign this employee to any other County facility listed in the Contract, without the written authorization by the County or Sheriff, or his/her designee.

10.15.4. In the event that the removal of one of Contractor's employee occurs during the employee's response to an emergency crisis intervention, employee replacement shall be provided as soon as possible, following notification of the removal.

## 11. FISCAL PROVISIONS

11.1.  Contractor shall provide County itemized monthly invoices, in arrears, for services performed under this Agreement within approximately fifteen (15) days of the end of the previous month.

11.2.  The County will audit invoices for accuracy and may require additional information or corrections from Contractor prior to issuing payment.

11.3.  The County shall make payment to Contractor within thirty (30) days after receipt of invoice or the resolution of any billing dispute.

11.4.  The County reserves the right to refuse payment for any unsatisfactory work or services provided by personnel not appropriately licensed or certified as required and will deduct the charges for those services from Contractor's invoices.

11.5.  Invoices must reflect County Contract number to initiate payment. Invoices are to be sent to the Sheriff's Department at the following address:

> San Diego County Sheriff's Department
> Medical Services Division (Claims Unit)
> 5530 Overland Ave., San Diego, CA 92123

11.6.  Contractor shall accept all payments from County via electronic fund transfer (EFT) directly deposited into the Contractor's designated checking or other bank account.

11.7.  Contractor shall promptly comply with directions and accurately complete forms provided by County required to process EFT payments.

11.8.  County is exempt from Federal excise taxes and no payment shall be made for any personal property taxes levied on Contractor or on any taxes levied on employee wages.

11.9.  The County shall only pay for any State or local sales or use taxes on the services rendered or equipment and/or parts supplied to the County pursuant to the Agreement.

11.10. Costs for services under the terms of this Agreement shall be incurred during the agreement period except as approved by County. Contractor shall not use current year funds to pay prior or future year obligations.

11.11. Funds made available under this Agreement shall not supplant any federal, state or any government funds intended for services of the same nature as this Agreement.

11.12. Contractor shall not claim reimbursement or payment from County for, or apply sums received from County with respect to that portion of its obligations that have been paid by another source of revenue.

## 12. LICENSES, PERMITS AND/OR CERTIFICATIONS

12.1.  Contractor shall ensure that it has all necessary licenses, permits and/or certifications required by the laws of Federal, State, County, and municipal laws, ordinances, rules and regulations (including, but not limited to: CA Title 15 and correctional community standards for mental healthcare as per NCCHC, IMQ, and ACHSA guidelines).

COUNTY CONTRACT NUMBER 555357
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION**
**FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**

12.2.   Contractor shall maintain these licenses, permits, and/or certifications in effect for the duration of this Agreement. Contractor will notify County immediately of loss or suspension of any such licenses, permits, and/or certifications.

12.3.   Failure to maintain required licenses, permits, and/or certifications may result in immediate termination of this Agreement.

## 13. NOTIFICATION REGARDING PERFORMANCE

In the event of a problem or potential problem that could impact the quality or quantity of work, services, or the level of performance under this Agreement, Contractor shall notify the County within one (1) working day, in writing and by telephone with details regarding the problem or potential problem.

## 14. NOTICE OF DELAYS

Except as otherwise provided herein, when either party has knowledge that any actual or potential situation is delaying or threatens to delay the timely performance of this contract, that party shall, within twenty-four (24) hours, give notice thereof, including all relevant information with respect thereto, to the other party.

## 15. FISCAL RECORDS

15.1.   Contractor shall maintain all records and books pertaining to the delivery of services under this Agreement and demonstrate accountability for agreement performance.

15.2.   All records shall be complete and current and comply with all Agreement requirements. Failure to maintain acceptable records shall be considered grounds for withholding of payments for invoices submitted and/or termination of Agreement.

15.3.   All records relating to Contractor's personnel, consultants, subcontractors, Service/Scope of Work and expenses pertaining to this Agreement shall be kept in generally acceptable accounting format. Records should include primary source documents.

15.4.   Fiscal records shall be kept in accordance with Generally Accepted Accounting Principles and must account for all funds, tangible assets, revenue and expenditures. Fiscal records must comply with the appropriate Office of Management and Budget (OMB) Circulars which state the administrative requirements, cost principles and other standards for accountancy.

COUNTY CONTRACT NUMBER 555357
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION**
**FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**
**EXHIBIT B - INSURANCE REQUIREMENTS**

Without limiting Contractor's indemnification obligations to County, Contractor shall provide at its sole expense and maintain for the duration of this contract, or as may be further required herein, insurance against claims for injuries to persons or damages to property which may arise from or in connection with the performance of the work hereunder and the results of the work by the Contractor, his agents, representatives, employees or subcontractors.

**1. Minimum Scope of Insurance**

Coverage shall be at least as broad as:

A.  Commercial General Liability, Occurrence form, Insurance Services Office form CG0001or similar form.

B.  Automobile Liability covering all owned, non-owned, hired auto Insurance Services Office form CA0001.

C.  Workers' Compensation, as required by State of California and Employer's Liability Insurance.

D.  Professional Liability (Errors & Omissions) insurance appropriate to the Contractor's Profession required if Contractor provides or engages in any type of professional services, including, but not limited to medical administration, counseling and legal services.

