GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
Email:         ggrunfeld@rbgg.com
                    vswearingen@rbgg.com
                    pkaul@rbgg.com
                    eanderson@rbgg.com
                    hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone:   (510) 806-7366
Facsimile:    (510) 694-6314
Email:         ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**REQUEST FOR JUDICIAL NOTICE RE: REPLY IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge:   Hon. Anthony J. Battaglia<br><br>Date:   August 11, 2022<br>Time:   2:00 p.m.<br>Ctrm.:   4A |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email:  christopher.young@dlapiper.com
        isabella.neal@dlapiper.com
        oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone: (619) 232-2121
Email:  bvakili@aclu-sdic.org
        jmarkovitz@aclu-sdic.org

Attorneys for Plaintiffs

Pursuant to Federal Rule of Evidence 201, Plaintiffs Darryl Dunsmore, Ernest Archuleta, Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, and Laura Zoerner ("Plaintiffs") hereby request that the Court take judicial notice of the following documents in support of Plaintiffs' Reply in Support of Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification ("Plaintiffs' Reply"):

**DOCUMENT LIST**

1. Findings and policy recommendations of the San Diego County Citizens' Law Enforcement Review Board ("CLERB"), true and correct copies of which are attached as Exhibits C-E to the Reply Declaration of Van Swearingen in Support of Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification ("Swearingen Reply Declaration").

2. San Diego County Sheriff's Department ("Sheriff's Department") Detention Services Bureau report on "Suspected Overdose Incidents with Naloxone Deployment," dated June 2, 2022, a true and correct copy of which is attached as **Exhibit F** to the Swearingen Reply Declaration.

3. The Sheriff's Department Detention Services Bureau's June 6, 2022 Realigned Population Report, a true and correct copy of which is attached as **Exhibit X** to the Swearingen Reply Declaration.

4. Order Distributing and Enforcing the Amended County Jail Order and Plan, *Armstrong v. Newsom*, Case No. 4:94-cv-02307-CW (N.D. Cal.), filed August 28, 2012, a true and correct copy of which is attached as **Exhibit W** to the Swearingen Reply Declaration.

**BASIS FOR JUDICIAL NOTICE**

The Court may take judicial notice of facts that are "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b)(2). The Court must take judicial notice of a judicially noticeable fact "if requested by a party and supplied with the necessary

1  information." Fed. R. Evid. 201(d).

## I. THE COURT MAY TAKE JUDICIAL NOTICE OF OFFICIAL REPORTS PREPARED BY LOCAL AGENCIES

Plaintiffs seek judicial notice of findings and policy recommendations by CLERB (**Exhibits C-E** to the Swearingen Reply Declaration), a San Diego County government agency responsible for investigating deaths that occur at the San Diego County Jail (the "Jail").

All of these documents are posted on CLERB's public website, are reliable, and are subject to judicial notice as matters of public record and official agency publications. Courts regularly take judicial notice of official governmental publications. *See Disabled Rights Action Comm. v. Las Vegas Events, Inc.*, 375 F.3d 861, 866 (9th Cir. 2004) (taking judicial notice of "records of state agencies and other undisputed matters of public record"); *Zakinov v. Blue Buffalo Pet Prods., Inc.*, 2018 WL 1426932, at *3 (S.D. Cal. Mar. 22, 2018) (taking judicial notice of government documents posted on public websites); *see also United States ex rel. Dingle v. BioPort Corp.*, 270 F. Supp. 2d 968, 972 (W.D. Mich. 2003) ("Public records and government documents are generally considered not to be subject to reasonable dispute.") (internal quotation marks omitted), *aff'd sub nom. Dingle v. Bioport Corp.*, 388 F.3d 209 (6th Cir. 2004); *Hernandez v. Cty. of Monterey*, 305 F.R.D. 132, 139 n.2 (N.D. Cal. 2015) (taking judicial notice of official government report by United States Census Bureau, in connection with motion to certify class of incarcerated plaintiffs).

