GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:  ggrunfeld@rbgg.com
  vswearingen@rbgg.com
  pkaul@rbgg.com
  eanderson@rbgg.com
  hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email:  ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**REPLY DECLARATION OF JOSEPH LEWIS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: August 11, 2022<br>Time: 2:00 p.m.<br>Ctrm.: 4A |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email: christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone: (619) 232-2121
Email: bvakili@aclu-sdic.org
jmarkovitz@aclu-sdic.org

Attorneys for Plaintiffs

## DECLARATION OF JOSEPH LEWIS

I, Joseph Lewis, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since October 4, 2021. I am housed at the George Bailey Detention Facility in unit 4A. My booking number is 21138670. I am 65 years old.

3. I previously have been incarcerated in the Jail approximately 30 separate times.

4. I am addicted to opioids. I was under the influence of opioids when I was booked into the Jail. For about seven days after booking, I experienced severe withdrawals that made me extremely sick. For example, I was in pain and could not hold my bowels. During that entire time, no medical staff ever came to see me. When officers passed by my cell, I begged for help, but they would say things like, "talk to me on next count" or "it's the end of my shift so talk to the next guy." I was given a "kick pack" at intake, but all it contained was Motrin and Librium, neither of which helped with my severe opioid withdrawals.

5. I have submitted medical slips asking to receive an opioid blocker like Suboxone, which I believe could help address my addiction and cravings. My requests have been denied because I was not receiving this type of medication on the streets before my incarceration. I have not received any other medication or counseling for my addiction while at the Jail.

6. I am housed in a protective custody unit because I am considered a prison gang drop-out. Based on my experiences in the protective custody unit at the Jail, I believe many people are placed in protective custody who should not be there. Incarcerated people with serious mental illnesses are called "J-Cats" by others in the Jail. I have seen J-Cats in protective custody who do things like bang their heads against the walls, talk to imaginary people, throw food trays, and refuse basic

[3923998.2]

1
DECLARATION OF JOSEPH LEWIS

hygiene. J-Cats are vulnerable to violence at the hands of other incarcerated people who are placed in protective custody, such as those who are there because they are or want to be associated with prison gangs. For example, I heard a J-Cat kick the door to his cell for three hours straight and other people in protective custody who were trying to read, sleep, or do legal work at the time beat him up. Placing J-Cats in protective custody is dangerous for them because they can get beaten up, and it puts everyone else at risk of picking up another prison term for hurting a J-Cat.

7. I submit this declaration because I want to help improve the medical, dental, and mental health care at the Jail, ensure that incarcerated people with disabilities are accommodated and treated fairly, and help make the Jail safe and secure for all incarcerated people.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at G.B.D.F., California this 2 day of June 2022.

_____
Joseph Lewis

[3923998.2]

2
DECLARATION OF JOSEPH LEWIS