GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**REPLY DECLARATION OF DARCELL MOORE IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: August 11, 2022<br>Time: 2:00 p.m.<br>Ctrm.: 4A |

Case No. 3:20-cv-00406-AJB-WVG

REPLY DECLARATION OF DARCELL MOORE IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

1

2  (*counsel continued from preceding page*)

3  CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
4  OLIVER KIEFER – 332830
DLA PIPER LLP (US)
5  401 B Street, Suite 1700
San Diego, California 92101-4297
6  Telephone: (619) 699-2700
Facsimile: (619) 699-2701
7  Email: christopher.young@dlapiper.com
isabella.neal@dlapiper.com
8  oliver.kiefer@dlapiper.com

9  BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
10 ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
11 2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
12 Telephone: (619) 232-2121
Email: bvakili@aclu-sdic.org
13 jmarkovitz@aclu-sdic.org

14 Attorneys for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:20-cv-00406-AJB-WVG

REPLY DECLARATION OF DARCELL MOORE IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

# DECLARATION OF DARCELL MOORE

I, Darcell Moore, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since April 16, 2020. I am housed at the George Bailey Detention Facility in unit 6C. My booking number is 20919012. I am 42 years old. →DM

3. I have been incarcerated at the Jail approximately 62 times since 1998. Many of those were brief periods of incarceration which I spent in the "drunk tank" at San Diego Central Jail.

4. It is well known that there are areas in this facility that are not monitored by any staff. ~~[redacted]~~ There is area in the housing unit called "the pocket" or "the cut," which is where incarcerated people, who are usually outnumbered, are regularly jumped or beat up by other incarcerated people. There are no consequences for this violence. I have been beaten up in the pocket.

5. I am willing to be a Plaintiff in this lawsuit. I submit this declaration because I want to help improve the medical, dental, and mental health care at the Jail, ensure that incarcerated people with disabilities are accommodated and treated fairly, and help make the Jail safe and secure for all incarcerated people.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at G.B.D.F, California this 6 day of 2 2022.

Darcell Moore

[3924010.2]

1
DECLARATION OF DARCELL MOORE →DM