GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**REPLY DECLARATION OF FRANK ROSS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: August 11, 2022<br>Time: 2:00 p.m.<br>Ctrm.: 4A |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email: christopher.young@dlapiper.com
 isabella.neal@dlapiper.com
 oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone: (619) 232-2121
Email: bvakili@aclu-sdic.org
 jmarkovitz@aclu-sdic.org

Attorneys for Plaintiffs

Case No. 3:20-cv-00406-AJB-WVG
REPLY DECLARATION OF FRANK ROSS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

# DECLARATION OF FRANK ROSS

I, Frank Ross, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since July 13, 2021. I am housed at San Diego Central Jail in the medical unit on floor 3. My booking number is 21125767. I am 56 years old.

3. I am a military veteran. I served in the United States Marine Corps. I have mental health issues resulting from my service, including post-traumatic stress disorder ("PTSD"). I have been diagnosed with pulmonary fibrosis. I have trouble breathing on my own, so I use an oxygen tank.

4. I am aware that Vista has a unit set aside for veterans, with programs specific to the issues that veterans face. However, around the time when I entered the Jail last year, I was informed by Jail staff that I cannot be housed in the veterans unit at Vista because I use an oxygen tank. It does not make any sense to me why the veterans' unit is not accessible to me or veterans who have disabilities, especially for issues resulting from our service. I wish that I could be housed in the veterans unit. At Central Jail, I have had no access to programs. I get out to the yard very rarely, and there is no education or church.

5. I have had problems using the intercom system at the Jail to get assistance for medical emergencies. Recently, on May 22, 2022, I had tightness in my chest, so I pushed the intercom button and said that I was having an emergency. No one responded either verbally or by coming to my cell. A few minutes later, I pushed the button a second time because my chest was still tight and I was worried about what was happening. No one responded. Several minutes later, I stood up to go to the bathroom and fell to the floor, injuring my left arm. I used my cane to push the button a third time. No one responded. I finally saw a deputy passing by on his rounds and was able to get his attention. I was later taken to the hospital,

where I learned that I had suffered a stroke. I worry that the intercom is not a reliable way to get assistance, even when I am having a medical emergency.

6. I want to be involved in this litigation to help improve the medical, dental, and mental health care at the Jail, ensure that incarcerated people with disabilities are accommodated and treated fairly, and help make the Jail safe and secure for all incarcerated people.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at  SAN DIEGO , California this 2 day of June, 2022.

_____
Frank Ross