GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:   ggrunfeld@rbgg.com
         vswearingen@rbgg.com
         pkaul@rbgg.com
         eanderson@rbgg.com
         hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email:   ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**REPLY DECLARATION OF CHAD TUCKER IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: August 11, 2022<br>Time: 2:00 p.m.<br>Ctrm.: 4A |

Case No. 3:20-cv-00406-AJB-WVG

REPLY DECLARATION OF CHAD TUCKER IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California  92101-4297
Telephone:  (619) 699-2700
Facsimile:   (619) 699-2701
Email:        christopher.young@dlapiper.com
                  isabella.neal@dlapiper.com
                  oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California  92103-6330
Telephone:  (619) 232-2121
Email:        bvakili@aclu-sdic.org
                  jmarkovitz@aclu-sdic.org

Attorneys for Plaintiffs

Case No. 3:20-cv-00406-AJB-WVG
REPLY DECLARATION OF CHAD TUCKER IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

# DECLARATION OF CHAD TUCKER

I, Chad Tucker, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since November 26, 2019. I am housed at the George Bailey Detention Facility in unit 3A. My booking number is 19773790. I am 46 years old. I previously have been incarcerated at the Jail approximately 10 to 15 times, and about three times in the last decade.

3. I suffer from serious mobility issues. I have a crushed disc in my L5 lumbar vertebrae. Doing something as simple as putting on my socks can cause excruciating pain in my back. I also have a titanium rod in my tibia and an unstable knee that gives out and affects my balance. My back issues are so bad that at times, I have to rely on my cellmate to help me get off the toilet. I do not want to rely on other incarcerated people for things like this. This is not the environment to be viewed as weak or to trust that others will help you when you need it.

4. ~~[struck through]~~ I put in at least three or four medical requests and at least two grievances asking for a soft shoe chrono so I could receive softer shoes that would pad my footsteps and relieve some of the pain I feel when walking. No one responded to my requests for months. When a doctor finally came to see me, on approximately Feb. 22, 2022, he denied my request. He said that he did not think I was being honest and that soft shoe chronos were only for people who had experienced strokes. The doctor suggested that I just alter my shoes myself, but that would be a violation of the Jail's rules because it would be considered contraband. A deputy was standing next to the doctor during this visit. I would like to be able to discuss my medical issues without deputies present, so that I can freely discuss my health with medical providers without deputies knowing my medical issues.

[3924018.2]

1

5. I have requested a lower tier/lower bunk chrono so that I do not have to climb stairs or a bunk. To my knowledge, the Jail has not provided this chrono in my records. I am on the lower tier for now, but I could be bumped from my bed at any time if a person with a verified disability and lower tier/lower bunk chrono is transferred into the unit.

6. I have received an endoscopy at UCSD Hospital confirming a problem in my esophagus. It causes heartburn and causes stomach acid to move into my lungs. When I lie down, I aspirate. I often wake up choking and coughing, with a burning sensation in my throat and chest. I have asked to see my medical reports to better understand the issue, but I have not been allowed to do so. Medical staff has given me heartburn medication, but it does not treat the issue. I tried to put in about 9 or 10 requests for a foam wedge or double mattress chrono so that I could elevate my upper body when I sleep to help ease my esophageal issues. I finally was given a bed pad that I can roll up to elevate, but the angle isn't right, so it doesn't really help with my esophageal problem.

7. When I was housed at South Bay Detention Facility, I slipped and fell multiple times in the shower. The showers had tiles, and when they were bleached, they became very slippery. There were not benches or chairs available.

8. I am willing to be a Plaintiff in this lawsuit. I submit this declaration because I want to help improve the medical, dental, and mental health care at the Jail, ensure that incarcerated people with disabilities are accommodated and treated fairly, and help make the Jail safe and secure for all incarcerated people.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at _GBDF_____, California this _3_ day of _June_ 2022.

_____
Chad Tucker

[3924018.2]

2