GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:      ggrunfeld@rbgg.com
            vswearingen@rbgg.com
            pkaul@rbgg.com
            eanderson@rbgg.com
            hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email:      ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' MOTION TO FILE UNDER SEAL REPLY DOCUMENTS IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: August 11, 2022<br>Time: 2:00 p.m.<br>Ctrm.: 4A |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California  92101-4297
Telephone:    (619) 699-2700
Facsimile:    (619) 699-2701
Email:        christopher.young@dlapiper.com
              isabella.neal@dlapiper.com
              oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California  92103-6330
Telephone:    (619) 232-2121
Email:        bvakili@aclusandiego.org
              jmarkovitz@aclusandiego.org

I, Van Swearingen, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motion to File Under Seal Reply Documents in Support of Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

2. Plaintiffs seek to seal narrow portions of the medical records of incarcerated individuals submitted with Plaintiffs' Reply in Support of Motions for Preliminary Injunction and Provisional Class Certification in order to demonstrate the harm to which incarcerated people have been wrongfully subjected at the San Diego County Jail ("Jail"). Based on my experience representing incarcerated people and my conversations with people incarcerated at the Jail, it is my understanding that disclosure of private medical and mental health information unrelated to the case would embarrass, inconvenience, and otherwise expose to harm the incarcerated people whose records are at issue.

3. All of the portions of records sought to be sealed through this motion contain private, sensitive information about individuals' medical and mental health histories, conditions, diagnoses, and treatments that Plaintiffs have not put an issue in the case. The excerpts from the records include, for example, notes describing aspects of individuals' criminal charges or unrelated personal matters raised during contacts between incarcerated individuals and medical and mental health staff. The records also include a portion of a grievance submitted by a incarcerated person containing unrelated confidential medical information. Plaintiffs do not seek to seal information regarding conditions, communications, and custody staff practices that they arguably have put at issue in this case. Plaintiffs seek to seal only those portions of the medical records we believe contain unrelated confidential medical information.

1  4. All of the documents Plaintiffs seek to seal were produced to my law firm by the Sheriff's Department upon request and submission of signed medical release forms.

5. My firm has confirmed the motion to seal complies with Civil Local Rule 79.2 and Electronic Case Filing Administrative Policies and Procedures Manual Section 2(j).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 7th day of June, 2022.

_____
Van Swearingen