

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore; et al

**Plaintiff,**

V.

San Diego Sheriffs Dept.; et al

**Defendant.**

FILED
6/082022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: J. Mueller, Deputy

**Civil No.** 20-cv-00406-AJB-WVG

**STRICKEN DOCUMENT:**

Objection

**Per Order #   167**

166