Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, CA 92101-8474
Tel: 619.814.5800     Fax: 619.814.6799

Attorneys for Defendant
COUNTY OF SAN DIEGO (Also erroneously sued herein as SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, and SAN DIEGO COUNTY PROBATION DEPARTMENT)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF SUSAN E. COLEMAN IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION FOR** |

I, SUSAN E. COLEMAN, declare as follows:

1. I am admitted in this Court and the State of California. I am a partner at Burke, Williams & Sorenson, LLP, and I am counsel of record for Defendant

COUNTY OF SAN DIEGO (also erroneously sued herein as SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT), in this case.

2. I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief, and would competently testify thereto if called and sworn as a witness.

3. When I received and downloaded Plaintiffs' reply brief, I was surprised to see that they attached 4 expert declarations, 8 inmate declarations, a declaration of counsel with approximately 200 pages of exhibits, and medical documents. [Dkt. 162.]

4. I communicated with Plaintiffs' counsel Van Swearingen yesterday (June 8, 2022) about the voluminous materials submitted in support of their reply brief. I asked if he would agree to a sur-reply by Defendant to respond to their evidence, or in the alternative withdrew his new evidence. Mr. Swearingen indicated that all of the evidence was responsive and he declined to allow any sur-reply or to withdraw any evidence.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on June 9, 2022, at San Diego, California.

                         */s/ Susan E. Coleman*
                            Susan E. Coleman

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4879-9886-8004 v1

- 2 -

3:20-CV-00406-AJB-WVG
DECL S. COLEMAN ISO EPA FOR LEAVE TO FILE SUR-REPLY