UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ERNEST
ARCHULETA, ANTHONY
EDWARDS, REANNA LEVY, JOSUE
LOPEZ, CHRISTOPHER NELSON,
CHRISTOPHER NORWOOD, and
LAURA ZOERNER, on behalf of
themselves and all others similarly
situated,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S
DEPARTMENT, COUNTY OF SAN
DIEGO, CORRECTIONAL
HEALTHCARE PARTNERS, INC.,
TRI-CITY MEDICAL CENTER,
LIBERTY HEALTHCARE, INC.,
MID-AMERICA HEALTH, INC.,
LOGAN HAAK, M.D., INC., SAN
DIEGO COUNTY PROBATION
DEPARTMENT, and DOES 1 to 20,
inclusive,

Defendants.

Case No.:  20-cv-00406-AJB-WVG

**ORDER ON DEFENDANT'S EX
PARTE MOTION FOR LEAVE TO
FILE SUR-REPLY (Doc. No. 169)**

Presently pending before the Court is Defendant County of San Diego's ("the County") *ex parte* application for leave to file a sur-reply in response to Plaintiffs' reply brief in support of their motions for preliminary injunction and provisional class certification. (Doc. No. 169.) The County argues that Plaintiffs presented new evidence in

1

its Reply brief, (Doc. No. 162). Plaintiffs oppose the motion. (Doc. No. 171.) For the reasons discussed below, the motion is **DENIED**.

The County claims Plaintiffs have submitted new evidence with their Reply brief that should have been submitted with their moving papers and does not assert that Plaintiffs have raised any new arguments in their Reply. (Doc. No. 169 at 3.) Plaintiffs respond that the evidence included with their Reply "is directly responsive to Defendants' opposition brief . . . ." (Doc. No 171 at 3.)

"Where new evidence is presented in a reply . . . the district court should not consider the new evidence without giving the non-movant an opportunity to respond." *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996) (alteration and citation omitted). However, evidence submitted with a reply brief is not new evidence when it is submitted to rebut arguments raised in the opposition brief. *See Synopsys, Inc. v. Mentor Graphics Corp.*, No. 12-6467 C MMC, 2013 WL 6577143, at *1 (N.D. Cal. Dec. 13, 2013) ("Synopsys's Administrative Motion for Leave to File Sur-Reply is hereby DENIED . . . Mentor does not '[raise new arguments and evidence] . . . in its reply brief' . . . but, rather, responds to arguments made in Synopsys's opposition").

Having considered the parties' briefing on Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification, the Court finds the evidence raised in Plaintiffs' Reply brief do not present new information but responds to arguments raised in the County's Opposition. To this point, the County admits Plaintiffs "provide declarations . . . on the same topics raises [sic] in their initial motion" and "proffer new opinions from their expert witnesses, who after having read Defendant's papers, disagree and explain why." (Doc. No. 169 at 3.) Accordingly, no sur-reply is warranted on these issues.

**IT IS SO ORDERED.**

Dated:  June 14, 2022

Hon. Anthony J. Battaglia
United States District Judge

2