GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:      ggrunfeld@rbgg.com
            vswearingen@rbgg.com
            pkaul@rbgg.com
            eanderson@rbgg.com
            hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email:      ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF ANTHONY RAY EDWARDS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge:    Hon. Anthony J. Battaglia<br><br>Date:    August 11, 2022<br>Time:    2:00 p.m.<br>Ctrm.:   4A |

[4111617.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF ANTHONY RAY EDWARDS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

1 | (*counsel continued from preceding page*)

2 | CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
3 | OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4 | 401 B Street, Suite 1700
San Diego, California 92101-4297
5 | Telephone: (619) 699-2700
Facsimile: (619) 699-2701
6 | Email: christopher.young@dlapiper.com
isabella.neal@dlapiper.com
7 | oliver.kiefer@dlapiper.com

8 | BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
9 | ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
10 | 2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
11 | Telephone: (619) 232-2121
Email: bvakili@aclu-sdic.org
12 | jmarkovitz@aclu-sdic.org

13 | Attorneys for Plaintiff

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

# DECLARATION OF ANTHONY RAY EDWARDS

I, Anthony Ray Edwards, declare:

1.     I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.     I have been incarcerated at the San Diego County Jail ("the Jail") since July 2, 2019. I am currently housed at George Bailey Detention Facility in the Medical Observation Bed unit. My booking number is 19741120. I am 48 years old.

3.     Since December 2011, I have been incarcerated in the Jail eight times. Depending on the outcome of my criminal case, I may be transferred to the custody of the California Department of Corrections and Rehabilitation ("CDCR"). While in CDCR custody, I would return to the Jail for any out-to-court proceedings related to my underlying conviction, or if I am asked to testify in this case. If I were released from CDCR on state parole, I would be sent back to San Diego County. On parole, I could be arrested and housed in the Jail for allegedly violating the terms and conditions of parole, whether or not the alleged violation is a violation of a criminal law. I am concerned that, if I were sent back to the Jail, I would experience serious problems similar to those I currently experience.

4.     I suffer from severe sleep apnea. I was diagnosed with sleeping problems from a very young age. I require a CPAP machine to help me breathe at night. I also have glaucoma and cataracts in my left eye, causing blurry vision and floaters. While in Jail, I have become prediabetic and am ~~given insulin. I have developed diabetes and have retinopathy in my eyes, causing blurry vision and floaters.~~ AE

5.     I have mental health disabilities. I suffer from depression. I take medication, including Prozac and Remeron, to treat my depression. I also have been

1  diagnosed with attention deficit hyperactivity disorder ("ADHD") and post-

2  traumatic stress disorder ("PTSD").  I access mental health services in the Jail.

3      6.      In my experience, the Jail is an unsafe place for incarcerated people

4  with medical issues.  When I first booked into the Jail on July 2, 2019, I informed

5  booking staff that I had sleep apnea and use a CPAP machine outside of Jail.

6  Attached hereto as **Exhibit A** is a true and correct copy of notes from my Jail intake

7  screening showing that I informed the intake nurse of my sleep apnea and need for a

8  CPAP machine.  Attached hereto as **Exhibit B** is a true and correct copy of a nurse's

9  encounter note from July 16, 2019 indicating that during a prior detention at the Jail

10  in 2012, I used a CPAP machine.  I had first received a CPAP machine around June

11  or July 2008.  I believe I got that CPAP machine from Sleep Data in San Diego.

12      7.      For more than two years, the Jail did not give me a CPAP machine.

13  Many times during those two years, I would wake up gasping for air.  Sometimes,

14  my cellmates would have to wake me up in the middle of the night.  They would

15  kick my bunk if I was snoring loudly or struggling to breathe.  It caused issues with

16  my cellmates and they wanted to move out to get away from me.  I was unable to

17  get a full night's sleep the entire time I was without my CPAP.  I often woke up

18  with terrible chest pains and a racing heart.  The pain was so bad that it sometimes

19  felt like I was having mini heart attacks.  Without consistent sleep, I had constant

20  migraines, dizziness, fatigue, and confusion for two years.

21      8.      In July and August 2019, medical staff requested my other medical

22  records, but told me that they ~~did not find~~ could not find a history of me having

23  sleep apnea or a CPAP machine.  I was confused by this, because I believed there

24  was a record of this.  Attached hereto as **Exhibit C** is a true and correct copy of a

25  2017 progress note from Sharp Memorial Hospital, found in my Jail medical

26  records, which notes my history of sleep apnea.  Because the Jail could not locate

27  relevant records, staff told me I would be referred for a sleep study to reevaluate me.

28

[3828904.5]

2

9.     Attached hereto as **Exhibit D** are true and correct copies of sick call requests I submitted in late August 2019 and early September 2019 asking for a "CPAP sleep test."  In these sick call requests, I described my severe breathing problems at night.  In one response, a nurse wrote that the Jail first needed to monitor my oxygen in the Medical Observation Bed ("MOB") unit prior to any sleep study.  However, "unfortunately we don't have any open room/vacancy in MOB," the nurse wrote, and I was on a wait list.  On September 6, I was admitted to the MOB and on September 7, 2019, medical staff performed a study monitoring my oxygen, two months after I began requesting help for my sleep apnea.  Jail medical staff still did not perform a full sleep apnea test or refer me to anyone that could.

10.     I continued to file grievances about needing a CPAP.  I estimate I have filed over ten grievances and sick call requests in the past two years asking the Jail to do a sleep study and give me a CPAP machine.  Attached hereto as **Exhibit E** is a true and correct copy of a sick call request dated February 10, 2020 and the Jail's response.  In the request, I stated "I'm having bad episodes, when I sleep I stop breathing.  I wake up clenching my heart … Need CPAP."  The response only said that I had a pending appointment with nursing staff.  I was not seen by medical staff until March 3, 2020.  During that appointment, I asked about an overnight sleep study, and the medical staff member asked me to sign another release of information to obtain my medical records.

11.     That same day, I filed a grievance.  A true and correct copy of this March 3, 2020 grievance is attached hereto as **Exhibit F**.  In the grievance, I wrote "I have been here going on 1 year [and] I have been asking to get a CPAP and still none."  The Jail did not respond to that grievance for an entire month, until April 4, to say that I was "on the list for pending C-PAP study."  I was frustrated by this response, as I had already been waiting months for a sleep study.

12.     Attached hereto as **Exhibit G** is a true and correct copy of another grievance I submitted, dated March 21, 2020.  In that grievance, I explained that I "had been requesting a machine since I'd been locked up … my sleep is being disrupted, I keep having mild heart [sic] attacks … [and] I've been having really bad [sic] headaches."  I explained that in 2012, I was housed at the Jail with a CPAP, which should be in the Jail's medical records.  The Sheriff's Department responded on March 24, 2020, marking my grievance as an inmate request instead of a grievance.  The response said that on March 24, a physician saw me about my request for a CPAP, and that they had requested my records.  The Jail had previously requested my records in July and August 2019.  I did not understand why the Jail needed to request my records again.

13.     On August 28, 2020, more than a year after my booking at the Jail, the Sheriff's Department finally referred me to an outside provider for a sleep study. Attached hereto as **Exhibit H** is a true and correct copy from my Jail medical file of the results of that sleep study from Sleep Data Diagnostics, Inc.  The study confirmed that I have obstructive sleep apnea and recommended a CPAP as the most effective way to treat my condition.  But the Jail still did not give me a CPAP machine for many months.

14.     I continued to file sick call requests for a CPAP machine.  The Jail did not respond to many of these requests.  I finally received a CPAP machine on August 27, 2021, as reflected in the excerpt from my Jail medica records attached hereto as **Exhibit I**.  I got my machine an entire year after the sleep study was done and over two years after I was first booked in to the Jail.

15.     During those years, I struggled to breathe at night, waking up with chest pains and a racing heart.  My symptoms got so bad that I was afraid to fall asleep.  It was terrifying to think that I could have died in my sleep because I could not breathe.  I now experience short-term memory loss, which I did not have when I

1  entered the Jail, and that I think could have been caused from not having my CPAP

2  machine.  I have trouble remembering names and other details shortly after learning

3  them from someone.  I believe all of the pain and suffering I endured for two years

4  could have been avoided if staff had listened to my complaints, conducted a sleep

5  study sooner, and then quickly given me a CPAP.

6      16.    I also have experienced problems receiving other medical treatment.  In

7  late June 2021, a physician at an outside hospital recommended eye surgery to treat

8  cataracts in ~~his~~ my left eye.  The Jail refused to cover the costs of my surgery, but failed

9  to inform me that I would not receive cataract surgery while incarcerated until

10 September 4, 2021, as reflected in the excerpts from my Jail medical file attached as

11 **Exhibit J**.  I had to wait and wait just to get bad news.  Now I have to wait until I

12 leave the Jail to get surgery, but I have been here for almost three years now.  By the

13 point I am out, my cataracts and other eye problems may be worse.  I still

14 experience eye pain and headaches, especially when the light is in my eyes, and my

15 vision continues to worsen.

