GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-WVG <br><br> **DECLARATION OF CEDRICK JONES IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** <br><br> Judge: Hon. Anthony J. Battaglia <br><br> Date: August 11, 2022 <br> Time: 2:00 p.m. <br> Ctrm.: 4A |

[4111617.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF CEDRICK JONES IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email: christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone: (619) 232-2121
Email: bvakili@aclu-sdic.org
jmarkovitz@aclu-sdic.org

Attorneys for Plaintiff

[4111617.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF CEDRICK JONES IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

## DECLARATION OF CEDRICK JONES

I, Cedrick Jones, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since June 11, 2021. My booking number is 21120877. I am 43 years old. I am housed at the Vista Detention Facility in unit E-5.

3. I have been diagnosed as bipolar and schizophrenic, and have previously attempted suicide. Attached as **Exhibit A** is an excerpt from the paperwork completed when I was screened into the Jail noting my need for chronic care to manage my mood and psychotic disorders. Despite that note, I only see a mental health clinician once a month at most. When they do come see me, mental health staff at the Jail often come to my cell and ask personal questions in front of other inmates and staff. For example, they ask how I feel and whether I am hearing voices. Because these visits are non-confidential, I do not feel like I can speak openly about my problems. Attached as **Exhibit B** are excerpts from my medical records showing that I was not seen in confidential spaces for mental health encounters on July 14, August 31, and October 20.

4. For example, I met with the clinician on August 31 because I was feeling very depressed and had submitted a request slip saying so. I did not feel comfortable sharing much about what I was really feeling because the meeting was at my cell door and other people could hear our conversation. On October 20, I told the clinician that I wanted to speak in a confidential setting, but that confidential meeting took another three weeks. On December 1, 2021, I protested that a deputy was present for a meeting with a psychiatrist to discuss my medications. I asked to talk privately, but the request was rejected, and my appointment was rescheduled for over a week later. Since then, I have mostly been able to meet with a clinician in a confidential space.

[3889738.2]

1

5. I have experienced other issues at the Jail, including not receiving proper care for a broken leg, being threatened with violence, and overhearing an incarcerated person in the cell next to mine be attacked by his cellmate, which have further affected my mental health.

6. I submit this declaration because I want to be a part of this lawsuit and help improve the medical and mental health care at the Jail for all incarcerated people. I have seen other vulnerable inmates experience similar issues I have experienced, and I believe our rights have been violated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego, California this 18 day of April, 2022.

*Cedrick Jones*
Cedrick Jones

[3889738.2]

2

# EXHIBIT A

☐ Hyperlipidemia        ☐ Hypertension

### Endocrine

☐ Diabetes

### Infectious Disease

☐ HIV        ☐ Tuberculosis

### Behavioral Health Chronic Care

☑ Mood Disorders        ☑ Psychotic Disorders

### Hematology/Oncology

☐ Dialysis

**If the item below is checked, the patient has a pending TB workup from an incarceration within the last 6 months. This patient will be added to the TB Workup queue in Admissions/Discharge, and a Medical Chart Review sick call will be scheduled.**

☐ TB Workup
☐ Other

### GENERAL MEDICAL ASSESSMENTS--Select and Document all that apply

☐ Current medications or treatments

Current Medications:

☐ Yes
☑ No

| Medication | Strength | Filling Pharmacy | Address | Phone Number | Frequency | Last Dose | Last Fill Date |

☑ Past medical or psychiatric hospitalizations?

### List location, time and reason for each

Pt has had brusing on right foot. Was on antibiotics a month ago at Tri-city.

☐ Dental issues requiring Dentist Sick Call appointment

### Describe

Does the patient have any active infections or contagious illnesses?

JONES, CEDRICK DELANEY  400195479 (21120877)

# EXHIBIT B

## Encounter Setting

| | | |
|---|---|---|
| ☐ Confidential | ☑ Semi-Confidential | ☐ Non-Confidential |

Pt was seen in a semi-confidential setting (Rec Room door front). He was informed of the purpose and nature of this evaluation and agreed to participate

## Housing Assignment

| | | |
|---|---|---|
| ☐ Mainline | ☑ Mainline Protective Custody | ☐ Segregation/Confinement |
| ☐ Psychiatric | ☐ Medical | |

**Emotional Response to Incarceration:**

Initially Pt stated "O.K." He stated he is looking at a possible life sentence. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. He denies SI, however states he sometimes wonders if life is worth living ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮y. He states he has AH stating life is not worth living, however, he recognizes voices are part of his mental illness.

