GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:      ggrunfeld@rbgg.com
            vswearingen@rbgg.com
            pkaul@rbgg.com
            eanderson@rbgg.com
            hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone:  (510) 806-7366
Facsimile:  (510) 694-6314
Email:      ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF CHRISTOPHER NELSON IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge:    Hon. Anthony J. Battaglia<br><br>Date:    August 11, 2022<br>Time:    2:00 p.m.<br>Ctrm.:   4A |

[4111617.1]

1 | (*counsel continued from preceding page*)

2 | CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
3 | OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4 | 401 B Street, Suite 1700
San Diego, California  92101-4297
5 | Telephone:   (619) 699-2700
Facsimile:   (619) 699-2701
6 | Email:        christopher.young@dlapiper.com
            isabella.neal@dlapiper.com
7 |             oliver.kiefer@dlapiper.com

8 | BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
9 | ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
10 | 2760 Fifth Avenue, Suite 300
San Diego, California  92103-6330
11 | Telephone:   (619) 232-2121
Email:        bvakili@aclu-sdic.org
12 |             jmarkovitz@aclu-sdic.org

13 | Attorneys for Plaintiff

14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

[4111617.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF CHRISTOPHER NELSON IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

# DECLARATION OF CHRISTOPHER NELSON

I, Christopher Nelson, declare:

1.    I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.    I have been incarcerated at the San Diego County Jail ("Jail") since approximately March 2, 2021.  I am currently housed in module 8C, which is a medical dorm.  I was previously housed in module 5A.  My booking number is 21107181.  I am 45 years old.

3.    I have been incarcerated in the Jail approximately five times since 2012.  I was detained at the Jail awaiting trial on the charges brought against me until September 2021.  I am currently waiting to transfer to the custody of the California Department of Corrections and Rehabilitation ("CDCR").  It is my understanding that I could be sent back to the Jail if I ever need to be present in court related to my criminal case.  I could also be sent back to the Jail if it is necessary for me to testify in this case about the problems I experienced in the Jail.  In addition, I also will parole from prison at some point in the future.  When I parole, I will be sent back to San Diego County, the county in which I was convicted and where I lived prior to my arrest. When I am on parole, I can be arrested and returned to the Jail for allegedly violating the terms and conditions of my parole, whether or not the alleged violation constitutes a violation of a criminal law.  I am concerned that, if I am sent back to the Jail in the future, I will experience problems similar to the problems I have been experiencing for months.

4.    I have stage four osteonecrosis in my hips and knees, which means my bones are deteriorating.  Attached hereto as **Exhibit A** is a true and correct copy of excerpts from my Jail medical records showing that my osteonecrosis diagnosis dates back as far as 2017.  I have previously been prescribed bilateral knee braces.  I use a wheelchair at the Jail.  I used to use a

[3871883.1]

wheelchair for long-distance travel only, but after suffering a spinal injury prior to my incarceration, I now use a wheelchair for even short distances. When I first came to the Jail in 2021, I could not climb stairs. I now have the ability to walk up stairs with the support of a handrail, and I cannot sleep on a top bunk.

5.     During a prior incarceration in CDCR, I had two hip replacement surgeries. Before this most recent incarceration at the Jail, I took 10 milligrams of the pain medication Norco three times per day to alleviate severe pain associated with my arthritis and hip surgeries. Attached hereto as **Exhibit B** is a true and correct copy of an initial Jail booking screening form confirming that I took this amount of pain medication for the two years prior to my incarceration. On the night of my arrest, on or about March 1, 2021, I was in a car crash and seriously injured my spine, which worsened my already poor mobility. I was transported to Scripps Hospital before booking into the Jail. Because of my medical conditions and recent injury, I could not and still cannot stand or walk without experiencing significant pain.

6.     I have mental health disabilities. I was diagnosed with clinical depression and anxiety in 2012, and access mental health care services in the Jail. During my most recent CDCR incarceration, I was prescribed Zoloft and Abilify. Currently at the Jail, I have prescriptions for Wellbutrin and Remron.

7.     In my experience, the Jail is an unsafe and unfair place for incarcerated people with disabilities. During my first four to five months at the Jail, the wheelchair the Jail gave me had very small wheels and lacked arm rests. Because the chair had no arm rests and I was unable to grip the wheels, I was forced to use my feet to push myself in the wheelchair. I have little strength in my legs due to my hip condition and spinal injury, making it very painful to use them. To avoid further pain, I often relied on other incarcerated people to push me in my wheelchair. I felt very unsafe when I had to rely on other

[3871883.1]                                                    2
DECLARATION OF CHRISTOPHER NELSON

incarcerated people to push me in my wheelchair. It is hard to trust people while in Jail and I am already vulnerable because of my physical disabilities and medical conditions. I received a replacement wheelchair with arm rests on or around July 2021 – four months after I first arrived at the Jail.

8.    The Jail has also failed to house me in cells that are accessible to me. For the first several months of my incarceration, the Jail assigned me to Cell 9 in module 5A on the fifth floor at Central Jail. The cell was about 10 feet by 8 feet, and I shared it with two other incarcerated people. My wheelchair took up a lot of space in the small cell and my cellmates frequently got angry with me, complaining that it was in their way. A stool was bolted in front of the desk in that cell. This meant my wheelchair could not fit in front of the desk. Having access to a desk is important to me so that I can cope with the stresses of incarceration by writing letters to my family. To use the desk, I had to transfer from my wheelchair to the stool. Making the transfer was difficult for me and put me at risk of falling. In July 2021, I fell while trying to transfer and I hurt my wrist. Attached hereto as **Exhibit C** is a true and correct copy of a medical evaluation a nurse conducted on my injured wrist.

9.    Because of my physical disabilities, it was difficult for me to clean my cell. I had to rely on my cellmates to do my portion of the cleaning, which created constant disagreements. It felt like I was walking on egg shells with my cellmates and I was afraid they might hurt me. The Jail does not have a program that hires other incarcerated people to assist people with disabilities with tasks such as cleaning, carrying property, meals, or laundry. I know CDCR has such a program and I have benefitted from it while in state custody.

10.    I could not access the four telephones in module 5A from my wheelchair because the telephone cord running between the phone and its receiver was too short for me to bring the receiver to my ear while sitting in

[3871883.1]

3

DECLARATION OF CHRISTOPHER NELSON

my wheelchair. Stools were also bolted to the ground in front of all telephones in 5A, which prevented me from being close to the telephone in my wheelchair. The seats for the tables in the dayroom, where people would eat their meals and socialize, were also bolted down. There was no cut out space for a person in a wheelchair to roll up to a table and participate in those activities. To use the telephones and dayroom tables, I had to transfer from my wheelchair to the bolted seats, which is difficult and painful, and placed me at risk of falling.

11.    The shower in module 5A had no shower chair or stool for people with mobility disabilities, like myself, to use. When I was first booked into the Jail, I overheard another wheelchair user ask for a shower chair, but deputies ignored him. Without a stool or shower chair, I had no choice but to stand in the shower. I had to take very fast showers before the pain in my hips set in. There was a grab bar in the shower but it was very slippery, and often filthy with soap, water and anything others had washed off. It did not provide enough support for me while I stood.

12.    On or around October 12, 2021, I moved to module 8C, where I currently live. 8C is a medical dorm. Many other people with mobility disabilities live in 8C. Although I am better able to move around in my cell in 8C, it is still difficult to use the dayroom tables during meals and recreation. There are often ten to fifteen other people in my dorm who use wheelchairs, and there is not enough cut out space for everyone with wheelchairs to eat at the tables. Due to the lack of space, many wheelchair users have to roll up and place their trays on stools that other people have sit on in the dayroom, and then lean down to eat from those stools. Having to eat like this is especially difficult for people like me who are in wheelchairs and also have upper extremity disabilities. Because of the lack of table space, I often take

my food back to my cell, and place my tray on a bunk and eat there. As a result, I have less time to socialize with other people in my module.

13. Custody staff also do not accommodate me and my mobility disability. I require an extra mattress for my disability and medical conditions, including my spinal injury. I have a chrono from CDCR for the extra mattress. Attached hereto as **Exhibit D** is a true and correct copy of an April 2021 notification the ADA coordinator at the Jail received from CDCR indicating I had a double mattress in their custody. When I booked into the Jail in March 2021, staff initially gave me my extra mattress. But during the first two months of my incarceration, deputies conducted cell searches and took my extra mattress away on four or five separate occasions. Each time, I had to advocate to get my mattress back, pleading with deputies who often ignored me. Attached hereto as **Exhibit E** is a true and correct copy of a grievance form I filed on April 1, 2021 requesting, among other items, my extra mattress. I finally received the extra mattress on or around April 16, 2021. During the times that I am without an extra mattress, including those two weeks in April, I experience severe pain and discomfort that interferes with my sleep.

14. Deputies sometimes take away my wheelchair and use it to transport other incarcerated people who may need a temporary wheelchair. I estimate this has occurred approximately 5 or 6 imes. When I am without my wheelchair, it is hard for me to get anywhere in my housing unit.

15. On several occasions, I have gone to court in connection with my criminal case. Each time, Jail staff has begun my transfer to court at around 4:00 a.m. Each trip involves several long waiting periods during which time I am stuck in my wheelchair for 3 to 4 hours at a time, without the ability to lay down. This exacerbates the stiffness and pain from my injuries. Instead of directly transferring me for the 5-10 minute court hearing, I have to endure a

1    total of about 6-12 hours stuck in my wheelchair in holding cells every time I

2    go to court.

3    16.    I cannot safely access the exercise equipment at the Jail.  The Jail only

4    provides dip bars, a rowing machine, and stationary bike (now removed), all

5    of which I cannot use because of my mobility issues.  Lack of exercise makes

6    my physical condition and pain worse.  I would use equipment like yoga

7    mats, exercise balls, or light weights if they were available.  The Jail does not

8    provide any physical therapy, and I have gained approximately 45 pounds as a

9    result of the inability to exercise.

