1 GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
2 PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
3 HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
4 101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
5 Telephone: (415) 433-6830
Facsimile: (415) 433-7104
6 Email: ggrunfeld@rbgg.com
vswearingen@rbgg.com
7 pkaul@rbgg.com
eanderson@rbgg.com
8 hchartoff@rbgg.com

9 AARON J. FISCHER – 247391
LAW OFFICE OF
10 AARON J. FISCHER
2001 Addison Street, Suite 300
11 Berkeley, California 94704-1165
Telephone: (510) 806-7366
12 Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com
13
(*additional counsel on following page*)
14
Attorneys for Plaintiffs
15

16 UNITED STATES DISTRICT COURT

17 SOUTHERN DISTRICT OF CALIFORNIA

18 DARRYL DUNSMORE, ERNEST
ARCHULETA, ANTHONY EDWARDS,
19 REANNA LEVY, JOSUE LOPEZ,
CHRISTOPHER NELSON,
20 CHRISTOPHER NORWOOD, and
LAURA ZOERNER, on behalf of
21 themselves and all others similarly situated,

22 Plaintiffs,

23 v.

SAN DIEGO COUNTY SHERIFF'S
24 DEPARTMENT, COUNTY OF SAN
DIEGO, CORRECTIONAL
25 HEALTHCARE PARTNERS, INC.,
LIBERTY HEALTHCARE, INC., MID-
26 AMERICA HEALTH, INC., LOGAN
HAAK, M.D., INC., SAN DIEGO
27 COUNTY PROBATION DEPARTMENT,
and DOES 1 to 20, inclusive,

28 Defendants.

Case No. 3:20-cv-00406-AJB-WVG

**DECLARATION OF CHRISTOPHER NORWOOD IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**

Judge: Hon. Anthony J. Battaglia

Date: August 11, 2022
Time: 2:00 p.m.
Ctrm.: 4A

[4111617.1]

1 | (*counsel continued from preceding page*)

2 | CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
3 | OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4 | 401 B Street, Suite 1700
San Diego, California  92101-4297
5 | Telephone:  (619) 699-2700
Facsimile:  (619) 699-2701
6 | Email:      christopher.young@dlapiper.com
          isabella.neal@dlapiper.com
7 |           oliver.kiefer@dlapiper.com

8 | BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
9 | ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
10 | 2760 Fifth Avenue, Suite 300
San Diego, California  92103-6330
11 | Telephone:  (619) 232-2121
Email:      bvakili@aclu-sdic.org
12 |           jmarkovitz@aclu-sdic.org

13 | Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[4111617.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF CHRISTOPHER NORWOOD IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

**DECLARATION OF CHRISTOPHER NORWOOD**

I, Christopher Norwood, declare:

1.    I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.    I have been incarcerated at the San Diego County Jail ("the Jail") at least fifteen times since 2005. Most recently, I was incarcerated at the Jail from June 22, 2021 to February 9, 2022. My booking number was 21122487. I am now in the custody of the California Department of Corrections and Rehabilitation ("CDCR") at Wasco State Prison. I am 35 years old.

3.    I have been addicted to heroin for over a decade and diagnosed with opioid dependence. In the community, I have been prescribed Suboxone to treat my addiction. Suboxone is a daily medication that helps me manage my cravings for opioids, avoid using heroin, and live a normal functioning life. When I am managing my addiction well, I take Suboxone daily. I was clean and had not used heroin for months when I arrived at the Jail in June 2021.

4.    I also have serious mental health needs. I have received inpatient mental health care, and have a history of psychosis, depression, and anxiety. When I arrived at the Jail on June 22, 2021, a mental health clinician only saw me at booking to assess whether I was suicidal. I did not get any treatment then. A few days later, I requested mental health care because I was having anxiety, hearing voices, and was worried that I had not received any treatment for my opioid dependence.

5.    I finally saw a mental health clinician for care on July 3, 2021. Attached as **Exhibit A** is a true and correct copy of the assessment form that the Jail mental health clinician completed for that visit, which states that I was seen "with a deputy present." I remember the clinician came to my cell and talked to me through the cell window. A deputy was standing right outside the cell with the clinician. I

[3888461.2]

1

DECLARATION OF CHRISTOPHER NORWOOD

1  could not talk fully about my anxiety and my feelings with the deputy standing

2  there, and with other incarcerated people within earshot.

