GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:    ggrunfeld@rbgg.com
          vswearingen@rbgg.com
          pkaul@rbgg.com
          eanderson@rbgg.com
          hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone:  (510) 806-7366
Facsimile:  (510) 694-6314
Email:    ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-WVG <br><br> **DECLARATION OF DANIEL WEBB IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** <br><br> Judge:    Hon. Anthony J. Battaglia <br><br> Date:    August 11, 2022 <br> Time:    2:00 p.m. <br> Ctrm.:   4A |

[4111617.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF DANIEL WEBB IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

1  (*counsel continued from preceding page*)

2  CHRISTOPHER M. YOUNG – 163319
   ISABELLA NEAL – 328323
3  OLIVER KIEFER – 332830
   DLA PIPER LLP (US)
4  401 B Street, Suite 1700
   San Diego, California  92101-4297
5  Telephone:  (619) 699-2700
   Facsimile:  (619) 699-2701
6  Email:      christopher.young@dlapiper.com
               isabella.neal@dlapiper.com
7              oliver.kiefer@dlapiper.com

8  BARDIS VAKILI – 247783
   JONATHAN MARKOVITZ – 301767
9  ACLU FOUNDATION OF SAN DIEGO &
   IMPERIAL COUNTIES
10 2760 Fifth Avenue, Suite 300
   San Diego, California  92103-6330
11 Telephone:  (619) 232-2121
   Email:      bvakili@aclu-sdic.org
12             jmarkovitz@aclu-sdic.org

13 Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF DANIEL WEBB**

I, Daniel Webb, declare:

1.     I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.     I have been incarcerated at the San Diego County Jail ("the Jail") since January 16, 2021.  My booking number is 21101684.  I am 56 years old.

3.     I am housed in unit 7B.  I was incarcerated while awaiting trial until my conviction in January 2022.  Since then, I have been incarcerated while awaiting transfer to the custody of the California Department of Corrections and Rehabilitation ("CDCR").

4.     I have been incarcerated at the Jail approximately 33 times since 2014. I have not had a regular home since around the year 2000, and have been homeless for most of the past 20 years.  I have been incarcerated repeatedly on charges for public intoxication.  I have never been offered alternatives to incarceration nor received assistance for alcohol dependence.  I have never received alcohol treatment while incarcerated at the Jail.  I have never received any reentry programming in connection with my discharge from the Jail.  When I am released from the Jail, I am released to the street and go right back to being homeless without any treatment.

5.     My left leg was amputated below the knee in approximately 2008, after I was injured in a collision with a train.  I received a lower leg prosthesis shortly thereafter, which allowed me to walk without the need for other assistive devices.  I received a new prosthetic leg on or around June 2018, from Hanger Clinic: Prosthetics & Orthotics in San Diego.   Attached as **Exhibit A** is a true and correct copy of my Jail medical records, showing that I had a left leg prosthetic in October 2018 when I entered the Jail, and that I was using the prosthetic in January 2019.

[3871883.1]

1
DECLARATION OF DANIEL WEBB

6.    When I have been arrested and incarcerated in San Diego, I am almost always housed at San Diego Central Jail.  Sometimes, I have been booked into Vista, but then quickly transferred to another Jail facility.  For example, in early May 2015, I was booked into Vista, but then transferred to Central Jail after a few days.  Attached as **Exhibit B** is a note in my Jail medical records showing that the Sheriff's Department moved me to Central Jail because Vista could not accommodate my disabilities:  "Classification is aware that the I/p needs to be transferred to SDCJ because VDF is not ADA compliant."

7.    On or around February 2019, while I was incarcerated at the Jail, I went out to court and left my prosthetic leg in my cell.  When I returned, the prosthetic was gone.  I asked a deputy where my prosthetic was and he responded that staff had taken it and thrown it in the "dumpster."

8.    After the Jail had thrown my prosthetic leg away, I submitted multiple sick call requests and grievances in February, March, and April 2019 requesting a replacement prosthetic.  For example, attached as **Exhibit C** is a true and correct copy of a February 16, 2019 request asking for a replacement prosthetic.  I also filed sick call requests and inmate request forms requesting a prosthetic on February 25, March 31, April 7, and April 15, 2019.  Those requests are attached as **Exhibit D**.  In the April 15, 2019 request, I reminded Jail staff that I had been asking for a replacement prosthetic for two months and that the process of fitting a new prosthetic would take several weeks.  None of the Jail medical or custody staff seemed to feel any urgency to replace my prosthetic limb.  Although in April 2019 I was finally told that I was referred for a prosthetic replacement, I was transferred to CDCR before I ever received a new prosthetic.

