1  GAY CROSTHWAIT GRUNFELD – 121944
   VAN SWEARINGEN – 259809
2  PRIYAH KAUL – 307956
   ERIC MONEK ANDERSON – 320934
3  HANNAH M. CHARTOFF – 324529
   ROSEN BIEN GALVAN & GRUNFELD LLP
4  101 Mission Street, Sixth Floor
   San Francisco, California  94105-1738
5  Telephone:  (415) 433-6830
   Facsimile:  (415) 433-7104
6  Email:      ggrunfeld@rbgg.com
               vswearingen@rbgg.com
7              pkaul@rbgg.com
               eanderson@rbgg.com
8              hchartoff@rbgg.com

9  AARON J. FISCHER – 247391
   LAW OFFICE OF
10 AARON J. FISCHER
   2001 Addison Street, Suite 300
11 Berkeley, California  94704-1165
   Telephone:  (510) 806-7366
12 Facsimile:  (510) 694-6314
   Email:      ajf@aaronfischerlaw.com

13 (*additional counsel on following page*)

14 Attorneys for Plaintiffs

15

16                UNITED STATES DISTRICT COURT

17                SOUTHERN DISTRICT OF CALIFORNIA

18 DARRYL DUNSMORE, ERNEST            Case No. 3:20-cv-00406-AJB-WVG
   ARCHULETA, ANTHONY EDWARDS,
19 REANNA LEVY, JOSUE LOPEZ,          **DECLARATION OF DARRYL**
   CHRISTOPHER NELSON,                **LEE DUNSMORE IN SUPPORT**
20 CHRISTOPHER NORWOOD, and           **OF PLAINTIFFS' MOTIONS**
   LAURA ZOERNER, on behalf of        **FOR PRELIMINARY**
21 themselves and all others similarly situated,  **INJUNCTION AND**
                                      **PROVISIONAL CLASS**
22              Plaintiffs,           **CERTIFICATION**

23       v.                           Judge:    Hon. Anthony J. Battaglia
   SAN DIEGO COUNTY SHERIFF'S
24 DEPARTMENT, COUNTY OF SAN          Date:    August 11, 2022
   DIEGO, CORRECTIONAL                Time:    2:00 p.m.
25 HEALTHCARE PARTNERS, INC.,         Ctrm.:   4A
   LIBERTY HEALTHCARE, INC., MID-
26 AMERICA HEALTH, INC., LOGAN
   HAAK, M.D., INC., SAN DIEGO
27 COUNTY PROBATION DEPARTMENT,
   and DOES 1 to 20, inclusive,

28              Defendants.

[4111617.1]

1  *(counsel continued from preceding page)*

2  CHRISTOPHER M. YOUNG – 163319
   ISABELLA NEAL – 328323
3  OLIVER KIEFER – 332830
   DLA PIPER LLP (US)
4  401 B Street, Suite 1700
   San Diego, California  92101-4297
5  Telephone:  (619) 699-2700
   Facsimile:  (619) 699-2701
6  Email:       christopher.young@dlapiper.com
               isabella.neal@dlapiper.com
7              oliver.kiefer@dlapiper.com

8  BARDIS VAKILI – 247783
   JONATHAN MARKOVITZ – 301767
9  ACLU FOUNDATION OF SAN DIEGO &
   IMPERIAL COUNTIES
10 2760 Fifth Avenue, Suite 300
   San Diego, California  92103-6330
11 Telephone:  (619) 232-2121
   Email:       bvakili@aclu-sdic.org
12             jmarkovitz@aclu-sdic.org

13 Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[4111617.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF DARRYL LEE DUNSMORE IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

## DECLARATION OF DARRYL LEE DUNSMORE

I, Darryl Lee Dunsmore, declare:

1.    I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.    I am 54 years old. I have been incarcerated at the San Diego County Jail ("the Jail") multiple times over the past decade. Most recently, I was housed at the San Diego Central Jail facility on the third floor in cell 20 from December 13, 2019 to April 21, 2021. My booking number was BK19777041. I am currently incarcerated in the California Department of Corrections and Rehabilitation ("CDCR") at California Health Care Facility ("CHCF") in Stockton, California.

3.    I have been incarcerated in the Jail at least four or five times since 2002. I have returned to the Jail on out to court proceedings related to my original criminal sentence. I have been housed at the following facilities in the Jail: Central Jail, George Bailey Detention Facility, and South Bay Detention Facility.

4.    It is my understanding that I could be sent back to the Jail if I need to be present in court related to the criminal charges that resulted in me being sent to prison. I have two pending habeas petitions and an active appeal of a petition under SB 775. I also recently filed another motion for resentencing under SB 483. I anticipate returning to the Jail in the near future for resentencing or proceedings related to these and other petitions. I could also be sent back to the Jail if it were necessary for me to testify in this case about the problems I experienced in the Jail. In addition, I will parole from prison at some point in the future. When I parole, I will be sent back to San Diego County, which is the county in which I was convicted and where I lived prior to my arrest. While on parole, I could be arrested and placed in the Jail simply for allegedly violating the terms and conditions of my parole, whether or not the alleged violation constitutes a violation of a criminal law. I am deeply concerned that, if I am sent back to the Jail, I will experience problems similar to the problems I have experienced in the past.

5.     I have physical disabilities. I have a rare and advanced form of arthritis known as Ankylosing Spondylitis ("AS"). I started to have back pain decades ago, which was an early sign of AS. I have sections of my spine fused together. I often experience inflammation, pain, and stiffness in other areas of the body, including the hands and feet. I use a wheelchair in CDCR. I also used a wheelchair while incarcerated at the Jail.

6.     My AS greatly affects the use of my hands. Over the years, I have slowly lost feeling in both of my hands, making it difficult to grip items. I require modified utensils to help me write and eat. These utensils – a pencil and spoon – have foam handles attached to them to help me with my grip. I also use a personal straw to help me drink. Because of my AS, I cannot tip my head back properly to drink things, so I require a straw when drinking. I have fastened shirts for myself that zipper off at the front, because that is the easiest way for me to take on and off my shirts. I did not use zippers at the Jail, but I created these ties at the front. Typically, at the Jail, I did not change my shirt frequently. It was hard to get assistance to change my shirts, so I kept one on me for multiple days or weeks at a time.

7.     To treat my AS, I receive injections of an experimental drug known as Enbrel. I receive an injection of Enbrel once every week in my upper left thigh. Enbrel has been effective in treating my AS and has allowed me to be more mobile than other patients with the condition. I also require regular physical activity to stay somewhat mobile. The longer I spend lying down, the more difficult it is for me to move days later.

8.     My disability waxes and wanes. There will be days where I am able to move around more than others. Sometimes, my AS flares up and I will be in such significant pain that I am paralyzed by it. In those hours or days of paralysis, I need assistance eating and performing other activities of daily living. Many outside observers do not understand how my disability presents itself differently depending

1 | on the day. It has been difficult for me to receive consistent and adequate

2 | accommodations for my disability in the Jail due to this lack of understanding.

3 |     9.    I have mental health disabilities. I have depression and anxiety. In the

4 | past, I have been diagnosed as bipolar and schizophrenic by outside clinicians. I

5 | accessed mental health care services in the Jail.

6 |     10.    I also have an intellectual disability, that I believe may be associated

7 | with my arthritis. I struggle to process information and have to re-read things to

8 | fully comprehend them.

9 |     11.    I have a number of serious medical conditions besides those already

10 | described. I am a type II diabetic. I also suffer from dysphagia, which means I

11 | struggle to swallow things on my own. I use a Nestle Food Thickener to help me

12 | swallow certain liquids. I also suffer from Gastro-esophageal Reflux Disease

13 | ("GERD") and high blood pressure. I also have chronic immunosuppression

14 | because of the Enbrel rejections I receive.

15 |     12.    In my experience, the Jail is an unsafe and unfair place for incarcerated

16 | people with disabilities.

17 |     13.    On August 16, 2018, I booked into San Diego Central Jail. I came

18 | from CDCR and was there for resentencing of my original conviction. I was housed

19 | in a Medical Observation Bed ("MOB") because of my medical conditions. I

20 | booked into the Jail with the following assistive devices for my disability: a

21 | wheelchair, walker, a cane, a mobility vest, magnifying glass, and orthotic shoes. I

22 | had my modified spoon, straw, and pencil in my possession too. I also used waffle

23 | foams on my bed rail. The foams enabled me to grip the sides of the bed and sit

24 | upright. There are days where I sometimes cannot lift myself up on the bed.

25 | Attached hereto as **Exhibit A** is a true and correct copy from my medical file of an

26 | intake note indicating some of the assistive devices with which I arrived at the Jail.

27 |     14.    During the first few weeks of my time at the Jail, I was managing in the

28 | MOB unit. The MOB cells have a bed, a toilet, and a sink. There is also an

1   adjustable table you can move up or down depending on your height. The sink and

2   toilets have railings to help assist you, as they are low to the ground. There were

3   three emergency call buttons in the cell. There was also a TV mounted up near the

4   ceiling, although I had to rely on deputies to turn it on and off. When I requested to

5   turn it on, deputies rarely did.

6        15.    Because I was able to receive more assistance and attention for my

7   physical and medical conditions in the medical unit, my symptoms from AS

8   lessened. I was able to be somewhat more mobile and exercise out on the yard.

9        16.    On September 12, 2018, the Jail suddenly confiscated my wheelchair

10   and special spoon. The floor staff informed me that on September 4, 2018, the Jail

11   had captured a video of me exercising out on the yard and walking around. They

12   told me I was lying about my disability. Attached hereto as **Exhibit B** is a true and

13   correct copy of a medical progress note indicating medical staff had received a

14   verbal order from Dr. Berkman to discontinue my wheelchair and special utensils.

15   As I explained, I am somewhat more mobile in my legs than I am in the use of my

16   back and hands. My ability to perform daily activities can vary. I require exercise

17   to treat my AS. It is a form of pain management, because the longer I am inactive,

18   the worse my symptoms get. Since my diagnosis of AS, specialists have prescribed

19   me exercise to treat my disability.

20        17.    Staff discharged me from the MOB on September 12, 2018. When

21   staff confiscated my assistive devices and informed me I would no longer receive

22   care in the MOB, I panicked. I knew that I would not be able to function without

23   these accommodations for my disability. I was distraught and angry. I began to

24   decompensate at the thought of not being able to eat or move around properly

25   without my special spoon and wheelchair. I told staff that I was suicidal upon

26   learning of my discharge.

