1 | GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
2 | PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
3 | HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
4 | 101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
5 | Telephone: (415) 433-6830
Facsimile: (415) 433-7104
6 | Email:      ggrunfeld@rbgg.com
            vswearingen@rbgg.com
7 |            pkaul@rbgg.com
            eanderson@rbgg.com
8 |            hchartoff@rbgg.com

9 | AARON J. FISCHER – 247391
LAW OFFICE OF
10 | AARON J. FISCHER
2001 Addison Street, Suite 300
11 | Berkeley, California 94704-1165
Telephone: (510) 806-7366
12 | Facsimile: (510) 694-6314
Email:      ajf@aaronfischerlaw.com
13 |
(*additional counsel on following page*)
14 |
Attorneys for Plaintiffs
15 |

16 | UNITED STATES DISTRICT COURT

17 | SOUTHERN DISTRICT OF CALIFORNIA

18 | DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, | Case No. 3:20-cv-00406-AJB-WVG
19 | REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, | **DECLARATION OF DAVID FRANCIS SMITH III IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**
20 | CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of |
21 | themselves and all others similarly situated, |
22 | Plaintiffs, |
23 | v. | Judge:    Hon. Anthony J. Battaglia
24 | SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL | Date:    August 11, 2022
Time:    2:00 p.m.
Ctrm.:    4A
25 | HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID- |
26 | AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO |
27 | COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, |
28 | Defendants. |

[4111617.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF DAVID FRANCIS SMITH III IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

1    (*counsel continued from preceding page*)

2    CHRISTOPHER M. YOUNG – 163319
     ISABELLA NEAL – 328323
3    OLIVER KIEFER – 332830
     DLA PIPER LLP (US)
4    401 B Street, Suite 1700
     San Diego, California  92101-4297
5    Telephone:  (619) 699-2700
     Facsimile:  (619) 699-2701
6    Email:      christopher.young@dlapiper.com
                 isabella.neal@dlapiper.com
7                oliver.kiefer@dlapiper.com

8    BARDIS VAKILI – 247783
     JONATHAN MARKOVITZ – 301767
9    ACLU FOUNDATION OF SAN DIEGO &
     IMPERIAL COUNTIES
10   2760 Fifth Avenue, Suite 300
     San Diego, California  92103-6330
11   Telephone:  (619) 232-2121
     Email:      bvakili@aclu-sdic.org
12               jmarkovitz@aclu-sdic.org

13   Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[4111617.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF DAVID FRANCIS SMITH III IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

## DECLARATION OF DAVID FRANCIS SMITH III

I, David Francis Smith III, declare:

1.      I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.      I have been incarcerated at the San Diego County Jail ("the Jail") since June 2, 2021.   My booking number is 21119612.  I am 37 years old.

3.      I am housed at George Bailey Detention Facility ("George Bailey") in the medical observation ("MOB") unit.  I was detained pre-trial until my conviction, and since then have been incarcerated while awaiting transfer to the custody of the California Department of Corrections and Rehabilitation ("CDCR").

4.      I have served in the United States Marine Corps for over 18 years, beginning in July 2003.  I currently hold the rank of Master Sergeant.  I served as a Marine Corps infantryman in multiple combat zones, including in Haiti, Afghanistan, and multiple tours in Iraq.  Due to injuries sustained in combat and during my service, I suffer from left sciatic pain, likely occipital neuralgia, and lumbar pain.  These conditions cause severe neck and back pain.  I also have bilateral plantar fasciitis in my feet.  Prior to my incarceration, I was prescribed several medications to manage these conditions.  Attached as **Exhibit A** is a true and correct copy of my active pain medication prescriptions, as found in military medical records released to the Sheriff's Department, prior to my incarceration in the Jail.

5.      I have also been diagnosed with post-traumatic stress disorder ("PTSD") based on my experiences in the military, and have a traumatic brain injury ("TBI").  At the Jail, I often have not met with mental health staff in confidential spaces.  My first several meetings with mental health staff were at the door of the housing unit, where all of the other people in my unit could hear our conversation. Attached as **Exhibit B** is a true and correct copy of a form documenting the Jail's

[3868599.2]

1

1 June 10, 2021 initial mental health assessment, with a "non-confidential" box
2 checked. Attached as Exhibit B̶ C is a true and correct copy of a July 27, 2021 mental
3 health progress note showing that the clinician met with me "at MOB cell," a non-
4 confidential environment, "due to lack of deputy assistance." The clinician wrote in
5 her progress note that she would only be able to discuss all treatment options "when
6 in a private setting." Meeting within earshot of other people makes it difficult for
7 me to talk openly about the nature of my mental health issues. I only began
8 regularly meeting with mental health staff in confidential spaces after I filed a
9 grievance. Custody staff have also been callous about my mental health needs. In
10 or around August 2021, I told a deputy that due to my PTSD, I sometimes have
11 trouble controlling my anger. The deputy told me that I have to "get over" my
12 PTSD like everybody on the outside.

13        6.      When I first entered the Jail, I was placed into enhanced observation
14 housing ("EOH") because I had discussed harming myself. Attached as **Exhibit D** is
15 a true and correct copy of a June 2, 2021 assessment form indicating that I was
16 placed in an EOH cell that afternoon. My clothes were taken away and I was placed
17 into the cell naked, with a heavy green safety smock. The cell had a bed, mattress,
18 and a blanket. I had to drink water that was trickling from a nub on the toilet, like a
19 hamster. There was no toilet paper in the cell. I had no access to any reading
20 material or the phone to call my family. The cell floor seemed dingy and dirty, like
21 it had not been cleaned in a long time. The time in that cell was one of the worst
22 nights of sleep in my life. People in the unit were screaming all night long.
23 Attached as **Exhibit E** is a true and correct copy of a June 3, 2021 ISP progress note
24 in my Jail medical records, which states that I was not able to use the phone while in
25 EOH and that I told the clinician I could barely sleep because of people screaming
26 and kicking their doors. The experience was so miserable that I resolved not to tell
27
28

DFS 3/9/22

1  staff of suicidal thoughts in the future because I did not want to be placed in that cell
2  again.

3         7.      Custody staff have threatened to not provide me with disability
4  accommodations.  In the Jail, I am able to walk on my own because I only have to
5  walk short distances.  It is more difficult for me to walk out to court because I am
6  shackled to someone else, which means that my back can more easily get pulled,
7  aggravating my pain.  During court days I also often have to sit on a bench in a
8  holding cell, without adequate back support, for many hours.  Given my neck and
9  back pain, medical staff at the Jail approved me for wheelchair transportation when
10 going out to court.

