GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:     ggrunfeld@rbgg.com
           vswearingen@rbgg.com
           pkaul@rbgg.com
           eanderson@rbgg.com
           hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email:     ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF ERNEST ARCHULETA IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge:    Hon. Anthony J. Battaglia<br><br>Date:    August 11, 2022<br>Time:    2:00 p.m.<br>Ctrm.:    4A |

[4111617.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF ERNEST ARCHULETA IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

1    (*counsel continued from preceding page*)

2    CHRISTOPHER M. YOUNG – 163319
     ISABELLA NEAL – 328323
3    OLIVER KIEFER – 332830
     DLA PIPER LLP (US)
4    401 B Street, Suite 1700
     San Diego, California  92101-4297
5    Telephone:   (619) 699-2700
     Facsimile:   (619) 699-2701
6    Email:        christopher.young@dlapiper.com
                   isabella.neal@dlapiper.com
7                  oliver.kiefer@dlapiper.com

8    BARDIS VAKILI – 247783
     JONATHAN MARKOVITZ – 301767
9    ACLU FOUNDATION OF SAN DIEGO &
     IMPERIAL COUNTIES
10   2760 Fifth Avenue, Suite 300
     San Diego, California  92103-6330
11   Telephone:   (619) 232-2121
     Email:        bvakili@aclu-sdic.org
12                 jmarkovitz@aclu-sdic.org

13   Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ERNEST ARCHULETA IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY
INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

# DECLARATION OF ERNEST ARCHULETA

I, Ernest Archuleta, declare:

1.    I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.    I have been incarcerated at the San Diego County Jail ('the Jail") since July 6, 2019. I am housed at San Diego Central Jail in housing unit 7B, cell 8. My booking number is 19741878. I am 63 years old.

3.    I have been sentenced to state prison in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). It is my understanding that I could be sent back to the Jail if I ever need to be present in court related to the criminal charges that resulted in me being sent to CDCR, which I am attempting to challenge. I could also be sent back to the Jail if it is necessary for me to testify in this case about the problems I experienced in the Jail. In addition, I also will parole from CDCR at some point in the future. When I parole, I will be sent back to San Diego County, which is the county in which I was convicted and where I lived prior to my arrest. When I am on parole, I can be arrested and housed in the Jail simply for allegedly violating the terms and conditions of my parole, whether or not the alleged violation constitutes a violation of a criminal law. I am concerned that, if I am sent back to the Jail, I will experience problems similar to the problems I have experienced in the past.

4.    I have physical disabilities. I have degenerative disc disease and severe osteoarthritis in my left knee. My left leg is also shorter than my right. Because of these conditions, I need a wheelchair to travel longer distances.

5.    I experience chronic neck pain that affects my daily life; I am unable to turn my head to the left and I cannot sit upright for extended periods of time. The level of pain consistently stays at an 8 out of 10. I also have high blood pressure and take the medication Atenolol to control it.

[3867416.1]

1

6.    I have depression and access mental health care services in the Jail.  I take Trazadone and Remeron, which are both antidepressants.  I also take Benadryl for allergies.

7.    The Jail has failed to provide me with adequate medical care.  Before I entered the Jail, Dr. David J. Smith of the San Diego Comprehensive Pain Management Center had referred me for neck surgery.  I arrived at the Jail in July 2019 wearing a neck brace. It is shown in the photo on my wrist band.  About a month after arriving, I was placed alone in a cell on the medical floor due to vomiting and diarrhea.  I was there about a week and when I returned to my regular cell my neck brace was missing.  I requested it back but the doctors here ignored my requests. Not having the neck brace makes my neck pain worse.

8.    I informed medical staff during intake that I had a spinal injury requiring neck surgery.  During that encounter, I signed a Release of Information ("ROI") form so medical staff could obtain records from Dr. Smith.  Attached hereto as **Exhibit A** is a true and correct copy of notes from my encounter with medical staff during intake.  On July 30, 2019, I filed a sick call request after receiving no additional information about my surgery.  A true and correct copy of that sick call request and the response from Jail medical staff is attached hereto as **Exhibit B**.  The response from Jail nursing staff was an instruction that I sign another ROI to obtain my outside medical records, even though I had already done that when booked into the Jail.  To this day, the Jail has not provided me a referral to a neck surgeon or even obtained my outside records from my neck specialist.  Attached hereto as **Exhibit C** is an August 12, 2019 CT Scan recognizing indicating I have "severe degenerative disc disease" in my spine.   Despite this evaluation, the Jail has not referred me for surgery or outside treatment, and I suffer neck pain that affects my ability to perform activities of daily life like dressing myself.  The Jail also has not provided me with physical therapy to manage my neck problems, despite my requests.

