GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF GARY BARTLETT IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: August 11, 2022<br>Time: 2:00 p.m.<br>Ctrm.: 4A |

[4111617.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF GARY BARTLETT IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY
INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California  92101-4297
Telephone:  (619) 699-2700
Facsimile:   (619) 699-2701
Email:       christopher.young@dlapiper.com
             isabella.neal@dlapiper.com
             oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California  92103-6330
Telephone:  (619) 232-2121
Email:       bvakili@aclu-sdic.org
             jmarkovitz@aclu-sdic.org

Attorneys for Plaintiff

**DECLARATION OF GARY BARTLETT**

I, Gary Bartlett, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since July 11, 2021. My booking number is 21125464. I am 43 years old. I am housed at the Vista Detention Facility in unit N3. To the best of my recollection, I have been incarcerated at the Jail approximately 50 times over the last 25 years.

3. I have serious mental health needs that have not been treated adequately at the Jail. Attached as **Exhibit A** is a true and correct copy of excerpts from my medical records, showing that the Jail was aware when I booked in on July 11 that I needed chronic care for mood disorders and psychotic disorders. I have put in multiple requests for mental health treatment, including on August 11 and September 13 of last year, and March 9, 2022. My August 11 request, a true and correct copy of which is attached as **Exhibit B**, was labeled "emergency" and noted my PTSD, but I was not seen for almost two weeks. My September 13 request, a true and correct copy of which is attached as **Exhibit C**, said "I need to speak to someone very badly." I did not get seen until October 6, in a non-confidential visit from the psychiatrist. The psychiatrist primarily talks to me about medication. I do not get any therapy. In administrative segregation, I get short visits at my cell door from a clinician, but those are just wellness checks and are very brief. A deputy is with the clinician so I do not feel comfortable having therapy with the deputy there. I believe that only certain incarcerated persons are given confidential visits with mental health professionals, but I am not. Since I was booked, I have not been able to have a confidential visit with any mental health professional.

4. On March 9, 2022, I put in a new request to talk to someone about my PTSD, but as of this date I have still not been able to talk to a therapist in a confidential setting.

[3879264 3]

1

5. I was bitten on my cheek by a police dog during my arrest, so immediately afterwards, I was taken to Palomar Hospital for treatment. I was then booked at Vista. The hospital told me that the stitches needed to be removed within 8 to 10 days. I told the Jail about this, including by telling nurses. The nurses kept saying that they would get to me or that I was scheduled, but medical did not remove the stiches until about 3 weeks after I came to Vista, on July 29. Attached as **Exhibit D** is a true and correct copy of an excerpt from my Jail medical records, which indicates that my Palomar records were not reviewed until that day. Because by that point the skin on my cheek had started to heal over the stitches, it was very painful when I finally had them removed.

6. I have been in administrative segregation for over three months. The cell is covered in black mold, particularly on the ceiling. The toilets also do not flush properly, which means feces sit in the toilet for long periods of time, contributing to the filthy conditions.

7. I submit this declaration because I want to be a part of this litigation and help improve the medical and mental health care at the Jail for all incarcerated people. I have seen other vulnerable inmates experience similar issues I have experienced, and I believe our rights have been violated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at _____, California this ___ day of April, 2022.

_____
Gary Bartlett

[3879264.3]

2

# EXHIBIT A

- [ ] Asthma

### Cardiovascular

- [ ] Hyperlipidemia
- [ ] Hypertension

### Endocrine

- [ ] Diabetes

### Infectious Disease

- [ ] HIV
- [ ] Tuberculosis

### Behavioral Health Chronic Care

- [x] Mood Disorders
- [x] Psychotic Disorders

### Hematology/Oncology

- [ ] Dialysis

If the item below is checked, the patient has a pending TB workup from an incarceration within the last 6 months. This patient will be added to the TB Workup queue in Admissions/Discharge, and a Medical Chart Review sick call will be scheduled.

- [ ] TB Workup
- [ ] Other

### GENERAL MEDICAL ASSESSMENTS--Select and Document all that apply

_____

- [ ] Current medications or treatments

Current Medications:

- [ ] Yes
- [x] No

| Medication | Strength | Filling Pharmacy | Address | Phone Number | Frequency | Last Dose | Last Fill Date |

- [ ] Past medical or psychiatric hospitalizations?

### List location, time and reason for each

- [ ] Dental issues requiring Dentist Sick Call appointment

### Describe

BARTLETT, GARY RUSSELL JR 100064738 (21125464)

# EXHIBIT B

# "EMERGENCY" 911 "EMERGENCY"

## SECTION 1 — Complete this information to request medical attention.

**Print Name:** Bartlett  **Bkg #:** 21125464  **Housing Unit:** UN-534  **DOB:** [redacted]

**I am requesting:**
- [ ] Medical Services
- [x] Mental Health Services
- [ ] Dental Services
- [ ] GBDF
- [ ] SDCJ
- [ ] SBDF
- [ ] EMDF
- [ ] LCDF
- [x] VDF
- [ ] Other

**Reason for request for health services:** I SUFFER FROM P.T.S.D AND VERY BAD ANXIETY. NEED TO BE PUT BACK ON MY MEDS. THANK YOU FOR YOUR TIME.

I authorize and request the San Diego County Sheriff's Medical and Mental Health Services, its physicians, psychiatrists, dentists contracted agents, and medical personnel to administer and perform any and all medical and dental examinations, treatments, and diagnostic procedures deemed advisable or necessary.

I understand that the Sheriff's Department shall charge me $3.00 for any routine sick call visit that I initiate and that this charge will be deducted from my account during the current stay in jail. I also understand that I shall not be denied medical care if I am unable to pay the $3.00 fee.

