GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF GUSTAVO SEPULVEDA IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: August 11, 2022<br>Time: 2:00 p.m.<br>Ctrm.: 4A |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email: christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone: (619) 232-2121
Email: bvakili@aclu-sdic.org
jmarkovitz@aclu-sdic.org

Attorneys for Plaintiff

# DECLARATION OF GUSTAVO SEPULVEDA

I, Gustavo Sepulveda, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since October 2017, although I was at Atascadero State Hospital for several months in late 2020 and early 2021. I am housed at San Diego Central Jail in housing unit 7B. My booking number is 21106540. I am 41 years old.

3. I am in cell 4 in housing unit 7B. Cell 4 is right next to cell 5. On March 12, 2022, there were two guys in cell 5. One was named Patrick, and he was a younger guy. The other guy was older. I did not know the older guy's name, but later learned his name was Derek Baker. That afternoon, I heard an altercation in cell 5 through the wall in my cell. It sounded like the two guys were fighting. A little while later, I heard someone in the cell next to me say "man down, man down" a few times. It sounded like Patrick. The person saying it was not saying it very loudly, so I believe he was saying it into the intercom box in his cell. If he had been yelling to get someone's attention, his voice would have been much louder. It was silent for a bit longer, and then I heard grunting and the sound of impact over and over again. It sounded like a person's body or head being hit against an object like the ground or wall over and over again. The sound was bone-chilling. The sound stopped for a bit, and then resumed. After a few more minutes, I heard Patrick call to another incarcerated person in the dayroom, and say something like, "go tell the cops that I killed my cellie." He said that he pushed the emergency button in his cell and nobody answered, so he killed his cellie. I later learned when detectives came to talk to me that the older guy was on life support.

4. Staff in my unit are notorious for not responding to the call button in our cells. There have been many times where I have pushed the button but deputies did not respond. For example, a few days before that March 12, 2022 incident in

[3887839.1]

1

cell 5, the toilet in my cell was malfunctioning and was not able to flush. The deputies knew this and so they told me to push the call button in my cell so they could escort me to another toilet. When I needed to go to the bathroom, I pushed the intercom button in my cell, but no deputies would come to escort me. Instead I would have to wait for deputies to walk their hourly rounds around the housing unit, and then get their attention.

5. A few days after the March 12, 2022 incident in cell 4, I was talking with a deputy, who told me that the intercom button is supposed to have an audio indicator and a visual indicator in the control tower where the deputies are. That deputy told me that the audio indicator was not working, so when we pushed the intercom button it was not making any sound.

6. I do not feel safe in my housing unit knowing that if I have an emergency or my cellmate does, pushing the intercom button is not a reliable way to get assistance from custody staff. I would feel much safer in the Jail if I knew the intercom system would work and that staff would respond promptly when I push the intercom button in my cell.

7. I also have serious mental health needs. I was at Atascadero State Hospital from August 2020 until February 25, 2021. When I returned to the Jail on February 25, 2021 and was re-booked into the facility, I was not screened by a mental health clinician. Only a registered nurse asked me questions about my mental health needs, even though I was returning from a state hospital where I had been receiving intensive mental health treatment for months. Attached as **Exhibit A** is a true and correct copy of the intake questionnaire from my return to the Jail on February 25, 2021. I was not seen by a psychiatrist until March 3, 2021, but that was a cell-side visit, and it was not confidential. Attached as **Exhibit B** is a true and correct copy of the encounter notes from that March 3, 2021 non-confidential visit with the psychiatrist. The deputy outside the cell could hear what we were talking about. Other visits with mental health staff are not confidential. Attached as

[3887839.1]                                   2

**Exhibit C** is a true and correct copy of a March 8, 2021 encounter note, showing that I met with a psychologist at the cell door because "no confidential or semi-confidential areas available." When visits with mental health staff are not confidential, I do not feel comfortable speaking freely and openly about the issues that I am facing. I do not feel safe with other incarcerated people or custody staff knowing these private issues from my case or my emotions.

8. I submit this declaration because I want to be a part of this litigation to help improve medical and mental health care at the Jail, make sure that people with disabilities are accommodated and treated fairly, and make the Jail safe for all incarcerated people.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego, California this 19 day of April, 2022.

