GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
          vswearingen@rbgg.com
          pkaul@rbgg.com
          eanderson@rbgg.com
          hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>      Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF JAMES CLARK IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge:    Hon. Anthony J. Battaglia<br><br>Date:    August 11, 2022<br>Time:    2:00 p.m.<br>Ctrm.:   4A |

[4111617.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF JAMES CLARK IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY
INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

1  (*counsel continued from preceding page*)

2  CHRISTOPHER M. YOUNG – 163319
   ISABELLA NEAL – 328323
3  OLIVER KIEFER – 332830
   DLA PIPER LLP (US)
4  401 B Street, Suite 1700
   San Diego, California  92101-4297
5  Telephone:  (619) 699-2700
   Facsimile:  (619) 699-2701
6  Email:      christopher.young@dlapiper.com
               isabella.neal@dlapiper.com
7              oliver.kiefer@dlapiper.com

8  BARDIS VAKILI – 247783
   JONATHAN MARKOVITZ – 301767
9  ACLU FOUNDATION OF SAN DIEGO &
   IMPERIAL COUNTIES
10 2760 Fifth Avenue, Suite 300
   San Diego, California  92103-6330
11 Telephone:  (619) 232-2121
   Email:      bvakili@aclu-sdic.org
12             jmarkovitz@aclu-sdic.org

13 Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[4111617.1]                                        Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF JAMES CLARK IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY
INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

**DECLARATION OF JAMES CLARK**

I, James Clark, declare:

1.      I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.      I have been incarcerated at the San Diego County Jail ("the Jail") since September 29, 2021.  I am housed at San Diego Central Jail in module 8C.  My booking number is 21137849.  I am 61 years old.

3.      I have been incarcerated in the Jail over twenty times.

4.      I have physical disabilities.  I use a wheelchair to travel long distances. I need my wheelchair when showering and using the bathroom.

5.      The Jail is not a safe place for people with disabilities.  The toilet in my unit does not have grab bars.  I frequently fall when trying to transfer from my wheelchair to the toilet without grab bars to support me.  I worry that I will seriously injure myself when attempting to use the bathroom.

6.       There are two showers in my module.  One of the showers has grab bars for gripping but does not have a shower seat.  I cannot use this shower.  I can only access the second shower by relying on a portable plastic chair.  Because I am limited to one shower only, I have not been able to shower at times because there is not enough time for all of the wheelchair users in my module to use that accessible shower.

7.      I also have had problems accessing dayroom table space.  Out of seven dayroom tables in my module, there is only one that can fit my wheelchair.  The other tables have benches that make it so a wheelchair cannot roll up to them.  Other people in wheelchairs compete with each other for available table space.  Typically, I am forced to eat food from my lap.  Every now and then, I get a chance to roll up to the accessible table and eat my meal there.

8.      All of the phones in my unit have stools in front of the telephones, which means I have to transfer from my wheelchair to the stool to use the telephone.

[3877236.2]                                             1

1    I have been forced to miss call times because on certain days I am unable to transfer

2    myself.  I am concerned about injuring myself while trying to transfer from my

3    wheelchair to a stool to use the phone.

4         9.      I have also had issues receiving repairs for my wheelchair.  On or

5    around March 7, 2022, my wheelchair broke.  I turned in two medical slips about

6    my wheelchair, and the Jail failed to give me a repair or replacement over the next

7    few days.  I had fallen twice while trying to move in the broken wheelchair.

8    Attached hereto as **Exhibit A** is a true and correct copy of a sick call slip I filed on

9    March 9, 2022, explaining that my wheelchair was broken and I had fallen out of it

10    twice.  My elbows were scratched up from the falls.  It was extremely difficult to

11    travel long distances in my broken wheelchair.  In order to meet with Plaintiffs'

12    counsel for an interview on March 9, 2022, I had to borrow a wheelchair from

13    another person in my unit.  Attached hereto as **Exhibit B** is a true and correct copy

14    of a sick call slip I filed on March 10, 2022 stating that my wheelchair was still

15    broken and I had fallen out of it again.  The Jail gave me a replacement wheelchair

16    that same day, but only after I had fallen three separate times when trying to use a

17    broken one.

18         10.     I have had issues using the Jail's emergency call button system.  I have

19    pressed the call buttons on multiple occasions because I needed urgent staff

20    attention, but Deputies failed to respond.  I now do not use the call buttons because

21    they either do not work or staff ignore them.  If I am in need of urgent medical

22    attention, I yell out of my cell until someone comes to check on me.

23         11.     I have depression and I access mental health care services in the Jail.  I

24    have tried to kill myself, including in the events that led to my current incarceration.

