GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:    ggrunfeld@rbgg.com
          vswearingen@rbgg.com
          pkaul@rbgg.com
          eanderson@rbgg.com
          hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email:    ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF JOSE ANTONIO LOPEZ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: August 11, 2022<br>Time: 2:00 p.m.<br>Ctrm.: 4A |

[4111617.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF JOSE ANTONIO LOPEZ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY
INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email:         christopher.young@dlapiper.com
               isabella.neal@dlapiper.com
               oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone: (619) 232-2121
Email:         bvakili@aclu-sdic.org
               jmarkovitz@aclu-sdic.org

Attorneys for Plaintiff

[4111617.1]

Case No. 3:20-cv-00406-AJB-WVG
DECLARATION OF JOSE ANTONIO LOPEZ IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

# DECLARATION OF JOSE ANTONIO LOPEZ

I, Jose Antonio Lopez, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since May 28, 2021. I am currently housed at South Bay Detention Facility in housing unit 3A. From May 2021 through March 11, 2022, I was housed at Vista Detention Facility. On March 11, 2022, I was transferred to San Diego Central Jail for 14 days, allegedly because I contracted COVID-19. On March 25, 2022, I was transferred to George Bailey Detention Facility. On March 28, 2022, I was transferred again to South Bay Detention Facility. My booking number is 21118875. I am 28 years old.

3. I have a number of serious medical conditions including diarrhea and severe acne.

4. During the ten months have been incarcerated, I have consistently had diarrhea. When I began using sick call slips to request a stool hardener or alternative diet, it took at least two months for the Jail to provide me with any assistance. When help was offered, it was only in the form of an alternative diet that left me persistently hungry and caused me to dramatically lose weight. Attached hereto as **Exhibit A** is a true and correct copy of the Inmate Request Slip I submitted regarding this weight loss. I tried to use that diet for two months, but eventually had to switch back to the regular diet because I needed more food. When I stopped eating the alternative diet, my diarrhea returned. I again asked for help, but it took another two months for the Jail to provide me a stool hardener. Attached hereto as **Exhibit B** is a true and correct copy of an Inmate Request Slip I submitted on September 25, 2021 detailing this lack of care.

5.

[3881654.1]

1

6. I also am suffering pain from severe acne on my head and neck, including acne on my scalp. I have brought this issue to Jail staff's attention multiple times. *See, e.g.,* Exhibit B. On December 18, 2021, I submitted a sick call slip for this issue but did not receive a response for at least ten days. Attached hereto as **Exhibit C** is a true and correct copy of the request I submitted regarding this issue. That response only indicated that a visit has been scheduled. Since I submitted this request in December, I still have not seen a doctor about this issue. Confusingly, when I arrived at San Diego Central Jail on March 11, 2022, I received a bottle of prescription shampoo and was told that it was in my medical record. I never received this shampoo during the three prior months I was asking for help at Vista Detention Facility, and since I was transferred out of San Diego Central Jail, I have not received it again. Attached hereto as **Exhibit D** is a true and correct copy of my sick call history during this period of incarceration. The acne causes me head and neck pain that forces me to lose sleep.

7. In my experience, the Jail is an unsafe and unfair place for incarcerated people. Specifically, call boxes in the cells do not seem to work and deputies do not respond to calls quickly, if at all. On or about August 11, 2021, after I finally saw a doctor for my diarrhea, I was told the doctor needed a stool sample and I was given a container to take back to my cell to provide the sample. I provided the sample within one hour and pressed the call box to tell deputies that the sample was ready for collection. However, no deputy came to collect my sample. I tried to get help from every deputy that passed by my cell but none of them would help. One deputy said he would let the nurse know but never followed up. The doctor told me that the sample needed to be picked up within six hours to be properly tested, but it sat in my cell for three days. It took me another week to see the doctor again, and he told me that I would have to provide a new sample. It took another two weeks before the Jail accepted my blood, urine, and stool samples. During that time, I continued to suffer from severe diarrhea and abdominal pain. I still have not been told the results

of the testing performed on my samples. Attached hereto as **Exhibit E** is a true and correct copy of the grievance I submitted related to this issue.

