GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:       ggrunfeld@rbgg.com
             vswearingen@rbgg.com
             pkaul@rbgg.com
             eanderson@rbgg.com
             hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone:  (510) 806-7366
Facsimile:  (510) 694-6314
Email:       ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-00406-AJB-WVG **DECLARATION OF JOSHUA ROBERTS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |
| Plaintiffs, | Judge:    Hon. Anthony J. Battaglia |
| v. | Date:    August 11, 2022 Time:    2:00 p.m. Ctrm.:   4A |
| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, | |
| Defendants. | |

[4111617.1]

1 | (*counsel continued from preceding page*)

2 | CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
3 | OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4 | 401 B Street, Suite 1700
San Diego, California  92101-4297
5 | Telephone:   (619) 699-2700
Facsimile:    (619) 699-2701
6 | Email:        christopher.young@dlapiper.com
               isabella.neal@dlapiper.com
7 |              oliver.kiefer@dlapiper.com

8 | BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
9 | ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
10 | 2760 Fifth Avenue, Suite 300
San Diego, California  92103-6330
11 | Telephone:   (619) 232-2121
Email:        bvakili@aclu-sdic.org
12 |            jmarkovitz@aclu-sdic.org

13 | Attorneys for Plaintiff

[4111617.1]

DECLARATION OF JOSHUA ROBERTS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY
INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

1

## DECLARATION OF JOSHUA ROBERTS

2      I, Joshua Roberts, declare:

3      1.    I have personal knowledge of the matters set forth herein, and if called
4 as a witness, I could and would competently so testify.

5      2.    I have been incarcerated at the San Diego County Jail ("the Jail") since
6 May 13, 2021. Since 2018, I have been incarcerated at the Jail eight times.
7 Currently, I am housed at San Diego Central Jail in housing unit 6B. My booking
8 number is 21116622. I am 35 years old.

9      3.    I have a history of suicide attempts, including in custody. In September
10 2020, I was booked into the Jail. My Jail medical records state that before booking
11 into the Jail, I had swallowed a bag of heroin and spent a week at the hospital. On
12 September 18, 2020, the night after I was booked into the Jail, I was seen by a
13 mental health clinician for a suicide risk assessment. I was miserable. I was in a
14 three-person quarantine cell after booking, and had barely been able to get out of the
15 cell to use the phone. I think I got out once in the day or so that I was there. I was
16 not receiving any mental health medication yet. After I talked to her, I was placed
17 in an enhanced observation housing ("EOH") cell. I did not think she or anyone
18 cared about me.

19      4.    It was miserable in the EOH cell too. It was a small cell, with a dirty
20 mattress. I was naked except for a suicide blanket. I saw other people's spit all over
21 the walls, and what looked like urine streaks. I could only drink water out of a little
22 nub on top of the toilet. It was gross, because the water pressure was so low that to
23 drink water I would have to drink where someone else's mouth had been. When I
24 was in the EOH cell, I felt like dying. I felt like leaving the Jail, whether in a body
25 bag or going to the hospital. I talked to another mental health person the next
26 morning, and got let out of the EOH cell.

27      5.    I was feeling so miserable about my experience at the Jail that on
28 September 19, 2020, in the afternoon, and right after getting out of the EOH cell, I

[3887429.2]               1

1 | attempted suicide.  I climbed over the railing of the second tier in my housing unit at
2 | Central and jumped, hitting the lower level ground about 15-20 feet below.
3 | Attached as **Exhibit A** is a true and correct copy of an excerpt from my Jail medical
4 | records about my suicide attempt.  I suffered fractures in my ankles and in my spine.
5 | I was hospitalized for about 11 days, first at UCSD in the emergency room and then
6 | at Tri-City.

7 |      6.    Even right after I returned from the hospital, my meetings with mental
8 | health professionals at the Jail were not always confidential.  For example, on
9 | October 1, 2020, I was seen cell-side by a psychiatrist.  The same was true for an
10 | assessment with a psychologist a few weeks later.  Attached as **Exhibit B** is a true
11 | and correct copy of the notes from that encounter, showing that the psychologist saw
12 | me at my cell with a deputy there.  When these meetings are not confidential, it
13 | makes it difficult for me to really verbalize how I am feeling, because I do not want
14 | deputies to hear about my vulnerabilities.

