GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF KARINA RIOS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: August 11, 2022<br>Time: 2:00 p.m.<br>Ctrm.: 4A |

[4111617.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF KARINA RIOS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY
INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email: christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone: (619) 232-2121
Email: bvakili@aclu-sdic.org
jmarkovitz@aclu-sdic.org

Attorneys for Plaintiff

[4111617.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF KARINA RIOS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY
INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

## DECLARATION OF KARINA GORGET RIOS

I, Karina Gorget Rios, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since June 3, 2021. My booking number is 21119832. I am 28 years old.

3. The Jail's mental health care is inadequate. I suffer from anxiety and depression. I am only able to see a psychiatrist once a month. Those visits are conducted in a small room with an open door so others passing by can hear what is discussed. This prevents me from being able to communicate openly with the psychiatrist and makes my anxiety worse. The visits are also too short. I usually am only allowed to speak with the psychiatrist for approximately three minutes, which is not enough time for them to understand my mental health condition.

4. Jail staff have also given me the wrong medication. On July 24, 2021, I went to the medical observation unit. I needed to have my urine monitored for 24 hours, but staff did it incorrectly and so I ended up having to stay in medical for three days. As I was leaving on the third morning to return to my housing unit, a nurse told me that I could take my medication immediately instead of at my dorm. I do not take medication in the morning, and I informed the nurse of this. The nurse would not listen and handed me what seemed like ten pills. I knew this was not right because I do not take ten different medications. Again, the nurse would not listen, and I was forced to take the medication. Attached hereto as **Exhibit A** is a true and correct copy of the SOAP note in Jail medical records documenting that I was given the wrong medication. After taking the medication at approximately 7:30 a.m., I returned to my dorm. I watched television for a bit but began feeling very sick. I called the intercom twice. Over an hour passed before a deputy came to see me, and told me "to lie down or eat something." I tried to explain what had happened to the deputy, but I could not even speak. I was rushed to see the doctor,

WEST\298202651.1

who told me something like, "you're the one they accidentally gave psych medication to." I had to stay in isolation for the whole day and night. It was a really scary experience, and the Jail would not even tell me what medications they accidentally gave me.

5. I submit this declaration because I want to be a part of this litigation and help improve the medical and mental health care at the Jail and help make the Jail safe and secure for all incarcerated people.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at ___Santee___, California this 19 day of April, 2022.

*Karina Rios*
Karina Gorget Rios

# EXHIBIT A

BP: /   Temp:   Pulse:   Resp:   Wt:   Sa02:   BS:   Pain:

## Assessment

## Plan

| Appointment Name | | Appointment Date | |
|---|---|---|---|
| 1/6/2022 12:00:00 AM PST | | | |
| 11/6/2021 12:00:00 AM PDT | | | |
| 11/9/2021 12:00:00 AM PST | | | |
| 9/16/2021 12:00:00 AM PDT | | | |
| **Diagnostic Name** | | **Scheduled Date** | **Doctor** |
| 12/8/2021 12:00:00 AM PST | | Hurley, Teresa NP | |
| 12/8/2021 12:00:00 AM PST | | Hurley, Teresa NP | |
| 12/14/2021 12:00:00 AM PST | | Hurley, Teresa NP | |
| 10/23/2021 12:00:00 AM PDT | | Mahoney, Quinn NP | |
| 10/1/2021 12:00:00 AM PDT | | Molina, Joseph A MD | |
| 10/1/2021 12:00:00 AM PDT | | Molina, Joseph A MD | |
| 10/1/2021 12:00:00 AM PDT | | Molina, Joseph A MD | |
| 10/1/2021 12:00:00 AM PDT | | Molina, Joseph A MD | |
| 8/4/2021 12:00:00 AM PDT | | Montgomery, Jon DO | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| 500 UNIT/GM | 1 | 12/10/2021 8:00:00 PM | 12/15/2021 7:59:00 PM | Apply 500 unit/gm TWICE DAILY for 5 day(s). Dispense 1 ointment. 0 Refill(s) *ATE Profile Only | |
| 100000 UNIT/ML | 3 | 11/11/2021 8:00:00 PM | 11/18/2021 7:59:00 PM | Take 3 by mouth TWICE DAILY for 7 day(s). Dispense 42 suspension. 0 Refill(s) *ATE | |
| 200 MG | 1 | 11/11/2021 8:00:00 PM | 11/13/2021 11:59:59 PM | Take 200 mg by mouth AT BEDTIME for 3 day(s). Dispense 3 tablet. 0 Refill(s) *ATE Profile Only | |

RIOS, KARINA GORGET  400451718 (21119832)

