GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:    ggrunfeld@rbgg.com
          vswearingen@rbgg.com
          pkaul@rbgg.com
          eanderson@rbgg.com
          hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email:    ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF MARK BAKER IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: August 11, 2022<br>Time: 2:00 p.m.<br>Ctrm.: 4A |

[4111617.1]

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email: christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone: (619) 232-2121
Email: bvakili@aclu-sdic.org
jmarkovitz@aclu-sdic.org

Attorneys for Plaintiff

[4111617.1]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF MARK BAKER IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY
INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

# DECLARATION OF MARK BAKER

I, Mark Baker, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since approximately February 12, 2022. My booking number is 22705914. I am 22 years old. I have been incarcerated multiple times since 2018.

3. In approximately June 2018, I was booked into the Vista Detention Facility. I was originally placed in medical observation due to a fractured scapula, and thereafter was moved to South House in a general population dorm.

4. I oppose racism and am in favor of racial tolerance. I was shocked by the segregation and racism that persisted in my South House dorm. People in that housing unit treated each other according to certain racial affiliations: "Whites," "Blacks," "Mexicans," and "Other." I was considered a "White" and was expected to abide by "White" rules and not to socialize or even sit with other people from certain racial groups. I could be disciplined – beaten up – if I didn't follow the "White" rules. This racist scheme was awful; I did not want to participate according to these racist rules. However, I ended up getting hit in the head while showering because I would not conform to the politics and viewpoints of the Whites in that housing unit. After being beaten up, I rolled up and requested to be put in protective custody. I was placed in protective custody around approximately July or August 2018.

5. I was reincarcerated at Vista in late January 2019. I was nineteen years old, approximately 5 feet 9 inches, and 150 pounds. I was housed in Module E-3, which is a protective custody unit. I was housed there because I was in protective custody the last time I was incarcerated at the Jail. I was placed in a cell with one other person who was bigger and older than me. On February 15, 2019, my cellmate tried to force himself on me. I told him "no" and to leave me alone, but

[3883405.1]

1
DECLARATION OF MARK BAKER

he persisted. He said that if I denied him that he would "greenlight" my whole family. I understood this to mean that he would murder my family. He forced oral copulation. Then he raped me. It was the worst night of my life, and has permanently traumatized me.

6. The next morning, while my cellmate was out of the cell, I told a deputy that I needed to roll up because I did not feel safe. After I left the housing module, I told the deputy that I was raped. The deputy put me in a recreation yard for about an hour then moved me to an administration segregation cell, E-6, where I was basically on lockdown. The deputy did not inform me that there would be an investigation. They left my attacker in the protective custody unit.

7. Later that day – February 16, 2019 – a custody officer who I believe is named Deputy Bennets pulled me out of my cell, placed me in an office, and asked me some questions about the assault. I told him that I preferred to write down what happened rather than telling it out loud because it was too hard for me to say those words. I wrote down my statement explaining what happened during the assault. Deputy Bennets just took my statement and did not tell me what he was going to do with it. I told Bennets that I wanted to press charges. Neither he nor any other jail staff told me anything about what the Jail would do with the information that I provided.

8. On about February 16 or 17, 2019, Jail staff transported me to Palomar Medical Center in Escondido for a physical examination. At Palomar they checked my buttocks to see if there were any wounds. The scraped under my nails. The doctor never gave me any results from the examination. Nobody from the Jail followed up with the results from the physical examination. In fact, Jail staff never provided me with any information about their Prison Rape Elimination Act (PREA) investigation, if there even was one. I understand that the person who attacked me was later released from custody without being charged for what he did to me.

[3883405.1]

2
DECLARATION OF MARK BAKER

9. I have not been the same since being raped at the Jail. I am traumatized. I am depressed. I am anxious. And I am suicidal. My suicidal ideation increases profoundly when I am incarcerated, because I am in the same place where I was attacked. I do not feel safe in the Jail. I do not feel that Jail staff will protect me if I am in danger.

