1   GAY CROSTHWAIT GRUNFELD – 121944
    VAN SWEARINGEN – 259809
2   PRIYAH KAUL – 307956
    ERIC MONEK ANDERSON – 320934
3   HANNAH M. CHARTOFF – 324529
    ROSEN BIEN GALVAN & GRUNFELD LLP
4   101 Mission Street, Sixth Floor
    San Francisco, California 94105-1738
5   Telephone: (415) 433-6830
    Facsimile: (415) 433-7104
6   Email:      ggrunfeld@rbgg.com
                vswearingen@rbgg.com
7               pkaul@rbgg.com
                eanderson@rbgg.com
8               hchartoff@rbgg.com

9   AARON J. FISCHER – 247391
    LAW OFFICE OF
10  AARON J. FISCHER
    2001 Addison Street, Suite 300
11  Berkeley, California 94704-1165
    Telephone: (510) 806-7366
12  Facsimile: (510) 694-6314
    Email:      ajf@aaronfischerlaw.com

13  (additional counsel on following page)

14  Attorneys for Plaintiffs

15

16                UNITED STATES DISTRICT COURT

17              SOUTHERN DISTRICT OF CALIFORNIA

18  DARRYL DUNSMORE, ERNEST          Case No. 3:20-cv-00406-AJB-WVG
    ARCHULETA, ANTHONY EDWARDS,
19  REANNA LEVY, JOSUE LOPEZ,        DECLARATION OF MICHAEL
    CHRISTOPHER NELSON,              KEAVNEY IN SUPPORT OF
20  CHRISTOPHER NORWOOD, and         PLAINTIFFS' MOTIONS FOR
    LAURA ZOERNER, on behalf of      PRELIMINARY INJUNCTION
21  themselves and all others similarly situated,   AND PROVISIONAL CLASS
                                     CERTIFICATION
22              Plaintiffs,
                                     Judge:   Hon. Anthony J. Battaglia
23      v.
                                     Date:    August 11, 2022
24  SAN DIEGO COUNTY SHERIFF'S       Time:    2:00 p.m.
    DEPARTMENT, COUNTY OF SAN        Ctrm.:   4A
25  DIEGO, CORRECTIONAL
    HEALTHCARE PARTNERS, INC.,
26  LIBERTY HEALTHCARE, INC., MID-
    AMERICA HEALTH, INC., LOGAN
27  HAAK, M.D., INC., SAN DIEGO
    COUNTY PROBATION DEPARTMENT,
28  and DOES 1 to 20, inclusive,

                Defendants.

[4111617.1]                                         Case No. 3:20-cv-00406-AJB-WVG

1 | (*counsel continued from preceding page*)

2 | CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
3 | OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4 | 401 B Street, Suite 1700
San Diego, California  92101-4297
5 | Telephone:  (619) 699-2700
Facsimile:  (619) 699-2701
6 | Email:       christopher.young@dlapiper.com
             isabella.neal@dlapiper.com
7 |              oliver.kiefer@dlapiper.com

8 | BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
9 | ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
10 | 2760 Fifth Avenue, Suite 300
San Diego, California  92103-6330
11 | Telephone:  (619) 232-2121
Email:       bvakili@aclu-sdic.org
12 |              jmarkovitz@aclu-sdic.org

13 | Attorneys for Plaintiff

1 **DECLARATION OF MICHAEL KEAVNEY**

2 I, Michael Keavney, declare:

3 1.     I have personal knowledge of the matters set forth herein, and if called

4 as a witness, I could and would competently so testify.

5 2.     I have been incarcerated at the San Diego County Jail ("the Jail") since

6 January 23, 2017.  I am housed at San Diego Central Jail in unit 7B.  My

7 booking number is 17104761.  I am 43 years old.

8 3.     In mid-November 2021, I was temporarily moved from my cell in unit

9 7B to unit 5D at San Diego Central.  To my knowledge, 5D was being used as

10 a COVID-19 quarantine unit for persons who tested positive.

11 4.     In 5D, I was housed with two cellmates, Dylan Lacroix and Robert

12 Moniger.  Mr. Moniger was of slight build, quiet, and somewhat disheveled.

13 A couple days after Mr. Moniger moved into the cell occupied by me and Mr.

14 Lacroix, Mr. Moniger told me that he had a pounding headache.  I observed

15 him having trouble breathing.  He was in obvious distress.  He had one

16 inhaler, but he used it all up.  During med pass, a nurse gave him a new

17 inhaler cartridge on about his fourth or fifth day in the cell.

