FILED
Jun 30 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ shellyy        DEPUTY

PEDRO RODRIGUEZ
SAN DIEGO CENTRAL JAIL
1173 FRONT ST.
SAN DIEGO CA 92101-3904
TA-CELL 9

1

2        IN THE UNITED STATES DISTRICT COURT

3        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

4                                    CASE # 3:20-CV-00406

5    PEDRO RODRIGUEZ              MOTION TO INTERVENE,

6         PETITIONER             PRESENT CLAIMS AND

7    DUNSMORE                    COME INTO THE ACTION

8         PLAINTIFF              F.R.C.P 23(d)

9    V

10   SAN DIEGO SHERIFFS DEPT

11        DEFENDANT

12

13        THE PETITIONER PEDRO RODRIGUEZ IN PRO SE

14   RESPECTFULLY BRINGS FORTH MOTION TO INTERVENE,

15   PRESENT CLAIMS AND COME INTO THE CLASS ACTION

16   LAWSUIT PER FEDERAL RULES OF CIV. PROCEDURE 23(d),

17        THE PETITIONERS MOTION SHOULD BE GRANTED AS

18   THE PETITIONERS INTERESTS MAY NOT PRESENTLY BE

19   FAIRLY REPRESENTED,

20        I PEDRO RODRIGUEZ DECLARE AS FOLLOWS;

21   I AM A DISABLED PRISONER RECOGNIZED DISABLED BY

22   THE CALIFORNIA DEPARTMENT OF CORRECTIONS (ATTACH B)

23        I AM PAROLED FROM VALLEY STATE PRISON

24   PER CA CONST I § 32 ET SEQ AND UNLAWFULLY

25   DETAINED BY THE SAN DIEGO SHERIFFS DEPT

26   TO AN ADDITIONAL 15 YEAR 6 MONTH MISDEMEANOR

27   PRISON TERM IN THE COUNTY JAIL FOR CONTEMPT OF COURT.

28   (ATTACH A)

1 OF 7

1   PRESENTLY THERE IS NO REDRESS IN THE SAN DIEGO
2   SHERIFFS DEPT. PER ATTACHMENT 'J' THE PETITIONERS
3   LEGAL WORK PRODUCT INCLUDING LEGAL REFERENCE BOOKS
4   WERE CONFISCATED UPON DETAINER AND PETITIONER IS
5   NOT ALLOWED ACCESS TO LEGAL WORK PRODUCT.
6      ATTACHMENT 'B' PETITIONER IS A CRITICAL CARE
7   CASE MANAGEMENT SYSTEM PATIENT REQUIRING THERAPEUTIC
8   SHOES/ORTHOTICS, COMPRESSION STOCKINGS AND CARE FOR
9   SPINAL INJURY, NEUROPATHY OF FEET, LEGS AND HANDS.
10  AND MAJOR DEPRESSIVE DISORDER, PETITIONER IS
11  DESIGNATED LOWER TIER, LOWER BED RACK AND
12  LEVEL TERRAIN.
13     PER ATTACHMENT 'C' PETITIONER HAS BEEN
14  FORCED INTO SECOND FLOOR HOUSING BY FORCE AND
15  FEAR.
16     PETITIONER HAS BEEN HOUSED IN EASTHOUSE VISTA
17  WHERE THERE ARE NO LIGHTS AND NO WINDOWS
18  ATTACHED 'D' TRIGGERING DEPRESSION
19     PETITIONER HAS BEEN FORCED TO DISCUSS AILMENTS
20  IN FRONT OF OTHER PRISONERS WHO THEMSELVES
21  ARE DRUG ADDICTED AND HAVE ATTEMPTED TO EXTORT
22  THE PETITIONER  ATTACHMENT 'E"
23     THE PETITIONER IS NOT RECEIVING MAIL OR LEGAL
24  MAIL IN A TIMELY MANNER AND SOMETIMES NO MAIL AT
25  ALL. IT IS ON AVERAGE 30-60 DAYS FOR RECEIPT
26  ATTACHED 'F'
27
28

2 OF 7

1  ATTACHMENT "G" ARE PETITIONERS ADA GRIEVANCES WHICH

2  HAVE ALL GONE UNANSWERED WITH NO ATTEMPTS TO VERIFY

3  PETITIONERS DISABILITIES,

4     ATTACHMENT "H" ARE EXHAUSTIVE GRIEVANCES REGARDING

5  PETITIONER BEING EXPOSED TO COVID-19 AND BECOMING SICK

6     ATTACHMENT "I" ARE EXHAUSTIVE GRIEVANCES REGARDING

7  NOT RECEIVING MAIL AND SHERIFFS POLICY OF CONFISCATING

8  STAMPS.

9     UPON AUTHORING THIS MOTION  6/23/2022 AT 8:30PM

10  IN MODULE 7A PETITIONER WAS ASSAULTED BY UNVETTED

11  NEW ARRIVAL INMATE IN DAYROOM. THE ASSAULT WAS

12  UNPROVOKED, PETITIONER IS NOW HOUSED IN 4B A

13  QUARANTINE MODULE LOCKED DOWN 23 HOURS A DAY.

14  ATTACHED "K"

15     THE PETITIONER IS SUFFERING HEMATOMAS AND

16  A CONCUSSION WITH NO PAIN RELIEVERS SUCH AS

17  IBUPROFEN / TYLENOL,

18     THE SAN DIEGO CENTRAL JAIL IS ILL EQUIPPED

19  TO HOUSE INMATES IN THE SHORT TERM. AND

20  IS NO WAY EQUIPPED TO HOUSE THIS PETITIONER

21  FOR 15 YEARS 6 MONTHS FOR CONTEMPT OF

22  COURT. THIS PETITIONER IS SUFFERING

23              RELIEF SOUGHT

24     WHAT IS MISSING IS A PROPER VEHICLE FOR

25  REDRESS. OF THE GOVERMENT.

26     THE GRIEVANCE PROCESS IS LARGELY IGNORED

27  WITH NO ACCOUNTABILITY

28              3077

1   EVEN IF GRIEVANCES ARE SUCCESSFULLY REMEDIED
2   THE RELIEF REQUESTED NEVER ARRIVES.
3   THERE IS NO FREE POSTAGE FOR COMMUNICATION WITH
4   THE COURTS
5   THERE IS NO COPY SERVICE AND OUTGOING LEGAL
6   MAIL SO THE PRISONER POPULATION ARE DENIED REDRESS
7   OF GOVERNMENT UNDER BOTH THE FEDERAL CONSTITUTION
8   1ST AMENDMENT AND THE STATE CONSTITUTION CAL
9   CONST ARTICLE 1 § 1.
10  THE PETITIONER IS FORCED TO MAKE LEGAL
11  FILINGS IN THE COUNTY OF SACRAMENTO AND HAVE
12  THE SUPERIOR COURT TRANSFER THE CASE TO
13  SAN DIEGO SUPERIOR
14  THE SAN DIEGO SHERIFFS DEPT WILL NOT ALLOW
15  THE PETITIONER TO APPEAR VIA ZOOM IN CIVIL
16  COURT PROCEEDINGS
17  THE PETITIONER HAS STEADILY PROCEDURALLY
18  DEFAULTED IN SUPERIOR COURT AND FEDERAL LITIGATION
19  BECAUSE OF THE SHERIFFS POLICIES, AGAIN PETITIONER
20  IS SEPARATED FROM LEGAL WORK PRODUCT AND SHERIFFS WILL
21  NOT RECOGNIZE PETITIONERS PRO PER STATUS IN SPITE
22  OF COURT ORDER IN FEDERAL CASE 3:21-CV-01443, SOUTHERN DIST.
23  THE ATTORNEY GENERAL IS CURRENTLY EXPLOITING
24  THE PETITIONER BEING SILENCED BY FILING MOTION TO
25  DECLARE PETITIONER A VEXATIOUS LITIGANT IN CASE
26  21CLS04492 RODRIGUEZ V SHAFFER SAN MATEO SUPERIOR COURT
27
28

4 OF 7

1   PRESENTLY THERE IS NO LAWYER DIRECTORY IN THE
2   SAN DIEGO CENTRAL JAIL, SO INMATES CAN'T SOLICIT HELP
3   OF AN ATTORNEY.
4      THERE IS NO PSYCHIATRIST EMPLOYED AT SDCJ PRESENTLY
5                ISSUES PRESENTED
6      THE PETITIONER HAS BEEN A PRISONER OF SAN DIEGO
7   CENTRAL JAIL SINCE JUNE 2019
8      THE PETITIONERS ISSUES ARE UNIQUE AND NOT FAIRLY
9   REPRESENTED PRESENTLY.
10     THE PETITIONER PER CAL CONST I § 32 ET SEQ
11  IS PAROLED AFTER BEING SENTENCED TO PRISON AND
12  UNLAWFULLY DETAINED ON A ALTERNATIVE CONSECUTIVE
13  SENTENCE.
14     THE PETITIONERS GRIEVANCE OF BEING DENIED
15  REDRESS THROUGH INEFFECTIVE APPEALS PROCESS AS
16  WELL AS POLICIES AND CUSTOMS THAT FRUSTRATE REDRESS
17  IN THE COUNTS ARE SUPPORTED.
18     PER THE STATE AUDITORS REPORT BY MICHAEL
19  S. TILDEN 185 INMATES DEAD. THE PETITIONER IS CERTAIN
20  THAT THE POLICIES THAT MUTE REDRESS PLAY A LARGE
21  PART IN THESE DEATHS INCLUDING THE ACCIDENTAL
22  DEATH OF PRISONER STEVEN REYNOLDS RECENTLY, MAY 24-25,
23  WHERE A GREAT DEAL OF INMATES INCLUDING MYSELF
24  RECEIVED THE WRONG MEDICATION.
25     THE PETITIONER NEEDS THE SAME RIGHTS OF
26  REDRESS THE PETITIONER HAD IN PRISON WHICH INCLUDE
27  LAW LIBRARY ACCESS, ACCESS TO PERSONAL LEGAL WORK PRODUCT
28               5 OF 7

