

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore et al.

**Plaintiff,**

V.

San Diego County Sheriff's Department et al.

**Defendant.**

FILED

2022-07-05

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:            J. Olsen  , Deputy

Civil No.  20-cv-406-AJB-WVG

**STRICKEN DOCUMENT:**

NOTICE of Voluntary Dismissal

**Per Order #   186**

185