GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:     ggrunfeld@rbgg.com
           vswearingen@rbgg.com
           pkaul@rbgg.com
           eanderson@rbgg.com
           hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email:     ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MID-AMERICA HEALTH, INC.**<br><br>Judge:   Hon. Anthony J. Battaglia |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California  92101-4297
Telephone:  (619) 699-2700
Facsimile:   (619) 699-2701
Email:        christopher.young@dlapiper.com
              isabella.neal@dlapiper.com
              oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California  92103-6330
Telephone:  (619) 232-2121
Email:        bvakili@aclu-sdic.org
              jmarkovitz@aclu-sdic.org

Attorneys for Plaintiffs

Case No. 3:20-cv-00406-AJB-WVG
JOINT MOTION FOR VOL. DISMISSAL WITHOUT PREJUDICE OF DEF. MID-AMERICA HEALTH, INC.

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Darryl Dunsmore, Ernest Archuleta, Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, and Laura Zoerner and Defendant Mid-America Health, Inc. ("Mid-America") jointly move to voluntarily dismiss Mid-America from this action without prejudice.

DATED:  July 7, 2022        ROSEN BIEN GALVAN & GRUNFELD LLP

                            By: */s/ Van Swearingen*
                                Van Swearingen

                            Attorneys for Plaintiffs

DATED:  July 7, 2022        TAFT STETTINIUS & HOLLISTER LLP

                            By: */s/ James R.A. Dawson*
                                James R.A. Dawson

                            Attorneys for Defendant
                            Mid-America Health, Inc.

### SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

DATED:  July 7, 2022        ROSEN BIEN GALVAN & GRUNFELD LLP

                            By: */s/ Van Swearingen*
                                Van Swearingen

                            Attorneys for Plaintiffs