UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT MID-AMERICA HEALTH, INC.** |

Case No. 3:20-cv-00406-AJB-WVG

ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT MID-AMERICA HEALTH, INC.

# ORDER

Pending before the Court is Plaintiffs' and Defendant Mid-America Health, Inc.'s Joint Motion for Voluntary Dismissal of Defendant Mid-America Health pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Joint Motion").

Having considered the Joint Motion and the record in this case, the Court GRANTS the Joint Motion. Defendant Mid-America Health, Inc. is hereby dismissed from this action without prejudice.

**IT IS SO ORDERED.**

Dated: July 11, 2022

Hon. Anthony J. Battaglia
United States District Judge

[4121025.1]

1

Case No. 3:20-cv-00406-AJB-WVG

ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT MID-AMERICA HEALTH, INC.