GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN &
GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:      ggrunfeld@rbgg.com
            vswearingen@rbgg.com
            pkaul@rbgg.com
            eanderson@rbgg.com
            hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California  94704-1165
Telephone:  (510) 806-7366
Facsimile:  (510) 694-6314
Email:      ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

PEDRO RODRIGUEZ
PRO SE
VISTA DETENTION FACILITY
325 South Melrose Drive Vista,
CA 92081

Petitioner

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON MOTION TO INTERVENE**<br><br>Judge:    Hon. Anthony J. Battaglia<br><br>Trial Date:  None Set |

1  (*counsel continued from preceding page*)

2  CHRISTOPHER M. YOUNG – 163319
   ISABELLA NEAL – 328323
3  OLIVER KIEFER – 332830
   DLA PIPER LLP (US)
4  401 B Street, Suite 1700
   San Diego, California 92101-4297
5  Telephone: (619) 699-2700
   Facsimile: (619) 699-2701
6  Email: christopher.young@dlapiper.com
          isabella.neal@dlapiper.com
7         oliver.kiefer@dlapiper.com

8  BARDIS VAKILI – 247783
   JONATHAN MARKOVITZ – 301767
9  ACLU FOUNDATION OF SAN DIEGO &
   IMPERIAL COUNTIES
10 2760 Fifth Avenue, Suite 300
   San Diego, California 92103-6330
11 Telephone: (619) 232-2121
   Email: bvakili@aclu-sdic.org
12        jmarkovitz@aclu-sdic.org

13 Attorneys for Plaintiffs

Pursuant to the Court's Civil Case Procedures § II(c), Plaintiffs Darryl Dunsmore, Ernest Archuleta, Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, and Laura Zoerner ("Plaintiffs") and Petitioner Pedro Rodriguez (collectively, the "Parties") respectfully request an order extending the briefing schedule for Mr. Rodriguez's pending Motion to Intervene (Dkt. No. 183).

On June 30, 2022, Mr. Rodriguez filed a Motion to Intervene in this action (the "Motion"), and the Court subsequently set a briefing schedule for the Motion on July 11, 2022.  (Dkt. Nos. 183, 189.)  Currently, Plaintiffs' response to the Motion is due by July 25, 2022, and Mr. Rodriguez's reply is due by August 8, 2022.

On July 16, 2022, counsel for Plaintiffs met and conferred with Mr. Rodriguez regarding his Motion.  (Declaration of Isabella Neal in Support of Joint Motion to Extend Briefing Schedule on Motion to Intervene ("Neal Decl."), ¶¶ 2-3.)  It appears that the Motion seeks to address many of the same issues that are the subject of Plaintiffs' Second Amended Complaint (Dkt. No. 81), including some issues in the pending Motions for Preliminary Injunction and Provisional Class Certification (Dkt. No. 119.)  The Parties are currently exploring whether Mr. Rodriguez's concerns can be addressed more efficiently through collaboration with Plaintiffs than through intervention in this action, in which case Mr. Rodriguez's Motion may not be necessary.  (Neal Decl., ¶ 4.)  However, the Parties will not be able to make this determination before Plaintiffs' response to Mr. Rodriguez's Motion is due.  (*Id.,* ¶¶ 5-6.)  Accordingly, good cause exists to extend the briefing schedule on Mr. Rodriguez's Motion because inefficiency will result if the Parties are required to respond to a motion that is later withdrawn.  (*Id.*, ¶ 7.)  Mr. Rodriguez is also incarcerated and does not always receive legal mail promptly.  As of July 16, 2022, he had not received the Court's July 11, 2022 order setting the briefing schedule.  (*Id.*, ¶ 8.).  This factor also provides good cause to extend the briefing schedule on the Motion.

For the foregoing reasons, the Parties jointly request an order extending the briefing schedule on Mr. Rodriguez's Motion, such that Plaintiffs' response to Mr. Rodriguez's Motion is due on August 24, 2022 and Mr. Rodriguez's reply is due on September 21, 2022.

DATED: July 19, 2022

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Van Swearingen
    Van Swearingen

Attorneys for Plaintiffs

DATED: July 19, 2022

By: _____
    Pedro Rodriguez, Pro Se

Petitioner