GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF ISABELLA NEAL IN SUPPORT OF JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON MOTION TO INTERVENE**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Trial Date: None Set |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email: christopher.young@dlapiper.com
 isabella.neal@dlapiper.com
 oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California 92103-6330
Telephone: (619) 232-2121
Email: bvakili@aclusandiego.org
 jmarkovitz@aclusandiego.org

Attorneys for Plaintiffs

I, Isabella Neal, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm DLA Piper LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' and Pedro Rodriguez's (collectively, the "Parties") Joint Motion to Extend Briefing Schedule on Motion to Intervene.

2. On July 16, 2022, I met with Mr. Rodriguez at Vista Detention Facility to discuss his Motion to Intervene (the "Motion") filed on June 30, 2022.

3. At that meeting, Mr. Rodriguez and I discussed the similarity of issues between Mr. Rodriguez's Motion, Plaintiffs' Second Amended Complaint (Dkt. No. 81) and Plaintiffs' pending Motions for Preliminary Injunction and Provisional Class Certification (Dkt. No. 119). Given this similarity, the Parties discussed the possibility of Mr. Rodriguez collaborating with Plaintiffs rather than seeking to intervene.

4. The Parties agreed that, if Mr. Rodriguez's concerns can be adequately addressed through collaboration with Plaintiffs, his Motion may be unnecessary. The Parties will continue exploring this possibility, which will require additional meetings with Mr. Rodriguez.

5. These meetings will take time because I must travel to Vista Detention Facility (or another jail in San Diego County, if Mr. Rodriguez is transferred) for each meeting. Additionally, Plaintiffs' efforts are currently focused on preparing for the upcoming hearing on Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification, which is scheduled for August 11, 2022 at 2:00 p.m. (Dkt. No. 154.)

6. The Parties will not be able to determine whether Mr. Rodriguez's Motion is necessary before July 25, 2022, when Plaintiffs' response to Mr. Rodriguez's Motion is due.

7. Inefficiency will result if Plaintiffs are required to respond to a motion that is later withdrawn.

8. As of July 16, 2022, Mr. Rodriguez had not received the Court's July 11, 2022 order setting the briefing schedule on Mr. Rodriguez's Motion.

9. Accordingly, the Parties have agreed to jointly request an order extending the briefing schedule on Mr. Rodriguez's Motion, such that Plaintiffs' response to Mr. Rodriguez's Motion is due on August 24, 2022 and Mr. Rodriguez's reply is due on September 21, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego, California this 19th day of July, 2022.

By: _____
Isabella Neal