UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON MOTION TO INTERVENE** |

Case No. 3:20-cv-00406-AJB-WVG

WEST\299356223.1

The Court, having considered Plaintiffs' and Petitioner's Joint Motion to Extend Briefing Schedule on Motion to Intervene, and good cause appearing, **GRANTS** the motion and makes the following findings and order.

**THE COURT HEREBY FINDS:**

1. On June 30, 2022, the Court issued a briefing schedule on Pedro Rodriguez's Motion to Intervene (the "Motion"), pursuant to which Plaintiffs' response to the Motion was due by July 25, 2022, and Mr. Rodriguez's reply was due by August 8, 2022.

2. Good cause exists to extend this briefing schedule to allow the Parties time to explore whether Mr. Rodriguez's Motion is necessary.

**WHEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Parties' Joint Motion to Extend Briefing Schedule on Motion to Intervene is GRANTED.

2. The briefing schedule is extended. Plaintiffs' response to Mr. Rodriguez's Motion is due on August 24, 2022, and Mr. Rodriguez's reply is due on September 21, 2022.

**IT IS SO ORDERED.**

Dated: July 20, 2022

Hon. Anthony J. Battaglia
United States District Judge