

**San Diego County**
**SHERIFF'S DEPARTMENT**
**INMATE STATIONERY**

FILED
Jul 18 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ shellyy   DEPUTY

IT IS IMPORTANT for the person receiving this letter to read the opposite side.
ES IMPORTANTE que al recibir esta carta lea el reverso de esta página.

| Inmate's Name: Nombre del Recluso: | Booking No.: Número: | Facility: Cárcel: | Housing Unit: Unidad: |
|---|---|---|---|
| PEDRO RODRIGUEZ | 14745993 | ~~SDCJ~~ VISTA DETENTION | E2-CELL 7 |

```
                    IN THE UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF CA
PEDRO RODRIGUEZ
     PETITIONER                    CASE 20-CV-0406
DUNSMORE                           REQUEST FOR JUDICIAL
     PLAINTIFF                     NOTICE
V
SAN DIEGO SHERIFFS DEPT,
     DEFENDANT
```

I PEDRO RODRIGUEZ UPON REQUEST TO INTERVENE REQUEST THE COURT JUDICIALLY NOTICE

THAT I PEDRO RODRIGUEZ HAVE BEEN TRANSFERRED TO ~~SAN DIEGO~~ VISTA DETENTION FACILITY 325 S MELROSE DRIVE VISTA CA 92081 CELL E2-7 WHERE THERE IS INSUFFICIENT LIGHT TO SEE OR READ, I AM PREVENTED FROM PARTICIPATING IN COURT PROCEEDINGS AS PROPERTY WITH ME WHICH WAS VARIOUS CORRESPONDENCE AND MOTIONS FROM THE COURTS PLUS 4 REFERENCE BOOKS I HEAVILY RELY ON WERE NOT TRANSFERRED WITH ME.

J-56 (Rev. 5/13)                    1 OF 2



# San Diego County
## SHERIFF'S DEPARTMENT
### INMATE STATIONERY

IT IS IMPORTANT for the person receiving this letter to read the opposite side.
ES IMPORTANTE que al recibir esta carta lea el reverso de esta página.

| Inmate's Name: Nombre del Recluso: | Booking No.: Número: | Facility: Cárcel: | Housing Unit: Unidad: |
|---|---|---|---|
| PEDRO RODRIGUEZ | 14745493 | VISTA DETENTION | E2-CELL 7 |

1. I HAVE NOTHING PRESENTLY TO DEFEND MYSELF. THERE
2. IS NO LAWYER DIRECTORY, NO CASELAW, THE UNIT I WAS
3. WORKING ON IS GONE ALSO. THE SUPERIOR COURT ARGUES
4. WITH ME I AM ONLY SERVING A MISDEMEANOR SENTENCE, IT
5. FAILS TO RECOGNIZE THAT SENTENCE IS 15 YEARS
6. 6 MONTHS FOR CONTEMPT, THE LENGTH OF THIS DRACONIAN
7. SENTENCE IS NEVER MENTIONED, NOW I HAVE NO PENCIL,
8. NO PAPER, NO POSTAGE AGAIN, I AM HOUSED IN THE DARK
9. WRITING BY NIGHT LIGHT AND MY RECENT PROPERTY
10. IS MISSING. VISTA DETENTION FACILITY IS NOT ADA
11. ACCESSIBLE, THERE NO GRAB BARS IN THE SHOWER,
12. I CAN'T SEE WHAT I AM WRITING. I AM FALLING DOWN. "A"
13. THIS IS RETALIATION FOR AIDING OTHER DISABLED
14. INMATES AND COMPLAINING ABOUT BEING EXPOSED TO COVID-19
15. ON QUARANTINE/RECEPTION FLOOR WITH CONSTANT NEW
16. PRISONERS ARRIVING FROM THE STREET.
17. IT WAS PREVIOUSLY DECIDED IN CASE 21-CV-01442
18. THAT BEING HOUSED HERE WAS INADEQUATE TO SELF
19. REPRESENTATION, AND CASE 21-CV-1443 IT WAS DIRECTED
20. I BE GRANTED PROPER STATUS NOW I HAVE NOTHING,
21. I AM NOT RECEIVING LEGAL MAIL, I AM HOUSED IN
22. A DARK WINDOWLESS CELL WITH NOTHING.   PEDRO RODRIGUEZ
          2 OF 2       7/12/2022        [signature]

J-56 (Rev. 5/13)



# San Diego County
# SHERIFF'S DEPARTMENT
## INMATE STATIONERY

IT IS IMPORTANT for the person receiving this letter to read the opposite side.
*ES IMPORTANTE que al recibir esta carta lea el reverso de esta página.*

| Inmate's Name: / Nombre del Recluso: | Booking No.: / Número: | Facility: / Cárcel: | Housing Unit: / Unidad: |
|---|---|---|---|
| PEDRO RODRIGUEZ | 14745453 | VISTA DETENTION | EZ-CELL 7 |

VERIFICATION

DUNSMORE V SAN DIEGO SHERIFFS DEPT 20-CV-0406

I PEDRO RODRIGUEZ AM A PETITIONER IN THIS MATTER BY MEANS OF PERMISSION TO INTERVENE. I DECLARE THE STATEMENTS IN REQUEST FOR JUDICIAL NOTICE TO BE TRUE.

