PEDRO RODRIGUEZ 1977517
VISTA DETENTION FACILITY
325 S. MELROSE DR.
VISTA CA 92081

FILED

Jul 21 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ shellyy        DEPUTY

1
2          IN THE UNITED STATES DISTRICT COURT
3          SOUTHERN DISTRICT OF CALIFORNIA
4    PEDRO RODRIGUEZ
5          PETITIONER              CASE# 3:20-CV-0406
6    DUNSMORE                      REQUEST FOR JUDICIAL
7          PLANTIFF                NOTICE
8     V
9    SAN DIEGO SHERIFFS DEPT
10         DEFENDANT
11
12       THE PETITIONER REQUESTS THE COURT JUDICIALLY
13  NOTICE THIS PETITIONER PEDRO RODRIGUEZ HAS NOT
14  RECEIVED ANY LEGAL MAIL REGARDING THIS FILING.
15       I HAVE NOT RECEIVED A COPY OF MY FILING
16       I HAVE NOT RECEIVED A COPY OF BRIEFING SCHEDULE.
17       I AM NOT RECEIVING LEGAL MAIL,
18       I AM AWARE THE COURT HAS FILED MY MOTION
19  TO INTERVENE AND SET A BRIEFING SCHEDULE AS I HAVE
20  BEEN INFORMED BY DLA PIPER VERBALLY BUT I DO
21  NOT HAVE A COPY OF THE BRIEFING SCHEDULE.
22       I HAVE A VERY REALISTIC CONCERN I WILL
23  YET AGAIN BE PROCEDURALLY DEFAULTED FOR FAILURE
24  TO REPLY BECAUSE I PEDRO RODRIGUEZ DO NOT
25  RECEIVE LEGAL MAIL BY THE SAN DIEGO SHERIFFS
26  DEPT POLICIES.
27
28                  1 of 3

1   DECLARATION IN SUPPORT OF REQUEST FOR

2   JUDICIAL NOTICE.

3   I PEDRO RODRIGUEZ DECLARE AS FOLLOWS IN SUPPORT

4   OF REQUEST FOR JUDICIAL NOTICE.

5   1. I AM NOT AND DO NOT RECEIVE LEGAL MAIL

6   I HAVE NOT RECEIVED NOTICES OR MAIL FROM THE

7   COURT REGARDING MY MOTION TO INTERVENE.

8   2. I AM TRANSFERRED TO VISTA DETENTION FACILITY

9   WHERE THE LIGHTS DO NOT WORK IN EAST HOUSE

10   FORCING THE PETITIONER TO WRITE BY NIGHT LIGHT.

11   I CAN NOT SEE.

12   3. THE GRIEVANCE PROCESS DOES NOT WORK; NO

13   RESPONSES ARE SENT TO THIS PETITIONER

14   4 THE PETITIONER IS LOCKED IN A WINDOWLESS CELL

15   AND MY DEPRESSIVE DISORDER IS TRIGGERED,

16   THERE IS NO MENTAL HEALTH PROGRAM I AM

17   AWARE OF.

18   5. MY LEGAL WORK PRODUCT IS CONFISCATED.

19   6 I DO NOT HAVE UNLIMITED CORRESPONDENCE WITH

20   THE COURT AND THE FINANCIAL BURDEN ON MY

21   ELDERLY MOTHER IS UNBEARABLE.

22   7. I DO NOT HAVE ACCESS TO COPY SERVICE

23   AGAIN FALLING AN UNBEARABLE BURDEN ON MY

24   ELDERLY MOTHER FOR COPY SERVICE.

25   8. THERE IS NO LAWYER DIRECTORY AT THE SAN

26   DIEGO SHERIFFS DEPT PREVENTING ME FROM

27   SOLICITING THE HELP OF AN ATTORNEY.

28

2 of 3

1  9. I DO NOT HAVE ACCESS TO A LAW LIBRARY WHICH

2  EXISTS PREVENTING ME FROM PRESENTING CLAIMS AND OR

3  INITIATING AND MAINTAINING CLAIMS AGAINST MY 15YEAR

4  6 MONTHS CONTINUOUS MISDEMEANOR CONVICTION.

