GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:     ggrunfeld@rbgg.com
           vswearingen@rbgg.com
           pkaul@rbgg.com
           eanderson@rbgg.com
           hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email:     ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>          Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**PROOF OF SERVICE RE: JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON MOTION TO INTERVENE**<br><br>Judge:   Hon. Anthony J. Battaglia |

1  (*counsel continued from preceding page*)

2  CHRISTOPHER M. YOUNG – 163319
   ISABELLA NEAL – 328323
3  OLIVER KIEFER – 332830
   DLA PIPER LLP (US)
4  401 B Street, Suite 1700
   San Diego, California 92101-4297
5  Telephone: (619) 699-2700
   Facsimile: (619) 699-2701
6  Email:    christopher.young@dlapiper.com
             isabella.neal@dlapiper.com
7            oliver.kiefer@dlapiper.com

8  BARDIS VAKILI – 247783
   JONATHAN MARKOVITZ – 301767
9  ACLU FOUNDATION OF SAN DIEGO &
   IMPERIAL COUNTIES
10 2760 Fifth Avenue, Suite 300
   San Diego, California 92103-6330
11 Telephone: (619) 232-2121
   Email:    bvakili@aclu-sdic.org
12           jmarkovitz@aclu-sdic.org

13 Attorneys for Plaintiffs

Case No. 3:20-cv-00406-AJB-WVG

PROOF OF SERVICE RE: JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON MOTION TO INTERVENE

# PROOF OF SERVICE

*Darryl Dunsmore et al v. San Diego Sheriff's Department et al.*
3:20-cv-00406-AJB-WVG

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 101 Mission Street, Sixth Floor, San Francisco, CA 94105-1738.

On July 19, 2022, I served true copies of the following document(s) described as:

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON MOTION TO INTERVENE**

**DECLARATION OF ISABELLA NEAL IN SUPPORT OF JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON MOTION TO INTERVENE**

**PROPOSED ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON MOTION TO INTERVENE**

on the interested parties in this action as follows:

Pedro Rodriguez, BK 14745493              Petitioner in Pro Se
Vista Detention Facility
451 Riverview Parkway Building C
Santee. CA 92071

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Rosen Bien Galvan & Grunfeld LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2022, at San Francisco, California.

_____
Kedra Chan

[4126121.1]