# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| DARRYL DUNSMORE<br><br>Plaintiff,<br>v.<br><br>STATE OF CALIFORNIA, et al.<br><br>Defendant. | Case No. 3:20-CV-00406-AJB-WVG |

**(Pursuant to General Order 514-C, Section 2(1),
No Electronic Public Access is to be Provided to this Document)**

## MOTION TO APPEAR TELEPHONICALLY OR BY VIDEOCONFERENCE DURING THE COVID-19 PUBLIC EMERGENCY

Motion on behalf of:
☐ Defendant Counsel  ☐ Plaintiff Counsel
☒ Defendant  ☐ Plaintiff

I/we hereby ask leave of the Court to appear telephonically or by videoconference on __8/11/2022 at 2:00pm__ for a __Motion Hearings Re: Doc. 119-1 and Doc. 125-1__
*Date*                                                              *Hearing/Conference (e.g., Motion Hearing)*

for the following reason(s):

☐ I have been diagnosed with, or had contact with, someone who has been diagnosed with Covid-19;
☐ I have a medical condition or take medication that makes me susceptible to contracting Covid-19 and/or puts me at risk of having Covid-19 complications;
☐ I have been told by a medical professional to self-quarantine;
☐ I live with or care for someone who is susceptible to contracting Covid-19 and/or at risk of having Covid-19 complications;
☐ I have traveled, reside with or had close contact with someone who has traveled to a country within the last 14 days for which the CDC has issued Level Three travel health notices;
☐ I have childcare issues;
☒ Other: We are located in San Jose, CA and will not be able to appear in person.

Date: __8/10/2022__

_____
*Counsel's Signature*

__Laura E. Malkofsky, Esq. [SBN-142536]__
*Printed name and bar number of Counsel*

For good cause, this Court grants the motion of the party(s) listed above, to appear telephonically or by videoconference on __8/11/2022__ for the reasons stated above.

_____                                    _____
*Date*                                                                                          *Judge's Signature*

CASE NAME: DUNSMORE v. SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
ACTION NO: 3:20-cv-00406-AJB-WVG

## CERTIFICATE OF SERVICE

I declare that I am employed in the County of Santa Clara, California. I am over the age of eighteen (18) years and not a party to the within cause; my business address is 210 No. Fourth Street, Suite 350, San Jose, CA 95112.

I served the attached: *MOTION TO APPEAR TELEPHONICALLY OR BY VIDEO CONFERENCE DURING THE COVID -19 PUBLIC EMERGENCY* on the interested parties in said cause, using the following method:

/ / **(BY MAIL)** I placed each sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at San Jose, California, following ordinary business practices. I am readily familiar with the practice of ERICKSEN ARBUTHNOT for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/ / **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted below.

/ / **(BY FEDERAL EXPRESS)** The foregoing document was placed in a sealed envelope provided by Federal Express/UPS, designated as overnight (delivery by next business day) with delivery fees paid or provided for and addressed as stated below. I deposited such envelope in the Federal Express/UPS collection box at 210 North Fourth Street, San Jose, California.

/ / **(BY FACSIMILE)** I caused the said document to be transmitted by facsimile machine to the facsimile number indicated after the address(es) noted below. Such transmission was verified as complete and without error.

/XX/ **(BY ELECTRONIC SERVICE)** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below. OR: The above-described document(s) will be delivered electronically through the Court's electronic filing system. All parties that do not appear on the electronic service list will be sent a copy by US Mail.

**ATTORNEYS FOR PLAINTIFF DARRYL DUNSMORE:**

Christopher M. Young
DLA Piper US
401 B Street
Suite 1700
San Diego, CA 92101-4297
P: (619) 699-2700/ Fax: (619) 699-2701
Email: christopher.young@dlapiper.com

Gay Crosthwait Grunfeld
Rosen Bien Galvan & Grunfeld, LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105
P: 415-433-6830 / Fax: 415-433-7104
Email: ggrunfeld@rbgg.com

MOTION TO APPEAR TELEPHONICALLY OR BY VIDEO CONFERENCE

- 3 -

Isabella Maria Neal
4084 Eagle Street, Apartment B
San Diego, CA 92103
360-915-3920
Email: isabella.neal@us.dlapiper.com

Oliver M. Kiefer
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
619-699-2781
Email: oliver.kiefer@us.dlapiper.com

Aaron J. Fischer
Law Office of Aaron J. Fischer
2001 Addison Street, Suite 300
Berkeley, CA 94704
510-806-7366
Fax: 510-694-6314
Email: ajf@aaronfischerlaw.com

Bardis Vakili
ACLU Foundation of San Diego & Imperial Counties
P.O. Box 87131
San Diego, CA 92138-7131
(619) 232-2121 / Fax: (619) 232-0036
Email: bvakili@aclusandiego.org

Eric D. Monek Anderson
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105
415-433-6830
Email: eanderson@rbgg.com

