GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:      ggrunfeld@rbgg.com
            vswearingen@rbgg.com
            pkaul@rbgg.com
            eanderson@rbgg.com
            hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California  94704-1165
Telephone:  (510) 806-7366
Facsimile:  (510) 694-6314
Email:      ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>Judge:  Hon. Anthony J. Battaglia |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California  92101-4297
Telephone:  (619) 699-2700
Facsimile:   (619) 699-2701
Email:         christopher.young@dlapiper.com
                  isabella.neal@dlapiper.com
                  oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California  92103-6330
Telephone:  (619) 232-2121
Email:         bvakili@aclu-sdic.org
                  jmarkovitz@aclu-sdic.org

Attorneys for Plaintiffs

[4135941.2]

Case No. 3:20-cv-00406-AJB-WVG

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Plaintiffs Darryl Dunsmore, Ernest Archuleta, Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, and Laura Zoerner ("Plaintiffs") hereby request that the Court take judicial notice of the following document:

### DOCUMENT LIST

1. A screenshot from the Sheriff's Department's "Who Is In Jail – Inmate Detail" online database, taken August 8, 2022, a true and correct copy of which is attached as **Exhibit A** to the Swearingen Declaration.

### BASIS FOR JUDICIAL NOTICE

The Court may take judicial notice of facts that are "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b)(2). The Court must take judicial notice of a judicially noticeable fact "if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d).

### I. THE COURT MAY TAKE JUDICIAL NOTICE OF THE SHERIFF'S DEPARTMENT'S OWN CUSTODY DATABASE

Plaintiffs seek judicial notice of publicly available information about an individual in the Sheriff's Department's custody. Specifically, Plaintiffs seek judicial notice of a screenshot from the Sheriff's Department's own database of people incarcerated in the Jail, which indicates that class representative Laura Zoerner[1] has been reincarcerated in the Jail (**Exhibit A** to the Swearingen Declaration). This database is publicly available on the Sheriff's Department website at: https://apps.sdsheriff.net/wij/.

Because the facts found at the Sheriff's Department's database are self-reported by the Sheriff's Department, and the accuracy of these facts is verifiable

---

[1] Ms. Zoerner has been reincarcerated under her maiden name "Grubbs," such that the Sheriff's Department's public-facing record reflects that Laura Grubbs is currently incarcerated.

and certain, the Court should take notice of Ms. Zoerner's reincarceration. *See Disabled Rights Action Comm. v. Las Vegas Events, Inc.,* 375 F.3d 861, 866 (9th Cir. 2004) (taking judicial notice of "records of state agencies and other undisputed matters of public record"); *Zakinov v. Blue Buffalo Pet Prods., Inc.*, 2018 WL 1426932, at *3 (S.D. Cal. Mar. 22, 2018) (taking judicial notice of government documents posted on public websites); *Hernandez v. Cnty. of Monterey*, 305 F.R.D. 132, 139, n.2 (N.D. Cal. 2015) (taking judicial notice of the County's own records of people incarcerated in County's jail).  It is appropriate to take judicial notice of the undisputed fact that Laura Zoerner is now incarcerated in the Jail.

## CONCLUSION

For the reasons stated above, Plaintiffs respectfully request that the Court take judicial notice of the facts in Exhibit A and consider them as true.

DATED:  August 12, 2022          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
     Van Swearingen

Attorneys for Plaintiffs