GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California 94704-1165
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>Judge: Hon. Anthony J. Battaglia |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California  92101-4297
Telephone:  (619) 699-2700
Facsimile:   (619) 699-2701
Email:         christopher.young@dlapiper.com
                  isabella.neal@dlapiper.com
                  oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California  92103-6330
Telephone:  (619) 232-2121
Email:         bvakili@aclu-sdic.org
                  jmarkovitz@aclu-sdic.org

Attorneys for Plaintiffs

[4135961.2]

Case No. 3:20-cv-00406-AJB-WVG

DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

I, Van Swearingen, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' request for judicial notice.

2. Attached as **Exhibit A** is a true and correct copy of the June 7, 2022 Sheriff's Department Who Is In Jail Inmate Detail for Laura Grubbs, a class representative in this case. Grubbs is the maiden name of Laura Zoerner. This report from the Sheriff's Department's own website indicates that Ms. Zoerner was reincarcerated at the Jail on June 15, 2022 and has not been sentenced.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 12th day of August, 2022.

_____
Van Swearingen

# EXHIBIT A

# WHO IS IN JAIL - INMATE DETAIL

**Current as of:**

**08/08/2022 16:53:05**

The data contained in this web site should not be relied upon for any type of legal action.

**PERSONAL INFORMATION**

**Booking Nbr:**
22724750
**Last Name:**
GRUBBS
**First Name:**
LAURA
**Middle Name:**
SUSAN

**Date of Birth:**
08/14/1971
**Sex:**
F
**Race/Ethnicity:**
W
**Age:**
50

**Hair:**
BRO
**Eyes:**
BRO
**Height:**
5'08"
**Weight:**
135 lbs.

**HOUSING LOCATION**

**Facility:**
LCDRF Las Colinas Detention and Reentry Facility
**Address:**
451 Riverview Parkway

**Area/Housing Unit:**
4/A
**City:**
Santee

**EXHIBIT A**

**2**

## ARREST INFORMATION

**Arrest Agency:**
PROBATION DEPT

**Date Booked:**
06/15/2022

**Time Booked:**
16:06:07

## BAIL INFORMATION

**Inmate Bail Status:**
**Not Eligible For Release, No Bail**

## RELEASE

**Sentenced?**
No

**Projected Release:**

## CASE/ CHARGE INFORMATION

| Case# | Arr | Chg | Code Section | Code Description | *CL | Court | Court Date | Time | *ROC | Bail Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| SCD290081 | 2 | 1 | 211 PC | ROBBERY | F | | | | | 0 |
| SCD287493 | 1 | 1 | 69 PC | OBSTRUCT/RESIST EXEC OFF | F | | | | | 0 |

*Note: CL - Charge Class (F - Felony, M - Misdemeanor, I - Infraction)

ROC - Reason On Calendar

**EXHIBIT A**

**3**