# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-CV-406-AJB-WVG<br><br>**TRANSFER ORDER** |

IT IS HEREBY ORDERED that the above-captioned case be transferred from the calendar of Magistrate William V. Gallo to the calendar of Magistrate Judge David D. Leshner for all further proceedings. All existing dates and deadlines associated with this action shall remain on calendar, unless modified by separate order of Judge Leshner.

**IT IS SO ORDERED.**

Dated: August 15, 2022

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge