PEDRO RODRIGUEZ NO. 14345463
VISTA DETENTION FACILITY
325 S. MELROSE DRIVE
VISTA CA 92081
E2-CELL 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PEDRO RODRIGUEZ
    PETITIONER

CASE # 3:20-CV-00406-AJB-WVG

DARRYL DUNSMORE, et al.,
    PLAINTIFFS

V.

SAN DIEGO COUNTY SHERIFFS DEPT, ET al.,
    DEFENDANTS

REQUEST FOR JUDICIAL NOTICE

HONORABLE ANTHONY J. BATTAGLIA

THE PETITIONER REQUESTS THE COURT JUDICIALLY NOTICE THE FOLLOWING DECLARATION:

DECLARATION IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE

I, PEDRO RODRIGUEZ AM THE PETITIONER IN THIS CASE. I HEREBY STATE AS FOLLOWS IN SUPPORT OF THE WITHIN REQUEST FOR JUDICIAL NOTICE IN THIS COURT.

1. I AM PRESENTLY HOUSED IN A WINDOWLESS CELL IN VISTA DETENTION FACILITY, 325 S. MELROSE DRIVE, VISTA CA 92081 WITH ONLY A NIGHTLIGHT/LOW LUMEN LIGHT TO BARELY SEE BY.

CASE # 3:20-CV-00406  8/12/22 4:30PM.  1 OF 5

1     2. I HAVE CONTINUOUSLY REQUESTED TO BE HOUSED
2 IN AN ADA COMPLIANT FACILITY SINCE ARRIVING AT
3 VISTA 7/11/2022. VISTA IN NO WAY IS ADA COMPLIANT
4 WITHOUT GRAB BARS AND SUFFICIENT LIGHTING.
5 I AM ACTIVELY SUFFERING WITHOUT REMEDY
6     3. 7/31/2022 AT OR ABOUT 8:30 PM A PRISONER
7 NAMED RIVERA WAS MOVED INTO MY CELL WITHOUT
8 ANY SORT OF COVID-19 QUARANTINE ON HIS PART
9 OR PERSONAL PROTECTIVE EQUIPMENT (P.P.E.). THE
10 PRISONER FROM THE STREET WAS "KICKING" FENTYNOL
11 AND THREW UP THROUGH THE NIGHT WITHOUT MEDICAL
12 ASSISTANCE FROM ADMINISTRATION.
13     4. 8/3/2022 AT OR ABOUT 8:30 AM THE SITUATION
14 REPEATED ITSELF ANOTHER PRISONER FROM THE STREET
15 MILDLY WITHDRAWING FROM SOME UNKNOWN SUBSTANCE
16 AND NO COVID-19 QUARANTINE OF ANY KIND OR P.P.E.
17 WAS PLACED IN MY CELL. HIS NAME WAS HERRERA.
18 I GRIEVED BOTH SITUATIONS BEING PLACED IN HIGH (COVID-19)
19 RISK SITUATIONS WITH NO RESPONSE. I PLACED MEDICAL
20 REQUESTS TO SPEAK WITH A PSYCHIATRIST EXPLAINING
21 I WAS "TRIGGERED" SUFFERING "IDEATION" AND
22 WAS ACTIVELY SUFFERING FROM NATURAL LIGHT
23 DEPRIVATION, FEAR AND LOATHING OF GETTING SICK
24 BY COVID-19, OR THE NEW MONKEY VIRUS.
25
26
27
28     CASE #3:20-CV-00406 8/12/22 4:30 PM 2 OF 5

