GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley CA 94704
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email: ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF ISABELLA NEAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO INTERVENE**<br><br>Judge: Hon. Anthony J. Battaglia |

1  (*counsel continued from preceding page*)

2  CHRISTOPHER M. YOUNG – 163319
   ISABELLA NEAL – 328323
3  OLIVER KIEFER – 332830
   DLA PIPER LLP (US)
4  401 B Street, Suite 1700
   San Diego, California 92101-4297
5  Telephone: (619) 699-2700
   Facsimile: (619) 699-2701
6  Email:  christopher.young@dlapiper.com
           isabella.neal@dlapiper.com
7          oliver.kiefer@dlapiper.com

8  BARDIS VAKILI – 247783
   JONATHAN MARKOVITZ – 301767
9  ACLU FOUNDATION OF SAN DIEGO &
   IMPERIAL COUNTIES
10 2760 Fifth Avenue, Suite 300
   San Diego, California 92103-6330
11 Telephone: (619) 232-2121
   Email:  bvakili@aclu-sdic.org
12         jmarkovitz@aclu-sdic.org

13 Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:20-cv-00406-AJB-DDL

DECL. OF ISABELLA NEAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO INTERVENE

I, Isabella Neal, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm DLA Piper LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Opposition to Motion to Intervene.

2. Plaintiffs' counsel meet regularly with people incarcerated at the Jail to discuss Jail conditions and inform those individuals about the prosecution of this case. I am one of several attorneys who regularly meet with incarcerated people at the Jail. I estimate that personally, I have met with dozens of people at the Jail over the past several months.

3. I met with Pedro Rodriguez, the putative intervenor, on two occasions. My colleague at DLA Piper LLP, Oliver Kiefer, also met with Mr. Rodriguez separately on July 8, 2022. Our intention has been to include Mr. Rodriguez in the group of non-Plaintiff individuals incarcerated at the Jail with whom we communicate in prosecuting this case.

4. On July 16, 2022, I met with Mr. Rodriguez at Vista Detention Facility to discuss his Motion to Intervene (the "Motion") filed on June 30, 2022 (Dkt. No. 183). Our meeting lasted approximately 45 minutes. Mr. Rodriguez agreed to stipulate to extend Plaintiffs' time to respond to his Motion. I left the meeting believing that Mr. Rodriguez may be well-suited to be a declarant in the lawsuit. Mr. Rodriguez signaled that he was optimistic about meeting with me again.

5. On July 19, 2022, I met with Mr. Rodriguez to further discuss his concerns about the Jail and to obtain his signature for the Joint Motion to Extend Briefing Schedule on Motion to Intervene, which stated the parties were "exploring whether Mr. Rodriguez's concerns can be address more efficiently through collaboration with Plaintiffs than through intervention in this action." *See* Dkt. No. 192 at 1. My expectation from my July 16 and 19, 2022 meetings with

1 | Mr. Rodriguez was that he would continue to work with Plaintiffs' counsel.

6. Since that meeting, and to my surprise, I have been unable to speak with Mr. Rodriguez. On August 16, 2022 and August 17, 2022, I traveled to Vista Detention Facility and attempted to meet with Mr. Rodriguez. On both occasions, I was told by the clerk that a deputy said Mr. Rodriguez had refused the visit. I also placed a professional callback request for Mr. Rodriguez on the afternoon of August 16, 2022. I did not receive a call back from Mr. Rodriguez.

7. My co-counsel and I are still willing and able to meet with Mr. Rodriguez, whether at Vista Detention Facility or any other San Diego County Jail facility to which he is transferred. We plan to go back to the Jail within the next week in hopes of meeting with Mr. Rodriguez.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego, California this 24th day of August, 2022.

By: /s/ Isabella Neal
Isabella Neal