GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF- 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone: (415) 433-6830
Facsimile:   (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California  94704-1165
Telephone: (510) 806-7366
Facsimile:   (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL- 328323
OLIVER KIEFER- 332830
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, California  92101-4297
Telephone: (619) 699-2700
Facsimile:   (619) 699-2701
christopher.young@dlapiper.com
isabella.neal@dlapper,com
oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU OF SAN DIEGO AND
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California  92103-6330
Telephone: (619) 232-2121
bvakili@aclu-sdic.org
jmarkovitz@aclu-sdic.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et.al,<br><br>       Plaintiff,<br><br>       v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MIDAMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT,<br>and DOES 1 to 20, inclusive,<br><br>       Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**NOTICE OF WITHDRAWAL OF BARDIS VAKILI AND JONATHAN MARKOVITZ**<br><br>Judge:   Hon. Anthony J. Battaglia |

[3837412.1]

NOTICE OF WITHDRAWAL

Case No. 3:20-cv-00406-AJB-WVG

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please be advised that Bardis Vakili and Jonathan Markovitz hereby withdraw as counsel for Plaintiffs in the above captioned matter for the reasons explained in the accompanying Declaration of Bardis Vakili. Plaintiffs remain well-represented by their other attorneys of record, and no substitution of counsel will therefore be necessary. Accordingly, Mr. Vakili and Mr. Markovitz respectfully request that they be removed from the docket as counsel of record.

Dated: August 30, 2022

Respectfully submitted,

ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES

By:  **s/ BardisVakili**
BARDIS VAKILI

**s/ Jonathan Markovitz**
JONATHAN MARKOVITZ

Attorneys for Plaintiff-Petitioners