GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF- 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone: (415) 433-6830
Facsimile:  (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California  94704-1165
Telephone: (510) 806-7366
Facsimile:  (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL- 328323
OLIVER KIEFER- 332830
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, California  92101-4297
Telephone: (619) 699-2700
Facsimile:  (619) 699-2701
christopher.young@dlapiper.com
isabella.neal@dlapper,com
oliver.kiefer@dlapiper.com

BARDIS VAKILI – 247783
JONATHAN MARKOVITZ – 301767
ACLU OF SAN DIEGO AND
IMPERIAL COUNTIES
2760 Fifth Avenue, Suite 300
San Diego, California  92103-6330
Telephone: (619) 232-2121
bvakili@aclu-sdic.org
jmarkovitz@aclu-sdic.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et.al,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MIDAMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>  Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF BARDIS VAKILI IN SUPPORT OF NOTICE OF WITHDRAWAL**<br><br>Judge:  Hon. Anthony J. Battaglia |

Case No. 3:20-cv-00406-AJB-DDL

I, Bardis Vakili, hereby declare as follows:

1. I have personal knowledge of the facts set forth below and if called to testify, I could and would do so competently.

2. I am currently a Senior Staff Attorney and the Interim Legal Director with the ACLU Foundation of San Diego & Imperial Counties ("ACLU-SDIC").

3. As of September 2, 2022, I will no longer be an ACLU-SDIC employee, as I am leaving the affiliate to start my own law practice. Because of this change, I respectfully must withdraw as counsel in this case.

4. My departure will leave only one practicing attorney on ACLU-SDIC's staff, Jonathan Markovitz. Necessarily, Mr. Markovitz's responsibilities and caseload will increase after my departure until additional new legal staff can be hired, the timing of which is difficult to predict. Because of this capacity shortfall after my departure, Mr. Markovitz is also withdrawing from this case, which will remove ACLU-SDIC attorneys from the case altogether.

5. The clients and putative class will continue to be skillfully and zealously represented by our co-counsel from Rosen, Bien, Galvan, and Grunfeld LLP, DLA Piper, and the Law Office of Aaron J. Fischer.

6. ACLU-SDIC's decision to withdraw its attorneys from this matter is not taken lightly. However, it is based on the affiliate's limited capacity and, more importantly, on our confidence that the clients and putative class members in this case remain very capably represented by our co-counsel. Co-counsel have the resources, expertise, and experience to pursue the clients' vital interests in ensuring that conditions in the San Diego Jails meet constitutional and legal standards. Thus, withdrawing ACLU-SDIC from the case will allow ACLU-SDIC to preserve Mr. Markovitz's ability to zealously represent ACLU-SDIC's remaining clients without sacrificing the quality of representation for plaintiffs in this case.

7. The decision to seek withdrawal from this case does not in any way reflect doubt or hesitation about the importance of this case, its legal merit, or its goals, all of which we continue to support. It has been my privilege to work with our co-counsel on this urgent and important matter on behalf of our clients.

8. As always, I am available and at the court's service should the court have any questions or concerns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 29, 2022, at San Diego, California.

                                                          /s/ *Bardis Vakili*
                                                        Bardis Vakili