GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:       ggrunfeld@rbgg.com
             vswearingen@rbgg.com
             pkaul@rbgg.com
             eanderson@rbgg.com
             hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF AARON J. FISCHER
1400 Shattuck Avenue, Suite 12 – #344
Berkeley, California 94709-1474
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email:       ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LIMITED EXPEDITED DISCOVERY**<br><br>Judge:       Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set<br><br>**NO HEARING DATE PER DKT. 211** |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California  92101-4297
Telephone:   (619) 699-2700
Facsimile:    (619) 699-2701
Email:          christopher.young@dlapiper.com
                    isabella.neal@dlapiper.com
                    oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs

[4146073.1]

Case No. 3:20-cv-00406-AJB-DDL

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LIMITED EXPEDITED DISCOVERY

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Darryl Dunsmore, Ernest Archuleta, Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, and Laura Zoerner ("Plaintiffs"), on behalf of themselves and all other similarly situated persons, will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 26(d), for an order permitting limited, expedited discovery of Defendants San Diego County Sheriff's Department and the County of San Diego ("County Defendants") related to six discrete issues related to the San Diego County Jail.

The Motion is based on this notice; the accompanying memorandum of points and authorities; the declaration of Van Swearingen and associated exhibits; any evidence and argument presented at any hearing on the motion, and all other papers and pleadings on file in this action.

DATED: September 7, 2022            Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
    Van Swearingen

Attorneys for Plaintiffs
Email:  vswearingen@rbgg.com