GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:       ggrunfeld@rbgg.com
             vswearingen@rbgg.com
             pkaul@rbgg.com
             eanderson@rbgg.com
             hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF AARON J. FISCHER
1400 Shattuck Avenue, Suite 12 – #344
Berkeley, California  94709-1474
Telephone:  (510) 806-7366
Facsimile:  (510) 694-6314
Email:       ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**CERTIFICATE OF COMPLIANCE WITH CIVIL L.R. 26.1**<br><br>Judge:     Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date:  None Set<br><br>**NO HEARING DATE PER DKT. 211** |

1    *(counsel continued from preceding page)*

2    CHRISTOPHER M. YOUNG – 163319
     ISABELLA NEAL – 328323
3    OLIVER KIEFER – 332830
     DLA PIPER LLP (US)
4    401 B Street, Suite 1700
     San Diego, California  92101-4297
5    Telephone:   (619) 699-2700
     Facsimile:   (619) 699-2701
6    Email:       christopher.young@dlapiper.com
                  isabella.neal@dlapiper.com
7                 oliver.kiefer@dlapiper.com

8    Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 26.1(b), Plaintiffs' counsel hereby certifies that

2    they have complied with Civil Local Rule 26.1 in connection with the filing of

3    Plaintiffs' Motion for Limited Expedited Discovery.  Plaintiffs' counsel met and

4    conferred with County Defendants' counsel, who have offices in a different county,

5    by telephone on August 26 and September 6, 2022, concerning all disputed issues.

6

7    DATED:  September 7, 2022          Respectfully submitted,

8                                      ROSEN BIEN GALVAN & GRUNFELD LLP

9

10                                     By: */s/ Van Swearingen*

11                                         Van Swearingen

12                                     Attorneys for Plaintiffs

13                                     Email:  vswearingen@rbgg.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28