PEDRO RODRIGUEZ 1779511751585
VISTA DETENTION FACILITY
325 S MELROSE DRIVE
VISTA CA 92081
N4-CELL 15

**FILED**
Sep 19 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ shellyy DEPUTY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ | CASE# 3:20-CV-00406-AJB-WVG |
| PETITIONER | PETITIONERS REPLY AND |
| DARRYL DUNSMORE, ET AL, | OBJECTION TO PLAINTIFFS' |
| PLAINTIFF | OPPOSITION TO MOTION |
| V. | TO INTERVENE |
| SAN DIEGO COUNTY SHERIFFS, ET AL., | EVIDENTIARY HEARING |
| DEFENDANTS | REQUESTED |

## INTRODUCTION

I PEDRO RODRIGUEZ AM A PETITIONER IN THE ABOVE ENTITLED MATTER AND THAT IT IS MY BELIEF I HAVE CORRECTLY SOUGHT PERMISSION FROM THIS COURT TO INTERVENE AND PRESENT CLAIMS AND OTHERWISE COME INTO THIS ACTION AS A PLAINTIFF AS IS WITHIN THE COURTS POWER UNDER FEDERAL RULES OF CIVIL PROCEDURE PER FEDERAL RULES OF CIVIL PROCEDURE 23(d)(1)(B)(iii).

AS PETITIONER I BELIEVE I AM CORRECT IN MY BELIEF IN THAT F.R.C.P. 23(d)(1) STATES

"IN GENERAL. IN CONDUCTING AN ACTION UNDER THIS RULE, THE COURT MAY ISSUE ORDERS THAT:"

AS PETITIONER I BELIEVE THIS RULE DEFINES THE POWER VESTED IN THE COURT TO CONDUCT PROCEEDINGS AS THE COURT SEES FIT INCLUDING GRANTING INTERVENTION.

THE PETITIONER HAS BEEN INCAPACITATED AFTER BEING ASSAULTED BY TWO GANG MEMBERS 8/13/2022

1 of 10

1. AT OR ABOUT 2:30 P.M. (ATTACHED A). TWO OTHER GANG
2. MEMBERS USED S.D.SHERIFFS.NET TO CHECK THE PETITIONERS
3. CHARGES. THEN RECRUITED THE TWO ATTACKERS, ONE
4. PHYSICALLY ATTACKED WHILE THE OTHER PICKED UP THE
5. PETITIONERS CANE AND BEAT THIS PETITIONER AROUND THE
6. HEAD AND FACE WITH IT. THE PETITIONER HAS SUFFERED
7. HEADACHES, VISION LOSS, NECK AND BACK PAIN SINCE.
8.     AFTER GRIEVING MY LIFE WAS IN DANGER. I WAS
9. ATTACKED IN A MANNER I FEARED WOULD HAPPEN.

## PROCEDURAL HISTORY

11. THIS PETITIONER AGREES THAT AT LEAST THREE
12. MEETINGS OCCURRED WITH ATTORNEYS OF DLA PIPER AND
13. THE LAST TWO WERE WITH ISABELLA NEAL.
14.     IN GENERAL THIS PETITIONER DOES TRY TO ALWAYS
15. BE AMICABLE IN REGARDS TO ANY POTENTIAL LEGAL
16. MEETING BUT ALSO THIS PETITIONER HAS DOCUMENTED
17. GRIEVANCES WITH ROSEN, BIEN, GALVAN & GRUNFELD LLP
18. SAN FRANCISCO UNDER THEIR FILE# 1730-1
19.     THE JOINTLY FILED EXTENSION OF TIME WAS
20. A DEMONSTRATION OF THIS PETITIONERS DESIRE TO
21. BE AGREEABLE BUT NOT A SURRENDER OF MY
22. REQUEST TO INTERVENE.
23.     PER PLAINTIFFS SECOND AMENDED COMPLAINT
24. DOC#81 FILED 2/09/22 PG.14 PAGEID 393. PAGE 23 OF 223
25. PLAINTIFF DUNSMORE IS IN CUSTODY OF CDCR AND "MAY" RETURN TO
26. COUNTY JAIL
27. PLAINTIFF ARCHULETA IS SENTENCED AND "MAY" RETURN TO
28.         2 OF 10

