ATTACHMENT "A"

ATTACHMENT "A"

ATTACHMENT "A"
GRIEVANCE REGARDING
ASSAULT ON PETITIONER

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## QUEJA/APELACIÓN DE LA DISCIPLINA DE PRESO

☐ SDCJ    ☐ GBDF    ☐ EMRF    ☐ LCDRF    ☐ SBDF    ☒ VDF    ☐ FAC8

From: RODRIGUEZ PEONO LUIS    14745793    N4-CELL 15
De:
Name (Last, First, Middle)    Booking Number    Housing Unit
Nombre (Apellido, Primero, Segundo)    Número de ficha    Unidad de alojamiento

Grievance is about:    ☒ Jail Procedures    ☐ Jail Conditions    ☐ Medical    ☐ PREA    ☐ Other
La queja es acerca:    Procedimientos de    Condiciones de    Médico    Otro
la Cárcel    la Cárcel

Date and Time of Incident / Fecha y hora del incidente:    SATURDAY 8/13/22

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)

SATURDAY AUGUST 13, 2022 AT ABOUT 2:30 PM, GILBERT ESCABIDO (E2-CELL 3)
A "DULCE-FIVE" GANG MEMBER RECRUITED HIS CELLMATE MUHAMMED (E2-CELL 3)
AND INMATE RODRIGUEZ (E2-CELL 11) ALSO "DULCE-FIVE" TO ASSAULT ME AFTER
ENRICH YONICH AKA "NIKKI" "E2-CELL 5" USED THE S.D. SHERIFFS NET
WEBSITE TO CHECK MY CURRENT CHARGES 8/10/2022 AT OR ABOUT 9:45 AM
THE ABOVE CALL IS RECORDED BY SECURUS, THIS IS AFTER I SUBMITTED
GRIEVANCES ESCOBIDO AND YONICH WERE CHECKING PAPERWORK FOR BOTH
THE DULCE-FIVE GANG AND THE GBG GANG.

Inmate Signature / Firma de Preso    8/14/22
Date / Fecha

---

THIS BOX IS FOR OFFICIAL USE ONLY
Esta caja es para el uso oficial solamente.

Received by:    ARO    3297    8/15/22    0903
Signature of receiving staff member    ARJIS #    Date    Time

Entered in JIMS: _____    _____    _____
Date    Time    JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☒ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # _____    JIMS Appeal Hearing # _____
☐ It is a complaint against staff—JIMS Incident # _____    (Refer to Detentions P&P Section N.1)
☒ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request:    A CRIME REPORT WAS COMPLETED AND APPROVED FOR THE
ABOVE INCIDENT.

J-22 (Rev 1/15)    **Original goes to booking jacket**    **Copy goes to inmate after being signed by staff member**

ATTACHMENT "B"

ATTACHMENT "B"

ATTACHMENT B
DOCUMENTATION
OF PETITIONERS
AILMENTS BY CDCR

# ATTACHMENT

Version 4.6.1.1

Release Note
Summary    Bed Inventory    ADA/EC History

Generate Reports / Get Help / Report a Problem Log On

CDC #: [BC6583]    [Search]    CDC Number: BC6583; RODRIGUEZ, PEDRO

## Summary

### Offender/Placement

| | |
|---|---|
| CDC #: | BC6583 [Other] |
| Name: | RODRIGUEZ, PEDRO |
| Institution: | Ironwood State Prison |
| Bed Code: | B 004 1126001L |
| Placement Score: | 31 |
| Custody Level: | Medium A |
| Housing Pgm: | SNY - Sens Needs Yd |
| Housing Restrictions: | Ground Floor-Limited Stairs, Lower/Bottom Bunk Only |
| Physical Limitations to Job/Other: | Lifting Restriction-Unable to lift more than 19 Pounds, PERMANENT 12-31-9999 Months |

### Disability/Assistance

| | |
|---|---|
| DDP Code: | NCF |
| Effective Date: | 06/08/2017 |
| DPP Codes: | DLT [History] |
| 1845 Date: | 03/08/2018 |
| MHSDS Code: | |
| SLI: | |
| Primary Method: | |
| Alternate Method: | |
| Learning Disability: | |
| TABE Score: | 12.9 |
| TABE Date: | 08/03/2012 |
| Durable Medical Equipment: | Compression Stockings, Cane, Eye Glasses  [Info] |
| Last Account: | |
| Spoken Languages: | |

### Important Dates

| | |
|---|---|
| Pending Revocation: | No |
| Revocation Date: | |
| Date Received in CDCR: | 03/30/2017 |
| Last Return Date: | |
| Extended Stay Date: | 06/28/2017 |
| Extended Stay Privileges? | |
| Release Date: | 03/03/2022 |
| 120 Day Date: | 11/03/2021 |
| Next IDST Date: | |

### Work/Vocation/PIA

1

| | |
|---|---|
| Group Priv: | A |
| Group Work: | A1 |
| Start Date: | 03/22/2018 |
| Status: | Fulltime |
| Job Position: | PTR.009.010 |
| Job Title: | B FAC BLDG 4 PTR |
| IWTIP Code: | S |
| IWTIP Description: | Support Services |
| Regular Day Off: | SU, S |
| Work Hours: | 0700-1030, 1100-1400 |

## Accommodation History

No Accommodation Records Found.

RECEIVED

SEP 21 2018

INMATE APPEALS
VALLEY STATE PRISON

ATTACHMENT B

Take only the medications listed above. Contact your doctor prior to taking any medications not on this list.

RODRIGUEZ, PEDRO has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Appointments**

**7362 RN Initial Visit (Asymptomatic)** 12/14/17 11:30:00 PST, 170.71.227.93.2017120414193025408A2097D#1.00, Spinal arthritis. Injured back in VOC lifting material. Requesting treatment and time off., 12/28/17 23:59:00 PST

**Follow Up LVN 10** 08/18/17 0:01:00 PDT, Other, 180 days, 02/14/18 23:59:00 PST, pct/Immunization Follow Up

**PCP Follow Up 40** 12/01/17 9:42:00 PST, Other - Special Instructions, 06/01/18 23:59:00 PDT, f/u in 180 days

**Chronos**

**128-C Dental Refusal** 12/14/17 12:33:00 PST, Refused to report for a scheduled priority dental appointment OR refused dental treatment.   This is an informational chrono and is not to be used for disciplinary purposes.

**128-D Dental Priority Classification** 05/22/17 11:03:00 PDT, DPC 2

**128-D Dental Priority Classification** 05/18/17 14:15:00 PDT, DPC 3

**1845/7410** 12/07/17 13:18:00 PST

**1845/7410 (SOMS)** 12/07/17 13:02:08 PST, P, 7410 Expire Date 12/31/9999

**1845/7410 (SOMS)** 12/07/17 13:18:33 PST, P, 7410 Expire Date 12/31/9999

**7410** 10/31/17 13:00:00 PDT

**7410 (SOMS)** 10/31/17 13:00:36 PDT, P, 7410 Expire Date 12/31/9999, LBO, low bunk due to back pain and lower extremity pain and neuropathy

**ISP**

**DEC 1 8 2017**

**APPEALS OFFICE**

**DPW= Full Time Wheelchair User Impacting Placement** Impacting Placement

**DPO= Intermittent Wheelchair User**

**DPM=Mobility Impairment Impacting Placement**

**DLT=Requires Level Terrain NOT Impacting**

Last Name RODRIGUEZ

First Name PEDRO
12/14/2017 13:30:04

CDCR (Encounter Alias) BC6583
2 of 7



Placement

**DPH=Deaf/Hearing Impairment Impacting Placement Placement**

**DPV=Blind/Vision Impairment Impacting Placement**

**GFLS= Ground Floor-Limited Stairs**

**LBO= Lower/Bottom Bunk Only**

**WCFT=Full Time Wheelchair User**

**TVWL=Transport Vehicle with Lift**

**ETM=Extra Time for Meals**

**WRN=No Rooftop Work**

**DNH=Hearing Impairment NOT Impacting**

**BFWCO=Barrier Free Wheelchair**

**GFNS=Ground Floor-No Stairs**

**IAA=Inmate Attendant/Assistant**

**WCLT=Limited Wheelchair User**

**SC=Special Cuffing Needed,**

**UVX=UV Exposure Restrictions**

**DKD=Kidney Disease**

**UNST=Unrestricted**

**LR=Lifting Restriction- Unable to Lift more than 19 Pounds**

**DNM= Mobility Impairment (Lower Extremities) NOT Impacting Placement**

**If symptoms continue or recur, Resubmit a Health Care Service Request Form (CDC7362)**

ATTACHMENT D

## ISP

DEC 1 8 2017

APPEALS OFFICE



Last Name RODRIGUEZ          First Name PEDRO          CDCR (Encounter Alias) BC6683
                             12/14/2017 13:30:04         3 of 7

Name: RODRIGUEZ, PEDRO

OTRS030B

# Offender Appointment

Page 1 o:

CDC #: BC6583   PID #: 112956

Tuesday April 14, 2020 01:15:06

| | |
|---|---|
| Appointment Date*: | 02/28/2020 |
| Category*: | Offender Services |
| Type*: | Law Library |
| Reason*: | Preferred Legal User |
| Begin Time*: | 09:00:00 |
| End Time*: | 11:00:00 |
| Requested By: | Johnson, Diane S [JODI001] |
| Facility/Office*: | VSP-Central Service |
| Location within*: | Library |
| Room#: | |
| Transportation Needed: | |

Day of Week: Fri

Appt ID: 80834890

Due Date:

Off-Site*: No

☒ Video Equipment Needed
☒ Onsite H/S Specialist Involved
☒ BPH Priority

☒ ADA Accommodation Needed
☒ Put on Master Pass List

## Appointment With

| Staff* | Participation | Email Notification | Allow Overbooking |
|---|---|---|---|
| Johnson, Diane S [JODI001] | Required/Primary | ☒ | ☒ |

Status*: Closed by System

As of Date*: 02/29/2020

Status History

Reason not held: Provider Out of Time

## Comments

Generated by Group Appointment Scheduling Screen
ADA Accomodations Needed: Compression Stocking, Mobility Impaired Disability Vest, Eyeglass Frames, Foot Orthoses, Other
(Include in Comments), Therapeutic Shoes/Orthotics) MH Level of Care = CCCMS- Correction Clinical Case Mgt System

Prepare To Update       Prepare To Copy       Prior Page

Show Last Updated Information

ATTACHMENT B

**7536 DME/Supply Receipt**
**05/28/21 14:37 PDT Performed by Mora, Christina MA**
**Entered on 05/28/21 14:38 PDT**

Patient Encounter Information

ENCTR Information: Encounter Info: Patient Name: PEDRO RODRIGUEZ,DOB: 04/02/1972,,FIN:
1000000381129565BC6583, Facility: VSP,Encounter Type: Institutional Encounter

