UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>                              Defendants. | Case No.: 20-cv-00406-AJB-DDL<br><br>**ORDER DENYING AS MOOT MOTION FOR EXPEDITED DISCOVERY**<br><br>[Dkt. No. 212] |

Before the Court is Plaintiffs' Motion for Limited Expedited Discovery (the "Motion"). Dkt. No. 212. When Plaintiffs filed the Motion, there were several

1

motions to dismiss pending, and Plaintiffs' motion for a preliminary injunction had been denied. *See* Dkt. No. 203. Plaintiffs sought the Court's leave to seek "limited" discovery from defendant County of San Diego – before the pleadings were closed and before the parties had participated in the conference required by Federal Rule of Civil Procedure 26(f) – to allow them "to determine whether and on what bases to move again for injunctive relief, and for the Court to resolve any such motion." *See* Dkt. No. 212-1 at 7.

On September 27, 2022, the District Court granted the pending motions to dismiss, and dismissed Plaintiffs' operative Second Amended Complaint in its entirety (albeit with leave to amend certain claims). *See* Dkt. No. 219. In light of the District Court's dismissal of Plaintiffs' complaint, there is no basis upon which discovery can proceed. *See Am. Rivers v. Nat'l Marine Fisheries Serv.*, 126 F.3d 1118, 1123 (9th Cir. 1997) ("A federal court does not have jurisdiction 'to give opinions upon moot questions or abstract propositions, or to declare principles or rules of law which cannot affect the matter in issue in the case before it.'") (quoting *Church of Scientology v. United States*, 506 U.S. 9, 12 (1992)).

Accordingly, Plaintiffs' Motion [Dkt. No. 212] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: September 28, 2022

Hon. David D. Leshner
United States Magistrate Judge