GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN &
GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
Email:      ggrunfeld@rbgg.com
            vswearingen@rbgg.com
            pkaul@rbgg.com
            eanderson@rbgg.com
            hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley, California  94704-1165
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
Email:      ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**JOINT MOTION TO EXTEND TIME TO FILE THIRD AMENDED COMPLAINT**<br><br>Judge:     Hon. Anthony J. Battaglia<br><br>Trial Date:  None Set |

1 | (*counsel continued from preceding page*)

2 | CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
3 | OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4 | 401 B Street, Suite 1700
San Diego, California  92101-4297
5 | Telephone:   (619) 699-2700
Facsimile:   (619) 699-2701
6 | Email:       christopher.young@dlapiper.com
            isabella.neal@dlapiper.com
7 |             oliver.kiefer@dlapiper.com

8 | Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[4166566.1]

Plaintiffs Darryl Dunsmore, Ernest Archuleta, Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, and Laura Zoerner (collectively, "Plaintiffs") and Defendants County of San Diego and San Diego County Sheriff's Department ("County Defendants") (collectively, "the Parties"), by and through their counsel of record hereby stipulate and move the Court for an Order granted Plaintiffs an extension of time to file a Third Amended Complaint by November 18, 2022.

On February 9, 2022, Plaintiffs filed a Second Amended Complaint ("SAC"). On September 27, 2022, the Court dismissed Plaintiffs' Eighth Amendment Claim as to all Defendants without leave to amend and dismissed Plaintiffs' Unruh Act claim against County Defendants with prejudice. *See* Dkt. 219 at ECF 6.   In the same Order, the Court dismissed Plaintiffs' SAC with leave to amend. *Id.* at ECF 7.

Counsel for the Parties have met and conferred.  Plaintiffs informed the County Defendants that Plaintiffs are currently planning on drafting a Third Amended Complaint ("TAC").  Among other things, Plaintiffs anticipate dropping all existing contractor Defendants.  The Parties have agreed to Plaintiffs' request that the time for Plaintiffs to file a TAC be extended from October 28, 2022 to November 18, 2022.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    Accordingly, the Parties respectfully ask the Court to extend the time

2  Plaintiffs have to file a TAC to November 18, 2022.

3

4  DATED:  October 5, 2022          Respectfully submitted,

5                                   ROSEN BIEN GALVAN & GRUNFELD LLP

6

7                                   By: */s/ Van Swearingen*
                                         Van Swearingen
8

9                                   Attorneys for Plaintiffs

10  DATED:  October 5, 2022         BURKE, WILLIAMS & SORENSEN, LLP

11

12                                  By: */s/ Susan E. Coleman*
                                        Susan E. Coleman
13

14                                  Attorneys for County Defendants

15

16

17            **SIGNATURE CERTIFICATION**

18      Pursuant to the Court's Electronic Case Filing Procedures Manual

19  Section 2(f)(4), I certify that I have obtained the consent of all signatories to the

20  electronic filing of the foregoing document.

21

22  DATED:  October 5, 2022              */s/ Van Swearingen*
                                          Van Swearingen
23

24

25

26

27

28