UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE THIRD AMENDED COMPLAINT** |

Case No. 3:20-cv-00406-AJB-WVG

1  The Court, having considered Plaintiffs' and County Defendant's Joint
2  Motion to Extend Time to File a Third Amended Complaint, and good cause
3  appearing, **GRANTS** the motion and extends the time for Plaintiffs to file a Third
4  Amended Complaint to November 18, 2022.

6  **IT IS SO ORDERED.**
7  Dated:  October 5, 2022

   Hon. Anthony J. Battaglia
   United States District Judge