GAY CROSTHWAIT GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:    ggrunfeld@rbgg.com
          vswearingen@rbgg.com
          pkaul@rbgg.com
          eanderson@rbgg.com
          hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF AARON J. FISCHER
1400 Shattuck Avenue, Suite 12 – #344
Berkeley, California 94709-1474
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
Email:    ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **MOTION TO ALTER OR AMEND JUDGMENT**<br><br>Judge:   Hon. Anthony J. Battaglia |

[4166497.2]

Case No. 3:20-cv-00406-AJB-DDL

DECL. OF VAN SWEARINGEN ISO PLS.' *EX PARTE* MOTION TO ALTER OR AMEND JUDGMENT

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California  92101-4297
Telephone:   (619) 699-2700
Facsimile:    (619) 699-2701
Email:           christopher.young@dlapiper.com
                    isabella.neal@dlapiper.com
                    oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs

I, Van Swearingen, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' *Ex Parte* Motion to Alter or Amend Judgment and pursuant to Local Rule 7.1.i and this Court's Civil Case Procedure III.1.

2. Plaintiffs filed the Second Amended Complaint ("SAC") on February 9, 2022, on behalf of themselves and a class of current and former incarcerated people, to remedy various dangerous, discriminatory, unlawful, and unconstitutional conditions in the Jail. Dkt. 81. Plaintiffs' first cause of action alleged that Defendants violated the Eighth Amendment of the United States Constitution. *Id.* ¶¶ 398-400.

3. Defendants filed separate motions to dismiss. Dkts. 109, 125, 133, 134. None of the Defendants argued that Plaintiffs' Eighth Amendment claim should be dismissed because Plaintiffs alleged they were pre-trial detainees. The motions were fully briefed.

4. On September 27, 2022, this Court (Hon. Anthony J. Battaglia) issued an order granting Defendants' motions to dismiss. Dkt. 219. In its Order, the Court dismissed without leave to amend Plaintiffs' Eighth Amendment claim, as well as their Unruh Civil Rights Act claim, and dismissed the remainder of Plaintiffs' claims with leave to amend, directing Plaintiffs to file a more specific Third Amended Complaint. *Id.* With respect to Plaintiffs' Eighth Amendment claim, the Court mistakenly stated that "Plaintiffs allege in their Second Amended Complaint that they are pretrial detainees," and thus "plead themselves out of a viable Eighth Amendment claim." *Id.*

5. The SAC alleged that four of the eight Plaintiffs were serving or recently had served time in the Jail after having been convicted. Specifically, the

SAC alleged as follows:

    a.    "Plaintiff DARRYL DUNSMORE has been incarcerated at the Jail twice recently while seeking re-sentencing";

    b.    "Plaintiff ERNEST ARCHULETA … has been sentenced.";

    c.    "Plaintiff CHRISTOPHER NELSON … was detained awaiting trial until September 2021 and is now housed at the Jail while awaiting transfer to CDCR ….";  and

    d.    "Plaintiff CHRISTOPHER NORWOOD … was first detained at the Jail for several months awaiting trial and is now awaiting transfer to CDCR." Dkt. 81, ¶¶ 20, 21, 25, 26.

6.    Each of these four Plaintiffs, who served time in the Jail post-conviction, made specific allegations that Defendants violated their Eighth Amendment rights, including by failing to provide adequate medical and mental health care.

7.    On October 4, 2022, my law firm contacted counsel for the Defendants via email to meet and confer regarding the subject of the *ex parte* motion. Counsel for Defendant Logan Haak, M.D., Inc. responded by stating that she planned to oppose any motion seeking to maintain any causes of action against her client. I replied to counsel for all Defendants, stating that Plaintiffs planned not to include Defendants Haak, Liberty Healthcare, Inc., and Correctional Healthcare, Inc. in the Third Amended Complaint. This seemed to address Defendant Haak's counsel's comment regarding a potential opposition. On October 5, 2022, Plaintiffs and County Defendants also filed a joint motion for an extension of time to file a Third Amended Complaint in which Plaintiffs confirmed that they anticipate dropping all existing Contractor Defendants from the case. Dkt. 223. No other Contractor Defendants responded to my emails indicating their position as to the motion.

///

///

8. On October 6, 2022, my colleague and I met and conferred telephonically with County Defendants' counsel regarding the *ex parte* motion. Counsel for County Defendants indicated they would not oppose the motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 6th day of October, 2022.

_____
Van Swearingen