PEDRO RODRIGUEZ 1474S493
VISTA DETENTION FACILITY
325 S. MELROSE DR.
VISTA CA 92081
N4-CELL 15

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PEDRO RODRIGUEZ                        CASE NO. 3:20-CV-00406-ASB
                                              -WVG
            PETITIONER

DARRYL DUNSMORE, ET al,                REQUEST FOR
            PLAINTIFF                  JUDICIAL NOTICE

V.

SAN DIEGO COUNTY SHERIFFS DEPT,

ET al.,

            DEFENDANTS


        THE PETITIONER PEDRO RODRIGUEZ IN PRO SE RESPECTFULLY

REQUESTS THE COURT JUDICIALLY NOTICE THE ATTACHED

DECLARATION HEREIN.



                              PEDRO RODRIGUEZ

                              IN PRO SE



                              9/29/2022

DECLARATION OF PEDRO RODRIGUEZ
IN CASE # 3:20-CV-00406

1

2    I PEDRO RODRIGUEZ DECLARE AS FOLLOWS

3    1. I HAVE PETITIONED THE COURT TO JOIN CASE

4    #3:20-CV-00406 AS A NAMED PLAINTIFF.

5    2. I AM NOT RECEIVING MAIL; I AM NOT RECEIVING

6    LEGAL MAIL, REGULAR MAIL, BOOKS, MAGAZINES.

7    3. SEPTEMBER 28, 2022 AT OR ABOUT 9:30 AM I

8    WAS INFORMED BY A STAFF SERGEANT THAT A POLICY

9    IS IN EFFECT REGARDING INCOMING MAIL AND IF IT

10   IS NOT FOLLOWED MAIL IS RETURNED TO SENDER.

11   4. I ASKED THIS SAME SERGEANT IF THIS POLICY

12   IS POSTED IN THE HOUSING UNIT SO I CAN ATTEMPT

13   TO UNDERSTAND IT. HE SAID IT IS NOT.

14   5. I BELIEVE THIS MYSTERIOUS POLICY IS BEING USED

15   AS AN EXCUSE TO PILFER, STEAL, AND PICK OVER

16   MY MAIL LIKE CARRION AND RETURN THE UNWANTED

17   PORTION TO SENDER.

18   6. I AM NOT RECEIVING MAIL FROM THE COURTS.

19   I AM INVOLUNTARILY DEAF TO DECISIONS BEING

20   RENDERED WITH A GREAT DEAL AGAINST ME FOR FAILURE

21   TO RESPOND.

22   7. SHERIFFS ATTORNEY MICHAEL P. BARANIC MAY BE

23   ABLE TO EXPLAIN THE ABSENCE OF THIS AMENDMENT REDRESS.

24   8. I AM NOTED FROM PARTICIPATING IN PROCEEDINGS

25   AND WOULD LIKE THIS TO CHANGE.

26   PURSUANT TO 28 USC §1746 I DECLARE UNDER PENALTY

27   OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

SIGNED THIS DAY 9/29/2022    PEDRO RODRIGUEZ
P. ROSE

28

RODRIGUEZ BC6583

2o

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _PEDRO RODRIGUEZ_, declare:

I am over 18 years of age and a party to this action. I am a resident **PRISONER** of _VISTA DETENTION FACILITY_ Prison,

in the county of _SAN DIEGO_

State of California. My prison address is: _VISTA DETENTION FACILITY_
_325 S MELROSE DR. VISTA CA 92081 N4, CELLIS_

On _9/29/2022_
(DATE)

I served the attached: _REQUEST FOR JUDICIAL NOTICE_

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

_UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT_
_OF CALIFORNIA. 333 WEST BROADWAY, SUITE 420_
_SAN DIEGO CA 92101_

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on _9/29/2022_
(DATE)

_____
(DECLARANT'S SIGNATURE)

S. COMMON-CSA FORMS\P_PRFSVC.WPD August 21, 2000 (2:11pm)

RODRIGUEZ BCGS83/14745993

# VERIFICATION

## FORM No. 2

### Verification of Pleading (Code Civ. Proc., § 446)
### Declaration under Penalty of Perjury Form (Code Civ. Proc., §§ 446, 2015.5)

by Party

CASE TITLE _DUNSMORE V SAN DIEGO COUNTY SHERIFFS DEPT._
_3:20-CV-00406_

I, _PEDRO RODRIGUEZ_ , declare:
_(Name)_

I am the _PETITIONER_ in the above-entitled matter.

I have read the foregoing _REQUEST FOR JUDICIAL NOTICE_
(pleading, e.g., complaint) and know the contents thereof.

The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true.

Executed on _9/29_ , 20_22_ at _VISTA DETENTION FACILITY_
_SAN DIEGO_ County, California.

I declare (or certify) under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Party)

PEDRO RODRIGUEL 1974 S4993
VISTA DETENTION FACILITY
325 S. MELROSE DR.
VISTA CA 92081
N4- CELL 15

LEGAL MAIL



RECEIVED
OCT 07 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
333 WEST BROADWAY
SUITE 420
SAN DIEGO CA 92101
ATTN: CLERK





THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

