Case 3:20-cv-00406-AJB-DDL   Document 228   Filed 10/13/22   PageID.7900   Page 1 of 4

FILED
Oct 13 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ shellyy   DEPUTY

PEDRO RODRIGUEZ 1417737
VISTA DETENTION FACILITY
325 S. MELROSE DRIVE
VISTA CA 92081
N4-CELL 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DUNSMORE, et al.,
  PETITIONER

v

SAN DIEGO COUNTY SHERIFFS
DEPT, et al.,
  DEFENDANT

CASE #3:20-CV-00406-AJB-VNG

EX PARTE Communication
TO COURTS

I PEDRO RODRIGUEZ DID PETITION THE COURTS TO JOIN THE PROCEEDINGS HEREIN AS A PLAINTIFF.

THE LAST ORDER I RECEIVED WAS DOC 193 FILED 7/21/22.

I HAVE NOT RECEIVED MAIL LEGAL, PERSONAL, BOOKS, AND MAGAZINE SUBSCRIPTIONS THE MONTH OF SEPTEMBER.

THE SAN DIEGO SHERIFFS DEPT HAVE COMPLETELY STOPPED DELIVERING MAIL

I DO NOT KNOW THE COURTS DECISION ON MY REQUEST TO JOIN AS A PLAINTIFF AND I PRESUME OR RATHER FEEL I WILL SOON BE FORGOTTEN.

THIS IS A FRUSTRATED REQUEST FOR CORRESPONDENCE REGARDING THE ORDERS ISSUED REGARDING THIS PETITIONERS MOTION TO JOIN AS A PLAINTIFF.   RESPECTFULLY SUBMITTED

10/7/2022   PEDRO RODRIGUEZ
             IN PRO SE

Rodriguez BC6583

20

## PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __Pedro Rodriguez__, declare:

I am over 18 years of age and a party to this action. I am a **PRISONER** ~~resident~~ of __Vista Detention Facility__ Prison,

in the county of __San Diego__,

State of California. My prison address is: __Vista Detention Facility, 325 S. Melrose Drive, Vista CA 92081__

On __10/7/2022__ (DATE)

I served the attached: __Ex Parte Communication to Court__

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

__United States District Court Southern District of CA__
__333 West Broadway, Suite 420, San Diego CA 92101__

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on __10/7/2022__ (DATE)     __/s/__ (DECLARANT'S SIGNATURE)

K:COMMON-CSA FORMS\P_PRFSVC.WPD August 21, 2002 (11pm)

Pedro Rodriguez 14743473
USTP Detention Facility
325 S. Melrose Dr.
Vista CA 92081
N4 Cell 15

Legal Mail

SAN DIEGO CA 920
11 OCT 2022 PM 2 L

OCT 13 2022

Southern District of California
United States District Court
333 West Broadway
Suite 420
San Diego CA 92101

92101-380620

RP 3205

