PEDRO RODRIGUEZ 19745993
VISTA DETENTION FACILITY
325 S. MELROSE DRIVE
VISTA CA 92081
N4-CELL 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PEDRO RODRIGUEZ
    PETITIONER
DARRYL DUNSMORE, et al.,
    PLAINTIFF

V.

SAN DIEGO COUNTY SHERIFFS, et al.,

CASE 3:20-CV-00406

EX PARTE COMMUNICATION

TO THE COURT IN THE ABOVE ENTITLED MATTER

    I PEDRO RODRIGUEZ AS A PETITIONER AM NOT RECEIVING LEGAL MAIL.

    I AM INFORMED APPOINTED COUNSEL IN COURT OF APPEALS CASE 22-55658, TONY F. ZARMANI (St. BAR 211101) IS NOT RECEIVING MY CORRESPONDENCE EITHER.

    IT IS PETITIONER'S BELIEF THAT IT IS WITHIN THE COURT'S AUTHORITY TO ORDER COMPLIANCE WITH EXISTING COURT ORDERS IN "PRISON LEGAL NEWS, et al V COUNTY OF SAN DIEGO, et al., SOUTHERN DISTRICT 14CV2417L ATTCH "A"

    WITHOUT ENFORCEMENT OF EXISTING COURT ORDER THIS PETITIONER IS NOT GOING TO RECEIVE MAIL.

RESPECTFULLY SUBMITTED
PEDRO RODRIGUEZ
IN PRO SE

10/21/2022

1  ERNEST GALVAN – 196065
   BLAKE THOMPSON – 255600
2  ROSEN BIEN GALVAN & GRUNFELD LLP
   315 Montgomery Street, Tenth Floor
3  San Francisco, California 94104-1823
   Telephone: (415) 433-6830
4  Facsimile: (415) 433-7104
   Email:     egalvan@rbgg.com
5              bthompson@rbgg.com

6  JULIA YOO – 231163
   IREDALE & YOO APC
7  105 West "F" Street, 4th Floor
   San Diego, California 92101-6087
8  Telephone: (619) 233-1525
   Facsimile: (619) 233-3221
9  Email:     jyoo@iredalelaw.com

10
   LANCE WEBER – Fla. Bar No. 104550*
11 SABARISH NEELAKANTA – Fla. Bar No. 26623*
   HUMAN RIGHTS DEFENSE CENTER
12 P.O. Box 1151
   Lake Worth, Florida 33460
13 Telephone: (561) 360-2523
   Facsimile: (866) 735-7136
14 Email:     lweber@humanrightsdefensecenter.org
              sneelakanta@humanrightsdefensecenter.org
15
   * *Pro Hac Vice* Applications To Be Filed
16
   Attorneys for Plaintiff
17

18                 UNITED STATES DISTRICT COURT

19                 SOUTHERN DISTRICT OF CALIFORNIA

20  PRISON LEGAL NEWS, a project of the            Case No. '14CV2417 L   NLS
    HUMAN RIGHTS DEFENSE CENTER,
21                                                 **COMPLAINT FOR
            Plaintiff,                             DECLARATORY AND
22                                                 INJUNCTIVE RELIEF UNDER
        v.                                         THE CIVIL RIGHTS ACT, 42
23                                                 U.S.C. §1983 AND DAMAGES**
    COUNTY OF SAN DIEGO; WILLIAM D.
24  GORE, RICH MILLER, WILL BROWN,                 **JURY TRIAL DEMANDED**
    in their individual and official capacities,
25  DOES 1-10, in their individual and official
    capacities,
26
            Defendants.
27
28
[1330019-2]

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. §1983 AND DAMAGES

PROOF OF SERVICE

I PEDRO RODRIGUEZ DECLARE:
I AM OVER 18 YEARS OF AGE AND A PETITIONER IN THIS ACTION. I AM A PRISONER OF
VISTA DETENTION FACILITY
325 S. MELROSE DRIVE
VISTA CA 92081
N4-CELL 15

ON OCTOBER 21, 2022
I SERVED THE ATTACHED EX PARTE COMMUNICATION ON THE PARTIES HEREIN BY PLACING TRUE AND CORRECT COPIES THEREOF, ENCLOSED IN A SEALED ENVELOPE, WITH POSTAGE THEREON FULLY PAID HAND DELIVERED TO A SAN DIEGO SHERIFFS DEPUTY FOR MAIL TO,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
333 WEST BROADWAY
SUITE 420
SAN DIEGO CA 92101

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT

10/21/2022

PEDRO RODRIGUEZ
IN PRO SE

KZ 0727



PEDRO RODRIGUEZ #AZ745493
VISTA DETENTION FACILITY
325 S. MELROSE DRIVE
VISTA, CA 92081
N4-C

RECEIVED
OCT 26 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY



92101-380620

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
333 WEST BROADWAY
SUITE 420
SAN DIEGO, CA 92101

SAN DIEGO CA 920
24 OCT 2022 PM 3

FOREVER USA
Barn Swallow

ENERGY ACTION MONTH

