Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, CA 92101-8474
Tel: 619.814.5800     Fax: 619.814.6799

Attorneys for Defendant
COUNTY OF SAN DIEGO (Also erroneously sued herein as SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT COUNTY OF SAN DIEGO TO FILE RESPONSIVE PLEADING TO THIRD AMENDED COMPLAINT**<br><br>Judge Anthony J. Battaglia |

IT IS HEREBY STIPULATED, between Plaintiffs DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, AND LAURA ZOERNER, and

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

3:20-CV-00406-AJB-DDL
JOINT MOTION TO EXTEND TIME TO FILE
RESPONSIVE PLEADING TO TAC

Defendants COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, and SAN DIEGO COUNTY PROBATION DEPARTMENT[1], by and through their counsel of record, that defendants have up to and including December 23, 2022—an extension of time of 21 days--to file a responsive pleading to plaintiff's Third Amended Complaint.

The reason for this stipulation is that the Third Amended Complaint ("TAC") is 230 pages and adds numerous new Plaintiffs. Defense counsel needs additional time to acquire documents in order to determine whether an answer or motion to dismiss is appropriate, and to prepare the appropriate responsive pleading. Additionally, Defense counsel must consider potential issues of tender, indemnity, and cross-claim as to the County's subcontracted provider for medical, dental, vision, and mental health care. Further, part of this time falls over the holidays.

This stipulation is not an attempt to stall or to interfere with the Court's calendar, but represents a need for defense counsel to review documents and evaluate options before preparing a responsive pleading. Thus, it is respectfully requested that this Court grant the parties' stipulation that defendants' responsive pleading shall be due on or before December 23, 2022.

IT IS SO STIPULATED.

Dated:  November 22, 2022                       BURKE, WILLIAMS & SORENSEN, LLP


By: /s/ Susan E. Coleman
       Susan E. Coleman

Attorneys for Defendant
COUNTY OF SAN DIEGO

---

[1] Defendant County of San Diego maintains that the Sheriff's Department and the Probation Department are subdivisions of the County and should not be separately named as defendants. This pleading should not be construed as an appearance by the Sheriff's Department or the Probation Department. Plaintiffs disagree.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

3:20-CV-00406-AJB-DDL
JOINT MOTION TO EXTEND TIME TO FILE
RESPONSIVE PLEADING TO TAC

Dated: November 22, 2022

DLA PIPER US
Christopher M. Young
Isabella Maria Neal
Oliver M. Kiefer

ROSEN BIEN GALVAN & GRUNFELD, LLP
Gay Crosthwait Grunfeld
Van Swearingen
Priyah Kaul
Eric D. Monek Anderson
Hannah Chartoff

LAW OFFICE OF AARON J. FISCHER
Aaron J. Fischer

By: /s/ Van Swearingen *authorized 11/21/22*
    Van Swearingen

Attorneys for Plaintiffs
DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, & LAURA ZOERNER