# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT COUNTY OF SAN DIEGO TO FILE RESPONSIVE PLEADING TO THIRD AMENDED COMPLAINT** |

The Court hereby grants the parties' joint motion to extend time for Defendants COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, and SAN DIEGO COUNTY PROBATION DEPARTMENT to

///

///

1  file a responsive pleading to plaintiff's Third Amended Complaint, up to and
2  including December 23, 2022.
3      IT IS SO ORDERED:
4  Dated: November 22, 2022

                      Hon. Anthony J. Battaglia
                      United States District Judge