| | |
|---|---|
| GAY C. GRUNFELD – 121944<br>VAN SWEARINGEN – 259809<br>PRIYAH KAUL – 307956<br>ERIC MONEK ANDERSON – 320934<br>HANNAH M. CHARTOFF – 324529<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830<br>Facsimile:    (415) 433-7104<br>ggrunfeld@rbgg.com<br>vswearingen@rbgg.com<br>pkaul@rbgg.com<br>eanderson@rbgg.com<br>hchartoff@rbgg.com | CHRISTOPHER M. YOUNG – 163319<br>ISABELLA NEAL – 328323<br>OLIVER KIEFER – 332830<br>DLA PIPER LLP (US)<br>401 B Street, Suite 1700<br>San Diego, California  92101-4297<br>Telephone:   (619) 699-2700<br>Facsimile:    (619) 699-2701<br>christopher.young@dlapiper.com<br>isabella.neal@dlapiper.com<br>oliver.kiefer@dlapiper.com |

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California  94709
Telephone:   (510) 806-7366
Facsimile:    (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>      v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>             Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**PROOF OF SERVICE OF PROCESS ON DEFENDANT SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**<br><br>Judge:    Hon. Anthony J. Battaglia<br>Magistrate:  Hon. David D. Leshner |

Richard Van Swearingen
ROSEN BIEN GALVAN AND GRUNFELD LLP
101 Mission St. Sixth Floor
San Francisco, CA 94105
(415) 433-6830

## USDC/SOUTHERN DISTRICT OF CALIFORNIA
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darryl Dunsmore, et. al     Plaintiff(s) | CASE NUMBER: 3:20-cv-00406-AJB-DDL |
| v. | |
| County of San Diego, San Diego County Sheriff's Department, and San Diego County Probation Department     Defendant(s) | **PROOF OF SERVICE SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☐ Summons     ☐ First Amended Complaint     ☐ Third Party Complaint
      ☐ Complaint     ☐ Second Amended Complaint     ☐ Counter Claim
      ☐ Alias Summons     ☑ Third Amended Complaint     ☐ Cross Claim
      ☑ other *(specify)*: **AMENDED SUMMONS;**

2. **Person served:**

   a. ☑ Defendant *(name:)* **San Diego County Sheriff's Department**
   b. ☑ Other *(specify name and title or relationship to the party/business named)*:
      **Sheriff Anthony Ray**
   c. ☑ Address where the papers were served: **9621 Ridgehaven Ct**
      **San Diego, CA 921231636**

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:

   a. ☐ Federal Rules of Civil Procedure
   b. ☑ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ Papers were served on *(date):* at *(time):*

   b. ☑ By **Substituted Service.** By leaving copies: **Lyn R. Subpoena Clerk - Authorized to Accept**
      Age: 35     Weight: 140 Lbs.     Hair: Black     Sex: Female
      Height: 5'6"     Eyes: Brown     Race: Asian     Marks:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☑ Papers were served on *(date):* **11/29/2022** at *(time):* **11:33 AM**

      4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☑ papers were mailed on **Dec 02, 2022 - DECLARATION OF MAILING ATTACHED**

      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☑ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.**  In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.**  By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other**  (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   **Title of person served:**

   **Date and time of service:**  *(date):*   at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   Anthony Jackson
   Nationwide Legal, LLC
   1625 Clay Street 4th Floor
   Oakland, CA 94612
   (510) 444-4690

   a. Fee for service: $ .00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☑ Registered California process server
      Registration # :**1754**
      County: **San Diego**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **December 2, 2022**     **Anthony Jackson**
*Type or Print Server's Name*           *(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

| Attorney or Party without Attorney:<br>Richard Van Swearingen<br>ROSEN BIEN GALVAN AND GRUNFELD LLP<br>101 Mission St. Sixth Floor<br>San Francisco, CA 94105<br>TELEPHONE No.: (415) 433-6830  FAX No. (Optional): (415) 433-7104<br>E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|
| Attorney for: Plaintiff(s) Darryl Dunsmore et. al | |
| Ref No. or File No.: 1730-01 | |

Insert name of Court, and Judicial District and Branch Court:
USDC/SOUTHERN DISTRICT OF CALIFORNIA - SOUTHERN DISTRICT OF CALIFORNIA

Petitioner: Darryl Dunsmore, et. al
Respondent: County of San Diego, San Diego County Sheriff's Department, and San Diego County Probation Department

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT: | CASE NUMBER:<br>3:20-cv-00406-AJB-DDL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Third Amended Complaint; AMENDED SUMMONS;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

   a. Date of Mailing:       December 2, 2022
   b. Place of Mailing:      Oakland, CA
   c. Addressed as follows:  San Diego County Sheriff's Department
                             ATTENTION: Sheriff Anthony Ray -
                             9621 Ridgehaven Ct
                             San Diego, CA 92123-1636

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Oakland, California in the ordinary course of business.

Fee for Service: $ .00
Nationwide Legal, LLC REG: 12-234648
1625 Clay Street 4th Floor
Oakland, CA 94612
(510) 444-4690
www.nationwideasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 2, 2022.

Signature: _____
Lovielyn Dawn Alicante

**PROOF OF SERVICE BY MAIL**

Order#: SF121095A/mailproof