# TRANSCRIPT ORDER
**Please use one form per case**
*Please read instructions on next page*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

COURT USE ONLY
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Terri Mehra |
| 2a. CONTACT PHONE NUMBER | (213) 236-2770 |
| 3a. CONTACT EMAIL ADDRESS | tmehra@bwslaw.com |
| 1b. ATTORNEY NAME (if different) | Susan E. Coleman |
| 2b. ATTORNEY PHONE NUMBER | (619) 814-5803 |
| 3b. ATTORNEY EMAIL ADDRESS | scoleman@bwslaw.com |
| 4. MAILING ADDRESS | Burke, Williams & Sorensen, LLP, 501 W Broadway, Suite 1600, San Diego, CA 92101-8474 |
| 5. CASE NAME | Darryl Dunsomore, et al v. San Diego County Sheriff's Department, et al |
| 6. CASE NUMBER | 3:20-cv-00406-AJB-DDL |

**7. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | CD ($32) | ORDINARY (30-day $3.65 pp) | 14-DAY ($4.25 pp) | EXPEDITED (7-day $4.85 pp) | 3-DAY ($5.45 pp) | DAILY (Next Day $6.05 pp) | HOURLY (2 hrs $7.25 pp) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/7/2022 | DDL | DISC | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**8. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, DCN #, ETC.**

**ORDER & CERTIFICATION (9. & 10.)** By signing below, I certify that I will pay all charges (deposit plus additional).

9. SIGNATURE: /s/ Susan E. Coleman

10. DATE: 12/12/2022