SHARON L. HIGHTOWER (SBN: 129874)
LAURA E. MALKOFSKY (SBN: 142536)
ERICKSEN ARBUTHNOT
210 North Fourth Street, Suite 350
San Jose, CA 95112
Tel: (408) 286-0880
Fax: (408) 286-0337
shightower@ericksenarbuthnot.com
lmalkofsky@ericksenarbuthnot.com

MARILYN R. MORIARTY (SBN: 89818)
LEWIS BRISBOIS BISGAARD AND SMITH
701 B Street, Suite 1900
San Diego, CA 92101
(619) 233-1006
Marilyn.moriarty@lewisbrisbois.com

Attorneys for (dismissed) Defendant
LIBERTY HEALTHCARE CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| DARRYL DUNSMORE, EARNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPT., and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-WVG<br><br>**FORMER DEFENDANT LIBERTY HEALTHCARE CORPORATION'S REQUEST TO BE REMOVED FROM COURT'S SERVICE LIST**<br><br>Judge: Hon. Anthony J. Battaglia Mag. Magistrate: Hon. William V. Gallo |

TO THE COURT AND ALL PARTIES:

On February 9, 2022, Liberty Healthcare Corporation was named as a Defendant in the Second Amended Complaint ("SAC") filed herein by eight named Plaintiffs as a class action seeking declaratory and injunctive relief. Liberty Healthcare Corporation filed a Motion to Dismiss the SAC and on September 27, 2022, the Court granted Liberty Healthcare Corporation's Motion to Dismiss in its entirety. (Docket #219).

The docket in this case reflects that Liberty Healthcare Corporation was terminated from the case as of November 18, 2022 and that it is not a defendant in the current operative complaint on file.

Despite being dismissed from this litigation, counsel for Liberty Healthcare Corporation continue to receive notices from the Court as if Liberty were still a party to this action. Liberty Healthcare Corporation respectfully requests that its name and the name of its counsel be removed from the service list of this case.

Respectfully submitted,

Dated: December 28, 2022              ERICKSEN ARBUTHNOT

By *Laura E. Malkofsky*
_____
Laura E. Malkofsky
Counsel for former Defendant
Liberty Healthcare Corporation

CASE NAME: DUNSMORE v. SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
ACTION NO: 3:20-cv-00406-AJB-WVG

## CERTIFICATE OF SERVICE

I declare that I am employed in the County of Santa Clara, California. I am over the age of eighteen (18) years and not a party to the within cause; my business address is 210 No. Fourth Street, Suite 350, San Jose, CA 95112.

I served the attached: **FORMER DEFENDANT LIBERTY HEALTHCARE, CORPORATION'S REQUEST TO BE REMOVED FROM SERVICE LIST**
on the interested parties in said cause, using the following method:

/ /   (**BY MAIL**) I placed each sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at San Jose, California, following ordinary business practices. I am readily familiar with the practice of ERICKSEN ARBUTHNOT for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/ /   (**BY PERSONAL SERVICE**) I caused each such envelope to be delivered by hand to the addressee(s) noted below.

/ /   (**BY FEDERAL EXPRESS**) The foregoing document was placed in a sealed envelope provided by Federal Express/UPS, designated as overnight (delivery by next business day) with delivery fees paid or provided for and addressed as stated below. I deposited such envelope in the Federal Express/UPS collection box at 210 North Fourth Street, San Jose, California.

/ /   (**BY FACSIMILE**) I caused the said document to be transmitted by facsimile machine to the facsimile number indicated after the address(es) noted below. Such transmission was verified as complete and without error.

/XX/   (**BY ELECTRONIC SERVICE**) Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below. OR: The above-described document(s) will be delivered electronically through the Court's electronic filing system.

