GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

SUSAN E. COLEMAN – 171832
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Telephone: (619) 814-5803
Facsimile: (619) 814-6799
scoleman@bwslaw.com

ELIZABETH M. PAPPY – 157069
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, California 95113-2336
Telephone: (408) 606-6300
Facsimile: (408) 606-6333
epappy@bwslaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,

Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Judge: Hon. Anthony J. Battaglia

Mag. Judge: Hon. David D. Leshner

Trial Date: None

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email: christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs

Plaintiffs DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER ("Plaintiffs") and Defendant COUNTY OF SAN DIEGO ("Defendant")[1] (collectively, the "Parties") have agreed to be bound by the terms of the Protective Order attached hereto as Exhibit A in this action. The Parties recognize and agree that a Protective Order is appropriate to protecting confidential information from improper disclosure and therefore move jointly for entry of the proposed Protective Order attached hereto as Exhibit A.

The matter involves private medical and mental health information of Plaintiffs and security and safety issues given the nature of the facilities at issue. There may be other matters which the parties appropriately consider confidential pursuant to State and Federal law and therefore seek entry of the proposed Protective Order modelled after the Southern District of California model order. Additional language has been included to reference types of documents specific to this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[1] Plaintiffs also named the SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and the SAN DIEGO COUNTY PROBATION DEPARTMENT as Defendants in their Third Amended Complaint. Dkt. 231. Defendant COUNTY OF SAN DIEGO contends they are not legal entities separate and apart from the County.

Therefore, the Parties respectfully request that the Court grant this motion and enter the attached Proposed Protective Order (Exhibit A).

Respectfully submitted,

DATED: January 5, 2023

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay C. Grunfeld*
Gay C. Grunfeld

Attorneys for Plaintiffs

DATED: January 5, 2023

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan E. Coleman*
Susan E. Coleman

Attorneys for Defendant
COUNTY OF SAN DIEGO

**SIGNATURE CERTIFICATION**

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

DATED: January 5, 2023

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay C. Grunfeld*
Gay C. Grunfeld

Attorneys for Plaintiffs