# TRANSCRIPT ORDER

*Please use one form per case*
*Please read instructions on next page*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**COURT USE ONLY**
**DUE DATE:**

**1a.** CONTACT PERSON FOR THIS ORDER: Kedra Chan
**2a.** CONTACT PHONE NUMBER: 415.433-6830
**3a.** CONTACT EMAIL ADDRESS: kchan@rbgg.com

**1b.** ATTORNEY NAME (if different): Gay C. Grunfeld
**2b.** ATTORNEY PHONE NUMBER: 415.433.6830
**3b.** ATTORNEY EMAIL ADDRESS: ggrunfeld@rbgg.com

**4.** MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):
Rosen Bien Galvan & Grunfeld
101 Mission St., 6th Floor
San Francisco, CA 94105

**5.** CASE NAME: Dunsmore v. State of California et al

**6.** CASE NUMBER: 3:20-cv-00406-AJB-DDL

**7.** TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

**b.** SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)*

**c.** DELIVERY TYPE (Choose one per line)

**a.** HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | CD ($32) | ORDINARY (30-day $3.65 pp) | 14-DAY ($4.25 pp) | EXPEDITED (7-day $4.85 pp) | 3-DAY ($5.45 pp) | DAILY (Next Day $6.05 pp) | HOURLY (2 hrs $7.25 pp) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/09/2023 | DDL | Discove | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**8.** ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, DCN #, ETC.

ORDER & CERTIFICATION (9. & 10.) By signing below, I certify that I will pay all charges (deposit plus additional).
**9.** SIGNATURE: /s/ Gay C. Grunfeld
**10.** DATE: January 9, 2023