GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

SUSAN E. COLEMAN – 171832
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Telephone: (619) 814-5803
Facsimile: (619) 814-6799
scoleman@bwslaw.com

ELIZABETH M. PAPPY – 157069
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, California 95113-2336
Telephone: (408) 606-6300
Facsimile: (408) 606-6333
epappy@bwslaw.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-00406-AJB-DDL **JOINT STATEMENT REGARDING SCHEDULING** Judge: Hon. Anthony J. Battaglia Mag. Judge: Hon. David D. Leshner Trial Date: None Set |
| Plaintiffs, | |
| v. | |
| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, | |
| Defendants. | |

1 | (*counsel continued from preceding page*)

2 | CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
3 | OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4 | 401 B Street, Suite 1700
San Diego, California  92101-4297
5 | Telephone:  (619) 699-2700
Facsimile:  (619) 699-2701
6 | Email:      christopher.young@dlapiper.com
             isabella.neal@dlapiper.com
7 |          oliver.kiefer@dlapiper.com

8 | Attorneys for Plaintiffs

1    Pursuant to the Court's direction at the January 9, 2023 hearing on Plaintiffs'

2    Second Motion for Limited Expedited Discovery, the parties hereby submit the

3    following joint statement:

4    The County Defendant's responses and documents shall be provided within

5    40 days of electronic service of the requests for production.[1]

6    Within 15-30 days after document production, Plaintiffs and their experts

7    shall be allowed to inspect Central Jail.  As to that facility, the inspection will occur

8    on a mutually agreeable date no later than March 10, 2023.  A map or diagram/plan

9    of the Facility and a Roster (incarcerated people with mobility and hearing

10   disabilities listed along with their location, but with their identifying information

11   redacted) shall be produced to Plaintiffs' counsel 10 days before the inspection.

12   Plaintiffs and their experts shall also be allowed to inspect Rock Mountain

13   Detention Facility on February 10, 2023.  A map or plan of the Rock Mountain

14   Facility shall be produced 10 days prior to the inspection.

15   If additional dates are needed to complete the inspection of either or both

16   facilities, the parties agree to schedule these on mutually agreeable dates.

17   The 30(b)(6) deposition(s) shall occur on mutually agreeable date(s) starting

18   no later than 60 days after this Order.  The parties anticipate there will be multiple

19   witnesses based on the topics identified.

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26

27   [1] However, if no grievances and/or grievance requests are requested, the production
will be done in 30 days.  Defendant anticipates the grievance production to be

28   burdensome given the searches using different terms, redaction, et cetera.

The parties have met and conferred regarding the deadline for the Second Joint Statement requested by the Court.  In light of upcoming holiday and vacation schedules, the parties respectfully request additional time, from January 23 to February 6, 2023, to file the Second Joint Statement.

Respectfully submitted,

DATED:  January 12, 2023              ROSEN BIEN GALVAN & GRUNFELD LLP


By: */s/ Gay C. Grunfeld*
        Gay C. Grunfeld

Attorneys for Plaintiffs


DATED:  January 12, 2023              BURKE, WILLIAMS & SORENSEN, LLP


By: */s/ Susan E. Coleman*
        Susan E. Coleman

Attorneys for Defendant
COUNTY OF SAN DIEGO

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

**SIGNATURE CERTIFICATION**

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

DATED:  January 12, 2023          ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay C. Grunfeld*
Gay C. Grunfeld

Attorneys for Plaintiffs