GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Hearing: March 9, 2023<br>Time: 2:00 p.m.<br>Courtroom: 4A<br><br>Trial Date: None Set |

[4216527.1]                                                                                                         Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS THIRD AMENDED COMPLAINT

I, Van Swearingen, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Opposition to Motion to Dismiss Third Amended Complaint.

2. Attached as **Exhibit A** is a true and correct excerpt of the San Diego County Sheriff's Department's December 22, 2022 response to our law firm's October 11, 2022 Public Records Act Request, which includes a request for "All documents and other writings related to the Jail's supply of MAT medications." The San Diego County Sheriff's Department responded in part that "The MAT program has not been implemented."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 17th day of January, 2023.

_/s/ V. Swearingen_
Van Swearingen

# Exhibit A

# Eric Monek Anderson

| | |
|---|---|
| **From:** | SDSD Public Records <sdsheriff@govqa.us> |
| **Sent:** | Thursday, December 22, 2022 3:07 PM |
| **To:** | Eric Monek Anderson |
| **Subject:** | [Records Center] Public Records Request :: S002451-101122 |

[EXTERNAL MESSAGE NOTICE]



**Do NOT respond to this email. To monitor the progress, update this request, or communicate with the San Diego Sheriff's Department, please log into the Records Request System. If you have not previously created a password for this system, follow this link: Create a Password**

RE: Public Records Request of October 11, 2022, Reference # S002451-101122

Dear Eric Monek Anderson,

The San Diego County Sheriff's Department is in receipt of your California Public Records Act (CPRA) request dated and received on October 10, 2022. The requests were processed by the Sheriff's Department for records in the possession of the Sheriff's Department. Please notify the Sheriff's Department if you seek records from other County agencies, and the request will be forwarded to the identified agency for processing.

The Sheriff's Department responds to your request as follows:

1. All policies and procedures related to the functionality, testing, maintenance, repair, and/or replacement of audio intercom systems at the Jail.

> The Sheriff's Department conducted a search of the files for the terms/criteria provided by the requester as stated above and found the following responsive to the request:
>
> Please see link below for the most current redaction version of P&P I.2 Intercom Systems, G.1 Maintenance Procedures.
>
> https://www.sdsheriff.gov/resources/open-data/sb-978

2. All policies and procedures related to the functionality, testing, maintenance, repair, and/or replacement of video surveillance systems at the Jail.

37. All policies and procedures related to MAT.

    The MAT specific housing is due to open January 13th. Limited MAT/withdrawal protocols is currently active.

    The Sheriff's Department conducted a search of the files for the terms/criteria provided by the requester as stated above and found the following responsive to the request:

    Please see P&P Sections, and Green sheets: M.47 Suspected Opioid Overdose, Msd D.1.1 Opioid Overdose Prevention, MSD.A.3 Medically Supervised Withdrawal and Treatment

    See link for MSD Operations Manual:

    https://www.sdsheriff.gov/resources/open-data/policies-procedures-training-sb-978/detentions-services-bureau

38. All contracts and agreements related to the provision of MAT to incarcerated people at the Jail.

    The Sheriff's Department has one contract responsive to your request. Please see Naphcare comprehensive medical services contract #566117, Naphcare Electronic Medical Records System contract #558056.  Contracts, along with any amendments are available to the public for review on the County of San Diego Department of Purchasing and Contracting website:

    https://www.sandiegocounty.gov/content/sdc/purchasing/documentum-contract-search.html

39. All documents and other writings related to tracking incarcerated persons at the Jail with a history of using opioids, who received MAT prior to their incarceration at the Jail, and/or who requested MAT while at the Jail.

    The MAT specific housing is due to open January 13th. Limited MAT/withdrawal protocols is currently active.

    .

    Your request is denied pursuant to Government Code sections 6254(c), (f) and (k), incorporating the California Confidentiality in Medical Information Act, Civil Code 56.10, and the federal Health Insurance Portability and Privacy Act (HIPPA).

40. All documents and other writings related to the Jail's supply of MAT medications.

    The MAT program has not been implemented.

    To the extent that this request seeks incarcerated person medical records, your request is denied pursuant to Government Code sections 6254(c), (f) and (k), incorporating the California Confidentiality in Medical Information Act, Civil Code 56.10, and the federal Health Insurance Portability and Privacy Act (HIPPA).

    For "other writings", the Sheriff's Department would like to ask the requester if they would be willing to provide further search criteria, identify search terms, or narrow the date range to assist the department in better targeting what the requester seeks. The Sheriff's Department reserves the right to assert any applicable exemptions and privileges.