CLAUDIA G. SILVA, County Counsel (SBN 167868)
FERNANDO KISH, Senior Deputy (SBN 236961)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-4713; Fax: (619) 531-6005
E-mail: fernando.kish@sdcounty.ca.gov

Attorneys for Defendant County of San Diego

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | No. 20-cv-00406-AJB-DDL <br><br> **NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEYS AND OF REASSIGNMENT OF CASE TO NEW ATTORNEY WITHIN THE OFFICE OF COUNTY COUNSEL** <br><br> Dept.: 4A - Courtroom of the Honorable Anthony J. Battaglia |

20-cv-00406-AJB-DDL

|   |   |
|---|---|
| 1 | **TO THE CLERK OF THE COURT AND ALL PARTIES:** |
| 2 | PLEASE TAKE NOTICE that Matthew O'Sullivan, Senior Deputy County Counsel, and |
| 3 | Ronald Lenert, Senior Deputy County Counsel, are no longer responsible for litigation in the |
| 4 | above-captioned action. The Clerk is respectfully requested to update the docket accordingly, so |
| 5 | that service is no longer directed to Mr. O'Sullivan and Mr. Lenert. Senior Deputy Fernando |
| 6 | Kish is now counsel of record. Senior Deputy Fernando Kish's office address and telephone |
| 7 | number is: Office of County Counsel, 1600 Pacific Highway, Room 355, San Diego, California |
| 8 | 92101, (619) 531-6116. Please update all records and proof of service lists accordingly, and |
| 9 | please direct all future correspondence and pleadings to include Senior Deputy Fernando Kish |
| 10 | fernando.kish@sdcounty.ca.gov. |

Respectfully submitted,

DATED: January 17, 2023          CLAUDIA G. SILVA, County Counsel

By: s/ *Fernando Kish*, Senior Deputy
Attorneys for Defendant County of San Diego
E-mail:  fernando.kish@sdcounty.ca.gov