CLAUDIA G. SILVA, County Counsel (SBN 167868)
FERNANDO KISH, Senior Deputy (SBN 236961)
STEVEN INMAN, Senior Deputy (SBN 227748)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-4713; Fax: (619) 531-6005
E-mail: fernando.kish@sdcounty.ca.gov; steven.inman@sdcounty.ca.gov

Attorneys for Defendant County of San Diego

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | No. 20-cv-00406-AJB-DDL<br><br>**NOTICE OF APPEARANCE**<br><br>Dept.: 4A - Courtroom of the Honorable Anthony J. Battaglia |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that Fernando Kish, Senior Deputy County Counsel, being the attorney primarily responsible for litigation in the above-captioned action, hereby associates Steven Inman, Senior Deputy County Counsel, as co-counsel in this action. Mr. Inman's office address and telephone number are: County of San Diego, Office of County Counsel, 1600 Pacific Hwy., Room 355, San Diego, CA 92101, (619) 531-6417. Please update all records and proof of service lists accordingly, and direct all future correspondence and pleadings to Senior Deputies Fernando Kish fernando.kish@sdcounty.ca.gov, and Steven Inman steven.inman@sdcounty.ca.gov.

Respectfully submitted,

DATED: January 17, 2023

CLAUDIA G. SILVA, County Counsel

By: s/ *Steven Inman*, Senior Deputy
Attorneys for Defendant County of San Diego
E-mail: steven.inman@sdcounty.ca.gov