## DECLARATION OF SERVICE

I, the undersigned, declare: That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On January 17, 2023, I served the following document(s):

**NOTICE OF APPEARANCE**

In the following manner:

☒ **(BY CM/ECF)** I cause to be transmitted a copy of the foregoing document(s) this date via the United States District Court' ECF System, which electronically notifies all counsel as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 17, 2023, at San Diego, California.

By: s/ STEVEN INMAN
E-mail: steven.inman@sdcounty.ca.gov

*Darryl Dunsmore v. State of California, et al.*
USDC No. 20cv-0406-AJB(DDL)

# SERVICE LIST

| | |
|---|---|
| Gay C. Grunfeld, Esq.<br>Van Swearingen, Esq.<br>Priyah Kaul, Esq.<br>Eric Monek Anderson, Esq.<br>ROSEN BIEN GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105-1738<br>ggrunfeld@rbgg.com<br>vswearingen@rbgg.com<br>pkaul@rbgg.com<br>eanderson@rbgg.com | Attorneys for Plaintiff |
| Aaron J. Fischer, Esq.<br>LAW OFFICE OF AARON J. FISCHER<br>2001 Addison Street, Suite 300<br>Berkeley, CA 94704-1165<br>ajf@aaronfischerlaw.com | Attorneys for Plaintiff |
| Christopher M. Young, Esq.<br>Isabella Neal, Esq.<br>Oliver Kiefer, Esq.<br>DLA PIPER LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>christopher.young@dlapiper.com<br>isabella.neal@dlapiper.com<br>oliver.kiefer@dlapiper.com | Attorneys for Plaintiff |

*Darryl Dunsmore v. State of California, et al.*
USDC No. 20cv-0406-AJB(DDL)