GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

SUSAN E. COLEMAN – 171832
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Telephone: (619) 814-5803
Facsimile: (619) 814-6799
scoleman@bwslaw.com

ELIZABETH M. PAPPY – 157069
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, California 95113-2336
Telephone: (408) 606-6300
Facsimile: (408) 606-6333
epappy@bwslaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT STATEMENT ON ISSUES TO ADDRESS FOLLOWING EXPEDITED ADA DISCOVERY**<br><br>Mag. Judge: Hon. David D. Leshner<br><br>Trial Date: None Set |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California  92101-4297
Telephone:  (619) 699-2700
Facsimile:  (619) 699-2701
Email:  christopher.young@dlapiper.com
         isabella.neal@dlapiper.com
         oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs

At the January 9, 2023 hearing on Plaintiffs' Second Motion for Limited Expedited Discovery, Judge Leshner asked the parties to submit a joint statement regarding how they propose to address the first and second causes of action of the Third Amended Complaint ("TAC"), following the expedited discovery on the Americans with Disabilities Act ("ADA") granted by the Court.  *See* Dkt. 258; *see also* Dkt. 256 at 85-90.  The first cause of action addresses medical care at the San Diego County Jail ("Jail") and the second cause of action addresses mental health care at the Jail.  The parties met and conferred on January 12, 2023 and February 1, 2023 regarding this joint statement.

The parties agree that Plaintiffs will be allowed to serve a small number of narrowly tailored document requests on Defendant seeking information on medical and mental health care at the Jail prior to the opening of formal discovery.  The document requests will be directed to the most urgent medical and mental health care issues at the Jail, including those related to deaths at the Jail, those raised in the May 2, 2022 preliminary injunction motion, and Defendant's actions to address those issues.  Plaintiffs will tailor the document requests to reflect the Court's direction in the January 17, 2023 order granting expedited discovery on the ADA.

Plaintiffs will serve the requests by February 15, 2023.  After Plaintiffs serve the requests, the parties will meet and confer as to any objections by Defendant.  If the parties are unable to agree about the wording and/or scope of a request, Plaintiffs will request a conference pursuant to Chambers Rule III.C.  Defendants' deadline to produce documents will be March 31, 2023 or such other date as agreed to or set by the Court if a Court conference is required, after completion of the expedited ADA discovery Rule 30(b)(6) deposition, which is slated to occur March 14, 15, and 17, 2023.

After completing the expedited ADA discovery ordered by the Court, and simultaneous with the above-referenced discovery on the first two causes of action, the parties intend to continue ADA discovery.

1  The parties also discussed Defendants' proposal for a meet and confer
2  between the parties in an attempt to narrow the disputed issues as to physical
3  barriers without Court assistance.  Plaintiffs are considering Defendants' proposal,
4  which will be designated subject to mediation privilege and protections.  Plaintiffs
5  will also share their expert's views in their anticipated motion for preliminary
6  injunction.  Defendants are considering Plaintiffs' proposal for an early exchange of
7  expert reports, provided the exchange is within the confines of a Court-supervised
8  mediation process.

Respectfully submitted,

DATED:  February 6, 2023          ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay C. Grunfeld*
    Gay C. Grunfeld

Attorneys for Plaintiffs

DATED:  February 6, 2023          BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Elizabeth M. Pappy*
    Elizabeth M. Pappy

Attorneys for Defendants

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 **SIGNATURE CERTIFICATION**

2 Pursuant to the Court's Electronic Case Filing Procedures Manual Section
3 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic
4 filing of the foregoing document.

6 DATED: February 6, 2023   ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay C. Grunfeld*
Gay C. Grunfeld

Attorneys for Plaintiffs