PEDRO RODRIGUEZ 1974S993
SAN DIEGO CENTRAL JAIL
1173 FRONT ST
SAN DIEGO CA 9401
SC-CELL 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PEDRO RODRIGUEZ 1974S993
PETITIONER

DARRYL DUNSMORE, et al.,
PLAINTIFF

v.

SAN DIEGO COUNTY SHERIFFS, et al.,
DEFENDANTS

CASE # 20-CV-00406-AJB-DDL

MOTION TO ALTER OR AMEND JUDGMENT
FED. R. CIV. P. 59

THE PETITIONER PEDRO RODRIGUEZ RESPECTFULLY BRINGS FORTH THE FOLLOWING MOTION TO ALTER OR AMEND JUDGMENT DENYING MOTION TO INTERVENE DOC NO 183 FILED 1/3/23 AS DOCUMENT 251

THIS MOTION IS BASED ON <u>INGLE EX REL ESTATE OF INGLE V. YELTON</u> 191, 197 (4TH CIR 2006), <u>RULE 59(e)</u> MOTIONS MAY BE GRANTED TO PREVENT MANIFEST INJUSTICE.

STATEMENT OF FACTS

SEPTEMBER 27, 2022, THE COURT ISSUED RULING ON PLAINTIFFS SECOND AMENDED COMPLAINT (2022 US DIST LEXIS 175476; 2022 WL 4488007.)

IN THAT RULING THE COURT DENIED PLAINTIFFS EIGHTH AMENDMENT CLAIMS WITHOUT LEAVE TO AMEND AS THE PLAINTIFFS, "PLEAD THEMSELVES OUT OF A VIABLE EIGHTH AMENDMENT CLAIM,"

AND THAT THE PLEADING WAS A SERIOUS PLEADING

1. THE PETITIONER IS A SENTENCED PRISONER PAROLED BY
2. THE CALIFORNIA DEPT OF CORRECTIONS BUT UNLAWFULLY DETAINED
3. ON SAME SENTENCE FOR ADDITIONAL 16 YEARS CONSECUTIVE
4. IN COUNTY JAIL FOR CONTEMPT OF COURT.
5.   FOR A DRACONIAN SENTENCE UNDER DRACONIAN CONDITIONS
6. THE PETITIONER SOUGHT TO BE NAMED AS A SENTENCED
7. PLAINTIFF. IT WAS THE PETITIONERS BELIEF THAT THE COURT
8. WOULD CONSIDER APPOINTING COUNSEL UPON REQUEST.
9.   THE PETITIONER IS NOT INTERESTED IN MONEY ONLY FAIR
10. REPRESENTATION AS A SENTENCED PRISONER WHICH CURRENT
11. COUNSEL FAILED TO INCLUDE THE PETITIONER IN CURRENT COMPLAINT.
12.   IN PETITIONERS MOTION IT WAS STATED THAT THE
13. CURRENT COMPLAINT ONLY PROTECTED ARRESTED ARRAIGNEES AND
14. NOT INDIVIDUALS SENTENCED AS THE PETITIONER IS
15.   IN THE 1/3/23 DECISION DOC #251 PG. 5 LINE
16. 11 A LOT OF WEIGHT IS GIVEN TO PETITIONERS COMPLIMENT
17. OF COUNSEL ISABELLA NEAL.
18.   THIS WAS A COMPLIMENT TO COUNSEL NEALS
19. OPTIMISM AND ENTHUSIASM AND THAT IT HAD NOT BEEN
20. CRUSHED BY REALITY YET.
21.   THIS PETITIONERS MINDSET IS MEET THE NEW BOSS
22. SAME AS THE OLD BOSS.
23.   THE PETITIONER HAS NOT HEARD FROM PLAINTIFFS SINCE
24. COUNSEL FILED OPPOSITION TO INTERVENE.
25.                 ARGUMENT
26.   THE PETITIONER SEEKS RECONSIDERATION UNDER
27. FEDERAL RULES OF CIVIL PROCEDURE 59(e) PER PER
28. THE SEPTEMBER 27, 2022 DECISION WHEN THE COURT

