# TRANSCRIPT ORDER

Please use one form per case
*Please read instructions on next page*

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | COURT USE ONLY<br>**DUE DATE:** |

**1a.** CONTACT PERSON FOR THIS ORDER: Kedra Chan
**2a.** CONTACT PHONE NUMBER: 415.433-6830 ext. 148
**3a.** CONTACT EMAIL ADDRESS: kchan@rbgg.com

**1b.** ATTORNEY NAME (if different): Van Swearingen
**2b.** ATTORNEY PHONE NUMBER: 415.433.6830
**3b.** ATTORNEY EMAIL ADDRESS: vswearingen@rbgg.com

**4.** MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):
Rosen Bien Galvan & Grunfeld
101 Mission St., 6th Floor
San Francisco, CA 94105

**5.** CASE NAME: Dunsmore v. State of California et al
**6.** CASE NUMBER: 3:20-cv-00406-AJB-DDL

**7.** TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

**a.** HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion (e.g. witness or time)) |
|---|---|---|---|
| 4/3/2023 | DDL | Discove | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**b.** SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)*

| PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | CD ($32) |
|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**c.** DELIVERY TYPE (Choose one per line)

| ORDINARY (30-day $3.65 pp) | 14-DAY ($4.25 pp) | EXPEDITED (7-day $4.85 pp) | 3-DAY ($5.45 pp) | DAILY (Next Day $6.05 pp) | HOURLY (2 hrs $7.25 pp) |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**8.** ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, DCN #, ETC.

ORDER & CERTIFICATION (9. & 10.) By signing below, I certify that I will pay all charges (deposit plus additional).
**9.** SIGNATURE: /s/ Van Swearingen
**10.** DATE: April 4, 2023