PEDRO RODRIGUEZ [illegible]
SAN DIEGO CENTRAL JAIL
1173 FRONT ST.
SAN DIEGO CA 92101
5C-CELL 8

FILED
Apr 19 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ shellyyeager DEPUTY

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CA

PEDRO RODRIGUEZ
PETITIONER
DUNSMORE, ET AL,
PLAINTIFFS
V
SAN DIEGO COUNTY SHERIFFS, ETAL,
DEFENDANTS

CASE 3:20-CV-00406
FEDERAL RULE OF CIV PROCEDURE 23(d)
REQUEST TO PRESENT CLAIM

PURSUANT TO FEDERAL RULES CIV PROCEDURE 23(d)(1)(B)(3) THE PETITIONER RESPECTFULLY REQUESTS TO PRESENT THE FOLLOWING CLAIMS;

AS A DISABLE PRISONER OF MODULE 5C THE ONLY TRIPLE BUNK LONG TERM MODULE FOR DISABLED AND NON DISABILITY PROTECTIVE CUSTODY PRISONERS.

PER ATTACHMENT 'A' THE PETITIONER IS BEING FRUSTRATED FROM UTILIZING THE GRIEVANCE PROCESS,

ATTACHMENT 'A' IS IN RESPONSE TO THE MARCH 20, 2023 SAN DIEGO UNION TRIBUNE ARTICLE "COUNTY JAIL REFORM HAS LONG WAY TO GO" WHERE LT. AMBER BAGGS AND SHERIFF KELLEY MARTINEZ ACKNOWLEDGE TRIPLE BUNKS ARE NON-ADA COMPLIANT.

THE PETITIONER CONSTRUCTED A FOUR PAGE GROUP GRIEVANCE

WITH SIGNATURES OF DISABLED PRISONERS IN MODULE 5C

THE PETITIONER WITH OTHER DISABLED PRISONERS MADE DEMAND TRIPLE BUNKS BE REMOVED AND 5C BE MADE ADA COMPLIANT.

RECIPIENT OF GRIEVANCE IN PERSON SERGEANT NESMITH BADGE #7609 CHUCKLED AND WROTE "NOT A GRIEVANCE".

THE ORIGINAL COPY IS PRESUMED IN THE TRASH.

PER ATTACHMENT "B" 2nd LEVEL APPEAL INTENDED FOR LIEUTENANT DENNIS SJMS # 234000365

A SERGEANT ALREADY RESPONDED AND THIS WAS AN APPEAL OF THAT RESPONSE INTENDED FOR LT. DENNIS.

AGAIN SERGEANT NESMITH INCORRECTLY WROTE THIS IS NOT A GRIEVANCE, BADGE # 7609.

MODULE 5C HAS SUFFERED THREE WEEKS OF EXCESSIVE LOCK DOWNS WITHOUT SHOWERS FOR THREE DAYS AT A TIME.

AT THE CONCLUSION NESMITH #7609 SMUGLY TAUNTED DO YOU HAVE ANY OTHER GRIEVANCES THAT ARE NOT GRIEVANCES FOR ME TO SIGN.

MODULE 5C NOW HAS HAD THE WINDOWS MIRRORED WITH REFLECTIVE TINT SO THAT BESIDE NOT HAVING CALL BOXES THERE IS NO WAY TO OBTAIN VISUAL CONTACT WITH DEPUTIES IN CASE OF EMERGENCY.

THESE ARE THE SAME ATTITUDES, CUSTOMS, POLICIES AND PROCEDURES THAT ARE KILLING PRISONERS.

PER ATTACHMENT "A" AN ADMITTED ADA PROBLEM THE SERGEANT FLIPPANTLY AND DISMISSIVELY DISREGARDS ADMITTED ADA VIOLATION AND ASKS FOR MORE GRIEVANCES.

PRISONERS OF MODULE 5C ARE SUFFERING EXCESSIVE LOCKDOWNS, PER PRISON LEGAL NEWS VOL 34 NO 3 ISSN 1075-7678 PG 18 ARTICLE "CALIFORNIA GOVERNOR VETOES STATE'S HUMANE SOLITARY CONFINEMENT BILL" BY KEVIN W. BLISS ASSEMBLY BILL 2632 AND NOW ASSEMBLY BILL 280 CALIFORNIA RECOGNIZES THE NEGATIVE EFFECTS OF ISOLATION, THERE IS A NEXUS BETWEEN SOLITARY CONFINEMENT AND THE CURRENT EXCESSIVE LOCKDOWNS ON MODULE 5C. PRISONERS IN SOLITARY CONFINEMENT HAVE MORE RIGHTS.