E.  Improper Sexual Conduct including sexual harassment, sexual abuse and sexual misconduct applying to bodily injury, property damage or personal injury arising out of the actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of the insured or as a result of the negligent employment, investigation, hiring & supervision or the reporting or failure to report to proper authorities of a person for whom any insured is or ever was legally responsible.

F.  Cyber Security Liability shall cover all of Contractor's employees, officials and agents. Coverage shall be sufficiently broad to respond to the duties and obligations as is undertaken by Contractor in this agreement and shall apply to any dishonest, fraudulent, malicious or criminal activities that affect, alter, copy, corrupt, delete, disrupt or destroy a computer system or to obtain financial benefit for any party; to steal, take or provide unauthorized access of electronic date, including publicizing confidential electronic data or causing confidential electronic data to be accessible to unauthorized persons; transfer of computer virus, Trojan horse, worms or any other type of malicious or damaging code; and for Third-Party Liability encompassing judgments or settlement and defense costs arising out of litigation due to a data breach and data breach response costs for customer notification and credit monitoring service fees.

**2. Minimum Limits of Insurance**

Contractor shall maintain limits no less than:

A.  Commercial General Liability including Premises, Operations, Products and Completed Operations, Contractual Liability, and Independent Contractors Liability: $2,000,000 per occurrence for bodily injury, personal injury and property damage. The General Aggregate limit shall be $4,000,000.

B.  Automobile Liability: $1,000,000 each accident for bodily injury and property damage.

C.  Employer's Liability: $1,000,000 each accident for bodily injury or disease. Coverage shall include waiver of subrogation endorsement in favor of County of San Diego.

D.  Professional Liability (Errors & Omissions): $1,000,000 per claim with an aggregate limit of not less than $3,000,000. This coverage shall be maintained for a minimum of three years following termination or completion of Contractor's work pursuant to the Contract.

E.  Improper Sexual Conduct: $1,000,000 per claim with an aggregate limit of not less than $2,000,000.

F.  Cyber Security Liability. $2,000,000 per claim with an aggregate limit of not less than $2,000,000.

If the contractor maintains broader coverage and/or higher limits than the minimums shown above, the County requires and shall be entitled to the broader coverage and/or higher limits maintained by the Contractor. As a requirement of this contract, any available insurance proceeds in excess of the specified minimum limits and coverage stated above, shall also be available to the County of San Diego.

COUNTY CONTRACT NUMBER 555357
AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION
FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES

**3. Self-Insured Retentions**
Any self-insured retention must be declared to County Risk Management.

**4. Other Insurance Provisions**

The insurance policies are to contain, or be endorsed to contain, the following provisions:

A.  Additional Insured Endorsement
The County of San Diego, the members of the Board of Supervisors of the County and the officers, agents, employees and volunteers of the County, individually and collectively are to be covered as additional insureds on the General Liability policy with respect to liability arising out of work or operations performed by or on behalf of the Contractor including materials, parts, or equipment furnished in connection with such work or operations and automobiles owned, leased, hired or borrowed by or on behalf of the Contractor. General Liability coverage can be provided in the form of an endorsement to the Contractor's insurance (at least as broad as ISO from CG 2010 11 85 or **both** CG 2010, CG 2026, CG 2033, or CG 2038; **and** CG 2037 forms if later revisions used).

B.  Primary Insurance Endorsement **(does not apply to Workers Compensation)**
For any claims related to this Contract, Contractor's insurance coverage, including any excess liability policies, shall be primary insurance at least as broad as ISO CG 20 01 04 13 as respects the County, the members of the Board of Supervisors of the County and the officers, agents, employees and volunteers of the County, individually and collectively. Any insurance or self-insurance maintained by the County, its officers, employees, or volunteers shall be excess of the Contractor's insurance and shall not contribute with it.

C.  Notice of Cancellation
Each insurance policy required above shall state that coverage shall not be canceled, except with notice to the County.

D.  Severability of Interest Clause
Coverage applies separately to each insured, except with respect to the limits of liability, and that an act or omission by one of the named insureds shall not reduce or avoid coverage to the other named insureds.

**General Provisions**

**5.    Qualifying Insurers**
All required policies of insurance shall be issued by companies which have been approved to do business in the State of California by the State Department of Insurance, and which hold a current policy holder's alphabetic and financial size category rating of not less than A, VII according to the current Best's Key Rating guide, or a company of equal financial stability that is approved in writing by County Risk Management.

**6. Evidence of Insurance**
Prior to commencement of this Contract, but in no event later than the effective date of the Contract, Contractor shall furnish the County with a copy of the policy declaration and endorsement pages along with the certificates of insurance and amendatory endorsements effecting coverage required by this clause. Policy declaration and endorsement pages shall be included with renewal certificates and amendatory endorsements submissions and shall be furnished to County within thirty days of the expiration of the term of any required policy. Contractor shall permit County at all reasonable times to inspect any required policies of insurance.

**7. Failure to Obtain or Maintain Insurance; County's Remedies**
Contractor's failure to provide insurance specified or failure to furnish certificates of insurance and amendatory endorsements or failure to make premium payments required by such insurance shall constitute a material breach of the Contract, and County may, at its option, terminate the Contract for any such default by Contractor.

**8. No Limitation of Obligations**
The foregoing insurance requirements as to the types and limits of insurance coverage to be maintained by Contractor, and any approval of said insurance by the County are not intended to and shall not in any manner limit or qualify the liabilities and obligations otherwise assumed by Contractor pursuant to the Contract, including, but not limited to, the provisions concerning indemnification.