The CLERB findings and policy recommendations are relevant to Plaintiffs' Motions because CLERB is the County agency responsible for investigating all deaths in custody—and addressing preventable deaths is the central thrust of Plaintiffs' Motions. The CLERB findings document the causes of deaths at the Jail, deficiencies in Sheriff's Department's policies and practices contributing to or relating to those deaths, and misconduct by Sheriff's Department custody staff.

CLERB also issues policy recommendations to the Sheriff's Department, including in this instance two recommendations to address overdoses at the Jail, to which the Sheriff's Department has not yet responded. These findings and recommendations are relevant to the Sheriff's Department's awareness of and deliberate indifference to dangerous conditions at the Jail. Accordingly, it is appropriate to take judicial notice of the undisputed facts within the documents and the undisputed fact that these findings and recommendations have put Defendants on notice of the conditions addressed in Plaintiffs' Motions.

## II. THE COURT MAY TAKE JUDICIAL NOTICE OF THE SHERIFF'S DEPARTMENT'S OWN POPULATION AND OVERDOSE, AND DEATH REPORTS

Plaintiffs seek judicial notice of publicly available data about the incarcerated population in San Diego County, posted on the Sheriff's Department's website. Specifically, Plaintiffs seek judicial notice of the Sheriff's Department's report on the weekly and annual number of suspected opioid overdoses in the Jail (**Exhibit F** to the Swearingen Reply Declaration) and the Sheriff's Department report on the number of individuals in the Jail on charges of parole violations (**Exhibit X** to the Swearingen Reply Declaration). An updated suspected opioid overdose report is posted regularly on the Sheriff's Department's public website at https://www.sdsheriff.gov/resources/jail-population-data. The number of people in Jail on charges of violating parole is published daily on the Sheriff's Department's website at: https://apps.sdsheriff.net/documents/ab109/ab109_counts.pdf.

Because these facts are self-reported by the Sheriff's Department, and the accuracy of these facts is verifiable and certain, the Court should take notice of these population and overdose counts. *MacGregor v. Mallinckrodt, Inc.*, 373 F.3d 923, 933-34 (8th Cir. 2004) (affirming district court's decision to take judicial notice of the number of company employees because "the size is readily obtainable from company or tax records" and because the fact that "the number of employees is not common knowledge does not prevent the fact from being widely available"); *see*

*also Hernandez*, 305 F.R.D. at 139 n.2 (taking judicial notice of the County's own counts of people incarcerated in County's jail). The Sheriff's Department's overdose reports are relevant to Plaintiffs' contention that the Sheriff's Department is not adequately preventing overdoses in the Jail. The daily population of people in the Jail on parole violations is relevant to Plaintiffs' point that the *Armstrong* notifications to the Jail address the disability accommodations of only a very small percentage of people with disabilities in the Jail. It is appropriate to take judicial notice of the undisputed facts in these documents.

### III. THE COURT MAY TAKE JUDICIAL NOTICE OF COURT FILINGS

Plaintiffs also seek judicial notice of the August 28, 2012 court order in the *Armstrong v. Newsom* class action, attached as **Exhibit W** to the Swearingen Reply Declaration. This Court "may take judicial notice of court filings and other matters of public record." *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006); *see also Colonial Penn Ins. Co. v. Coil*, 887 F.2d 1236, 1239 (4th Cir. 1989) ("[T]he most frequent use of judicial notice of ascertainable facts is in noticing the content of court records." (citation omitted)); *accord Salinas v. CHSP San Diego, LLC*, 2021 WL 4523689, at *2 (S.D. Cal. Oct. 4, 2021) (taking judicial notice of court filings in other federal courts). The August 28, 2012 order is relevant to Plaintiffs' point that the *Armstrong* notifications to the Jail address the disability accommodations of people in Jail on parole violations and out-to-court from CDCR, who comprise only a very small percentage of people with disabilities in the Jail. It is appropriate to take judicial notice of the facts within the order.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## CONCLUSION

For the reasons stated above, Plaintiffs respectfully request that the Court take judicial notice of the facts about the Jail in these exhibits and consider them as true when ruling on Plaintiffs' Motions.

DATED: June 7, 2022

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
Van Swearingen

Attorneys for Plaintiffs