16      17.    In addition, I have not been able to get a new prescription for my

17 glasses.  The glasses I have right now are an old prescription and do not allow me to

18 see as well.  I have been asking for new glasses since 2021.  In October 2021, I was

19 scheduled to see an eye specialist about my vision problems and need for new

20 glasses.  At the time, I was experiencing serious back pain due to a recent injury.  I

21 could not walk more than 15 steps without assistance.  I had asked the Jail to give

22 me a cane or other assistive device, but I did not receive it in time.  I told deputies

23 that I needed a wheelchair to go to the appointment, because the appointment was at

24 Central Jail and required me to walk a longer distance to the transport bus, but I was

25 not provided a wheelchair or other assistance.  I was not able to go to the

26 appointment and to my knowledge, have not been rescheduled to see the eye

27 specialist.  Attached hereto as **Exhibit K** is a true and correct copy of excerpts from

28

1  my Jail medical file marking a "refusal" to go to my eye specialist appointment in

2  October 2021. I received my cane shortly after that incident.

3          18.    Delays in receiving medical or mental health care, or even receiving

4  responses to requests for medical or mental health care, are not uncommon at the

5  Jail. Attached hereto as **Exhibit L** are true and correct copies of sick call requests

6  from my Jail medical records showing that after I submitted requests, I get a

7  response a few days later saying that I was scheduled to see the nurse. I usually do

8  not see the nurse for one or two weeks after my request. The nurse will then

9  schedule me to see a Jail physician or nurse practitioner for further evaluation,

10 which happens in one or two weeks. ~~causing an additional one or two week wait to~~

11 ~~speak with a doctor.~~ These delays also affect mental health care. Attached hereto as

12 **Exhibit M** are true and correct excerpts from my Jail medical records showing that I

13 filed a sick call request about changing my psychiatric medications on July 5, 2021,

14 but I did not see a doctor about this issue until July 30, 2021.

15          19.    The dental care at the Jail is inadequate. I have severe pain in my

16 lower left molar, which can sometimes reach a pain level of 8 out of 10. It started in

17 2021. I have decided to manage the pain because the Jail dentist will not provide

18 any treatment other than tooth extraction. I know this from experience. On or

19 around November 2020, I started to have pain in my right molar. When I was able

20 to see the dentist, they extracted it and did not offer other treatment. I do not want

21 to lose another tooth, so I am forced to endure the pain in my lower left molar until I

22 am out of the Jail. I was taking Tylenol for the pain for some time, but I stopped

23 taking it because I do not want to take it daily and risk kidney problems. During my

24 two and half years detained at the Jail, I have never received a regular dental

25 examination, dental cleaning, or treatment options other than extraction, such as a

26 filling.

27

28

20.    I have not received adequate mental health care at the Jail to treat my depression.  Since the psychologist I met with for wellness checks and general counseling retired around July 2021, my mental health has gotten worse.  I have seen lots of turnover among the mental health staff at the Jail.  The turnover means that I do not have a regular clinician with whom I am familiar.  Instead, I often have to recount all of my emotions and trauma to a new clinician.  It is difficult to make progress in managing my depression because I have to build up trust again with someone new.  Many of my appointments with mental health staff are only a few minutes long.  Recently, a clinician told me that she did not have much time to see me because she had lots of other people to see.  I knew right then I would not have time to talk about what I wanted because she did not have time to listen, even though I have been having high anxiety and flashbacks.  I also meet with clinicians with a deputy just outside the meeting room.  I can hear what is being said outside that meeting room, so I believe the deputy can hear what we are talking about inside.

21.    The Jail has also limited my ability to speak with my attorneys.  Usually, custody staff will inform an incarcerated person that their attorney has called and requested a call back.  The incarcerated person will be allowed to leave his cell and place a return call to the attorneys.  In early December, I received a letter from my attorneys dated December 1, 2021 asking if I had received any call back requests.  I was confused.  I called my attorneys on December 10, 2021 and explained that custody staff never notified me of any call requests.  My attorneys have informed me and I understand that they have placed at least five professional callback requests that were confirmed by Jail staff.  They informed me that they placed requests for me on October 26, October 29, November 2, November 15, and November 30, 2021.  I never received notice of any of these calls.

1    22.    I agreed to be a class representative in this case because I want to help

2    improve the medical, dental, and mental health care at the Jail, ensure that

3    incarcerated people with disabilities are accommodated and treated fairly, and help

4    make the Jail safe and secure for all incarcerated people.  I have been cooperating

5    fully with my counsel and am responding to all requests for information to the best

6    of my ability and recollection, and will continue to do so in the future.  My lawyers

7    keep me updated on the progress of this case, and I will review all materials

8    provided to me and provide my input to the best of my ability.  When I have

9    questions about the case, I will ask the attorneys for help to understand everything to

10    the best of my ability.

11    23.    I declare under penalty of perjury under the laws of California and the

12    United States of America that the foregoing is true and correct, and that this

13    declaration is executed at _San Diego_ , California this _10th_ day of March, 2022.

14

15    Anthony Ray Edwards

16

17

18

19

20

21

22

23

24

25

26

27

28

[3828904.5]                                            8

# EXHIBIT A

# SAN DIEGO SHERIFF'S DEPARTMENT

## Medical Questions

---

**JIM:** 700013868 **Book #:** 19741120 **Book Dt/Tm:** 07-02-2019 2009

**Name(L,F,M,S):** EDWARDS, ANTHONY, RAY

**DOB:** ▉▉▉▉ **Age:** 48 **Des.:** H **Sex:** M **SSN:** ▉▉▉▉

**Created Dt/Tm:** 07-02-2019 2025 **Created By:** HALLISY,EILEAH

---

-------------------------------------------------------------------------------------------------------------

Y   **Do you currently have any medical conditions such as asthma, diabetes, seizures, cancer, orthopedic issues, terminal illnesses, communicable diseases or other**

**Description** sleep apnea

N   **Have you had recent illness with symptoms of chronic cough, coughing up blood, lethargy, weakness, weight loss, loss of appetite, fever or night sweats?**

**Description**

Y   **Documented normal CXR in JIMS within the past 6 months?**

**Explain:**

N   **Are you currently a dialysis patient?**

**Last time treated?**

**Clinic Name?**

N   **Do you have any dental problems?**

**Description**

Y   **Do you have any allergies (e.g. food, medication, etc.)?**

**Type/Reaction?** ▉▉▉▉

N   **Are you currently taking any medications?**

**Description**

**Pharmacy used?**

N   **In the past 30 days, have you had any recent hospitalizations or serious injuries?**

**Description**

N   **Do you have any history of head trauma?**

**Describe:**

Y   **Patient informed of adult immunization availability (Hep A, B, Tetanus, Seasonal Flu, etc.)?**

Y   **Patient informed of screening availability for STD's?**

---

# SAN DIEGO SHERIFF'S DEPARTMENT

## Medical Questions

---

**JIM:** 700013868  **Book #:** 19741120  **Book Dt/Tm:** 07-02-2019 2009

**Name(L,F,M,S):** EDWARDS, ANTHONY, RAY

**DOB:** ███████  **Age:** 48  **Des.:** H  **Sex:** M  **SSN:** ███████

**Created Dt/Tm:** 07-02-2019 2025        **Created By:** HALLISY,EILEAH

---

N        **Do you currently have a health provider?**

      **Doctor's Name**

         **Location**

N        **Do you have Medi-Cal?**

N        **Are you interested in information on Medi-Cal enrollment?**

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| JIM: 700013868 | Book#: 19741120 | Name (L,M,F,S): | EDWARDS, ANTHONY, RAY |
|---|---|---|---|

## Encounter Detail

| **Type:** Rnsc | **Reason:** Nap | **Date:** 07-02-2019 2027 |
|---|---|---|
| **Resource:** Hallisy, Eileah Sh | | **Cost:** $0.00 |

**Notes:** Pt claims h/o sleep apnea- uses CPAP. Unable to have pt sign ROI for sleep study at Alvarado Hospital as AO would not uncuff pt. Pls have pt sign ROI.

## Objective

## Orders

## Encounter Notes

**Entry Date:** 07-02-2019 2152        **Entered By:** ESCHETSH,   SCHETTINI

```
carried out request from NAP. Pt. signed. ROI. no further medical issues to
address.
```

**Entry Date:** 07-02-2019 2028        **Entered By:** EHALLISH,   HALLISY

```
Intake/Triage
```

████████████████████████████████████

████████. Came to intake with DHS paperwork. A&O to person, place, and
time. VSS/afebrile. Respirations even and unlabored. Ambulatory with steady
gait. Skin warm, dry, and well-perfused. Verbally responsive. No acute distress
noted.

## Med Alerts

# EXHIBIT B

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| **JIM:** 700013868 | **Book#:** 19741120 | **Name (L,M,F,S):** EDWARDS, ANTHONY, RAY |
|---|---|---|

## Encounter Detail

| **Type:** Rnsc | **Reason:** 01- Follow-up | **Date:** 07-16-2019 1340 |
|---|---|---|
| **Resource:** | | **Cost:** $0.00 |

**Notes:** As per IP the CPAC was not from Alvarado Hospital, but Sleep Apnea-San Diego off Alvarado Bvld. 619 276-3237. IP requesting assistance wih getting a CPAC. Reports he is suffering from headache, heart increase, gasp for air. CPAC given at Vista in 2012.