## Presenting Symptoms

| | | |
|---|---|---|
| ☑ Depression | ☑ Anxiety | ☐ Mania |
| ☑ Psychosis | ☐ Trauma | ☐ Drug/Alcohol Cravings/Urges |
| ☐ Adjustment Issues | ☐ Sleep Disturbance | ☐ Somatic |
| ☐ Other | ☐ None/Denied | ☐ Refused |

**Describe:**

Pt reports feeling depressed, only sleeping two hours per night, decresed appetite. He denies SI.

The Pt reports feeling anxious with restlessness, pacing, worrying, and racing thoughts.

JONES, CEDRICK DELANEY  400195479 (21120877)

Vista
325 S Melrose Dr.
Vista, CA 92083
760-9404492

## QMHP PROGRESS NOTE - Completed by: Lynnetta Devereaux MHC on 8/31/2021 10:41:19 PM PDT

| | | |
|---|---|---|
| **Patient:** JONES, CEDRICK DELANEY | **#:** 400195479 (21120877) | **Class:** 5 |
| **DOB** ▮▮▮▮▮ (Age=42) | **Sex:** M | **Race:** B |
| **Housing:** VDF-E-5-02-B | **Court Date:** 4/20/2022 8:30:00 AM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 6/11/2021 4:55:17 AM PDT | **Proj. Rel:** 6/18/2021 12:00:00 AM |

Date of Encounter: 8/31/2021

### Clinic Reason

- [x] Wellness Check
- [ ] I/P Request
- [ ] ISP Follow-Up
- [ ] RCC Needs
- [ ] Counseling/Therapy
- [ ] Referral
- [ ] Mental Health Restriction Removal/Add
- [ ] Other

Explain:

### Encounter Setting

- [ ] Confidential
- [ ] Semi-Confidential
- [x] Non-Confidential

Cell-side Wellness Check

### Housing Assignment

- [ ] Mainline
- [x] Mainline Protective Custody
- [ ] Segregation/Confinement
- [ ] Psychiatric
- [ ] Medical

**Emotional Response to Incarceration:**

I/P is a 42-yr-old African American male booked into jail on 06/11/2021 and charged with: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

JONES, CEDRICK DELANEY  400195479 (21120877)

Vista
325 S Melrose Dr.
Vista, CA 92083
760-9404492

## QMHP PROGRESS NOTE - Completed by: Jasmine Angel MHC on 10/20/2021 7:00:46 PM PDT

| | | |
|---|---|---|
| **Patient:** JONES, CEDRICK DELANEY | **#:** 400195479 (21120877) | **Class:** 5 |
| **DOB:** ▉▉▉ (Age=42) | **Sex:** M | **Race:** B |
| **Housing:** VDF-E-5-02-B | **Court Date:** 4/20/2022 8:30:00 AM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 6/11/2021 4:55:17 AM PDT | **Proj. Rel:** 6/18/2021 12:00:00 AM |

Date of Encounter: 10/20/2021

### Clinic Reason

- [x] Wellness Check
- [ ] I/P Request
- [ ] ISP Follow-Up
- [ ] RCC Needs
- [ ] Counseling/Therapy
- [ ] Referral
- [ ] Mental Health Restriction Removal/Add
- [ ] Other

Explain:
Writer met with the IP at his room door on the E5 housing unit. IP was amenable to speak with the writer at his room door.

### Encounter Setting

- [ ] Confidential
- [ ] Semi-Confidential
- [x] Non-Confidential

On the housing unit

### Housing Assignment

- [ ] Mainline
- [x] Mainline Protective Custody
- [ ] Segregation/Confinement
- [ ] Psychiatric
- [ ] Medical

Emotional Response to Incarceration:
I/P is a 42-yr-old African American male booked into jail on 06/11/2021 and charged with ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

JONES, CEDRICK DELANEY  400195479 (21120877)