10    17.    Because of my mobility disability, I rely on the elevator to access

11    programs on other floors, including social visits, professional visits, and the

12    recreation area.  The non-staff elevator in the Jail frequently breaks down and

13    I often have to wait until the staff elevator is available.  On one occasion, the

14    elevator was broken so custody staff could not take me for a professional visit

15    with a detective with whom I had wished to speak.  The detective also made

16    multiple calls that were not communicated to me.  I learned about the

17    detective's attempt to communicate with me when I obtained discovery in

18    connection with my criminal case.

19    18.    The Jail's failure to fix electrical problems have caused problems for

20    me.  For example, the phones did not work properly for several months.  In

21    the housing units at Central Jail, the telephones are surrounded in a metal

22    case.  If someone else was talking on another phone and hung it up, an

23    electrical shock would go through the phone and the metal case, shocking the

24    bare arms of other phone users who rested their arms on the metal case.  I

25    have been repeatedly shocked when I rested my arm on the metal case

26    connected to the telephones.  These shocks caused blister-like sores to form

27    on my arm, which became infected.  Attached hereto as **Exhibit F** is a true

28

[3871883.1]

6
DECLARATION OF CHRISTOPHER NELSON

and correct copy of a nursing note from my file confirming the sores on my arms.

19.    I have had difficulties receiving mental health care while incarcerated at the Jail.  I experience depression and anxiety.  I did not receive an initial psychiatric evaluation until almost two months after my arrival at the Jail.  I also did not receive my psychiatric medication in a timely manner.  Shortly after being booked into the Jail, my mental health worsened and I began to experience high levels of anxiety and depression.  I submitted two sick call slips asking for mental health care in my first weeks at the Jail.  In my second sick call slip, I wrote that I never received a response or attention from clinical staff.  I began to feel very dejected.  I thought I would never get help for my mental health.  I fell into a deep depression.  I felt like staff would only respond to me if I took drastic measures to show how badly I was feeling.  On or around April 20, 2021, I started to yell out to each deputy passing by my cell, begging them to let me see mental health staff.  This went on for about one and a half days.  Finally, I received an initial mental health evaluation on April 22, 2021.  Attached hereto as **Exhibit G** is a true and correct copy of that evaluation conducted by mental health counselor.  I did not see a psychiatrist until May 10, 2021, more than three months after arriving at the Jail.  After that May 10, 2021 meeting, the Jail started me on Wellbutrin.   Attached hereto as **Exhibit H** is a true and correct copy of my initial psychiatric evaluation on May 10, 2021.

20.    I have had problems receiving adequate medical care to treat my medical conditions, including my spinal injury.  Before my arrest, I was in a car crash and taken to the emergency room at Scripps Hospital.  Scripps medical staff discovered that I had a severely injured vertebrae, and contusions of the shoulder and hand.  The treating physician prescribed me Norco to manage my pain.  Attached hereto as **Exhibit I** are excerpts of my

[3871883.1]

7

DECLARATION OF CHRISTOPHER NELSON

treating records from Scripps showing this instruction.  When I arrived at the Jail, instead of gradually adjusting my pain medications, medical staff discontinued my Norco prescription entirely and instead provided me 50 milligrams of Tramadol two times a day for the first five days of my incarceration.  The Tramedol did not effectively manage my pain.  The Jail then discontinued my Tramadol and prescribed me 400 milligrams of Gabapentin to take two times a day for 90 days.  At CDCR and in the community I had 1200 milligrams of Gabapentin three times a day.  The Jail's provision of Gabapentin was much less, and did not adequately address the pain I felt from my injuries.  In mid-April 2021, the Jail took the Gabapentin entirely away and prescribed me 50 milligrams of Pregabalin to take once per day.  Attached hereto as **Exhibit J** is a true and correct copy of excerpts from my Jail medication administration record confirming these dosages.  These abrupt changes in my pain regimen, prescribing me drastically less pain medication over a short period of time, gave me profound withdrawals and left me in excruciating pain.  It was agony trying to heal from a serious spinal injury without proper pain management.  Attached hereto as **Exhibit K** are true and correct copies of two sick call slip requests I filed about my need for better pain management in the months after my accident.

21.    I was booked into the Jail with a shoulder injury and told booking staff about the shoulder injury, which was exacerbated from the automobile crash that occurred immediately prior to my incarceration.  After booking, I submitted numerous requests for care for my shoulder, but the Jail frequently did not respond to my requests.  After several months, the Jail gave me one cortisol shot but it relieved the pain in my shoulder for only several days.  After that, I submitted more sick call requests, but Jail staff did not respond.  During this time, it was very difficult for me to get in and out of my wheelchair.  It was not until October 2021 until I was finally referred to a

[3871883.1]

DECLARATION OF CHRISTOPHER NELSON

specialist at the University of California – San Diego Hospital who confirmed that I had a torn rotator cuff. Jail medical staff have failed to provide me with any follow-up treatment. The specialist prescribed a physical therapy regimen that I cannot complete because Jail staff do not allow me to use rubber bands and other accessories that the exercises require. My torn rotator cuff also makes daily activities very difficult; I have trouble sleeping and wiping myself after using the bathroom. Denying me treatment for this injury does not take into account that I have a wheelchair, and rely on my arms and upper body for mobility. I now struggle to safely transfer from my wheelchair and I am at risk of falling in daily situations, like using the bathroom or showering. I fear that the Jail's failure to treat this shoulder injury will result in long-term damage.

22.     I have severe persistent respiratory distress (SPRD) and asthma, which has continued to bother me during my incarceration. Prior to my incarceration at the Jail, I have gone to the emergency room for issues related to my respiratory illnesses on numerous occasions. Outside the Jail, I regularly received nebulizer treatments. At the Jail, I have frequently had respiratory difficulties and have submitted multiple sick call requests about them. Attached as **Exhibit L** is an encounter note from September 2021 in which medical staff noted my history of asthma and that I had been wheezing for several days. The Jail has told me it is impossible for them to provide me nebulizer treatment in my cell. I regularly require nebulizer treatments and have to ask custody staff to get emergency treatment in the medical unit for breathing problems. Custody staff in turn regularly tell me that they will inform medical, but in actuality, they frequently either fail to do so or fail to ensure that I am actually sent to medical for a nebulizer treatment. Whether I actually make it to the medical floor and receive nebulizer treatments depends

on the temperament and identity of the deputy working in my housing unit at that time.

23.    The Jail has also prevented me from speaking with my attorneys confidentially.  Typically, custody staff are supposed to inform an incarcerated person if their attorney has requested a professional call back.  These phone calls should not be monitored by custody staff.  In theory, once someone learns about a professional call back request placed for them, they are allowed to leave their cell and make a return call to their attorneys.  My attorney in my criminal case informed me that they placed over a dozen professional callback requests.  However, custody staff never notified me that my criminal attorney placed any of these call requests for me.  My attorneys in this case have informed me and I understand that they placed eight call back requests for me on October 21, October 25, October 28, November 15, November 17, November 22, November 29, and December 7, 2021.  I never received notice of any of those calls.

24.    Further, in September 2021, a deputy attempted to prevent me from speaking with my attorney during a professional visit.  I previously had issues with this deputy because, earlier that day, I had opened my tray slot in my cell to let in fresh air.  At the time, the vents in my three-person cell were not working and it was becoming difficult to breathe in such a tight space.  It was incredibly humid and smelly.  The deputy ordered me to close the tray slot, and I complained to him about it.  We got into a verbal argument.  I understand that this deputy falsely told my attorney that I did not want to visit with my attorney and that the deputy asked my attorney why he wanted to speak with me.  My attorney also informed me that only after he demanded to see me was I allowed out of my cell to attend my professional visit.  I believe this deputy delayed my visit with my attorney in retaliation for his disagreement with me opening my cell's tray slot.

[3871883.1]

10

DECLARATION OF CHRISTOPHER NELSON

25.     I have had many problems using the grievance process at the Jail.  For example, on October 16, 2021, I filed a grievance about issues in the Jail related to ADA accommodations, mental health and medical care, and safety and security issues.  The Jail never responded to my grievance.  I usually do not receive any responses to my grievances.  Similarly, when my grievances have been about a lack of medical or mental health care, the Jail typically does not respond.

26.     In my experience, deputies are often reluctant to take grievances.  One told me that they "need to let the sergeant sign this" before being able to accept and process a grievance.  Nowhere on the grievance form does it say that a sergeant has to sign off on a grievance before the Jail can process it.  A true and correct copy of a blank grievance form is attached hereto as **Exhibit M**.  One deputy told me that he does not sign grievances.

27.     During medical appointments, custody staff are always present and overhear my conversations about my medical issues.  Sometimes when I talk to a medical professional, custody staff will chime in with their opinions and observations.  In addition, custody staff sometimes openly discuss my medical issues in front of other incarcerated people.  Custody staff will openly complain in front of other people in my housing unit about my medical and disability needs, and their obligation to accommodate them.

28.     I agreed to be a class representative in this case because I want to help improve the medical, dental, and mental health care at the Jail, ensure that incarcerated people with disabilities are accommodated and treated fairly, and help make the Jail safe and secure for all incarcerated people.  I have been cooperating fully with my counsel and am responding to all requests for information to the best of my ability and recollection, and will continue to do so in the future.  My lawyers keep me updated on the progress of this case, and I will review all materials provided to me and provide my input to the

[3871883.1]

11

DECLARATION OF CHRISTOPHER NELSON

best of my ability. When I have questions about the case, I will ask the attorneys for help to understand everything to the best of my ability.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at the San Diego County Central Jail in California this 9th day of March, 2022.