3      6.    I told the clinician about my addiction and that I had been sober for 100

4  days.  I asked if Suboxone was available because it would help me avoid heroin.  I

5  knew from past incarcerations that drugs like heroin, methamphetamine, and

6  fentanyl are widely available in the Jail.  That made me especially worried that

7  without Suboxone, I might get cravings and relapse, but the clinician told me I could

8  not get Suboxone in the Jail.

9      7.    I really needed Suboxone while incarcerated.  Medical records

10  collected and produced by the Sheriff's Department, attached hereto as **Exhibit B**,

11  state that on July 17, 2021, I overdosed on fentanyl at the Jail and was hospitalized

12  overnight at Sharp Chula Vista Medical Center.

13      8.    Even after I returned to the Jail on July 18, I never saw an addiction

14  specialist for the rest of the time I was incarcerated, despite asking the psychiatrist

15  multiple times.  I did not see another mental health professional until July 23, 2021,

16  or about three weeks after the first meeting.  The Jail did not provide me with

17  Narcotics Anonymous or other substance use education programs.  Instead, I had to

18  rely on a sobriety book from outside the Jail and work on my own to try to stay

19  clean and sober.  It is not easy in an environment like the Jail where opioids are

20  easily available, and where I have not received adequate treatment for my addiction

21  and mental health needs.

22      //

23      //

24      //

25      //

26      //

27      //

28      //

[3888461.2]

2
DECLARATION OF CHRISTOPHER NORWOOD

1    9.    I agreed to be a class representative in this case because I want to help
2  improve the medical, dental, and mental health care at the Jail, ensure that
3  incarcerated people with disabilities are accommodated and treated fairly, and help
4  make the Jail safe and secure for all incarcerated people.  I have been cooperating
5  fully with my counsel and am responding to all requests for information to the best
6  of my ability and recollection, and will continue to do so in the future.  My lawyers
7  keep me updated on the progress of this case, and I will review all materials
8  provided to me and provide my input to the best of my ability.  When I have
9  questions about the case, I will ask the attorneys for help to understand everything to
10  the best of my ability.

11    I declare under penalty of perjury under the laws of California and the United
12  States of America that the foregoing is true and correct, and that this declaration is
13  executed at _____WASCO_____, California this /9th day of April, 2022.

Christopher Norwood

[3888461.2]

3
DECLARATION OF CHRISTOPHER NORWOOD

# EXHIBIT A

George Bailey
446 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

**BH - MENTAL HEALTH ACUITY LEVEL** - Completed by: Brandon Bridgeman MHC on 7/3/2021 5:37:38

PM PDT

| | | |
|---|---|---|
| **Patient:** NORWOOD, CHRISTOPHER SCOTT | **#:** 100113045 (21122487) | **Lang:** 4 |
| **DOB** [redacted] (Age 34) | **Sex:** M | **Race:** W |
| **Housing:** GBDF-4-A-111-B | **Court Date:** | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 6/22/2021 10:33:37 AM PDT | **Proj. Rel:** 8/29/2021 12:00:00 AM |

**MH Acuity Level**

- ☐ Acute
- ☐ Severe
- ☐ Moderate y Severe
- ☑ Moderate
- ☐ M d
- ☐ M n ma
- ☐ None

C n ca  Recommendat ons

I/P to be seen by psych atry, and fo owed-up by QMHP for regu ar we ness checks.