9.    At CDCR, I was able to obtain a new prosthetic leg.  However, this prosthetic was stolen from the back of my wheelchair when I was released

[3871883.1]

2

DECLARATION OF DANIEL WEBB

back into the community.  In 2020 and 2021 when I was back in the Jail, I told Jail staff that the Jail had thrown away my prosthetic leg and that I needed a replacement.  Attached as **Exhibit E** is a true and correct copy of a May 2021 sick call request form stating my need for a replacement due to custody staff's confiscation of the prosthetic limb in 2019.

10.    The Jail has not provided me with a replacement prosthetic, despite my repeated requests.  For months, Jail staff repeatedly told me that I am on schedule to receive a replacement.  In August 2021, I was told that the County and Sheriff's Department would not replace my prosthetic leg.  The medical doctor at the Jail told me that I will have to get it on my own when I get out.

11.    Since my prosthetic was taken away by the Jail, my physical body has deteriorated.  I am forced to use a wheelchair to get around the Jail.  My back, legs, and joints hurt from constantly sitting in the wheelchair and the lack of exercise I was used to.  Being without my prosthetic leg has destroyed my body from sitting in a wheelchair for all these years.  Sitting slouched in a wheelchair all day every day has damaged my vertebrae.

12.    Not having my prosthetic leg has made it impossible to get housing or a job.  Being in a wheelchair, I am constantly victimized.  I am regularly robbed weekly of my property and medications, and unable to effectively defend myself or pursue the robber.  I cannot make it to medical appointments.

13.    I was housed in an Enhanced Observation Housing ("EOH") cell for three days in October 2018 because I expressed suicidal ideation.  I was forced to be in the cell naked, with only a safety smock to cover me in the cold cell.  There was nowhere to sleep other than on the floor, next to the hole where I had to use the bathroom.  I had no access to any programs, such as the phone, social visits, or any reading material.  I can't explain how bad it was, but I can say that it was absolutely horrible.  The experience was so miserable

[3871883.1]

3

DECLARATION OF DANIEL WEBB

1    that I do not want to report feeling suicidal in the Jail, because I do not want

2    to go back there.

3    14.    I cannot read without glasses and have trouble seeing anything real

4    close without glasses.  In January 2021, I asked for glasses to read in order to

5    cope with my life circumstances.  I did not receive an eye exam or glasses

6    that month, so in February 2021, I again requested to see an optometrist and

7    to obtain glasses.  Shortly thereafter, the Jail gave me 3.0 (three power)

8    magnification glasses, but they were too powerful and hurt my eyes.  In

9    October 2021, I requested that he Jail provide me with different glasses

10    because the 3.0 magnification glasses were not working for me and I could

11    not read with them.  On October 20, 2021, I had an eye exam and was fitted

12    for new glasses that were 2.25 magnification.  By December 2021, I still had

13    not received the 2.25 magnification glasses and was stuck with the 3.0

14    magnification glasses that were too powerful.  In February 2022, the

15    optometrist told me there is a possibility that I have glaucoma, but the

16    optometrist was not able to confirm whether I have glaucoma or not.  But I

17    still did not receive a new set of glasses.  The optometrist finally gave me a

18    pair of glasses that work okay for me in early March 2022.

19    15.    For the past several months I have complained daily to Jail staff about

20    abdominal pain and swelling.  The Jail has only prescribed laxatives for this

21    medical issue.  I repeatedly told Jail staff that the laxatives were not working,

22    and have put in many medical slips and grievances about this problem.  My

23    abdomen has swollen as if there is a basketball inside, and it is extremely

24    painful as if my muscles are tearing and there are spikes inside my belly.  On

25    approximately March 5, 2022, a loop of my intestines pushed out between my

26    abdominal muscles and below my sternum.  The bulging intestines measured

27    approximately three inches high, four inches wide, and ten inches long.  I told

28    custody officers and pill call nurses about this emergency, and they responded

[3871883.1]                                                4
                              DECLARATION OF DANIEL WEBB

1  by telling me that I was eating too much and getting fat.  None would believe
2  me and none referred me to medical care.  I submitted numerous sick call
3  slips and grievances, but doing so proved futile and I did not receive any
4  medical attention.  On March 7, 2022, I went man down, but custody officers
5  basically ignored me.  After additional repeated attempts to go man down, I
6  was finally taken to see medical staff who told me that I had a ventral hernia
7  and provided only a velcro wrap to wrap around my belly.  Medical staff told
8  me that I needed a sonogram and said that it could take weeks or months
9  before I get the sonogram, and that in all likelihood I would have to wait until
10 I get out of Jail before I actually receive the sonogram.