27        18.    Staff transferred me to Enhanced Observation Housing ("EOH"). I

28   stayed in an EOH cell for five or six days. EOH cells are solitary confinement cells

[3882338.1]          4

1  for incarcerated people at risk of self-harm or suicide.  Clinical and custody staff are

2  supposed to conduct routine welfare checks every 15 minutes.  The Jail denied me

3  my property and clothes.  I covered myself with a safety garment.  There was only a

4  toilet and a thin mattress in the cell.

5        19.     For multiple days, I slept on the floor on a thin mattress by the cell's

6  food port.  I did not have my wheelchair and there were no grab bars installed by the

7  toilet, making it very hard to use the restroom.  I often made a mess in the cell when

8  I tried to use it, sometimes urinating and defecating on the ground.  Despite asking

9  for my ADA cutlery on multiple occasions, staff refused to give them to me.

10 Without my special utensils, I could not eat the food staff brought to me.  Because I

11 did not want to eat with my hands like an animal, I refused the food brought to me

12 for those five or six days I was in the EOH.  During that time, the room smelt like

13 urine and was filled with trash and dirtied toilet paper.  Attached hereto as **Exhibit**

14 **C** is a true and correct copy of a September 16, 2018 clinical staff observation note

15 during my EOH stay.  I pleaded with staff as they passed by that I needed to be

16 housed in an MOB cell and I needed my assistive devices.  They were indifferent to

17 my pleas.

18       20.     Suddenly, the Jail discharged me from the EOH cell and transferred me

19 back to CDCR on or around September 19, 2018.

20       21.     My experience in the Jail in 2018 has affected the way I program in Jail

21 and prison significantly.  While incarcerated, I have always had to fight to receive

22 help because no one has understood my disability.  I feel like I have to hide my

23 mobility because I am afraid that Jail and prison staff will label me a liar and take

24 away my assistive devices.  Because medical and custody personnel do not

25 understand my disability while incarcerated, I have to stay debilitated to prevent

26 myself from being even more debilitated without my assistive devices.

27

28

1    22.    On December 13, 2019, I again returned to the Jail for resentencing. I
2 resided there for over a year, until I transferred back to CDCR on April 21, 2021. I
3 was housed in an MOB cell.

4    23.    I arrived at the Jail with the following assistive devices I used in state
5 prison: my spoon, straw, and writing utensil, wheelchair, cane, orthotic shoes,
6 mobility vest, and magnifying glass to help me see. Physicians within CDCR had
7 prescribed me these assistive devices on a permanent basis. Attached hereto as
8 **Exhibit D** is a true and correct copy from my medical file of a CDCR form listing
9 the assistive devices prescribed to me, updated on December 5, 2019, shortly before
10 I arrived at the Jail. I also arrived with a large amount of my legal property, which
11 included paperwork related to my criminal and civil proceedings. Upon my arrival,
12 the Jail immediately confiscated many of my assistive devices, including my spoon
13 and straw, cane, shoes, vest, and magnifying glass. The Jail also confiscated my
14 legal property and did not return it to me for several months.

15    24.    Given that I have been incarcerated at the Jail multiple times, staff
16 should have been aware of my disability-related accommodations upon my arrival.
17 I did not receive my cane during the entirety of my stay at the Jail from December
18 2019 until April 2021 and only received one when I returned to CDCR. The Jail
19 later returned my ADA-accessible straw and spoon to me.

20    25.    I also arrived back at the Jail with a grabber, which is a device the same
21 length as a cane that has claws that open and close at the end. I used the grabber in
22 CDCR to help pick items up, as my disability makes it difficult to bend down. The
23 Jail confiscated my grabber upon arrival and never returned it to me.

24    26.    At the time of my incarceration in December 2019, I received four
25 shots of insulin to treat my diabetes. When I first arrived at the Jail, I received my
26 four shots of insulin. The Jail began to taper me off insulin, giving me only one shot
27 a day for the next few days. The Jail then discontinued my insulin altogether. They
28 would only give me insulin if my numbers were over 250 mg/dL. Attached hereto

1 as **Exhibit E** is a true and correct copy of a nursing note from my medical file in

2 which I asked staff about the change in my levels of insulin. The Jail would not

3 relent. As a result of this sudden change in my insulin levels, I became very thirsty,

4 started urinating frequently, and experienced extreme fatigue.

5     27.    The Jail also refused to continue my medical diet to help treat my

6 dysphagia. While in CDCR custody and during my previous incarcerations at the

7 Jail, I was on a medical diet. This diet consisted of ground food and thickened

8 liquids. Attached hereto as **Exhibit F** is a true and correct copy of a December 4,

9 2018 medical classification document from my time in CDCR noting that I required

10 a "chopped/ground" diet.

11     28.    Because the food Jail staff gave to me was not considered a ground

12 diet, I used my ADA spoon to try and cut up the food to make it easier to eat.

13 Around early February 2020, I broke my ADA-accessible spoon while trying to

14 grind and cut the meat included in my meal. I requested a new ADA spoon.

15 Attached hereto as **Exhibit G** is a true and correct copy of an inmate request form I

16 filed on February 8, 2020, noting that I had broken my ADA spoon and asking for a

17 new one. While waiting for a new spoon, I had made a makeshift spoon by breaking

18 the handle on my water pitcher and using a paper clip, homemade string, and tape to

19 tie it all together. In March 2020, more than a month later, the Jail gave me a

20 pediatric spoon to use, but it was too small for me to grip effectively. Attached

21 hereto as **Exhibit H** is a true and correct copy of an MOB progress note in which

22 RN Shiflet issued me a spoon on March 8, 2020. I requested a larger spoon on

23 several occasions. Nursing staff could see that the pediatric spoon was useless.

24 They took the spoon away and told me they would search for a better alternative.

25     29.    In December 2020, almost a year after I had requested a replacement

26 spoon, the Jail gave me back the very same pediatric spoon that did not work. I was

27 shocked and frustrated that they gave me the same ineffective spoon. Attached

28 hereto as **Exhibit I** is a true and correct copy of a December 31, 2020 document

[3882338.1]

7

1  from my medical file reflecting my discussion with nursing staff in which I

2  explained that the pediatric spoon was too small for me and I was unable to use it.

3  During the rest of my incarceration, I continued to use my homemade spoon to eat.

4  Using this makeshift spoon put me at risk because I had created it using contraband

5  materials and staff could have issued me a disciplinary infraction for keeping

6  contraband items. However, I was desperate for a working utensil, and so I

7  accepted the risk.

8      30.    I also had issues receiving accessible writing utensils. Because of my

9  AS, I struggle to grip a pencil normally, making writing very difficult. When I

10  arrived at the Jail in 2019, I brought with me writing utensils with long handles,

11  which allowed me to grip the length of the pencil. The Jail confiscated those

12  utensils upon my arrival. I asked for longer writing utensils so that I could fit my

13  therapeutic foam handles on the length of the pencil. Attached hereto as **Exhibit J**

14  is a true and correct copy of a document from my medical file noting that I had filed

15  a sick call slip on or around February 7, 2020 requesting a proper writing utensil

16  because I could not use the small pencils.

17      31.    The Jail refused to give me longer writing utensils for over a year and

18  continued to make me use small and short pencils I could not grip. I ended up

19  having to modify the Jail-issued pencils myself. I used my Nestle Food Thickener

20  as a paste and lengthened a pencil to use it. About a year later, the Jail supplied me

21  with a special writing device that I had never used before. It was made up of a small

22  plastic tube (where the pencil could go through) and a string that I could wrap

23  around my hand to allow me to write. I asked staff to help me learn how to use the

24  device, but deputies and medical staff did not know how it worked either. Before

25  anyone could give me instructions about how to use it, a deputy confiscated the

26  device during a cell search and threw it away. I believe the deputy threw it out

27  because he thought it was contraband.

28

32.     During my incarceration at CHCF, I had a three tier locker to store my
clothing, property and legal property.  Because I am a wheelchair user with AS, I
struggle to bend down and pick things up from the floor.  The three tier locker
allowed me to store my property so that I did not have to bend down.  Upon my
arrival to the Jail on December 13, 2019, I had to store my property on the ground
because the cell was not equipped with any storage or shelving.  I requested
specialized shelving on or around February 10, 2020 in an inmate request form.  I
explained that it was difficult to bend down and pick things up.  A true and correct
copy of a document from my medical file noting this inmate request form is attached
hereto as **Exhibit K**.  The Jail did put an extra table in my cell, but it could not store
all of my property and I had to place the rest on the ground.

33.     In early March 2020, after bending over in my wheelchair to pick some
of my property off the ground, I noticed a sharp pain in my groin area.  After a few
days, a protrusion formed around my belly button and there was consistent pain in
the area.  I first verbally reported the pain to medical staff who were passing by my
cell.  On March 11, 2020, I reported that I had a hernia to medical staff in a sick call
slip.  Medical staff had different opinions about whether or not I had a hernia.
When I first saw a doctor, on or around March 26, 2020, he diagnosed me with a
hernia.  A few days later, on or around March 30, 2020, another doctor said that I
did not have a hernia.  The doctor gave me an abdominal binder to help with my
pain.  Attached hereto as **Exhibit L** are true and correct copies of progress notes
from my medical records noting these interactions with medical staff.

34.     I continued to experience pain in my groin and when peeing and a
protrusion from my belly.  The protrusion seemed to swell when I started coughing.
On or around June 4, 2020, I put in a medical request stating that I continued to have
difficulty peeing and I thought my hernia was worsening.  Medical staff gave me a
new abdominal binder but did not provide me with more treatment.  Attached hereto

1  as **Exhibit M** are true and correct copies of medical progress notes from my file
2  confirming this.

3      35.    There were many issues with the emergency call button system at the
4  Jail, which put people incarcerated there at a serious risk of harm. There are three
5  emergency call buttons in the Jail's medical isolation cells—one next to the bed, one
6  down by the toilet, and one on a cell wall near a speaker.