11        8.      On October 4, 2021, I was scheduled to go out to court in Vista.  I was
12 sitting in the court holding cell at George Bailey, with my wheelchair outside the
13 door.  Three deputies opened the door of the holding cell to take people out to court
14 and asked me why I needed the wheelchair.  I told them about my back pain and that
15 medical had approved me for a transport wheelchair.  One deputy said he would
16 check on this with medical.  Everyone else in the holding cell was taken to the bus
17 while I waited for 30 or 45 minutes.  When the deputy returned, he told me that a
18 sergeant said medical had cleared me to go to the bus for court because it was a
19 short ride.  He said that he would let me go to court this time in a wheelchair, but I
20 would not be allowed a wheelchair for my next court date, and if I tried to ask for
21 one, the Jail would consider me a "refusal" to go to court.  I was transported to court
22 in a wheelchair-accessible van.  When I arrived in Vista, the court deputy there
23 asked if I needed the wheelchair.  One of the deputies transporting me said, "We've
24 been asked to entertain it" in a condescending tone, and rolled her eyes.  After court
25 ended, I was told by a deputy that no wheelchair-accessible van was scheduled to
26 come to take me back to George Bailey.  I sat in the court holding cell for several
27 hours in serious discomfort, until the transfer truck arrived at approximately 4:00
28

p.m.  I figured taking the transfer truck would be faster than waiting for an accommodation that would probably not come.

9.     On October 14, 2021, I did take a wheelchair for transport to a medical appointment at San Diego Central Jail.  I decided not to ask for a wheelchair because I did not want to be considered a refusal, after the deputy's previous threat, and did not want to miss the medical appointment.  I knew from past experience that if I missed the appointment, it would be at least a few weeks before I could get the appointment rescheduled.  I was especially concerned that a "refusal" would cause even more delays.  I have witnessed other people who are not able to go to medical appointments and have to start over the request process to even get scheduled for an appointment.

10.     After the October 14  appointment, I returned to George Bailey and was placed in a holding cell.  The same deputy who harassed me on October 4 arrived to escort me back to MOB.  He asked why I did not have a wheelchair and I told him I did not feel like being discriminated against, so I did not press the issue that day.  The deputy told me, "You were in the military, you can handle the pain."  While we walked, I explained to him the details and extent of my back pain issues.  I should not have to explain or justify an accommodation medical staff have already prescribed for me.  When officers have said things like that, I felt that it was bullying, because it made me feel weak and pathetic.  I wish I could just walk without pain, but these are ailments that I have from 18 years of service to my country, and I should not be discriminated against or harassed because of them.

11.     On October 15, 2021, I asked medical staff whether my wheelchair transportation order was still active.  They said that it was still active and had not been revoked.

12.     On October 15, 2021, I submitted a grievance about the discrimination I experienced when going out to court on October 4.  Attached as **Exhibit F** is a true

and correct copy of that October 15, 2021 grievance and the Jail's response.  On
October 19, 2021, Sergeant Cortes provided a written response to the grievance.
Sergeant Cortes also pulled me out of my dorm to the recreation area to discuss the
grievance.  The written response from Sergeant Cortes confirms that the Jail's
database includes a medical instruction that I can use a wheelchair.  Sergeant Cortes
also wrote that he had contacted all staff to share this medical instruction.  I do not
know why all staff were not properly informed of this accommodation before
October 4.  I should not have to experience discrimination and file a grievance just
to receive disability accommodations that are already prescribed for me.

13.    The Sheriff's Department has also failed to process grievances that I
filed about my treatment in the Jail, including the lack of disability
accommodations.  On August 12, 2021, I submitted a grievance about conditions at
the Jail.  It was picked up by staff on August 13.  I did not receive any written or
verbal response to that grievance, even though the grievance form says the Sheriff's
Department must answer it in 7 days.  On August 30, 2021, I submitted another
grievance because my first grievance went unanswered.  A true and correct copy of
that August 30, 2021 grievance is attached as **Exhibit G**.  I appealed that grievance
and then on October 3, 2021, submitted a second level appeal of my grievance.  I
received a typed response from an unknown staff member stating that I had been
referred to an outside pain management clinic.  On October 9, 2021, I submitted
another appeal asking for a response from the facility commander, as is required
under the Jail's grievance policies for second level appeals.  The written response to
the appeal states that the Sheriff's Department has "no information regarding the
nature of the grievance you are requesting a response to."  The staff member, whose
name is illegible, checked a box that my appeal was not a grievance, but was instead
an "inmate request."  Attached as **Exhibit H** are true and correct copies of my
October 3, 2021 and October 9, 2021 grievances, with the Sheriff's Department's

1  notations and responses.  I do not know how the Sheriff's Department had no record

2  of my earlier grievances.

3      14.    I submit this declaration because I want to help improve the medical,

4  dental, and mental health care at the Jail, ensure that incarcerated people with

5  disabilities are accommodated and treated fairly, and help make sure that all

6  incarcerated people are safe at the Jail.

7

8      I declare under penalty of perjury under the laws of the United States of

9  America that the foregoing is true and correct, and that this declaration is executed

10  at _____San Diego_____, California this __9th__ day of March 2022.

11

12  _____
    David Francis Smith

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[3868599.2]                                6

# EXHIBIT A

# Medical Record

Smith, David Francis III    **DOB:** ███████    **DoD ID:** 1266697216    **Created:** June 17, 2021 12:16 pm

## Outpatient Medications

| Last Fill | Drug Name | Standardized Drug Name | Prescription Number | Sig | Quantity | Days Supply | Refills Left | Status | Ordering HCP | Ordering HCP Specialty | Expires | Site |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| May 17, 2021 | onabotulinumtoxinA | Botulinum Toxin Type A | | 155 unit(s). IntraMuscular. Once | | | | active | LIU, JIE | | | FEHR |
| May 17, 2021 | onabotulinumtoxinA | Botulinum Toxin Type A | | 155 unit(s), IntraMuscular, On Call | | | | active | LIU, JIE | | | FEHR |
| May 12, 2021 | ██████ | ██████ | | ██████ | | | | active | MAYER, ARIC DAIN | | | FEHR |
| May 11, 2021 | onabotulinumtoxinA | Botulinum Toxin Type A | | 155 unit(s), IntraMuscular, Once | | | | stopped | LIU, JIE | | | FEHR |
| May 11, 2021 | ██████ | ██████ | | ██████ | | | | active | MAYER, ARIC DAIN | | | FEHR |
| May 11, 2021 | ██████ | ██████ | | ██████ | | | | active | MAYER, ARIC DAIN | | | FEHR |
| Apr 26, 2021 | dexamethasone (Decadron) | Dexamethasone | | 4 mg, IntraMuscular, Once | | | | completed | KASTL, ALEXANDER JOSEPH | | | FEHR |
| Apr 20, 2021 | tIZANidine (Zanaflex 4 mg oral tablet) | tizanidine 4 MG Oral Tablet [Zanaflex] | | 1 tab(s), Oral, every 8 hr, 90 tab(s), 1 Refill(s) | 90 | | | active | KASTL, ALEXANDER JOSEPH | | | FEHR |
| Apr 20, 2021 | traMADol (traMADol 50 mg oral tablet) | tramadol hydrochloride 50 MG Oral Tablet | | 1 tab(s), Oral, every 6 hr, 30 tab(s), 1 Refill(s) | 30 | | | active | KASTL, ALEXANDER JOSEPH | | | FEHR |
| Apr 20, 2021 | HYDROcodone-acetaminophen (Norco 5 mg-325 mg oral tablet) | Acetaminophen 325 MG / Hydrocodone Bitartrate 5 MG Oral Tablet [Norco 5/325] | | 1 tab(s), Oral, every 4 hr, PRN: as needed for pain, 30 tab(s), 0 Refill(s) | 30 | | | completed | KASTL, ALEXANDER JOSEPH | | | FEHR |
| Apr 20, 2021 | ██████ | ██████ | | ██████ | | | | stopped | MAYER, ARIC DAIN | | | FEHR |