[3867416.1]

2

9.      I also have degenerative conditions affecting my knees.  Before I entered the Jail, a specialist recommended that I have a knee replacement.  Attached hereto as **Exhibit D** is an August 6, 2019 progress note from nursing staff confirming that I was "recommended for surgical repair" of my knee.  As was the case with my neck surgery, the Jail has failed to refer me to a surgeon to operate on my knee.  In my first month at the Jail and again later, a physician told me that the San Diego Sheriff's department would not pay for my knee replacement because I was awaiting transfer to CDCR custody.  As a result, I have constant pain in my knee and hip, affecting my ability to walk.

10.     On numerous occasions, the Jail has failed to refill my daily blood pressure medication, Atenolol, for several days. Several times, this cause my blood pressure to soar high and I became flushed and had to go the medical floor.   It is my understanding that the delays in receiving my medication happen because Jail medical staff forget to reorder the medication and do not have a backup supply available.  Attached hereto as **Exhibit E** is a true and correct copy of a June 3, 2020 encounter with medical staff, in which medical staff noted that nurses could not find a supply of my blood pressure medication in the medication room.  In May 2020, the Jail ran out of my medication for over a week.  They did not reorder it until I filed a sick call slip asking for my blood pressure medication.  Attached hereto as **Exhibit F** is a true and correct copy of the sick call slip I filed on May 28, 2020, asking for my meds.  Nursing staff responded and said they had reordered my medication that same day.  They did not offer me any backup supply of the medication.  Not having that medication gives me blurred vision and bad headaches, making it hard for me to engage in activities of daily living.  I worry that this will happen again.

11.     The Jail has discriminated against me based on my disabilities. For example, the severe osteoarthritis in my left knee and left hip means I must use a wheelchair for long-distance travel.  Early in my incarceration, around July or

August 2019, I started using crutches that I requested and received from Jail medical staff.  I used them to build up strength in my legs, hoping that I would eventually be able to walk on my own.  It was my own form of physical therapy because the Jail was not providing me with any.  The Jail did not let me keep both my wheelchair and crutches; they confiscated my crutches while I went to yard.  On September 5, 2019, I filed a sick call request asking for crutches.  Attached hereto as **Exhibit G** is a true and correct copy of that sick call request slip and the Jail's response.  In the response, Jail staff wrote that I had to choose between having crutches or a wheelchair, stating "if you would rather use crutches, we will … replace the wheelchair with a pair of crutches if the doctor deems such are indicated."  I decided to keep a wheelchair because without it, I would be at risk of falling and seriously injuring myself.  I now use my wheelchair for physical therapy; I stand behind my wheelchair and lean on it for support when trying to walk.

12.    I have experienced other types of disability discrimination and retaliation and been denied equal access to jail programs.  To review this declaration with my attorney, a deputy told me the elevator was broken so I was forced to climb a flight of stairs to get to an attorney visiting room.  I was worried I would fall down the stairs, which has happened in the past.  I was also worried this could be retaliation for being a named plaintiff.  During the attorney visit, I observed other incarcerated wheelchair users who are not named plaintiffs in this case who came for attorney visits and used the elevator.

13.    On another occasion, deputies did not allow me to use my wheelchair to travel to a presentencing hearing. I was waiting in the court holding area at Central.  A deputy took away my wheelchair and then tried to force me to walk to the hearing.  Because I cannot walk long distances on my own, the hearing had to be postponed, delaying my criminal case.

14.    The Jail is not a safe place for people with disabilities like me. In August 2019, deputies forced me to walk up the stairs to attend a family visit, rather

1    than use the elevators in my wheelchair.  When trying to walk back down the stairs,

2    I lost my balance, fell, and struck my head.  I was in pain for a couple of months

3    after that.

4         15.    The Jail is not accessible to people with disabilities in other ways. The

5    day room tables have no cut out spaces for wheel chair access. There are no grab

6    bars on the toilet in my cell, making it harder to use the restroom. I am informed and

7    believe that there are six of us currently on my floor who use wheelchairs and only

8    one ADA cell.   But the wheelchair users are not currently placed in that cell.