**Signed:** [signature]  **Date:** 8-11-21

## SECTION 2 — FOLLOW-UP INFORMATION
(This section is to be completed by Medical Staff Only)

**Charge:** [ ] Yes  [ ] No

Authorized signature _____ ID# _____ Date: _____ Charge posted by _____ Date _____
If no charge, explain: _____ Amount collected: [ ] $3.00 [ ] $_____

## SECTION 3

**Date Request Received:** AUG 1 2 2021   **Date Seen:** _____

1. [ ] SEEN IN HUR   [ ] Chart reviewed
2. [ ] NOT SEEN DUE TO: [ ] Court [ ] Visit [ ] Released [ ] No Show/Refused [ ] Other _____ [ ] Rescheduled _____
3. [ ] Non-medical problem referred to: _____
4. [ ] Seen previously for same non-medical request, (tennis shoes, blankets, etc.). No further evaluation.
5. [ ] NO FURTHER COMPLAINTS. Patient advised to submit another Sick Call Request Slip if problem recurs.

**"S"ubjective Chief Complaint:** _____

**"O"bjective:** _____

**"A"ssessment Nursing Diagnosis:** _____

**"P"lan:** [ ] Rx GIVEN as per SNP _____
[x] SCHEDULED FOR SICK CALL WITH: [ ] MD [ ] RN [ ] NP [ ] DDS  [x] Psych/Mental Health Specialist  [ ] Other _____
[ ] PATIENT EDUCATION AND ADDITIONAL INFO: _____

**SIGNATURE:** [signature]   **ID#** _____

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES DIVISION
Sick Call Request
Page 1 of 1

[ ] GBDF/EMDF  [ ] LCDF  [ ] SBDF  [ ] SDCJ  [ ] VDF

Patient's Name: _____
D.O.B. _____

BARTLETT, GARY RUSSELL JR 100064730 (21125464)
Form J212 Rev 12/2008   Booking Number   Date (MM-DD-YY)

# EXHIBIT C

**ATT. MENTAL HEALTH**



# San Diego County
# SHERIFF'S DEPARTMENT
## INMATE REQUEST (PETICION DEL RECLUSO)

**SECTION I** — Complete the following information: *(Llene la siguiente informacion)*

**Facility:** ☐ SDCJ   ☐ FAC8   ☐ EMRF   ☐ GBDF   ☐ LCDRF   ☐ SBDF   ☒ VDF
*(Carcel)*

**Name:** Bartlett, G
*(Nombre)*

**Booking #:** 21125464     **Date of Birth:** [redacted]     **Housing Unit:** JW 5.34
*(Número)*                  *(Fecha de Nacimiento)*            *(Unidad)*

**SECTION II** — Refer to instructions on the back of this form.
*Refiere se a las instrucciones al revez de este formulario.*

**I have a Request for the following:**
*(Tengo una petición a lo siguiente):*

I'M HAVING VERY BAD DREAMS AT NIGHT AND I CAN NOT SLEEP ANXIETY. I NEED TO SPEAK TO SOMEONE VERY BADLY.

THANK YOU

**Signature:** [signed]     **Date and Time:** 9-13-21  12:50 PM
*(Firma)*                   *(Fecha y hora)*

**SECTION III** — RESPONSE BY DETENTION FACILITY STAFF <u>ONLY</u>

**Forwarded to:** _____     **Date:** SEP 1 4 2021     **Time:** _____

You are scheduled

**Completed by:** _____     **Date:** _____

BARTLETT, GARY RUSSELL JR 100064738 (21125464)

J-21 (REV 01/15) FRONT

# EXHIBIT D

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Registered Nurse Sick Call | 8/8/2021 | HUR: Welfare check, placed in DI. | 8/8/2021 |
| Medical Doctor Sick Call | 8/4/2021 | J=21 7/28/21 "I am a humble request a high protein diet cause i am underweight". | 8/4/2021 |
| Medical Chart Review | 8/3/2021 | J21 7/30 requesting for high protein diet. BMI is 21. Pls. advise. | 8/3/2021 |
| Registered Nurse Sick Call | 7/30/2021 | ***Priority***Removal of sutures. | 7/29/2021 |
| Medical Chart Review | 7/29/2021 | Oa note: Please review medical records from Palomar Hospital | 7/29/2021 |
| Medical Chart Review | 7/28/2021 | Pls. review height and weight in EMAR, per J212 states "I'm malnourished and underweight" | 7/28/2021 |
| Registered Nurse Sick Call | 7/27/2021 | ROS Pls obtain ROI for hosp records HUR: pls. obtain height and weight for BMI, then MDCC. Per J212 pt states he is "malnourished and underweight" | 7/28/2021 |
| Medical Chart Review | 7/25/2021 | I/P c/o "When am I gonna get my stitches out?" @2000 medpass, seen notes for continued wound care but sont see anything scheduled, please advise | 7/26/2021 |
| Medical Doctor Sick Call | 7/23/2021 | Throat pain. Please eval. | 7/23/2021 |
| Medical Chart Review | 7/21/2021 | I/P c/o having "this congestion in my throat" @2000 medpass, "I need something like maalox", did not quite understand maalox and congestion, please advise | 7/22/2021 |
| Medical Chart Review | 7/16/2021 | I/P requesting to get off the liquid diet @2000 medpass, please advise | 7/17/2021 |
| Medical Chart Review | 7/16/2021 | Pt was requesting to have his ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Reports it is in his property and was given to him from the hospital. | 7/16/2021 |
| Medical Doctor Sick Call | 7/12/2021 | Pt. arrested 4 days ago, has been at PMC since then s/p multiple dog bites/wounds, see DHS. | 7/12/2021 |

BARTLETT, GARY RUSSELL JR 100064738 (21125464)