Gustavo Sepulveda

[3887839.1]

3

# EXHIBIT A



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

## RECEIVING SCREENING - Completed by: Kelli Payne RN on 2/25/2021 2:05:01 PM PST

| | | |
|---|---|---|
| **Patient:** SEPULVEDA, GUSTAVO A | **#:** 400015529 (21106540) | **Class:** 5 |
| **DOB:** ▉ (Age=41) | **Sex:** M | **Race:** H |
| **Housing:** SDCJ-7-B-10-B | **Court Date:** 2/2/2022 8:15:00 AM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 2/25/2021 1:46:17 PM PST | **Proj. Rel:** |

☑ Patient is willing to sign, but unable to sign

☐ Refused

**Current Allergies**

▉

***

Screeners: All questions in this form must be addressed. For questions with a single checkbox, by leaving the checkbox unselected, you are documenting your conclusion that all parameters of the question are false. By selecting the checkbox, you are acknowledging a positive response to the item and further documentation must be provided in the corresponding questions and text boxes.

***

### ARRESTING OFFICER QUESTIONS--Select and Document all that apply

**Arresting Agency?** SDSO - SAN DIEGO SHERIFF OFFICE

**Officer's Name?**

Gutierrez

**Officer's Badge #?**

3437

**Is the attending officer aware of any Illness or Injuries?**

☐ Yes

☑ No

**Is the attending officer aware of any Current/Recent Suicidal Ideation?**

☐ Yes

☑ No

SEPULVEDA, GUSTAVO A   400015529 (21106540)

Is the attending officer aware of any signs that the patient is under the influence of Drugs or Alcohol?

- [ ] Yes
- [x] No

Is the attending officer aware of any Combative, Assaultive or Extremely Hostile Behavior?

- [ ] Yes
- [x] No

Is the attending officer aware of any Treatment by Medical Personnel in the Field?

- [ ] Yes
- [x] No

Was a PERT Evaluation performed surrounding the arrest?

- [ ] Yes
- [x] No

Do you have any additional information to help us care for the patient's health and safety?

- [ ] Yes
- [x] No

During the initial call, was there any indication of a mental health concern?

- [ ] Yes
- [x] No
- [ ] NA

## GENDER IDENTITY--Select and Document all that apply

_____

- [ ] Identifies as Transgender
- [ ] Transgender - Male Gender
- [ ] Transgender - Female
- [ ] Transgender - Non-Binary

## CHRONIC CONDITIONS--Select and Document all that apply

_____

### Neurological

- [ ] Seizures

### Respiratory

- [ ] Asthma

### Cardiovascular

SEPULVEDA, GUSTAVO A  400015529 (21106540)

- [ ] Hyperlipidemia
- [ ] Hypertension

**Endocrine**

- [ ] Diabetes

**Infectious Disease**

- [ ] HIV
- [ ] Tuberculosis

**Behavioral Health Chronic Care**

- [ ] Mood Disorders
- [x] Psychotic Disorders

**Hematology/Oncology**

- [ ] Dialysis

If the item below is checked, the patient has a pending TB workup from an incarceration within the last 6 months. This patient will be added to the TB Workup queue in Admissions/Discharge, and a Medical Chart Review sick call will be scheduled.

- [ ] TB Workup
- [ ] Other

**GENERAL MEDICAL ASSESSMENTS--Select and Document all that apply**

_____

- [ ] Current medications or treatments

Current Medications:

- [ ] Yes
- [x] No

| Medication | Strength | Filling Pharmacy | Address | Phone Number | Frequency | Last Dose | Last Fill Date |

- [ ] Past medical or psychiatric hospitalizations?

**List location, time and reason for each**

- [ ] Dental issues requiring Dentist Sick Call appointment

**Describe**

Does the patient have any active infections or contagious illnesses?

SEPULVEDA, GUSTAVO A  400015529 (21106540)

- [ ] Yes
- [x] No
- [ ] No Response

- [ ] General-fever, lethargy, weight loss, loss of appetite, night sweats
- [ ] Skin-Lesions, needle marks, abscesses, bruises, rash, jaundice, lice, trauma, scars, tattos
- [ ] Pulmonary-Persistent cough, coughing up blood

Have you traveled outside of the United States in the past weeks or months?

- [ ] Yes
- [x] No

Does the inmate have issues with mobility (Cane, Wheelchair, Prosthetics, Crutches, Splints)?

- [x] Yes
- [ ] No
- [ ] No Response

- [ ] Crutches
- [x] Cane
- [ ] Wheelchair
- [ ] Prosthetics

came in using a cane, hx of cane use in jail.

Does the individual have other limitations like hearing, visual, communication?