25    The Jail has failed to provide me with adequate mental health care.  I am unable to

26    see a mental health clinician in a confidential environment.  My appointments with a

27    clinician almost always take place in the dayroom of my unit.  These conversations

28

[3877236.2]                                                2

1  are within earshot of custody staff and other incarcerated people in my unit.  The

2  appointments are very brief and infrequent.

3       12.    The infrequent, short, and non-confidential appointments make it

4  difficult for me to discuss my feelings truthfully.  I do not want other incarcerated

5  people, let alone custody staff, to hear me talk about my depression and personal

6  life.  I am also worried deputies would reveal my confidential information to others,

7  which could place my personal safety at risk.

8       13.    I want to be a class representative in this case or to be involved in some

9  way.  I want to help improve the medical, dental, and mental health care at the Jail,

10 ensure that incarcerated people with disabilities are accommodated and treated

11 fairly, and help make the Jail safe and secure for all incarcerated people.  I have

12 been cooperating fully with counsel for the Plaintiffs and am responding to all

13 requests for information to the best of my ability and recollection, and will continue

14 to do so in the future if added as a class representative.  Counsel for the Plaintiffs

15 keep me updated on the progress of this case, and if added as a class representative,

16 I will review all materials provided to me and provide my input to the best of my

17 ability.  When I have questions about the case, I will ask the attorneys for help to

18 understand everything to the best of my ability.

19       I declare under penalty of perjury under the laws of California and the United

20 States of America that the foregoing is true and correct, and that this declaration is

21 executed at San Diego, California this 21st day of April, 2022.

22

23 _____

24 James Clark

25

26

27

28

[3877236.2]                                        3

# EXHIBIT A





**San Diego County**
# SHERIFF'S DEPARTMENT
**INMATE REQUEST** *(PETICION DEL RECLUSO)*

---

**SECTION I**       Complete the following information: *(Llene la siguiente informacion)*

**Facility:**   ☑ SDCJ   ☐ FAC8   ☐ EMRF   ☐ GBDF   ☐ LCDRF   ☐ SBDF   ☐ VDF
*(Carcel)*

**Name:** _Clark, J_
*(Nombre)*

**Booking #:** _21137849_     **Date of Birth:** _____     **Housing Unit:** _8-c_
*(Número)*                      *(Fecha de Nacimiento)*           *(Unidad)*

---

**SECTION II**     Refer to instructions on the back of this form.     MEDICAL
                   *Refiere se a las instrucciones al revez de este formulario.*     APPLIANCE

**I have a Request for the following:**
*(Tengo una petición a lo siguiente):*

_My WheelChair is broken down on the_
_back and I have fell out of it 2 time._
_Need New wheel chair._

_THANK you!_

**Signature:** _____     **Date and Time:** _3/9/22_
*(Firma)*                                 *(Fecha y hora)*

---

**SECTION III**          RESPONSE BY DETENTION FACILITY STAFF **ONLY**

**Forwarded to:** _____     **Date:** _____     **Time:** _____

☑ received new wheel chair verified 3/10
☑ placed note to MD about replacements
  for orange sneakers (verbalized need)

**Completed by:** _NS 6513_                          **Date:** _3/11/22_

CLARK, JAMES HAROLD  100040464 (21137849)
**J-21 (REV 01/15) FRONT**

# EXHIBIT B



**San Diego County**
**SHERIFF'S DEPARTMENT**
**INMATE REQUEST** *(PETICION DEL RECLUSO)*



MEDICAL
APPliANCe
SCANNED

MAR 1 0 2022

| | |
|---|---|
| **SECTION I** | **Complete the following information:** *(Llene la siguiente informacion)* |

**Facility:**  ☒ SDCJ  ☐ FAC8  ☐ EMRF  ☐ GBDF  ☐ LCDRF  ☐ SBDF  ☐ VDF
*(Carcel)*

**Name:** CLARK, James
*(Nombre)*

**Booking #:** 21137849    **Date of Birth:** ~~~~    **Housing Unit:** 8-C
*(Número)*                  *(Fecha de Nacimiento)*                *(Unidad)*

**SECTION II**    **Refer to instructions on the back of this form.**
*Refiere se a las instrucciones al revez de este formulario.*

MEDICAL
APPliANCe

**I have a Request for the following:**
*(Tengo una petición a lo siguiente):*

My ==wheelchair is broken== And I ==fell out of it today again,== I Need a New wheelchair ASAP.

THANk you

**Signature:** *(signed)*    **Date and Time:** 3/10/22
*(Firma)*                    *(Fecha y hora)*

**SECTION III**    **RESPONSE BY DETENTION FACILITY STAFF ONLY**

**Forwarded to:** _____    **Date:** 3/10/2022    **Time:** 1145

YOU ARE GIVEN A NEW WHEELCHAIR TODAY.
OLD WHEECHAIR WAS TAKEN FROM YOU

**Completed by:** MB srn    **Date:** 3/10/22

**J-21 (REV 01/15) FRONT**