8. The call box issue has continued throughout my incarceration. In approximately October 2021, a person in the cell next to me at Vista fainted. Several of us in the housing unit pressed our call boxes and yelled "man down" as loud as we could. The deputies seemed to ignore the call. It took more than five minutes for deputies to respond. When the deputies finally arrived, they did not check vitals or perform CPR but instead waited for a nurse to arrive. That individual told me when he came back to the Jail that he had gone to the hospital in an ambulance. I would feel much safer at the Jail if I knew the call boxes were a reliable way to get staff's attention in the event of an emergency.

9. The conditions in the Jail are also unsanitary. At Vista, I frequently noticed mold on the air vents above the sink in my cell. There were also lots of gnats and other insects present. We could only use the cleaning cart once every three to four weeks and had no way to keep our cell in a sanitary condition. Jail staff instead spent time cleaning the dayroom, which made no sense because no one was allowed to use the dayroom due to COVID protocols. I recently caught COVID and was transferred to San Diego Central Jail. During the two weeks I was incarcerated there, I was never provided a change of clothes. I was forced to use the same undershirt, underwear, and socks that I had on when I was transferred from Vista Detention Facility. I tried to wash my clothes in the sink, but I did not have soap. I did not have any soap because my personal items were transferred separately and arrived well after my transfer occurred. When I arrived at George Bailey Detention Facility, it took 72 hours for the Jail to even provide me sheets and a blanket for my bed. During this time, I was forced to sleep in the cold. This caused me to contract COVID-19 in March 2022, and I was transferred from Vista Detention Facility as a result. This transfer has caused a burden on me because I did not obtain any change of clothes in the 14 days I was at San Diego Central Jail, did

[3881654.1]

3

not have a blanket for 72 hours while at George Bailey Detention Facility, and generally have been without my personal items during this entire time.

10. The Jail does not always tell me when I receive a professional call. This resulted in a serious miscommunication with my public defender that almost resulted in my wanting to fire her. I had not heard from her and was angry with her at a hearing, but she told me there that she had placed several call requests for me with the Jail. I was not told about those calls.

11. I submit this declaration because I want to help improve the medical, dental, and mental health care at the Jail, ensure that incarcerated people with disabilities are accommodated and treated fairly, and help make the Jail safe and secure for all incarcerated people.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at Chula Vista, California this 04 day of April, 2022.

José Antonio Lopez

[3881654.1]

4

# EXHIBIT A



**San Diego County**
**SHERIFF'S DEPARTMENT**
**INMATE REQUEST** *(PETICION DEL RECLUSO)*

"Attn: Medical"
A.S.A.P.
Please & Thank You

**SECTION I** — Complete the following information: *(Llene la siguiente informacion)*

**Facility:** ☐ SDCJ ☐ FAC8 ☐ EMRF ☐ GBDF ☐ LCDRF ☐ SBDF ☒ VDF
*(Carcel)*

**Name:** Jose A. López
*(Nombre)*

**Booking #:** 21118875    **Date of Birth:** June 14, 1993    **Housing Unit:** UW-5-33
*(Número)*    *(Fecha de Nacimiento)*    *(Unidad)*

**SECTION II** — Refer to instructions on the back of this form.
*Refiere se a las instrucciones al revez de este formulario.*

**I have a Request for the following:**
*(Tengo una petición a lo siguiente):*

I'm Requesting A "Protein Diet", Do to "Rapied" Weight Lost. When I Was Incarcerated 2½ Months Ago I Weighted 200 lbs. Check Weight 2 weeks Ago And Weighted 189 lbs. Checked tonight & I Weight 180 lbs.