15 |      7.    I submit this declaration because I want to be a part of this litigation to
16 | help improve the medical, dental, and mental health care at the Jail, ensure that
17 | incarcerated people with disabilities are accommodated and treated fairly, and help
18 | make the Jail safe and secure for all incarcerated people.

19 |      I declare under penalty of perjury under the laws of California and the United
20 | States of America that the foregoing is true and correct, and that this declaration is
21 | executed at ___San Diego___, California this 1ᵗʰ day of April, 2022.

Joshua Roberts

[3887429.2]

2

# EXHIBIT A

# Roberts, Joshua Anthony

| | | |
|---|---|---|
| **Meyer, Aaron Arthur, MD** | Consults | Date of Service: **9/21/2020  6:45 AM** |
| Attending Physician | Signed | |
| Psychiatry | | |

**Consult Orders**
IP Consult to Psychiatry [309187207] ordered by Nguyen, VI Vu-Ha, MD at 09/20/20 2107

**Psychiatry Consult Note**

**Date of Admission**: 9/19/2020
**Consulting Attending**: Kobayashi, Leslie M, MD
**Reason for Consult**: suicide risk assessment

**History of Present Illness**:
Joshua Anthony Roberts is a 33 year old male with history of unspecified mood disorder admitted to Trauma (9/19) s/p suicide attempt by jumping off 2nd tier.

Per chart review, patient landed on bilateral feet, verbalized inadequately controlled pain on arrival, yelling "I need pain medicine now!" Denied suicidal ideation yesterday. Ortho Trauma recommended non-operative management.

On interview, patient states that he feels "a little better." Acknowledged that jump from 2nd tier was to end his life, laments "my girl getting locked up." She was incarcerated 1.5 years ago and may be released in 3 months, noting that he may be transferred to prison. Indicates that he denied continued suicidal ideation to jail staff and "once they cleared me, the first thing I did was jump" smiling as he recounts chain of events. Requests medication for depression and open to therapist visiting him once returns to jail. ███████████████.

**Past Psychiatric History**:
1) Diagnoses: unspecified mood disorder, tobacco use disorder, opioid use disorder
2) Suicide attempts: 4x - (twice by heroin overdose, once by forearm laceration)
3) Inpatient Hospitalizations: Sharp Grossmont - August 2020 - suicidal ideation
4) Outpatient treatment/psychiatrist: none
5) Medication Trials: none currently; past trials -██████████
6) The patient is unwilling to answer questions regarding psychological trauma.

**Substance History**:
███████████████████████

Review of Systems -
Constitutional: denied fatigue
Head: denied scalp lesions
Eyes: denied acute vision loss
Ears: denied acute hearing loss
Nose: denied rhinorrhea
Mouth: denied oral lesions
Neck: denied stiffness
CV: denied palpitations, chest pain
Resp: denied shortness of breath
GI: denied constipation, diarrhea
GU: denied dysuria

ROBERTS, JOSHUA ANTHONY  100120458 (21116622)

Neurologic: denied dizziness, headache
MSK: denied generalized muscle aches, endorsed adequate pain control

**Medical History**:
**Patient Active Problem List**
Diagnosis
• Lumbar vertebral fracture (CMS-HCC)

**Allergies**:
No Known Allergies

**Medications**:
Scheduled:
•

  

PRN:
•

 

**Social History**:

**Family History**:
Denied family history of suicide.

**Vital Signs:**
Blood pressure 120/83, pulse 78, temperature 98 °F (36.7 °C), resp. rate 19, weight 90.7 kg (200 lb), SpO2 98 %.