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| | 400 MG | 1 | 11/2/2021 8:00:00 PM | 11/16/2021 7:59:00 PM | Take 400 mg by mouth TWICE DAILY for 14 day(s). Dispense 28 tablet. 0 Refill(s). *may refuse. *ATE |
| | 1 MG | 1 | 10/27/2021 2:42:59 PM | 10/27/2021 11:59:59 PM | Take 1 mg by mouth AS DIRECTED for 1 day(s). Dispense 0 tablet. 0 Refill(s). *MUST BE GIVEN BETWEEN 1130-12AM IN THIS 30 MIN WINDOW per endocrine. *ATE |

Addendum:

Tiffany Torres NP on 11/6/2021 3:12:55 PM

VS stable - 100%RA, 110/68, HR 86, 98.4

Jyoti Basra RN on 10/28/2021 8:47:21 AM

@0736

Quinn Mahoney NP on 10/23/2021 2:49:13 PM

Continued plan: pt to have blood drawn following morning (10/28) between 8-830 am: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Quinn Mahoney NP on 10/23/2021 2:56:43 PM

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Mercedes Gabriel RN POSTED ON 7/30/2021 10:50:59 AM PDT | Type: RN NOTE |
|---|---|

MDCC notes reviewed. NNO.

Addendum:

| Friederike VonLintig Medical POSTED ON 7/30/2021 9:15:18 AM PDT | Type: MD EMERGENCY |
|---|---|

CC: TCMC Neurosurgery consult reviewed, dx with incidental macroadenoma of the pituitary gland. App with Endocrinology already ordered and pending (per TCMC request). No visual acuity changes or impaired peripheral vision and mass not impairing optic nerve chiasma.

Addendum:

| Lorna Roque RN POSTED ON 7/27/2021 12:27:42 PM PDT | Type: RN NOTE |
|---|---|

CM: Neurosurgery Telemedicine completed, provider advised pt to f/u in 6mos after Endocrinology appt.
Written report/ recom to follow.

Addendum:

| Amanda Winey RN POSTED ON 7/26/2021 8:57:03 PM PDT | Type: RN NOTE |
|---|---|

Psych SC completed. New orders noted. Medications ordered in EMAR. Scheduled for f/u psych SC.

Addendum:

| SOAP NOTE BY: Lauren Anderson Psychiatrist POSTED ON 7/26/2021 6:31:47 PM PDT | Type: PSYCHIATRIST |
|---|---|

RIOS, KARINA GORGET   400451718 (21119832)

## Subjective

Psychiatrist Initial Evaluation

ID: 27yo female ███████████████████████ se ██████ █ ██████████████
████████████████████████████████████████████████████████ se ████████

**HISTORY OF PRESENT ILLNESS:**
She was cleared from MOB on 7/25/21 where she was placed after she received another patient's Buspar and experienced side effects. On interview today, she reports that she experienced nausea, tingling, dizziness, and confusion after she took the Buspar but these symptoms have now resolved. She is redirected to a discussion regarding her past psych history and she reports that she experienced a depressive episode in 2013 at which time she was prescribed ███████ and ███████. She denies current depressive symptoms. Her main concern is anxiety with associated racing thoughts, restlessness, and insomnia. She is worried about her physical health as she was recently diagnosed with a pituitary adenoma. ████████
████████████████████████████████████████████████████████████████████ She does not remember experiencing side effects.
ROS: Denies SI/HI, AVH, paranoia

**PSYCHIATRIC HISTORY:**
-Prior Diagnoses: Depression, Anxiety, ███████████ se █████
-Suicide Attempts: Denies
-Inpatient: Denies
-Outpatient: Denies
-Medication Trials: ███████████

**SUBSTANCE USE HISTORY:** ████████████████████████████████████

**MEDICAL HISTORY:** ████████████████████

**CURRENT MEDICATIONS:** ███████████

**ALLERGIES:** NKDA

**SOCIAL HISTORY:** She grew up in San Diego. She graduated from HS. She was working as a janitor prior to her arrest. She lives in San Diego with her parents. She has no children

**FAMILY HISTORY:** Denies

## Objective

BP: /    Temp:    Pulse:    Resp:    Wt:    SaO2:    BS:    Pain:

**CURRENT MENTAL STATUS:**
-Appearance/Behavior: Hispanic female, Appears stated age, Adequate grooming and hygiene, Calm, Cooperative, Good eye contact, No abnormal movements
-Speech: Normal rate, rhythm, volume, amount
-Mood: "Anxious"
-Affect: Anxious
-Thought Process: Linear, Logical, Goal-directed
-Thought Content: Denies SI/HI, Denies AVH, No e/o delusions or paranoia
-Insight/Judgment: Fair / Fair

RIOS, KARINA GORGET  400451718 (21119832)