10. After being sexually assaulted at the Jail, I have attempted suicide numerous times while incarcerated. In 2019, I swallowed three razor blades in an attempt to kill myself. Deputy Brown said "I hope you die" after he learned that I swallowed a razor blade. I have cut my wrists. I have swallowed a bottle of eye drops. I do this to try to save myself from reliving the pain and trauma I feel from being incarcerated in the place where I was raped. Attached hereto as **Exhibit A** is a true and correct copy from my Jail medical file showing my history of suicide attempts from 2018 until 2021.

11. On February 12, 2022, I was reincarcerated at the Jail. While being transferred from Vista to the San Diego Central Jail, I swallowed a vape cartridge containing glass and metal in an attempt to kill myself because I did not want to face the trauma of reliving my sexual assault. While I was in the psychiatric stabilization unit at Central jail, I ingested rusty pieces of metal from the cell door in a suicide attempt. After five or six days there, I was transferred to George Bailey Detention Facility, where I am presently incarcerated in a medical isolation cell.

12. Around February 23, 2022, Jail staff took away my clothing and my property. I was left naked in a safety smock in an 8x10 foot cell in the medical isolation unit. The cell has no television or radio, and there is nothing to do without any property while I am on a suicidal behavioral intervention plan. I want and have requested a Bible; however, Jail staff refused to give me one even though my mattress is made of material that I can use to strangle myself with. I have asked that Jail staff tape Bible pages to the window in my housing unit – specifically pages

*Handwritten margin note: I was taken to UCSD hospital then returned to the same cell. MB*

3
DECLARATION OF MARK BAKER

from the Gospels of Matthew, Mark, Luke, and/or John. Instead, staff have pasted pages from the Old Testament – from the Book of Judges, and First King.

13. Without anything to do in my cell, my thoughts constantly revert back to the night I was attacked. I try hard to get away from these thoughts. I have a stress ball that I made out of toilet paper, and constantly squeeze it. I try to meditate, but that is hard to do. There is nothing for me to pass the time. So my mind gets stuck in suicidal thoughts. Sometimes I am so bored that I bang my head against the walls or on the floor. I would like tangible things like books and television as well as therapeutic programs to help me not be so centered on being lockup. Around late February or early March, I tried gouging out my eyeball. I put a finger in my eye socket and unsuccessfully tried to pluck my eyeball out. Attached hereto as **Exhibit B** is an excerpt from my Jail medical file showing that I attempted to gouge my left eye out.

14. Deputies check on me every thirty minutes. Usually, they just walk by without breaking stride and do not say anything to me. Deputy Ramirez has demeaned and humiliated me by saying things like "pst pst pst come here little puppy and get your snack." A nurse checks on me at least eight times a day. Similar to the deputies, the nurses usually just look through the window and don't say anything as they walk by. A mental health clinician is supposed to talk with me every weekday, Monday through Friday; however, she did not come on March 21, 2022.

15. The visits I receive from the mental health clinician are not confidential. Instead, the clinician meets with me cell-front usually with a deputy by their side. I do not feel comfortable talking about the attack or my mental state with a custody officer present. Moreover, there are other people housed next to my cell in the medical observation unit. I do not want them to know my private details, and would not talk openly in front of them. So, when the clinician comes by to talk, it is usually very brief – at most maybe three minutes. Usually, the clinician asks

[3883405.1]
4
DECLARATION OF MARK BAKER

me how I am doing. For the above reasons, I do not open up and talk about how I really feel. The clinician then tells me not to harm myself. The majority of the conversation is focused on when I can receive certain property items if I continue to not harm myself – like when I can get a pencil or my clothing and what I have to do to get it back. Attached as **Exhibit C** are excerpts from my medical records showing that I was not seen in confidential spaces for mental health encounters on February 22, March 12, and March 14.