18 5.     By his seventh or eighth day in the cell, Mr. Moniger was laying down

19 on the floor of the cell by the door begging the deputies for help.  Each time

20 that they walked by, approximately once every hour, Mr. Moniger or Mr.

21 Lacroix or I would let the deputies know that Mr. Moniger had trouble

22 breathing and required medical attention.  The deputies refused to pull him

23 out of the cell and did not obtain any medical assistance for Mr. Moniger.

24 Mr. Moniger pushed the emergency button in the cell at least half a dozen

25 times for help.  If a deputy responded (the majority of time they did not

26 respond), he was told to talk to the floor deputy when they pass by—the same

27 deputies who had ignored his requests for help.

28

[3871883.1]

1

DECLARATION OF MICHAEL KEAVNEY

6.      During his ninth or tenth night in the cell, I caught Mr. Moniger swapping my inhaler cartridge for his empty inhaler cartridge. I pushed the emergency button, and to my surprise a deputy responded. I told the deputy that I had just caught my cellie stealing and that he needed to be removed from the cell. Thereafter, the deputies escorted Mr. Moniger from the cell. Mr. Moniger sat down immediately outside of the cell telling the deputies that he could not walk and that he was having trouble breathing. Thereafter, custody staff got a wheelchair, picked him up and put him in the wheelchair, and took him out of the module.

7.      The next morning, at around 9:00 or 10:00 a.m., detectives informed me and Mr. Lacroix that Mr. Moniger had passed away. The deputies told me that Mr. Moniger had been taken to a side-cell, a small 4x6 cell just outside the module, and that Mr. Moniger had died in that cell.

8.      I have had problems using the grievance process at the Jail. For example, on October 7, 2021, I filed a grievance about issues in the Jail related to ADA accommodations, mental health and medical care, and safety and security issues. That grievance was signed by a staff member, ARJIS # 4295, on October 7, 2021. Attached hereto as **Exhibit A** is a true and correct copy of that grievance. The Jail never responded to my grievance. On October 21, 2021, having not received any response to my grievance in the ten days required by the grievance procedure, I submitted an appeal. That appeal was signed by a staff member on October 22, 2021. Attached hereto as **Exhibit B** is a true and correct copy of that appeal. The Jail never responded to that appeal. Not responding to grievances is standard operating procedure at the Jail. I have submitted over 100 grievances that have not been responded to by Jail staff.

9.      The Jail has a long history of interfering with legal mail when it relates to civil litigation with respect to the Jail. Numerous other incarcerated people

[3871883.1]

2
DECLARATION OF MICHAEL KEAVNEY

1    have told me that they have experienced delayed or lost mail when it involves

2    lawsuits against the Jail.  In 2020, I filed a small claims lawsuit against the

3    Jail concerning the loss of my personal property.  I was required to re-file the

4    initiating claim twice because court deadlines were not met due to the Jail's

5    failure to timely deliver mail from and to me.  It would always get lost.  When

6    I sent out evidence by mail to get copies for the lawsuit, it took four separate

7    attempts over the course of six to eight months for me to obtain the copies

8    that were being sent to me from the copier.  Once I obtained the copies, it

9    took me three separate attempts to mail the copies to the court before the

10   court confirmed that the copies were delivered.  As a result, it took

11   approximately two years for my small claim to be heard.  When it was heard,

12   the court awarded me $1,725.

13   10.    In 2020, I filed an action in federal court complaining about inadequate

14   medical care at the San Diego County Jail after I sustained a shoulder and

15   ankle injury while incarcerated at the Jail.  The case number of this lawsuit is

16   20-cv-1443-MMA-MSB.  The court recognized me as proceeding *pro se* and

17   in *forma pauperis*.  Among other things, my First Amended Complaint

18   alleged that the I was not provided physical therapy that was prescribed by a

19   doctor at the Jail as well as an outside specialist.  On May 5, 2021, the court

20   dismissed the action and granted me sixty days leave to amend.  The United

21   States District Court mailed me a copy of the dismissal order in an envelope

22   postmarked May 6, 2021.  However, Jail staff did not deliver the envelope to