1  UNLIMITED CORRESPONDENCE WITH COURTS, COPY SERVICE,
2  AND A LEGAL MAIL LOG. THE RIGHT TO APPEAR
3  IN ANY LEGAL PROCEEDING AS PLAINTIFF OR DEFENDANT
4  VIA ZOOM. COMPLIANCE WITH COURT ORDERS AND A
5  FUNCTIONAL GRIEVANCE / APPEALS PROCESS,
6      ALL OF THESE BENEFITS ARE IN PLACE THE
7  SAN DIEGO SHERIFFS DEPT. WILL NOT ALLOW ACCESS TO
8  THESE RESOURCES WHICH ALREADY EXIST,
9          THE PETITIONERS MOTION TO INTERVENE,
10         PRESENT CLAIMS, AND COME INTO ACTION SHOULD
11             BE GRANTED.
12     THE PETITIONER IS SUFFERING A DRACONIAN
13  15YEAR 6 MONTH MISDEMEANOR COUNTY SENTENCE TERM.
14  THE PETITIONER IS HELPLESS TO SOLICIT HELP.
15     THERE IS NO MONETARY GAIN IN HABEAS CORPUS,
16  THE PETITIONER MUST REPRESENT HIMSELF AND IS
17  UNABLE TO PRESENT CLAIMS TO THE COURTS WITH
18  THE CURRENT POLICIES THAT MUTE THE PETITIONER,
19     THE PETITIONER AND OTHERS SIMILARLY STRUCTED
20  ARE INJURED, SUFFERING AND WITHOUT RECOURSE,
21     THE PETITIONER ONLY SEEKS BENEFITS WHICH
22  ALREADY EXIST BUT ARE ARBITRARILY WITH HELD.
23     THE PETITIONER BELIEVES THE ABILITY TO REDRESS
24  AND PETITION FOR REDRESS UNIMPEDED IS THE FOREMOST
25  CONCERN. THE PETITIONER IS POWERLESS AND MUTED
26  INSPITE OF  ESTABLISHED SUPREME COURT LAW  BOUNDS
27  V SMITH, LEWIS V CASEY,
28|              6 OF 7

## Conclusion

Presently the petitioner is suffering a concussion. The petitioner's ailments are presently not fairly represented.

Pursuant to Federal Rule of Civil Procedure 23(d) the petitioner should be allowed to intervene present claims and come into action as a plaintiff.

Respectfully submitted
Pedro Rodriguez
In Pro Se

6/27/2022

## ADDENDUM

Saturday June 25 the petitioner advocated not to be placed in cell with no access to natural light at 12:30 am. Petitioner was rebuffed and placed in suicide watch for next 36 hours awake except for padded smock impeding the mailing of this filing.

Pedro Rodriguez
In Pro Se

6/27/2022

7 of 7

ATTACHMENT 'A'

ATTACHMENT 'A'

ATTACHMENT 'A'

ATTACHMENT 'A'
SHERIFF DEPT
DETAINER FOR
15 YEAR 6 MONTH
CONSECUTIVE
SENTENCE



## San Diego County
## SHERIFF'S DEPARTMENT

Date __9/30/21__

### Part I

Name __Rodriguez, Pedro__     Booking # __14745993__

Facility __San Diego Central Jail__     Module __1x__

You are hereby notified that a detainer has been placed against you from:

County/City __San Mateo County__     Charges __14551(A) PC__

Bail __No Bail__     Court __San Mateo Co Southern__     Warrant # __SP00152405__

Under section 1381 of the Penal Code, if you have a sentence of more than 90 days to serve from this date you may ask to be brought to trial on said charge(s) by completing this form and giving it to any deputy for witnessing and mailing to the District Attorney of said county.

To: District Attorney, County of __San Mateo__

By __S. Hill-Dalton / 4413__
(Detention Processing Technician Name/ARJIS)

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Part II

I, __Pedro Rodriguez__     ☑ do   ☐ do not request
that I be brought to trial on the above charge(s) as set forth under Section 1381 of the Penal Code. I am now sentenced and have more than 90 days to serve in the San Diego County Detention System.

Witnessed by _____   X _____
(Deputy's Signature)     (Inmate's Signature)

Date __10/1/21__     __4/3/72__
(Inmate's Date of Birth)

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Part III

SHERIFF'S DEPARTMENT USE ONLY

Pursuant to the requirements of Penal Code Section 1381, I hereby certify

that __Pedro Rodriguez__     was sentenced to serve __15 years, 6 mos__.

days in custody of the San Diego County Sheriff. I further certify that the minimum eligible release

date is __4/3/2029__

WILLIAM D. GORE, SHERIFF

J-120  (12/12)

**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# INMATE NOTIFICATION OF DETAINER RECEIPT

| INMATE'S NAME | AKA | CDC NUMBER | TODAY'S DATE |
|---|---|---|---|
| RODRIGUEZ, PEDRO | | BC6583 | 04/10/2017 |

| FACILITY NAME AND ADDRESS |
|---|
| CIM-Facility B -- 14901 S Central Avenue / Chino, California 91710 / |

| HOUSING |
|---|
| B CH 3 - 314001U |

On 04/10/2017 a detainer was filed against you. This detainer indicates that you are wanted by San Diego County Sheriff - 9621 Ridgehaven Court San Diego, California 92123 on a charge of

counts 6 to 37 - misdemeanor counts CS to SCN333477

based on Warrant Number SCN340334

YOU ARE HEREBY NOTIFIED (refer only to item(s) marked):

☐ You may request disposition of untried charges in accordance with Penal Code (PC) Section 1381.

☐ You may request disposition of probation in accordance with PC Section 1203.2a (for California Counties only.)

☐ You may request disposition of untried charges in accordance with PC Section 1389. (See Agreement on Detainer Form I attached.)

☐ You may request to be returned to this jurisdiction for concurrent service of terms in re Stoliker.

If you are wanted by those authorities to complete service of an unexpired commitment in that jurisdiction and if your present California commitment has been ordered to run concurrently with that previous commitment, you may be eligible for transfer to that jurisdiction under In re Stoliker, 49 Cal. 2d 75. If you believe that you meet the above criteria, you may make a request to the Director, in writing and through the institution records office, asking that you be made available to those authorities so that your terms may run concurrent. If the Director grants your request, a letter will be sent to those authorities notifying them of your present status and of the fact that you are available to them.
Those authorities may then either: (1) request that you be transferred to them in which case you will be transferred, your sentence will run concurrently, and a detainer will be placed against you by California for your return should you complete their sentence first; (2) designate this institution as the place for service of your commitment to them in which case you will acquire the benefit of concurrent terms; or (3) deny your request in which case your only recourse will be in the courts of that jurisdiction.

☐ Pursuant to PC Section 11177.1, Uniform Act of Out-To-State Probationer or Parolee Supervision, you may waive a court appearance. See the attached, Waiver of Court Appearance - Return to Sending State.

☑ None of the above are applicable in this case.

**If the subject inmate wishes to exercise any of the above marked alternatives, he/she should direct a written request to his/her institution records office.**

| RECEIPT ACKNOWLEDGED (INMATE'S SIGNATURE) | CDC NUMBER | DATE | AUTHORIZED STAFF'S SIGNATURE |
|---|---|---|---|
| | BC6583 | | |

CDCR SOMS OTRT230 - INMATE NOTIFICATION OF DETAINER RECEIPT

ATTACHMENT "B"

ATTACHMENT "B"

ATTACHMENT "B"
PETITIONER IS RECOGNIZED
DISABLED BY CDCR
CCCMS, CANE,
SHOE ORTHOTICS FOR
SPINE, LEG INJURIES

Department of Corrections and Rehabilitation                                                                CDCR-128-B

NAME: Rodriguez, Pedro            CDCR #: BC6583            HOUSING: VSP D3-16L

Inmate Rodriguez is currently in Correctional Clinical Case Management System at Valley State Prison. The Interdisciplinary Treatment Team (IDTT) met on 09/03/2020 and recommended that inmate Rodriguez be excused from school for the next 90 days due to mental health symptoms. As of today, 02/02/2021, the team recommends that IP Rodriguez be excused from school for an additional 90 days, due to the additional stressors of housing movements and isolation due to Covid-19. The IP is temporarily better suited for a learning setting within a classroom rather than attempting to study on his own. This would assist with lower stress and fewer interpersonal demands. Mental Health will again reevaluate his suitability for studying and completing homework outside the classroom setting in 90 days.


__02/02/2021__                                    _P Griess Ph.D, Sr LCSW_
DATE                                              P. Griess, Ph.D., LCSW
                                                  Senior Clinical Social Worker Supervisor


_A mD_                                             _[signature]_
Dr. Shoji, Chief of Mental Health                 Dr. Blair, Psychiatrist


ORIG:    C-FILE

CC:      INMATE
         CCI                                                          GENERAL CHRONO

Name: RODRIGUEZ, PEDRO

Page

CDC #: BC6583  PID #: 112

OTRS030B

# Offender
# Appointment

Tuesday April 14, 2020 01:15

| | |
|---|---|
| Appointment Date*: | 02/28/2020 |
| Category*: | Offender Services |
| Type*: | Law Library |
| Reason*: | Preferred Legal User |
| Begin Time*: | 09:00:00 |
| End Time*: | 11:00:00 |
| Requested By: | Johnson, Diane S [JODI001] |
| Facility/Office*: | VSP-Central Service |
| Location within*: | Library |
| Room#: | |
| Transportation Needed: | |

Day of Week: Fri

Appt ID: 80834890

Due Date:

Off-Site*: No

☒ Video Equipment Needed
☒ Onsite H/S Specialist Involved
☒ BPH Priority

> ☒ ADA Accommodation Needed
☒ Put on Master Pass List

## Appointment With

| Staff* | Participation | Email Notification | Allow Overbooking |
|---|---|---|---|
| Johnson, Diane S [JODI001] | Required/Primary | ☒ | ☒ |

| | | | |
|---|---|---|---|
| Status*: | Closed by System | As of Date*: | 02/29/2020 |
| Reason not held: | Provider Out of Time | | |