DECLARED 7/12/2022 AT VISTA DETENTION FACILITY SAN DIEGO COUNTY CA

I DECLARE UNDER PENALTY OF PERJURY THE FOLLOWING TO BE TRUE AND CORRECT

PEDRO RODRIGUEZ
IN PRO SE

J-56 (Rev. 5/13)



# San Diego County
# SHERIFF'S DEPARTMENT
## INMATE STATIONERY

IT IS IMPORTANT for the person receiving this letter to read the opposite side.
*ES IMPORTANTE que al recibir esta carta lea el reverso de esta página.*

| Inmate's Name: / Nombre del Recluso: | Booking No.: / Número: | Facility: / Cárcel: | Housing Unit: / Unidad: |
|---|---|---|---|
|  |  |  |  |

PROOF OF SERVICE

I PEDRO RODRIGEZ DECLARE I'M THE PETITIONER IN THE MATTER OF DUNSMORE v SAN DIEGO SHERIFFS DEPT. BY REQUEST TO INTERVENE

ON JULY 12, 2022 I MAILED THE ATTACHED REQUEST THAT FOR JUDICIAL NOTICE BY HAND DELIVERING MOTION TO SAN DIEGO SHERIFFS DEPT FOR MAIL TO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CA
333 W BROADWAY
SUITE 420
SAN DIEGO CA 92101

I DECLARE UNDER PENALTY OF PERJURY THE FORE GOING IS TRUE AND CORRECT

7/12/2022   PEDRO RODRIGEZ
            IN PRO SE

J-56 (Rev. 5/13)

DECLARATION

I PEDRO RODRIGUEZ DECLARE MY HEALTH AND MENTAL HEALTH ARE ACTIVELY UNDER ATTACK.

I AM HOUSED NOW WITH NO LIGHT AND NO NATURAL LIGHT.

FOR 10 MONTHS I HAVE PETITIONED THE COURTS FOR AN EVIDENTIARY HEARING REGARDING A DRACONIAN 15 YEAR 6 MONTH MISDEMEANOR SENTENCE BUT AM ACTIVELY FRUSTRATED BY MY JAILORS

IF THE COURT WOULD ASK OTHER MEMBERS OF THIS CLASS ACTION SUIT DO YOU RECEIVE YOUR LEGAL MAIL THE EXPERIENCES DESCRIBED WOULD BE THE SAME.

IF THE COURT KNOWS A HABEAS ATTORNEY TO CONTACT THAT WOULD BE HELPFUL BUT SO FAR IN THIS PETITIONERS EXPERIENCE HABEAS ATTORNEYS DON'T EXIST.

10 MONTHS THE SAN DIEGO SHERIFFS ACTIVELY PREVENT THIS PETITIONER FROM REDRESS I WAS NEED AGAINST TO FAILURE TO RESPOND IN VISTA SUPERIOR 1739

RESPECTFULLY SUBMITTED
PEDRO RODRIGUEZ
IN PRO SE

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## QUEJA/APELACION DE LA DISCIPLINA DE PRESO

[X] SDCJ   [ ] GBDF   [ ] EMRF   [ ] LCDRF   [ ] SBDF   [ ] VDF   [ ] FAC8

**From / De:** RODRIGUEZ PEDRO LUIS
Name (Last, First, Middle) / Nombre (Apellido, Primero, Segundo)

**Booking Number / Número de ficha:** 14745493

**Housing Unit / Unidad de alojamiento:** 4A-CELL 4

**Grievance is about / La queja es acerca:**
[X] Jail Procedures / Procedimientos de la Cárcel
[ ] Jail Conditions / Condiciones de la Cárcel
[ ] Medical / Médico
[ ] PREA
[ ] Other / Otro

**Date and Time of Incident / Fecha y hora del incidente:** 7/11/2022 ADA VIOLATION

**Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)**

2/22/2022 MY MEDICAL REQUEST HISTORY SHOWS 2/26/2022 I WAS TRANSFERRED TO SAN DIEGO CENTRAL SVC AS A AMERICANS WITH DISABILITIES ACT ACCOMODATION MY MEDICAL HISTORY SHOWS THIS. 7/11/2022 AT 3:00PM I WAS TO BE TRANSFERRED TO VISTA. I SLIPPED AND FELL BECAUSE OF SLIPPERY SIDEWALK WHICH I HAVE COMPLAINED ABOUT ACCIDENT. TRANSFERRING ME OUTSIDE OF SDCJ IS A VIOLATION OF AMERICANS WITH DISABILITIES ACT AS IT IS THE ONLY ADA FACILITY

**Date / Fecha:** 7/11/2022

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
Esta caja es para el uso oficial solamente.

**Received by:** [signature]   **ARJIS #:** 5744   **Date:** 7/11/22   **Time:** 1800

**Entered in JIMS:** Date ___ Time ___ JIMS Grievance Number ___

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
[ ] The inmate's health or safety is unfairly impacted by a condition of confinement
[ ] A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

[ ] This submission is not a grievance:
[ ] It is an appeal of discipline—JIMS Incident # ___ JIMS Appeal Hearing # ___
[ ] It is a complaint against staff—JIMS Incident # ___ (Refer to Detentions P&P Section N.1)
[ ] It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

**Response to Inmate Request:**

J-22 (Rev 1/15)   Original goes to booking jacket   Copy goes to inmate after being signed by staff member