5  10. I AM MUTED IN AN UNBEARABLE SITUATION AND FRUSTRATED

6    AND IMPEDED FROM PRESENTING CLAIMS IN COURT, I

7    HAVE SUFFERED DEFAULT BECAUSE SHERIFFS WILL

8    NOT DELIVER MY MAIL AND I CONTINUE TO BE PROCEDURALLY

9    DEFAULTED BY THE SAN DIEGO SHERIFFS DEPT. HAND.

10  11. I AM UNABLE TO PARTICIPATE IN LEGAL PROCEEDINGS

11    VIA ZOOM.

12  12. ALL OF MY GRIEVANCES OF REDRESS, COLLATERAL ATTACK,

13    CONDITIONS OF CONFINEMENT ARE RIGHTS PROTECTED BY

14    THE US CONSTITUTION, CA. STATE CONSTITUTION AND ESTABLISHED,

15    DECIDED US SUPREME COURT CASE LAW.

16  13. MY INJURY IS ESTABLISHED IN CASE# 3:21-CV01442

17    RODRIGUEZ V FISHER WHERE I WAS UNABLE TO PRESENT

18    EVIDENCE IN MY COLLATERAL HEARING BUT GRANTED

19    CERTIFICATE OF APPEALABILITY.

20  14. I AM ACTIVELY SUFFERING MASON DEPRESSIVE DISORDER,

21    INJURY TO KNEE, BACK AND SHOULDER AND SIGHT IMPAIRMENT.

22  15. I AM HELPLESS.

23    I DECLARE UNDER PENALTY OF PERJURY THE

24  . FOREGOING TO BE TRUE AND CORRECT

25

                          PEDRO RODRIGUEZ

26                        IN PRO SE

27        7/17/2022

28        3 OF 3

VERIFICATION

CASE: DUNSMORE V SAN DIEGO SHERIFFS DEPT. 3:20-CV-0406

I PEDRO RODRIGUEZ DECLARE;
I AM THE PLAINTIFF IN THE ABOVE-ENTITLED MATTER,
I HAVE READ THE FOREGOING REQUEST FOR JUDICIAL
NOTICE AND KNOW THE CONTENTS THEREOF.

THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT
AS TO THOSE MATTERS WHICH ARE THEREIN STATED
ON INFORMATION AND BELIEF AND, AS TO THOSE MATTERS
I BELIEVE IT TO BE TRUE.

EXECUTED ON JULY 17, 2022 AT VISTA DETENTION
FACILITY, SAN DIEGO COUNTY, CALIFORNIA.

I DECLARE (or CERTIFY) UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

PEDRO RODRIGUEZ
IN PRO SE

7/17/2022

PROOF OF SERVICE

I PEDRO RODRIGUEZ DECLARE;
I AM OVER 18 YEARS OF AGE AND A PARTY TO THIS ACTION.
I AM A PRISONER OF  VISTA DETENTION FACILITY
                    325, SOUTH MELROSE DRIVE
                    VISTA CA 92081

ON 7/17/2022 I SERVED THE ATTACHED REQUEST
FOR JUDICIAL NOTICE ON THE PARTIES HEREIN BY
PLACING TRUE AND CORRECT COPIES THEREOF, ENCLOSED
IN A SEALED ENVELOPE, WITH POSTAGE THEREON FULLY
PAID HAND DELIVERED TO A SAN DIEGO SHERIFFS
DEPUTY FOR MAIL TO     UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF CALIFORNIA
                       333 WEST BROADWAY
                       SUITE 420
                       SAN DIEGO CA 92101

I DECLARE UNDER PENALTY OF PERJURY UNDER THE
LAWS OF THE UNITED STATES OF AMERICA THAT THE
FOREGOING IS TRUE AND CORRECT.

     7/17/2022              PEDRO RODRIGUEZ
                           IN PRO SE

PEDRO RODRIGUEZ 14745-48
USDA DETECTION FACILITY
325 S. MELROSE DR -
VISTA CA 92081

LEGAL MAIL

SAN DIEGO CA 920
20 JUL 2022 PM 3
FOREVER
Barn Swallow

RECEIVED
JUL 21 2022
CLERK U.S. DIST. COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

92101-380620

UNITED STATES DISTRICT COURT
Southern District of CA
333 West Broadway
Suite 420
San Diego CA 92101
ATTN CLERK

CA 3184

LEGAL MHC

LEGAL MHC



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016