Jonathan Paul Markovitz
ACLU of San Diego & Imperial Counties
P.O. Box 87131
San Diego, CA 92138
619-232-2121 / Fax: 619-232-0036
Email: jmarkovitz@aclusandiego.org

| | |
|---|---|
| 1 | Priyah Kaul |
| | Rosen Bien Galvan & Grunfeld LLP |
| 2 | 101 Mission Street, Sixth Floor |
| | San Francisco, CA 94105 |
| 3 | 415-433-6830 |
| 4 | Email: pkaul@rbgg.com |
| 5 | |
| 6 | **ATTORNEY FOR PLAINTIFFS:** |
| | *Darryl Dunsmore, Josue Lopez, Christopher Nelson, Reanna Levy,* |
| 7 | *Christopher Norwood, Ernest Archuleta, Anthony Edwards,* |
| | *Laura Zoerner* |
| 8 | |
| 9 | Richard Van Swearingen |
| | Rosen Bien Galvan & Grunfeld, LLP |
| 10 | 101 Mission Street |
| | Sixth Floor |
| 11 | San Francisco, CA 94105 |
| 12 | 415-433-6830 |
| | Fax: 415-433-7104 |
| 13 | Email: vswearingen@rbgg.com |
| 14 | |
| 15 | Hannah M. Chartoff |
| | Rosen Bien Galvan & Grunfeld LLP |
| 16 | 101 Mission Street |
| | 6th Floor |
| 17 | San Francisco, CA 94105 |
| | 415-433-6830 |
| 18 | Email: hchartoff@rbgg.com |
| 19 | |
| | **ATTORNEY FOR DEFEDANT SD SHERIFF DEPT.:** |
| 20 | Ronald Lenert |
| 21 | County of San Diego Office of County Counsel |
| | 1600 Pacific Highway, Room 355 |
| 22 | San Diego, CA 92101 |
| | (619) 531-4860  Fax: 619-531-6005 |
| 23 | E-mail: Ronald.emert@sdcounty.ca.gov |
| 24 | |
| | **ATTORNEY FOR DEFENDANT MID-AMERICA HEALTH, INC.** |
| 25 | Christopher Thomas Grohman (Pro Hac Vice) |
| | Taft Stettinius & Hollister LLP |
| 26 | 111 East Wacker, Suite 2800 |
| | Chicago, IL 60601 |
| 27 | (312) 515-7313 |
| 28 | E-mail: egrohman@taftlaw.com |

```
1   William P. Sweet (Pro Hac Vice)
2   Taft Stettinius & Holloster LLP
    One Indian Square, Suite 3500
3   Indianapolis, IN 46204
    (317) 713-6531
4   wsweet@taftlaw.com
5
    James Richard Andrew Dawson (Pro Hac Vice)
6   Taft Stettinius & Hollister LLP
    One Indiana Square
7   Suite 3500
    Indianapolis, IN 46204
8   317-713-3500
9   Email: jdawson@taftlaw.com
10
    ATTORNEY FOR DEFENDANT COUNTY OF SAN DIEGO
11  Matthew Patrick O'Sullivan
    San Diego County Counsel
12  1600 Pacific Highway, Suite 355
    San Diego, CA 92101
13  (858-705-5596
14  Matthew.o'sullivan@sdcounty.ca.gov
15
    Susan E. Colman
16  Burke, Williams & Sorensen LLP
    444 South Flower Street, Suite 2400
17  Los Angeles, CA 90071-2953
    (213) 236-2700
18  scolman@bwslaw.com
19
    ATTORNEY FOR CORRECTIONAL HEALTHCARE PARTNERS, INC.
20  Craig J. Mariam
    Michael J. Dailey
21  Lara S. Garner
22  GORDON REES SCULLY MANSUKHANI, LLP
    101 W. Broadway, Suite 2000
23  San Diego, CA 92101
    T: (619) 696-6700
24  F: (213) 680-4470
25  Email: cmariam@grsm.com; mdailey@grsm.com; lsgarner@grsm.com
26
27
28
```

MOTION TO APPEAR TELEPHONICALLY OR BY VIDEO CONFERENCE

Jeffrey Scott Doggett
Brian T. Bloodworth
Lotz Doggett and Rawers
101 West Broadway, Suite 1110
San Diego, CA 92101
(619)233-5565
Fax: (619)233-5564
Email: jdoggett@ldrlaw.com; bbloodworth@ldrlaw.com

**CO-COUNSEL for LIBERTY HEALTHCARE, INC.**
Marilyn R. Moriarty
Lewis Brisbois Bisgaard and Smith
701 B Street, Suite 1900
San Diego, CA 92101
(619) 233-1006
Marilyn.moriarty@lewisbrisbois.com

**ATTORNEY FOR DEFENDANT LOGAN HAAK, M.D., INC.**
Lauren Hardisty
LOTZ, DOGGETT & RAWERS LLP
101 W. Broadway Sruite 110
San Diego, CA 92101
(619) 233-5565
lhardisty@ldrlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 10, 2022, at San Jose, California.

*Jennifer L. Sharpe*
JENNIFER L. SHARPE