1  <u>5.</u> 8/3/2022 AFTER BEING TRANSFERRED OUT OF VISTA
2  DETENTION FACILITY I ARRIVED AT <u>GEORGE BAILEY DETENTION</u>
3  <u>FACILITY</u> AT OR ABOUT 6:00 P.M PER SUPERIOR COURT
4  CASE 1734 INFORMAL RESPONSE OF SAN DIEGO SHERIFFS
5  DEPT THIS IS THE SAME FACILITY I WAS TRANSFERRED
6  OUT OF 1/29/2022 OVER SAFETY CONCERNS.
7  <u>6. GBDF</u> HOLDING CELLS. I ASKED NO LESS THAN
8  THREE HOUSING OFFICERS TO SPEAK WITH PSYCHIATRY
9  UNDER THE BELIEF SOME MENTAL HEALTH REMAIN
10 ON SITE UNTIL 10 P.M. ONE OFFICER STATED @ 7:00 PM
11 THEY WERE VERY BUSY AND WHAT WOULD I LIKE
12 THEM TO DO. I STATED CLEARLY PLACE ME IN
13 OBSERVATION CELL AND I WILL WAIT PATIENTLY TO
14 SPEAK TO PSYCHE I AM SUFFERING FEAR,
15 DREAD, AND SUICIDAL IDEATION. JUST BEFORE
16 BEING HOUSED IN 2C I WAS TOLD TO HANG MYSELF
17 BY AN UNKNOWN OFFICER.
18 <u>7.</u> AT OR ABOUT 7:45 P.M BECAUSE OF A EMERGENCY
19 FACILITY WIDE EVENT I WAS PLACED IN AN
20 WINDOWLESS HOLDING CELL WHERE MENTALLY AND
21 EMOTIONALLY I WAS INDEED COMPELLED TO HANG
22 MYSELF WITH A ONE INCH WIDE PIECE OF FABRIC
23 TORN FROM THE BOTTOM OF MY SHIRT. WHEN I
24 WAS DISCOVERED UNCONSCIOUS I WAS TOLD LATER THE
25 FABRIC HAD STRETCHED TO THE THINNESS OF A
26 SHOE STRING. I BELIEVE I HUNG FOR 4 MINUTES.
27
28 CASE # 3:20-CV-00406 8/12/22 4:30 P.M   3 OF 5

1    <u>8.</u> AT OR ABOUT 8:30 PM I WAS TRANSFERRED TO
2    UCSD HOSPITAL I WAS KEPT FOR 36 HOURS WITH
3    OBSERVATION OF NECK SPRAIN AND TENDON INJURY.
4    I WAS RELEASED BACK TO GEORGE BAILEY DETENTION
5    FACILITY 8/5/2022 AT OR ABOUT 12:00AM. I
6    EXPRESSED ENEMY CONCERNS AND INFORMALLY ITERATED
7    TO A SERGEANT I HAD RESIDUAL SAFETY CONCERNS
8    FROM 1/29/2022 DOCUMENTED INCIDENT. THE
9    SERGEANT SPOKE THE ADDAGE "THERE IS NO
10    PROTECTIVE CUSTODY FOR PROTECTIVE CUSTODY"
11    AND I, "WOULD HAVE TO LIVE WITH THE JAIL GANGS
12    BECAUSE THEY ARE EVERYWHERE AND NOTHING
13    CAN BE DONE."
14    <u>9</u> I WAS HOUSED IN GEORGE BAILEY GEORGE BAILEY
15    "EOH" (SUICIDE WATCH) 8/5, 8/6, AND 8/7 THOUGH
16    I WAS CLEARED THE FIRST DAY I COULD NOT OBTAIN
17    A TOWEL TO CLEAN THE FILTHY CELL AND KILL
18    THE 20 PLUS FLIES. AUGUST 8, 9 I WAS HOUSED
19    IN 6A-CELL 101 "THE HOLE" WHERE I WAS <u>GRATEFUL</u>
20    TO RECEIVE NATURAL LIGHT EACH DAY. I WAS
21    TRANSFERRED BACK TO VISTA DETENTION FACILITY
22    IN THE EVENING AUGUST 9, 2022.
23    <u>10</u> UPON RETURNING TO VISTA DETENTION FACILITY
24    I ENCOUNTERED THE "COWARD'S PARADOX" THE COWARDS
25    PARADOX IS WHEN A PRISONER IS SO AFRAID OF
26    BEING FOUND OUT FOR THEIR HEINOUS CRIME(S)
27
28    CASE #3:20-CV-00406 8/12/22 4:30PM 4OF5