1 COUNTY JAIL
2    PLAINTIFF EDWARDS IS A PRE-TRIAL DETAINEE WHO
3 MAY BE SENTENCED TO CDCR AND "MAY" RETURN TO COUNTY JAIL.
4    PLAINTIFF CEWIN IS ON PROBATION AND "MAY" RETURN TO COUNTY
5 JAIL
6    PLAINTIFF JOSUE LOPEZ IS RELEASED ON BAIL AND "MAY"
7 RETURN TO COUNTY JAIL
8    PLAINTIFF NELSON IS AWAITING TRANSFER TO CDCR AND
9 MAY BE RETURNED TO COUNTY JAIL.
10   PLAINTIFF NORWOOD IS AWAITING TRANSFER TO CDCR AND
11 MAY BE RETURNED TO COUNTY JAIL
12   PLAINTIFF ZOERNER IS SERVING HER SENTENCE AT
13 THE MCALISTER INSTITUTE KIVA LEARNING CENTER AND MAY
14 RETURN TO COUNTY JAIL,
15   UNLIKE THE PLAINTIFFS THE PETITIONER IS ACTIVELY IN
16 HARM'S WAY (ATTACHED "C") SERVING A 15 YEAR 6 MONTH
17 COUNTY JAIL SENTENCE WITH NO REHABILITATION ATTACHED
18 AND NO OPPORTUNITY TO SPEAK TO AN ATTORNEY AS THERE
19 IS NO LAWYER DIRECTORY AT THE COUNTY JAILS.
20   PETITIONER ATTACHES ATTACHMENT "B" CDCR DOCUMENTATION
21 OF PETITIONERS AILMENTS
22   ATTACHMENT "D" AND "E" EXHAUSTIVE GRIEVANCE FOR
23 ACCESS TO PETITIONERS LEGAL WORK PRODUCT AND TO
24 BE RECOGNIZED AS A PRO PER LITIGANT WHICH WAS
25 ORDERED GRANTED IN RODRIGUEZ V FISHER FEDERAL
26 HABEAS SOUTHERN DISTRICT 3:21-CV-01443 BUT NEVER
27 HAPPENED, (21-CV-1443 DOC#46 FILED 4/18/22 PAGE LN.1)
28
          3 OF 10

1. PETITIONER ATTACHES ATTACHMENT "F" HISTORY OF MEDICAL
2. GRIEVANCES TO SAN DIEGO SHERIFFS DEPT OF WHICH
3. PETITIONER RECEIVED CANE IN JUNE/22
4. CLOSE TOED SHOE 8/22
5. THERE IS NO MENTAL HEALTH PROGRAM PETITIONER IS AWARE OF
6. 7/31/2022 8:30 PM AN PRISONER RIVERA WAS MOVED INTO
7. PETITIONERS CELL FROM STREET WITHOUT QUARANTINE FIRST. (COVID EXPOSURE)
8. 8/3/2022 8:30 AM PRISONER HERRERA WAS MOVED INTO
9. PETITIONERS CELL FROM STREET WITHOUT QUARANTINE FIRST. (COVID EXPOSURE)
10. PER ATTACHMENT "G" PETITIONER IS SENTENCED IN A MANNER
11. THAT SUBVERTS CAL CONST I §32 ET SEQ FORCING THE
12. PETITIONER TO SERVE AN ADDITIONAL 15 YEAR 6 MONTH
13. MISDEMEANOR COUNTY JAIL SENTENCE AFTER BEING SENTENCED
14. TO PRISON.
15. PER ATTACHMENT "H" PAGE 6 2nd PARAGRAPH THE
16. PETITIONER WAS CONVICTED WITH DIGITAL MEDIA DOWNLOADED
17. ONTO PETITIONERS ELECTRONICS AND MISREPRESENTED TO
18. A JURY. THIS PETITIONER DECLARES TO BE FRAMED
19. BY ASSISTANT DISTRICT ATTORNEY MATT GRECO.
20. PER ATTACHMENT "I" PETITIONERS YOUNGER BROTHER
21. WAS CHARGED AS A CO-CONSPIRATOR, THEN CONVICTED
22. AND THEN PER ATTACHMENT "J" FOR GOOD MEASURE
23. PETITIONERS MOTHER WAS CHARGED AS A CO-CONSPIRATOR.
24. HERE THE PETITIONER IF ALLOWED TO BE NAMED AS
25. A PLAINTIFF ACTIVELY MAINTAINS A CASE OR CONTROVERSY
26. AS A 15 YEAR 6 MONTH PRISONER WITH NO SIGN
27. OF RELIEF.
28.