Approved DME/Medical Supplies

DME Air Cell Cushion-High Profile (Roho): N/A
DME Air Cushion (for Wheelchair Seat): N/A
DME Air Cushion-Full (Day/Geri Chair): N/A
DME Ankle Foot Orthoses/Knee Ankle Foot: N/A
DME Back Braces: N/A
DME Bone Growth Stimulators Electrical: N/A
DME Breast Pump: N/A
DME Bubble Humidifier: N/A
DME Burn Garment: N/A
DME Cane: Cane Temporary
DME Expiration Cane: 06/28/21
DME Commode Chair: N/A
DME Compression Stocking: Compression Stocking Permanent
DME Continuous Passive Motion Lower: N/A
DME Continuous Passive Motion Upper: N/A
DME Crutches: N/A
DME Diabetic Supplies Monitors: N/A
DME Eyeglass Frames: Eyeglass Frames Permanent
DME Eyeglasses for Aphakia: N/A
DME Foot Orthoses: N/A
DME Hearing Aid: N/A
DME Hearing Impaired Disability Vest: N/A
DME Heel/Foot Protector: N/A
DME Helmet: N/A
DME Incontinence Supplies: N/A
DME Insulin Pump: N/A
DME Knee Braces: N/A
DME Mobility Impaired Disability Vest: N/A
DME BiPap: N/A
DME CPAP: N/A
DME Ocular Conformers: N/A
DME Ostomy Supplies: N/A
DME Oxygen Concentrators: N/A
DME Pressure Reducing Support Services: N/A
DME Prosthetic Limbs Lower Extremity: N/A
DME Prosthetic Limbs Upper Extremity: N/A
DME Reading Glasses: N/A
DME Scleral Shell Contact Lenses: N/A
DME Sitz Bath: N/A
DME Spinal Orthoses: N/A
DME Standing Frames: N/A
DME Therapeutic Contact Lenses: N/A
DME Therapeutic Shoes/Orthotics: N/A
DME Toilet Seat Lift (Erector): N/A
DME Tracheostomy Care Supplies: N/A
DME Truss Hernia Support: N/A
DME Urologic Supplies: N/A
DME Vision Impaired Disability Vest: N/A
DME Voice Prosthesis Augmentative: N/A
DME Walkers: N/A
DME Wheelchair: N/A
DME Wound Care Dressings: N/A
DME Negative Pressure Wound Therapy: N/A
DME Wrist Support Brace: N/A
DME Other Options: N/A

Durable Medical Equipment and Supply Receipt

7536 Descriptions 1: Cane
7536 Quantity 1: 1
7536 Expiration 1: 06/28/21
7536 Date of 7221: 05/28/21
7536 Section C: Received DME/Medical Supply
7536 Patient Signature: X

RECEIVED
JUN 02 2021
HCCA

ATTACHMENT B

ATTACHMENT B

VSP(Location:VSP D 003 1 ; 020 ; 020001L)
Patient Name: RODRIGUEZ, PEDRO            DOB / AGE / SEX: 04/02/72  49 Years Male
Admitting Physician:
Admission Date / MRN / Financial Num: 07/18/19  BC6583  1000000381129565BC6583 1 of 2

0

## ADA/Effective Communication Patient Summary

As of: 06/10/2021 09:04

### Patient Information

**NAME:** RODRIGUEZ, PEDRO
**CDCR:** BC6583

### Disability Placement Program

**Current DPP Code(s):**
* DLT

**DPP Verification/Accommodation Date:** 06/25/20 14:26:58 PDT

**Current Housing Restrictions/Accomodations:**
* Lifting Restriction
* Bottom Bunk
* Ground Floor- Limited Stairs

### Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

### Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

### Testing of Adult Basic Education (TABE)

**TABE Score:** 11.0

**TABE Date:** 07/15/2020 00:00

### Learning Disabilities

**Learning Disabilities:**

### English Proficiency

**LEP:** No

**Primary Language:** English

### Durable Medical Equipment

**Current ISSUED DME:**
* Compression Stocking Permanent
* Eyeglass Frames Permanent

### MHSDS

**MHLOC:** CCCMS

ATTACHMENT "B"

ATTACHMENT B

Department of Corrections and Rehabilitation

CDCR-128-B

NAME: Rodriguez, Pedro          CDCR #: BC6583          HOUSING: VSP D3-16L

Inmate Rodriguez is currently in Correctional Clinical Case Management System at Valley State Prison. The Interdisciplinary Treatment Team (IDTT) met on 09/03/2020 and recommended that inmate Rodriguez be excused from school for the next 90 days due to mental health symptoms. As of today, 02/02/2021, the team recommends that IP Rodriguez be excused from school for an additional 90 days, due to the additional stressors of housing movements and isolation due to Covid-19. The IP is temporarily better suited for a learning setting within a classroom rather than attempting to study on his own. This would assist with lower stress and fewer interpersonal demands. Mental Health will again reevaluate his suitability for studying and completing homework outside the classroom setting in 90 days.

__02/02/2021__
DATE

*P. Griess Ph.D, Sr. LCSW*
P. Griess, Ph.D., LCSW
Senior Clinical Social Worker Supervisor

Dr. Shoji, Chief of Mental Health

Dr. Blair, Psychiatrist

ORIG:   C-FILE

CC:     INMATE
        CCI

GENERAL CHRONO

ATTACHMENT B

ATTACHMENT B

ATTACHMENT 'C'

ATTACHMENT 'C'

ATTACHMENT 'C'

ATTACHMENT 'C'
RECORD PETITIONER
IS TO SERVE
15 YEAR GROWTH
SENTENCE IN CDCR



# San Diego County
# SHERIFF'S DEPARTMENT

Date __9/30/21__

**Part I**

Name __Rodriguez, Pedro__          Booking # __16743493__

Facility __San Diego Central Jail__          Module __1x__

You are hereby notified that a detainer has been placed against you from:

County/City __San Mateo County__          Charges __1455(A) PC__

Bail __No Bail__     Court __San Mateo Co Southern__  Warrant # __SP0015245__

Under section 1381 of the Penal Code, if you have a sentence of more than 90 days to serve from this date you may ask to be brought to trial on said charge(s) by completing this form and giving it to any deputy for witnessing and mailing to the District Attorney of said county.

To: District Attorney, County of __San Mateo__

By __S. Hill-Dalton / 4452__

(Detention Processing Technician Name/ARJIS)

**Part II**

I, __Pedro Rodriguez__          ☒ do   ☐ do not request

that I be brought to trial on the above charge(s) as set forth under Section 1381 of the Penal Code. I am now sentenced and have more than 90 days to serve in the San Diego County Detention System.

Witnessed by _____          x _____

(Deputy's Signature)          (Inmate's Signature)

Date __10/1/21__          __4/3/72__

(Inmate's Date of Birth)

**Part III**

### SHERIFF'S DEPARTMENT USE ONLY

Pursuant to the requirements of Penal Code Section 1381, I hereby certify

that __Pedro Rodriguez__          was sentenced to serve __15 years, 6 mos.__

days in custody of the San Diego County Sheriff. I further certify that the minimum eligible release

date is __9/8/2029__

WILLIAM D. GORE, SHERIFF

J-120  (12/12)

ATTACHMENT "C"

ATTACHMENT "C"

ATTACHMENT "C"

ATTACHMENT "C"

ATTACHMENT "C"

**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# INMATE NOTIFICATION OF DETAINER RECEIPT

| INMATE'S NAME | AKA | CDC NUMBER | TODAY'S DATE |
|---|---|---|---|
| RODRIGUEZ, PEDRO | | BC6583 | 04/10/2017 |

| FACILITY NAME AND ADDRESS |
|---|
| CIM-Facility B -- 14901 S Central Avenue / Chino, California 91710 / |

| HOUSING |
|---|
| B CH 3 - 314001U |

On 04/10/2017 a detainer was filed against you. This detainer indicates that you are wanted by San Diego County Sheriff - 9621 Ridgehaven Court San Diego, California 92123 on a charge of

counts 6 to 37 - misdemeanor counts CS to SCN333477

based on Warrant Number SCN340334

YOU ARE HEREBY NOTIFIED (refer only to item(s) marked):

☐ You may request disposition of untried charges in accordance with Penal Code (PC) Section 1381.

☐ You may request disposition of probation in accordance with PC Section 1203.2a (for California Counties only.)

☐ You may request disposition of untried charges in accordance with PC Section 1389. (See Agreement on Detainer Form I attached.)

☐ You may request to be returned to this jurisdiction for concurrent service of terms in re Stoliker.

If you are wanted by those authorities to complete service of an unexpired commitment in that jurisdiction and if your present California commitment has been ordered to run concurrently with that previous commitment, you may be eligible for transfer to that jurisdiction under In re Stoliker, 49 Cal. 2d 75. If you believe that you meet the above criteria, you may make a request to the Director, in writing and through the institution records office, asking that you be made available to those authorities so that your terms may run concurrent. If the Director grants your request, a letter will be sent to those authorities notifying them of your present status and of the fact that you are available to them.
Those authorities may then either: (1) request that you be transferred to them in which case you will be transferred, your sentence will run concurrently, and a detainer will be placed against you by California for your return should you complete their sentence first; (2) designate this institution as the place for service of your commitment to them in which case you will acquire the benefit of concurrent terms; or (3) deny your request in which case your only recourse will be in the courts of that jurisdiction.

☐ Pursuant to PC Section 11177.1, Uniform Act of Out-To-State Probationer or Parolee Supervision, you may waive a court appearance. See the attached, Waiver of Court Appearance - Return to Sending State.

☑ None of the above are applicable in this case.

**If the subject inmate wishes to exercise any of the above marked alternatives, he/she should direct a written request to his/her institution records office.**

| RECEIPT ACKNOWLEDGED (INMATE'S SIGNATURE) | CDC NUMBER | DATE | AUTHORIZED STAFF'S SIGNATURE |
|---|---|---|---|
| | BC6583 | | |

CDCR SOMS OTRT230 - INMATE NOTIFICATION OF DETAINER RECEIPT

ATTACHMENT "D"

ATTACHMENT "D"

ATTACHMENT "D"

ATTACHMENT "D"
EXHAUSTIVE GRIEVANCE
REGARDING ACCESS
TO LEGAL WORK
PRODUCT



# SAN DIEGO SHERIFF'S DEPARTMENT
# GRIEVANCE RESPONSE

**Inmate Name:** Pedro Rodriguez

Mr. Rodriguez,

After researching all records and interviewing previous staff related to your original request and subsequent grievances, I am denying your appeal. I'm doing so based on the information I gathered from documentation and statements of staff I interviewed.

On October 15, 2021, you were provided an opportunity to obtain any legal documents you felt necessary and three books. On that date, you agreed with the conditions explained to you by the deputy with you during this process. The deputy explained this was your one and only opportunity to gather items you needed, and the property would be stored and secured. You acknowledged that you understood and agreed to those conditions.

Because your bulk property is stored and secured at another facility and the restricted movement of incarcerated persons during the current COVID outbreak, no exceptions will be made absent a court order (i.e., granting propria persona status) to take you to the San Diego Central Jail. Furthermore, the amount and mass of your property, combined with the precautions that must be taken to ensure proper accounting of your property, prohibits the department from moving your property from storage. In short, there is no practical means for you to access your property to remove any other legal documentation. Allowing you to access any of your stored documents absent pro per status is against department policy.

You have received sufficient explanation from the previous staff responses detailing why your initial request and subsequent grievances were denied. Please refer to those responses. Finally, any access to your stored legal work must be facilitated through your legal representative.

| Staff Name / ARJIS (print) Signature | Gardenhire/3301 | Inmate Name (print) Signature | Pedro Rodriguez |
|---|---|---|---|
| Facility/Unit | GBDF | Facility | GBDF |
| JIMS Grievance # | 224000124 | Booking # | 4745493 |
| Date | 01/30/2022 | Date | 01/31/2022 |

J-10   03/2021

ATTACHMENT 'D'

ATTACHMENT 'E'

ATTACHMENT 'E'

ATTACHMENT 'E'
EXHAUSTIVE GRIEVANCE
REGARDING REMOVAL
OF STRAPS



# SAN DIEGO SHERIFF'S DEPARTMENT
# GRIEVANCE RESPONSE

Inmate Name: Pedro Rodriguez #14745493

TO: P. Rodriguez #14745493

FROM: Lt. Bejarano #4018

RE: Grievance #214001396

Mr. Rodriguez,

In regard to your appeal of findings in relation to Grievance #214001396, I have reviewed your original grievance and Sgt. Bernal's response and uphold those findings.