**ATTORNEYS FOR PLAINTIFF DARRYL DUNSMORE:**

Christopher M. Young
DLA Piper US
401 B Street
Suite 1700
San Diego, CA 92101-4297
P: (619) 699-2700/ Fax: (619) 699-2701
Email: christopher.young@dlapiper.com

Gay Crosthwait Grunfeld
Rosen Bien Galvan & Grunfeld, LLP
101 Mission Street
Sixth Floor
San Francisco, CA 94105
P: 415-433-6830 / Fax: 415-433-7104
Email: ggrunfeld@rbgg.com

//

//

| | |
|---|---|
| 1 | Isabella Maria Neal |
| | 4084 Eagle Street |
| 2 | Apartment B |
| | San Diego, CA 92103 |
| 3 | 360-915-3920 |
| 4 | Email: isabella.neal@us.dlapiper.com |
| | |
| 5 | Oliver M. Kiefer |
| | DLA Piper LLP (US) |
| 6 | 401 B Street |
| | Suite 1700 |
| 7 | San Diego, CA 92101 |
| 8 | 619-699-2781 |
| | Email: oliver.kiefer@us.dlapiper.com |
| 9 | |
| 10 | Aaron J. Fischer |
| | Law Office of Aaron J. Fischer |
| 11 | 2001 Addison Street |
| | Suite 300 |
| 12 | Berkeley, CA 94704 |
| 13 | 510-806-7366 |
| | Fax: 510-694-6314 |
| 14 | Email: ajf@aaronfischerlaw.com |
| 15 | |
| | Bardis Vakili |
| 16 | ACLU Foundation of San Diego & Imperial Counties |
| | P.O. Box 87131 |
| 17 | San Diego, CA 92138-7131 |
| | (619) 232-2121 / Fax: (619) 232-0036 |
| 18 | Email: bvakili@aclusandiego.org |
| 19 | |
| | Eric D. Monek Anderson |
| 20 | Rosen Bien Galvan & Grunfeld LLP |
| 21 | 101 Mission Street |
| | Sixth Floor |
| 22 | San Francisco, CA 94105 |
| | 415-433-6830 |
| 23 | Email: eanderson@rbgg.com |
| 24 | Jonathan Paul Markovitz |
| | ACLU of San Diego & Imperial Counties |
| 25 | P.O. Box 87131 |
| | San Diego, CA 92138 |
| 26 | 619-232-2121 / Fax: 619-232-0036 |
| 27 | Email: jmarkovitz@aclusandiego.org |
| 28 | // |

|    |                                                                                         |
|----|-----------------------------------------------------------------------------------------|
| 1  | Priyah Kaul                                                                             |
|    | Rosen Bien Galvan & Grunfeld LLP                                                        |
| 2  | 101 Mission Street                                                                      |
|    | Sixth Floor                                                                             |
| 3  | San Francisco, CA 94105                                                                 |
| 4  | 415-433-6830                                                                            |
|    | Email: pkaul@rbgg.com                                                                   |

*ATTORNEY FOR PLAINTIFFS:*

*Josue Lopez, Christopher Nelson, Reanna Levy, Christopher Norwood, Ernest Archuleta, Anthony Edwards, Laura Zoerner*

Richard Van Swearingen
Rosen Bien Galvan & Grunfeld, LLP
101 Mission Street
Sixth Floor
San Francisco, CA 94105
415-433-6830
Fax: 415-433-7104
Email: vswearingen@rbgg.com

**ATTORNEY FOR DEFEDANT SD SHERIFF DEPT.:**
Ronald Lenert
County of San Diego Office of County Counsel
1600 Pacific Highway, Room 355
San Diego, CA 92101
(619) 531-4860  Fax: 619-531-6005
E-mail: Ronald.;emert@sdcounty.ca.gov

**ATTORNEY FOR DEFENDANT MID-AMERICA HEALTH, INC.**
Christopher Thomas Grohman
Taft Stettinius & Hollister LLP
111 East Wacker, Suite 2800
Chicago, IL 60601
(312) 515-7313
E-mail: egrohman@taftlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 29, 2022, at San Jose, California.

*Jennifer L. Sharpe*
JENNIFER L. SHARPE