1. DISMISSED WITHOUT LEAVE TO AMEND EIGHTH AMENDMENT CLAIMS THE PETITIONER
2. WAS NO LONGER A CLASS ACTION MEMBER, AND FELL BY THE
3. WAYSIDE.
4.  THIS WILL OR MAY BECOME THE FATE OF ANY OTHER PRISONER
5. UPON SENTENCING OF THE CRIMINAL COURT
6.  THE EIGHTH AMENDMENT JUST IS NOT PRESENTED AND SENTENCED PRISONERS ARE PROTECTED.
7.  FEDERAL RULES OF CIV. PROCEDURE 23(d)(1)(B)(iii) AFFORD CLASS
8. MEMBERS TO PRESENT CLAIMS OR DEFENSES. THIS PETITIONER IS
9. NO LONGER AFFORDED THIS PRIVILEGE
10.  THERE IS NOTHING TO COMPEL THE PLAINTIFFS TO COMMUNICATE
11. WITH THE PETITIONER.
12.  THIS PETITIONER WOULD LIKE A COPY OF THIRD AMENDED
13. COMPLAINT.
14.  BASED ON THE SEPTEMBER 27, 2022 DECISION THE
15. PETITIONER REQUESTS THE COURT RECONSIDER ALLOWING THE
16. PETITIONER TO BE NAMED AS A PLAINTIFF AND CONTEMPORANEOUSLY
17. CONSIDER APPOINTING COUNSEL.
18. <u>CONCLUSION</u>
19.  BASED ON THE FOREGOING THE PETITIONER RESPECTFULLY
20. REQUESTS THE COURT RECONSIDER ALLOWING PETITIONER TO
21. INTERVENE AS PLAINTIFF, AS ANY SENTENCED PRISONER WILL
22. LOSE BENEFIT OF FAVORABLE RULINGS.
23.
24. RESPECTFULLY SUBMITTED
25. PEDRO RODRIGUEZ
26. IN PRO SE
27. 1/29/23
28.

DECLARATION IN SUPPORT OF MOTION

I PEDRO RODRIGUEZ AM THE PETITIONER/APPELLANT IN THIS CASE. I HEREBY STATE AS FOLLOWS IN SUPPORT OF THE MOTION TO ALTER OR AMEND JUDGMENT.

<u>1</u> UNDER THE SEPTEMBER 27, 2022 DECISION I AM NO LONGER A CLASS ACTION MEMBER AS MY RIGHTS AS A SENTENCED PRISONER ARE SECURED BY THE EIGHTH AMENDMENT.

<u>2.</u> I AM SLEEP DEPRIVED/RETALIATED AGAINST AS MENTALLY ILL SCREAMING INMATES ARE REGULARLY MOVED RIGHT NEXT DOOR TO ME.

<u>3.</u> NATURAL LIGHT IS A LUXURY AS I HAVE BEEN HOUSED IN A WINDOWLESS NON-ADA COMPLIANT CELL FOR MONTHS AT A TIME.

<u>4</u> MY DURABLE MEDICAL EQUIPMENT IS REMOVED OUT OF SPITE, CURRENTLY MY COMPRESSION STOCKINGS AND SWEATSHIRT ARE CONFISCATED.

<u>5.</u> MY PURCHASE GOLF PENCILS HAVE BEEN CONFISCATED AS CONTRABAND.

<u>6</u> MY LEGAL WORK PRODUCT IS CONFISCATED SINCE 9/2021

<u>7</u> I HAVE NEVER RECEIVED LEGAL CORRESPONDENCE IN CA SUPREME COURT CASE S276414.

<u>8.</u> I AM FRUSTRATED FROM PARTICIPATING IN COURT PROCEEDINGS

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED THIS DAY 1/29/23          PEDRO RODRIGUEZ
                                 IN PRO SE

VERIFICATION

Dunsmore v. S.D County Sheriffs          20-CV-00406

I Pedro Rodriguez Declare:

I am a petitioner in the above-entitled matter. I have read the foregoing motion to alter or amend judgment and know the contents thereof.

The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and as to those matters, I believe it to be true.

Executed on Jan 29, 2023 at San Diego Central Jail, San Diego County, California.

I declare (or certify) under penalty of perjury that the foregoing is true and correct.

Pedro Rodriguez
In Pro Se

1/29/23

PROOF OF SERVICE

I PEDRO RODRIGUEZ DECLARE:

I AM OVER 18 YEARS OF AGE AND A PARTY TO THIS ACTION,

I AM A PRISONER OF SAN DIEGO CENTRAL JAIL
1173 FRONT ST.
SAN DIEGO CA 92101
5C-CELL 8

ON JAN 29/23

I SERVED THE ATTACHED MOTION TO ALTER OR AMEND JUDGMENT FED R. CIV. P. 59 ON THE PARTIES HEREIN BY PLACING TRUE AND CORRECT COPIES THEREOF, ENCLOSED IN A SEALED ENVELOPE, WITH POSTAGE THEREON FULLY PAID HAND DELIVERED TO A SAN DIEGO SHERIFFS DEPUTY FOR MAIL TO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF CALIFORNIA
333 WEST BROADWAY
SUITE 420
SAN DIEGO CA 92101
5C-CELL 8

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT

1/29/23

PEDRO RODRIGUEZ
IN PRO SE