PRESENTLY A GOOD PORTION OF STAFF BEHAVE AS IF IMMUNE TO REPRIMAND.

PRISONERS OF MODULE 5C NEED REDRESS.

THE GRIEVANCE PROCESS IS NOT AVAILABLE IF DECLARED AUTOMATICALLY NOT A GRIEVANCE AND THROWN AWAY.

5C IS STILL THIRE BUNK

THERE IS NO SPACE AT DAYROOM TABLES FOR WHEELCHAIRS AND WHEELCHAIR BOUND PRISONER BRIAN SMITH IN CELL 7 REMAINS SOAKED IN URINE FOR 5 DAYS NOW,

THE WINDOWS ARE NOW OBSTRUCTED MIRRORS

CONCLUSION

THE PETITIONER REQUESTS THE COURT NOTICE THE INSUFFERABLE CONDITIONS OF MODULE 5C

PURSUANT TO 28 USC §1746 I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

RESPECTFULLY SUBMITTED

PEDRO RODRIGUEZ

4/10/23

[signature]

ATTACHMENT 'A'
4 PAGE GRIEVANCE
REGARDING TRIPLE
TIER BUNKS



1 of 4

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

[X] SDCJ [ ] GBDF [ ] EMRF [ ] LCDRF [ ] SBDF [ ] VDF [ ] FAC8

From: [illegible] / 19745793 / [illegible]

*De:* Name (Last, First, Middle) / *Nombre (Apellido, Primero, Segundo)* — Booking Number / *Número de ficha* — Housing Unit / *Unidad de alojamiento*

Grievance is about: / *La queja es acerca:* [ ] Jail Procedures / *Procedimientos de la Cárcel* [X] Jail Conditions / *Condiciones de la Cárcel* [ ] Medical / *Médico* [ ] PREA [ ] Other / *Otro* ______

Date and Time of Incident / *Fecha y hora del incidente:* ONGOING

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

PER MARCH 20, 2023 SAN DIEGO UNION TRIBUNE ARTICLE BY [illegible] [illegible] HAS [illegible] LT. ANGEL [illegible] AND SHERIFF KELLY MARTINEZ BOTH [illegible] [illegible] IS [illegible] NOT THE COMPLAINT. THE [illegible] DOWN LOWER THAN 7th FLOOR [illegible] BECAUSE LESSER PRISONERS [illegible] THE 7th FLOOR [illegible] PRISONERS [illegible] [illegible] PRISONERS [illegible]

Inmate Signature / *Firma de Preso* — 4/9/23 Date / *Fecha*

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: [signature] 1609 4/9/23 0845
Signature of receiving staff member — ARJIS # — Date — Time

Entered in JIMS: ______ Date ______ Time ______ JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
- [ ] The inmate's health or safety is unfairly impacted by a condition of confinement
- [ ] A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

[X] This submission is not a grievance:
- [ ] It is an appeal of discipline—JIMS Incident # ______ JIMS Appeal Hearing # ______
- [ ] It is a complaint against staff—JIMS Incident # ______ (Refer to Detentions P&P Section N.1)
- [ ] It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request: NOT A GRIEVANCE

[illegible]

ATTACHMENT 'B'

ATTACHMENT 'B'

ATTACHMENT 'B'
GRIEVANCE APPEAL
DEEMED NOT A
GRIEVANCE

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ ☐ GBDF ☐ EMRF ☐ LCDRF ☐ SBDF ☐ VDF ☐ FAC8

From: [illegible] [illegible] [illegible]
*De:* Name (Last, First, Middle) *Nombre (Apellido, Primero, Segundo)* | Booking Number *Número de ficha* | Housing Unit *Unidad de alojamiento*

Grievance is about: *La queja es acerca:* ☐ Jail Procedures *Procedimientos de la Cárcel* ☒ Jail Conditions *Condiciones de la Cárcel* ☐ Medical *Médico* ☐ PREA ☐ Other *Otro*