**9. Review of Coverage**
County retains the right at any time to review the coverage, form and amount of insurance required herein and may require Contractor to obtain insurance reasonably sufficient in coverage, form and amount to provide adequate protection against the kind and extent of risk which exists at the time a change in insurance is required.

COUNTY CONTRACT NUMBER 555357
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION**
**FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**

**10. Self-Insurance**

Contractor may, with the prior <u>written</u> consent of County Risk Management, fulfill some or all of the insurance requirements contained in this Contract under a plan of self-insurance. Contractor shall only be permitted to utilize such self-insurance if in the opinion of County Risk Management, Contractor's (i) net worth, and (ii) reserves for payment of claims of liability against Contractor, are sufficient to adequately compensate for the lack of other insurance coverage required by this Contract. Contractor's utilization of self-insurance shall not in any way limit liabilities assumed by Contractor under the Contract.

**11. Claims Made Coverage**

If coverage is written on a "claims made" basis, the Certificate of Insurance shall clearly so state. In addition to the coverage requirements specified above, such policy shall provide that:

A.  The policy retroactive date coincides with or precedes Contractor's commencement of work under the Contract (including subsequent policies purchased as renewals or replacements).

B.  Contractor will make every effort to maintain similar insurance during the required extended period of coverage following expiration of the Contact.

C.  If insurance is terminated for any reason, Contractor shall purchase an extended reporting provision of at least three years to report claims arising in connection with the Contract.

D.  The policy allows for reporting of circumstances or incidents that might give rise to future claims.

**12. Subcontractors' Insurance**

Contractor shall require and verify that all subcontractors maintain insurance meeting all the requirements stated herein, and Contractor shall ensure that County is an additional insured on insurance required from subcontractors. Such Additional Insured endorsement shall be attached to the certificate of insurance in order to be valid and on a form at least as broad as ISO from CG 2010 11 85 or both CG 2010, CG 2026, CG 2033, or CG 2038; and CG 2037 forms if later revisions used. If any sub contractor's coverage does not comply with the foregoing provisions, Contractor shall defend and indemnify the County from any damage, loss, cost, or expense, including attorneys' fees, incurred by County as a result of subcontractor's failure to maintain required coverage.

**13. Waiver of Subrogation**

Contractor hereby grants to County a waiver of their rights of subrogation which any insurer of Contractor may acquire against County by virtue of the payment of any loss. Contractor agrees to obtain any endorsement that may be necessary to affect this waiver of subrogation. The Workers' Compensation policy shall be endorsed with a waiver of subrogation in favor of the County for all work performed by the Contractor, its employees, agents and subcontractors.

## ARTICLE 14
## <u>INFORMATION PRIVACY AND SECURITY PROVISIONS</u>

14.1 <u>Recitals</u>. This Article is intended to protect the privacy and security of County information that Contractor may create, receive access, store, transmit, and/or destroy under this Agreement. In addition to the below Responsibilities, contractor shall be in compliance with the following rules, regulations, and agreements, *as applicable*:

    14.1.1 Health Insurance Portability and Accountability Act, specifically, Public Law 104-191, the Health Information Technology for Economic and Clinical Health Act, Public Law 111-005, 42USC section 17921 et seq., and 45CFR Parts 160 and 164, collectively referred to as "HIPAA;"

    14.1.2 County agreements with the State of California, collectively referred to as "State Agreements" and posted on the County's website at: www.cosdcompliance.org, including:

        14.1.2.1 The Medi-Cal Privacy and Security Agreement Between the California Department of Health Care Services (DHCS) and the County;

        14.1.2.2 The Medi-Cal Behavioral Health Services Performance Agreement between DHCS and the County;

        14.1.2.3 The San Diego County Alcohol and Drug Program Administrator Agreement between DHCS and the County

        14.1.2.4 The Refugee Health Agreement between the California Department of Public Health (CDPH) and the County;

        14.1.2.5 The HIV/AIDS Case Reporting System Data Use Agreement between CDPH and the County;

        14.1.2.6 The Childhood Lead Poisoning Prevention Program between CDPH and the County; and

        14.1.2.7 The Standard Agreement between the County and the California Department of Aging.

    14.1.3 Title 42 Code of Federal Regulations, Chapter 1, Subchapter A, Part 2.

14.2 <u>Definitions</u>. Terms used, but not otherwise defined, in this Article shall have the same meaning as defined by HIPAA.

    14.2.1 "Breach" of Protected Health Information (PHI) shall have the same meaning given to the term "breach" under HIPAA and "breach" of Personal Information (PI)/Personally Identifiable Information (PII) shall have the same meaning as given to it under the State Agreements.

    14.2.2 "Business Associate," when applicable, shall mean the Contractor.

    14.2.3 "County PHI" shall have the same meaning as PHI under HIPAA, specific to PHI under this Agreement.

    14.2.4 "County PI/PII" shall have the same meaning as PI/PII under the State Agreements, specific to PI/PII under this Agreement.

    14.2.5 "Covered Entity," when applicable, shall mean the County.

    14.2.6 "Security incident" shall have the same meaning as defined by the State Agreements.

14.3 <u>Responsibilities of Contractor</u>.