## Objective

## Orders

## Encounter Notes

**Entry Date:** 07-18-2019 1227       **Entered By:** RDEGUZSH,   DEGUZMAN

S = C/O Sleep Apnea, requesting assistance with getting CPAP

O = Alert and verbally responsive, speech clear, respiration even and unlabored, not in respiratory distress, ambulatory. Denies pain / discomfort. ROI from Sleep Apnea 2012 as stated. Instructed universal precautions, good hygiene and proper hand washing.  Instructed to report any changes in health condition, verbalized understanding.

A = Altered health maintenance

P = Schedule to chart check when outside records are available

     Inform MOB nurse

     Sign sick call PRN

## Med Alerts

# EXHIBIT C

Facility: **Sharp Memorial Hospital**                                              **EDWARDS, ANTHONY**
SHC#:    102-641-862              Admit: 11/13/2017
FIN:     44884056                Disch: 11/24/2017      DOB/Age/Sex ▮▮▮▮   46 years    Male

## Emergency Documentation

Document Name:                          ED Note
Document Status:                        Auth (Verified)
Electronically Signed By:               Yablonicky MD,Keith (11/13/2017 14:10 PST)
Authenticated By:                       Yablonicky MD,Keith (11/13/2017 14:10 PST); Yablonicky MD,
                                        Keith (11/13/2017 14:10 PST)

Patient: **EDWARDS, ANTHONY**   SHC: 102-641-862 MRN: 01-57-73-53 FIN: 44884056
Age: **44 Years**   Gender: **Male** DOB: ▮▮▮▮
Author: **Yablonicky MD, Keith**

**Date/Time:**
11/13/17 11:39

**Time of my initial contact with patient:**
1145

**Mode of Arrival:**
POV/Walk-in

**Private Medical Doctor:**
unknown

**Triage Narrative:**
▮▮▮▮ since Monday with no improvement, +Productive cough, fever.
**Entered by: Madonia RN, Sara at 11/13/2017 11:34**

**Chief Complaint:**
Fever

**History of Present Illness:**

████████████████████████████

**Problem List & Past Medical/Surgical History:**
Current smoker
Glaucoma
Hyperlipidemia, acquired
Kidney failure
Sleep apnea

**Family History:**
Noncontributory

**Social History:**
History of Smoking Unknown/Unable to Obtain
Patient denies history of treatment for substance dependence (alcohol, street drugs, and prescriptions) in the last 3 years.

**Allergies:**
████████████

**Medications:**
Available Med List Reviewed

---

Request ID: 232693199                   Page 16 of 46                   3/24/2020 16:01 PDT

EDWARDS, ANTHONY RAY  700013868 (19741120)

Facility: **Sharp Memorial Hospital**           **EDWARDS, ANTHONY**

SHC#: 102-641-862   Admit:  11/13/2017

FIN:  44884056    Disch:  11/24/2017  DOB/Age/Sex: ▇▇▇▇ 46 years  Male

## Emergency Documentation

**Review of Systems:**

All other systems reviewed and are negative except per HPI

**Physical Exam:**

  Vital Signs

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

PHYSICAL EXAMINATION:

VITAL SIGNS: Reviewed.

GENERAL: Moderate respiratory distress, tachycardic and very warm to touch

HEAD: No signs of head trauma.

EYES: Pupils are equal. Extraocular motions intact. Visual acuity grossly normal

MOUTH: Oropharynx is normal. Mucous membranes dry. Posterior pharynx is symmetric erythema, no exudate, there are some white stuck on lesions mainly on the tongue

NECK: No adenopathy, no JVD.

CHEST: Coarse breath sounds bilaterally with moderate respiratory distress



**Test Results:**

  Labs Results

11/13/17 12:08



*=Abnormal | C=Critical | #=Corrected Result | R=Result Comment | O=Order Comment | ^=Interpretive Data | @=Performing Lab | W=Witness

Unless otherwise noted, all lab testing is performed at Memorial Hospital, 7901 Frost Street, San Diego, CA 92123

EDWARDS, ANTHONY RAY  700013868 (19741120)

# EXHIBIT D

## SECTION 1   Complete this information to request medical attention.

Print Name: Edward Tin    Bkg #: 1974112O    Housing Unit: 5C    DOB: ▮▮▮▮

I am requesting
- ☒ Medical Services
- ☐ Mental Health Services
- ☐ Dental Services

- ☐ GBDF
- ☒ SDCJ
- ☐ SBDF

- ☐ EMDF
- ☐ LCDF

- ☐ VDF
- ☐ Other

**Reason for request for health services:** Sleep, Aptneja Having Problems Breathing
In my Sleep I Really need To be seen

I authorize and request the San Diego County Sheriff's Medical and Mental Health Services, its physicians, psychiatrists, dentists
contracted agents, and medical personnel to administer and perform any and all medical and dental examinations, treatments, and
diagnostic procedures deemed advisable or necessary.   Keep Stop Breathing and its effecting
me

I understand that the Sheriff's Department shall charge me $3.00 for any routine sick call visit that I initiate and that this charge
will be deducted from my account during the current stay in jail. I also understand that I shall not be denied medical care if I am
unable to pay the $3.00 fee.

Signed: _____    Date: _____

## SECTION 2                    FOLLOW-UP INFORMATION
### (This section is to be completed by Medical Staff Only)

Charge: ☐ Yes ☐ No

Authorized signature_____ ID#_____ Date:____ Charge posted by_____ Date____

If no charge, explain: _____ Amount collected: ☐ $3.00 ☐ $_____

## SECTION 3            Date Request Received: _____    Date Seen: _____

1. ☐ SEEN IN HUR    ☐ Chart reviewed
2. ☐ NOT SEEN DUE TO: ☐ Court ☐ Visit ☐ Released ☐ No Show/Refused ☐ Other___ ☐ Rescheduled___
3. ☐ Non-medical problem referred to: _____
4. ☐ Seen previously for same non-medical request, (tennis shoes, blankets, etc.). No further evaluation.
5. ☐ NO FURTHER COMPLAINTS. Patient advised to submit another Sick Call Request Slip if problem recurs.

**"S"ubjective**
Chief Complaint: _____

**"O"bjective:** _____

**"A"ssessment Nursing Diagnosis:** You need to have Oxygen monitoring prior to CPAP

**"P"lan:** ☐ Rx GIVEN as per SNP Sleep study. Oxygen monitoring will be done at MOB
☐ SCHEDULED FOR SICK CALL WITH: ☐ MD ☐ RN ☐ NP ☐ DDS
☐ Psych/Mental Health Specialist
☐ Other
☐ PATIENT EDUCATION AND ADDITIONAL INFO: but unfortunately we don't have any open

SIGNATURE: C Willis 8/22/19    room/vacancy in MOB, you are in
the MOB pending list right now

GBDF/EMDF    LCDF    : SBDF    SDCJ    VDF

Patient's Name: _____

DOB: _____



**San Diego County**
**SHERIFF'S DEPARTMENT**
**INMATE REQUEST** *(PETICION DEL RECLUSO)*



Medical

---

**SECTION I**     **Complete the following information:** *(Llene la siguiente informacion)*

**Facility:**  ☒ SDCJ   ☐ FAC8   ☐ EMRF   ☐ GBDF   ☐ LCDRF   ☐ SBDF   ☐ VDF
*(Carcel)*

**Name:** Anthony Edwards
*(Nombre)*

**Booking #:** 1974 1120          **Date of Birth:** ▮▮▮▮▮▮▮          **Housing Unit:** SC
*(Número)*                          *(Fecha de Nacimiento)*                *(Unidad)*

---

**SECTION II**     **Refer to instructions on the back of this form.**
                   *Refiere se a las instrucciones al revez de este formulario.*

**I have a Request for the following:**
*(Tengo una petición a lo siguiente):*

I Have been waiting time And time Again for my C-PAP Sleep test. I Cant keep doing this without a michean If You Reflect on my Records it shows that I Have Sleep Anedia. If this matter Goes un Attended I will Seck other outside Measures. please see to it That this matter get's The proper Attion. I Really need my michean. I keep stop Breathing At night

**Signature:** _____          **Date and Time:** 09/05/2019
*(Firma)*                                 *(Fecha y hora)*

---

**SECTION III**          **RESPONSE BY DETENTION FACILITY STAFF ONLY**

**Forwarded to:** _____          **Date:** _____   **Time:** _____

Admitted in MOB already

**Completed by:** CMN3 9/6/19          **Date:** _____

## INSTRUCTIONS FOR USE OF THIS FORM

1. **REQUESTS**

   You may use this form when you have a request that has not been satisfied by speaking with the housing deputy.

## INSTRUCCIONES PARA EL USO DE ESTE FORMULARIO

1. **PETICIONES**

   Usted puede usar esta formulario cuando se tiene una petición que no ha sido resuelta con hablar con el oficial de la unidad.