Christopher Nelson

# EXHIBIT A

**CHCF - California Health Care Facility - Stockton**

Patient:      **NELSON, CHRISTOPHER LOUIS**
DOB/Age/Sex:  ▓▓▓▓▓ / 42 years    / Male          CDCR: F29557

---

### *Clinical Diagnoses*

---

Diagnosis: **Night cough present** (Qualifier: )
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** R05 (ICD-10-CM); **Ranking:** ; **Severity:** ;
**Severity Class:** ; **Type:** Discharge; **Priority:** 2

Diagnosis: **Night cough present** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:** 4/17/2018 09:32 PDT; Atienza,    **Responsible Provider:** Abu,Ogbanedi PA
Rolando P&S
**Diagnosis Date:** 3/20/2018          **Status:** Inactive
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** R05 (ICD-10-CM); **Ranking:** ; **Severity:** ;
**Severity Class:** ; **Type:** Discharge; **Priority:** 2

Diagnosis: **Osteoarthritis of knee** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:** 9/22/2017 13:30 PDT; Nguyen,    **Responsible Provider:** Abu,Ogbanedi PA
Eugene P&S
**Diagnosis Date:** 9/15/2017          **Status:** Inactive
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** M17.10 (ICD-10-CM); **Ranking:** ; **Severity:** ;
**Severity Class:** ; **Type:** Discharge; **Priority:** 2

Diagnosis: **Osteoarthrosis,hip** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:** 9/12/2017 10:46 PDT; Rivera,    **Responsible Provider:** Nguyen,Eugene P&S
Adrienne RN
**Diagnosis Date:** 9/4/2017          **Status:** Inactive
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** M16.9 (ICD-10-CM); **Ranking:** ; **Severity:** ;
**Severity Class:** ; **Type:** Discharge; **Priority:** 2

Diagnosis: **Osteoarthrosis,hip** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:** 4/10/2018 15:38 PDT; Abu,Ogbanedi   **Responsible Provider:** Abu,Ogbanedi PA
PA
**Diagnosis Date:** 4/3/2018          **Status:** Inactive
**Clinical Service:** ; **Classification:** Medical; **Confirmation:** Confirmed; **Code:** M16.9 (ICD-10-CM); **Ranking:** ; **Severity:** ;
**Severity Class:** ; **Type:** Discharge; **Priority:** 2

Diagnosis: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Secondary Description:**
**Last Reviewed Date:** 11/30/2017 16:06 PST; Nguyen,    **Responsible Provider:** Nguyen,Eugene P&S
Eugene P&S
**Diagnosis Date:** 10/24/2017          **Status:** Inactive

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:   10971798                    Print Date/Time:   9/4/2018 13:58 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

NELSON, CHRISTOPHER LOUIS   100013559 (21107181)

# EXHIBIT B

Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

## RECEIVING SCREENING - Completed by: Reginald Barretto RN on 3/2/2021 4:32:35 PM PST

| | | |
|---|---|---|
| **Patient:** NELSON, CHRISTOPHER LOUIS | **#:** 100013559 (21107181) | **Lang:** 4 |
| **DOB:** ▬▬▬ (Age 45) | **Sex:** M | **Race:** W |
| **Housing:** SDCJ-8-C-13-M | **Court Date:** 11/4/2021 1:30:00 PM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 3/2/2021 4:09:20 PM PST | **Proj. Rel:** |

☐ Patient swing to sign, but unable to sign

☐ Refused

Current Allergies

No Known Drug Allergy

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Screeners: All questions in this form must be addressed. For questions with a single checkbox, by leaving the checkbox unselected, you are documenting your conclusion that all parameters of the question are false. By selecting the checkbox, you are acknowledging a positive response to the item and further documentation must be provided in the corresponding questions and text boxes.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ARRESTING OFFICER QUESTIONS--Select and Document all that apply**

_____

Arresting Agency? SDPD - SAN DIEGO POLICE DEPARTMENT

Officer's Name?

we

Officer's Badge #?

7319

Is the attending officer aware of any Illness or Injuries?

☑ Yes

☐ No

Involved in MVA 100mph rollover crash. Cleared at Scripps hospital. Fractured spine T11-12.

Is the attending officer aware of any Current/Recent Suicidal Ideation?

☐ Yes

☑ No

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

Uses need for assisting 2-3 tablets /pf or past 2 years.

**Most recent alcohol, sedative, or opiate use:**

███████████████████

Use of any other  ega  drugs?

- ☐ Yes
- ☑ No
- ☐ No Response

Have you been  n a detox program or substance abuse treatment program  n the  ast 90 days?

- ☐ Yes
- ☑ No
- ☐ No Response

**MISCELLANEOUS ASSESSMENTS--Select and Document all that apply**

_____

**Does the inmate have any of the following:**

- ☐ Med ca d/Med CAL
- ☐ Med care
- ☐ Pr vate Hea th Insurance

Insurance Carr er(s):

P an Name:

**DISPOSITION/TREATMENT PLAN--Select and Document all that apply**

_____

- ☐ Med ca  S ck Ca   needed
- ☐ Re ease s gned to obta n a  med ca  records, pharmacy records, substance abuse records
- ☐ Ora  Hyg ene Instruct ons Prov ded

**Housing Assignment:**

- ☐ Inf rmary/MOB
- ☐ Med ISO
- ☐ PSU
- ☐ Med Ma n  ne
- ☐ OPSD

F t to Cont nue Book ng Process?

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

# EXHIBIT C

SOAP NOTE BY: Co n La ng RN POSTED ON 7/7/2021 9:54:50 PM PDT                                    Type: RN NOTE

### Subjective

"My wr st hurts, I caught myse f wh e s pp ng n my ce . Now t's swo en and I can't rea y move t, I th nk t's broken. My e bows they're do ng a r ght now, they were a prob em but s t's ok now."

### Objective



I/P R. wr st swo en, pa nfu . Reports njured wr st 7/7/21 by catch ng se f when he s pped n ce . I/P reports hx of wr st fracture, request ng x-ray.
B atera e bow sores scabbed over, no act ve b eed ng/dra nage present.

### Assessment

A tered hea th ma ntenance comfort

### Plan



MDSC schedu ed 7/9/2021

| Appointment Name | | Appointment Date | | | |
|---|---|---|---|---|---|
| 7/9/2021 12:00:00 AM PDT | | | | | |
| **Drug Name** | **Drug Strength** | **Quantity** | **Start** | **Stop** | **Complete Sig** |
| 200 MG | 2 | 10/17/2021 11:03:44 PM | 10/17/2021 11:59:59 PM | Take 400 mg by mouth NOW for 1 day(s). D spense 2 tab et. 0 Ref (s) *ATE | |
| 500 MG | 2 | 7/7/2021 9:53:28 PM | 7/7/2021 11:59:59 PM | Take 1000 mg by mouth NOW for 1 day(s). D spense 2 tab et. 0 Ref (s) *ATE | |

| Offsite Type | Specialty | Reason | Priority |
|---|---|---|---|
| Pa n Management | Eva for chron c pa n management. Pa n not contro ed on current meds of Me ox cam and Lyr ca. | Rout ne | |

Addendum:
Kyu M n RN on 10/17/2021 11:11:53 PM
Current med cat on st noted.

Co n La ng RN POSTED ON 7/7/2021 9:55:25 PM PDT                                    Type: RN NOTE





Addendum:

June Quaresma RN POSTED ON 7/7/2021 5:12:34 PM PDT                                    Type: RN NOTE

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

# EXHIBIT D

| Offsite Type | Specialty | Reason | Priority |
|---|---|---|---|
| Pa n Management | Eva for chron c pa n management.  Rout ne | | |
| | Pa n not contro ed on current meds | | |
| | of Me ox cam and Lyr ca. | | |
| Therapy-PT | Pa n and mob ty restr ct ons. | Exped te | |

Addendum:

Kyu M n RN on 10/17/2021 11:11:53 PM

Current med cat on  st noted.

---

Leonardo Mendoza RN MCG POSTED ON 4/16/2021 2:28:05 PM PDT                                    Type: RN NOTE

ADA CASE MANAGEMENT NOTES:  Rece ved CDCR not f cat on that pat ent request ng the ffg: see be ow

Pat ent seen by MD & current y on HTN/GERD/Asthma & chron c pa n meds. Pt  s schedu e to see MD & psych for further eva uat on to accommodate

h s needs.


Apr  16, 2021

ADA Coord nator

San D ego Centra  Ja

1173 Front Street

San D ego, CA 92101

Dear ADA Coord nator:

CDCR 2275-CJ Form-Request For Reasonab e Mod f cat on Or Accommodat on For Access To

Hous ng and/or Program(s) In A County Ja  :

Book ng No.: 21107181 Name: Ne son, Chr stopher L.

DOB ▓▓▓▓▓▓       CDCR No.: F29557 CII No.: A23571190

The be ow dent f ed nformat on  s be ng prov ded to your agency  n comp ance w th an August 28,

2012, Federa court D str but ng and Enforc ng County Ja  Order and P an), ssued by

Judge C aud a W ken,  n the matter of Armstrong v. Brown, Case Number C94-2307 CW.

The Ca  forn a Department of Correct ons and Rehab  tat on (CDCR)  s respons b e for not fy ng

county ja  s of paro ees/ nmates housed  n the r fac  t es that have a d sab  ty and may requ re an

accommodat on as a resu t of that d sab  ty.