NORWOOD, CHRISTOPHER SCOTT  100113045 (21122487)

George Bailey
446 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

## BH ASSESSMENT - Completed by: Brandon Bridgeman MHC on 7/3/2021 5:37:40 PM PDT

| Patient: NORWOOD, CHRISTOPHER SCOTT | #: 100113045 (21122487) | Lang: 4 |
|---|---|---|
| DOB ▮ (Age 34) | Sex: M | Race: W |
| Housing: GBDF-4-A-111-B | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 6/22/2021 10:33:37 AM PDT | Proj. Rel: 8/29/2021 12:00:00 AM |

View this Patient's Charges in eJIMS:

[ View ]

Current Flags/Conditions:

Psychotic Disorders, Protective Custody, No SBDF, MEDICAL TRANSFER RESTRICTIONS, Inmate Safety Program, Asthma

Date of Assessment 7/3/2021 Assessing Staff Bridgeman

## Clinic Reason:

- [x] Wellness Check
- [x] I/P Request
- [ ] Counseling/Therapy
- [ ] RCC Needs
- [ ] Assess for Psychiatric Treatment
- [ ] Mental Health Restriction Removal/Add
- [ ] Mental Health Clearance
- [ ] Community Referral
- [ ] Other

Explain:

## Encounter Setting:

| [ ] Confidential | [x] Semi-Confidential | [ ] Non-Confidential |
|---|---|---|

I/P was seen at the medical window with a deputy present.

Emotional Response to Incarceration:

I/P was booked on 6/22/21 for charges: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮ . I/P has a scheduled court date of 8/5/21.

NORWOOD, CHRISTOPHER SCOTT  100113045 (21122487)

# EXHIBIT B

Facility: **Sharp Chula Vista Medical Center**                    **NORWOOD, CHRISTOPHER S**
SHC#:   100-252-786          Admit:  7/17/2021
FIN:    63188230             Disch:  7/18/2021    DOB/Age/Sex:  ▮▮▮▮▮  34 years   Male

Emergency Documentation

Document Name:                          ED Note
Document Status:                        Auth (Verified)
Electronically Signed By:               Villani MD,Heather R (7/18/2021 00:25 PDT)
Authenticated By:                       Villani MD,Heather R (7/18/2021 00:25 PDT); Villani MD,
                                        Heather R (7/18/2021 00:25 PDT)

Patient: **NORWOOD, CHRISTOPHER S**  SHC: **100-252-786** MRN: **00-80-17-51** FIN: **63188230**
Age: **34 Years**  Gender: **Male**  DOB ▮▮▮▮▮▮
Author: **Villani MD, Heather R**

**Date/Time:**
07/17/21 15:24

**Time of my initial contact with patient:**
on arrival

**Mode of Arrival:**
Ambulance

**Private Medical Doctor:**
Michlin MD, Bernard

**Triage Narrative:**
34/M BIBM CO ROSC/narcan wake up. ROSC on scene after 32mg IM narcan. PT CO rib pain on arrival. ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. responding appropriately. PT comes
from George Bailey detention center, reportedly PT was drinking prison wine which was thought to be laced w/ fentanyl
Entered by: Anderson, Ryan at 07/17/2021 15:24

**Chief Complaint:**
Arrest: Cardiac and / or Respiratory

**History of Present Illness:**
34-year-old incarcerated male with a history of asthma and anxiety/depression who was brought in by medics after presumed opiate
overdose. The patient was drinking prison wine which was thought to be laced with fentanyl. Apparently 15 inmates were affected. The
patient was found without a pulse. CPR was initiated. He underwent 7 minutes of CPR and a total of 32 mg IM Narcan. He does complain
of rib pain on arrival. He states he had recent rib fractures from "horseplay." He reports he is otherwise been well, no fever, vomiting,
diarrhea. Denies headache, focal weakness or numbness, abdominal pain, urinary symptoms. He states he has been using opiates for 15
years. He states he has previously used fentanyl but has never overdosed.

**Problem List & Past Medical/Surgical History:**



**Family History:**
None pertinent

**Social History:**
▮▮▮▮▮▮▮▮▮▮▮▮▮

**Allergies:**
▮▮▮▮▮▮▮▮

*=Abnormal | C=Critical | #=Corrected Result | R=Result Comment | O=Order Comment | ^=Interpretive Data | @=Performing Lab | W=Witness
Unless otherwise noted, all lab testing is performed at Chula Vista Medical Center, 751 Medical Center Court, Chula Vista, CA 91911

NORWOOD, CHRISTOPHER SCOTT  100113045 (21122487)