11 16.    I submit this declaration because I want to help improve the medical,
12 dental, and mental health care at the Jail, ensure that incarcerated people with
13 disabilities are accommodated and treated fairly, and help make the Jail safe
14 and secure for all incarcerated people.

15

16 I declare under penalty of perjury under the laws of the United States of
17 America that the foregoing is true and correct, and that this declaration is executed
18 at San Diego County Central Jail in San Diego, California this 9th day of March
19 2022.

20
21                                    Daniel Webb
22                                    Daniel Webb
23
24
25
26
27
28
[3871883.1]                            5
                    DECLARATION OF DANIEL WEBB                    DW

# EXHIBIT A

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

**JIM:** ██████████        **Book#:** 18167781        **Name (L,M,F,S):** WEBB, DANIEL

## Encounter Detail

### Encounter Notes

**Entry Date:** 10-23-2018 2058        **Entered By:** SRAPPLSH,  RAPPLEY

IP was seen on 2nd floor. IP is alert & oriented to self, location, time &
situation. Resp is even & unlabored. Skin is warm, dry, intact & perfused. IP
has L leg prosthesis and claims he doesn't have the socks to keep it on so he
is unable to walk at this time. IP is using a w/c at this time for ambulation.
IP states he is able to transfer himself to and from bed, toilet, without
assistance. Claims he drinks vodka every day and is feeling sick. SNP etoh w/d
initiated. First dose of meds given. IP tolerated well. Also claims hx of sz &
takes ████████████  IP signed ROI to CVS pharmacy. IP was informed of EOH
protocol d/t his charges. IP became angry about having to go to EOH but
verbalized understanding.

**Entry Date:** 10-23-2018 1857        **Entered By:** AADRANSH,  ADRANEDA

Hx of L BKA back in 2006, w/ prosthesis and healed stomp. Pt. able to ambulate
independently.

## Med Alerts

---

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| JIM: ███████ | Book#: 18167781 | Name (L,M,F,S): WEBB, DANIEL |
|---|---|---|

## Encounter Detail

### Encounter Notes

**Entry Date:** 01-02-2019 1751        **Entered By:** VGATANNS ,   GATAN

```
NPSC - "PEr J212"Need to see Dr. about prostetic wont go on" Please
eval"

53yo requesting adjustment on L AKA prosthetic and tylenol/motrin. ███████
██████████████████████████████████████████████████████
████████████████████

A/o conversant nad
ncat perrl
resp easy and unlabored
ext: L AKA, stump wnl
neuro: grossly intact, uses wc for ambulation

accu chk - 103

A/P
a. L AKA, requesting prosthetic adjustment. stump wnl.
-IP was advised that logistic wise, it will be difficult to request for
prosthetic adjustment. IP verbalized understanding
-XL ted hose on L stump
-motrin/tylenol as ordered
```

██████████████████████████████████████
████████████████████
██████████████████████
██████████████████████████
███████████████

## Med Alerts

# EXHIBIT B

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| | | | | |
|---|---|---|---|---|
| **JIM:** ███ | **Book#:** 15727902 | | **Name (L,M,F,S):** | WEBB, DANIEL, RONALD |

**Book Dt/Tm:** 05-01-2015 2107

| | | | | |
|---|---|---|---|---|
| **DOB:** ███ | **Age:** 56 | **Des.:** W | **Sex:** M | **SSN:** ███ |
| **Fac:** 902 | **Area:** | **HU:** | **Cell:** | **Bed:** |

**Health Service #:**                    **Health Status:** UNKNOWN

**Medical Classification: NO**

## Admin Entries

**Entry Date:** 05-02-2015 0856          **Entered By:** AMEDINSH, MEDINA

I/p is a pending MOB admission from intake. I/p uses w/c for mobility d/t LBKA.
Classification is aware that the I/p needs to be transferred to SDCJ because
VDF is not ADA compliant. Per Sgt #5131, I/p is to be placed into MOB until
transportation is available which will probably be Monday, 05/04. CRN was made
aware. Will place I/p into an isolation cell.