7      36.    During my 2019 incarceration, I discovered that the only functioning
8  call button was the one near the toilet, which the Jail had informed me was intended
9  for emergency use only. At the time, I was cutting up my food to be able to eat it
10  more easily. I started to choke on a large piece of food I had not cut properly. I
11  could not breathe and I frantically pushed the call button by my bed and the one on
12  the wall. I got no response. I pushed the one by the toilet and staff finally
13  responded twenty or thirty minutes later. Luckily, by the time staff arrived I had
14  stopped choking and managed to swallow the food. A nurse came into my cell and I
15  explained the situation: that the call buttons did not work because no one responded
16  to me when I pressed them. The nurse seemed upset with me. She said, "if you
17  have that kind of problem, you'll just go to the rubber room." The rubber room
18  refers to a safety cell that people go to when on suicide watch. I believe the nurse
19  was upset that I pushed the emergency call button but, by the time she came to see
20  me, I was no longer choking. I think she mentioned the rubber room as a threat,
21  saying that I should not push the call button unless it was a real emergency. From
22  my experience at the Jail, if a person inconveniences staff enough, they will put you
23  in the rubber room as punishment.

24      37.    The Jail's entire call button system malfunctioned on multiple other
25  occasions. My cell tended to get extremely cold, which exacerbated my AS
26  symptoms. In order to stay warm, I covered up the vents in my cell. There is a
27  sensor that should go off when I cover the vents for an extended period of time. I
28  knew this from prior incarcerations at the Jail. However, the sensor was faulty and

1 would go off at random intervals, even when the vent was not covered. I believe
2 this meant the Jail's entire alarm system had glitches.

3     38. I also had problems showering in the medical observation unit. In my
4 cell, I had a single shower. I requested to use the shower in my cell on multiple
5 occasions, but deputies refused to let me shower alone. When the COVID-19
6 pandemic started, I became increasingly nervous about using a communal shower.
7 I am immuno-compromised, which means that I was and continue to be at risk of
8 becoming seriously ill or dying from COVID-19 or any other infection. I asked
9 deputies in my unit to turn the water on for the shower in my cell so that I could
10 shower safely, but they refused me. I was too scared to use communal showers for
11 fear of becoming sick and dying. Because I could not shower with other people, I
12 bird bathed in my cell. Bird bathing means to use the water from your cell's sink to
13 clean yourself. I cleaned myself this way for the sixteen or so months while I was in
14 custody at the Jail.

15     39. The Jail consistently denied me proper access to legal research, its law
16 library, and the courts.

17     40. I have been recognized as a pro per litigant by the California Court of
18 Appeal's Fourth Appellate District. I was also proceeding pro se on several federal
19 habeas petitions while in the Jail. When you are designated as pro per, you have
20 access in the Jail to the law library and a runner, who will deliver documents to the
21 court for you. There are also copy and print out services available, where I can use
22 pleading paper and legal-size envelopes. The Jail will not provide you with these
23 services unless you are pro per.

24     41. I filed multiple cases in the Superior Court against the San Diego
25 Sheriff's Department for their failure to accommodate my disability and medical
26 conditions, as well as about my own criminal conviction. The Jail denied me pro
27 per privileges, including access to legal research, the law library, and other
28 resources. When I showed the Jail my court designations, they told me to speak

1  with the Office of Assigned Counsel ("OAC").  The OAC then referred me back to
2  the court to get pro per access, creating a never-ending cycle.

3      42.    The Jail also had a separate legal research process available where you
4  could request different materials that amount to a certain number of pages.
5  However, this process did not really allow me to perform case law research.  I
6  would have to know exactly what case or material I was looking for; I was unable to
7  access a computer to do my own reading and research, which I could have done at
8  the Jail's law library.

9      43.    Because the Jail denied me this access, I was unable to develop an
10  accurate and sufficient record in court.  I incurred multiple filing fees, and I believe
11  the lack of access to legal research and resources contributed to the dismissal of
12  several of my civil claims.  Attached hereto as **Exhibit N** are true and correct copies
13  of request forms I filed stating the Jail was obstructing my access to the courts and
14  legal research.

15      44.    The Jail also confiscated multiple boxes of my legal property when I
16  first arrived in 2019.  The Jail claimed that I had an excessive amount of paperwork,
17  but that was not true.  I had paperwork that was able to fit within six or seven cubic
18  square feet and there remained plenty of room in my cell.  When incarcerated
19  previously, I never had an issue with legal property.

20      45.    I continued to push to know where my legal property was by filing
21  multiple grievances.  A female Sergeant Sipperly told me that she had stored my
22  paperwork in her office.  I thought that was inappropriate and a confidentiality issue,
23  as many of my legal documents involved complaints I had made against the Jail
24  during my 2018 incarceration.  After about two or three weeks, I received a small
25  portion of my legal property back.  I did not receive the rest of my property until
26  about 90 days after I first arrived at the Jail.  When I received the papers back, I
27  discovered that several documents had disappeared.

28

1     46.    I lost many materials related to potential challenges for my criminal

2 convictions and civil proceedings. One of the boxes that disappeared involved

3 crucial discovery related to my original conviction. Several grievances I filed

4 against the Jail and Sheriff's department, as well as complaints against the Citizen's

5 Law Enforcement Review Board ("CLERB") went missing.

6     47.    I have had many problems using the grievance process at the Jail. I

7 estimate that I have filed over twenty to thirty grievances about the Jail's failure to

8 accommodate my disability and medical needs, as well as allow me access to my

9 pro per privileges. The Jail did not respond to the majority of my grievances. I

10 believe many deputies simply threw my grievances away and did not process them.

11 Attached hereto as **Exhibit O** is a November 27, 2020 grievance I filed stating that

12 the Jail was failing to provide a timely response or any response at all to my

13 grievances.

14     48.    When staff do not understand people with disabilities, those people's

15 lives are not only endangered, but their livelihood is disrupted, just as mine was

16 when Jail staff continually refused me my assistive devices that allow me to live my

17 life to the fullest. I believe the Jail needs checks and balances to ensure people

18 incarcerated there are treated humanely. I also believe the Jail's grievance and legal

19 access procedures need a significant overhaul. A system that does not allow people

20 to air their grievances properly disempowers individuals, stops them from

21 rehabilitating and educating themselves, and keeps them subject to mental and

22 physical abuse.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

[3882338.1]

13

49. I agreed to be a class representative in this case because I want to help improve the medical, dental, and mental health care at the Jail, ensure that incarcerated people with disabilities are accommodated and treated fairly, ensure access to rehabilitative programs, and help make the Jail safe and secure for all people. I have been cooperating fully with my counsel and am responding to all requests for information to the best of my ability and recollection, and will continue to do so in the future. My lawyers keep me updated on the progress of this case, and I will review all materials provided to me and provide my input to the best of my ability. When I have questions about the case, I will ask the attorneys for help to understand everything to the best of my ability.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at Stockton, California this 30 day of Mar , 2022.

Darryl Lee Dunsmore

[3882338.1]

14

# EXHIBIT A

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| **JIM:** 100046292 | **Book#:** 18151827 | **Name (L,M,F,S):** DUNSMORE, DARRYL, LEE |
|---|---|---|

## Encounter Detail

| **Type:** Rnsc | **Reason:** Nap | **Date:** 08-16-2018 1053 |
|---|---|---|
| **Resource:** Herrera, Emilio Sh6184*** | | **Cost:** $0.00 |

**Notes:** Pt. from Chino. Ankylosing spondylitis. Pt. has ADA materials to help pt. with grip to eat, write, magnitfying glass with sight, gloves to help with wheelchair. Materials sealed in plastic bag to have evalulated by MD/NP.

## Objective

### Vitals

**Vitals Dt/Tm:** ███████████  ████████  ███████

████████████  ████  ████  " **Provider:** SOLMERANO , CHARMAINE

████  ████

████  ████████

## Instructions

| LOWER BUNK AND TIER | COMPLETE |
|---|---|
| NO SBDF | COMPLETE |
| NO FACILITY 8 | COMPLETE |
| NO EMRF | COMPLETE |

## Orders

## Encounter Notes

**Entry Date:** 08-16-2018 1458        **Entered By:** CSOLMESH,  SOLMERANO

S: "I need those so I can move"

O; Patient is awake and alert; brought in a w/c; patient breathing is even and unlabored, NAD. Patient reported hx of HTN, GERD, disorder of spine joint, dry eye and ankylosing spondylitis.

Denies any SI/HI or any hallucination.

A: altered health maintenancde

P: Dr. Berkman was informed of patient's case and MOB was recommended

    MOB nurse and CN notified; awaiting bed availability.

    NPCC, MDSC and MHC scheduled.

    Patient was advised to notify staff for any changes in condition; patient verbalized understanding.

## Med Alerts

# SAN DIEGO SHERIFF'S DEPARTMENT

## Medical Chart

| | | | |
|---|---|---|---|
| **JIM:** 100046292 | **Book#:** 18151827 | **Name (L,M,F,S):** | DUNSMORE, DARRYL, LEE |

## Encounter Detail

### Encounter Notes

---

**Entry Date:** 08-16-2018 1941          **Entered By:** VGATANNS ,   GATAN

NPCC - "From Stockton CA healthcare facility; hx of ankylosing spondilitis;
GERD, HTN, dry eye and Spine joint problems; for MOB admission. Please assess.
Thanks."

seen at MOB, "I don't use walker or cane that often, coz when I warmed-up I
can walk" Denies nv ha sob b/b incontinence

A/o conversant NAD
resp easy and unlabored
abd: obese uses WC/med shoes for ambulation

DHS and med list from cdcr
Mhx: ankylosing spondylitis, d/o of joint in spine, gerd, htn
Meds
-Enbrel qTUESDAY (start @ 8/21/18)
████████████████████████

P
a. DME: WC for ambulation, form J284 signed
-other assistive device: magnifiying glass, gloves to help w/ wc/grip/write,
special spoon (ok to have as long as IP stay at MOB)
-assistance w/ ADL
-advise freq ambulation as tol
-sapphire med chk - meds reconciled
-rtc prn

## Med Alerts

---

# EXHIBIT B

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| | | |
|---|---|---|
| **JIM:** 100046292 | **Book#:** 18151827 | **Name (L,M,F,S):** DUNSMORE, DARRYL, LEE |

## Encounter Detail

**Type:** Mdsc      **Reason:** Exam      **Date:** 09-10-2018 0915

**Resource:** Cuaresma, June Sh5561      **Cost:** $0.00

**Notes:** Please eval for roll up

## Objective

## Orders

## Encounter Notes

**Entry Date:** 09-10-2018 1351      **Entered By:** JCUARESH, CUARESMA

Received verbal order from Dr. Berkman to also discontinue wheelchair and
special spoons based from video seen of i/p in recreation yard. Order noted.
Will place belongings to property. Will discharge from MOB as ordered.