Smith ██████

FOR OFFICIAL USE ONLY (FOUO)
Disclaimer: "The information contained in this document may contain privileged and confidential information including patient information protected by federal and state privacy laws."

SMITH, DAVID FRANCIS III 400484468 (21119612)

| | Apr 20, 2021 | ondansetron (Zofran) | Zofran | | 4 mg, IV Push (Intravenous), every 4 hr, PRN: other (see comment) | | | | stopped | MAYER, ARIC DAIN | | | FEHR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr 20, 2021 | acetaminophen-HYDROcodone (hydrocodone-acetaminophen 5 mg-325 mg tablet) | Acetaminophen 325 MG / Hydrocodone Bitartrate 5 MG Oral Tablet | | See Rx Instructions, 30 EA, 0 Refill(s) | 30 | | | active | KASTL, ALEXANDER JOSEPH | | Oct 16, 2021 | FEHR |
| | Apr 20, 2021 | traMADol (traMADol 50 mg tablet) | tramadol hydrochloride 50 MG Oral Tablet | | See Rx Instructions, 30 EA, 1 Refill(s) | 30 | | | stopped | KASTL, ALEXANDER JOSEPH | | Oct 16, 2021 | FEHR |
| | Apr 16, 2021 | ████ | ████ | | ████ | | | | stopped | MAYER, ARIC DAIN | | | FEHR |
| | Apr 16, 2021 | ████ | ████ | | ████ | | | | stopped | MAYER, ARIC DAIN | | | FEHR |
| | Apr 16, 2021 | ondansetron (Zofran) | Zofran | | 4 mg, IV Push (Intravenous), every 4 hr, PRN: other (see comment) | | | | stopped | MAYER, ARIC DAIN | | | FEHR |
| | Apr 16, 2021 | gabapentin (gabapentin 300 mg oral capsule) | gabapentin 300 MG Oral Capsule | | See Instructions, take 2-3 cap(s) Oral TID, titrate as discussed, 270 cap(s), 3 Refill(s) | 270 | | | active | MAYER, ARIC DAIN | | | FEHR |
| | Apr 13, 2021 | ketorolac (Toradol 30 mg/mL injectable solution) | 1 ML Ketorolac Tromethamine 30 MG/ML Cartridge | | 30 mg, IntraMuscular, every 6 hr, 2 mL, 0 Refill(s) | 2 | | | stopped | WOODRING, SEAN DANIEL KELLEY | | | FEHR |
| | Apr 09, 2021 | DULoxetine (Cymbalta 30 mg oral delayed release capsule) | duloxetine 30 MG Enteric Coated Capsule [Cymbalta] | | 1 cap(s), Oral, Daily, 90 cap(s), 0 Refill(s) | 90 | | | active | KASTL, ALEXANDER JOSEPH | | | FEHR |
| | Apr 09, 2021 | lidocaine topical (Lidoderm 5% topical film) | Lidocaine Hydrochloride 0.05 MG/MG Transdermal Patch [Lidoderm] | | 1 patch(es), Topical, Daily, Leave on for up to 12 hours within a 24 hour period (12 hours on, 12 hours off), 30 patch(es), 0 Refill(s) | 30 | | | active | MCMANUS-MILLER, KRISTEN M., NP | | | FEHR |
| | Apr 09, 2021 | meloxicam (Mobic 7.5 mg oral tablet) | meloxicam 7.5 MG Oral Tablet [Mobic] | | 1 tab(s), Oral, Daily, 30 tab(s), 1 Refill(s) | 30 | | | active | KASTL, ALEXANDER JOSEPH | | | FEHR |
| | Apr 09, 2021 | ████ | ████ | | ████ | 90 | | | active | KASTL, ALEXANDER JOSEPH | | | FEHR |

Smith ████

FOR OFFICIAL USE ONLY (FOUO)
Disclaimer: "The information contained in this document may contain privileged and confidential information including patient information protected by federal and state privacy laws."

SMITH, DAVID FRANCIS III 400484468 (21119612)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ██ | ████████████████████████████ | | | 10 | | | active | KASTL, ALEXANDER JOSEPH | | FEHR |
| Apr 09, 2021 | ████████ | ██████ | | █████ | 90 | | | active | KASTL, ALEXANDER JOSEPH | | FEHR |

Smith ████

FOR OFFICIAL USE ONLY (FOUO)
Disclaimer: "The information contained in this document may contain privileged and confidential information including patient information protected by federal and state privacy laws."

SMITH, DAVID FRANCIS III 400484468 (21119612)

# EXHIBIT B

George Bailey
4464 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

## BH ASSESSMENT - Completed by: Sonja Proctor LMHC on 6/10/2021 6:25:28 PM PDT

| | | |
|---|---|---|
| **Patient:** SMITH, DAVID FRANCIS III | **#:** 400484468 (21119612) | **Lang:** 4 |
| **DOB:** ▆▆▆ (Age 36) | **Sex:** M | **Race:** W |
| **Housing:** GBDF-M-OBS-102-04 | **Court Date:** 9/14/2021 8:30:00 AM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 6/2/2021 12:04:04 PM PDT | **Proj. Rel:** |

View this Patient's Charges in eJIMS:

[ View ]

---

Current Flags/Conditions:

TB Chest X-ray – Pending Review, Protective Custody, Mood Disorders, Inmate Safety Program, Health Processing, ▆▆▆▆