9         16.    I have also had issues receiving adequate mental health care.  I sought

10   mental health treatment shortly after being booked into the Jail in July 2019.  At that

11   time, several close family members had recently died as well as several close

12   friends.  A mental health clinician saw me in August 2019.  However, I was not able

13   to speak with a psychiatrist until four months later on December 16, 2019. Attached

14   hereto as **Exhibit H** is my initial encounter with a psychiatrist.  During the

15   appointment, I expressed thoughts of harming myself.  At that point, I was really

16   struggling to manage my depression; I was dealing with serious charges and recent

17   deaths in my family and among my friends.  Two mental health staff members have

18   apologized to me about the delays in my care, and explained that the Jail is severely

19   understaffed.

20        17.    My mental health has declined since Dr. Smerud – the psychologist that

21   I met with for wellness checks and counseling – retired in or around June or July,

22   2021.  Since then, I have not been able to consistently see a mental health staff

23   member for counseling, which has best helped me managed my depression.

24        18.    When I have interacted with psychiatrists and mental health personnel,

25   they usually visit me quickly, cell-side, where other incarcerated people can hear.

26   Even more upsetting, typically a deputy is present for the entirety of the

27   conversation.  A deputy will stand between me and my provider.  I do not trust

28   custody staff with my personal information.  The lack of confidentiality makes it

very difficult to express my honest feelings with mental health staff, and to feel like I am making progress in managing my depression.

19. I have been at the Jail for over two and a half years, but I have never been offered a dental cleaning or routine teeth examination.

20. During my time at the Jail, I have never received an eye examination or prescription eye glasses. I need prescription eye glasses to read signs and navigate around the Jail. Although I have asked for prescription eye glasses several times, the only glasses made available to me are magnifying reading glasses that I purchased in the canteen.

21. In my time at the Jail, there have been many times that I needed help but did not ask for it because there are too few deputies and they do not stop during their rounds to listen to me. Recently, I believe there has been only one deputy on our floor with 170 incarcerated people.

22. Since Covid-19 began, I have been locked down most of the time. I get out of my cell only about an hour or two per week. Our "yard" is an enclosed space without sunlight. I have been allowed to go there only about once a month. This isolation and lack of exercise and fresh air have taken a toll on my mental health.

23. I agreed to be a class representative in this case because I want to help improve the medical, dental, and mental health care at the Jail, ensure that incarcerated people with disabilities are accommodated and treated fairly, and help make the Jail safe and secure for all incarcerated people. I have been cooperating fully with my counsel and am responding to all requests for information to the best of my ability and recollection, and will continue to do so in the future. My lawyers keep me updated on the progress of this case, and I will review all materials

/////

/////

/////

/////

1  provided to me and provide my input to the best of my ability.  When I have

2  questions about the case, I will ask the attorneys for help to understand everything to

3  the best of my ability.

4      I declare under penalty of perjury under the laws of California and the United

5  States of America that the foregoing is true and correct, and that this declaration is

6  executed at San Diego, California this  9th day of March, 2022.

7

8                                          Ernest Archuleta

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

**JIM:** 100054289          **Book#:** 19741878          **Name (L,M,F,S):**    ARCHULETA, ERNEST

---

## Encounter Detail

### Encounter Notes

**Entry Date:** 07-06-2019 1304          **Entered By:** YARCEXSH,  ARCE

S-"I have a seizure disorder and HTN. I got shot on my left leg and this leg is
now shorter than the other. I'm unable to walk and have a wheelchair at home.
I'm supposed to have 3 neck and back surgeries and take oxycontin, morphine and
norco. I see a pain doctor, and his name is Dr. Smith. They gave me IV pain
meds last night at Sharp." I get sick to my stomach when I don' t get my meds."
Pt denied s/s of w/d at this time. Pt cannot recall meds and doses, stated, "I
take 6 different pills everyday." Pt signed ROIs for CVS and pain specialist.
Pt denied ETOH/illicit drug use.
O-arrived by wheelchair, alert, oriented, NAD, resp even and unlabored, skin
color normal for ethnicity, warm and dry, no observed tremors
A-altered health maintenance
P-Opiate w/d SNP, first doses given. RNSC f/u scheduled. MDCC/MDSC scheduled.
Pt advised to increase PO fluids as tolerated, stay on lower bunk/lower tier,
keep clinic appts and notify staff ASAP for any change in condition; pt voiced
understanding.