- [ ] Yes
- [x] No
- [ ] No Response

- [ ] Hearing (Category ADM)
- [ ] Visual (Category ADM)
- [ ] Communications (Category ADM)

Do you have any other medical conditions or problems?

- [x] Yes
- [ ] No
- [ ] No Response

"I'm currently on the [REDACTED], I have to finish it, I need to finish it here. My last dose was yesterday, I thnk I have one more month of meds."

## MENTAL HEALTH SCREENING--Select and Document all that apply

Is the patient a state hospital returnee?

- [x] Yes

SEPULVEDA, GUSTAVO A  400015529 (21106540)

☐ No

Was the patient evaluated at the EPU in conjunction with this arrest?

☐ Yes

☒ No

## Mental Health History

Are you a client of the regional center for the developmentally disabled, or have you been in special educational classes in school?

☐ Yes

☒ No

☐ No Response

☐ PSU                  ☐ In Custody Suicide Attempt        ☐ History of ISP
☐ History of JBCT      ☐ State Hospital Returnee

Have you ever been a victim of sexual assault while incarcerated or in the community?

☐ Yes

☒ No

☐ No Response

## Columbia-Suicide Severity Rating Scale

1) Have you wished you were dead or wished you could go to sleep and not wake up?

☐ Yes

☒ No

2) Have you had any actual thoughts of killing yourself?

☐ Yes

☒ No

3) Have you been thinking about how you might do this?

☐ Yes

☐ No

4) Have you had these thoughts and had some intention of acting on them?

☐ Yes

☐ No

5) Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?

☐ Yes

☐ No

SEPULVEDA, GUSTAVO A  400015529 (21106540)

6) Have you ever done anything, started to do anything, or prepared to do anything to end your life?

☐ Yes
☒ No

## How long ago did you do any of these?

○ Over a year ago?
○ Between three months and a year ago?
○ Within the last three months?

## Additional Suicide Risk Questions

Have you recently experienced a significant loss (relationship, death of a family member/close friend, job, etc.)?

☐ Yes
☒ No
☐ No Response

Has a family member or close friend ever attempted or committed suicide?

☐ Yes
☒ No
☐ No Response

Do you feel there is nothing to look forward to in the immediate future (inmate expressing helplessness and/or hopelessness)?

☐ Yes
☒ No
☐ No Response

## SUBSTANCE USE ASSESSMENTS--Select and Document all that apply

History or risk of alcohol or drug withdrawal?

☐ Yes
☒ No
☐ No Response

Recent use of alcohol, heroin, prescription pain medications or sedatives?

☐ Yes
☒ No
☐ No Response

SEPULVEDA, GUSTAVO A  400015529 (21106540)

**Most recent alcohol, sedative, or opiate use:**

- ◯ 5 days or less
- ◯ 6 days or greater

Use of any other illegal drugs?

- ☐ Yes
- ☑ No
- ☐ No Response

Have you been in a detox program or substance abuse treatment program in the last 90 days?

- ☐ Yes
- ☑ No
- ☐ No Response

## MISCELLANEOUS ASSESSMENTS--Select and Document all that apply

**Does the inmate have any of the following:**

- ☐ Medicaid/MediCAL
- ☐ Medicare
- ☐ Private Health Insurance

Insurance Carrier(s):

Plan Name:

## DISPOSITION/TREATMENT PLAN--Select and Document all that apply

- ☐ Medical Sick Call needed
- ☐ Release signed to obtain all medical records, pharmacy records, substance abuse records
- ☐ Oral Hygiene Instructions Provided

**Housing Assignment:**

| | | |
|---|---|---|
| ☐ Infirmary/MOB | ☐ PSU | ☐ OPSD |
| ☐ Med ISO | ☐ Med Mainline | |

Fit to Continue Booking Process?

- ☑ Yes
- ☐ No

SEPULVEDA, GUSTAVO A  400015529 (21106540)

# EXHIBIT B

Addendum:

Anthony Cruz Psychiatrist POSTED ON 3/3/2021 7:48:30 PM PST                                                                 Type: PSYCHIATRIST

Psychiatry sickcall: Initial Evaluation

ID: 40 y/o Pt booked on 2/25/21 for charges of "███████████████". Next court date not listed. ███████████. Pt is seen today for PsychSC initial psychotropic medication evaluation to address h/o psychosis, PTSD, recent DSH returnee, and psych med treatment.