**Signature:** Jose A. Lopez    **Date and Time:** AUG. 11, 21 / 11:40 pm
*(Firma)*    *(Fecha y hora)*

**SECTION III** — **RESPONSE BY DETENTION FACILITY STAFF ONLY**

**Forwarded to:** _____    **Date:** AUG 1 2 2021    **Time:** ___

Scheduled

**Completed by:** RMM    **Date:** ___

LOPEZ, JOSE ANTONIO 400303010 (21118875)

J-21 (REV 01/15) FRONT

# EXHIBIT B



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
### QUEJA/APELACION DE LA DISCIPLINA DE PRESO

☐ SDCJ  ☐ GBDF  ☐ EMRF  ☐ LCDRF  ☐ SBDF  ☒ VDF  ☐ FAC8

From / De: **Lopez Jose A.**
Name (Last, First, Middle) / Nombre (Apellido, Primero, Segundo)

Booking Number / Número de ficha: **21118875**

Housing Unit / Unidad de alojamiento: **UW-5-33B**

Grievance is about / La queja es acerca:
☐ Jail Procedures / Procedimientos de la Cárcel
☐ Jail Conditions / Condiciones de la Cárcel
☒ Medical / Médico
☐ PREA
☐ Other / Otro

Date and Time of Incident / Fecha y hora del incidente: **"Since the month of July"**

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)

I been requesting Medical attention for about two month's now. Stating on Medical request I'm having stomach problems, Breaking out on scalp, jaw line areas, also requesting refill on my [REDACTED] and no response. It's unproffesional by Medical staff not responding to my Medical request and Medical issues I'm having.

Inmate Signature / Firma de Preso: *[signature]*
Date / Fecha: **9/25/21**

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: *[signature]*
ARJIS #: **5940**
Date: **SEP 26 2021**
Time: **0056**

Entered in JIMS: Date ___ Time ___ JIMS Grievance Number ___

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
  ☐ It is an appeal of discipline—JIMS Incident # ___   JIMS Appeal Hearing # ___
  ☐ It is a complaint against staff—JIMS Incident # ___   (Refer to Detentions P&P Section N.1)
  ☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request: You have a pending MDSC for all of the recent complaints 9/14 and longer even 9/14 "Breaking out". Non urgent medical issues are a week or longer

J-22 (Rev 1/15)  LOPEZ, JOSE ANTONIO, 40030200010 (21118875)
(1) Original goes to booking jacket  (2) Copy goes to inmate after being signed by staff member

# EXHIBIT C

simple



# San Diego County
## SHERIFF'S DEPARTMENT
### INMATE STATIONERY

Attn: "MEDICAL" A.S.A.P.

IT IS IMPORTANT for the person receiving this letter to read the opposite side.
ES IMPORTANTE que al recibir esta carta lea el reverso de esta página.

| Inmate's Name: / Nombre del Recluso: | Booking No.: / Número: | Facility: / Cárcel: | Housing Unit: / Unidad: |
|---|---|---|---|
| José López | 21118875 | V.D.F. | UW·5·33 |

Requesting Medical Attention Due To Breaking-Out On Scalp Area (Head) Painful Bumps. Also Breaking-Out On Jaw-Line Area, Neck, And Face Areas.

Please & Thank You!

*J. López (signature)*

DEC 1 8 2021

scheduled - cenm

J-56 (Rev. 5/13)

LOPEZ, JOSE ANTONIO 400303010 (21118875)