**Mental Status Examination:**
Appearance: white male, appearing older than stated age, fair grooming, short dark hair, sitting in hospital bed
Behavior: cooperative, pleasant, overly familiar, provocative at times, good eye contact
Motor/Abnormal Involuntary Movements: no psychomotor agitation
Gait: not assessed
Speech: clear with normal rate and volume
Mood: "okay, not suicidal"
Affect: dysthymic, reactive
Thought Process: coherent, logical
Associations: linear and goal-directed
Thought Content: endorsed intermittent suicidal ideation but none currently
Perceptions: no abnl
Insight/Judgment: poor
Sensorium/Cognition: estimated to have at least average intelligence based on grammar, vocabulary

**Pertinent Studies/Labs:**



CT Head 9/19/20: The ventricles, sulci and cisterns are age appropriate. The gray-white differentiation is intact. No hyperdense vessel sign.

**Narrative Assessment:** Joshua Anthony Roberts is a 33 year old male with history of unspecified mood disorder admitted to Trauma (9/19) s/p suicide attempt by jumping off 2nd tier.

While not currently suicidal, patient survived serious suicide attempt. He is at chronically elevated risk of suicide in the setting of impulsivity, low distress tolerance. Possible that patient misrepresenting most recent opioid use as withdrawal may have contributed to attempt. Reassuring that he is future-oriented towards initiating psychotherapy, presenting for upcoming court date and reuniting with girlfriend. Once ready to return to jail, would transfer to CMH for safety evaluation.

A comprehensive suicide risk assessment was performed and the patient was assessed to be at a low acute risk of self-harm. Modifiable risk factors include precipitating stressors. Non-modifiable risk factors include current suicide attempt, previous suicide attempts, existing psychiatric diagnoses and male gender. The patient also has protective factors of future life plans and access to health care.

ROBERTS, JOSHUA ANTHONY  100120458 (21116622)

A violence risk assessment was also performed. The following behavioral risk factors are associated with acute violence risk and have been present within the past 24 hours: impulsivity. Based on these factors, this patient's acute risk of violence in the inpatient setting in the next 24 hours is assessed to be low. Historical (non-modifiable) risk factors for violence in this patient include: none.

## DSM-5 Diagnoses:

Unspecified mood disorder: suspect affective dysregulation related to characterological traits, substance withdrawal-exacerbated, r/o MDD
Opioid use disorder, severe, continuous
Tobacco use disorder

## Recommendations:

- Once medically cleared for return to jail, transfer to CMH for safety assessment
- Start ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for depressive symptoms
- Check ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for reversible causes of mood disturbance
- Legal status: custody
- Level of observation: custody
- Outpatient provider not contacted via: Not applicable (no established outpatient provider)

Thank you for this consult. Please page psychiatry if additional questions. If patient is in the Hillcrest emergency department, page 5150 to reach the psychiatry ED resident. If patient is on a Hillcrest inpatient service, page 5050 to reach the inpatient psychiatry consult team. If the patient is in the La Jolla hospital, please consult the paging website for the provider on call.

Aaron Meyer MD
Attending Psychiatrist
Electronically signed by Meyer, Aaron Arthur, MD at 9/21/2020 5:09 PM

ED to Hosp-Admission
(Discharged) on
9/19/2020

Roberts, Joshua Anthony (MRN 19088558) Printed by Lapeter, Karen S [KSL4] at 9/29/20 3:40 PM

ROBERTS, JOSHUA ANTHONY  100120458 (21116622)

# EXHIBIT B

The Pt previously stated per EMR that he is fearless about killing himself and is not afraid to die. ██████████████

☐ Confidential          ☑ Semi-Confidential          ☐ Non-Confidential

Pt was seen in MOB cell front with attending Deputy in a semi-confidential setting.

Emotional Response to Incarceration:

Pt is a 33 yr. old, male, incarcerated on 9/8/20 and charged with ████████████████

The Pt denied SI/H, paranoia, delusional thinking, anxiety, I and AVOH. He reported again that the █████ really helped him. He stated he felt good, however his SUDs for Depression was 5 (0 none, 10 the most). He stated he thought 5 was good for anyone being in jail an added that his mood fluctuates from feeling depressed to feeling happy. He denied manic episodes.   His reasons for living include: 1. His children  2. His Girlfriend  3. God (the Pt stated he was quite knowledgeable about the Bible).

HOMEWORK: Reviewed Chapter one DBT and homework  Pt partially completed the homework  He states he will complete tis week

ROBERTS, JOSHUA ANTHONY  100120458 (21116622)