16. I want to be a part of this litigation and I am submitting this declaration because I want things to change at the Jail. I do not want anyone to ever have to face the pain, trauma, and humiliation of being sexually assaulted while incarcerated in San Diego. I want the Jail to provide better protection for people incarcerated in protective custody housing, and to ensure that young boys are not housed with sexual offenders. I want the Jail to stop enforcing racial segregation among people who are incarcerated. I want the Jail to ensure that people experiencing suicidal ideation receive competent, intensive therapeutic care in confidential settings. I want to help make the Jail a safer, more humane place.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at ~~San Diego County Central Jail~~ in San Diego, California this ____ day of 4/21, 2022.

_____
MARK BAKER

[3883405.1]

5
DECLARATION OF MARK BAKER

# EXHIBIT A

Explain

## Suicidal Thinking

- ● Denied/None
- ○ Passive
- ○ Active
- ○ Intent
- ○ Refused

Explain

## Homicidal Thinking

- ● Denied
- ○ Passive
- ○ Active
- ○ Intent
- ○ Refused

Explain

History of ISP placement:

- ☑ Yes
- ☐ No

## When/Within:

- ○ 1-30 days
- ○ 30-90 days
- ○ 3-6 months
- ● 6+ months

Explain

Per TechCare, IP has an extensive history of gate keepings and ISP placements. IP has demonstrated a pattern of engaging in destructive/SIB while in custody. Below are the IP's previous ISP placements: **2018**02/08/18-02/19/18-EOH for suicidal gestures; **2019**03/20/19-03/21/19-EOH after IP ripped up his shirt wrapping it around his neck and endorsing SI. 08/16/19-08/20/19-Safety Cell placement after IP made cuts on his arm. Later moved to SC for reopening a wound; 08/20/19-08/22/19-Safety Cell placement after IP made cuts on his arm; 08/31/19-09/01/19-EOH placement; 09/02/19-09/04/19-EOH placement for swallowing paper clip. Later moved to SC after scratching himself with his nails; 09/07/19-09/09/19-EOH placement; 09/22/19-09/30/19 Safety Cell placement due to swallowing objects. Pt transported to the hospital where he remained until returning on 09/30/19 when he was cleared from ISP; 09/30/19- EOH for HI. Transported to hospital while still in EOH. Pt was cleared on 10/17/19 after returning from the hospital on 10/16/19. 10/27/19-11/05/19-EOH placement. While still in EOH and being transported to GBDF on 11/01/19 IP swallowed a screw from the car and was transported to the hospital; **2020**06/16/20-EOH placement for SI. Cleared the same day; **2021**04/09/21-04/10/21-EOH for SI; 04/20/21-04/21/21-EOH for SI and attempted to make a rope to hang himself; 05/04/21-05/06/21-EOH placement after pt tore up his clothing and got

BAKER, MARK  JR 400418108 (22705914)

into a UOF. Possible suicidal gesture; 05/07/21- 05/09/21 -SC placement for swallowing piece of wood from a pencil; 05/12/2005/13/21 EOH placement for SI with plans to tie something around neck; 5/22/21- 5/23/21 EOH placement for wrapping phone cord around neck; 6/4-6/7/21- PSU placement- placed in PSU after being sent out to UCSD ED for ingesting a foreign object. Released from jail on a 5250 to CMH. 7/28/2021 pt was observed by medical deputies standing on his toilet with a noose made from his t-shirt tied to the fire detector and around his neck. Pt jumped off the toilet, the noose broke. Once in the safety cell pt swallowed a piece of cardboard he found, swallowed it and was moved to a different safety cell. As pt was being examined by medical, he grabbed the cords and attempted to wrap it around his neck.

History of in-custody suicide attempt:

- [x] Yes
- [ ] No

**When/Within:**

- ( ) 1-30 days
- ( ) 30-90 days
- ( ) 3-6 months
- (●) 6+ months

Explain

Per TechCare, IP has a hx of ICPSA on 05.21.21 of ingesting a foreign body. IP has a hx of in custody self-harm 6 times in 2021.