23   me until March 1, 2022, a delay of almost ten months.  Attached as **Exhibit C**

24   is a true and correct copy of the envelope from the United States District

25   Court showing both the May 5, 2021 USPS postmark as well as a note by the

26   custody officer indicating that it was delivered March 1, 2022 by custody

27   officer with ARJIS # 3434.  Immediately after receiving the dismissal order, I

28   filed a grievance stating that the Jail's delay in delivering the court order

resulted in the dismissal of my lawsuit and forced me to appeal due to the Jail's delayed delivery.  The same deputy that delivered the mail on March 1, 2022 (with ARJIS # 3434) signed my grievance and entered it into the Jail's grievance tracking system.  A true and correct copy of the grievance is attached hereto as **Exhibit D**.  To this date, I have not received a response to this grievance.

11.     On two occasions, Jail staff have searched my cell and property and remove drafts of legal motions and other legal papers that I had been working on for months.  One time, when custody staff returned my property, my legal papers were missing.  The other time, when staff returned me to my cell, my legal papers were missing.  As a consequence, I have had to ask the court for continuances as I redraft from scratch.

12.     I submit this declaration because I want to help improve the medical, dental, and mental health care at the Jail, ensure that incarcerated people with disabilities are accommodated and treated fairly, and help make the Jail safe and secure for all incarcerated people.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego County Central Jail in San Diego, California this 9th day of March, 2022.

Michael Keavney

[3871883.1]

4

DECLARATION OF MICHAEL KEAVNEY

# EXHIBIT A

Pg 1 of 6



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ **SDCJ**  ☐ **GBDF**  ☐ **EMRF**  ☐ **LCDRF**  ☐ **SBDF**  ☐ **VDF**  ☐ **FAC8**

From: Keavney, Michael Richard          1710476l          7-B
De:  Name (Last, First, Middle)          Booking Number          Housing Unit
     *Nombre (Apellido, Primero, Segundo)*          *Número de ficha*          *Unidad de alojamiento*

Grievance is about:  ☒ Jail Procedures  ☒ Jail Conditions  ☒ Medical  ☐ PREA  ☒ Other  ADA/mental Health
*La queja es acerca:*   *Procedimientos de    Condiciones de   Médico*                *Otro*
                         *la Cárcel           la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:* Ongoing

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

The conditions in the county jail place me and other inmates with
disabilities at a substantial risk of harm. The dangerous policies and
practices that place me and other inmates at a substantial risk of serious
harm include but are not limited to, insufficient custody staff to help
assist people with disabilities, inadequate supervision of individuals
disability-related needs, an inadequate system to reach individuals
disabilities and their necessary accommodations, an inadequate system
for inmates to grieve ADA issues, inadequate screening and intake
                                                                        (next)
                                                                        Pg 2

_____Michael_____          10/7/2021
Inmate Signature / *Firma de Preso*          Date / *Fecha*

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by: _____          4295          10-7-21          2227
            Signature of receiving staff member   ARJIS #   Date   Time

Entered in JIMS:
            _____          _____          _____
            Date                     Time                     JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
    ☐ It is an appeal of discipline—JIMS Incident # _____          JIMS Appeal Hearing # _____
    ☐ It is a complaint against staff—JIMS Incident # _____          (Refer to Detentions P&P Section N.1)
    ☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)   **Original goes to booking jacket**       **Copy goes to inmate after being signed by staff member**



**San Diego County**
# SHERIFF'S DEPARTMENT

Pg 2 of 6

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
### *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ   ☐ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From: Kearney, Michael Richard       17104761       7-B
*De:*   Name (Last, First, Middle)       Booking Number     Housing Unit
       *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about: ☒ Jail Procedures  ☒ Jail Conditions  ☒ Medical  ☐ PREA  ☒ Other  ADA/Mental
*La queja es acerca:*  *Procedimientos de*  *Condiciones de*  *Médico*           *Otro*   Health
                    *la Cárcel*      *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*   Ongoing

Describe the reason for your grievance in your own words. Please be specific.  (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras.  Por favor sea específico. (Use hojas adicionales si es necesario)*