**Status History**

## Comments

Generated by Group Appointment Scheduling Screen
ADA Accomodations Needed: Compression Stocking, Mobility Impaired Disability Vest, Eyeglass Frames, Foot Orthoses, Other (Include in Comments), Therapeutic Shoes/Orthotics; MH Level of Care = CCCMS- Correction Clinical Case Mgt System

| Prepare To Update | Prepare To Copy | Prior Page |
|---|---|---|

Show Last Updated Information




ile:///C:/Users/MICHEL~1.GAL/AppData/Local/Temp/IF30V02D

## ADA/Effective Communication Patient Summary

**As of:** 06/10/2021 09:04

### Patient Information

**NAME:** RODRIGUEZ, PEDRO
**CDCR:** BC6583

### Disability Placement Program

**Current DPP Code(s):**
  * DLT

**DPP Verification/Accommodation Date:** 06/25/20 14:26:58 PDT

**Current Housing Restrictions/Accomodations:**
  * Lifting Restriction
  * Bottom Bunk
  * Ground Floor- Limited Stairs

### Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

### Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

### Testing of Adult Basic Education (TABE)

**TABE Score:** 11.0

**TABE Date:** 07/15/2020 00:00

### Learning Disabilities

**Learning Disabilities:**

### English Proficiency

**LEP:** No

**Primary Language:** English

### Durable Medical Equipment

**Current ISSUED DME:**
  * Compression Stocking Permanent
  * Eyeglass Frames Permanent

### MHSDS

**MHLOC:**   CCCMS

### 7536 DME/Supply Receipt
**05/28/21 14:37 PDT Performed by Mora, Christina MA**
Entered on 05/28/21 14:14 PDT

**Patient Encounter Information**

ENCTR Information: Encounter Info: Patient Name: PEDRO RODRIGUEZ,DOB: 04/02/1972,,FIN:
1000000381129565/BC6583,Facility: VSP,Encounter Type: Institutional Encounter

**Approved DME/Medical Supplies**

DME **Air Cell Cushion-High Profile (Roho):** N/A
DME **Air Cushion (for Wheelchair Seat):** N/A
DME **Air Cushion-Full (Day/Geri Chair):** N/A
DME **Ankle Foot Orthoses/Knee Ankle Foot:** N/A
DME **Back Braces:** N/A
DME **Bone Growth Stimulators Electrical:** N/A
DME **Breast Pump:** N/A
DME **Bubble Humidifier:** N/A
DME **Burn Garment:** N/A
DME **Cane:** Cane Temporary
DME **Expiration Cane:** 06/28/21
DME **Commode Chair:** N/A
DME **Compression Stocking:** Compression Stocking Permanent
DME **Continuous Passive Motion Lower:** N/A
DME **Continuous Passive Motion Upper:** N/A
DME **Crutches:** N/A
DME **Diabetic Supplies Monitors:** N/A
DME **Eyeglass Frames:** Eyeglass Frames Permanent
DME **Eyeglasses for Aphakia:** N/A
DME **Foot Orthoses:** N/A
DME **Hearing Aid:** N/A
DME **Hearing Impaired Disability Vest:** N/A
DME **Heel/Foot Protector:** N/A
DME **Helmet:** N/A
DME **Incontinence Supplies:** N/A
DME **Insulin Pump:** N/A
DME **Knee Braces:** N/A
DME **Mobility Impaired Disability Vest:** N/A
DME **BiPap:** N/A
DME **CPAP:** N/A
DME **Ocular Conformers:** N/A
DME **Ostomy Supplies:** N/A
DME **Oxygen Concentrators:** N/A
DME **Pressure Reducing Support Services:** N/A
DME **Prosthetic Limbs Lower Extremity:** N/A
DME **Prosthetic Limbs Upper Extremity:** N/A
DME **Reading Glasses:** N/A
DME **Scleral Shell Contact Lenses:** N/A
DME **Sitz Bath:** N/A
DME **Spinal Orthoses:** N/A
DME **Standing Frames:** N/A
DME **Therapeutic Contact Lenses:** N/A
DME **Therapeutic Shoes/Orthotics:** N/A
DME **Toilet Seat Lift (Erector):** N/A
DME **Tracheostomy Care Supplies:** N/A
DME **Truss Hernia Support:** N/A
DME **Urologic Supplies:** N/A
DME **Vision Impaired Disability Vest:** N/A
DME **Voice Prosthesis Augmentative:** N/A
DME **Walkers:** N/A
DME **Wheelchair:** N/A
DME **Wound Care Dressings:** N/A
DME **Negative Pressure Wound Therapy:** N/A
DME **Wrist Support Brace:** N/A
DME **Other Options:** N/A

**Durable Medical Equipment and Supply Receipt**

7536 **Descriptions 1:** Cane
7536 **Quantity 1:** 1
7536 **Expiration 1:** 06/28/21
7536 **Date of 7221:** 05/28/21
7536 **Section C:** Received DME/Medical Supply
7536 **Patient Signature:** X

RECEIVED

JUN 02 2021

HCCA

---

**VSP**(Location:VSP D 003 1 ; 020 ; 020001L)
Patient Name: RODRIGUEZ, PEDRO          DOB / AGE / SEX: 04/02/72   49 Years Male
Admitting Physician:
Admission Date / MRN / Financial Num: 07/18/19   BC6583   1000000381129565/BC6583 Page 6 of 2
Print Date: 05/28/21
Print Time: 14:39 PDT
Printed by:Mora, Christina MA

ATTACHMENT "C"

ATTACHMENT "C"

ATTACHMENT "C"
TEXHAUSTIVE GRIEVANCE
FOR BEING FORCIBLY
MOVED TO SECOND
FLOOR



# San Diego County
# SHERIFF'S DEPARTMENT

224000163
2ⁿᵈ LEVEL LUITENANT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ  ☒ GBDF  ☐ EMRF  ☐ LCDRF  ☐ SBDF  ☐ VDF  ☐ FAC8

From:  RODRIGUEZ PEDRO LUIS              14745493              E2-CELL 4
De:    Name (Last, First, Middle)        Booking Number        Housing Unit
       *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about:  ☒ Jail Procedures  ☐ Jail Conditions  ☐ Medical  ☐ PREA  ☐ Other
La queja es acerca:  Procedimientos de  Condiciones de      Médico              Otro
                     la Cárcel          la Cárcel
                                                    2ND LEVEL APPEAL LUITENANT

Date and Time of Incident / *Fecha y hora del incidente:*  APPEAL 1/29/2022 GRIEVANCE #224000163

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

JANUARY 29, 2022 AFTER FILING GRIEVANCE 224000163 CO-TANK CAPTAINS TREVOR ROGERS/TYRONE
BOVEE DIRECTED SHERIFFS DEPUTY KENNY TO MOVE THIS DISABLED PETITIONER PEDRO RODRIGUEZ FROM
LOWER TIER 2B-106 TO 2B-104 WITHOUT CAUSE, PETITIONER RODRIGUEZ PROTESTED BUT KENNY
STATED "YOUR GOING UPSTAIRS OR I WILL BREAK YOUR ARM", THE PETITIONER WHO SUFFERS BACK
INJURY, KNEE AND FEET INJURY PROTESTED, AND ASKED TO SPEAK TO A SEARGENT. DEPUTY KENNY
AGAIN ON CAMERA ARM LOCKED THE PETITIONER, FORCING THE PETITIONER TO 2B-204,
REPEATING "I'LL BREAK YOUR ARM" AND "TREVOR ROGERS AND TYRONE BOVEE WERE GOING
TO KICK YOUR ASS." I AM REQUESTING A "KEEP SEPERATE" ORDER AGAINST KENNY, ROGERS
AND BOVEE. KENNY INJURED MY KNEES, BACK, ANKLES AND SHOULDER, PETITIONER DEMANDS
                                        3/12/2022                MONETARY COMPENSATION

Inmate Signature / *Firma de Preso*        Date / *Fecha*

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by:  M.        6214        03-15-22        0815
              Signature of receiving staff member    ARJIS #    Date    Time

Entered in JIMS:  _____  _____  _____
                  Date          Time          JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
  ☐ The inmate's health or safety is unfairly impacted by a condition of confinement
  ☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.
☒ This submission is not a grievance:
  ☐ It is an appeal of discipline—JIMS Incident # _____  JIMS Appeal Hearing # _____
  ☐ It is a complaint against staff—JIMS Incident # _____  (Refer to Detentions P&P Section N.1)
  ☒ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:  Mr. Rodriguez. This was already addressed by Sgt. Gettris
And    LT. Giardanhire. You have already been answered and can not
Appeal the response. Please do not fill out grievances that have already been resolved.

J-22 (Rev 1/15)    **Original goes to booking jacket**        **Copy goes to inmate after being signed by staff member**



**San Diego County**
# SHERIFF'S DEPARTMENT

*AppEAL GRIEV E*
*22/000'63*
*2nd (... ...*

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
### *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ   ☐ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☒ VDF   ☐ FAC8

| From: *De:* | RODRIGUEZ PEDRO LUIS | 14745993 | LU #2 -15 |
|---|---|---|---|
| | Name (Last, First, Middle) *Nombre (Apellido, Primero, Segundo)* | Booking Number *Número de ficha* | Housing Unit *Unidad de alojamiento* |

Grievance is about:   ☒ Jail Procedures   ☐ Jail Conditions   ☐ Medical   ☐ PREA   ☐ Other
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*                *Otro*
                        *la Cárcel*            *la Cárcel*      2nd LEVEL COMPLAINT

Date and Time of Incident / *Fecha y hora del incidente:*  1/29/2022 APPEAL GRIEVANCE # 224000/63

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico: (Use hojas adicionales si es necesario)*

JANUARY 29, 2022 AFTER FILING GRIEVANCE 224000/63 CO-INMATE PTNRS TREVOR ROGERS / THOMAS
BOWIE DIRECTED SHERIFF'S DEPTY KENRY TO MOVE THIS DISABLED PETITIONER PEDRO RODRIGUEZ FROM
LOWER TIER 2B-106 TO 2B-204 WITHOUT CAUSE, PETITIONER RODRIGUEZ PROTESTED BUT KENRY STAT.
YOUR GOING UPSTAIRS OR "I WILL BREAK YOUR ARM", THE PETITIONER WHO SUFFERS BACK INJURY
INJ. AND TOLD KENRY PROTESTED, AND ASKED TO SPEAK TO A SERGEANT BUT KENRY ASA
(IN CANTINA) AND LOCKED THE PETITIONER, FORCING THE PETITIONER TO 2B 204, REPEATING
"I'LL BREAK YOUR ARM" AND TREVOR ROGERS AND THOMAS BOWIE WERE GOING TO KICK YOU A...
I AM REQUESTING A "KEEP SEPERATE" ORDER AGAINST ROGERS, BOWIE AND KENRY. KENRY
INJURED MY WRIST'S, BACK, ANKLES AND SHOULDER, PETITIONER DEMANDS MANDATORY CONFIDENTIALITY

Inmate Signature / *Firma de Preso*          2/11/22
                                            Date / *Fecha*

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by:  _WP_        _Ltter_      _2-12_    _1330_
              Signature of receiving staff member   ARJIS #   Date   Time

Entered in JIMS:  _____   _____   _____
                  Date      Time      JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
  ☐ The inmate's health or safety is unfairly impacted by a condition of confinement
  ☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☒ This submission is not a grievance.
  ☐ It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
  ☒ It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
  ☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)   **Original goes to booking jacket**      **Copy goes to inmate after being signed by staff member**

To: Pedro Rodriguez BN 14745493 VDF (7 E 2 #04)

Mr. Rodriguez, I am responding to your grievance which was received on 2/12/2022 when you were housed at George Bailey Detention Facility.  You wrote on the grievance you are appealing grievance # 224000163 however you claim a deputy moved you from 2B 106 to 2B 204 "without cause". This will be handled like all other complaints about staff. I thank you for bringing this to my attention.