1  THEY QUICKLY SEEK OUT OTHER INMATES AND
2  POINT OUT OTHER(S) CRIMES. TO DRAW ATTENTION
3  AWAY FROM THEMSELVES, OUT OF FEAR OF PERSONAL
4  DISCOVERY. THE PETITIONERS FORMER CELLMATE
5  IN E2-CELL 3 A "DUECE-FIVE" GANG MEMBER RECRUITED
6  A "GBG" GANG MEMBER IN E2-CELL 5 TO "PAPER
7  CHECK" THIS PETITIONERS CHARGES. AMAZINGLY THE
8  SAN DIEGO SHERIFFS WEBSITE FACILITATES THIS
9  GANG TOOL ON S.D.SHERIFFS.NET.
10    II. THE E2-CELL 5 GANG MEMBER AT OR ABOUT
11 9:30AM DEMONSTRATED THIS BY CALLING OUT AND
12 HAVING THEIR SIGNIFICANT OTHER CHECK THE
13 PETITIONERS CHARGES ON S.D.SHERIFFS.NET. THIS
14 VERBAL TRANSACTION IS OF COURSE RECORDED
15 BY SECURUS TECHNOLOGIES AND AVAILABLE FOR
16 DISCIPLINARY PROCEEDINGS BUT TO DATE SHERIFFS
17 DEPT HAVE DONE NOTHING, MAKING THIS PETITIONERS
18 CRIMINAL HISTORY EASILY AVAILABLE ONLINE TO THE
19 KNOWN GANG MEMBERS OF COUNTY JAIL THE SAN
20 DIEGO SHERIFFS DEPT ARE PROMOTING KANGAROO
21 COURTS THROUGH UNOFFICAL CUSTOM OR POLICY

## CONCLUSION

23    THIS PETITIONER IS ACTIVELY SUFFERING INTENTIONAL
24 EXPOSURE TO COVID19, DELIBERATE INDIFFERENCE TO
25 MENTAL HEALTH, POLICIES THAT PROMOTE P.C. GANG
26 VIOLENCE WITH NO CORRECTION TO OBVIOUS SAFETY
27 ISSUES. THIS PETITIONERS LIFE IS PRESENTLY IN DANGER PEDRO ANDRADE INMATES
28 CASE #3:20-CV-00406 8/12/22 4:30 PM 5 of 5 8/12/22

VERIFICATION

CASE TITLE DUNSMORE V SAN DIEGO COUNTY SHERIFFS DEPT
3:20-CV-00406

I PEDRO RODRIGUEZ DECLARE;
I AM THE PETITIONER IN THE ABOVE-ENTITLED MATTER.
I HAVE READ THE FOREGOING REQUEST FOR
JUDICIAL NOTICE AND KNOW THE CONTENTS THEREOF

THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT
AS TO THOSE MATTERS WHICH ARE THEREIN STATED
ON INFORMATION AND BELIEF, AND AS TO THOSE MATTERS,
I BELIEVE IT TO BE TRUE

EXECUTED ON 8/12/2022 AT VISTA DETENTION
FACILITY, SAN DIEGO COUNTY, CALIFORNIA

I DECLARE (OR CERTIFY) UNDER PENALTY OF
PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

PEDRO RODRIGUEZ
8/12/2022      IN PRO SE

PROOF OF SERVICE

I PEDRO RODRIGUEZ DECLARE;
I AM OVER 18 YEARS OF AGE AND A PARTY TO
THIS ACTION I AM A PRISONER OF VISTA DETENTION FACILITY
325 S. MELROSE DR.
VISTA CA 92081
EZ-CELL 6

ON 8/12/2022
I SERVED THE ATTACHED REQUEST FOR JUDICIAL
NOTICE ON THE PARTIES HEREIN BY PLACING
TRUE AND CORRECT COPIES THEREOF, ENCLOSED
IN A SEALED ENVELOPE, WITH POSTAGE THEREON
FULLY PAID HAND DELIVERED TO A SAN DIEGO
SHERIFFS DEPUTY FOR MAIL TO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
333 WEST BROADWAY
SUITE 420
SAN DIEGO CA 92101
ATTN; CLERK OF HON ANTHONY J
BATTAGLIA

I DECLARE UNDER PENALTY OF PERJURY UNDER
THE LAWS OF THE UNITED STATES THAT THE FOREGOING
IS TRUE AND CORRECT
8/12/2022    PEDRO RODRIGUEZ
             IN PRISE

PEDRO RODRIGUEZ 1474593
VISTA DETENTION FACILITY
325 S. MELROSE DR.
VISTA CA 92081
E2- CELL 6

LEGAL MAIL

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF CA
333 WEST BROADWAY
SUITE #420
SAN DIEGO, CA 92101

ATTN: CLERK OF THE COURT BATTAGLIA



SAN DIEGO CA 920
15 AUG 2022 PM 2 L

92101-380620

RECEIVED
AUG 17 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