4 OF 10

1  ARTICLE III OF THE CONSTITUTION "RESTRICTS
2  FEDERAL COURTS TO THE RESOLUTION OF CASES AND
3  CONTROVERSIES," DAVIS V FED. ELECTION COMM'N, 554
4  US 724, 732 (2008), AND REQUIRES THAT "A JUSTICIABLE
5  CASE OR CONTROVERSY... REMAIN EXTANT AT ALL STAGES
6  OF REVIEW." UNITED STATES V. JUVENILE MALE, 131 S.CT.
7  2860, 2864 (2011). THE SUPREME COURT HAS RECOGNIZED "A
8  CLAIM IS MOOT, AND THE COURT IS DIVESTED OF ITS
9  JURISDICTION IF A CASE OR CONTROVERSY NO LONGER
10 EXISTS PURSUANT TO ARTICLE III OF THE CONSTITUTION."
11 NORTH CAROLINA V RICE, 404 US 224, 246 (1971). IN
12 CASES INVOLVING INMATES CHALLENGING THEIR INSTITUTIONAL
13 CONFINEMENT, THE NINTH CIRCUIT RECOGNIZES "ONCE
14 AN INMATE IS REMOVED FROM THE ENVIRONMENT IN WHICH
15 HE IS SUBJECTED TO THE CHALLENGED POLICY OR PRACTICE...
16 HE NO LONGER HAS A LEGALLY COGNIZABLE INTEREST
17 IN A JUDICIAL DECISION ON THE MERITS OF HIS CLAIM."
18 ALVAREZ V HILL 667 F3d 1061, 1064 (9th CIR 2012).
19     HERE THE PLAINTIFFS ALL APPEAR TO BE IN
20 SAFER PLACES WITH CONSTITUTIONAL REDRESS WHILE
21 THE PETITIONER REMAINS IN HARMS WAY.
22     F.R.C.P 23(g)(4) STATES CLASS COUNSEL MUST FAIRLY
23 AND ADEQUATELY REPRESENT THE INTERESTS OF THE CLASS AND
24     F.R.C.P 23(d)(1)(B)(iii) STATES AS THE PETITIONER BELIEVES
25 IS HAPPENING NOW THE COURT MAY ORDER OPPORTUNITY FOR
26 MEMBERS TO "INTERVENE AND PRESENT CLAIMS".
27
        5 OF 10

1. NONE OF THE PRESENT PLAINTIFFS ARE LONG TERM
2. PRISONERS, THIS PETITIONER IS A LONG TERM PRISONER.
3. THE PLAINTIFFS CLAIMS APPEAR TO BASED IN THEIR
4. RISK OF RECIDIVISM AND FAILURE TO REHABILITATE
5. REHABILITATION IS FORCLOSED TO THE PETITIONER.
6. THERE ARE NO PROVISIONS FOR A LONG TERM PRISONER
7. SUCH AS THE PETITIONER.
8. THE PETITIONER IS LOCKED DOWN A MINIMUM 19½ HOURS
9. A DAY.
10. THE PETITIONER HAS NOT SEEN HIS LEGAL WORK
11. PRODUCT SINCE ARRIVING AT SAN DIEGO COUNTY SINCE
12. 9/30/2021
13. THE PETITIONER CAN NOT COLLATERALLY ATTACK
14. HIS 15 YEAR 6 MONTH MISDEMEANOR SENTENCE BECAUSE
15. OF LACK OF RESOURCES
16. THE PETITIONER CAN NOT SOLICIT HELP OF AN
17. ATTORNEY BECAUSE THERE IS NO LAWYER DIRECTORY
18. IN THE COUNTY JAIL.
19. THE PETITIONER DOES NOT HAVE ACCESS TO
20. UNLIMITED CORRESPONDENCE WITH THE COURTS.
21. THE SAN DIEGO SHERIFFS HAVE IGNORED COURT
22. ORDER TO RECOGNIZE THE PETITIONER AS A PRO SE LITIGANT
23. IN CASE 21-CV-01443.
24. THE ISSUE OF PRISONER MAIL HAS BEEN ARGUED
25. IN PRISON LEGAL NEWS V SAN DIEGO SHERIFFS DEPT
26. THE ISSUE OF EAVESDROPPING HAS BEEN ARGUED
27. IN ROMERO V SECURUS BUT THE ISSUES CONTINUE.
28. (WL 4922845)    6 OF 10