Your appeal to the removal of contraband items (stamps) from "Legal" mail is based upon your claim of having been granted pro per/pro se status in Federal District Court. While pro per stats does grant you certain privileges, it does not exempt you from the rules regarding the contraband and facility security. That being said, you were not factual in your appeal as you have not been granted Propria Persona Status. Despite the fact you have requested pro per status for the 21-cv-01442 matter only, at this point the court has not ruled on your motion and thus have not granted you pro per status.

If you are granted pro per status by the court, please understand San Diego Sheriff Policy grants pro per privileges for current criminal cases only.

| Staff Name / ARJIS (print) | Lt. Bejarano #4018 | Inmate Name (print) | Pedro Rodriguez |
|---|---|---|---|
| Signature | Dane Bejarano Digitally signed by Dane Bejarano Date: 2021.12.13 08:50:01 -08'00' | Signature | |
| Facility/Unit | 2B-106 | Facility | George Bailey |
| JIMS Grievance # | 21001396 | Booking # | 14745493 |
| Date | 12/13/2021 | Date | 12/13/2021 |

J-10   06/2021

ATTACHMENT "F"

ATTACHMENT "F"

ATTACHMENT "F"
HISTORY OF
GRIEVANCES
RECEIVED BY
SAN DIEGO SHERIFFS

| DATE OF REQUEST | TYPE | COMPLAINT/REQUEST/DESCRIPTION | DATE RESPONDED / CONDUCTED | RESPONSE/ACTION TAKEN |
|---|---|---|---|---|
| | | | 10/02/2021 | RN note<br>Ambulatory with steady gait<br>TED hose ordered |
| | REF | | 09/30/2022 | Refused COVID-19 test |
| | | | 09/30/2021 | RN note<br>Seen at intake from VSP<br>Reports hx of chronic knee and back pain<br>Compression socks in property<br>Wearing glasses<br>Claims cane but none noted in prison discharge paperwork |
| | | | 09/30/2021 | Valley State Prison Patient Summary (p. 213)<br>DME – Compression stockings knee high (patient already has/do not dispense)<br>Eyeglasses (patient already has/do not dispense) |

*Handwritten notes:* 20 GRIEVANCES, 25 REFUSALS, 51 SICK CALL REQUESTS

GR = Inmate Grievance Form

REF = Refusal to Accept Medical Care/Treatment

SCR = Sick Call Request Form

| DATE OF REQUEST | TYPE | COMPLAINT/REQUEST/DESCRIPTION | DATE RESPONDED / CONDUCTED | RESPONSE/ACTION TAKEN |
|---|---|---|---|---|
| | | | 10/26/2021 | M.D. sick call by Joseph Molina<br>Pt requesting TED hose, cane and soft sole shoes<br>Witnessed walking around rec yard w/o issue; able to ambulate back to house<br>Pt not using his TED hose<br>Ambulating with sandals w/o issue<br>No indication for shoes or cane |
| 10/25/2021 | SCR | Sick call request; requesting soft sole shoes. | 10/26/2021 | Scheduled for sick call with M.D. |
| | | | 10/25/2021 | RN sick call<br>Request TED hose replacement, cane and prescription glasses<br>Ordered Optometry referral for prescription glasses<br>Scheduled for M.D.SC for TED hose and cane assessment |
| | REF | | 10/25/2022 | Refused initial Mental Health Sick Call. |
| 10/22/2021 | SCR | Sick call request; requesting antifungal cream for rash. | 10/24/2021 | Scheduled for sick call with RN. |
| 10/22/2021 | SCR | Sick call request; requesting soft sole shoes. | 10/24/2021 | Scheduled for sick call with RN. |
| | REF | | 10/20/2021 | Refused scheduled RN sick call to complete medical screening<br>RN notes previously given TED hose on 10/03/2021; already has glasses<br>No need for cane, Pt ambulatory w/o difficulty |
| 10/19/2021 | SCR | Sick call request; requesting 3.0x readers. | 10/23/2021 | Scheduled for sick call with RN. |
| 10/19/2021 | GR | Grievance alleging has not received Vistaril and "psyche has not contacted me in regards to sleep aid" | 10/19/2021 | Grievance forwarded to Medical to address claims |
| 10/15/2021 | GR | Grievance alleging was prescribed Vistaril for sleep and a cane while in CDCR custody. | 10/15/2021 | Grievance forwarded to Medical to address claims |
| 10/09/2021 | SCR | Sick call request; requesting cane. | 10/11/2021 | Scheduled for sick call with RN. |
| | | | 10/03/2021 | RN note<br>Provided TED hose |
| | | | 10/02/2021 | NP note<br>Pt transfer from prison with records; needs medication ordered<br>Ordered IBU for pain<br>TED hose okay if needed per prison paperwork<br>Scheduled for M.D. sick call<br>Please refer for glasses |

*In the Matter of the Application of Pedro Rodriguez (HCN 1734 / SCN 340334)*

| DATE OF REQUEST | TYPE | COMPLAINT/REQUEST/DESCRIPTION | DATE RESPONDED / CONDUCTED | RESPONSE/ACTION TAKEN |
|---|---|---|---|---|
| 11/12/2021 | SCR | Sick call request; requesting skin protectant ointment. | 11/13/2021 | Scheduled for sick call with RN. |
| 11/12/2021 | SCR | Sick call request; requesting compression stockings and soft sole shoes with inserts. | 11/13/2021 | Scheduled for sick call with RN. |
| | REF | | 11/11/2021 | Refused medication |
| | | | 11/11/2021 | RN COVID-19 Wellness Check |
| | | | 11/10/2021 | RN COVID-19 Wellness Check |
| | | | 11/09/2021 | RN COVID-19 Wellness Check |
| | | | 11/08/2021 | RN COVID-19 Wellness Check |
| | | | 11/07/2021 | RN COVID-19 Wellness Check |
| | | | 11/06/2021 | RN COVID-19 Wellness Check |
| 11/06/2021 | SCR | Sick call request; requesting compression stockings and soft shoes. | 11/08/2021 | Scheduled for sick call with RN. |
| | | | 11/04/2021 | RN COVID-19 Wellness Check |
| | | | 11/02/2021 | RN COVID-19 Wellness Check |
| | | | 11/02/2021 | RN COVID-19 Wellness Check |
| | | | 11/02/2021 | RN sick call<br>Requesting soft sole shoes, compression socks and states used cane in prison<br>RN notes patient not wearing TED hose<br>RN notes previously seen on 10/26/2021 re shoe request |
| | | | 11/01/2021 | RN COVID-19 Wellness Check |
| 10/31/2021 | SCR | Sick call request; requesting soft sole shoes and gel inserts. | 11/01/2021 | Scheduled for sick call with RN. |
| | | | 10/31/2021 | RN COVID-19 Wellness Check |
| | | | 10/30/2021 | RN COVID-19 Wellness Check |
| | | | 10/28/2021 | RN COVID-19 Wellness Check |
| 10/28/2021 | GR | Grievance regarding soft sole shoes with gel inserts and cane.  Grievance alleges arrived from prison with these items in medical history. | 11/03/2021 | Scheduled for medical sick call. |
| | | | 10/27/2021 | RN sick call<br>Requesting shoes<br>RN notes Pt able to walk from cell to gate w/o problem<br>Notes seen by M.D. on 10/26/2021 for same problem |
| 04/26/2021 (sic)<br>10/26/2021 | SCR | Sick call request; requesting soft sole shoes. | 10/27/2021 | Scheduled for sick call with RN. |

*In the Matter of the Application of Pedro Rodriguez (HCN 1734 / SCN 340334)*

| DATE OF REQUEST | TYPE | COMPLAINT/REQUEST/DESCRIPTION | DATE RESPONDED / CONDUCTED | RESPONSE/ACTION TAKEN |
|---|---|---|---|---|
| 12/08/2021 | GR | Grievance alleging had walker, knee braces, gel inserts and soft sole shoes while in prison. | 12/09/2021 | Scheduled for sick call with RN. |
| | | | 11/28/2021 | RN COVID-19 Wellness Check |
| | | | 11/27/2021 | RN COVID-19 Wellness Check |
| | | | 11/26/2021 | RN COVID-19 Wellness Check |
| 11/24/2021 | GR | Grievance/appeal regarding COVID-19 conditions; requesting release from SDSD custody. | 11/30/2021 | Response to grievance concurring with previous responses that SDSD employs all COVID-19 mitigation efforts outlined by the Public Health Officer |
| 11/24/2021 | SCR | Sick call request; requesting replacement compression stockings. | 11/26/2021 | Scheduled for sick call with RN. |
| 11/24/2021 | SCR | Sick call request; requesting antifungal cream for rash. | 11/26/2021 | Scheduled for sick call with RN. |
| 11/21/2021 | GR | Grievance alleging had walker, knee braces, gel inserts and soft sole shoes while in prison. | 11/21/2021 | Scheduled for sick call with RN; note indicates "Please show up when called.  Thank you." |
| 11/18/2021 | GR | Grievance regarding COVID-19 conditions; requesting release from SDSD custody. | 11/23/2021 | Response to grievance advising that SDSD employs all COVID-19 mitigation efforts outlined by the Public Health Officer |
| | REF | | 11/22/2021 | Follow-up for Initial Mental Health Sick Call – refused. |
| | REF | | 11/18/2021 | Refused RN sick call |
| | | | 11/17/2021 | RN COVID-19 Wellness Check |
| | | | 11/16/2021 | RN COVID-19 Wellness Check |
| | | | 11/15/2021 | Behavioral Health assessment. Advised clinician he was prescribed Vistaril in prison and is currently declining medication. |
| | | | 11/15/2021 | RN COVID-19 Wellness Check |
| | | | 11/14/2021 | RN COVID Wellness Check |
| | | | | Offered J212 for additional medical requests |
| 11/14/2021 | SCR | Sick call request; requesting cane. | 11/15/2021 | Scheduled for sick call with RN. |
| 11/14/2021 | SCR | Sick call request; requesting knee braces. | 11/15/2021 | Scheduled for sick call with RN. |
| | | | 11/13/2021 | RN sick call |
| | | | | Requesting soft sole shoes, inserts, "my cane", compression socks and skin protectant |
| | | | | Given ointment |
| | | | | RN notes M.D. saw on 10/26/2021 and noted "no indication for shoes or cane" |
| | | | 11/13/2021 | RN COVID-19 Wellness Check |

*In the Matter of the Application of Pedro Rodriguez (HCN 1734 / SCN 340334)*

| DATE OF REQUEST | TYPE | COMPLAINT/REQUEST/DESCRIPTION | DATE RESPONDED / CONDUCTED | RESPONSE/ACTION TAKEN |
|---|---|---|---|---|
| 01/12/2022 | GR | Grievance requesting cane, compression stockings, soft sole shoes and renal diet. | 01/12/2022 | Scheduled for sick call with M.D. Grievance response: "You were seen by M.D. last 01/09/22, ultrasound of both legs was ordered. I scheduled you for M.D.SC (M.D. Sick Call) to discuss ultrasound result, request for soft sole shoes and renal diet. Per review of your records you were issued TED hose/compression stockings last [on] 10/03/21. If you need replacement for compression stocking, please submit a request." |
| 01/11/2022 | SCR | Sick call request; complaint of swollen feet and requesting soft sole shoes, cane, gel inserts and compression stockings. | 01/13/2022 | Scheduled for sick call with RN. |
| | REF | | 01/11/2022 | Refused medication |
| | | | 01/11/2022 | Report from Millennium Diagnostic Imaging Services noting conclusion that "There is no deep vein thrombosis in the bilateral lower extremities." |
| | REF | | 01/10/2022 | Refused medication |
| 01/09/2022 | SCR | Sick call request; requesting blood pressure check. | 01/10/2022 | Scheduled for sick call with RN. |
| | | | 01/09/2022 | M.D. sick call Reports swelling of lower legs LE ultrasound ordered Bloodwork ordered |
| 01/08/2022 | SCR | Sick call request; complaint of leg swelling. | 01/09/2022 | Scheduled for sick call with M.D. |
| | | | 01/08/2022 | Mental Health Clinician wellness check |
| 01/04/2022 | SCR | Sick call request; requesting ibuprofen. | 01/05/2022 | Scheduled for sick call with RN. Notes "Has pending RNSC." |
| 01/02/2022 | SCR | Sick call request; requesting ibuprofen. | 01/04/2022 | Scheduled for sick call with RN. |
| 01/02/2022 | GR | Grievance alleging showers not functioning | 01/04/2022 | Response to grievance advising that Maintenance adjusted the water pressure in the showers |
| 01/01/2022 | SCR | Sick call request; requesting ibuprofen. | 01/01/2022 | Scheduled for sick call with RN. |
| | | | 12/22/2021 | RN COVID-19 Wellness Check |
| | | | 12/20/2021 | RN COVID-19 Wellness Check |
| | REF | | 12/20/2021 | Refused M.D. sick call |
| | | | 12/16/2021 | RN COVID-19 Wellness Check |
| 12/15/2021 | GR | Grievance alleging had walker, knee braces, gel inserts and soft sole shoes while in prison. | 12/16/2021 | Scheduled for medical sick call. |
| 12/09/2021 | SCR | Sick call request; requesting renal diet. | 12/10/2021 | Scheduled for sick call with RN. |