Date and Time of Incident / *Fecha y hora del incidente:* 4/7/23 [illegible]

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

[illegible]

Inmate Signature / *Firma de Preso* [illegible] Date / *Fecha* 4/9/23

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: [signature] Signature of receiving staff member | 7609 ARJIS # | 4/9/23 Date | 0845 Time

Entered in JIMS: ______ Date ______ Time ______ JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
- ☐ The inmate's health or safety is unfairly impacted by a condition of confinement
- ☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☒ This submission is not a grievance:
- ☐ It is an appeal of discipline—JIMS Incident # ______ JIMS Appeal Hearing # ______
- ☐ It is a complaint against staff—JIMS Incident # ______ (Refer to Detentions P&P Section N.1)
- ☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request: DUE TO MULTIPLE INCIDENTS IN FACILITY [illegible] IS NECESSARY FOR SECURITY PURPOSES.



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

[X] SDCJ [ ] GBDF [ ] EMRF [ ] LCDRF [ ] SBDF [ ] VDF [ ] FAC8

From: [illegible] [illegible] [illegible]

*De:* Name (Last, First, Middle) / *Nombre (Apellido, Primero, Segundo)* — Booking Number / *Número de ficha* — Housing Unit / *Unidad de alojamiento*

Grievance is about: / *La queja es acerca:* [ ] Jail Procedures / *Procedimientos de la Cárcel* [X] Jail Conditions / *Condiciones de la Cárcel* [ ] Medical / *Médico* [ ] PREA [ ] Other / *Otro*

Date and Time of Incident / *Fecha y hora del incidente:* [illegible]

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

[illegible] AGUILAR #[illegible]
LEE JACKSON #23713429
John Fuller #[illegible]

Inmate Signature / *Firma de Preso* — Date / *Fecha* [illegible]

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: ____ Signature of receiving staff member ____ ARJIS # ____ Date ____ Time

Entered in JIMS: ____ Date ____ Time ____ JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
- [ ] The inmate's health or safety is unfairly impacted by a condition of confinement
- [ ] A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

[ ] This submission is not a grievance:
- [ ] It is an appeal of discipline—JIMS Incident # ____ JIMS Appeal Hearing # ____
- [ ] It is a complaint against staff—JIMS Incident # ____ (Refer to Detentions P&P Section N.1)
- [ ] It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request:

20

# VERIFICATION

FORM No. 2

**Verification of Pleading (Code Civ. Proc., § 446)**
**Declaration under Penalty of Perjury Form (Code Civ. Proc., §§ 446, 2015.5)**

by Party

CASE TITLE Dunsmore v. San Diego County Sheriff's 3:20-cv-00406

I, Pedro Rodriguez, declare:
(Name)

I am the Petitioner in the above-entitled matter.

I have read the foregoing Request to Present Claim (pleading, e.g., complaint) and know the contents thereof.

The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true.

Executed on April 10, 2023 at San Diego Central J[illegible] San Diego County, California.

I declare (or certify) under penalty of perjury that the foregoing is true and correct.

[signature]
(Signature of Party)

RODRIGUEZ BC6583 20

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, PEDRO RODRIGUEZ, declare:

I am over 18 years of age and a party to this action. I am a ~~resident~~ PRISONER of SAN DIEGO CENTRAL JAIL Prison, in the county of SAN DIEGO, State of California. My prison address is: SAN DIEGO COUNTY JAIL 1173 FRONT ST, SAN DIEGO CA 92101 SC-CELL 8

On 4/10/23 (DATE),

I served the attached: REQUEST TO PRESENT CLAIM

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT COURT
333 WEST BROADWAY SUITE 420 SAN DIEGO CA 92101

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on 4/10/23 (DATE)

[signature] (DECLARANT'S SIGNATURE)

PEDRO RODRIGUEZ
SAN DIEGO CENTRAL JAIL
1173 FRONT ST.
SAN DIEGO CA 92101
5C-CELL 8

SAN DIEGO
MON 17 APR 2023

RECEIVED
APR 19 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY
DEPUTY

LEGAL MAIL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
333 WEST BROADWAY
SUITE 420
SAN DIEGO CA 92101
ATTN. CLERK