    14.3.1 <u>Use and Disclosure of County PHI/PI/PII</u>. Contractor shall use the minimum County PHI/PI/PII required to accomplish the requirements of this Agreement or as required by Law. Contractor may not use or disclose County PHI/PI/PII in a manner that would violate HIPAA or the State Agreements if done by the County.

    14.3.2 <u>Safeguards</u>. Contractor shall develop and maintain a HIPAA-compliant information privacy and security program to prevent use or disclosure of County PHI/PI/PII, other than as required by this Agreement.

    14.3.3 <u>Mitigation</u>. Contractor shall mitigate, to the extent practicable, any harmful effects caused by violation of the requirements of this Article, as directed by the County.

    14.3.4 <u>Subcontractors</u>. Contractor shall ensure that any agent, including a subcontractor, to whom it provides County PHI/PI/PII, imposes the same conditions on such agents that apply to Contractor under this Article.

    14.3.5 <u>Cooperation with County</u>.

        14.3.5.1 Contractor shall provide access to County PHI/PI/PII, as well as internal practices and records related to County PHI/PI/PII, at the written request of County within ten (10) calendar days.

        14.3.5.2 Contractor will assist County regarding individual's access, copy, amendment, accounting of disclosure, and other such requests for County PHI/PI/PII in the time and manner designated by County.

**ARTICLE 14**

**INFORMATION PRIVACY AND SECURITY PROVISIONS**

14.3.6  Breach Reporting. Contractor shall report breaches and suspected security incidents to County Contracting Officer's Representative and Sheriff's Data Services, to include:

    14.3.6.1  Initial Report.

        14.3.6.1.1  Contractor shall email County immediately upon the discovery of a suspected security incident that involves data provided to County by the Social Security Administration, as per the State Agreements.

        14.3.6.1.2  Contractor shall email County within one business day of the discovery of any suspected security incident or breach of County PHI/PI/PII

        14.3.6.1.3  Contractor shall additionally submit a completed County "Privacy Incident Report," which is posted on County's website, www.cosdcompliance.org within one (1) business day.

    14.3.6.2  Investigation Report. Contractor shall immediately investigate such suspected security incident or breach and provide the County a complete report of the investigation within seven (7) working days using County's "Privacy Incident Report" form.

    14.3.6.3  Notification. Contractor will comply with County's request to notify individuals and/or media and shall pay any costs of such notifications, as well as any costs associated with the breach. County shall approve the time, manner and content of any such notifications before notifications are made.

14.3.7  Designation of Individuals. Contractor shall designate a Privacy Official and a Security Official to oversee its privacy and security requirements herein.

14.3.8  Data Security. Contractor shall comply with, as applicable, data privacy and security requirements specified by HIPAA and the State Agreements, which may include, but is not limited to:

    14.3.8.1  Workforce members, including employees, interns, volunteers, subcontractors, etc., with access to applicable County PHI/PI/PII shall:

        14.3.8.1.1  Complete privacy and security training to include a signed certification within thirty (30) days of hire, and at least annually thereafter;

        14.3.8.1.2  Sign a confidentiality statement, prior to access to such PHI/PI/PII; and

        14.3.8.1.3  Wear an identification badge at facilities that contain such PHI/PI/PII

    14.3.8.2  Facilities that contain applicable County PHI/PI/PII shall have security guards or a monitored alarm system, as required by State Agreements.

    14.3.8.3  Computer warning banners for all systems containing applicable County PHI/PI/PII

    14.3.8.4  Comprehensive, annual security risk assessments

    14.3.8.5  Policies and internal controls to ensure secure transport and storage of County PHI/PI/PII in cars, airplanes, trains, and buses comply with State Agreements.

    14.3.8.6  Sufficient administrative, physical, and technical controls in place to protect County PHI/PI/PII

14.3.9  Termination. Upon termination of the Agreement for any reason, Contractor shall return or destroy all County PHI/PII/PI, except County PHI/PII/PI necessary for Contractor to continue its proper management and administration or to carry out its legal responsibilities, as mutually agreed upon by the Parties. If the Parties mutually agree that return or destruction of County PHI/PII/PI is infeasible, Contractor shall extend the protections of this Article to such County PHI/PII/PI for so long as Contractor maintains such County PHI/PII/PI.

**COUNTY OF SAN DIEGO – DEPARTMENT OF PURCHASING AND CONTRACTING
CONTRACT NO.  555357  AMENDMENT NO.  1 **

To:  **Liberty Healthcare Corporation:**  Pursuant to the contract changes clause, you are directed to make the changes described herein to the Contract or do the following described work not included in the previous agreed on Statement of Work.

Title of Contract, Project, or Program: COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES
Effective Date:  **Date Signed by County of San Diego, Department of Purchasing & Contracting**

**Description of Contract Change(s) and/or Work To Be Done:**

1.  Insert the following sections to the existing Section 4.  STAFFING REQUIREMENTS of EXHIBIT A – STATEMENT OF WORK:

   4.1.12.  Notwithstanding any provisions set forth in the Agreement to the contrary, County agrees that Contractor may employ or contract with Non-Board Certified Resident Psychiatrist(s) and/or Post-Residency Non-Board Certified with recent (within the past five years) correctional and forensic experience in lieu of a Board Certified Psychiatrist in order to provide timely and appropriate staffing for SD County Jails subject to prior approval of the Sheriff's CMO or its designee.