# EXHIBIT E



**San Diego County**

# SHERIFF'S DEPARTMENT

## SICK CALL REQUEST

*Med. Cal*
*Grewerieall*

---

**SECTION 1**   Complete this information to request medical attention.

**Print Name:** Anthony Edward   **Bkg #:** 1974112 0   **Housing Unit:** 6/13/130   **DOB:** ▉

I am requesting
- [X] Medical Services
- [ ] Mental Health Services
- [ ] Dental Services
- [ ] GBDF
- [ ] SDCJ
- [ ] VDF
- [ ] EMRF
- [ ] LCDRF
- [ ] SBDF
- [ ] FAC 8
- [ ] Other

**Reason for request for health services:** I'm Having bad epasadys when I sleep I stop Breathing I woke up clenching my heart and out of Oxigian. Need C-pap ic

I authorize and request the San Diego County Sheriff's Medical and Mental Health Services, its physicians, psychiatrists, dentists contracted agents, and medical personnel to administer and perform any and all medical and dental examinations, treatments, and diagnostic procedures deemed advisable or necessary. Need to 3 et michene. Will Contract A Lawyer if I Don't get my C-pap. need Asimo

**Signed:** ⟋   **Date:** 02-10-2020

---

**SECTION 2**   Date Request Received: _____   Date Seen: _____

FEB 11 REC'D

1. [ ] SEEN IN HUR   [X] Chart reviewed
2. [ ] NOT SEEN DUE TO: [ ] Court [ ] Visit [ ] Released [ ] No Show/Refused [ ] Other ___ [ ] Rescheduled ___
3. [ ] Non-medical problem referred to: _____
4. [ ] Seen previously for same non-medical request, (tennis shoes, blankets, etc.). No further evaluation.
5. [ ] NO FURTHER COMPLAINTS. Patient advised to submit another Sick Call Request Slip if problem recurs.

**"S"ubjective**
Chief Complaint: _____

**"O"bjective:** _____ Scheduled for RNSC

**"A"ssessment Nursing Diagnosis:** _____

**"P"lan:** [ ] Rx GIVEN as per SNP
[X] SCHEDULED FOR SICK CALL WITH:   [ ] MD [X] RN [ ] NP [ ] DDS
[ ] Psych/Mental Health Specialist
[ ] Other _____
[ ] PATIENT EDUCATION AND ADDITIONAL INFO: _____

**SIGNATURE:** W\Qw 6096   **ID#** _____

[ ] CObλ

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES DIVISION
**SICK CALL REQUEST**
Page 1 of 1

[ ] GBDF [ ] EMRF [ ] LCDRF [ ] SBDF [ ] SDCJ [ ] VDF [ ] FAC8

Patient's Name: Anthony Edwards

D.O.B.: ▉

/9 7 4 1 1 2 0   0 2 - 1 1 - 2 0

Booking Number   Date (MM-DD-YY)

Form J212 Rev 12/19

# EXHIBIT F



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## QUEJA/APELACION DE LA DISCIPLINA DE PRESO

☐ SDCJ   ☑ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From: Edwards Anthony Roy          1911120          4C 243
De:   Name (Last, First, Middle)    Booking Number    Housing Unit
      Nombre (Apellido, Primero, Segundo)   Número de ficha   Unidad de alojamiento

Grievance is about:      ☐ Jail Procedures   ☐ Jail Conditions   ☑ Medical   ☐ PREA   ☐ Other _____
La queja es acerca:      Procedimientos de   Condiciones de      Médico              Otro
                         la Cárcel           la Cárcel

Date and Time of Incident / Fecha y hora del incidente:  Month of Febuiiry

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)

I have been Here going on 1year I Have been Asking to
get A C-PAP And still None. I will write The NewsPaper And
Antonvery. Also I Have been Complaining About my Nose Bleeds
They wont stop, Also Im ████████ And my perscription
glasses were taken from me A month ago to get New ones
And I Have yeat to Recive Them. ████████
SD'm with the Block gun And I'm still Having Back prints, these
Issues need to be Addressed. Thank you

                                              3-3-20

_____
Inmate Signature / Firma de Preso          Date / Fecha

THIS BOX IS FOR OFFICIAL USE ONLY
Esta caja es para el uso oficial solamente.

Received by: ___6513___        ___1-765 890___   04-04-20    01:42
             Signature of receiving staff member   ARJIS # 4 REC'D   Date   Time

Entered in JIMS: __04/03/20__   _____    _____
                 Date          Time       JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
   ☐ It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
   ☐ It is a complaint against staff—JIMS Incident # _____  (Refer to Detentions P&P Section N.1)
   ☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:  1) You are on the list for pending C-PAP Study 2) scheduled
████████  3) You have a pending
ophthalmology appointment to evaluate your vision

J-22 (Rev 1/15)   Original goes to booking jacket    Copy goes to inmate after being signed by staff member

## INSTRUCTIONS FOR THE USE OF THIS FORM

<u>GRIEVANCES</u>
A written grievance can be submitted in one of two ways.  You may place your grievance in the locked grievance box located in your housing module.  In this case, you will receive the second page of the form within a couple of days, signed by a staff member.  Or, you can hand your grievance directly to a deputy or other staff member, as long as you are in an area that you have permission to be in.  The deputy or staff member who accepts your grievance will sign the grievance and give you back the second page of the form.  The page you receive will contain your own explanation of your grievance and the signature of the person who accepted your grievance.  Be sure to keep this copy, because it is your receipt for your grievance.  Your grievance will be answered within seven (7) days of the time you submit it to a staff member.  Each time you appeal your grievance to a higher level of command, there will be another ten day response time.  If you appeal a grievance to the level of the facility commander, his or her decision will be final.

Inmates can file a grievance for any reason or condition including, but not limited to:

A.   When you believe a condition exists that constitutes a health or safety hazard.
B.   Unfair or unequal treatment of inmates by staff.
C.   Denial of privileges or rights.
D.   Disciplinary action imposed.
E.   PREA (Prison Rape Elimination Act.)

## INSTRUCCIONES PARA EL USO DE ESTA FORMA

<u>QUEJAS</u>
Una queja hecha por escrito, puede ser sometida de una o dos maneras.  Puede poner su queja en la caja con candado que está en su unidad de alojamiento.  En este caso, recibirá la segunda página del formulario dentro de un par de días, firmada por un miembro de personal.  O puede darle su queja a un oficiál u otro miembro de personal,  siempre y cuando esté usted en un lugar permitido.  El oficial o miembro de personal que acepte su queja la firmará y le dará la segunda página de la forma.  La página que reciba incluirá su propia explicación de su queja firmada por la persona que recibió su queja.  Asegurese de quedarse con la copia, porque es su recibo de su queja.  Su queja será contestada dentro de siete (7) días de cuando fue recibida por el miembro de personal.  Cada vez que apele su queja a un nivel mas alto de mandato, seran otros dies (10) dias de espera.  Si apela su queja a el nivel de comandante de la cárcel, la decisión de el o ella será final.

Presos pueden quejarse por cualquier razón o condición incluyendo, pero no limitado a:

A.   Si cree que existe una condición que puede dañar la salud o poner en peligro la vida de usted u otros presos.
B.   Trato injusto o desigual a los presos por los empleados de la cárcel.
C.   El negar privilegios o derechos.
D.   Acción disciplinaria impuesta.
E.   PREA (Prison Rape Elimination Act)



# EXHIBIT G



# San Diego County
# SHERIFF'S DEPARTMENT

# INMATE GRIEVANCE/APPEAL OF DISCIPLINE
# *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ   ☒ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From: Edwards Anthony     18741120     Mod
*De:*   Name (Last, First, Middle)     Booking Number     Housing Unit
    *Nombre (Apellido, Primero, Segundo)*     *Número de ficha*     *Unidad de alojamiento*

Grievance is about: ☐ Jail Procedures   ☐ Jail Conditions   ☒ Medical   ☐ PREA ☐ Other _____
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*      *Otro*
    *la Cárcel*     *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:* 9-6-73 On going  3-24-19-3-21-20

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

I have been Requesting A Medical Sink so I've been Locked up
I have Had sleep Apnea since I was born my sleep is being
disrupted by this and I Know I'm have mild Heart attacks
waking up trying to catch my breath Also I'm having
Really bad Head Aches when I awake. I've done All I can
to Request a Medic no Response to my Request I'm going
To pursue a law suit Against Medical do to my not
Having Acess to a machine. In 2012 I was Housed Here At GBDF
medical with A C-pap which is on Records. I need Help.
3-21-20

Inmate Signature / *Firma de Preso*      Date / *Fecha*

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by: _____ 6096   3-24-20   1025
    Signature of receiving staff member   ARJIS #   Date   Time

Entered in JIMS: _____ _____ _____
    Date     Time     JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☒ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # _____ JIMS Appeal Hearing # _____
☐ It is a complaint against staff—JIMS Incident # _____ (Refer to Detentions P&P Section N.1)
☒ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request: You were seen for this issue on 3/24/20
by the doctor. Your Records have been requested

J-22 (Rev 1/15)    **Original goes to booking jacket**    **Copy goes to inmate after being signed by staff member**

## INSTRUCTIONS FOR THE USE OF THIS FORM

<u>GRIEVANCES</u>
 A written grievance can be submitted in one of two ways.  You may place your grievance in the locked grievance box located in your housing module.  In this case, you will receive the second page of the form within a couple of days, signed by a staff member.  Or, you can hand your grievance directly to a deputy or other staff member, as long as you are in an area that you have permission to be in.  The deputy or staff member who accepts your grievance will sign the grievance and give you back the second page of the form.  The page you receive will contain your own explanation of your grievance and the signature of the person who accepted your grievance.  Be sure to keep this copy, because it is your receipt for your grievance.  Your grievance will be answered within seven (7) days of the time you submit it to a staff member.  Each time you appeal your grievance to a higher level of command, there will be another ten day response time.  If you appeal a grievance to the level of the facility commander, his or her decision will be final.