Attached CDCR 2275-CJ form was rece ved at our off ce from the above paro ee/ nmate housed  n

your county ja   and has requested an accommodat on. Our records from the CDCR D sab  ty and

Effect ve Commun cat on System (DECS)  nd cate the fo  ow ng:

D sab  ty Ident f ed: DPO-Interm ttent Whee cha r User

Med ca  Equ pment: Knee Braces, Whee cha r

Hous ng Restr ct ons: Ground F oor-No Sta rs, Lower/Bottom Bunk On y

Last Accommodat on: Read A oud Documents, S mp e Eng sh Spoken S ow y and C ear y

Paro ee/Inmate  s request ng: Ass st ve Dev ce, Hous ng-Doub e Mattress, Menta Hea th Care,

Med ca  Care-MRI-Med ca  Eva uat on-Nebu zer Mach ne for Asthma

ADA Coord nator

Page 2 CDCR 2275-CJ

Shou d there be any quest ons regard ng the above  nmate/paro ee, p ease contact the D v s on of

Adu t Paro e Operat ons, Paro e L t gat on Management Un t (PLMU) at (916) 322-6420.

S ncere y,

JOHN CARBONE

Paro e Agent II

DAPO D v s on HQ/Paro e L t gat on Management Un t

Enc osures: CDCR 2275-CJ

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

# EXHIBIT E

STATE OF CALIFORNIA
**REQUEST FOR REASONABLE MODIFICATION OR ACCOMMODATION**
**FOR ACCESS TO HOUSING AND/OR PROGRAM(S) IN A COUNTY JAIL**
CDCR 2275-CJ (04/14)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DIVISION OF ADULT PAROLE OPERATIONS

PAGE 1 OF 1

APR 1 5 20??

BY:

| | (This Section is for CDCR Use Only) | |
|---|---|---|
| | PAROLE REGION: | LOG NUMBER: |

In processing this request, it will be verified that the inmate/parolee has a disability that is covered under the Americans with Disabilities Act.

| CDC NUMBER: | INMATE/PAROLEE'S NAME (PRINT LAST, FIRST, MI): | HOUSING UNIT/CELL NO.: | NAME OF COUNTY JAIL FACILITY: |
|---|---|---|---|
| F29557 | Nelson Christopher Louis | 5A cell 09 | San Diego County jail |

In accordance with the provisions of the Americans with Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of that disability, be excluded from participation in, or be denied the benefits of the programs, services, or activities, available to them in a county jail facility, or be subject to discrimination.

**If you are an inmate or parolee currently supervised under the jurisdiction of the California Department of Corrections and Rehabilitation (CDCR),** you may use this form to request a specific reasonable modification or accommodation that, if provided, would enable you to participate in or benefit from a program, service, or activity offered by the county jail facility, for which you are otherwise qualified or eligible to participate. This includes access to mental health attention and/or treatment that would reasonably accommodate your needs while in the county jail.

You may also use this form to inform CDCR of an allegation of discrimination against you based upon a qualifying disability.

Mail this form to the Regional ADA Unit, in the postage-paid, business reply envelope that was provided to you.

A decision on your request will be mailed to you within 15 calendar days of receipt in the Regional ADA Unit.

If you do not agree with the decision, you may submit an appeal on a CDCR Form 602 (Rev. 08/09), *Inmate/Parolee Appeal*, which will be mailed to you with the written decision. Return your CDCR Form 602 appeal and supporting documentation to the Regional ADA Unit within 15 days of receipt of the decision.

*YOU ARE ENCOURAGED TO USE THE COUNTY JAIL GRIEVANCE PROCESS TO OBTAIN YOUR REQUESTED ACCOMMODATION IN ADDITION TO SUBMITTING THIS FORM TO THE CDCR PAROLE REGIONAL ADA UNIT.*

## MODIFICATION OR ACCOMMODATION REQUESTED

TYPE OF DISABILITY: ☐ VISION  ☐ HEARING  ☑ MOBILITY
☑ MENTAL HEALTH  ☐ OTHER: _____

PLEASE DESCRIBE YOUR DISABILITY: I have Stage 4 osteo Necrosis Resulting in 2 Bilateral hip replacements 1 in each leg. Also I Rolled my Car and Broke my Back a crack in my spine near the L8 And fracturing my L8 its part of the reason I'm in jail and its Documented. I also hurt my shoulder in the accident and its messed up bad But this jail refuses to respond to medical

TYPE OF MODIFICATION/ACCOMMODATION REQUESTED: ☑ ASSISTIVE DEVICE  ☐ HOUSING
☐ PROGRAM ACCESS  ☑ MENTAL HEALTH CARE  ☑ MEDICAL CARE  ☐ OTHER: _____

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? I am requesting A Double mattress for my Broken Back. I would like to see a Doctor about my Shoulder and Be given a MRI Because I went Man down trying to get help for shoulder and they Xrayed and sent me back to cell and Never said anything else I have tendon, Ligament and Rotator Cutt Damage, I would like easy access to a Nebulizer Machine for my asthma

INMATE/PAROLEE SIGNATURE:
X Chris Nelson

DATE SIGNED:
4-1-21

DISTRIBUTION: Original – Mail to the Regional ADA Coordinator in the envelope provided

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

Version 4.9.0

Summary   ADA/EC History

Log Out

CDC #: [F29557] [Search]        CDC Number: F29557, NELSON, CHRISTOPHER LOUIS

## Summary

### Offender/Placement

| | |
|---|---|
| CDC #: | **F29557** [Other] |
| Name: | **NELSON, CHRISTOPHER LOUIS** |
| Institution: | **Paroled on 10/28/2018** |
| Bed Code: | |
| Placement Score: | **25** |
| Custody Level: | **Medium A** |
| Housing Pgm: | **CTC – Corr Trtmnt Ct** |
| Housing Restrictions: | **Ground Floor-No Stairs, Lower/Bottom Bunk Only** |
| Physical Limitations to Job/Other: | **Limited Wheelchair User, PERMANENT 12-31-9999 Months** |

### Disability/Assistance

| | |
|---|---|
| DDP Code: | **NCF** |
| Effective Date: | **06/14/2006** |
| DPP Codes: | **DPO** [History] |
| 1845 Date: | **08/07/2018** |
| MHSDS Code: | |
| SLI: | |
| Primary Method: | |
| Alternate Method: | |
| Learning Disability: | |
| TABE (Read): | **12.9** |
| TABE Date: | **03/18/2015** |
| Durable Medical Equipment: | **Knee Braces, Other, Wheelchair** [Info] |
| Last Accomm: | **Read aloud Documents, Simple English spoken slowly and clearly, Gave additional time** |
| Spoken Languages: | |

### Important Dates

| | |
|---|---|
| Pending Revocation: | **No** |
| Revocation Date: | **02/04/2013** |
| Date Received in CDCR: | **06/13/2006** |
| Last Return Date: | |
| Extended Stay Date: | **05/05/2013** |
| Extended Stay Privileges? | |
| Release Date: | **10/28/2018** |
| 120 Day Date: | **06/30/2018** |
| Next IDST Date: | |

### Work/Vocation/PIA

**1**

| | |
|---|---|
| Group Priv: | |
| Group Work: | |
| Start Date: | |
| Status: | |
| Job Position: | |
| Job Title: | |
| IWTIP Code: | |
| IWTIP Description: | |
| Regular Day Off: | |
| Work Hours: | |

### Accommodation History

| Date | Type | Accommodation |
|---|---|---|
| 08/06/2018 | Classification Interview | Read aloud Documents, Simple English spoken slowly and clearly, Gave additional time |
| 12/21/2016 | Classification Hearing | Read aloud Documents, Simple English spoken slowly and clearly, Gave additional time, Rephrased sentence |
| 12/19/2016 | Classification Interview | Read aloud Documents, Simple English spoken slowly and clearly, Gave additional time, Rephrased sentence |
| 09/14/2016 | Classification Interview | Simple English spoken slowly and clearly, Gave additional time, Rephrased sentence |
| 06/10/2016 | Classification Interview | Simple English spoken slowly and clearly, Gave additional time, Rephrased sentence |
| 07/16/2015 | Classification Interview | Simple English spoken slowly and clearly, Gave additional time, Rephrased sentence |
| 10/22/2014 | Classification Interview | Simple English spoken slowly and clearly |

# EXHIBIT F

- Hea tn educat on rev ewed n ne management of mood symptoms, reviewed by...
- Mot vat ona therapy rendered about ach ev ng abst nence ▮▮▮▮▮▮▮▮▮▮.

RTC: 6 weeks Psych SC fo ow-up

Addendum:

| | |
|---|---|
| Re nan Pau no RN POSTED ON 5/5/2021 11:52:44 PM PDT | Type: RN NOTE |

Seen at HUR- Pt b at abras ons on h s e bow hea ed. "I don't need any treatment."

Addendum:

| | |
|---|---|
| Joj Evange sta CRN POSTED ON 5/4/2021 9:06:00 AM PDT | Type: RN NOTE |

Te emed c ne for Ortho sp ne comp ated. Awa t ng d ctated notes.

Addendum:

| | |
|---|---|
| SOAP NOTE BY: Co n La ng RN POSTED ON 5/2/2021 4:07:32 AM PDT | Type: RN NOTE |

### Subjective

I/P reports be ng burned by the phone.

### Objective

BP: /      Temp:      Pu se:      Resp:      Wt:      Sa02:      BS:      Pa n:

Noted severa superf c a m nor abras ons b atera y on backs of e bows. Abras ons scabbed over dark co orat on, no swe ng, b eed ng or dra nage present. No Sx of nfect on.