# EXHIBIT C

**SECTION 1**  Complete this information to request medical attention.

Print Name: Daniel Webb        Bkg #: 18167781        Housing Unit: _____   DOB: _____

I am requesting
- ☑ Medical Services
- ☐ Mental Health Services
- ☐ Dental Services
- ☐ GBDF
- ☐ SDCJ
- ☐ SBDF
- ☐ EMDF
- ☐ LCDF
- ☐ VDF
- ☐ Other

**Reason for request for health services:** Extreme Pain / extreme & unusual Punishment, Not giving me hospital allocated meds, Just got surgery

I authorize and request the San Diego County Sheriff's Medical and Mental Health Services, its physicians, psychiatrists, dentists, contracted agents, and medical personnel to administer and perform any and all medical and dental examinations, treatments, and diagnostic procedures deemed advisable or necessary.  Wheelchair & My Prosthetic

I understand that the Sheriff's Department shall charge me $3.00 for any routine sick call visit that I initiate and that this charge will be deducted from my account during the current stay in jail.  I also understand that I shall not be denied medical care if I am unable to pay the $3.00 fee.

Signed: ___Dan Webb___        Date: 2-16-19

---

**SECTION 2**        **FOLLOW-UP INFORMATION**
**(This section is to be completed by Medical Staff Only)**

Charge: ☐ Yes  ☐ No

Authorized signature _____ ID# _____ Date: _____ Charge posted by _____ Date _____
If no charge, explain: _____ Amount collected: ☐ $3.00 ☐ $_____

---

**SECTION 3**        Date Request Received: _____        Date Seen: _____

1. ☐ SEEN IN HUR   ☑ Chart reviewed
2. ☐ NOT SEEN DUE TO: ☑ Court ☐ Visit ☐ Released ☐ No Show/Refused ☐ Other____ ☐ Rescheduled_____
3. ☐ Non-medical problem referred to: _____
4. ☐ Seen previously for same non-medical request, (tennis shoes, blankets, etc.).  No further evaluation.
5. ☐ NO FURTHER COMPLAINTS. Patient advised to submit another Sick Call Request Slip if problem recurs.

**"S"ubjective**
Chief Complaint: _____

**"O"bjective:** _____Scheduled to see MD_____

**"A"ssessment Nursing Diagnosis: _____

**"P"lan:** ☐ Rx GIVEN as per SNP_____
☐ SCHEDULED FOR SICK CALL WITH:   ☐ MD ☐ RN ☐ NP ☐ DDS
☐ Psych/Mental Health Specialist
☐ Other_____
☐ PATIENT EDUCATION AND ADDITIONAL INFO: _____

SIGNATURE: ____RN 6562    2/16/19_____        ID# _____

---

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES DIVISION
**Sick Call Request**
Page 1 of 1

GBDF/EMDF    LCDF    SBDF  |  SDCJ  |  VDF
Patient's Name: _____
D.O.B: _____

Form J212 Rev 12/2008        Booking Number        Date (MM/DD/YY)

# EXHIBIT D

*Ms. Godman*
*Coodman*

*Pscy.*

**San Diego County**
**SHERIFF'S DEPARTMENT**
**INMATE REQUEST** *(PETICION DEL RECLUSO)*

## SECTION I    Complete the following information: *(Llene la siguiente información)*

**Facility:** ☒ SDCJ  ☐ FAC8  ☐ EMRF  ☐ GBDF  ☐ LCDRF  ☐ SBDF  ☐ VDF
*(Carcel)*

**Name:** Daniel Webb
*(Nombre)*

**Booking #:** 18167781    **Date of Birth:** ▮▮▮▮    **Housing Unit:** 7B
*(Número)*    *(Fecha de Nacimiento)*    *(Unidad)*

## SECTION II    Refer to instructions on the back of this form.
*Refiere se a las instrucciones al revez de este formulario.*

**I have a Request for the following:**
*(Tengo una petición de siguiente):*

I'll either be released or remain in custody for who knows @ how longer I'm, interested about what you said 'I won't be homeless If I leave tommorral I have nothing left. I'll be cold and stranded. My Prosthetic leg got stolen & my cantren & legal Work while I was in hospital. I'll be a victim again a real easy one.