**Entry Date:** 09-10-2018 0954      **Entered By:** PBERKMNS, BERKMAN

S: seen in MOB....states disabled....difficulty walking....
O: alert male in nad
    stable exam
A/P:  video reviewed from September 4, 2018....out in yard.....walking easily
for over 20 minutes....no difficulty.....inmate malingering....OK to leave MOB

## Med Alerts

# EXHIBIT C

# SAN DIEGO SHERIFF'S DEPARTMENT

## Medical Chart

| | | | |
|---|---|---|---|
| **JIM:** 100046292 | **Book#:** 18151827 | **Name (L,M,F,S):** | DUNSMORE, DARRYL, LEE |

## Encounter Detail

### Encounter Notes

**Entry Date:** 09-16-2018 1951        **Entered By:** ALONGNSH,   LONGNO

ISP: Wellness checked in 6th floor @ around 1906

S: Non verbal
O: Received sleeping on his R side under the table with safety garments on and
safety blanket. Breathing even and regular.  Moved feet when name called out
loud.  Displayed no suicidal gestures. Noted sign of life.
A: Pot for self harm
P: Continue and monitor safety check q 4 hours per protocol.

**Entry Date:** 09-16-2018 1451        **Entered By:** DPONGSSH,   PONGSURIYACHAI

Wellness Check @ approx.  1445
S: i/p asleep
O: i/p asleep.  Breathing even and unlabored, NAD. i/p covered self with the
green blanket provided. Lying on the left side. Noted with chest rise and fall.
 No evidence of self-harm observed.
A: Potential for self-harm
P: Will continue to monitor per protocol.

**Entry Date:** 09-16-2018 1111        **Entered By:** DPONGSSH,   PONGSURIYACHAI

Wellness Check @ approx.  1045H
S: pt sitting on his bed
O: Awake, alert, and verbally responsive. Sitting on his bed.  Breathing even
and unlabored, NAD. Making eye contact with  this writer. No complaint made at
this time.  No evidence of self-harm observed.
A: Potential for self-harm
P: Will continue to monitor per protocol.

**Entry Date:** 09-16-2018 0728        **Entered By:** DPHEL2SH,  PHELPS

ISP/EOH CHECK @ 0700:
S= Asleep
O= Sleeping on the floor under the table with mattress/safet garment. NAD.
Respiration even/unlabored. No verbal response when awakened but he  moved . No
self injurious  behavior observed. Room is messy/trashy toilet paper on the
floor, noted/appeared to be ████████████████. Unconsumed
meal tray on the table noted.
A= Pot. for self harm
P= continue to monitor behavior per ISP protocol.

# EXHIBIT D

## ADA/Effective Communication Patient Summary

**As of:** 12/05/2019 16:17

### Patient Information

**NAME:** DUNSMORE, DARRYL
**CDCR:** AD6237

### Disability Placement Program

**Current DPP Code(s):**
 * DPW

**DPP Verification/Accommodation Date:** 09/26/19
9:00:08 PDT

**Current Housing Restrictions/Accomodations:**
 * No Rooftop Work/Hazardous Restriction
 * Lifting Restriction
 * Special Cuffing
 * Transport Vehicle With Lift
 * Full time Wheelchair User
 * Bottom Bunk
 * Ground Floor- No Stairs
 * Barrier Free Wheelchair Acces

### Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

### Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

### Testing of Adult Basic Education (TABE)

**TABE Score:** 11.3

**TABE Date:** 08/23/2010 00:00

### Learning Disabilities

**Learning Disabilities:**

### English Proficiency

**LEP:** No

**Primary Language:** English

### Durable Medical Equipment

**Current ISSUED DME:**
 * Cane Permanent
 * Diabetic Supplies/Monitors Permanent
 * Eyeglass Frames Permanent
 * Mobility Impaired Disability Vest Permanent
 * Therapeutic Shoes/Orthotics Permanent
 * Wheelchair Permanent
 * Other Permanent:-1 Thicken up (powder) ,
Wheelchair Gloves L/XL, EZ Grabber, ROHO Cushion,
Magnifying glass, straw, small bite spoon, foam handles,
front closing shirts (button/zip), 2 x XL Diabetic
stockings.

### MHSDS

**MHLOC:**  MHCB

DUNSMORE, DARRYL   100046292 (19777041)

# EXHIBIT E

**Assessment**

A t hea th ma nt comfort, Impa red Mob ty /Pot. r sk for fa

**Plan**

Cont nue to observe per MOB protoco , PT adv sed to a ert med ca f he has any changes n med ca or psych cond t on, PT verba zed understand ng.

| Diagnostic Name | | Scheduled Date | | Doctor | |
|---|---|---|---|---|---|
| 4/16/2021 12:00:00 AM PDT | | Montgomery, Jon DO | | | |
| 4/8/2021 12:00:00 AM PDT | | Montgomery, Jon DO | | | |
| 6/24/2020 12:00:00 AM PDT | | Montgomery, Jon DO | | | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| 100 MG | 1 | 8/23/2020 8:00:00 PM | 9/2/2020 7:59:00 PM | Take 100 mg by mouth TWICE DAILY for 10 day(s). D spense 20 capsu e. 0 Ref (s) *ATE | |
| 500 MG | 2 | 4/1/2020 12:00:00 AM | 4/2/2020 11:59:59 PM | Take 1000 mg by mouth FOUR TIMES DAILY for 2 day(s). D spense 16 tab et chewab e. 0 Ref (s). *per SNP w th mea s and at bedt me. KOP *ATE Prof e On y | |
| 10-100 MG/5ML | 2 | 3/18/2020 8:00:00 PM | 3/24/2020 7:59:00 PM | Take 20-200 mg/10m by mouth THREE TIMES DAILY for 6 day(s). D spense 36 syrup. 0 Ref (s) *ATE | |

Addendum:

Bethany H gg ns LVN POSTED ON 12/20/2019 11:44:28 PM PST                    Type: LVN NOTE

LVN Note checked on pt was ay ng n bed, LVN rem nded pt to wear shoes, and not stand on bed due to fa r sks. P ease use whee cha r and be safe when wa k ng n ce . Pt advs, " I wanted to turn my TV off." LVN advs to pt that deputy has TV remote and can change t just ask. PT acknow edged, and LVN advs that the deputy has been advs of h s shower request. LVN advs to pt w et deputy know about TV requests

Addendum:

Jamee yn Barrera RN POSTED ON 12/20/2019 11:41:10 PM PST                    Type: RN NOTE

Pat ent was counse ed about ████████████████ Per NP, t s OK to d/c. Pat ent s request ng med cat on as PRN, adv sed that he cannot p ck and choose what med cat ons he wants to take or when. Pat ent verba zed OK to ████████████. Pat ent adv sed to put n a s ck-ca s p f he wants or needs to have med cat ons restarted. pat ent verba zed understand ng.

Addendum:

SOAP NOTE BY: Jamee yn Barrera RN POSTED ON 12/20/2019 11:38:48 PM PST                    Type: RN NOTE

**Subjective**

Seen dur ng MOB rounds s tt ng n whee cha r, w th Dep 3773 prov d ng secur ty. ████████ and eat ng hab ts. "why d d you change my nsu n? Because t's d fferent from what the pr son s g v ng me, and I deserve cont nu ty of care."

## Objective



A ert and or ented to se f, t me, p ace, an s tuat on. Ca m and cooperat ve. Ambu ates w th steady ga t. Speech c ear and spontaneous, responds n fu  sentences. Breath ng s even and un abored. No apparent d stress. ████████. Endorsed from Daysh ft: pat ent needs to have TB CXR done. Pat ent s ask ng about h s nsu n and hea th records from Pr s on. ROI present n pat ents room pr or to th s nurse's arr va .

## Assessment

A tered hea th ma ntenance. A terat on n comfort.

## Plan

Pat ent w  have CXR done ton ght, w  be moved RM20 for reverse so. ROI s gned for Ca  fom a Hea thcare Fac  ty. Cont nue w th current p an of care. Pat ent nstructed to et med ca  or sworn staff know f cond t on changes or worsens. Pat ent verba zed understand ng.

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| 4/16/2021 12:00:00 AM PDT | Montgomery, Jon DO | |
| 4/8/2021 12:00:00 AM PDT | Montgomery, Jon DO | |
| 6/24/2020 12:00:00 AM PDT | Montgomery, Jon DO | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| 100 MG | 1 | 8/23/2020 8:00:00 PM | 9/2/2020 7:59:00 PM | Take 100 mg by mouth TWICE DAILY for 10 day(s). D spense 20 capsu e. 0 Ref  (s) *ATE | |
| 500 MG | 2 | 4/1/2020 12:00:00 AM | 4/2/2020 11:59:59 PM | Take 1000 mg by mouth FOUR TIMES DAILY for 2 day(s). D spense 16 tab et chewab e. 0 Ref  (s). *per SNP w th mea s and at bedt me. KOP *ATE Prof e On y | |
| 10-100 MG/5ML | 2 | 3/18/2020 8:00:00 PM | 3/24/2020 7:59:00 PM | Take 20-200 mg/10m by mouth THREE TIMES DAILY for 6 day(s). D spense 36 syrup. 0 Ref  (s) *ATE | |

Addendum:

# EXHIBIT F

LEVEL OF CARE (LOC) ASSESSMENT PLACEMENT TOOL

| INMATE NAME | DUNSMORE, DARRYL | | CDC # | AD6237 | DATE OF BIRTH | ▮ |
|---|---|---|---|---|---|---|
| INSTITUTION | CHCF | HOSPITAL (if appl) | | | ADMISSION DATE | 09/20/18 |
| PRIMARY DIAGNOSIS (For requested LOC) | Allergic rhinitis, Anemia, Ankylosing Spondylitis, GERD | | | | | |
| SECONDARY DIAGNOSIS | Ankylosing Spondylitis, HLA-B27 | | | | LOC REQUESTED | CTC 109 / 12-4-19 3U |