Date of Assessment 6/10/2021 Assessing Staff proctor

## Clinic Reason:

- ☑ Wellness Check
- ☐ I/P Request
- ☐ Counseling/Therapy
- ☐ RCC Needs
- ☐ Assess for Psychiatric Treatment
- ☐ Mental Health Restriction Removal/Add
- ☐ Mental Health Clearance
- ☐ Community Referral
- ☐ Other

Explain:

## Encounter Setting:

| ☐ Confidential | ☐ Semi-Confidential | ☑ Non-Confidential |
|---|---|---|

Side-cell due to COVID- precautions

Emotional Response to Incarceration:

Adjusting to jail setting relatively well. ▆▆▆▆▆▆▆▆▆▆

SMITH, DAVID FRANCIS III 400484468 (21119612)

## Psychosis (Current and/or Past Symptoms)

- ☑ None Evident
- ☐ Command AH
- ☐ Non-Command
- ☐ Delusions
- ☐ Hallucinations
- ☐ Negative Symptoms/Affective Flattening/Directionless
- ☐ Disorganized/Incoherent Speech
- ☐ Disorganized/Catatonic Behavior
- ☐ Other

Other Comments:

## Mood-Depressive Symptoms (Current and/or Past Symptoms)

- ☑ None Evident
- ☐ Depressed or Irritable Mood
- ☐ Decreased Interest or Pleasure
- ☐ Feelings of Worthlessness/Guilt
- ☐ Appetite Changes
- ☐ Motor Agitation/Retardation
- ☐ Insomnia/Hypersomnia
- ☐ Low Ability to Concentrate
- ☐ Fatigue/Loss of Energy
- ☐ Sleep Disturbance
- ☐ Crying Spells
- ☐ Feelings of Hopelessness
- ☐ Feelings of Helplessness
- ☐ Other

Other Comments:

- ☐ Recent Self-Injurious Behavior
- ☐ SI within Last 6 Months
- ☐ Suicide Planning

## Anxiety (Current and/or Past Symptoms)

- ☑ None
- ☐ Repetitive Behaviors
- ☐ Irritability
- ☐ Excessive Anxiety/Worry
- ☐ Recurrent Distressing Dreams

SMITH, DAVID FRANCIS III 400484468 (21119612)

# EXHIBIT C

George Bailey
4464 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

## QMHP PROGRESS NOTE - Completed by: Megan Baker MHC on 7/27/2021 12:36:57 PM PDT

| | | |
|---|---|---|
| **Patient:** SMITH, DAVID FRANCIS III | **#:** 400484468 (21119612) | **Lang:** 4 |
| **DOB:** ▮ (Age 36) | **Sex:** M | **Race:** W |
| **Housing:** GBDF-M-OBS-102-04 | **Court Date:** 9/14/2021 8:30:00 AM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 6/2/2021 12:04:04 PM PDT | **Proj. Rel:** |

Date of Encounter: 7/27/2021

### Clinic Reason

| | | |
|---|---|---|
| ☐ Wellness Check | ☐ I/P Request | ☑ ISP Follow-Up |
| ☐ RCC Needs | ☐ Counseling/Therapy | ☐ Referral |
| ☐ Mental Health Restriction Removal/Add | ☐ Other | |

Explain:

Pt has one ISP placement at booking due to ▮ first time in jail. Pt was last seen for ISP follow up on 07/22/21.

### Encounter Setting

| | | |
|---|---|---|
| ☐ Confidential | ☐ Semi-Confidential | ☑ Non-Confidential |

Pt seen at MOB cell due to lack of deputy assistance

### Housing Assignment

| | | |
|---|---|---|
| ☐ Mainline | ☐ Mainline Protective Custody | ☐ Segregation/Confinement |
| ☐ Psychiatric | ☑ Medical | |

Emotional Response to Incarceration:

Pt was booked into jail on 06/02/21 with the following charges: ▮ Pt's next scheduled court date is 09/14/21. This is the pt's first incarceration.

SMITH, DAVID FRANCIS III 400484468 (21119612)

Pt reports a hx of PTSD pr or to ja   and states that the ja   env ronment and stress of h s ega  s tuat on have caused some of these symptoms to  ncrease.

## Presenting Symptoms

| | | |
|---|---|---|
| ☑ Depress on | ☑ Anx ety | ☐ Man a |
| ☐ Psychos s | ☑ Trauma | ☐ Drug/A coho  Crav ngs/Urges |
| ☐ Adjustment Issues | ☑ S eep D sturbance | ☐ Somat c |
| ☐ Other | ☐ None/Den ed | ☐ Refused |

Descr be:

Pt  s current y prescr bed ▮▮▮▮▮▮▮ and has been comp ant w th h s med cat on. Pt  s report ng n ghtmares about 1-2 t mes a week stat ng that he had n ghtmares pr or to ja  , but reports them to have  ncreased s nce com ng to ja  . Pt  s report ng a stab e rout ne of read ng, go ng to rec, watch ng TV, and soc a  z ng w th others. Pt reports stab e eat ng patterns and appears to mak ng  mprovement adjust ng to h s env ronment as he  s housed  n a sma   MOB dorm w th on y a few others  nmates.

_____

## MENTAL STATUS EXAM

_____

## Appearance:

| |
|---|
| ⦿ We  -Groomed |
| ○ Moderate y Groomed |
| ○ D sheve ed/Unkempt |

## Speech/Hearing:

SMITH, DAVID FRANCIS III 400484468 (21119612)

# EXHIBIT D

George Bailey
4464 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

## ISP ASSESSMENT/FOLLOW-UP FOR MHC'S - Completed by: Michael Boyer LMHC on 6/2/2021

3:31:29 PM PDT

| | | |
|---|---|---|
| Patient: SMITH, DAVID FRANCIS III | #: 400484468 (21119612) | Lang: 4 |
| DOB: ████ (Age 36) | Sex: M | Race: W |
| Housing: GBDF-M-OBS-102-04 | Court Date: 9/14/2021 8:30:00 AM | Type: |
| Status: ACTIVE | Booking Date: 6/2/2021 12:04:04 PM PDT | Proj. Rel: |

○ Gatekeeping Assessment
● 1st ISP Assessment
○ 2nd ISP Assessment
○ Additonal ISP Assessment
○ ISP Follow Up

Date/Time of Assessment/Placement: 6/2/2021 130pm

**Reason for Assessment/Placement:**

☑ Charges          ☐ Sentence          ☐ Resistance during arrest
☐ Active ys self harming   ☐ Verbalized SI/HI   ☐ Danger to self or others
☐ Other

Explain:

IP was placed into ISP due to his charges. IP is currently in custody ████████. IP denied any SI/HI/AH/VH at the present time. IP denied any history of psychiatric hospitalization or suicide attempt. IP stated "████████ ████████ ████████ ". MHC asked sworn staff if IP could use the phone and then return to speak with MHC. Sworn staff allowed IP to use the phone. After the phone call, IP stated "████████ ████████ ████████ ████████. I don't want to hurt myself, I still want to focus on moving forward, I had been working with a psychologist for my PTSD". MHC explained to IP that he will be placed into ISP due to his risk factors. IP communicated understanding and was calm and respectful while interacting with MHC.