**Entry Date:** 07-06-2019 0153          **Entered By:** CWILL2SH,  WILLIAMS

pt in wheelchair from old gun shot injury. pt able to transfer independety and
use a cane for short distance. Pt wearing neck brace. reports spinal injury
that needs surgery and causes SZ. Pt is poor historian. Needs ROI signed for
CVS pt reports "i have a bunch of scripts i dont know them all"

## Med Alerts

# EXHIBIT B

SCANNED

**SECTION 1**  Complete this information to request medical attention.

Print Name: ERNEST ARCHULETA  Bkg #: 19741878  Housing Unit: 7-B-

| | |
|---|---|
| I am requesting | [X] Medical Services |
| | [X] Mental Health Services |
| | [ ] Dental Services |

| | | |
|---|---|---|
| [ ] GBDF | [ ] EMDF | [ ] Initial: |
| [X] SDCJ | [ ] LCDF | [X] Other |
| [ ] SBDF | | |

**Reason for request for health services:** SCHEDULED FOR NECK SURGERY FACING POSSIBLE AMPUTATION ON LEFT FEMUR ALSO FOR FEMUR SURGERY AT UCSD. HOSP. KNEE REPLACEMENT.

I authorize and request the San Diego County Sheriff's Medical and Mental Health Services, its physicians, psychiatrists, dentists contracted agents, and medical personnel to administer and perform any and all medical and dental examinations, treatments, and diagnostic procedures deemed advisable or necessary. ALSO REQUEST ORTHO LEFT IN LEFT TENNIS SHOE.

I understand that the Sheriff's Department shall charge me $3.00 for any routine sick call visit that I initiate and that this charge will be deducted from my account during the current stay in jail. I also understand that I shall not be denied medical care if I am unable to pay the $3.00 fee.

Signed: Ernest Archuleta  Date: 7/30/2019

| **SECTION 2** | **FOLLOW-UP INFORMATION** |
|---|---|

**(This section is to be completed by Medical Staff Only)**

Charge: [ ] Yes  [ ] No

Authorized signature_____ ID#_____ Date:_____ Charge posted by_____ Date_____
If no charge, explain: _____ Amount collected: [ ] $3.00 [ ] $_____

**SECTION 3**  Date Request Received: APR 3 0 2019  Date Seen: _____

1. [ ] SEEN IN HUR  [ ] Chart reviewed
2. [ ] NOT SEEN DUE TO: [ ] Court [ ] Visit [ ] Released [ ] No Show/Refused [ ] Other____ [ ] Rescheduled____
3. [ ] Non-medical problem referred to: _____
4. [ ] Seen previously for same non-medical request, (tennis shoes, blankets, etc.). No further evaluation.
5. [ ] NO FURTHER COMPLAINTS. Patient advised to submit another Sick Call Request Slip if problem recurs.

**"S"ubjective**
Chief Complaint: _____

**"O"bjective:** _____

**"A"ssessment Nursing Diagnosis:** _____

**"P"lan:** [ ] Rx GIVEN as per SNP _____
[ ] SCHEDULED FOR SICK CALL WITH: [ ] MD [ ] RN [ ] NP [ ] DDS
[ ] Psych/Mental Health Specialist
[ ] Other Please sign the attached ROI
[ ] PATIENT EDUCATION AND ADDITIONAL INFO: so we can get a copy of your

SIGNATURE: CC 1013  7/31/19  ID# records from UCSD.

| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT | [ ] GBDF/EMDF | [ ] LCDF | [ ] SBDF | [ ] SDCJ | [ ] VDF |
|---|---|---|---|---|---|
| MEDICAL SERVICES DIVISION | | | | | |
| **Sick Call Request** | Patient's Name: _____ | | | | |
| Page 1 of 1 | | | | | |
| | D.O.B: _____ | | | | |

Form J212 Rev 12/2008  Booking Number  Date (MM-DD-YY)

# EXHIBIT C

# SAN DIEGO SHERIFFS DEPARTMENT

### Medical Chart

| | | | |
|---|---|---|---|
| **JIM:** 100054289 | **Book#:** 19741878 | **Name (L,M,F,S):** | ARCHULETA, ERNEST |