HPI:
Patient is currently housed in SDCJ-7D and was evaluated today by this clinician cell-side in a non-confidential environment. Pt was made aware of the nature/purpose of the evaluation and agreed to participate.

Pt was discharged from DSH-Atascadero on 2/25/21 with discharge dx of Unspecified Schizophrenia spectrum and other psychotic Disorder, Alcohol Use Disorder, severe; Posttraumatic Stress Disorder; and discharge meds including ██████ 60mg po bid and ███████████████ Per scanned 2/25/21 DSH-A Discharge records, "In January 2021, the patient reported doing better. He denied paranoia or mood swings… He began to express more paranoia again, but this seemed exaggerated. He stayed on the ███████████ twice daily. In late January and early February 2021, the patient claimed to still have delusional thoughts but said he was 'managing them.' He stated, 'I know they're delusional but I still believe them'." Today, Pt described his mood as "alright." Pt stated he was eating, but described having a decreased appetite. Pt denied problems with sleep, receiving 7-8 hours a night. Pt SI/HI or VH and stated his non-command AH have decreased with medication. Pt's past psych history was reviewed, and Pt stated he was diagnosed with "Schizophrenia, Delusional disorder, Depression, PTSD, Audio/Visual hallucinations, Paranoid ideations," and received trials of ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. Pt also inquired about starting medication for anxiety. After medication indications, r/b and potential s/e's were reviewed, Pt was amenable to starting low dose ██████ and continuing ██████ and ██████ as prescribed. Pt did not appear internally preoccupied. TechCare EMAR shows no med refusals since 2/26/21.

PSYCHIATRIC HX:
Prior diagnoses/treatment: per Pt, "Schizophrenia, Delusional disorder, Depression, PTSD, Audio/Visual hallucinations, Paranoid ideations," and trials of ████████████████████████████████. Per JIMS 10/4/17 note, "ETOH dependence, depression NOS, ETOH-induced mood d/o; per Pt, depression, anxiety, ADD, possible PTSD. Meds: per Pt, ████████████████████████████." Per 3/2/21 scanned CCBH Tracking sheet, PTSD, ADHD, Mood NOS, Adjustment d/o, Anxiety d/o, unspecified, Major depressive d/o, Psychosis NOS, Schizoaffective d/o.
Prior hospitalizations: Pt denies psych hospitalizations prior to DSH-A. DSH-Atascadero 8/12/20 – 2/25/21.
Prior suicide attempt (SA) or self-injurious behavior (SIB): Pt denies

SUBSTANCE ABUSE HISTORY: ████████████████████ Per 3/2/21 scanned CCBH Tracking sheet, h/o Alcohol dependence, Other psychoactive substance dependence.

FAMILY PSYCHIATRIC HISTORY: ████████████████████

PMH: Asthma, Elevated BMI, Chronic left knee pain
h/o seizures or tbi: denies seizures; Pt reports +tbi in 2014 ("motorcycle crash" and ICU stay)
Current medications: ████████████████████████████████████
Allergies: ████████████████████
ROS: comprehensive review of systems negative unless aforementioned.

SOCIAL HX:
Housing: house in San Diego

SEPULVEDA, GUSTAVO A   400015529 (21106540)

Work: "Logistics"
Education: GED
Social support: family and friends

MSE
General/Behavior: calm, polite, cooperative
Appearance: fair hygiene, in jail attire, in no acute distress
Cognition: awake, alert, grossly oriented
Speech: fluent, slightly pressured, spontaneous
Mood/Affect: "alright"/anxious, reactive
Thought process: linear, logical, goal-directed
Thought content: future oriented
Perception: endorses occasional non-command ah, denies vh or paranoia; no apparent response to internal stimuli
SI/HI: denies
I/J: fair

A/P:
Dx: Unspecified Schizophrenia spectrum and other psychotic Disorder F29
    Alcohol Use Disorder, severe F10.20
    Posttraumatic Stress Disorder F43.1

Patient presents to the clinic calm, polite and cooperative with today's visit and was recently discharged from DSH-Atascadero. Pt has h/o psychosis, PTSD, substance use, tbi, psych hospitalization, and psych med treatment. Pt denies SI/HI or VH. Pt reports decreased non-command AH and requests to start Abilify. Pt demonstrates good psych med compliance, and denies major s/e's, including EPS s/s. Pt also inquires about starting treatment for ongoing anxiety, however Pt was amenable to continuing ▬▬▬▬▬▬▬▬▬▬▬▬ se ▬▬▬▬ AH. Discussed current treatment plan with patient and he voiced agreement. Potential benefit, risks, side effects, alternatives discussed, patient verbalizes understanding and consents to treatment.