# EXHIBIT D

Vista
325 S Melrose Dr.
Vista, CA 92083
760-9404492

## Sick Calls - LOPEZ, JOSE 21118875

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Dental Sick Call | 3/24/2022 | Dental Sick Call scheduled from Receiving Screening Cancelled by jessica.flores on 5/29/2021 Reason: Cancelled due to earlier scheduled appointment of 3/24/2022 | 5/28/2021 |
| Medical Doctor Sick Call | 6/11/2021 | J21 06/07 "I have a request to get medical attn: I would like to get tested for ▇▇▇ /and ▇▇▇" | 6/11/2021 |
| Registered Nurse Sick Call | 6/21/2021 | HUR: ▇▇▇▇▇▇ | 6/21/2021 |
| Medical Doctor Sick Call | 7/7/2021 | J212 6/30 "▇▇▇▇▇▇▇▇▇" | 7/7/2021 |
| Registered Nurse Sick Call | 7/2/2021 | J21 6/25 ▇▇▇▇ | 7/11/2021 |
| Registered Nurse Sick Call | 7/31/2021 | LTSC: Patient requesting weight check. | 8/1/2021 |
| Medical Doctor Sick Call | 8/1/2021 | Pt c/o ▇▇▇▇ | 8/1/2021 |
| Medical Doctor Sick Call | 8/1/2021 | J21 7/31 "Can I get tested for ▇▇▇ have been feeling fatig lite headed & alergies. Also wanting to vomit after or befer meals." ▇▇▇▇▇▇ | 8/1/2021 |
| Medical Doctor Sick Call | 8/6/2021 | J21 8/5 - "I'm requesting medical attention asap. please been coughing, sneezing, also nose congestion/sore throat." J21 8/6 " Requesting do to acne breakout on scalp ( head) area" | 8/7/2021 |
| QMHP | 8/11/2021 | J21 8/11 "I been loosing control lately I'm stress out sometimes I don't know who I am and I'm getting ready to hurt someone or myself." Refused by JOSE LOPEZ on 8/12/2021. | 8/12/2021 |
| Medical Doctor Sick Call | 8/17/2021 | Pt seen for ▇▇▇▇▇▇▇▇▇▇▇▇ | 8/17/2021 |
| Registered Nurse Sick Call | 8/17/2021 | Per NP COVID test Cancelled by pooja.mittal on 8/18/2021 Reason: Discussed with NP carrol, per np. pt doesn't need one. | 8/18/2021 |
| Medical Doctor Sick Call | 8/19/2021 | J21 8/12 "requesting protein diet to do rapied weight lost" J-21 8/17/21 ▇▇▇▇▇▇▇▇ "I have colds, runny nose, sneezing, sore throat/green mucus. Been like this for 2 weeks, sometimes trouble breathing". | 8/19/2021 |

LOPEZ, JOSE ANTONIO  400303010 (21118875)

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| QMHP | 8/17/2021 | J21 8/11 "I been loosing control lately I'm stress out sometimes I don't know who I am and I'm getting ready to hurt someone or myself." Refused 8/12/21. | 8/21/2021 |
| Registered Nurse Sick Call | 8/17/2021 | HUR: J21 08/10 "Im requesting to get my "weight" taken." J21 8/11 "weight taken" | 8/27/2021 |
| Medical Doctor Sick Call | 8/30/2021 | J21 08/29 "Im requesting medical response regarding my stool sample picked-up august 14. Its been two weeks and no response. Still having up-set stomach and diareah." See stool sample results. | 8/30/2021 |
| Registered Nurse Sick Call | 8/24/2021 | Please retest for COVID. Specimen on 8/17/21 was rejected. Cancelled by jonathan.symmonds on 8/30/2021 Reason: cancelled by NP on 8/17/2020 see notes | 8/30/2021 |
| Medical Doctor Sick Call | 9/6/2021 | Complaining of stomach problem, ▓▓▓▓ were normal. Pt is requesting outside clinic treatment. Pls eval. | 9/6/2021 |
| QMHP | 9/2/2021 | LDS 8/21/21. Post court f/u (court 9/1/21). Refused by JOSE LOPEZ on 9/7/2021. | 9/7/2021 |
| Psychiatry Sick Call | 8/24/2021 | J-56 8/17/21 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 9/7/2021 |
| Registered Nurse Sick Call | 9/8/2021 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 9/12/2021 |
| Medical Doctor Sick Call | 9/26/2021 | J-21 9/14/21 "I'm requesting a refill of ▓▓▓▓▓▓ I just ran out". J21 9/19 - "Requesting "medical attention' due to 'breaking out' on scalp area( Head) also under my jaw line due too hair growth. Body not use too being ungromed.." J212 9/24 ▓▓▓▓ Been asking refill for a month now. Please & Thank you." | 9/26/2021 |
| Medical Doctor Sick Call | 10/4/2021 | J21 9/27 "acne breakout jawline/neck area" | 10/4/2021 |
| Registered Nurse Sick Call | 10/4/2021 | LTSC: J21 9/27 "Requesting my weight taken" | 10/4/2021 |
| Medical Doctor Sick Call | 10/12/2021 | J21 10/11 "Requesting meical attention I believe to have an ear infection Im having ear ringing and feel like their is air in my ear" | 10/12/2021 |
| Registered Nurse Sick Call | 12/2/2021 | HUR: J21 " Requesting my weight taken" | 12/2/2021 |
| Medical Doctor Sick Call | 12/16/2021 | J56 12/9 "Requesting vitamins" Lack of vitamins here incarserated" | 12/16/2021 |
| Medical Doctor Sick Call | 12/25/2021 | J56 12/18 " Requesting medical attention due to breaking -out on scalp area (head) painful bumps. Also breaking out on jaw-line area, neck, and face." | 12/26/2021 |