History of in-custody self-harm:

- [x] Yes
- [ ] No

**When/Within:**

- ( ) 1-30 days
- ( ) 30-90 days
- ( ) 3-6 months
- (●) 6+ months

Explain

Per TechCare, IP has a hx of ICPSA on 05.21.21 of ingesting a foreign body. IP has a hx of in custody self-harm 6 times in 2021. IP has extensive hx of self-harming bxs. Most of the IP's bx is due to IP not having his requests met immediately. IP has an extensive history of swallowing objects, cutting, wrapping things around his neck. IP is on razor restriction

**Most recent SI:**

Previously Attempted Suicide

- [x] Yes
- [ ] No

**When/Within:**

BAKER, MARK  JR 400418108 (22705914)

# EXHIBIT B



Central Jail
1173 Front Street
San Diego, CA 92101
619-615-2454

3/4/2022 10:05:02 AM PST

## Request for Service Authorization

**Patient:** BAKER, MARK JR  **#:** 400418108 (22705914)  **Class:** 5
**DOB:** ▮▮▮ (Age=22)  **Sex:** M  **Race:** W
**Housing:** SDCJ-3-PSU-OBS-1  **Court Date:**  **Type:**
**Status:** ACTIVE  **Booking Date:** 2/12/2022 3:22:40 PM PST  **Proj. Rel:** 10/12/2022 12:00:00 AM

**Type:** Offsite  **Status:** Authorized  **Ordering Physician:** Molina, Joseph Approved by Louis Gilleran MD-MCG

**Date Authorization Sent to Hospital:** 3/4/2022  **Order:** Eval/Txt
**Reason and Timeframe:** 1 week follow up per DHS from hospital admission for attempted gouging of L eye. diagnosed with scleral laceration of L eye and increased intraocular pressure
**Allergies:** No Known Drug Allergy
**Flags:**
**Current Meds:** ▮▮▮

**Specialty:** Ophthalmology
**Acuity Level:**
**Authorization Number:** O0000010156
**Provider Group:** UCSD
**Responsible Party:** SD Sheriff
**Priority:** Routine

3/21/22 8:15 AM LEN 15 MINS CHECK IN @ 8:00 AM
MON OPHTHALMOLOGY
200 W ARBOR DR 1ST FLOOR
SAN DIEGO CA 92103

**Appointment Date:**
**Estimated Appointment Duration:**
**Check-In Time:**
**Facility:**
**Address:**
**Phone:** ( ) -
**Fax:** ( ) -
**Special Instructions:**

**Diagnosis:**
DGN10 H57.12 Ocular pain, left eye

**CPTs:**

**Note to Providers:**
This authorization for a request for services is valid for 180 days after the date of authorization. Services must be completed prior to the expiration date. Any provider service scheduled beyond the 180 day expiration date may require a new authorization
Contact Information:
MSD Managed Care Group
Phone #: ( ▮▮▮ )  Fax #: ▮▮▮
Email: ▮▮▮

BAKER, MARK JR 400418108 (22705914)

# EXHIBIT C



**George Bailey**
446 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

## QMHP PROGRESS NOTE - Completed by: Aseel Ross MHC on 3/14/2022 2:13:24 PM PDT

| | | |
|---|---|---|
| Patient: BAKER, MARK JR | #: 400418108 (22705914) | Class: 5 |
| DOB: ▇▇▇ (Age=22) | Sex: M | Race: W |
| Housing: GBDF-M-EOH-112-01 | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 2/12/2022 3:22:40 PM PST | Proj. Rel: 10/12/2022 12:00:00 AM |

Date of Encounter: 3/14/2022

### Clinic Reason

- ☐ Wellness Check
- ☐ I/P Request
- ☑ ISP Follow-Up
- ☐ RCC Needs
- ☐ Counseling/Therapy
- ☐ Referral
- ☐ Mental Health Restriction Removal/Add
- ☑ Other

Explain:
Pt with extensive self harming bxs, ISP hx and PSU. Recently discharged from PSU on 3/12/22

### Encounter Setting

- ☐ Confidential
- ☐ Semi-Confidential
- ☑ Non-Confidential

Medical, cell side

### Housing Assignment

- ☐ Mainline
- ☐ Mainline Protective Custody
- ☐ Segregation/Confinement
- ☐ Psychiatric
- ☑ Medical

Emotional Response to Incarceration:
Pt is a 22 y/o, Caucasian male booked on 2/12/22, with charges of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Pt has a PRD of 10/12/22.