Procedures, inaccessible spaces for programs, insufficient medical and
Costody staff training on how to interact with people who have disabilities,
insufficient supply of ADA-accessible accomodations (such as VP Tablets)
functioning Telecommunications Devices for the Deaf ("TDD") phones,
confidential rooms for attorney and family phone calls, etc.)
The medical Care at the Jail is inadequate and places me and all
inmates at a substantial risk of serious harm. The Jails dangerous
policies and practices include, but are not limited to, an insufficient
                                                          (Next)
_____        10/7/2021                   Pg 3
Inmate Signature / *Firma de Preso*       Date / *Fecha*

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____   4295      10-7-21    22 27
           Signature of receiving staff member   ARJIS #     Date      Time

Entered in JIMS: _____   _____   _____
               Date          Time              JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
   ☐   The inmate's health or safety is unfairly impacted by a condition of confinement
   ☐   A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
   ☐   It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
   ☐   It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
   ☐   It is an inmate request—respond in writing below.  (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)   **Original goes to booking jacket**     **Copy goes to inmate after being signed by staff member**



# San Diego County
# SHERIFF'S DEPARTMENT

pg 3 of 6

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

[X] SDCJ    [ ] GBDF    [ ] EMRF    [ ] LCDRF    [ ] SBDF    [ ] VDF    [ ] FAC8

From: Kearney, Michael Richard        17104761        7 - B
*De:*    Name (Last, First, Middle)              Booking Number        Housing Unit
        *Nombre (Apellido, Primero, Segundo)*    *Número de ficha*      *Unidad de alojamiento*

Grievance is about:  [X] Jail Procedures   [X] Jail Conditions  [X] Medical   [ ] PREA  [X] Other  ADA/Mental
*La queja es acerca:*  *Procedimientos de*   *Condiciones de*    *Médico*                    *Otro*    Health
                      *la Cárcel*           *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*  Ongoing

Describe the reason for your grievance in your own words. Please be specific (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

number of medical and Costody staff available to assist with care, an inadiquate system for inmates to request care, delays in providing timely acess to care, inadiquate identification of and provision of care to inmates with chronic illness, failures to timely refer inmates to outside providers, failures to continue medications for inmates who were taking medications before being arrested, inadiquate staffing, inadiquate Training and oversight of medical staff, inadiquate withdrawal procedures, inadiquate maintenance of medical records, and (Next)

_____        10/7/2021
Inmate Signature / *Firma de Preso*    Date / *Fecha*        pg 4

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____    4295        10/7/21    2223
             (Signature of receiving staff member)    ARJIS #      Date       Time

Entered in JIMS: _____    _____    _____
                 Date            Time          JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
  [ ]  The inmate's health or safety is unfairly impacted by a condition of confinement.
  [ ]  A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

[ ] This submission is not a grievance:
  [ ]  It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
  [ ]  It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
  [ ]  It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

_____

_____

---

J-22 (Rev 1/15)   **Original goes to booking jacket**      **Copy goes to inmate after being signed by staff member**



Pg 4 of 6

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ    ☐ GBDF    ☐ EMRF    ☐ LCDRF    ☐ SBDF    ☐ VDF    ☐ FAC8

From: Keavney, Michael Richard          17104761          7·13
De:    Name (Last, First, Middle)          Booking Number          Housing Unit
       *Nombre (Apellido, Primero, Segundo)*          *Número de ficha*          *Unidad de alojamiento*

Grievance is about:   ☒ Jail Procedures   ☒ Jail Conditions   ☒ Medical   ☐ PREA   ☒ Other   ADA/Mental
*La queja es acerca:*      *Procedimientos de*      *Condiciones de*      *Médico*                        *Otro*      Health
                          *la Cárcel*              *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*   ongoing

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

inadiquate medication administration.
The mental Health care system at the Jail places me and All
inmates with mental illness at a substantial risk of serious harm.
The Dangerous policies and practices that place me and all inmates
at risk include, but are not limited to, inadiquate policies and
practices for identifying, treating, tracking, and supervising inmates
with mental illness, inadiquate suicide prevention measures, substantial
delays in providing apropriate medication, inadiquate monitoring
                                                                    (Next)
                                          10/7/2021
Inmate Signature / *Firma de Preso*          Date / *Fecha*          Pg 5

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____    4295    10-7-21    2223
            Signature of receiving staff member    ARJIS #    Date    Time