This matter will be investigated.

ATTACHMENT "D"

ATTACHMENT "D"

ATTACHMENT D

EXHAUSTIVE
PETITION HOUSED
WITHOUT LIGHT



*ADA GRIEVANCE*
*NO 4647*
*CANNOT SEE*

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
### *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ    ☐ GBDF    ☐ EMRF    ☐ LCDRF    ☐ SBDF    ☒ VDF    ☐ FAC8

From: RODRIGUEZ PEDRO LUIS                14745493            E2-CELL #4
De:    Name (Last, First, Middle)          Booking Number      Housing Unit
       *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about:   ☐ Jail Procedures   ☐ Jail Conditions   ☐ Medical   ☐ PREA  ☒ Other ADA no
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*              *Otro* 4647 CANNOT
                        *la Cárcel*          *la Cárcel*                                        SEE

Date and Time of Incident / *Fecha y hora del incidente:* MARCH 12/2022 NO LIGHT / SLIP AND FALL

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

I'M ADA DISABLED AND CANNOT SEE, THE LIGHTS ARE OFF 24 HOURS A DAY IN EAST
HOUSE, I HAVE LEGAL CASES, I CAN NOT READ AND I CANNOT PARTICIPATE IN LEGAL
PROCEEDINGS BECAUSE I CANNOT STUDY THE LAW. I CAN NOT WRITE IN THE DARK.
THE SHOWERS ARE NOT ADA COMPLIANT I HAVE FALLEN IN THE SHOWER AND
IN MY CELL BECAUSE SANDALS SLIP. THIS IS CRUEL AND UNUSUAL UNDER
THE EIGHTH AMENDMENT, TOUSSAINT V MCCARTHY 597 F SUPP 1388, 1409
(N.D CAL 1984) KEENAN V HALL 83 F3rd 1083, 1090 (9TH CIR 1996) I NEED
LIGHT, NON-SLIP SHOES, CANE.

Inmate Signature / *Firma de Preso*                    3/12/2022
                                                       Date / *Fecha*

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by:        MA                  6619      03-15-22      0815
            Signature of receiving staff member   ARJIS #        Date          Time

Entered in JIMS:   03-15-22      0912          224000443
                   Date          Time          JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☒ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
☐ It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)    **Original goes to booking jacket**    **Copy goes to inmate after being signed by staff member**

ATTACHMENT 'E'

ATTACHMENT 'E'

ATTACHMENT 'E'
EXHAUSTIVE GRIEVANCE
REGARDING HIPAA
VIOLATIONS

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ ☐ GBDF ☐ EMRF ☐ LCDRF ☐ SBDF ☒ VDF ☐ FAC8

From: RODRIGUEZ PEDRO LUIS — 17745993 — E2-CELL 4

*De:* Name (Last, First, Middle) / *Nombre (Apellido, Primero, Segundo)* — Booking Number / *Número de ficha* — Housing Unit / *Unidad de alojamiento*

Grievance is about: / *La queja es acerca:* ☐ Jail Procedures / *Procedimientos de la Cárcel* ☐ Jail Conditions / *Condiciones de la Cárcel* ☒ Medical / *Médico* ☐ PREA ☐ Other / *Otro* ________

Date and Time of Incident / *Fecha y hora del incidente:* 3/14/2022

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

3/14/2022 AROUND 9:00AM I SPOKE WITH THE DOCTOR AT MY CELL DOOR, SHE ASKED WHAT MY AILMENTS WERE, I REQUESTED PER THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT "HIPAA" TO SPEAK IN A PRIVATE SETTING. THE DOCTOR STATED WE DO NOT DO THAT HERE. I REQUEST WHAT IS FEDERALLY REQUIRED UNDER HIPAA AND WHAT IS REQUIRED UNDER CA CIVIL CODE § 56 ET SEQ, EVIDENCE CODE § 1010 ET SEQ AND CA PENAL CODE § 636. THIS IS EXHAUSTIVE PER CTCA AND GOV CODE 815.6, 815.2, AND 820. I NEED CONFIDENTIALITY AS I WILL NOT DISCUSS MY INJURIES IN FRONT OF OTHER INMATES, I AM INJURED AND UNTREATED.

Inmate Signature / *Firma de Preso* [signature] — 3/14/2022 Date / *Fecha*

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: RA — 6214 — 03-15-22 — 0815

Signature of receiving staff member — ARJIS # — Date — Time

Entered in JIMS: ________ Date ________ Time ________ JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:

☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☒ This submission is not a grievance:

☐ It is an appeal of discipline—JIMS Incident # ________ JIMS Appeal Hearing # ________
☐ It is a complaint against staff—JIMS Incident # ________ (Refer to Detentions P&P Section N.1)
☒ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request: This request will be forwarded to the Medical Supervisor to Address.

ATTACHMENT 'F'
EXHAUSTIVE GRIEVANCE
REGARDING MHC

# SAN DIEGO SHERIFFS DEPARTMENT

## Grievance Report

| | |
|---|---|
| **Grievance #:** | 224000556 |
| **Grievance Dt/Tm:** | 04-08-2022 1500 |

**Subject #1:** MAIL          **Subject #2:**          **Subject #3:**          **Subject #4:**

### Linked Inmates:

| JIM | Book # | Name | Fac | Area | Hu | Cell | Bed |
|---|---|---|---|---|---|---|---|
| 400336665 | 14745493 | RODRIGUEZ, PEDRO | 1 | 7 | A | 09 | B |

### Grievance Occurred:

**Fac:** 1          **Area:** 7          **Hu:** A

**Location:** San Diego Central Jail

### Summary:

Incarcerated person Rodriguez states that he is not receiving his legal mail and or regular mail.

**Routed To:**                                   **Action Dt/Tm:** 04-18-2022 1508

**Action Officer:** NESMITH

### Action Taken:

All incoming non-legal inmate mail is routed to the Mail Processing Center (MPC). Legal mail is delivered to the facility to be inspected by staff. A search of the 7th floor was conducted for mail depicting Rodriguez name. MPC contacted.

**Appeal Filed Dt/Tm:** 04-26-2022 0000          **Appeal Returned Dt/Tm:** 04-27-2022 1100

**Investigator:** KAMOSS                          **Appeal Result Code:** DENY

### Appeal Summary:

Sergeant Nesmith provided an accurate response. There appears to be no wrong doing. The MPC has pieces of your mail and will be routing them to SDCJ- see narrative-3rd level review- denied.

**Update By:** DARNELL, CARL SH2728                **Update Dt/Tm:** 05-04-2022 1532

# SAN DIEGO SHERIFFS DEPARTMENT

## Grievance Report

**Grievance Information:**

**Entry Dt/Tm:** 04-18-2022 1526

**Entry By:** NESMITH, PATRICK

**Update Dt/Tm:** 00-00-0000 0000

**Update By:**

On 4/12/2022, I received your grievance regarding legal mail and regular mail not being delivered to you.

The Policies and Procedures implemented at the San Diego Central Jail states that all incoming non legal mail will be routed to the Mail Processing Center (MPC) warehouse. Due to this regular mail may sometimes be delayed up to several days or even sometimes a week.

When it comes to your legal mail Attorneys are required to take measures to safeguard the confidentiality of communications with their clients. For attorney mail, it shall be the sender?s
responsibility to identify confidential/legal mail on the front of the envelope with the words ?legal mail,? ?confidential mail,? or similar descriptor. All incoming U.S. mail within the purview of confidential/legal mail shall be opened and inspected for contraband in the presence of the inmate. Absent any security concerns, the mail shall then be given directly to the incarcerated individual.

I conducted a visual search of the 7th floor for any regular and or legal mail depicting your name. Unfortunately, nothing was found.

There is no proof of any wrongdoing. I appreciate you bringing this issue to my attention, and I have contacted MPC. I'm considering these issues resolved.



# SAN DIEGO SHERIFF'S DEPARTMENT
# GRIEVANCE RESPONSE

Inmate Name: Pedro Rodriguez #14745493

TO: P. Rodriguez #14745493

FROM: Lt. Bejarano #4018

RE: Grievance #214001396

Mr. Rodriguez,

In regard to your appeal of findings in relation to Grievance #214001396, I have reviewed your original grievance and Sgt. Bernal's response and uphold those findings.

Your appeal to the removal of contraband items (stamps) from "Legal" mail is based upon your claim of having been granted pro per/pro se status in Federal District Court. While pro per stats does grant you certain privileges, it does not exempt you from the rules regarding the contraband and facility security. That being said, you were not factual in your appeal as you have not been granted Propria Persona Status. Despite the fact you have requested pro per status for the 21-cv-01442 matter only, at this point the court has not ruled on your motion and thus have not granted you pro per status.