1. THE PETITIONER ALLEGES HAVING DIGITAL MEDIA
2. DOWNLOADED ONTO HIS ELECTRONICS AND MISREPRESENTED (ATK'4'4'R.6)
3. TO A JURY TO SECURE HIS CONVICTION IN CASE #333477
4. THE PETITIONER THEN ALLEGES THAT BECAUSE OF
5. THE PETITIONERS UNWILLINGNESS TO SUCCUMB TO A
6. DEAL THE PETITIONERS YOUNGER BROTHER AND MOTHER
7. WERE ARRESTED AS CO-CONSPIRATORS IN INSURANCE
8. FRAUD IN CASE #340334. (ATK'I', ATK'S')
9.    THE ONUS IS ON THE PETITIONER TO PROVE THESE
10. CLAIMS IN FEDERAL HABEAS SOUTHERN DISTRICT 21-CV-01442,
11. 21-CV-01395, AND 21-CV-01443 BUT THE PETITIONER IS
12. ACTIVELY FRUSTRATED BY THE SAN DIEGO SHERIFFS DEPT.
13.    THIS PETITIONER WAS TOLD BY A SERGEANT AT GEORGE
14. BAILEY GANGS WERE EVERYWHERE AND THE PETITIONER
15. WOULD HAVE TO GET OVER IT. THE GANGS IN PRISON ARE
16. MANAGED BY VALIDATION AND DOCUMENTATION BY ISU.
17.    SO A REMEDY IS AVAILABLE SHERIFFS REFUSE TO IMPLEMENT
18. IT.
19.         ARGUMENT
20.    F.R.C.P 23(d)(1),(2) GIVES THE COURT FULL
21. AUTHORITY, AUTONOMY AND POWER TO CONDUCT PROCEEDINGS
22. AS THE COURT DEEMS FIT
23.    THE PETITIONER HAS CORRECTLY SOUGHT PERMISSION
24. TO INTERVENE AND COME INTO THE ACTION AS A PLAINTIFF
25.    THE PETITIONERS REQUEST IS TIMELY
26.    THE PETITIONER HAS NO INTEREST IN THE PROCEEDINGS
27. AS A LONG TERM PRISONER AS THE THE PETITIONER WILL
28.         7 OF 10

1. REMAIN IN CONTINUOUS CUSTODY OF THE SAN DIEGO
2. SHERIFFS DEPT UNTIL SEPTEMBER 2028 AND CONTINUOUSLY
3. BE SUBJECTED TO POOR HEALTH CARE, INTERFERENCE WITH
4. ACCESS TO THE COURTS AND VIOLENCE. VIOLATIONS OF
5. THE 1ST AMENDMENT, 8TH AMENDMENT AND 14TH AMENDMENT
6.    DISPOSITION OF THE ACTION MAY IMPAIR THE PETITIONERS
7. ABILITY TO PROTECT THIS PETITIONERS INTEREST THAT
8. BECAUSE THE CURRENT PLAINTIFFS ARE REMOVED FROM
9. THE HARMFUL ENVIRONMENT OF THE SAN DIEGO SDJC
10. OR WILL BE REMOVED THE CASE OR CONTROVERSY WILL
11. CEASE TO EXIST AND THE COMPLAINT WILL BE DISMISSED.
12. ALVAREZ V HILL 667 F3d 1061, 1064 (9th Cir 2012).
13.    THE PETITIONERS INTEREST ARE NOT ADEQUATELY
14. REPRESENTED AS THE CURRENT PLAINTIFFS ARE ONLY
15. SUBJECT TO CONDITIONS VIA RECIDIVISM WHERE THIS
16. PETITIONER IS PRESENTLY SUFFERING AND WILL CONTINUE
17. TO SUFFER THE DURATION OF A CONTINUOUS 15 YEAR
18. 6 MONTH COUNTY JAIL SENTENCE.
19.       <u>A1</u>
20.    THE CURRENT PLAINTIFFS DO NOT PROTECT THE
21. PETITIONERS INTEREST. THE PETITIONER IS A LONG TERM
22. PRISONER WHO IS CONSTANTLY MOVED AS THE PETITIONER
23. SUBMITS GRIEVANCES. THE CURRENT COMPLAINT DOES NOT
24. ADDRESS THE NEEDS OF THE LONG TERM PRISONER.
25.    THERE IS NO LONG TERM HOUSING UNIT PROGRAMS
26. FOR A LONG TERM OFFENDER AND THE CURRENT PLAINTIFFS
27. ARE NOT SUBJECT TO THE VIOLENCE THE PETITIONER IS
28.