*In the Matter of the Application of Pedro Rodriguez (HCN 1734 / SCN 340334)*

| DATE OF REQUEST | TYPE | COMPLAINT/REQUEST/DESCRIPTION | DATE RESPONDED / CONDUCTED | RESPONSE/ACTION TAKEN |
|---|---|---|---|---|
| | | | 01/20/2022 | RN COVID-19 Wellness Check |
| | REF | | 01/20/2022 | Refused medication |
| | | | 01/20/2022 | Quest Diagnostics Full Bloodwork Panel |
| | | | 01/19/2022 | M.D. sick call by Joseph Molina Pt complains of swollen feet, requesting cane, compression stockings, soft shoes and renal diet, Pt grieving |
| | | | | Notes 01/11/2022 Ultrasound negative for DVT Ordered TED hose |
| | | | | Dr. Molina notes he reviewed medical records from CDCR – no documentation for cane or shoes |
| | REF | | 01/19/2022 | Refused Tylenol. |
| 01/18/2022 | SCR | Sick call request; requesting COVID-19 booster shot. | 01/19/2022 | Scheduled for sick call with RN. |
| 01/18/2022 | SCR | Sick call request; "My depression is triggered." | 01/18/2022 | Scheduled for sick call with Mental Health. |
| 01/18/2022 | GR | Grievance/appeal requesting cane, compression stockings, soft sole shoes and renal diet. | 01/18/2022 | Scheduled for sick call with M.D. Grievance response: "You were scheduled to see the doctor but refused 1/13/22. I scheduled you to see the doctor again. Please do not refuse when called so your request/problem can be addressed. Thank you." |
| | | | 01/17/2022 | RN COVID-19 Wellness Check |
| | | | 01/16/2022 | RN COVID-19 Wellness Check |
| | | | 01/15/2022 | RN COVID-19 Wellness Check |
| | REF | | 01/14/2022 | Refused Tylenol |
| | | | | Discontinued b/c multiple refusals |
| | | | 01/14/2022 | RN COVID-19 Wellness Check |
| | REF | | 01/13/2022 | Refused scheduled M.D. sick call appointment. |
| | REF | | 01/13/2022 | Refused NP sick call |
| | REF | | 01/13/2022 | Refused medication |
| | REF | | 01/12/2022 | Refused medication |

| DATE OF REQUEST | TYPE | COMPLAINT/REQUEST/DESCRIPTION | DATE RESPONDED / CONDUCTED | RESPONSE/ACTION TAKEN |
|---|---|---|---|---|
| 02/04/2022 | SCR | Sick call request; "I believe I have skin cancer and would like my skin checked please." | 02/06/2022 | Scheduled for sick call with M.D. |
| | | | 02/04/2022 | RN COVID-19 Wellness Check |
| | | | 02/02/2022 | RN COVID-19 Wellness Check |
| | | | 02/01/2022 | RN COVID-19 Wellness Check |
| | | | 01/31/2022 | M.D. Sick Call by Joseph Molina F/U re swollen leg Pt reports improvement Not wearing TED hose No significant swelling Advised to wear TED hose |
| | | | 01/30/2022 | RN COVID-19 Wellness Check |
| | | | 01/29/2022 | RN COVID-19 Wellness Check |
| | | | 01/28/2022 | RN COVID-19 Wellness Check |
| | | | 01/27/2022 | RN COVID-19 Wellness Check |
| | | | 01/26/2022 | RN COVID-19 Wellness Check |
| | | | 01/26/2022 | COVID-19 booster. |
| | | | 01/25/2022 | RN COVID-19 Wellness Check |
| | | | 01/24/2022 | RN COVID-19 Wellness Check |
| | | | 01/24/2022 | RN sick call Slip says: "my feet are too swollen, I need soft sole shoes, cane, cel insoles, compression stockings and I want BP taken" Mild swelling right leg Able to walk w/o problem Denies injury TED hose issued |
| | REF | | 01/23/2022 | Refused medication |
| | | | 01/23/2022 | RN COVID-19 Wellness Check |
| | REF | | 01/22/2022 | RN COVID-19 Wellness Check |
| | REF | | 01/22/2022 | Refused Tylenol. |
| | | | 01/21/2022 | Refused medication |
| | | | 01/21/2022 | RN COVID-19 Wellness Check |
| | | | 01/20/2022 | Refused to be seen for TED hose "I don't want it" Rescheduled to re-offer tomorrow |
| | REF | | 01/20/2022 | Refused knee high TED hose (compression stockings). |

In the Matter of the Application of Pedro Rodriguez (HCN 1734 / SCN 340334)

| DATE OF REQUEST | TYPE | COMPLAINT/REQUEST/DESCRIPTION | DATE RESPONDED / CONDUCTED | RESPONSE/ACTION TAKEN |
|---|---|---|---|---|
| 02/19/2022 | SCR | Sick call request; requesting psyche change medication to Wellbutrin. | 02/20/2022 | Scheduled for sick call. |
| | REF | | 02/19/2022 | Refused medication |
| 02/18/2022 | SCR | Sick call request; requesting renal diet. | 02/19/2022 | Scheduled for sick call with M.D. |
| 02/18/2022 | SCR | Sick call request; requesting cane and soft sole shoes. | 02/19/2022 | Scheduled for sick call with M.D. |
| | | | 02/18/2022 | Psychiatry Sick Call |
| | | | 02/18/2022 | RN COVID-19 Wellness Check |
| | | | 02/17/2022 | RN COVID-19 Wellness Check |
| | REF | | 02/16/2022 | Refused RN sick call |
| | | | 02/16/2022 | RN COVID-19 Wellness Check |
| 02/16/2022 | GR | Grievance regarding COVID-19 conditions; requesting release from SDSD custody. | 02/19/2022 | Response to grievance advising that SDSD employs all COVID-19 mitigation efforts outlined by the Public Health Officer |
| 02/16/2022 | SCR | Sick call request; "The cold is triggering my asthma. I need sweatshirt. I need shower with grab bar. I have fallen." | 02/18/2022 | Scheduled for sick call with M.D. |
| | | | 02/15/2022 | RN COVID-19 Wellness Check |
| 02/15/2022 (sic) | SCR | Sick call request; requesting ibuprofen and anti-bacterial ointment. | 02/14/2022 | Scheduled for sick call with M.D. |
| | | | 02/14/2022 | RN COVID-19 Wellness Check |
| | | | 02/14/2022 | M.D. Sick Call by Nas Rafi<br>Extra blanket ordered<br>Ointment ordered<br>Ibuprofen renewed |
| | | | 02/13/2022 | RN COVID-19 Wellness Check |
| | | | 02/12/2022 | RN COVID-19 Wellness Check |
| | | | 02/10/2022 | Mental Health Clinician wellness check |
| | | | 02/10/2022 | RN COVID-19 Wellness Check |
| 02/09/2022 | SCR | Sick call request; requesting ibuprofen and anti-bacterial ointment. | 02/11/2022 | Scheduled for sick call with M.D. |
| | | | 02/09/2022 | RN COVID-19 Wellness Check |
| | | | 02/08/2022 | RN COVID-19 Wellness Check |
| | | | 02/07/2022 | RN COVID-19 Wellness Check |
| | | | 02/06/2022 | RN COVID-19 Wellness Check |
| 02/05/2022 | SCR | Sick call request; requesting sweatshirt. | 02/07/2022 | Scheduled for M.D. chart review. |
| | | | 02/05/2022 | RN COVID-19 Wellness Check |

*In the Matter of the Application of Pedro Rodriguez (HCN 1734 / SCN 340334)*

| DATE OF REQUEST | TYPE | COMPLAINT/REQUEST/DESCRIPTION | DATE RESPONDED / CONDUCTED | RESPONSE/ACTION TAKEN |
|---|---|---|---|---|
| | REF | | | Refused sick call with RN. |
| 02/28/2022 | SCR | Sick call request; requesting psych visit stating "my meds don't work I have [illegible]" | 02/28/2022 | Response notes psych visit already scheduled. Requested clarification of "I have _____." |
| | | | 03/01/2022 | |
| | | | 02/27/2022 | RN COVID-19 Wellness Check |
| | | | 02/26/2022 | Issued sweatshirt |
| | | | 02/26/2022 | RN Sick Call<br>Discussed 3-page grievance complaining about policies, procedures and staffing<br>Requested extra blanket<br>Requested sweatshirt – ordered/provided<br>Requested shoes – does not qualify; no foot issues<br>Requested renal diet – does not qualify; kidney function normal |
| 02/22/2022 | GR | Three page handwritten grievance drafted by law firm alleging inadequate screening and intake procedures, insufficient medical and custody staff training, dangerous jail policies, inadequate medical care, inadequate mental health care, inadequate suicide prevention measures, inadequate staffing (sic), inadequate dental care, insufficient welfare checks, overcrowded facilities, inadequate training of officers. Concluding with "Please fix the conditions listed above so I am no longer at a substantial risk of harm." | 02/26/2022 | Grievance forwarded to Medical.  Response notes "Please specify your medical/mental/dental concerns not including other patients." |
| | | | 02/25/2022 | Chart check completed by Mental Health. Notes multiple refusals of Effexor. |
| 02/22/2022 | GR | Grievance regarding lighting issues at VDF East House making it difficult to read legal paperwork. | 02/26/2022 | Grievance forwarded to Maintenance to address lighting issue; Mr. Rodriguez transferred to SDCJ as an accommodation. |
| 02/22/2022 | SCR | Sick call request; depressive disorder is triggered by lighting in the housing unit. | 02/23/2022 | Already scheduled for sick call. |
| 02/20/2022 | GR | Grievance/appeal regarding COVID-19 conditions; requesting release from SDSD custody. | 02/19/2022 | Response to grievance concurring with previous responses that SDSD employs all COVID-19 mitigation efforts outlined by the Public Health Officer |
| 02/20/2022 | SCR | Sick call request; requesting eyeglasses and reading glasses. | 02/21/2022 | Scheduled for sick call with RN. |
| 02/19/2022 | SCR | Sick call request; depression is triggered. | 02/20/2022 | Scheduled for sick call. |