   4.1.13.  Non-Board Certified Resident Psychiatrists employed by the Contractor under the above provision will have a maximum of two (2) years within which to complete their residency and achieve Board Certification in order to retain their position and shall be under supervision of a Board Certified Psychiatrist while performing services.

   4.1.14   The charges and administrative fees for each of these positions shall be at 85% of the charges for the Psychiatrist as set forth in EXHIBIT C – FEE SCHEDULE.

All other Terms and Conditions remain in effect.

IN WITNESS WHEREOF, County and Contractor have executed this Amendment effective as of the date first set forth above.

We, the undersigned Contractor, have given careful consideration to the change proposed and hereby agree, if this proposed change is approved, that we will provide all equipment, furnish all materials, except as may otherwise be noted above, and perform all services necessary for the work specified herein, and will accept as full payment per the agreed pricing as set forth in this amendment.

Contract time for completion remains unchanged.

Contract Total Price remains unchanged.

By: _____

Printed Name: _Thomas McParland_

Title: _Chief Financial Officer_

Date: _April 11, 2017_

**THIS AMENDMENT IS NOT VALID UNLESS SIGNED BY THE DEPARTMENT OF PURCHASING AND CONTRACTING.**

Department Review and Recommended Approval:

By: _____
       KEITH SPEARS, Sheriff's Contracts Manager

Date:  _4-11-17_

**APPROVED:**

By: _____
       JOHN M. PELLEGRINO, Director
       Department of Purchasing and Contracting

Date:  _4/21/17_

## COUNTY OF SAN DIEGO – DEPARTMENT OF PURCHASING AND CONTRACTING
### CONTRACT NO. 555357  AMENDMENT NO. 2

LIBERTY HEALTHCARE CORPORATION. ("Contractor") and the County of San Diego ("County") enter into this amendment ("Amendment") to amend the above-referenced contract ("Contract") as described herein.

Title of Contract: Comprehensive On-Site Detention Psychiatric Health Services
Amendment Effective Date: **Date signed by Director, Purchasing & Contracting Department**
**Description of Contract Change(s):**

1. Contract Terms and Work:
   1.1. ARTICLE 13, Section 13.6 *Audit Requirement* of the Contract:
      1.1.1    Delete the amount of *$500,000* where it appears in the section and replace it with *$750,000*; and
      1.1.2    Delete the word *OMB Circular 133* and replace it with *OMB Uniform Guidance*.

   1.2    Insert the following to the existing Statement of Work (SOW) under Section 4.1.1.:
      *4.1.1.7. Psychiatric Technician/Licensed Vocational Nurse*

   1.3 Add the following line to Exhibit C Fee Schedule:

   | Position | Position Charge before fee for Admin and Management Price | Fee for Admin and Management Add: 34.251% | Total Charge per Position per Year | **FTE | Extended Charge* |
   |---|---|---|---|---|---|
   | Psych Tech/Lic. Vocational Nurse | $70,426 | $24,122 | $94,548 | 2 | $189,096 |

2. Compensation: The compensation due to Contractor under the Contract is increased by a maximum amount of $800,599 for an amended total contract price not to exceed $25,291,352.

Revised Contract Total Price is: **$25,291,352**

3. Term of Agreement: The Contract time for completion remains unchanged.

All other terms and conditions of the Contract shall remain in effect.

IN WITNESS WHEREOF, County and Contractor have executed this Amendment effective as of the date set forth above. This Amendment is not valid unless signed by Contractor and the County Department of Purchasing and Contracting.

CONTRACTOR:

By: _____
    HERBERT CASKEY, President

Date: _____

COUNTY:

Department Review and Recommended Approval:

By: _____
    KEITH SPEARS, Contracts Manager
    Sheriff's Department

Date: _____

APPROVED:

By: _____
    JOHN M. PELLEGRINO, Director
    Department of Purchasing and Contracting

Date: 8/21/17

## COUNTY OF SAN DIEGO – DEPARTMENT OF PURCHASING AND CONTRACTING
## CONTRACT NO. <u>555357</u>  AMENDMENT NO. <u>3</u>

Liberty Healthcare Corporation ("Contractor") and the County of San Diego ("County") enter into this amendment ("Amendment") to amend the above-referenced contract ("Contract") as described herein.

**Title of Contract: Comprehensive Onsite Detention Psychiatric Health Services**
<u>Amendment Effective Date: Date signed by County of San Diego, Department of Purchasing and Contracting</u>

**Description of Contract Change(s):**

1.  Insert attached **Article 14 INFORMATION PRIVACY AND SECURITY PROVISION** to contract.

2.  Compensation: The compensation due to Contractor under the Contract remains unchanged.

3.  Term of Agreement: The Contract term remains unchanged - January 23, 2017 through January 11, 2021.

<u>All other terms and conditions of the Contract shall remain in effect.</u>

IN WITNESS WHEREOF, County and Contractor have executed this Amendment effective as of the date set forth above. This Amendment is not valid unless signed by Contractor and the County Department of Purchasing and Contracting.