Inmates can file a grievance for any reason or condition including, but not limited to:

A.  When you believe a condition exists that constitutes a health or safety hazard.
B.  Unfair or unequal treatment of inmates by staff.
C.  Denial of privileges or rights.
D.  Disciplinary action imposed.
E.  PREA (Prison Rape Elimination Act.)

## INSTRUCCIONES PARA EL USO DE ESTA FORMA

<u>QUEJAS</u>
Una queja hecha por escrito, puede ser sometida de una o dos maneras.  Puede poner su queja en la caja con candado que está en su unidad de alojamiento.  En este caso, recibirá la segunda página del formulario dentro de un par de dias, firmada por un miembro de personal.  O puede darle su queja a un oficial u otro miembro de personal,  siempre y cuando esté usted en un lugar permitido.  El oficial o miembro de personal que acepte su queja la firmará y le dará la segunda página de la forma.  La página que reciba incluirá su propia explicación de su queja firmada por la persona que recibió su queja.  Asegurese de quedarse con la copia, porque es su recibo de su queja.  Su queja será contestada dentro de siete (7) dias de cuando fue recibida por el miembro de personal.  Cada vez que apele su queja a un nivel mas alto de mandato, seran otros dies (10) dias de espera.  Si apela su queja a el nivel de comandante de la cárcel, la decisión de el o ella será final.

Presos pueden quejarse por cualquier razón o condición incluyendo, pero no limitado a:

A.  Si cree que existe una condición que puede dañar la salud o poner en peligro la vida de usted u otros presos.
B.  Trato injusto o desigual a los presos por los empleados de la cárcel.
C.  El negar privilegios o derechos.
D.  Acción disciplinaria impuesta.
E.  PREA (Prison Rape Elimination Act)

# EXHIBIT H

**SLEEP DATA DIAGNOSTICS, INC.**
5471 KEARNY VILLA RD. STE. 202
SAN DIEGO, CA 92123
PH: (619) 299-6299
FX: (619) 299-6222

**PATIENT:** Edwards, Anthony
**ID #:** 20680
**DOB:** ▮▮▮▮▮
**SCORING TECH:** Erikson, RPSGT
**REFERRING DR:** Prathipati, Lakshmi

## CARDIOPULMONARY SLEEP STUDY REPORT
### Diagnostic Study
DATE OF STUDY: 8/28/2020

AGE: 46  HT:        WT:  lbs    BMI:      NECK:        SEX: M

| Conditions of Study; Baseline Room Air | Start Time: 10:26:39 PM | End Time: 3:44:51 AM | | Total Scored Time: 318.2 | |
|---|---|---|---|---|---|
| Average SpO2: | 94 | # of Central Apneas/Hr | | 0.0 | |
| % Time SpO2 < 90% | 3.0 | # of Obstructive Apneas/Hr | | 3.8 | |
| % Time SpO2 < 85% | 0.2 | # of Mixed Apneas/Hr | | 0.0 | |
| % Time SpO2 < 80% | 0.0 | Longest Apnea (seconds) | | 25.0 | |
| % Time SpO2 < 70% | 0.0 | # of Hypopneas/Hr | | 21.5 | |
| % Time SpO2 < 60% | 0.0 | **AHI** (Apneas + Hypopneas)/Hr* | | **25.4** | |
| Lowest SpO2% | 82 | Body Position | AHI | Minutes | |
| Oxygen Desaturation Index (ODI) | 25.4 | Supine | 38.2 | 80.4 | |
| Heart Rate (bpm)    Low | 57 | Left | 3.7 | 128.9 | |
| Mean | 65.7 | Right | 42.9 | 102.2 | |
| High | 92 | Prone | | | |
| Snoring (% of scored time) | 70.0 | Epworth Sleepiness Score (0-24) | | -- | |

*AHI = Apnea Hypopnea Index (total # Apneas and Hypopneas/hr)

**STUDY DESCRIPTION:** (Type III, Six Channel Cardiopulmonary Recorder): Nasal airflow was measured by using a nasal cannula. Thoracic movements (respiratory effort) were measured with a respiratory impedance plethysmography belt. Heart rate was measured from SpO2 signals. SpO2 was measured with a finger oximeter. Position was measured as either left, right, prone or supine with an electronic sensor. Snoring was derived from the airflow signal using frequency filtration. EEG, EMG, and EOG signals were not recorded. Apnea criteria: airflow < 10% of baseline and at least 10 seconds in duration, Hypopnea criteria: airflow and/or respiratory effort <30% of baseline and greater than 10%, duration at least 10 seconds, associated with a decrease in SpO2 of at least 3%. Face-to-face demonstration or video instructions of the recorder's application and use were provided to the patient. A 24-hour support line was available to the patient during testing.

**SLEEP HISTORY QUESTIONNAIRE/TECHNICAL COMMENTS:**
Questionnaire was not available. Intake notes reveal a prior diagnosis of sleep apnea. CPAP therapy initiated in 2008 with 9 cm H2O. It is not clear if patient is currently using CPAP.
**SLEEP HYGIENE:**
Questionnaire was not available.
**DAILY MEDICATION:**
Reported medications are none.
**POST SLEEP STUDY QUESTIONNAIRE:**
Questionnaire was not available.

**SLEEP DATA DIAGNOSTICS, INC.**
5471 KEARNY VILLA RD. STE. 202
SAN DIEGO, CA 92123
PH: (619) 299-6299
FX: (619) 299-6222

**PATIENT:** Edwards, Anthony
**ID #:** 20680
**DOB:** ▮▮▮▮▮
**SCORING TECH:** Erikson, RPSGT
**REFERRING DR:** Prathipati, Lakshmi

## PHYSICIAN'S CLINICAL INTERPRETATION

1. Moderate elevation of the **overall** apnea hypopnea index (AHI).
2. Severe elevation of the **supine** apnea hypopnea index (AHI).
3. Mild oxyhemoglobin desaturation during the recorded time. Nadir saturation of 82%. Mean saturation was 94%. The patient spent 3.0% of the study with oxygen saturation below 90%.
4. Snoring was detected in 70.0% of the study.
5. Patient spent the majority of the night sleeping in the prone or lateral position. Supine time was 80.4 minutes.

**IMPRESSION:** This study is consistent with **moderate** obstructive sleep apnea-hypopnea syndrome with significant positional worsening. When sleeping in the supine position, the AHI was **severely** elevated.

**RECOMMENDATIONS:**

1. **Clinical correlation of these findings is necessary.** In the setting of mild and moderate sleep apnea-hypopnea syndrome the decision to treat is usually based on the presence of symptoms or the presence of co-morbid conditions such as hypertension, congestive heart failure or morbid obesity. The most common symptoms of the sleep apnea-hypopnea syndrome are non-restorative sleep, snoring, excessive daytime sleepiness, and fatigue.
2. **Treatment begins with an evaluation of sleep hygiene.** This should include a careful assessment of medication and drug use. Ideally, alcohol and caffeinated drinks should not be consumed within four hours of bedtime. Sleep habits, total sleep time per night (normal 7-9 hrs/night), environmental factors that may interfere with restful sleep, and medical or psychiatric conditions that may interfere with sleep (chronic painful conditions, hypo or hyperthyroidism, depression, reflux, anxiety, etc.) should be considered.
3. **Nasal continuous positive airway pressure (CPAP) is the most effective therapy for obstructive sleep apnea.** Resumed use of CPAP at a starting pressure of $9 \pm 2$ cm $H_2O$ is recommended. Further titration of pressure may be achieved using machine modem and/or download data. Based on the patient's response to therapy, weight reduction, medications, and symptoms, the CPAP pressure may require further adjustment regardless of the method used to obtain a starting pressure. Humidification of CPAP improves compliance, as does treatment of sinusitis and/or rhinitis. A repeat study to monitor response to therapy may be required, based on clinical response. Close follow-up is necessary to ensure compliance with CPAP therapy for optimum benefit.
4. **Weight loss for overweight patients is strongly recommended.** Even modest amounts of weight loss can significantly improve apnea severity. Morbidly obese patients with sleep apnea are at increased risk for peri-operative airway complications.
5. Encourage sleeping in prone and lateral positions. **Avoid the supine sleeping position.**
6. **Clinical correlation is advised for other lifestyle recommendations such as operation of a motor vehicle. This depends on the severity of daytime somnolence and response to treatment.**

*Sam Clark*

Sam Clark, MD, ABIM Certified Sleep Medicine   9/3/2020

# EXHIBIT I

Patient understands that all treatments offered today are voluntary and adherence/refusal is independent of housing  privileges or other inmate services

Addendum

Stephanie Yee RN POSTED ON 7/30/2021 11 00 20 AM PDT                                    Type  RN NOTE

Pt remains on occupied status for use of CPAP machine and seen sleeping in bed   ndependent with ADLs and ambulatory with steady gait to cell door to take meds and receive meal trays  Compliant with AM meds  CTP q hour

Addendum

Dominga Phelps RN POSTED ON 7/29/2021 11 20 59 PM PDT                                  Type  RN NOTE

Pt  remains in MOB for C pap machine use  Pt  remains on occupied status/stable  Alert/verbally responsive/oriented x4  NAD  Ambulatory  Calm cooperative with good eye contact  Skin warm/dry/well perfused  No s/sx  of glycemic reaction  BS  100 mg/DL  Meds compliant  Reports normal bladder/bowel function  last BM earlier today  Made no complaints @ this time  Compliant with C pap machine use   ndependent with ADLs