### Assessment

Impa red Sk n Integr ty

### Plan

▮▮▮▮▮▮▮▮

I/P nstructed to keep abras ons c ean, dry and to nform staff f any Sx of nfect on occur. I/P verba zed understand ng.
RN SC schedu ed 5/5/2021

| Appointment Name | | | Appointment Date | | |
|---|---|---|---|---|---|
| 7/9/2021 12:00:00 AM PDT | | | | | |
| 7/9/2021 12:00:00 AM PDT | | | | | |
| 7/3/2021 12:00:00 AM PDT | | | | | |
| 5/5/2021 12:00:00 AM PDT | | | | | |

| Treatment Name | Order Sig | Start | Stop |
|---|---|---|---|
| ONCE DAILY | 7/3/2021 8:00:00 AM PDT | 7/9/2021 11:59:59 PM PDT | |
| EVERY OTHER DAY | 7/3/2021 8:00:00 AM PDT | 7/8/2021 11:59:59 PM PDT | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| 200 MG | 2 | 10/17/2021 11:03:44 PM | 10/17/2021 11:59:59 PM | Take 400 mg by mouth NOW for 1 day(s). D spense 2 tab et. 0 Ref (s) *ATE | |

Pat ent not seen dur ng LTSC due to secur ty reason (use of force / hold / oc)

Addendum:

---

M an Jan Psych atr st POSTED ON 7/7/2021 12:48:18 PM PDT                                    Type: PSYCHIATRIST

PSYCH CC:

███████████████████████████. Per EMR, pt took dose th s morn ng, refused ast 7-9 doses, and was comp ant pr or to th s. No J212 or otherw se to nd cate why pt refused dur ng that per od.
- P ease cont nue to offer med cat on and nform pt that he can subm t form f he s hav ng an ssue/request
- To d scuss at next PsychSC, a ready schedu ed

Addendum:

---

Carr e Romero RN POSTED ON 7/6/2021 7:46:04 AM PDT                                          Type: RN NOTE

refused to come for LTSC.

Addendum:

---

Carr e Romero RN POSTED ON 7/4/2021 12:30:36 PM PDT                                         Type: RN NOTE

Pt refused to come to LTSC w tnessed by deput es 0648 and 0659

Addendum:

---

SOAP NOTE BY: Ker Cava o NP POSTED ON 7/3/2021 8:43:45 AM PDT                               Type: NP NOTE

**Subjective**

CC: Eva for wounds

HPI: 45 y/o ma e assesesd on hous ng f oor for c/o mu t p e wounds. IP staes he n t a y deve oped wounds to both e bows after gett ng shocked by meta tab e connested to phones. He was be ng treated w th ████████ and banda ds but wounds worsened ov er the past few days. No reports s m ar es ons to L th gh w thout provocat on.

ROS:
Den es fever, ch s
Den es N/V
Pos t ve for spontaneous wounds

**Objective**

| BP: / | Temp: | Pu se: | Resp: | Wt: | Sa02: | BS: | Pa n: |
|-------|-------|--------|-------|-----|-------|-----|-------|

OBJECTIVE
V ta s: [As shown n top sect on of 'object ve' box]

PE:
HEENT:
Ears:
Nose:
Throat:
Neck:
Resp ratory:

| Name | Scheduled Date | Reason | Completed Date |
|------|------|--------|------|
| QMHP | 5/19/2021 | - Please schedule with counselors for increased coping skills and support ( per Dr. jan 5/10/21) Refused by CHRISTOPHER NELSON on 5/21/2021. | 5/21/2021 |
| Medical Chart Review | 6/14/2021 | inmate ▓▓▓ 50 mg po daily recently expired pls renew if indicated thanks | 6/14/2021 |
| Medical Chart Review | 6/16/2021 | Per PT recommendation, needed MRI to confirm tear rt rotator cuff | 6/15/2021 |
| Psychiatry Sick Call | 6/22/2021 | Seen 5/10. 6 weeks PsychSC follow-up (6/21). Level 2-3. | 6/22/2021 |
| Medical Chart Review | 6/24/2021 | Off-Site/Consult Deferral | 6/24/2021 |
| Registered Nurse Sick Call | 6/25/2021 | Per J212 form, requesting clipper shave. | 6/30/2021 |
| Medical Doctor Sick Call | 7/3/2021 | Noted with open sores to bilateral elbows and L wrist x 2 mths per patient. Affected areas appears to be moist and reddened with no discharge or swelling noted. Reports itchiness to affected areas and denies pain. Please eval. | 7/3/2021 |
| Psych Chart Review | 7/6/2021 | Multiple refusal of ▓▓▓ Pls advise. | 7/7/2021 |
| Registered Nurse Sick Call | 7/2/2021 | Per J212 " I have big open sores on my elbows that wont heal." (7/7: not seen, IP @ CRT.) | 7/7/2021 |
| Medical Chart Review | 7/9/2021 | Please review BP checks. | 7/9/2021 |
| Medical Doctor Sick Call | 7/10/2021 | Pls. eval R wrist- swollen due to a fall | 7/10/2021 |
| Medical Doctor Sick Call | 7/10/2021 | I/P R. wrist swollen, painful. Reports injured wrist 7/7/21 by catching self when he slipped in cell. I/P reports hx of wrist fracture, requesting x-ray. I/P also asking about Tricity MRI appointment. Please review BP checks and assess. | 7/10/2021 |
| Medical Chart Review | 7/13/2021 | Pt on ▓▓▓ oral 50 mg BID will expire on 7/15/21. Pls renew/refill if needed. Thanks. | 7/13/2021 |
| Medical Chart Review | 7/26/2021 | Pls review TCMC MR result | 7/26/2021 |
| Psych Chart Review | 7/31/2021 | patient continues to refuse ▓▓▓ 10mg po qam | 8/3/2021 |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

# EXHIBIT G

Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

## BH ASSESSMENT - Completed by: Crystal Durden LMHC on 4/23/2021 8:36:20 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Lang: 4 |
|---|---|---|
| DOB: ▇▇▇ (Age 45) | Sex: M | Race: W |
| Housing: SDCJ-8-C-13-M | Court Date: 11/4/2021 1:30:00 PM | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

View this Patient's Charges in eJIMS:

[ View ]

Current Flags/Conditions:

Wheelchair - JIMS, TB Negative, PH COVID-19 Test Negative, DGN10 M25.511 Pain in right shoulder, Mood Disorders, MEDICAL TRANSFER RESTRICTIONS, Lower Bunk/Lower Tier, KOP Program, INTERMITTENT W-CHAIR, Federal Inmate, FALL PRECAUTIONS, Extra Mattress, Asthma, ADA Special Needs, ADA Mobility

Date of Assessment 4/22/2021 Assessing Staff C. Durden

## Clinic Reason:

- [x] Wellness Check
- [ ] I/P Request
- [ ] Counseling/Therapy
- [ ] RCC Needs
- [ ] Assess for Psychiatric Treatment
- [ ] Mental Health Restriction Removal/Add
- [ ] Mental Health Clearance
- [ ] Community Referral
- [x] Other

Explain:

Per the referral: CDCR notification on: Parolee/Inmate's request requesting mental health. IP was seen on 4/22 at a backside cell on the 5th floor, a confidential location. IP told MHC about some of his life hx and ▇▇▇▇▇▇▇▇. IP reports he crashed his car just before his arrest and "I broke my back. They're not even doing anything for me." IP denied any SI/HI and stated he would like to see the psych MD and rx'd "we butrin and zoloft." IP stated "I might be bipolar." IP stated he will request a f/u with an MHC if needed.

## Encounter Setting:

| [x] Confidential | [ ] Semi-Confidential | [ ] Non-Confidential |
|---|---|---|

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

Emot ona  Response to Incarcerat on:

███████████████████████████████████████████████████

███████████████████████████████████████████████████

## Psychosis (Current and/or Past Symptoms)

- ☑ None Ev dent
- ☐ Command AH
- ☐ Non-Command
- ☐ De us ons
- ☐ Ha  uc nat ons
- ☐ Negat ve Symptoms/Affect ve F atten ng/D rect on ess
- ☐ D sorgan zed/Incoherent Speech
- ☐ D sorgan zed/Cataton c Behav or
- ☐ Other

Other Comments:

## Mood-Depressive Symptoms (Current and/or Past Symptoms)

- ☐ None Ev dent
- ☑ Depressed or Irr tab e Mood
- ☐ Decreased Interest or P easure
- ☐ Fee ngs of Worth essness/Gu  t
- ☐ Appet te Changes
- ☐ Motor Ag tat on/Retardat on
- ☐ Insomn a/Hypersomn a
- ☐ Low Ab  ty to Concentrate
- ☐ Fat gue/Loss of Energy
- ☐ S eep D sturbance
- ☐ Cry ng Spe  s
- ☐ Fee ngs of Hope essness
- ☐ Fee ngs of He p essness
- ☐ Other

Other Comments:

| ☐ Recent Se f-Injur ous Behav or | ☐ SI w th n Last 6 Months | ☐ Su c de P ann ng |
|---|---|---|

## Anxiety (Current and/or Past Symptoms)

- ☐ None

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

# EXHIBIT H

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| 800-160 MG | 1 | 7/3/2021 8:00:00 PM | 7/13/2021 7:59:00 PM | Take 800-160 mg by mouth TWICE DAILY for 10 day(s). D spense 20 tab et. 0 Ref  (s) *ATE Prof e On y | |
| 15 MG | 1 | 5/16/2021 8:00:00 AM | 6/14/2021 11:59:59 PM | Take 15 mg by mouth ONCE DAILY for 30 day(s). D spense 30 tab et. 2 Ref  (s) | |

| Offsite Type | Specialty | Reason | Priority |
|---|---|---|---|
| Pa n Management | Eva  for chron c pa n management. Pa n not contro ed on current meds of Me ox cam and Lyr ca. | Rout ne | |
| Therapy-PT | Pa n and mob  ty restr ct ons. | Exped te | |

Addendum:

Kyu M n RN on 10/17/2021 11:11:53 PM

Current med cat on  st noted.

---

Krysta  Lott NP POSTED ON 5/14/2021 3:42:49 PM PDT          Type: NP NOTE

Offs te record rev ewed from 2019.