**Signature:** Dan Webb    **Date and Time:** 2-25-19
*(Firma)*    *(Fecha y hora)*

## SECTION III    RESPONSE BY DETENTION FACILITY STAFF **ONLY**

**Forwarded to:** _____    **Date:** FEB 2 5 2019   **Time:** _____

_____

_____

_____

_____

_____

_____

_____

**Completed by:** _____    **Date:** _____

**J-21 (REV 01/15) FRONT**



## INSTRUCTIONS FOR USE OF THIS FORM

1. <u>**REQUESTS**</u>

   You may use this form when you have a request that has not been satisfied by speaking with the housing deputy.

## INSTRUCCIONES PARA EL USO DE ESTE FORMULARIO

1. <u>**PETICIONES**</u>

   Usted puede usar esta formulario cuando se tiene una petición que no ha sido resuelta con hablar con el oficial de la unidad.

**J-21 (REV 01/15) BACK**



**San Diego County**
**SHERIFF'S DEPARTMENT**
**INMATE REQUEST** *(PETICION DEL RECLUSO)* MAR 3 1 2019

*MÉD*

*AARON BROWN*

---

**SECTION I**     **Complete the following information:** *(Llene la siguiente informacion)*

**Facility:**  ☒ SDCJ   ☐ FAC8   ☐ EMRF   ☐ GBDF   ☐ LCDRF   ☐ SBDF   ☐ VDF
*(Carcel)*

**Name:** Daniel Webb
*(Nombre)*

**Booking #:** 18167781      **Date of Birth:** ██████      **Housing Unit:** 7/3
*(Número)*                    *(Fecha de Nacimiento)*                    *(Unidad)*

---

**SECTION II**     **Refer to instructions on the back of this form.**
*Refiere se a las instrucciones al revez de este formulario.*

**I have a Request for the following:**
*(Tengo una petición a lo siguiente):*

Can you help with getting my prosthetic Replaced
I go to sentencing 4-05-19. It should have been
replaced already. I'll probably be leaving soon.
I need my leg long ago

I'm getting nowhere

**Signature:** *Daniel Webb*      **Date and Time:** 3-31-19
*(Firma)*                          *(Fecha y hora)*

---

**SECTION III**          **RESPONSE BY DETENTION FACILITY STAFF ONLY**

**Forwarded to:** Medical      **Date:** 3/31/19      **Time:** _____

Scheduled for MDSC to see if
referral is appropriate

**Completed by:** 7898      **Date:** 3/31

J-21 (REV 01/15) FRONT

## INSTRUCTIONS FOR USE OF THIS FORM

1. <u>**REQUESTS**</u>

    You may use this form when you have a request that has not been satisfied by speaking with the housing deputy.

## INSTRUCCIONES PARA EL USO DE ESTE FORMULARIO

1. <u>**PETICIONES**</u>

    Usted puede usar esta formulario cuando se tiene una petición que no ha sido resuelta con hablar con el oficial de la unidad.

**J-21 (REV 01/15) BACK**



**San Diego County** *Medical*
**SHERIFF'S DEPARTMENT**
**INMATE REQUEST** *(PETICION DEL RECLUSO)*

---

**SECTION I**    **Complete the following information:** *(Llene la siguiente informacion)*

**Facility:** ☑ SDCJ    ☐ FAC8    ☐ EMRF    ☐ GBDF    ☐ LCDRF    ☐ SBDF    ☐ VDF
*(Carcel)*

**Name:** Dan Webb
*(Nombre)*

**Booking #:** 18167781    **Date of Birth:** ██████████    **Housing Unit:** 7B
*(Número)*    *(Fecha de Nacimiento)*    *(Unidad)*

---

**SECTION II**    **Refer to instructions on the back of this form.**
*Refiere se a las instrucciones al revez de este formulario.*

**I have a Request for the following:**
*(Tengo una petición a lo siguiente):*

I need list of meds I'm taking and what they've for, side effect, etc.

What's going on with me getting my Prosthetic Replaced?

**Signature:** ___ Well    **Date and Time:** 4-7-19
*(Firma)*    APR 0 7 2019    *(Fecha y hora)*

---

**SECTION III**    **RESPONSE BY DETENTION FACILITY STAFF ONLY**

**Forwarded to:** _____    **Date:** ___    **Time:** ___

Psych SC scheduled
MDSC scheduled

**Completed by:** ___    **Date:** ___

## INSTRUCTIONS FOR USE OF THIS FORM

1. **REQUESTS**

   You may use this form when you have a request that has not been satisfied by speaking with the housing deputy.