CURRENT LOC ☐ Hospice ☒ Outpatient Housing Unit (OHU) ☐ Correctional Treatment Center (CTC) ☐ Skilled Nursing Facility (SNF) ☐ Acute/Subacute Rehab ☐ Long Term Acute Care (LTAC) ☐ Hospital ☐ General Population (GP)

PENDING REFERRAL ☐ Health Care Placement and Oversight Program (HCPOP) ☐ Compassionate Release

☐ Medical Parole ☐ Other _____

### MENTAL STATUS & BEHAVIOR

Oriented to ☒ Self ☐ Time ☒ Place ☒ Event

Able to communicate ☒ Verbally ☐ In writing only
☐ Interpreter needed ☐ Other:

| Maladaptive behavior ☐ Self-harm ☐ Aggression to others ☐ Mood swings ☐ Substance misuse ☐ Other: | NA |
| Memory impairment requiring frequent redirection | |
| Close monitoring required | |
| Nonresponsive | |

### FEEDING

TYPE OF DIET: Chopped / Ground

☑ Requires no assistance

Some assistance needed (Explain) — NA

Complete assistance needed (Explain)

### BATHING/GROOMING

☑ Requires no assistance

Some assistance needed (Explain) — NA

Complete assistance needed (Explain)

Equipment needed:

### TOILETING

☑ Requires no assistance

Some assistance needed (Explain) — NA

Complete assistance needed (Explain)

☐ Urostomy ☐ Foley catheter ☐ Intermittent catheter
☐ Condom catheter ☐ Ostomy ☐ Other:
☐ Bedside commode ☐ Bed pan
Incontinent ☐ Bladder ☐ Bowel ☐ Both

### TRANSFERRING & AMBULATION

☑ Requires no assistance (with or without device)

Some assistance needed (Explain)

Complete assistance needed (Explain)

☑ Assistive device ☒ Cane ☐ Walker ☒ Wheelchair

Other:

### PULMONARY NEEDS

☑ Room air

Requires supplemental oxygen ☐O2 dependent ☐At night only ☐During ambulation ☐As needed

Tracheostomy care ☐ q ____ day ☐ q ____ hour(s)
Suction q ____ hour(s)
Date trach collar/tie last changed _____

O2 delivery device ☐ Nasal cannula ☐ Simple face mask
☐ Nonrebreather mask ☐ CPAP/BIPAP ☐ Trach mask
☐ Ventilator ☐ Oxygen concentrator *Flow Rate _____
Other:

### SKIN CARE NEEDS

☑ Skin intact

Impaired skin integrity ☐Contusion/bruise ☐Abrasion ☐Bite
☐Trauma _____ ☐Burn ☐I ☐II ☐III
☐Surgical _____ ☐Staples ☐Sutures ☐Strips
☐Pressure ulcer: Stage ☐I ☐II ☐III ☐IV ☐DTI ☐Unstageable
Location _____
Description _____
Wound care ☐Open to air ☐Wound vac ☐Other _____
Dressing type _____
Special instructions _____

### MEDICATIONS AFFECTING PLACEMENT

(Include all IVs)

See MAR

DUNSMORE, DARRYL  100046292 (19777041)

Additional information (if any):

| STAFF NAME | HASSAYE, B - | TITLE | RN | DATE | 12/4/18 | 3W |
|------------|--------------|-------|-----|------|---------|-----|
| SIGNATURE | | CONTACT NUMBER | X1374 | | | |

DUNSMORE, DARRYL   100046292 (19777041)

# EXHIBIT G

**San Diego County**
**SHERIFF'S DEPARTMENT**
**INMATE REQUEST** *(PETICION DEL RECLUSO)*

FEB 1 0 2020

---

**SECTION I**     Complete the following information: *(Llene la siguiente informacion)*

**Facility:** ☒ SDCJ   ☐ FAC8   ☐ EMRF   ☐ GBDF   ☐ LCDRF   ☐ SBDF   ☐ VDF
*(Carcel)*

**Name:** Darryl Dunsmore
*(Nombre)*

**Booking #:** 19777041          **Date of Birth:** ▓▓▓▓▓          **Housing Unit:** MaB 3 -20
*(Número)*                       *(Fecha de Nacimiento)*                        *(Unidad)*

---

**SECTION II**     Refer to instructions on the back of this form.
                   *Refiere se a las instrucciones al revez de este formulario.*

**I have a Request for the following:**
*(Tengo una petición a lo siguiente):*

I Have order From The Court Concerning Medical
Needs ADA spoon broke, I Need ADA writeing
utinsil ADA Shaving ADA Toothbrush Extremly
Painful Difficult To use Due To Size and
Pick item up off The Floor Causeing Extreme
muscelar secetlel Pain Through out Body

**Signature:** D△De          **Date and Time:** 2/8/20
*(Firma)*                     *(Fecha y hora)*

---

**SECTION III**     **RESPONSE BY DETENTION FACILITY STAFF ONLY**

**Forwarded to:** _____          **Date:** 2/11/2020   **Time:** _____

Approved by Case Management. Awaiting for
delivery.

**Completed by:** _____ RN 5561 _____   **Date:** 2/11/2020

DUNSMORE, DARRYL   100046292 (19777041)
J-21 (REV 01/15) FRONT

# EXHIBIT H

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

**Progress Notes - MOB NOTE - DUNSMORE, DARRYL 100046292 (19777041)**

---

Jared Sh f et RN POSTED ON 3/8/2020 1:29:53 AM PST                                                              Type: RN NOTE

ADA comp ant spoon and fork sued to pat ent.

Addendum:

# EXHIBIT I

Pt remains alert and verbally responsive, breathing even and unlabored. Skin w/d/p and appropriate color for ethnicity. Pt moderately groomed. Cell neat. Appears to be eating meals. Independent w/ad's, compliant w/meds. W/C at bedside. No concerns, no distress noted.

Addendum:

---

Dominga Phelps RN POSTED ON 1/9/2021 1:04:35 AM PST                                    Type: RN NOTE

Pt. remains on occupied status in MOB. Remains stable. NAD. Compliant with meds, made no complains. Eating his meals. Utilizes W/C for mobility. No s/sx of glycemic reaction. Made no complains. Conversing to adjacent pt.

Addendum:

---

Dominga Phelps RN POSTED ON 1/5/2021 11:05:59 PM PST                                    Type: RN NOTE

Remains on occupied status in MOB. Reports eating his meals and compliant with meds. VSS. Made no complaints. Conversing to adjacent pt. Independent with ADLs. No s/sx of glycemic reaction.

Addendum:

---

Kebreab Tekleorgis RN POSTED ON 1/5/2021 8:39:24 AM PST                                    Type: RN NOTE

Pt. remains on occupied status in MOB. He uses W/C and independent with ADL's. No complaints reported.

Addendum:

---

Kebreab Tekleorgis RN POSTED ON 1/4/2021 9:37:36 AM PST                                    Type: RN NOTE

Correction: He uses a wheelchair, not a walker.

Addendum:

---

Kebreab Tekleorgis RN POSTED ON 1/4/2021 9:34:19 AM PST                                    Type: RN NOTE

Pt. remains on occupied status in MOB. He uses W/C and independent with ADL's. No complaints reported.

Addendum:

---

Dominga Phelps RN POSTED ON 1/3/2021 12:53:42 AM PST                                    Type: RN NOTE

Pt. remains stable and on occupied status in MOB. Utilizes W/C and independent with ADLs, made no complaints.

Addendum:

---

Larry Deguzman RN POSTED ON 1/1/2021 10:17:44 PM PST                                    Type: PSU NOTE

Remains A&OX4, using W/C for mobility, watching TV/talking next room, no distress/SOB, no c/o.

Addendum:

---

Carrie Romero RN POSTED ON 12/31/2020 1:16:19 PM PST                                    Type: RN NOTE

SRN brought pediatric built up fork/spoon for pt, checked by deputy 7578. Pt then states the device sent are y too small and will not be usable for him. States he can use a larger past c spoon w/handle he has and "make it work" as well as if he has a straight tooth brush as opposed to the round bottom one ear er provided. Also states he still needs a writing utensil. Educated pt SRN will be informed and we will make efforts to obtain as much as with in our ability depending on availability of devices. Verbalized understanding.

Addendum:

---

Carrie Romero RN POSTED ON 12/31/2020 10:19:15 PM PST                                    Type: RN NOTE

Pt seen during MOB rounds. Alert and verbally responsive, breathing even and unlabored. Skin w/d/p and appropriate color for ethnicity. Pt moderately groomed. Cell neat. Appears to be eating meals. Independent w/ad's, compliant w/meds. W/C at bedside. No complaints presented, no distress noted.

DUNSMORE, DARRYL   100046292 (19777041)

Addendum:

Carr e Romero RN POSTED ON 12/30/2020 10:30:00 AM PST                    Type: RN NOTE

Pt seen dur ng MOB rounds. A ert and verba y respons ve, breath ng even and un abored. Sk n w/d/p and appropr ate co or for ethn c ty. Pt moderate y groomed. Ce neat. Appears to be eat ng mea s. Independent w/ad 's, comp ant w/meds. WC at beds de. No comp a nts presented, no d stress noted.

Addendum:

Magda na Ma cdem RN POSTED ON 12/29/2020 10:12:37 AM PST                    Type: RN NOTE

/p was adm n stered w th enbre subcu 50 mg  ( eft th gh), /p to erated the procedure we .

Addendum:

Carr e Romero RN POSTED ON 12/29/2020 9:57:39 AM PST                    Type: RN NOTE

Pt seen dur ng MOB rounds. A ert and verba y respons ve, breath ng even and un abored. Sk n w/d/p and appropr ate co or for ethn c ty. Pt moderate y groomed. Ce neat. Appears to be eat ng mea s. Independent w/ad 's, comp ant w/meds. WC at beds de. No comp a nts presented, no d stress noted.

Addendum:

Joe Cagayao RN POSTED ON 12/29/2020 12:06:14 AM PST                    Type: RN NOTE

Pt seen dur ng MOB rounds. Resp rat ons even and un abored, NAD. Independent w th ADLs. Cont nue to observe every hour.