**Mental Status Exam:**

**Appearance**

● Well Groomed
○ Moderately Groomed

SMITH, DAVID FRANCIS III 400484468 (21119612)

○ No
○ On Withdrawal Protocol

Explain

## Current Suicide Risk Acuity:

● Low
○ High

Explain:

IP presents as being low risk at the present time, IP will be assessed by additional provider within 12 hours. IP denied any SI/HI/AH/VH at the present time. IP denied any history of psychiatric hospitalization or suicide attempt. IP stated that he has a support system at the present time. ███████████
████████████████████████████  IP is future oriented at the present time. IP was calm and cooperative while interacting with MHC.

## Provisional Diagnosis:

Add Diagnosis Code   Remove Selected

## Plan:

☐ ISP placement not indicated, refer to classification
☐ Cleared from ISP to JPMU
☐ Remain in ISP with CTO in EOH
☐ Remain in ISP with CTO in SC
☐ Remain in ISP CTO with move to EOH
☐ Remain in ISP CTO with move to SC
☐ Additional provider to assess within 12 hours (Safety Cell)
☑ Additional provider to assess within 12 to 24 hours (EOH)
☐ Placement in ISP - EOH
☐ Placement in ISP - Safety Cell
☐ Consult with Psychiatry for Inpatient Admission
☐ B and R-consult with Watch Commander for transport to an inpatient community facility
☐ Medical Emergency Sendout

Explain:

IP presents as being a low risk at the present time, IP will be assessed by additional provider within 12 hours.

## Refer to Psychiatric Sick Call in:

☐ 24 hr
☐ 72 hr
☐ 1 week

SMITH, DAVID FRANCIS III 400484468 (21119612)

# EXHIBIT E



George Bailey
4464 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

## ISP ASSESSMENT/FOLLOW-UP FOR MHC'S - Completed by: Michael Boyer LMHC on 6/3/2021

12:26:12 PM PDT

| | | |
|---|---|---|
| Patient: SMITH, DAVID FRANCIS III | #: 400484468 (21119612) | Lang: 4 |
| DOB [redacted] Age 36) | Sex: M | Race: W |
| Housing: GBDF-M-OBS-102-04 | Court Date: 9/14/2021 8:30:00 AM | Type: |
| Status: ACTIVE | Booking Date: 6/2/2021 12:04:04 PM PDT | Proj. Rel: |

○ Gatekeeping Assessment
○ 1st ISP Assessment
● 2nd ISP Assessment
○ Additonal ISP Assessment
○ ISP Follow Up

Date/Time of Assessment/Placement: 6/3/2021 8am

### Reason for Assessment/Placement:

☑ Charges          ☐ Sentence          ☐ Resistance during arrest
☐ Active risk of harming          ☐ Verbalized SI/HI          ☐ Danger to self or others
☐ Other

Explain:

IP was placed into ISP due to his charges. IP's currently in custody [redacted]. IP stated "I was asking to use the phone after they brought me over here, after about 3 hours someone finally told me I couldn't use it over here. I didn't sleep too much because of a the screaming and people kicking the door. Will I be able to use the phone so I can call my wife. [redacted] IP was calm and cooperative while interacting with MHC.

### Mental Status Exam:

### Appearance

○ Well Groomed
● Moderately Groomed
○ Disheveled/Unkempt

Explain:

IP was in his safety garment.

SMITH, DAVID FRANCIS III 400484468 (21119612)

# EXHIBIT F



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ    ☒ GBDF    ☐ EMRF    ☐ LCDRF    ☐ SBDF    ☐ VDF    ☐ FAC8

From:  Smith, David Francis II _____ 2119612 _____ N/OBS/102
De:    Name (Last, First, Middle)              Booking Number      Housing Unit
       *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about:    ☒ Jail Procedures    ☐ Jail Conditions    ☐ Medical    ☐ PREA    ☒ Other
*La queja es acerca:*      *Procedimientos de   Condiciones de          Médico*                   *Otro*
                           *la Cárcel           la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*  10/4/2021 - Transport to/from Court + 10/14/2021

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

I was approved by medical for wheelchair transport to and from
court; this was confirmed by medical on 10/1. The reason for wheel
chair transport is due to chronic back issues as a result of 18 years
of service as Marine Infantry serving in multiple combat zones.
I have extreme lumbar and left sciatic pain as I have severe
narrowing of my L1 and L3 vertabrae, moderate narrowing of my L2
vertabrae, spondylosis, arthrosis, bone spurs, facet arthritis, and
four bulged discs in my lumbar spine. I also have issues at

10/15/2021                    1/6 Cont'd on 5 yellow
                                   pages.

Inmate Signature / *Firma de Preso*         Date / *Fecha*

---

### THIS BOX IS FOR OFFICIAL USE ONLY.
### *Esta caja es para el uso oficial solamente.*

Received by: _____    9680      10/19/21    1036
             Signature of receiving staff member   ARJIS #    Date    Time

Entered in JIMS:  10/19/21    1131 _____
                  Date        Time       JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐  The inmate's health or safety is unfairly impacted by a condition of confinement
☐  A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☒  This submission is not a grievance:
  ☐  It is an appeal of discipline—JIMS Incident # _____    JIMS Appeal Hearing # _____
  ☒  It is a complaint against staff—JIMS Incident # 214001243    (Refer to Detentions P&P Section N.1)
  ☐  It is an inmate request—respond in writing below.  (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:  Response provided. Matter considered
closed/resolved.

J-22 (Rev 1/15)    **Original goes to booking jacket**    **Copy goes to inmate after being signed by staff member**

my L5-S1 which causes the left sciatic Nerve pain.
I do not recall the medical term for what the
L5-S1 issue is, but it causes extreme pain
down my left leg and occasionally my leg gives out.
 Walking, sitting, and standing while shackled to
another inmate worsens these issues. Sitting in   holding
cells for hours also makes the pain worse.
 For these reasons, medical approved me for
wheel chair transportation, as it would allieviate
the aggravating factors mentioned.
 I was discriminated against on October 4th,
2021 based on my aforementioned medical issues
by the San Diego County Sheriff's Department. I
was questioned, mocked, and ridiculed by multiple
Deputies concerning why I needed to be in a wheelchair.
 Deputy Farha and two transport Deputies had
me step out of the holding cell. While walking out
the holding cell door, Deputy Farha said "Wow, you
can walk!" while he and the other two Deputies
chuckled. Deputy Farha asked me why I needed
the wheel chair. I told him that I was approved
by medical and summarized my pain issues with my
back and sciatic nerve. Deputy Farha told me that
he would check and had me go back into the
holding cell.