## Encounter Detail

### Encounter Notes

**Entry Date:** 08-12-2019 1102          **Entered By:** MBONAPSH,  BONAPARTE

```
8/12/19. C/T SPINE, LT HIP, LT FEMUR, LT KNEE, LT UPPER TIB/FIB. PATIENT/INMATE
DEMOGRAPHICS

Patient Name: ARCHULETA ERNEST
D.o.B./Gender: ███████/M
JIMS#: 19741878
Booking#: 100054289
Facility: FACILITY #1

STUDY INFORMATION

Date of Exam: 8/12/2019
Type of Exam: C/T SPINE, LT HIP, LT FEMUR, LT KNEE, LT UPPER TIB/FIB
Reading Phys.: Dr. Dr Harold Trief
Date Exam Read: 8/12/2019 10:59:09 AM

REPORT EXAM RESULT

PROCEDURE: 1
IMPRESSION:
Severe disc degeneration is noted throughout the lower cervical spine with
kyphotic deformity noted. No fracture or dislocation is noted. No bony
destruction is visualized. Moderate anterior spur formation is seen.


COMMENT:
Severe degenerative disc disease cervical spine.


PROCEDURE: 2
IMPRESSION:
Moderate lower thoracic spurring is noted with mild disc degeneration present.
No fracture or dislocation is seen. No paraspinal hematoma is noted.


COMMENT:
Moderate degenerative disease thoracic spine.


PROCEDURE: 3
IMPRESSION:
Moderate narrowing of the left hip joint with periarticular sclerosis. No acute
```

# EXHIBIT D

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| JIM: 100054289 | Book#: 19741878 | Name (L,M,F,S): ARCHULETA, ERNEST |
|---|---|---|

## Encounter Detail

**Type:** Nurse Practitioner Sick Call     **Reason:** Chart Check     **Date:** 08-06-2019 1107

**Resource:** Ibanez, Marylene Sh9033     **Cost:** $0.00

**Notes:** pls review records received from UCSD

## Objective

## Orders

## Encounter Notes

**Entry Date:** 08-08-2019 0031     **Entered By:** EHERR2SH,   HERRERA

No new orders noted.

**Entry Date:** 08-07-2019 1953     **Entered By:** KCAVALNS ,   CAVALLO

NPCC

UCSD records reviewed. Seen 1/24/19 for back pain. Hx knee pain as well.
Severe tricompartmental osteoarthritis L knee, osteoarthritis L hip, length
discrepance in legs- L 37mm shorter than R. Chronic L femoral shaft fracture.
He was recommended for surgical repair.

## Med Alerts

# EXHIBIT E

**Appointment Name**

**Appointment Date**

5/12/2021 12 00 00 AM PDT

| Treatment Name | Order Sig | Start | Stop |
|---|---|---|---|
| ONCE DA LY | 5/10/2021 8 00 00 AM PDT | 5/10/2021 11 59 59 PM PDT | |

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| 11/15/2021 12 00 00 AM PST | Montgomery  Jon DO | |
| 6/6/2021 12 00 00 AM PDT | Montgomery  Jon DO | |
| 6/3/2021 12 00 00 AM PDT | Montgomery  Jon DO | |
| 6/24/2020 12 00 00 AM PDT | Montgomery  Jon DO | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| | 2 | 5/12/2021 12 00 00 AM | 5/12/2021 11 59 59 PM | Apply ONCE DA LY for 1 day(s)  Dispense 1 ointment  0 Refill(s)  ***2 packets KOP as a 10 day supply per SNP** KOP *ATE Profile Only | |
| | 2 | 5/5/2021 12 00 00 AM | 5/5/2021 11 59 59 PM | Apply ONCE DA LY for 1 day(s)  Dispense 1 ointment  0 Refill(s)  ***2 packets KOP as a 10 day supply per SNP** KOP *ATE Profile Only | |
| 20 MG | 1 | 12/28/2020 8 00 00 AM | 1/26/2021 11 59 59 PM | Take 20 mg by mouth ONCE DA LY for 30 day(s)  Dispense 30 capsule delayed release  3 Refill(s) | |
| 500 MG | 2 | 9/27/2020 12 00 00 AM | 9/28/2020 11 59 59 PM | Take 1000 mg by mouth FOUR T MES DA LY for 2 day(s)  Dispense 16 tablet chewable  0 Refill(s)  *per SNP with meals and at bedtime KOP *ATE Profile Only | |
| 1 % | 1 | 8/5/2020 12 00 00 AM | 8/18/2020 11 59 59 PM | Apply 1 % TW CE DA LY for 14 day(s)  Dispense 1 cream  0 Refill(s)  *per SNP  KOP *ATE Profile Only | |