Plan:
- ▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬

rtc: 5-6wks or sooner, if needed

Patient understands that all treatments offered today are voluntary and adherence/refusal is independent of housing, privileges or other inmate services.

Addendum:

Anthony Cruz Psychiatrist POSTED ON 3/24/2021 6:19:22 PM PDT          Type: PSYCHIATRIST

Brief PsychSC note: While conducting rounds, Pt requested to speak to this provider regarding medication concerns. Pt reported increased anxiety and requested an increase in ▬▬▬▬▬ se ▬▬▬▬▬▬▬▬. Pt denied experiencing med s/e's with his current psych med regimen, and demonstrates good med compliance. Medication indications, r/b and potential s/e's were reviewed and Pt voiced understanding. W▬▬▬ se ▬▬▬▬▬▬▬▬▬▬▬▬. Pt has PsychSC f/u already scheduled.

Addendum:

Anthony Cruz Psychiatrist POSTED ON 4/22/2021 5:03:00 PM PDT          Type: PSYCHIATRIST

SEPULVEDA, GUSTAVO A  400015529 (21106540)

# EXHIBIT C



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

## QMHP PROGRESS NOTE - Completed by: Phyllis Smerud Psychologist on 3/8/2021 9:20:12 PM PST

| | | |
|---|---|---|
| Patient: SEPULVEDA, GUSTAVO A | #: 400015529 (21106540) | Class: 5 |
| DOB: ▇▇▇ (Age=41) | Sex: M | Race: H |
| Housing: SDCJ-7-B-10-B | Court Date: 2/2/2022 8:15:00 AM | Type: |
| Status: ACTIVE | Booking Date: 2/25/2021 1:46:17 PM PST | Proj. Rel: |

Date of Encounter: 3/8/2021

### Clinic Reason

- [x] Wellness Check
- [ ] I/P Request
- [ ] ISP Follow-Up
- [ ] RCC Needs
- [ ] Counseling/Therapy
- [ ] Referral
- [ ] Mental Health Restriction Removal/Add
- [x] Other

**Explain:**

Referred by MHC after completing AdSeg Template. Pt was seen on 3/4/21 for Wellness Ck and again today based on referral.

NOTE: DSH DISCHARE FROM ATASCADERON ON 2/25/21.

Pt is a 40 y/o Hispanic male, booked on 2/25/21 for charges of "▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇". Next court date not listed. ▇▇▇▇▇▇▇▇. Pt is seen today for PsychSC initial psychotropic medication evaluation to address h/o psychosis, PTSD, recent DSH returnee, and psych med treatment.

### Encounter Setting

- [ ] Confidential
- [ ] Semi-Confidential
- [x] Non-Confidential

SEPULVEDA, GUSTAVO A  400015529 (21106540)

Pt was seen in a non-confidential setting (cell front) due to no confidential or semi-confidential areas available.

He was informed of the purpose and nature of this evaluation and agreed to participate.

PSYCHIATRIC HISTORY Per TechCare documentation on 3/3/21 – Dr. Cruz

Prior diagnoses/treatment: per Pt, "Schizophrenia, Delusional disorder, Depression, PTSD, Audio/Visual hallucinations, Paranoid ideations," and trials of ███████████████████████████████. Per JIMS 10/4/17 note, "ETOH dependence, depression NOS, ETOH-induced mood d/o; per Pt, depression, anxiety, ADD, possible PTSD. Meds: per Pt, Cymbalta, Valium, dextroamphetamine." Per 3/2/21 scanned CCBH Tracking sheet, PTSD, ADHD, Mood NOS, Adjustment d/o, Anxiety d/o, unspecified, Major depressive d/o, Psychosis NOS, Schizoaffective d/o.

Prior hospitalizations: Pt denies psych hospitalizations prior to DSH-A. DSH-Atascadero 8/12/20 – 2/25/21.

Prior suicide attempt (SA) or self-injurious behavior (SIB): Pt denies

SUBSTANCE ABUSE HISTORY: ███████████████████████). Per 3/2/21 scanned CCBH Tracking sheet, h/o Alcohol dependence, Other psychoactive substance dependence.

FAMILY PSYCHIATRIC HISTORY: ███████████████████████

SEPULVEDA, GUSTAVO A  400015529 (21106540)