LOPEZ, JOSE ANTONIO  400303010 (21118875)

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Medical Chart Review | 1/3/2022 | J-21 12/27/21 "Requesting for "ear wax remove Ear Drops", haven't been able to clean out ears properly".Please & Thank you. | 1/3/2022 |
| Registered Nurse Sick Call | 12/29/2021 | J21 12/28 " Need Nail clippers as soon as possible please. Toe nails over lapping toes, Making my toe bleed" | 1/6/2022 |
| Registered Nurse Sick Call | 1/8/2022 | per MD 1/3 to complete ear irrigation s/p debrox. | 1/8/2022 |

LOPEZ, JOSE ANTONIO  400303010 (21118875)

# EXHIBIT E



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## QUEJA/APELACION DE LA DISCIPLINA DE PRESO

☐ SDCJ  ☐ GBDF  ☐ EMRF  ☐ LCDRF  ☐ SBDF  ☒ VDF  ☐ FAC8

From / De: **López, José Antonio**
Name (Last, First, Middle) / Nombre (Apellido, Primero, Segundo)

Booking Number / Número de ficha: **21118875**

Housing Unit / Unidad de alojamiento: **UW-5-33**

Grievance is about / La queja es acerca:
☒ Jail Procedures / Procedimientos de la Cárcel
☐ Jail Conditions / Condiciones de la Cárcel
☐ Medical / Médico
☐ PREA
☐ Other / Otro

Date and Time of Incident / Fecha y hora del incidente: **08/11/2021 / 11:30 pm**

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)

I fear for my life/Health/Safety concerns. On 8/11/21 I seen Medical for Health issues. I was given a bottle for a stool sample, and given direct orders to contact the deputy's upon this request. This sample is a Biohazard and contains contaminates. I been sick, this sample needed to be in Medical A.S.A.P. which has been sitting in my cell 2 day's. Every 4 to 6hrs I been reminding the officers by hitting the "Box" or other wise. It's unsanitary, unethical, and against the law to live in this conditions!!! "Not feeling well"

Inmate Signature / Firma de Preso: [signature]
Date / Fecha: 08/13/2021

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
Esta caja es para el uso oficial solamente

Received by / Signature of receiving staff member: [signature]
ARJIS #: [illegible]
Date: AUG 16 2021
Time: ___

Entered in JIMS: Date ___ Time ___ JIMS Grievance Number ___

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☒ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # ___  JIMS Appeal Hearing # ___
☐ It is a complaint against staff—JIMS Incident # ___  (Refer to Detentions P&P Section N.1)
☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request: Sample has been received. Sample container provided is suitable for transport which is leakproof. Does not present a biohazard threat.

J-22 (Rev. 01/15) (1) Original goes to booking jacket (2) Copy goes to inmate after being signed by staff member