BAKER, MARK JR 400418108 (22705914)



George Bailey
446 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

## QMHP PROGRESS NOTE - Completed by: Pamela Smith MHC on 2/22/2022 11:47:01 PM PST

| | | |
|---|---|---|
| **Patient:** BAKER, MARK JR | **#:** 400418108 (22705914) | **Class:** 5 |
| **DOB:** ▮▮▮▮ (Age=22) | **Sex:** M | **Race:** W |
| **Housing:** GBDF-M-EOH-112-01 | **Court Date:** | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 2/12/2022 3:22:40 PM PST | **Proj. Rel:** 10/12/2022 12:00:00 AM |

Date of Encounter: 2/22/2022

### Clinic Reason

- [ ] Wellness Check
- [ ] I/P Request
- [ ] ISP Follow-Up
- [ ] RCC Needs
- [ ] Counseling/Therapy
- [x] Referral
- [ ] Mental Health Restriction Removal/Add
- [ ] Other

Explain:

Writer's assistance was requsted d/t IP's refusal to comply with a transfer to another facility (George Baily). IP is a 22 y/o WM booked into custody on 2/12/22 for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Upon writer's arrival, IP was observed pacing around his cell, eating an apple, and organizing papers and books (which appeared to be strewn about his cell.) After writer's introduction and orientation, IP immediately responded, "Can you help me stay here?" After IP was informed that housing assignments were not within MH's scope of practice, IP refused to further partiicpate in this interview. IP stated, "I'm not talking to you anymore. You can leave now." Attempts to redirect IP were unsuccessful.

Per sworn staff (3989, 4468), d/t IP's upcoming court date (possible release date), attempts to have this transfer delayed/dismissed, is pending classification's approval.

### Encounter Setting

- [ ] Confidential
- [ ] Semi-Confidential
- [x] Non-Confidential

Cell side

BAKER, MARK JR 400418108 (22705914)



George Bailey
446 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

## QMHP PROGRESS NOTE - Completed by: Jonathan Miller MHC on 3/12/2022 11:08:38 AM PST

| | | |
|---|---|---|
| **Patient:** BAKER, MARK JR | **#:** 400418108 (22705914) | **Class:** 5 |
| **DOB:** ▮▮▮ (Age=22) | **Sex:** M | **Race:** W |
| **Housing:** GBDF-M-EOH-112-01 | **Court Date:** | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 2/12/2022 3:22:40 PM PST | **Proj. Rel:** 10/12/2022 12:00:00 AM |

**Date of Encounter:** 3/12/2022

### Clinic Reason

- ☐ Wellness Check
- ☐ RCC Needs
- ☐ Mental Health Restriction Removal/Add
- ☐ I/P Request
- ☐ Counseling/Therapy
- ☐ Other
- ☑ ISP Follow-Up
- ☐ Referral

**Explain:**

Pt is a PC/AdSeg inmate housed in an isolation/EOH cell in medical at GBDF. Pt will remain in current cell whether he is in EOH or not as indicated in his safety plan. Current Charges:Charges: ▮▮▮▮▮▮▮▮▮▮▮▮▮. I/P wsa placed in his cell and his papers were tapped to his window and MHC and I/P reviewed his treatment plan.

I/P was calm and discussed wanting to see his items and no SI or HI was presented during interview.

I/P will be follow up with per his treatment plan.

### Encounter Setting

- ☐ Confidential
- ☑ Semi-Confidential
- ☐ Non-Confidential

Cell side

BAKER, MARK JR 400418108 (22705914)