Entered in JIMS: _____  _____  _____
                 Date            Time            JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐   The inmate's health or safety is unfairly impacted by a condition of confinement
☐   A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐   It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
☐   It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
☐   It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request: _____

---

J-22 (Rev 1/15)    **Original goes to booking jacket**    **Copy goes to inmate after being signed by staff member**



**San Diego County**
# SHERIFF'S DEPARTMENT

Pg 5 of 6

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ   ☐ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From: Keavney, Michael Richard       17104761       7-13
De:    Name (Last, First) Middle)            Booking Number        Housing Unit
       *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*      *Unidad de alojamiento*

Grievance is about:   ☒ Jail Procedures   ☒ Jail Conditions   ☒ Medical   ☐ PREA   ☒ Other  ADA/Mental
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*                 *Otro*      Health
                        *la Cárcel*          *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*   Ongoing

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

and evaluations of inmates receiving psychotropic medication,
inadiquate staffing, inadiquate training and oversight of mental
health staff, and inadiquate maintenance of mental health-
care records.
 There are still other conditions at the jail that place my
and other prisoners' safety and servival at risk, including
but not limited to, insufficient staff to safely monitor all
inmates, insufficient welfare checks, overuse of isolation cells
(Next)
Pg 6

_____                10/7/2021
Inmate Signature / *Firma de Preso*        Date / *Fecha*

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by: _____        4295        10-7-21      2228
             Signature of receiving staff member   ARJIS #       Date        Time

Entered in JIMS: _____   _____   _____
                 Date              Time              JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # _____ JIMS Appeal Hearing # _____
☐ It is a complaint against staff—JIMS Incident # _____ (Refer to Detentions P&P Section N.1)
☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)   **Original goes to booking jacket**     **Copy goes to inmate after being signed by staff member**



**San Diego County**
# SHERIFF'S DEPARTMENT  *Pg 6 of 6*

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ    ☐ GBDF    ☐ EMRF    ☐ LCDRF    ☐ SBDF    ☐ VDF    ☐ FAC8

From:   Keavney Michael Richard          17104761          7·13
De:     Name (Last, First, Middle)                Booking Number        Housing Unit
        *Nombre (Apellido, Primero, Segundo)*      *Número de ficha*     *Unidad de alojamiento*

Grievance is about:   ☒ Jail Procedures   ☒ Jail Conditions   ☒ Medical   ☐ PREA   ☒ Other  ADA/Mental
*La queja es acerca:*    *Procedimientos de*   *Condiciones de*   *Médico*           *Otro*      Health
                         *la Cárcel*           *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*  Ongoing

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

Overcrowded facilities that make it impossible to safely house
all inmates, and inadequate training of officers.

Please fix the conditions listed above so that
I am no longer at substantial risk of harm or
Death.

Inmate Signature / *Firma de Preso*                Date / *Fecha*  10/7/2021

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____   4295        10-7-21      2229
             Signature of receiving staff member   ARJIS #       Date       Time

Entered in JIMS:  _____  _____  _____
                  Date          Time         JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐  The inmate's health or safety is unfairly impacted by a condition of confinement
☐  A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
   ☐  It is an appeal of discipline—JIMS Incident # _____  JIMS Appeal Hearing # _____
   ☐  It is a complaint against staff—JIMS Incident # _____  (Refer to Detentions P&P Section N.1)
   ☐  It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)   **Original goes to booking jacket**    **Copy goes to inmate after being signed by staff member**

# EXHIBIT B



**San Diego County**

**SHERIFF'S DEPARTMENT**

*pg 1 of 6*

*Appeal #1*

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ **SDCJ**   ☐ **GBDF**   ☐ **EMRF**   ☐ **LCDRF**   ☐ **SBDF**   ☐ **VDF**   ☐ **FAC8**

From:  Kearney Michael Richard                   1104761              Z.A.6
*De:*   Name (Last, First, Middle)              Booking Number      Housing Unit
        *Nombre (Apellido, Primero, Segundo)*    *Número de ficha*   *Unidad de alojamiento*

Grievance is about:  ☒ Jail Procedures   ☒ Jail Conditions   ☒ Medical   ☒ PREA   ☒ Other  ADA/mental
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*              *Otro*   Health
                        *la Cárcel*           *la Cárcel*                                        Appeal #1