If you are granted pro per status by the court, please understand San Diego Sheriff Policy grants pro per privileges for current criminal cases only.

| Staff Name / ARJIS (print) | Lt. Bejarano #4018 | Inmate Name (print) | Pedro Rodriguez |
|---|---|---|---|
| Signature | Dane Bejarano Digitally signed by Dane Bejarano Date: 2021.12.13 08:50:01 -08'00' | Signature | |
| Facility/Unit | 2B-106 | Facility | George Bailey |
| JIMS Grievance # | 21001396 | Booking # | 14745493 |
| Date | 12/13/2021 | Date | 12/13/2021 |

J-10   06/2021

ATTACHMENT 'G'

ATTACHMENT 'G'

ATTACHMENT 'G'

ATTACHMENT 'G'
ADA COMPLAINTS
UNANSWERED



*1, 2 CELL*

# San Diego County
# SHERIFF'S DEPARTMENT

*ADA COMPLAINT*

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ   ☐ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

**From:** RODRIGUEZ PEDRO          1974S493          7/4 - CELL 7.
*De:*  Name (Last, First, Middle)          Booking Number          Housing Unit
      *Nombre (Apellido, Primero, Segundo)*          *Número de ficha*          *Unidad de alojamiento*

**Grievance is about:** ☐ Jail Procedures   ☒ Jail Conditions   ☐ Medical   ☐ PREA  ☐ Other  *ADA*
*La queja es acerca:*  *Procedimientos de*  *Condiciones de*  *Médico*          *Otro*
                      *la Cárcel*      *la Cárcel*

**Date and Time of Incident / *Fecha y hora del incidente:*** 10/10/2021

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. Por favor sea específico. (Use hojas adicionales si es necesario)*

PER COLEMAN V BROWN (CITE ONTIED) PLATA V SNARZENEGER
(CITE ONTIED), ARMSTRONG V DAVIS(CITE ONTIED) AND ADA FEDERAL LAW
I AM A STATE PRISON PRISONER TRANSFERED TO SDCJ,
I'M RECOGNIZED DISABLED AND IT IS CLEAR I WILL NOT
RECIEVE THE SAME SERVICES AS OTHER PRISONERS CONVICTED
OF THE CATEGORY OF CRIME, MY SENTENCE VIOLATES EXL
CONST ISSUE7 SEQ. BUT I AM NOT RECIEVING THE STATE
SERVICES AS MY PREVIOUS CUSTODIAN SUCH AS MENTAL HEALTH
EDUCATION, GOOD TIME CREDIT COURSES AND JOB RESOURCES THIS
IS EXHAUSTIVE FOR
§1983 L/W SUIT

**Inmate Signature / *Firma de Preso*** _____   **Date / *Fecha*** 10/10/2021

---

### THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

**Received by:** _Andy Chu_          3627          10/11/21          1140
          Signature of receiving staff member          ARJIS #          Date          Time

**Entered in JIMS:** _____   _____   _____
          Date          Time          JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
☐ It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
**Response to Inmate Request:**

---



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☑ **SDCJ**   ☐ **GBDF**   ☐ **EMRF**   ☐ **LCDRF**   ☐ **SBDF**   ☐ **VDF**   ☐ **FAC8**

From:   Rodriguez   Pedro   L        14745783        71-CCC 7
*De:*   **Name (Last, First, Middle)**        **Booking Number**   **Housing Unit**
     *Nombre (Apellido, Primero, Segundo)*       *Número de ficha*   *Unidad de alojamiento*

Grievance is about:   ☐ Jail Procedures   ☐ Jail Conditions   ☑ Medical   ☐ PREA   ☐ Other _____
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*        *Otro*
         *la Cárcel*   *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*   10/19/2021

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

I AM CCCMS FROM VACCI STATE PRISON BC6583
I HAVE NOT RECEIVED MY VISTENIUG AND PSYCH
HAS NOT COMMITED ME IN REGUADS TO MY
SLEEP AND I ARRIVED 9/30/2021 AND HAVE
NOT RECEIVED MY MENTAL TREATMENT SINCE
ARRIVING

_____
**Inmate Signature / *Firma de Preso***        10/19/2021
                 Date / *Fecha*

---

### THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____   3703      10/19      1221
         **Signature of receiving staff member**   **ARJIS #**   **Date**   **Time**

Entered in JIMS: _____
         **Date**      **Time**      **JIMS Grievance Number**

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐   The inmate's health or safety is unfairly impacted by a condition of confinement
☐   A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐   It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
☐   It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
☐   It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
**Response to Inmate Request:**

---

J-22 (Rev 1/15)   **Original goes to booking jacket**      **Copy goes to inmate after being signed by staff member**



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☑ SDCJ    ☐ GBDF    ☐ EMRF    ☐ LCDRF    ☐ SBDF    ☐ VDF    ☐ FAC8

From:    RODRIGUEZ  PEDRO      14745493      7A-7
*De:*    Name (Last, First, Middle)           Booking Number      Housing Unit
     *Nombre (Apellido, Primero, Segundo)*      *Número de ficha*      *Unidad de alojamiento*

Grievance is about:   ☐ Jail Procedures   ☑ Jail Conditions   ☐ Medical    ☐ PREA   ☐ Other   MDH
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*             *Otro*
     *la Cárcel*    *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*    10/12/2021

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

I I'M RECOGNIZED ADA DISABLED I AM A PRISON
TRANSFER AND IT IS CLEAR THAT RESOURCES DO NOT
EXIST TO PROVIDE ME THE SAME TREATMENT I RECEIVED
IN PRISON, SUCH AS MENTAL HEALTH, EDUCATION
GOOD TIME CREDIT, PHYSICAL THERAPY, THIS IS EXHAUSTIVE
FOR 1983 LAWSUIT I AM NOT RECEIVING THE
SAME TREATMENT PER COLEMAN V BROWN, PLATA V
SWARZENEGGER, ARMSTRONG V DAVIS, CIT CMITXS

               10/21/2021

Inmate Signature / *Firma de Preso*              Date / *Fecha*

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by:    CC      3223    10/13/21    750
     Signature of receiving staff member    ARJIS #    Date    Time

Entered in JIMS: _____
     Date      Time      JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
   ☐   The inmate's health or safety is unfairly impacted by a condition of confinement
   ☐   A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
   ☐   It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
   ☐   It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
   ☐   It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)    **Original goes to booking jacket**      **Copy goes to inmate after being signed by staff member**



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ    ☒ GBDF    ☐ EMRF    ☐ LCDRF    ☐ SBDF    ☐ VDF    ☐ FAC8

From: RODRIGUEZ PEDRO LUIS          14745493          2B-106
*De:*   Name (Last, First, Middle)          Booking Number          Housing Unit
       *Nombre (Apellido, Primero, Segundo)*    *Número de ficha*    *Unidad de alojamiento*

Grievance is about:  ☐ Jail Procedures  ☐ Jail Conditions  ☒ Medical  ☐ PREA  ☐ Other
*La queja es acerca:*  *Procedimientos de*  *Condiciones de*  *Médico*                    *Otro*
                      *la Cárcel*          *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*   10/27/2021

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

IT IS DOCUMENTED I HAVE NEUROPATHY, CIRCULATION PROBLEMS IN LOWER LIMBS, McGUCKIN VSMITH 974 F²ᵈ 1050, 1060 (9ᵗʰ CIR 1992). I AM NOW USING A CANE ISSUED AS DURABLE MEDICAL EQUIPMENT, RUIZ U ESTELLE 503 F SUPP 1265 1345 (S.D. TEX 1980), LANDMAN U LANDINT 242 F SUPP 24 621, 843, 849 (D.C.N 2002) RUSHES U COUGHLIN 10 F SUPP 2ᵈ 261, 269 (W.D.N.Y 1998) I AM DISABLED UNDER THE AMERICANS WITH DISABILITIES ACT AND NEED EST SHOES WITH ORTHOPEDIC INSERTS AND MY CANE. I WOULD LIKE MEDICAL WITH THESE ITEMS IN MY ACTIVE HISTORY.

Inmate Signature / *Firma de Preso*          10/28/21
                                              Date / *Fecha*

### THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____ Signature of receiving staff member   MM   10/27/1   org
             ARJIS #   Date   Time

Entered in JIMS: ___ Date ___ Time ___ JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # ___ JIMS Appeal Hearing # ___
☐ It is a complaint against staff—JIMS Incident # ___ (Refer to Detentions P&P Section N.1)
☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

J-22 (Rev 1/15)   **Original goes to booking jacket**   **Copy goes to inmate after being signed by staff member**



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ   ☒ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From: Name (Last, First, Middle) — RODRIGUEZ PEDRO LUIS

*De:*   **Name (Last, First, Middle)**
       *Nombre (Apellido, Primero, Segundo)*

Booking Number — 14745793

**Booking Number**
*Número de ficha*

Housing Unit — 2B-106

**Housing Unit**
*Unidad de alojamiento*

Grievance is about:   ☐ Jail Procedures   ☐ Jail Conditions   ☒ Medical   ☐ PREA   ☐ Other _____
*La queja es acerca:*      *Procedimientos de      Condiciones de      Médico*                                                *Otro*
                          *la Cárcel              la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*   9/30/202_ — ongoing

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

Related to chronic v/issues (chronic RX in 2014) no. 99-520, chronic v/ugies (cdcr hsp 912 esuplare) in chronic v/dbls cdcr cdc3/11/2011, I am disabled by my v/chronic, my neck, back, ich and all my physical act. I came from quite state prison where I used a walker, v/had knee braces, gel sole inserts and soft sole shoes, I have no ones, and I cannot get an compression sleeve that was prescribed, I am not able to recuperate of the ici, injuries, severe sciatica and scratch, I am upset

Inmate Signature / *Firma de Preso* _____

Date / *Fecha*   11/27/2021

I still need treatment, I feel ill, I am disable

---

### THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____   ARJIS # 734   Date 11/23/21   Time 1014S

          **Signature of receiving staff member**

Entered in JIMS:

_____      _____      _____
   **Date**            **Time**         **JIMS Grievance Number**

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
   ☐   The inmate's health or safety is unfairly impacted by a condition of confinement
   ☐   A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐   This submission is not a grievance:
   ☐   It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
   ☐   It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
   ☐   It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)   **Original goes to booking jacket**       **Copy goes to inmate after being signed by staff member**



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ   ☒ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

**From:** Ramirez, Pedro Luis          1975713          00-40*
*De:*  Name (Last, First, Middle)          Booking Number          Housing Unit
      *Nombre (Apellido, Primero, Segundo)*     *Número de ficha*     *Unidad de alojamiento*

Grievance is about:  ☐ Jail Procedures  ☐ Jail Conditions  ☒ Medical  ☐ PREA  ☒ Other _Non_
*La queja es acerca:*  *Procedimientos de*  *Condiciones de*  *Médico*          *Otro*
                     *la Cárcel*          *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*   9/30/2021 - Ongoing

Describe the reason for your grievance in your own words. Please be specific.  (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