1. THE CURRENT PLAINTIFFS ARE SUBJECT TO THESE
2. CONDITIONS ONLY THROUGH RECIDIVISM IF THEY COME
3. BACK TO THE SAN DIEGO COUNTY SHC. PRESENTLY THE
4. PETITIONER IS STUCK HERE.
5.     B INTERVENTION WOULD NOT DELAY RESOLUTION
6. PRESENTLY THE PLAINTIFFS ONLY SEEK A DECLARATION
7. FROM THE PETITIONER. BUT WHAT THE PETITIONER SEEKS
8. IS NOTHING MORE THAN WHAT IS ALREADY GUARANTEED
9. BY ESTABLISHED SUPREME COURT LAW AND THE FEDERAL
10. CONSTITUTION.
11.   A DECLARATION DOES NOTHING TO FORCE COMPLIANCE
12. OR INJUNCTIVE RELIEF.
13.   THE PLAINTIFFS PRESENTLY DO NOT ADDRESS ALLOWANCE
14. FOR ACCESS TO NATURAL LIGHT. THERE IS NO
15. NATURAL LIGHT IN EAST HOUSE, VISTA DETENTION FACILITY.
16.   THE PLAINTIFFS DO NOT ADDRESS ALLOWANCE FOR
17. PARTICIPATION IN COURT PROCEEDINGS.
18.   THE PLAINTIFFS DO NOT ADDRESS LACK OF LONG
19. TERM HOUSING FOR LONG TERM PRISONERS
20.   F.R.C.P. 23(a)(1)(B)(iii) ALLOWS THE PETITIONER AN
21. OPPORTUNITY FOR THE PETITIONER TO PRESENT CLAIMS
22. THE CURRENT PLAINTIFFS ARE NOT WHO ARE CONCERNED
23. WITH RECIDIVISM AND NOT LONG TERM INCARCERATION
24. IN THE COUNTY JAIL.
25.   THE PLAINTIFFS ARE NOT PRESENT TO WITNESS
26. CUSTOM OR POLICY OF MEDICAL STAFF IN DISCOURAGING
27. MEDICAL TREATMENT FOR SUCH THINGS AS HERNIAS (AN ELECTIVE SURGERY)
28.     9 of 10

THE PETITIONER SEEKS TO BE NAMED AS A PLAINTIFF AND PROTECT HIS INTERESTS AS A LONG TERM PRISONER.

ANY INCONSISTENCY WITH MEETING PLAINTIFFS COUNSEL WAS FROM 1.) BEING TREATED AT HOSPITAL FOR NECK INJURIES AFTER HANGING AND 2.) BEING INCAPACITATED AFTER BEING BRAINED WITH THE PETITIONERS OWN CANE.

THE PETITIONER HAS NOT REQUESTED AN EXTENSION OF TIME DESPITE UNFAVORABLE CONDITIONS BUT HAS AGREED WITH JOINTLY FILING AN EXTENSION OF TIME WITH THE PETITIONERS.