*In the Matter of the Application of Pedro Rodriguez (HCN 1734 / SCN 340334)*

| DATE OF REQUEST | TYPE | COMPLAINT/REQUEST/DESCRIPTION | DATE RESPONDED / CONDUCTED | RESPONSE/ACTION TAKEN |
|---|---|---|---|---|
| 03/17/2022 | SCR | Sick call request; requesting knee brace, cane, closed toe shoes and sweatshirt. | 03/18/2022 | Scheduled for M.D. chart review. |
|  | REF |  | 03/16/2022 | Refused sick call with Mental Health Clinician. |
| 03/14/2022 | SCR | Sick call request; "I am locked in bathroom with no light 24 hrs a day my depressive disorders are triggered." | 03/15/2022 | Scheduled for sick call with Mental Health. |
| 03/14/2022 | SCR | Sick call request; requesting knee brace, cane, no slip shoes. | 03/15/2022 | Reviewed by RN. Notes "Per doctor, medical shoe and cane not indicated." |
|  |  |  | 03/14/2022 | M.D. Sick Call by Nas Rafi
Pt states he feels fine and does not have any issues
Again requested medical shoes and cane for knee sprain
M.D. determined knee sprain is not any indication for medical shoes or cane |
| 03/12/2022 | SCR | Sick call request; complaint of twisted knee and spine.  Requesting cane and close toe shoes. | 03/13/2022 | Scheduled sick call with M.D. |
|  |  |  | 03/08/2022 | M.D. Sick Call by Nas Rafi
Seen for asthma
Patient given inhaler with instructions |
|  |  |  | 03/08/2022 | Psychiatric Chart Check
Notes patient is not regularly taking his Vistaril |
|  |  |  | 03/07/2022 | RN Sick Call
Complaint of sinus infection |
| 03/07/2022 | SCR | Sick call request; complaint of head cold, sough and fever. | 03/09/2022 | Scheduled for sick call with M.D. |
| 03/06/2022 | SCR | Sick call request; complaint of sinus infection, cough and fever. | 03/07/2022 | Scheduled for sick call with RN.  Denied COVID-19 symptoms. |
|  |  |  | 03/06/2022 | NP Sick Call
Ordered Xopenex per asthma control test |
|  |  |  | 03/05/2022 | NP Sick Call
NP notes Pt walks w/o deficit, no physical deformities, does not qualify for cane |
| 03/04/2022 | SCR | Sick call request; complaint of head cold, cough, fever and fall in shower. | 03/05/2022 | Scheduled for sick call with M.D. |
|  |  |  | 03/04/2022 | RN Sick Call
J-212 Requesting glasses
RN Notes Pt is wearing glasses and has no complaints about vision
Asthma control tests completed |

*In the Matter of the Application of Pedro Rodriguez (HCN 1734 / SCN 340334)*

| DATE OF REQUEST | TYPE | COMPLAINT/REQUEST/DESCRIPTION | DATE RESPONDED / CONDUCTED | RESPONSE/ACTION TAKEN |
|---|---|---|---|---|
| | | | | requesting for a cane for a while. However, there is no indication for cane or orange shoes for now. I will fill out a form to replace his ted hose stockings." |
| | | | 04/20/2022 | Mental Health Clinician wellness check |
| 04/17/2022 | SCR | Sick call request; requesting Vistaril at night and renewal of ibuprofen. | 04/17/2022 | Scheduled for sick call with M.D. |
| | | | 04/12/2022 | Mental Health Chart Check Verified new medication orders. Scheduled follow-up with Mental Health. |
| | | | 04/12/2022 | Psychiatry Sick Call Discussed medications that were discontinued due to refusals. Patient requested Wellbutrin. Ordered. Scheduled for follow-up psychiatric sick call. |
| 04/10/2022 | SCR | Sick call request; requesting Wellbutrin. | 04/10/2022 | Scheduled for sick call with Mental Health. |
| 04/07/2022 | GR | Grievance regarding cane, closed toe shoes, knee braces and new compression stockings; request to see psyche. | 04/07/2022 | Notes seen by NP on 3/25/2022 regarding request for cane, closed toe shoes, knee braces and new compression stockings. Not indicated. |
| | | | | Notes seen by psychiatrist on 4/12/2022. |
| 04/06/2022 | SCR | Sick call request; requesting Wellbutrin. | 04/06/2022 | Scheduled for sick call with Mental Health. |
| 04/05/2022 | SCR | Sick call request; "I want my Wellbutrin." | 04/05/2022 | Scheduled for sick call with Mental Health. |
| 04/02/2022 | GR | Grievance requesting cane, knee brace, closed toe shoes and Finasteride. | 04/02/2022 | Finasteride ordered. Notes "Per NP Kahl, request reviewed and addressed. Cane and orange shoes not indicated for knee sprain." |
| 03/31/2022 | SCR | Sick call request; requesting cane, knee brace and shoes due to twisted knee. | 04/01/2022 | Reviewed by RN. Notes "Per M.D. 'cane and orange shoes not indicated for knee sprain.'" |
| 03/29/2022 | SCR | Sick call request; "My depressive disorder is triggered." | 03/29/2022 | Scheduled for sick call with Mental Health. |
| 03/29/2022 | GR | Grievance/appeal requesting cane, compression stockings, soft sole shoes and renal diet. | 03/31/2022 | NP Chart Check |
| 03/29/2022 | SCR | Sick call request; requesting Finasteride at night instead of the morning. | 03/29/2022 | Scheduled for sick call with M.D. |
| 03/27/2022 | SCR | Sick call request; "My depression is triggered." | 03/27/2022 | Scheduled for sick call with Mental Health. |
| 03/27/2022 | SCR | Sick call request; requesting cane, knee brace, compression stockings and closed toe shoes. | 03/27/2022 | Reviewed by RN. Notes "Request already addressed by Nurse Practitioner. Cane and orange shoes not indicated." |
| | | | 03/25/2022 | NP Sick Call Patient's requests were already addressed. Cane and orange shoes not indicated for knee pain. |

*In the Matter of the Application of Pedro Rodriguez (HCN 1734 / SCN 340334)*

| DATE OF REQUEST | TYPE | COMPLAINT/REQUEST/DESCRIPTION | DATE RESPONDED / CONDUCTED | RESPONSE/ACTION TAKEN |
|---|---|---|---|---|
| | | | 05/03/2022 | NP Sick Call Notes patient is ambulating steady. Currently no indication for knee braces, shoes or cane. Only DMEs [Durable Medical Equipment] noted are compression stockings and eyeglasses. |
| | | | 05/02/2022 | ADA Case Management Review Notes "Case reviewed, per CDCR BC6583 report has CCCMS, Depressive episode - unspecified, lumbar spine pain, DME/medical supplies: Compression stocking, eyeglasses. Received e-mail from RN Burns: patient keeps writing grievances that he is ADA disabled with neuropathy, spinal and knee injuries & needs cane. Pt is schedule for M.D.S.C. for further evaluation to accommodate his needs." |
| 04/29/2022 | GR | Grievance requesting Wellbutrin not be crushed. | 04/29/2022 | Grievance response notes "You are scheduled to see a psychiatrist." |
| 04/28/2022 | GR | Grievance requesting cane, closed toe shoes, knee braces and compression stockings be replaced. | 04/29/2022 | Grievance forwarded to Medical. Response notes "Seen by NP for same issues/complaints in 4/21 – ordered for replacement TED hose [compression stockings]. Will check with ADA personnel re other concerns otherwise prison records only indicate compression stockings and glasses only." |
| | | | 04/23/2022 | Psychiatric Chart Review Restarting Vistaril as requested. |
| 04/22/2022 | SCR | Sick call request; requesting Vistaril renewed. | 04/22/2022 | Scheduled for sick call with Mental Health. |
| | REF | | 04/21/2022 | Refused scheduled Mental Health Sick Call; patient stated he needed to take a shower. MHC advised she would need to reschedule; patient was amendable. |
| | | | 04/21/2022 | Issued replacement compression stockings |
| | | | 04/21/2022 | NP Sick Call Patient states "I am supposed to have a cane and shoes, and you can review that from my prison file." NP notes patient ambulated from bed to door with stead gait. No BLE swelling noted. NP notes "I have reviewed his correctional record. No documentation for cane or shoes. He has been |

*In the Matter of the Application of Pedro Rodriguez (HCN 1734 / SCN 340334)*

ATTACHMENT 'G'

ATTACHMENT 'G'

ATTACHMENT 'G'
MARCH 10, 2017
SENTENCING TERMINOLOGY
OF MATT GRECO

1   BONNIE M. DUMANIS
    District Attorney
2   MATTHEW GRECO, SBN 181898
    Deputy District Attorney
3   Hall of Justice
    330 West Broadway, Suite 1100
4   San Diego, CA 92101
    Tel. (619) 515-8741
5   Fax (619) 515-8125
    Email matthew.greco@sdcda.org
6

7   Attorneys for Plaintiff

F I L E D
Clerk of the Superior Court

MAR 1 0 2017

By: Dawn Getyina, Deputy

8             SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                 FOR THE COUNTY OF SAN DIEGO

10                   CENTRAL DIVISION

11   THE PEOPLE OF THE STATE OF CALIFORNIA,     No. SCN 340334

12                       Plaintiff,     DA  OBZ514-02

13            v.                SENTENCING BRIEF –

14   PEDRO RODRIGUEZ,            STATEMENT IN AGGRAVATION

15                   Defendant.   Date: March 14, 2017

16                           Time: 9:00 a.m.
                          Dept.: 12

17

18         Comes now the plaintiff, the People of the State of California, by and through its

19   attorneys, BONNIE M. DUMANIS, District Attorney, and MATTHEW GRECO, Deputy

20   District Attorney, and respectfully submits the following SENTENCING BRIEF –

21   STATEMENT IN AGGRAVATION.

22                   STATEMENT OF THE CASE

23         On December 30, 2014, the instant case was filed charging the defendant with thirteen

24   counts. Count One was Conspiracy to Commit an Act Injurious to the Public – Obstruct Justice

25   in violation of Penal Code 182(a)(5). Count Two was Conspiracy to violate a court order in

26   violation of Penal Code 182(a)(1) and Counts Four through Thirteen charged violations of Penal

27   Code section 166(a)(4). On January 29, 2015 an amended complaint was filed charging 23

28   additional counts including one Count of Forgery in violation of Penal Code section 470 and 22
  additional counts Penal code section 166(a)(4) violations.

## II.

**PROPOSITION 57 HAS THE POTENTIAL TO DRAMATICALLY UNDERCUT THE SENTENCE PRONOUNCED BY JUDGE KIRKMAN IN CASE SCN333477.**

On November 8, 2016 voters in California passed Proposition 57 which in part amended the California Constitution. SEC. 3. Section 32 is added to Article I of the California Constitution, to read:

SEC. 32.

(a) The following provisions are hereby enacted to enhance public safety, improve rehabilitation, and avoid the release of prisoners by federal court order, notwithstanding anything in this article or any other provision of law:

(1) Parole consideration: Any person convicted of a non-violent felony offense and sentenced to state prison shall be eligible for parole consideration after completing the full term for his or her primary offense.

(A) For purposes of this section only, the full term for the primary offense means the longest term of imprisonment imposed by the court for any offense, excluding the imposition of an enhancement, consecutive sentence, or alternative sentence.

(2) Credit Earning: The Department of Corrections and Rehabilitation shall have authority to award credits earned for good behavior and approved rehabilitative or educational achievements.

(b) The Department of Corrections and Rehabilitation shall adopt regulations in furtherance of these provisions, and the Secretary of the Department of Corrections and Rehabilitation shall certify that these regulations protect and enhance public safety.

The Defendant was sentenced in case SCN333477 to 13 years and 4 months. The defendant was sentenced to a serious felony, Witness Intimidation in violation of Penal Code section 136.1 pursuant to Penal Code section 1192.(c)(37). None of the sex offenses qualify as violent felonies. The primary term as defined in the California Constitution section 32 (a)(1)(A)

11

1   is Count 9 Penal Code section 288.4 for four years. Therefore, the Department of Corrections

2   could parole the defendant immediately because the defendant already has in excess of four

3   years of custody credits and circumvent the intent of the the sentencing court.