**CONTRACTOR:**

By: _____
    HERBERT T. CASKEY, M.D., President
    Liberty Healthcare Corporation

Date: _____12-27-18_____

**COUNTY:**

Department Review and Recommended Approval:

By: _____
    KEITH SPEARS, Contracts Manager
    Sheriff's Department

Date: __1-7-19__

**APPROVED:**

By: _____
FOR   JOHN M. PELLEGRINO, Director
    Department of Purchasing and Contracting

Date: __1-7-19__

COUNTY CONTRACT NUMBER 555357
**AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION**
**FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES**
**EXHIBIT C - FEE SCHEDULE**

For services outlined in the Statement of Work (SOW) satisfactorily rendered, and upon receipt and approval of invoices submitted as described herein, the   County agrees to compensate Contractor in accordance with the annual rates specified in the Budget Detail as shown below.

| SDC Jail Mental Health Budget Position | Position Charge before Fee for Admin and Management Price | Fee for Admin and Management Add: 34.251% | Total Charge per Position per Year | **FTE' | Extended Charge* |
|---|---|---|---|---|---|
| Chief Psychiatrist | $437,228 | $149,755 | $586,983 | 1.00 | $586,983 |
| Psychiatrist | $360,411 | $123,444 | $483,855 | 7.73 | $3,740,199 |
| Clinical Director | $145,272 | $49,757 | $195,029 | 1.00 | $195,029 |
| PhD./PsyD level licensed Psychologists | $137,843 | $47,213 | $185,056 | 3.06 | $566,271 |
| Nurse Practitioner | $178,592 | $61,170 | $239,762 | 2.26 | $541,862 |
| Office Assistant | $57,427 | $19,669 | $77,096 | 2.00 | $154,192 |
| **Total** | **$1,316,773** | **$451,008** | **$1,767,781** | **17.05** | **$5,784,536** |

\* Extended Charge is an estimate based upon annual full-time positions.  Contractor is only entitled to compensation for filled positions.  **A FTE shall mean a full time equivalent staff member contracted to work 1800 hours per year.  For years two, three and four of this agreement, the extended charge for each position and in total for all positions shall increase 3.8% per year over the respective extended charges for prior year.

1. Contractor shall submit all invoices monthly in arrears. Contractor shall submit original typewritten invoice and shall clearly note Contractor's name and address on each invoice. The name on the invoice must match the contractor's W-9 form and the name listed on this Agreement.

2. To expedite the processing of invoices submitted to the County for payment, all invoice(s) shall be submitted to the Sheriff for review and approval at:

       San Diego County Sheriff's
       Department Medical Services Division
       Attention: Claims Unit 5530 Overland
       Ave., Suite 370 San Diego, CA 92123

3. Contractor shall include at the minimum the following information on each submitted invoice:

    a. Contractor shall list and itemize all positions filled during the period being invoiced as follows:  Positions occupied by Full Time staff shall be invoiced monthly equal to 1/12th of the Total Charge per Position per Year for that month or the portion thereof that a position is filled.  A position shall be considered filled when staff members are providing services or are on paid time off per contractor's policies and procedures with contractor providing adequate coverage for staff on vacation, illness, or any other reasons with notice given to the Sheriff prior to these absences including the substituting staff's name and contact information. For positions occupied by part-time staff (i.e. those scheduled to work less than 40 hours per week), the amount invoiced monthly for such positions shall equal hours actually worked multiplied by 1/12th of the applicable Total Charge per Position per Year divided by 150 hours.

    b. Date(s) during which the services or deliverables were provided and the date in which the invoice was generated.

    c. Contract number 555357

    d. Invoice total amount due

## COUNTY OF SAN DIEGO – DEPARTMENT OF PURCHASING AND CONTRACTING
### CONTRACT NO.  555357    AMENDMENT NO.  4

Liberty Healthcare Corporation ("Contractor") and the **County of San Diego** ("County") enter into this amendment ("Amendment") to amend the above-referenced contract ("Contract") as described herein.

Title of Contract:  **Comprehensive Onsite Detention Psychiatric Health Services**
Amendment Effective Date:  **Date when signed by Director, Department of Purchasing and Contracting.**

**Description of Contract Change(s):**

1.  Insert the attached new revised *Exhibit C - Pricing Schedule* to reflect the additional four (4) FTEs for PhD/PsyD Level Psychologists effective January 12, 2019 to coincide with option years 1 and 2, which include the 3.8% annual increase across the board built in to the original contract.

2.  Compensation: The compensation due to Contractor under the Contract is increased by $1,625,403, for a revised Contract Total Price of $26,916,754.

3.  Term of Agreement: The Contract time for completion remains unchanged: January 23, 2017 – January 11, 2021.

All other terms and conditions of the Contract shall remain in effect.

IN WITNESS WHEREOF, County and Contractor have executed this Amendment effective as of the date set forth above. This Amendment is not valid unless signed by Contractor and the County Department of Purchasing and Contracting.