Addendum

Stephanie Yee RN POSTED ON 7/29/2021 11 17 11 AM PDT                                    Type  RN NOTE

Pt at court

Addendum

Dominga Phelps RN POSTED ON 7/29/2021 5 04 24 AM PDT                                   Type  RN NOTE

Left the unit  for court escorted by sworn staff/ambulatory  NAD  Took meds prior leaving

Addendum

Christopher Dominguez RN POSTED ON 7/28/2021 8 00 10 PM PDT                            Type  RN NOTE

Pt  remains on occupied status in MOB due to requiring a c pap  Pt was calm and cooperative  NAD  Reports eating his meals and meds compliant  Pt shows no signs of acute distress   CPAP machine #HC234JHV given to pt  Pt acknowledge understanding of how to use CPAP  BS 151  Lantus provided

Addendum

Ryan Fullenwiley Jones RN POSTED ON 7/28/2021 2 21 25 PM PDT                           Type  RN NOTE

Admitted to MOB for CPAP use  No acute distress currently   nmate says he is vaguely familiar with the CPAP on the unit

Addendum

Zaldy Benos LVN POSTED ON 7/27/2021 5 23 38 PM PDT                                     Type  LVN NOTE

Recieved from PMS brand new complete set C PAP Machine with SN #140326001987

Addendum

June Cuaresma RN POSTED ON 7/27/2021 9 28 51 AM PDT                                    Type  RN NOTE

Per email correspondence with case management 07/26/2021  Rental CPAP being processed/ordered

Addendum

David Christensen MD POSTED ON 7/15/2021 12 33 19 PM PDT                               Type  MD NOTE

Pt  complaining of cough and sore throat  Pls  eval  Thanks

 P is requesting a cpap machine  States he has sleep apnea but doesn't have a personal machine that can be brought in  States he already completed a sleep apnea test for cpap settings  Plz f/u  Per techcare   P completed a o2 sat monitoring in 10/2020

EDWARDS, ANTHONY RAY  700013868 (19741120)

# EXHIBIT J

Abnormal Vital Signs/Readings  Send Alert to Nurse's Queue

Blood Sugar  426

Addendum

---

Pooja Mittal RN POSTED ON 9/5/2021 5 02 08 PM PDT                                    Type  RN NOTE

Signs of life completed from 1400 to EOS  Pt breathing even and unlabored  No acute signs of distress  No other needs expressed during shift  CTO per MOB protocol

Addendum

---

Hang Nguyen LVN POSTED ON 9/5/2021 3 43 22 PM PDT                                    Type  Unknown Role

Abnormal Vital Signs/Readings  Send Alert to Nurse's Queue

Blood Sugar  436

Addendum

---

Paul Mata RN POSTED ON 9/5/2021 5 58 52 AM PDT                                    Type  RN NOTE

Observed hourly for signs of life from 1800 hrs  yesterday until 0630 hrs  today  Pt sleeping most of the shift   using CPAP   in no acute medical distress  Pt up for breakfast and then back to bed

Addendum

---

Diana Nunley LVN POSTED ON 9/5/2021 3 49 19 AM PDT                                    Type  Unknown Role

Abnormal Vital Signs/Readings  Send Alert to Nurse's Queue

Blood Sugar  276

Addendum

---

Paul Mata RN POSTED ON 9/4/2021 9 14 05 PM PDT                                    Type  RN NOTE

MOB VS CHECK

Pt housed in MOB d/t CPAP tx  Pt A&Ox4  RR even and unlabored  skin perfused  VS WNL  in no acute medical distress  Will CTO

Addendum

---

Pooja Mittal RN POSTED ON 9/4/2021 4 47 12 PM PDT                                    Type  RN NOTE

Visual checks completed from 0645 to EOS  Breathing even and unlabored  Pt was intermittently watching TV  sleeping  eating meals  Compliant with medications  No other needs expressed during shift  Medical to CTO per MOB protocol  Post nebulizing treatment  pt reports improved cough

Addendum

---

Pooja Mittal RN POSTED ON 9/4/2021 11 17 56 AM PDT                                    Type  RN NOTE

Clarified with NP verbally that it is appropriate for pt to have nebulizing tx in M2 with dorm mates present and that no additonal covid test must be completed at this time given pt's current symptoms of coughing  Per NP  no test needed and pt is  no longer infectious

Pt seen at cellside with dep 3195 and provided nebulizing treatment as ordered  Pt instructed on its use and administration with teachback  Pt instructed to notify staff should he require any further medical attention  Pt receptive and verbalized understanding

Addendum

---

SOAP NOTE BY  Joseph Carroll NP POSTED ON 9/4/2021 11 09 57 AM PDT                                    Type  NP NOTE

EDWARDS, ANTHONY RAY  700013868 (19741120)

## Subjective

CC    'm having sever cough worse at night Hx covid    waould like to see eye doctor for cataract ███████████

HP    Pt seen in clinic w/ several complaints First being Covid Hx w/ increasing cough worse at night helped a little w/ inh   No fever bodyaches or chills

Does have some wheezing  Pt also requesting update on eye doctor appt ███████████

## Objective

| BP /  | Temp  | Pulse  | Resp  | Wt  | Sa02  | BS  | Pain  |
|---|---|---|---|---|---|---|---|

OBJECT VE

PHYS CAL F ND NGS

General Appearance  Normal Well developed Well nourished Non septic or toxic appearing

 n no obvious distress including respiratory distress

HEENT  Left eye cataract noted  No redness or injection

LUNGS CTA no wheezing rales or crackles

ROM  normal

No signs of focal weakness  no lateralization

Normal Gait

AO X 4

## Assessment

simple bronchitis

cataract left eye

## Plan

t was explained to pt that his referral to ophthalmology has been deferred  County will not cover unilateral cataract surgery

███████████████

Pt placed on short coarse oral steriods for cough along with singular  flonase and cough syrup

follow up mdsc prn

| Diagnostic Name | | Scheduled Date | | Doctor | | |
|---|---|---|---|---|---|---|
| 9/17/2021 12 00 00 AM PDT | | Montgomery  Jon DO | | | | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| 20 MG | 1 | 10/25/2021 8 00 00 AM | 10/29/2021 11 59 59 PM | Take 20 mg by mouth ONCE DA LY for 5 day(s) Dispense 5 tablet  0 Refill(s) *ATE | |

| Offsite Type | Specialty | Reason | Priority |
|---|---|---|---|
| Therapy PT | Left sided sciatic pain w/ acute pain ███████████ for pain w/o improvement  please schedule as available | Routine | |

Addendum

EDWARDS, ANTHONY RAY  700013868 (19741120)