No new orders

Addendum:

---

Ker  Cava o NP POSTED ON 5/13/2021 9:40:38 AM PDT          Type: NP NOTE

NPCC

Ortho notes rev ewed.

MRI ordered, ███████████████

Addendum:

---

A  een Longno RN POSTED ON 5/10/2021 9:38:09 PM PDT          Type: RN NOTE

Te e Psych by Dr. Jan. Orders noted. Meds ver f ed. Schedu ed to Counse or. Psych  n 6 weeks 6/21/21.

Addendum:

---

M an Jan Psych atr st POSTED ON 5/10/2021 5:28:42 PM PDT          Type: PSYCHIATRIST

Psych atr c In t a  Eva uat on

HISTORY OF PRESENT ILLNESS:

████████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████

The fo ow ng encounter, w th verba  agreement from pat ent, was conducted over HIPAA comp ant v deo te e-conferenc ng  n conf dent a  sett ng at nterv ew room.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

Today pt presents as ca m, cooperat ve. Pt states he s hav ng decreased mood. States he was most recent y on ███████ from Ne ghborhood Hea th n Escond do. Last took a few weeks before arrest. He adm ts to ow mot vat on and anx ety. ████████████████████████████ . Pt otherw se reports fa r concentrat on, s eep, appet te. Pt den es su c da ty, hom c da ty, ha uc nat ons, de us ons, parano a, man a/hypoman a (or hx), n ghtmares, hx of PTSD, pan c sx. He has been ta k ng to h s w fe for supports. Has good ce es he ta ks to as we . He has been wr t ng etters to stay busy. R/B/A/AE of meds d scussed; pt thanked prov der for care.

PSYCHIATRIC HISTORY:

Pr or d agnoses/treatment: Treatment through Ne ghborhood Hea th n Escond do and tak ng ████████

Pr or hosp ta zat ons: Den ed

Pr or su c de attempt (SA) or se f- njur ous behav or (SIB): Den ed PSA/SIB

SUBSTANCE ABUSE HISTORY: ████████

FAMILY PSYCHIATRIC HISTORY: ██████████████

MEDICAL AND SURGICAL HISTORY: Broke back at arrest n MVA, Asthma, GERD, H p Rep acements

CURRENT MEDICATIONS: ██████████████████████████████

ALLERGIES: NKDA per pt/EMR

REVIEW OF SYSTEMS: comprehens ve rev ew of system was a negat ve un ess noted above.

SOCIAL HISTORY:

Hous ng: ██████████████████████████

Work ████████████ .

Soc a support: ██████████████████ .

CURRENT MENTAL STATUS: Fa r groom ng, c ean c othes, po te. A ert, awake, or ented to s tuat on. Rested w th good eye contact. No apparent and den es EPS. Ca m and cooperat ve. Euthym c affect, stab e and react ve w th ab ty to sm e and augh. Mood s descr bed as "not the best". Future or ented and hopefu . Den es su c da ty, hom c da ty, ha uc nat ons, de us ons, parano a. L near, og ca , goa -or ented thought process. No apparent response to nterna st mu . Fa r ns ght and judgment.

DIAGNOSTIC:

Ax s I/II: Depress on NOS F32.9, ████████ dz F15.20

RISK ASSESSMENT: RISK ELEVATION FROM BASELINE: M n ma . BASELINE: Low.

-RISK FACTORS: Gender, L tt e access to soc a support, No d rect access to s gn f cant other, Age

-PROTECTIVE FACTORS: L tt e access to means, No organ zed p an, No current substance m suse, Not ntox cated, Future or ented and hopefu , Not current y depressed, No past attempt, Intact thought process, No fe threaten ng ness, Deny ng SI

PLAN: Expected benef t, r sks, s de effects, a ternat ves d scussed. Pat ent does not present to be a danger to se f/others, or grave y d sab ed. Pat ent vouch ng for h s safety. Pat ent states he w nform staff f su c da . Pat ent agrees w th p an. Pt presents w th decreased mood and anx ety n context of ncarcerat on, ████████████████████ , and psychosoc a stressors. W restart prev ous y eff cac ous ████████ at th s t me.

- ████████████████████████████

- P ease schedu e w th counse ors for ncreased cop ng sk s and support

- Prov ded act ve sten ng, psychoeducat on, and support ve therapy w th d rect on.

- D scussed w th pat ent var ous d agnost c, treatment and med cat on ssues, opt ons exp ored and exp a ned. Treatment p an d scussed w th the pat ent; quest ons were answered. Pat ent expressed understand ng and agrees w th treatment recommendat ons.

- Educated on meds: take meds as prescr bed (names, dose, route, t me, frequency, reason and to take rout ne y), potent a ength of t me for a response, potent a comp cat ons as a resu t of an abrupt cessat on once a certa n dose has been reached for certa n meds, the need to cont nue rout ne meds even f pt starts to fee better, and to report any quest ons/concerns.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

- Hea....................................................................................ent of m..................Sha.....ed by.................
- Mot vat ona therapy rendered about ach ev ng abst nence from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

RTC: 6 weeks PsychSC fo ow-up

Addendum:

---

Re nan Pau no RN POSTED ON 5/5/2021 11:52:44 PM PDT | Type: RN NOTE

Seen at HUR- Pt b at abras ons on h s e bow hea ed. "I don't need any treatment."

Addendum:

---

Joj Evange sta CRN POSTED ON 5/4/2021 9:06:00 AM PDT | Type: RN NOTE

Te emed c ne for Ortho sp ne comp ated. Awa t ng d ctated notes.

Addendum:

---

SOAP NOTE BY: Co n La ng RN POSTED ON 5/2/2021 4:07:32 AM PDT | Type: RN NOTE

### Subjective

I/P reports be ng burned by the phone.

### Objective

BP: /     Temp:     Pu se:     Resp:     Wt:     Sa02:     BS:     Pa n:

Noted severa superf c a m nor abras ons b atera y on backs of e bows. Abras ons scabbed over dark co orat on, no swe ng, b eed ng or dra nage present. No Sx of nfect on.

### Assessment

Impa red Sk n Integr ty

### Plan

▓▓▓▓▓▓▓▓▓▓▓

I/P nstructed to keep abras ons c ean, dry and to nform staff f any Sx of nfect on occur. I/P verba zed understand ng.
RNSC schedu ed 5/5/2021

| Appointment Name | Appointment Date |
|---|---|
| 7/9/2021 12:00:00 AM PDT | |
| 7/9/2021 12:00:00 AM PDT | |
| 7/3/2021 12:00:00 AM PDT | |
| 5/5/2021 12:00:00 AM PDT | |

| Treatment Name | Order Sig | Start | Stop |
|---|---|---|---|
| ONCE DAILY | 7/3/2021 8:00:00 AM PDT | 7/9/2021 11:59:59 PM PDT | |
| EVERY OTHER DAY | 7/3/2021 8:00:00 AM PDT | 7/8/2021 11:59:59 PM PDT | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| 200 MG | 2 | 10/17/2021 11:03:44 PM | 10/17/2021 11:59:59 PM | Take 400 mg by mouth NOW for 1 day(s). D spense 2 tab et. 0 Ref (s) *ATE | |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

# EXHIBIT I

# Nelson, Christopher

*2107 81*  MRN: ▮▮▮▮▮

---

**Elizabeth Marie O'Neil, FNP**
Nurse Practitioner
Trauma

Discharge Summary
Cosign Needed

Date of Service: 03/02/21 1307

---

## Inpatient Discharge Summary

**Patient Name:** Christopher Nelson **MR#:** ▮▮▮▮▮▮

**Admitting Provider:** James Garrett Schwendig, MD
**Discharge Provider:** Imad Sami Dandan, MD
**Primary Care Physician at Discharge:** Dean Charles Tasher, MD 760-739-2371

**Admission Date:** 3/1/2021    **Discharge Date:** 3/2/2021

### Chief Complaint: MVA
### Discharge Diagnosis

**Active Hospital Problems**

| Diagnosis | Date Noted | POA |
|---|---|---|
| • (PP) Wedge compression fracture of t11-T12 vertebra, initial encounter for closed fracture (CMS/HCC) | 03/01/2021 | Yes |
| • Reactive airway disease without complication | 03/01/2021 | Yes |
| • Contusion of multiple sites of shoulder, right, initial encounter | 03/01/2021 | Yes |
| • Contusion of finger of right hand, initial encounter | 03/01/2021 | Yes |
| • Neck strain, initial encounter | 03/01/2021 | Yes |

**Resolved Hospital Problems**
No resolved problems to display.

### History of Present Illness
Christopher Nelson is a 44 year old male with a history of chronic pain and recent asthma exacerbation who lost control of his vehicle yesterday at a high rate of speed, with the vehicle rolling over with prolonged extraction.

### Hospital Course
The patient had a reported LOC at the scene. In the trauma bay a CT of the chest, abdomen, pelvis and neck were negative for any injuries. There was a questionable subtle linear lucency transversing the left lateral lamina of the T11 vertebral body but no point tenderness at this location. Dr. Bagheri from spine consulted and felt no further intervention is needed. Xrays of the right wrist, shoulder and hand were unremarkable.