## INSTRUCCIONES PARA EL USO DE ESTE FORMULARIO

1. **PETICIONES**

   Usted puede usar esta formulario cuando se tiene una petición que no ha sido resuelta con hablar con el oficial de la unidad.

**J-21 (REV 01/15) BACK**



**San Diego County**
**SHERIFF'S DEPARTMENT**
**INMATE REQUEST** *(PETICION DEL RECLUSO)*

*AR 17 REC'D*

*Head of Medical*

---

### SECTION I    Complete the following information: *(Llene la siguiente informacion)*

**Facility:** ☒ SDCJ  ☐ FAC8  ☐ EMRF  ☐ GBDF  ☐ LCDRF  ☐ SBDF  ☐ VDF
*(Carcel)*

**Name:** Daniel Webb
*(Nombre)*

**Booking #:** 18167781       **Date of Birth:** ▓▓▓▓▓▓       **Housing Unit:** 7-B
*(Número)*                     *(Fecha de Nacimiento)*                   *(Unidad)*

---

### SECTION II    Refer to instructions on the back of this form.
*Refiere se a las instrucciones al revez de este formulario.*

**I have a Request for the following:**
*(Tengo una petición a lo siguiente):*

I've been requesting & grieving for a replacement prosthetic leg since 2-15-19, I've spoke with medical staff many times telling them I need to wear a stump shrinker for at least two weeks prior to fitting, I'm getting nowhere here, I'm sentenced to prison on 4-5-19, I request a stump shrinker and transfer to Medical prison to have the prosthic fitted and adjusted there. It takes about a month to make, fit and adjust a prosthetic, without complications of incarceration, need to walk alot in it

**Signature:** Dan Webb       **Date and Time:** 4-15-19
*(Firma)*                      *(Fecha y hora)*

---

### SECTION III    RESPONSE BY DETENTION FACILITY STAFF **ONLY**

**Forwarded to:** _____    **Date:** 4-17-19    **Time:** 1048

You are scheduled to see the Nurse Practioner to discuss your request.

**Completed by:** _____ #5BDS       **Date:** 4-17-19

**J-21 (REV 01/15) FRONT**

## INSTRUCTIONS FOR USE OF THIS FORM

**1. <u>REQUESTS</u>**

   You may use this form when you have a request that has not been satisfied by speaking with the housing deputy.

## INSTRUCCIONES PARA EL USO DE ESTE FORMULARIO

**1. <u>PETICIONES</u>**

   Usted puede usar esta formulario cuando se tiene una petición que no ha sido resuelta con hablar con el oficial de la unidad.

**J-21 (REV 01/15) BACK**

# EXHIBIT E



**San Diego County**
**SHERIFF'S DEPARTMENT**
**INMATE REQUEST** *(PETICION DEL RECLUSO)* Medical

Doctor

---

**SECTION I**    Complete the following information: *(Llene la siguiente información)*

**Facility:**    ☑ SDCJ    ☐ FAC8    ☐ EMRF    ☐ GBDF    ☐ LCDRF    ☐ SBDF    ☐ VDF
*(Carcel)*

**Name:** _Daniel Webb_
*(Nombre)*

**Booking #:** _2110/684_    **Date of Birth:** ▮▮▮▮    **Housing Unit:** _8-1-21_
*(Número)*    *(Fecha de Nacim▮)*    *(Unidad)*    _7B_

---

**SECTION II**    Refer to instructions on the back of this form.
*Refiere se a las instrucciones al revez de este formulario.*

I have a Request for the following:    **MAY 03 2021**
*(Tengo una petición a lo siguiente):*

I had a deputy take my Prostetic leg last time I was here '?.2019 He said He would put it in Storege because it's Considered a weapon. It was thrown in a dumpster. I want it replaced. I've been ~~stuck~~ in W-char to long.

**Signature:** _Daniel Webb_    **Date and Time:** _5-1-21_
*(Firma)*    *(Fecha y hora)*

---

**SECTION III**    **RESPONSE BY DETENTION FACILITY STAFF ONLY**

**Forwarded to:** _____    **Date:** _____    **Time:** _____

You are scheduled to be seen at RN Sick Call.

**Completed by:** _6314_  _5/4/21_    **Date:** _____
WEBB, DANIEL RONALD ▮▮▮▮

J-21 (REV 01/15) FRONT