Addendum:

Carr e Romero RN POSTED ON 12/28/2020 11:58:31 AM PST                    Type: RN NOTE

Pt seen dur ng MOB rounds. A ert and verba y repsons ve, breath ng even and un abored. Sk n w/d/p and appropr ate co or for ethn c ty. Ce neat, pt moderate y groomed. Appears to be eat ng mea s. Comp ant w/meds. Independent w/ADL's, WC at beds de. No comp a nts presented, no d stress noted.

Addendum:

Larry Deguzman RN POSTED ON 12/26/2020 8:57:43 PM PST                    Type: PSU NOTE

Rema ns A&OX4, us ng WC for mob ty, watch ng TV/convers ng w th another nmate next to h s ce  , , no d stress/SOB, no c/o.

Addendum:

Carr e Romero RN POSTED ON 12/25/2020 12:47:05 PM PST                    Type: RN NOTE

NPCC noted w/enbre renewed

Addendum:

Krysta Lott NP POSTED ON 12/25/2020 9:49:33 AM PST                    Type: NP NOTE

Enbre renewed.

Addendum:

Stephan e Yee RN POSTED ON 12/23/2020 11:34:14 AM PST                    Type: RN NOTE

Pt seen dur ng HUR s eep ng n bed. Resp rat ons even and un abored, NAD. Cont nue to observe every hour. Pt s ndependent w th ADLs wh e he s awake and converses w th pt n next ce .

Addendum:

Margaret Aber LVN POSTED ON 12/22/2020 1:45:49 PM PST                    Type: LVN NOTE

Embre SureC ck 50mg/m adm n stered Subcutaneous to eft arm on 12/22/2020.

DUNSMORE, DARRYL   100046292 (19777041)

# EXHIBIT J

| Name | Scheduled Date | Reason | Completed Date |
|------|------|------|------|
| Medical Chart Review | 1/10/2020 | Request to check BS weekly (Q Saturday). Please review BS trends. Thank oyu. | 1/10/2020 |
| QMHP | 1/2/2020 | Please eval patient requesting to speak with MHC due to anxiety. | 1/17/2020 |
| Chronic Care | 1/27/2020 | Diabetes, Hyperlipidemia, ████████, Mood Disorders, Psychotic Disorders | |
| Psychiatry Sick Call | 1/20/2020 | 4 week f/u. 1/20/20 | 1/28/2020 |
| Medical Doctor Sick Call | 2/7/2020 | Patient requesting for an appliance that can assist with writing. Pt states that it is difficult for him to write using the small pencils. Also requesting for pain medication for back pain. | 2/9/2020 |
| Medical Doctor Sick Call | 2/11/2020 | Pt requesting multiple itemsper inmate request 2/10/2020- "ADA spoon (broke), ADA shelfing, ADA toothbrush, Extremely painful difficult to use due to size andpick itme up off the floor causeing extreme musclar secatal pain through out body" Cancelled by june.cuaresma on 2/11/2020 Reason: patient already with order for 2nd tray table. Will call case management for ADA requests. | 2/11/2020 |
| Medical Chart Review | 2/11/2020 | Pls fill-up appliance authorization re: wheelchair & all special ADA utensils for accommodation Dx Ankylosing spondylitis,DM, spinal disorder | 2/11/2020 |
| Registered Nurse Sick Call | 2/11/2020 | Pls do ADA assessment re: continuous use of cane, wheelchair & all special ADA utensils for accommodation Dx Ankylosing spondylitis,DM, spinal disorder | 2/11/2020 |
| Medical Doctor Sick Call | 2/14/2020 | ████████████████████████████████████. Pls eval him. | 2/14/2020 |
| Medical Doctor Sick Call | 2/16/2020 | Pt on a hunger strike & refusing meds | 2/16/2020 |
| Psychiatry Sick Call | 3/24/2020 | 8 week f/u. 3/24/20 Cancelled by christopher.kagay on 2/19/2020 Reason: Scheduled for sooner. | 2/19/2020 |
| Medical Doctor Sick Call | 2/20/2020 | 1) Pt was on a hunger strike for 3 days- began eating again on 2/19/20, Per supervisor request, pt needs be assessed by the MD.████████████ pls adjust orders so that patient can complete regimen. 2) Pt's BS levels have been wnl consistently. Can we change BS checks to QD or weekly? | 2/20/2020 |
| Medical Chart Review | 2/20/2020 | Blood sugar stable - WNL. Per discussion 2/20, blood sugar checks q weekly. Please change in eMAR to reflect change. thank you | 2/20/2020 |
| Psychiatry Sick Call | 2/26/2020 | Pt initially reported he was going to go on a hunger strike, however per notes in Techcare he has been eating in the previous 24 hours. He has also started taking medicaiton again. Also, patient has been refusing ████ due to makes him feel "weird". Please eval. | 2/26/2020 |
| Medical Chart Review | 2/28/2020 | Please clarify time for bs checks. currently q thursday at 1800. | 2/28/2020 |

DUNSMORE, DARRYL   100046292 (19777041)

# EXHIBIT K

| Name | Scheduled Date | Reason | Completed Date |
|------|------|--------|------|
| Medical Chart Review | 1/10/2020 | Request to check BS weekly (Q Saturday). Please review BS trends. Thank oyu. | 1/10/2020 |
| QMHP | 1/2/2020 | Please eval patient requesting to speak with MHC due to anxiety. | 1/17/2020 |
| Chronic Care | 1/27/2020 | Diabetes, Hyperlipidemia, ███████, Mood Disorders, Psychotic Disorders | |
| Psychiatry Sick Call | 1/20/2020 | 4 week f/u. 1/20/20 | 1/28/2020 |
| Medical Doctor Sick Call | 2/7/2020 | Patient requesting for an appliance that can assist with writing. Pt states that it is difficult for him to write using the small pencils. Also requesting for pain medication for back pain. | 2/9/2020 |
| Medical Doctor Sick Call | 2/11/2020 | Pt requesting multiple itemsper inmate request 2/10/2020- "ADA spoon (broke), ADA shelfing, ADA toothbrush, Extremely painful difficult to use due to size andpick itme up off the floor causeing extreme musclar secatal pain through out body" Cancelled by june.cuaresma on 2/11/2020 Reason: patient already with order for 2nd tray table. Will call case management for ADA requests. | 2/11/2020 |
| Medical Chart Review | 2/11/2020 | Pls fill-up appliance authorization re: wheelchair & all special ADA utensils for accommodation Dx Ankylosing spondylitis,DM, spinal disorder | 2/11/2020 |
| Registered Nurse Sick Call | 2/11/2020 | Pls do ADA assessment re: continuous use of cane, wheelchair & all special ADA utensils for accommodation Dx Ankylosing spondylitis,DM, spinal disorder | 2/11/2020 |
| Medical Doctor Sick Call | 2/14/2020 | ████████████████████████████. Pls eval him. | 2/14/2020 |
| Medical Doctor Sick Call | 2/16/2020 | Pt on a hunger strike & refusing meds | 2/16/2020 |
| Psychiatry Sick Call | 3/24/2020 | 8 week f/u. 3/24/20 Cancelled by christopher.kagay on 2/19/2020 Reason: Scheduled for sooner. | 2/19/2020 |
| Medical Doctor Sick Call | 2/20/2020 | 1) Pt was on a hunger strike for 3 days- began eating again on 2/19/20, Per supervisor request, pt needs be assessed by the MD. ████████████████ pls adjust orders so that patient can complete regimen. 2) Pt's BS levels have been wnl consistently. Can we change BS checks to QD or weekly? | 2/20/2020 |
| Medical Chart Review | 2/20/2020 | Blood sugar stable - WNL. Per discussion 2/20, blood sugar checks q weekly. Please change in eMAR to reflect change. thank you | 2/20/2020 |
| Psychiatry Sick Call | 2/26/2020 | Pt initially reported he was going to go on a hunger strike, however per notes in Techcare he has been eating in the previous 24 hours. He has also started taking medicaiton again. Also, patient has been refusing █████ due to makes him feel "weird". Please eval. | 2/26/2020 |
| Medical Chart Review | 2/28/2020 | Please clarify time for bs checks. currently q thursday at 1800. | 2/28/2020 |

DUNSMORE, DARRYL   100046292 (19777041)

# EXHIBIT L

| Name | Scheduled Date | Reason | Completed Date |
|------|------|------|------|
| QMHP | 2/21/2020 | Wellness check - 1 month | 2/28/2020 |
| Medical Chart Review | 3/10/2020 | cc pls change time of ENBREL to 0800 if indicated | 3/10/2020 |
| Medical Doctor Sick Call | 3/11/2020 | ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████ | 3/12/2020 |
| Medical Chart Review | 3/13/2020 | ████████████████████████████████████████ | 3/14/2020 |
| Medical Doctor Sick Call | 3/18/2020 | Pt reports body aches, weakness, fatigue, nausea, pt afebrile, reports no vomitting. | 3/18/2020 |
| Medical Chart Review | 3/18/2020 | ████████████████████████████████████████. Pt denied SOB or fever, MD ordered RIDT which was negative. Please advise conservative care vs. resp. precautions | 3/18/2020 |
| Medical Doctor Sick Call | 3/26/2020 | Pt is requsting to be seen for "worsening hernia" - filled out grievance form - noted small bump approx 5mm in diameter to upper umbilicus. Pt also spoke of occasionally "feeling like shit in general" but denied any interventions from nursing staff. Thank you. | 3/26/2020 |
| QMHP | 3/27/2020 | Wellness check 1 month | 3/28/2020 |
| Medical Doctor Sick Call | 3/30/2020 | Patient is requesting to see the MD for his abdominal hernia, c/o pain. was seen by MD on 3/26 with same problem, requesting for abdominal binder. Refused to eat breakfast and lunch on 3/29/20 | 3/30/2020 |
| Psychiatry Sick Call | 4/1/2020 | Pt is claiming hunger strike on 04/01/2020 at 0520 after being told by sworn that his latest grievance was non-grievable. Please perform baseline assessment. Thank you. Cancelled by christopher.tucker on 4/1/2020 Reason: Hunger strike is not yet proven, pt currently has commissary in room. SRN aware. | 4/1/2020 |
| Medical Doctor Sick Call | 4/1/2020 | Pt is claiming hunger strike on 04/01/2020 at 0520 after being told by sworn that his latest grievance was non-grievable. Please perform baseline assessment. Thank you. Cancelled by christopher.tucker on 4/1/2020 Reason: Hunger strike is not yet proven, pt currently has commissary in room. SRN aware. | 4/1/2020 |
| Medical Doctor Sick Call | 4/1/2020 | Pt wrote an inmate request and he stated that "I have not eaten for the last 4 days and I am declaring now hunger strike." per the night shift report, pt is eating from his store, but please eval him per hunger strike protocol. Cancelled by romeo.deguzman on 4/2/2020 Reason: Patient eating, denies on hunger strike. Ate 100% this morning | 4/2/2020 |
| QMHP | 4/28/2020 | wellness check | 5/10/2020 |
| Psychiatry Sick Call | 5/11/2020 | 10 week f/u. No meds. 5/6/20 or sooner prn. | 5/14/2020 |
| Medical Doctor Sick Call | 5/23/2020 | ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████ | 5/24/2020 |
| QMHP | 5/22/2020 | IP requesting regular 1:1 with QMHP. Cancelled by Christina.farrington on 5/24/2020 Reason: duplicate. IP already scheuled for QMHP sick call | 5/24/2020 |

DUNSMORE, DARRYL   100046292 (19777041)

_____. Pat ent s conversat ona and reports he s mad at the just ce system and how th ngs take awh e to address h s needs. Pat ent verba zed he w attempt to eat at the next chow and he requests for boost or ensure to take down. MDSC schedu ed. Endorsement to be g ven to NOC sh ft to take VS/BG and to cont nue mon tor ng h s d etary nput. SNP for nd gest on to be n t ated.