2/6

Shortly afterwards, all inmates except for myself were taken, shackled, and moved to the bus.

Some time later, Deputy Farha and two other Deputies (Not the same two from before) came and brought me out of the holding cell. Deputy Farha told me that the Sgt (I cannot recall if it was his Sgt or the transportation Sgt) said that medical was talked to and cleared me to use the bus as I would not have far to walk. Deputy Farha also said that I would not be allowed to use a wheelchair for court the next time and if I tried to, that I would be considered a "refusal to go to court."

I was upset at the obvious coersion to medical to reverse my wheelchair transportation and I'm almost certain that my medical issues were not properly portrayed from Deputy Farha to the Sgt to medical. I told Deputy Farha that I would grievance the issue. He laughed and said good luck with that. Then I was shackled and taken to court in Vista in a wheelchair by a white male Deputy in a khaki shirt and a short white female Deputy in the black tactical uniform that the transport Deputies wear.

At Vista Court, I was wheelchaired inside.

would not be transported to court and

3/6

During my transfer to the Vista Court Deputy, he asked
if I needed the wheelchair. The short, white female
Deputy said "We've been asked to entertain it." in a
very condescending tone while rolling her eyes.

After court in the morning, there was no one
to take me back to GBDF. The prisoner transfer
truck arrived at approximately 1600. I was told
that no wheelchair van was scheduled. My back was
in extreme pain from sitting in a holding cell
at Vista Court for eight hours. I opted to
take the prisoner transfer truck as I had little faith
in the San Diego County Sheriff's Department to
accomadate my medical needs and figured I
would get back to GBDF faster if I went.
My only relief for my back is to lay down on
something confortable, like a bed, that provides
support for my back.

The transportation Deputy, a short, white
female, (Different from the Deputy that drove me to
Vista Court) was extremely polite, doing her best given
the situation. However, being shackled to another
inmate and in the extremely small holding area /
seat on the truck caused more pain.

After returning to GBDF medical dorm, I
spent the majority of the next two days in bed

4/6

as my back takes that long to calm down. Before arrest I would have taken prescribed narcotics and muscle relaxers. In jail I have no access to narcotic pain relievers and limited access to muscle relaxers.

On October 14th, 2021 I was taken again on a bus, shackled to another inmate, and taken to SDCJ. After spending 20-30 minutes in the holding cell, I was taken by van to a medical appt (I was wheelchaired during the appt) and returned to GBDF into a holding cell. Within a minute (or less) Deputy Farha came to take me back to medical. He asked "No wheelchair?" I responded "No, I didn't feel like being discriminated against again, so I did not press the issue. I didn't file a grievance as I didn't think it would do anything." Deputy Farha said "You were in the military, you can handle the pain." As we walked to my dorm at medical, I explained some of the specifics of my pain issues. I also explained to Deputy Farha that I was scheduled to have my bilateral L1, L2, and L3 nerves burned of with Radio Frequency Ablation, but was arrested three weeks before my appointment.

Deputy Farha seemed shocked to hear the detailed explanation of my back issues. However,

5/6

I should not have to explain any of my medical details to Deputies to have them transport me as Medical Services dictates or feel embarassed of my medical issues that I have from 18 years of service as a Marine.

On October 15TH, 2021 I inquired with Medical Services on the status of my wheelchair transportation request. Medical informed me that I am still approved for wheelchair transportation and it was never revoked. This leads me to believe Deputy Farha lied to me or the Sgt he spoke to on the morning of October 4th, 2021 was lying to me about Medical revoking my wheelchair transportation approval.

I am not asking for special treatment, just to be treated equally and not discriminated against based on my medical requirements.

I also hope that I do not face any reprisal from any Deputies for placing this grievance.

6/6



# SAN DIEGO SHERIFF'S DEPARTMENT
# GRIEVANCE RESPONSE

Inmate Name: | Smith, David

On 10/18/21, I reviewed a grievance form (complaint) you submitted regarding staff professionalism during the performance of their duties. In addition, you allege you were informed by a deputy (see grievance form in custody record for details) you were not going to be provided with a wheelchair before, during, and after your scheduled court appearance even though there is a wheelchair medical instruction.

On 10/19/21, at about 1030 hours, I met with you in your assigned housing area to discuss your allegation (s). Deputy Atalig #5812 was present as well during our conversation. You reiterated the above-mentioned information and expressed concern regarding not receiving a wheelchair on your next scheduled court date. Moreover, you expressed your disapproval with the staff's unprofessionalism prior to you being transported to your schedule court appearance on 10/04/21.

Following our conversation, I reviewed your medical instructions utilizing our database. I noticed you have a medical instruction that states "Orthopedic Device-Wheelchair." This information was verified by the GBDF medical staff.

Having verified this information, I contacted all the relevant staff and shared your medical instruction in an effort to ensure you are transported with a wheelchair. Should you face issues regarding staff not providing you with a wheelchair, please contact me via an Inmate Request and/or grievance form.

In response to your allegation regarding staff's unprofessionalism, I spoke with the deputy you identified in your complaint. Like you, the deputy was given the opportunity to explain what had taken place. According to this deputy, your allegations did not occur as you explained in the grievance form.

Unfortunately, there are not articulable facts to prove or disapprove your allegation(s) regarding the staff's unprofessionalism. Nonetheless, there are policies staff must follow when conducting themselves in their scope of duty. As a preventive measure regarding courtesy and/or the use of profanity, the staff member will be reminded on the policies pertaining to courtesy and professionalism.

| Staff Name / ARJIS (print) | Sgt. Cortes #9680 | Inmate Name (print) | Smith, David |
|---|---|---|---|
| Signature | G. Cortes-Garcia Digitally signed by G. Cortes-Garcia Date: 2021.10.19 11:35:04 -07'00' | Signature | |
| Facility/Unit | GBDF, MOB #102 | Facility | GBDF |
| JIMS Grievance # | 214001243 | Booking # | 21119612 |
| Date | 10/19/21 | Date | 10/19/21 |

J-10   03/2021

# EXHIBIT G



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ   ☒ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From: Smith, David F III                21119612            M/OBS 102
De:    Name (Last, First, Middle)        Booking Number      Housing Unit
       *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about:    ☒ Jail Procedures    ☒ Jail Conditions    ☒ Medical    ☐ PREA   ☐ Other
*La queja es acerca:*    *Procedimientos de*    *Condiciones de*    *Médico*                  *Otro*
                         *la Cárcel*            *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*   June 2, 2021 – August 30, 2021