Addendum

SOAP NOTE BY  Estela durola RN POSTED ON 6/3/2020 11 28 01 PM PDT                                        Type  RN NOTE

**Subjective**

usually take atenolol and aspirin when  'm outside

ARCHULETA, ERNEST   100054289 (19741878)

**Objective**

| BP | Temp | Pulse 87 | Resp 18 | Wt | Sa02 | BS | Pain |
|---|---|---|---|---|---|---|---|
| 170/99 | 98 6 | | | | | | |

Pt brought down to the clinic for high blood pressure via wheelchair  Pt alert and oriented  Calm and cooperative  Verbally responsive  Speech clear coherent and spontaneous  Denies chest pain  blurry vision or weakness  BP=170/99  noted pt refused to take his ███ this morning  Pt has an order for atenolol but not available yet(checked in the medroom)  Pt took his ███ tonight  NAD noted

## Assessment

Risk for Cerebral perfusion

## Plan

███ AM dose offered  pt agreed to take  Advised pt to take his scheduled meds as ordered   nstructed pt to notify staff for changes in condition  pt verbalized understanding

| Appointment Name | Appointment Date |
|---|---|
| 5/12/2021 12 00 00 AM PDT | |

| Treatment Name | Order Sig | Start | Stop |
|---|---|---|---|
| ONCE DA LY | 5/10/2021 8 00 00 AM PDT | 5/10/2021 11 59 59 PM PDT | |

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| 11/15/2021 12 00 00 AM PST | Montgomery  Jon DO | |
| 6/6/2021 12 00 00 AM PDT | Montgomery  Jon DO | |
| 6/3/2021 12 00 00 AM PDT | Montgomery  Jon DO | |
| 6/24/2020 12 00 00 AM PDT | Montgomery  Jon DO | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| | 2 | 5/12/2021 12 00 00 AM | 5/12/2021 11 59 59 PM | Apply ONCE DA LY for 1 day(s)  Dispense 1 ointment  0 Refill(s)  ***2 packets KOP as a 10 day supply per SNP**  KOP *ATE Profile Only | |
| | 2 | 5/5/2021 12 00 00 AM | 5/5/2021 11 59 59 PM | Apply ONCE DA LY for 1 day(s)  Dispense 1 ointment  0 Refill(s)  ***2 packets KOP as a 10 day supply per SNP**  KOP *ATE Profile Only | |
| 20 MG | 1 | 12/28/2020 8 00 00 AM | 1/26/2021 11 59 59 PM | Take 20 mg by mouth ONCE DA LY for 30 day(s)  Dispense 30 capsule delayed release  3 Refill(s) | |

ARCHULETA, ERNEST   100054289 (19741878)

# EXHIBIT F



# San Diego County
# SHERIFF'S DEPARTMENT

## SICK CALL REQUEST

---

**SECTION 1** Complete this information to request medical attention.

Print Name: _ARCHULETA_  Bkg #: _19741878_ Housing Unit: _7/8/8_ DOB: _____

I am requesting
- [X] Medical Services
- [ ] Mental Health Services
- [ ] Dental Services
- [ ] GBDF
- [ ] SDCJ
- [ ] VDF
- [ ] EMRF
- [ ] LCDRF
- [ ] SBDF
- [ ] FAC 8
- [ ] Other

Reason for request for health services: _ITS BEEN ONE WEEK, WHY HAVEN'T MY HIGH BLOOD PRESSURE MED'S BEEN ORDERED, 50m TENOLOT"_

I authorize and request the San Diego County Sheriff's Medical and Mental Health Services, its physicians, psychiatrists, dentists contracted agents, and medical personnel to administer and perform any and all medical and dental examinations, treatments, and diagnostic procedures deemed advisable or necessary. _IT EXPIERD A WEEK AGO._