Date and Time of Incident / *Fecha y hora del incidente:*  Ongoing Appeal #1

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

The conditions in the Jail place me and other inmates
with disabilities at a substantial risk of harm. The
dangerous polices and practices that place me and other
inmates at a substantial risk of serious harm include, but are
not limited to insufficient custody staff to assist people with
disabilities, inadiquate supervision of individuals disabilities
related needs, an inadiquate system to watch individuals
disabilities and other necessary acomodations, can adiquate

_____                 10-21-21
Inmate Signature / *Firma de Preso*              Date / *Fecha*

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by:  Andy Chen                    4653        10/22/21   0800
              Signature of receiving staff member   ARJIS #      Date       Time

Entered in JIMS:  _____   _____   _____
                  Date              Time              JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐   The inmate's health or safety is unfairly impacted by a condition of confinement
☐   A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐  This submission is not a grievance:
   ☐   It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
   ☐   It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
   ☐   It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

_____

_____

J-22 (Rev 1/15)   **Original goes to booking jacket**        **Copy goes to inmate after being signed by staff member**



**San Diego County**
# SHERIFF'S DEPARTMENT

*Pg 2 of 6*

*Appeal #1*

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ    ☐ GBDF    ☐ EMRF    ☐ LCDRF    ☐ SBDF    ☐ VDF    ☐ FAC8

**From:** Kearney Michael, Richard    17104761    7-A-6
*De:*    Name (Last, First, Middle)    Booking Number    Housing Unit
   *Nombre (Apellido, Primero, Segundo)*    *Número de ficha*    *Unidad de alojamiento*

**Grievance is about:** ☒ Jail Procedures  ☒ Jail Conditions  ☒ Medical  ☐ PREA  ☒ Other  ADA/Mental Health Appeal #1
*La queja es acerca:*    *Procedimientos de    Condiciones de    Médico    Otro*
   *la Cárcel    la Cárcel*

**Date and Time of Incident / Fecha y hora del incidente:** Ongoing Appeal #1

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

System for inmates to grieve ADA issues, inadaquate screening and intake procedures, inaccessible spaces for programs, insufficent medical and custody staff training on how to interact with people who have disabilities, insufficient supply of ADA-accessible accommodations (such as VP Tablets) functioning Telecommunications device for the Deaf (TDD) phones, confidential rooms for Attorney and family phone calls etc. The medical care at the jail is inadiquate and places

*[signature]*    10-21-21
**Inmate Signature / Firma de Preso**    Date / Fecha

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

**Received by:** *[signature]*    7600    10/22    0802
   Signature of receiving staff member    ARJIS #    Date    Time

**Entered in JIMS:** _____    _____    _____
   Date    Time    JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐   The inmate's health or safety is unfairly impacted by a condition of confinement
☐   A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐   It is an appeal of discipline—JIMS Incident # _____    JIMS Appeal Hearing # _____
☐   It is a complaint against staff—JIMS Incident # _____    (Refer to Detentions P&P Section N.1)
☐   It is an inmate request—respond in writing below.  (No entry in JIMS, copy of response to booking jacket)
**Response to Inmate Request:**

---

J-22 (Rev 1/15)    **Original goes to booking jacket**    **Copy goes to inmate after being signed by staff member**



**San Diego County**
# SHERIFF'S DEPARTMENT



*Pg 3 of 6*

*Appeal #1*

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
### *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ **SDCJ**   ☐ **GBDF**   ☐ **EMRF**   ☐ **LCDRF**   ☐ **SBDF**   ☐ **VDF**   ☐ **FAC8**

From: Kearney Michael Richard            1710476_     7-A-6
De:    Name (Last, First, Middle)                 Booking Number        Housing Unit
       Nombre (Apellido, Primero, Segundo)        Número de ficha       Unidad de alojamiento

Grievance is about:    ☒ Jail Procedures   ☒ Jail Conditions   ☒ Medical   ☐ PREA   ☒ Other  ADA/Mental
La queja es acerca:    Procedimientos de   Condiciones de      Médico                Otro      Health
                       la Cárcel           la Cárcel                                          Appeal #1

Date and Time of Incident / Fecha y hora del incidente:  Ongoing  Appeal #1

Describe the reason for your grievance in your own words. Please be specific.  (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras.  Por favor sea específico.  (Use hojas adicionales si es necesario)*