Pursuant to Coleman v Brown (E.D. Cal. Feb 3, 2019) No. 90-520; Clark v Wilson
(E.D. Cal 1995) 912 F Supp 1282; Armstrong v Davis (N.D. Cal. Jan 3, 2001) No. C94-2307;
Plata v Schwarzenegger (N.D. C/C Feb 3 2006) No CO1-1351, I/m disabled per the
Americans with Disabilities Act/ and rehabilitation act, I came in on a valid
state pass where I used a walker, had knee braces, gel sole inserts and
soft sole shoes. I have no ones provided and I cannot get my continuous
steroids replaced I am in pain due to neuropathy of my feet, and
knees, severe spondylosis, and sciatica, I am in pain and not being treated
for my injuries

————————X———————
**Inmate Signature** / *Firma de Preso*          12/8/2021
                                        **Date** / *Fecha*

---
**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by: _____   GSR   12/8/2021   2054
          Signature of receiving staff member   ARJIS #   Date   Time

Entered in JIMS: _____   _____   _____
              Date          Time          JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐  The inmate's health or safety is unfairly impacted by a condition of confinement
☐  A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
  ☐  It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
  ☐  It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
  ☐  It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:
_____
_____

J-22 (Rev 1/15)   **Original goes to booking jacket**      **Copy goes to inmate after being signed by staff member**



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ    ☑ GBDF    ☐ EMRF    ☐ LCDRF    ☐ SBDF    ☐ VDF    ☐ FAC8

**From:** Ashker ~~~~~
**De:** Name (Last, First, Middle)
*Nombre (Apellido, Primero, Segundo)*

Booking Number: 14745893
*Número de ficha*

Housing Unit: 23-100
*Unidad de alojamiento*

**Grievance is about:** ☐ Jail Procedures   ☐ Jail Conditions   ☑ Medical   ☐ PREA   ☑ Other 1-01-
*La queja es acerca:* *Procedimientos de* *Condiciones de* *Médico* *Otro*
*la Cárcel* *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:* 9/30/2021 — ONGOING

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

PURSUANT TO GLEN V BROWN (E.D. CIC FEB 10, 2017) NO. 90-515; GLEN V WILSON
(E.D. CIC 1985) 912 F.SUPP 1382; IMASTER V DIVIS (N.D. CIC JAN 3, 2001) NO C 94-230T,
PLATT V SCHWARZENEGGER (N.D. CIC FEB 14, 2016) NO CO1-1351, I AM DISABLED PER THE
AMERICANS WITH DISABILITES ACT AND REHABILITATION ACT. I CAME FROM VILLEY STATE
PRISON WHERE I USED A WHEEL, I AM HAVE BOWELS, GEL SIDE INSTITS AND SEIZURE
SHOTS, I HAVE NO DMS PROVIDED AND I CANNOT GET MY COMPRESSION STOCKINGS REPLACED
I AM IN PAIN DUE TO NEUROPATHY OF FEET, A PRESSURE ACUTE WELL-SIDE, SEVERE SPASMS AND
SCIATICA, I AM IN PAIN AND AM BEING TREATED FOR MY INJURIES. I AM DISCRIMINATE
AGAINST BY SEEING CUSTODY STATUS AND MY DISABILITIES)

**Inmate Signature / *Firma de Preso*** ~~~~~
**Date / *Fecha*** 12/15/2021

---

### THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

**Received by:** ~~~~~   ARJIS # 1652   Date 12/15/21   Time 0845
Signature of receiving staff member

**Entered in JIMS:** _____   _____   _____
Date        Time        JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
☐ It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

**Response to Inmate Request:**

---

J-22 (Rev 1/15)   **Original goes to booking jacket**      **Copy goes to inmate after being signed by staff member**

ATTACHMENT H

ATTACHMENT H

ATTACHMENT H
EXHAUSTIVE GRIEVANCE
MECHANISM COVID
EXPOSURE



# SAN DIEGO SHERIFF'S DEPARTMENT
# GRIEVANCE RESPONSE

Inmate Name: | Pedro Rodriguez |

On 2/18/2022, I received your grievance regarding your complaint that the San Diego County
Sheriff's Department has not protected you from infection while in custody. You stated you should
be removed from the threat of infection and released as a misdemeanor offender.

On 2/19/2022, I reviewed your current charges and sentencing. Unfortunately due to the nature of
your charges and the prison sentence you have received, you do not qualify for release as a
misdemeanor offender.

Based on the information provided above, I consider this manner closed.

| Staff Name / ARJIS (print) | S. Huard #3235 | Inmate Name (print) | Pedro Rodriguez |
|---|---|---|---|
| Signature | S. Huard | Signature | |
| Facility/Unit | Vista Detention Facility | Facility | Vista Detention Facility |
| JIMS Grievance # | 224000321 | Booking # | 14745493 |
| Date | 02/19/2022 | Date | 02/19/2022 |

J-10   06/2021





# SAN DIEGO SHERIFF'S DEPARTMENT
# GRIEVANCE RESPONSE

Inmate Name: Rodriguez, Pedro 14745493

Response to Grievance #214001296

TO:   Inmate Rodriguez, Pedro 14745493

From:  Sergeant Mendoza, E #7791

RE:  Grievances dated 10/28/21

On 11/02/21, I received your grievance regarding COVID -19 protocols. San Diego Sheriff Department Detention Services Bureau follows the COVID-19 protocols guidelines.

If you have any further concerns or questions, please contact me via inmate request or ask to speak to the supervisor on duty.

| Staff Name / ARJIS (print) | Sgt Mendoza | Inmate Name (print) | Rodriguez, Pedro 14745493 |
|---|---|---|---|
| Signature | | Signature | |
| Facility/Unit | GBDF | Facility | GBDF |
| JIMS Grievance # | 214001296 | Booking # | 14745493 |
| Date | 11/02/21 | Date | 11/02/21 |

J-10   03/2021



# SAN DIEGO SHERIFF'S DEPARTMENT
# GRIEVANCE RESPONSE

Inmate Name: Pedro Rodriguez 14745493

Mr. Rodriguez,

I have reviewed your grievance as well as the responses you have previously received.  I find them to be accurate and complete.  I consider this matter closed.

Captain Kneeshaw

| Staff Name / ARJIS (print) Signature | Kneeshaw 4155 | Inmate Name (print) Signature | |
|---|---|---|---|
| Facility/Unit | GBDF | Facility | |
| JIMS Grievance # | 214001369 | Booking # | |
| Date | 11/30/2021 | Date | |

J-10   06/2021



**San Diego County**
# SHERIFF'S DEPARTMENT

*1ST JUDL* 
*ORDINANCE*

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
*QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ   ☐ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From: RODRIGUEZ PEDRO, LUIS        1474549 3        SD CELL 3
De:   Name (Last, First, Middle)      Booking Number      Housing Unit
      *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about: ☐ Jail Procedures ☒ Jail Conditions ☐ Medical ☐ PREA ☐ Other _____
*La queja es acerca:*  *Procedimientos de Condiciones de*  *Médico*   *Otro*
                      *la Cárcel    la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:* SEPTEMBER 30, 200_

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

PURSUANT TO GOVERMENT CODE **8658** AND In re STOICHE
(CITE ONITED) DURING A PANDEMIC IT IS WITHIN THE
SHERIFFS ABILITY TO RECLEASE PRISONERS WHO ARE
AND CANNOT BE DISTRICTED, I AM EXPOSED TO COVID
I CANT ____ ACCESS _____ PATIO ___ WAS CAPACITY
LOCATED IN A CELL WITH DISTRESSED COVID PATIENT
PLEASE I AM ASKING FOR RELEASE TO MY CUSTODY
AS _____ CURRENT CHARGES

Inmate Signature / *Firma de Preso*        10/1/200_
                                           Date / *Fecha*

---

### THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: SGT. R. MADDEN        502        10/02/24        0745
             Signature of receiving staff member   ARJIS #   Date   Time

Entered in JIMS: _____ _____ _____
                  Date        Time         JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☒ This submission is not a grievance:
  ☐ It is an appeal of discipline—JIMS Incident # _____  JIMS Appeal Hearing # _____
  ☐ It is a complaint against staff—JIMS Incident # _____ (Refer to Detentions P&P Section N.1)
  ☒ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request: YOUR CHARGES/COURT PROCEEDINGS ETC. (RELEASE) CAN NOT
BE GRIEVED. THE JAIL IS OPERATING IN ACCORDANCE WITH C-19 REGULATIONS AT THE
FEDERAL, STATE, AND LOCAL LEVELS.



**San Diego County**
# SHERIFF'S DEPARTMENT

*LIEUTENANT*

*SIMS #214001296*

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ   ☒ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From: RODRIGUEZ PEDRO LUIS        14745493        2B-106
*De:*  Name (Last, First, Middle)       Booking Number    Housing Unit
       *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about:  ☐ Jail Procedures  ☒ Jail Conditions  ☐ Medical  ☐ PREA  ☐ Other _____
*La queja es acerca:*  *Procedimientos de*  *Condiciones de*  *Médico*         *Otro*
                       *la Cárcel*           *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*  11/4/2021  SMS #214001296

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

PURSUANT TO ATTORNEY GENERAL XAVIER BECERRA INFORMATION BULLETIN
2020-DLE-5, 4/4/2020 EXPLAINING SHERIFF'S AUTHORITY UNDER GOVT.
CODE SECTION 8658 AND CLOSELY IN RE STOICHE MEMORING SAFE
CONDITIONS DURING A COVID-19 OUTBREAK, PRISONER IS NON QUARANTINED
AND GRANTED BAIL, DOES NOT COMPLY WITH COVID-19 PROTOCOLS FOR SOCIAL
DISTANCING. PLUS AS A CDCR PRISONER TRANSFER I AM NOT RECEIVING
THE SAME BENEFITS AS WHICH I AM HOUSED, AT UNDER STATE PRISON
I AM CURRENTLY QUARANTINED AFTER EXPOSURE, THIS IS A DENYING FOR
RELEASE PER IN RE STOICHE AND GOVT CODE 8658
                              11/4/2021

Inmate Signature / *Firma de Preso*          Date / *Fecha*

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____
             Signature of receiving staff member   ARJIS #    Date    Time

Entered in JIMS: _____
                 Date          Time          JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
   ☐ The inmate's health or safety is unfairly impacted by a condition of confinement
   ☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
   ☐ It is an appeal of discipline—JIMS Incident # _____  JIMS Appeal Hearing # _____
   ☐ It is a complaint against staff—JIMS Incident # _____  (Refer to Detentions P&P Section N.1)
   ☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)   **Original goes to booking jacket**   **Copy goes to inmate after being signed by staff member**