THE PETITIONER SHOULD BE ALLOWED TO INTERVENE AS NONE OF THE PRESENT PLAINTIFFS ARE LONG TERM PRISONERS AND DO NOT ADEQUATELY REPRESENT THE INTERESTS OF LONG TERM PRISONERS SUCH AS THE PETITIONER.

## CONCLUSION

AS THE PLAINTIFFS ARE OR WILL BE REMOVED FROM THE ENVIRONMENT IN WHICH THEY ARE SUBJECT TO THE CHALLENGED POLICIES OR PRACTICES IT IS QUESTIONABLE WHETHER THE PLAINTIFFS CAN MAINTAIN THE CASE OR CONTROVERSY REQUIREMENT. PRESENTLY THE COMPLAINT DOES NOT ADDRESS THE CONCERNS OF LONG TERM PRISONERS OF WHICH THE PETITIONER IS, THEREFORE THE PETITIONER SHOULD BE ALLOWED TO COME INTO THE ACTION AS A PLAINTIFF AND PRESENT CLAIMS  RESPECTFULLY SUBMITTED

PETITIONER/CASE
IN PRO SE

9/1/2022

10 OF 10

**PRIORITY MAIL**
**US POSTAGE PAID** $8.95
Origin: 94063
09/15/22

**PRIORITY MAIL®**
1 Lb 8.40 Oz
EXPECTED DELIVERY DAY: 09/17/22
C037

SHIP TO:
333 W BROADWAY
STE 420
SAN DIEGO CA 92101-3606

USPS TRACKING #
9505 5143 4882 2259 5306 54

FROM:
Gloria Rodriguez
718 Garsia St
Redwood City, Calif.
94063

RECEIVED
SEP 19 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

BC

TO:
United States District Court
Southern District of Calif.
333 West Broadway
Suite 420
San Diego Calif. 92101

VERIFICATION

CASE DUNSMORE V. SAN DIEGO COUNTY SHERIFFS DEPT
3:20-CV-00406-AJB-DDL

I PEDRO RODRIGUEZ DECLARE:
I AM THE PETITIONER IN THE ABOVE-ENTITLED MATTER
I HAVE READ THE FOREGOING PETITIONERS REPLY AND OBJECTION TO PLAINTIFFS OPPOSITION TO MOTION TO INTERVENE AND KNOW THE CONTENTS THEREOF.

THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO THOSE MATTERS WHICH ARE THEREIN STATED ON INFORMATION AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE IT TO BE TRUE.

EXECUTED ON SEPT 1 2022 AT VISTA DETENTION FACILITY, SAN DIEGO COUNTY, CALIFORNIA

I DECLARE (OR CERTIFY) UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT

PEDRO RODRIGUEZ
IN PRO SE
9/1/2022

PROOF OF SERVICE

I PEDRO RODRIGUEZ DECLARE:
I AM OVER 18 YEARS OF AGE AND A PARTY TO THIS ACTION
I AM A PRISONER OF   VISTA DETENTION FACILITY
                    325 S. MELROSE DR.
                    VISTA CA 92081
                    NY-CELL 15

ON SEPTEMBER 1 2022
I SERVED THE ATTACHED PETITIONERS REPLY AND OBJECTN
TO PLAINTIFFS OPPOSITION TO MOTION TO INTERVENE
ON THE PARTIES HEREIN BY PLACING TRUE AND CORRECT
COPIES THEREOF, ENCLOSED IN A SEALED ENVELOPE, WITH POSTAGE
THEREON FULLY PAID HAND DELIVERED TO A SAN DIEGO SHERIFFS
DEPUTY FOR MAIL TO

ROSEN BIEN GALVIN & GRUNFELD LLP          UNITED STATES DISTRICT COURT
101 MISSION STREET, 6th FLOOR              SOUTHERN DISTRICT OF CA
SAN FRANCISCO CA 94105-1738                333 WEST BROADWAY
ATTN: VAN SWEARINGEN                       SUITE 420
                                           SAN DIEGO CA 92101

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS
OF THE UNITED STATES OF AMERICA THAT THE FOREGOING
IS TRUE AND CORRECT.

EXECUTED 9/1/2022                    PEDRO RODRIGUEZ
                                     IN PRO SE