4           Thus, if this court does not consider the effects of Proposition 57 the court risks

5   seriously overestimating the true consequences to the defendant. The instant case provides an

6   opportunity to ensure that both the community and the victim are protected from a remorseless

7   and relentless predator.

8           The change in the California Constitution only affects prison sentences and does

9   not impacts misdemeanors that are served in county jails. Thus, the People will be requesting

10  that each of the misdemeanor counts be imposed consecutive to a prison sentence in order to

11  ensure that the defendant is appropriately held to account for his conduct.

12                                          III.
13                    COUNTS ONE AND TWO ARE NOT 654 BARRED

14          Section 654, subdivision (a), provides: "An act or omission that is punishable in

15  different ways by different provisions of law shall be punished under the provision that provides

16  for the longest potential term of imprisonment, but in no case shall the act or omission be

17  punished under more than one provision."  The primary test to determine whether conduct

18  constituted an "act" for the purposes of section 654 was set forth in *Neal v. State of California*

19  (1960) 55 Cal.2d 11, 9 Cal.Rptr. 607, 357 P.2d 839 (*Neal*), disapproved on another ground in

20  *People v. Correa* (2012) 54 Cal.4th 331, 334, 142 Cal.Rptr.3d 546, 278 P.3d 809 (Correa );

21  *People v. Chung* (2015) 237 Cal.App. 4th 462, 467. In *Neal*, the California Supreme Court held

22  that an "act" for the purposes of section 654 was not limited to a "single physical act," but could

23  include a "course of conduct." (*Neal*, supra, 55 Cal.2d at p.19, 9 Cal.Rptr. 607, 357 P.2d 839.)

24          The test of "[w]hether a course of criminal conduct is divisible and therefore gives

25  rise to more than one act within the meaning of section 654 depends on the intent and objective

26  of the actor. If all of the offenses were incident to one objective, the defendant may be punished

27  for any one of such offenses but not for more than one." (Ibid.)

28

ATTACHMENT 'H'

ATTACHMENT 'H'

ATTACHMENT 'H'
MARCH 8, 2016
REPORT OF CTF
DATA PRO PG 6
PARAGRAPH 2



# County of San Diego

**ROBERT J. STALL, JR.**
DIRECTOR

**OFFICE OF ASSIGNED COUNSEL**
450 B STREET, SUITE 840
SAN DIEGO, CA 92101
(619) 338-4800
(619) 236-1108 (FAX)
www.sdcounty.ca.gov/oac

**F. MICHAEL GARCIA**
DEPUTY DIRECTOR

**MILLY DUROVIC**
OF COUNSEL

March 8, 2016

Pedro Rodriguez, Pro Per
Booking Number 14745493
c/o San Diego Central Jail Law Library

Re: SCN333477

Mr. Rodriguez,

Enclosed with this letter is the final report from Mr. Aguero. Additionally, I have copied and pasted Mr. Aguero's email into this letter. Please note that all documents attached to your three ASRs, including the approximately 170 pages attached to the last one, have been sent to Mr. Aguero. This final report and email were written after his review of all three requests and review of the two final files I obtained from the District Attorney and gave to him.

I have attempted to calendar a status hearing to address your concerns however the court would not calendar anything and said everything would be addressed at your next scheduled hearing on March 25, 2016. The email below has not been sent to the court; However, if you would like me to forward it to the court in an effort to calendar a hearing for you, please let me know.

EMAIL FROM AGUERO:

Please forward my final report to Mr. Rodriguez. At this point I have completed what was requested of me during our in person visit. I am ready and willing to come to court and testify regarding the victim's iPhone, the backup on the computer with the victim's information as well as the iPhone 5c that also had data from the victim's iPhone. All that is included in my report. I have also addressed all the questions I could make sense of. At this point I consider my examination and analysis complete. I will NOT go on a further wild goose chase over hash values, or unfounded speculations. If he needs anything further done, he will need to talk to the judge. I will be happy to come and explain my findings to the judge if needed. I just don't see the point in going round and round on wild goose chases. I feel this report provides every answer he asked of me to this point. Let me know if you have any questions. I will not be doing anything further until the judge orders something else to be done.

Robert Aguero

Thank you,
Jackie Braden
Pro Per Coordinator



22910 Murrieta Hot Springs Rd, Ste G-221, Murrieta, CA 92563

Phone: (866) 935-5551 • Fax: (661) 885-4106 • e-mail: Robert@CTFDataPro.com
www.CTFDataPro.com
*Lic. PI 22653*

March 7, 2016

Pedro Rodriguez, Pro Per
Office of Assigned Counsel
450 B Street, Ste 840
San Diego, CA 92101

RE:  People v. Rodriguez
     San Diego County Superior Court – CN333477
Our#  3703-3

Mr. Rodriguez:

When we met at the jail, you narrowed down the scope of what you wanted me to testify to in court and what my examination was designed to prove on your behalf. As you stated to me the evidence against you consisted primarily of a backup file that was allegedly found on your computer that had the victim's data on a phone that had been backed up to your computer. The phone had a user name of "pedro's iPhone" and the Apple ID and the data on the phone was from the victim's phone.

Through OAC, I received an additional DVD, which will be called DVD-17 that contained a Cellebrite image file of the extraction done on Rebecca's iPhone. I also received another USB Drive, which will be called USB-4, that contained a Cellebrite image file for the iPhone 4 – this is the phone that the previous image file was corrupt and not complete. This new image is complete and working properly.

I now have complete copies of all the image files needed to properly complete the requested analysis.

Please note that all of my analysis has been done with a newer version of Cellebrite than the officer had at the time they did their analysis. The police had Cellebrite Physical Analyzer version 3.9.2.4, which at the time was the most current version. Currently I am using Cellebrite Physical Analyzer version 4.5.1.13. This current version of the physical analyzer is the most current available.

You will notice that most of my reports will include additional data not included in the original Cellebrite reports done by law enforcement. This is normal and does NOT indicate any tampering with any data. Newer versions of Cellebrite's software will have updated algorithm that will pull up additional data. If the police were to re-run their reports with the current version of Cellebrite they will get identical results to what I am

getting now. So do not look at differences in the two reports and assume that some tampering has taken place.

**Examination of all phones and backup files with the same data**

*3/26/14*

1. DVD 17-Victim's iPhone 5c – 760-500-5695 – IMEI 013787002875141 *ALLEGED VICTIMS IPHONE*

*ITEM 22* 2. DVD 6 – Cellebrite image file – iPhone 5s – 650-421-5904 – IMEI- 013989001971414 *22*

3. HD-124836 – iTunes backup files ending in "c2c" for iPhone 5s – 650-421-5904 – IMEI 013967001107221 *WIPED*

From my conversations with you, you felt that the above data should match the victims phones.

I have compared the data from the backup files and the image files from <u>items 1 and 2</u> above and many of the items do match. Please be aware that not 100% of the items are a match. There are some items that are included in one set of records but not the other. THIS IN AND OF ITSELF DOES NOT MEAN ANY TAMPERING OCCURRED WITH ANY OF THE SET OF RECORDS. The backup file was created on 03/26/14 so any usage on the victims phone between 03/26/14 and 05/29/14 when the extraction was done on her phone would show up as different data. For example if items were deleted from the iPhone, they may not show up on the 05/29/14 extraction but might be present on the 03/26/14 backup. Items that were added to the phone, might be present on the 05/29/14 report but would not show up on the 03/26/14 report.

Here is a recap of the amount of data and identifying information for each of the three items:

*DIFFERENT VERSIONS OF ALLEGED VICTIMS ICLOUD BECCA STORE COPY*

**DVD 17-Victim's iPhone 5c – 760-500-5695 – IMEI 013787002875141**



*ENLARGE TO FULL PAGE FOR ITEM 17*

UNACCEPTABLE MICRO PRINT



*UNACCEPTABLE MICROPRINT* *VICTIMS PHONE*

This phone has the following identification :



*ENLARGE TO FULL PAGE PORTRAIT*

In case you have difficulties in reading the above screen shot, here is the data:

Apple ID – *beccaj123@cox.net*
ICCID – *89014104276264261021*
Phone Number – *760-500-5695*
IMEI -- *013787002875141*
Device Name - *iPhone*

The image hash is as follows:





### DVD 6 – Cellebrite image file – iPhone 5c – No phone number listed – IMEI-013837003966660  23



The image hash is as follows:



The phone has the following information.



UNACCEPTABLE MICRO PRINT

ENLARGE TO FULL PAGE PARAGRAPH 17

UNACCEPTABLE MICRO PRINT

ENLARGE TO FULL PAGE PARAGRAPH 17

ENLARGE TO FULL PAGE PARAGRAPH 17

④

In case you have difficulties in reading the above screen shot, here is the data:

Apple ID – *beccaj123@cox.net & readinglasts4ever@gmail.com*
ICCID – *89014103277101442791*
Phone Number – *None listed*
IMEI – *013837003966660* 25
Device Name – *iPhone*

**HD-124836 – iTunes backup files ending in "4a7" for iPhone 5s – 650-207-0626 – IMEI 013837003966660**



*ENLARGE TO FILL PAGE PORTRAIT*

The image hash is as follows:

*UNACCEPTABLE METADATA*



⑤

The phone has the following information.   *UNACCESSIBLE MERIPRINT*

*[table image — illegible]*

In case you have difficulties in reading the above screen shot, here is the data:

Apple ID – *beccaj123@cox.net & readinglasts4ever@gmail.com*
ICCID – *89014104276625956913*
Phone Number – *650-207-0626*
IMEI – *013837003966660 23*
Device Name – *pedro's iPhone*

I ran a series of test file names that appeared in one extraction and most of the test files appeared in all three files. I checked call logs, chats, contacts, MMS, images and videos.

What I can say definitively regarding the above three is that they all contain data that came from the same source, the victim's iPhone. This could have occurred one of two ways. First is for someone to use the victim's Apple ID and password and restored the phone with the user name "pedro's iPhone". This phone with the restored data containing essentially a duplicate of the victim's phone was then plugged in to the computer and a backup file was created on the computer. The other possible option is that someone copies the backup files from the victim's computer and placed those backup files on this computer, then used the backup files to restore the data onto "pedro's iPhone".

What I cannot say is WHO did this restoring of the victim's data on this phone or who plugged the phone in to your computer to create the backup files. This is something that goes beyond the scope of a forensic examination.

From our conversation this was the primary area of concern that you voiced to me. This has been addressed.



Your latest request to OAC makes a number of statements that I want to address since there seems to be some confusion on your part.

### Hash values

You have made several requests for the Hash values of various documents. I have provided the hash values for the above three files that deal with the victim's iPhone. As you can see there is no "reference" hash available for the software to compare. This is a normal procedure for iPhone extractions done with Cellebrite. There is nothing out of the ordinary here.

I will try and clarify this issue one more time. The Hash values calculated by FTK on the computer forensics files will not tell you anything with regards to the Cellebrite extractions done. You need to look at the Hash values generated by Cellebrite to compare. When looking at Cellebrite extractions, not all extractions will generate a Hash value that can be compared. When a Hash value is generated and can be compared it will be listed under the "Image Hash Details" section at the top of the report.