**CONTRACTOR:**

By: _____

Name:  Dr. HERBERT CASKEY

Title:  President, Liberty Healthcare Corporation

Date:  12-26-19

**COUNTY:**

Department Review and Recommended Approval:

By: _____
KEITH SPEARS, Contracts Manager
Sheriff's Department

Date:  3-13-19

**APPROVED:**

By: _____
JOHN M. PELLEGRINO, Director
Department of Purchasing and Contracting

Date:  3/14/19

COUNTY CONTRACT NUMBER 555357
AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION
FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES
EXHIBIT C -FEE SCHEDULE

| 1st Yr of Initial 2-yr term | January 12, 2017 to January 11, 2018 | | | | |
|---|---|---|---|---|---|
| SDC Jail Mental Health Budget<br><br>Position | Position Charge before Fee for Admin & Mgmnt<br><br>Price | Fee for Admin and Management Add:<br><br>34.25% | Total Charge per Position per Year | FTE's | Extended Charge^ |
| Chief Psychiatrist | $437,228 | $149,755 | $586,983 | 1 | $586,983 |
| Psychiatrist | $360,411 | $123,444 | $483,855 | 7.73 | $3,740,199 |
| Clinical Director | $145,272 | $49,757 | $195,029 | 1 | $195,029 |
| Phd./PsyD level licensed Psychologists | $137,843 | $47,213 | $185,056 | 3.06 | $566,271 |
| Nurse Practitioner | $178,592 | $61,170 | $239,762 | 2.26 | $541,862 |
| Psych Tech/Lic. Voc. Nurse | $70,426 | $24,122 | $94,548 | 2 | $189,095 |
| Health Care Assistant | $57,427 | $19,669 | $77,096 | 2 | $154,192 |
| Total | $1,387,199 | $475,130 | $1,862,329 | 19.05 | $5,973,631 |

| 2nd Yr of initial 2-yr term | January 12, 2018 to January 11, 2019 | | | | |
|---|---|---|---|---|---|
| SDC Jail Mental Health Budget<br><br>Position | Position Charge before Fee for Admin & Mgmnt<br><br>Price | Fee for Admin and Management Add:<br><br>34.25% | Total Charge per Position per Year | FTE's | Extended Charge^ |
| Chief Psychiatrist | $453,843 | $155,446 | $609,288 | 1 | $609,288.31 |
| Psychiatrist | $374,107 | $128,135 | $502,242 | 7.73 | $3,882,329.70 |
| Clinical Director | $150,792 | $51,648 | $202,440 | 1 | $202,440.22 |
| Phd./PsyD level licensed Psychologists | $143,081 | $49,007 | $192,088 | 3.06 | $587,788.42 |
| Nurse Practitioner | $185,378 | $63,494 | $248,872 | 2.26 | $562,451.82 |
| Psych Tech/Lic. Voc. Nurse | $73,102 | $25,038 | $98,140 | 2 | $196,280.84 |
| Health Care Assistant | $59,609 | $20,417 | $80,026 | 2 | $160,051.96 |
| Total | $1,439,913 | $493,184 | $1,933,097 | 19.05 | $6,200,631 |

3.8% Increase based upon June 2016 Consumer Price Index published by BLS.GOV.CPI June 2016

| TOTAL CONTRACT PRICE FOR INITIAL 2-YR TERM | $12,174,262 |
|---|---|

| 1st Option Year | January 12, 2019 to January 11, 2020 | | | | |
|---|---|---|---|---|---|
| SDC Jail Mental Health Budget<br><br>Position | Position Charge before Fee for Admin & Mgmnt<br><br>Price | Fee for Admin and Management Add:<br><br>34.25% | Total Charge per Position per Year | FTE's | Extended Charge^ |
| Chief Psychiatrist | $471,089 | $161,353 | $632,441 | 1 | $632,441 |
| Psychiatrist | $388,323 | $133,004 | $521,327 | 7.73 | $4,029,858 |
| Clinical Director | $156,522 | $53,611 | $210,133 | 1 | $210,133 |
| Phd./PsyD level licensed Psychologists | $148,518 | $50,869 | $199,387 | 7.06 | $1,407,673 |
| Nurse Practitioner | $192,423 | $65,907 | $258,330 | 2.26 | $583,825 |
| Psych Tech/Lic. Voc. Nurse | $75,880 | $25,990 | $101,870 | 2 | $203,740 |
| Health Care Assistant | $61,874 | $21,193 | $83,067 | 2 | $166,134 |
| Total | $1,494,629 | $511,925 | $2,006,555 | 23.05 | $7,233,803 |

| 2nd Option Year | January 12, 2020 to January 11, 2021 | | | | |
|---|---|---|---|---|---|
| SDC Jail Mental Health Budget<br><br>Position | Position Charge before Fee for Admin & Mgmnt<br><br>Price | Fee for Admin and Management Add:<br><br>34.25% | Total Charge per Position per Year | FTE's | Extended Charge^ |
| Chief Psychiatrist | $488,990 | $167,484 | $656,474 | 1 | 656,474 |
| Psychiatrist | $403,079 | $138,059 | $541,137 | 7.73 | 4,182,993 |
| Clinical Director | $162,470 | $55,648 | $218,118 | 1 | 218,118 |
| Phd./PsyD level licensed Psychologists | $154,162 | $52,802 | $206,964 | 7.06 | 1,461,164 |
| Nurse Practitioner | $199,735 | $68,411 | $268,146 | 2.26 | 606,010 |
| Psych Tech/Lic. Voc. Nurse | $78,764 | $26,977 | $105,741 | 2 | 211,482 |
| Health Care Assistant | $64,226 | $21,998 | $86,224 | 2 | 172,447 |
| Total | $1,551,425 | $531,379 | $2,082,804 | 23.05 | 7,508,688 |

| TOTAL CONTRACT PRICE FOR THE 2-YR INITIAL TERM PLUS TWO ONE YEAR OPTIONS | $26,916,754 |
|---|---|

## COUNTY OF SAN DIEGO – DEPARTMENT OF PURCHASING AND CONTRACTING
## CONTRACT NO. __555357__   AMENDMENT NO. __5__

Liberty Healthcare Corporation ("Contractor") and the **County of San Diego** ("County") enter into this amendment ("Amendment") to amend the above-referenced contract ("Contract") as described herein.