# EXHIBIT K

Vista
325 S Melrose Dr.
Vista, CA 92083
760-9404492

| Status | Appointment Date | Specialty | Reason | Physician | Type | Patient Name | Date of Birth | Booking Number | Patient ID | Housing Location | Current Custody Status | Priority | Ordering Physician | Date Ordered | Pre-existing | Admission Date | Due Date | Entered By | Entered On | Modified By | Approved By | Approved Date | MD Approved By | MD Approved Date | Days Last Touched | Days Since Last Touched | Days In Hospital | Responsible Party | Inmate Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pending Scheduling | | Therapy-PT | ▮▮▮ ease schedule as available Left sided sciatic pain w/ acute pain ▮▮▮ as available | | Offsite | EDWARDS, ANTHONY RAY | ▮ | 19741120 | 700013868 | VDF-M-2-01-07 | ACTIVE | Routine | Carroll, Joseph B. | 10/25/2021 1:07:19 PM | No | | | Joseph Carrol NP | 10/25/2021 1:07:19 PM | Emmylou Arroyo RN MCG | Louis Gilleran MD-MCG | 10/27/2021 10:55:52 AM | | | 7 | 5 | | SD Sheriff | |
| Refused | 10/27/2021 8:00:00 AM | Optometry | Optometry referral (tds 11/15/19) Hx of Glaucoma Need VF, disc photos d/t hypermetropia; presbyopia Near BOTH--20/100 L--20/200 R--20/400 Far BOTH--20/50 L--20/200 R--20/50 (High level - level 4)***ML 10/23/21 ARD? VA Referall | SDCJ Optometry clinic - Dr Khan | Offsite | EDWARDS, ANTHONY RAY | ▮ | 19741120 | 700013868 | VDF-M-2-01-07 | ACTIVE | Routine | Montgomery, Jon | 10/23/2021 5:16:23 PM | No | | | Ana Munoz Rodriguez RN | 10/23/2021 5:16:23 PM | Leonardo Mendoza RN MCG | Leonardo Mendoza RN MCG | 10/25/2021 5:22:36 AM | | | 9 | 5 | | SD Sheriff | |
| Deferred | | Ophthalmology | Pt was seen by the ophthalmologist. Very brief note stated: "Summary of findings: posterior subcapsular cataract left General Recommendations: needs cataract surgery left eye" 1-2 months Cataract surgery | | Offsite | EDWARDS, ANTHONY RAY | ▮ | 19741120 | 700013868 | VDF-M-2-01-07 | ACTIVE | Routine | Christensen, David | 6/26/2021 2:07:01 PM | No | | | David Christensen MD | 6/26/2021 2:07:01 PM | Louis Gilleran MD-MCG | | | | | 128 | 124 | | SD Sheriff | |
| Completed | 6/25/2021 12:30:00 PM | Ophthalmology | next available H/o DM and glaucoma, reports cloudy vision starting when eye drop was stopped (as recommended by ophthalmology) Glaucoma f/u | UCSD Ophthalmology | Offsite | EDWARDS, ANTHONY RAY | ▮ | 19741120 | | VDF-M-2-01-07 | ACTIVE | Expedite | Wycoco, Frederick | 6/11/2021 1:57:52 PM | No | | | Frederick Wycoco NP | 6/11/2021 1:57:52 PM | Emmylou Arroyo RN MCG | Yvonne Arce RN-MCG | 6/14/2021 8:18:30 AM | | | 143 | 125 | | SD Sheriff | |
| Cancelled | | Ophthalmology | 4 mo f/u 4 mo f/u | | Onsite | EDWARDS, ANTHONY RAY | ▮ | 19741120 | | VDF-M-2-01-07 | ACTIVE | Routine | Cavallo, Keri | 11/21/2020 10:38:02 AM | No | | | Keri Cavallo NP | 11/21/2020 10:38:02 AM | Emmylou Arroyo RN MCG | Louis Gilleran MD-MCG | 11/30/2020 2:50:37 PM | | | 345 | 277 | | SD Sheriff | |
| Scheduled | 11/18/2020 8:00:00 AM | Other (see comments) | pt requested "I have a absess on my back tooth that hurts really bad" | SDCJ | Offsite | EDWARDS, ANTHONY RAY | ▮ | 19741120 | | VDF-M-2-01-07 | ACTIVE | Routine | Montgomery, Jon | 11/2/2020 11:42:38 AM | No | | | Serina Rognlien-Hood Supervising Nurse | 11/2/2020 11:42:38 AM | Serina Rognlien-Hood Supervising Nurse | Serina Rognlien-Hood Supervising Nurse | 11/2/2020 11:43:42 AM | | | 364 | 361 | | SD Sheriff | |
| Completed | 11/14/2020 8:00:00 AM | Ophthalmology | 4 months- follow up glaucoma - off meds follow up glaucoma | Dr. Haak - SDCJ | Offsite | EDWARDS, ANTHONY RAY | ▮ | 19741120 | | VDF-M-2-01-07 | ACTIVE | Routine | Purviance, Cynthia | 8/3/2020 3:02:54 PM | No | | | Cynthia Purviance Medical | 8/3/2020 3:02:54 PM | Yvonne Arce RN-MCG | Louis Gilleran MD-MCG | 8/6/2020 8:01:11 AM | | | 455 | 349 | | SD Sheriff | |
| Completed | 10/8/2020 8:00:00 AM | Sleep Clinic | 2-3 weeks- pt with nurses screening O2 Sat Monitoring Report shows multiple desaturation events concerning for sleep apnea needs formal sleep study. Please do formal sleep study and provide CPAP settings, if indicated thank you evaluation of sleep apnea | Sleep Data | Offsite | EDWARDS, ANTHONY RAY | ▮ | 19741120 | | VDF-M-2-01-07 | ACTIVE | Routine | Purviance, Cynthia | 6/13/2020 9:07:26 AM | No | | | Cynthia Purviance Medical | 6/13/2020 9:07:26 AM | Emmylou Arroyo RN MCG | Louis Gilleran MD-MCG | 6/16/2020 6:29:42 AM | | | 506 | 389 | | SD Sheriff | |

# EXHIBIT L

*VERY IMPORTANT*

**SECTION 1   Complete this information to request medical attention.**

Print Name: ANTHONY EDWARDS   Bkg #: 1974/120   Housing Unit: MED   DOB:

I am requesting
- [X] Medical Services
- [ ] Mental Health Services
- [ ] Dental Services
- [ ] GBDF
- [ ] SDCJ
- [ ] SBDF
- [ ] EMDF
- [ ] LCDF
- [X] VDF
- [ ] Other

Reason for request for health services: MY SYATTICA NERVE, IN MY LOWER BACK

I authorize and request the San Diego County Sheriff's Medical and Mental Health Services, its physicians, psychiatrists, dentists contracted agents, and medical personnel to administer and perform any and all medical and dental examinations, treatments, and diagnostic procedures deemed advisable or necessary.

I understand that the Sheriff's Department shall charge me $3.00 for any routine sick call visit that I initiate and that this charge will be deducted from my account during the current stay in jail. I also understand that I shall not be denied medical care if I am unable to pay the $3.00 fee.

Signed: ANTHONY EDWARDS   Date: 10-12-21

| **SECTION 2** | **FOLLOW-UP INFORMATION** |
| --- | --- |
| **(This section is to be completed by Medical Staff Only)** | |

Charge: [ ] Yes [ ] No

Authorized signature _____ ID# _____ Date: _____ Charge posted by _____ Date _____
If no charge, explain: _____ Amount collected: [ ] $3.00 [ ] $ _____

**SECTION 3**   Date Request Received: OCT 1 4 2021   Date Seen: _____

1. [ ] SEEN IN HUR   [ ] Chart reviewed
2. [ ] NOT SEEN DUE TO: [ ] Court [ ] Visit [ ] Released [ ] No Show/Refused [ ] Other _____ [ ] Rescheduled _____
3. [ ] Non-medical problem referred to: _____
4. [ ] Seen previously for same non-medical request, (tennis shoes, blankets, etc.). No further evaluation.
5. [ ] NO FURTHER COMPLAINTS. Patient advised to submit another Sick Call Request Slip if problem recurs.

**"S"ubjective**
Chief Complaint: You have been scheduled for RN sick

**"O"bjective:** Call.

**"A"ssessment Nursing Diagnosis:** RN 6042

**"P"lan:** [ ] Rx GIVEN as per SNP
[ ] SCHEDULED FOR SICK CALL WITH: [ ] MD [ ] RN [ ] NP [ ] DDS
[ ] Psych/Mental Health Specialist
[ ] Other _____
[ ] PATIENT EDUCATION AND ADDITIONAL INFO: _____

SIGNATURE: _____ ID# _____

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT          VDF (VISTA DETENTION FACILITY)
MEDICAL SERVICES DIVISION
Sick Call Request                                Patient's Name: EDWARDS, ANTHONY RAY
Page 1 of 1
                                                 D.O.B: 9/6/1973

Form J212 Rev 12/2008          19741120          10/12/2021

## San Diego County
# SHERIFF'S DEPARTMENT

## SICK CALL REQUEST

**SECTION 1** Complete this information to request medical attention.

Print Name: Anthony Edwards  Bkg #: 19741120  Housing Unit: 5A13  DOB: ▮▮▮▮

I am requesting
- [x] Medical Services
- [ ] Mental Health Services
- [ ] Dental Services

- [ ] GBDF
- [ ] SDCJ
- [ ] VDF

- [ ] EMRF
- [ ] LCDRF
- [ ] SBDF

- [ ] FAC 8
- [ ] Other

Reason for request for health services: I have a very bad cough that is killing me. ...

I authorize the San Diego County Sheriff's Medical and Mental Health Services, its physicians, nurses, agents, contracted agents, and medical personnel to administer and perform any and all medical and dental examinations, treatments, and diagnostic procedures deemed advisable or necessary.

Signed: ✗  Date: 7-12-21

**SECTION 2**     Date Request Received: 7/12/21     Date Seen: _____

1. [ ] SEEN IN HUR    [ ] Chart reviewed
2. [ ] NOT SEEN DUE TO: [ ] Court [ ] Visit [ ] Released [ ] No Show/Refused [ ] Other_____ [ ] Rescheduled_____
3. [ ] Non-medical problem referred to:
4. [ ] Seen previously for same non-medical request, (tennis shoes, blankets, etc.). No further evaluation.
5. [ ] NO FURTHER COMPLAINTS. Patient advised to submit another Sick Call Request Slip if problem recurs.

"S"ubjective
Chief Complaint:

"O"bjective:

"A"ssessment Nursing Diagnosis:

"P"lan:  [ ] RX GIVEN as per SNP
[x] SCHEDULED FOR SICK CALL WITH:
- [ ] MD [x] RN [ ] NP [ ] DDS
- [ ] Psych/Mental Health Specialist
- [ ] Other_____

[ ] PATIENT EDUCATION AND ADDITIONAL INFO: _____

SIGNATURE: C6275     ID#

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES DIVISION
SICK CALL REQUEST
Page 1 of 1

[ ] GBDF [ ] EMRF [ ] LCDRF [ ] SBDF [ ] SDCJ [ ] VDF [ ] FAC8

Patient's Name:

EDWARDS, ANTHONY RAY  700013868 (1974/1120)

D.O.B:

Form J217 Rev 12/19     Booking Number     Date (MM-DD-YY)



**San Diego County**
**SHERIFF'S DEPARTMENT**
**INMATE REQUEST** *(PETICION DEL RECLUSO)*

Medical

## SECTION I    Complete the following information: *(Llene la siguiente informacion)*

**Facility:** ☒ SDCJ  ☐ FAC8  ☐ EMRF  ☐ GBDF  ☐ LCDRF  ☐ SBDF  ☐ VDF
*(Carcel)*

**Name:** Anthony Edwards
*(Nombre)*

**Booking #:** 1974 1120    **Date of Birth:** ▓▓▓▓▓▓    **Housing Unit:** 5-A
*(Número)*         *(Fecha de Nacimiento)*      *(Unidád)*

## SECTION II    Refer to instructions on the back of this form.
*Refiere se a las instrucciones al revez de este formulario.*

**I have a Request for the following:**
*(Tengo una petición a lo siguiente):*

I'm Requesting not to see A Doctor About my Hand And my dizzieness Im A Diabictic, And Acid Reflex that in Having Really Bad. I still Havent Gotten my Blood draw That the Doctor orderd when I was In George Bailiy

**Signature:** ~~/signed/~~    **Date and Time:** 6-18-21
*(Firma)*          *(Fecha y hora)*

## SECTION III        RESPONSE BY DETENTION FACILITY STAFF **ONLY**

**Forwarded to:** _____    **Date:** JUN 2 2 2021   **Time:** _____

You are scheduled to see a doctor and in regards to your blood draw, it is ordered, please wait to be seen by a nurse for blood draw.