The patient ate a regular diet. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

# AFTER VISIT SUMMARY



## Christopher Nelson

Closed T11 fracture (CMS/HCC) 📅 3/1/2021 - 3/2/2021 📍 Scripps Memorial Hospital La Jolla 4 West 📞 858-626-4123

PURPOSE: TO EXPLAIN YOUR RESPONSIBILITY IN MANAGING YOUR HEALTH AND EXPLAIN SYMPTOMS TO LOOK FOR

---

# Instructions



### Your medications have changed

➲ START taking:
**famotidine** (PEPCID)

**gabapentin** (NEURONTIN)

**HYDROcodone-acetaminophen** (NORCO)

**ibuprofen** (MOTRIN)

**predniSONE** (DELTASONE)
Start taking on: March 3, 2021

**Review your updated medication list below.**

---

# Your Next Steps

## ⑦ **Ask**

☐ Ask how to get these medications
- gabapentin
- predniSONE

## 👍 **Do**

☐ Pick up these medications from Green Ambulatory Pharmacy
- famotidine
- HYDROcodone-acetaminophen
- ibuprofen

☐ Schedule an appointment with general surgery as soon as possible for a visit

©2020 Epic Systems  Page 1 of
Corporation      4

# EXHIBIT J

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|

| DOB: ■■■■ (Age 45) | Sex: M | Race: W |
|---|---|---|
| Housing: SDCJ-8-C-13-M | Court Date: 11/4/2021 1:30:00 PM | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

**traMADol HCl Oral 50 MG Tablet** 3/2/2021 8:00:00 AM - 3/6/2021 11:59:59 PM Cavallo, Keri NP

Take 50 mg by mouth TWICE DAILY for 5 day(s). Dispense 10 tablet. 0 Refill(s) PRN severe pain *ATE Profile Only

Allergies:

| Allergies: |
|---|
| No Known Drug Allergy |

| | Mar 2 | Mar 3 | Mar 4 | Mar 5 | Mar 6 |
|---|---|---|---|---|---|
| 0800 | | X | X | X | X |
| | | | | | |
| | | | | | |
| 2000 | X | X | X | X | X |

Administered - Stephanie Kay Rappley RN - 3/6/2021 9:35:26 PM
Administered - Stephanie Yee RN - 3/6/2021 8:08:47 AM
Administered - Jesus Agustin RN - 3/5/2021 10:51:29 PM
Administered - Romeo DeGuzman RN - 3/5/2021 9:12:28 AM
Administered - Reinan Paulino RN - 3/4/2021 8:48:01 PM
Administered - Romeo DeGuzman RN - 3/4/2021 7:19:05 AM
Administered - Estela durola RN - 3/3/2021 9:49:54 PM
Administered - Edgar Timpug LVN - 3/3/2021 9:30:21 AM
Administered - Ma Krizel Santos RN - 3/2/2021 8:00:00 AM

| Patient: NELSON, CHRISTOPHER LOUIS | | #: 100013559 (21107181) | Class: 4 |
|---|---|---|---|
| DOB: ▓ (Age 45) | Sex: M | | Race: W |
| Housing: SDCJ-8-C-13-M | Court Date: 11/4/2021 1:30:00 PM | | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | | Proj. Rel: |

**Gabapentin Oral 400 MG Capsule** 3/6/2021 8:00:00 PM - 6/4/2021 7:59:00 PM LOTT, KRYSTAL NP

Take 400 mg by mouth TWICE DAILY for 90 day(s). Dispense 180 capsule. 0 Refill(s) *ATE

Allergies:

| Allergies: |
|---|
| No Known Drug Allergy |

| Hours | Mar 6 | Mar | Mar | Mar | Mar 10 | Mar 11 | Mar 12 | Mar 13 | Mar 14 | Mar 15 | Mar 16 | Mar 17 | Mar 18 | Mar 19 | Mar 20 | Mar 21 | Mar 22 | Mar 23 | Mar 24 | Mar 25 | Mar 26 | Mar 27 | Mar 28 | Mar 29 | Mar 30 | Mar 31 | Apr 1 | Apr 2 | Apr 3 | Apr 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | C | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 2000 | MNA | X | X | X | X | C | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| Hours | Apr 6 | Apr | Apr | Apr | Apr 11 | Apr 12 | Apr 13 | Apr 14 | Apr 15 | Apr 16 | Apr 17 | Apr 18 | Apr 19 | Apr 20 | Apr 21 | Apr 22 | Apr 23 | Apr 24 | Apr 25 | Apr 26 | Apr 27 | Apr 28 | Apr 29 | Apr 30 | May 1 | May 2 | May 3 | May 4 | May 5 | May 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | |
| 2000 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | |

| Hours | May 7 | May | May | May | May 11 | May 12 | May 13 | May 14 | May 15 | May 16 | May 17 | May 18 | May 19 | May 20 | May 21 | May 22 | May 23 | May 24 | May 25 | May 26 | May 27 | May 28 | May 29 | May 30 | May 31 | Jun 1 | Jun 2 | Jun 3 | Jun 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Administered - Christopher Dominguez RN - 4/24/2021 10:58:48 PM
Administered - Zaldy Benos LVN - 4/24/2021 8:59:02 AM
Administered - Reinan Paulino RN - 4/23/2021 10:32:09 PM
Administered - Chantel Williams RN - 4/23/2021 9:56:44 AM
Administered - Jesus Agustin RN - 4/22/2021 10:31:28 PM
Administered - Chantel Williams RN - 4/22/2021 8:56:55 AM
Administered - Bethany Higgins LVN - 4/21/2021 11:08:52 PM
Administered - Catherine Banguilan LVN - 4/21/2021 8:32:18 AM
Administered - Jayla Hadley RN - 4/20/2021 11:17:33 PM
Administered - Bethany Higgins LVN - 4/20/2021 1:48:09 AM
Administered - Bethany Higgins LVN - 4/19/2021 11:26:26 PM
Administered - Catherine Banguilan LVN - 4/19/2021 8:44:52 AM
Administered - Estela durola RN - 4/18/2021 10:31:35 PM
Administered - Stephanie Yee RN - 4/18/2021 8:45:02 AM

| | |
|---|---|
| **Patient:** NELSON, CHRISTOPHER LOUIS | **#:** 100013559 (21107181) | **Class:** 4 |

| | | |
|---|---|---|
| **DOB:** ▮▮▮ (Age 45) | **Sex:** M | **Race:** W |
| **Housing:** SDCJ-8-C-13-M | **Court Date:** 11/4/2021 1:30:00 PM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 3/2/2021 4:09:20 PM PST | **Proj. Rel:** |

**Pregabalin Oral 50 MG Capsule** 4/17/2021 8:00:00 AM - 5/16/2021 11:59:59 PM LOTT, KRYSTAL NP

Take 50 mg by mouth ONCE DAILY for 30 day(s). Dispense 30 capsule. 0 Refill(s)

Allergies:

| Allergies: |
|---|
| No Known Drug Allergy |

| Hours | Apr 17 | Apr | Apr | Apr 20 | Apr 21 | Apr 22 | Apr 23 | Apr 24 | Apr 25 | Apr 26 | Apr 27 | Apr 28 | Apr 29 | Apr 30 | May 1 | May 2 | May 3 | May 4 | May 5 | May 6 | May 7 | May 8 | May 9 | May 10 | May 11 | May 12 | May 13 | May 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | MNA | MNA | MNA | MNA | MNA | MNA | MNA | MNA | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

Administered - Catherine Banguilan LVN - 5/13/2021 8:19:42 AM

Administration Cancelled - Catherine Banguilan LVN - 5/12/2021 9:47:44 AM

Administered - Catherine Banguilan LVN - 5/12/2021 9:23:11 AM

Administered - Edgar Timpug LVN - 5/11/2021 8:35:47 AM

Administered - Zaldy Benos LVN - 5/10/2021 8:21:07 AM

Administered - Zaldy Benos LVN - 5/9/2021 9:05:53 AM

Administered - Zaldy Benos LVN - 5/8/2021 8:19:24 AM

Administered - Kelli Payne RN - 5/7/2021 8:34:54 AM

Administered - Kelli Payne RN - 5/6/2021 8:38:53 AM

Administered - Edgar Timpug LVN - 5/5/2021 8:48:29 AM

Administered - Edgar Timpug LVN - 5/4/2021 8:54:15 AM

Administered - Edgar Timpug LVN - 5/3/2021 8:49:21 AM

Administered - Stephanie Yee RN - 5/2/2021 8:54:52 AM

Administered - Stephanie Yee RN - 5/1/2021 8:20:34 AM

Administered - Catherine Banguilan LVN - 4/30/2021 8:29:33 AM

Administered - Catherine Banguilan LVN - 4/29/2021 9:09:07 AM

Administered - Edgar Timpug LVN - 4/28/2021 9:42:11 AM

Administered - Stephanie Kay Rappley RN - 4/27/2021 9:48:38 AM

Administered - Stephanie Kay Rappley RN - 4/26/2021 10:05:11 AM

Administered - Zaldy Benos LVN - 4/25/2021 8:07:20 AM

Not Administered - Medication Not Available - Zaldy Benos LVN - 4/24/2021 8:58:59 AM

Not Administered - Medication Not Available - Chantel Williams RN - 4/23/2021 9:56:43 AM

Not Administered - Medication Not Available - Chantel Williams RN - 4/22/2021 8:56:54 AM

Not Administered - Medication Not Available - Catherine Banguilan LVN - 4/21/2021 8:32:17 AM

Not Administered - Medication Not Available - Bethany Higgins LVN - 4/20/2021 1:48:08 AM

Not Administered - Medication Not Available - Catherine Banguilan LVN - 4/19/2021 8:44:51 AM

Not Administered - Medication Not Available - Stephanie Yee RN - 4/18/2021 8:45:00 AM

Not Administered - Medication Not Available - Stephanie Yee RN - 4/17/2021 8:25:35 AM

# EXHIBIT K



**San Diego County**
**SHERIFF'S DEPARTMENT**
**INMATE REQUEST *(PETICION DEL RECLUSO)***

MAR 0 7 2021

---

**SECTION I**    Complete the following information: *(Llene la siguiente informacion)*

**Facility:**    ☑ SDCJ    ☐ FAC8    ☐ EMRF    ☐ GBDF    ☐ LCDRF    ☐ SBDF    ☐ VDF
*(Carcel)*

**Name:**    Nelson Christopher
*(Nombre)*

**Booking #:** 21107181        **Date of Birth:** ▓▓▓▓▓▓▓▓        **Housing Unit:** 7A cell 3
*(Número)*                    *(Fecha de Nacimiento)*                *(Unidad)*

---

**SECTION II**    Refer to instructions on the back of this form.
*Refiere se a las instrucciones al revez de este formulario.*

I have a Request for the following:
*(Tengo una petición a lo siguiente):*    I Need My tramadol Refilled I
have a Crooked Spine (confirmed) And +
need my inhaler. I'm asthma.