Addendum:

---

Chr st ne Pad a RN POSTED ON 4/1/2020 5:10:58 PM PDT                                Type: RN NOTE

Pat ent refused unch but seen eat ng comm ssary tems. Den es SI/HI/AH/VH/PSA.

Addendum:

---

Kebreab Tek eg org s RN POSTED ON 4/1/2020 1:46:45 PM PDT                          Type: RN NOTE

Pt comp eted an ROI and wrote nmate request, for h s nmate request schedu ed h m for MDSC and h s ROI a so forwarded to MRU.

Addendum:

---

Ma Kr ze Santos RN POSTED ON 4/1/2020 5:35:55 AM PDT                               Type: PSU NOTE

Pt s refus ng breakfast. But has comm ssary bag n h s room. per MOB deputy h s bag nc udes nc udes 1 app e, 1 dor tos ch p and a pack of nuts.

Addendum:

---

Adaeze Okoh RN POSTED ON 3/31/2020 6:02:28 AM PDT                                  Type: Unknown Ro e

Abnorma V ta S gns/Read ngs: Huma og 5 un ts adm n stered per ss

B ood Sugar: 265

Addendum:

---

R za na Baut sta RN POSTED ON 3/30/2020 5:12:50 PM PDT                             Type: RN NOTE

Seen by Dr. Leon, abdom na b nder g ven to pat ent

Addendum:

---

SOAP NOTE BY: Arturo Leon Med ca POSTED ON 3/30/2020 2:17:44 PM PDT                Type: MD NOTE

**Subjective**

Seen n h s MOB ce .
Comp a n ng of an abdom na hern a. He has no h story of any abdom na surgery. Seems worse when stand ng. some pa n

**Objective**

| BP: / | Temp: | Pu se: | Resp: | Wt: | Sa02: | BS: | Pa n: |
|---|---|---|---|---|---|---|---|

v ta s noted

██████████████

██████████████████████████████████████████

No hern as were fe t.

**Assessment**

██████████████

DUNSMORE, DARRYL    100046292 (19777041)

**Plan**

W   need and abdom na  be t to use cont n ous y

████████████████████

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| 4/16/2021 12:00:00 AM PDT | Montgomery, Jon DO | |
| 4/8/2021 12:00:00 AM PDT | Montgomery, Jon DO | |
| 6/24/2020 12:00:00 AM PDT | Montgomery, Jon DO | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| 100 MG | 1 | 8/23/2020 8:00:00 PM | 9/2/2020 7:59:00 PM | Take 100 mg by mouth TWICE DAILY for 10 day(s). D spense 20 capsu e. 0 Ref  (s) *ATE | |
| 500 MG | 2 | 4/1/2020 12:00:00 AM | 4/2/2020 11:59:59 PM | Take 1000 mg by mouth FOUR TIMES DAILY for 2 day(s). D spense 16 tab et chewab e. 0 Ref  (s). *per SNP w th mea s and at bedt me. KOP *ATE Prof  e On y | |

Addendum:

SOAP NOTE BY: Dom nga Phe ps RN POSTED ON 3/29/2020 11:22:28 PM PDT                              Type: RN NOTE

**Subjective**

████████████████████████████████████████████████████
████████████████████████████████.

**Objective**

██  ████  ████  ██████ █████ ██████ █████ █████
███  ███  ███

Awake s tt gn  n W/C when rec'd. A ert/verba  y respons ve/or ented x3. NAD.Ca m, cooeprat ve w th good eye contact. ████████████
████████     Noted wear ng " mprov zed" abdom na  b nder "  t g ves me comfort. I've been ask ng them but the doctor won't order  t". Ut  zes W/C and @t mes/dur ng rounds he was seen on h s own w/o a de wa k ng  n the room. Den es N/V. Np obv ous hem a protrus on noted on h s abdomen.

**Assessment**

A t. hea th ma nt/comfort.

**Plan**

cont. current tx p an. Instructed to report any s gn f cant chanegs n h s cond t on/vo ced understand ng. W   cont nue to mon tor hour y we  ness checks per MOB protoco . A ready has MDSC sched.

DUNSMORE, DARRYL   100046292 (19777041)

| Diagnostic Name | | Scheduled Date | | Doctor | |
|---|---|---|---|---|---|
| 4/16/2021 12:00:00 AM PDT | | Montgomery, Jon DO | | | |
| 4/8/2021 12:00:00 AM PDT | | Montgomery, Jon DO | | | |
| 6/24/2020 12:00:00 AM PDT | | Montgomery, Jon DO | | | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| 100 MG | 1 | 8/23/2020 8:00:00 PM | 9/2/2020 7:59:00 PM | Take 100 mg by mouth TWICE DAILY for 10 day(s). D spense 20 capsu e. 0 Ref (s) *ATE | |
| 500 MG | 2 | 4/1/2020 12:00:00 AM | 4/2/2020 11:59:59 PM | Take 1000 mg by mouth FOUR TIMES DAILY for 2 day(s). D spense 16 tab et chewab e. 0 Ref (s). *per SNP w th mea s and at bedt me. KOP *ATE Prof e On y | |

Addendum:

---

R za na Baut sta RN POSTED ON 3/29/2020 5:31:13 PM PDT                                                    Type: RN NOTE

Rece ved a ca  from th s /p through ca    ght button, and pat ent s verba  z ng that he d dnt eat h s unch,d/t ts g v ng h m pa n on h s abdom na  hem a█████████████████████████████ , c a ms dr nk ng f u ds,noted w th comm ssary ns de h s room .Pat ent  nformed that he  s schedu ed for  MDSC re: "worsen ng Hern a", request ng abdom na  b nder. Adv sed pat ent to not fy staff for any change  n cond t on and vo ced understand ng.

Addendum:

---

Dom nga Phe ps RN POSTED ON 3/29/2020 5:00:08 AM PDT                                                    Type: RN NOTE

Pt. been qu et the who e sh ft ast n ght. Dur ng rounds he was noted watch ng TV , n bed s eep ng  for the most part. At breakfast t me pt. refused to eat breakfast per sworn staff and other MOB RN . When th s wr ter went to see pt. he was y ng /rest ng  n bed qu et y.

Addendum:

---

R za na Baut sta RN POSTED ON 3/28/2020 2:52:34 PM PDT                                                    Type: RN NOTE

Pat ent  s a ert ,coherent  n NAD, c/o abdom na  hern a pa n, no noted protrus on or swe  ng upon eva . c a ms he need to see the doctor. very argumentat ve. Per techcare,pat ent was a ready seen by Dr. Freed and w th the same prob em. Pat ent adv sed that he w  be schedu ed for MD aga n.

Addendum:

---

Anthony Adraneda RN POSTED ON 3/26/2020 9:47:57 AM PDT                                                    Type: RN NOTE

MDSC noted.

Addendum:

---

Peter Freed and Med ca  POSTED ON 3/26/2020 9:44:24 AM PDT                                                    Type: MD NOTE

MD has prev ous y d scussed and eva uated th s pat ent severa  t mes.  H s hern a s not  ncarcerated or strangu ated.  He does not co acute pa n.  Pt s eat ng and dr nk ng many t mes per day norma  y wo pa n or d stent on.  Pt has mu t p e m v sts per day and s we cared for.  H s ada needs have been addressed and we are exped t ous y prov d ng appropr ate med ca  care.  Th s pat ent has seen MD/NP mu t p e t mes th s month.  There have

Addendum:

---

Re nan Pau no RN POSTED ON 3/25/2020 9:18:12 PM PDT                                    Type: RN NOTE

03/24/20 1800 Enbre  50 mg subcutaneous  nj g ven Rt upper  eg. Pt to erated procedure.

Addendum:

---

Romeo DeGuzman RN POSTED ON 3/22/2020 10:17:06 AM PDT                          Type: MEDICAL CLEARANCE

No comp a nts made.  A ert and respons ve, not  n resp ratory d stress, uses whee cha r for mob  ty.  Hour y rounds done.  Needs attended.

Addendum:

---

Romeo DeGuzman RN POSTED ON 3/21/2020 9:10:38 AM PDT                          Type: MEDICAL CLEARANCE

A ert and respons ve, not  n resp ratory d stress.  Independent w th ADL's. Uses whee cha r for mob  ty.  Hour y rounds done.  Needs attended.

Addendum:

---

M  ssa Burns RN POSTED ON 3/20/2020 8:26:22 AM PDT                                    Type: RN NOTE

noted s ee  ng dur ng AM rounds, awoken and took AM med cat ons, no med ca /hea th comp a nts noted current y

Addendum:

---

SOAP NOTE BY: Dom nga Phe ps RN POSTED ON 3/19/2020 10:23:42 PM PDT                    Type: RN NOTE

**Subjective**

"I'm okay; noth ng new I'm st   here".