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

I am resubmitting this grievance. I have not received a response from
the first one. It was submitted 8/12 and taken from the grievance box the
AM of 8/13. I submitted a second grievance on 8/20. It was taken from
the grievance box 8/21, with a Sgt discussing it with me on 8/24. The Sgt
said she had no trace of it and presumed it was with Medical. I also
asked Sgts/LTs about it during their walks; they said as well that if a
grievance goes to medical, that only medical knows where it is at. From
8/23–8/25 I asked the Medical Staff, none of which knew anything about

[signature]                              9/30/2021          continued on four
Inmate Signature / *Firma de Preso*          Date / *Fecha*    yellow pages of paper

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by:  [signature]          9900        8/30/21       2106
              Signature of receiving staff member   ARJIS #      Date        Time

Entered in JIMS: _____
                 Date            Time            JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐   The inmate's health or safety is unfairly impacted by a condition of confinement.
☐   A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
   ☐   It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
   ☐   It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1.)
   ☐   It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)   **Original goes to booking jacket**      **Copy goes to inmate after being signed by staff member**

Grievance                                    6/2/21 - 8/30/21

I am resubmitting this grievance. I have not received a response from the first one. It was submitted 8/12 and taken from the grievance box the Am of 8/13. I submitted a second grievance on 8/20. It was taken from the grievance box 8/21, with a Sgt discussing it with me on 8/22. The Sgt said she had no trace of it and presumed it was with Medical. I also asked Sgt's/Lt's about it during their walks; they said as well that if a grievance goes to medical, that only medical knows where it is at. From 8/23-8/25 I asked the Medical Staff, none of which knew anything about my original grievance. Grievances are supposed to be answered within 7 days according to the back page of the grievance form. Furthermore, on the front of the grievance form, grievances are supposed to be answered in 4 days if an inmates health or safety is unfairly impacted by a condition of confinement; which was claimed in my original grievance as well as this one. The fact I am having to resubmit this grievance is a "Jail Procedures" failure.

(1)

The conditions in the jail place me and other prisoners at a substantial risk of serious harm. The jail's dangerous polices and practices include, but are not limited to, an insufficient number of medical and custody staff available to assist with care, an inadequate system for prisoners

(2)

1/5

to request care, delays in providing timely access to care, inadequate identification of and provision of care to prisoners with chronic illness, failures to continue medications for prisoners who were taking medications before being arrested, inadequate training of staff, inadequate maintenance of medical records, and inadequate medication.

For example, I suffer from occipital neuralga, chronic left sciatic nerve pain, and chronic lumbar pain. I was prescribed and took accordingly 2700 mg of Gabapentin, 5/325mg Narco, Tramadol, 4-8mg of Zanaflex. These medications helped manage symptoms and pain for the stated issues. When I asked for these medications from a Dr. at Vista Dentention Facility, the Dr. told me that "pain won't kill you." Instead I am given extra-strength Tylenol once a day. Extra-strength Tylenol provides no relief from my stated issues. Occipital neuralga causes extreme pain in my head. It also causes my neck and shoulders to seize/tense up which multiplies the pain. I lay awake with tears in my eyes for hours in pain most nights, until I pass out from exhaustion. The pain feels like I've been hit in the head with a metal rod along my occipital nerves. My chronic lumbar pain is constant. At best, I feel like someone has punched me in my lumbar area. Any movement aggravates my lumbar pain. My left sciatic nerve pain is constant "buzzing" causing

2/5



③ pain to my foot, sometimes the pain is like "lightning" shooting down my leg. Jail staff refuse to see me for these issues or treat them. By refusing to provide treatment, I am left in pain and suffering with no hope of relief.

④ I also requested orthopedic shoes. I have bilateral plantar fasciitis as well as a surgery to remove a bone spur from under my left heel. The issued sandals cause pain as they press into the location of the removed bone spur; causing agitation and inflammation, which cause bone spurs. Most likely I will have another bone spur at this point, courtesy of the San Diego Sheriff's Department as Medical declined me orthopedic shoes.

⑤ On 8/29, evening medications were given 3 hours early at 1700. The RN cited the PM shift was short staffed and medication could either be taken then or not at all. Evening Count is 2200-2300. My PM medication is to help with my combat PTSD nightmares. Taking the medication early renders it ineffective for sleep. This is why I woke up approximately 0630 on 8/30 to a panic, thinking I was being murdered and shot at the same time from my nightmare and covered in sweat. Additionally, including the RN above, I have had to correct the RNs 3 times for not giving me the correct dose, and twice this week for not giving me all of my AM medications.

3/5

The mental health care system at the jail places me and all inmates with mental illness at a substantial risk of serious harm. The dangerous policies and practices that place me and all inmates include, but are not limited to, inadequate policies and practices for identifying, treating, tracking, and supervising inmates with mental illness, substantial delay in providing appropriate medication, inadequate monitoring and evaluation of inmates receiving psychotropic medication, inadequate mental health staff, inadequate programs, and inadequate maintenance of mental health records.

For example, I have suffered from combat related PTSD for several years. Since July 2021, I have asked for PTSD counseling with no response. At a bi-weekly psychologist check up on 8/12, I was told that no PTSD counseling would be provided. My PTSD has worsened over the past four years and directly resulted to the circumstances of my arrest. I yearn for treatment of my mental illness. Additionally, the mental health visits are not always confidential and do not give me privacy to talk about my issues. For example, talking to the psychologist through the crack in the door to my dorm.

All of my medical issues listed in this grievance are in my medical record provided to the San Diego Sheriff's Department by Naval Hospital Camp Pendleton. All physical and mental issues are a result of my 18

4/5

years of service as a U.S. Marine Infantryman.
(9)    Please fix the problems listed above so I am
not at a substantial risk of serious harm.

5/5

# EXHIBIT H

40 of 44

10/4/2021 7:42:38 PM PDT



George Bailey
446 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

| Patient: SMITH, DAVID FRANCIS III | #: 400484468 (21119612) | Class: 4 |
|---|---|---|
| DOB: (Age=36) | Sex: M | Race: W |
| Housing: GBDF-M-OBS-102-04 | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 6/2/2021 12:04:04 PM PDT | Proj. Rel: |

**Grievance**

| Date Of Grievance: | Date Received: | Date of Response: | Open |
|---|---|---|---|
| 10/3/2021 | 10/3/2021 | 10/4/2021 | |

Date Of Appeal 1:     Date of Appeal 2:

Grievance Types:

Dissatisfied with quality of medical care

Duplicate grievance

Other

Request for off-site specialty care

Description:

Claims 2nd appeal of grievance 8/30.Claims 1st appeal was on 9/19.Today 10/3, is subbmitting 2nd appeal of grievance from 8/30. States he was seen by Dr and given mucsle relaxer but not the full solution to ALL pain issuses(head nerve pain,back pain, sciatic pain), claims doctor

did not discuss verbally or in writing his other issues.