_PLEASE RE-ORDER AND FILL MY SCRIPT._

Signed: _Earnest Archuleta_  Date: _5-28-2020_

_THANK YOU!_

---

**SECTION 2**  Date Request Received: _____  Date Seen: _____

1. [ ] SEEN IN HUR  [ ] Chart reviewed
2. [ ] NOT SEEN DUE TO: [ ] Court [ ] Visit [ ] Released [ ] No Show/Refused [ ] Other_____ [ ] Rescheduled_____
3. [ ] Non-medical problem referred to: _____
4. [ ] Seen previously for same non-medical request, (tennis shoes, blankets, etc.). No further evaluation.
5. [ ] NO FURTHER COMPLAINTS. Patient advised to submit another Sick Call Request Slip if problem recurs.

**"S"ubjective**
Chief Complaint: _Your atenolol was ordered_

**"O"bjective:** _5/28/20 · please allow 3-5_

**"A"ssessment Nursing Diagnosis:** _business days for delivery._

**"P"lan:** [ ] Rx GIVEN as per SNP_____
[ ] SCHEDULED FOR SICK CALL WITH:  [ ] MD [ ] RN [ ] NP [ ] DDS
[ ] Psych/Mental Health Specialist
[ ] Other_____
[ ] PATIENT EDUCATION AND ADDITIONAL INFO: _____

SIGNATURE: _____  ID# _6337_

---

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES DIVISION
**SICK CALL REQUEST**
Page 1 of 1

[ ] GBDF [ ] EMRF [ ] LCDRF [ ] SBDF [ ] SDCJ [ ] VDF [ ] FAC8

Patient's Name: _____

D.O.B: _____

A, ERNEST  1000542891974 1878)

Booking Number

Form J212 Rev 12/19

Date (MM-DD-YY)

# EXHIBIT G

UNDER THE AMERICANS DISABILITY ACT

**SECTION 1** Complete this information to request medical attention.

Print Name: ERNEST ARCHULETA No.: 1974/878    Housing Unit: _____  SCANNED NOV 1 2 2019 Initial:

I am requesting:
- [X] Medical Services
- [ ] Mental Health Services
- [ ] Dental Services

- [ ] GBDF
- [ ] SDCJ
- [ ] SBDF

- [ ] EMDF
- [ ] LCDF

- [ ] VDF
- [ ] Other

Reason for request for health services: CRUCHES FOR THERAPY
ADA ARMSTRONG

I authorize and request the San Diego County Sheriff's Medical and Mental Health Services, its physicians, psychiatrists, dentists contracted agents, and medical personnel to administer and perform any and all medical and dental examinations, treatments, and diagnostic procedures deemed advisable or necessary.

I understand that the Sheriff's Department shall charge me $3.00 for any routine sick call visit that I initiate and that this charge will be deducted from my account during the current stay in jail. I also understand that I shall not be denied medical care if I am unable to pay the $3.00 fee.

Signed: Ernest Archuleta    Date: 9/5/2019

**SECTION 2**    **FOLLOW-UP INFORMATION**
(This section is to be completed by Medical Staff Only)

Charge: [ ] Yes  [ ] No

Authorized signature_____ ID#_____ Date:_____ Charge posted by_____ Date____
If no charge, explain: _____ Amount collected: [ ] $3.00 [ ] $_____

**SECTION 3**    Date Request Received:_____    Date Seen:_____

1. [ ] SEEN IN HUR    [✓] Chart reviewed
2. [ ] NOT SEEN DUE TO: [ ] Court [ ] Visit [ ] Released [ ] No Show/Refused [ ] Other_____ [ ] Rescheduled_____
3. [ ] Non-medical problem referred to: _____
4. [ ] Seen previously for same non-medical request, (tennis shoes, blankets, etc.). No further evaluation.
5. [ ] NO FURTHER COMPLAINTS. Patient advised to submit another Sick Call Request Slip if problem recurs.