Me and all inmates at a substantial risk of serious harm, the Jails
dangerous policies and practices include, but are not limited to, an
insufficient number of medical and custody staff available to
assist with care, an inadequate system for inmates to request care,
delays in providing timely access to care, inadequate identification
of and provision of care to inmates with chronic illness, facilities
to timely refer inmates to outside providers, failure to continue
medications for inmates that were taking medications before

Inmate Signature / Firma de Preso          10-21-21
                                           Date / Fecha

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by: _____        3528      10/22     080
             Signature of receiving staff member    ARJIS #      Date      Time

Entered in JIMS: _____
                 Date          Time          JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
  ☐   The inmate's health or safety is unfairly impacted by a condition of confinement
  ☐   A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐  This submission is not a grievance:
  ☐   It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
  ☐   It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
  ☐   It is an inmate request—respond in writing below.  (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)   **Original goes to booking jacket**      **Copy goes to inmate after being signed by staff member**



**San Diego County**
# SHERIFF'S DEPARTMENT

*Pg 4 of 6*

*Appeal #1*

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
### *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ **SDCJ**   ☐ **GBDF**   ☐ **EMRF**   ☐ **LCDRF**   ☐ **SBDF**   ☐ **VDF**   ☐ **FAC8**

From: Kearney Michael Richard          1710476            7-A-6
*De:*  Name (Last, First, Middle)          Booking Number      Housing Unit
        *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about:  ☒ Jail Procedures   ☒ Jail Conditions   ☒ Medical   ☐ PREA   ☒ Other  ADA/mental
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*                 *Otro*   Health
                         *la Cárcel*          *la Cárcel*                                        Appeal #1

Date and Time of Incident / *Fecha y hora del incidente:*  Ongoing

Describe the reason for your grievance in your own words. Please be specific (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

being arrested, inadequate staffing, inadequate training and
oversight of medical staff, inadequate withdrawl procedures
inadequate maintenance of medical records, an inadequate
medication administration.
      The mental healthcare system at the jail places me
and all other inmates with mental illness at a substantial
risk of serious harm. the dangerous policies and practices
that place me and all inmates at risk include, but are

_____                    10-21-21
Inmate Signature / *Firma de Preso*          Date / *Fecha*

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by: _____    _____    10/72    0900
              Signature of receiving staff member    ARJIS #    Date    Time

Entered in JIMS:
              _____    _____    _____
              Date              Time        JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐   The inmate's health or safety is unfairly impacted by a condition of confinement
☐   A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐   It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
☐   It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
☐   It is an inmate request—respond in writing below.  (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

_____

---

J-22 (Rev 1/15)    **Original goes to booking jacket**    **Copy goes to inmate after being signed by staff member**



Pg 5 of 6

# San Diego County
# SHERIFF'S DEPARTMENT

*Appeal #1*

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ **SDCJ**   ☐ **GBDF**   ☐ **EMRF**   ☐ **LCDRF**   ☐ **SBDF**   ☐ **VDF**   ☐ **FAC8**

**From:** Keawney Michael Richard   1704761   7·A·6
*De:*   Name (Last, First, Middle)                Booking Number          Housing Unit
        Nombre (Apellido, Primero, Segundo)      Número de ficha          Unidad de alojamiento

Grievance is about:   ☒ Jail Procedures   ☒ Jail Conditions   ☒ Medical   ☐ PREA   ☒ Other  *ADA/mental*
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*                        *Otro*   *Health*
                        *la Cárcel*            *la Cárcel*                                                  *Appeal #1*

Date and Time of Incident / *Fecha y hora del incidente:*  Ongoing   Appeal #1

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

not limited to, inadequate policies and practices for identifying,
treating, tracking and supervising inmates with mental illness, inadequate
suicide prevention measures, substantial delays in providing appropriate
medication, inadequate monitoring and evaluation of inmates receiving
psychotropic medication, inadequate staffing inadequate training and
oversight of medical staff, and inadequate maintenance of mental
health-care records.
There are still other conditions at the jail that place

Inmate Signature / *Firma de Preso*                    10-21-21
                                                        Date / *Fecha*

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by: _____   _____   10/22   001
             Signature of receiving staff member   ARJIS #   Date   Time

Entered in JIMS: _____   _____   _____
                 Date          Time          JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐   The inmate's health or safety is unfairly impacted by a condition of confinement
☐   A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
   ☐   It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
   ☐   It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
   ☐   It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