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ   ☒ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

**From:** _Ramirez Ycob_   _19/43493_   _2B-106_
**De:**   Name (Last, First, Middle)      Booking Number      Housing Unit
     *Nombre (Apellido, Primero, Segundo)*      *Número de ficha*      *Unidad de alojamiento*

Grievance is about: ☐ Jail Procedures ☒ Jail Conditions ☐ Medical ☐ PREA ☐ Other _____
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*       *Otro*
     *la Cárcel*      *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:* _SNS # 21400/372 cuung_

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

_Pursuit to Attorney General Xavier Becerra Information Bulletin 2020-Dec-5 9/17/2020_
_Explains and Simplifys inland under Gov Code Sect 8658 inmates and in the van that_
_counties cc123 mco 270cal iim 3/125, sec____ 53, 2____ are due to the counties_
_during a county outbreak the prison is compulsory entry to county. Inmates are_
_being held and not comply with county policies for____ and____ A.G. Code IB._
_Transfers. I'm not receiving the same benefits as____ I was housed in a_____
_state prison. This is a denied the benefits per Gov Code 8658, inmates state,____
_the____ can commit to the over Lisa and security reasons. Cal____ for_
_sns 4,2,8,5,3 complaint etc_

_____ _11/24/2021_
Inmate Signature / *Firma de Preso*      Date / *Fecha*

---

### THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _G.R._   _7802_   _11-27-21_   _0759_
     Signature of receiving staff member      ARJIS #      Date      Time

Entered in JIMS: _____   _____   _____
     Date      Time      JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
   ☐ The inmate's health or safety is unfairly impacted by a condition of confinement
   ☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
   ☐ It is an appeal of discipline—JIMS Incident # _____ JIMS Appeal Hearing # _____
   ☐ It is a complaint against staff—JIMS Incident # _____ (Refer to Detentions P&P Section N.1)
   ☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)    **Original goes to booking jacket**      **Copy goes to inmate after being signed by staff member**

ATTACHMENT I

ATTACHMENT 'I'

ATTACHMENT "I"
EXHAUSTIVE GRIEVANCE
RECORDS AND



# SAN DIEGO SHERIFF'S DEPARTMENT
# GRIEVANCE RESPONSE

Inmate Name: Pedro Rodriguez #14745493

TO: P. Rodriguez #14745493

FROM: Lt. Bejarano #4018

RE: Grievance #214001396

Mr. Rodriguez,

In regard to your appeal of findings in relation to Grievance #214001396, I have reviewed your original grievance and Sgt. Bernal's response and uphold those findings.

Your appeal to the removal of contraband items (stamps) from "Legal" mail is based upon your claim of having been granted pro per/pro se status in Federal District Court. While pro per stats does grant you certain privileges, it does not exempt you from the rules regarding the contraband and facility security. That being said, you were not factual in your appeal as you have not been granted Propria Persona Status. Despite the fact you have requested pro per status for the 21-cv-01442 matter only, at this point the court has not ruled on your motion and thus have not granted you pro per status.

If you are granted pro per status by the court, please understand San Diego Sheriff Policy grants pro per privileges for current criminal cases only.

| Staff Name / ARJIS (print) | Lt. Bejarano #4018 | Inmate Name (print) | Pedro Rodriguez |
|---|---|---|---|
| Signature | Dane Bejarano Digitally signed by Dane Bejarano Date: 2021.12.13 08:50:01 -08'00' | Signature | |
| Facility/Unit | 2B-106 | Facility | George Bailey |
| JIMS Grievance # | 21001396 | Booking # | 14745493 |
| Date | 12/13/2021 | Date | 12/13/2021 |

J-10   06/2021



# SAN DIEGO SHERIFF'S DEPARTMENT
# GRIEVANCE RESPONSE

Inmate Name: Pedro Rodriguez 14745493

I find the previous replies sent to you by Sgt. Bernal and by Lt. Bejarano to be appropriate.

| Staff Name / ARJIS (print) | A. Kheeshaw | Inmate Name (print) | Pedro Rodriquez |
|---|---|---|---|
| Signature | | Signature | 8 |
| Facility/Unit | GBDF | Facility | GDDF |
| JIMS Grievance # | 214001396 | Booking # | 14745453 |
| Date | 12-20-21 | Date | 12/20/2021 |

J-10   06/2021



# San Diego County
# SHERIFF'S DEPARTMENT

LEVEL 5B5

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ   ☐ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From: RODRIGUEZ PEDRO LUIS ___ 14745493 ___ SD CECC3
*De:*
Name (Last, First, Middle)          Booking Number      Housing Unit
*Nombre (Apellido, Primero, Segundo)   Número de ficha   Unidad de alojamiento*

Grievance is about:  ☒ Jail Procedures  ☐ Jail Conditions   ☐ Medical   ☐ PREA  ☐ Other
*La queja es acerca:*  *Procedimientos de  Condiciones de*   *Médico*              *Otro*
                      *la Cárcel       la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:* 10/7/2021

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

I NEED MEANINGFUL REDRESS WITH THE COURT
PER THE FIRST AMENDMENT CENTRAL JAIL HAS INFORM
ME MY FAMILY CANNOT MAIL IN STAMPS, ENVELOPES
AND PAPER, I NEED STAMPS PAPER AND ENVELOPES
SO I CAN WRITE THE DISTRICT COURT AND FILE
LAWSUITS IN THE STATE COURT I NEED PAPER
STAMPS AND ENVELOPES ESPECIALLY FOR COURT COMMUNICATION
I NEED TO TALK TO THE COURTS AND I NEED
THAT PROVIDED OR LET ME PAY FOR A SUBPOENA

Inmate Signature / *Firma de Preso*                    10/7/2021
                                                       Date / *Fecha*

---

### THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: ___CC___  3223  10/7/21  0920
         Signature of receiving staff member   ARJIS #   Date   Time

Entered in JIMS: _____  _____  _____
                 Date      Time     JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement.
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☒ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # _____  JIMS Appeal Hearing # _____
☐ It is a complaint against staff—JIMS Incident # _____  (Refer to Detentions P&P Section N.1)
☒ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request: These items can be purchased
through commissary.

J-22 (Rev 1/15)   **Original goes to booking jacket**   **Copy goes to inmate after being signed by staff member**



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ   ☒ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From: _Robiade Zoo Luis_   _1143893_   _28-100_
De:   Name (Last, First, Middle)   Booking Number   Housing Unit
      *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about:   ☐ Jail Procedures   ☒ Jail Conditions   ☐ Medical   ☐ PREA   ☐ Other
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*   *Otro*
      *la Cárcel*   *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*   _9/20/2021   3 min_

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

_9/20/24 Como Around sum in to N.C 18 Asst._
_Around the LCDR Apre us 1300 in Battle to structure_
_From To sink in catch 21-00 the soul_
_IV som om on outs of in Mean Correcto_
_Deliverd officer Packed the 1300 in police solution_
_By Ministro Judice Ramirez the Resolucion_
_Ramir Rio People & County (1966) 65 C 197 the month_
_is Agree in no in_
_consejo carrier haste of in_

_____   _9/20/24_
Inmate Signature / *Firma de Preso*   Date / *Fecha*

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____   _____   _____   _____
      Signature of receiving staff member   ARJIS #   Date   Time

Entered in JIMS: _____   _____   _____
      Date   Time   JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐   The inmate's health or safety is unfairly impacted by a condition of confinement
☐   A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐   This submission is not a grievance:
☐   It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
☐   It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
☐   It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:



LIEUTENANT
JIMS# 214001396

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
### *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ   ☒ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From:   Rodriguez, Jason Luis                14745473                 23-106
De:     Name (Last, First, Middle)          Booking Number           Housing Unit
        *Nombre (Apellido, Primero, Segundo)*  *Número de ficha*      *Unidad de alojamiento*

Grievance is about:   ☐ Jail Procedures   ☐ Jail Conditions   ☐ Medical   ☐ PREA  ☐ Other
*La queja es acerca:*  *Procedimientos de*  *Condiciones de*  *Médico*              *Otro*
                       *la Cárcel*          *la Cárcel*
                                                               LIEUTENANT
Date and Time of Incident / *Fecha y hora del incidente:*   11/23/21   2ND LEVEL / 1946

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

THIS APPEAL OF GRIEVANCE RESOLVE JIMS# 214001396 I AM PRO PER
IN FEDERAL DISTRICT COURT CASES SOUTHERN DISTRICT 3:21-CV-01742-13:05-9503;
21-CV-1395 SLS AMG; 21-CV-1443. REGARDLESS, U.S. STAMPS CANNOT BE CONSIDERED
CONTRABAND AS STAMPS ARE SOLD ON THE CANTEEN. THE PETITIONER IS
ENTITLED TO USE ALL RESOURCES AT HIS DISPOSAL PER PEUKE V CRAVEN (1960),
66 C2d 199; GIDEON V WAINWRIGHT (1963) 372US 335. THE PETITIONER HAS
AN 1ST AMENDMENT RIGHT TO CORRESPONDENCE MAIL TO CORRESPONDENCE
WITH THE COURTS AT THE SHERIFF'S EXPENSE, BOUNDS V SMITH (1977) 430US 817,819

                                         12/5/2021
_____          _____
Inmate Signature / *Firma de Preso*       Date / *Fecha*

---

### THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____     2835      12/6/21    1042
             Signature of receiving staff member   ARJIS #    Date      Time

Entered in JIMS: _____  _____  _____
                 Date          Time           JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐   The inmate's health or safety is unfairly impacted by a condition of confinement
☐   A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
  ☐   It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
  ☐   It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
  ☐   It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---



**San Diego County**
# SHERIFF'S DEPARTMENT

*BOOKING CAPTAIN*
*Sins# 21001369*
*12/13/21*

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
### *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ   ☒ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From: RODRIGUEZ PEDRO LUIS          19745493          23-106
*De:*   Name (Last, First, Middle)      Booking Number      Housing Unit
*Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about: ☒ Jail Procedures  ☐ Jail Conditions  ☐ Medical  ☐ PREA  ☐ Other
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*          *Otro*
                        *la Cárcel*          *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:* 3rd LEVEL APPEAL OF SINS 21001396