Here is a sample Cellebrite extraction with a Hash value:

Device Information

| # | Name | Value | Deleted |
|---|------|-------|---------|
| 1 | Android Fingerprint | lge/e2mls_spr_us/e2mls:4.4.2/... | Intact |
| 2 | Android Id | | Intact |
| 3 | Bluetooth device name | TRIBUTE | Intact |
| 4 | Bluetooth MAC Address | | Intact |
| 5 | Country | US | Intact |
| 6 | DeviceInfoDetectedPhoneModel | LGLS660 | Intact |
| 7 | DeviceInfoDetectedPhoneVendor | lge | Intact |
| 8 | DeviceInfoiOSVersion | 4.4.2 | Intact |
| 9 | Hotspot Password | | Intact |
| 10 | Language | en | Intact |
| 11 | Mock Locations Allowed | False | Intact |
| 12 | Phone Activation Time | 11/3/2015 12:25:55 AM(UTC+0) | Intact |
| 13 | Phone Activation Time | 11/24/2015 11:39:30 PM(UTC+0) | Intact |
| 14 | Time Zone | America/New_York | Intact |
| 15 | Unlock Pattern | 1>4>7>8>9 | Intact |
| 16 | Use Location in Google Services | True | Intact |

Image Hash Details (1)

All project images are verified.



| # | Name | Info |
|---|------|------|
| | Image Verified | Path MMC(0x0-0x09EC000000).bin |
| | | Size (bytes) 39594.22976 |
| | | MD5 AB7C2B2D850278A3504F2B2C0E6B7164 |
| | | SHA256 2E1117F300387EC296ECD421762BEE96E684417A35ABB43E133037E455ACE09D |

This is from a SAMPLE LG phone, not one of the phones in your case. When the Hash value is available, it will list both the MD5 (Message Digest) as well as the SHA-

---

256 (Secure Hash Algorithm). As you can see by going through all of the iPhone reports in your case there is NO MD5 or SHA256 values listed. This is due to the method used by Cellebrite in extracting data from the iPhone.

   When you open up all of the Cellebrite image files and run the image verification you will get something like this:



UNACCEPTABLE MUGSHOT

   This was done with all the image files that were provided to me. I have attached the image hash for the three involving the victim's cell phone data above.

   Under the Cellebrite "Image Hash Information" you will see a message that "Hashes have been calculated for this project, but no reference data is available". When you click the verify to the right of the message you will see the Image Hash Details as shown here (SHA256) but since there is no reference Hash it cannot be compared to anything.

   Please understand that Cellebrite creates all of these image files with its own proprietary software and uses their own algorithm to validate the extraction as being a complete extraction. When the validation process fails you will see a message similar to this message which was found on DVD-7 for the image file provided for the iPhone 4 (see below):

Image Hash Details (1)

Some images failed hash verification.

| # | Name | Info | |
|---|------|------|---|
| 1 | Image<br>Bad Verification | Path | iPhone4GSM_7.1-7.1.2_FileSystem_10-00-14_11-00-04.bxr |
| | | Size (bytes) | 12222250432 |
| | | SHA256 | 67C0F77EAGC8D57ECB902CF7A10E4CC8423E469726E77CC8893CEF887<br>9480599 |

*CONTRADICTION OTHER*

We went over this report during our meeting and it was clear that there was data missing and the file was corrupt. I have received a valid copy of the image file. I have ran that image file and below is a list of the content:



*ENLARGE IT IS ON THIS REPORT?*

*UNACCEPTABLE MICROPRINT*

If you need more information on the specific algorithm used by Cellebrite or the validation process they use, you will need to subpoena them for that information. My understanding is that data is proprietary and I do not have any further information that I can provide, other than to say Cellebrite has been recognized in all courts across the nation at both the state and federal level and it is a trusted software.

When my report made reference to the images were validated I was referring to the above process, not to my manually examining any given Hash value. As you can see from the image in DVD-7, the process does work since it caught a bad image file.

On all the reports Cellebrite creates it will place a Hash value for each item that is extracted. Here is where the Hash value can come into play and help in validating that an item has not been tampered with. Here is an example of an image pulled from one of your reports:

*AFTER LAST SHUTDOWN*

*2 MONTH DIFFERENCE?*

As you can see this image file shows the MD5 and SHA256 values for that
specific image.  The actual image which consisted of some flowers in a vase has been
redacted to not violate the court order.

If there was some issue with any particular image or other file and a question
arose as to whether it had been manipulated, the Hash value associated with it could be
validated.

You bring up the differences in Hash value for the reports in DVD7 and USB-1
Item 21 – As previously stated the image file in DVD7 for the iPhone 4 was not valid,
hence the different Hash value.  I have ran the new image file provided for the iPhone 4
and the hash values match.

Here is the hash value provided on the report created by law enforcement in Item
#21:



Here is the image file created on the image file provided for the iPhone 4:



As you can see the new image file provided matches the report perfectly.

This extraction done on the iPhone 4, phone number 650-504-7036 has a large
number of images as well as videos involving females in nude and sexually explicit
poses. Some of the pictures and videos appears to be the same female as shown on the
victim's phone.

## Backup Files

Let me clarify what we discussed in person as well as what my reports say with regard to my inability to validate that all backup files are as they were created. First you need to understand that backup files are created by the user when a phone is plugged into a computer and iTunes creates the backup files. These are not a Cellebrite created image, but a user created file. Neither I, nor any officer who seized any evidence in this case, was present when the user created the backup files on the computers.

The only thing I can verify is that I ran Cellebrite on all the backup files that were provided to me. I cannot validate that these are ALL the original backup files that were actually created by iTunes when the original backups were created. The initial officer that seized the computer will also NOT be able to validate that these are ALL the original backup files and that none were deleted before the computer was seized. The reason that neither I, nor any officer involved in this case can validate the backup files is that the computer was outside of police custody for some time between the date/time of each backup and the date/time it was seized. When it was outside police custody I have no idea who had access to the computer, what if anything, was done to these files or even if iTunes may have been set to only keep a set number of backups and iTunes may have began the process of deleting old backups. There are too many variables outside my control for me to be able to validate that no backup files were ever deleted by anyone prior to my receiving them.

NONE of the backup files are image files created by Cellebrite so looking at Hash values will NOT prove or disprove that these backup files are in fact ALL of the backup files created by iTunes when the phone was plugged in and the original backup was created.

If you look at the "Content" page for each of the five backup files, they all contain different amount of data.
- Backup e5d only contains some basic files (configuration, databases and images). In my opinion this is NOT a complete backup as created by iTunes.
- Backup 4a7 contains what could be described as a complete backup since it includes everything you would expect to see on a phone such as call logs, Chats, emails, SMS, etc
- Backup c2c contains much less than 4a7 but more than e5d. This does not appear to be a complete backup since items such as call logs that are typically found are not seen.
- Backup c61 is similar to e5d with very limited data available.
- Backup 557 is also similar to e5d with very limited data available.

Just so we are clear, I have no indication that there was any tampering by any law enforcement officer with any of these backup files. As stated above the computer was out of police custody for some time between when the backups were made and when it was seized so we have no idea of who had access to the computer, what was done or even if iTunes deleted them through its auto delete feature once a maximum number of backups were stored.

## ICCID (Integrated Circuit Card Identifier) or SIM ID number.

You talk about how if different ICCID numbers show up on a Cellebrite report then the Hash values must be different. You have a misunderstanding of how the data is stored on the iPhone and how it is pulled by Cellebrite.

Each time a different SIM card is used on a cell phone, it will be recorded on the phone. If for some reason a different SIM cards are used you will see different SIM numbers. That is what you are seeing in this case. One phone that had multiple SIM cards used. When the Cellebrite extraction was done it pulled up both SIM numbers. So the Hash value will NOT show anything with regards to this issue. If a Cellebrite report has two ICCID listed that is how the data was stored internally on the phone.

The only way the hash values would change would be if one extraction was done, then a new SIM card was inserted, used and then a second extraction was done. In that case the hash value would be different since different data was on the phone during the second extraction.

## Discrepancies In Report

You mention DVD-6 and USB-1' Item 22 having different content therefore there must be something wrong with the extractions and/or reports. You fail to take into account the Cellebrite software used for each of the two reports. The report in USB-1 Item 22 was created using Cellebrite version 3.9.2.4. The report on DVD-6 was created using Cellebrite 4.5.1.13, a later version of the software. As you run the image file through the content of both reports, the newer version of Cellebrite has more items than the older version. This is a common occurrence since each new version of Cellebrite will typically extract more information than a previous version of the software even though the same image file is used. The only way to get the exact same data is run the image file through the same version of Cellebrite Physical Analyzer. I have the latest version installed and I am NOT going to uninstall the current version and install an older version just to satisfy

your whim. I have many cases I am working and I need the current version installed and working.

Having different amounts of data reported on reports created with different versions of Cellebrite Physical Analyzer is a common occurrence that I have seen many, many times over the years. You can check with Cellebrite technical support if you need to verify this. Newer versions of the software can at times discover "false positive" and may actually remove an item that was once reported and now is not considered valid. The existence of "false positives" is not very common and in most cases additional data is retrieved.

This is all due to improvements in the algorithms used during the decoding process where the image file is read and a user friendly report is created. Nothing here is indicative of any manipulation of the data.

## Data Manipulation

When Cellebrite creates an image file of an iPhone using the Advanced Logical Extraction method which is used in later model iPhone such as iPhone 4s all the way up to iPhone 6s, it will create a ".ufd" and ".tar" files that contain the data extracted from the phone. These files are in Cellebrite proprietary formats and not easily readable by non-forensic methods. It is physically impossible for someone to manipulate the Cellebrite image files in the Advanced Logical extraction. These files are not created in a way where someone can add or delete data. If that were to somehow occur when it is opened in Cellebrite you would get an error message like the one we see above – see page 4.

## Miscellaneous

In your request you make several references to items dealing with testimony that are beyond my scope

1. You reference pages 5 & 6 that you attach where you dispute some items that allegedly belong to the report labeled "Item 22" and how they are in "Item 23". I have checked those two specific pages and they both came from the report labeled Item 22. The extraction was done on 09/24/14 10:30:07 am. So any issues with this being misidentified in court as the wrong item will have to be addressed by some other means.
2. Hash value legal case citing – I have discussed Hash values extensively above. There might be legal arguments you can make to the court, but that goes beyond the scope of my expertise.



3. Several requests are made for "identifier" – not sure what else you want. My report has attached the first few pages from each extraction/report that provides all the identifying information available for each phone. As far as Hash values for each phone, refer to section on Hash above.

4. You're concerned with my conversation with DA Greco regarding my opinion that hash value was changed due to compression on the one phone with the bad validation. This is my opinion and has been my opinion since I first saw this extraction. If you do not want me to talk to the DA, then you should make a request to the court that he not contact me. From what he said he had been authorized by the court to make contact with me to clarify what I needed. That was precisely what was done. I am not present at your court hearing, so I can only go based on what is told to me.

5. IP address is the same on item 21 & 22 and how two items cannot occupy the same space at the same time. You specify IP 166.137.212.34:40181. I did a search on that specific IP and cannot find it in either item 21 or 22. I can tell you that both item 21 & 22 use the same Apple ID of argento4372@comcast.net and slim 4372@icloud.com. Since the same Apple ID was used on both phones it appears that there could be some duplicate data such as IP or other data, if the last one was set up using this Apple ID it would populate data from the previous phone. Nothing here is indicative of data manipulation.

6. You want some data printed out on the wiped phone. Again, I am not sure what exactly you are asking, but I will not manipulate the white phone in evidence to put anything on it.

7. DVD 15, iPhone 3GS does not have hash value but some report you have allegedly does have a hash value. The report I provided for DVD 15 is a report based on the logical extraction completed and provided to me. What you see is what you get. As far as some other document having a hash, not sure what you are talking about. I reviewed the attached files and the only hash I see deal with the computer forensics software used, not with the Cellebrite image files. See hash section above for more details.

8. You make a request for registry information and percentage of victims phone downloaded on attachments 3-13. I do not understand what you are asking for. Not sure what you mean by "registry" – all identifying information is included in the report I prepared. As far as percentage of victim phone downloaded. Again this is going to be an impossible task. Like I said earlier the victims phone was analyzed at a different date and time than the backup files on your computer. So the data will be different. No way of knowing what percentage is downloaded. This is subject to arguments as to percentages on what day? It is an impossible task.