Title of Contract: **Comprehensive Onsite Detention Psychiatric Health Services**
Amendment Effective Date:  **Date when signed by Director, Department of Purchasing and Contracting.**
**Description of Contract Change(s):**

1. Insert the attached new revised *Exhibit C - Pricing Schedule* effective January 12, 2021 to coincide with option year 3, which includes the 3.8% annual increase across the board built into the original contract.

2. Compensation: The compensation due to Contractor under the Contract is increased by $7,814,281 for a revised Contract Total Price of $34,731,035.

3. Term of Agreement: The Contract time for completion is changed to January 11, 2022.

All other terms and conditions of the Contract shall remain in effect.

IN WITNESS WHEREOF, County and Contractor have executed this Amendment effective as of the date set forth above. This Amendment is not valid unless signed by Contractor and the County Department of Purchasing and Contracting.

CONTRACTOR:

By: _____

Name: _Dr. HERBERT CASKEY_

Title: _President, Liberty Healthcare Corporation_

Date: _12/14/20_

COUNTY:

Department Review and Recommended Approval:

By: _Jennifer Myn for Keith Spears_
KEITH SPEARS, Contracts Manager
Sheriff's Department

Date: _12/15/2020_

APPROVED:

By: _____
FOR JOHN M. PELLEGRINO, Director
Department of Purchasing and Contracting

Date: _12/16/2020_

COUNTY CONTRACT NUMBER 555357
AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION
FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES

For services outlined in the Statement of Work (SOW) satisfactorily rendered, and upon receipt and approval of invoices submitted as described herein, the County agrees to compensate Contractor in accordance with the annual rates specified in the Budget Detail as shown below.

**3rd Option Year**       **January 12, 2021 to January 11, 2022**

| Position | Position Charge Before Fee for Admin & Mgmt. Price | Fee for Admin & Management Add: 34.251 % | Total Charge per Position per Year | Full-Time Equivalent (FTE) | Extended Charge |
|---|---|---|---|---|---|
| Chief Psychiatrist (40 hrs./week/FTE) | $507,572 | $173,848 | $681,420 | 1 | $681,420 |
| Psychiatrist (40 hrs./week/FTE) | $418,396 | $143,305 | $561,701 | 7.73 | $4,341,949 |
| Clinical Director (40 hrs./wk/FTE) | $168,644 | $57,762 | $226,406 | 1 | $226,406 |
| PhD. /PsyD Level Licensed Psychologists | $160,020 | $54,808 | $214,828 | 7.06 | $1,516,686 |
| Mental Health Nurse Practitioner (40 hrs./week/FTE | $207,325 | $71,011 | $278,336 | 2.26 | $629,039 |
| Psych Tech/ Lic. Vocational Nurse | $81,757 | $28,003 | $109,760 | 3 | $329,280 |
| Health Care Assistant | $66,667 | $22,834 | $89,501 | 1 | $89,501 |
| Total | | | | 23.05 | |
| **TOTAL CONTRACT PRICE FOR OPTION YEAR 3** | | | | | **$7,814,281** |

\* Extended Charge is an estimate based upon annual full-time positions. Contractor is only entitled to compensation for filled positions. \*\*A FTE shall mean a full time equivalent staff member contracted to work 1800 hours per year. For option years of this agreement, the extended charge for each position and in total for all positions shall increase 3.8% per year over the respective extended charges for prior year.

1. Contractor shall submit all invoices monthly in arrears. Contractor shall submit original typewritten invoice and shall clearly note Contractor's name and address on each invoice. The name on the invoice must match the contractor's W-9 form and the name listed on this Agreement.
2. To expedite the processing of invoices submitted to the County for payment, all invoices) shall be submitted to the Sheriff for review and approval at:

COUNTY CONTRACT NUMBER 555357
AGREEMENT WITH LIBERTY HEALTHCARE CORPORATION
FOR COMPREHENSIVE ONSITE DETENTION PSYCHIATRIC HEALTH SERVICES

San Diego County Sheriffs
Department Medical Services Division
Attention: Claims Unit 5530 Overland
Ave., Suite 370 San Diego, CA 92123

3. Contractor shall include at the minimum the following information on each submitted invoice:

   a. Contractor shall list and itemize all positions filled during the period being invoiced as
   follows: Positions occupied by Full Time staff shall be invoiced monthly equal to 1/12th of
   the Total Charge per Position per Year for that month or the portion thereof that a position is
   filled. A position shall be considered filled when staff members are providing services or are
   on paid time off per contractor's policies and procedures with contractor providing adequate
   coverage for staff on vacation, illness, or any other reasons with notice given to the Sheriff
   prior to these absences including the substituting staff s name and contact information. For
   positions occupied by part-time staff (i.e. those scheduled to work less than 40 hours per
   week), the amount invoiced monthly for such positions shall equal hours actually worked
   multiplied by 1/12th of the applicable Total Charge per Position per Year divided by 150
   hours.

   b. Dates during which the services or deliverables were provided and the date in which the
   invoice was generated.

   c. Contract number 555357

   d. Invoice total amount due