**Completed by:** E06496    **Date:** 6/22/21

EDWARDS, ANTHONY RAY 700013868 (19741120)

J-21 (REV 01/15) FRONT

# EXHIBIT M

# San Diego County
# SHERIFF'S DEPARTMENT

## SICK CALL REQUEST

**SECTION 1** Complete this information to request medical attention.

Print Name: _Anthony Edwards_ Bkg #: _19741120_    Housing Unit: _5A 13_ DOB ▮▮▮▮

|  | Medical Services | ☐ GBDF | ☐ EMRF | ☐ FAC 8 |
|---|---|---|---|---|
| I am requesting | ☒ Mental Health Services | ☐ SDCJ | ☐ LCDRF | ☐ Other |
|  | ☐ Dental Services | ☐ VDF | ☐ SBDF |  |

Reason for request for health services; _I need to see A phisic to set my Medication_
_bacc. I Really need Then very depressed cant sleep,_

contracted agents, and medical personnel to administer and perform any and all medical and dental examinations, treatments, and diagnostic procedures deemed advisable or necessary.

Signed: _____    Date: _7-6-21_

**SECTION 2**    Date Request Received: _7/8/21_    Date Seen: _____

1. ☐ SEEN IN HUR    ☐ Chart reviewed
2. ☐ NOT SEEN DUE TO: ☐ Court ☐ Visit ☐ Released ☐ No Show/Refused ☐ Other_____ ☐ Rescheduled_____
3. ☐ Non-medical problem referred to: _____
4. ☐ Seen previously for same non-medical request, (tennis shoes, blankets, etc.). No further evaluation.
5. ☐ NO FURTHER COMPLAINTS. Patient advised to submit another Sick Call Request Slip if problem recurs.

"**S**"ubjective
Chief Complaint: _Scanduled to discuss at next psych CC follow-up_

"**O**"bjective: _____

"**A**"ssessment Nursing Diagnosis: _____

"**P**"lan: ☐ Rx GIVEN as per SNP
☐ SCHEDULED FOR SICK CALL WITH:    ☐ MD ☐ RN ☐ NP ☐ DDS
☐ Psych/Mental Health Specialist
☐ Other_____
☐ PATIENT EDUCATION AND ADDITIONAL INFO: _____

SIGNATURE: _____    ID# _____

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT    ☐ GBDF ☐ EMRF ☐ LCDRF ☐ SBDF ☐ SDCJ ☐ VDF ☐ FAC8
MEDICAL SERVICES DIVISION
SICK CALL REQUEST    Patient's Name: _____
Page 1 of 1

EDWARDS, ANTHONY RAY 700013868 (19741120)
D.O.B: _____

Form J112 Rev 12/19    Booking Number

Pt  remains in MOB w/ dry intermittent cough  Remains on Dexipod status/scant  Alert/oriented/registered/oriented  Affect  Ambulatory  Gait  cooperative with good eye contact  Skin warm/dry/well perfused  No s/sx  of glycemic reaction  BS  100 mg/DL  Meds compliant  Reports normal bladder/bowel function  last BM earlier today  Made no complaints @ this time  Compliant with C pap machine use  ndependent with ADLs

Addendum

---

Anthony Cruz Psychiatrist POSTED ON 7/30/2021 6 12 29 PM PDT                                                Type  PSYCH ATR ST

Psychiatry sick call  Progress Note

████████████████████████████████████████  Pt is seen today for PsychSC f/u  Pt last seen 6/7/21 by Psych NP Balingit (PsychSC f/u) and is currently not on psychotropic medication

Patient was evaluated today by this clinician at SDCJ MOB  cell side in a semi confidential environment  Pt was made aware of the nature/purpose of the evaluation and agreed to participate

SUBJECT VE

nterval hx  At Pt's last visit on 6/7 ████████████████████████████ (then stop)  a███████████████ued  Today  Pt described his mood as "alright"  Pt stated he was eating  but reported low appetite  Pt denied problems with sleep  Pt denied mania  S /H /P or AVH  Regarding psychotropic medication ████████████████████████████████████████████████  Medication indications  r/b and potential s/e's were reviewed and Pt voiced understanding  Pt did not appear internally preoccupied

OBJECT VE
MSE
General/Behavior  calm  cooperative
Appearance  fair hygiene  laying on bed  in jail attire  in no acute distress
Cognition  awake  alert  oriented to person  place  situation
Speech  fluent  non pressured  spontaneous
Mood/Affect  "alright"/slightly dysphoric  reactive
Thought process  linear  logical  goal directed
Thought content  future oriented
Perception  denies avh or paranoia  not responding to internal stimuli
S /H  denies
/J  fair

ASSESSMENT/ PLAN
Dx  Other Specified Trauma and Stressor Related Disorder F43 8 by hx
    r/o PTSD F43 1
    Unspecified mood disorder F39

Patient presents to the clinic calm and cooperative with today's visit  Pt denies S /H  or AVH  Pt requests to restart psychotropic med treatment to address anxiety/mood symptoms  including poor appetite and sleep  Discussed current treatment plan with patient and he verbally agrees  Potential benefit  risks side effects  alternatives discussed  including no medication  patient verbalizes understanding and consents to treatment

Plan

████████████████████████████
████████████████████████████████

rtc  5 6wks or sooner  if needed

EDWARDS, ANTHONY RAY  700013868 (19741120)

Patient understands that all treatments offered today are voluntary and adherence/refusal is independent of housing  privileges or other inmate services

Addendum

---

Stephanie Yee RN POSTED ON 7/30/2021 11 00 20 AM PDT                                          Type  RN NOTE

Pt remains on occupied status for use of CPAP machine and seen sleeping in bed   ndependent with ADLs and ambulatory with steady gait to cell door to take meds and receive meal trays  Compliant with AM meds  CTP q hour

Addendum

---

Dominga Phelps RN POSTED ON 7/29/2021 11 20 59 PM PDT                                          Type  RN NOTE

Pt  remains in MOB for C pap machine use  Pt  remains on occupied status/stable  Alert/verbally responsive/oriented x4  NAD  Ambulatory  Calm cooperative with good eye contact  Skin warm/dry/well perfused  No s/sx  of glycemic reaction  BS  100 mg/DL  Meds compliant  Reports normal bladder/bowel function  last BM earlier today  Made no complaints @ this time  Compliant with C pap machine use   ndependent with ADLs

Addendum

---

Stephanie Yee RN POSTED ON 7/29/2021 11 17 11 AM PDT                                          Type  RN NOTE

Pt at court

Addendum

---

Dominga Phelps RN POSTED ON 7/29/2021 5 04 24 AM PDT                                          Type  RN NOTE

Left the unit  for court escorted by sworn staff/ambulatory  NAD  Took meds prior leaving

Addendum

---

Christopher Dominguez RN POSTED ON 7/28/2021 8 00 10 PM PDT                                          Type  RN NOTE

Pt  remains on occupied status in MOB due to requiring a c pap  Pt was calm and cooperative  NAD  Reports eating his meals and meds compliant  Pt shows no signs of acute distress   CPAP machine #HC234JHV given to pt  Pt acknowledge understanding of how to use CPAP  BS 151  Lantus provided

Addendum

---

Ryan Fullenwiley Jones RN POSTED ON 7/28/2021 2 21 25 PM PDT                                          Type  RN NOTE

Admitted to MOB for CPAP use  No acute distress currently   nmate says he is vaguely familiar with the CPAP on the unit

Addendum

---

Zaldy Benos LVN POSTED ON 7/27/2021 5 23 38 PM PDT                                          Type  LVN NOTE

Recieved from PMS brand new complete set C PAP Machine with SN #140326001987

Addendum

---

June Cuaresma RN POSTED ON 7/27/2021 9 28 51 AM PDT                                          Type  RN NOTE

Per email correspondence with case management 07/26/2021  Rental CPAP being processed/ordered

Addendum

---

David Christensen MD POSTED ON 7/15/2021 12 33 19 PM PDT                                          Type  MD NOTE

Pt  complaining of cough and sore throat  Pls  eval  Thanks

 P is requesting a cpap machine  States he has sleep apnea but doesn't have a personal machine that can be brought in  States he already completed a sleep apnea test for cpap settings  Plz f/u  Per techcare  P completed a o2 sat monitoring in 10/2020

EDWARDS, ANTHONY RAY  700013868 (19741120)