**Signature:** *(signature)*        **Date and Time:** _____
*(Firma)*                            *(Fecha y hora)*

---

**SECTION III**        **RESPONSE BY DETENTION FACILITY STAFF ONLY**

**Forwarded to:** _____        **Date:** _____        **Time:** _____

Scheduled for MD to refill your Tramadol

**Completed by:** *(signature)*        **Date:** 3·7·21

NELSON, CHRISTOPHER LOUIS 100013559 (21107181)

J-21 (REV 01/15) FRONT

# San Diego County
# SHERIFF'S DEPARTMENT

## SICK CALL REQUEST

**SECTION 1**  Complete this information to request medical attention.

Print Name: Christopher Nelson      Bkg #: 21107181      Housing Unit: 5A   DOB: 6-24-76

I am requesting
- [✓] Medical Services
- [ ] Mental Health Services
- [ ] Dental Services
- [ ] GBDF
- [✓] SDCJ
- [ ] VDF
- [ ] EMRF
- [ ] LCDRF
- [ ] SBDF
- [ ] FAC 8
- [ ] Other

**Reason for request for health services:** My pain is very severe I need pain medication

I authorize and request the San Diego County Sheriff's Medical and Mental Health Services, its physicians, psychiatrists, dentists contracted agents, and medical personnel to administer and perform any and all medical and dental examinations, treatments, and diagnostic procedures deemed advisable or necessary.

Signed: _____      Date: 7-30-21

**SECTION 2**         Date Request Received: _____      Date Seen: _____

1. [ ] SEEN IN HUR        [ ] Chart reviewed
2. [ ] NOT SEEN DUE TO: [ ] Court [ ] Visit [ ] Released [ ] No Show/Refused [ ] Other_____ [ ] Rescheduled_____
3. [ ] Non-medical problem referred to: _____
4. [ ] Seen previously for same <u>non-medical</u> request, (tennis shoes, blankets, etc.).  No further evaluation.
5. [ ] NO FURTHER COMPLAINTS.  Patient advised to submit another Sick Call Request Slip if problem recurs.

**"S"ubjective**
Chief Complaint: _____

**"O"bjective:** _____

**"A"ssessment Nursing Diagnosis:** _____

**"P"lan:** [ ] Rx GIVEN as per SNP
[ ] SCHEDULED FOR SICK CALL WITH:   [ ] MD [✓] RN [ ] NP [ ] DDS
                                     [ ] Psych/Mental Health Specialist
                                     [ ] Other_____
[✓] PATIENT EDUCATION AND ADDITIONAL INFO: _____

SIGNATURE: _____      ID# _____

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES DIVISION
SICK CALL REQUEST
Page 1 of 1

[ ] GBDF [ ] EMRF [ ] LCDRF [ ] SBDF [ ] SDCJ [ ] VDF [ ] FAC8
Patient's Name: _____
DOB:
NELSON, CHRISTOPHER LOUIS, 1000-13559 (21107181)

# EXHIBIT L

Carr e Romero RN POSTED ON 9/30/2021 2:47:56 PM PDT                              Type: RN NOTE

Pt reports fee ng better after 2 tx. back to ce

Addendum:

Dav d Chr stensen MD POSTED ON 9/30/2021 2:40:08 PM PDT                          Type: MD NOTE

Add on Asthma

H/o ashthma. Last used predn sone about 9 months ago. Has been wheez ng for ast severa days. No fever or ch s.
Exam: m d tachypnea, speaks fu  sentences, wheez ng, m d y pro onged exp phase

Pt observed n c n c. Duoneb q 20 m n. @1430 pt exam ned. Lungs c ear. Symptomat ca y much mproved. Returned to ce .

Addendum:

SOAP NOTE BY: Carr e Romero RN POSTED ON 9/30/2021 1:40:20 PM PDT                Type: RN NOTE

**Subjective**

"I was supposed to be ab e to get a breath ng treatment as needed. I need one"

**Objective**

| BP: | Temp: | Pu se: 89 | Resp: 17 | Wt: | Sa02: 98 | BS: | Pa n: |
|-----|-------|-----------|----------|-----|----------|-----|-------|
| 123/94 | 98.2 | | | | | | |

PT brought to c n c for SOB/Wheeze. Reports hx of asthma and past few days has fe t need for nha er more frequent y. Noted m d y abored
breath ng and exp ratory wheeze heard. Reports ast xopenex use 30 m nutes pr or. A ert and or ented. Even r se and fa of chest. Sk n w/d/p and
appropr ate co or for ethn c ty. No d stress noted.

**Assessment**

R sk for resp ratory d stress
a t n hea th ma nt

**Plan**

Per MD, pred sone and duoneb tx prov ded. In c n c for mon tor ng.

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| 200 MG | 2 | 10/17/2021 11:03:44 PM | 10/17/2021 11:59:59 PM | Take 400 mg by mouth NOW for 1 day(s). D spense 2 tab et. 0 Ref (s) *ATE | |

Addendum:

Kyu M n RN on 10/17/2021 11:11:53 PM

Current med cat on st noted.

Carr e Romero RN POSTED ON 9/23/2021 1:23:28 PM PDT                              Type: RN NOTE

Pt requested we ght check 1x, done

Addendum:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

# EXHIBIT M



## San Diego County
## SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
*QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ     ☐ GBDF     ☐ EMRF     ☐ LCDRF     ☐ SBDF     ☐ VDF     ☐ FAC8

From:
*De:*       Name (Last, First, Middle)                    Booking Number           Housing Unit
            *Nombre (Apellido, Primero, Segundo)*         *Número de ficha*        *Unidad de alojamiento*

Grievance is about:    ☐ Jail Procedures    ☐ Jail Conditions    ☐ Medical    ☐ PREA   ☐ Other
*La queja es acerca:*     *Procedimientos de   Condiciones de        Médico                   Otro*
                          *la Cárcel          la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*

Describe the reason for your grievance in your own words. Please be specific.  (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras.  Por favor sea específico. (Use hojas adicionales si es necesario)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate Signature / *Firma de Preso*                    Date / *Fecha*

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by:
            Signature of receiving staff member          ARJIS #          Date              Time

Entered in JIMS:
            Date                Time                  JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐   The inmate's health or safety is unfairly impacted by a condition of confinement
☐   A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
    ☐  It is an appeal of discipline—JIMS Incident #                      JIMS Appeal Hearing #
    ☐  It is a complaint against staff—JIMS Incident #                    (Refer to Detentions P&P Section N.1)
    ☐  It is an inmate request—respond in writing below.  (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)    **Original goes to booking jacket**        **Copy goes to inmate after being signed by staff member**

## INSTRUCTIONS FOR THE USE OF THIS FORM

GRIEVANCES

A written grievance can be submitted in one of two ways. You may place your grievance in the locked grievance box located in your housing module. In this case, you will receive the second page of the form within a couple of days, signed by a staff member. Or, you can hand your grievance directly to a deputy or other staff member, as long as you are in an area that you have permission to be in. The deputy or staff member who accepts your grievance will sign the grievance and give you back the second page of the form. The page you receive will contain your own explanation of your grievance and the signature of the person who accepted your grievance. Be sure to keep this copy, because it is your receipt for your grievance. Your grievance will be answered within seven (7) days of the time you submit it to a staff member. Each time you appeal your grievance to a higher level of command, there will be another ten day response time. If you appeal a grievance to the level of the facility commander, his or her decision will be final.

Inmates can file a grievance for any reason or condition including, but not limited to:

A.  When you believe a condition exists that constitutes a health or safety hazard.
B.  Unfair or unequal treatment of inmates by staff.
C.  Denial of privileges or rights.
D.  Disciplinary action imposed.
E.  PREA (Prison Rape Elimination Act.)

## INSTRUCCIONES PARA EL USO DE ESTA FORMA

QUEJAS

Una queja hecha por escrito, puede ser sometida de una o dos maneras. Puede poner su queja en la caja con candado que está en su unidad de alojamiento. En este caso, recibirá la segunda página del formulario dentro de un par de dias, firmada por un miembro de personal. O puede darle su queja a un oficial u otro miembro de personal, siempre y cuando esté usted en un lugar permitido. El oficial o miembro de personal que acepte su queja la firmará y le dará la segunda página de la forma. La página que reciba incluirá su propia explicación de su queja firmada por la persona que recibió su queja. Asegurese de quedarse con la copia, porque es su recibo de su queja. Su queja será contestada dentro de siete (7) dias de cuando fue recibida por el miembro de personal. Cada vez que apele su queja a un nivel mas alto de mandato, seran otros dies (10) dias de espera. Si apela su queja a el nivel de comandante de la cárcel, la decisión de el o ella será final.

Presos pueden quejarse por cualquier razón o condición incluyendo, pero no limitado a:

A.  Si cree que existe una condición que puede dañar la salud o poner en peligro la vida de usted u otros presos.
B.  Trato injusto o desigual a los presos por los empleados de la cárcel.
C.  El negar privilegios o derechos.
D.  Acción disciplinaria impuesta.
E.  PREA (Prison Rape Elimination Act)

J-22 (Rev 1/15) BACK