**Objective**

Awake/ y ng  n bed /watch ng TV when rec'd. A/Ox3. NAD. VSS. Sm  ng on approach. Resp rat on even/un abored. Ca m, cooperat ve w th good eye contact. Speech c ear/coherent. Sk n warm/dry.                                    Comp ant w th meds. Fa  s precaut on mon tored. Water p tcher ref  ed.

**Assessment**

A t. hea th ma nt/ Impa red Mob  ty/ R sk-Potent a  for Fa  .

**Plan**

Fa  s precaut on. Push PO f u ds. Cont nue current Tx p an. W   sched. W  cont nue to mon tor hour y we  ness checks per MOB protoco . Adv sed to report any changes n h s cond t on/verba zed understand ng.

| Diagnostic Name | Scheduled Date | Doctor |
| --- | --- | --- |
| 4/16/2021 12:00:00 AM PDT | Montgomery, Jon DO | |
| 4/8/2021 12:00:00 AM PDT | Montgomery, Jon DO | |
| 6/24/2020 12:00:00 AM PDT | Montgomery, Jon DO | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
| --- | --- | --- | --- | --- | --- |

DUNSMORE, DARRYL   100046292 (19777041)

# EXHIBIT M

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Medical Doctor Sick Call | 6/5/2020 | IP requests to see MD w/ c/o hernia on his abd ███████████ ███████████ ███████████ ██████████ | 6/5/2020 |
| Medical Chart Review | 6/16/2020 | Off-Site/Consult Deferral | 6/15/2020 |
| Medical Chart Review | 6/17/2020 | Pt requesting HbA1C and lab tests to detect level of inflammation (ESR/CRP?) please advise | 6/15/2020 |
| Medical Chart Review | 6/22/2020 | Please review HgA1C results. | 6/22/2020 |
| QMHP | 6/24/2020 | wellness check | 6/25/2020 |
| Medical Chart Review | 7/10/2020 | █████████████████ ██████████ | 7/10/2020 |
| Medical Chart Review | 7/14/2020 | Please renew Enbrel order recently expired and due today 7/14/2020. Last dose given 07/07/2020. Thank you. | 7/14/2020 |
| Medical Chart Review | 7/16/2020 | Pt has an order for BS check q thursday that recently expired. pls renew if indicated. | 7/16/2020 |
| QMHP | 7/20/2020 | ███████████ | 7/20/2020 |
| Medical Chart Review | 7/23/2020 | Please review/renew ██████ if indicated. Pt is requesting to continue | 7/23/2020 |
| Psychiatry Sick Call | 7/30/2020 | Last seen 5/14, f/u in 10-11wks or sooner prn, Pt declines meds, requests individual therapy | 8/5/2020 |
| Medical Chart Review | 8/8/2020 | Please review this MOB Patient's EMAR and reorder ██████ . Pt ran out of the meds and review of CIPS showed ██████ was not ordered for the patient. | 8/8/2020 |
| Medical Chart Review | 8/9/2020 | pt requesting ██████ be restarted | 8/9/2020 |
| Medical Chart Review | 8/13/2020 | Please review BS checks. | 8/13/2020 |
| QMHP | 8/13/2020 | Wellness check. Prior mood symptoms, off meds, ██████ | 8/17/2020 |
| Medical Doctor Sick Call | 8/23/2020 | ██████████████████ , ██████ | 8/23/2020 |
| QMHP | 8/31/2020 | Wellness ck Dr. Smerud | 9/2/2020 |

prompting.

Addendum:

---

Peter Freed and Med ca POSTED ON 6/5/2020 9:49:58 AM PDT                              Type: MD NOTE

Chart rev ewed. Pt does not have an actua med ca comp a nt. Genera surgery consu t p aced as pt wou d ke to pay out of pocket for a poss b e ventra wa hern a.

Addendum:

---

Stephan e Kay Rapp ey RN POSTED ON 6/4/2020 9:55:06 PM PDT                              Type: RN NOTE

Rece ved a med ca request w/ c/o that the abd b nder sn't work ng for h s hern a & he ████████████████ IP wa ked over to the ce door & th s wr ter spoke w/ IP & nformed h m that he w be schedu ed to see the Dr for h s comp a nts. IP c/o a hern a on h s abd that "fee s ke t's gett ng b gger when I cough & ████████████ ████████. IP was prov ded a new abd b nder ear er today & was nstructed to cont nue wear ng t. A so states he was to d that he s supposed to have a surgery wh ch he had the opt on to pay for out of pocket for & s ask ng how he can have t done. MDSC schedu ed.

Addendum:

---

Ke Payne RN POSTED ON 6/4/2020 4:05:48 PM PDT                              Type: RN NOTE

Pat ent turned n o d and d rty abdom na b nder, noted very tattered and torn. Rep aced w th new abdom na b nder.

Addendum:

---

Reg na d Barretto RN POSTED ON 6/2/2020 8:49:51 AM PDT                              Type: RN NOTE

Enebre SQ g ven. Next due 6/9/20.

Addendum:

---

Reg na d Barretto RN POSTED ON 6/2/2020 8:47:09 AM PDT                              Type: RN NOTE

Pt seen dur ng MOB AM rounds. No comp a nts or acute d stress noted. Uses w/c for mob ty, ndependent w th ADLS. cont nue to mon tor q hours rounds as needed.

Addendum:

---

Reg na d Barretto RN POSTED ON 6/1/2020 8:46:49 AM PDT                              Type: RN NOTE

Pt seen dur ng MOB AM rounds. No comp a nts or acute d stress noted. Uses w/c for mob ty and s ndependent w th ADLS. cont nue to mon tor as needed.

Addendum:

---

Romeo DeGuzman RN POSTED ON 5/31/2020 11:16:07 AM PDT                              Type: MEDICAL CLEARANCE

A ert and verba y respons ve, not n resp ratory d stress, uses whee cha r for mob ty. Independent w th ADL's. Hour y rounds made. Needs attended.

Addendum:

---

Ke Payne RN POSTED ON 5/24/2020 12:00:03 PM PDT                              Type: RN NOTE

MDSC done w th cream ordered.

Addendum:

---

Romeo DeGuzman RN POSTED ON 5/24/2020 9:17:36 AM PDT                              Type: MEDICAL CLEARANCE

A ert and verba y respons ve, not n resp ratory d stress, uses whee cha r for mob ty. No s gn f cant change of cond t on noted, needs attended.

DUNSMORE, DARRYL   100046292 (19777041)

# EXHIBIT N



**San Diego County**
**SHERIFF'S DEPARTMENT**
**INMATE REQUEST** *(PETICION DEL RECLUSO)*

---

**SECTION I**    Complete the following information: *(Llene la siguiente informacion)*

**Facility:**    ☒ SDCJ    ☐ FAC8    ☐ EMRF    ☐ GBDF    ☐ LCDRF    ☐ SBDF    ☐ VDF
*(Carcel)*

**Name:** Darryl Dunsmore
*(Nombre)*

**Booking #:** 16777041         **Date of Birth:** ▮▮▮▮▮         **Housing Unit:** Msb - 11
*(Número)*                      *(Fecha de Nacimien)*                  *(Unidad)*

---

**SECTION II**    Refer to instructions on the back of this form.
Refiere se a las instrucciones al revez de este formulario.

**I have a Request for the following:**
*(Tengo una petición a lo siguiente):*

My Legal Access to The Court are being
Obstructed I'm requesting To speak To
Someone From DSB To File Grievance

**Signature:** _____         **Date and Time:** 12/18/15
*(Firma)*                               *(Fecha y hora)*

---

**SECTION III**    RESPONSE BY DETENTION FACILITY STAFF **ONLY**

**Forwarded to:** _____    **Date:** _____    **Time:** _____

**Completed by:** _____         **Date:** _____

J-21 (REV 01/15) FRONT

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| | IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|---|
| No front Page. is copy of | | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First). | CDC Number: | Unit/Cell Number: Mob - 11 | Assignment: |
|---|---|---|---|

**A.  Continuation of CDCR 602, Section A only (Explain your issue) :**

Legal Access obstruction of Court Access

I m being harassed n San Diego County Jail and im being Denied Legal Access and my Legal property Contrary To policy and law

Action Requested immediate Access to Legal Services + Legal property This Complaint Directed To The appropriate office for Processing

Inmate/Parolee Signature: _____    Date Submitted: 12/14/19

**B.  Continuation of CDCR 602, Section B only (Action requested):**

Immediate access To Legal Services and Legal property

Supporting Document

Inmate/Parolee Signature: _____    Date Submitted: _____

# EXHIBIT O



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ  ☐ GBDF  ☐ EMRF  ☐ LCDRF  ☐ SBDF  ☐ VDF  ☐ FAC8

From: Dunsmore Darryl Lee
*De:*  Name (Last, First, Middle)  Booking Number  Housing Unit
  *Nombre (Apellido, Primero, Segundo)*  *Número de ficha*  *Unidad de alojamiento*

Grievance is about: ☒ Jail Procedures  ☒ Jail Conditions  ☐ Medical  ☐ PREA  ☒ Other  Due
*La queja es acerca:*  *Procedimientos de*  *Condiciones de*  *Médico*  *Otro*  Process
  *la Cárcel*  *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*  On going

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

My Due process and ADA access are unconstitutionally denied
with Deliberate indifference with Deliberate willfull refusal
to provide a timely or any response at all contrary to the
Due process clause of the United State in order to Deprive
Me Meaningful access to the court and to Discriminate against
a qualified ADA individule and cause cruel & Unusual
Punishment by refusal to address numerous grievance or take
Corrective changes according to law

D-D
Inmate Signature / *Firma de Preso*  11/27/20
  Date / *Fecha*

Received in
DEC 07 2020
Sheriff's Internal Affairs

---

### THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: R MATA  3986  11/27/20  1146
  Signature of receiving staff member  ARJIS #  Date  Time

Entered in JIMS:
  _____  _____  _____
  Date  Time  JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
  ☐ The inmate's health or safety is unfairly impacted by a condition of confinement
  ☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
  ☐ It is an appeal of discipline—JIMS Incident # _____  JIMS Appeal Hearing # _____
  ☐ It is a complaint against staff—JIMS Incident # _____  (Refer to Detentions P&P Section N.1)
  ☐ It is an inmate request—respond in writing below.  (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

2020-527

J-22 (Rev 1/15)  **Original goes to booking jacket**  **Copy goes to inmate after being signed by staff member**