Response:

Mr Smith, the jail doctor has referred you to an outside Pain Management Clinic , due to security reasons and policy, staff cannot disclose the exact date, or details till the day of the appointment. You have been referred for your reports of chronic low back pain, occipital neuralgia, sciatica pain.

Description of Appeal 1:

Appeal Response 1:

Description of Appeal 2:

Appeal Response 2:

ARJIS Number:

7818

Grievance Number:

M00000461

Patient Signature:_____     Date Signed:_____



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ   ☒ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From: Smith, David F III _____ 2119612 _____ M/005/02
*De:*   Name (Last, First, Middle)        Booking Number      Housing Unit
       *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about:  ☒ Jail Procedures  ☒ Jail Conditions  ☒ Medical  ☐ PREA  ☐ Other
*La queja es acerca:*  *Procedimientos de*  *Condiciones de*  *Médico*   *Otro*
                       *la Cárcel*          *la Cárcel*

1st appeal was on VM.

Date and Time of Incident / *Fecha y hora del incidente:* 2nd Appeal of grievance on 8/30. Today is 10/3

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

I am submitting a second appeal of my grievance submitted on 8/30.
My first appeal, dated 9/19, resulted in one of seven facets being answered.
In regards to item ③ of my appeal, I was seen by a Dr and given a
muscle relaxer to help with back pain at night. It's not the full solution
to all of my pain issues (head nerve pain, back pain, sciatic pain) but I am
scheduled to see a pain Dr. None of my other aspects from my appeal were
addressed: items ①②④⑤⑥⑦ were not discussed verbally or in writing.
Please provide a timely response (within 4 days) and actually respond. Thank you.

_____   10/3/21
Inmate Signature / *Firma de Preso*        Date / *Fecha*

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____   7818    10/4/21    0700
            Signature of receiving staff member   ARJIS #   Date   Time

Entered in JIMS: JR 10/4/21    1920    M000000461
                 Date         Time    JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
  ☐ It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
  ☐ It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
  ☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)   **Original goes to booking jacket**   **Copy goes to inmate after being signed by staff member**



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ    ☒ GBDF    ☐ EMRF    ☐ LCDRF    ☐ SBDF    ☐ VDF    ☐ FAC8

From: Smith, David, Francis III          2119612          M/085/102
*De:*    Name (Last, First, Middle)      Booking Number    Housing Unit
         *Nombre (Apellido, Primero, Segundo)*    *Número de ficha*    *Unidad de alojamiento*

Grievance is about:    ☒ Jail Procedures    ☒ Jail Conditions    ☒ Medical    ☐ PREA    ☐ Other _____
*La queja es acerca:*    *Procedimientos de*    *Condiciones de*    *Médico*                      *Otro*
                        *la Cárcel*          *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*  8/30 - original grievance / today's 10/9

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

I submitted a grievance on 8/30. I received an oral response on 9/2. Then
I appealed to the 2nd level on 9/19; received an oral response on 9/21. I submitted
an appeal to the 3rd level on 10/3; received a written response on 10/4.
I do not believe this written response is from the facility
Commander. I therefore appeal my grievance to the facility
Commander.

Thank you.

_____          10/9/2021
Inmate Signature / *Firma de Preso*          Date / *Fecha*

---

### THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____          3835          10/10/21          2335
          Signature of receiving staff member    ARJIS #    Date    Time

Entered in JIMS: _____  _____  _____
          Date          Time          JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☒ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # _____  JIMS Appeal Hearing # _____
☐ It is a complaint against staff—JIMS Incident # _____  (Refer to Detentions P&P Section N.1)
☒ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request: THERE IS NO INFORMATION REGARDING THE NATURE
OF THE GRIEVANCE YOU ARE REQUESTING A RESPONSE TO.
Returned 10/17 PM



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ   ☒ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From: Smith, David, Francis III        2119612        M/085/102
*De:*  Name (Last, First, Middle)        Booking Number    Housing Unit
       *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about:   ☒ Jail Procedures   ☒ Jail Conditions   ☒ Medical   ☐ PREA   ☐ Other
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*            *Otro*
                        *la Cárcel*           *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*  8/30 - original grievance/today is 10/9

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

I submitted a grievance on 8/30. I received an oral response on 9/22. Then I appealed to the 2nd level on 9/19; received an oral response on 9/21. I submitted an appeal to the 3rd level on 10/3; received a written response on 10/4. I do not believe this written response is from the facility Commander. I therefore appeal my grievance to the facility Commander.

Thank you.

Inmate Signature / *Firma de Preso*        Date / *Fecha*  10/9/2021

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by: _____        735        10/10/21        1335
             Signature of receiving staff member    ARJIS #       Date        Time

Entered in JIMS: _____    _____    _____
                    Date            Time          JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐   The inmate's health or safety is unfairly impacted by a condition of confinement
☐   A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
   ☐   It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
   ☐   It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
   ☐   It is an inmate request—respond in writing below.  (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

J-22 (Rev 1/15)   **Original goes to booking jacket**        **Copy goes to inmate after being signed by staff member**



George Bailey
4464 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

7/13/2021 1:19:09 PM PDT

| Patient: SMITH, DAVID FRANCIS III | #: 400484468 (21119612) | Class: 4 |
|---|---|---|
| DOB: (Age=36) | Sex: M | Race: W |
| Housing: GBDF-M-OBS-102-04 | Court Date: 9/14/2021 8:30:00 AM | Type: |
| Status: ACTIVE | Booking Date: 6/2/2021 12:04:04 PM PDT | Proj. Rel: |

**Grievance**

Date Of Grievance:      Date Received:      Date of Response:                                                    Open
7/12/2021                      7/13/2021              7/13/2021
Date Of Appeal 1:       Date of Appeal 2:
Grievance Types:
Dissatisfied with quality of medical care

Description:

Patient claims with related injuries from active duty and have not received treatment for his issues since his arrest 6/2/21. He have occipital neuralgia, lef sciatic pain and several lumbar issues. Transferred to GBDF from VDf 7/10/21. The Dr.told him pain won't kill you" His occipital nerve pain has been severe since last night. Medical was notified 3x and let him to suffer in pain since his arrest.

Response:

Mr. Smith, you were seen by the doctor for your medical concerns yesterday and you have another follow up with the Psychiatrist regarding your other psych medications.

Description of Appeal 1:

Appeal Response 1:

Description of Appeal 2:

Appeal Response 2:

ARJIS Number:

Grievance Number:
M00000439

Patient Signature:_____    Date Signed:_____