"S"ubjective Chief Complaint: You are already using wheelchair. If you

"O"bjective: Would rather use crutches, we will gladly

"A"ssessment Nursing Diagnosis: replace the wheelchair with a pair of

"P"lan: [ ] Rx GIVEN as per SNP  crutches if the doctor deems such are indicated.
[ ] SCHEDULED FOR SICK CALL WITH: [ ] MD [ ] RN [ ] NP [ ] DDS
[ ] Psych/Mental Health Specialist
[ ] Other_____

[ ] PATIENT EDUCATION AND ADDITIONAL INFO: _____

SIGNATURE: _____    Rn    ID# 3575

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES DIVISION
Sick Call Request
Page 1 of 1

☰ GBDF/EMDF  ☰ LCDF  ☰ SBDF  ☰ SDCJ  ☰ VDF
Patient's Name: _____
D.O.B: _____

# EXHIBIT H

Addendum

| Peter Freedland Medical POSTED ON 12/30/2019 7 54 06 AM PST | Type  MD NOTE |
|---|---|

chart reviewed

████████████████████████

Addendum

| Keri Cavallo NP POSTED ON 12/26/2019 6 39 04 PM PST | Type  NP NOTE |
|---|---|

NPCC

████████████████████████

Addendum

| Peter Freedland Medical POSTED ON 12/18/2019 7 59 49 AM PST | Type  MD NOTE |
|---|---|

Chart reviewed

Offsite ortho deferred   Knee replacement benefit not offered  cont dme and support for cheonic condition

Addendum

| Doonpinich Pongsuriyachai RN POSTED ON 12/16/2019 3 55 56 PM PST | Type  PSU NOTE |
|---|---|

Noted  Med verified in Tech care  QMHP referral ans psych sc have been scheduled

Addendum

| Christopher Kagay Nurse Practitioner POSTED ON 12/16/2019 1 34 58 PM PST | Type  PSYCH ATR ST |
|---|---|

Psychiatry initial evaluation

 D  61y/o pt booked on 7/6/19 for charges of ████████████████████████

██████████████████████████████

██████████████████

HP   On interview today pt  reports he has been dealing with 4 or 5 recent deaths in his family ████████████████████

████████████████████  He does not recall having been seen a few months back and declining MH assistance at that time but reports things are

different now  His current stressors have intensified and he is now reaching out for assistance with processing his grief and dealing with stress

depression  and some insomnia related to his anxiety about court

  have been trying to deal with all this on my own and just keep it inside but  felt like  would explode if  kept doing that…  have some trauma from

being in prison so long and  do pretty good when  take ████████  He denies any issues with appetite  He denies any hx of AVCTH  paranoia

delusions  mania/hypomania  S /H / SP/SA or any hx thereof  He reports some traumatic hx related to incarceration for  26 years  but does not appear to

meet criteria for a dx of PTSD

Psychiatric hx

████████████████████████

Prior hospitalizations  Denies

Prior SA or S B  Denies

██████████████████████████

█████████████████████████████

ARCHULETA, ERNEST   100054289 (19741878)

PMH

Denies h/o seizures or tbi  Hx of  HTN  GERD  mobility via wc

Current medications  ██████████████████

Allergies  NKDA

ROS  comprehensive review of systems negative unless aforementioned


Social hx

Housing  Housed

Work/ education  Some college  Aircraft manufacturing

Social support  ████████


MSE

General/ behavior  cooperative  calm

Appearance  fair hygiene  in jail attire

Cognition  grossly oriented

Speech  fluent  nonpressured

Mood/ affect  mildly dysthymic/ congruent

Thought process  linear  logical

Thought content  future oriented

Perception  no avh or paranoia  not responding to internal stimuli

S /H  denies

/J  fair


A/P

Dx

Adjustment disorder  unspecified F43 20


Plan

████████████

 Refer to MHC for counseling

 Avoid sleeping during the day


RTC  4 weeks


Potential benefit  risks  side effects  alternatives discussed  patient verbalizes understanding and consents to treatment   Patient understands that all

treatments offered today are voluntary and adherence/refusal is independent of housing  privileges or other inmate services

Addendum

SOAP NOTE BY  Melissa Turner MHC POSTED ON 12/11/2019 8 29 33 PM PST                                        Type  MENTAL HEALTH CL N C AN

### Subjective

 P requested to speak with  any  mental health staff  P expressed frustration  reporting  've been lied to for 6 months  and described the psych NP

telling him today that he would be seen within 2 days but he is certain the NP was lying  P expressed feeling frustrated that he  set my expectations of

you people too high  and said he is  like a volcano about to erupt  because he feels neglected

### Objective

| BP / | Temp | Pulse | Resp | Wt | Sa02 | BS | Pain |
|------|------|-------|------|----|------|----|------|

ARCHULETA, ERNEST   100054289 (19741878)