_____

_____

J-22 (Rev 1/15)   **Original goes to booking jacket**   **Copy goes to inmate after being signed by staff member**



**San Diego County**
# SHERIFF'S DEPARTMENT

*pg 6 of 6*

*Appeal #1*

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
### *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☑ **SDCJ**    ☐ **GBDF**    ☐ **EMRF**    ☐ **LCDRF**    ☐ **SBDF**    ☐ **VDF**    ☐ **FAC8**

From:  Kearney Michael Richard                    17104761            7-A-6
*De:*      Name (Last, First, Middle)              Booking Number      Housing Unit
           *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about:  ☑ Jail Procedures  ☑ Jail Conditions  ☑ Medical  ☐ PREA  ☒ Other  ADA/Mental
*La queja es acerca:*  *Procedimientos de*  *Condiciones de*  *Médico*  *Otro*  Health
                       *la Cárcel*          *la Cárcel*                              Appeal #1

Date and Time of Incident / *Fecha y hora del incidente:*  Ongoing    Appeal #1

Describe the reason for your grievance in your own words. Please be specific.  (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras.  Por favor sea específico. (Use hojas adicionales si es necesario)*

my and other inmates safety and survival at risk, including, but
not limited to, insufficient staff to safely monitor all inmates,
insufficient welfare checks, over use of isolation cells, overcrowded
facilities that make it impossible to safely house all
inmates, and inadequate training of officers.
    Please fix the conditions listed above so that I can
no longer at substantial risk of harm or Death.

_____          18-21-71
Inmate Signature / *Firma de Preso*          Date / *Fecha*

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by:  _____    3605    10/2    0800
              Signature of receiving staff member    ARJIS #    Date    Time

Entered in JIMS:  _____    _____    _____
                  Date          Time           JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐  The inmate's health or safety is unfairly impacted by a condition of confinement
☐  A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐  It is an appeal of discipline—JIMS Incident # _____    JIMS Appeal Hearing # _____
☐  It is a complaint against staff—JIMS Incident # _____    (Refer to Detentions P&P Section N.1)
☐  It is an inmate request—respond in writing below.  (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)    **Original goes to booking jacket**    **Copy goes to inmate after being signed by staff member**

# EXHIBIT C



# EXHIBIT D



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ   ☐ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From: **Kearney, Michael Richard**    **1704761**    **7-B-6**
De:    Name (Last, First, Middle)     Booking Number     Housing Unit
     *Nombre (Apellido, Primero, Segundo)*    *Número de ficha*    *Unidad de alojamiento*

Grievance is about: ☒ Jail Procedures  ☒ Jail Conditions  ☐ Medical  ☐ PREA  ☒ Other **Federal Legal**
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*    *Médico*      *Otro*   **Mail 9 months**
     *la Cárcel*      *la Cárcel*              **Late**

Date and Time of Incident / *Fecha y hora del incidente:* **3/1/2022 @ 03:00 AM ongoing**

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

**My legal mail from the clerk at the United States District Court Southern District of California that was mailed by the court to me on 05/05/2021 and postmarked on 05/06/2021 was delivered to me 03/01/2022. Containing Document #10 Page's 2/3-220 Orders dismissing First Amended complaint with leave to Amend a second time. Officer J. Mendoza ARJIS #3434 is who presented me with said parcel of mail and is the witness to the date and time of delivery.**

                 **3-1-2022**
_____    _____
Inmate Signature / *Firma de Preso*        Date / *Fecha*

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by:   **MENDOZA**    **3434**    **03/01/2022**    **0420**
      Signature of receiving staff member   ARJIS #    Date      Time

Entered in JIMS: **03/01/2022**   **0425**     **224000373**
           Date      Time      JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
   ☐ The inmate's health or safety is unfairly impacted by a condition of confinement
   ☒ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
   ☐ It is an appeal of discipline—JIMS Incident # _____ JIMS Appeal Hearing # _____
   ☐ It is a complaint against staff—JIMS Incident # _____ (Refer to Detentions P&P Section N.1)
   ☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request:
**FORWARDED TO MAIL PROCESSING DEPUTIES**

---

J-22 (Rev 1/15)   **Original goes to booking jacket**     **Copy goes to inmate after being signed by staff member**