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

THIS IS THIRD LEVEL APPEAL OF GRIEVANCE RESPONSE # 21001396 DATED 12/13/2021, PER ATTACHED
MOTIONS I AM PRO SE IN CASES 3:21-CV-01395, 21CV01442, 21-CV-1443, I HAVE THREE
PENDING MOTIONS IN SOUTHERN DISTRICT COURT ON ALL THREE CASES FOR A COURT ORDER TO
SAN DIEGO SHERIFFS TO RECOGNIZE THE PETITIONERS PROPER STATUS AS THE COURT ALREADY
DOES, CASES 21-CV-01442/3:21-CV-01395 ARE DIRECT COLLATERAL ATTACKS, WRITS OF
CORPUS WHICH HAVE BEEN USED AGAINST THE PETITIONERS CURRENT CONVICTION, THIS PETITIONERS
CLAIM HAS MERIT. SUSTAINED PRISONER LEGAL NEWS V SAN DIEGO SHERIFFS (CITE ORDERED)
STAMPS ARE NOT CONTRABAND AND THIS PETITIONER HAS A RIGHT TO ALL RESOURCES
                                                    (ATTACHED PROOF OF CASES)

_____          12/13/2021
Inmate Signature / *Firma de Preso*      Date / *Fecha*

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____   7800      12-16-21   2043
             Signature of receiving staff member   ARJIS #   Date   Time

Entered in JIMS: 12-16-21   2113   21001444
                 Date   Time   JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # _____ JIMS Appeal Hearing # _____
☐ It is a complaint against staff—JIMS Incident # _____ (Refer to Detentions P&P Section N.1)
☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

_____

---

J-22 (Rev 1/15)   **Original goes to booking jacket**      **Copy goes to inmate after being signed by staff member**



[illegible] CAPTAIN
JIMS # 21001369
12/13/21

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ ☒ GBDF ☐ EMRF ☐ LCDRF ☐ SBDF ☐ VDF ☐ FAC8

From: / *De:* [illegible] — 19745493 — 2D-106

Name (Last, First, Middle) / *Nombre (Apellido, Primero, Segundo)* | Booking Number / *Número de ficha* | Housing Unit / *Unidad de alojamiento*

Grievance is about: / *La queja es acerca:* ☒ Jail Procedures / *Procedimientos de la Cárcel* ☐ Jail Conditions / *Condiciones de la Cárcel* ☐ Medical / *Médico* ☐ PREA ☐ Other / *Otro* ______

Date and Time of Incident / *Fecha y hora del incidente:* 3RD LEVEL / APPEAL OF JIMS 21001396

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

THIS IS THIRD LEVEL APPEAL OF GRIEVANCE RESPONSE # 21001396 DATED 12/13/2021, PER [illegible] ACTIONS I AM PRO SE IN CASES 3:21-CV-01395, 21CV01442, 21-CV-1443, I HAVE THREE PENDING MOTIONS IN SOUTHERN DISTRICT COURT ON ALL THREE CASES FOR A COURT ORDER TO SAN DIEGO SHERIFFS TO RECOGNIZE THE PETITIONERS PRO PER STATUS AS THE COURT [illegible] DOES. CASES 21-CV-01442/3:21-CV-01395 ARE DIRECT COLLATERAL ATTACKS, [illegible] CORPUS WHICH HAVE BEEN USED AGAINST THE PETITIONERS CURRENT CONVICTION THIS PETITIONER CLAIM HAS MERIT JUSTICE [illegible] PRISONER LEGAL NEWS V SAN DIEGO SHERIFFS [illegible] STAMPS ARE NOT CONTRABAND AND THIS PETITIONER HAS A RIGHT TO THE RESOURCES ([illegible])

Inmate Signature / *Firma de Preso* [signature]    Date / *Fecha* 12/15/2021

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: [signature] — 7300 — 12-16-21 — 2043

Signature of receiving staff member | ARJIS # | Date | Time

Entered in JIMS: ______ ______ ______

Date | Time | JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # ______ JIMS Appeal Hearing # ______
☐ It is a complaint against staff—JIMS Incident # ______ (Refer to Detentions P&P Section N.1)
☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request:

ATTACHMENT "J"

ATTACHMENT "J"

ATTACHMENT "J"
PETITIONERS LEGAL
WORK PRODUCT IS
CONFISCATED



# SAN DIEGO SHERIFF'S DEPARTMENT
# GRIEVANCE RESPONSE

Inmate Name: Pedro Rodriguez

Mr. Rodriguez,

After researching all records and interviewing previous staff related to your original request and subsequent grievances, I am denying your appeal. I'm doing so based on the information I gathered from documentation and statements of staff I interviewed.

On October 15, 2021, you were provided an opportunity to obtain any legal documents you felt necessary and three books. On that date, you agreed with the conditions explained to you by the deputy with you during this process. The deputy explained this was your one and only opportunity to gather items you needed, and the property would be stored and secured. You acknowledged that you understood and agreed to those conditions.

Because your bulk property is stored and secured at another facility and the restricted movement of incarcerated persons during the current COVID outbreak, no exceptions will be made absent a court order (i.e., granting propria persona status) to take you to the San Diego Central Jail. Furthermore, the amount and mass of your property, combined with the precautions that must be taken to ensure proper accounting of your property, prohibits the department from moving your property from storage. In short, there is no practical means for you to access your property to remove any other legal documentation. Allowing you to access any of your stored documents absent pro per status is against department policy.

You have received sufficient explanation from the previous staff responses detailing why your initial request, and subsequent grievances were denied. Please refer to those responses. Finally, any access to your stored legal work must be facilitated through your legal representative.

| Staff Name / ARJIS (print) Signature | Gardenhire/3301 | Inmate Name (print) Signature | Pedro Rodriguez |
|---|---|---|---|
| Facility/Unit | GBDF | Facility | GBDF |
| JIMS Grievance # | 224000124 | Booking # | 14745493 |
| Date | 01/30/2022 | Date | 01/31/2022 |

J-10   03/2021

ATTACHMENT 'K'

ATTACHMENT 'K'

ATTACHMENT 'K'

ATTACHMENT 'K'
FAILURE TO
VET INMATES
6/23/2022

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
### *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ    ☐ GBDF    ☐ EMRF    ☐ LCDRF    ☐ SBDF    ☐ VDF    ☐ FAC8

**From:** RODRIGUEZ PEDRO LUIS        14745493        4B-CELL 4
*De:*     Name (Last, First, Middle)      Booking Number      Housing Unit
          *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about:  ☒ Jail Procedures   ☐ Jail Conditions   ☐ Medical   ☐ PREA   ☐ Other _____
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*
                         *la Cárcel*             *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:* ___6/23/2022___

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

I AM A CLASS ACTION MEMBER OF CASE DUNSMORE V
SAN DIEGO COUNTY SHERIFFS DEPT #3:20-CV-00406. 6/23/2022
AT 8:30PM THROUGH IMPROPER AND INADEQUATE SCREENING,
AND BY THE FAULT OF THE SAN DIEGO SHERIFFS DEPT I WAS
ASSAULTED BY ANOTHER INMATE, INSTEAD OF REMOVING HIM
WHO ALREADY HAD PROBLEMS WITH ANOTHER INMATE IN THE SAME
MODULE FUND WAS ALLOWED TO STAY AND I HAVE BEEN MOVED
TO 4TH FLOOR ISOLATION AND UNABLE TO CONTACT FAMILY OR ALLOWED
TO DISCUSS MY CASE AND THE CURRENT ASSAULT CASE

_____        6/24/2022
Inmate Signature / *Firma de Preso*        Date / *Fecha*

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by: _____    0825    06/25/22    0507
            Signature of receiving staff member    ARJIS #    Date    Time

Entered in JIMS: _____    _____    _____
                 Date                Time                JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐  The inmate's health or safety is unfairly impacted by a condition of confinement
☐  A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐  This submission is not a grievance:
    ☐  It is an appeal of discipline—JIMS Incident # _____    JIMS Appeal Hearing # _____
    ☐  It is a complaint against staff—JIMS Incident # _____    (Refer to Detentions P&P Section N.1)
    ☐  It is an inmate request—respond in writing below.  (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

_____
_____

J-22 (Rev 1/15)   **Original goes to booking jacket**    **Copy goes to inmate after being signed by staff member**

VERIFICATION

CASE DUNSMORE V SHERIFF'S DEPT 3:20-CV-00406

I PEDRO RODRIGUEZ DECLARE:
I AM THE PETITIONER IN THE ABOVE-ENTITLED MATTER
I HAVE READ THE FOREGOING MOTION TO INTERVENE
AND KNOW THE CONTENTS THEREOF

THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT
AS TO THOSE MATTERS WHICH ARE THEREIN STATED ON
INFORMATION AND BELIEF, AND AS TO THOSE MATTERS,
I BELIEVE IT TO BE TRUE.

EXECUTED ON JUNE 27 2022 AT SANDIEGO
CENTRAL JAIL, SAN DIEGO COUNTY, CALIFORNIA.

I DECLARE (OR CERTIFY) UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT

PEDRO RODRIGUEZ
IN PRO SE

6/27/2022

PROOF OF SERVICE

I PEDRO RODRIGUEZ DECLARE,
I AM OVER 18 YEARS OF AGE AND NOT A PARTY
TO THIS ACTION. I AM A PRISONER OF   SAN DIEGO CENTRAL JAIL
                                     1173 FRONT ST
                                     SAN DIEGO CA 92101-3904
                                     7A - CELL 9

ON  6/27/2022
I SERVED THE ATTACHED "MOTION TO INTERVENE,
PRESENT CLAIMS, AND COME INTO THE ACTION" ON THE
PARTIES HEREIN BY PLACING TRUE AND CORRECT COPIES
THEREOF, ENCLOSED IN A SEALED ENVELOPE, WITH POSTAGE
THEREON FULLY PAID, HAND DELIVERED TO A SAN DIEGO
SHERIFFS DEPUTY FOR MAIL TO; UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF CA
                              333 WEST BROADWAY
                              SUITE 420
                              SAN DIEGO, CA 92101

I DECLARE UNDER PENALTY OF PERJURY UNDER THE
LAWS OF THE UNITED STATES THAT THE FOREGOING
IS TRUE AND CORRECT

6/27/2022                PEDRO RODRIGUEZ
                         IN PRO SE



PEDRO RODRIGUEZ 19745973
SAN DIEGO CENTRAL JAIL
1173 FRONT ST.
SAN DIEGO CA 92101-3901
   7A-CELL 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CA
333 WEST BROADWAY
SUITE 420
SAN DIEGO CA 92101
   ATTN: CLERK