9. Question regarding attachments 15, 16 & 17 and their hash values. These hash deal with FTK and not Cellebrite. I am not able to help with any computer forensics questions.
10. Attachment 18-19 – You contend these are not iTunes backup files since the path does not include the name "iTunes/" You are confused here, the files names listed are iTunes backup files. The path as it originated on the computer is not listed since only the backup files were copied over. The only item listed are the folder names that contain the backup files. These are the same files I have referenced using the last three letters/numbers.
11. Attachment 20-23 – These reports deal with computer forensic examinations and outside my expertise.
12. Attachment 24-25 – I can't understand this request. Not sure what you are asking
13. Attachment 26-40. Describe content of victim's iPhone. If you need more of a description, please specify what you need. See page 2 above for a complete list of the data recovered from the victim's iPhone.
14. Need to review RCFL hard drives. As I have stated many, many times, I am not a computer forensic expert. I do not have access to FTK software for computer forensics and cannot provide any meaningful information regarding the hard drives and the computer forensics extractions done in this case. I WILL NOT BRING THE HARD DRIVES AND WILL NOT GO OVER THEM WITH YOU. YOU WILL NEED A COMPUTER FORENSICS EXPERT FOR THIS PURPOSE. ←
15. You allege that I purposefully left out configuration and hash files. You need to define what you mean by "configurations". The report I prepared has all the identifying information available for all image files and reports provided to me. As far as Hash values, please see section on hash values above.

## Conclusions

When we met, I tried to show you many of the extractions and reports and you dismissed them and did not want to view them. You were primarily concerned with the backup file (4a7) and DVD-7 and whether this data came from the victim's phone. Nothing else seemed to be of importance to you as it relates to the work I am doing.

As I have detailed in pages 1 and 2 of this report, I am convinced and will be willing to testify that the iPhone with a device name of "pedro's iPhone" had the victims Apple ID and password used to get copies of the victim's data on this phone or had the victim's iTunes backup copied onto the computer you own and then restored the phone

from that data. This backup files is what has been found and we have gone over extensively.

The only other item you mentioned was some file that you said was missing. I asked you several times for the specific file name and what report it relates to so that I could try and find it. You did not have the specific file name to provide me, other than to say it had some date and nothing further. Without a specific file name, I do not know what to search for. So if you come up with the file name and which report it came from, I can double check my image files and see if it in fact is missing. So far all the image files provided match the reports created by law enforcement so at this point I am not sure what file you were referencing.

Based on our in person visit this was what you were wanting me to do. I have done that. At this point my analysis is complete. I will be glad to come to court if you decide you need me there.

*CTF DataPro, Inc*

By: Robert Aguero

16



**DATAPRO**
*Your Wireless Expert*

22910 Murrieta Hot Springs Rd, Ste G-221, Murrieta, CA 92563

Phone: (866) 935-5551 • Fax: (866) 935-5551 • e-mail: Forensics@CTFDataPro.com
www.CTFDataPro.com
Lic. PI 22653

June 14, 2016

Jackie Braden
Office of Assigned Counsel
450 B Street, Ste 840
San Diego, CA 92101

    RE:   Pedro Rodriguez
          San Diego County Superior Court SCN333477
    Our#  3703

Ms. Braden:

        As part of the discovery in this case I received a Kingston USB Drive labeled UFED Reports on one side and CN333477 on the other side. At some while in my possession it fell out of the case folder. The USB Drive was mistakenly placed into the folder of another case. The other case contained several USB Drives. That other case was closed and was ready to be archived.

        Our policy when archiving older cases is to re-format any USB Drive in our possession to avoid them being obtained by someone else and the data disseminated inadvertently. As part of archiving the other file, the USB Drive was re-formatted and placed with other older case USB Drives.

        It was not until you asked about the missing drive and I went looking for it, that I realized this was missing drive from the Rodriguez case. Unfortunately, the drive had been reformatted and all data wiped out.

        Let me know if you have any questions.

*CTF DataPro, Inc*

By: Robert Aguero

(16A)

Page 1




# SUPERIOR COURT OF CALIFORNIA
## County of San Diego

**DATE:** August 24, 2016          **DEPT.** 24   **REPORTER A:** Barbara Penn      **CSR#**   8365
**HONORABLE   K. MICHAEL KIRKMAN,**   **REPORTER B:**                         **CSR#**
                         **JUDGE**

**CLERK:** Julie Paruleski              **REPORTER'S ADDRESS:**

**BAILIFF:** R. Richter                   **P.O. BOX 128**
                           **SAN DIEGO, CA 92112-4104**

---

SCN333477        **THE PEOPLE OF THE STATE OF CALIFORNIA, Plaintiff,**
                  **(By: Matthew Greco, Deputy District Attorney)**

                                    vs.

OBX722 01               **PEDRO RODRIGUEZ, Defendant**
                         **(IN PRO PER)**

---

9:00 a.m.   This being the time set for **STATUS HEARING** in the above-entitled cause having been continued
            from June 24, 2016. Deputy District Attorney William Mitchell specially appears for Mr. Greco on
            behalf of the People. Defendant Pedro Rodriguez appears In Pro Per.

            Court has received Defendant's Challenge for Cause PC170.1. Court provides a copy of the Order
            Striking Defendant's Second Statement of Disqualification of Judge K. Michael Kirkman, to the
            Defendant and Mr. Mitchell, for the People.

            Court has read defendant's PC1050 request to continue the Motion for New Trial that was set for
            today. Court grants the request as witnesses are unavailable.

            **Motion for New Trial is set for September 30, 2016 at 9:00 a.m. in Department 24.**

            Defense request for the Court to sign subpoenas is denied by this Court. Any defense requests for
            ancillary issues are to be made to the criminal supervising department.

            Court has received the Defendant's Motion For New Trial Supplemental Points and Authorities
            Request for Evidentiary Hearing Before Grand Jury. People shall file any response as soon as
            possible.

            Defendant makes a request for discovery. Defendant requests ediscovery to be burned to a CD, also
            requests that the discovery on the thumb drive be replaced, having been accidently destroyed by the
            expert. Mr. Greco should be contacted regarding this request.

            Mr. Rodriguez states that Mr. Aguero can explain what discovery was on the drive.

            Defendant shall remain in the custody of the Sheriff without bail.

ATTACHMENT I

ATTACHMENT I

ATTACHMENT I

ATTACHMENT I
1/29/22 PETITIONERS
YOUNGER BROTHER
CHARGED AS
CO-CONSPIRATOR

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
## NORTH COUNTY DIVISION

F I L E D
Clerk of the Superior Court

JAN 29 2015

By: T. V. Macias, Deputy

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

JUAN RODRIGUEZ,
*dob 05/05/93;*

PEDRO RODRIGUEZ,
*dob 04/03/72*
*aka Pedro Luis Rodriguez;*

Defendants

CT No.  CN340334
DA No.  OBZ514
AMENDED
COMPLAINT-FELONY

| INFORMATION |
|---|
| Date: _____ |

## PC296 DNA TEST STATUS SUMMARY

| Defendant | DNA Testing Requirements |
|---|---|
| RODRIGUEZ, JUAN | DNA sample required upon conviction |
| RODRIGUEZ, PEDRO | DNA sample required upon conviction |

## CHARGE SUMMARY

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|---|---|---|---|---|---|
| 1 | PC182(a)(5) RODRIGUEZ, JUAN RODRIGUEZ, PEDRO | Felony | 16-2-3 | | |
| 2 | PC182(a)(1) RODRIGUEZ, JUAN RODRIGUEZ, PEDRO | Felony | Check Code | | |
| 3 | PC32 RODRIGUEZ, JUAN | Felony | 16-2-3 | | |
| 4 | U12101(a) RODRIGUEZ, JUAN RODRIGUEZ, PEDRO | Felony | 16-2-3 | | |
| 5 | PC182(a)(1) RODRIGUEZ, JUAN | Felony | Check Code | | |

# CHARGE SUMMARY (cont'd)

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|-------|--------|-----------|----------------|--------------------|--------------------|
| 5 | PC182(a)(1)<br>RODRIGUEZ, PEDRO | Felony | Check Code | | |
| 6 | PC470(b)<br>RODRIGUEZ, JUAN<br>RODRIGUEZ, PEDRO | Felony | 16-2-3 | | |
| 7 | PC166(a)(4)<br>RODRIGUEZ, PEDRO | Misdemeanor | 6 Mos | | |
| 8 | PC166(a)(4)<br>RODRIGUEZ, PEDRO | Misdemeanor | 6 Mos | | |
| 9 | PC166(a)(4)<br>RODRIGUEZ, PEDRO | Misdemeanor | 6 Mos | | |
| 10 | PC166(a)(4)<br>RODRIGUEZ, PEDRO | Misdemeanor | 6 Mos | | |
| 11 | PC166(a)(4)<br>RODRIGUEZ, PEDRO | Misdemeanor | 6 Mos | | |
| 12 | PC166(a)(4)<br>RODRIGUEZ, PEDRO | Misdemeanor | 6 Mos | | |
| 13 | PC166(a)(4)<br>RODRIGUEZ, PEDRO | Misdemeanor | 6 Mos | | |
| 14 | PC166(a)(4)<br>RODRIGUEZ, PEDRO | Misdemeanor | 6 Mos | | |
| 15 | PC166(a)(4)<br>RODRIGUEZ, PEDRO | Misdemeanor | 6 Mos | | |
| 16 | PC166(a)(4)<br>RODRIGUEZ, PEDRO | Misdemeanor | 6 Mos | | |
| 17 | PC166(a)(4)<br>RODRIGUEZ, PEDRO | Misdemeanor | 6 Mos | | |
| 18 | PC166(a)(4)<br>RODRIGUEZ, PEDRO | Misdemeanor | 6 Mos | | |
| 19 | PC166(a)(4)<br>RODRIGUEZ, PEDRO | Misdemeanor | 6 Mos | | |
| 20 | PC166(a)(4)<br>RODRIGUEZ, PEDRO | Misdemeanor | 6 Mos | | |

ATTACHMENT 'S'

ATTACHMENT 'S'

ATTACHMENT 'S

ATTACHMENT 'S'
PETITIONERS MOTHER
CHARGED AS
CO-CONSPIRATOR

# IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

PEDRO RODRIGUEZ,
*dob 04/03/72*
*aka Pedro Luis Rodriguez;*

GLORIA JANE RODRIGUEZ,
*dob 05/04/50;*

Defendants

CT No. SCN340334
DA No. OBZ514

INFORMATION

F I L E D
Clerk of the Superior Court

APR 20 2015

By: T. V. Macias, Deputy

## PC296 DNA TEST STATUS SUMMARY

| Defendant | DNA Testing Requirements |
|---|---|
| RODRIGUEZ, PEDRO | DNA sample required upon conviction |
| RODRIGUEZ, GLORIA JANE | DNA sample required upon conviction |

## CHARGE SUMMARY

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|---|---|---|---|---|---|
| 1 | PC182(a)(5) | Felony | 16-2-3 | | |
| | RODRIGUEZ, PEDRO | | | | |
| 2 | PC182(a)(1) | Felony | Check Code | | |
| | RODRIGUEZ, PEDRO | | | | |
| 3 | UI2101(a) | Felony | 16-2-3 | | |
| | RODRIGUEZ, PEDRO | | | | |
| 4 | PC182(a)(1) | Felony | Check Code | | |
| | RODRIGUEZ, PEDRO | | | | |
| | RODRIGUEZ, GLORIA JANE | | | | |
| 5 | PC470(b) | Felony | 16-2-3 | | |
| | RODRIGUEZ, PEDRO | | | | |
| | RODRIGUEZ, GLORIA JANE | | | | |