GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **DECLARATION OF SYROUN SANOSSIAN IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** <br><br> Judge: Hon. Anthony J. Battaglia <br> Magistrate: Hon. David D. Leshner <br><br> Date: June 29, 2023 <br> Time: 2:00 p.m. <br> Crtrm: 4A <br><br> Trial Date: None Set <br><br> **[REDACTED]** |

[4257776.11]

Case No. 3:20-cv-00406-AJB-DDL

DECLARATION OF SYROUN SANOSSIAN IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

I, Syroun Sanossian, declare:

1.     I have been retained by Plaintiffs' counsel to provide expert opinion concerning the adequacy of policies, procedures, and practices regarding disability accommodations at the San Diego County Jail ("Jail").  I make this declaration in support of Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification ("Plaintiffs' Motions").

2.     I have submitted two prior declarations in this case in support of Plaintiffs' first motions for preliminary injunction and provisional class certification, filed May 2, 2022.  Those declarations are available at Dkt. 119-9 (filed May 2, 2022) and Dkt. 162-6 (filed June 7, 2022).

3.     As set forth in those declarations, I am a Certified Access Specialist (CASp) with extensive experience inspecting, performing plan review, construction monitoring, and evaluating government facilities, including California county jails, for compliance with the Americans with Disabilities Act and similar state law ("ADA").  *See* Dkt. 119-9, ¶¶ 1-2.  My resumé is included in Exhibit A to my first declaration and incorporated herein by reference.  *See* Dkt. 119-9, Ex. A.

4.     Since the submission of my prior declarations in this case and to prepare this declaration, I inspected two Jail facilities and reviewed documents that Defendants San Diego County Sheriff's Department and the County of San Diego (collectively, "Defendants") produced to the Plaintiffs in this litigation, including policies, procedures, construction documents, and rosters of people with disabilities incarcerated at Central Jail.  I have also reviewed portions of the transcript of the deposition of Defendants' person most knowledgeable regarding issues discussed in this declaration, as well as declarations of incarcerated people with disabilities.  An index of the documents I have reviewed since the submission of my prior declarations in this case and to prepare this declaration is attached hereto as **Exhibit A**.

I.      **Disability Access Inspections of Rock Mountain Detention Facility and San Diego Central Jail**

5.      As part of the expedited ADA discovery in this case, the Court ordered inspections of two Jail facilities, San Diego Central Jail and Rock Mountain Detention Facility.

6.      On February 10, 2023, I inspected Rock Mountain Detention Facility, which is a facility that the Sheriff's Department reacquired in 2015. Defendants have indicated that the facility is being altered to comply with the ADA. Because Rock Mountain Detention Facility is undergoing alterations, it is subject to the U.S. Department of Justice's current 2010 ADA Regulations ("2010 ADA Standards"). The Sheriff's Department has represented that once open, Rock Mountain will house all incarcerated males who use wheelchairs. However, those individuals will still be booked at Central Jail and thus housed there for a period of time before the Sheriff's Department transfers them to Rock Mountain.

7.      My inspection found: (1) Rock Mountain is a construction site with many ADA features not yet installed; (2) the ADA features that Defendants have installed were often incorrectly installed and did not comply with the ADA; (3) not a single cell or housing unit designated as accessible that we inspected complies with the ADA; and (4) not a single shower designated as accessible complies with the ADA. Housing people in wheelchairs or who have other mobility disabilities in these non-accessible spaces at Rock Mountain will place them in danger, including from the risk of falling in the shower or when transferring to toilets. My full report on the Rock Mountain inspection is attached hereto as **Exhibit B**.

8.      The Sheriff's Department must remediate the barriers at Rock Mountain before moving people with mobility disabilities to that facility. My report identifies solutions that the Sheriff's Department can implement to address each non-compliant barrier. Given that Rock Mountain remains a construction site, now is the time to remediate the barriers. Once the Sheriff's Department begins housing

people there, alterations to comply with the ADA will be much more expensive and time-consuming.

9. On March 13, 2023, I inspected San Diego Central Jail. I understand that the Sheriff's Department currently houses all or nearly all incarcerated males using wheelchairs at Central Jail. The Sheriff's Department also houses other people with mobility disabilities, such as people using walkers, canes, crutches, or needing other ADA accommodations, at Central Jail. Because Central Jail was constructed in 1998, it is subject to the U.S. Department of Justice's 1991 ADA Standards Accessibility Guidelines. However, if the Sheriff's Department makes alterations to Central Jail, those alterations must comply with the current 2010 ADA Standards, which governs alterations to existing facilities. For example, the Sheriff's Department has indicated that it plans to alter holding cells on the first and second floor at Central Jail. Those alterations must comply with the 2010 ADA Standards.

10. My inspection of Central Jail found: (1) the housing units inspected had no accessible cells, toilets, and showers; (2) the Jail has too few cells identified as accessible (although they are not in fact accessible) to house all people who use wheelchairs; (3) Defendants house people with mobility disabilities in triple bunk beds, in which the lower bunk surface height is far below wheelchair seat height and the middle bunk surface height far above, making transfer unsafe; and (4) Defendants cluster many people with mobility disabilities in a single dorm, but that dorm has triple bunk beds and neither the toilet or the shower is accessible. All of these problems make Central Jail unsafe for people with mobility disabilities— including but not limited to people using wheelchairs.

11. It bears noting that other people with serious disabilities also require accessible elements in housing units, such as grab bars in showers and at toilets, to ensure they can safely complete the major life activities of daily living. People with medical conditions covered by the ADA, such as vertigo, heart disease or multiple

sclerosis that cause stamina limitations, require seating during showering. The stability that grasping a grab bar can provide to a person when on a wet, slippery surface is essential to many individuals with medical conditions, but no defined mobility impairments. In addition, transferring from a wheelchair to a seat (toilet or shower) requires pulling the entire weight of the body from one point to another using grab bars to gain the leverage that makes the transfer possible. Grab bars also provide stability after transfer, during use of a shower or fixtures by a toilet. For the large group of disabled people with bending and stooping injuries, grab bars at a toilet provide support facilitating the process of both sitting and standing safely.

12.     My full report is attached hereto as **Exhibit C**, and identifies many other barriers at Central Jail, even though Defendants did not permit us to not inspect the entire facility. For example, the inspection found that the Intake area at Central Jail had no accessible screening rooms, lavatories, toilets, holding cells, or showers.

13.     My report identifies potential ways to remediate these barriers at Central Jail. For example, Defendants must make alterations to provide an adequate number of cells with mobility features for people who use wheelchairs and other types of mobility assist devices, must remove triple bunk beds and ensure all lower bunks are at wheelchair height, and must alter the identified as accessible cells to provide sufficient space for a person to transfer safely to the toilet and their bed. In the short term, while Defendants make those permanent fixes, Defendants can take measures such as providing accessible portable toilets, lavatories, showers, and beds in dayroom areas in units where people using wheelchairs are housed until alterations are completed. Defendants can also install accessible grab bars in the dormitory showers for all users with disabilities, and promptly replace the triple bunks in the dormitories on the eighth floor in a number sufficient to provide accessible sleep options for those who use wheelchairs or other mobility assist devices who are housed in those units.

## II.   Defendants' Policies, Procedures, and Practices for Housing People With Mobility Disabilities are Dangerous

14.     The Sheriff's Department's procedures for assigning people to lower bunks and lower tiers are deficient.  The "tier" refers to the floor.  The lower tier is on the ground floor and the upper tier is accessed by a flight of stairs.  Cells at the Jail that I inspected typically include double or triple bunks, with two or three beds stacked in a cell.  I inspected all of the dormitory housing at Central Jail, in which triple bunks were provided exclusively.  For a person with a mobility disability, it is almost always necessary for them to sleep on a lower bunk of a bunk bed and on the lower tier.  Climbing into or out of an upper bunk is dangerous for a person with a mobility disability.  Similarly, a person with a mobility disability is likely unable to ascend stairs to the upper tier, and attempting to climb stairs to eat, obtain medical/dental care, or participate in programs is unsafe and will lead to injury.  A person who uses a wheelchair or walker should ***never*** be housed on an upper tier or in anything other than a lower bunk.  Nor are all lower bunks created equal.  The surface height of the bunk bed is critical for safe transfer.  Wheelchair seat height varies from 17 to 19 inches high and any surface that a person transfers to or from must be the same height.  Transferring puts a person with a disability in a very vulnerable position wherein they prop the weight of their torso onto their hands and arms while swinging their lower half in the direction of the surface they intend to reach.  Climbing up or downward to transfer presents a significant safety risk.

15.     The Jail rosters and declarations I have reviewed show that Defendants house people with mobility disabilities on the upper tier and on the middle or top bunk.  This is a dangerous practice and will lead to people with mobility disabilities falling while ascending or descending the stairs from the upper tier, or falling while trying to get in or out of a top or middle bunk.  Declarations from incarcerated people show that such falls are happening.  For example, named plaintiff Andre Andrade fell multiple times when trying to climb down from an upper bunk and at

one point suffered a concussion.  Kevin Martin fell out of a top bunk and afterwards had to be transported to medical on a stretcher.  Other people with mobility disabilities, including Tyrone Childs and Stephon Butler, have been housed on the top of a triple bunk and placed at risk of falling.

16.    These dangerous practices appear to stem in part from problems with the Sheriff's Department's written policy and procedure.  For example, the Sheriff's Department's I.22 Lower Bunk / Lower Tier Assignment housing policy and procedure states that medical staff merely recommend placement of an incarcerated person on a lower bunk or lower tier, rather than medical staff requiring such placement.  Specifically, the policy and procedure, at subsection I.A.1, states that "[t]he recommendation for a lower bunk and/or lower tier will be determined by health staff."  (emphasis added).  Medical Services Division policy and procedure MSD.F.1.2 also states, at subsection II.A.3, that health staff should "[e]nter reason for recommending lower bunk/lower tier" (emphasis added) in the patient's health record.

17.    The Medical Services Division policy and procedure MSD.F.1.2 is also ambiguous about *who* must be housed on a lower bunk.  The procedure, at subsection I.A., states that "[p]atients having physical disabilities or limitations but ambulating without the use of crutches, walker or wheelchair, may be housed on an upper tier."  Many people with mobility disabilities can ambulate for short periods without crutches, a walker, or wheelchair, but need the use of these assist devices most of the time.  This procedure does not address that large group of individuals and will, without better definition, increase risk for Defendants and the rate of injury for the incarcerated.  While the existing policy and practice implies, in an albeit limited fashion, that people with mobility disabilities who rely on assistive devices may be housed on the lower tier, it is silent about whether those people must be housed on a *lower bunk*.  Subsection I.C. then lists the patients who must be housed on a lower bunk and lower tier, but that subsection omits any mention of people

with mobility disabilities.  By plain language, the procedure permits staff to house people with serious mobility disabilities, including those who use a wheelchair, walker, or crutches, on a top bunk.  Placing such a person on a top bunk is dangerous, especially the top of a triple bunk.

18.    Finally, the Sheriff's Department's policy and procedure I.22, at subsection I.B.2, states that "[t]he bottom and middle bunks on triple-bunks will satisfy the lower bunk restriction."  This policy is extremely problematic.  As my Central Jail inspection report also explains, the middle bunk in triple bunks is not at wheelchair height and poses a significant safety risk for people with mobility disabilities.  Transferring up means that a person must support their entire upper body while essentially balancing on their hands and swinging their lower body in the direction of the surface to which they must transfer.  Doing this uphill (or downhill) is not possible for most people and for those for whom it is possible, it poses a significant safety risk.

19.    In general, the Sheriff's Department must stop housing people, and particularly people with mobility disabilities, in triple bunks.  I am aware that the Board of State and Community Corrections ("BSCC") has criticized the Sheriff's Department for housing people in triple bunks and told the Sheriff's Department to stop doing so.  The Sheriff's Department has not.  We viewed triple bunks in use during our March 13, 2023 Central Jail inspection, including in most of the cells designated as accessible and in the dorm where people with mobility disabilities are clustered.  Housing people with mobility disabilities in triple bunks—where all three bunks are non-accessible to a person with a serious mobility disability—is an egregious, dangerous practice.  Effective procedures for determining housing assignments for people with mobility disabilities on lower bunks and lower tiers would (1) clearly set forth which mobility disabilities require Defendants to house a person on a lower tier and lower bunk; (2) require housing a person on the lower bunk or lower tier once medical staff determines that is a reasonable accommodation

or medically necessary; and (3) prohibit housing people with mobility disabilities in triple bunks, until the Sheriff's Department stops using triple bunks altogether or alters the bunk structures to provide one bunk at wheelchair seat height with adequate vertical (head) clearance for the user.

20.     Housing people with mobility disabilities in cells without grab bars is another dangerous practice in the Jail system, as it places people at risk of falls and serious injury.  Several incarcerated people with mobility disabilities submitted declarations stating that they have been housed in cells without grab bars at the toilet.  Alberto Fuentes fell and injured his shoulder while transferring to the toilet, and other people with mobility disabilities like Lisa Landers and Victor Medrano have feared falling due to the lack of grab bars in their cells.  These injuries and fears are to be expected in a system that places people in cells that are not safe for people with mobility disabilities.  Even more concerning is the fact that the provision of grab bars is an inexpensive alteration that Defendants' maintenance staff can perform with little effort.  Similarly, providing dispensers that hold toilet paper within reach range of the toilet can be accomplished by maintenance staff.  These are easy fixes.

**III.    Defendants Lack Adequate Policies and Procedures for Providing Effective Communication to Incarcerated People with Communication Disabilities, Including Those With Hearing Disabilities**

21.     I have reviewed Defendants' policies and procedures regarding effective communication with people who have hearing disabilities.  In short, Defendants have no policies and procedures providing guidance to staff about how to effectively communicate with people who are deaf, deaf-blind, hard of hearing, or speech disabled due to deafness, as required by the ADA.  Whether a qualified sign language interpreter or other communication aid is required will depend on the nature of the communication and the needs of the requesting individual.

22.     There are a range of hearing disabilities and ways that people with hearing disabilities can communicate.  People lose hearing due to medical reasons,

trauma, or age. At one end of the spectrum, people with deafness or who are deaf-blind have hearing loss so severe that there is little or no functional hearing, which can also result in speech disabilities. Deafened or late-deafened individuals have become deaf in adulthood and may have the ability to read or write in English or another form of receptive or expressive communication.[1] People who are hard of hearing have experienced a loss of hearing but may retain residual hearing through technology, such as a hearing aid. In the deaf and hard of hearing community, lip-reading abilities vary considerably across individuals,[2] and even the most proficient lip-readers comprehend at most 30% of spoken language in good conditions.[3]

23. Hearing disabilities can affect both speech and comprehension. People who are deaf or hard of hearing may also have speech disabilities due to their inability to hear and adjust their own voices. Poor literacy skills have been characteristic of the deaf population historically. While education programs now exist to teach deaf children to read and write in English, in addition to communicating through sign language, many deaf adults today are functionally illiterate. At present, about one in five deaf students who graduate from high school have reading skills at or below the second-grade level; about one in three deaf

---

[1] National Center on Deaf-Blindness; Receptive and Expressive Communication Receptive. Communication is the process of receiving and understanding a message from another person, regarded as input. Expressive communication is a message to another person intended to conveying feelings, wants, likes, dislikes, comments, regarded as output. For effective communication, both expressive and receptive communication must occur. See https://www.nationaldb.org/media/doc/ReceptiveExpressiveCommunication_Wjlpsmp.pdf

[2] National Library of Medicine: Some normative data on lip-reading skills, (L) Nicholas A. Altieri; Department of Psychology, The University of Oklahoma, 3100 Monitor Avenue, 2 Partners Place, Suite 280, Norman, Oklahoma 73072 and David B. Pisoni and James T. Townsend. J Acoust Soc Am 2011 Jul;130(1):1-4. doi: 10.1121/1.3593376. See https://pubmed.ncbi.nlm.nih.gov/21786870/

[3] Department of Psychological and Brain Sciences, Indiana University, 1101 E. 10th Street, Bloomington, Indiana 47405. See https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3155585/

students who graduate from high school have reading skills between the second and fourth grade level.  Compared to deaf students, hard of hearing students (i.e., those with mild to moderate hearing loss) fare better overall, but even mild hearing losses can create significant challenges for developing reading skills.[4]

24.    Many deaf people use sign language to communicate.  Approximately one million Americans are deaf, and half use sign language interpretation to communicate as their native language, making sign language the third most commonly used language in the United States, after English and Spanish.[5]  Sign language is a visual language performed with both hands and facial expression. Expecting a deaf person who communicates using sign language to have the ability to communicate in written or spoken English is like expecting a native English speaker to innately have the ability to read and speak Mandarin.  If a deaf illiterate person is asked verbally or in writing if they need a sign language interpreter as an accommodation, from a practical standpoint, it is as though the deaf person is not being asked at all.  That is because the means of asking the question "what accommodations do you need" is not effectively communicated.  To effectively communicate with someone who is deaf, their primary means of communication must be determined.  The person making this determination in a Jail setting should be specifically trained to assess a person's primary method of communication, such as an oral interpreter or cued speech interpreter.[6]

_____

[4] National Center on Special Education Research (NCSER), Special Education Research and Development Center on Reading Instruction for Deaf and Hard of Hearing Students.  See https://ies.ed.gov/ncser/RandD/details.asp?ID=1325.

[5] State of Rhode Island Commission on the Deaf and Hard of Hearing, Article entitled "What Is American Sign Language (ASL)?", http://www.cdhh.ri.gov/information-referral/american-sign-language.php.

[6] U.S. Department of Justice, Civil Rights Division, *Disability Rights Section.* Americans with Disabilities Act, ADA Business BRIEF: Communicating with People Who Are Deaf or Hard of Hearing in Hospital Settings.

25.     Once it is determined that a person primarily uses sign language to effectively communicate, sign language interpreters must be provided in settings like medical or dental care, legal proceedings, interviews, or educational programs where people meet in classrooms in groups and highly technical language is used, or new information is being taught.  The length, importance, or complexity of the communication determines whether an interpreter is necessary for effective communication.  Ensuring that the interpreter has the appropriate qualifications to interpret specific, highly technical language is as important as providing interpretation.

26.     The Sheriff's Department's policy and procedure for people with hearing disabilities is P.11, Incarcerated Persons Who Are Deaf or Hard of Hearing. That policy and procedure provides broadly that some type of "interpreting services" can be obtained, at subsection III, but Policy P.11 contains no requirement that Jail staff provide sign language interpretation at any particular time or for any particular interaction with an incarcerated person who communicates via sign language interpretation.

27.     Policy P.11 does not provide staff guidance about *who* is responsible at the Jail for arranging sign language interpretation.  The procedure also fails to define what it means by "non-emergency interpreting service requests" and provides only two examples of "emergency" situations, which leaves a staff member guessing about when to use the emergency interpreting service and when to use the other resources provided within the Policy.  Nor does the procedure provide staff any guidance about how far in advance they must arrange sign language interpretation to ensure an interpreter is present when needed for specific appointments.

28.     P.11 is overly vague, unclear, and insufficient.  Staff at the Jail are likely busy and have many responsibilities.  Providing clear, detailed written guidance in policies and procedures is essential to ensure that staff know how to accomplish those responsibilities, and specifically that they know how to

accommodate people with hearing disabilities through sign language interpretation. The Sheriff's Department's person most knowledgeable, Captain Kyle Bibel, testified that staff will sometimes communicate through another incarcerated person or potentially use staff who apparently know sign language interpretation. Captain Bibel provided no information was provided on the qualifications of the staff. No policy or procedure I reviewed outlines the qualifications required for interpreters that are incarcerated individuals. The ADA requires qualified interpreters. Lengthy educational paths and certifications are required to ensure that sign language interpreters possess qualifications required to interpret effectively, accurately, and impartially between two languages. It is unlikely that a Jail staff member or an incarcerated individual possess the technical background to interpret for medical or dental services. Furthermore, it can present a highly vulnerable position for the deaf individual when another incarcerated person translates for them or otherwise communicates for them in a Jail setting. Another incarcerated person may choose to intentionally cause harm through not providing the appropriate information attempting to be conveyed. Alternatively, another incarcerated person may learn sensitive information about the deaf person's alleged charges. Allowing other incarcerated people to communicate for deaf incarcerated people puts them at risk of exploitation or harm.

29.    The ADA applies to all medical programs and services, such as emergency care, inpatient and outpatient services, clinics, and educational classes. Wherever incarcerated individuals are interacting with medical staff, the Jail is obligated to provide effective communication. Effective communication, including sign language interpretation by a qualified interpreter, is particularly critical in health care settings such as medical, mental health, and dental treatment settings where miscommunication may lead to misdiagnosis, lack of informed consent,

improper or delayed medical treatment, or even death.[7]  Failing to provide effective communication could contribute to self-harm or suicide, if a person is unable to adequately communicate with a clinician about their mental health, and then is not placed under close watch when necessary.  Miscommunication can cause lasting, serious harm to a person.

30.     Similarly, hearings on discipline implicate a person's liberty and require effective communication.  Failing to provide effective communication could lead to a person's placement in a more restrictive housing situation, including one that places them in physical danger.  An in-person sign language interpreter is required for each of these situations under the ADA.  If in-person is not available, under certain circumstances, depending on the type of interaction and its complexity, interpretation through video remote interpreting (known as VRI) may be possible if supported by sufficient technology and internet bandwidth.

31.     Declarations from incarcerated people indicate that sign language interpretation is not in fact provided by the Jail for critical events.  Cristian Esquivel is a person who communicates via American Sign Language, but who cannot communicate adequately in written English.  Writing notes is not an effective way to communicate with a person who is illiterate, especially during  medical encounters that involve highly technical language.  Yet in January 2023, a Jail dentist pulled Mr. Esquivel's tooth without describing the procedure beforehand using a sign language interpreter.  Mr. Esquivel's declaration states that he had no idea the Jail dentist was going to pull his tooth before it happened, showing that staff failed to effectively communicate with him.  Mr. Esquivel also declares that he is not provided a sign language interpreter for communication with a mental health professional, which prevents him from conveying his mental health problems,

_____

[7] U.S. Department of Justice, Civil Rights Division, *Disability Rights Section. Americans with Disabilities Act, ADA Business BRIEF: Communicating with People Who Are Deaf or Hard of Hearing in Hospital Settings.*

including his own thoughts of self-harm.  These are some examples of the

significant harm that the Jail's inadequate policies, procedures, and practices can

cause.

32.    Similarly, the declaration of named plaintiff Josue Lopez indicates that

Jail staff did not provide him in-person sign language interpretation during medical

interactions at the Jail.  Sometimes the medical staff did not even write down what

was happening for Mr. Lopez.  One time when staff did provide Mr. Lopez an

interpreter for a mental health appointment, they cuffed Mr. Lopez, which prevented

him from using his hands to effectively sign with the interpreter provided.  And

often, custody staff placed Mr. Lopez in danger by communicating with him through

other incarcerated people.

33.    An effective policy on providing sign language interpretation for

people who are deaf and use sign language would require the Sheriff's Department

to provide sign language interpretation for  encounters affecting their liberty such as

classification or discipline hearings ("due process encounters"), medical and dental

appointments, and educational programs or meetings.  Such a policy must clearly set

forth who is responsible for booking sign language interpreters and under what

circumstances, and would require the Sheriff's Department to log each time sign

language interpretation is provided.  For example, I have reviewed the Orange

County Jail's policies and procedures for effective communication with people with

hearing disabilities.  Their procedures require 24-hour interpreting services for

"complex, confidential or important communication," including an enumerated list

of events:  intake and booking, classification meetings, orientation, the disciplinary

process, programming, discharge planning and release processes, and health and

mental health encounters.  Orange County's policies also prohibit using other

incarcerated people or Jail staff as interpreters except in exigent circumstances.  In

contrast, Defendants' policy P.11 includes none of these specific provisions that

ensure sign language interpretation is provided for critical due process and medical encounters.

34.    More generally, Defendants' policies and practices regarding effective communication with people who have hearing disabilities appear deficient.  None of Defendants' policies and procedures require Jail staff to identify, track, or use a person's preferred method(s) of communication.  As explained above, people with hearing disabilities do not all effectively communicate using written or spoken English as hearing people do.  It is important to track a person's preferred method of communication to ensure that staff, especially staff meeting that person for the first time, communicate through that preferred method.  It makes little sense for each new staff person to have to try to figure out how to best communicate with a person, and such an approach increases the likelihood that effective communication will not be achieved.

35.    The Sheriff's Department's tracking practices for people with hearing disabilities suffer from a similar failure to appreciate differences in disability and communication methods.  The roster of incarcerated people with disabilities at Central Jail identifies people with hearing disabilities by the term "HEARING DEFICIT/DEAF."  Captain Bibel, the Sheriff's Department's person most knowledgeable, testified that this catchall term is a "flag" in the Jail Information Management System, so that staff know a person has a hearing disability.  That flag fails to identify whether the person is in fact hard of hearing or deaf (which as explained are quite different disabilities that implicate different methods of communication), and further fails to provide any information on how to give primary consideration to the choice of aid or service requested by that person, as required by the ADA.[8]

---

[8] U.S. Department of Justice Civil Rights Division; ADA Requirements: Effective

36.    Defendants must revise their policy and should look to other jails' policies and procedures for guidance.  For example, the Orange County Jail's policy and procedure 8000.11 on Effective Communication clearly defines effective communication and states all staff must provide effective communication (which Defendants' policies do not do).  The Orange County policy also requires staff to track the incarcerated person's preferred method of effective communication (which Defendants' policies do not do).  The Orange County policy requires staff to document the form of effective communication provided during certain enumerated due process events (which Defendants' policies do not do).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, and that this declaration is executed at _Palo Alto_, California this 24 day of April, 2023.

_Syroun Sanossian_
Syroun Sanossian

---

Communication, Last updated: February 28, 2020, Who Decides Which Aid or Service Is Needed?  *See* https://www.ada.gov/resources/effective-communication/.

# TABLE OF CONTENTS

EXHIBITS TO THE DECLARATION OF SYROUN SANOSSIAN IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

| EXHIBIT | DESCRIPTION | PAGE NO. |
|---|---|---|
| A | Index of Documents Reviewed | 1 |
| B | Rock Mountain Detention Facility Inspection Report | 4 |
| C | San Diego Central Jail Inspection Report | 252 |

[4276367.1]

# EXHIBIT A

# INDEX OF DOCUMENTS
# REVIEWED BY SYROUN SANOSSIAN

| NO. | DOCUMENT NAME |
|---|---|
| 1. | Declaration of Tyrone Childs |
| 2. | Declaration of Matthew Ybarra |
| 3. | Declarations of Cristian Esquivel |
| 4. | Declaration of Kevin Martin |
| 5. | Declaration of Andre Andrade |
| 6. | Excerpts from Transcript of Deposition of Kyle Bibel, Person Most Knowledgeable, Taken March 15, 2023 |
| 7. | San Diego Central Jail Green Sheet, M.39.C.1: Disabled Inmates – Usage of Lower Bunks Lower Tier |
| 8. | Medical Services Division Policy MSD.I.3: Intake Receiving/Screening Assessment |
| 9. | Medical Services Division Policy MSD.F.1.2: Lower Bunk/Lower Tier |
| 10. | Detention Services Bureau Policy and Procedure I.22: Lower Bunk / Lower Tier Assignment |
| 11. | Detention Services Bureau Policy and Procedure M.9:  Receiving Screening |
| 12. | Detention Services Bureau Policy and Procedure M.39: Disabled Incarcerated Persons |
| 13. | Detention Services Bureau Policy and Procedure P.11: Incarcerated Persons Who are Deaf or Hard of Hearing |
| 14. | Rock Mountain Detention Facility Construction Documents (bates SD000001-SD000080) |
| 15. | San Diego Central Jail Construction Documents (bates SD 000432 - SD 000450, SD000454-466) |
| 16. | San Diego Central Jail Roster of People with Hearing and Mobility Disabilities, Produced 03-03-2023 (bates SD 000451-SD 000453) |
| 17. | San Diego Central Jail Roster of People with Hearing and Mobility Disabilities, Produced 03-10-2023 (bates SD 000467-SD 000469) |
| 18. | 2016-2018 BSCC Biennial Inspection Report |
| 19. | 2018-2020 BSCC Biennial Inspection Report |
| 20. | Summary of 2020-2022 BSCC Biennial Inspection Report |
| 21. | Orange County Sheriff's Department CCOM Policy 8000 Inmates with Disabilities |
| 22. | Plaintiffs' Notice of Deposition of San Diego Sheriff's Department Pursuant to Fed. R. Civ. P. 30(b)(6) |
| 23. | Declaration of Victor Medrano |

**Ex. A-2**

# INDEX OF DOCUMENTS
# REVIEWED BY SYROUN SANOSSIAN

| NO. | DOCUMENT NAME |
| --- | --- |
| 24. | Declaration of Randall Rosier |
| 25. | Declaration of Nierobi Kuykendall |
| 26. | Declaration of James Kingery |
| 27. | Declaration of Maurice Littlejohn |
| 28. | Declarations of James Clark |
| 29. | Declaration of Alberto Fuentes |
| 30. | Declaration of Lisa Landers |
| 31. | Declaration of Stephon Butler |

**Ex. A-3**

# EXHIBIT B

# ROSEN BIEN GALVAN & GRUNFELD LLP



# CASp ASSESSMENT ROCK MOUNTAIN DETENTION FACILITY



**April 20, 2023**

Ex. B-5



# Table of Contents

**Background and Findings**                                                     **2**

**Applicable Standards**                                                        **3**

**Overview**                                                                    **4**

**Site Inspection**                                                             **4**

    **1. Accessible Route**..............................................................**6**

    **2. Intake Area:**.................................................................**7**

    **3. Medical Unit Dormitory Housing, Medical Isolation Rooms, Treatment Rooms, and Exercise Areas** .......................................**11**

    **4. Housing Units 1, 4 and 7** ....................................................**14**

    **5. Communication Features Accessible for People with Hearing Disabilities** .............................................**18**

**It is Unclear if the Sheriff's Department is Providing Enough Cells Designated for Wheelchair Users**                                          **18**

**Permitting Concerns**                                                         **20**

**Methodology**                                                                 **20**

    **1. Summary and Analysis** ......................................................**21**

    **2. Barrier Data Records** .......................................................**21**

**Barrier Severity Ratings (BSR)**                                              **22**

**Report Format – Definitions**                                                 **23**

**Barrier Records**                                                             **26**

**Reference Drawings**                                                          **238**



## Background and Findings

Findings contained in this report are the result of a February 10, 2023 site inspection of Rock Mountain Detention Facility performed over an 8-hour time period by two Certified Access Specialists (CASp) representing SZS Engineering Access Inc. The inspection assessed Rock Mountain's compliance with the Americans With Disabilities Act ("ADA"), as Defendants San Diego County and the San Diego County Sheriff's Department ("Defendants") have represented that Rock Mountain will, in the future, be the primary San Diego County detention facility for incarcerated people with mobility disabilities. Defendants, through counsel, escorted the two SZS CASp specialists and identified the areas for inspection during the site visit. Defendants were accompanied by their expert, Paul Joelson.

Our inspection found:

(1)    Rock Mountain is a construction site and many ADA features had not even been installed as of our inspection. We must inspect the facility again once Rock Mountain is completed to verify compliance.

(2)    The ADA features that Defendants had installed were often incorrectly placed and non-compliant with the ADA.

(3)    Not a single cell or housing unit designated as accessible that we inspected complies with the ADA. Nor was a single shower designated for people with mobility disabilities compliant with the ADA.

(4)    The physical construction at Rock Mountain does not match the plans in the Rock Mountain construction documents provided for the inspection.

(5)    Based on the construction documents, the Sheriff's Department can house no more than one or two people who use wheelchairs in each module. Ensuring Rock Mountain provides sufficient space for all incarcerated people in wheelchairs requires detailed plans comparing the available space with the number of wheelchair users in the Jail system. I have seen no such plans.

For each barrier identified in the barrier data record portion of the report (which follows after this narrative), we include a proposed solution to remediate the barrier and achieve compliance.


The time for Defendants to implement those solutions is now, before the current construction at Rock Mountain is completed and the Sheriff's Department transfers people into the facility. The County needs to devote as many resources as possible to alter the facility to comply with the ADA. As one way to facilitate that effort, the County can make use of their Rotating On-call Consulting list[1] used for engineering and capital projects, from which pre-approved architects, engineers and ADA access compliance experts can be drawn and quickly retained to fast-track such projects.

Defendants should use pre-approved professionals at their disposal to move as quickly as possible to complete alterations to provide ADA compliant intake, medical, housing, and holding cells in this facility. If appropriate resources are deployed, this work should be able to be completed within a year. Once people move into the facility, later renovations will become much more difficult and costly.

## Applicable Standards

Title II of the ADA applies to government entities, including Defendants, and prohibits a public entity from denying an individual with a disability access to the entity's programs, services, and activities, and from discriminating against an individual with a disability. In 2010, the United States Department of Justice published revised ADA regulations that set the enforceable accessibility standards. These 2010 ADA Standards are comprised of (1) DOJ's 2004 Americans with Disabilities Act Accessibility Guidelines ("2004 ADAAG"), which are located at 36 CFR part 1191, appendices B and D; and (2) the ADA Title II regulations located at 28 CFR part 35.151. The regulations at 28 CFR part 35.151 prevail in the few places where the two sets differ.[2] The 2010 ADA Standards apply to all facilities altered after 2012, thus including Rock Mountain, which the Sheriff's Department did not begin altering until after they acquired it in 2015. Any alterations at this point must comply with current standards for new construction.[3]  As a result, the Rock

---

[1] See https://www.sandiego.gov/ecp/about/contracting/consultant/rotationlist

[2] U.S. Department of Justice 2010 Standards for State and Local Government Facilities: Title II, p. 7

[3] See 2010 ADA Standards, Section **202.3.1 Prohibited Reduction in Access.** An alteration that decreases or has the effect of decreasing the accessibility of a building or facility below the requirements for new construction at the time of the alteration is prohibited. Citation is identical in California Building Code Section 202.3.1

**SZS**
ENGINEERING

Mountain facility must meet the 2010 ADA Standards to comply with the ADA.

## Overview

We inspected the following areas at Rock Mountain: the pedestrian path from the arrival point in the sallyport to the pedestrian entrance at Intake; the Intake holding cells designated as accessible; areas in the Medical facility within Building 7 designated as accessible; and housing areas in Houses 1, 4, and 7.

Prior to the site visit, the Sheriff's Department produced construction documents for Rock Mountain. The construction documents produced on January 31, 2023 and bates stamped SD000001-000080[4] show the cells and other physical elements the Sheriff's Department intends to make accessible for people with mobility disabilities. Defendants produced no other documents and no written explanation for how many people with disabilities will be housed at Rock Mountain. The construction documents do not appear complete, as we received only 80 pages, and typical construction plans exceed 450 pages. Those plans typically include a separate document referred to as the Specifications in which each type of shower seat, grab bar, or other ADA features intended to be installed are described in detail. I also understand that Defendants have no written policies or procedures for housing people with disabilities at Rock Mountain.

## Site Inspection

At the time of the site visit, construction was not complete. Many elements such as toilets, lavatories, service sinks, drinking fountains, desks, phones, and tables had not yet been installed. Defendants' counsel indicated that the

---

[4] Throughout the construction documents, the term "handicapped access" is used to describe the scope of work, which is outdated and has a negative connotation. The documents also label many areas designated as accessible using the acronym "HC," which presumably stands for "handicapped." At Rock Mountain, we observed that the ADA-designated holding cell in the discharge area had a sign by the door labeling it "HC Holding Cell." Congress prohibits use of the term "handicapped" in congressional documentation. California Vehicle Code §22511.9 prohibits the use of the word "handicapped" in parking-related signage. This kind of lapse is especially concerning in construction plans and alterations allegedly intended to improve access for incarcerated individuals with disabilities.

Sheriff's Department is estimated to complete renovations in spring/summer 2023, although there is no set completion date, and we are already in spring. Some physical elements in the facility were marked with installation dates from 2021, even in cells that remained unfinished, which indicates little construction progress since 2021. We were provided with hard hats and other protective clothing during the inspection.

On the date of the tour, much of the work was incomplete, and we did not observe active construction. The Sheriff's Department has represented that missing elements, such as toilets and sinks, have been ordered, but we have received no documentation about when those fixtures were ordered or when they will arrive. We also have not been able to review the Specifications document that is required to accompany a complete set of construction documents. This document would allow us to review the chosen plumbing fixtures for compliance with the ADA.

  

Given the size of the facility and the unfinished state, we could not fully assess all elements in each area we were allowed to access. A subsequent inspection is necessary to assess the missing elements in those areas we inspected, once they are installed. Nor were we able to inspect Houses 2, 3, and 5, all of which will include cells and other elements for people with mobility disabilities based on the construction documents. The Sheriff's Department represented on the tour that the housing units within Houses 1, 2, 3, 4, and 5 are identical. Accordingly, our findings that the housing units in Houses 1 and 4 were not identical and not compliant strongly suggests that the housing units in Houses 2, 3, and 5 are also non-compliant. Considering the level of non-compliance identified in this single-day inspection, a full inspection of the entire facility is necessary to conduct a comprehensive compliance review. This review would also assist the County in ensuring that the public funds spent on this scope of work are applied as intended.



Below, we provide a narrative summary of the major issues with each element of the facility that we were able to inspect.

## 1. Accessible Route

The ADA requires an accessible route from points of arrival to the building entrance and features throughout the facility. At Rock Mountain, the route that incarcerated people take into the facility was not accessible, primarily due to cross-slopes that hinder travel forward for people in wheelchairs and could cause wheelchairs to tip over.

Physical elements within a facility can only be accessible to and usable by people with disabilities if they are connected to an accessible route. Given the limited time for our site inspection, our inspectors could not take measurements within the comprehensive accessible route that connects each area inspected. The limited parts of the accessible route that we were allowed time to inspect are discussed in the report.

We first inspected the point of arrival for incarcerated individuals. Rock Mountain is not a booking facility. As such, incarcerated individuals with disabilities will be transferred to Rock Mountain from other facilities. The transport vehicle should be a wheelchair accessible van. The individuals would then exit the van by way of a deployable wheelchair ramp and travel via wheelchair or pedestrians into the facility and to Intake.

The concrete walkway leading from the sallyport (the secure entry to the Jail) into the intake area is excessively sloped, which violates ADA standards and is dangerous for incarcerated people with mobility impairments entering the facility.

The sallyport surface is primarily asphalt with a pedestrian path continuing from the drop-off point through a sloped concrete walkway that provides vertical access to the loading dock surface. A significant change in level must have been present between the asphalt surface and new sloped concrete walkway. The change in level was corrected by patching  the asphalt (see photo above). Although the patch was firm, stable and slip-resistant, the slope was extreme (exceeding 11%) and does not constitute a safe, accessible route—even if handrails were later installed.

SZS
ENGINEERING

Furthermore, the entire asphalt surface in the sallyport was sloped. The asphalt surface that meets the new concrete surface cannot be considered a level landing, which would be required at the bottom of an accessible ramp.

The running slope of the concrete walking surface was identified as compliant, but the cross slope exceeded 2.0% in multiple areas, including at the turning space at the top of the sloped walkway where pedestrians turn 90 degrees to reach the loading zone, then turn another 90 degrees to travel to the facility entrance. This transition in the walking surface to the loading dock surface was characterized by a horizontal gap of 1" with an additional vertical surface discontinuity (trip hazard) of 5/8" high between the new sloped concrete walking surface and the existing loading dock surface. The concrete surface appears to be new to the facility, although alterations to provide an accessible route were not shown in the plans provided for review prior or during this site visit.

The walking surface within the loading dock was identified with large quantities of bird droppings along covered walkway surface, which results in a walking surface that is not firm, stable and slip-resistant, as is required. Barriers to access in violation of the ADA identified in path of travel from the point of arrival to the facility entrance include:

- Non-compliant cross slopes that hinder forward travel for people using wheelchairs or can cause wheelchairs to tip when slopes are extreme,

- Horizontal opening and vertical change in level,

- Extensive bird droppings reducing slip-resistance and possibly introducing disease vectors,

- Severed steel rods with sharp edges protruding from concrete walking surface and creating horizontal openings where rods were removed,

## 2. Intake Area:

We inspected the intake area, including the holding cells where incarcerated people will be housed during intake. **Our inspection found that the intake holding cells included no compliant benches or**



**toileting areas, and benches were installed in front of intercom systems—blocking access. Nor was the intake shower with roll-in access in fact accessible for people who use wheelchairs.**

No seating or similar elements that are typical in waiting areas at Intake were installed at the time of the site visit. At a later date, compliance should be verified. The circulation route within the entrance lobby and corridor were identified with multiple fixed service counters, each of which may serve different activities.

Each counter protruded more than 4" into the accessible route and the surface height of each counter was outside of the accessible range for people who are short, or for those who use wheelchairs or similar mobility assist devices, such as walkers and canes.



We inspected multiple holding cells and one accessible shower (roll-in or alternate roll-in type) in the intake area. New benches were installed in the holding cells. Although at least one bench per holding cell was identified with accessible dimensions and seat height, they were not compliant. No clear floor space was provided parallel to the bench to allow safe transfer from a wheelchair as shown in the figure above. Transfer space adjacent to at least one bench is required by the 2010 ADA Standards in Section 807.2.2.[5] Another significant barrier to access in the holding cells was identified where fixed benches were installed in front of intercom control mechanisms blocking required clear floor space. This makes it very difficult or impossible for some people who are short of stature or who use a wheelchair to access and use the intercom, such as to call for help in a crisis.

---

[5] 2010 ADA Standards for Accessible Design (2010 ADAS). Prior to the 2013 triennial cycle update of the California Building Code ("CBC"), Section 11B was updated to harmonize with the new requirements and numbering system contained in the 2010 ADA Standards. Where the ADA Standards are cited in this document with no CBC citation, the two are identical. In other instances where the CBC contains more stringent access compliance requirements, the CBC will be cited independently. The most stringent of the two governs.



Although the Sheriff's Department provided toileting areas in the holding cells identified as accessible, they are not compliant with the ADA or the California Building Code ("CBC"), which contains even more stringent requirements. The plumbing fixtures appeared to be at the end of their life cycle with rust, leaks, and other apparent signs of wear, which is notable for a facility that is being altered to open to people in County custody. Lavatory fixtures lacked compliant knee clearance and where some privacy walls had been removed to increase accessible maneuvering clearance at toileting fixtures, other remaining privacy walls reduced required maneuvering clearance at toilets, resulting in non-compliant transfer space. In other locations, privacy walls were moved but not far enough to comply. Toilet paper dispensers were also either non-compliant or not provided.

All of these barriers are a violation of the ADA and will make toileting much more difficult for some, and will pose a safety risk for other people who use wheelchairs where maneuvering or transfer space is non-compliant. Privacy walls surrounding toileting facilities in some holding cells were also not altered to provide required front transfer space or at least 44-inches of clear width between privacy walls at openings in the accessible route to accessible toilet compartments[6].



Grab bars in toileting areas and the showers inspected were equipped with infill plates as a ligature resistance measure, but the plates obstruct approximately 25% of the gripping surface. This will not allow a person to fully grip the bar firmly which can lead to poor hand placement, slipping and falling during use. Grab bars are important both for incarcerated people who use wheelchairs and those who use canes, walkers, and other mobility assistive devices, as well as for those with vertigo or similar medical conditions. See figure at left provided by the federal Access Board[7] showing a compliant infill plate that provides both ligature resistance and a compliant gripping surface. The red infill plate illustrated

---

[6]  CBC 11B-604.3 and 11B-405.3.1 Clear Width, Exception 5.

[7]  Great Lakes ADA Center, Detention and Correctional Facilities Presentation by Bill Botten and Scott Windley entitled 01-16-20-Inmates-and-Visitors, slide 37.

in the diagram shows what was identified at grab bars in this facility. The location of the infill plate is in violation of ADA 609.3[8] requiring any projecting object below and at the ends to be a minimum of 1-1/2" below the bars so as not to obstruct the gripping surface.

Shower replacement was part of the scope of work identified in the construction documents. Three new showers were identified in the shower room, including one roll-in shower and two standard showers defined as transfer showers (36-inch x 36-inch dimensions), which are prohibited from use in detention facilities[9] as accessible showers.

The roll-in shower intended to be accessible was identified with numerous ADA violations including a non-compliant entry threshold, shower floor slope, seat proximity to entry, seat dimensions, showerhead spray unit, and grab bars. The shower constructed varied widely from the shower shown in construction documents.

The proximity of the shower seat to the shower entry is crucial to avoid dangerous falls when transferring, which is one of the most vulnerable positions for people who use wheelchairs, from a safety perspective. Where the seat is not located within 3" of the shower entry as required under the ADA[10], the user is forced to straddle the threshold over a gap when transferring to the seat, which can pose a safety risk. In addition, the length of reach over the seat required to grasp the grab bar used to assist in transfer can become excessive, and for some, may exceed their reach range. The maximum allowable reach range over an obstruction is 24-inches[11] and the oversized shower seats installed exceed that depth. In this shower, the seat is not only further than 3" from the entry, but it is encased in a frame that extends 5" perpendicular to the seat wall—essentially encasing the seat in a cabinet that a person transferring must maneuver around to safely reach the seat.

---

[8] See also CBC 11B-609.3.

[9] See CBC 11B-608.2.1. These 36-inch x 36-inch showers are intended to function as showers for standing persons, which excludes many people with disabilities from use. Medical conditions are the most common limitation that people with disabilities live with and in a shower with wet conditions, the potential to slip and fall is greatly enhanced.

[10] Also see CBC 11B-610.3

[11] See ADA 308.3.2 and CBC 11B-308.3.2 Obstructed high reach.



The cabinet should have been recessed into the shower wall, or another type of seat could have been installed to comply. Showers shown in the construction documents indicate max. 3" of space between the shower entry and seat surface, which does not correspond to what was found on site. **That fact undermines any confidence that the construction documents, including for those areas we could not inspect, reflect the physical features actually constructed on site.** These ADA violations could be due to errors or omissions in the full set of construction documents, a lack of corrections within the legally mandated plan review process[12], lapses in building inspection and oversight, or construction errors, among other issues.

In many instances, lavatories, toilets, service sinks and drinking fountains were removed during construction and not yet installed in the holding areas. Compliance could not be verified.

### 3. Medical Unit Dormitory Housing, Medical Isolation Rooms, Treatment Rooms, and Exercise Areas



We inspected several spaces within the medical unit at Rock Mountain, including dormitory housing, isolation cells, treatment rooms, and the recreation space. **We found that none of the beds, showers, toilets, sinks, tables, treatment rooms, or exercise areas complied with the ADA. Many ADA features were missing.**

Dormitory housing in the medical unit consisted of spaces with fixed tables and platform beds which were not provided with mattresses. Dormitory housing was equipped with fixed tables, but no wheelchair accessible seating was provided at these fixed tables, as shown in the photo above right. The open space between fixed stools was too narrow for a wheelchair to pass through.

Platform beds lacked a surface at the same height as wheelchair seats that allows users to safely transfer between the two surfaces. The beds

---

[12] See California Health and Safety Code §18944.



in this unit were lower than the 17" to 19" standard range. That means that a user in the bed must transfer uphill to reach their wheelchairs, which may not be possible for many users, and unsafe for the rest. Providing assistance to an incarcerated person in transferring to and from a bed can also present a burden to Sheriff's Department staff and create a potential for dropping individuals who are incarcerated, which can lead to injury. This potential for injury is a legitimate safety concern.

In the medical dormitory housing, the only lavatories installed were located in the circulation path to the sanitary facilities with no protection for blind or visually impaired pedestrians who will make body contact with the protruding lavatories before they can sense them with a navigation cane, potentially sustaining physical injury. In other locations, lavatories and toilets were missing. Compliance could not be verified.

Some showers that we inspected had non-compliant entry thresholds that will prevent many individuals who use wheelchairs from entering the shower. These non-compliant changes in level can constitute trip hazards for all users. The shower in Dormitory 2060 underwent refurbishment as part of the current scope of work and was measured with dimensions of 41-1/2" wide at the shower opening. That is not compliant under 1991 ADA Standards (ADAAG) or the 2010 ADA Standards for roll-in showers required to have at least a 60" wide opening at the entry.

This shower is likely to have been designed under outdated California shower design dimensions that violated 1991 ADA standards. Even so, this shower did not comply with California shower requirements in place at the time of construction. In violation of the ADA, no shower seat or grab bars were provided and the showerhead was not accessible. Showerhead spray units must be mounted close enough to the seat to grasp by a person sitting without forcing them to lean forward, which can result in a fall. The shower spray unit must also be on a minimum 59-inch long hose so that the user can reach their entire body using the unit in either a fixed-position or as a hand-held spray unit as required by 2010 ADA 608.6. Levels of dexterity vary greatly from one disabled person to another, necessitating the two options for showerhead spray unit location and use.

Other showers in the medical facility were identified with elements protruding from the wall that obstruct use of the grab bar at the exact location where users must grasp the bar fully to transfer to the seat.

SZS
ENGINEERING



The construction documents include no plan to alter the dental examination room to comply with the ADA. No wheelchair accessible route to the dental chair was provided, no required min. 30-inch x 48-inch wheelchair space was provided adjacent to the chair, and no required min. 60-inch maneuvering space was provided in the treatment area.

Exam rooms such as the room shown at right in photo were empty other than a sink and counter. No exam tables or other essential equipment were installed at the time of the site visit, which will affect maneuvering



clearances and clear floor space required by the ADA. A wheelchair requires at least a 30-inch x 48-inch clear space adjacent to pull up to the side of an exam table to allow transfer from the wheelchair to the table. The minimum 60-inch maneuvering space required in the room allows a wheelchair to be maneuvered into the clear floor space adjacent to the table. ADA compliance in these rooms could not be verified with these essential elements missing. These spaces should be assessed for compliance in the future when exam tables and associated equipment is in place.



The exercise yard serving the medical facility had no lavatory and the toilet fixture was not connected to the wall as shown in the photo at left. Caution must be taken during the installation of plumbing while in this instance, and in other locations in the facility, the existing wall opening where a lavatory appears to be planned for installation would result in maneuvering clearance at the toilet of less than 60-inches, which is an ADA violation.

Additional spaces in the medical facility were assessed and found to have non-compliant fixtures, maneuvering clearance and reach ranges for controls and mechanisms.


## 4. Housing Units 1, 4 and 7

We assessed housing units within buildings 1, 4 and 7 during this site visit. Buildings 1 and 4 each include multiple housing units, where building 7 includes one housing unit. **We did not find any of the cells designated for wheelchair users to comply with the ADA, nor did any of the showers in those housing units comply with the ADA, as detailed below. There is no safe and compliant housing for people in wheelchairs at Rock Mountain.**

For the housing units, the construction documents lack dimensioning generally required for approval. Dimensioning in these documents is especially necessary for the contractor to ensure that fixtures are installed to comply. In this case, where the construction documents details suggested that the fixtures would comply, those same controls, mechanisms or fixtures show in construction documents with compliant dimensioning, reach ranges, etc. were **not** installed to comply. The Sheriff's Department failed in executing the intent of their design professionals.

With the building still under construction, ADA signage provided at permanent rooms and spaces was inconsistent. The construction documents designated certain housing cells as accessible in housing units 1, 4 and 7. We assessed each of those cells during this site visit. These cells designated for individuals who use wheelchairs had major accessibility problems:

## A. Lavatory Depth

Lavatories in cells were located adjacent to the cell entrance door. No dimensioning of the wall depth was shown in the construction documents for these spaces, although on site, it was established that many of these spaces were not deep enough to accommodate a lavatory. For example, the minimum lavatory depth required in the ADA is 17 inches, but in as many as half of the cells identified as accessible, the wall depth was 13 to 14 inches. This does not comply with ADA standards. Once the lavatory (which was missing during our visit) is installed in these locations, it will encroach into the required clear width at entry doors, potentially blocking the entrance.



This ADA violation is significant and can only be remediated by moving walls, which is a common practice when rehabilitating pre-ADA structures of similar design and materials. No technical infeasibility exists in the Rock Mountain facility which would involve moving structural elements. Walls are certainly structures, but the structural supports in the corners of each cell bear the actual load; the walls can be moved. The load that the walls currently bear can safely be deflected to new walls in new positions to open up additional space necessary to provide wheelchair access. This common design solution can be applied throughout the entire facility.

## B. Toilet Transfer Space

The 2010 ADA Standards require maneuvering space of at least 60-inches wide x 59-inches deep at a wall-hung toilet. People who use wheelchairs need that space to transfer to a toilet using one of three (3) ways, (side, diagonal, or front transfer), depending on their type of disability. Each type of transfer space requires a minimum clear floor space to fit a wheelchair of 30-inches x 48-inches. The additional requirement to provide an 60-inch turning space in toilet rooms allows a wheelchair to be maneuvered into the transfer space. Toilet depth varies per toilet fixture which means that a toilet model can determine whether front transfer is possible under the ADA.

In California, the ADA is a floor, not a ceiling. The ADA does not override state and local laws intended to protect public health and safety, except where such laws conflict with the ADA. Additional safety measures are not a conflict. Many requirements contained in the California Building Code (CBC) provide greater coverage than their federal counterparts under the ADA. This is such an instance. Toilets in California are required to have front transfer space under CBC 11B-604.8.1.1.3.

All holding cells and housing cells visited were measured with less than 48-inches of front transfer space between the toilet rim, housing cell bed or toileting area privacy wall. No dimensioning of front transfer space was shown in the details contained in the construction documents to comply with California law. This lapse will make it difficult or even dangerous for people in wheelchairs to safely perform toileting if, due to their disability, front transfer is the only option. The simple fix

SZS
ENGINEERING

for this barrier to access is to install toilets that are not so elongated that they reduce required front transfer space limited by the fixed beds. The toilets appeared to have exceeded their life cycle in any case. Replacement now could reduce the time and cost of future plumbing maintenance and repair for jail staff while improving access for incarcerated individuals.

## C. Privacy Wall Relocation

In some instances, existing privacy walls (half walls) were shown in construction documents to be moved to provide required maneuvering clearance at plumbing fixtures (toilets, lavatories, etc.). Measurements during the site visit showed that in many instances, the walls had been moved, but not enough to achieve compliance.

## D. Showers



ADA violations described in showers provided earlier in this report were similar to those identified for use in shared dayroom settings serving housing cells. The photo at right shows an example of a shower with a seat that is not only more than 3 inches from the shower entry, but the seat is behind a wall as the shower was constructed in an alcove, which is not shown in the construction documents. This shower seat was shown as flush with the back wall in the construction documents. In the as-built configuration, an incarcerated individual cannot align their wheelchair with the seat wall and seat to safely transfer. Other violations included non-compliant thresholds, sloped floors, shower controls outside of accessible reach range, and a lack of hand-held shower spray units. Some showers had housing covering the mechanical parts for shower controls located just above the grab bar that protruded several inches, which blocks use of the bar. The ADA prohibits any object above a grab bar within 12 inches because it reduces usability of the grab bar.

Portions of the path of travel between these housing units were identified as a gated, sloped concrete paths of travel. These paths did

SZS
ENGINEERING

not comply with the federal accessibility standards[13], even those in place as of 1978 when the facility was built. As described above, an accessible route is the first element in an accessible facility. During the decision-making process to take back this facility, the Sheriff's Department should have conducted due diligence in the form of a feasibility study (needs assessment study), particularly as the Sheriff's Department states it intends to house many or all incarcerated males in wheelchairs at Rock Mountain. No such study has been produced to Plaintiffs.

Although the slopes measured were within the requirements for pedestrian ramps, no handrails or level landings were provided at locations where a maximum of 30-inches of rise exists in intermediate locations, or at the top and bottom of the ramps. Chain link gates at the entry points lacked smooth bottom surfaces which allow people in wheelchairs to safely push open the gates without experiencing trapping conditions, and no level landings required at all doors and gates in an accessible route were provided.

## E. Intercom Controls in Cells

Construction documents provided for review contain sheet ACC 5.3 (Bates Number SD 000027) which provides general accessibility construction details, but this sheet lacks a detail (graphic instructions) for the compliant installation of intercom controls that inform the contractor of the requirements to install the intercom control buttons within accessible reach range. In actuality, the control buttons for intercoms were installed at various heights in various housing cells, dormitory housing in the medical facility, and toilet rooms. Many of these intercom control buttons were identified outside of compliant reach ranges. Such a lapse could have easily been corrected in a formal plan review process, but was not.

---

[13] The Rehabilitation Act of 1973, Section 504 which applied to federally funded facilities such as this prison formerly constructed and operated by the federal government. See dor.ca.gov. Additionally, the Uniform Federal Accessibility Standards (UFAS) of 1984 which also applied. See access-board.gov.

**SZS**
ENGINEERING

### 5. Communication Features Accessible for People with Hearing Disabilities

In the construction documents and our site visit, we observed no cells with communications features accessible for people with hearing disabilities. Under the ADA, at least 2 percent of all holding cells and housing cells must provide communication features for the deaf and hard of hearing.[14] These required features include emergency alarm systems with strobes in addition to horns, if individuals are able to exit on their own, or other two-way communication systems that provide both audible and visual information for those who cannot hear. These systems were not only missing, but there was also no information in the construction documents describing how alterations to the facility would ensure that people with hearing or speech disabilities could communicate using required features.

## It is Unclear if the Sheriff's Department is Providing Enough Cells Designated for Wheelchair Users

The available documents also indicate that, even if the ADA-designated cells at Rock Mountain were ADA compliant, which they are not, the Sheriff's Department does not have enough such cells to move all people in the Jail system who use wheelchairs into the Rock Mountain facility.

San Diego County's budget plans for 2021-2022 and 2022-2023 indicate that the County has allocated funding for staffing at Rock Mountain to allow the opening of only three (3) of the seven (7) housing units.[15]  Staffing only three of the housing units at Rock Mountain will provide fewer than half of the cells indicated in construction documents as intended to provide mobility features.

Based on the Jail population and the percentage of incarcerated people likely to have a mobility disability, the Sheriff's Department likely needs to have many more ADA-compliant cells than it plans to provide at Rock Mountain.

---

[14] See 2010 ADA Standards, Section 232.2.2 Cells with Communication Features. At least 2 percent, but no fewer than one, of the total number of general holding cells and general housing cells equipped with audible emergency alarm systems and permanently installed telephones within the cell shall provide communication features complying with 807.3

[15] County of San Diego (CAO) Recommended Operational Plan for Fiscal Years 2021-2022 and 2022-2023, p. 76-77.



Under the ADA, the Sheriff's Department must provide a minimum of 3% of cells including mobility features accessible to a person in a wheelchair or with other various mobility impairments.  However, that is a minimum.  Where populations exceed 3%, meeting the need will require more accessible cells than the minimum standards require. To prevent discrimination and comply with the ADA, the Sheriff's Department must meet the needs of the actual Jail population.

As of the completion of this report, the Sheriff's Department has not provided rosters identifying the entire population of incarcerated people in the Jail system who use wheelchairs or similar mobility assistive devices and require cells with mobility features.  Without such information, it is not possible to determine whether the Rock Mountain cells being altered to provide mobility features will—if further altered to comply with the ADA—suit the needs of the existing population of incarcerated individuals with disabilities, or future needs of individuals yet to be incarcerated or who become disabled while incarcerated. It is likely that both Rock Mountain and Central Jail will both be used to house people with disabilities into the future.

Available statistics indicate that it is likely that the Sheriff's Department must provide more than the minimum number of cells to serve its population.  The Bureau of Justice Statistics conducted a Survey of Prison Inmates in 2016[16], with the findings published in March 2021. This survey included incarcerated individuals located at state and federal detention and correctional facilities. Nearly 2 in 5 (38%) of these individuals self-reported a disability, with 12% of incarcerated people reporting an ambulatory disability. A similar study also including local jails found that a similar percentage of incarcerated individuals reported a mobility disability[17].

Based on those percentages, the Sheriff's Department should not rely on the minimum ratios for accessible cells contained in the ADA (3%) to meet the actual needs of people incarcerated in the Jail system. Ensuring that the Sheriff's Department has enough accessible cells—once the barriers identified in this report are remediated—requires detailed plans comparing

---

[16]https://bjs.ojp.gov/library/publications/disabilities-reported-prisoners-survey-prison-inmates-2016#additional-details-0

[17]https://bjs.ojp.gov/library/publications/disabilities-reported-prisoners-survey-prison-inmates-2016#additional-details-0

**SZS**
ENGINEERING

the population of those needing accessible cells with the available accessible cells.  I have seen no such plans.

## Permitting Concerns

The construction plans provided also contain no evidence that the plans have been approved by a county plan reviewer or other third party plan review entity regulating compliance. When public funds are used for construction or alterations of public buildings, the facilities must comply with state laws requiring access.[18] No permit log or official stamp from the State Fire Marshal, County Planning and Building Department or other pertinent state, local or third party entities were found on the construction documents. The apparent lack of oversight could be one cause for the lack of compliance shown both in the construction documents and found in our site visit.

We also found no evidence that the Sheriff's Department has submitted its plans to the State of California Board of State and Community Corrections ("BSCC") for a needs assessment study, which could have assisted the Sheriff's Department, their design professionals and administrators to ensure that the Rock Mountain facility meets the current and future needs in housing incarcerated individuals with disabilities.

## Methodology

To provide guidance for the reader, we explain our methodology and the format of the report that follows. During our February 10, 2023 inspection, we captured images of each physical element identified in this report in HD digital photos and took manual measurements to establish as-built conditions. We provide digital photographs corresponding with each barrier to access. Technical data can be interpreted more efficiently with a visual component. The photos provide a clear connection between the technical data described in each barrier data record and the physical barrier to access identified. We present both narrative and technical findings. We document physical barriers to access identified during the field investigation process in two ways:

---

[18] California Code of Regulations, Title 24, Title 1 Chapter 5, Article 1 Compliance Procedures, 5-101.

SZS
ENGINEERING

## 1. Summary and Analysis

Above, we provide a narrative analysis of findings that describes particular barriers identified in the following records to explain the findings for atypical situations or an overview of common errors and omissions. The intent of this information is to provide a discussion on the functionality of physical elements. Understanding building function and usage is essential when interpreting the findings held in this report. The narrative is intended to facilitate this process.

## 2. Barrier Data Records

Individual barriers to access are entered into the ADA Access Compliance database so that technical information on each individual barrier can be provided in a barrier data record. These barrier data records provide detailed information including digital photographs of each barrier identified, code references that determine the barrier to access, as-built measurements, barrier severity ratings, budgetary cost estimates, and recommended solutions for barrier removal. A priority for barrier removal will be assigned in the final report after construction is complete and an additional inspection occurs. The information is formatted with two barriers on each report page.

In addition to ADA compliance, the Sheriff's Department must comply with state law, including the CBC. The barriers identified in this report reflect the requirements from the 2010 ADA Standards and California Code of Regulations/Title 24. These Standards are not identical. This report is based on the most stringent requirements taken from both Standards. While the ADA prohibits discrimination as a civil rights law, the California Building Code (CBC) provides scoping and technical requirements that are more descriptive than the design guidelines contained in the 2010 ADA Standards. Many of these CBC access compliance requirements have been in place since 1981. The requirements are updated every three years with the triennial code cycle that is an industry wide practice. That process allows for more frequent change on the state level that responds to the needs of the disabled than is possible on the federal level. Common practice to achieve compliance in California is compliance with the CBC. In 2013, the CBC underwent significant revisions to harmonize with the 2010 ADA Standards but the more stringent state standards were retained. In CBC Section 11B, the language that is more stringent than the ADA is shown in italics. Where

**SZS**
ENGINEERING

the CBC provides more stringent standards, they facilitate compliance with the mandate contained in the 2010 ADA Standards at 28 CFR 35.151 to provide programs and services that are accessible to and usable by people with disabilities.

ADA and CBC compliance is far more likely when a standardized plan review and inspection process is practiced. Without a standard process to police the design process, compliance is seldom the result. Unfortunately, compliance is the exception, not the rule, especially when architects do not work with certified access specialists (CASp) certified by the California Division of State Architect (DSA) during the design process to ensure compliance.

## Barrier Severity Ratings (BSR)

Based on our experience, we have implemented a barrier identification system to standardize the reporting process and ensure consistency while collecting data. Each barrier was assigned a rating that indicates how severely the barrier affects the ability of a person with a disability to use the element. There are five barrier severity ratings assigned[19]:

1 - High Severity

2 - Moderate Severity

3 - Low Severity

4 - Very Low Severity

5 - Technically Infeasible

(*remainder of this page intentionally left blank*)

---

[19] For example, the effect that the cross slope of a walking surface between 2.1% and 2.9% is minor (very low severity) and can be navigated with extra effort to move in a straight path.  A cross slope of 5.0% or more can cause wheelchairs to overturn.

# Report Format – Definitions

This is the standard report output from the SZS database. The name of each facility is located at the top of the form. A description for the data contained within each field is provided below, with non-applicable elements in italics:



1) **Field Date:** The date of the facility inspection.

2) **Report Date:** The date the report was compiled, revised, or completed.

3) **Barrier #:** Individual number assigned to each barrier identified. The alphanumeric character assigned correlates with a room or space identified on the reference drawings provided with each report. This number allows the barrier to be pinpointed to a location within the facility.

4) **Image:** Digital photograph provided for each barrier as a visual representation of the issue and context.

5) **Facility:** Name of building, park, or parking lot where the inspection was performed

6) **Location:** Area or space within the facility where a barrier is identified

SZS
ENGINEERING

**7) Official Responsible:** Public or private entity responsible for the facility and the remediation of the barriers

**8) Facility Function (Public/Staff):** Typically, our reports designate barriers as located in either staff or public areas. This report focuses on the barriers in spaces that incarcerated people will use.

**9) Reference Drawing (Dwg):** Floor, site plans or aerial maps of the designated facility where the assessment was performed. Each reference drawing provides correlation between the barrier number listed in the report (see item 3 above) and the actual physical location where the barrier was identified.

**10) Barrier Area:** Provides a grouping of similar barriers identified in specific spaces (E.G.: Restrooms, Doors and Gates, Stairs, Ramps, Sidewalk, Walkways)

**11) Remediation:** Indicates whether a barrier is in direct violation of the federal and state codes and statutes and must be remediated (Required) or whether the remediation is recommended as a best practice (Recommended).

**12) Barrier Type:** Identifies the type of physical element or area defined by the ADA Standards and the California Building Code used to identify non-compliance.

**13) Requirement (Barrier Description):** Code language or performance standard that describes barrier identified.

**14) Code References:** Applicable ADA and state codes regulating the entity's compliance. Each code reference is specific to each barrier and identifies the section of code which regulates compliance to that specific element (doors, sinks,sidewalks, etc.). Where a best practice is recommended, the term *Performance Standard* identifies the barrier to access documented in the barrier data record.

**15) As Built Description (Desc):** Also known as the *findings*, information describes the barrier.

**16) Proposed Solution:** Provides one suggested solution to remediate the barrier identified. Please note that other options may exist to bring items into compliance. We cannot describe all potential solutions in this report. The suggested solution is generally the most common way of remediating this particular barrier.

**17) As-Built Measure:** Actual field measurement number for square



footage (SF), linear footage (LF), or a single value (EACH or JOB) used to indicate physical dimension of barrier and calculate cost estimate.

18) **Quantity:** Unit of measure for the remediation of each barrier (SF, LF, EACH or JOB).

19) **Cost Estimate:** Budgetary Cost Estimate to remove the barrier described (N/A for the purposes of this report).

20) **Barrier Severity Rating (BSR):** A systematic, research-based rating that describes how severely each barrier affects usability for the particular element.

21) **X Coordinate:** N/A

22) **Y Coordinate:** N/A

23) **Z Coordinate:** N/A

24) **Implementation Priority:** N/A

25) **Implementation Phase:** N/A

*26)* **Implementation Date:** N/A

27) **Status (Open or Closed):** N/A

**Notes:** Open field where additional explanation of the findings can be noted when encountering unusual situations in the field, or to note programmatic access solutions. The notes field can contain the image file name shown in the barrier data record, or additional information as needed such as an explanation of findings, or information on associated barriers in the same or similar locations.

BARRIER DATA RECORDS

**SZS ENGINEERING**

# County of San Diego



| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: N/A |

Facility: Rock Mountain Detention Facility

Location: General Holding and Housing Cells

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Holding Cells with Communication Features

Barrier Description: Min. 2%, but no fewer than 1, of the total general holding and housing cells lack communication features

Code References: CBC 11B-232.2.2 and 2010 ADAS 232.2.2

As Built Description: No cells equipped with permanent communication systems provided for the hearing and visually impaired

Proposed Solution: Install audible emergency alarm systems and permanently installed telephones/communication features within cells

As-Built Meas: 0    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes: 600 holding cells provided in houses 1-6. Additional holding and housing cells provided in building 7, research will need to be completed to determine # of cells required to provide comm features.

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 1A |



Facility: Rock Mountain Detention Facility

Location: Exterior Intake area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Accessible Route - Exterior    Remediation: Required

Barrier Type: Running Slope - New Construction

Barrier Description: Accessible route running slope exceeds 5.0%

Code References: CBC 11B-403.3 and 2010 ADAS 403.3

As Built Description: 11.9% running slope in transition from patched asphalt to concrete walkway

Proposed Solution: Provide handrails with wheelguide on both sides of ramp, and required landings. Where drop exceeds 30", provide guardrail.

As-Built Meas: 10    Quantity: LF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes: Intake area pedestrian path

CASp Inspection

Ex. B-32 26

**SZS**
ENGINEERING

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 1B |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: Exterior Intake area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Accessible Route - Exterior    Remediation: Required

Barrier Type: Cross Slope - New Construction

Barrier Description: Cross slope exceeds 2.0% in new construction

Code References: CBC 11B-403.3 and 2010 ADAS 403.3

As Built Description: 2.3% - 3.4% cross slope in accessible route designated by County for use in transferring individuals to facility

Proposed Solution: Demolish existing and construct new route

As-Built Meas: 4    Quantity: LF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority ___ Phase ___ Date ___ Status Open

Notes: Intake area pedestrian path

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 1C |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: Exterior Intake area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Accessible Route - Exterior    Remediation: Required

Barrier Type: Cross Slope - Existing (3.1% to 4.0%)

Barrier Description: Cross slope exceeds 2.0% (3.1% to 4.0%)

Code References: CBC 11B-403.3 and 2010 ADAS 403.3

As Built Description: 2.6% - 3.4% cross slope at change of direction at top of sloped concrete walkway

Proposed Solution: Demolish existing and construct new route

As-Built Meas: 25    Quantity: LF    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority ___ Phase ___ Date ___ Status Open

Notes:

CASp Inspection

Ex. B-33[27]

# SZS
ENGINEERING

## County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 1D

Facility: Rock Mountain Detention Facility

Location: Exterior Intake area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Accessible Route - Exterior    Remediation: Required

Barrier Type: Change in Level - 1/2" or Higher

Barrier Description: Change in level greater than 1/2" in accessible route

Code References: CBC 11B-403.4 and 2010 ADAS 403.4

As Built Description: 5/8" vertical surface discontinuity between sloped walkway and turning space at top landing (turning space) in accessible route to entry

Proposed Solution: Grind or repair to remove trip hazard

As-Built Meas: 6    Quantity: LF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 1E

Facility: Rock Mountain Detention Facility

Location: Exterior Intake area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Accessible Route - Exterior    Remediation: Required

Barrier Type: Surface Condition - Openings

Barrier Description: Opening in pedestrian access route has openings that exceed 1/2"

Code References: CBC 11B-403.2 & 11B-302.3 and 2010 ADAS 403.2 & 302.3

As Built Description: 1" opening between sloped walkway and turning space leading to loading zone surface within accessible route to entry

Proposed Solution: Repair surface to make openings 1/2" or less

As-Built Meas: 10    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

CASp Inspection

Ex. B-34 28

**SZS**
ENGINEERING

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 1F |



Facility: Rock Mountain Detention Facility

Location: Exterior Intake area

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 1 of 7

Barrier Area: Accessible Route - Exterior    Remediation: Required

Barrier Type: Cross Slope - Existing (2.1% to 3.0%)

Barrier Description: Cross slope exceeds 2.0% (2.1% to 3.0%)

Code References: CBC 11B-403.3 and 2010 ADAS 403.3

As Built Description: 2.6% cross slope

Proposed Solution: Demolish existing and construct new route

As-Built Meas: 13    Quantity: LF    Cost Estimate: $0.00    BSR: 4 - Very Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 1G |



Facility: Rock Mountain Detention Facility

Location: Exterior Intake area

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 1 of 7

Barrier Area: Accessible Route - Exterior    Remediation: Required

Barrier Type: Change in Level - 1/4" to 1/2"

Barrier Description: Change in level greater than 1/4" in accessible route with no bevel

Code References: CBC 11B-403.4 and 2010 ADAS 403.4

As Built Description: 3/8" protrusion from severed steel rods in walking surface at multiple locations

Proposed Solution: Grind or repair to remove trip hazard

As-Built Meas: 13    Quantity: LF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

CASp Inspection

**Ex. B-35** 29

**SZS ENGINEERING**

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 1H |



Facility: Rock Mountain Detention Facility

Location: Exterior Intake area

Official Responsible: San Diego County

Facility Function: Public      Dwg: 1 of 7

Barrier Area: Accessible Route - Exterior      Remediation: Required

Barrier Type: Surface Condition - Firm and Stable

Barrier Description: Accessible route surface is not firm, stable and slip resistant (cracked, broken or loose soil, etc.)

Code References: CBC 11B-403.2 & 11B-302.3 and 2010 ADAS 403.2 & 302.3

As Built Description: Bird droppings in multiple locations along covered accessible route within loading dock

Proposed Solution: Install bird deterrent system to reduce possible contamination of surfaces and provide required slip-resistant walking surface

As-Built Meas: 0      Quantity: LF      Cost Estimate: $0.00      BSR: 1 - High Severity

X Coordinate: N/A      Y Coordinate: N/A      Z Coordinate: N/A

Implementation:      Priority      Phase      Date      Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 2A |



Facility: Rock Mountain Detention Facility

Location: Intake Entrance

Official Responsible: San Diego County

Facility Function: Public      Dwg: 1 of 7

Barrier Area: Signage      Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door at both doors in Entrance Lobby

As-Built Meas: 0      Quantity: EACH      Cost Estimate: $0.00      BSR: 1 - High Severity

X Coordinate: N/A      Y Coordinate: N/A      Z Coordinate: N/A

Implementation:      Priority      Phase      Date      Status Open

Notes:

---

CASp Inspection

30

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 2B |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: Intake Entrance

Official Responsible: San Diego County

Facility Function: Public        Dwg: 1 of 7

Barrier Area: Doors or Gates        Remediation: Required

Barrier Type: Door/Gate Height - Existing

Barrier Description: Door/Gate clearance not min. 80" high

Code References: CBC 11B-404.2.3 & 11B-307.2 and 2010 ADAS 404.2.3 & 307.2

As Built Description: 79" door height

Proposed Solution: Replace door or gate

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A        Y Coordinate: N/A        Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 2C |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: Intake Entrance

Official Responsible: San Diego County

Facility Function: Public        Dwg: 1 of 7

Barrier Area: Signage        Remediation: Required

Barrier Type: Tactile Exit Sign - Ramp

Barrier Description: Door leading into an exit ramp lacks "EXIT RAMP DOWN (or UP)" sign

Code References: CBC 11B-216.4.1 & 11B-703 and 2010 ADAS 216.4.1

As Built Description: No tactile sign provided where required at exit side of door

Proposed Solution: Provide compliant sign at both doors in Entrance Lobby

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A        Y Coordinate: N/A        Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

CASp Inspection

Ex. B-37[31]

**SZS ENGINEERING**

# County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 3A |

Facility: Rock Mountain Detention Facility

Location: Intake Receiving Lobby

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Counters and Tables    Remediation: Required

Barrier Type: Counter - Protruding Object

Barrier Description: Counter or table in route of travel protrudes more than 4" above 27" high

Code References: CBC 11B-307 and 2010 ADAS 307

As Built Description: Counter protrudes 8" at 40-1/2" high

Proposed Solution: Provide cane-detectable warning that reaches below 27" high for the visually impaired

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 3B |

Facility: Rock Mountain Detention Facility

Location: Intake Receiving Lobby

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Counters and Tables    Remediation: Required

Barrier Type: Counter - Surface Height

Barrier Description: No section at least 3 feet long between 28" and 34" provided at existing counter

Code References: CBC 11B-902.3 & 11B-904.4 and 2010 ADAS 902.3 & 904.4

As Built Description: 42-1/4" high

Proposed Solution: Provide min. 3 ft long section of counter at max. 34" high

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

**Ex. B-38**[32]

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 4A |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: Intake Corridor

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Counters and Tables    Remediation: Required

Barrier Type: Counter - Protruding Object

Barrier Description: Counter or table in route of travel protrudes more than 4" above 27" high

Code References: CBC 11B-307 and 2010 ADAS 307

As Built Description: Counter protrudes 8" at 40-1/2" high

Proposed Solution: Provide cane-detectable warning that reaches below 27" high for the visually impaired

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status: Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 4B |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: Intake Corridor

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Counters and Tables    Remediation: Required

Barrier Type: Counter - Surface Height

Barrier Description: No section at least 3 feet long between 28" and 34" provided at existing counter

Code References: CBC 11B-902.3 & 11B-904.4 and 2010 ADAS 902.3 & 904.4

As Built Description: 42-1/4" high

Proposed Solution: Provide min. 3 ft long section of counter at max. 34" high

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status: Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 5A

Facility: Rock Mountain Detention Facility

Location: Holding Cell 2145

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Controls and Mechanisms    Remediation: Required

Barrier Type: Operable Part - Clear Floor Space

Barrier Description: Clear floor space for person using wheelchair not provided at operable part

Code References: CBC 11B-305.3 and 2010 ADAS 305.3

As Built Description: Fixed benches block clear floor space at two-way communication system

Proposed Solution: Alter area to provide wheelchair access

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase                Date               Status    Open

Notes:

---



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 5B

Facility: Rock Mountain Detention Facility

Location: Holding Cell 2145

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Holding Cell Bench - Parallel Approach

Barrier Description: No parallel approach provided to short end of bench seat

Code References: CBC 11B-807.2.2 & 11B-903.2 and 2010 ADAS 807.2.2 & 903.2

As Built Description: Fixed bench 8-1/4" from accessible bench blocking parallel approach

Proposed Solution: Ensure that min. 1 seating element in area is accessible or 5% overall

As-Built Meas: 12    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase                Date               Status    Open

Notes:

---

CASp Inspection

**Ex. B-40**[34]

**SZS ENGINEERING**

# County of San Diego

Field Date: 2/10/2023   Report Date: 2/21/2023   Barrier #: 5C



Facility: Rock Mountain Detention Facility

Location: Holding Cell 2145

Official Responsible: San Diego County

Facility Function: Public     Dwg: 1 of 7

Barrier Area: Restrooms     Remediation: Required

Barrier Type: Lavatory - Knee Clearance (8" Under Element)

Barrier Description: Lavatory knee clearance at 27" high at min. 8" deep reducing to 9" high at min. 11" deep not provided

Code References: CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent)

As Built Description: 25" high at 8" deep knee clearance

Proposed Solution: Provide min. one accessible lavatory

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status: Open

Notes:

---

Field Date: 2/10/2023   Report Date: 2/21/2023   Barrier #: 5D



Facility: Rock Mountain Detention Facility

Location: Holding Cell 2145

Official Responsible: San Diego County

Facility Function: Public     Dwg: 1 of 7

Barrier Area: Restrooms     Remediation: Required

Barrier Type: WC - Centerline

Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall

Code References: CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: 18-1/2" OC

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status: Open

Notes: 64" from back wall to privacy wall. 39" between toilet rim and privacy wall.

---

CASp Inspection

Ex. B-41 35

**SZS** ENGINEERING

# County of San Diego

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 5E

Facility: Rock Mountain Detention Facility

Location: Holding Cell 2145

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 5F

Facility: Rock Mountain Detention Facility

Location: Holding Cell 2145

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Transfer - Front Blocked

Barrier Description: Min. 48" clear floor space not provided in front of toilet

Code References: CBC 11B-604.8.1.1.3

As Built Description: 39" between toilet and privacy wall

Proposed Solution: Move privacy wall

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

CASp Inspection

# SZS ENGINEERING

## County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 5G |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: Holding Cell 2145

Official Responsible: San Diego County

Facility Function: Public     Dwg: 1 of 7

Barrier Area: Restrooms     Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: Dispenser not provided

Proposed Solution: Reposition or replace toilet paper dispenser

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 6A |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: Shower/Dressing Area 2140

Official Responsible: San Diego County

Facility Function: Public     Dwg: 1 of 7

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Floor Surface - Slope

Barrier Description: Floor surface slope exceeds 2.0%

Code References: CBC 11B-608.9

As Built Description: 3.8% - 6.8% cross slope at drain in all direction

Proposed Solution: Remodel to provide level clear floor space at controls/mechanisms

As-Built Meas: 10     Quantity: SF     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

CASp Inspection

Ex. B-43 37

**SZS ENGINEERING**

# County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 6B

Facility: Rock Mountain Detention Facility

Location: Shower/Dressing Area 2140

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Seat - Distance from Entry

Barrier Description: Seat does not extend from the adjacent side wall to a point within 3" of the compartment entry

Code References: CBC 11B-610.3 and ADAS 610.3

As Built Description: 11" from entry to shower compartment

Proposed Solution: Provide compliant seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status: Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 6C

Facility: Rock Mountain Detention Facility

Location: Shower/Dressing Area 2140

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 15" to max. 16" from seat wall on long side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 17-1/4" from back wall on long side

Proposed Solution: Replace shower seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status: Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 6D

Facility: Rock Mountain Detention Facility

Location: Shower/Dressing Area 2140

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 22" to max. 23" from seat wall and min. 14" to max 15" from side wall on L-side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 24" from back wall

Proposed Solution: Replace shower seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 6E

Facility: Rock Mountain Detention Facility

Location: Shower/Dressing Area 2140

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Location

Barrier Description: Grab bars installed above the seat

Code References: CBC 11B-608.3 and 2010 ADAS 608.3

As Built Description: Grab bar overlaps seat on control wall

Proposed Solution: Remove existing grab bars and install accessible grab bars

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

CASp Inspection

Ex. B-45[39]

**SZS ENGINEERING**

# County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 6F

Facility: Rock Mountain Detention Facility

Location: Shower/Dressing Area 2140

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 6G

Facility: Rock Mountain Detention Facility

Location: Shower/Dressing Area 2140

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other or provide swivel angle adjustments

Code References: CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

## County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 6H |

Facility: Rock Mountain Detention Facility

Location: Shower/Dressing Area 2140

Official Responsible: San Diego County

Facility Function: Public          Dwg: 1 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:   Priority          Phase          Date          Status Open

Notes:

---



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 7A |

Facility: Rock Mountain Detention Facility

Location: Holding Cell 2139

Official Responsible: San Diego County

Facility Function: Public          Dwg: 1 of 7

Barrier Area: Controls and Mechanisms          Remediation: Required

Barrier Type: Operable Part - Clear Floor Space

Barrier Description: Clear floor space for person using wheelchair not provided at operable part

Code References: CBC 11B-305.3 and 2010 ADAS 305.3

As Built Description: Fixed benches block clear floor space at two-way communication system

Proposed Solution: Alter area to provide wheelchair access

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:   Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection                                                    Ex. B-47 41

**SZS ENGINEERING**

# County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 7B |

Facility: Rock Mountain Detention Facility

Location: Holding Cell 2139

Official Responsible: San Diego County

Facility Function: Public                                  Dwg: 1 of 7

Barrier Area: Detention Facilities        Remediation: Required

Barrier Type: Holding Cell Bench - Clear Space

Barrier Description: No clear space provided at side of bench for wheelchair user

Code References: CBC 11B-807.2.2 & 11B-903.2 and 2010 ADAS 807.2.2 & 903.2

As Built Description: Fixed bench 2-1/4" from accessible bench blocking parallel approach

Proposed Solution: Provide min. 30" x 48" space centered at side of bench

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:          Phase:          Date:          Status: Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 7C

Facility: Rock Mountain Detention Facility

Location: Holding Cell 2139

Official Responsible: San Diego County

Facility Function: Public                                  Dwg: 1 of 7

Barrier Area: Restrooms        Remediation: Required

Barrier Type: Lavatory - Rim

Barrier Description: Lavatory rim or counter edge is higher than 34" AFF

Code References: CBC 11B-606.3 and 2010 ADAS 606.3

As Built Description: 34-1/8" high rim

Proposed Solution: Provide min. one accessible lavatory

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:          Phase:          Date:          Status: Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 7D |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: Holding Cell 2139

Official Responsible: San Diego County

Facility Function: Public                          Dwg: 1 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Lavatory - Knee Clearance (8" Under Element)



Barrier Description: Lavatory knee clearance at 27" high at min. 8" deep reducing to 9" high at min. 11" deep not provided

Code References: CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent)

As Built Description: 25-1/4" high at 8" deep knee clearance

Proposed Solution: Provide min. one accessible lavatory

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | | Z Coordinate: | N/A | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 7E |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: Holding Cell 2139

Official Responsible: San Diego County

Facility Function: Public                          Dwg: 1 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Accessible Route to WC - 44" min. Clear Width



Barrier Description: A clear, unobstructed access of not less than 44" not provided to water closet

Code References: CBC 11B-403.5.1 Exception 5

As Built Description: 41" wide clear path to water closet between privacy walls

Proposed Solution: Remodel toilet room to provide access

| As-Built Meas: | 20 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | | Z Coordinate: | N/A | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

CASp Inspection

**Ex. B-49**43

# SZS ENGINEERING

## County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 7F |

Facility: Rock Mountain Detention Facility

Location: Holding Cell 2139

Official Responsible: San Diego County

Facility Function: Public                      Dwg: 1 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet

Code References: CBC 11B-604.8.1.1.3

As Built Description: 46-5/8" between rim and privacy wall

Proposed Solution: Remodel to provide required front transfer space

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 7G |

Facility: Rock Mountain Detention Facility

Location: Holding Cell 2139

Official Responsible: San Diego County

Facility Function: Public                      Dwg: 1 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 7H

Facility: Rock Mountain Detention Facility

Location: Holding Cell 2139

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Centerline



Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall

Code References: CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: 18-1/4" OC

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 8A

Facility: Rock Mountain Detention Facility

Location: Holding Cell Detox 2157

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Cross Slope - Existing (4.1% to 4.9%)



Barrier Description: Cross slope exceeds 2.0% (4.1% to 4.9%)

Code References: CBC 11B-403.3 and 2010 ADAS 403.3

As Built Description: 4.8% cross slope to drain located in wheelchair transfer space

Proposed Solution: Demolish existing and construct new route

As-Built Meas: 20    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

CASp Inspection

**Ex. B-51** 45

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 8B |

Facility: Rock Mountain Detention Facility

Location: Holding Cell Detox 2157

Official Responsible: San Diego County

Facility Function: Public   Dwg: 1 of 7

Barrier Area: Restrooms   Remediation: Required

Barrier Type: Lavatory - Faucet Timing

Barrier Description: Lavatory faucet does not remain open for at least 10 seconds

Code References: CBC 11B-606.4 and 2010 ADAS 606.4

As Built Description: 7 seconds

Proposed Solution: Replace faucet

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority   Phase   Date   Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 8C |

Facility: Rock Mountain Detention Facility

Location: Holding Cell Detox 2157

Official Responsible: San Diego County

Facility Function: Public   Dwg: 1 of 7

Barrier Area: Drinking Fountains   Remediation: Required

Barrier Type: Water Flow Location - Max. 5" from Front

Barrier Description: Water flow not max. 5" from front of fountain unit

Code References: CBC 11B-602.6 and 2010 ADAS 602.6

As Built Description: Water spout sprays on floor in violation of requirement for slip-resistant walking surface/transfer surface

Proposed Solution: Repair fountain

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 2 - Moderate Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority   Phase   Date   Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 8D

Facility: Rock Mountain Detention Facility

Location: Holding Cell Detox 2157

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Knee Clearance (8" Under Element)

Barrier Description: Lavatory knee clearance at 27" high at min. 8" deep reducing to 9" high at min. 11" deep not provided

Code References: CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent)

As Built Description: 25-1/4" high at 8" deep knee clearance

Proposed Solution: Provide min. one accessible lavatory

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 8E

Facility: Rock Mountain Detention Facility

Location: Holding Cell Detox 2157

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Rim

Barrier Description: Lavatory rim or counter edge is higher than 34" AFF

Code References: CBC 11B-606.3 and 2010 ADAS 606.3

As Built Description: 34-1/2" high rim

Proposed Solution: Provide min. one accessible lavatory

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

CASp Inspection

Ex. B-53[47]

**SZS**
ENGINEERING

# County of San Diego

| | | | | | | |
|---|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 8F | |



Facility: Rock Mountain Detention Facility

Location: Holding Cell Detox 2157

Official Responsible: San Diego County

Facility Function: Public          Dwg: 1 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Side Grab Bar Extension

Barrier Description: Side grab bar does not extend min. 54" from rear wall or 24" from front rim

Code References: CBC 11B-604.5.1 and 2010 ADAS 604.5.1

As Built Description: 53" from rear wall

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

| | | | | | | |
|---|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 8G | |



Facility: Rock Mountain Detention Facility

Location: Holding Cell Detox 2157

Official Responsible: San Diego County

Facility Function: Public          Dwg: 1 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Rear Grab Bar Height

Barrier Description: Rear grab bar not installed at 33" - 36" above and parallel to floor or ground

Code References: CBC 11B-604.5 & 11B-609.4 and 2010 ADAS 604.5.2 & 609.4

As Built Description: 37-1/2" high to top of grab bar where no obstruction exists

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

CASp Inspection                                                        Ex. B-54[48]

# SZS ENGINEERING

## County of San Diego

Field Date: 2/10/2023   Report Date: 2/21/2023   Barrier #: 8H

Facility: Rock Mountain Detention Facility

Location: Holding Cell Detox 2157

Official Responsible: San Diego County

Facility Function: Public   Dwg: 1 of 7

Barrier Area: Restrooms   Remediation: Required

Barrier Type: Toilet Paper Dispenser - Distance from Grab Bar

Barrier Description: Toilet tissue dispenser not mounted with at least 1-1/2" between dispenser and bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Dispenser behind toilet

Proposed Solution: Mount toilet paper dispenser with at least 1-1/2" from bar

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 3 - Low Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority    Phase    Date    Status Open

Notes:

---

Field Date: 2/10/2023   Report Date: 2/21/2023   Barrier #: 9A

Facility: Rock Mountain Detention Facility

Location: 2138 Intake Security Check Room

Official Responsible: San Diego County

Facility Function: Public   Dwg: 1 of 7

Barrier Area: Accessible Route - Interior   Remediation: Required

Barrier Type: Change in Level - 1/2" or Higher

Barrier Description: Change in level >1/2" within accessible route

Code References: CBC 11B-403.4 & 11B-303 and 2010 ADAS 403.4 & 303

As Built Description: 7/8" change in level caused by gap between floor and ramp surface

Proposed Solution: Provide alternate method of scanning individuals with mobility impairments

As-Built Meas: 4   Quantity: LF   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority    Phase    Date    Status Open

Notes:



CASp Inspection

Ex. B-55 49

**SZS**
ENGINEERING

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 9B |



Facility: Rock Mountain Detention Facility

Location: 2138 Intake Security Check Room

Official Responsible: San Diego County

Facility Function: Public          Dwg: 1 of 7

Barrier Area: Accessible Route - Interior          Remediation: Required

Barrier Type: Running Slope - New Construction

Barrier Description: Running slope exceeds 5.0%

Code References: CBC 11B-403.3 & 11B-405 and 2010 ADAS 403.3 & 405

As Built Description: 16.7% running slope

Proposed Solution: Provide alternate method of scanning individuals with mobility impairments

As-Built Meas: 4    Quantity: LF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status: Open

Notes: Soter RS Equipment with 26" x 26" wide ramp and path of travel to scanner

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 10A



Facility: Rock Mountain Detention Facility

Location: Corridor 2135

Official Responsible: San Diego County

Facility Function: Public          Dwg: 1 of 7

Barrier Area: Accessible Route - Interior          Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Extinguisher cabinet door protrudes 5" into circulation path

Proposed Solution: Keep cabinet door close

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status: Open

Notes:

---

CASp Inspection

50

# SZS ENGINEERING

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 10B |



Facility: Rock Mountain Detention Facility

Location: Corridor 2135

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 7

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Cross Slope - Existing (2.1% to 3.0%)

Barrier Description: Cross slope exceeds 2.0% (2.1% to 3.0%)

Code References: CBC 11B-403.3 and 2010 ADAS 403.3

As Built Description: 3.0% cross slope at drainage

Proposed Solution: Alter path of travel to comply

As-Built Meas: 10    Quantity: SF    Cost Estimate: $0.00    BSR: 4 - Very Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 11 |



Facility: Rock Mountain Detention Facility

Location: Corridor 2069

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Fire extinguisher protrudes 6" at 31" high into circulation path

Proposed Solution: Remove object or provide detectable warning

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes: Circulation route to 2060

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 12A

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2060

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Sign

Barrier Description: No room ID sign provided at permanent room or space

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile sign at doorway within circulation route

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 12B

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2060

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Counters and Tables    Remediation: Required

Barrier Type: Table - Knee Clearance

Barrier Description: Knee clearance of at least 27" high, 30" wide and 19" deep not provided

Code References: CBC 11B-902.2 & 11B-306.3.3 Exception 2 (2010 ADAS 306.3 less stringent)

As Built Description: 27-1/2" - 28-1/2" wide knee clearance at both fixed tables in dormitory

Proposed Solution: Provide min. 1 accessible table and 5% overall. Avoid pedestal base tables.

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

CASp Inspection

Ex. B-58[52]

**SZS ENGINEERING**

# County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 12C

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2060

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Controls and Mechanisms    Remediation: Required

Barrier Type: Operable Part - Landing

Barrier Description: Landing provided at operable part not 1:48 (2.0%) in any direction

Code References: CBC 11B-305.2 and 2010 ADAS 305.2

As Built Description: 3.0% slope at two-way communication system clear floor space

Proposed Solution: Relocate operable part or alter landing to comply

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 12D

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2060

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Beds - Transfer Height

Barrier Description: Bed surface not 17" to 19" high to allow for safe transfer from wheelchair

Code References: US DOJ Section 504 Design Guide

As Built Description: 15-1/2" high

Proposed Solution: Alter existing bed and sleeping area to comply

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes: 8 total capacity

---

CASp Inspection

**Ex. B-59** 53

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 12E |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2060

Official Responsible: San Diego County

Facility Function: Public                      Dwg: 2 of 7

Barrier Area: Restrooms        Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Lavatories protrude 28-1/2" high into circulation path with no pedestrian protection

Proposed Solution: Provide detectable warning

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 12F |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2060

Official Responsible: San Diego County

Facility Function: Public                      Dwg: 2 of 7

Barrier Area: Restrooms        Remediation: Required

Barrier Type: Lavatory - Knee Clearance (8" Under Element)

Barrier Description: Lavatory knee clearance at 27" high at min. 8" deep reducing to 9" high at min. 11" deep not provided

Code References: CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent)

As Built Description: 25-1/2" high at 8" deep knee clearance

Proposed Solution: Provide min. one accessible lavatory

As-Built Meas: 2    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 12G |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2060

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 2 of 7

Barrier Area: Restrooms           Remediation: Required

Barrier Type: WC - No Grab Bars

Barrier Description: Grab bars not provided at the water closet

Code References: CBC 11B-604.5 and 2010 ADAS 604.5

As Built Description: No grab bars provided

Proposed Solution: Provide compliant grab bars with required reinforcement

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 12H |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2060

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 2 of 7

Barrier Area: Restrooms           Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: Dispenser behind toilet on back wall

Proposed Solution: Reposition or replace toilet paper dispenser

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

CASp Inspection                                                          Ex. B-61 [55]

**SZS**
ENGINEERING

# County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 12I |



Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2060

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Centerline

Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall

Code References: CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: 18-1/4" OC

Proposed Solution: Provide min. one accessible water closet

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes: Water closet not present

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 12J |



Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2060

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Entry - Threshold

Barrier Description: Shower threshold more than 1/2" high

Code References: CBC 11B-608.7 and 2010 ADAS 608.7

As Built Description: 1" high threshold

Proposed Solution: Remodel shower to provide accessible threshold

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

CASp Inspection

Ex. B-62[56]

**SZS ENGINEERING**

# County of San Diego

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 12K

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2060

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Roll-In Showers - 30" x 60"

Barrier Description: Shower dimension not min. 30" wide and min. 60" deep clear inside dimensions measured at center points of opposing sides with a full opening width on the long side

Code References: CBC 11B-608.2.2 and 2010 ADAS 608.2.2

As Built Description: 41-1/2" wide at opening x 48" deep. Dimensions in violation of CA Building Code requirements for wheelchair accessible showers.

Proposed Solution: Remodel to provide accessible shower

As-Built Meas: 60    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes: California shower dimensions were 48" wide x 42" deep. This shower has transposed dimensions with an opening smaller than a wheelchair clear space.

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 12L

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2060

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Roll-In Showers - Seat

Barrier Description: No folding seat not provided a roll-in shower compartment

Code References: CBC 11B-608.4 and 2010 ADAS 608.4

As Built Description: Folding seat not provided

Proposed Solution: Provide fixed folding shower seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

Ex. B-63[57]

# County of San Diego

**SZS ENGINEERING**

Field Date: 2/10/2023　Report Date: 2/21/2023　Barrier #: 12M

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2060

Official Responsible: San Diego County

Facility Function: Public　Dwg: 2 of 7

Barrier Area: RR-Showers　Remediation: Required

Barrier Type: Grab Bars - Height



Barrier Description: Grab bars not installed between 33" and 36" high

Code References: CBC 11B-608.3 & 11B-609.4 and 2010 ADAS 608.3 & 609.4

As Built Description: No grab bars provided

Proposed Solution: Install accessible grab bars after altering shower to provide wheelchair access

As-Built Meas: 2　Quantity: JOB　Cost Estimate: $0.00　BSR: 2 - Moderate Severity

X Coordinate N/A　Y Coordinate: N/A　Z Coordinate: N/A

Implementation:　Priority　Phase　Date　Status Open

Notes:

---

Field Date: 2/10/2023　Report Date: 2/21/2023　Barrier #: 12N

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2060

Official Responsible: San Diego County

Facility Function: Public　Dwg: 2 of 7

Barrier Area: RR-Showers　Remediation: Required

Barrier Type: Shower Head - Excess Vandalism



Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other or has no swivel angle adjustments

Code References: CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1　Quantity: JOB　Cost Estimate: $0.00　BSR: 2 - Moderate Severity

X Coordinate N/A　Y Coordinate: N/A　Z Coordinate: N/A

Implementation:　Priority　Phase　Date　Status Open

Notes:

CASp Inspection

Ex. B-64[58]

# County of San Diego

**SZS ENGINEERING**

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 12O

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2060

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 13A

Facility: Rock Mountain Detention Facility

Location: Day Room 2059

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Sign

Barrier Description: No room ID sign provided at permanent room or space

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile sign at doorway within circulation route

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

CASp Inspection

**Ex. B-65**[59]

**SZS** ENGINEERING

# County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 13B |

Facility: Rock Mountain Detention Facility

Location: Day Room 2059

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: Counters and Tables          Remediation: Required

Barrier Type: Table - Knee Clearance

Barrier Description: Knee clearance of at least 27" high, 30" wide and 19" deep not provided

Code References: CBC 11B-902.2 & 11B-306.3.3 Exception 2 (2010 ADAS 306.3 less stringent)

As Built Description: 27-3/4" - 28" wide knee clearance at tables

Proposed Solution: Provide min. 1 accessible table and 5% overall. Avoid pedestal base tables.

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes: 4 total tables

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 13C |



Facility: Rock Mountain Detention Facility

Location: Day Room 2059

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Centerline

Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall

Code References: CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: 19" OC

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

CASp Inspection

**Ex. B-66**60

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 13D |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: Day Room 2059

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - No Grab Bars

Barrier Description: Grab bars not provided at the water closet

Code References: CBC 11B-604.5 and 2010 ADAS 604.5

As Built Description: No grab bars provided

Proposed Solution: Provide compliant grab bars with required reinforcement

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 13E |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: Day Room 2059

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: Dispenser behind toilet

Proposed Solution: Reposition or replace toilet paper dispenser

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

CASp Inspection

Ex. B-67⁶¹

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 13F |

Facility: Rock Mountain Detention Facility

Location: Day Room 2059

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Ratio

Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: No lavatory provided

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 14A |



Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2058

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Sign

Barrier Description: No room ID sign provided at permanent room or space

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile sign at doorway within circulation route

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 14B |

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2058

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: Controls and Mechanisms    Remediation: Required

Barrier Type: Operable Part - Clear Floor Space

Barrier Description: Clear floor space for person using wheelchair not provided at operable part

Code References: CBC 11B-305.3 and 2010 ADAS 305.3

As Built Description: Table blocks clear floor space at two-way communication system

Proposed Solution: Alter area to provide wheelchair access

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 14C |

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2058

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: Counters and Tables    Remediation: Required

Barrier Type: Table - Knee Clearance



Barrier Description: Knee clearance of at least 27" high, 30" wide and 19" deep not provided

Code References: CBC 11B-902.2 & 11B-306.3.3 Exception 2 (2010 ADAS 306.3 less stringent)

As Built Description: 28" wide knee clearance between seats at tables

Proposed Solution: Provide min. 1 accessible table and 5% overall. Avoid pedestal base tables.

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

CASp Inspection

# SZS ENGINEERING

## County of San Diego



Field Date: 2/10/2023   Report Date: 2/21/2023   Barrier #: 14D

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2058

Official Responsible: San Diego County

Facility Function: Public                                          Dwg: 2 of 7

Barrier Area: Restrooms            Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A        Y Coordinate: N/A        Z Coordinate: N/A

Implementation:   Priority          Phase                Date                Status Open

Notes:

---

Field Date: 2/10/2023   Report Date: 2/21/2023   Barrier #: 14E

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2058

Official Responsible: San Diego County

Facility Function: Public                                          Dwg: 2 of 7

Barrier Area: Restrooms            Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: 9-1/2" from rim

Proposed Solution: Reposition or replace toilet paper dispenser

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A        Y Coordinate: N/A        Z Coordinate: N/A

Implementation:   Priority          Phase                Date                Status Open

Notes:



CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 14F |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2058

Official Responsible: San Diego County

Facility Function: Public                          Dwg: 2 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Mirror - Bottom Edge



Barrier Description: Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere

Code References: CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: 63" high

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 14G |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2058

Official Responsible: San Diego County

Facility Function: Public                          Dwg: 2 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Lavatory - Ratio



Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: No lavatory provided

Proposed Solution: Provide min. 1 accessible lavatory

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

Ex. B-71 65

# SZS ENGINEERING

## County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 14H |

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2058

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Seat - Distance from Entry



Barrier Description: Seat does not extend from the adjacent side wall to a point within 3" of the compartment entry

Code References: CBC 11B-610.3 and ADAS 610.3

As Built Description: 11-3/4" from entry to shower compartment

Proposed Solution: Provide compliant seat

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status: Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 14I |

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2058

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar



Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status: Open

Notes:

CASp Inspection

Ex. B-72 66

**SZS ENGINEERING**

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 14J |

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2058

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 2 of 7

Barrier Area: RR-Showers                    Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 15" to max. 16" from seat wall on long side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 17-1/4" from back wall on long side

Proposed Solution: Replace shower seat

| As-Built Meas: 1 | Quantity: JOB | Cost Estimate: $0.00 | BSR: 2 - Moderate Severity |
|---|---|---|---|
| X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A | |

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 14K |

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2058

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 2 of 7

Barrier Area: RR-Showers                    Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 22" to max. 23" from seat wall and min. 14" to max 15" from side wall on L-side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 24" from back wall

Proposed Solution: Replace shower seat

| As-Built Meas: 1 | Quantity: JOB | Cost Estimate: $0.00 | BSR: 2 - Moderate Severity |
|---|---|---|---|
| X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A | |

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 14L

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2058

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Location



Barrier Description: Grab bars installed above the seat

Code References: CBC 11B-608.3 and 2010 ADAS 608.3

As Built Description: Grab bar overlaps seat on control wall

Proposed Solution: Remove existing grab bars and install accessible grab bars

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority      Phase        Date        Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 14M

Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2058

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Adjustable



Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority      Phase        Date        Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

Field Date: 2/10/2023     Report Date: 2/21/2023     Barrier #: 14N



Facility: Rock Mountain Detention Facility

Location: Medical Dormitory Unit 2058

Official Responsible: San Diego County

Facility Function: Public     Dwg: 2 of 7

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other or have no swivel angle adjustments

Code References: CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority         Phase         Date         Status Open

Notes:

---

Field Date: 2/10/2023     Report Date: 2/21/2023     Barrier #: 15



Facility: Rock Mountain Detention Facility

Location: Corridor 2057

Official Responsible: San Diego County

Facility Function: Public     Dwg: 2 of 7

Barrier Area: Accessible Route - Interior     Remediation: Required

Barrier Type: Cross Slope - Existing (2.1% to 3.0%)

Barrier Description: Cross slope exceeds 2.0% (2.1% to 3.0%)

Code References: CBC 11B-403.3 and 2010 ADAS 403.3

As Built Description: 2.3% - 3.0% cross slope

Proposed Solution: Alter path of travel to comply

As-Built Meas: 20     Quantity: SF     Cost Estimate: $0.00     BSR: 4 - Very Low Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority         Phase         Date         Status Open

Notes: Accessible route between 2062 and 2030

---

CASp Inspection

# SZS
ENGINEERING

## County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 16A |



Facility: Rock Mountain Detention Facility

Location: Exercise Area 2030

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Sign

Barrier Description: No room ID sign provided at permanent room or space

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile sign at doorway within circulation route

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 16B |

Facility: Rock Mountain Detention Facility

Location: Exercise Area 2030

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Vision Lights - Existing

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 49" high view panel

Proposed Solution: Replace door or vision panel in door

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

CASp Inspection

Ex. B-76 70

**SZS ENGINEERING**

## County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 16C |

Facility: Rock Mountain Detention Facility

Location: Exercise Area 2030

Official Responsible: San Diego County

Facility Function: Public                Dwg: 2 of 7

Barrier Area: Restrooms        Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline



Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: 5-1/2" from rim

Proposed Solution: Reposition or replace toilet paper dispenser

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A        Y Coordinate: N/A        Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 16D

Facility: Rock Mountain Detention Facility

Location: Exercise Area 2030

Official Responsible: San Diego County

Facility Function: Public                Dwg: 2 of 7

Barrier Area: Restrooms        Remediation: Required

Barrier Type: WC - Centerline



Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall

Code References: CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: 18-1/2" OC

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A        Y Coordinate: N/A        Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 16E |

Facility: Rock Mountain Detention Facility

Location: Exercise Area 2030

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 2 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Lavatory - Centerline

Barrier Description: Lavatory adjacent to wall not min. 18" to the centerline of fixture

Code References: CBC 11B-606.6

As Built Description: 11-1/2" OC to the rear grab bar if existing opening in is used for installation

Proposed Solution: Provide min. 1 accessible lavatory

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes: 62" wide to lavatory centerline in existing wall opening

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 17A |



Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2025

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 2 of 7

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Sign

Barrier Description: No room ID sign provided at permanent room or space

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile sign at doorway within circulation route

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 17B |



Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2025

Official Responsible: San Diego County

Facility Function: Public                     Dwg: 2 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Lavatory - Centerline

Barrier Description: Lavatory adjacent to wall not min. 18" to the centerline of fixture

Code References: CBC 11B-606.6

As Built Description: 9" OC to rear grab bar

Proposed Solution: Provide min. 1 accessible lavatory

| As-Built Meas: 1 | Quantity: JOB | Cost Estimate: $0.00 | BSR: 2 - Moderate Severity |
|---|---|---|---|
| X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A | |

| Implementation: | Priority | Phase | Date | Status | Open |
|---|---|---|---|---|---|

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 17C |



Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2025

Official Responsible: San Diego County

Facility Function: Public                     Dwg: 2 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: Toilet not in place. Compliance cannot be verified.

Proposed Solution: Reposition or replace toilet paper dispenser

| As-Built Meas: 1 | Quantity: EACH | Cost Estimate: $0.00 | BSR: 3 - Low Severity |
|---|---|---|---|
| X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A | |

| Implementation: | Priority | Phase | Date | Status | Open |
|---|---|---|---|---|---|

Notes:

CASp Inspection

**Ex. B-79**[73]

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 17D |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2025

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Centerline

Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall

Code References: CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: 18-1/2" OC

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase    Date    Status Open

Notes: Toilet removed

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 17E |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2025

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Seat - Distance from Entry

Barrier Description: Seat does not extend from the adjacent side wall to a point within 3" of the compartment entry

Code References: CBC 11B-610.3 and ADAS 610.3

As Built Description: 8" from entry to shower compartment

Proposed Solution: Provide compliant seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

CASp Inspection

**Ex. B-80**[74]

**SZS ENGINEERING**

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 17F |

Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2025

Official Responsible: San Diego County

Facility Function: Public     Dwg: 2 of 7

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Grab Bars - Spacing Above Bar

Barrier Description: Space between grab bar and projecting objects above not 12 inches (305 mm) minimum

Code References: CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: 2" space between grab bar and obstruction

Proposed Solution: Replace grab bars

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 17G |

Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2025

Official Responsible: San Diego County

Facility Function: Public     Dwg: 2 of 7

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 15" to max. 16" from seat wall on long side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 17-1/4" from back wall on long side

Proposed Solution: Replace shower seat

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

---

CASp Inspection

Ex. B-81 75

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 17H |



Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2025

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 22" to max. 23" from seat wall and min. 14" to max 15" from side wall on L-side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 24" from back wall

Proposed Solution: Replace shower seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 17I |



Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2025

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Location

Barrier Description: Grab bars installed above the seat

Code References: CBC 11B-608.3 and 2010 ADAS 608.3

As Built Description: Grab bar overlaps seat on control wall

Proposed Solution: Remove existing grab bars and install accessible grab bars

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 17J |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2025

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 17K |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2025

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

# SZS ENGINEERING

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 18A |

Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2014

Official Responsible: San Diego County

Facility Function: Public                                          Dwg: 2 of 7

Barrier Area: Signage                    Remediation: Required

Barrier Type: Room ID Sign - No Sign

Barrier Description: No room ID sign provided at permanent room or space

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile sign at doorway within circulation route

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase              Date              Status Open

Notes:

---



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 18B |

Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2014

Official Responsible: San Diego County

Facility Function: Public                                          Dwg: 2 of 7

Barrier Area: Restrooms                    Remediation: Required

Barrier Type: Lavatory - Centerline

Barrier Description: Lavatory adjacent to wall not min. 18" to the centerline of fixture

Code References: CBC 11B-606.6

As Built Description: 9" OC to side grab bar if installed in existing wall opening

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase              Date              Status Open

Notes:

---

CASp Inspection

78

# County of San Diego

**SZS ENGINEERING**

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 18C |



Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2014

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: 7" from rim

Proposed Solution: Reposition or replace toilet paper dispenser

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 18D |



Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2014

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Centerline

Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall

Code References: CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: 18-1/2" OC

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes: Toilet removed

CASp Inspection

**Ex. B-85**79

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 18E |



Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2014

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Floor Surface - Slope

Barrier Description: Floor surface slope exceeds 2.0%

Code References: CBC 11B-608.9

As Built Description: 2.8% slope

Proposed Solution: Remodel to provide level clear floor space at controls/mechanisms

As-Built Meas: 20    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 18F |



Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2014

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Seat - Distance from Entry

Barrier Description: Seat does not extend from the adjacent side wall to a point within 3" of the compartment entry

Code References: CBC 11B-610.3 and ADAS 610.3

As Built Description: 7" from entry to shower compartment

Proposed Solution: Provide compliant seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 18G |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2014

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 15" to max. 16" from seat wall on long side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 17-1/4" from back wall on long side

Proposed Solution: Replace shower seat

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 18H |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2014

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 22" to max. 23" from seat wall and min. 14" to max 15" from side wall on L-side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 24" from back wall

Proposed Solution: Replace shower seat

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

CASp Inspection

**Ex. B-87**[81]

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 18I |

Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2014

Official Responsible: San Diego County

Facility Function: Public     Dwg: 2 of 7

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Grab Bars - Location

Barrier Description: Grab bars installed above the seat

Code References: CBC 11B-608.3 and 2010 ADAS 608.3

As Built Description: Grab bar overlaps seat on control wall

Proposed Solution: Remove existing grab bars and install accessible grab bars

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority:     Phase:     Date:     Status: Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 18J |

Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2014

Official Responsible: San Diego County

Facility Function: Public     Dwg: 2 of 7

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Grab Bars - Spacing Above Bar

Barrier Description: Space between grab bar and projecting objects above not 12 inches (305 mm) minimum

Code References: CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: 2" space between grab bar and obstruction

Proposed Solution: Replace grab bars

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority:     Phase:     Date:     Status: Open

Notes:

CASp Inspection

82

**SZS ENGINEERING**

# County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 18K |

Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2014

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 18L |

Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2014

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 18M |

Facility: Rock Mountain Detention Facility

Location: HC Isolation Room 2014

Official Responsible: San Diego County

Facility Function: Public       Dwg: 2 of 7

Barrier Area: RR-Showers       Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 19A |

Facility: Rock Mountain Detention Facility

Location: Treatment Room 2032

Official Responsible: San Diego County

Facility Function: Public       Dwg: 2 of 7

Barrier Area: Medical Facilities       Remediation: Required

Barrier Type: Handwashing Fixture (General) - Drain Pipes

Barrier Description: Hot water and drainpipes accessible under handwashing fixture not insulated or covered

Code References: CBC 11B-805.6, 11B-606.5 and 2010 ADAS 606.5

As Built Description: No insulation provided

Proposed Solution: Insulate drain pipes and hot water pipes

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection



## County of San Diego

**SZS ENGINEERING**

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 19B |

Facility: Rock Mountain Detention Facility

Location: Treatment Room 2032

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 2 of 7

Barrier Area: Medical Facilities          Remediation: Required

Barrier Type: Handwashing Fixture (General) - Toe Clearance

Barrier Description: Handwashing fixture toe clearance not free of equipment or obstructions

Code References: CBC 11B-805.6, 11B-606.2 and 2010 ADAS 606.2

As Built Description: Foot actuator affixed to floor blocks required toe clearance

Proposed Solution: Remove obstructions

As-Built Meas: 0    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 19C |

Facility: Rock Mountain Detention Facility

Location: Treatment Room 2032

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 2 of 7

Barrier Area: Medical Facilities          Remediation: Required

Barrier Type: Dispensers - Control Point

Barrier Description: Dispenser control point or operating mechanism not max. 40" AFF

Code References: CBC 11B-603.5

As Built Description: 53" high soap dispenser

Proposed Solution: Replace or remount dispenser

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

CASp Inspection

**Ex. B-91**85

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 19D |

Facility: Rock Mountain Detention Facility

Location: Treatment Room 2032

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: Medical Facilities          Remediation: Required

Barrier Type: Dispensers - Control Point

Barrier Description: Dispenser control point or operating mechanism not max. 40" AFF

Code References: CBC 11B-603.5

As Built Description: 58" high paper towel dispenser at 25-1/4" deep

Proposed Solution: Replace or remount dispenser

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status: Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 20A |



Facility: Rock Mountain Detention Facility

Location: HC Holding Room 2012

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Sign

Barrier Description: No room ID sign provided at permanent room or space

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile sign at doorway within circulation route

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status: Open

Notes:

---

CASp Inspection

**Ex. B-92**86

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 20B |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: HC Holding Room 2012

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Holding Cell Bench - Level Landing

Barrier Description: No level landing provided adjacent to bench

Code References: CBC 11B-807.2.2 & 11B-903.2 and 2010 ADAS 807.2.2 & 903.2

As Built Description: Space for people using wheelchairs adjacent to bench has sharp steel rods within space required to be free of changes in level

Proposed Solution: Provide level landing adjacent to min. 1 bench or 5% of group of benches

| As-Built Meas: | 12 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 20C |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: HC Holding Room 2012

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: Controls and Mechanisms          Remediation: Required

Barrier Type: Operable Part - Clear Floor Space

Barrier Description: Clear floor space for person using wheelchair not provided at operable part

Code References: CBC 11B-305.3 and 2010 ADAS 305.3

As Built Description: Fixed benches block clear floor space at two-way communication system

Proposed Solution: Alter area to provide wheelchair access

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 20D |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: HC Holding Room 2012

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Accessible Route to WC - 44" min. Clear Width

Barrier Description: A clear, unobstructed access of not less than 44" not provided to water closet

Code References: CBC 11B-403.5.1 Exception 5

As Built Description: 35-1/4" wide measure from bench to wall in path to toilet between privacy walls

Proposed Solution: Remodel toilet room to provide access

As-Built Meas: 4    Quantity: SF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 20E |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: HC Holding Room 2012

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Centerline

Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall

Code References: CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: 18-1/4" OC if installed in same opening

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

**SZS ENGINEERING**

## County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 20F

Facility: Rock Mountain Detention Facility

Location: HC Holding Room 2012

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Ratio

Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: No lavatory provided

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 20G

Facility: Rock Mountain Detention Facility

Location: HC Holding Room 2012

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Centerline

Barrier Description: Lavatory adjacent to wall not min. 18" to the centerline of fixture

Code References: CBC 11B-606.6

As Built Description: 9" OC to grab bar if installed in same opening

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 21 |

Facility: Rock Mountain Detention Facility

Location: Exam Room 2011

Official Responsible: San Diego County

Facility Function: Public     Dwg: 2 of 7

Barrier Area: Medical Facilities     Remediation: Required

Barrier Type: Handwashing Fixture (General) - Drain Pipes

Barrier Description: Hot water and drainpipes accessible under handwashing fixture not insulated or covered

Code References: CBC 11B-805.6, 11B-606.5 and 2010 ADAS 606.5

As Built Description: No insulation provided

Proposed Solution: Insulate drain pipes and hot water pipes

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 22 |

Facility: Rock Mountain Detention Facility

Location: Exam Room 2010

Official Responsible: San Diego County

Facility Function: Public     Dwg: 2 of 7

Barrier Area: Medical Facilities     Remediation: Required

Barrier Type: Handwashing Fixture (General) - Drain Pipes

Barrier Description: Hot water and drainpipes accessible under handwashing fixture not insulated or covered

Code References: CBC 11B-805.6, 11B-606.5 and 2010 ADAS 606.5

As Built Description: No insulation provided

Proposed Solution: Insulate drain pipes and hot water pipes

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

Ex. B-96 90

**SZS ENGINEERING**

# County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 23 |

Facility: Rock Mountain Detention Facility

Location: Exam Room 2009

Official Responsible: San Diego County

Facility Function: Public                     Dwg: 2 of 7

Barrier Area: Medical Facilities        Remediation: Required

Barrier Type: Handwashing Fixture (General) - Drain Pipes

Barrier Description: Hot water and drainpipes accessible under handwashing fixture not insulated or covered

Code References: CBC 11B-805.6, 11B-606.5 and 2010 ADAS 606.5

As Built Description: No insulation provided

Proposed Solution: Insulate drain pipes and hot water pipes

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 24A |

Facility: Rock Mountain Detention Facility

Location: Dental Exam Room 2047

Official Responsible: San Diego County

Facility Function: Public                     Dwg: 2 of 7

Barrier Area: Signage        Remediation: Required

Barrier Type: Room ID Sign - No Sign

Barrier Description: No room ID sign provided at permanent room or space

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile sign at doorway within circulation route

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 24B |



Facility: Rock Mountain Detention Facility

Location: Dental Exam Room 2047

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Clear Width - 36" Wide

Barrier Description: Accessible route clear width is not min. 36" wide

Code References: CBC 11B-403.5.1 and 2010 ADAS 403.5.1

As Built Description: Accessible route not provided to dental area, 14" wide.

Proposed Solution: Alter existing route to comply

As-Built Meas: 2    Quantity: LF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 24C |



Facility: Rock Mountain Detention Facility

Location: Dental Exam Room 2047

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Medical Facilities    Remediation: Required

Barrier Type: Exam/Diagnostic/Treatment Rooms - Turning Space

Barrier Description: Turning space not provided within examination, diagnostic or treatment room

Code References: CBC 11B-805.4.3 and 2010 ADAS 805.2

As Built Description: 38" wide turning space

Proposed Solution: Alter existing areas to comply

As-Built Meas: 20    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

CASp Inspection

Ex. B-98 92

# County of San Diego

**SZS ENGINEERING**



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 24D

Facility: Rock Mountain Detention Facility

Location: Dental Exam Room 2047

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Medical Facilities    Remediation: Required

Barrier Type: Handwashing Fixture (General) - Rim

Barrier Description: Handwashing fixture rim or counter edge is higher than 34" AFF

Code References: CBC 11B-805.6, 11B-606.3 and 2010 ADAS 606.3

As Built Description: 40" high

Proposed Solution: Provide min. 1 accessible handwashing fixture

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 24E

Facility: Rock Mountain Detention Facility

Location: Dental Exam Room 2047

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Medical Facilities    Remediation: Required

Barrier Type: Handwashing Fixture (General) - Knee Clearance

Barrier Description: Handwashing fixture knee clearance not 27" high at min. 8" deep reducing to 9" high at min. 11" deep not provided

Code References: CBC 11B-805.6, 11B-606.2 and 2010 ADAS 606.2

As Built Description: No knee clearance provided

Proposed Solution: Provide min. 1 accessible handwashing fixture

As-Built Meas: 0    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

CASp Inspection

Ex. B-99 93

**SZS ENGINEERING**

## County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 24F

Facility: Rock Mountain Detention Facility

Location: Dental Exam Room 2047

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Medical Facilities    Remediation: Required

Barrier Type: Dispensers - Control Point

Barrier Description: Dispenser control point or operating mechanism not max. 40" AFF

Code References: CBC 11B-603.5

As Built Description: Paper towel dispenser higher than 48" high

Proposed Solution: Replace or remount dispenser

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 25A

Facility: Rock Mountain Detention Facility

Location: Attorney Visitation 2007

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Sign

Barrier Description: No room ID sign provided at permanent room or space

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile sign at doorway within circulation route

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 25B



Facility: Rock Mountain Detention Facility

Location: Attorney Visitation 2007

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Visitation Area Partitions - Voice Communication Telephones

Barrier Description: Telephone handset devices provided do not comply with 704.3 for use by wheelchair users

Code References: CBC 11B-232.5.2 & 11B-904.6 and 2010 ADAS 232.5.2 & 904.6

As Built Description: No volume control provided

Proposed Solution: Provide telephone handset device accessible to wheelchair users at cubicles/counters at partitions

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 26



Facility: Rock Mountain Detention Facility

Location: Attorney Visitation 2005

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Visitation Area Partitions - Voice Communication Telephones

Barrier Description: Telephone handset devices provided do not comply with 704.3 for use by wheelchair users

Code References: CBC 11B-232.5.2 & 11B-904.6 and 2010 ADAS 232.5.2 & 904.6

As Built Description: No volume control provided

Proposed Solution: Provide telephone handset device accessible to wheelchair users at cubicles/counters at partitions

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

CASp Inspection

Ex. B-101 95



SZS
ENGINEERING

# County of San Diego

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 27A

Facility: Rock Mountain Detention Facility

Location: Elevator

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Elevators    Remediation: Required

Barrier Type: Door Delay - Closing Time

Barrier Description: Doors do not remain fully open for at least 5 seconds

Code References: CBC 11B-407.3.5 (2010 ADAS 407.3.5 less stringent)

As Built Description: 1.5 second door delay does not function properly. Could result in injury

Proposed Solution: Repair or adjust reopening device

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status: Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 27B

Facility: Rock Mountain Detention Facility

Location: Elevator

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Elevators    Remediation: Required

Barrier Type: Reopening Device - Re-opening Duration

Barrier Description: Door-reopening devices does not remain effective for at least 20 seconds

Code References: CBC 11B-407.3.3.3 and 2010 ADAS 407.3.3.3

As Built Description: 2 second reopen door delay does not function properly. Could result in injury

Proposed Solution: Repair or adjust reopening device

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status: Open

Notes:

---

CASp Inspection

# SZS
ENGINEERING

## County of San Diego

| | | | | | | |
|---|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 27C | |



Facility: Rock Mountain Detention Facility

Location: Elevator

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: Signage          Remediation: Required

Barrier Type: Evacuation Plan Sign - Character Height

Barrier Description: Visual character height less than 5/8" high

Code References: 2010 ADAS 703.5.5 (CBC 11B-703.5.5 less stringent)

As Built Description: 1/2" character height

Proposed Solution: Provide compliant evacuation sign

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

| | | | | | | |
|---|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 28A | |



Facility: Rock Mountain Detention Facility

Location: House 7 - Dayroom 2081

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Sign

Barrier Description: No room ID sign provided at permanent room or space

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile sign at doorway within circulation route

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 28B |

Facility: Rock Mountain Detention Facility

Location: House 7 - Dayroom 2081

Official Responsible: San Diego County

Facility Function: Public                                          Dwg: 2 of 7

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Door/Gate Height - Existing



Barrier Description: Door/Gate clearance not min. 80" high

Code References: CBC 11B-404.2.3 & 11B-307.2 and 2010 ADAS 404.2.3 & 307.2

As Built Description: 79-1/2" door height

Proposed Solution: Replace door or gate

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 29A |

Facility: Rock Mountain Detention Facility

Location: House 7 - Cell 2079

Official Responsible: San Diego County

Facility Function: Public                                          Dwg: 2 of 7

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Sign



Barrier Description: No room ID sign provided at permanent room or space

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile sign at doorway within circulation route

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

CASp Inspection

98

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 29B |

Facility: Rock Mountain Detention Facility

Location: House 7 - Cell 2079

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high

Code References: CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 704.2.2 & 309

As Built Description: 49-1/2" high two-way communication system

Proposed Solution: Relocate phone/communication device or provide alternate device in accessible location

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority ___ Phase ___ Date ___ Status Open

Notes:

---



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 29C |

Facility: Rock Mountain Detention Facility

Location: House 7 - Cell 2079

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Mirror - Bottom Edge

Barrier Description: Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere

Code References: CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: 41-1/2" high

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority ___ Phase ___ Date ___ Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 29D |

Facility: Rock Mountain Detention Facility

Location: House 7 - Cell 2079

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet

Code References: CBC 11B-604.8.1.1.3

As Built Description: 47-1/2" between toilet rim and bed

Proposed Solution: Remodel to provide required front transfer space

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 29E |

Facility: Rock Mountain Detention Facility

Location: House 7 - Cell 2079

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Centerline

Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall

Code References: CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: 18-3/4" OC

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

Ex. B-100

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 29F |

Facility: Rock Mountain Detention Facility

Location: House 7 - Cell 2079

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - No Grab Bars

Barrier Description: Grab bars not provided at the water closet

Code References: CBC 11B-604.5 and 2010 ADAS 604.5

As Built Description: No grab bars provided

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 29G |

Facility: Rock Mountain Detention Facility

Location: House 7 - Cell 2079

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: Toilet paper dispenser not located at the side wall

Proposed Solution: Reposition or replace toilet paper dispenser

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

# SZS ENGINEERING

## County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 30A |

Facility: Rock Mountain Detention Facility

Location: House 7 - Cell 2088

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Sign

Barrier Description: No room ID sign provided at permanent room or space

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile sign at doorway within circulation route

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 30B |

Facility: Rock Mountain Detention Facility

Location: House 7 - Cell 2088

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Mirror - Bottom Edge

Barrier Description: Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere

Code References: CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: 65" high

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

CASp Inspection

Ex. B-108    02

**SZS ENGINEERING**

# County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 30C |

Facility: Rock Mountain Detention Facility

Location: House 7 - Cell 2088

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Counters and Tables    Remediation: Required

Barrier Type: Counter - Sharp Surfaces

Barrier Description: Counter has sharp or abrasive surfaces on edge, apron or underside

Code References: CBC 11B-804.3.3 and 2010 ADAS 804.3.3

As Built Description: Sharp surfaces may come into contact with legs of persons with mobility impairments

Proposed Solution: Replace or repair desk/counter within knee clearance space

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 30D

Facility: Rock Mountain Detention Facility

Location: House 7 - Cell 2088

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 30E |

Facility: Rock Mountain Detention Facility

Location: House 7 - Cell 2088

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet

Code References: CBC 11B-604.8.1.1.3

As Built Description: 47-1/2" between toilet rim and bed

Proposed Solution: Remodel to provide required front transfer space

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 31A |

Facility: Rock Mountain Detention Facility

Location: House 7 - Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Seat - Distance from Entry

Barrier Description: Seat does not extend from the adjacent side wall to a point within 3" of the compartment entry

Code References: CBC 11B-610.3 and ADAS 610.3

As Built Description: 6" from entry to shower compartment

Proposed Solution: Provide compliant seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

CASp Inspection                                                    Ex. B-110 04

**SZS ENGINEERING**

# County of San Diego

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 31B

Facility: Rock Mountain Detention Facility

Location: House 7 - Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 15" to max. 16" from seat wall on long side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 17-1/4" from back wall on long side

Proposed Solution: Replace shower seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 31C

Facility: Rock Mountain Detention Facility

Location: House 7 - Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 22" to max. 23" from seat wall and min. 14" to max 15" from side wall on L-side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 24" from back wall

Proposed Solution: Replace shower seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

CASp Inspection    Ex. B-11    105

# SZS
ENGINEERING

## County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 31D |



| | |
|---|---|
| Facility: | Rock Mountain Detention Facility |
| Location: | House 7 - Shower |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: 2 of 7 |
| Barrier Area: | RR-Showers | Remediation: Required |
| Barrier Type: | Floor Surface - Slope |
| Barrier Description: | Floor surface slope exceeds 2.0% |
| Code References: | CBC 11B-608.9 |
| As Built Description: | 2.6% - 4.4% slope |
| Proposed Solution: | Remodel to provide level clear floor space at controls/mechanisms |

| As-Built Meas: | 20 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 31E |



| | |
|---|---|
| Facility: | Rock Mountain Detention Facility |
| Location: | House 7 - Shower |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: 2 of 7 |
| Barrier Area: | RR-Showers | Remediation: Required |
| Barrier Type: | Grab Bars - Location |
| Barrier Description: | Grab bars installed above the seat |
| Code References: | CBC 11B-608.3 and 2010 ADAS 608.3 |
| As Built Description: | Grab bar overlaps seat on control wall |
| Proposed Solution: | Remove existing grab bars and install accessible grab bars |

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 31F

Facility: Rock Mountain Detention Facility

Location: House 7 - Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Spacing Above Bar

Barrier Description: Space between grab bar and projecting objects above not 12 inches (305 mm) minimum

Code References: CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: 2" space between grab bar and obstruction

Proposed Solution: Replace grab bars

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 31G

Facility: Rock Mountain Detention Facility

Location: House 7 - Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 31H

Facility: Rock Mountain Detention Facility

Location: House 7 - Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 31I

Facility: Rock Mountain Detention Facility

Location: House 7 - Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 31J |



Facility: Rock Mountain Detention Facility

Location: House 7 - Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 32A |



Facility: Rock Mountain Detention Facility

Location: Exterior - Route to House 1

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Smooth Surface at Bottom - Kickplate

Barrier Description: Door/Gate lacks min. 10" smooth uninterrupted bottom surface

Code References: CBC 11B-404.2.10 and 2010 ADAS 404.2.10

As Built Description: Bottom 10" of gate not smooth and uninterrupted on entry or exit side of swinging gates

Proposed Solution: Provide min. 10" high kickplate at push side of each gate at entry or exit points

As-Built Meas: 2    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

**SZS** ENGINEERING

# County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 32B |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: Exterior - Route to House 1

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 7

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Door/Gate Landing - Slope 3.1% to 4.0%



Barrier Description: Door/Gate landing is not level on both sides of door (3.1% to 4.0%)

Code References: CBC 11B-404.2.4.4 and 2010 ADAS 404.2.4.4

As Built Description: 3.1% door landing slope

Proposed Solution: Demolish and reconstruct level landing

| As-Built Meas: | 20 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 32C |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: Exterior - Route to House 1

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 7

Barrier Area: Controls and Mechanisms          Remediation: Required

Barrier Type: Operable Part - Landing



Barrier Description: Landing provided at operable part not 1:48 (2.0%) in any direction

Code References: CBC 11B-305.2 and 2010 ADAS 305.2

As Built Description: 2.5% slope at two-way communication device

Proposed Solution: Relocate operable part or alter landing to comply

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 32D

Facility: Rock Mountain Detention Facility

Location: Exterior - Route to House 1

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Accessible Route - Exterior    Remediation: Required

Barrier Type: Running Slope - Existing (5.0% - 8.2%)

Barrier Description: Accessible route running slope exceeds 5.0% (5.0% - 8.2%)

Code References: CBC 11B-403.3 and 2010 ADAS 403.3

As Built Description: 5.2% - 6.3% running slope

Proposed Solution: Provide handrails with wheelguide on both sides of ramp, and required landings. Where drop exceeds 30", provide guardrail.

As-Built Meas: 35    Quantity: LF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 32E

Facility: Rock Mountain Detention Facility

Location: Exterior - Route to House 1

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Accessible Route - Exterior    Remediation: Required

Barrier Type: Surface Condition - Openings

Barrier Description: Opening in pedestrian access route has openings that exceed 1/2"

Code References: CBC 11B-403.2 & 11B-302.3 and 2010 ADAS 403.2 & 302.3

As Built Description: 1" opening in ground surface

Proposed Solution: Repair surface to make openings 1/2" or less

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



Field Date: 2/10/2023   Report Date: 2/21/2023   Barrier #: 32F

Facility: Rock Mountain Detention Facility

Location: Exterior - Route to House 1

Official Responsible: San Diego County

Facility Function: Public                                      Dwg: 3 of 7

Barrier Area: Accessible Route - Exterior   Remediation: Required

Barrier Type: Running Slope - Existing (5.0% - 8.2%)

Barrier Description: Accessible route running slope exceeds 5.0% (5.0% - 8.2%)

Code References: CBC 11B-403.3 and 2010 ADAS 403.3

As Built Description: 5.2% running slope

Proposed Solution: Provide handrails with wheelguide on both sides of ramp, and required landings. Where drop exceeds 30", provide guardrail.

As-Built Meas: 2   Quantity: LF   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority ___   Phase ___   Date ___   Status Open

Notes:

---

Field Date: 2/10/2023   Report Date: 2/21/2023   Barrier #: 32G

Facility: Rock Mountain Detention Facility

Location: Exterior - Route to House 1

Official Responsible: San Diego County

Facility Function: Public                                      Dwg: 3 of 7

Barrier Area: Accessible Route - Exterior   Remediation: Required

Barrier Type: Surface Condition - Firm and Stable

Barrier Description: Accessible route surface is not firm, stable and slip resistant (cracked, broken or loose soil, etc.)

Code References: CBC 11B-403.2 & 11B-302.3 and 2010 ADAS 403.2 & 302.3

As Built Description: Bird droppings in multiple locations along covered accessible route within loading dock

Proposed Solution: Install bird deterrent system to reduce possible contamination of surfaces and provide required slip-resistant walking surface

As-Built Meas: 1   Quantity: LF   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority ___   Phase ___   Date ___   Status Open

Notes:

---

CASp Inspection

12

**SZS ENGINEERING**

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 32H |



Facility: Rock Mountain Detention Facility

Location: Exterior - Route to House 1

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 7

Barrier Area: Accessible Route - Exterior          Remediation: Required

Barrier Type: Running Slope - Existing (5.0% - 8.2%)

Barrier Description: Accessible route running slope exceeds 5.0% (5.0% - 8.2%)

Code References: CBC 11B-403.3 and 2010 ADAS 403.3

As Built Description: 5.3% - 5.7% running slope

Proposed Solution: Provide handrails with wheelguide on both sides of ramp, and required landings. Where drop exceeds 30", provide guardrail.

As-Built Meas: 14     Quantity: LF     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 32I |



Facility: Rock Mountain Detention Facility

Location: Exterior - Route to House 1

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 7

Barrier Area: Accessible Route - Exterior          Remediation: Required

Barrier Type: Running Slope - Existing (5.0% - 8.2%)

Barrier Description: Accessible route running slope exceeds 5.0% (5.0% - 8.2%)

Code References: CBC 11B-403.3 and 2010 ADAS 403.3

As Built Description: 5.2% running slope

Proposed Solution: Provide handrails with wheelguide on both sides of ramp, and required landings. Where drop exceeds 30", provide guardrail.

As-Built Meas: 6     Quantity: LF     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

Ex. B-119 13

# County of San Diego

**SZS ENGINEERING**

| | | |
|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 32J |

Facility: Rock Mountain Detention Facility

Location: Exterior - Route to House 1

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 32K

Facility: Rock Mountain Detention Facility

Location: Exterior - Route to House 1

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Door/Gate Height - Existing

Barrier Description: Door/Gate clearance not min. 80" high

Code References: CBC 11B-404.2.3 & 11B-307.2 and 2010 ADAS 404.2.3 & 307.2

As Built Description: 79-3/4" door height

Proposed Solution: Replace door or gate

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

CASp Inspection

# SZS ENGINEERING

# County of San Diego

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 33A



Facility: Rock Mountain Detention Facility

Location: House 1 - Multipurpose Room 107

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Counters and Tables    Remediation: Required

Barrier Type: Table - Ratio

Barrier Description: At least 1 table or 5% of all tables are not accessible

Code References: CBC 11B-226.1 & 902 and 2010 ADAS 226.1 & 902

As Built Description: 10 total tables with 18 seats and none are accessible

Proposed Solution: Provide min. 1 accessible table. Avoid pedestal base tables.

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 33B



Facility: Rock Mountain Detention Facility

Location: House 1 - Multipurpose Room 107

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Counters and Tables    Remediation: Required

Barrier Type: Table - Knee Clearance

Barrier Description: Knee clearance of at least 27" high, 30" wide and 19" deep not provided

Code References: CBC 11B-902.2 & 11B-306.3.3 Exception 2 (2010 ADAS 306.3 less stringent)

As Built Description: 25-7/8" high knee clearance to support at 10-1/2" deep

Proposed Solution: Provide min. 1 accessible table and 5% overall. Avoid pedestal base tables.

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

CASp Inspection    Ex. B-121    15

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 34A |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 1 - Restroom 109

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 3 of 7

Barrier Area: Restrooms                Remediation: Required

Barrier Type: Sign - 12" Circle/triangle with Braille

Barrier Description: 12" geometric door sign incorrectly has raised text or Braille on door sign

Code References: CBC 11B-703.7.2.6

As Built Description: Door sign contains Braille or tactile characters

Proposed Solution: Provide new sign without text raised or Braille

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 34B |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 1 - Restroom 109

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 3 of 7

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Threshold (replacement)

Barrier Description: Door/Gate threshold height exceeds 1/2" with a bevel

Code References: CBC 11B-404.2.5 and 2010 ADAS 404.2.5

As Built Description: 1/2" high threshold without bevel

Proposed Solution: Provide new door threshold

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

# County of San Diego

**SZS ENGINEERING**

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 34C |



| | |
|---|---|
| Facility: | Rock Mountain Detention Facility |
| Location: | House 1 - Restroom 109 |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: 3 of 7 |
| Barrier Area: | Restrooms | Remediation: Required |
| Barrier Type: | WC - Grab Bars Objects (Below) |
| Barrier Description: | Projecting object mounted below the grab bar within 1-1/2" of bar |
| Code References: | CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3 |
| As Built Description: | Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar |
| Proposed Solution: | Remove infill plate and install ligature resistant plate that does not block gripping surface |

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 34D |



| | |
|---|---|
| Facility: | Rock Mountain Detention Facility |
| Location: | House 1 - Restroom 109 |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: 3 of 7 |
| Barrier Area: | Restrooms | Remediation: Required |
| Barrier Type: | Mirror - Bottom Edge |
| Barrier Description: | Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere |
| Code References: | CBC 11B-603.3 and 2010 ADAS 603.3 |
| As Built Description: | 41" high |
| Proposed Solution: | Provide min. one accessible mirror at lavatory or dressing counter |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

CASp Inspection



**SZS ENGINEERING**

# County of San Diego

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 34E

Facility: Rock Mountain Detention Facility

Location: House 1 - Restroom 109

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Ratio

Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: No lavatory provided

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 35A

Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

CASp Inspection

Ex. B-124    18

# SZS ENGINEERING

## County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 35B

Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Dayroom

Official Responsible: San Diego County

Facility Function: Public                                          Dwg: 3 of 7

Barrier Area: Stairways              Remediation: Required

Barrier Type: Protruding Object - Overhanging

Barrier Description: Stairway overhang reduces vertical clearance to less than 80" high

Code References: CBC 11B-307.4 and 2010 ADAS 307.4

As Built Description: Underside of stairways create a protruding object below 80" with no detectable warning

Proposed Solution: Provide guardrail (detectable warning) with detectable edge max. 27" high from floor or ground

As-Built Meas: 2    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [    ]    Phase [    ]    Date [    ]    Status: Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 35C



Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Dayroom

Official Responsible: San Diego County

Facility Function: Public                                          Dwg: 3 of 7

Barrier Area: Detention Facilities              Remediation: Required

Barrier Type: Communication Features - Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No phones installed at time of site visit. New phones must have volume control capabilities.

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [    ]    Phase [    ]    Date [    ]    Status: Open

Notes:

---

CASp Inspection

119

**SZS ENGINEERING**

# County of San Diego

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 35D



Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - TTY

Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 36A



Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Cell A115

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 0    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

CASp Inspection

# SZS ENGINEERING

# County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 36B |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Cell A115

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 7

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high

Code References: CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 704.2.2 & 309

As Built Description: 49" high two-way communication system

Proposed Solution: Relocate phone/communication device or provide alternate device in accessible location

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 36C |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Cell A115

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Lavatory - Ratio

Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: No lavatory provided

Proposed Solution: Provide min. 1 accessible lavatory. Ensure the lavatory depth does not encroach into door clear width.

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

**SZS ENGINEERING**

# County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 36D

Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Cell A115

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Centerline

Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall

Code References: CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: 18-1/3" OC

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 36E

Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Cell A115

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

CASp Inspection

Ex. B-128 22

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 36F |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Cell A115

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet

Code References: CBC 11B-604.8.1.1.3

As Built Description: 47-1/4" between toilet rim and bed

Proposed Solution: Remodel to provide required front transfer space

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |

Implementation:    Priority        Phase        Date        Status  Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 37A |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Change in Level - 1/4" to 1/2"

Barrier Description: Change in level between 1/4" and 1/2" with no bevel within accessible route

Code References: CBC 11B-403.4 & 11B-303 and 2010 ADAS 403.4 & 303

As Built Description: 1/2" change in level in walkway surface

Proposed Solution: Alter area to remove trip hazard

| As-Built Meas: | 4 | Quantity: | LF | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |

Implementation:    Priority        Phase        Date        Status  Open

Notes:

---

CASp Inspection

Ex. B-129

**SZS ENGINEERING**

# County of San Diego

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 37B |

Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Shower

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 3 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 15" to max. 16" from seat wall on long side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 17-1/4" from back wall on long side

Proposed Solution: Replace shower seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 37C |

Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Shower

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 3 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 22" to max. 23" from seat wall and min. 14" to max 15" from side wall on L-side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 24" from back wall

Proposed Solution: Replace shower seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

# SZS ENGINEERING

## County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 37D |



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 37D

Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Location

Barrier Description: Grab bars installed above the seat

Code References: CBC 11B-608.3 and 2010 ADAS 608.3

As Built Description: Grab bar overlaps seat on control wall

Proposed Solution: Remove existing grab bars and install accessible grab bars

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 37E

Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Spacing Above Bar

Barrier Description: Space between grab bar and projecting objects above not 12 inches (305 mm) minimum

Code References: CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: 2" space between grab bar and obstruction

Proposed Solution: Remove obstruction

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

125

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 37F |

Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 3 of 7

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 37G |

Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 3 of 7

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 37H |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 3 of 7

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority [ ]     Phase [ ]     Date [ ]     Status Open

Notes:

---

Field Date: 2/10/2023     Report Date: 2/21/2023     Barrier #: 38A



Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Cell A101

Official Responsible: San Diego County

Facility Function: Public     Dwg: 3 of 7

Barrier Area: Signage     Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority [ ]     Phase [ ]     Date [ ]     Status Open

Notes:

---

CASp Inspection

# SZS
ENGINEERING

## County of San Diego



Field Date: 2/10/2023     Report Date: 2/21/2023     Barrier #: 38B

Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Cell A101

Official Responsible: San Diego County

Facility Function: Public     Dwg: 3 of 7

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high

Code References: CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 704.2.2 & 309

As Built Description: 48-1/4" high two-way communication system

Proposed Solution: Relocate phone/communication device or provide alternate device in accessible location

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status: Open

Notes:

---

Field Date: 2/10/2023     Report Date: 2/21/2023     Barrier #: 38C

Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Cell A101

Official Responsible: San Diego County

Facility Function: Public     Dwg: 3 of 7

Barrier Area: Restrooms     Remediation: Required

Barrier Type: Lavatory - Ratio

Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: No lavatory provided. Space for lavatory is 14" deep to door opening. Lavatory minimum depth is 17".

Proposed Solution: Provide min. 1 accessible lavatory. Ensure the lavatory depth does not encroach into door clear width.

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status: Open

Notes:

CASp Inspection

Ex. B-134

# SZS ENGINEERING

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 38D |



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 38D

Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Cell A101

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 3 of 7

Barrier Area: Restrooms                Remediation: Required

Barrier Type: WC - Centerline

Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall

Code References: CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: 18-1/2" OC

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 38E

Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Cell A101

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 3 of 7

Barrier Area: Restrooms                Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 38F |



Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Cell A101

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: 10" from rim

Proposed Solution: Reposition or replace toilet paper dispenser

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase              Date              Status  Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 38G |



Facility: Rock Mountain Detention Facility

Location: House 1 - Block A Cell A101

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet

Code References: CBC 11B-604.8.1.1.3

As Built Description: 47-1/4" between toilet rim and bed

Proposed Solution: Remodel to provide required front transfer space

As-Built Meas: 1    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase              Date              Status  Open

Notes:

CASp Inspection

Ex. B-136 of 30

# County of San Diego

**SZS ENGINEERING**

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 39A

Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 39B

Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Stairways    Remediation: Required

Barrier Type: Protruding Object - Overhanging

Barrier Description: Stairway overhang reduces vertical clearance to less than 80" high

Code References: CBC 11B-307.4 and 2010 ADAS 307.4

As Built Description: Underside of stairways create a protruding object below 80" with no detectable warning

Proposed Solution: Provide guardrail (detectable warning) with detectable edge max. 27" high from floor or ground

As-Built Meas: 2    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

CASp Inspection

# SZS
ENGINEERING

## County of San Diego

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 39C

Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Dayroom

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 3 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - TTY

Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status: Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 39D

Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Dayroom

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 3 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No phones installed at time of site visit. New phones must have volume control capabilities.

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status: Open

Notes:

---

CASp Inspection

Ex. B-138

**SZS ENGINEERING**

# County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 40A |

Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Cell B108

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Sign

Barrier Description: No room ID sign provided at permanent room or space

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 40B



Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Cell B108

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Ratio

Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: No lavatory provided

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

Ex. B-139

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 40C |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Cell B108

Official Responsible: San Diego County

Facility Function: Public                 Dwg: 3 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Mirror - Bottom Edge

Barrier Description: Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere

Code References: CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: 40-1/2" high

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A        Y Coordinate: N/A        Z Coordinate: N/A

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 40D |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Cell B108

Official Responsible: San Diego County

Facility Function: Public                 Dwg: 3 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A        Y Coordinate: N/A        Z Coordinate: N/A

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

CASp Inspection

134

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 40E |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Cell B108

Official Responsible: San Diego County

Facility Function: Public — Dwg: 3 of 7

Barrier Area: Restrooms — Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet

Code References: CBC 11B-604.8.1.1.3

As Built Description: 47-1/2" in front of water closet

Proposed Solution: Remodel to provide required front transfer space

As-Built Meas: 1 — Quantity: SF — Cost Estimate: $0.00 — BSR: 2 - Moderate Severity

X Coordinate: N/A — Y Coordinate: N/A — Z Coordinate: N/A

Implementation: Priority [ ] Phase [ ] Date [ ] Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 41 |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Cell B109

Official Responsible: San Diego County

Facility Function: Public — Dwg: 3 of 7

Barrier Area: Signage — Remediation: Required

Barrier Type: Room ID Sign - No Sign

Barrier Description: No room ID sign provided at permanent room or space

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1 — Quantity: EACH — Cost Estimate: $0.00 — BSR: 1 - High Severity

X Coordinate: N/A — Y Coordinate: N/A — Z Coordinate: N/A

Implementation: Priority [ ] Phase [ ] Date [ ] Status Open

Notes: This cell designated as accessible was not included in the assessment.

CASp Inspection

Ex. B-141

135

**SZS ENGINEERING**

# County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 42A |

Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Shower

Official Responsible: San Diego County

Facility Function: Public      Dwg: 3 of 7

Barrier Area: RR-Showers      Remediation: Required

Barrier Type: Floor Surface - Slope

Barrier Description: Floor surface slope exceeds 2.0%

Code References: CBC 11B-608.9

As Built Description: 2.3% slope

Proposed Solution: Remodel to provide level clear floor space at controls/mechanisms

As-Built Meas: 20   Quantity: SF   Cost Estimate: $0.00   BSR: 2 - Moderate Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority ____   Phase ____   Date ____   Status Open

Notes:

---



Field Date: 2/10/2023   Report Date: 2/21/2023   Barrier #: 42B

Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Shower

Official Responsible: San Diego County

Facility Function: Public      Dwg: 3 of 7

Barrier Area: RR-Showers      Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 15" to max. 16" from seat wall on long side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 17-1/4" from back wall on long side

Proposed Solution: Replace shower seat

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 2 - Moderate Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority ____   Phase ____   Date ____   Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 42C |

Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 22" to max. 23" from seat wall and min. 14" to max 15" from side wall on L-side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 24" from back wall

Proposed Solution: Replace shower seat

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 42D |

Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Seat - Distance from Entry

Barrier Description: Seat does not extend from the adjacent side wall to a point within 3" of the compartment entry

Code References: CBC 11B-610.3 and ADAS 610.3

As Built Description: 14-1/4" from entry to shower compartment

Proposed Solution: Provide compliant seat

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 42E |

Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Seat - Rectangular Location from Wall



Barrier Description: Rectangular shower seat not installed max. 1-1/2" from side seat wall or 2-1/2" from rear seat wall

Code References: CBC 11B-610.3.1 and 2010 ADAS 610.3.1

As Built Description: 2-1/4" from side wall

Proposed Solution: Replace shower seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 42F |

Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Grab Bars - Location



Barrier Description: Grab bars installed above the seat

Code References: CBC 11B-608.3 and 2010 ADAS 608.3

As Built Description: Grab bar overlaps seat on control wall

Proposed Solution: Remove existing grab bars and install accessible grab bars

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

38

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 42G |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Shower

Official Responsible: San Diego County

Facility Function: Public  Dwg: 3 of 7

Barrier Area: RR-Showers  Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1  Quantity: JOB  Cost Estimate: $0.00  BSR: 1 - High Severity

X Coordinate: N/A  Y Coordinate: N/A  Z Coordinate: N/A

Implementation:  Priority ___  Phase ___  Date ___  Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 42H |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Shower

Official Responsible: San Diego County

Facility Function: Public  Dwg: 3 of 7

Barrier Area: RR-Showers  Remediation: Required

Barrier Type: Grab Bars - Installation

Barrier Description: Grab bars installed more than 6" from adjacent walls (corners)

Code References: CBC 11B-608.3 and 2010 ADAS 608.3

As Built Description: Grab bars 10-1/2" from wall

Proposed Solution: Remove existing grab bars and install accessible grab bars

As-Built Meas: 1  Quantity: JOB  Cost Estimate: $0.00  BSR: 2 - Moderate Severity

X Coordinate: N/A  Y Coordinate: N/A  Z Coordinate: N/A

Implementation:  Priority ___  Phase ___  Date ___  Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 42I |



Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 42J |



Facility: Rock Mountain Detention Facility

Location: House 1 - Block B Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 43A |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: House 1 - Holding 117

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 7

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation: Priority ____  Phase ____  Date ____  Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 43B |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: House 1 - Holding 117

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 7

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - Clearance at Phones

Barrier Description: Telephone handset/communication device lacks min. 30" x 48" clearance for wheelchair users

Code References: CBC 11B-807.3 & 11B-704.2.1 and 2010 ADAS 807.3 & 704.2.1

As Built Description: Two-way communication device lacks required clear floor space when installed directly adjacent to a toilet

Proposed Solution: Move phone to accessible location or provide additional accessible phone in alternate location

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation: Priority ____  Phase ____  Date ____  Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 43C |



Facility: Rock Mountain Detention Facility

Location: House 1 - Holding 117

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 3 of 7

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high

Code References: CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 704.2.2 & 309

As Built Description: 50-1/2" high two-way communication system

Proposed Solution: Relocate phone/communication device or provide alternate device in accessible location

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 44A |



Facility: Rock Mountain Detention Facility

Location: House 1 - Exam room 116

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 3 of 7

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

# SZS
ENGINEERING

## County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 44B

Facility: Rock Mountain Detention Facility

Location: House 1 - Exam room 116

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high

Code References: CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 704.2.2 & 309

As Built Description: 49" high two-way communication system

Proposed Solution: Relocate phone/communication device or provide alternate device in accessible location

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 44C

Facility: Rock Mountain Detention Facility

Location: House 1 - Exam room 116

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Medical Facilities    Remediation: Required

Barrier Type: Handwashing Fixture (General) - Drain Pipes

Barrier Description: Hot water and drainpipes accessible under handwashing fixture not insulated or covered

Code References: CBC 11B-805.6, 11B-606.5 and 2010 ADAS 606.5

As Built Description: No insulation provided

Proposed Solution: Insulate drain pipes and hot water pipes

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 44D |



| | |
|---|---|
| Facility: | Rock Mountain Detention Facility |
| Location: | House 1 - Exam room 116 |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Dwg: | 3 of 7 |
| Barrier Area: | Medical Facilities |
| Remediation: | Required |
| Barrier Type: | Dispensers - Control Point |
| Barrier Description: | Dispenser control point or operating mechanism not max. 40" AFF |
| Code References: | CBC 11B-603.5 |
| As Built Description: | 53" high paper towel dispenser |
| Proposed Solution: | Replace or remount dispenser |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 44E |



| | |
|---|---|
| Facility: | Rock Mountain Detention Facility |
| Location: | House 1 - Exam room 116 |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Dwg: | 3 of 7 |
| Barrier Area: | Medical Facilities |
| Remediation: | Required |
| Barrier Type: | Dispensers - Control Point |
| Barrier Description: | Dispenser control point or operating mechanism not max. 40" AFF |
| Code References: | CBC 11B-603.5 |
| As Built Description: | 44" high soap dispenser |
| Proposed Solution: | Replace or remount dispenser |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

CASp Inspection

**Ex. B-150** 44

**SZS**
ENGINEERING

# County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 44F

Facility: Rock Mountain Detention Facility

Location: House 1 - Exam room 116

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Medical Facilities    Remediation: Required

Barrier Type: Dispensers - Control Point

Barrier Description: Dispenser control point or operating mechanism not max. 40" AFF

Code References: CBC 11B-603.5

As Built Description: 58" high medical dispenser

Proposed Solution: Replace or remount dispenser

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 45A

Facility: Rock Mountain Detention Facility

Location: House 1 - Block C Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

CASp Inspection

45

**SZS** ENGINEERING

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 45B |

Facility: Rock Mountain Detention Facility

Location: House 1 - Block C Dayroom

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 3 of 7

Barrier Area: Stairways          Remediation: Required

Barrier Type: Protruding Object - Overhanging

Barrier Description: Stairway overhang reduces vertical clearance to less than 80" high

Code References: CBC 11B-307.4 and 2010 ADAS 307.4

As Built Description: Underside of stairways create a protruding object below 80" with no detectable warning

Proposed Solution: Provide guardrail (detectable warning) with detectable edge max. 27" high from floor or ground

As-Built Meas: 2    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 45C |

Facility: Rock Mountain Detention Facility

Location: House 1 - Block C Dayroom

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 3 of 7

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - TTY

Barrier Description: No TTY installed where pay phones are provided in a secured area

Code References: CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 45D |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 1 - Block C Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 7

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No phones installed at time of site visit. New phones must have volume control capabilities.

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:  Priority [    ]  Phase [    ]  Date [    ]  Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 46A |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 1 - Block C Cell C117

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 7

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information



Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:  Priority [    ]  Phase [    ]  Date [    ]  Status Open

Notes:

---

CASp Inspection

147

**SZS ENGINEERING**

# County of San Diego

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 46B |



Facility: Rock Mountain Detention Facility

Location: House 1 - Block C Cell C117

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high

Code References: CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 704.2.2 & 309

As Built Description: 48-1/4" high two-way communication system

Proposed Solution: Relocate phone/communication device or provide alternate device in accessible location

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 46C |



Facility: Rock Mountain Detention Facility

Location: House 1 - Block C Cell C117

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Ratio

Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: No lavatory provided. Space for lavatory is 14" deep to door opening. Lavatory minimum depth is 17".

Proposed Solution: Provide min. 1 accessible lavatory. Ensure the lavatory depth does not encroach into door clear width.

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

**SZS ENGINEERING**

# County of San Diego

Field Date: 2/10/2023   Report Date: 2/21/2023   Barrier #: 46D



Facility: Rock Mountain Detention Facility

Location: House 1 - Block C Cell C117

Official Responsible: San Diego County

Facility Function: Public                         Dwg: 3 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Mirror - Bottom Edge

Barrier Description: Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere

Code References: CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: 40-1/2" high

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 3 - Low Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority [  ]   Phase [  ]   Date [  ]   Status: Open

Notes:

---

Field Date: 2/10/2023   Report Date: 2/21/2023   Barrier #: 46E



Facility: Rock Mountain Detention Facility

Location: House 1 - Block C Cell C117

Official Responsible: San Diego County

Facility Function: Public                         Dwg: 3 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Centerline

Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall

Code References: CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: 19" OC

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 3 - Low Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority [  ]   Phase [  ]   Date [  ]   Status: Open

Notes:

---

CASp Inspection

149

**SZS ENGINEERING**

# County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 46F

Facility: Rock Mountain Detention Facility

Location: House 1 - Block C Cell C117

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 46G

Facility: Rock Mountain Detention Facility

Location: House 1 - Block C Cell C117

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet

Code References: CBC 11B-604.8.1.1.3

As Built Description: 47-1/2" in front of water closet

Proposed Solution: Remodel to provide required front transfer space

As-Built Meas: 1    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 46H |

Facility: Rock Mountain Detention Facility

Location: House 1 - Block C Cell C117

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: 9-1/4" from rim

Proposed Solution: Reposition or replace toilet paper dispenser

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---



| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 47A |

Facility: Rock Mountain Detention Facility

Location: House 1 - Block C shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Towel Hooks or Rod - Height

Barrier Description: Towel hooks or rod not max. 48" high AFF

Code References: CBC 11B-803.5 & 11B-603.4 and 2010 ADAS 803.5 & 603.4

As Built Description: 50-1/2" high

Proposed Solution: Provide additional hook in accessible location

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 47B |



Facility: Rock Mountain Detention Facility

Location: House 1 - Block C shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 3 of 7

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Roll-In Showers - 30" x 60"

Barrier Description: Shower dimension not min. 30" wide and min. 60" deep clear inside dimensions measured at center points of opposing sides with a full opening width on the long side

Code References: CBC 11B-608.2.2 and 2010 ADAS 608.2.2

As Built Description: 59-1/2" wide where 66" wide is required with interior (30") and exterior (36") shower dimensions x 62" deep. Full opening width on the long side not provided.

Proposed Solution: Remodel to provide accessible shower

As-Built Meas: 60     Quantity: SF     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority _____     Phase _____     Date _____     Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 47C |



Facility: Rock Mountain Detention Facility

Location: House 1 - Block C shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 3 of 7

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 15" to max. 16" from seat wall on long side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 17-1/4" from back wall on long side

Proposed Solution: Replace shower seat

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority _____     Phase _____     Date _____     Status Open

Notes:

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 47D |

Facility: Rock Mountain Detention Facility

Location: House 1 - Block C shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 22" to max. 23" from seat wall and min. 14" to max 15" from side wall on L-side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 24" from back wall

Proposed Solution: Replace shower seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 47E |

Facility: Rock Mountain Detention Facility

Location: House 1 - Block C shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

# County of San Diego

**SZS ENGINEERING**

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 47F

Facility: Rock Mountain Detention Facility

Location: House 1 - Block C shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 47G

Facility: Rock Mountain Detention Facility

Location: House 1 - Block C shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

CASp Inspection

154



## County of San Diego

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 47H

Facility: Rock Mountain Detention Facility

Location: House 1 - Block C shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Location

Barrier Description: Grab bars installed above the seat

Code References: CBC 11B-608.3 and 2010 ADAS 608.3

As Built Description: Grab bar overlaps seat on control wall

Proposed Solution: Remove existing grab bars and install accessible grab bars

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 48A

Facility: Rock Mountain Detention Facility

Location: House 1 - Block C Cell C103

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection    Ex. B-161    155

**SZS ENGINEERING**

# County of San Diego

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 48B

Facility: Rock Mountain Detention Facility

Location: House 1 - Block C Cell C103

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Mirror - Bottom Edge

Barrier Description: Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere

Code References: CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: 40-1/2" high

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 48C

Facility: Rock Mountain Detention Facility

Location: House 1 - Block C Cell C103

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Ratio

Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: No lavatory provided

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 48D |



Facility: Rock Mountain Detention Facility

Location: House 1 - Block C Cell C103

Official Responsible: San Diego County

Facility Function: Public     Dwg: 3 of 7

Barrier Area: Restrooms     Remediation: Required

Barrier Type: WC - Centerline

Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall

Code References: CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: 18-1/2" OC

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase            Date            Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 48E |



Facility: Rock Mountain Detention Facility

Location: House 1 - Block C Cell C103

Official Responsible: San Diego County

Facility Function: Public     Dwg: 3 of 7

Barrier Area: Restrooms     Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet

Code References: CBC 11B-604.8.1.1.3

As Built Description: 47-1/2" in front of water closet

Proposed Solution: Remodel to provide required front transfer space

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase            Date            Status Open

Notes:

---

CASp Inspection

157

# SZS ENGINEERING

## County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 48F |

Facility: Rock Mountain Detention Facility

Location: House 1 - Block C Cell C103

Official Responsible: San Diego County

Facility Function: Public                      Dwg: 3 of 7

Barrier Area: Restrooms            Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase            Date            Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 49A |

Facility: Rock Mountain Detention Facility

Location: House 1 - Floor 2 Attorney Room 132

Official Responsible: San Diego County

Facility Function: Public                      Dwg: 4 of 7

Barrier Area: Signage            Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase            Date            Status Open

Notes:

CASp Inspection

Ex. B-164

458

# SZS
ENGINEERING

## County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 49B |

Facility: Rock Mountain Detention Facility

Location: House 1 - Floor 2 Attorney Room 132

Official Responsible: San Diego County

Facility Function: Public    Dwg: 4 of 7

Barrier Area: Controls and Mechanisms    Remediation: Required

Barrier Type: Electrical Switches - Side Reach High Unobstructed

Barrier Description: Light switch control box not max. 48" high measured to the top of the outlet box

Code References: CBC 11B-308.1.1, 11B-308.3.1 and 2010 ADAS 308.3

As Built Description: 52-1/4" high

Proposed Solution: Relocate switch box to max. 48" high measured to the top of the outlet box

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 50A |

Facility: Rock Mountain Detention Facility

Location: House 1 - Floor 2 Visitation Area 131

Official Responsible: San Diego County

Facility Function: Public    Dwg: 4 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 50B |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: House 1 - Floor 2 Visitation Area 131

Official Responsible: San Diego County

Facility Function: Public          Dwg: 4 of 7

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Visitation Area Partitions - Voice Communication Telephones

Barrier Description: Telephone handset devices provided do not comply with 704.3 for use by wheelchair users

Code References: CBC 11B-232.5.2 & 11B-904.6 and 2010 ADAS 232.5.2 & 904.6

As Built Description: No volume control provided

Proposed Solution: Provide telephone handset device accessible to wheelchair users at cubicles/counters at partitions

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 50C |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: House 1 - Floor 2 Visitation Area 131

Official Responsible: San Diego County

Facility Function: Public          Dwg: 4 of 7

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Visitation Area - Counter Forward Approach CFS

Barrier Description: Counter positioned for forward approach lacks clear floor space

Code References: CBC 11B-232.5.1 & 11B-904.4.2 and 2010 ADAS 904.4.2

As Built Description: 44-1/2" deep to fixed seat

Proposed Solution: Remodel area to provide wheelchair space at element required to be accessible

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 50D

Facility: Rock Mountain Detention Facility

Location: House 1 - Floor 2 Visitation Area 131

Official Responsible: San Diego County

Facility Function: Public    Dwg: 4 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Visitation Area - Counter Knee Clearance (Height and Depth)

Barrier Description: Counter positioned for forward approach knee clearance of at least 27" high at min. 8" deep and 9" high at min. 11" deep or not provided

Code References: CBC 11B-232.5.1 & 11B-306.3 and 2010 ADAS 232.5.1 & 306.3

As Built Description: 26-1/2" high knee clearance

Proposed Solution: Provide min. 3 ft segment of accessible counter. Flip-up counters, adjacent tables and similar devices not permitted

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 51

Facility: Rock Mountain Detention Facility

Location: House 1 - Elevator 106A

Official Responsible: San Diego County

Facility Function: Public    Dwg: 4 of 7

Barrier Area: Elevators    Remediation: Required

Barrier Type: Doorjamb Marking

Barrier Description: Elevator landing lacks floor number signage on both door jambs

Code References: CBC 11B-407.2.3.1 and 2010 ADAS 407.2.3.1

As Built Description: Door jamb signage not present

Proposed Solution: Provide door jamb signage

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 52A |

Facility: Rock Mountain Detention Facility

Location: House 1 - Exercise Yard R-4

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:        Phase:        Date:        Status: Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 52B |



Facility: Rock Mountain Detention Facility

Location: House 1 - Exercise Yard R-4

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Threshold (ramp required)

Barrier Description: Door/Gate threshold height exceeds 1/2" with a bevel

Code References: CBC 11B-404.2.5 and 2010 ADAS 404.2.5

As Built Description: Corridor floor level elevated from exercise yard by 5/8" with 1" horizontal gap between concrete floor and metal threshold at door

Proposed Solution: Alter door threshold to provide compliant transition between corridor and exercise yard walking surface

As-Built Meas: 8    Quantity: SF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:        Phase:        Date:        Status: Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 52C |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 1 - Exercise Yard R-4

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 7

Barrier Area: Drinking Fountains          Remediation: Required

Barrier Type: Knee Clearance (Height and Depth)

Barrier Description: Knee clearance of at least 27" high at min. 8" deep and 9" high at min. 11" deep or not provided

Code References: CBC 11B-602.2 and 2010 ADAS 602.2

As Built Description: 25" high knee clearance. Drinking fountain housing tapers down with non-compliant knee clearance at back of fixture.

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 52D |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 1 - Exercise Yard R-4

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 7

Barrier Area: Drinking Fountains          Remediation: Required

Barrier Type: Hi-Low Unit not Provided

Barrier Description: Two fountains not provided (hi-low) within pedestrian facility

Code References: CBC 11B-211.2 & 11B-602.7 and 2010 ADAS 211.2 & 602.7

As Built Description: Low fountain not accessible for standing persons

Proposed Solution: Provide one low fountain for short people/wheelchair users and high fountain for standing persons

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

**SZS ENGINEERING**

# County of San Diego

| | |
|---|---|
| Field Date: | 2/10/2023 |
| Report Date: | 2/21/2023 |
| Barrier #: | 52E |



Facility: Rock Mountain Detention Facility

Location: House 1 - Exercise Yard R-4

Official Responsible: San Diego County

Facility Function: Public                Dwg: 3 of 7

Barrier Area: Drinking Fountains        Remediation: Required

Barrier Type: Pedestrian Protection - Projection

Barrier Description: Alcove or wing walls do not project as far as fountain

Code References: CBC 11B-602.9 and 2010 ADAS 307.2

As Built Description: Fountain not located entirely within an alcove

Proposed Solution: Increase depth of existing alcove or replace

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status: Open

Notes:

---

| | |
|---|---|
| Field Date: | 2/10/2023 |
| Report Date: | 2/21/2023 |
| Barrier #: | 52F |



Facility: Rock Mountain Detention Facility

Location: House 1 - Exercise Yard R-4

Official Responsible: San Diego County

Facility Function: Public                Dwg: 3 of 7

Barrier Area: Restrooms        Remediation: Required

Barrier Type: Accessible Route to WC - 44" min. Clear Width

Barrier Description: A clear, unobstructed access of not less than 44" not provided to water closet

Code References: CBC 11B-403.5.1 Exception 5

As Built Description: 38" wide path of travel to toilet between privacy walls

Proposed Solution: Remodel toilet room

As-Built Meas: 20    Quantity: SF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status: Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 52G

Facility: Rock Mountain Detention Facility

Location: House 1 - Exercise Yard R-4

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Accessible Route - Exterior    Remediation: Required

Barrier Type: Change in Level - 1/4" to 1/2"

Barrier Description: Change in level greater than 1/4" in accessible route with no bevel

Code References: CBC 11B-403.4 and 2010 ADAS 403.4

As Built Description: 3/8" protrusion from severed steel rods in walking surface at multiple locations. Remains from wall demolition.

Proposed Solution: Grind or repair to remove trip hazard

As-Built Meas: 2    Quantity: LF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 52H

Facility: Rock Mountain Detention Facility

Location: House 1 - Exercise Yard R-4

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Rim

Barrier Description: Lavatory rim or counter edge is higher than 34" AFF

Code References: CBC 11B-606.3 and 2010 ADAS 606.3

As Built Description: 34-1/4" high rim

Proposed Solution: Provide min. one accessible lavatory

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

CASp Inspection



**SZS**
ENGINEERING

# County of San Diego

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 52I

Facility: Rock Mountain Detention Facility

Location: House 1 - Exercise Yard R-4

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 3 of 7

Barrier Area: Restrooms              Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet

Code References: CBC 11B-604.8.1.1.3

As Built Description: 45-1/2" between toilet rim and privacy wall

Proposed Solution: Remodel to provide required front transfer space

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority ___    Phase ___    Date ___    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 52J

Facility: Rock Mountain Detention Facility

Location: House 1 - Exercise Yard R-4

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 3 of 7

Barrier Area: Restrooms              Remediation: Required

Barrier Type: WC - Toilet with Lavatory

Barrier Description: Clear space in front of closet not min. 60" wide x 56" deep

Code References: CBC 11B-604.3.1 and 2010 ADAS 604.3.1

As Built Description: Lavatory reduces water closet clearance to 59" wide. Side wall appears to have been moved but not an adequate distance.

Proposed Solution: Remodel toilet room

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority ___    Phase ___    Date ___    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 52K |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 1 - Exercise Yard R-4

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 53A |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: Exterior - Route to House 4

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Smooth Surface at Bottom - Kickplate

Barrier Description: Door/Gate lacks min. 10" smooth uninterrupted bottom surface

Code References: CBC 11B-404.2.10 and 2010 ADAS 404.2.10

As Built Description: Bottom 10" of gate not smooth and uninterrupted on entry or exit side of swinging gates

Proposed Solution: Provide min. 10" high kickplate at push side of gates

As-Built Meas: 4    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection


ENGINEERING

# County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 53B |

Facility: Rock Mountain Detention Facility

Location: Exterior - Route to House 4

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Accessible Route - Exterior    Remediation: Required

Barrier Type: Running Slope - Existing (5.0% - 8.2%)

Barrier Description: Accessible route running slope exceeds 5.0% (5.0% - 8.2%)

Code References: CBC 11B-403.3 and 2010 ADAS 403.3

As Built Description: 5.4% running slope

Proposed Solution: Provide handrails with wheelguide on both sides of ramp, and required landings. Where drop exceeds 30", provide guardrail.

As-Built Meas: 4    Quantity: LF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 54A |

Facility: Rock Mountain Detention Facility

Location: House 4 - Multi-Purpose Room 407

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

Ex. B-174    168

# County of San Diego

**SZS ENGINEERING**



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 54B |

Facility: Rock Mountain Detention Facility

Location: House 4 - Multi-Purpose Room 407

Official Responsible: San Diego County

Facility Function: Public     Dwg: 5 of 7

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high

Code References: CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 704.2.2 & 309

As Built Description: 50" high two-way communication system

Proposed Solution: Relocate phone/communication device or provide alternate device in accessible location

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 55A |

Facility: Rock Mountain Detention Facility

Location: House 4 - Restroom 409

Official Responsible: San Diego County

Facility Function: Public     Dwg: 5 of 7

Barrier Area: Signage     Remediation: Required

Barrier Type: Braille on Door

Barrier Description: Braille signage posted on door where door swing could cause injury

Code References: CBC 11B-703.4.2 and 2010 ADAS 703.4.2

As Built Description: Sign with tactile information located on door

Proposed Solution: Provide sign on door with no Braille or raised pictograms pr characters

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 55B |



Facility: Rock Mountain Detention Facility

Location: House 4 - Restroom 409

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Threshold (ramp required)

Barrier Description: Door/Gate threshold height exceeds 1/2" with a bevel

Code References: CBC 11B-404.2.5 and 2010 ADAS 404.2.5

As Built Description: 1/2" high threshold without bevel

Proposed Solution: Provide ramp leading to new level landing at door

As-Built Meas: 1     Quantity: SF     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 55C |



Facility: Rock Mountain Detention Facility

Location: House 4 - Restroom 409

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Mirror - Bottom Edge

Barrier Description: Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere

Code References: CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: 40-1/4" high

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 55D |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Restroom 409

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Toilet with Lavatory

Barrier Description: Clear space in front of closet not min. 60" wide x 56" deep

Code References: CBC 11B-604.3.1 and 2010 ADAS 604.3.1

As Built Description: 59" wide

Proposed Solution: Remodel toilet room

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority ___    Phase ___    Date ___    Status Open

Notes: Lavatory installed in existing wall opening will reduces water closet clearance to 59" wide where min. 60" is required.

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 55E |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: House 4 - Restroom 409

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Rear Grab Bar Location

Barrier Description: Rear grab bar not centered 12" from wall and 24" on the other side of WC

Code References: CBC 11B-604.5.2 and 2010 ADAS 604.5.2

As Built Description: 11" OC

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority ___    Phase ___    Date ___    Status Open

Notes:

CASp Inspection

# County of San Diego

**Field Date:** 2/10/2023   **Report Date:** 2/21/2023   **Barrier #:** 56A

**Facility:** Rock Mountain Detention Facility

**Location:** House 4 - Exercise Yard

**Official Responsible:** San Diego County

**Facility Function:** Public   **Dwg:** 5 of 7

**Barrier Area:** Signage   **Remediation:** Required

**Barrier Type:** Room ID Sign - No Tactile Information

**Barrier Description:** Room ID sign provided for sighted people lacks tactile info for the visually impaired

**Code References:** CBC 11B-216.2 and 2010 ADAS 216.2

**As Built Description:** No tactile information provided where visual sign exists

**Proposed Solution:** Provide room ID sign with tactile information at wall at latch side of door

**As-Built Meas:** 1   **Quantity:** EACH   **Cost Estimate:** $0.00   **BSR:** 1 - High Severity

**X Coordinate** N/A   **Y Coordinate:** N/A   **Z Coordinate:** N/A

**Implementation:**   Priority _____   Phase _____   Date _____   Status Open

**Notes:**

---

**Field Date:** 2/10/2023   **Report Date:** 2/21/2023   **Barrier #:** 56B

**Facility:** Rock Mountain Detention Facility

**Location:** House 4 - Exercise Yard

**Official Responsible:** San Diego County

**Facility Function:** Public   **Dwg:** 5 of 7

**Barrier Area:** Doors or Gates   **Remediation:** Required

**Barrier Type:** Threshold (ramp required)

**Barrier Description:** Door/Gate threshold height exceeds 1/2" with a bevel

**Code References:** CBC 11B-404.2.5 and 2010 ADAS 404.2.5

**As Built Description:** Surface is cracked at threshold

**Proposed Solution:** Provide ramp leading to new level landing at door

**As-Built Meas:** 6   **Quantity:** SF   **Cost Estimate:** $0.00   **BSR:** 1 - High Severity

**X Coordinate** N/A   **Y Coordinate:** N/A   **Z Coordinate:** N/A

**Implementation:**   Priority _____   Phase _____   Date _____   Status Open

**Notes:**

CASp Inspection



# County of San Diego

**SZS ENGINEERING**

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 56C

Facility: Rock Mountain Detention Facility

Location: House 4 - Exercise Yard

Official Responsible: San Diego County

Facility Function: Public                                      Dwg: 5 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high

Code References: CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 704.2.2 & 309

As Built Description: 51" high two-way communication system

Proposed Solution: Relocate phone/communication device or provide alternate device in accessible location

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 56D

Facility: Rock Mountain Detention Facility

Location: House 4 - Exercise Yard

Official Responsible: San Diego County

Facility Function: Public                                      Dwg: 5 of 7

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Knee Clearance (Height and Depth)

Barrier Description: Knee clearance of at least 27" high at min. 8" deep and 9" high at min. 11" deep or not provided

Code References: CBC 11B-602.2 and 2010 ADAS 602.2

As Built Description: 26" high knee clearance

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 56E |

Facility: Rock Mountain Detention Facility

Location: House 4 - Exercise Yard

Official Responsible: San Diego County

Facility Function: Public     Dwg: 5 of 7

Barrier Area: Drinking Fountains     Remediation: Required

Barrier Type: Hi-Low Unit not Provided

Barrier Description: Two fountains not provided (hi-low) within pedestrian facility

Code References: CBC 11B-211.2 & 11B-602.7 and 2010 ADAS 211.2 & 602.7

As Built Description: Two fountains not provided

Proposed Solution: Provide one low fountain for short people/wheelchair users and high fountain for standing persons

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:    Priority       Phase       Date       Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 56F |



Facility: Rock Mountain Detention Facility

Location: House 4 - Exercise Yard

Official Responsible: San Diego County

Facility Function: Public     Dwg: 5 of 7

Barrier Area: Restrooms     Remediation: Required

Barrier Type: Accessible Route to WC - 44" min. Clear Width

Barrier Description: A clear, unobstructed access of not less than 44" not provided to water closet

Code References: CBC 11B-403.5.1 Exception 5

As Built Description: 38-1/4" wide in accessible route to toilet

Proposed Solution: Remodel toilet room

As-Built Meas: 10     Quantity: SF     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:    Priority       Phase       Date       Status Open

Notes:

---

CASp Inspection

Ex. B-180
74

SZS ENGINEERING

County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 56G

Facility: Rock Mountain Detention Facility

Location: House 4 - Exercise Yard

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Floor Slope

Barrier Description: Maximum slope of the floor exceeds 2% in any direction

Code References: CBC 11B-302.1 and 2010 ADAS 302.1

As Built Description: 12.1% slope at entry point into toilet area

Proposed Solution: Provide level floor when remodeling

As-Built Meas: 10    Quantity: SF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 56H

Facility: Rock Mountain Detention Facility

Location: House 4 - Exercise Yard

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Toilet with Lavatory

Barrier Description: Clear space in front of closet not min. 60" wide x 56" deep

Code References: CBC 11B-604.3.1 and 2010 ADAS 604.3.1

As Built Description: Lavatory reduces water closet clearance to 59-1/4" wide. Side wall appears to have been moved but not an adequate distance.

Proposed Solution: Remodel toilet room

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

75

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 56I |

Facility: Rock Mountain Detention Facility

Location: House 4 - Exercise Yard

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Rear Grab Bar Location

Barrier Description: Rear grab bar not centered 12" from wall and 24" on the other side of WC

Code References: CBC 11B-604.5.2 and 2010 ADAS 604.5.2

As Built Description: 11" OC

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 56J |

Facility: Rock Mountain Detention Facility

Location: House 4 - Exercise Yard

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

Ex. B-182
176

**SZS ENGINEERING**

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 56K |



Facility: Rock Mountain Detention Facility

Location: House 4 - Exercise Yard

Official Responsible: San Diego County

Facility Function: Public   Dwg: 5 of 7

Barrier Area: Restrooms   Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet

Code References: CBC 11B-604.8.1.1.3

As Built Description: 45-1/2" in front of water closet

Proposed Solution: Remodel to provide required front transfer space

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 2 - Moderate Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority:   Phase   Date   Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 56L |



Facility: Rock Mountain Detention Facility

Location: House 4 - Exercise Yard

Official Responsible: San Diego County

Facility Function: Public   Dwg: 5 of 7

Barrier Area: Restrooms   Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: 9-1/2" from rim

Proposed Solution: Reposition or replace toilet paper dispenser

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 3 - Low Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority:   Phase   Date   Status Open

Notes:

---

CASp Inspection

Ex. B-183

**SZS ENGINEERING**

# County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 56M

Facility: Rock Mountain Detention Facility

Location: House 4 - Exercise Yard

Official Responsible: San Diego County

Facility Function: Public                                Dwg: 5 of 7

Barrier Area: Accessible Route - Exterior    Remediation: Required

Barrier Type: Surface Condition - Firm and Stable

Barrier Description: Accessible route surface is not firm, stable and slip resistant (cracked, broken or loose soil, etc.)

Code References: CBC 11B-403.2 & 11B-302.3 and 2010 ADAS 403.2 & 302.3

As Built Description: Surface is cracked and damaged

Proposed Solution: Repair surface to make firm, stable and slip resistant

As-Built Meas: 1    Quantity: LF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 57A

Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Dayroom

Official Responsible: San Diego County

Facility Function: Public                                Dwg: 5 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

Ex. B-184                                478

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 57B |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Stairways          Remediation: Required

Barrier Type: Protruding Object - Overhanging

Barrier Description: Stairway overhang reduces vertical clearance to less than 80" high

Code References: CBC 11B-307.4 and 2010 ADAS 307.4

As Built Description: Underside of stairways create a protruding object below 80" with no detectable warning

Proposed Solution: Provide guardrail (detectable warning) with detectable edge max. 27" high from floor or ground

As-Built Meas: 2     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority [ ]     Phase [ ]     Date [ ]     Status: Open

Notes:

---



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 57C |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - TTY

Barrier Description: No TTY installed where pay phones are provided in a secured area

Code References: CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority [ ]     Phase [ ]     Date [ ]     Status: Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 57D |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Dayroom

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 5 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No phones installed at time of site visit. New phones must have volume control capabilities.

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase              Date              Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 58A |



Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Cell A115

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 5 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase              Date              Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 58B |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Cell A115

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Lavatory - Ratio

Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: No lavatory provided

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 58C |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Cell A115

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Mirror - Bottom Edge

Barrier Description: Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere

Code References: CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: 41" high

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 58D |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Cell A115

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet

Code References: CBC 11B-604.8.1.1.3

As Built Description: 47-1/4" in front of water closet

Proposed Solution: Remodel to provide required front transfer space

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status: Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 58E |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Cell A115

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status: Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 59A |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 5 of 7

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Towel Hooks or Rod - Height

Barrier Description: Towel hooks or rod not max. 48" high AFF

Code References: CBC 11B-803.5 & 11B-603.4 and 2010 ADAS 803.5 & 603.4

As Built Description: 49" high

Proposed Solution: Provide additional hook in accessible location

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority         Phase         Date         Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 59B |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 5 of 7

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Roll-In Showers - 30" x 60"

Barrier Description: Shower dimension not min. 30" wide and min. 60" deep clear inside dimensions measured at center points of opposing sides with a full opening width on the long side

Code References: CBC 11B-608.2.2 and 2010 ADAS 608.2.2

As Built Description: 59-1/2" wide where 66" wide is required with interior (30") and exterior (36") shower dimensions x 62" deep. Full opening width on the long side not provided.

Proposed Solution: Remodel to provide accessible shower

As-Built Meas: 60     Quantity: SF     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority         Phase         Date         Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 59C |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Grab Bars - Location

Barrier Description: Grab bars installed above the seat

Code References: CBC 11B-608.3 and 2010 ADAS 608.3

As Built Description: Grab bar overlaps seat on control wall

Proposed Solution: Remove existing grab bars and install accessible grab bars

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 59D |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

Ex. B-190          84

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 59E |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 15" to max. 16" from seat wall on long side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 17-1/4" from back wall on long side

Proposed Solution: Replace shower seat

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:   Priority _____   Phase _____   Date _____   Status Open

Notes:

---



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 59F |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 22" to max. 23" from seat wall and min. 14" to max 15" from side wall on L-side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 24" from back wall

Proposed Solution: Replace shower seat

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:   Priority _____   Phase _____   Date _____   Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | | | | |
|---|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 59G | |



Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

| | | | | | | |
|---|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 59H | |



Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

CASp Inspection

# SZS
ENGINEERING

## County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 60A |



Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Cell A101

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

Field Date: 2/10/2023     Report Date: 2/21/2023     Barrier #: 60B



Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Cell A101

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Door/Gate Height - Existing

Barrier Description: Door/Gate clearance not min. 80" high

Code References: CBC 11B-404.2.3 & 11B-307.2 and 2010 ADAS 404.2.3 & 307.2

As Built Description: 79-3/4" door height

Proposed Solution: Replace door or gate

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection



**SZS ENGINEERING**

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 60C |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Cell A101

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Ratio

Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: No lavatory provided

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 60D |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Cell A101

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Centerline

Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall

Code References: CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: 18-1/2" OC

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 60E |



Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Cell A101

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 5 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet

Code References: CBC 11B-604.8.1.1.3

As Built Description: 47-1/4" in front of water closet

Proposed Solution: Remodel to provide required front transfer space

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 60F |



Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Cell A101

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 5 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: 9-1/2" from rim

Proposed Solution: Reposition or replace toilet paper dispenser

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 60G |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: House 4 - Block A Cell A101

Official Responsible: San Diego County

Facility Function: Public — Dwg: 5 of 7

Barrier Area: Restrooms — Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1 — Quantity: JOB — Cost Estimate: $0.00 — BSR: 1 - High Severity

X Coordinate N/A — Y Coordinate: N/A — Z Coordinate: N/A

Implementation: Priority __ Phase __ Date __ Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 61A |
|---|---|---|---|---|---|



Facility: Rock Mountain Detention Facility

Location: House 4 - Barbershop 414

Official Responsible: San Diego County

Facility Function: Public — Dwg: 5 of 7

Barrier Area: Signage — Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1 — Quantity: EACH — Cost Estimate: $0.00 — BSR: 1 - High Severity

X Coordinate N/A — Y Coordinate: N/A — Z Coordinate: N/A

Implementation: Priority __ Phase __ Date __ Status Open

Notes:

---

CASp Inspection

190

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 61B |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Barbershop 414

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high

Code References: CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 704.2.2 & 309

As Built Description: 49-3/4" high two-way communication system

Proposed Solution: Relocate phone/communication device or provide alternate device in accessible location

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 61C |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Barbershop 414

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Mirror - Bottom Edge

Barrier Description: Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere

Code References: CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: 51" high

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

CASp Inspection

**SZS ENGINEERING**

## County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 61D |



Facility: Rock Mountain Detention Facility

Location: House 4 - Barbershop 414

Official Responsible: San Diego County

Facility Function: Public     Dwg: 5 of 7

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high

Code References: CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 704.2.2 & 309

As Built Description: 50" high two-way communication system

Proposed Solution: Relocate phone/communication device or provide alternate device in accessible location

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status: Open

Notes:

---

Field Date: 2/10/2023     Report Date: 2/21/2023     Barrier #: 62A



Facility: Rock Mountain Detention Facility

Location: House 4 - Exam 416

Official Responsible: San Diego County

Facility Function: Public     Dwg: 5 of 7

Barrier Area: Signage     Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status: Open

Notes:

---

CASp Inspection

# SZS
ENGINEERING

## County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 62B |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Exam 416

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high

Code References: CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 704.2.2 & 309

As Built Description: 49-1/2" high two-way communication system

Proposed Solution: Relocate phone/communication device or provide alternate device in accessible location

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 62C |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Exam 416

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Medical Facilities    Remediation: Required

Barrier Type: Handwashing Fixture (General) - Drain Pipes

Barrier Description: Hot water and drainpipes accessible under handwashing fixture not insulated or covered

Code References: CBC 11B-805.6, 11B-606.5 and 2010 ADAS 606.5

As Built Description: No insulation provided at hot water pipes

Proposed Solution: Insulate drain pipes and hot water pipes

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

193

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 62D |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Exam 416

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Medical Facilities          Remediation: Required

Barrier Type: Dispensers - Control Point

Barrier Description: Dispenser control point or operating mechanism not max. 40" AFF

Code References: CBC 11B-603.5

As Built Description: 53" high paper towel dispenser

Proposed Solution: Replace or remount dispenser

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:   Priority: [ ]   Phase: [ ]   Date: [ ]   Status: Open

Notes:

---



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 62E |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Exam 416

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Medical Facilities          Remediation: Required

Barrier Type: Dispensers - Control Point

Barrier Description: Dispenser control point or operating mechanism not max. 40" AFF

Code References: CBC 11B-603.5

As Built Description: 44" high soap dispenser

Proposed Solution: Replace or remount dispenser

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:   Priority: [ ]   Phase: [ ]   Date: [ ]   Status: Open

Notes:

CASp Inspection

**SZS**
ENGINEERING

# County of San Diego

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 62F |



Facility: Rock Mountain Detention Facility

Location: House 4 - Exam 416

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Medical Facilities    Remediation: Required

Barrier Type: Dispensers - Control Point

Barrier Description: Dispenser control point or operating mechanism not max. 40" AFF

Code References: CBC 11B-603.5

As Built Description: 58" high medical dispenser

Proposed Solution: Replace or remount dispenser

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 63A |



Facility: Rock Mountain Detention Facility

Location: House 4 - Block B Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

195

**SZS ENGINEERING**

# County of San Diego



| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 63B |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block B Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Stairways          Remediation: Required

Barrier Type: Protruding Object - Overhanging

Barrier Description: Stairway overhang reduces vertical clearance to less than 80" high

Code References: CBC 11B-307.4 and 2010 ADAS 307.4

As Built Description: Underside of stairways create a protruding object below 80" with no detectable warning

Proposed Solution: Provide guardrail (detectable warning) with detectable edge max. 27" high from floor or ground

As-Built Meas: 2    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 63C |



Facility: Rock Mountain Detention Facility

Location: House 4 - Block B Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - TTY

Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 |

Barrier #: 63D

Facility: Rock Mountain Detention Facility

Location: House 4 - Block B Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No phones installed at time of site visit. New phones must have volume control capabilities.

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

---

Field Date: 2/10/2023     Report Date: 2/21/2023     Barrier #: 64A

Facility: Rock Mountain Detention Facility

Location: House 4 - Block B Cell B108

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information



Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

SZS ENGINEERING

# County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 64B

Facility: Rock Mountain Detention Facility

Location: House 4 - Block B Cell B108

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Mirror - Bottom Edge

Barrier Description: Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere

Code References: CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: 40-1/4" high

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 64C

Facility: Rock Mountain Detention Facility

Location: House 4 - Block B Cell B108

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Ratio

Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: No lavatory provided

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 64D |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Block B Cell B108

Official Responsible: San Diego County

Facility Function: Public — Dwg: 5 of 7

Barrier Area: Restrooms — Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet

Code References: CBC 11B-604.8.1.1.3

As Built Description: 47-1/4" in front of water closet

Proposed Solution: Remodel to provide required front transfer space

As-Built Meas: 1 — Quantity: JOB — Cost Estimate: $0.00 — BSR: 2 - Moderate Severity

X Coordinate: N/A — Y Coordinate: N/A — Z Coordinate: N/A

Implementation: Priority — Phase — Date — Status: Open

Notes:

---



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 64E |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Block B Cell B108

Official Responsible: San Diego County

Facility Function: Public — Dwg: 5 of 7

Barrier Area: Restrooms — Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1 — Quantity: JOB — Cost Estimate: $0.00 — BSR: 1 - High Severity

X Coordinate: N/A — Y Coordinate: N/A — Z Coordinate: N/A

Implementation: Priority — Phase — Date — Status: Open

Notes:

---

CASp Inspection

199

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 65A |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Block B Shower

Official Responsible: San Diego County

Facility Function: Public       Dwg: 5 of 7

Barrier Area: RR-Showers       Remediation: Required

Barrier Type: Roll-In Showers - 30" x 60"

Barrier Description: Shower dimension not min. 30" wide and min. 60" deep clear inside dimensions measured at center points of opposing sides with a full opening width on the long side

Code References: CBC 11B-608.2.2 and 2010 ADAS 608.2.2

As Built Description: 48-1/2" wide x 59-1/2" deep at entry point. Full opening width on the long side not provided.

Proposed Solution: Remodel to provide accessible shower

| As-Built Meas: | 60 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A       Y Coordinate: N/A       Z Coordinate: N/A

Implementation:   Priority _____   Phase _____   Date _____   Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 65B |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Block B Shower

Official Responsible: San Diego County

Facility Function: Public       Dwg: 5 of 7

Barrier Area: RR-Showers       Remediation: Required

Barrier Type: Shower Seat - Distance from Entry

Barrier Description: Seat does not extend from the adjacent side wall to a point within 3" of the compartment entry

Code References: CBC 11B-610.3 and ADAS 610.3

As Built Description: 15" from entry to shower compartment

Proposed Solution: Provide compliant seat

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A       Y Coordinate: N/A       Z Coordinate: N/A

Implementation:   Priority _____   Phase _____   Date _____   Status Open

Notes:

# County of San Diego

**SZS ENGINEERING**

| | | | | | | |
|---|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 65C | |



Facility: Rock Mountain Detention Facility

Location: House 4 - Block B Shower

Official Responsible: San Diego County

Facility Function: Public                     Dwg: 5 of 7

Barrier Area: Restrooms                    Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes:

---

| | | | | | | |
|---|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 65D | |



Facility: Rock Mountain Detention Facility

Location: House 4 - Block B Shower

Official Responsible: San Diego County

Facility Function: Public                     Dwg: 5 of 7

Barrier Area: RR-Showers                    Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 15" to max. 16" from seat wall on long side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 17-1/4" from back wall on long side

Proposed Solution: Replace shower seat

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes:

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 65E |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block B Shower

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 5 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 22" to max. 23" from seat wall and min. 14" to max 15" from side wall on L-side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 24" from back wall

Proposed Solution: Replace shower seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 65F |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block B Shower

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 5 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

202

**SZS ENGINEERING**

# County of San Diego

| | | | | | | |
|---|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 65G | |



Facility: Rock Mountain Detention Facility

Location: House 4 - Block B Shower

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 5 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 66A



Facility: Rock Mountain Detention Facility

Location: House 4 - Block C Dayroom

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 5 of 7

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection                                                                 Ex. B-209    203

# County of San Diego

**SZS ENGINEERING**



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 66B |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block C Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Stairways    Remediation: Required

Barrier Type: Protruding Object - Overhanging

Barrier Description: Stairway overhang reduces vertical clearance to less than 80" high

Code References: CBC 11B-307.4 and 2010 ADAS 307.4

As Built Description: Underside of stairways create a protruding object below 80" with no detectable warning

Proposed Solution: Provide guardrail (detectable warning) with detectable edge max. 27" high from floor or ground

As-Built Meas: 2    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 66C |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block C Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - TTY

Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 66D

Facility: Rock Mountain Detention Facility

Location: House 4 - Block C Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No phones installed at time of site visit. New phones must have volume control capabilities.

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 67A

Facility: Rock Mountain Detention Facility

Location: House 4 - Block C Cell C101

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

CASp Inspection

Ex. B-211

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 67B |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block C Cell C101

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Mirror - Bottom Edge

Barrier Description: Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere

Code References: CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: 41-1/2" high

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 67C |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block C Cell C101

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Ratio

Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: No lavatory provided

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 67D |



Facility: Rock Mountain Detention Facility

Location: House 4 - Block C Cell C101

Official Responsible: San Diego County

Facility Function: Public     Dwg: 5 of 7

Barrier Area: Restrooms     Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet

Code References: CBC 11B-604.8.1.1.3

As Built Description: 47-1/3" in front of water closet

Proposed Solution: Remodel to provide required front transfer space

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

---

Field Date: 2/10/2023     Report Date: 2/21/2023     Barrier #: 67E



Facility: Rock Mountain Detention Facility

Location: House 4 - Block C Cell C101

Official Responsible: San Diego County

Facility Function: Public     Dwg: 5 of 7

Barrier Area: Restrooms     Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| | |
|---|---|
| Field Date: | 2/10/2023 |
| Report Date: | 2/21/2023 |
| Barrier #: | 67F |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block C Cell C101

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: 9-1/2" from rim

Proposed Solution: Reposition or replace toilet paper dispenser

As-Built Meas: 1          Quantity: EACH          Cost Estimate: $0.00          BSR: 3 - Low Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---



| | |
|---|---|
| Field Date: | 2/10/2023 |
| Report Date: | 2/21/2023 |
| Barrier #: | 68A |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block C Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Towel Hooks or Rod - Height

Barrier Description: Towel hooks or rod not max. 48" high AFF

Code References: CBC 11B-803.5 & 11B-603.4 and 2010 ADAS 803.5 & 603.4

As Built Description: 49" high

Proposed Solution: Provide additional hook in accessible location

As-Built Meas: 1          Quantity: EACH          Cost Estimate: $0.00          BSR: 2 - Moderate Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| | |
|---|---|
| Field Date: | 2/10/2023 |
| Report Date: | 2/21/2023 |
| Barrier #: | 68B |
| Facility: | Rock Mountain Detention Facility |
| Location: | House 4 - Block C Shower |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Dwg: | 5 of 7 |
| Barrier Area: | RR-Showers |
| Remediation: | Required |
| Barrier Type: | Roll-In Showers - 30" x 60" |

Barrier Description: Shower dimension not min. 30" wide and min. 60" deep clear inside dimensions measured at center points of opposing sides with a full opening width on the long side

Code References: CBC 11B-608.2.2 and 2010 ADAS 608.2.2

As Built Description: 48" wide x 60" deep. Full opening width on the long side not provided.

Proposed Solution: Remodel to provide accessible shower

| As-Built Meas: | 60 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---



| | |
|---|---|
| Field Date: | 2/10/2023 |
| Report Date: | 2/21/2023 |
| Barrier #: | 68C |
| Facility: | Rock Mountain Detention Facility |
| Location: | House 4 - Block C Shower |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Dwg: | 5 of 7 |
| Barrier Area: | RR-Showers |
| Remediation: | Required |
| Barrier Type: | Shower Seat - Distance from Entry |

Barrier Description: Seat does not extend from the adjacent side wall to a point within 3" of the compartment entry

Code References: CBC 11B-610.3 and ADAS 610.3

As Built Description: 16-1/4" from entry to shower compartment

Proposed Solution: Provide compliant seat

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

CASp Inspection

209

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 68D |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Block C Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1          Quantity: JOB          Cost Estimate: $0.00          BSR: 1 - High Severity

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 68E |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Block C Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 15" to max. 16" from seat wall on long side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 17-1/4" from back wall on long side

Proposed Solution: Replace shower seat

As-Built Meas: 1          Quantity: JOB          Cost Estimate: $0.00          BSR: 2 - Moderate Severity

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

**SZS ENGINEERING**

# County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 68F |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block C Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 5 of 7

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 22" to max. 23" from seat wall and min. 14" to max 15" from side wall on L-side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 24" from back wall

Proposed Solution: Replace shower seat

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 68G |



Facility: Rock Mountain Detention Facility

Location: House 4 - Block C Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 5 of 7

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Roll-In Showers - Control Height

Barrier Description: Controls, faucets, and shower spray unit not located above the grab bar at max. 48"

Code References: CBC 11B-608.5.2 and 2010 ADAS 608.5.2

As Built Description: 49-1/2" high shower head required to swivel under manual operation

Proposed Solution: Remodel shower to provide accessible controls

As-Built Meas: 0     Quantity: SF     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

**SZS** ENGINEERING

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 68H |



Facility: Rock Mountain Detention Facility

Location: House 4 - Block C Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 68I |



Facility: Rock Mountain Detention Facility

Location: House 4 - Block C Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

Ex. B-218    212

**SZS ENGINEERING**

# County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 69A

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status: Open

Notes:

---



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 69B

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Stairways    Remediation: Required

Barrier Type: Protruding Object - Overhanging

Barrier Description: Stairway overhang reduces vertical clearance to less than 80" high

Code References: CBC 11B-307.4 and 2010 ADAS 307.4

As Built Description: Underside of stairways create a protruding object below 80" with no detectable warning

Proposed Solution: Provide guardrail (detectable warning) with detectable edge max. 27" high from floor or ground

As-Built Meas: 2    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status: Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 69C |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - TTY

Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---



| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 69D |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No phones installed at time of site visit. New phones must have volume control capabilities.

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

# SZS
ENGINEERING

## County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 70A |

Field Date: 2/10/2023  Report Date: 2/21/2023  Barrier #: 70A

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Cell D117

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 5 of 7

Barrier Area: Signage        Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [    ]    Phase [    ]    Date [    ]    Status  Open

Notes:

---



Field Date: 2/10/2023  Report Date: 2/21/2023  Barrier #: 70B

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Cell D117

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 5 of 7

Barrier Area: Restrooms        Remediation: Required

Barrier Type: Lavatory - Ratio

Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: No lavatory provided. Space for lavatory is 13-3/4" deep to door opening. Lavatory minimum depth is 17".

Proposed Solution: Provide min. 1 accessible lavatory. Ensure the lavatory depth does not encroach into door clear width.

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [    ]    Phase [    ]    Date [    ]    Status  Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 70C

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Cell D117

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 5 of 7

Barrier Area: Restrooms        Remediation: Required

Barrier Type: Mirror - Bottom Edge

Barrier Description: Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere

Code References: CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: 40-1/2" high

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 70D

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Cell D117

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 5 of 7

Barrier Area: Restrooms        Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet

Code References: CBC 11B-604.8.1.1.3

As Built Description: 47-1/2" in front of water closet

Proposed Solution: Remodel to provide required front transfer space

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 70E |



| | |
|---|---|
| Facility: | Rock Mountain Detention Facility |
| Location: | House 4 - Block D Cell D117 |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: 5 of 7 |
| Barrier Area: | Restrooms | Remediation: Required |
| Barrier Type: | WC - Grab Bars Objects (Below) |

| | |
|---|---|
| Barrier Description: | Projecting object mounted below the grab bar within 1-1/2" of bar |
| Code References: | CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3 |
| As Built Description: | Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar |
| Proposed Solution: | Remove infill plate and install ligature resistant plate that does not block gripping surface |

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | Status | Open |
| Notes: | | | | | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 71A |



| | |
|---|---|
| Facility: | Rock Mountain Detention Facility |
| Location: | House 4 - Block D Shower |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: 5 of 7 |
| Barrier Area: | RR-Showers | Remediation: Required |
| Barrier Type: | Towel Hooks or Rod - Height |

| | |
|---|---|
| Barrier Description: | Towel hooks or rod not max. 48" high AFF |
| Code References: | CBC 11B-803.5 & 11B-603.4 and 2010 ADAS 803.5 & 603.4 |
| As Built Description: | 48-1/2" high |
| Proposed Solution: | Provide additional hook in accessible location |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | Status | Open |
| Notes: | | | | | | | |

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 71B |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Shower

Official Responsible: San Diego County

Facility Function: Public        Dwg: 5 of 7

Barrier Area: RR-Showers        Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase         Date         Status Open

Notes:

---



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 71C |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Shower

Official Responsible: San Diego County

Facility Function: Public        Dwg: 5 of 7

Barrier Area: RR-Showers        Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 15" to max. 16" from seat wall on long side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 17-1/4" from back wall on long side

Proposed Solution: Replace shower seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase         Date         Status Open

Notes:

---

CASp Inspection

218

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 71D |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Seat - L-shaped Seat Size

Barrier Description: L-shaped shower seat does not extend min. 22" to max. 23" from seat wall and min. 14" to max 15" from side wall on L-side

Code References: CBC 11B-610.3.2 and 2010 ADAS 610.3.2

As Built Description: 24" from back wall

Proposed Solution: Replace shower seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:         Phase:         Date:         Status: Open

Notes:

---



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 71E |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Location

Barrier Description: Grab bars installed above the seat

Code References: CBC 11B-608.3 and 2010 ADAS 608.3

As Built Description: Grab bar overlaps seat on control wall

Proposed Solution: Remove existing grab bars and install accessible grab bars

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:         Phase:         Date:         Status: Open

Notes:

---

CASp Inspection

219

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 71F |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Excess Vandalism (Height)

Barrier Description: Where subject to excessive vandalism, one shower head not located at max 48" high

Code References: CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: 49-1/2" high

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 71G |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

220

# SZS ENGINEERING

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 71H |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority:          Phase:          Date:          Status: Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 72A |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Cell D103

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority:          Phase:          Date:          Status: Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| | | |
|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 72B |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Cell D103

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Lavatory - Ratio

Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: No lavatory provided

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 72C



Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Cell D103

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: 9-1/2" from rim

Proposed Solution: Reposition or replace toilet paper dispenser

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 72D |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Cell D103

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet

Code References: CBC 11B-604.8.1.1.3

As Built Description: 47-1/2" in front of water closet

Proposed Solution: Remodel to provide required front transfer space

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---



| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 72E |

Facility: Rock Mountain Detention Facility

Location: House 4 - Block D Cell D103

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

323

**SZS ENGINEERING**

# County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 73

Facility: Rock Mountain Detention Facility

Location: House 4 - Elevator 406A

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 7

Barrier Area: Elevators    Remediation: Required

Barrier Type: Doorjamb Marking

Barrier Description: Elevator landing lacks floor number signage on both door jambs

Code References: CBC 11B-407.2.3.1 and 2010 ADAS 407.2.3.1

As Built Description: Door jamb signage not present

Proposed Solution: Provide door jamb signage

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 74A

Facility: Rock Mountain Detention Facility

Location: House 4 - Floor 2 Attorney Room 432

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

Ex. B-236    224

# SZS
ENGINEERING

## County of San Diego



| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 74B |

Facility: Rock Mountain Detention Facility

Location: House 4 - Floor 2 Attorney Room 432

Official Responsible: San Diego County

Facility Function: Public          Dwg: 6 of 7

Barrier Area: Controls and Mechanisms     Remediation: Required

Barrier Type: Electrical Switches - Side Reach High Unobstructed

Barrier Description: Light switch control box not max. 48" high measured to the top of the outlet box

Code References: CBC 11B-308.1.1, 11B-308.3.1 and 2010 ADAS 308.3

As Built Description: 48-1/2" high

Proposed Solution: Relocate switch box to max. 48" high measured to the top of the outlet box

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 3 - Low Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority      Phase      Date      Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: 75A |

Facility: Rock Mountain Detention Facility

Location: House 4 - Floor 2 Visitation 131

Official Responsible: San Diego County

Facility Function: Public          Dwg: 6 of 7

Barrier Area: Signage     Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority      Phase      Date      Status Open

Notes:

CASp Inspection

225

**SZS ENGINEERING**

# County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 75B |

Facility: Rock Mountain Detention Facility

Location: House 4 - Floor 2 Visitation 131

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Visitation Area Partitions - Voice Communication Telephones

Barrier Description: Telephone handset devices provided do not comply with 704.3 for use by wheelchair users

Code References: CBC 11B-232.5.2 & 11B-904.6 and 2010 ADAS 232.5.2 & 904.6

As Built Description: No volume control provided

Proposed Solution: Provide telephone handset device accessible to wheelchair users at cubicles/counters at partitions

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 75C |

Facility: Rock Mountain Detention Facility

Location: House 4 - Floor 2 Visitation 131

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Visitation Area - Counter Forward Approach CFS

Barrier Description: Counter positioned for forward approach lacks clear floor space

Code References: CBC 11B-232.5.1 & 11B-904.4.2 and 2010 ADAS 904.4.2

As Built Description: 44-1/2" deep to fixed seat

Proposed Solution: Remodel area to provide wheelchair space at element required to be accessible

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

# SZS ENGINEERING

## County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 75D

Facility: Rock Mountain Detention Facility

Location: House 4 - Floor 2 Visitation 131

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Visitation Area - Counter Knee Clearance (Height and Depth)

Barrier Description: Counter positioned for forward approach knee clearance of at least 27" high at min. 8" deep and 9" high at min. 11" deep or not provided

Code References: CBC 11B-232.5.1 & 11B-306.3 and 2010 ADAS 232.5.1 & 306.3

As Built Description: 26-1/2" high and 18-1/2" deep knee clearance

Proposed Solution: Provide min. 3 ft segment of accessible counter. Flip-up counters, adjacent tables and similar devices not permitted

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 76A

Facility: Rock Mountain Detention Facility

Location: Floor 1 - Release Area 1039

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Ex. B-233    327

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 76B |



Facility: Rock Mountain Detention Facility

Location: Floor 1 - Release Area 1039

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Holding Cell Bench - Clear Space

Barrier Description: No clear space provided at side of bench for wheelchair user

Code References: CBC 11B-807.2.2 & 11B-903.2 and 2010 ADAS 807.2.2 & 903.2

As Built Description: 14-7/8" wide clear floor space at bench

Proposed Solution: Provide min. 30" x 48" space centered at side of bench

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 76C |



Facility: Rock Mountain Detention Facility

Location: Floor 1 - Release Area 1039

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 7

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Holding Cell Bench - Level Landing

Barrier Description: No level landing provided adjacent to bench

Code References: CBC 11B-807.2.2 & 11B-903.2 and 2010 ADAS 807.2.2 & 903.2

As Built Description: Space for people using wheelchairs adjacent to bench has sharp steel rods within space required to be free of changes in level

Proposed Solution: Provide level landing adjacent to min. 1 bench or 5% of group of benches

| As-Built Meas: | 12 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

CASp Inspection

Ex. B-234    228

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 76D |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: Floor 1 - Release Area 1039

Official Responsible: San Diego County

Facility Function: Public          Dwg: 7 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Lavatory - Ratio

Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: No lavatory provided

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 76E |
|---|---|---|---|---|---|

Facility: Rock Mountain Detention Facility

Location: Floor 1 - Release Area 1039

Official Responsible: San Diego County

Facility Function: Public          Dwg: 7 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Water Closet - Ratio

Barrier Description: No wheelchair accessible water closet provided in toilet room

Code References: CBC 11B-213.3.2 (2010 ADAS 213.3.2 less stringent)

As Built Description: Water closet not installed

Proposed Solution: Remodel restroom to provide wheelchair accessible water closet

As-Built Meas: 10     Quantity: SF     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

**SZS ENGINEERING**

# County of San Diego

| | |
|---|---|
| Field Date: | 2/10/2023 |
| Report Date: | 2/21/2023 |
| Barrier #: | 76F |



Facility: Rock Mountain Detention Facility

Location: Floor 1 - Release Area 1039

Official Responsible: San Diego County

Facility Function: Public          Dwg: 7 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: Dispenser not located at the side wall

Proposed Solution: Reposition or replace toilet paper dispenser

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority [ ]     Phase [ ]     Date [ ]     Status Open

Notes:

---

| | |
|---|---|
| Field Date: | 2/10/2023 |
| Report Date: | 2/21/2023 |
| Barrier #: | 76G |



Facility: Rock Mountain Detention Facility

Location: Floor 1 - Release Area 1039

Official Responsible: San Diego County

Facility Function: Public          Dwg: 7 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Rear Grab Bar Height

Barrier Description: Rear grab bar not installed at 33" - 36" above and parallel to floor or ground

Code References: CBC 11B-604.5 & 11B-609.4 and 2010 ADAS 604.5.2 & 609.4

As Built Description: 38-1/2" high to top of grab bar

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority [ ]     Phase [ ]     Date [ ]     Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| | |
|---|---|
| Field Date: | 2/10/2023 |
| Report Date: | 2/21/2023 |
| Barrier #: | 77A |

Facility: Rock Mountain Detention Facility

Location: Floor 1 - HC Release 1051

Official Responsible: San Diego County

Facility Function: Public          Dwg: 7 of 7

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status: Open

Notes:

---



| | |
|---|---|
| Field Date: | 2/10/2023 |
| Report Date: | 2/21/2023 |
| Barrier #: | 77B |

Facility: Rock Mountain Detention Facility

Location: Floor 1 - HC Release 1051

Official Responsible: San Diego County

Facility Function: Public          Dwg: 7 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Lavatory - Ratio

Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: No lavatory provided

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status: Open

Notes:

---

CASp Inspection

231

**SZS ENGINEERING**

# County of San Diego

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 77C



Facility: Rock Mountain Detention Facility

Location: Floor 1 - HC Release 1051

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Water Closet - Ratio

Barrier Description: No wheelchair accessible water closet provided in toilet room

Code References: CBC 11B-213.3.2 (2010 ADAS 213.3.2 less stringent)

As Built Description: No toilet installed

Proposed Solution: Remodel restroom to provide wheelchair accessible water closet

As-Built Meas: 10    Quantity: SF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 77D



Facility: Rock Mountain Detention Facility

Location: Floor 1 - HC Release 1051

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 7

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Rear Grab Bar Height

Barrier Description: Rear grab bar not installed at 33" - 36" above and parallel to floor or ground

Code References: CBC 11B-604.5 & 11B-609.4 and 2010 ADAS 604.5.2 & 609.4

As Built Description: 38" high to top of grab bar

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

CASp Inspection



# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 77E |

Facility: Rock Mountain Detention Facility

Location: Floor 1 - HC Release 1051

Official Responsible: San Diego County

Facility Function: Public          Dwg: 7 of 7

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Side Grab Bar Extension

Barrier Description: Side grab bar does not extend min. 54" from rear wall or 24" from front rim

Code References: CBC 11B-604.5.1 and 2010 ADAS 604.5.1

As Built Description: 53-3/4" from rear wall

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority         Phase         Date         Status: Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: | 2/21/2023 | Barrier #: | 77F |

Facility: Rock Mountain Detention Facility

Location: Floor 1 - HC Release 1051

Official Responsible: San Diego County

Facility Function: Public          Dwg: 7 of 7

Barrier Area: Controls and Mechanisms          Remediation: Required

Barrier Type: Operable Part - Clear Floor Space

Barrier Description: Clear floor space for person using wheelchair not provided at operable part

Code References: CBC 11B-305.3 and 2010 ADAS 305.3

As Built Description: Fixed benches block clear floor space at two-way communication system

Proposed Solution: Alter area to provide wheelchair access

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority         Phase         Date         Status: Open

Notes:

# SZS ENGINEERING

## County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 78

Facility: Rock Mountain Detention Facility

Location: Floor 1 - HC Release Counter 1038

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 7

Barrier Area: Counters and Tables    Remediation: Required

Barrier Type: Counter - Knee Clearance (Height and Depth)

Barrier Description: Counter positioned for forward approach knee clearance of at least 27" high at min. 8" deep and 9" high at min. 11" deep or not provided

Code References: CBC 11B-306.3 and 2010 ADAS 306.3

As Built Description: 23-1/4" high at 13-1/2" deep knee clearance

Proposed Solution: Provide min. 3 ft segment of accessible counter. Flip-up counters, adjacent tables and similar devices not permitted

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 79A

Facility: Rock Mountain Detention Facility

Location: Floor 1 - HC Release 1055

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 7

Barrier Area: Signage    Remediation: Required

Barrier Type: Tactile Exit Sign - Route

Barrier Description: Exit door to exterior thru exit enclosure, interior room or passageway lacks "EXIT ROUTE" sign

Code References: CBC 11B-216.4.1 & 11B-703 and 2010 ADAS 216.4.1

As Built Description: No tactile sign provided where required

Proposed Solution: Provide compliant sign at exit side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

# SZS ENGINEERING

## County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 79B |

Facility: Rock Mountain Detention Facility

Location: Floor 1 - HC Release 1055

Official Responsible: San Diego County

Facility Function: Public      Dwg: 7 of 7

Barrier Area: Doors or Gates      Remediation: Required

Barrier Type: Vision Lights - Existing

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 44" high view panel

Proposed Solution: Replace door or vision panel in door

As-Built Meas: 1      Quantity: EACH      Cost Estimate: $0.00      BSR: 3 - Low Severity

X Coordinate N/A      Y Coordinate: N/A      Z Coordinate: N/A

Implementation:      Priority      Phase      Date      Status Open

Notes:

---



| | | | |
|---|---|---|---|
| Field Date: | 2/10/2023 | Report Date: 2/21/2023 | Barrier #: 80A |

Facility: Rock Mountain Detention Facility

Location: Floor 1 - Release Exit Route

Official Responsible: San Diego County

Facility Function: Public      Dwg: 7 of 7

Barrier Area: Signage      Remediation: Required

Barrier Type: Tactile Exit Sign - Exit

Barrier Description: Ground floor doors that exit to exterior not provided with signs stating "EXIT"

Code References: CBC 11B-216.4.1 & 11B-703 and 2010 ADAS 216.4.1

As Built Description: No tactile sign provided where required

Proposed Solution: Provide compliant sign at exit side of door

As-Built Meas: 1      Quantity: EACH      Cost Estimate: $0.00      BSR: 1 - High Severity

X Coordinate N/A      Y Coordinate: N/A      Z Coordinate: N/A

Implementation:      Priority      Phase      Date      Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 80B

Facility: Rock Mountain Detention Facility

Location: Floor 1 - Release Exit Route

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 7

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Vision Lights - Existing

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 43-1/2" high view panel

Proposed Solution: Replace door or vision panel in door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 80C

Facility: Rock Mountain Detention Facility

Location: Floor 1 - Release Exit Route

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 7

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Threshold (replacement)

Barrier Description: Door/Gate threshold height exceeds 1/2" with a bevel

Code References: CBC 11B-404.2.5 and 2010 ADAS 404.2.5

As Built Description: Interior floor level is 3/4" higher than exterior walkway

Proposed Solution: Alter floor surface to provide accessible route

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

# SZS ENGINEERING

## County of San Diego



Field Date: 2/10/2023    Report Date: 2/21/2023    Barrier #: 81

Facility: Rock Mountain Detention Facility

Location: Exterior - Release Exit Route

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 7 of 7

Barrier Area: Accessible Route - Exterior    Remediation: Required

Barrier Type: Surface Condition - Openings (Manhole/Vault)

Barrier Description: Manhole or vault in pedestrian access route has openings that exceed 1/2"

Code References: CBC 11B-403.2 & 11B-302.3 and 2010 ADAS 403.2 & 302.3

As Built Description: 1" x 4" openings

Proposed Solution: Rotate manhole to move openings to run parallel to path of travel

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status  Open

Notes:

APPENDIX – REFERENCE DRAWINGS

Ex. B-244

[PAGES B-245 TO B-251
FILED UNDER SEAL]

# EXHIBIT C

Ex. C-252

# ROSEN BIEN GALVAN & GRUNFELD LLP



# CASp ASSESSMENT SAN DIEGO COUNTY CENTRAL JAIL



**April 24, 2023**



# Table of Contents

**Background and Findings**                                                **2**

**Applicable Standards**                                                   **4**

**Overview**                                                               **4**

   1. **Celled Housing Units: Floors 4, 5, 6, and 7** ....................**5**

   2. **Dorm Housing Units: Floor 8** ........................................**14**

   3. **Dayrooms and Visiting Areas in Housing Units** ..........**16**

**Overview of Additional Areas Inspected**                                 **17**

   1. **Accessible Route**.....................................................**17**

   2. **Intake Area** ............................................................**17**

   3. **Second Floor: Holding and Release Areas** .................**21**

   4. **Floor 3: Medical Floor**...........................................**22**

   5. **Communication Features Accessible for People with Hearing Disabilities** ................................................**23**

**Methodology**                                                            **23**

**Barrier Severity Ratings (BSR)**                                         **24**

**Report Format – Definitions**                                            **26**

**Barrier Records**                                                        **29**

**Reference Drawings**                                                     **359**

## Background and Findings

Findings contained in this report are the result of a site inspection of the San Diego County Central Jail on March 13, 2023. The site visit was performed over an approximately 6-hour time period by two Certified Access Specialists (CASp) representing SZS Engineering Access Inc. The inspection assessed Central Jail's compliance with the Americans With Disabilities Act ("ADA"). Defendants San Diego County and the San Diego County Sheriff's Department ("Defendants"), through counsel, escorted the CASp specialists to areas identified for inspection during the site visit. They were accompanied by their expert, Paul Joelson.

Our inspection found:

(1)    None of the assessed cells designated as accessible are in fact accessible to people with mobility disabilities. The cells lack sufficient space for a wheelchair user to turn inside the room or safely transfer in and out of bed, lack grab bars for people to safely transfer to the toilet, lack compliant lavatories, and lack sufficient space for people to transfer to the toilet.

(2)    Showers throughout the facility are not accessible to people with mobility disabilities. Showers in celled housing units on floors 4-7 are at the end of a long and narrow alcove that can trap wheelchairs at the end with no way to turn around. Showers in dormitories on floor 8 have no level wheelchair space at the entry to transfer to a seat (if provided) and no required maneuvering clearance for wheelchairs. All showers lack fixed shower seats with a backrest, accessible grab bars, controls, and shower spray units.

(3)    Defendants house people with mobility disabilities in triple bunks in several units at Central Jail. The bed surfaces are either far below wheelchair seat height, or far above. None of the bunks on these beds are not accessible to people with mobility disabilities because transferring means that a person must support their entire upper body while essentially balancing on their hands and swinging their lower body in the direction of the surface to which they must transfer. Doing this uphill or downhill is not possible for most people and with those for whom it is possible, it poses a safety risk.



(4)     The rosters Defendants produced before the inspection show that people with serious mobility disabilities, including who use wheelchairs, are often housed in general cells, not the cells designated as accessible. These other cells likely lack even the rudimentary, non-compliant features of the designated as accessible cells.

(5)     Defendants cluster a large number of individuals with mobility disabilities into a single dormitory housing unit, 8C. Other dormitory housing units with more amenities are limited to incarcerated people who are part of work programs (called "trustees" in this Jail system), which did not appear to include individuals with serious mobility disabilities based on the rosters and our observations during the inspection.

For each barrier identified in the Barrier Data Record portion of the report, we include a proposed solution to remediate the barrier and achieve compliance. The report includes this narrative highlighting major ADA compliance problems, along with Barrier Data Records identifying each barrier at Central Jail. We identified 660 unique barriers at Central Jail within the limited areas we were allowed to inspect and expect we would identify many more if permitted to inspect the entire facility.

In the long term, remediating the barriers will involve increasing the square footage in the identified-as-accessible cells and housing units so they are, in fact, accessible. Specifically, Defendants must renovate Central Jail to provide sufficient turning space and toilet transfer space in cells, add compliant toilet grab bars, lavatories, drinking fountains, remove all triple bunks, and renovate showers so they are safe and accessible.

In the short term, Defendants can take immediate steps to protect class members with mobility disabilities at Central Jail. Defendants can use maintenance staff or on-call ADA contractors[1] to alter the existing triple bunk beds to provide one bed surface at wheelchair height in cells and dormitories. Alternatively, Defendants can provide wheelchair-accessible beds in dayrooms, where necessary. Defendants can also provide portable toilets,

---

[1] San Diego City, County, Port have a Rotating On-call Consulting list to streamline engineering and capital projects, from which architects, engineers and ADA access compliance experts can be drawn and quickly retained to fast-track such projects. .

showers, drinking fountains, and lavatories in the dayroom area of each unit where people with disabilities are housed, until they fix the features in that unit that are not accessible.

## Applicable Standards

Title II of the ADA applies to government entities, including the Sheriff's Department. The 1991 ADA Accessibility Guidelines (ADAAG) containing ADA Title II regulations apply to all facilities for which construction began or alterations were performed after January 26, 1992, such as Central Jail. If Defendants have made any alterations to Central Jail after March 15, 2012, those alterations must comply with updated regulations known as the 2010 ADA Standards.

This report assumes that the 1991 Standards applied to all elements at the time of construction in Central Jail[2] due to the construction date after January 26, 1992.

## Overview

This report does not provide a comprehensive assessment of the Central Jail facility. Defendants only permitted us to assess selected spaces and we could not assess each cell designated as accessible. However, Defendants' counsel represented that the celled housing units are identical. The cells designated as accessible we *could* inspect are not accessible. Our expectation is therefore that none of the designated as accessible cells are in fact accessible.

Prior to the inspection, the Sheriff's Department produced floor plans for Central Jail. The floor plans were provided to SZS on March 7, 2023 and bates stamped SD000432-000454. The documents provide information on interior spaces, although the floor plans do not appear to reflect as-built conditions; the location of walls and other built elements in some spaces did not correspond to the plans provided. The floor plans reflect that the celled housing units on each floor are identical to each other. The Sheriff's

---

[2] 1991 ADA Accessibility Guidelines (ADAAG) apply to construction started after January 26, 1991. Information provided indicates that his building was completed in the late 1990's. We understand that Defendants plan to make alterations to holding cells at Central Jail. Those alterations, once made, must comply with the 2010 ADA Standards under 202.3.1.



Department also produced redacted rosters identifying the incarcerated people with mobility disabilities and hearing disabilities at Central Jail, as of two different dates in the weeks before our inspection.

Below, we provide a narrative summary of the major issues with each element of the facility that we inspected, beginning with the housing units. **We found that none of the housing units—including critical features like toilets, beds, drinking fountains and showers—were accessible to people with mobility disabilities**.

### 1. Celled Housing Units: Floors 4, 5, 6, and 7

Floors 4, 5, 6, and 7 at Central Jail each include several celled housing modules. For example, we observed five housing unit modules on Floor 4: 4A, 4B, 4C, 4D, and 4E.[3] Each housing module with cells consists of a group of cells on the main floor, and another group of cells up the stairs on the mezzanine (in Jail terminology, called the "upper tier"). The floor plan documents indicate that each module has one cell designated as accessible for a person with a mobility disability on the main level only, which calculates to 5 cells identified as accessible on each of 4 floors (4-7).

**Our inspection found that these designated as accessible cells do not comply with the ADA, and that the showering facilities for people with mobility disabilities are also not compliant with the ADA. These non-compliant beds, toileting, and showering facilities place incarcerated people with mobility disabilities at risk.**



The housing cells identified as accessible for those who require mobility features in units on floors 4-7 were located in the corner of each unit. Cell 4A10 was one such corner unit. First of all, after assessing many jail facilities, I have never encountered a facility in which the operators claimed that a cell used by incarcerated individuals requiring mobility features was ADA compliant while including a triple bunk

---

[3] The roster provided to us also shows a person in a wheelchair housed in 4F. However, Defendants did not show us 4F on the inspection and the floor plan documents do not include any indication about where on the fourth floor 4F is located.



bed (see photo). Neither the low nor the middle bed height is at the same level as a wheelchair seat, which makes transfer virtually impossible at the least and dangerous at best.

Specifically, the low bunk bed in triple bunk beds was 10-1/2 inches off the floor. By contrast, the low bunk beds in the double-celled modules on the seventh floor were 16-1/2 inches high, which is a more suitable height for transfer. Wheelchair seats generally vary in height from 17 to 19 inches high. Under the ADA, Defendants must provide toilets and dressing benches at a seat height range of 17 to 19 inches.[4] Transfer should occur from one surface to another surface of the same or similar height for safety reasons. The low triple bunk beds at 10-1/2 inches off the ground are much too low, as they require a person to transfer down from a wheelchair into the bunk. Although we did not measure the middle or top bunk on the triple bunks, it is obvious that both were far higher than 19 inches off the ground. To transfer to a middle bunk, a person in a wheelchair must somehow climb up to reach the bed surface, which is not safe.

Central Jail includes triple bunks in the cells on both the fourth and the fifth floors (as well as the eighth-floor dormitories, as discussed below).[5]

The roster provided March 10, 2023, right before the inspection, showed that two people with mobility disabilities were assigned to top bunks. The roster also showed that at least ten people who use wheelchairs were assigned to the middle bunk in a triple bunk, which as discussed, is very dangerous for those people (and also dangerous for people with less serious mobility disabilities, who are also housed on middle bunks). Jail policy expressly states that a middle bunk on a triple bunk is considered a lower bunk, for purposes of housing people with mobility disabilities. That policy is dangerous and misplaced for the reasons stated above.

In the designated as accessible cell, although the floor plan shows a 60-inch turning circle in this cell, the desk obstructs almost half of the turning circle space—which makes that turning space unusable, with only 27-to-

---

[4] See both 1991 ADAAG 4.16.3 and 2010 ADA 604.4 governing toilet seat height and 2010 ADAS 903.5 governing bench seat height.

[5] The cells on the seventh floor included double bunks and the designated as accessible cell on the sixth floor included a single bunk.



28-1/2-inches left for maneuvering. The view panels in the door are also not compliant for incarcerated individuals who use wheelchairs, as they are too high for them to see from their cells into the dayroom while seated in a wheelchair.

The floor plan provided for use in the assessment process shows 4A10, the cell identified as accessible, as having almost a pie-shaped footprint. The same is true for all other cells identified as accessible in the floor plans provided. The cell design lacks the required space to provide mobility features. This configuration drastically limits the space inside the cell, which forces the fixed desk into the clear floor space required for a wheelchair to rest  adjacent to the triple bunk bed to safely transfer. In addition, the triple bunk bed blocks clear floor space needed for a wheelchair to fit under the desk to use it (see photo). The lack of required maneuvering space in the room makes both the bed and desk unsafe to use. In fact, an incarcerated individual using a wheelchair is forced to pull under the desk at a sharp angle to fit their wheelchair between the desk and bed.

**Even more problematic, the toilet in the cell is placed in a small alcove between the triple bunk beds and outer wall, without space for a wheelchair to pull up to the side and allow safe transfer onto the toilet.** The flush control is mounted on the wall above the toilet, far above compliant height under the California Building Code ("CBC")[6], and the clear floor space needed to reach the flush control is blocked by the toilet and triple bunk bed. Other ADA violations include a lavatory without required knee clearance, a mirror not low enough for an incarcerated individual using a wheelchair to see themselves, and a toilet in a small alcove that was 30% smaller[7] than required under the ADA.

---

[6] Although this case was brought under the ADA and related state statutes, buildings in California must also comply with accessibility requirements in the CBC.

[7] Per the 1991 ADAAG Figure 24 Clear Floor Space at Water Closets, applicable to Central Jail at the time of construction, a minimum of 60 inches in width is required at an

**SZS**
ENGINEERING

This cell configuration cannot be considered compliant for a cell providing mobility features. Typical remediation in similar structures involves moving walls while leaving structural supports in place, to create required maneuvering space.

We inspected other units, such as units 5A and 5C on the fifth floor, but the cells designated as accessible in those units – A10 and C10 – were occupied at the time of the assessment, and Defendants did not permit assessment of these cells. However, Defendants represented that all of the cells identified as accessible—the corner units—were identical "mirror images" of each other. Housing units and cells inspected include Housing unit 4A and Cell A10, Housing unit 6A and Cell A10, and Housing unit 7C and Cell C10.

Housing unit 5A and Cell A10, Housing unit 5C and Cell C10, were occupied and jail staff declined to relocate the individuals for us to inspect the cells. Those cells were inspected from the dayroom only. As all of the cells are mirror images, we expect that all of the cells are not accessible, as were those we inspected.

Of note, although a single corner cell is designated as accessible in each housing module, we observed one person with a wheelchair who was in a different cell in module 7C. The cell identified as accessible in module 7C was occupied by a person who did not appear to have a mobility impairment. The incarcerated individual in the room was standing. No wheelchair was present in the room when we viewed through the view panel. We were not permitted to enter. Jail staff refused to move the individual into another cell to allow our team to perform an assessment. Moving incarcerated individuals as a safety measure for myself and my team while assessing has been customarily performed without question in all other jail facilities that I have assessed.

Indeed, the roster that Defendants provided showed that some modules included multiple incarcerated people who use wheelchairs or who have other serious mobility disabilities in cells that are not designated as accessible. That means that people who use wheelchairs or have other

_____

accessible toilet. The same width requirement applies under 2010 ADA 604.8.1.1, which applies when Defendants alter the facility.

SZS
ENGINEERING

serious mobility disabilities are not even housed in the cells designated as accessible.

**In general, the cells identified as accessible lacked mobility features such as an accessible entrance door, maneuvering clearance, lavatory, toilet, desk or bed.** Cell 4A10 is emblematic of the problems throughout the facility. The maneuvering space in each cell identified as accessible was a violation of the ADA because it did not allow for incarcerated individuals to approach the bed and park their wheelchair to transfer or use the desk sitting in their wheelchair because the bed blocked the space required to pull under the fixed desk. The housing cells were too small to allow an incarcerated individual to turn 360 degrees within their own housing unit. On the floor plans, a 60-inch turning circle is shown within each cell identified as accessible—but the plans fail to show the fixed desk actually in the cells, which encroaches into half or more of the turning circle space in violation of the ADA.

The fixed desks obstruct the required clear floor space at every bed in every cell designated as accessible. It is difficult to imagine how a person can transfer without falling out of their chair, off of the bunk and onto the floor every single time they attempt to transfer. Living with constant injury is not only inhuman for the victims of this practice, but it must also present a significant burden to jail medical staff. This practice must prove to be costly for Defendants to sustain long-term.

See the diagram below depicting space requirements for features such as a lavatory, toilet, desk, or bed to make it possible for incarcerated individuals who use wheelchairs to safely use these fixtures.

*(remainder of this page intentionally left blank)*

**SZS**
ENGINEERING



*The drawing shows an accessible toilet with rear and side grab bars, clear floor space for wheelchair transfer, and an accessible flush valve (item 1). It also shows an accessible lavatory with knee and toe space below, faucet controls usable with a loosely closed fist, clear floor space for front approach, and lowered mirror (item 2). The door has 32 inches of clear opening width, for when a sliding door is fully opened, or a hinged door is open 90 degrees (item 3). The desk has sufficient knee and toe space and clear floor space for front approach (item 4). Finally, the bed has clear floor space for a side approach next to the bed (item 5).*

*Appropriate clear floor space (shown by dashed lines) is needed adjacent to each cell feature (see page 1 diagrams on clear floor space). As shown in this drawing, the clear floor spaces for each element may overlap. Inmates with a mobility disability should be able to move without obstruction among the easily accessible features of their cells. There needs to be adequate turning space within the cell—either a 60-inch-diameter circle or a T-shaped turn depending on the fixture to be used.*

**However, the toileting areas in Defendants' cells designated as accessible did not include grab bars or sufficient space for a wheelchair user to rest their chair or transfer onto the toilet.** The toileting areas were located in a tight space between the outer wall of the

**SZS**
ENGINEERING

cell and the end of the beds. The space that toilets were located in was 40-to-40-1/2-inches wide, where at least 60-inches is required to enable safe transfer. The toilets in these cells have no space for a wheelchair to rest while a user safely transfers onto the toilet. As a result, incarcerated individuals risk injury each and every day to perform toileting, which is a major life activity covered by the ADA.

Even worse, these toilets were identified with no grab bars of any kind. The location of the toilet puts it behind the space where a wheelchair can come to rest against the entrance door to allow the user to transfer safely. An incarcerated individual cannot align their body with the toilet and is offset from the toilet making transfer more unsafe putting the individual at risk of falling out of their chair and onto the floor when transferring, while partially disrobed.

This ADA violation also puts incarcerated individuals with mobility impairments at significant risk of abuse. The diagram below shows the elements of a compliant toilet, none of which are present in the cells at Central Jail.



*The drawing shows a side grab bar on the adjacent side wall that is at least 42 inches long and from 33 to 36 inches above the floor (item 1). The rear grab bar behind the toilet is at least 36 inches long and from 33 to 36 inches above the floor (item 2). The flush valve is located in reach range and is operable without tight grasping, twisting, or pinching (item 3). The toilet seat needs to be from 17 to 19 inches above the floor to permit transfers to and from wheelchairs at the same height (item 4). The toilet bowl needs to be centered 16 to 18 inches from the side wall, so that inmates with disabilities can reach the side grab bar (item 5). The diagram also shows adequate floor space provided to approach the toilet from a variety of wheelchair transfer positions (i.e. diagonal or side approaches). Generally, the toilet needs to be installed in an open space at least 60-inch-wide by 59-inch-deep (item 6).*

## A. Shower Facilities in Celled Housing Units

**We also inspected the showers that incarcerated people use and found that they are not ADA compliant and place incarcerated people with mobility disabilities at risk of falling.**



**Figure 305.7.2
Maneuvering Clearance in an Alcove, Parallel Approach**

In the celled housing units, the main level shower is in the dayroom area. The shower provided in the dayroom area in 4A appears to be the only shower for all incarcerated individuals on the main level of this unit, with a total of 10 cells. Most incarcerated people with mobility disabilities at this Jail are housed on the main level, and so most would use this shower.

The shower is not free-standing and floor plans, and our observations, indicate that the same shower design was implemented on the main floor in modules 4A-4D, 5A-5D and 6A-6D. These showers are located at the end of a deep alcove that the user experiences as a long corridor. An alcove is defined as a space confined on all or part of three sides (see figure above).[8] Alcove requirements under the ADA include

---

[8] See 2010 ADA 305.7 Maneuvering clearance. Where a clear floor or ground space is located in an alcove or otherwise <u>confined on all or part of three sides</u>, additional maneuvering clearance shall be provided in accordance with Sections 305.7.1 and



a width dimension of at least 60 inches when the alcove is deeper than 15 inches, but this shower does not comply.  At the end of this alcove, the narrow space for showering is too small for a person in a wheelchair to turn 90 degrees so that they can face the controls, turn them on and shower. ADA-compliant wheelchair clear space must be at least 48 inches long for forward approach but a 60 inch turning circle is required to allow the wheelchair to maneuver into forward approach that allows the user to face the shower controls. This space was measured at 41-1/2-inches. That deficit means a wheelchair can get stuck inside the shower space, basically lodged between the walls, if a person were to try and turn to face the shower and use it once they reach the end of the alcove.

It is one thing to expect an incarcerated individual to turn their head 90 degrees to talk with a person at a counter, which could be uncomfortable, especially for a long period of time. Being in a position that forces a user to be oriented 90 degrees from a shower head and the associated controls is far more egregious. This is an ADA violation that may prevent incarcerated individuals with mobility disabilities from showering.



When an individual exits the shower, they will need to turn again, eventually making a 360 degree turn for which a minimum 60-inch turning circle is required under the ADA.

This shower design is similar to one referred to as a California shower, which was an allowance under outdated California shower design dimensions of 48-inches wide by 42-inches deep, in violation of the ADA Standards. That outdated design was never intended to be located at the end of a long, narrow alcove. ADA roll-in showers must have at least a 60" wide opening at the entry with a minimum depth of at least 30". Unfortunately, this shower has dimensions that are smaller and transposed from the outdated California shower dimensions; it was 41-1/2 inches wide and more than 48 inches deep. These transposed

---

305.7.2. Per 2010 ADA 305.7.2 Parallel Approach. Alcoves shall be 60 inches (1525 mm) wide minimum where the depth exceeds 15 inches (380 mm).

SZS
ENGINEERING

dimensions were a violation of the CBC in place at the time of construction and the ADA.

The other dayroom showers we inspected in units 5, 6 and 7 had similar issues as those identified above, with more detail provided in the barrier data record. Additional ADA violations in the showers include a tile threshold more than 1/2-inch high at the entry point into the alcove at showers on Floors 4 – 7. In the dormitory housing on Floor 8 (discussed below), severely steep ramps were constructed at the shower threshold.

Additional ADA violations included a lack of a fixed shower seat, which was shown in the floor plans in each shower, and we must assume has been removed at some point; non-compliant floor slopes and drains; non-compliant grab bars; and no compliant shower controls or spray units. Showerhead spray units must be mounted close enough to the seat to grasp by a person sitting without forcing them to lean forward, which can result in a fall.  Fixed shower seats are required for safety reasons. Free-standing seats move. This creates a safety risk during transfer. In addition, a fixed seat provides a backrest and sidewall to lean against, where needed. The distance between a fixed seat and the walls is closely regulated by the ADA to ensure that no gaps exist between the seat and walls, as any significant gap presents a safety risk.

Defendants must renovate the designated as accessible cells and the showers in celled housing units so that they actually comply with the ADA and allow people with mobility disabilities to safely perform major life activities like toileting, getting into and out of bed, and showering. The barrier report provides guidance for remediating each barrier identified in this report.

## 2. Dorm Housing Units: Floor 8

The eighth floor at Central Jail consists of four dormitory housing units, 8A, 8B, 8C, and 8D, as well as one celled housing unit, 8E. Each of the dormitory housing units includes triple bunks on the main level and on the

upper level (known in the Jail system as the "upper tier").[9] The bunks are arranged along the edges of the dormitory, with a dayroom area in the center of the dormitory. According to the roster provided and as we observed on the inspection, the vast majority of people with mobility disabilities on this floor were clustered into 8C.

In the 8C dormitory housing unit, we observed several individuals using wheelchairs in the dayroom, in addition to several other empty wheelchairs stored under the stairway. The same non-compliant lavatories, drinking fountains, toilet, and showers identified in the celled housing units were also identified in these locations, as well as the same issues with triple bunk beds. The use of triple bunk beds is particularly egregious in 8C, given the clustering of people with mobility disabilities in that unit. The roster provided March 10, 2023 shows 24 people with mobility disabilities in that unit, including 13 who use wheelchairs. ***Seven*** of those people who use wheelchairs were indicated as housed on the middle bunk, which as described above means they have to undertake a dangerous transfer up into or down out of the middle bunk at least twice a day. In addition, only two triple bunk beds were in locations where maneuvering space for a wheelchair was available. The others were oriented in the unit with the bunk bed end facing open space, and a narrow passing space between bunk beds that was not wide enough for a wheelchair to travel through.

In contrast to the 24 people with mobility disabilities in 8C, the roster shows only one person with a mobility disability in 8B and none in 8A. Units 8A and 8B are reserved for incarcerated individuals who take part in work programs. On our inspection, those units appeared to have many beds open and unused, even though such work programs are ordinarily highly sought as they offer participants benefits such as pay. Units A and B had vending machines and large monitors where individuals were playing video games. These physical amenities were not observed in any other area in the Jail, and the contrast with 8C was stark. Excluding incarcerated individuals with disabilities from participation in work programs that afford otherwise unavailable benefits to participants is discriminatory.

---

[9] The Jail construction plans refer to the second level of each housing unit as the "mezzanine."



Despite the large concentration of people using wheelchairs and with other mobility disabilities in 8C, only a single shower in that unit had grab bars. Those grab bars were not compliant. The shower was also constructed with a high threshold at entry that could stop a wheelchair from moving forward, the floor was sloped, no shower seat was provided, and the shower spray unit was not accessible to a person using a wheelchair.

The lavatory provided in 8C did not have compliant knee clearance to allow a wheelchair to pull under the fixture for use and the drinking fountain mounted in the center of the lavatory back wall will spray a person using a wheelchair in the face, instead of serving its intended use. The toilet provided did not have compliant grab bars. Toilet paper was found high on a half wall, not in a dispenser close enough for a person on the toilet to use before completing their use (see photo).



### 3. Dayrooms and Visiting Areas in Housing Units

We also inspected common areas that incarcerated people use in each unit on floors 4 through 8. These areas were also identified as non-compliant with the ADA. For example, the housing unit dayroom in 4A—where incarcerated people can sit at tables, use the phones, watch television, and interact with each other—was identified with a number of ADA and CBC violations. The dayroom had 5 tables with 40 total seats, but only one table had a seat removed for use by incarcerated individuals who use wheelchairs or similar mobility devices. The number of incarcerated individuals indicated in the Roster provided by Defendants indicated that two individuals who use wheelchairs are housed in 4A. The ADA requires that least 5% of all seating be accessible seating but providing one accessible seat out of 40—as Defendants are doing on that floor—is only 2.5%.

We also assessed the mezzanine level on several floors. We were allowed to assess parts of the mezzanine area on floors 4, 6, and 8. The mezzanine is on an accessible route from the elevators and includes a multipurpose room and both social and professional (such as attorney)

**SZS**
ENGINEERING

visitation areas. We were unable to assess the visitation area on the 4th floor because incarcerated people were using the area. The visitation areas on the floors we assessed (6 and 8) lacked phones with cords long enough for a person using a wheelchair to access and no volume controls for the hard of hearing were present on any of the phones in the visitation area.

The short phone cord length is especially problematic for incarcerated individuals using wheelchairs. The fixed counters between the phone and user are deeper than the cord is long. Wheelchairs put a sitting person 2 to 3 feet from the wall on which the phone is installed depending on how their footrests are set. Many who use wheelchairs have poor torso control and cannot lean forward without falling out of their chairs, meaning that they risk injury if they use the phones in visitation.

Our assessment of the multipurpose room and the associated single-user toilet room demonstrated the same level of non-compliance found in other areas of the facility. ADA violations were identified at the entry door, lavatory, toilet, dispensers, and the floor slope, as further specified in the Barrier Data Records.

## Overview of Additional Areas Inspected

### 1. Accessible Route

The ADA requires an accessible route from points of arrival to the building entrance and features throughout the facility. Physical elements within a facility can only be accessible to and usable by people with disabilities if they are connected to an accessible route. Given the limited time for our site inspection, our inspectors could not take measurements within the comprehensive accessible route that connects each area inspected. The limited parts of the accessible route that we were allowed time to inspect are discussed in the Barrier Data Records.

### 2. Intake Area

Incarcerated people enter Central Jail through the intake and booking area. Our inspection found that on the first floor, where intake is located, Central Jail has no ADA-compliant benches, medical screening rooms, breath analysis room, toilet room, holding cells, or showers, where provided.

SZS
ENGINEERING



At intake, fixed benches were provided in several areas for individuals to use while waiting for the process to be completed. In each instance, the benches installed lacked an open space required for an individual using a wheelchair to sit with shoulder alignment to the bench shown above, in the same way that others sit while waiting for the processing effort to be completed.

Where facilities lack required clear floor space for individuals using wheelchairs, individuals must wait in their wheelchairs in corridors or a lobby, potentially blocking the circulation path.



Two separate medical screening rooms were designed and constructed without the min. 60" maneuvering clearance required for wheelchair access. It is unclear if the screening rooms serve the same purpose or have different purposes. If they both serve the same purpose, at least one must be fully compliant. If they serve different purposes, or serve different groups of individuals who are incarcerated, each must be fully compliant.

The ADA violations in the second medical screening room inside the Intake department are problematic. The screening room in the interior space requires an individual using a wheelchair to pass through the door frame and immediately turn 90 degrees to reach the service window installed on the opposite side of the space from the entrance door (see photo). The fact that an individual using a wheelchair must back into this small space that lacks required maneuvering clearance and turn abruptly to reach the service window is an extreme example of the degree of  difficulty that the non-compliant design of this facility inflicts on individuals with disabilities. We were unable to fully inspect a third medical screening room because it was in use by an incarcerated person.

**SZS**
ENGINEERING

These violations are especially problematic in a facility that was constructed after the enforcement of the ADA. We also identified other violations in the intake area, including an entrance to the breath analysis room that is too narrow for a person in wheelchairs even with the door removed, a toilet room without any lavatory for hand washing, and inadequate turning radius in that toilet room.


Two group holding cells (2 and 4) were identified by Defendants as accessible, although inspection found that no accessible bench or space next to a bench, phone, lavatory, toilet or shower were provided in either group holding cell. In the two holding cells assessed, an upturned spout was affixed to each lavatory in the center of the fixture and it was described by jail staff as a drinking fountain for incarcerated individuals (see photo). These fountains are not accessible for people of short stature or incarcerated individuals who use wheelchairs because the bubbler is higher than allowed for an accessible fountain and the water flow coming out of the bubbler is perpendicular to the front rim of the lavatory contrary to requirements under the 1991 ADAAG.[10] Since an incarcerated individual using a wheelchair has to pull under the lavatory to use it, and these lavatories lack accessible knee clearance, the user cannot get anywhere near the water flow. The existing water flow perpendicular to the front rim would hit them in the face if it projected far enough to reach them. The use of a cup at these fountains is not an acceptable accommodation for an accessible drinking fountain in any event, but especially due to the fact that this building was designed and constructed after the enforcement of the ADA and is required to be fully compliant to new construction standards.

---

[10] These drinking fountains have been a violation of ADA Standards since 1991. See 1991 ADA Accessibility Guidelines (ADAAG) Section 4.15.3 Spout Location requires the drinking fountain flow to be in a trajectory that is parallel or nearly parallel to the front of the unit. The flow of these drinking fountains is perpendicular to the front of the unit.

Grab bars in all toileting areas inspected at Intake, medical holding areas and housing units were equipped with infill plates as a ligature resistance measure, but the plates obstruct approximately 25% of the gripping  surface. This will not allow a person to fully grip the bar firmly which can lead to poor hand placement, slipping and falling during use. Grab bars are important both for incarcerated people who use wheelchairs and those who use canes, walkers, and other mobility assistive devices, as well as for those with vertigo or similar medical conditions. See figure above provided by the federal Access Board[11] showing a compliant infill plate that provides both ligature resistance and a compliant gripping surface. The red infill plate illustrated in the diagram shows what was identified at grab bars in this facility. The location of the infill plate violates ADA 609.3,[12] requiring any projecting object below and at the ends to be a minimum of 1-1/2" below the bars so as not to obstruct the gripping surface.

Phones in these holding cells in the warrant/booking area were also not accessible due to mounting locations behind fixed benches, mounting height above accessible reach range, and a phone handset cord that is too short to use. The ADA requires cords to be at least 29 inches long, but these phones have 9-inch-long cords that are shorter than the fixed benches are deep (10-1/2 inches), making the phones impossible to use for incarcerated individuals using wheelchairs. As noted above in the Intake waiting areas, no clear floor space was provided at fixed benches in the holding cells.

Holding cell 4 was identified with a shower that was not accessible under the ADA or CBC at any point in time. A vertical curb at the entry point would prevent access by individuals with mobility impairments, and no seat, grab bar, or accessible shower spray unit or controls were provided.

---

[11] Great Lakes ADA Center, Detention and Correctional Facilities Presentation by Bill Botten and Scott Windley of the federal Access Board, entitled 01-16-20-Inmates-and-Visitors, slide 37.

[12] Also see CBC 11B-609.3.

**SZS**
ENGINEERING

### 3. Second Floor: Holding and Release Areas

The second floor includes additional holding cells, as well as dressing rooms, screening rooms, and the release area. The areas we inspected were all identified with ADA violations.

Room 6 was identified as the screening room for the Inmate Safety Protocol, the jail suicide prevention protocol. No required minimum 60 inch turning circle is provided in this room. An incarcerated individual must  be able to enter the room and close the door before sharing personal information with jail staff. Due to the configuration of this room and the entry door, an individual entering the room is directly in front of the service window when entering but cannot rest there as their wheelchair would block the door from closing. If an individual using a wheelchair were to enter the room, they would have to turn 90 degrees immediately upon entering to close the door. Then, the individual would need to crane their head 90 degrees to see the staff member at the window. The room is so narrow that any maneuvering in the small space would be difficult. Door requirements under the ADA and CBC require maneuvering clearance of at least 48 inches perpendicular to the door, which this room does not provide.

Sobering Cell 1 was identified with similar barriers to the holding cells in Intake; no compliant lavatory, drinking fountain or toilet. In addition, the non-compliant floor slope was extreme.

A single-user toilet room adjacent to the radiology treatment area was not in use at this time and did not appear to have been designed to provide wheelchair access. No compliant lavatory, toilet or drinking fountain were identified, as shown in more detail in the Barrier Data Records.

SZS
ENGINEERING

It is assumed that the court dress-out and dress-in rooms are used by all incarcerated individuals. None of the benches in either of these dressing rooms were accessible for a dressing area, in terms of bench size or the provision of clear floor space next to a bench for transfer. A bench was installed in front of the counter in the dress-in room, essentially blocking access to the counter (if used) for incarcerated individuals who use wheelchairs (see photo).



The Release Room was identified with a number of ADA violations. Most significantly, although there were three separate service windows, none were designed or constructed for use by incarcerated individuals who use wheelchairs or who are short in stature. The windows were far too high to make eye contact or carry on a conversation. Either these elements were designed incorrectly or constructed incorrectly, or perhaps both. This kind of error should have been corrected in the plan review and/or building inspection process.

## 4. Floor 3: Medical Floor

Floor 3 is the medical floor, including both medical housing and treatment areas. Our inspection found no compliant medical or dental treatment areas, toilet rooms, or holding areas.

We were not permitted to assess the medical housing areas, as the individual medical cells were occupied by incarcerated people and jail staff did not allow assessment of even a single cell. These cells are identified in plan as accessible and should be assessed to determine whether they are in fact accessible. Given that many other elements intended as accessible were not in fact compliant, it is our expectation that the medical cells are not accessible. A further inspection is necessary.

The medical areas we did inspect were identified with numerous violations. For example, in Clinic Holding 3, the lavatory was even more problematic than those described earlier (see photo). The only lavatory provided in this space was installed in a corner of the room and a fixed bench was

installed less than 2 feet in front of the lavatory, making it impossible for anyone using a wheelchair to approach the lavatory from the front and pull under it to use the fixture.

Each space we were allowed to inspect was identified with non-compliant door hardware, benches, maneuvering clearance, lavatories, drinking fountains, and toilets. These barriers are identified in detail in the Barrier Data Records section.

## 5. Communication Features Accessible for People with Hearing Disabilities

We observed no cells with communications features accessible for people with hearing disabilities. At least 2 percent of all holding cells and housing cells must provide communication features for the deaf and hard of hearing, with a requirement to provide additional cells if more than 2% of the individuals housed are deaf or hard of hearing.

# Methodology

To provide guidance for the reader, we explain our methodology and the format of the report that follows. During our March 13, 2023 inspection, we captured images of each physical element identified in this report in HD digital photos and took manual measurements to establish as-built conditions. We provide digital photographs corresponding with each barrier to access. Technical data can be interpreted more efficiently with a visual component. The photos provide a clear connection between the technical data described in each barrier data record and the physical barrier to access identified.

On our inspection, we used a Nikon digital camera with an SD card to document barriers identified as ADA violations. The first SD card reached capacity as we completed the assessment of the 7th floor, with 712 digital photos collected. We collected an additional 112 photos on a second SD card inserted into a Fuji camera.

After the inspection, we provided both SD cards to Defendants for them to delete any photos showing sensitive information, before providing the photos back to us. We understand that the Sheriff's Department was unable to copy the photos onto their machine but identified no photos to delete for security concerns. On March 15, 2023, Defendants returned the SD cards to

Plaintiffs' counsel, so that Plaintiffs' counsel could provide the Sheriff's Department access to copies.

The SD cards were returned with significantly fewer photos than were present when Defendants took possession of the SD cards. The photos missing were in large groups taken in specific areas including the entire group of photos for the 5th floor other than the shower in 5C, the entire mezzanine on 6th floor (path of travel, visitation, and multipurpose room), and parts of the 8th floor dormitory housing units.

Photographs obtained during the assessment allow us to verify notes taken in the field. Without these photos, it is possible there is some variance in the measurements provided in the barrier records. It will be necessary to return to Central Jail for a further inspection to inspect the areas we could not inspect, as well as to inspect any areas Defendants claim to modify to comply with the ADA. At that time, we can also re-take photographs to replace those now missing.

We document physical barriers to access identified during the field investigation process in two ways, including the narrative above and the individual Barrier Data Records below. These Barrier Data Records provide detailed information including digital photographs (where applicable) of each barrier identified, code references that determine the barrier to access, as-built measurements, barrier severity ratings, budgetary cost estimates, and recommended solutions for barrier removal. The information is formatted with two barriers on each report page.

## Barrier Severity Ratings (BSR)

Based on our experience, we have implemented a barrier identification system to standardize the reporting process and ensure consistency while collecting data. Each barrier was assigned a rating that indicates how severely the barrier affects the ability of a person with a disability to use the element. There are five barrier severity ratings assigned[13]:

---

[13] For example, the effect that the cross slope of a walking surface between 2.1% and 2.9% is minor (very low severity) and can be navigated with extra effort to move in a straight path. A cross slope of 5.0% or more can cause wheelchairs to overturn.

1 - High Severity

2 - Moderate Severity

3 - Low Severity

4 - Very Low Severity

5 - Technically Infeasible

(*remainder of this page intentionally left blank*)

# Report Format – Definitions

This is the standard report output from the SZS database. The name of each facility is located at the top of the form. A description for the data contained within each field is provided below, with non-applicable elements in italics:



1) **Field Date:** The date of the facility inspection.

2) **Report Date:** The date the report was compiled, revised, or completed.

3) **Barrier #:** Individual number assigned to each barrier identified. The alphanumeric character assigned correlates with a room or space identified on the reference drawings provided with each report. This number allows the barrier to be pinpointed to a location within the facility.

4) **Image:** Digital photograph provided for each barrier as a visual representation of the issue and context.

5) **Facility:** Name of building, park, or parking lot where the inspection was performed

6) **Location:** Area or space within the facility where a barrier is identified



**7) Official Responsible:** Public or private entity responsible for the facility and the remediation of the barriers

**8) Facility Function (Public/Staff):** Typically, our reports designate barriers as located in either staff or public areas. This report focuses on the barriers in spaces that incarcerated people will use.

**9) Reference Drawing (Dwg):** Floor, site plans or aerial maps of the designated facility where the assessment was performed. Each reference drawing provides correlation between the barrier number listed in the report (see item 3 above) and the actual physical location where the barrier was identified.

**10) Barrier Area:** Provides a grouping of similar barriers identified in specific spaces (E.G.: Restrooms, Doors and Gates, Stairs, Ramps, Sidewalk, Walkways)

**11) Remediation:** Indicates whether a barrier is in direct violation of the federal and state codes and statutes and must be remediated (Required) or whether the remediation is recommended as a best practice (Recommended).

**12) Barrier Type:** Identifies the type of physical element or area defined by the ADA Standards and the California Building Code used to identify non-compliance.

**13) Requirement (Barrier Description):** Code language or performance standard that describes barrier identified.

**14) Code References:** Applicable ADA and state codes regulating the entity's compliance. Each code reference is specific to each barrier and identifies the section of code which regulates compliance to that specific element (doors, sinks, sidewalks, etc.). Where a best practice is recommended, the term *Performance Standard* identifies the barrier to access documented in the barrier data record.

**15) As Built Description (Desc):** Also known as the *findings*, information describes the barrier.

**16) Proposed Solution:** Provides one suggested solution to remediate the barrier identified. Please note that other options may exist to bring items into compliance. We cannot describe all potential solutions in this report. The suggested solution is generally the most common way of remediating this particular barrier.

**17) As Built Measure:** Actual field measurement number for square

**SZS**
ENGINEERING

footage (SF), linear footage (LF), or a single value (EACH or JOB) used to indicate physical dimension of barrier and calculate cost estimate.

18) **Quantity:** Unit of measure for the remediation of each barrier (SF, LF, EACH or JOB).

19) **Cost Estimate:** N/A.

20) **Barrier Severity Rating (BSR):** A systematic, research-based rating that describes how severely each barrier affects usability for the particular element.

21) **X Coordinate:** N/A

22) **Y Coordinate:** N/A

23) **Z Coordinate:** N/A

24) **Implementation Priority:** N/A

25) **Implementation Phase:** N/A

26) **Implementation Date:** N/A

27) **Status (Open or Closed):** N/A

28) **Notes:** Open field where additional explanation of the findings can be noted when encountering unusual situations in the field, or to note programmatic access solutions. The notes field can contain the image file name shown in the barrier data record, or additional information as needed such as an explanation of findings, or information on associated barriers in the same or similar locations.

BARRIER DATA RECORDS

Ex. G 282

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | N/A |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Holding and Housing Cells

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Holding Cells with Mobility Features

Barrier Description: Min. 3%, but no fewer than 1, of the total number of cells in a facility lack mobility features (UFAS 5% but no fewer than 1)

Code References: US DOJ 504 & UFAS 4.1.4 (9) (c) | CBC 11B-232.2.1 & 11B-807.2 and 2010 ADAS 232.2.1 & 8

As Built Description: No cells that are intended to provide mobility features comply

Proposed Solution: Remodel to provide access in min. 3% of all cells or additional cells to suit existing needs

| As-Built Meas: | 0 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status: Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | N/A |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Holding and Housing Cells

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Holding Cells with Communication Features

Barrier Description: Min. 2%, but no fewer than 1, of the total general holding and housing cells lack communication features

Code References: CBC 11B-232.2.2 and 2010 ADAS 232.2.2

As Built Description: No cells equipped with permanent communication systems provided for the hearing and visually impaired

Proposed Solution: Install audible emergency alarm systems and permanently installed telephones/communication features within cells

| As-Built Meas: | 0 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status: Open

Notes:

---

CASp Inspection

Ex. C-283 29

# County of San Diego

**SZS ENGINEERING**



| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 1 |

Facility: Central Jail

Location: Floor 1 - Sallyport Passenger Loading Area

Official Responsible: San Diego County

Facility Function: Public          Dwg: 1 of 11

Barrier Area: Clear Floor Space          Remediation: Required

Barrier Type: Clear Floor Space - Wheelchair Use (Fixed Element)

Barrier Description: Clear floor space of min. 30" by 48" not provided at element required to be accessible

Code References: ADAAG 4.2.4.1 | CBC 11B-305 and 2010 ADAS 305

As Built Description: 19" wide clear space between two benches in sallyport where individuals wait to be processed

Proposed Solution: Remodel area to provide wheelchair space adjacent to fixed bench

As-Built Meas: 20          Quantity: SF          Cost Estimate: $0.00          BSR: 2 - Moderate Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 2



Facility: Central Jail

Location: Floor 1 - Sallyport Passenger Loading Area

Official Responsible: San Diego County

Facility Function: Public          Dwg: 1 of 11

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Sign

Barrier Description: No room ID sign provided at permanent room or space

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: Multiple public entry doors in circulation route to intake entrance lack tactile signs

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 5          Quantity: EACH          Cost Estimate: $0.00          BSR: 1 - High Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes: When installing signs, ensure that min. 18" x 18" clear space is provided to allow reading sign by touch per CBC 11B-703.4.2 and 2010 ADAS 703.4.2

---

CASp Inspection

30

**SZS ENGINEERING**

# County of San Diego

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 3A |



Facility: Central Jail

Location: Floor 1 - Sallyport Medical Intake Screening Rm 1

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 3B |



Facility: Central Jail

Location: Floor 1 - Sallyport Medical Intake Screening Rm 1

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 49-3/4" high view panel

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 3C

Facility: Central Jail

Location: Floor 1 - Sallyport Medical Intake Screening Rm 1

Official Responsible: San Diego County

Facility Function: Public        Dwg: 1 of 11

Barrier Area: Doors or Gates      Remediation: Required

Barrier Type: Smooth Surface at Bottom - Kickplate Location

Barrier Description: Kickplate is raised from door or gate surface by more than 1/16"

Code References: ADAAG Advisory A4.13.9 | CBC 11B-404.2.10 and 2010 ADAS 404.2.10

As Built Description: Existing kickplate does not comply. Bottom of door has protruding element of more than 1/16"

Proposed Solution: Provide min. 10" high kickplate at push side of door as a smooth, uninterrupted surface

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:   Priority          Phase            Date            Status  Open

Notes:

---

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 3D

Facility: Central Jail

Location: Floor 1 - Sallyport Medical Intake Screening Rm 1

Official Responsible: San Diego County

Facility Function: Public        Dwg: 1 of 11

Barrier Area: Medical Facilities    Remediation: Required

Barrier Type: Exam/Diagnostic/Treatment Rooms - Turning Space

Barrier Description: Turning space not provided within examination, diagnostic or treatment room

Code References: ADAAG 6.1 & 4.2.3* | CBC 11B-805.4.3 and 2010 ADAS 805.2

As Built Description: Screening room 50" deep x 54" wide. Not designed for wheelchair access.

Proposed Solution: Alter existing areas to comply

As-Built Meas: 6   Quantity: SF   Cost Estimate: $0.00   BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:   Priority          Phase            Date            Status  Open

Notes: Non-fixed chairs can be removed, but room will not comply if chairs are removed.

# SZS ENGINEERING

## County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 4A |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 1 - Entrance at Intake

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Sign

Barrier Description: No room ID sign provided at permanent room or space

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: Public entry to intake lacks tactile sign. Door designed with no space at strike edge to accommodate sign.

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

| As-Built Meas: | 20 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes: Sign can be affixed to the display at strike edge. Display can also be moved to accommodate tactile sign.

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 4B |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 1 - Intake Waiting Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Clear Floor Space    Remediation: Required

Barrier Type: Clear Floor Space - Wheelchair Use (Fixed Element)

Barrier Description: Clear floor space of min. 30" by 48" not provided at element required to be accessible

Code References: ADAAG 4.2.4.1 | CBC 11B-305 and 2010 ADAS 305

As Built Description: No clear space at fixed bench where individuals wait to be processed

Proposed Solution: Remodel area to provide wheelchair space adjacent to fixed bench

| As-Built Meas: | 20 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

CASp Inspection

Ex. C-287[33]

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 4C |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 1 - Intake Waiting Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Clear Width - 36" Wide

Barrier Description: Accessible route clear width is not min. 36" wide

Code References: ADAAG 4.3.3 | CBC 11B-403.5.1 and 2010 ADAS 403.5.1

As Built Description: 35" - 35-1/2" clear width between walls and table on both sides where individual must turn 90 degrees to pull under fixed table

Proposed Solution: Provide min. one accessible desk or 5% overall

As-Built Meas: 3    Quantity: LF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 4D |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 1 - Intake Waiting Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Counters and Tables    Remediation: Required

Barrier Type: Desks - Knee Clearance

Barrier Description: Knee clearance of at least 27" high, 30" wide and 19" deep not provided

Code References: ADAAG 4.32.3 | CBC 11B-902.2 & 11B-306.3.3 Exception 2 (2010 ADAS 306.3 less stringent)

As Built Description: 12" deep to brace support with 25-1/2" wide knee clearance

Proposed Solution: Provide min. one accessible desk or 5% overall

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 4E

Facility: Central Jail

Location: Floor 1 - Intake Waiting Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Counters protrude more than 4" between 27" and 80" high

Proposed Solution: Provide detectable warnings to protect pedestrians

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 5A

Facility: Central Jail

Location: Floor 1 - Medical Intake Screening Rm 2

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

CASp Inspection

35

# SZS
ENGINEERING

## County of San Diego



Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 5B

Facility: Central Jail

Location: Floor 1 - Medical Intake Screening Rm 2

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Door/Gate Hardware - Operation

Barrier Description: Hardware not operable with a closed fist

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 and 2010 ADAS 404.2.7

As Built Description: Door hardware not accessible

Proposed Solution: Provide compliant hardware

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority      Phase      Date      Status: Open

Notes:

---



Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 5C

Facility: Central Jail

Location: Floor 1 - Medical Intake Screening Rm 2

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Medical Facilities    Remediation: Required

Barrier Type: Exam/Diagnostic/Treatment Rooms - Turning Space

Barrier Description: Turning space not provided within examination, diagnostic or treatment room

Code References: ADAAG 6.1 & 4.2.3* | CBC 11B-805.4.3 and 2010 ADAS 805.2

As Built Description: Room lacks min. 60" turning circle to enter, process and turn 360 to exit. Also, no min. 30" x 48" clear floor space at counter

Proposed Solution: Alter existing areas to comply

As-Built Meas: 1    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority      Phase      Date      Status: Open

Notes: 35-1/2" x 84"

CASp Inspection

Ex. C-290<sup>36</sup>

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 6A |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 1 - Medical Intake Room 3 (in use before noon)

Official Responsible: San Diego County

Facility Function: Public   Dwg: 1 of 11

Barrier Area: Signage   Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority    Phase    Date    Status Open

Notes: Photo taken in last hour of assessment

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 6B |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 1 - Medical Intake Room 3 (in use before noon)

Official Responsible: San Diego County

Facility Function: Public   Dwg: 1 of 11

Barrier Area: Doors or Gates   Remediation: Required

Barrier Type: Door/Gate Hardware - Operation

Barrier Description: Hardware not operable with a closed fist

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 and 2010 ADAS 404.2.7

As Built Description: Door hardware not accessible

Proposed Solution: Provide compliant hardware

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority    Phase    Date    Status Open

Notes: Photo taken in last hour of assessment

---

CASp Inspection

Ex. C-291 [37]

**SZS ENGINEERING**

# County of San Diego



Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 6C

Facility: Central Jail

Location: Floor 1 - Medical Intake Room 3 (in use before noon)

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Clear Floor Space    Remediation: Required

Barrier Type: Clear Floor Space - Wheelchair Use (Fixed Element)

Barrier Description: Clear floor space of min. 30" by 48" not provided at element required to be accessible

Code References: ADAAG 4.2.4.1 | CBC 11B-305 and 2010 ADAS 305

As Built Description: Clear floor space not provided

Proposed Solution: Remodel area to provide wheelchair space at element required to be accessible

As-Built Meas: 1    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes: Photo taken in last hour of assessment

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 7A

Facility: Central Jail

Location: Floor 1 - Breath Instrument room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Door Clear Width - 32"



Barrier Description: Door, sliding/folding door or gate clear width is not min. 32"

Code References: ADAAG 4.13.5 | CBC 11B-404.2.3 & 11B-404.3.1 and 2010 ADAS 404.2.3 & 404.3.1

As Built Description: 31" clear width at door frame with door removed

Proposed Solution: Replace door or gate and frame

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes: Door removed but frame does not provide min. 32" clear width required

---

CASp Inspection

Ex. C-292 38

# County of San Diego

**SZS ENGINEERING**

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 7B |



Facility: Central Jail

Location: Floor 1 - Breath Instrument room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Medical Facilities    Remediation: Required

Barrier Type: Exam/Diagnostic/Treatment Rooms - Turning Space

Barrier Description: Turning space not provided within examination, diagnostic or treatment room

Code References: ADAAG 6.1 & 4.2.3* | CBC 11B-805.4.3 and 2010 ADAS 805.2

As Built Description: 56" deep x 49" to counter. Stored items under counter also block access for individuals using wheelchairs

Proposed Solution: Alter existing areas to provide wheelchair access

As-Built Meas: 1    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 8A |



Facility: Central Jail

Location: Floor 1 - Intake Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Sign - Braille/tactile Information

Barrier Description: No sign with Braille/Tactile information provided to identify restroom

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information at wall on latch side of doorway. Toilet room not designed for wheelchair access.

Proposed Solution: Provide compliant sign

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

CASp Inspection

**SZS** ENGINEERING

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 8B |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 1 - Intake Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Sign - 12" Circle/Triangle at Unisex Restroom

Barrier Description: No 12" triangle superimposed on 12" circle provided on door or doorway to unisex toilet room

Code References: ADAAG N/A | CBC 11B-703.7.2.6.3

As Built Description: Required sign not provided on door or doorway

Proposed Solution: Remediation required when alterations are performed

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:   Priority ___   Phase ___   Date ___   Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 8C |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 1 - Intake Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Ratio

Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: ADAAG 4.22.1 & 4.22.6 | CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: No lavatory provided. Sink at entry is staff-use only

Proposed Solution: Provide min. 1 accessible lavatory

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:   Priority ___   Phase ___   Date ___   Status Open

Notes:

---

CASp Inspection

Ex. C-294 40

# County of San Diego

**SZS ENGINEERING**



| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 8D |

Facility: Central Jail

Location: Floor 1 - Intake Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Toilet Maneuvering Clearance

Barrier Description: Clear space in front of closet not min. 60" wide x 56" deep

Code References: ADAAG 4.17.3* Figure 30 (a) | CBC 11B-604.3.1 and 2010 ADAS 604.3.1

As Built Description: 55-1/2" wide x 48" deep

Proposed Solution: Remodel toilet room to provide wheelchair access

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 8E |

Facility: Central Jail

Location: Floor 1 - Intake Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Rear Grab Bar Location

Barrier Description: Rear grab bar not centered 12" from wall and 24" on the other side of WC

Code References: ADAAG Figure 29 (a) | CBC 11B-604.5.2 and 2010 ADAS 604.5.2

As Built Description: 12-1/2" OC

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

CASp Inspection

Ex. C-295[41]

# County of San Diego

**SZS ENGINEERING**

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 8F |

Facility: Central Jail

Location: Floor 1 - Intake Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: ADAAG 4.26.2* | CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 8G |

Facility: Central Jail

Location: Floor 1 - Intake Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Centerline

Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall (ADAAG 18" centerline)

Code References: ADAAG 4.16.2 Figure 28 & 4.17 Figure 30 | CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: 18-1/2" OC

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 8H |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 1 - Intake Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet (ADAAG front approach 66" min , left or right 56" min)

Code References: ADAAG 4.16.2 & Figure 28 & 4.22.3* | CBC 11B-604.8.1.1.3

As Built Description: Less than 48" in front of water closet

Proposed Solution: Remodel to provide required front transfer space

| As-Built Meas: | 0 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 9A |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 1 - Scanning Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists at each entry point

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 9B |



Facility: Central Jail

Location: Floor 1 - Scanning Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Door/Gate Hardware - Operation

Barrier Description: Hardware not operable with a closed fist

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 and 2010 ADAS 404.2.7

As Built Description: Door hardware not accessible

Proposed Solution: Provide compliant hardware

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase         Date         Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 9C |



Facility: Central Jail

Location: Floor 1 - Scanning Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 49-3/4" high view panel

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase         Date         Status Open

Notes:

---

CASp Inspection

**SZS**
ENGINEERING

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 9D |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 1 - Scanning Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Controls and Mechanisms    Remediation: Required

Barrier Type: Operable Part - Clear Floor Space

Barrier Description: Clear floor space for person using wheelchair not provided at operable part

Code References: ADAAG 4.2.4.1 | CBC 11B-305.3 and 2010 ADAS 305.3

As Built Description: Entry ramp at scanning machine has 3" high lip

Proposed Solution: Alter area to provide wheelchair access

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 9E |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 1 - Scanning Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Counters and Tables    Remediation: Required

Barrier Type: Counter - Surface Height

Barrier Description: No section at least 3 feet long between 28" and 34" (36" high max ADAAG) provided at existing counter

Code References: ADAAG 7.2(1) | CBC 11B-902.3 & 11B-904.4 and 2010 ADAS 902.3 & 904.4

As Built Description: 41-1/2" high with multiple counters. No public use at this time, but counters were not designed to be accessible.

Proposed Solution: Provide min. 3 ft long section of counter at max. 34" high

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 9F

Facility: Central Jail

Location: Floor 1 - Scanning Room

Official Responsible: San Diego County

Facility Function: Public   Dwg: 1 of 11

Barrier Area: Doors or Gates   Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 50" high view panel

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 3 - Low Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority    Phase    Date    Status Open

Notes:

---

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 10

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Common Area

Official Responsible: San Diego County

Facility Function: Public   Dwg: 1 of 11

Barrier Area: Counters and Tables   Remediation: Required

Barrier Type: Counter - Surface Height

Barrier Description: No section at least 3 feet long between 28" and 34" (36" high max ADAAG) provided at existing counter

Code References: ADAAG 7.2(1) | CBC 11B-902.3 & 11B-904.4 and 2010 ADAS 902.3 & 904.4

As Built Description: 41-3/4" high

Proposed Solution: Provide min. 3 ft long section of counter at max. 34" high

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 3 - Low Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 11A

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 2

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:        Phase:            Date:            Status: Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 11B

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 2

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Door/Gate Hardware - Height

Barrier Description: Hardware not located between 34" and 44" above ground/floor (ADAAG 48" high max.)

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 (ADAS 404.2.7 less stringent)

As Built Description: 52" high

Proposed Solution: Remount compliant hardware between min. 34" low and max. 44" high

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:        Phase:            Date:            Status: Open

Notes:

---

CASp Inspection

Ex. C-301 47



SZS ENGINEERING

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 11C |

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 2

Official Responsible: San Diego County

Facility Function: Public                                      Dwg: 1 of 11

Barrier Area: Detention Facilities        Remediation: Required

Barrier Type: Communication Features - Clearance at Phones

Barrier Description: Telephone handset/communication device lacks min. 30" x 48" clearance for wheelchair users

Code References: ADAAG 4.31.2 | CBC 11B-807.3 & 11B-704.2.1 and 2010 ADAS 807.3 & 704.2.1

As Built Description: Telephone device lacks required clear floor space when installed directly above bench

Proposed Solution: Move phone to accessible location or provide additional accessible phone in alternate location

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A        Y Coordinate: N/A        Z Coordinate: N/A

Implementation:    Priority            Phase            Date            Status  Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 11D |

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 2

Official Responsible: San Diego County

Facility Function: Public                                      Dwg: 1 of 11

Barrier Area: Detention Facilities        Remediation: Required

Barrier Type: Visitation Area Partitions - TTY Unit

Barrier Description: No TTY unit provided in at least one secured area used by detainees or inmates and security personnel

Code References: ADAAG 4.1.3 (17) (c) (i) | CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide min. one TTY device where other pay phones are provided

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A        Y Coordinate: N/A        Z Coordinate: N/A

Implementation:    Priority            Phase            Date            Status  Open

Notes:

---

CASp Inspection

**SZS** ENGINEERING

# County of San Diego

| | | |
|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 11E |



Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 2

Official Responsible: San Diego County

Facility Function: Public                     Dwg: 1 of 11

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone/communication device

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status  Open

Notes:

---

| | | |
|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 11F |



Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 2

Official Responsible: San Diego County

Facility Function: Public                     Dwg: 1 of 11

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high (ADAAG 54" high side reach)

Code References: ADAAG 4.31.3* & 4.2.6* | CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 70

As Built Description: 58" high

Proposed Solution: Relocate phone/communication device or provide alternate device in accessible location

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status  Open

Notes:

---

CASp Inspection

Ex. C-303 49

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 11G |



Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 2

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Holding Cell Bench - Clear Space

Barrier Description: No clear space provided at side of bench for wheelchair user

Code References: ADAAG 4.35.4 | CBC 11B-807.2.2 & 11B-903.2 and 2010 ADAS 807.2.2 & 903.2

As Built Description: 25-1/2" wide

Proposed Solution: Provide min. 30" x 48" space centered at side of bench

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 11H |



Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 2

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Holding Cell Bench - Seat Height or Depth

Barrier Description: Bench seat not 20" to 24" deep and height not 17" to 19" above ground.

Code References: ADAAG 4.35.4 | CBC 11B-807.2.2, 11B-903.3 & 903.5 and 2010 ADAS 807.2.2, 903.3 & 903.5

As Built Description: 12" seat depth

Proposed Solution: Ensure that min. 1 seating element in area is accessible or 5% overall

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

**Ex. C-304** 50

# County of San Diego

**SZS ENGINEERING**



| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 11I |

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 2

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Knee Clearance (Front)

Barrier Description: Lavatory bottom apron/edge not min. 29" high reducing to 27" high at 8" back from edge

Code References: ADAAG 4.19.2 | CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent)

As Built Description: 28-3/4" high knee clearance at front of apron/edge with rim at 34". Lavatory fixture cannot be installed to comply.

Proposed Solution: Provide min. one accessible lavatory

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes: This lavatory fixture was manufactured with a 5-1/4" difference between underside and rim where max. 5" complies.

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 11J |



Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 2

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Bubbler Spout Height

Barrier Description: Bubbler height exceeds 36"

Code References: ADAAG 4.15.2* | CBC 11B-602.4 and 2010 ADAS 602.4

As Built Description: Bubbler height exceeds 36". Bubbler mounted on back wall of lavatory.

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

# SZS ENGINEERING

## County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 11K |

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 2

Official Responsible: San Diego County

Facility Function: Public     Dwg: 1 of 11

Barrier Area: Drinking Fountains     Remediation: Required

Barrier Type: Bubbler Spout Location

Barrier Description: Bubbler not located at the front within 5" of front rim of fountain or max. 15" from vertical support

Code References: ADAAG 4.15.3 | CBC 11B-602.5 and 2010 ADAS 602.4

As Built Description: Bubbler not within 5" of front rim

Proposed Solution: Replace fountain with accessible unit

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

Field Date: 3/13/2023     Report Date: 4/3/2023     Barrier #: 11L

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 2

Official Responsible: San Diego County

Facility Function: Public     Dwg: 1 of 11

Barrier Area: Restrooms     Remediation: Required

Barrier Type: WC - Flush Controls Height

Barrier Description: Flush controls mounted higher than 44" AFF

Code References: ADAAG 4.16.5* | CBC 11B-604.6 (2010 ADAS 604.6 less stringent)

As Built Description: Controls not within required range

Proposed Solution: Replace water closet, or where possible replace flush controls

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| | | |
|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 11M |

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 2

Official Responsible: San Diego County

Facility Function: Public | Dwg: 1 of 11

Barrier Area: Restrooms | Remediation: Required

Barrier Type: WC - Centerline

Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall (ADAAG 18" centerline)

Code References: ADAAG 4.16.2 Figure 28 & 4.17 Figure 30 | CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: 19" OC

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1 | Quantity: JOB | Cost Estimate: $0.00 | BSR: 3 - Low Severity

X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A

Implementation:  Priority [ ]  Phase [ ]  Date [ ]  Status Open

Notes:

---



Field Date: 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 11N

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 2

Official Responsible: San Diego County

Facility Function: Public | Dwg: 1 of 11

Barrier Area: Restrooms | Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: ADAAG 4.26.2* | CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1 | Quantity: EACH | Cost Estimate: $0.00 | BSR: 1 - High Severity

X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A

Implementation:  Priority [ ]  Phase [ ]  Date [ ]  Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 11O |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 2

Official Responsible: San Diego County

Facility Function: Public          Dwg: 1 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Floor Slope

Barrier Description: Maximum slope of the floor exceeds 2% in any direction

Code References: ADAAG 4.3.7 | CBC 11B-302.1 and 2010 ADAS 302.1

As Built Description: 3.6% slope

Proposed Solution: Provide level floor when remodeling

| As-Built Meas: | 10 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes: No intercom provided

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 12A |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area

Official Responsible: San Diego County

Facility Function: Public          Dwg: 1 of 11

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Holding Cell Bench - Clear Space

Barrier Description: No clear space provided at side of bench for wheelchair user

Code References: ADAAG 4.35.4 | CBC 11B-807.2.2 & 11B-903.2 and 2010 ADAS 807.2.2 & 903.2

As Built Description: Clear floor space blocked by cabinet

Proposed Solution: Provide min. 30" x 48" space centered at side of bench

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

CASp Inspection                                        Ex. C-308[54]

# County of San Diego

**SZS ENGINEERING**

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 12B |

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area

Official Responsible: San Diego County

Facility Function: Public          Dwg: 1 of 11

Barrier Area: Accessible Route - Interior     Remediation: Required

Barrier Type: Carpet/Rug/Door Mat



Barrier Description: Carpet/rug not anchored to floor (possible trip hazard)

Code References: ADAAG 4.5.3* | CBC 11B-403.2 & 11B-302.2 and 2010 ADAS 403.2 & 302.2

As Built Description: Carpet/rug creates tripping hazard

Proposed Solution: Secure exiting carpet/rug or replace

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status: Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 12C |

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area

Official Responsible: San Diego County

Facility Function: Public          Dwg: 1 of 11

Barrier Area: Counters and Tables     Remediation: Required

Barrier Type: Counter - Protruding Object



Barrier Description: Counter or table in route of travel protrudes more than 4" above 27" high

Code References: ADAAG 4.4.1* | CBC 11B-307 and 2010 ADAS 307

As Built Description: Counter protrudes at 30" high

Proposed Solution: Provide cane-detectable warning that reaches below 27" high for the visually impaired

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status: Open

Notes:

CASp Inspection

Ex. C-309 55

# SZS
ENGINEERING

## County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 12D |

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area

Official Responsible: San Diego County

Facility Function: Public          Dwg: 1 of 11

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high (ADAAG 54" high side reach)

Code References: ADAAG 4.31.3* & 4.2.6* | CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 70

As Built Description: 54-1/2" high

Proposed Solution: Relocate phone/communication device or provide alternate device in accessible location

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:   Priority ____   Phase ____   Date ____   Status Open

Notes: x3

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 12E |

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area

Official Responsible: San Diego County

Facility Function: Public          Dwg: 1 of 11

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone/communication device

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:   Priority ____   Phase ____   Date ____   Status Open

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 13A |

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 4

Official Responsible: San Diego County

Facility Function: Public     Dwg: 1 of 11

Barrier Area: Signage     Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:    Priority          Phase                    Date                Status Open

Notes: Out of service, with shower

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 13B |

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 4

Official Responsible: San Diego County

Facility Function: Public     Dwg: 1 of 11

Barrier Area: Doors or Gates     Remediation: Required

Barrier Type: Door/Gate Hardware - Height

Barrier Description: Hardware not located between 34" and 44" above ground/floor (ADAAG 48" high max.)

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 (ADAS 404.2.7 less stringent)

As Built Description: 52" high

Proposed Solution: Remount compliant hardware between min. 34" low and max. 44" high

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:    Priority          Phase                    Date                Status Open

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 13C

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 4

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 1 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Holding Cell Bench - Clear Space

Barrier Description: No clear space provided at side of bench for wheelchair user

Code References: ADAAG 4.35.4 | CBC 11B-807.2.2 & 11B-903.2 and 2010 ADAS 807.2.2 & 903.2

As Built Description: Clear floor space not provided

Proposed Solution: Provide min. 30" x 48" space centered at side of bench

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 13D

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 4

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 1 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Knee Clearance (Front)

Barrier Description: Lavatory bottom apron/edge not min. 29" high reducing to 27" high at 8" back from edge

Code References: ADAAG 4.19.2 | CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent)

As Built Description: No knee clearance at front of apron/edge where toilet blocks use

Proposed Solution: Provide min. one accessible lavatory in cell

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 13E |



Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 4

Official Responsible: San Diego County

Facility Function: Public     Dwg: 1 of 11

Barrier Area: Restrooms     Remediation: Required

Barrier Type: Lavatory - Clear Floor Space

Barrier Description: No clear floor space 30" x 48" at lavatory to allow forward approach

Code References: ADAAG 4.19.3 | CBC 11B-606.2 and 2010 ADAS 606.2

As Built Description: Toilet blocks required clear floor space in front of lavatory

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 0     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority [ ]     Phase [ ]     Date [ ]     Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 13F |



Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 4

Official Responsible: San Diego County

Facility Function: Public     Dwg: 1 of 11

Barrier Area: Drinking Fountains     Remediation: Required

Barrier Type: Bubbler Spout Height

Barrier Description: Bubbler height exceeds 36"

Code References: ADAAG 4.15.2* | CBC 11B-602.4 and 2010 ADAS 602.4

As Built Description: Bubbler height exceeds 36". Bubbler mounted on back wall of lavatory.

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority [ ]     Phase [ ]     Date [ ]     Status Open

Notes:

---

CASp Inspection

Ex. C-313[59]

# County of San Diego

**SZS ENGINEERING**

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 13G |

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 4

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 1 of 11

Barrier Area: Drinking Fountains        Remediation: Required

Barrier Type: Bubbler Spout Location

Barrier Description: Bubbler not located at the front within 5" of front rim of fountain or max. 15" from vertical support

Code References: ADAAG 4.15.3 | CBC 11B-602.5 and 2010 ADAS 602.4

As Built Description: Bubbler not within 5" of front rim

Proposed Solution: Replace fountain with accessible unit

| As-Built Meas: | 0 | Quantity: EACH | Cost Estimate: $0.00 | BSR: 2 - Moderate Severity |
|---|---|---|---|---|

X Coordinate N/A        Y Coordinate: N/A        Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 13H |

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 4

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 1 of 11

Barrier Area: Drinking Fountains        Remediation: Required

Barrier Type: Knee Clearance (Height and Depth)

Barrier Description: Knee clearance of at least 27" high at min. 8" deep and 9" high at min. 11" deep or not provided

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.2 and 2010 ADAS 602.2

As Built Description: Toilet blocks required knee clearance

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

| As-Built Meas: | 0 | Quantity: EACH | Cost Estimate: $0.00 | BSR: 1 - High Severity |
|---|---|---|---|---|

X Coordinate N/A        Y Coordinate: N/A        Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

CASp Inspection                                                    Ex. C-314 60

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 13I |



| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 1 - Booking/Warrant Area Intake Holding Cell 4 |
| Official Responsible: | San Diego County |
| Facility Function: | Public    Dwg: 1 of 11 |
| Barrier Area: | Restrooms    Remediation: Required |
| Barrier Type: | Water Closet - Ratio |

| | |
|---|---|
| Barrier Description: | No wheelchair accessible water closet provided in toilet room |
| Code References: | ADAAG 4.1.3 (11) | CBC 11B-213.3.2 (2010 ADAS 213.3.2 less stringent) |
| As Built Description: | Wheelchair accessible water closet not provided |
| Proposed Solution: | Remodel restroom to provide wheelchair accessible water closet |

| As-Built Meas: 60 | Quantity: SF | Cost Estimate: $0.00 | BSR: 1 - High Severity |
|---|---|---|---|
| X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A | |
| Implementation:    Priority | Phase | Date | Status Open |

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 13J |



| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 1 - Booking/Warrant Area Intake Holding Cell 4 |
| Official Responsible: | San Diego County |
| Facility Function: | Public    Dwg: 1 of 11 |
| Barrier Area: | Restrooms    Remediation: Required |
| Barrier Type: | WC - No Grab Bars |

| | |
|---|---|
| Barrier Description: | Grab bars not provided at the water closet |
| Code References: | ADAAG 4.26.1* | CBC 11B-604.5 and 2010 ADAS 604.5 |
| As Built Description: | No grab bars provided |
| Proposed Solution: | Provide compliant grab bars with required reinforcement |

| As-Built Meas: 1 | Quantity: JOB | Cost Estimate: $0.00 | BSR: 1 - High Severity |
|---|---|---|---|
| X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A | |
| Implementation:    Priority | Phase | Date | Status Open |

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 13K

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 4

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: ADAAG 4.16.6 & Figure 29 (b)| CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: Dispenser/holder behind toilet seat

Proposed Solution: Reposition or replace toilet paper dispenser

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 13L

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 4

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Centerline

Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall (ADAAG 18" centerline)

Code References: ADAAG 4.16.2 Figure 28 & 4.17 Figure 30 | CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: Centerline not 17" to 18" from closest wall

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 13M |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 4

Official Responsible: San Diego County

Facility Function: Public          Dwg: 1 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Stall Compartment

Barrier Description: Stall compartment not min. 60" wide

Code References: ADAAG 4.17.3* & Figure 30 | CBC 11B-604.3.1 and 11B-604.8.1.1

As Built Description: Shower wall and privacy wall reduce 60" turning circle at toilet

Proposed Solution: Remodel toilet room to provide wheelchair access

| As-Built Meas: | 60 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 13N |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 4

Official Responsible: San Diego County

Facility Function: Public          Dwg: 1 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet (ADAAG 60 wide min. x 59" deep at floor mounted toilet)

Code References: ADAAG 4.17.3* & Figure 30 | CBC 11B-604.8.1.1.3

As Built Description: Space between rim and wall not min. 48"

Proposed Solution: Remodel to provide required front transfer space

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 13O |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 1 - Booking/Warrant Area Intake Holding Cell 4

Official Responsible: San Diego County

Facility Function: Public    Dwg: 1 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower - No Access

Barrier Description: Shower provided not accessible due to curb at entry and shower dimensions

Code References: ADAAG 4.21.7 | CBC 11B-402 & 11B-403 and 2010 ADAS 402 & 403

As Built Description: 6" high curb

Proposed Solution: Provide min. one accessible shower

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 14 |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 2 - Holding Area Common Corridor

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists on doors at permanent rooms and spaces in circulation route

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 15A |



Facility: Central Jail

Location: Floor 2 - Search Room

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 2 of 11

Barrier Area: Signage                    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 15B |



Facility: Central Jail

Location: Floor 2 - Search Room

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 2 of 11

Barrier Area: Doors or Gates                    Remediation: Required

Barrier Type: Door/Gate Hardware - Height

Barrier Description: Hardware not located between 34" and 44" above ground/floor (ADAAG 48" high max.)

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 (ADAS 404.2.7 less stringent)

As Built Description: 52" high

Proposed Solution: Remount compliant hardware between min. 34" low and max. 44" high

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:



**SZS**
ENGINEERING

# County of San Diego

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 15C |

Facility: Central Jail

Location: Floor 2 - Search Room

Official Responsible: San Diego County

Facility Function: Public        Dwg: 2 of 11

Barrier Area: Detention Facilities        Remediation: Required

Barrier Type: Holding Cell Bench - Parallel Approach

Barrier Description: No parallel approach provided to short end of bench seat

Code References: ADAAG 4.35.4 | CBC 11B-807.2.2 & 11B-903.2 and 2010 ADAS 807.2.2 & 903.2

As Built Description: Fixed bench blocking parallel approach

Proposed Solution: Ensure that min. 1 seating element in area is accessible or 5% overall

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 15D |

Facility: Central Jail

Location: Floor 2 - Search Room

Official Responsible: San Diego County

Facility Function: Public        Dwg: 2 of 11

Barrier Area: Detention Facilities        Remediation: Required

Barrier Type: Holding Cell Bench - Seat Height or Depth

Barrier Description: Bench seat not 20" to 24" deep and height not 17" to 19" above ground.

Code References: ADAAG 4.35.4 | CBC 11B-807.2.2, 11B-903.3 & 903.5 and 2010 ADAS 807.2.2, 903.3 & 903.5

As Built Description: 12" seat depth and no backrest is provided

Proposed Solution: Ensure that min. 1 seating element in area is accessible or 5% overall

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

CASp Inspection

Ex. C-320 66

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 16 |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 2 - Elevator

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Elevators    Remediation: Required

Barrier Type: Doorjamb Marking - Braille

Barrier Description: Braille not placed below the corresponding raised characters on both door jambs

Code References: ADAAG 4.10.5 | CBC 11B-407.2.3.1 and 2010 ADAS 407.2.3.1

As Built Description: Door jamb signage not compliant

Proposed Solution: Replace door jamb signage

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase         Date         Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 17A |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 2 - ISP Screening Room 6

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase         Date         Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 17B |

Facility: Central Jail

Location: Floor 2 - ISP Screening Room 6

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 11

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Door/Gate Hardware - Operation

Barrier Description: Hardware not operable with a closed fist

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 and 2010 ADAS 404.2.7

As Built Description: Door hardware not accessible

Proposed Solution: Provide compliant hardware

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 17C |

Facility: Central Jail

Location: Floor 2 - ISP Screening Room 6

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 11

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Maneuvering Cl - Front App/Push 48"

Barrier Description: Door/Gate at push side lacks min. 48" perpendicular to door

Code References: ADAAG 4.13.6 & Figure 25 (a) | CBC Figure 11B-404.2.4.1 and 2010 ADAS 404.2.4.1

As Built Description: 35" perpendicular to door. Exit side of door lacks required maneuvering clearance in small room

Proposed Solution: Remodel to provide required maneuvering clearance

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

Ex. C-322 68

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 18A |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 2 - Sobering Cell 1

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 18B |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 2 - Sobering Cell 1

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Door/Gate Hardware - Height

Barrier Description: Hardware not located between 34" and 44" above ground/floor (ADAAG 48" high max.)

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 (ADAS 404.2.7 less stringent)

As Built Description: 52" high

Proposed Solution: Remount compliant hardware between min. 34" low and max. 44" high

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 18C

Facility: Central Jail

Location: Floor 2 - Sobering Cell 1

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Vision Lights - New Construction



Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: View panel higher than 43" from floor

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 18D

Facility: Central Jail

Location: Floor 2 - Sobering Cell 1

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Knee Clearance (Front)



Barrier Description: Lavatory bottom apron/edge not min. 29" high reducing to 27" high at 8" back from edge

Code References: ADAAG 4.19.2 | CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent)

As Built Description: 28-1/2" high knee clearance at front of apron/edge

Proposed Solution: Provide min. one accessible lavatory

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

CASp Inspection

70

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 18E

Facility: Central Jail

Location: Floor 2 - Sobering Cell 1

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Centerline

Barrier Description: Lavatory adjacent to wall not min. 18" to the centerline of fixture

Code References: ADAAG N/A | CBC 11B-606.6

As Built Description: 17-1/4" OC

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 18F

Facility: Central Jail

Location: Floor 2 - Sobering Cell 1

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Bubbler Spout Height

Barrier Description: Bubbler height exceeds 36"

Code References: ADAAG 4.15.2* | CBC 11B-602.4 and 2010 ADAS 602.4

As Built Description: Bubbler height exceeds 36". Bubbler mounted on back wall of lavatory.

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 18G |



Facility: Central Jail

Location: Floor 2 - Sobering Cell 1

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Bubbler Spout Location

Barrier Description: Bubbler not located at the front within 5" of front rim of fountain or max. 15" from vertical support

Code References: ADAAG 4.15.3 | CBC 11B-602.5 and 2010 ADAS 602.4

As Built Description: Bubbler not within 5" of front rim

Proposed Solution: Replace fountain with accessible unit

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 18H |



Facility: Central Jail

Location: Floor 2 - Sobering Cell 1

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Rear Grab Bar Location

Barrier Description: Rear grab bar not centered 12" from wall and 24" on the other side of WC

Code References: ADAAG Figure 29 (a) | CBC 11B-604.5.2 and 2010 ADAS 604.5.2

As Built Description: 11" OC

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 18I |



Facility: Central Jail

Location: Floor 2 - Sobering Cell 1

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Side Grab Bar Extension

Barrier Description: Side grab bar does not extend min. 54" from rear wall or 24" from front rim

Code References: ADAAG Figure 29 (b) | CBC 11B-604.5.1 and 2010 ADAS 604.5.1

As Built Description: 49-1/2" from rear wall

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 18J |



Facility: Central Jail

Location: Floor 2 - Sobering Cell 1

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: ADAAG 4.26.2* | CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 18K |



Facility: Central Jail

Location: Floor 2 - Sobering Cell 1

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: ADAAG 4.16.6 & Figure 29 (b)| CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: Dispenser not provided

Proposed Solution: Reposition or replace toilet paper dispenser

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

Field Date: 3/13/2023     Report Date: 4/3/2023     Barrier #: 18L



Facility: Central Jail

Location: Floor 2 - Sobering Cell 1

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 11

Barrier Area: Accessible Route - Interior          Remediation: Required

Barrier Type: Cross Slope - Existing (5.0% or more)

Barrier Description: Cross slope exceeds 2.0% (5.0% or more)

Code References: ADAAG 4.3.7 | CBC 11B-403.3 and 2010 ADAS 403.3

As Built Description: 6.6% cross slope

Proposed Solution: Demolish existing and construct new route

As-Built Meas: 20     Quantity: SF     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection



# County of San Diego

**SZS ENGINEERING**

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 19A |

Facility: Central Jail

Location: Floor 2 - Radiology Area

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 11

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 20    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 19B |

Facility: Central Jail

Location: Floor 2 - Radiology Area

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 11

Barrier Area: Accessible Route - Interior          Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Shelf at doorway protrudes 7" at 54-1/4" high

Proposed Solution: Remove object or provide detectable warning

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 20A |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 2 - Single User Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: ISA provided but no tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 20B |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 2 - Single User Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Sign - 12" Circle/Triangle at Unisex Restroom

Barrier Description: No 12" triangle superimposed on 12" circle provided on door or doorway to unisex toilet room

Code References: ADAAG N/A | CBC 11B-703.7.2.6.3

As Built Description: Required sign not provided on door or doorway

Proposed Solution: Remediation required when alterations are performed

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

CASp Inspection

**SZS** ENGINEERING

# County of San Diego

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 20C |

Facility: Central Jail

Location: Floor 2 - Single User Toilet Room

Official Responsible: San Diego County

Facility Function: Public                                      Dwg: 2 of 11

Barrier Area: Doors or Gates              Remediation: Required

Barrier Type: Maneuvering Cl - Stored Items



Barrier Description: Door/Gate lacks required maneuvering clearance

Code References: ADAAG 4.13.6 & Figure 25 (b) | CBC Figure 11B-404.2.4.1 and 2010 ADAS 404.2.4.1

As Built Description: Stored items reduce maneuvering clearance at push side

Proposed Solution: Remove stored items to provide access

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 20D |

Facility: Central Jail

Location: Floor 2 - Single User Toilet Room

Official Responsible: San Diego County

Facility Function: Public                                      Dwg: 2 of 11

Barrier Area: Doors or Gates              Remediation: Required

Barrier Type: Vision Lights - New Construction



Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 50" high view panel

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 20E |



Facility: Central Jail

Location: Floor 2 - Single User Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Knee Clearance (Front)

Barrier Description: Lavatory bottom apron/edge not min. 29" high reducing to 27" high at 8" back from edge

Code References: ADAAG 4.19.2 | CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent)

As Built Description: No knee clearance at front of apron/edge where toilet blocks use

Proposed Solution: Provide min. one accessible lavatory in cell

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 20F |



Facility: Central Jail

Location: Floor 2 - Single User Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Clear Floor Space

Barrier Description: No clear floor space 30" x 48" at lavatory to allow forward approach

Code References: ADAAG 4.19.3 | CBC 11B-606.2 and 2010 ADAS 606.2

As Built Description: Toilet blocks required clear floor space in front of lavatory

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 0    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

Ex. C-332⁷⁸

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 20G |



Facility: Central Jail

Location: Floor 2 - Single User Toilet Room

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 11

Barrier Area: Drinking Fountains          Remediation: Required

Barrier Type: Bubbler Spout Height

Barrier Description: Bubbler height exceeds 36"

Code References: ADAAG 4.15.2* | CBC 11B-602.4 and 2010 ADAS 602.4

As Built Description: Bubbler height exceeds 36". Bubbler mounted on back wall of lavatory.

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 20H |



Facility: Central Jail

Location: Floor 2 - Single User Toilet Room

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 11

Barrier Area: Drinking Fountains          Remediation: Required

Barrier Type: Bubbler Spout Location

Barrier Description: Bubbler not located at the front within 5" of front rim of fountain or max. 15" from vertical support

Code References: ADAAG 4.15.3 | CBC 11B-602.5 and 2010 ADAS 602.4

As Built Description: Bubbler not within 5" of front rim

Proposed Solution: Replace fountain with accessible unit

| As-Built Meas: | 0 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 20I |

Facility: Central Jail

Location: Floor 2 - Single User Toilet Room

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 11

Barrier Area: Drinking Fountains          Remediation: Required

Barrier Type: Knee Clearance (Height and Depth)

Barrier Description: Knee clearance of at least 27" high at min. 8" deep and 9" high at min. 11" deep or not provided

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.2 and 2010 ADAS 602.2

As Built Description: Toilet blocks required knee clearance

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 0     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 20J |



Facility: Central Jail

Location: Floor 2 - Single User Toilet Room

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Water Closet - Ratio

Barrier Description: No wheelchair accessible water closet provided in toilet room

Code References: ADAAG 4.1.3 (11) | CBC 11B-213.3.2 (2010 ADAS 213.3.2 less stringent)

As Built Description: Wheelchair accessible water closet not provided

Proposed Solution: Remodel restroom to provide wheelchair accessible water closet

As-Built Meas: 60     Quantity: SF     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

CASp Inspection

**Ex. C-334**80

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 20K |



| Facility: | Central Jail |
|---|---|
| Location: | Floor 2 - Single User Toilet Room |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: 2 of 11 |
| Barrier Area: | Restrooms | Remediation: Required |
| Barrier Type: | WC - No Grab Bars |

| Barrier Description: | Grab bars not provided at the water closet |
|---|---|
| Code References: | ADAAG 4.26.1* | CBC 11B-604.5 and 2010 ADAS 604.5 |
| As Built Description: | No grab bars provided |
| Proposed Solution: | Provide compliant grab bars with required reinforcement |

| As-Built Meas: 1 | Quantity: JOB | Cost Estimate: $0.00 | BSR: 1 - High Severity |
|---|---|---|---|
| X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A | |
| Implementation: Priority | Phase | Date | Status Open |
| Notes: | | | |

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 20L |



| Facility: | Central Jail |
|---|---|
| Location: | Floor 2 - Single User Toilet Room |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: 2 of 11 |
| Barrier Area: | Restrooms | Remediation: Required |
| Barrier Type: | Toilet Paper Dispenser - Centerline |

| Barrier Description: | Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge |
|---|---|
| Code References: | ADAAG 4.16.6 & Figure 29 (b)| CBC 11B-604.7 and 2010 ADAS 604.7 |
| As Built Description: | Dispenser/holder behind toilet seat |
| Proposed Solution: | Reposition or replace toilet paper dispenser |

| As-Built Meas: 1 | Quantity: EACH | Cost Estimate: $0.00 | BSR: 3 - Low Severity |
|---|---|---|---|
| X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A | |
| Implementation: Priority | Phase | Date | Status Open |
| Notes: | | | |

Ex. C-335[81]

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 20M |

Facility: Central Jail

Location: Floor 2 - Single User Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Centerline

Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall (ADAAG 18" centerline)

Code References: ADAAG 4.16.2 Figure 28 & 4.17 Figure 30 | CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: Centerline not 17" to 18" from closest wall

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 20N

Facility: Central Jail

Location: Floor 2 - Single User Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Maneuvering Cl - Stored Items

Barrier Description: Door/Gate lacks required maneuvering clearance

Code References: ADAAG 4.13.6 & Figure 25 (a) | CBC Figure 11B-404.2.4.1 and 2010 ADAS 404.2.4.1

As Built Description: Stored items reduce maneuvering clearance at push side

Proposed Solution: Remove stored items to provide access

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes: Restroom not in use

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 21A |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 2 - Purple Video Station

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 11

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - Volume Controls



Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: ADAAG 4.31.5 (2) | CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No volume control provided

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation: Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 21B |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 2 - Purple Video Station

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 11

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Vision Lights - New Construction



Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 44" high view panel with centerline of monitor on device at 57-1/2" outside of view for people of short stature or those using wheelchairs

Proposed Solution: Replace window and mount monitor with centerline no higher than 54" from floor

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation: Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes: This is newly added technology and must be viewable for all persons with disabilities.

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 22A |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 2 - Classification Holding 2

Official Responsible: San Diego County

Facility Function: Public        Dwg: 2 of 11

Barrier Area: Signage        Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status: Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 22B |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 2 - Classification Holding 2

Official Responsible: San Diego County

Facility Function: Public        Dwg: 2 of 11

Barrier Area: Doors or Gates        Remediation: Required

Barrier Type: Door/Gate Hardware - Height

Barrier Description: Hardware not located between 34" and 44" above ground/floor (ADAAG 48" high max.)

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 (ADAS 404.2.7 less stringent)

As Built Description: 52" high

Proposed Solution: Remount compliant hardware between min. 34" low and max. 44" high

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status: Open

Notes:

---

CASp Inspection

Ex. C-338<sup>84</sup>

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 22C |



Facility: Central Jail

Location: Floor 2 - Classification Holding 2

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Knee Clearance (Front)

Barrier Description: Lavatory bottom apron/edge not min. 29" high reducing to 27" high at 8" back from edge

Code References: ADAAG 4.19.2 | CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent)

As Built Description: No knee clearance at front of apron/edge where toilet blocks use

Proposed Solution: Provide min. one accessible lavatory in cell

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 22D |



Facility: Central Jail

Location: Floor 2 - Classification Holding 2

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Clear Floor Space

Barrier Description: No clear floor space 30" x 48" at lavatory to allow forward approach

Code References: ADAAG 4.19.3 | CBC 11B-606.2 and 2010 ADAS 606.2

As Built Description: Toilet blocks required clear floor space in front of lavatory

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 0    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 22E

Facility: Central Jail

Location: Floor 2 - Classification Holding 2

Official Responsible: San Diego County

Facility Function: Public   Dwg: 2 of 11

Barrier Area: Drinking Fountains   Remediation: Required

Barrier Type: Bubbler Spout Height

Barrier Description: Bubbler height exceeds 36"

Code References: ADAAG 4.15.2* | CBC 11B-602.4 and 2010 ADAS 602.4

As Built Description: Bubbler height exceeds 36". Bubbler mounted on back wall of lavatory.

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority ____   Phase ____   Date ____   Status Open

Notes:

---

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 22F

Facility: Central Jail

Location: Floor 2 - Classification Holding 2

Official Responsible: San Diego County

Facility Function: Public   Dwg: 2 of 11

Barrier Area: Drinking Fountains   Remediation: Required

Barrier Type: Bubbler Spout Location

Barrier Description: Bubbler not located at the front within 5" of front rim of fountain or max. 15" from vertical support

Code References: ADAAG 4.15.3 | CBC 11B-602.5 and 2010 ADAS 602.4

As Built Description: Bubbler not within 5" of front rim

Proposed Solution: Replace fountain with accessible unit

As-Built Meas: 0   Quantity: EACH   Cost Estimate: $0.00   BSR: 2 - Moderate Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority ____   Phase ____   Date ____   Status Open

Notes:

CASp Inspection

Ex. C-340 86

# County of San Diego

**SZS ENGINEERING**

| | | |
|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 22G |



Facility: Central Jail

Location: Floor 2 - Classification Holding 2

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 11

Barrier Area: Drinking Fountains          Remediation: Required

Barrier Type: Knee Clearance (Height and Depth)

Barrier Description: Knee clearance of at least 27" high at min. 8" deep and 9" high at min. 11" deep or not provided

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.2 and 2010 ADAS 602.2

As Built Description: Toilet blocks required knee clearance

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 0     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

Field Date: 3/13/2023     Report Date: 4/3/2023     Barrier #: 22H



Facility: Central Jail

Location: Floor 2 - Classification Holding 2

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Toilet with Lavatory

Barrier Description: Clear space in front of closet not min. 60" wide x 56" deep

Code References: ADAAG 4.17.3* Figure 30 (a) | CBC 11B-604.3.1 and 2010 ADAS 604.3.1

As Built Description: Privacy wall reduces water closet clearance to 54-3/4" wide

Proposed Solution: Remodel toilet room

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

Ex. C-341 87

**SZS ENGINEERING**

## County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 22I

Facility: Central Jail

Location: Floor 2 - Classification Holding 2

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Centerline

Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall (ADAAG 18" centerline)

Code References: ADAAG 4.16.2 Figure 28 & 4.17 Figure 30 | CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: 18-1/2" OC

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 22J

Facility: Central Jail

Location: Floor 2 - Classification Holding 2

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - No Grab Bars

Barrier Description: Grab bars not provided at the water closet

Code References: ADAAG 4.26.1* | CBC 11B-604.5 and 2010 ADAS 604.5

As Built Description: No grab bars provided

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

Ex. C-342 88

# County of San Diego

**SZS ENGINEERING**



Field Date: 3/13/2023 Report Date: 4/3/2023 Barrier #: 22K

Facility: Central Jail

Location: Floor 2 - Classification Holding 2

Official Responsible: San Diego County

Facility Function: Public Dwg: 2 of 11

Barrier Area: Accessible Route - Interior Remediation: Required

Barrier Type: Cross Slope - Existing (2.1% to 3.0%)

Barrier Description: Cross slope exceeds 2.0% (2.1% to 3.0%)

Code References: ADAAG 4.3.7 | CBC 11B-403.3 and 2010 ADAS 403.3

As Built Description: 2.3% cross slope

Proposed Solution: Demolish existing and construct new route

As-Built Meas: 10 Quantity: SF Cost Estimate: $0.00 BSR: 4 - Very Low Severity

X Coordinate N/A Y Coordinate: N/A Z Coordinate: N/A

Implementation: Priority _____ Phase _____ Date _____ Status Open

Notes:

---

Field Date: 3/13/2023 Report Date: 4/3/2023 Barrier #: 23A

Facility: Central Jail

Location: Floor 2 - Court Dress-Out Room

Official Responsible: San Diego County

Facility Function: Public Dwg: 2 of 11

Barrier Area: Signage Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1 Quantity: EACH Cost Estimate: $0.00 BSR: 1 - High Severity

X Coordinate N/A Y Coordinate: N/A Z Coordinate: N/A

Implementation: Priority _____ Phase _____ Date _____ Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 23B |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 2 - Court Dress-Out Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Door/Gate Hardware - Height

Barrier Description: Hardware not located between 34" and 44" above ground/floor (ADAAG 48" high max.)

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 (ADAS 404.2.7 less stringent)

As Built Description: 52" high

Proposed Solution: Remount compliant hardware between min. 34" low and max. 44" high

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 23C |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 2 - Court Dress-Out Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Counters and Tables    Remediation: Required

Barrier Type: Counter - Surface Height

Barrier Description: No section at least 3 feet long between 28" and 34" (36" high max ADAAG) provided at existing counter

Code References: ADAAG 7.2(1) | CBC 11B-902.3 & 11B-904.4 and 2010 ADAS 902.3 & 904.4

As Built Description: 42-1/3" high

Proposed Solution: Alter counter to provide surface at max. 34" high

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 23D |

Facility: Central Jail

Location: Floor 2 - Court Dress-Out Room

Official Responsible: San Diego County

Facility Function: Public     Dwg: 2 of 11

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Holding Cell Bench - Seat Height or Depth

Barrier Description: Bench seat not 20" to 24" deep and height not 17" to 19" above ground.

Code References: ADAAG 4.35.4 | CBC 11B-807.2.2, 11B-903.3 & 903.5 and 2010 ADAS 807.2.2, 903.3 & 903.5

As Built Description: Seat depth not min. 20" at either bench

Proposed Solution: Ensure that min. 1 seating element in area is accessible or 5% overall

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority         Phase         Date         Status: Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 24A |

Facility: Central Jail

Location: Floor 2 - Dress-In Room

Official Responsible: San Diego County

Facility Function: Public     Dwg: 2 of 11

Barrier Area: Signage     Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority         Phase         Date         Status: Open

Notes:

---

CASp Inspection

91

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 24B |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 2 - Dress-In Room

Official Responsible: San Diego County

Facility Function: Public        Dwg: 2 of 11

Barrier Area: Doors or Gates        Remediation: Required

Barrier Type: Door/Gate Hardware - Height

Barrier Description: Hardware not located between 34" and 44" above ground/floor (ADAAG 48" high max.)

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 (ADAS 404.2.7 less stringent)

As Built Description: 52" high

Proposed Solution: Remount compliant hardware between min. 34" low and max. 44" high

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A        Y Coordinate: N/A        Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status  Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 24C |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 2 - Dress-In Room

Official Responsible: San Diego County

Facility Function: Public        Dwg: 2 of 11

Barrier Area: Counters and Tables        Remediation: Required

Barrier Type: Counter - Surface Height

Barrier Description: No section at least 3 feet long between 28" and 34" (36" high max ADAAG) provided at existing counter

Code References: ADAAG 7.2(1) | CBC 11B-902.3 & 11B-904.4 and 2010 ADAS 902.3 & 904.4

As Built Description: 39-7/8" high counter

Proposed Solution: Alter counter to provide min. 3 ft long section at max. 34" high

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A        Y Coordinate: N/A        Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status  Open

Notes:

---

CASp Inspection



SZS
ENGINEERING

# County of San Diego

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 24D

Facility: Central Jail

Location: Floor 2 - Dress-In Room

Official Responsible: San Diego County

Facility Function: Public                                Dwg: 2 of 11

Barrier Area: Counters and Tables   Remediation: Required

Barrier Type: Counter - Forward Approach CFS

Barrier Description: Counter positioned for forward approach lacks clear floor space

Code References: ADAAG 7.2(1) & 4.2.4.1 | CBC 11B-904.4.2 and 2010 ADAS 904.4.2

As Built Description: Counter clear floor space blocked by bench

Proposed Solution: Relocate bench

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority _____   Phase _____   Date _____   Status Open

Notes:

---

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 24E

Facility: Central Jail

Location: Floor 2 - Dress-In Room

Official Responsible: San Diego County

Facility Function: Public                                Dwg: 2 of 11

Barrier Area: Detention Facilities   Remediation: Required

Barrier Type: Holding Cell Bench - Clear Space

Barrier Description: No clear space provided at side of bench for wheelchair user

Code References: ADAAG 4.35.4 | CBC 11B-807.2.2 & 11B-903.2 and 2010 ADAS 807.2.2 & 903.2

As Built Description: Clear floor space provided does not comply

Proposed Solution: Provide min. 30" x 48" space centered at side of bench

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 3 - Low Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority _____   Phase _____   Date _____   Status Open

Notes:

---

CASp Inspection                                                Ex. C-347 93

**SZS ENGINEERING**

# County of San Diego



Field Date: 3/13/2023  Report Date: 4/3/2023  Barrier #: 24F

Facility: Central Jail

Location: Floor 2 - Dress-In Room

Official Responsible: San Diego County

Facility Function: Public                                Dwg: 2 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Holding Cell Bench - Seat Height or Depth

Barrier Description: Bench seat not 20" to 24" deep and height not 17" to 19" above ground.

Code References: ADAAG 4.35.4 | CBC 11B-807.2.2, 11B-903.3 & 903.5 and 2010 ADAS 807.2.2, 903.3 & 903.5

As Built Description: 12" seat depth and no backrest is provided

Proposed Solution: Ensure that min. 1 seating element in area is accessible or 5% overall

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    |    Phase    |    Date    |    Status: Open

Notes:

---

Field Date: 3/13/2023  Report Date: 4/3/2023  Barrier #: 24G

Facility: Central Jail

Location: Floor 2 - Dress-In Room

Official Responsible: San Diego County

Facility Function: Public                                Dwg: 2 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Accessible Route to WC - 44" min. Clear Width

Barrier Description: A clear, unobstructed access of not less than 44" not provided to water closet (ADAAG 36" min)

Code References: ADAAG 4.3.3 | CBC 11B-403.5.1 Exception 5

As Built Description: 31-3/4" wide opening

Proposed Solution: Remodel toilet room to provide wheelchair access

As-Built Meas: 10    Quantity: SF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    |    Phase    |    Date    |    Status: Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 24H |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 2 - Dress-In Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Rim



Barrier Description: Lavatory rim or counter edge is higher than 34" AFF

Code References: ADAAG 4.19.2 | CBC 11B-606.3 and 2010 ADAS 606.3

As Built Description: 34-1/2" high rim

Proposed Solution: Provide min. one accessible lavatory

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 24I |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 2 - Dress-In Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Toilet with Lavatory



Barrier Description: Clear space in front of closet not min. 60" wide x 56" deep

Code References: ADAAG 4.17.3* Figure 30 (a) | CBC 11B-604.3.1 and 2010 ADAS 604.3.1

As Built Description: Lavatory reduces water closet clearance to 55-1/3" wide

Proposed Solution: Remodel toilet room

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 24J |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 2 - Dress-In Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Rear Grab Bar Location

Barrier Description: Rear grab bar not centered 12" from wall and 24" on the other side of WC

Code References: ADAAG Figure 29 (a) | CBC 11B-604.5.2 and 2010 ADAS 604.5.2

As Built Description: 10-1/7" OC

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status: Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 24K |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 2 - Dress-In Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 2 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Side Grab Bar Extension

Barrier Description: Side grab bar does not extend min. 54" from rear wall or 24" from front rim

Code References: ADAAG Figure 29 (b) | CBC 11B-604.5.1 and 2010 ADAS 604.5.1

As Built Description: 50" from rear wall

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status: Open

Notes: 48" in front

CASp Inspection    Ex. C-350[96]

# County of San Diego

**SZS ENGINEERING**



| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 24L |

Facility: Central Jail

Location: Floor 2 - Dress-In Room

Official Responsible: San Diego County

Facility Function: Public       Dwg: 2 of 11

Barrier Area: Restrooms       Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: ADAAG 4.26.2* | CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 25A |



Facility: Central Jail

Location: Floor 2 - Release Room

Official Responsible: San Diego County

Facility Function: Public       Dwg: 2 of 11

Barrier Area: Signage       Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes: 40" counter high,

---

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 25B |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 2 - Release Room

Official Responsible: San Diego County

Facility Function: Public       Dwg: 2 of 11

Barrier Area: Doors or Gates       Remediation: Required

Barrier Type: Door/Gate Hardware - Height

Barrier Description: Hardware not located between 34" and 44" above ground/floor (ADAAG 48" high max.)

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 (ADAS 404.2.7 less stringent)

As Built Description: 52" high

Proposed Solution: Remount compliant hardware between min. 34" low and max. 44" high

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A       Y Coordinate: N/A       Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 25C |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 2 - Release Room

Official Responsible: San Diego County

Facility Function: Public       Dwg: 2 of 11

Barrier Area: Detention Facilities       Remediation: Required

Barrier Type: Holding Cell Bench - Seat Height or Depth

Barrier Description: Bench seat not 20" to 24" deep and height not 17" to 19" above ground.

Code References: ADAAG 4.35.4 | CBC 11B-807.2.2, 11B-903.3 & 903.5 and 2010 ADAS 807.2.2, 903.3 & 903.5

As Built Description: 12" seat depth and no backrest is provided

Proposed Solution: Ensure that min. 1 seating element in area is accessible or 5% overall

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A       Y Coordinate: N/A       Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

CASp Inspection

98

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 25D |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 2 - Release Room

Official Responsible: San Diego County

Facility Function: Public | Dwg: 2 of 11

Barrier Area: Counters and Tables | Remediation: Required

Barrier Type: Counter - Surface Height

Barrier Description: No section at least 3 feet long between 28" and 34" (36" high max ADAAG) provided at existing counter

Code References: ADAAG 7.2(1) | CBC 11B-902.3 & 11B-904.4 and 2010 ADAS 902.3 & 904.4

As Built Description: 39-7/8" high

Proposed Solution: Provide min. 3 ft long section of counter at max. 34" high

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A

Implementation:  Priority | Phase | Date | Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 25E |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 2 - Release Room

Official Responsible: San Diego County

Facility Function: Public | Dwg: 2 of 11

Barrier Area: Signage | Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A

Implementation:  Priority | Phase | Date | Status Open

Notes: To dress out

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 25F |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 2 - Release Room

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 11

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Door/Gate Hardware - Height

Barrier Description: Hardware not located between 34" and 44" above ground/floor (ADAAG 48" high max.)

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 (ADAS 404.2.7 less stringent)

As Built Description: 52" high

Proposed Solution: Remount compliant hardware between min. 34" low and max. 44" high

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 25G |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 2 - Release Room

Official Responsible: San Diego County

Facility Function: Public          Dwg: 2 of 11

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 50" high view panel

Proposed Solution: Remediation required when alterations are performed

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

CASp Inspection

Ex. C-354

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 25H |

Facility: Central Jail

Location: Floor 2 - Release Room

Official Responsible: San Diego County

Facility Function: Public            Dwg: 2 of 11

Barrier Area: Doors or Gates            Remediation: Required

Barrier Type: Maneuvering Cl - Latch App/Pull 60"

Barrier Description: Door/Gate at pull side lacks min. 60" perpendicular to door (ADAAG 48" min and 54" min with closer)

Code References: ADAAG 4.13.6 & Figure 25 (c) | CBC Figure 11B-404.2.4.1 and 2010 ADAS 404.2.4.1

As Built Description: 50" maneuvering clearance at pull side of door from dress-out room

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority            Phase            Date            Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 26A |



Facility: Central Jail

Location: Floor 3 - Clinic Holding 3

Official Responsible: San Diego County

Facility Function: Public            Dwg: 3 of 11

Barrier Area: Signage            Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority            Phase            Date            Status Open

Notes:

---

CASp Inspection



**SZS**
ENGINEERING

# County of San Diego

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 26B |

Facility: Central Jail

Location: Floor 3 - Clinic Holding 3

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Door/Gate Hardware - Height

Barrier Description: Hardware not located between 34" and 44" above ground/floor (ADAAG 48" high max.)

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 (ADAS 404.2.7 less stringent)

As Built Description: 52" high

Proposed Solution: Remount compliant hardware between min. 34" low and max. 44" high

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | | | Z Coordinate: | N/A |

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 26C |

Facility: Central Jail

Location: Floor 3 - Clinic Holding 3

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Clear Floor Space

Barrier Description: Lavatory clear floor space does not adjoin or overlap an accessible route

Code References: ADAAG 4.19.3 | CBC 11B-606.2 and 2010 ADAS 606.2

As Built Description: Lavatory clear floor space 22" deep due to bench blocking required space for wheelchairs

Proposed Solution: Provide min. 1 accessible lavatory

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | | | Z Coordinate: | N/A |

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 26D |



Facility: Central Jail

Location: Floor 3 - Clinic Holding 3

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Rim

Barrier Description: Lavatory rim or counter edge is higher than 34" AFF

Code References: ADAAG 4.19.2 | CBC 11B-606.3 and 2010 ADAS 606.3

As Built Description: 34-1/4" high rim

Proposed Solution: Provide min. one accessible lavatory

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 26E |



Facility: Central Jail

Location: Floor 3 - Clinic Holding 3

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Centerline

Barrier Description: Lavatory adjacent to wall not min. 18" to the centerline of fixture

Code References: ADAAG N/A | CBC 11B-606.6

As Built Description: 15" OC

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 26F |

Facility: Central Jail

Location: Floor 3 - Clinic Holding 3

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Accessible Route to WC - 44" min. Clear Width

Barrier Description: A clear, unobstructed access of not less than 44" not provided to water closet (ADAAG 36" min)

Code References: ADAAG 4.3.3 | CBC 11B-403.5.1 Exception 5

As Built Description: 28-1/3" wide between privacy wall and fixed bench

Proposed Solution: Remodel toilet room to provide wheelchair access

As-Built Meas: 1    Quantity: SF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 26G |

Facility: Central Jail

Location: Floor 3 - Clinic Holding 3

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Rear Grab Bar Location

Barrier Description: Rear grab bar not centered 12" from wall and 24" on the other side of WC

Code References: ADAAG Figure 29 (a) | CBC 11B-604.5.2 and 2010 ADAS 604.5.2

As Built Description: 10-1/2" OC

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 26H |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 3 - Clinic Holding 3

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Side Grab Bar Extension

Barrier Description: Side grab bar does not extend min. 54" from rear wall or 24" from front rim

Code References: ADAAG Figure 29 (b) | CBC 11B-604.5.1 and 2010 ADAS 604.5.1

As Built Description: 52" from rear wall

Proposed Solution: Provide compliant grab bars with required reinforcement

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 26I |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 3 - Clinic Holding 3

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: ADAAG 4.26.2* | CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

105

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 26J



Facility: Central Jail

Location: Floor 3 - Clinic Holding 3

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 3 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Toilet with Lavatory

Barrier Description: Clear space in front of closet not min. 60" wide x 56" deep

Code References: ADAAG 4.17.3* Figure 30 (a) | CBC 11B-604.3.1 and 2010 ADAS 604.3.1

As Built Description: Water closet clearance to 58" wide

Proposed Solution: Remodel toilet room

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority            Phase            Date            Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 26K



Facility: Central Jail

Location: Floor 3 - Clinic Holding 3

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 3 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: ADAAG 4.16.6 & Figure 29 (b)| CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: Dispenser not provided

Proposed Solution: Reposition or replace toilet paper dispenser

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority            Phase            Date            Status Open

Notes:

---

CASp Inspection

106

**SZS ENGINEERING**

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 26L

Facility: Central Jail

Location: Floor 3 - Clinic Holding 3

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Clearance at Phones

Barrier Description: Telephone handset/communication device lacks min. 30" x 48" clearance for wheelchair users

Code References: ADAAG 4.31.2 | CBC 11B-807.3 & 11B-704.2.1 and 2010 ADAS 807.3 & 704.2.1

As Built Description: Bench blocks clear floor space at communication device

Proposed Solution: Move phone to accessible location or provide additional accessible phone in alternate location

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase              Date              Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 26M

Facility: Central Jail

Location: Floor 3 - Clinic Holding 3

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Holding Cell Bench - Clear Space

Barrier Description: No clear space provided at side of bench for wheelchair user

Code References: ADAAG 4.35.4 | CBC 11B-807.2.2 & 11B-903.2 and 2010 ADAS 807.2.2 & 903.2

As Built Description: No clear floor space provided

Proposed Solution: Provide min. 30" x 48" space centered at side of bench

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase              Date              Status Open

Notes:

---

CASp Inspection

107

# County of San Diego

**SZS ENGINEERING**



| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 26N |

Facility: Central Jail

Location: Floor 3 - Clinic Holding 3

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Monitor protrudes at 78" high

Proposed Solution: Remove object or provide detectable warning

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 27A |



Facility: Central Jail

Location: Floor 3 - Exam Room 2

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 27B |

Facility: Central Jail

Location: Floor 3 - Exam Room 2

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 11

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 51-1/2" high view panel

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 27C |

Facility: Central Jail

Location: Floor 3 - Exam Room 2

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 11

Barrier Area: Medical Facilities          Remediation: Required

Barrier Type: Exam/Diagnostic/Treatment Rooms - Turning Space

Barrier Description: Turning space not provided within examination, diagnostic or treatment room

Code References: ADAAG 6.1 & 4.2.3* | CBC 11B-805.4.3 and 2010 ADAS 805.2

As Built Description: 28-1/2" wide at both sides of exam table

Proposed Solution: Alter existing areas to comply

As-Built Meas: 10    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 27D |

Facility: Central Jail

Location: Floor 3 - Exam Room 2

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Medical Facilities    Remediation: Required

Barrier Type: Exam/Diagnostic/Treatment Rooms - Transfer Height

Barrier Description: Bed, exam table, procedure table, gurney or lounge chair surface not 17" to 19" high to allow for safe transfer from wheelchair

Code References: US DOJ Section 504 Design Guide

As Built Description: Surface height does not appear to be adjustable and is not 17" to 19" high

Proposed Solution: Replace existing exam table

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority    Phase    Date    Status Open

Notes:

---



| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 27E |

Facility: Central Jail

Location: Floor 3 - Exam Room 2

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Medical Facilities    Remediation: Required

Barrier Type: Handwashing Fixture (General) - Knee Clearance

Barrier Description: Handwashing fixture knee clearance not 27" high at min. 8" deep reducing to 9" high at min. 11" deep not provided

Code References: ADAAG 6.1 & 4.24.3 | CBC 11B-805.6 & 11B-606.2 and 2010 ADAS 606.2

As Built Description: No toe or knee clearance provided

Proposed Solution: Provide min. 1 accessible handwashing fixture

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority    Phase    Date    Status Open

Notes:

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 28A |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 3 - Diagnostics Room 2

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 11

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority [ ]     Phase [ ]     Date [ ]     Status  Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 28B |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 3 - Diagnostics Room 2

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 11

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 51-1/2" high view panel

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority [ ]     Phase [ ]     Date [ ]     Status  Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 28C |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 3 - Diagnostics Room 2

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Controls and Mechanisms    Remediation: Required

Barrier Type: Weighing Scale - Clear Floor Space

Barrier Description: Clear floor space of min. 30" by 48" not provided at public scale

Code References: ADAAG 4.2.4.1 | CBC 11B-305 and 2010 ADAS 305

As Built Description: Weighing scale with 19% running slope

Proposed Solution: Replace scale to provide access for people with mobility impairments

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 28D |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 3 - Diagnostics Room 2

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Clear Floor Space    Remediation: Required

Barrier Type: Clear Floor Space - Wheelchair Use (Movable Element)

Barrier Description: Clear floor space of min. 30" by 48" not provided at element required to be accessible

Code References: ADAAG 4.2.4.1 | CBC 11B-305 and 2010 ADAS 305

As Built Description: Non-movable element blocks exam chair clear floor space

Proposed Solution: Relocate element required to be accessible to provide wheelchair space

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes: 2 exam chairs within room

# County of San Diego

**SZS ENGINEERING**



| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 29A |

Facility: Central Jail

Location: Floor 3 - Dental Operatory

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 29B |

Facility: Central Jail

Location: Floor 3 - Dental Operatory

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 51-1/2" high view panel

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

Ex. C-367 13

# SZS ENGINEERING

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 29C

Facility: Central Jail

Location: Floor 3 - Dental Operatory

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Medical Facilities    Remediation: Required

Barrier Type: Exam/Diagnostic/Treatment Rooms - Turning Space

Barrier Description: Turning space not provided within examination, diagnostic or treatment room

Code References: ADAAG 6.1 & 4.2.3* | CBC 11B-805.4.3 and 2010 ADAS 805.2

As Built Description: 41" turning space

Proposed Solution: Alter existing areas to comply

As-Built Meas: 20    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 29D

Facility: Central Jail

Location: Floor 3 - Dental Operatory

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Medical Facilities    Remediation: Required

Barrier Type: Handwashing Fixture (General) - Knee Clearance

Barrier Description: Handwashing fixture knee clearance not 27" high at min. 8" deep reducing to 9" high at min. 11" deep not provided

Code References: ADAAG 6.1 & 4.24.3 | CBC 11B-805.6 & 11B-606.2 and 2010 ADAS 606.2

As Built Description: No toe or knee clearance provided

Proposed Solution: Provide min. 1 accessible handwashing fixture

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 30A |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 3 - Medical Holding Housing

Official Responsible: San Diego County

Facility Function: Public     Dwg: 3 of 11

Barrier Area: Signage     Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 30B |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 3 - Medical Holding Housing

Official Responsible: San Diego County

Facility Function: Public     Dwg: 3 of 11

Barrier Area: Counters and Tables     Remediation: Required

Barrier Type: Table - Knee Clearance

Barrier Description: Knee clearance of at least 27" high, 30" wide and 19" deep not provided

Code References: ADAAG 4.32.3 | CBC 11B-902.2 & 11B-306.3.3 Exception 2 (2010 ADAS 306.3 less stringent)

As Built Description: 2 tables with 16 total seats and no open spaces for wheelchair use. Table surface height to be verified for compliance.

Proposed Solution: Provide min. 1 accessible table and 5% overall. Avoid pedestal base tables.

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes: Photo shoot through window in staff area. Could not assess drinking fountains.

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 30C

Facility: Central Jail

Location: Floor 3 - Medical Holding Housing

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Depth

Barrier Description: Wall/post mounted fountain not min. 18" deep (ADAAG 17" - 19" deep)

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.8

As Built Description: Fountain compliance could not be verified

Proposed Solution: Replace fountain with accessible unit if compliance is not verified

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase              Date              Status  Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 30D

Facility: Central Jail

Location: Floor 3 - Medical Holding Housing

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Toe Clearance

Barrier Description: Toe clearance of at least 17" deep or max. 25" deep and min. 9" high not provided

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.2 and 2010 ADAS 602.2

As Built Description: Fountain compliance could not be verified

Proposed Solution: Replace fountain with accessible unit if compliance is not verified

As-Built Meas: 0    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase              Date              Status  Open

Notes:

---

CASp Inspection

16

# SZS
ENGINEERING

## County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 30E

Facility: Central Jail

Location: Floor 3 - Medical Holding Housing

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Pedestrian Protection - No alcove



Barrier Description: Fountain protrudes more than 4" into the circulation path with no detectable warning

Code References: ADAAG 4.4.1* | CBC 11B-602.9 and 2010 ADAS 307.2

As Built Description: Fountain not provided with detectable warning on both sides or located entirely within an alcove

Proposed Solution: Provide alcove, wing walls or similar min. 32" wide and 18" deep

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 30F

Facility: Central Jail

Location: Floor 3 - Medical Holding Housing

Official Responsible: San Diego County

Facility Function: Public    Dwg: 3 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information



Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists at holding cells

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 3    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 30G |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 3 - Medical Holding Housing

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 11

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: View panel height does not appear to comply in holding cell doors

Proposed Solution: Remediation required when alterations are performed

| As-Built Meas: | 3 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 30H |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 3 - Medical Holding Housing

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 11

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - Clearance at Phones

Barrier Description: Telephone handset/communication device lacks min. 30" x 48" clearance for wheelchair users

Code References: ADAAG 4.31.2 | CBC 11B-807.3 & 11B-704.2.1 and 2010 ADAS 807.3 & 704.2.1

As Built Description: Telephone clear floor space located within door maneuvering clearance

Proposed Solution: Move phone to accessible location or provide additional accessible phone in alternate location

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 30I |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 3 - Medical Holding Housing

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 11

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: ADAAG 4.31.5 (2) |CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No volume control provided

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 30J |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 3 - Medical Holding Housing

Official Responsible: San Diego County

Facility Function: Public          Dwg: 3 of 11

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - TTY

Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: ADAAG 4.1.3 (17) (c) (i) | CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 30K |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 3 - Medical Holding Housing

Official Responsible: San Diego County

Facility Function: Public | Dwg: 3 of 11

Barrier Area: Detention Facilities | Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone/communication device

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A

Implementation: Priority | Phase | Date | Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 31A |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 3 - Staff Elevator 4

Official Responsible: San Diego County

Facility Function: Public | Dwg: 3 of 11

Barrier Area: Elevators | Remediation: Required

Barrier Type: Hall Call Buttons - Call Register

Barrier Description: Visual indication not provided to show each call registered and extinguished when answered

Code References: ADAAG 4.10.3 | CBC 11B-407.2.1.5

As Built Description: Controls do not comply

Proposed Solution: Replace hall call buttons

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A

Implementation: Priority | Phase | Date | Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 31B |
|---|---|---|---|---|---|



| Facility: | Central Jail |
|---|---|
| Location: | Floor 3 - Staff Elevator 4 |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: | 3 of 11 |
| Barrier Area: | Elevators | Remediation: | Required |
| Barrier Type: | Doorjamb Marking - Braille |

| Barrier Description: | Braille not placed below the corresponding raised characters on both door jambs |
|---|---|
| Code References: | ADAAG 4.10.5 | CBC 11B-407.2.3.1 and 2010 ADAS 407.2.3.1 |
| As Built Description: | Door jamb signage not compliant |
| Proposed Solution: | Replace door jamb signage |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

| Notes: | |
|---|---|

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 32A |
|---|---|---|---|---|---|



| Facility: | Central Jail |
|---|---|
| Location: | Floor 4M - Multi-Purpose Room |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: | 5 of 11 |
| Barrier Area: | Signage | Remediation: | Required |
| Barrier Type: | Room ID Sign - No Tactile Information |

| Barrier Description: | Room ID sign provided for sighted people lacks tactile info for the visually impaired |
|---|---|
| Code References: | ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2 |
| As Built Description: | No tactile information provided where visual sign exists |
| Proposed Solution: | Provide room ID sign with tactile information at wall at latch side of door |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

| Notes: | Visiting was occupied |
|---|---|

# SZS ENGINEERING

## County of San Diego



Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 32B

Facility: Central Jail

Location: Floor 4M - Multi-Purpose Room

Official Responsible: San Diego County

Facility Function: Public                              Dwg: 5 of 11

Barrier Area: Doors or Gates     Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 51-1/2" high view panel

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 3 - Low Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority          Phase          Date          Status Open

Notes: 9" cord, 50" high inter comm,

---

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 32C

Facility: Central Jail

Location: Floor 4M - Multi-Purpose Room

Official Responsible: San Diego County

Facility Function: Public                              Dwg: 5 of 11

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high (ADAAG 54" high side reach)

Code References: ADAAG 4.31.3* & 4.2.6* | CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 70

As Built Description: 50" high

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 2 - Moderate Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

Ex. C-376

122


SZS ENGINEERING

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 32D

Facility: Central Jail

Location: Floor 4M - Multi-Purpose Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone/communication device

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 32E

Facility: Central Jail

Location: Floor 4M - Multi-Purpose Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 11

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Phone protrudes 6-1/2" above 27" high within the circulation route

Proposed Solution: Remove object or provide detectable warning

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

# SZS
ENGINEERING

## County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 33A



Facility: Central Jail

Location: Floor 4M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Sign - ISA

Barrier Description: No ISA symbol on wall sign posted at toilet room

Code References: ADAAG 4.1.2 (6), (7) & 4.30.7* | CBC 11B-216.8 and ADAS 216.8

As Built Description: No information identifying restroom as accessible

Proposed Solution: Provide ISA symbol when alterations are completed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 33B



Facility: Central Jail

Location: Floor 4M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Sign - Braille/tactile Information

Barrier Description: No sign with Braille/Tactile information provided to identify restroom

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information at wall on latch side of door

Proposed Solution: Move existing sign or provide new sign

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

CASp Inspection

Ex. C-378
124



# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 33C

Facility: Central Jail

Location: Floor 4M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Sign - 12" Circle/Triangle at Unisex Restroom

Barrier Description: No 12" triangle superimposed on 12" circle provided on door or doorway to unisex toilet room

Code References: ADAAG N/A | CBC 11B-703.7.2.6.3

As Built Description: Required sign not provided on door or doorway

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status: Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 33D

Facility: Central Jail

Location: Floor 4M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 51-1/2" high view panel

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status: Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 33E |
| Facility: | Central Jail |
| Location: | Floor 4M - Multi-Purpose Room - Toilet Room |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Dwg: | 5 of 11 |
| Barrier Area: | Restrooms |
| Remediation: | Required |
| Barrier Type: | Lavatory - Centerline |
| Barrier Description: | Lavatory adjacent to wall not min. 18" to the centerline of fixture |
| Code References: | ADAAG N/A \| CBC 11B-606.6 |
| As Built Description: | 17-5/8" OC |
| Proposed Solution: | Remediation required when alterations are performed |
| As-Built Meas: | 1 |
| Quantity: | JOB |
| Cost Estimate: | $0.00 |
| BSR: | 2 - Moderate Severity |
| X Coordinate | N/A |
| Y Coordinate: | N/A |
| Z Coordinate: | N/A |
| Implementation: Priority | |
| Phase | |
| Date | |
| Status | Open |
| Notes: | |



| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 33F |
| Facility: | Central Jail |
| Location: | Floor 4M - Multi-Purpose Room - Toilet Room |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Dwg: | 5 of 11 |
| Barrier Area: | Restrooms |
| Remediation: | Required |
| Barrier Type: | Lavatory - Knee Clearance (Front) |
| Barrier Description: | Lavatory bottom apron/edge not min. 29" high reducing to 27" high at 8" back from edge |
| Code References: | ADAAG 4.19.2 \| CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent) |
| As Built Description: | 28-3/4" high knee clearance at front of apron/edge |
| Proposed Solution: | Provide min. one accessible lavatory |
| As-Built Meas: | 1 |
| Quantity: | JOB |
| Cost Estimate: | $0.00 |
| BSR: | 1 - High Severity |
| X Coordinate | N/A |
| Y Coordinate: | N/A |
| Z Coordinate: | N/A |
| Implementation: Priority | |
| Phase | |
| Date | |
| Status | Open |
| Notes: | |

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 33G |



Facility: Central Jail

Location: Floor 4M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Toilet with Lavatory

Barrier Description: Clear space in front of closet not min. 60" wide x 56" deep

Code References: ADAAG 4.17.3* Figure 30 (a) | CBC 11B-604.3.1 and 2010 ADAS 604.3.1

As Built Description: Lavatory reduces water closet clearance to 53-3/4" wide

Proposed Solution: Remodel toilet room

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 33H |



Facility: Central Jail

Location: Floor 4M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public          Dwg: 5 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Rear Grab Bar Location

Barrier Description: Rear grab bar not centered 12" from wall and 24" on the other side of WC

Code References: ADAAG Figure 29 (a) | CBC 11B-604.5.2 and 2010 ADAS 604.5.2

As Built Description: 13" OC

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 33I

Facility: Central Jail

Location: Floor 4M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Side Grab Bar Extension

Barrier Description: Side grab bar does not extend min. 54" from rear wall or 24" from front rim

Code References: ADAAG Figure 29 (b) | CBC 11B-604.5.1 and 2010 ADAS 604.5.1

As Built Description: 48" from rear wall

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes: 18" WC OC

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 33J

Facility: Central Jail

Location: Floor 4M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: ADAAG 4.26.2* | CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

CASp Inspection



# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 33K |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 4M - Multi-Purpose Room - Toilet Room |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: | 5 of 11 |
| Barrier Area: | Restrooms | Remediation: | Required |
| Barrier Type: | Floor Slope |

| Barrier Description: | Maximum slope of the floor exceeds 2% in any direction |
|---|---|
| Code References: | ADAAG 4.3.7 | CBC 11B-302.1 and 2010 ADAS 302.1 |
| As Built Description: | 3.2% slope |
| Proposed Solution: | Provide level floor when remodeling |

| As-Built Meas: | 10 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 34 |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 4M - Accessible Route |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: | 5 of 11 |
| Barrier Area: | Stairways | Remediation: | Required |
| Barrier Type: | Handrail/Guardrail - Opening Limitations |

| Barrier Description: | Guard or handrail has openings that allow passage of a 4" sphere, where the drop is more than 30" high |
|---|---|
| Code References: | ADAAG N/A | CBC 1015 (Life Safety) |
| As Built Description: | 13" opening |
| Proposed Solution: | Replace guard or handrails at both sides of stairway |

| As-Built Meas: | 60 | Quantity: | LF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | Along corridor, 46-1/2" wide corridor to elevator and visitation area |
|---|---|

**SZS ENGINEERING**

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 35A

Facility: Central Jail

Location: Floor 4M - Elevator Corridor

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 11

Barrier Area: Elevators    Remediation: Required

Barrier Type: Doorjamb Marking - Braille

Barrier Description: Braille not placed below the corresponding raised characters on both door jambs

Code References: ADAAG 4.10.5 | CBC 11B-407.2.3.1 and 2010 ADAS 407.2.3.1

As Built Description: Door jamb signage not compliant

Proposed Solution: Replace door jamb signage

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 35B

Facility: Central Jail

Location: Floor 4M - Elevator Corridor

Official Responsible: San Diego County

Facility Function: Public    Dwg: 5 of 11

Barrier Area: Elevators    Remediation: Required

Barrier Type: No Hall Lanterns

Barrier Description: Visual and audible signals not provided at each hoistway entrance to answer calls

Code References: ADAAG 4.10.4 | CBC 11B-407.2.2.1 and 2010 ADAS 407.2.2.1

As Built Description: Lanterns do not comply

Proposed Solution: Replace hall lanterns

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**Field Date:** 3/13/2023   **Report Date:** 4/3/2023   **Barrier #:** 36A

**Facility:** Central Jail

**Location:** Floor 4 - Housing 4A Dayroom

**Official Responsible:** San Diego County

**Facility Function:** Public    **Dwg:** 4 of 11

**Barrier Area:** Signage    **Remediation:** Required

**Barrier Type:** Room ID Sign - No Tactile Information

**Barrier Description:** Room ID sign provided for sighted people lacks tactile info for the visually impaired

**Code References:** ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

**As Built Description:** No tactile information provided where visual sign exists

**Proposed Solution:** Provide room ID sign with tactile information at wall at latch side of door

**As-Built Meas:** 1   **Quantity:** EACH   **Cost Estimate:** $0.00   **BSR:** 1 - High Severity

**X Coordinate** N/A   **Y Coordinate:** N/A   **Z Coordinate:** N/A

**Implementation:**   Priority [ ]   Phase [ ]   Date [ ]   Status  Open

**Notes:**

---

**Field Date:** 3/13/2023   **Report Date:** 4/3/2023   **Barrier #:** 36B

**Facility:** Central Jail

**Location:** Floor 4 - Housing 4A Dayroom

**Official Responsible:** San Diego County

**Facility Function:** Public    **Dwg:** 4 of 11

**Barrier Area:** Accessible Route - Interior    **Remediation:** Required

**Barrier Type:** Protruding Object - Wall Mounted Object

**Barrier Description:** Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

**Code References:** ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

**As Built Description:** Medical box and drop boxes protrude more than 4" above 27" high within the circulation route

**Proposed Solution:** Provide detectable warning

**As-Built Meas:** 1   **Quantity:** JOB   **Cost Estimate:** $0.00   **BSR:** 1 - High Severity

**X Coordinate** N/A   **Y Coordinate:** N/A   **Z Coordinate:** N/A

**Implementation:**   Priority [ ]   Phase [ ]   Date [ ]   Status  Open

**Notes:**

---

CASp Inspection

# SZS
ENGINEERING

## County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 36C |

Facility: Central Jail

Location: Floor 4 - Housing 4A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 4 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - TTY

Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: ADAAG 4.1.3 (17) (c) (i) | CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 36D |



Facility: Central Jail

Location: Floor 4 - Housing 4A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 4 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: ADAAG 4.31.5 (2) |CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No volume control provided

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 36E

Facility: Central Jail

Location: Floor 4 - Housing 4A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 4 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone/communication device

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes: 46" phone



Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 36F

Facility: Central Jail

Location: Floor 4 - Housing 4A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 4 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high (ADAAG 48" high forward reach)

Code References: ADAAG 4.31.3* & 4.2.5* | CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 70

As Built Description: 52" high

Proposed Solution: Relocate phone/communication device or provide alternate device in accessible location

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:



CASp Inspection

Ex. C-387
133


SZS ENGINEERING

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 36G |

Facility: Central Jail

Location: Floor 4 - Housing 4A Dayroom

Official Responsible: San Diego County

Facility Function: Public     Dwg: 4 of 11

Barrier Area: Accessible Route - Interior     Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Phone protrudes at 12-1/8" above 27" high within the circulation route

Proposed Solution: Provide detectable warning

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority        Phase        Date        Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 36H |

Facility: Central Jail

Location: Floor 4 - Housing 4A Dayroom

Official Responsible: San Diego County

Facility Function: Public     Dwg: 4 of 11

Barrier Area: Drinking Fountains     Remediation: Required

Barrier Type: Pedestrian Protection - No alcove

Barrier Description: Fountain protrudes more than 4" into the circulation path with no detectable warning

Code References: ADAAG 4.4.1* | CBC 11B-602.9 and 2010 ADAS 307.2

As Built Description: Fountain not provided with detectable warning on both sides or located entirely within an alcove

Proposed Solution: Provide alcove, wing walls or similar min. 32" wide and 18" deep

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority        Phase        Date        Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 36I

Facility: Central Jail

Location: Floor 4 - Housing 4A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 4 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Hi-Low Unit not Provided

Barrier Description: Two fountains not provided (hi-low)

Code References: ADAAG 4.1.3 (10)* (a) | CBC 11B-211.2 & 11B-602.7 and 2010 ADAS 211.2 & 602.7

As Built Description: Low fountains not accessible for standing persons

Proposed Solution: Provide one low fountain for short people/wheelchair users and high fountain for standing persons

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 36J

Facility: Central Jail

Location: Floor 4 - Housing 4A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 4 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Knee Clearance (Height and Depth)

Barrier Description: Knee clearance of at least 27" high at min. 8" deep and 9" high at min. 11" deep or not provided

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.2 and 2010 ADAS 602.2

As Built Description: 27-1/4" high knee clearance

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 36K |

Facility: Central Jail

Location: Floor 4 - Housing 4A Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 4 of 11

Barrier Area: Drinking Fountains     Remediation: Required

Barrier Type: Toe Clearance

Barrier Description: Toe clearance of at least 17" deep or max. 25" deep and min. 9" high not provided

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.2 and 2010 ADAS 602.2

As Built Description: 12" deep toe clearance

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority        Phase          Date          Status  Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 36L |



Facility: Central Jail

Location: Floor 4 - Housing 4A Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 4 of 11

Barrier Area: Drinking Fountains     Remediation: Required

Barrier Type: Depth

Barrier Description: Wall/post mounted fountain not min. 18" deep (ADAAG 17" - 19" deep)

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.8

As Built Description: 12" deep

Proposed Solution: Replace fountain with accessible unit

As-Built Meas: 0   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority        Phase          Date          Status  Open

Notes:

CASp Inspection

36

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 36M |



Facility: Central Jail

Location: Floor 4 - Housing 4A Dayroom

Official Responsible: San Diego County

Facility Function: Public      Dwg: 4 of 11

Barrier Area: Dining Facilities      Remediation: Required

Barrier Type: Table Seating - Ratio

Barrier Description: Min. 5% of all tables of each type are not accessible

Code References: ADAAG 4.1.3 (18) & 5.1* | CBC 11B-226.1 and 2010 ADAS 226.1

As Built Description: 5 tables identified with 8 seats each. 39 of 40 seats are not accessible.

Proposed Solution: Provide min. 5% accessible seats at table. Avoid pedestal base tables

| As-Built Meas: | 2 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | | Z Coordinate: | N/A | |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes: 1 of 40 seats are wheelchair accessible. 5 tables with 39 seats total seats with one removed

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 36N |



Facility: Central Jail

Location: Floor 4 - Housing 4A Dayroom

Official Responsible: San Diego County

Facility Function: Public      Dwg: 4 of 11

Barrier Area: Stairways      Remediation: Required

Barrier Type: Protruding Object - Overhanging

Barrier Description: Stairway overhang reduces vertical clearance to less than 80" high

Code References: ADAAG 4.4.2 and Figure 8 (c-1) | CBC 11B-307.4 and 2010 ADAS 307.4

As Built Description: Underside of stairway creates a protruding object below 80" with no detectable warning

Proposed Solution: Provide guardrail (detectable warning) with detectable edge max. 27" high from floor or ground

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | | Z Coordinate: | N/A | |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

CASp Inspection

37

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 36O |



Facility: Central Jail

Location: Floor 4 - Housing 4A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 4 of 11

Barrier Area: Stairways    Remediation: Required

Barrier Type: Handrail/Guardrail - Opening Limitations

Barrier Description: Guard or handrail has openings that allow passage of a 4" sphere, where the drop is more than 30" high

Code References: ADAAG N/A | CBC 1015 (Life Safety)

As Built Description: 13" opening

Proposed Solution: Replace guard or handrails at both sides of stairway

As-Built Meas: 60    Quantity: LF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 37A |



Facility: Central Jail

Location: Floor 4 - Housing 4A Cell A10

Official Responsible: San Diego County

Facility Function: Public    Dwg: 4 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

# SZS ENGINEERING

## County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 37B |



Facility: Central Jail

Location: Floor 4 - Housing 4A Cell A10

Official Responsible: San Diego County

Facility Function: Public     Dwg: 4 of 11

Barrier Area: Doors or Gates     Remediation: Required

Barrier Type: Door/Gate Height - Existing

Barrier Description: Door/Gate clearance not min. 80" high

Code References: ADAAG 4.3.5 & 4.4.2 | CBC 11B-404.2.3 & 11B-307.2 and 2010 ADAS 404.2.3 & 307.2

As Built Description: 78" door height

Proposed Solution: Alter cell to comply

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 37C |



Facility: Central Jail

Location: Floor 4 - Housing 4A Cell A10

Official Responsible: San Diego County

Facility Function: Public     Dwg: 4 of 11

Barrier Area: Doors or Gates     Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 52-1/4" high view panel

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 37D |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 4 - Housing 4A Cell A10

Official Responsible: San Diego County

Facility Function: Public          Dwg: 4 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Mirror - Bottom Edge

Barrier Description: Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere

Code References: ADAAG 4.19.6* | CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: 41" high

Proposed Solution: Alter cell to comply

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 37E |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 4 - Housing 4A Cell A10

Official Responsible: San Diego County

Facility Function: Public          Dwg: 4 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Lavatory - Knee Clearance (Front)

Barrier Description: Lavatory bottom apron/edge not min. 29" high reducing to 27" high at 8" back from edge

Code References: ADAAG 4.19.2 | CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent)

As Built Description: 28-5/8" high knee clearance at front of apron/edge

Proposed Solution: Alter cell to comply

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 37F |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 4 - Housing 4A Cell A10

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 4 of 11

Barrier Area: Counters and Tables          Remediation: Required

Barrier Type: Desks - Clear Floor Space

Barrier Description: Clear floor space of min. 30" by 48" not provided

Code References: ADAAG 4.32.2 & 4.2.4.1 | CBC 11B-902.2 and 2010 ADAS 902.2

As Built Description: 27-1/2" between desk and triple bunk bed. Wheelchair cannot pull under desk to use.

Proposed Solution: Alter cell to comply

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority [    ]    Phase [    ]    Date [    ]    Status  Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 37G |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 4 - Housing 4A Cell A10

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 4 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Toilet with Lavatory

Barrier Description: Clear space in front of closet not min. 60" wide x 56" deep

Code References: ADAAG 4.17.3* Figure 30 (a) | CBC 11B-604.3.1 and 2010 ADAS 604.3.1

As Built Description: 40-1/2" wide between outer wall and end of triple bunk beds

Proposed Solution: Alter cell to comply

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority [    ]    Phase [    ]    Date [    ]    Status  Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | |
|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 37H |



Facility: Central Jail

Location: Floor 4 - Housing 4A Cell A10

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 4 of 11

Barrier Area: Restrooms        Remediation: Required

Barrier Type: WC - Flush Controls Height

Barrier Description: Flush controls mounted higher than 44" AFF

Code References: ADAAG 4.16.5* | CBC 11B-604.6 (2010 ADAS 604.6 less stringent)

As Built Description: Located above 44" and clear floor space is blocked by toilet

Proposed Solution: Replace water closet, or where possible replace flush controls

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 37I



Facility: Central Jail

Location: Floor 4 - Housing 4A Cell A10

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 4 of 11

Barrier Area: Restrooms        Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: ADAAG 4.16.6 & Figure 29 (b)| CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: Dispenser mounted behind water closet

Proposed Solution: Alter cell to comply

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

Ex. C-390    142

# County of San Diego

**SZS ENGINEERING**



| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 37J |

Facility: Central Jail

Location: Floor 4 - Housing 4A Cell A10

Official Responsible: San Diego County

Facility Function: Public | Dwg: 4 of 11

Barrier Area: Detention Facilities | Remediation: Required

Barrier Type: Beds - Clear Floor Space

Barrier Description: Clear floor space in a holding or housing cell lacks min. 30" x 48" space on at least one side of bed

Code References: ADAAG 4.2.4.1 | ADA/Section 504 Design Guide | CBC 11B-807.2.3 and 2010 ADAS 807.2.3

As Built Description: 27-1/2" deep

Proposed Solution: Alter cell to comply

As-Built Meas: 10 | Quantity: SF | Cost Estimate: $0.00 | BSR: 2 - Moderate Severity

X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A

Implementation: Priority | Phase | Date | Status Open

Notes:

---



| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 37K |

Facility: Central Jail

Location: Floor 4 - Housing 4A Cell A10

Official Responsible: San Diego County

Facility Function: Public | Dwg: 4 of 11

Barrier Area: Detention Facilities | Remediation: Required

Barrier Type: Beds - Transfer Height

Barrier Description: Bed surface not 17" to 19" high to allow for safe transfer from wheelchair

Code References: US DOJ Section 504 Design Guide

As Built Description: Low bunk 10'-5" high. Middle bunk approx. 34" high. Neither bunk is compliant for transfer

Proposed Solution: Alter cell to comply

As-Built Meas: 1 | Quantity: EACH | Cost Estimate: $0.00 | BSR: 2 - Moderate Severity

X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A

Implementation: Priority | Phase | Date | Status Open

Notes:

---

CASp Inspection

Ex. C-397 143

**SZS ENGINEERING**

# County of San Diego



Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 37L

Facility: Central Jail

Location: Floor 4 - Housing 4A Cell A10

Official Responsible: San Diego County

Facility Function: Public    Dwg: 4 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Holding Cells - Turning Space 60" Circle

Barrier Description: Floor or ground surfaces in holding or housing cell lack min. 60" turning circle

Code References: ADAAG 4.2.3* | ADA/Section 504 Design Guide | CBC 11B-807.2.1 & 11B-304.3.1 and 2010

As Built Description: Fixed desk reduces 60" turning circle to 27-1/2"

Proposed Solution: Alter cell to comply

As-Built Meas: 1    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:        Phase:        Date:        Status: Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 38A

Facility: Central Jail

Location: Floor 4 - Housing 4A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 4 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Entry - Threshold

Barrier Description: Shower threshold more than 1/2" high

Code References: ADAAG 4.21.7 | CBC 11B-608.7 and 2010 ADAS 608.7

As Built Description: 5/8" high threshold

Proposed Solution: Remodel shower to provide accessible threshold

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:        Phase:        Date:        Status: Open

Notes:

---

CASp Inspection

**SZS**
ENGINEERING

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 38B

Facility: Central Jail

Location: Floor 4 - Housing 4A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 4 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority ___    Phase ___    Date ___    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 38C

Facility: Central Jail

Location: Floor 4 - Housing 4A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 4 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Door/Gate Hardware - Operation

Barrier Description: Hardware not operable with a closed fist

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 and 2010 ADAS 404.2.7

As Built Description: Door hardware not accessible

Proposed Solution: Provide compliant hardware

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority ___    Phase ___    Date ___    Status Open

Notes:

---

CASp Inspection

145

**SZS**
ENGINEERING

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 38D

Facility: Central Jail

Location: Floor 4 - Housing 4A Shower

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 4 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Smooth Surface at Bottom - Kickplate

Barrier Description: Door/Gate lacks min. 10" smooth uninterrupted bottom surface

Code References: ADAAG Advisory A4.13.9 | CBC 11B-404.2.10 and 2010 ADAS 404.2.10

As Built Description: Bottom 10" of door or gate not smooth and uninterrupted. Plastic sheeting is not a replacement for a compliant door.

Proposed Solution: Provide door with 10" high smooth and uninterrupted surface

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase            Date            Status Open

Notes: Saloon-style door lacks surface for wheelchair footrests to make contact with to push the door open

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 38E

Facility: Central Jail

Location: Floor 4 - Housing 4A Shower

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 4 of 11

Barrier Area: Clear Floor Space    Remediation: Required

Barrier Type: Clear Floor Space - Alcove (Side Approach)

Barrier Description: Side approach alcove width is not min. 60" where depth exceeds 15"

Code References: ADAAG 4.2.4.2 & Fig. 4(d) and (e) | CBC 11B-305.7.2 and 2010 ADAS 305.7.2

As Built Description: Shower located at the end of a deep alcove with no min. 60" required maneuvering clearance

Proposed Solution: Remodel area to provide connection to alcove

As-Built Meas: 1    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase            Date            Status Open

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 38F |



Facility: Central Jail

Location: Floor 4 - Housing 4A Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 4 of 11

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Roll-In Showers - 30" x 60"

Barrier Description: Shower dimension not min. 30" wide and min. 60" deep clear inside dimensions measured at center points of opposing sides with a full opening width on the long side

Code References: ADAAG 4.21.2 & Figure 35 | CBC 11B-608.2.2 and 2010 ADAS 608.2.2

As Built Description: 73-1/4" wide x 42-1/2" deep

Proposed Solution: Remodel to provide accessible shower

| As-Built Meas: | 60 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:   Priority         Phase         Date         Status   Open

Notes: Shower stall dimensions are also not compliant under the CBC enforced at the time of construction (48" wide x 42" deep).

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 38G |



Facility: Central Jail

Location: Floor 4 - Housing 4A Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 4 of 11

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Floor Surface - Slope

Barrier Description: Floor surface slope exceeds 2.0%

Code References: ADAAG 4.3.7 | CBC 11B-608.9

As Built Description: 8.5% slope

Proposed Solution: Remodel to provide level clear floor space at controls/mechanisms

| As-Built Meas: | 10 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:   Priority         Phase         Date         Status   Open

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 38H |



| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 4 - Housing 4A Shower |
| Official Responsible: | San Diego County |
| Facility Function: | Public |  Dwg: 4 of 11 |
| Barrier Area: | Accessible Route - Interior |  Remediation: Required |
| Barrier Type: | Change in Level - 1/4" to 1/2" |

| | |
|---|---|
| Barrier Description: | Change in level between 1/4" and 1/2" with no bevel within accessible route |
| Code References: | ADAAG 4.5.2 | CBC 11B-403.4 & 11B-303 and 2010 ADAS 403.4 & 303 |
| As Built Description: | 3/8" change in level at drain in walkway surface |
| Proposed Solution: | Alter area to remove trip hazard |

| As-Built Meas: | 1 | Quantity: | LF | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 38I |



| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 4 - Housing 4A Shower |
| Official Responsible: | San Diego County |
| Facility Function: | Public |  Dwg: 4 of 11 |
| Barrier Area: | RR-Showers |  Remediation: Required |
| Barrier Type: | Grab Bars - Location |

| | |
|---|---|
| Barrier Description: | Grab bars installed above the seat |
| Code References: | ADAAG 4.21.4 Figure 37 | CBC 11B-608.3 and 2010 ADAS 608.3 |
| As Built Description: | Grab bars installed at the opposite location |
| Proposed Solution: | Remove existing grab bars and install accessible grab bars |

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

CASp Inspection

**SZS**
ENGINEERING

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 38J |

Facility: Central Jail

Location: Floor 4 - Housing 4A Shower

Official Responsible: San Diego County

Facility Function: Public                                     Dwg: 4 of 11

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: ADAAG 4.26.2* | CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase                Date                Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 38K |



Facility: Central Jail

Location: Floor 4 - Housing 4A Shower

Official Responsible: San Diego County

Facility Function: Public                                     Dwg: 4 of 11

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Roll-In Showers - Seat

Barrier Description: No folding seat not provided a roll-in shower compartment

Code References: ADAAG 4.21.3 | CBC 11B-608.4 and 2010 ADAS 608.4

As Built Description: Fixed folding seat not provided

Proposed Solution: Provide fixed folding shower seat

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase                Date                Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 38L

Facility: Central Jail

Location: Floor 4 - Housing 4A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 4 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: ADAAG 4.21.6 | CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 38M

Facility: Central Jail

Location: Floor 4 - Housing 4A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 4 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: ADAAG 4.21.6 Exception | CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 39A |

| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 5 - Housing 5A Dayroom |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Dwg: | 6 of 11 |
| Barrier Area: | Signage |
| Remediation: | Required |
| Barrier Type: | Room ID Sign - No Tactile Information |
| Barrier Description: | Room ID sign provided for sighted people lacks tactile info for the visually impaired |
| Code References: | ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2 |
| As Built Description: | No tactile information provided where visual sign exists |
| Proposed Solution: | Provide room ID sign with tactile information at wall at latch side of door |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 39B |

| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 5 - Housing 5A Dayroom |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Dwg: | 6 of 11 |
| Barrier Area: | Accessible Route - Interior |
| Remediation: | Required |
| Barrier Type: | Protruding Object - Wall Mounted Object |
| Barrier Description: | Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high |
| Code References: | ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2 |
| As Built Description: | Medical box protrudes 9-1/2" at 28" high |
| Proposed Solution: | Provide detectable warning |

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 39C |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5A Dayroom

Official Responsible: San Diego County

Facility Function: Public   Dwg: 6 of 11

Barrier Area: Accessible Route - Interior   Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Boxes protrude 8-1/4" at 28" high

Proposed Solution: Provide detectable warning

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 39D |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5A Dayroom

Official Responsible: San Diego County

Facility Function: Public   Dwg: 6 of 11

Barrier Area: Detention Facilities   Remediation: Required

Barrier Type: Communication Features - TTY

Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: ADAAG 4.1.3 (17) (c) (i) | CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 39E |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5A Dayroom

Official Responsible: San Diego County

Facility Function: Public                     Dwg: 6 of 11

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: ADAAG 4.31.5 (2) | CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No volume control provided

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 39F |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5A Dayroom

Official Responsible: San Diego County

Facility Function: Public                     Dwg: 6 of 11

Barrier Area: Accessible Route - Interior          Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Phone protrudes at 7" above 27" high within the circulation route

Proposed Solution: Provide detectable warning

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 39G

Facility: Central Jail

Location: Floor 5 - Housing 5A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone/communication device

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase              Date              Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 39H

Facility: Central Jail

Location: Floor 5 - Housing 5A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Clearance at Phones

Barrier Description: Telephone handset/communication device lacks min. 30" x 48" clearance for wheelchair users

Code References: ADAAG 4.31.2 | CBC 11B-807.3 & 11B-704.2.1 and 2010 ADAS 807.3 & 704.2.1

As Built Description: Video call system clear floor space not provided

Proposed Solution: Move phone to accessible location or provide additional accessible phone in alternate location

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority         Phase              Date              Status Open

Notes:

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 39I |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5A Dayroom

Official Responsible: San Diego County

Facility Function: Public        Dwg: 6 of 11

Barrier Area: Detention Facilities      Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: Video communication device lacks cord at least 29" long

Proposed Solution: Replace handset or phone/communication device

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 39J |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5A Dayroom

Official Responsible: San Diego County

Facility Function: Public        Dwg: 6 of 11

Barrier Area: Drinking Fountains      Remediation: Required

Barrier Type: Pedestrian Protection - No alcove

Barrier Description: Fountain protrudes more than 4" into the circulation path with no detectable warning

Code References: ADAAG 4.4.1* | CBC 11B-602.9 and 2010 ADAS 307.2

As Built Description: Fountain not provided with detectable warning on both sides or located entirely within an alcove

Proposed Solution: Provide alcove, wing walls or similar min. 32" wide and 18" deep

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 39K |
| Facility: | Central Jail |
| Location: | Floor 5 - Housing 5A Dayroom |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Dwg: | 6 of 11 |
| Barrier Area: | Drinking Fountains |
| Remediation: | Required |
| Barrier Type: | Hi-Low Unit not Provided |
| Barrier Description: | Two fountains not provided (hi-low) |
| Code References: | ADAAG 4.1.3 (10)* (a) | CBC 11B-211.2 & 11B-602.7 and 2010 ADAS 211.2 & 602.7 |
| As Built Description: | Low fountains not accessible for standing persons |
| Proposed Solution: | Provide one low fountain for short people/wheelchair users and high fountain for standing persons |
| As-Built Meas: | 1 |
| Quantity: | EACH |
| Cost Estimate: | $0.00 |
| BSR: | 1 - High Severity |
| X Coordinate | N/A |
| Y Coordinate: | N/A |
| Z Coordinate: | N/A |
| Implementation: Priority | Phase | Date | Status | Open |
| Notes: | |

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 39L |
| Facility: | Central Jail |
| Location: | Floor 5 - Housing 5A Dayroom |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Dwg: | 6 of 11 |
| Barrier Area: | Drinking Fountains |
| Remediation: | Required |
| Barrier Type: | Knee Clearance (Height and Depth) |
| Barrier Description: | Knee clearance of at least 27" high at min. 8" deep and 9" high at min. 11" deep or not provided |
| Code References: | ADAAG 4.15.5 (1) | CBC 11B-602.2 and 2010 ADAS 602.2 |
| As Built Description: | 27-1/4" high knee clearance |
| Proposed Solution: | Replace drinking fountain with accessible unit or remount existing |
| As-Built Meas: | 1 |
| Quantity: | EACH |
| Cost Estimate: | $0.00 |
| BSR: | 1 - High Severity |
| X Coordinate | N/A |
| Y Coordinate: | N/A |
| Z Coordinate: | N/A |
| Implementation: Priority | Phase | Date | Status | Open |
| Notes: | |

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 39M |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 5 - Housing 5A Dayroom |
| Official Responsible: | San Diego County |

| Facility Function: | Public | Dwg: | 6 of 11 |
|---|---|---|---|

| Barrier Area: | Drinking Fountains | Remediation: | Required |
|---|---|---|---|

| Barrier Type: | Toe Clearance |
|---|---|

| Barrier Description: | Toe clearance of at least 17" deep or max. 25" deep and min. 9" high not provided |
|---|---|

| Code References: | ADAAG 4.15.5 (1) | CBC 11B-602.2 and 2010 ADAS 602.2 |
|---|---|

| As Built Description: | 12" deep toe clearance |
|---|---|

| Proposed Solution: | Replace drinking fountain with accessible unit or remount existing |
|---|---|

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 39N |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 5 - Housing 5A Dayroom |
| Official Responsible: | San Diego County |

| Facility Function: | Public | Dwg: | 6 of 11 |
|---|---|---|---|

| Barrier Area: | Drinking Fountains | Remediation: | Required |
|---|---|---|---|

| Barrier Type: | Landing - Firm and Stable |
|---|---|

| Barrier Description: | Floor/Ground Space under fountain is not firm, stable and slip resistant |
|---|---|

| Code References: | ADAAG 4.15.5 (1) & 4.2.4.3 | CBC 11B-602.2 and 2010 ADAS 602.2 |
|---|---|

| As Built Description: | Landing not firm, stable and slip resistant under fountain |
|---|---|

| Proposed Solution: | Repair fountain |
|---|---|

| As-Built Meas: | 1 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 39O |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Depth

Barrier Description: Wall/post mounted fountain not min. 18" deep (ADAAG 17" - 19" deep)

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.8

As Built Description: 12" deep

Proposed Solution: Replace fountain with accessible unit

As-Built Meas: 0    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 39P |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: Dining Facilities    Remediation: Required

Barrier Type: Table Seating - Ratio

Barrier Description: Min. 5% of all tables of each type are not accessible

Code References: ADAAG 4.1.3 (18) & 5.1* | CBC 11B-226.1 and 2010 ADAS 226.1

As Built Description: 5 tables identified with 8 seats each. 39 of 40 seats are not accessible.

Proposed Solution: Provide min. 5% accessible seats at table. Avoid pedestal base tables

As-Built Meas: 2    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes: 1 of 40 seats are wheelchair accessible. 5 tables with 39 seats total seats with one removed

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 39Q |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 5 - Housing 5A Dayroom |
| Official Responsible: | San Diego County |

| Facility Function: | Public | Dwg: | 6 of 11 |
|---|---|---|---|

| Barrier Area: | Stairways | Remediation: | Required |
|---|---|---|---|

| Barrier Type: | Protruding Object - Overhanging |
|---|---|
| Barrier Description: | Stairway overhang reduces vertical clearance to less than 80" high |
| Code References: | ADAAG 4.4.2 and Figure 8 (c-1) | CBC 11B-307.4 and 2010 ADAS 307.4 |
| As Built Description: | Underside of stairway creates a protruding object below 80" with no detectable warning |
| Proposed Solution: | Provide guardrail (detectable warning) with detectable edge max. 27" high from floor or ground |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

| Notes: | |
|---|---|

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 40A |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 5 - Housing 5A Cell A10 |
| Official Responsible: | San Diego County |

| Facility Function: | Public | Dwg: | 6 of 11 |
|---|---|---|---|

| Barrier Area: | Signage | Remediation: | Required |
|---|---|---|---|

| Barrier Type: | Room ID Sign - No Tactile Information |
|---|---|
| Barrier Description: | Room ID sign provided for sighted people lacks tactile info for the visually impaired |
| Code References: | ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2 |
| As Built Description: | No tactile information provided where visual sign exists |
| Proposed Solution: | Provide room ID sign with tactile information at wall at latch side of door |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

| Notes: | Cell was occupied. County staff refused to relocate individual to allow an assessment of cell space. |
|---|---|

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 40B |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5A Cell A10

Official Responsible: San Diego County

Facility Function: Public      Dwg: 6 of 11

Barrier Area: Doors or Gates      Remediation: Required

Barrier Type: Door/Gate Height - Existing

Barrier Description: Door/Gate clearance not min. 80" high

Code References: ADAAG 4.3.5 & 4.4.2 | CBC 11B-404.2.3 & 11B-307.2 and 2010 ADAS 404.2.3 & 307.2

As Built Description: 78" door height

Proposed Solution: Replace door or gate

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A      Y Coordinate: N/A      Z Coordinate: N/A

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes: Cell was occupied. County staff refused to relocate individual to allow an assessment of cell space.

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 40C |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5A Cell A10

Official Responsible: San Diego County

Facility Function: Public      Dwg: 6 of 11

Barrier Area: Doors or Gates      Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 52-1/4" high view panel

Proposed Solution: Remediation required when alterations are performed

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A      Y Coordinate: N/A      Z Coordinate: N/A

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes: Cell was occupied. County staff refused to relocate individual to allow an assessment of cell space.

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 41A |

Facility: Central Jail

Location: Floor 5 - Housing 5A Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 6 of 11

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Shower Entry - Threshold

Barrier Description: Shower threshold more than 1/2" high

Code References: ADAAG 4.21.7 | CBC 11B-608.7 and 2010 ADAS 608.7

As Built Description: 3/8" high threshold

Proposed Solution: Remodel shower to provide accessible threshold

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation: Priority [ ]     Phase [ ]     Date [ ]     Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 41B |

Facility: Central Jail

Location: Floor 5 - Housing 5A Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 6 of 11

Barrier Area: Signage     Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation: Priority [ ]     Phase [ ]     Date [ ]     Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 41C |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5A Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 6 of 11

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Door/Gate Hardware - Operation

Barrier Description: Hardware not operable with a closed fist

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 and 2010 ADAS 404.2.7

As Built Description: Door hardware not accessible

Proposed Solution: Provide compliant hardware

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority [   ]    Phase [   ]    Date [   ]    Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 41D |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5A Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 6 of 11

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Smooth Surface at Bottom - Kickplate

Barrier Description: Door/Gate lacks min. 10" smooth uninterrupted bottom surface

Code References: ADAAG Advisory A4.13.9 | CBC 11B-404.2.10 and 2010 ADAS 404.2.10

As Built Description: Bottom 10" of door or gate not smooth and uninterrupted. Plastic sheeting is not a replacement for a compliant door.

Proposed Solution: Provide door with 10" high smooth and uninterrupted surface

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority [   ]    Phase [   ]    Date [   ]    Status Open

Notes: Saloon-style door lacks surface for wheelchair footrests to make contact with to push the door open

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 41E |

Facility: Central Jail

Location: Floor 5 - Housing 5A Shower

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 6 of 11

Barrier Area: Clear Floor Space          Remediation: Required

Barrier Type: Clear Floor Space - Alcove (Side Approach)

Barrier Description: Side approach alcove width is not min. 60" where depth exceeds 15"

Code References: ADAAG 4.2.4.2 & Fig. 4(d) and (e) | CBC 11B-305.7.2 and 2010 ADAS 305.7.2

As Built Description: Shower located at the end of a deep alcove with no min. 60" required maneuvering clearance

Proposed Solution: Remodel area to provide connection to alcove

As-Built Meas: 1    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 41F |

Facility: Central Jail

Location: Floor 5 - Housing 5A Shower

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 6 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Roll-In Showers - 30" x 60"

Barrier Description: Shower dimension not min. 30" wide and min. 60" deep clear inside dimensions measured at center points of opposing sides with a full opening width on the long side

Code References: ADAAG 4.21.2 & Figure 35 | CBC 11B-608.2.2 and 2010 ADAS 608.2.2

As Built Description: 73-1/4" wide x 42-1/2" deep

Proposed Solution: Remodel to provide accessible shower

As-Built Meas: 60    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes: Shower stall dimensions are also not compliant under the CBC enforced at the time of construction (48" wide x 42" deep).

---

CASp Inspection

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 41G |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Location

Barrier Description: Grab bars installed above the seat

Code References: ADAAG 4.21.4 Figure 37 | CBC 11B-608.3 and 2010 ADAS 608.3

As Built Description: Grab bars installed at the opposite location

Proposed Solution: Remove existing grab bars and install accessible grab bars

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 41H |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: ADAAG 4.26.2* | CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 41I

Facility: Central Jail

Location: Floor 5 - Housing 5A Shower

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 6 of 11

Barrier Area: RR-Showers              Remediation: Required

Barrier Type: Roll-In Showers - Seat

Barrier Description: No folding seat not provided a roll-in shower compartment

Code References: ADAAG 4.21.3 | CBC 11B-608.4 and 2010 ADAS 608.4

As Built Description: Fixed folding seat not provided

Proposed Solution: Provide fixed folding shower seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 41J

Facility: Central Jail

Location: Floor 5 - Housing 5A Shower

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 6 of 11

Barrier Area: RR-Showers              Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: ADAAG 4.21.6 | CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 41K |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 5 - Housing 5A Shower |
| Official Responsible: | San Diego County |

| Facility Function: | Public | Dwg: | 6 of 11 |
|---|---|---|---|

| Barrier Area: | RR-Showers | Remediation: | Required |
|---|---|---|---|

| Barrier Type: | Shower Head - Excess Vandalism |
|---|---|

| Barrier Description: | Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments |
|---|---|

| Code References: | ADAAG 4.21.6 Exception | CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception |
|---|---|

| As Built Description: | No horizontal and vertical swivel angle adjustment |
|---|---|

| Proposed Solution: | Remodel shower to provide accessible shower spray unit |
|---|---|

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 42A |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 5 - Housing 5C Dayroom |
| Official Responsible: | San Diego County |

| Facility Function: | Public | Dwg: | 6 of 11 |
|---|---|---|---|

| Barrier Area: | Signage | Remediation: | Required |
|---|---|---|---|

| Barrier Type: | Room ID Sign - No Tactile Information |
|---|---|

| Barrier Description: | Room ID sign provided for sighted people lacks tactile info for the visually impaired |
|---|---|

| Code References: | ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2 |
|---|---|

| As Built Description: | No tactile information provided where visual sign exists |
|---|---|

| Proposed Solution: | Provide room ID sign with tactile information at wall at latch side of door |
|---|---|

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 42B |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5C Dayroom

Official Responsible: San Diego County

Facility Function: Public       Dwg: 6 of 11

Barrier Area: Accessible Route - Interior      Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Medical box and drop boxes protrude more than 4" above 27" high within the circulation route

Proposed Solution: Provide detectable warning

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A      Y Coordinate: N/A      Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 42C |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5C Dayroom

Official Responsible: San Diego County

Facility Function: Public       Dwg: 6 of 11

Barrier Area: Detention Facilities      Remediation: Required

Barrier Type: Communication Features - TTY

Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: ADAAG 4.1.3 (17) (c) (i) | CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A      Y Coordinate: N/A      Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 42D |

Facility: Central Jail

Location: Floor 5 - Housing 5C Dayroom

Official Responsible: San Diego County

Facility Function: Public     Dwg: 6 of 11

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Communication Features - Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: ADAAG 4.31.5 (2) | CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No volume control provided

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 42E |

Facility: Central Jail

Location: Floor 5 - Housing 5C Dayroom

Official Responsible: San Diego County

Facility Function: Public     Dwg: 6 of 11

Barrier Area: Accessible Route - Interior     Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Phone protrudes at 7" above 27" high within the circulation route

Proposed Solution: Provide detectable warning

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 42F |

Facility: Central Jail

Location: Floor 5 - Housing 5C Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone/communication device

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 42G |

Facility: Central Jail

Location: Floor 5 - Housing 5C Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Clearance at Phones

Barrier Description: Telephone handset/communication device lacks min. 30" x 48" clearance for wheelchair users

Code References: ADAAG 4.31.2 | CBC 11B-807.3 & 11B-704.2.1 and 2010 ADAS 807.3 & 704.2.1

As Built Description: Video call system clear floor space not provided

Proposed Solution: Move phone to accessible location or provide additional accessible phone in alternate location

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 42H |
| Facility: | Central Jail |
| Location: | Floor 5 - Housing 5C Dayroom |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Dwg: | 6 of 11 |
| Barrier Area: | Detention Facilities |
| Remediation: | Required |
| Barrier Type: | Communication Features - Handset Cord |
| Barrier Description: | Telephone handset/communication device lacks cord at least 29" long |
| Code References: | ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4 |
| As Built Description: | Video communication device lacks cord at least 29" long |
| Proposed Solution: | Replace handset or phone/communication device |
| As-Built Meas: | 1 |
| Quantity: | JOB |
| Cost Estimate: | $0.00 |
| BSR: | 2 - Moderate Severity |
| X Coordinate | N/A |
| Y Coordinate: | N/A |
| Z Coordinate: | N/A |
| Implementation: | Priority | Phase | Date | Status | Open |
| Notes: | |

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 42I |
| Facility: | Central Jail |
| Location: | Floor 5 - Housing 5C Dayroom |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Dwg: | 6 of 11 |
| Barrier Area: | Drinking Fountains |
| Remediation: | Required |
| Barrier Type: | Pedestrian Protection - No alcove |
| Barrier Description: | Fountain protrudes more than 4" into the circulation path with no detectable warning |
| Code References: | ADAAG 4.4.1* | CBC 11B-602.9 and 2010 ADAS 307.2 |
| As Built Description: | Fountain not provided with detectable warning on both sides or located entirely within an alcove |
| Proposed Solution: | Provide alcove, wing walls or similar min. 32" wide and 18" deep |
| As-Built Meas: | 1 |
| Quantity: | EACH |
| Cost Estimate: | $0.00 |
| BSR: | 1 - High Severity |
| X Coordinate | N/A |
| Y Coordinate: | N/A |
| Z Coordinate: | N/A |
| Implementation: | Priority | Phase | Date | Status | Open |
| Notes: | |

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 42J |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5C Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 6 of 11

Barrier Area: Drinking Fountains          Remediation: Required

Barrier Type: Hi-Low Unit not Provided

Barrier Description: Two fountains not provided (hi-low)

Code References: ADAAG 4.1.3 (10)* (a) | CBC 11B-211.2 & 11B-602.7 and 2010 ADAS 211.2 & 602.7

As Built Description: Low fountains not accessible for standing persons

Proposed Solution: Provide one low fountain for short people/wheelchair users and high fountain for standing persons

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 42K |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5C Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 6 of 11

Barrier Area: Drinking Fountains          Remediation: Required

Barrier Type: Toe Clearance

Barrier Description: Toe clearance of at least 17" deep or max. 25" deep and min. 9" high not provided

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.2 and 2010 ADAS 602.2

As Built Description: 12" deep toe clearance

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 42L |

Facility: Central Jail

Location: Floor 5 - Housing 5C Dayroom

Official Responsible: San Diego County

Facility Function: Public   Dwg: 6 of 11

Barrier Area: Drinking Fountains   Remediation: Required

Barrier Type: Knee Clearance (Height and Depth)

Barrier Description: Knee clearance of at least 27" high at min. 8" deep and 9" high at min. 11" deep or not provided

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.2 and 2010 ADAS 602.2

As Built Description: 27-1/4" high knee clearance

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority    Phase    Date    Status Open

Notes:

---

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 42M

Facility: Central Jail

Location: Floor 5 - Housing 5C Dayroom

Official Responsible: San Diego County

Facility Function: Public   Dwg: 6 of 11

Barrier Area: Drinking Fountains   Remediation: Required

Barrier Type: Depth

Barrier Description: Wall/post mounted fountain not min. 18" deep (ADAAG 17" - 19" deep)

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.8

As Built Description: 12" deep

Proposed Solution: Replace fountain with accessible unit

As-Built Meas: 0   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 42N |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 5 - Housing 5C Dayroom |
| Official Responsible: | San Diego County |

| Facility Function: | Public | Dwg: | 6 of 11 |
|---|---|---|---|

| Barrier Area: | Dining Facilities | Remediation: | Required |
|---|---|---|---|

| Barrier Type: | Table Seating - Ratio |
|---|---|

| Barrier Description: | Min. 5% of all tables of each type are not accessible |
|---|---|

| Code References: | ADAAG 4.1.3 (18) & 5.1* | CBC 11B-226.1 and 2010 ADAS 226.1 |
|---|---|

| As Built Description: | 5 tables identified with 8 seats each. 39 of 40 seats are not accessible. |
|---|---|

| Proposed Solution: | Provide min. 5% accessible seats at table. Avoid pedestal base tables |
|---|---|

| As-Built Meas: | 2 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | 1 of 40 seats are wheelchair accessible. 5 tables with 39 seats total seats with one removed |
|---|---|

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 42O |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 5 - Housing 5C Dayroom |
| Official Responsible: | San Diego County |

| Facility Function: | Public | Dwg: | 6 of 11 |
|---|---|---|---|

| Barrier Area: | Stairways | Remediation: | Required |
|---|---|---|---|

| Barrier Type: | Protruding Object - Overhanging |
|---|---|

| Barrier Description: | Stairway overhang reduces vertical clearance to less than 80" high |
|---|---|

| Code References: | ADAAG 4.4.2 and Figure 8 (c-1) | CBC 11B-307.4 and 2010 ADAS 307.4 |
|---|---|

| As Built Description: | Underside of stairway creates a protruding object below 80" with no detectable warning |
|---|---|

| Proposed Solution: | Provide guardrail (detectable warning) with detectable edge max. 27" high from floor or ground |
|---|---|

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 43A |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 5 - Housing 5C Cell C10 |
| Official Responsible: | San Diego County |

| Facility Function: | Public | Dwg: | 6 of 11 |
|---|---|---|---|

| Barrier Area: | Signage | Remediation: | Required |
|---|---|---|---|

| Barrier Type: | Room ID Sign - No Tactile Information |
|---|---|
| Barrier Description: | Room ID sign provided for sighted people lacks tactile info for the visually impaired |
| Code References: | ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2 |
| As Built Description: | No tactile information provided where visual sign exists |
| Proposed Solution: | Provide room ID sign with tactile information at wall at latch side of door |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | Cell was occupied. County staff refused to relocate individual to allow an assessment of cell space. |
|---|---|

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 43B |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 5 - Housing 5C Cell C10 |
| Official Responsible: | San Diego County |

| Facility Function: | Public | Dwg: | 6 of 11 |
|---|---|---|---|

| Barrier Area: | Doors or Gates | Remediation: | Required |
|---|---|---|---|

| Barrier Type: | Door/Gate Height - Existing |
|---|---|
| Barrier Description: | Door/Gate clearance not min. 80" high |
| Code References: | ADAAG 4.3.5 & 4.4.2 | CBC 11B-404.2.3 & 11B-307.2 and 2010 ADAS 404.2.3 & 307.2 |
| As Built Description: | 78" door height |
| Proposed Solution: | Replace door or gate |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | Cell was occupied. County staff refused to relocate individual to allow an assessment of cell space. |
|---|---|

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 43C

Facility: Central Jail

Location: Floor 5 - Housing 5C Cell C10

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 52-1/4" high view panel

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority __    Phase __    Date __    Status Open

Notes: Cell was occupied. County staff refused to relocate individual to allow an assessment of cell space.

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 44A

Facility: Central Jail

Location: Floor 5 - Housing 5C Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority __    Phase __    Date __    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 44B

Facility: Central Jail

Location: Floor 5 - Housing 5C Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Entry - Threshold

Barrier Description: Shower threshold more than 1/2" high

Code References: ADAAG 4.21.7 | CBC 11B-608.7 and 2010 ADAS 608.7

As Built Description: Threshold does not comply

Proposed Solution: Remodel shower to provide accessible threshold

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority       Phase              Date              Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 44C

Facility: Central Jail

Location: Floor 5 - Housing 5C Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Door/Gate Hardware - Operation

Barrier Description: Hardware not operable with a closed fist

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 and 2010 ADAS 404.2.7

As Built Description: Door hardware not accessible

Proposed Solution: Provide compliant hardware

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority       Phase              Date              Status Open

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 44D |

| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 5 - Housing 5C Shower |
| Official Responsible: | San Diego County |
| Facility Function: | Public  Dwg: 6 of 11 |
| Barrier Area: | Doors or Gates  Remediation: Required |
| Barrier Type: | Smooth Surface at Bottom - Kickplate |
| Barrier Description: | Door/Gate lacks min. 10" smooth uninterrupted bottom surface |
| Code References: | ADAAG Advisory A4.13.9 | CBC 11B-404.2.10 and 2010 ADAS 404.2.10 |
| As Built Description: | Bottom 10" of door or gate not smooth and uninterrupted. Plastic sheeting is not a replacement for a compliant door. |
| Proposed Solution: | Provide door with 10" high smooth and uninterrupted surface |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | Status | Open |

| | |
|---|---|
| Notes: | Saloon-style door lacks surface for wheelchair footrests to make contact with to push the door open |

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 44E |

| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 5 - Housing 5C Shower |
| Official Responsible: | San Diego County |
| Facility Function: | Public  Dwg: 6 of 11 |
| Barrier Area: | Clear Floor Space  Remediation: Required |
| Barrier Type: | Clear Floor Space - Alcove (Side Approach) |
| Barrier Description: | Side approach alcove width is not min. 60" where depth exceeds 15" |
| Code References: | ADAAG 4.2.4.2 & Fig. 4(d) and (e) | CBC 11B-305.7.2 and 2010 ADAS 305.7.2 |
| As Built Description: | Shower located at the end of a deep alcove with no min. 60" required maneuvering clearance |
| Proposed Solution: | Remodel area to provide connection to alcove |

| As-Built Meas: | 1 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | Status | Open |

| | |
|---|---|
| Notes: | |

CASp Inspection

177

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 44F |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5C Shower

Official Responsible: San Diego County

Facility Function: Public                     Dwg: 6 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Roll-In Showers - 30" x 60"

Barrier Description: Shower dimension not min. 30" wide and min. 60" deep clear inside dimensions measured at center points of opposing sides with a full opening width on the long side

Code References: ADAAG 4.21.2 & Figure 35 | CBC 11B-608.2.2 and 2010 ADAS 608.2.2

As Built Description: 73-1/4" wide x 42-1/2" deep

Proposed Solution: Remodel to provide accessible shower

| As-Built Meas: | 60 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes: Shower stall dimensions are also not compliant under the CBC enforced at the time of construction (48" wide x 42" deep).

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 44G |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5C Shower

Official Responsible: San Diego County

Facility Function: Public                     Dwg: 6 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Grab Bars - Location

Barrier Description: Grab bars installed above the seat

Code References: ADAAG 4.21.4 Figure 37 | CBC 11B-608.3 and 2010 ADAS 608.3

As Built Description: Grab bars installed at the opposite location

Proposed Solution: Remove existing grab bars and install accessible grab bars

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 44H |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5C Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 6 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: ADAAG 4.26.2* | CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 44I |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Housing 5C Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 6 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Roll-In Showers - Seat

Barrier Description: No folding seat not provided a roll-in shower compartment

Code References: ADAAG 4.21.3 | CBC 11B-608.4 and 2010 ADAS 608.4

As Built Description: Fixed folding seat not provided

Proposed Solution: Provide fixed folding shower seat

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 44J |

Facility: Central Jail

Location: Floor 5 - Housing 5C Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: ADAAG 4.21.6 | CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 44K |

Facility: Central Jail

Location: Floor 5 - Housing 5C Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: ADAAG 4.21.6 Exception | CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 45A |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Classroom A

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:        Phase        Date        Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 45B |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 5 - Classroom A

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 50-3/4" high view panel

Proposed Solution: Remediation required when alterations are performed

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:        Phase        Date        Status Open

Notes: Laundry room now

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 45C |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 5 - Classroom A |
| Official Responsible: | San Diego County |

| Facility Function: | Public | Dwg: | 6 of 11 |
|---|---|---|---|

| Barrier Area: | Counters and Tables | Remediation: | Required |
|---|---|---|---|

| Barrier Type: | Table - Knee Clearance |
|---|---|

| Barrier Description: | Knee clearance of at least 27" high, 30" wide and 19" deep not provided |
|---|---|

| Code References: | ADAAG 4.32.3 | CBC 11B-902.2 & 11B-306.3.3 Exception 2 (2010 ADAS 306.3 less stringent) |
|---|---|

| As Built Description: | 10" deep knee clearance |
|---|---|

| Proposed Solution: | Provide min. 1 accessible table and 5% overall. Avoid pedestal base tables. |
|---|---|

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

| Notes: | |
|---|---|

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 46A |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 5 - Law Library |
| Official Responsible: | San Diego County |

| Facility Function: | Public | Dwg: | 6 of 11 |
|---|---|---|---|

| Barrier Area: | Signage | Remediation: | Required |
|---|---|---|---|

| Barrier Type: | Room ID Sign - No Tactile Information |
|---|---|

| Barrier Description: | Room ID sign provided for sighted people lacks tactile info for the visually impaired |
|---|---|

| Code References: | ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2 |
|---|---|

| As Built Description: | No tactile information provided where visual sign exists |
|---|---|

| Proposed Solution: | Provide room ID sign with tactile information at wall at latch side of door |
|---|---|

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

| Notes: | |
|---|---|

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 46B |

Facility: Central Jail

Location: Floor 5 - Law Library

Official Responsible: San Diego County

Facility Function: Public                     Dwg: 6 of 11

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Door/Gate Hardware - Operation

Barrier Description: Hardware not operable with a closed fist

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 and 2010 ADAS 404.2.7

As Built Description: Door hardware not accessible

Proposed Solution: Provide compliant hardware

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority           Phase           Date           Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 46C |

Facility: Central Jail

Location: Floor 5 - Law Library

Official Responsible: San Diego County

Facility Function: Public                     Dwg: 6 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Accessible Route to WC - 44" min. Clear Width

Barrier Description: A clear, unobstructed access of not less than 44" not provided to water closet (ADAAG 36" min)

Code References: ADAAG 4.3.3 | CBC 11B-403.5.1 Exception 5

As Built Description: 42" wide

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1   Quantity: SF   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority           Phase           Date           Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 46D |

Facility: Central Jail

Location: Floor 5 - Law Library

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Mirror - Location at Lavatory

Barrier Description: Mirror not provided above lavatory or dressing countertop

Code References: ADAAG 4.22.6 & 4.19.6* | CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: Mirror installed is not above lavatory or dressing countertop

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 46E |

Facility: Central Jail

Location: Floor 5 - Law Library

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Ratio

Barrier Description: No accessible lavatory provided in single accommodation toilet room

Code References: ADAAG 4.22.1 & 4.22.6 | CBC 11B-213.2.1 and 2010 ADAS 213.2.1

As Built Description: Lavatory located behind water closet

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

CASp Inspection

84

# County of San Diego

**SZS ENGINEERING**

| | | | | | | |
|---|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 46F | |

Facility: Central Jail

Location: Floor 5 - Law Library

Official Responsible: San Diego County

Facility Function: Public          Dwg: 6 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Centerline

Barrier Description: Water closet centerline not between 17" and 18" measured on center from wall (ADAAG 18" centerline)

Code References: ADAAG 4.16.2 Figure 28 & 4.17 Figure 30 | CBC 11B-604.2 (2010 ADAS 604.2 less stringent)

As Built Description: 33" OC

Proposed Solution: Provide min. one accessible water closet

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

| | | | | | | |
|---|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 46G | |

Facility: Central Jail

Location: Floor 5 - Law Library

Official Responsible: San Diego County

Facility Function: Public          Dwg: 6 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - No Grab Bars

Barrier Description: Grab bars not provided at the water closet

Code References: ADAAG 4.26.1* | CBC 11B-604.5 and 2010 ADAS 604.5

As Built Description: No grab bars provided

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

CASp Inspection

# SZS ENGINEERING

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 46H

Facility: Central Jail

Location: Floor 5 - Law Library

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Toilet with Lavatory

Barrier Description: Clear space in front of closet not min. 60" wide x 56" deep

Code References: ADAAG 4.17.3* Figure 30 (a) | CBC 11B-604.3.1 and 2010 ADAS 604.3.1

As Built Description: Clear space not provided

Proposed Solution: Remodel toilet room

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 46I

Facility: Central Jail

Location: Floor 5 - Law Library

Official Responsible: San Diego County

Facility Function: Public    Dwg: 6 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Transfer - Front

Barrier Description: Min. 48" clear floor space not provided in front of toilet (ADAAG front approach 66" min , left or right 56" min)

Code References: ADAAG 4.16.2 & Figure 28 & 4.22.3* | CBC 11B-604.8.1.1.3

As Built Description: 31" in front of water closet

Proposed Solution: Remodel to provide required front transfer space

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 46J |

Facility: Central Jail

Location: Floor 5 - Law Library

Official Responsible: San Diego County

Facility Function: Public          Dwg: 6 of 11

Barrier Area: Counters and Tables          Remediation: Required

Barrier Type: Table - Clear Floor Space (Stored Items)

Barrier Description: Clear floor space 30" x 48" not provided at table

Code References: ADAAG 4.32.2 & 4.2.4.1 | CBC 11B-305.3 and 2010 ADAS 305.3

As Built Description: Clear floor space not accessible

Proposed Solution: Move stored objects

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:  Priority          Phase          Date          Status  Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 46K |

Facility: Central Jail

Location: Floor 5 - Law Library

Official Responsible: San Diego County

Facility Function: Public          Dwg: 6 of 11

Barrier Area: Counters and Tables          Remediation: Required

Barrier Type: Table - Knee Clearance

Barrier Description: Knee clearance of at least 27" high, 30" wide and 19" deep not provided

Code References: ADAAG 4.32.3 | CBC 11B-902.2 & 11B-306.3.3 Exception 2 (2010 ADAS 306.3 less stringent)

As Built Description: 10" deep knee clearance

Proposed Solution: Provide min. 1 accessible table and 5% overall. Avoid pedestal base tables.

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:  Priority          Phase          Date          Status  Open

Notes:

---

CASp Inspection

187

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 47A |

Facility: Central Jail

Location: Floor 6 - Housing 6A Dayroom

Official Responsible: San Diego County

Facility Function: Public — Dwg: 7 of 11

Barrier Area: Signage — Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1 — Quantity: EACH — Cost Estimate: $0.00 — BSR: 1 - High Severity

X Coordinate: N/A — Y Coordinate: N/A — Z Coordinate: N/A

Implementation: Priority | Phase | Date | Status: Open

Notes: 6101B

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 47B |

Facility: Central Jail

Location: Floor 6 - Housing 6A Dayroom

Official Responsible: San Diego County

Facility Function: Public — Dwg: 7 of 11

Barrier Area: Accessible Route - Interior — Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Medical box protrudes 9-1/2" at 28" high

Proposed Solution: Provide detectable warning

As-Built Meas: 1 — Quantity: JOB — Cost Estimate: $0.00 — BSR: 1 - High Severity

X Coordinate: N/A — Y Coordinate: N/A — Z Coordinate: N/A

Implementation: Priority | Phase | Date | Status: Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 47C |



Facility: Central Jail

Location: Floor 6 - Housing 6A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Boxes protrude 8-1/4" at 28" high

Proposed Solution: Provide detectable warning

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 47D |



Facility: Central Jail

Location: Floor 6 - Housing 6A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Phone protrudes at 12" above 27" high within the circulation route

Proposed Solution: Provide detectable warning

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | | | | |
|---|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 47E | |

Facility: Central Jail

Location: Floor 6 - Housing 6A Dayroom

Official Responsible: San Diego County

Facility Function: Public     Dwg: 7 of 11

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Communication Features - Handset Cord



Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone/communication device

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

---

| | | | | | | |
|---|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 47F | |

Facility: Central Jail

Location: Floor 6 - Housing 6A Dayroom

Official Responsible: San Diego County

Facility Function: Public     Dwg: 7 of 11

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Communication Features - TTY



Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: ADAAG 4.1.3 (17) (c) (i) | CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

---

CASp Inspection

90

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 47G |



Facility: Central Jail

Location: Floor 6 - Housing 6A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: ADAAG 4.31.5 (2) | CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No volume control provided

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 47H |



Facility: Central Jail

Location: Floor 6 - Housing 6A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Clearance at Phones

Barrier Description: Telephone handset/communication device lacks min. 30" x 48" clearance for wheelchair users

Code References: ADAAG 4.31.2 | CBC 11B-807.3 & 11B-704.2.1 and 2010 ADAS 807.3 & 704.2.1

As Built Description: Video call system clear floor space not provided

Proposed Solution: Move phone to accessible location or provide additional accessible phone in alternate location

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

CASp Inspection

**SZS**
ENGINEERING

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 47I |



Facility: Central Jail

Location: Floor 6 - Housing 6A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: Video communication device lacks cord at least 29" long

Proposed Solution: Replace handset or phone/communication device

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 47J |



Facility: Central Jail

Location: Floor 6 - Housing 6A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Pedestrian Protection - No alcove

Barrier Description: Fountain protrudes more than 4" into the circulation path with no detectable warning

Code References: ADAAG 4.4.1* | CBC 11B-602.9 and 2010 ADAS 307.2

As Built Description: Fountain not provided with detectable warning on both sides or located entirely within an alcove

Proposed Solution: Provide alcove, wing walls or similar min. 32" wide and 18" deep

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

492

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 47K



Facility: Central Jail

Location: Floor 6 - Housing 6A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Hi-Low Unit not Provided

Barrier Description: Two fountains not provided (hi-low)

Code References: ADAAG 4.1.3 (10)* (a) | CBC 11B-211.2 & 11B-602.7 and 2010 ADAS 211.2 & 602.7

As Built Description: Low fountains not accessible for standing persons

Proposed Solution: Provide one low fountain for short people/wheelchair users and high fountain for standing persons

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 47L



Facility: Central Jail

Location: Floor 6 - Housing 6A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Knee Clearance (Height and Depth)

Barrier Description: Knee clearance of at least 27" high at min. 8" deep and 9" high at min. 11" deep or not provided

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.2 and 2010 ADAS 602.2

As Built Description: 27-1/4" high knee clearance

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 47M

Facility: Central Jail

Location: Floor 6 - Housing 6A Dayroom

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 7 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Depth

Barrier Description: Wall/post mounted fountain not min. 18" deep (ADAAG 17" - 19" deep)

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.8

As Built Description: 12" deep

Proposed Solution: Replace fountain with accessible unit

As-Built Meas: 0    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 47N

Facility: Central Jail

Location: Floor 6 - Housing 6A Dayroom

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 7 of 11

Barrier Area: Dining Facilities    Remediation: Required

Barrier Type: Table Seating - Ratio

Barrier Description: Min. 5% of all tables of each type are not accessible

Code References: ADAAG 4.1.3 (18) & 5.1* | CBC 11B-226.1 and 2010 ADAS 226.1

As Built Description: 5 tables identified with 8 seats each. 39 of 40 seats are not accessible.

Proposed Solution: Provide min. 1 accessible table. Avoid pedestal base tables

As-Built Meas: 2    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes: 1 of 40 seats are wheelchair accessible. 5 tables with 39 seats total seats with one removed

---

CASp Inspection                                    Ex. C-448    94

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023  Report Date: 4/3/2023  Barrier #: 47O

Facility: Central Jail

Location: Floor 6 - Housing 6A Dayroom

Official Responsible: San Diego County

Facility Function: Public  Dwg: 7 of 11

Barrier Area: Stairways  Remediation: Required

Barrier Type: Protruding Object - Overhanging

Barrier Description: Stairway overhang reduces vertical clearance to less than 80" high

Code References: ADAAG 4.4.2 and Figure 8 (c-1) | CBC 11B-307.4 and 2010 ADAS 307.4

As Built Description: Underside of stairway creates a protruding object below 80" with no detectable warning

Proposed Solution: Provide guardrail (detectable warning) with detectable edge max. 27" high from floor or ground

As-Built Meas: 1  Quantity: EACH  Cost Estimate: $0.00  BSR: 1 - High Severity

X Coordinate N/A  Y Coordinate: N/A  Z Coordinate: N/A

Implementation:  Priority  |  Phase  |  Date  |  Status  Open

Notes:

---

Field Date: 3/13/2023  Report Date: 4/3/2023  Barrier #: 48A

Facility: Central Jail

Location: Floor 6 - Housing 6A Cell A10

Official Responsible: San Diego County

Facility Function: Public  Dwg: 7 of 11

Barrier Area: Signage  Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1  Quantity: EACH  Cost Estimate: $0.00  BSR: 1 - High Severity

X Coordinate N/A  Y Coordinate: N/A  Z Coordinate: N/A

Implementation:  Priority  |  Phase  |  Date  |  Status  Open

Notes:

---

CASp Inspection

# SZS ENGINEERING

## County of San Diego

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 48B |



Facility: Central Jail

Location: Floor 6 - Housing 6A Cell A10

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Door/Gate Height - Existing

Barrier Description: Door/Gate clearance not min. 80" high

Code References: ADAAG 4.3.5 & 4.4.2 | CBC 11B-404.2.3 & 11B-307.2 and 2010 ADAS 404.2.3 & 307.2

As Built Description: 78" door height

Proposed Solution: Replace door or gate

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 48C |



Facility: Central Jail

Location: Floor 6 - Housing 6A Cell A10

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 52-1/4" high view panel

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 48D |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 6 - Housing 6A Cell A10

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Mirror - Bottom Edge

Barrier Description: Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere

Code References: ADAAG 4.19.6* | CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: 41-1/2" high

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 48E |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 6 - Housing 6A Cell A10

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Knee Clearance (Front)

Barrier Description: Lavatory bottom apron/edge not min. 29" high reducing to 27" high at 8" back from edge

Code References: ADAAG 4.19.2 | CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent)

As Built Description: 28-1/4" high and 16" wide knee clearance at front of apron/edge due to lavatory installation height and casing at each side

Proposed Solution: Provide min. one accessible lavatory

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

CASp Inspection

197

# County of San Diego

**SZS ENGINEERING**

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 48F |

Facility: Central Jail

Location: Floor 6 - Housing 6A Cell A10

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Counters and Tables    Remediation: Required

Barrier Type: Desks - Clear Floor Space

Barrier Description: Clear floor space of min. 30" by 48" not provided

Code References: ADAAG 4.32.2 & 4.2.4.1 | CBC 11B-902.2 and 2010 ADAS 902.2

As Built Description: 27-1/2" between desk and triple bunk bed. Wheelchair cannot pull under desk to use.

Proposed Solution: Alter cell to comply

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status: Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 48G |

Facility: Central Jail

Location: Floor 6 - Housing 6A Cell A10

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Flush Controls Height

Barrier Description: Flush controls mounted higher than 44" AFF

Code References: ADAAG 4.16.5* | CBC 11B-604.6 (2010 ADAS 604.6 less stringent)

As Built Description: Located above 44" and clear floor space is blocked by toilet

Proposed Solution: Replace water closet, or where possible replace flush controls

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status: Open

Notes:

---

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 48H |



| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 6 - Housing 6A Cell A10 |
| Official Responsible: | San Diego County |
| Facility Function: | Public |  Dwg: 7 of 11 |
| Barrier Area: | Counters and Tables |  Remediation: Required |
| Barrier Type: | Desks - Clear Floor Space |

| | |
|---|---|
| Barrier Description: | Clear floor space of min. 30" by 48" not provided |
| Code References: | ADAAG 4.32.2 & 4.2.4.1 \| CBC 11B-902.2 and 2010 ADAS 902.2 |
| As Built Description: | 29-1/4" wide to bed |
| Proposed Solution: | Alter to comply |

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 48I |



| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 6 - Housing 6A Cell A10 |
| Official Responsible: | San Diego County |
| Facility Function: | Public |  Dwg: 7 of 11 |
| Barrier Area: | Restrooms |  Remediation: Required |
| Barrier Type: | WC - No Grab Bars |

| | |
|---|---|
| Barrier Description: | Grab bars not provided at the water closet |
| Code References: | ADAAG 4.26.1* \| CBC 11B-604.5 and 2010 ADAS 604.5 |
| As Built Description: | No grab bars provided |
| Proposed Solution: | Provide compliant grab bars with required reinforcement |

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

**SZS ENGINEERING**

# County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 48J |

Facility: Central Jail

Location: Floor 6 - Housing 6A Cell A10

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 7 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Toilet with Lavatory

Barrier Description: Clear space in front of closet not min. 60" wide x 56" deep

Code References: ADAAG 4.17.3* Figure 30 (a) | CBC 11B-604.3.1 and 2010 ADAS 604.3.1

As Built Description: Water closet clearance to 41" wide between wall and end of bed

Proposed Solution: Alter to comply

| As-Built Meas: 1 | Quantity: JOB | Cost Estimate: $0.00 | BSR: 3 - Low Severity |
|---|---|---|---|
| X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A | |

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---



| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 48K |

Facility: Central Jail

Location: Floor 6 - Housing 6A Cell A10

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 7 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: ADAAG 4.16.6 & Figure 29 (b)| CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: Dispenser installed behind water closet

Proposed Solution: Reposition or replace toilet paper dispenser

| As-Built Meas: 1 | Quantity: EACH | Cost Estimate: $0.00 | BSR: 3 - Low Severity |
|---|---|---|---|
| X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A | |

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

CASp Inspection



# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 48L |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 6 - Housing 6A Cell A10

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Beds - Clear Floor Space

Barrier Description: Clear floor space in a holding or housing cell lacks min. 30" x 48" space on at least one side of bed

Code References: ADAAG 4.2.4.1 | ADA/Section 504 Design Guide | CBC 11B-807.2.3 and 2010 ADAS 807.2.3

As Built Description: 29-1/4" deep to desk

Proposed Solution: Alter existing sleeping areas to comply

| As-Built Meas: | 10 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:  Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes: Single bed provided

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 48M |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 6 - Housing 6A Cell A10

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Beds - Transfer Height

Barrier Description: Bed surface not 17" to 19" high to allow for safe transfer from wheelchair

Code References: US DOJ Section 504 Design Guide

As Built Description: 16-3/4" high

Proposed Solution: Alter existing bed and sleeping area to comply

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:  Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes: Single bed provided

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 48N |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 6 - Housing 6A Cell A10

Official Responsible: San Diego County

Facility Function: Public          Dwg: 7 of 11

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Holding Cells - Turning Space 60" Circle

Barrier Description: Floor or ground surfaces in holding or housing cell lack min. 60" turning circle

Code References: ADAAG 4.2.3* | ADA/Section 504 Design Guide | CBC 11B-807.2.1 & 11B-304.3.1 and 2010

As Built Description: Fixed desk reduces 60" turning circle to 32-1/2"

Proposed Solution: Alter cell to comply

As-Built Meas: 1   Quantity: SF   Cost Estimate: $0.00   BSR: 2 - Moderate Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority ___   Phase ___   Date ___   Status Open

Notes: Single bed provided

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 49A |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 6 - Housing 6A Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 7 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Entry - Threshold

Barrier Description: Shower threshold more than 1/2" high

Code References: ADAAG 4.21.7 | CBC 11B-608.7 and 2010 ADAS 608.7

As Built Description: 3/8" high threshold

Proposed Solution: Remodel shower to provide accessible threshold

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 2 - Moderate Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority ___   Phase ___   Date ___   Status Open

Notes:

---

CASp Inspection

202

**SZS ENGINEERING**

# County of San Diego

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 49B |



Facility: Central Jail

Location: Floor 6 - Housing 6A Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 7 of 11

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | | Z Coordinate: | N/A | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 49C |



Facility: Central Jail

Location: Floor 6 - Housing 6A Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 7 of 11

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Door/Gate Hardware - Operation

Barrier Description: Hardware not operable with a closed fist

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 and 2010 ADAS 404.2.7

As Built Description: Door hardware not accessible

Proposed Solution: Provide compliant hardware

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | | Z Coordinate: | N/A | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 49D |



Facility: Central Jail

Location: Floor 6 - Housing 6A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Smooth Surface at Bottom - Kickplate

Barrier Description: Door/Gate lacks min. 10" smooth uninterrupted bottom surface

Code References: ADAAG Advisory A4.13.9 | CBC 11B-404.2.10 and 2010 ADAS 404.2.10

As Built Description: Bottom 10" of door or gate not smooth and uninterrupted. Plastic sheeting is not a replacement for a compliant door.

Proposed Solution: Provide door with 10" high smooth and uninterrupted surface

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes: Saloon-style door lacks surface for wheelchair footrests to make contact with to push the door open

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 49E |



Facility: Central Jail

Location: Floor 6 - Housing 6A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Clear Floor Space    Remediation: Required

Barrier Type: Clear Floor Space - Alcove (Side Approach)

Barrier Description: Side approach alcove width is not min. 60" where depth exceeds 15"

Code References: ADAAG 4.2.4.2 & Fig. 4(d) and (e) | CBC 11B-305.7.2 and 2010 ADAS 305.7.2

As Built Description: Shower located at the end of a deep alcove with no min. 60" required maneuvering clearance

Proposed Solution: Remodel area to provide connection to alcove

As-Built Meas: 1    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 49F |

Facility: Central Jail

Location: Floor 6 - Housing 6A Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 7 of 11

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Roll-In Showers - 30" x 60"

Barrier Description: Shower dimension not min. 30" wide and min. 60" deep clear inside dimensions measured at center points of opposing sides with a full opening width on the long side

Code References: ADAAG 4.21.2 & Figure 35 | CBC 11B-608.2.2 and 2010 ADAS 608.2.2

As Built Description: 73-1/4" wide x 42-1/2" deep

Proposed Solution: Remodel to provide accessible shower

As-Built Meas: 60     Quantity: SF     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes: Shower stall dimensions are also not compliant under the CBC enforced at the time of construction (48" wide x 42" deep).

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 49G |

Facility: Central Jail

Location: Floor 6 - Housing 6A Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 7 of 11

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Grab Bars - Location

Barrier Description: Grab bars installed above the seat

Code References: ADAAG 4.21.4 Figure 37 | CBC 11B-608.3 and 2010 ADAS 608.3

As Built Description: Grab bars installed at the opposite location

Proposed Solution: Remove existing grab bars and install accessible grab bars

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 49H |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 6 - Housing 6A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: ADAAG 4.26.2* | CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 49I |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 6 - Housing 6A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Roll-In Showers - Seat

Barrier Description: No folding seat not provided a roll-in shower compartment

Code References: ADAAG 4.21.3 | CBC 11B-608.4 and 2010 ADAS 608.4

As Built Description: Fixed folding seat not provided

Proposed Solution: Provide fixed folding shower seat

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 49J |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 6 - Housing 6A Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 7 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: ADAAG 4.21.6 | CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:   Priority ___   Phase ___   Date ___   Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 49K |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 6 - Housing 6A Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 7 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: ADAAG 4.21.6 Exception | CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:   Priority ___   Phase ___   Date ___   Status Open

Notes:

**SZS ENGINEERING**

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 50A

Facility: Central Jail

Location: Floor 6 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 50B

Facility: Central Jail

Location: Floor 6 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Phone protrudes 7" above 27" high within the circulation route

Proposed Solution: Remove object or provide detectable warning

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

208

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 50C |



Facility: Central Jail

Location: Floor 6 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone/communication device

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 50D |



Facility: Central Jail

Location: Floor 6 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high (ADAAG 54" high side reach)

Code References: ADAAG 4.31.3* & 4.2.6* | CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 70

As Built Description: 52-3/4" high

Proposed Solution: Remediation required when alterations are performed

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 50E

Facility: Central Jail

Location: Floor 6 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - TTY



Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: ADAAG 4.1.3 (17) (c) (i) | CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 50F

Facility: Central Jail

Location: Floor 6 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 7 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Volume Controls



Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: ADAAG 4.31.5 (2) | CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No volume control provided

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

210

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 50G |

Facility: Central Jail

Location: Floor 6 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public          Dwg: 7 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Lavatory - Knee Clearance (Front)

Barrier Description: Lavatory bottom apron/edge not min. 29" high reducing to 27" high at 8" back from edge

Code References: ADAAG 4.19.2 | CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent)

As Built Description: 28-3/4" high knee clearance at front of apron/edge

Proposed Solution: Provide min. one accessible lavatory

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority _____     Phase _____     Date _____     Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 50H |

Facility: Central Jail

Location: Floor 6 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public          Dwg: 7 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Toilet with Lavatory

Barrier Description: Clear space in front of closet not min. 60" wide x 56" deep

Code References: ADAAG 4.17.3* Figure 30 (a) | CBC 11B-604.3.1 and 2010 ADAS 604.3.1

As Built Description: Lavatory reduces water closet clearance to 52-3/4" wide

Proposed Solution: Remodel toilet room

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority _____     Phase _____     Date _____     Status Open

Notes:

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 50I |



Facility: Central Jail

Location: Floor 6 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public          Dwg: 7 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - Rear Grab Bar Location

Barrier Description: Rear grab bar not centered 12" from wall and 24" on the other side of WC

Code References: ADAAG Figure 29 (a) | CBC 11B-604.5.2 and 2010 ADAS 604.5.2

As Built Description: 11-7/8" OC

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 50J |



Facility: Central Jail

Location: Floor 6 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public          Dwg: 7 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: WC - No Side Grab Bar

Barrier Description: Grab bar not provided at side wall closest to the water closet

Code References: ADAAG 4.26.1* | CBC 11B-604.5.1 and 2010 ADAS 604.5.1

As Built Description: Grab bar not provided

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes: With 35-3/4" side wall

---

CASp Inspection

212

**SZS ENGINEERING**

# County of San Diego



Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 50K

Facility: Central Jail

Location: Floor 6 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public                     Dwg: 7 of 11

Barrier Area: Restrooms        Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: ADAAG 4.26.2* | CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority |   Phase |   Date |   Status | Open

Notes: WC 18" OC

---

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 51A

Facility: Central Jail

Location: Floor 6M - Elevator Corridor

Official Responsible: San Diego County

Facility Function: Public                     Dwg: 7 of 11

Barrier Area: Elevators        Remediation: Required

Barrier Type: Doorjamb Marking - Braille

Barrier Description: Braille not placed below the corresponding raised characters on both door jambs

Code References: ADAAG 4.10.5 | CBC 11B-407.2.3.1 and 2010 ADAS 407.2.3.1

As Built Description: Door jamb signage not compliant

Proposed Solution: Replace door jamb signage

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority |   Phase |   Date |   Status | Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 51B |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 6M - Elevator Corridor |
| Official Responsible: | San Diego County |

| Facility Function: | Public | Dwg: | 7 of 11 |
|---|---|---|---|

| Barrier Area: | Elevators | Remediation: | Required |
|---|---|---|---|

| Barrier Type: | No Hall Lanterns |
|---|---|
| Barrier Description: | Visual and audible signals not provided at each hoistway entrance to answer calls |
| Code References: | ADAAG 4.10.4 | CBC 11B-407.2.2.1 and 2010 ADAS 407.2.2.1 |
| As Built Description: | Lanterns do not comply |
| Proposed Solution: | Replace hall lanterns |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 52 |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 6M - Accessible Route |
| Official Responsible: | San Diego County |

| Facility Function: | Public | Dwg: | 7 of 11 |
|---|---|---|---|

| Barrier Area: | Stairways | Remediation: | Required |
|---|---|---|---|

| Barrier Type: | Handrail/Guardrail - Opening Limitations |
|---|---|
| Barrier Description: | Guard or handrail has openings that allow passage of a 4" sphere, where the drop is more than 30" high |
| Code References: | ADAAG N/A | CBC 1015 (Life Safety) |
| As Built Description: | 13" opening |
| Proposed Solution: | Replace guard or handrails at both sides of stairway |

| As-Built Meas: | 60 | Quantity: | LF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

CASp Inspection

214

# SZS ENGINEERING

## County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 53A |

Facility: Central Jail

Location: Floor 6M - Visitation area

Official Responsible: San Diego County

Facility Function: Public     Dwg: 8 of 11

Barrier Area: Signage     Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:   Priority     Phase     Date     Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 53B |

Facility: Central Jail

Location: Floor 6M - Visitation area

Official Responsible: San Diego County

Facility Function: Public     Dwg: 8 of 11

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Visitation Area Partitions - Telephone Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: ADAAG 4.31.5 (2) | CBC 11B-232.5.2, 11B-904.6 & 11B-704.3 and 2010 ADAS 232.5.2, 904.6

As Built Description: No volume control provided

Proposed Solution: Provide telephone handset device accessible to the hearing impaired at cubicles/counters at partitions

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:   Priority     Phase     Date     Status Open

Notes:

215

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 53C |

Facility: Central Jail

Location: Floor 6M - Visitation area

Official Responsible: San Diego County

Facility Function: Public        Dwg: 8 of 11

Barrier Area: Detention Facilities        Remediation: Required

Barrier Type: Visitation Area Partitions - Telephone Handset Cord

Barrier Description: Telephone handset lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-232.5.2 & 11B-704.2.4 and 2010 ADAS 232.5.2 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 53D |

Facility: Central Jail

Location: Floor 6M - Visitation area

Official Responsible: San Diego County

Facility Function: Public        Dwg: 8 of 11

Barrier Area: Detention Facilities        Remediation: Required

Barrier Type: Visitation Area Partitions - TTY Unit

Barrier Description: No TTY unit provided in at least one secured area used by detainees or inmates and security personnel

Code References: ADAAG 4.1.3 (17) (c) (i) | CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide min. one TTY device where other pay phones are provided

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes: 17" deep counter

---

CASp Inspection

Ex. C-476

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 54A |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 6M - Visitation area - Multipurpose Room |
| Official Responsible: | San Diego County |

| Facility Function: | Public | | Dwg: | 8 of 11 |
|---|---|---|---|---|

| Barrier Area: | Signage | Remediation: | Required |
|---|---|---|---|

| Barrier Type: | Room ID Sign - No Tactile Information |
|---|---|

| Barrier Description: | Room ID sign provided for sighted people lacks tactile info for the visually impaired |
|---|---|

| Code References: | ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2 |
|---|---|

| As Built Description: | No tactile information provided where visual sign exists |
|---|---|

| Proposed Solution: | Provide room ID sign with tactile information at wall at latch side of door |
|---|---|

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | 6M008A. Door clear width 35-1/2" - 35-3/4" |
|---|---|

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 54B |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 6M - Visitation area - Multipurpose Room |
| Official Responsible: | San Diego County |

| Facility Function: | Public | | Dwg: | 8 of 11 |
|---|---|---|---|---|

| Barrier Area: | Doors or Gates | Remediation: | Required |
|---|---|---|---|

| Barrier Type: | Smooth Surface at Bottom - Kickplate |
|---|---|

| Barrier Description: | Door/Gate lacks min. 10" smooth uninterrupted bottom surface |
|---|---|

| Code References: | ADAAG Advisory A4.13.9 | CBC 11B-404.2.10 and 2010 ADAS 404.2.10 |
|---|---|

| As Built Description: | Bottom 10" of door or gate not smooth and uninterrupted |
|---|---|

| Proposed Solution: | Provide min. 10" high kickplate at push side of door |
|---|---|

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

**SZS ENGINEERING**

# County of San Diego

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 54C |

Facility: Central Jail

Location: Floor 6M - Visitation area - Multipurpose Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 8 of 11

Barrier Area: Clear Floor Space    Remediation: Required

Barrier Type: Clear Floor Space - Wheelchair Use (Fixed Element)

Barrier Description: Clear floor space of min. 30" by 48" not provided at element required to be accessible

Code References: ADAAG 4.2.4.1 | CBC 11B-305 and 2010 ADAS 305

As Built Description: Clear floor space for wheelchair user not provided

Proposed Solution: Remodel area to provide wheelchair space at element required to be accessible

As-Built Meas: 20    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 54D |

Facility: Central Jail

Location: Floor 6M - Visitation area - Multipurpose Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 8 of 11

Barrier Area: Counters and Tables    Remediation: Required

Barrier Type: Desks - Knee Clearance

Barrier Description: Knee clearance of at least 27" high, 30" wide and 19" deep not provided

Code References: ADAAG 4.32.3 | CBC 11B-902.2 & 11B-306.3.3 Exception 2 (2010 ADAS 306.3 less stringent)

As Built Description: 26-3/4" high and 17" deep knee clearance

Proposed Solution: Provide min. one accessible desk or 5% overall

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 55A |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 6M - Multi-Purpose Room - Toilet Room |
| Official Responsible: | San Diego County |

| Facility Function: | Public | Dwg: | 8 of 11 |
|---|---|---|---|

| Barrier Area: | Restrooms | Remediation: | Required |
|---|---|---|---|

| Barrier Type: | Sign - ISA |
|---|---|
| Barrier Description: | No ISA symbol on wall sign posted at toilet room |
| Code References: | ADAAG 4.1.2 (6), (7) & 4.30.7* | CBC 11B-216.8 and ADAS 216.8 |
| As Built Description: | No information identifying restroom as accessible |
| Proposed Solution: | Provide ISA symbol when alterations are completed |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 55B |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 6M - Multi-Purpose Room - Toilet Room |
| Official Responsible: | San Diego County |

| Facility Function: | Public | Dwg: | 8 of 11 |
|---|---|---|---|

| Barrier Area: | Restrooms | Remediation: | Required |
|---|---|---|---|

| Barrier Type: | Sign - Braille/tactile Information |
|---|---|
| Barrier Description: | No sign with Braille/Tactile information provided to identify restroom |
| Code References: | ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2 |
| As Built Description: | No tactile information at wall on latch side of door |
| Proposed Solution: | Move existing sign or provide new sign |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 55C |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 6M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public                                      Dwg: 8 of 11

Barrier Area: Restrooms                Remediation: Required

Barrier Type: Sign - 12" Circle/Triangle at Unisex Restroom

Barrier Description: No 12" triangle superimposed on 12" circle provided on door or doorway to unisex toilet room

Code References: ADAAG N/A | CBC 11B-703.7.2.6.3

As Built Description: Required sign not provided on door or doorway

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase              Date              Status  Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 55D |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 6M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public                                      Dwg: 8 of 11

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 51-1/2" high view panel

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase              Date              Status  Open

Notes:

---

CASp Inspection

220

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 55E

Facility: Central Jail

Location: Floor 6M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 8 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Centerline

Barrier Description: Lavatory adjacent to wall not min. 18" to the centerline of fixture

Code References: ADAAG N/A | CBC 11B-606.6

As Built Description: 17-5/8" OC

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 55F

Facility: Central Jail

Location: Floor 6M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 8 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Knee Clearance (Front)

Barrier Description: Lavatory bottom apron/edge not min. 29" high reducing to 27" high at 8" back from edge

Code References: ADAAG 4.19.2 | CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent)

As Built Description: 28-3/4" high knee clearance at front of apron/edge

Proposed Solution: Provide min. one accessible lavatory

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

CASp Inspection

# SZS
ENGINEERING

## County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 55G |

Facility: Central Jail

Location: Floor 6M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 8 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Toilet with Lavatory

Barrier Description: Clear space in front of closet not min. 60" wide x 56" deep

Code References: ADAAG 4.17.3* Figure 30 (a) | CBC 11B-604.3.1 and 2010 ADAS 604.3.1

As Built Description: Lavatory reduces water closet clearance to 53-3/4" wide

Proposed Solution: Remodel toilet room

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority     Phase     Date     Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 55H |

Facility: Central Jail

Location: Floor 6M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 8 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Rear Grab Bar Location

Barrier Description: Rear grab bar not centered 12" from wall and 24" on the other side of WC

Code References: ADAAG Figure 29 (a) | CBC 11B-604.5.2 and 2010 ADAS 604.5.2

As Built Description: 13" OC

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority     Phase     Date     Status Open

Notes:

---

CASp Inspection

322

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 55I |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 6M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public     Dwg: 8 of 11

Barrier Area: Restrooms     Remediation: Required

Barrier Type: WC - Side Grab Bar Extension

Barrier Description: Side grab bar does not extend min. 54" from rear wall or 24" from front rim

Code References: ADAAG Figure 29 (b) | CBC 11B-604.5.1 and 2010 ADAS 604.5.1

As Built Description: 48" from rear wall

Proposed Solution: Provide compliant grab bars with required reinforcement

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 55J |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 6M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public     Dwg: 8 of 11

Barrier Area: Restrooms     Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: ADAAG 4.26.2* | CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

Ex. C-477 223

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 55K |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 6M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 8 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Floor Slope

Barrier Description: Maximum slope of the floor exceeds 2% in any direction

Code References: ADAAG 4.3.7 | CBC 11B-302.1 and 2010 ADAS 302.1

As Built Description: 3.2% slope

Proposed Solution: Provide level floor when remodeling

As-Built Meas: 10    Quantity: SF    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 56A |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 7 - Housing 7C Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information



Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 56B |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 7 - Housing 7C Dayroom

Official Responsible: San Diego County

Facility Function: Public | Dwg: 9 of 11

Barrier Area: Accessible Route - Interior | Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object



Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Medical box protrudes 9-1/2" at 28" high

Proposed Solution: Provide detectable warning

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | Status | Open |

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 56C |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 7 - Housing 7C Dayroom

Official Responsible: San Diego County

Facility Function: Public | Dwg: 9 of 11

Barrier Area: Accessible Route - Interior | Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object



Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Drop boxes protrude 8-1/4" at 28" high

Proposed Solution: Provide detectable warning

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | Status | Open |

Notes:

CASp Inspection

# SZS ENGINEERING

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 56D

Facility: Central Jail

Location: Floor 7 - Housing 7C Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Phone protrudes at 12" above 27" high within the circulation route

Proposed Solution: Provide detectable warning

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:         Phase:         Date:         Status: Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 56E

Facility: Central Jail

Location: Floor 7 - Housing 7C Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone/communication device

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:         Phase:         Date:         Status: Open

Notes:

---

CASp Inspection

# SZS ENGINEERING

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 56F |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 7 - Housing 7C Dayroom

Official Responsible: San Diego County

Facility Function: Public   Dwg: 9 of 11

Barrier Area: Detention Facilities   Remediation: Required

Barrier Type: Communication Features - TTY



Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: ADAAG 4.1.3 (17) (c) (i) | CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 56G |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 7 - Housing 7C Dayroom

Official Responsible: San Diego County

Facility Function: Public   Dwg: 9 of 11

Barrier Area: Detention Facilities   Remediation: Required

Barrier Type: Communication Features - Volume Controls



Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: ADAAG 4.31.5 (2) |CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No volume control provided

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes:

Ex. C-481    227

**SZS ENGINEERING**

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 56H |



Facility: Central Jail

Location: Floor 7 - Housing 7C Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Clearance at Phones

Barrier Description: Telephone handset/communication device lacks min. 30" x 48" clearance for wheelchair users

Code References: ADAAG 4.31.2 | CBC 11B-807.3 & 11B-704.2.1 and 2010 ADAS 807.3 & 704.2.1

As Built Description: Video call system clear floor space not provided

Proposed Solution: Move phone to accessible location or provide additional accessible phone in alternate location

| As-Built Meas: 1 | Quantity: JOB | Cost Estimate: $0.00 | BSR: 2 - Moderate Severity |
|---|---|---|---|
| X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A | |
| Implementation: Priority | Phase | Date | Status Open |

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 56I |



Facility: Central Jail

Location: Floor 7 - Housing 7C Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: Video communication device lacks cord at least 29" long

Proposed Solution: Replace handset or phone/communication device

| As-Built Meas: 1 | Quantity: JOB | Cost Estimate: $0.00 | BSR: 2 - Moderate Severity |
|---|---|---|---|
| X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A | |
| Implementation: Priority | Phase | Date | Status Open |

Notes:

---

CASp Inspection

228

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 56J |



Facility: Central Jail

Location: Floor 7 - Housing 7C Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 9 of 11

Barrier Area: Drinking Fountains          Remediation: Required

Barrier Type: Pedestrian Protection - No alcove

Barrier Description: Fountain protrudes more than 4" into the circulation path with no detectable warning

Code References: ADAAG 4.4.1* | CBC 11B-602.9 and 2010 ADAS 307.2

As Built Description: Fountain not provided with detectable warning on both sides or located entirely within an alcove

Proposed Solution: Provide alcove, wing walls or similar min. 32" wide and 18" deep

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

Field Date: 3/13/2023     Report Date: 4/3/2023     Barrier #: 56K

Facility: Central Jail

Location: Floor 7 - Housing 7C Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 9 of 11

Barrier Area: Drinking Fountains          Remediation: Required

Barrier Type: Hi-Low Unit not Provided

Barrier Description: Two fountains not provided (hi-low)

Code References: ADAAG 4.1.3 (10)* (a) | CBC 11B-211.2 & 11B-602.7 and 2010 ADAS 211.2 & 602.7

As Built Description: Low fountains not accessible for standing persons

Proposed Solution: Provide one low fountain for short people/wheelchair users and high fountain for standing persons

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

Ex. C-483    229

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 56L |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 7 - Housing 7C Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 9 of 11

Barrier Area: Drinking Fountains     Remediation: Required

Barrier Type: Depth

Barrier Description: Wall/post mounted fountain not min. 18" deep (ADAAG 17" - 19" deep)

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.8

As Built Description: 12" deep

Proposed Solution: Replace fountain with accessible unit

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 56M |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 7 - Housing 7C Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 9 of 11

Barrier Area: Drinking Fountains     Remediation: Required

Barrier Type: Toe Clearance

Barrier Description: Toe clearance of at least 17" deep or max. 25" deep and min. 9" high not provided

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.2 and 2010 ADAS 602.2

As Built Description: 12" deep toe clearance

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes:

Ex. C-484 230

**SZS ENGINEERING**

# County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 56N |

Facility: Central Jail

Location: Floor 7 - Housing 7C Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Dining Facilities    Remediation: Required

Barrier Type: Table Seating - Ratio

Barrier Description: Min. 5% of all tables of each type are not accessible

Code References: ADAAG 4.1.3 (18) & 5.1* | CBC 11B-226.1 and 2010 ADAS 226.1

As Built Description: 5 tables identified with 8 seats each. 39 of 40 seats are not accessible.

Proposed Solution: Provide min. 1 accessible table. Avoid pedestal base tables

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes: 1 of 40 seats are wheelchair accessible. 5 tables with 39 seats total seats with one removed

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 56O |



Facility: Central Jail

Location: Floor 7 - Housing 7C Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Stairways    Remediation: Required

Barrier Type: Protruding Object - Overhanging

Barrier Description: Stairway overhang reduces vertical clearance to less than 80" high

Code References: ADAAG 4.4.2 and Figure 8 (c-1) | CBC 11B-307.4 and 2010 ADAS 307.4

As Built Description: Underside of stairway creates a protruding object below 80" with no detectable warning

Proposed Solution: Provide guardrail (detectable warning) with detectable edge max. 27" high from floor or ground

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 57A |



| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 7 - Housing 7C Cell C10 |
| Official Responsible: | San Diego County |
| Facility Function: | Public    Dwg: 9 of 11 |
| Barrier Area: | Signage    Remediation: Required |
| Barrier Type: | Room ID Sign - No Tactile Information |
| Barrier Description: | Room ID sign provided for sighted people lacks tactile info for the visually impaired |
| Code References: | ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2 |
| As Built Description: | No tactile information provided where visual sign exists |
| Proposed Solution: | Provide room ID sign with tactile information at wall at latch side of door |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | | Z Coordinate: | N/A | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 57B |



| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 7 - Housing 7C Cell C10 |
| Official Responsible: | San Diego County |
| Facility Function: | Public    Dwg: 9 of 11 |
| Barrier Area: | Doors or Gates    Remediation: Required |
| Barrier Type: | Door/Gate Height - Existing |
| Barrier Description: | Door/Gate clearance not min. 80" high |
| Code References: | ADAAG 4.3.5 & 4.4.2 | CBC 11B-404.2.3 & 11B-307.2 and 2010 ADAS 404.2.3 & 307.2 |
| As Built Description: | 78" door height |
| Proposed Solution: | Replace door or gate |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | | Z Coordinate: | N/A | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 57C |



Facility: Central Jail

Location: Floor 7 - Housing 7C Cell C10

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 52-1/4" high view panel

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 57D |



Facility: Central Jail

Location: Floor 7 - Housing 7C Cell C10

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Mirror - Bottom Edge

Barrier Description: Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere

Code References: ADAAG 4.19.6* | CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: 41-1/2" high

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

CASp Inspection

233

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 57E



Facility: Central Jail

Location: Floor 7 - Housing 7C Cell C10

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Rim

Barrier Description: Lavatory rim or counter edge is higher than 34" AFF

Code References: ADAAG 4.19.2 | CBC 11B-606.3 and 2010 ADAS 606.3

As Built Description: 34-1/2" high rim

Proposed Solution: Provide min. one accessible lavatory

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status: Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 57F



Facility: Central Jail

Location: Floor 7 - Housing 7C Cell C10

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Counters and Tables    Remediation: Required

Barrier Type: Desks - Clear Floor Space

Barrier Description: Clear floor space of min. 30" by 48" not provided

Code References: ADAAG 4.32.2 & 4.2.4.1 | CBC 11B-902.2 and 2010 ADAS 902.2

As Built Description: 27-1/2" between desk and triple bunk bed. Wheelchair cannot pull under desk to use.

Proposed Solution: Alter cell to comply

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status: Open

Notes:

---

CASp Inspection

234

**SZS ENGINEERING**

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 57G



Facility: Central Jail

Location: Floor 7 - Housing 7C Cell C10

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - No Grab Bars

Barrier Description: Grab bars not provided at the water closet

Code References: ADAAG 4.26.1* | CBC 11B-604.5 and 2010 ADAS 604.5

As Built Description: No grab bars provided

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 57H



Facility: Central Jail

Location: Floor 7 - Housing 7C Cell C10

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Toilet with Lavatory

Barrier Description: Clear space in front of closet not min. 60" wide x 56" deep

Code References: ADAAG 4.17.3* Figure 30 (a) | CBC 11B-604.3.1 and 2010 ADAS 604.3.1

As Built Description: Water closet clearance to 39-1/4" wide between wall and bed

Proposed Solution: Remodel toilet room

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 57I |

Facility: Central Jail

Location: Floor 7 - Housing 7C Cell C10

Official Responsible: San Diego County

Facility Function: Public          Dwg: 9 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: ADAAG 4.16.6 & Figure 29 (b)| CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: Dispenser installed behind water closet

Proposed Solution: Reposition or replace toilet paper dispenser

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation: Priority ____ Phase ____ Date ____ Status Open

Notes:

---

Field Date: 3/13/2023     Report Date: 4/3/2023     Barrier #: 57J

Facility: Central Jail

Location: Floor 7 - Housing 7C Cell C10

Official Responsible: San Diego County

Facility Function: Public          Dwg: 9 of 11

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Beds - Clear Floor Space

Barrier Description: Clear floor space in a holding or housing cell lacks min. 30" x 48" space on at least one side of bed

Code References: ADAAG 4.2.4.1 | ADA/Section 504 Design Guide | CBC 11B-807.2.3 and 2010 ADAS 807.2.3

As Built Description: 24" deep to desk

Proposed Solution: Alter existing sleeping areas to comply

As-Built Meas: 10     Quantity: SF     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation: Priority ____ Phase ____ Date ____ Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 57K |

Facility: Central Jail

Location: Floor 7 - Housing 7C Cell C10

Official Responsible: San Diego County

Facility Function: Public      Dwg: 9 of 11

Barrier Area: Detention Facilities      Remediation: Required

Barrier Type: Beds - Transfer Height

Barrier Description: Bed surface not 17" to 19" high to allow for safe transfer from wheelchair

Code References: US DOJ Section 504 Design Guide

As Built Description: 16-3/4" high

Proposed Solution: Alter existing bed and sleeping area to comply

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 57L |

Facility: Central Jail

Location: Floor 7 - Housing 7C Cell C10

Official Responsible: San Diego County

Facility Function: Public      Dwg: 9 of 11

Barrier Area: Detention Facilities      Remediation: Required

Barrier Type: Holding Cells - Turning Space 60" Circle

Barrier Description: Floor or ground surfaces in holding or housing cell lack min. 60" turning circle

Code References: ADAAG 4.2.3* | ADA/Section 504 Design Guide | CBC 11B-807.2.1 & 11B-304.3.1 and 2010

As Built Description: Fixed desk reduces 60" turning circle to 36"

Proposed Solution: Alter cell to comply

As-Built Meas: 1    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 58A |

Facility: Central Jail

Location: Floor 7 - Housing 7C Shower

Official Responsible: San Diego County

Facility Function: Public | Dwg: 9 of 11

Barrier Area: RR-Showers | Remediation: Required

Barrier Type: Shower Entry - Threshold

Barrier Description: Shower threshold more than 1/2" high

Code References: ADAAG 4.21.7 | CBC 11B-608.7 and 2010 ADAS 608.7

As Built Description: 5/8" high threshold

Proposed Solution: Remodel shower to provide accessible threshold

As-Built Meas: 1 | Quantity: JOB | Cost Estimate: $0.00 | BSR: 2 - Moderate Severity

X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A

Implementation:  Priority | Phase | Date | Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 58B |



Facility: Central Jail

Location: Floor 7 - Housing 7C Shower

Official Responsible: San Diego County

Facility Function: Public | Dwg: 9 of 11

Barrier Area: Signage | Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1 | Quantity: EACH | Cost Estimate: $0.00 | BSR: 1 - High Severity

X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A

Implementation:  Priority | Phase | Date | Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 58C |

Facility: Central Jail

Location: Floor 7 - Housing 7C Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Door/Gate Hardware - Operation

Barrier Description: Hardware not operable with a closed fist

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 and 2010 ADAS 404.2.7

As Built Description: Door hardware not accessible

Proposed Solution: Provide compliant hardware

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 58D |



Facility: Central Jail

Location: Floor 7 - Housing 7C Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Smooth Surface at Bottom - Kickplate

Barrier Description: Door/Gate lacks min. 10" smooth uninterrupted bottom surface

Code References: ADAAG Advisory A4.13.9 | CBC 11B-404.2.10 and 2010 ADAS 404.2.10

As Built Description: Bottom 10" of door or gate not smooth and uninterrupted. Plastic sheeting is not a replacement for a compliant door.

Proposed Solution: Provide door with 10" high smooth and uninterrupted surface

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes: Saloon-style door lacks surface for wheelchair footrests to make contact with to push the door open

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 58E |



Facility: Central Jail

Location: Floor 7 - Housing 7C Shower

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 9 of 11

Barrier Area: Clear Floor Space        Remediation: Required

Barrier Type: Clear Floor Space - Alcove (Side Approach)

Barrier Description: Side approach alcove width is not min. 60" where depth exceeds 15"

Code References: ADAAG 4.2.4.2 & Fig. 4(d) and (e) | CBC 11B-305.7.2 and 2010 ADAS 305.7.2

As Built Description: Shower located at the end of a deep alcove with no min. 60" required maneuvering clearance

Proposed Solution: Remodel area to provide connection to alcove

As-Built Meas: 1    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase            Date            Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 58F |



Facility: Central Jail

Location: Floor 7 - Housing 7C Shower

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 9 of 11

Barrier Area: RR-Showers        Remediation: Required

Barrier Type: Roll-In Showers - 30" x 60"

Barrier Description: Shower dimension not min. 30" wide and min. 60" deep clear inside dimensions measured at center points of opposing sides with a full opening width on the long side

Code References: ADAAG 4.21.2 & Figure 35 | CBC 11B-608.2.2 and 2010 ADAS 608.2.2

As Built Description: 73-1/4" wide x 42-1/2" deep

Proposed Solution: Remodel to provide accessible shower

As-Built Meas: 60    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase            Date            Status Open

Notes: Shower stall dimensions are also not compliant under the CBC enforced at the time of construction (48" wide x 42" deep).

---

CASp Inspection

Ex. C-494 240

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 58G |



| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 7 - Housing 7C Shower |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Barrier Area: | Accessible Route - Interior |
| Barrier Type: | Change in Level - 1/4" to 1/2" |

Dwg: 9 of 11
Remediation: Required

| | |
|---|---|
| Barrier Description: | Change in level between 1/4" and 1/2" with no bevel within accessible route |
| Code References: | ADAAG 4.5.2 | CBC 11B-403.4 & 11B-303 and 2010 ADAS 403.4 & 303 |
| As Built Description: | 3/8" change in level at drain in walkway surface |
| Proposed Solution: | Alter area to remove trip hazard |

| As-Built Meas: | 1 | Quantity: | LF | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | Status | Open |

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 58H |



| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 7 - Housing 7C Shower |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Barrier Area: | RR-Showers |
| Barrier Type: | Grab Bars - Location |

Dwg: 9 of 11
Remediation: Required

| | |
|---|---|
| Barrier Description: | Grab bars installed above the seat |
| Code References: | ADAAG 4.21.4 Figure 37 | CBC 11B-608.3 and 2010 ADAS 608.3 |
| As Built Description: | Grab bars installed at the opposite location |
| Proposed Solution: | Remove existing grab bars and install accessible grab bars |

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | Status | Open |

Notes:

---

CASp Inspection

Ex. C-495241

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 58I |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 7 - Housing 7C Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: ADAAG 4.26.2* | CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 58J |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 7 - Housing 7C Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Roll-In Showers - Seat

Barrier Description: No folding seat not provided a roll-in shower compartment

Code References: ADAAG 4.21.3 | CBC 11B-608.4 and 2010 ADAS 608.4

As Built Description: Fixed folding seat not provided

Proposed Solution: Provide fixed folding shower seat

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:



**SZS**
ENGINEERING

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 58K |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 7 - Housing 7C Shower

Official Responsible: San Diego County

Facility Function: Public        Dwg: 9 of 11

Barrier Area: RR-Showers        Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: ADAAG 4.21.6 | CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A        Y Coordinate: N/A        Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status: Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 58L |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 7 - Housing 7C Shower

Official Responsible: San Diego County

Facility Function: Public        Dwg: 9 of 11

Barrier Area: RR-Showers        Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: ADAAG 4.21.6 Exception | CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A        Y Coordinate: N/A        Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status: Open

Notes:

CASp Inspection

243

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 59A

Facility: Central Jail

Location: Floor 7 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information



Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 59B

Facility: Central Jail

Location: Floor 7 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object



Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Phone protrudes 7" above 27" high within the circulation route

Proposed Solution: Remove object or provide detectable warning

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

CASp Inspection

Ex. C-498 244

**SZS ENGINEERING**

# County of San Diego

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 59C

Facility: Central Jail

Location: Floor 7 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public                          Dwg: 9 of 11

Barrier Area: Detention Facilities   Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone/communication device

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 2 - Moderate Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes:

---

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 59D

Facility: Central Jail

Location: Floor 7 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public                          Dwg: 9 of 11

Barrier Area: Detention Facilities   Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high (ADAAG 54" high side reach)

Code References: ADAAG 4.31.3* & 4.2.6* | CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 70

As Built Description: 52-3/4" high

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 2 - Moderate Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes:

---

CASp Inspection



**SZS**
ENGINEERING

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 59E

Facility: Central Jail

Location: Floor 7 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - TTY

Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: ADAAG 4.1.3 (17) (c) (i) | CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 59F

Facility: Central Jail

Location: Floor 7 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: ADAAG 4.31.5 (2) | CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No volume control provided

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

CASp Inspection

Ex. C-500 246

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 59G |



Facility: Central Jail

Location: Floor 7 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Toilet with Lavatory

Barrier Description: Clear space in front of closet not min. 60" wide x 56" deep

Code References: ADAAG 4.17.3* Figure 30 (a) | CBC 11B-604.3.1 and 2010 ADAS 604.3.1

As Built Description: Lavatory reduces water closet clearance to 53" wide

Proposed Solution: Remodel toilet room

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 59H |



Facility: Central Jail

Location: Floor 7 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Rim

Barrier Description: Lavatory rim or counter edge is higher than 34" AFF

Code References: ADAAG 4.19.2 | CBC 11B-606.3 and 2010 ADAS 606.3

As Built Description: 34-1/4" high rim

Proposed Solution: Provide min. one accessible lavatory

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 59I |

Facility: Central Jail

Location: Floor 7 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Rear Grab Bar Location

Barrier Description: Rear grab bar not centered 12" from wall and 24" on the other side of WC

Code References: ADAAG Figure 29 (a) | CBC 11B-604.5.2 and 2010 ADAS 604.5.2

As Built Description: 12-1/2" OC

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 59J |

Facility: Central Jail

Location: Floor 7 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Side Grab Bar Extension

Barrier Description: Side grab bar does not extend min. 54" from rear wall or 24" from front rim

Code References: ADAAG Figure 29 (b) | CBC 11B-604.5.1 and 2010 ADAS 604.5.1

As Built Description: 34" from rear wall

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 59K |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 7 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 9 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: ADAAG 4.26.2* | CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 60A |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes: Vending, Xbox provided, no wheelchair seating at tables, beds same as Housing D, C

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 60B |

Facility: Central Jail

Location: Floor 8 - Housing 8A Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Accessible Route - Interior          Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Medical box protrudes 9-1/2" at 28" high

Proposed Solution: Provide detectable warning

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 60C |

Facility: Central Jail

Location: Floor 8 - Housing 8A Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Accessible Route - Interior          Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Boxes protrude 8-1/4" at 28" high

Proposed Solution: Provide detectable warning

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 60D |

Facility: Central Jail

Location: Floor 8 - Housing 8A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Phone protrudes at 7" above 27" high within the circulation route

Proposed Solution: Provide detectable warning

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 60E |

Facility: Central Jail

Location: Floor 8 - Housing 8A Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone/communication device

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 60F |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8A Dayroom

Official Responsible: San Diego County

Facility Function: Public      Dwg: 10 of 11

Barrier Area: Detention Facilities      Remediation: Required

Barrier Type: Communication Features - TTY

Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: ADAAG 4.1.3 (17) (c) (i) | CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A      Y Coordinate: N/A      Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 60G |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8A Dayroom

Official Responsible: San Diego County

Facility Function: Public      Dwg: 10 of 11

Barrier Area: Detention Facilities      Remediation: Required

Barrier Type: Communication Features - Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: ADAAG 4.31.5 (2) | CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No volume control provided

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A      Y Coordinate: N/A      Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 60H |

| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 8 - Housing 8A Dayroom |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: | 10 of 11 |
| Barrier Area: | Detention Facilities | Remediation: | Required |
| Barrier Type: | Communication Features - Clearance at Phones |

| | |
|---|---|
| Barrier Description: | Telephone handset/communication device lacks min. 30" x 48" clearance for wheelchair users |
| Code References: | ADAAG 4.31.2 | CBC 11B-807.3 & 11B-704.2.1 and 2010 ADAS 807.3 & 704.2.1 |
| As Built Description: | Video call system clear floor space not provided |
| Proposed Solution: | Move phone to accessible location or provide additional accessible phone in alternate location |

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

| Notes: | |
|---|---|

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 60I |

| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 8 - Housing 8A Dayroom |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: | 10 of 11 |
| Barrier Area: | Detention Facilities | Remediation: | Required |
| Barrier Type: | Communication Features - Handset Cord |

| | |
|---|---|
| Barrier Description: | Telephone handset/communication device lacks cord at least 29" long |
| Code References: | ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4 |
| As Built Description: | Video communication device lacks cord at least 29" long |
| Proposed Solution: | Replace handset or phone/communication device |

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

| Notes: | DFs in shower area |
|---|---|

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 60J |

Facility: Central Jail

Location: Floor 8 - Housing 8A Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Dining Facilities          Remediation: Required

Barrier Type: Table Seating - Ratio

Barrier Description: Min. 5% of all tables of each type are not accessible

Code References: ADAAG 4.1.3 (18) & 5.1* | CBC 11B-226.1 and 2010 ADAS 226.1

As Built Description: Existing dayroom tables lack accessible seating to suit need in housing unit. Min. 5% required.

Proposed Solution: Provide min. 1 accessible table. Avoid pedestal base tables

| As-Built Meas: | 2 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 60K |



Facility: Central Jail

Location: Floor 8 - Housing 8A Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Beds - Clear Floor Space

Barrier Description: Clear floor space in a holding or housing cell lacks min. 30" x 48" space on at least one side of bed

Code References: ADAAG 4.2.4.1 | ADA/Section 504 Design Guide | CBC 11B-807.2.3 and 2010 ADAS 807.2.3

As Built Description: 32" - 36" between beds

Proposed Solution: Alter existing sleeping areas to comply

| As-Built Meas: | 2 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes:

---

CASp Inspection

**SZS**
ENGINEERING

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 60L |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8A Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Beds - Transfer Height

Barrier Description: Bed surface not 17" to 19" high to allow for safe transfer from wheelchair

Code References: US DOJ Section 504 Design Guide

As Built Description: 10-1/2" high

Proposed Solution: Alter existing bed and sleeping area to comply

As-Built Meas: 2    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 60M |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 8 - Housing 8A Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Stairways          Remediation: Required

Barrier Type: Protruding Object - Overhanging

Barrier Description: Stairway overhang reduces vertical clearance to less than 80" high

Code References: ADAAG 4.4.2 and Figure 8 (c-1) | CBC 11B-307.4 and 2010 ADAS 307.4

As Built Description: Underside of stairway creates a protruding object below 80" with no detectable warning

Proposed Solution: Provide guardrail (detectable warning) with detectable edge max. 27" high from floor or ground

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 61A |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 8 - Housing 8A Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Mirror - Bottom Edge

Barrier Description: Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere

Code References: ADAAG 4.19.6* | CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: 40-1/4" high

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 61B |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 8 - Housing 8A Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Rim

Barrier Description: Lavatory rim or counter edge is higher than 34" AFF

Code References: ADAAG 4.19.2 | CBC 11B-606.3 and 2010 ADAS 606.3

As Built Description: 34-1/4" high rim

Proposed Solution: Provide min. one accessible lavatory

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 61C |



Facility: Central Jail

Location: Floor 8 - Housing 8A Toilet Room

Official Responsible: San Diego County

Facility Function: Public        Dwg: 10 of 11

Barrier Area: Restrooms        Remediation: Required

Barrier Type: Lavatory - Knee Clearance (Front)

Barrier Description: Lavatory bottom apron/edge not min. 29" high reducing to 27" high at 8" back from edge

Code References: ADAAG 4.19.2 | CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent)

As Built Description: 28-5/8" high knee clearance at front of apron/edge

Proposed Solution: Provide min. one accessible lavatory

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status: Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 61D |



Facility: Central Jail

Location: Floor 8 - Housing 8A Toilet Room

Official Responsible: San Diego County

Facility Function: Public        Dwg: 10 of 11

Barrier Area: Restrooms        Remediation: Required

Barrier Type: Lavatory - Faucet Operation

Barrier Description: Lavatory faucet not operable with one hand (fist)

Code References: ADAAG 4.19.5 & 4.27.4 | CBC 11B-606.4 and 2010 ADAS 606.4

As Built Description: Rinse faucet not operable with one hand

Proposed Solution: Replace faucet

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status: Open

Notes:

---

CASp Inspection

**Ex. C-51f** 257

# SZS ENGINEERING

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 61E

Facility: Central Jail

Location: Floor 8 - Housing 8A Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Hi-Low Unit not Provided

Barrier Description: Two fountains not provided (hi-low)

Code References: ADAAG 4.1.3 (10)* (a) | CBC 11B-211.2 & 11B-602.7 and 2010 ADAS 211.2 & 602.7

As Built Description: Low fountains not accessible for standing persons

Proposed Solution: Provide one low fountain for short people/wheelchair users and high fountain for standing persons

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 61F

Facility: Central Jail

Location: Floor 8 - Housing 8A Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Toe Clearance

Barrier Description: Toe clearance of at least 17" deep or max. 25" deep and min. 9" high not provided

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.2 and 2010 ADAS 602.2

As Built Description: 14" deep toe clearance

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 61G

Facility: Central Jail

Location: Floor 8 - Housing 8A Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Bubbler Spout Height

Barrier Description: Bubbler height exceeds 36"

Code References: ADAAG 4.15.2* | CBC 11B-602.4 and 2010 ADAS 602.4

As Built Description: 38-1/2" bubbler height

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 61H

Facility: Central Jail

Location: Floor 8 - Housing 8A Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Bubbler Spout Location

Barrier Description: Bubbler not located at the front within 5" of front rim of fountain or max. 15" from vertical support

Code References: ADAAG 4.15.3 | CBC 11B-602.5 and 2010 ADAS 602.4

As Built Description: 9" deep water spout from rim

Proposed Solution: Replace fountain with accessible unit

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 61I



Facility: Central Jail

Location: Floor 8 - Housing 8A Toilet Room

Official Responsible: San Diego County

Facility Function: Public | Dwg: 10 of 11

Barrier Area: Restrooms | Remediation: Required

Barrier Type: WC - Rear Grab Bar Location

Barrier Description: Rear grab bar not centered 12" from wall and 24" on the other side of WC

Code References: ADAAG Figure 29 (a) | CBC 11B-604.5.2 and 2010 ADAS 604.5.2

As Built Description: 5" OC

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1 | Quantity: JOB | Cost Estimate: $0.00 | BSR: 3 - Low Severity

X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A

Implementation: Priority | Phase | Date | Status Open

Notes:

---

Field Date: 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 61J



Facility: Central Jail

Location: Floor 8 - Housing 8A Toilet Room

Official Responsible: San Diego County

Facility Function: Public | Dwg: 10 of 11

Barrier Area: Restrooms | Remediation: Required

Barrier Type: WC - Side Grab Bar Extension

Barrier Description: Side grab bar does not extend min. 54" from rear wall or 24" from front rim

Code References: ADAAG Figure 29 (b) | CBC 11B-604.5.1 and 2010 ADAS 604.5.1

As Built Description: 45" from rear wall

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1 | Quantity: JOB | Cost Estimate: $0.00 | BSR: 3 - Low Severity

X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A

Implementation: Priority | Phase | Date | Status Open

Notes:

---

CASp Inspection

# County of San Diego

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 62A |

Facility: Central Jail

Location: Floor 8 - Housing 8A Shower

Official Responsible: San Diego County

Facility Function: Public        Dwg: 10 of 11

Barrier Area: Signage        Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:        Phase:        Date:        Status: Open

Notes:

---

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 62B |

Facility: Central Jail

Location: Floor 8 - Housing 8A Shower

Official Responsible: San Diego County

Facility Function: Public        Dwg: 10 of 11

Barrier Area: Doors or Gates        Remediation: Required

Barrier Type: Door/Gate Hardware - Operation

Barrier Description: Hardware not operable with a closed fist

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 and 2010 ADAS 404.2.7

As Built Description: Door hardware not accessible

Proposed Solution: Provide compliant hardware

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:        Phase:        Date:        Status: Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 62C |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8A Shower

Official Responsible: San Diego County

Facility Function: Public   Dwg: 10 of 11

Barrier Area: RR-Showers   Remediation: Required

Barrier Type: Shower Entry - Threshold

Barrier Description: Shower threshold more than 1/2" high

Code References: ADAAG 4.21.7 | CBC 11B-608.7 and 2010 ADAS 608.7

As Built Description: 3/8" high threshold

Proposed Solution: Remodel shower to provide accessible threshold

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 2 - Moderate Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority     Phase     Date     Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 62D |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8A Shower

Official Responsible: San Diego County

Facility Function: Public   Dwg: 10 of 11

Barrier Area: Signage   Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority     Phase     Date     Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 62E |

Facility: Central Jail

Location: Floor 8 - Housing 8A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Door/Gate Hardware - Operation

Barrier Description: Hardware not operable with a closed fist

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 and 2010 ADAS 404.2.7

As Built Description: Door hardware not accessible

Proposed Solution: Provide compliant hardware

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 62F |

Facility: Central Jail

Location: Floor 8 - Housing 8A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Smooth Surface at Bottom - Kickplate

Barrier Description: Door/Gate lacks min. 10" smooth uninterrupted bottom surface

Code References: ADAAG Advisory A4.13.9 | CBC 11B-404.2.10 and 2010 ADAS 404.2.10

As Built Description: Bottom 10" of door or gate not smooth and uninterrupted. Plastic sheeting is not a replacement for a compliant door.

Proposed Solution: Provide door with 10" high smooth and uninterrupted surface

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes: Saloon-style door lacks surface for wheelchair footrests to make contact with to push the door open

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 62G |



Facility: Central Jail

Location: Floor 8 - Housing 8A Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Roll-In Showers - 30" x 60"

Barrier Description: Shower dimension not min. 30" wide and min. 60" deep clear inside dimensions measured at center points of opposing sides with a full opening width on the long side

Code References: ADAAG 4.21.2 & Figure 35 | CBC 11B-608.2.2 and 2010 ADAS 608.2.2

As Built Description: 48" wide x 42-1/2" deep

Proposed Solution: Remodel to provide accessible shower

As-Built Meas: 60     Quantity: SF     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes: Shower stall dimensions are also not compliant under the CBC enforced at the time of construction (48" wide x 42" deep).

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 62H |



Facility: Central Jail

Location: Floor 8 - Housing 8A Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Grab Bars - Location

Barrier Description: Grab bars installed above the seat

Code References: ADAAG 4.21.4 Figure 37 | CBC 11B-608.3 and 2010 ADAS 608.3

As Built Description: Grab bars installed at the opposite location

Proposed Solution: Remove existing grab bars and install accessible grab bars

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 62I |



Facility: Central Jail

Location: Floor 8 - Housing 8A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: ADAAG 4.26.2* | CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 62J |



Facility: Central Jail

Location: Floor 8 - Housing 8A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Roll-In Showers - Seat

Barrier Description: No folding seat not provided a roll-in shower compartment

Code References: ADAAG 4.21.3 | CBC 11B-608.4 and 2010 ADAS 608.4

As Built Description: Fixed folding seat not provided

Proposed Solution: Provide fixed folding shower seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 62K |

Facility: Central Jail

Location: Floor 8 - Housing 8A Shower

Official Responsible: San Diego County

Facility Function: Public                      Dwg: 10 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: ADAAG 4.21.6 | CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 62L

Facility: Central Jail

Location: Floor 8 - Housing 8A Shower

Official Responsible: San Diego County

Facility Function: Public                      Dwg: 10 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: ADAAG 4.21.6 Exception | CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 62M |



Facility: Central Jail

Location: Floor 8 - Housing 8A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Roll-In Showers - Control Height

Barrier Description: Controls, faucets, and shower spray unit not located above the grab bar at max. 48"

Code References: ADAAG 4.21.5 & Figure 37 | CBC 11B-608.5.2 and 2010 ADAS 608.5.2

As Built Description: 52-3/4" high shower controls

Proposed Solution: Remodel shower to provide accessible controls

As-Built Meas: 1    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 62N |



Facility: Central Jail

Location: Floor 8 - Housing 8A Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Dispensers - Control Point

Barrier Description: Dispenser control point or operating mechanism not max. 40" AFF (ADAAG 48" high forward reach)

Code References: ADAAG 4.2.5* | CBC 11B-603.5

As Built Description: 41-1/4" high

Proposed Solution: Replace or remount dispenser

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



Field Date: 3/13/2023  Report Date: 4/3/2023  Barrier #: 63A

Facility: Central Jail

Location: Floor 8 - Housing 8B Dayroom

Official Responsible: San Diego County

Facility Function: Public   Dwg: 10 of 11

Barrier Area: Signage   Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority    Phase    Date    Status  Open

Notes: Vending 48" ok, with pool tables, Xbox, stw, no wheelchair seating at tables, beds same as B, C

---

Field Date: 3/13/2023  Report Date: 4/3/2023  Barrier #: 63B

Facility: Central Jail

Location: Floor 8 - Housing 8B Dayroom

Official Responsible: San Diego County

Facility Function: Public   Dwg: 10 of 11

Barrier Area: Accessible Route - Interior   Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Medical box protrudes 9-1/2" at 28" high

Proposed Solution: Provide detectable warning

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority    Phase    Date    Status  Open

Notes: 50" intercom

---

CASp Inspection

# SZS ENGINEERING

## County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 63C |



Facility: Central Jail

Location: Floor 8 - Housing 8B Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Boxes protrude 8-1/4" at 28" high

Proposed Solution: Provide detectable warning

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 63D |



Facility: Central Jail

Location: Floor 8 - Housing 8B Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Phone protrudes at 7" above 27" high within the circulation route

Proposed Solution: Provide detectable warning

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 63E |

Facility: Central Jail

Location: Floor 8 - Housing 8B Dayroom

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone/communication device

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

---



| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 63F |

Facility: Central Jail

Location: Floor 8 - Housing 8B Dayroom

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Communication Features - TTY

Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: ADAAG 4.1.3 (17) (c) (i) | CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

---

# County of San Diego

**SZS ENGINEERING**



| Field | Value |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 63G |
| Facility: | Central Jail |
| Location: | Floor 8 - Housing 8B Dayroom |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Dwg: | 10 of 11 |
| Barrier Area: | Detention Facilities |
| Remediation: | Required |
| Barrier Type: | Communication Features - Volume Controls |

**Barrier Description:** Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

**Code References:** ADAAG 4.31.5 (2) |CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

**As Built Description:** No volume control provided

**Proposed Solution:** Remodel to provide accessible telephone handset/communication devices in cells

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | | | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

**Notes:**

---



| Field | Value |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 63H |
| Facility: | Central Jail |
| Location: | Floor 8 - Housing 8B Dayroom |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Dwg: | 10 of 11 |
| Barrier Area: | Detention Facilities |
| Remediation: | Required |
| Barrier Type: | Communication Features - Clearance at Phones |

**Barrier Description:** Telephone handset/communication device lacks min. 30" x 48" clearance for wheelchair users

**Code References:** ADAAG 4.31.2 | CBC 11B-807.3 & 11B-704.2.1 and 2010 ADAS 807.3 & 704.2.1

**As Built Description:** Video call system clear floor space not provided

**Proposed Solution:** Move phone to accessible location or provide additional accessible phone in alternate location

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | | | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

**Notes:**

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 63I |

Facility: Central Jail

Location: Floor 8 - Housing 8B Dayroom

Official Responsible: San Diego County

Facility Function: Public — Dwg: 10 of 11

Barrier Area: Detention Facilities — Remediation: Required

Barrier Type: Communication Features - Handset Cord



Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: Video communication device lacks cord at least 29" long

Proposed Solution: Replace handset or phone/communication device

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 2 - Moderate Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority:    Phase:    Date:    Status: Open

Notes: DFs in shower area

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 63J |

Facility: Central Jail

Location: Floor 8 - Housing 8B Dayroom

Official Responsible: San Diego County

Facility Function: Public — Dwg: 10 of 11

Barrier Area: Counters and Tables — Remediation: Required

Barrier Type: Table - Clear Floor Space



Barrier Description: Clear floor space 30" x 48" not provided at table

Code References: ADAAG 4.32.2 & 4.2.4.1 | CBC 11B-305.3 and 2010 ADAS 305.3

As Built Description: Clear floor space not accessible

Proposed Solution: Provide table in accessible location

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 3 - Low Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority:    Phase:    Date:    Status: Open

Notes:

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 63K |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8B Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Beds - Clear Floor Space

Barrier Description: Clear floor space in a holding or housing cell lacks min. 30" x 48" space on at least one side of bed

Code References: ADAAG 4.2.4.1 | ADA/Section 504 Design Guide | CBC 11B-807.2.3 and 2010 ADAS 807.2.3

As Built Description: 32" - 36" between beds

Proposed Solution: Alter existing sleeping areas to comply

| As-Built Meas: | 2 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:        Phase        Date        Status: Open

Notes: 10 bunks with 30 beds, 6 tables with 44 seats

---



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 63L |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8B Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Beds - Transfer Height

Barrier Description: Bed surface not 17" to 19" high to allow for safe transfer from wheelchair

Code References: US DOJ Section 504 Design Guide

As Built Description: 10-1/2" high

Proposed Solution: Alter existing bed and sleeping area to comply

| As-Built Meas: | 2 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:        Phase        Date        Status: Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 63M |

Facility: Central Jail

Location: Floor 8 - Housing 8B Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Stairways    Remediation: Required

Barrier Type: Protruding Object - Overhanging

Barrier Description: Stairway overhang reduces vertical clearance to less than 80" high

Code References: ADAAG 4.4.2 and Figure 8 (c-1) | CBC 11B-307.4 and 2010 ADAS 307.4

As Built Description: Underside of stairway creates a protruding object below 80" with no detectable warning

Proposed Solution: Provide guardrail (detectable warning) with detectable edge max. 27" high from floor or ground

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 64A |



Facility: Central Jail

Location: Floor 8 - Housing 8B Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Floor Slope

Barrier Description: Maximum slope of the floor exceeds 2% in any direction

Code References: ADAAG 4.3.7 | CBC 11B-302.1 and 2010 ADAS 302.1

As Built Description: 3.4% slope

Proposed Solution: Provide level floor when remodeling

As-Built Meas: 10    Quantity: SF    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 64B |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8B Toilet Room

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Mirror - Bottom Edge



Barrier Description: Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere

Code References: ADAAG 4.19.6* | CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: 57-3/4" high

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority: ____     Phase: ____     Date: ____     Status: Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 64C |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8B Toilet Room

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Lavatory - Knee Clearance (Front)



Barrier Description: Lavatory bottom apron/edge not min. 29" high reducing to 27" high at 8" back from edge

Code References: ADAAG 4.19.2 | CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent)

As Built Description: 28-5/8" high knee clearance at front of apron/edge

Proposed Solution: Provide min. one accessible lavatory

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority: ____     Phase: ____     Date: ____     Status: Open

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 64D |

Facility: Central Jail

Location: Floor 8 - Housing 8B Toilet Room

Official Responsible: San Diego County

Facility Function: Public       Dwg: 10 of 11

Barrier Area: Restrooms       Remediation: Required

Barrier Type: Lavatory - Faucet Operation

Barrier Description: Lavatory faucet not operable with one hand (fist)

Code References: ADAAG 4.19.5 & 4.27.4 | CBC 11B-606.4 and 2010 ADAS 606.4

As Built Description: Rinse faucet not operable with one hand

Proposed Solution: Replace faucet

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority:        Phase:        Date:        Status: Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 64E |

Facility: Central Jail

Location: Floor 8 - Housing 8B Toilet Room

Official Responsible: San Diego County

Facility Function: Public       Dwg: 10 of 11

Barrier Area: Drinking Fountains       Remediation: Required

Barrier Type: Hi-Low Unit not Provided

Barrier Description: Two fountains not provided (hi-low)

Code References: ADAAG 4.1.3 (10)* (a) | CBC 11B-211.2 & 11B-602.7 and 2010 ADAS 211.2 & 602.7

As Built Description: Low fountains not accessible for standing persons

Proposed Solution: Provide one low fountain for short people/wheelchair users and high fountain for standing persons

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority:        Phase:        Date:        Status: Open

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 64F

Facility: Central Jail

Location: Floor 8 - Housing 8B Toilet Room

Official Responsible: San Diego County

Facility Function: Public   Dwg: 10 of 11

Barrier Area: Drinking Fountains   Remediation: Required

Barrier Type: Bubbler Spout Location

Barrier Description: Bubbler not located at the front within 5" of front rim of fountain or max. 15" from vertical support

Code References: ADAAG 4.15.3 | CBC 11B-602.5 and 2010 ADAS 602.4

As Built Description: 12" deep water spout from rim

Proposed Solution: Replace fountain with accessible unit

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 2 - Moderate Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority _____   Phase _____   Date _____   Status: Open

Notes:

---

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 64G

Facility: Central Jail

Location: Floor 8 - Housing 8B Toilet Room

Official Responsible: San Diego County

Facility Function: Public   Dwg: 10 of 11

Barrier Area: Drinking Fountains   Remediation: Required

Barrier Type: Knee Clearance (Height and Depth)

Barrier Description: Knee clearance of at least 27" high at min. 8" deep and 9" high at min. 11" deep or not provided

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.2 and 2010 ADAS 602.2

As Built Description: 28-3/4" high knee clearance

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority _____   Phase _____   Date _____   Status: Open

Notes:

# SZS ENGINEERING

## County of San Diego



Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 64H

Facility: Central Jail

Location: Floor 8 - Housing 8B Toilet Room

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: Drinking Fountains     Remediation: Required

Barrier Type: Toe Clearance

Barrier Description: Toe clearance of at least 17" deep or max. 25" deep and min. 9" high not provided

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.2 and 2010 ADAS 602.2

As Built Description: 14" deep toe clearance

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority ____   Phase ____   Date ____   Status Open

Notes:

---

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 64I

Facility: Central Jail

Location: Floor 8 - Housing 8B Toilet Room

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: Drinking Fountains     Remediation: Required

Barrier Type: Bubbler Spout Height

Barrier Description: Bubbler height exceeds 36"

Code References: ADAAG 4.15.2* | CBC 11B-602.4 and 2010 ADAS 602.4

As Built Description: 38-1/2" bubbler height

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority ____   Phase ____   Date ____   Status Open

Notes:

**SZS ENGINEERING**

# County of San Diego



| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 64J |

Facility: Central Jail

Location: Floor 8 - Housing 8B Toilet Room

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 10 of 11

Barrier Area: Restrooms            Remediation: Required

Barrier Type: WC - Toilet with Lavatory

Barrier Description: Clear space in front of closet not min. 60" wide x 56" deep

Code References: ADAAG 4.17.3* Figure 30 (a) | CBC 11B-604.3.1 and 2010 ADAS 604.3.1

As Built Description: Partition reduces water closet clearance to 59-3/4" wide

Proposed Solution: Remodel toilet room

As-Built Meas: 1      Quantity: JOB      Cost Estimate: $0.00      BSR: 3 - Low Severity

X Coordinate N/A      Y Coordinate: N/A      Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes: 59-3/4" wide to partition

---



| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 64K |

Facility: Central Jail

Location: Floor 8 - Housing 8B Toilet Room

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 10 of 11

Barrier Area: Restrooms            Remediation: Required

Barrier Type: WC - Rear Grab Bar Location

Barrier Description: Rear grab bar not centered 12" from wall and 24" on the other side of WC

Code References: ADAAG Figure 29 (a) | CBC 11B-604.5.2 and 2010 ADAS 604.5.2

As Built Description: 13" OC

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1      Quantity: JOB      Cost Estimate: $0.00      BSR: 3 - Low Severity

X Coordinate N/A      Y Coordinate: N/A      Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes: 18" WC OC

---

CASp Inspection

279

# County of San Diego

**SZS ENGINEERING**



| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 64L |

Facility: Central Jail

Location: Floor 8 - Housing 8B Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Side Grab Bar Extension

Barrier Description: Side grab bar does not extend min. 54" from rear wall or 24" from front rim

Code References: ADAAG Figure 29 (b) | CBC 11B-604.5.1 and 2010 ADAS 604.5.1

As Built Description: 44" from rear wall

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 65A |



Facility: Central Jail

Location: Floor 8 - Housing 8B Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Entry - Threshold

Barrier Description: Shower threshold more than 1/2" high

Code References: ADAAG 4.21.7 | CBC 11B-608.7 and 2010 ADAS 608.7

As Built Description: 5/8" high recessed to drain

Proposed Solution: Remodel shower to provide accessible threshold

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 65B

Facility: Central Jail

Location: Floor 8 - Housing 8B Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Sign

Barrier Description: No room ID sign provided at permanent room or space

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 65C

Facility: Central Jail

Location: Floor 8 - Housing 8B Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Door/Gate Hardware - Operation

Barrier Description: Hardware not operable with a closed fist

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 and 2010 ADAS 404.2.7

As Built Description: Door hardware not accessible

Proposed Solution: Provide compliant hardware

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 65D |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8B Shower

Official Responsible: San Diego County

Facility Function: Public        Dwg: 10 of 11

Barrier Area: Doors or Gates        Remediation: Required

Barrier Type: Smooth Surface at Bottom - Kickplate

Barrier Description: Door/Gate lacks min. 10" smooth uninterrupted bottom surface

Code References: ADAAG Advisory A4.13.9 | CBC 11B-404.2.10 and 2010 ADAS 404.2.10

As Built Description: Bottom 10" of door or gate not smooth and uninterrupted. Plastic sheeting is not a replacement for a compliant door.

Proposed Solution: Provide door with 10" high smooth and uninterrupted surface

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:        Phase        Date        Status: Open

Notes: Saloon-style door lacks surface for wheelchair footrests to make contact with to push the door open

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 65E |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8B Shower

Official Responsible: San Diego County

Facility Function: Public        Dwg: 10 of 11

Barrier Area: RR-Showers        Remediation: Required

Barrier Type: Roll-In Showers - Seat

Barrier Description: No folding seat not provided a roll-in shower compartment

Code References: ADAAG 4.21.3 | CBC 11B-608.4 and 2010 ADAS 608.4

As Built Description: Fixed folding seat not provided

Proposed Solution: Provide fixed folding shower seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:        Phase        Date        Status: Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 65F |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8B Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: ADAAG 4.21.6 | CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 65G |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8B Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: ADAAG 4.21.6 Exception | CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 65H

Facility: Central Jail

Location: Floor 8 - Housing 8B Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Roll-In Showers - Control Height

Barrier Description: Controls, faucets, and shower spray unit not located above the grab bar at max. 48"

Code References: ADAAG 4.21.5 & Figure 37 | CBC 11B-608.5.2 and 2010 ADAS 608.5.2

As Built Description: 52-1/2" high shower controls

Proposed Solution: Remodel shower to provide accessible controls

As-Built Meas: 1    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 65I

Facility: Central Jail

Location: Floor 8 - Housing 8B Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Dispensers - Control Point

Barrier Description: Dispenser control point or operating mechanism not max. 40" AFF (ADAAG 48" high forward reach)

Code References: ADAAG 4.2.5* | CBC 11B-603.5

As Built Description: 40-3/4" high

Proposed Solution: Replace or remount dispenser

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 65J |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 8 - Housing 8B Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Roll-In Showers - 30" x 60"

Barrier Description: Shower dimension not min. 30" wide and min. 60" deep clear inside dimensions measured at center points of opposing sides with a full opening width on the long side

Code References: ADAAG 4.21.2 & Figure 35 | CBC 11B-608.2.2 and 2010 ADAS 608.2.2

As Built Description: 48" wide x 42-1/2" deep

Proposed Solution: Remodel to provide accessible shower

| As-Built Meas: | 60 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | | Z Coordinate: | N/A | |
| Implementation: | Priority | | Phase | | Date | Status | Open |

Notes: Shower stall dimensions are also not compliant under the CBC enforced at the time of construction (48" wide x 42" deep).

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 65K |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 8 - Housing 8B Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Grab Bars - Location

Barrier Description: Grab bars installed above the seat

Code References: ADAAG 4.21.4 Figure 37 | CBC 11B-608.3 and 2010 ADAS 608.3

As Built Description: Grab bars installed at the opposite location

Proposed Solution: Remove existing grab bars and install accessible grab bars

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | | Z Coordinate: | N/A | |
| Implementation: | Priority | | Phase | | Date | Status | Open |

Notes:

CASp Inspection



# County of San Diego

**ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 65L

Facility: Central Jail

Location: Floor 8 - Housing 8B Shower

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 10 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: ADAAG 4.26.2* | CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 66A

Facility: Central Jail

Location: Floor 8 - Housing 8C Dayroom

Official Responsible: San Diego County

Facility Function: Public                    Dwg: 10 of 11

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority [ ]    Phase [ ]    Date [ ]    Status: Open

Notes: Vending at 8A only, same, with boxes prot, 7 opening at 7 tables with 8 seatings at each table, 29" - 31" wide at bed, 10-1/2 bed high, 7 bunks 18 with 2 bed with turning circles and 6 bunks with 18 beds

CASp Inspection



# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 66B

Facility: Central Jail

Location: Floor 8 - Housing 8C Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Medical box protrudes 9-1/2" at 28" high

Proposed Solution: Provide detectable warning

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 66C

Facility: Central Jail

Location: Floor 8 - Housing 8C Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Boxes protrude 8-1/4" above 27" high within the circulation route

Proposed Solution: Provide detectable warning

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

**SZS ENGINEERING**

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 66D

Facility: Central Jail

Location: Floor 8 - Housing 8C Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - TTY

Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: ADAAG 4.1.3 (17) (c) (i) | CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 66E

Facility: Central Jail

Location: Floor 8 - Housing 8C Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: ADAAG 4.31.5 (2) | CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No volume control provided

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 66F |

Facility: Central Jail

Location: Floor 8 - Housing 8C Dayroom

Official Responsible: San Diego County

Facility Function: Public      Dwg: 10 of 11

Barrier Area: Accessible Route - Interior      Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Phone protrudes at 12" above 27" high within the circulation route

Proposed Solution: Provide detectable warning

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status  Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 66G |

Facility: Central Jail

Location: Floor 8 - Housing 8C Dayroom

Official Responsible: San Diego County

Facility Function: Public      Dwg: 10 of 11

Barrier Area: Detention Facilities      Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone/communication device

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status  Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 66H |

Facility: Central Jail

Location: Floor 8 - Housing 8C Dayroom

Official Responsible: San Diego County

Facility Function: Public | Dwg: 10 of 11

Barrier Area: Detention Facilities | Remediation: Required

Barrier Type: Communication Features - Clearance at Phones

Barrier Description: Telephone handset/communication device lacks min. 30" x 48" clearance for wheelchair users

Code References: ADAAG 4.31.2 | CBC 11B-807.3 & 11B-704.2.1 and 2010 ADAS 807.3 & 704.2.1

As Built Description: Video call system clear floor space not provided

Proposed Solution: Move phone to accessible location or provide additional accessible phone in alternate location

As-Built Meas: 1 | Quantity: JOB | Cost Estimate: $0.00 | BSR: 2 - Moderate Severity

X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A

Implementation: Priority | Phase | Date | Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 66I |

Facility: Central Jail

Location: Floor 8 - Housing 8C Dayroom

Official Responsible: San Diego County

Facility Function: Public | Dwg: 10 of 11

Barrier Area: Detention Facilities | Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: Video communication device lacks cord at least 29" long

Proposed Solution: Replace handset or phone/communication device

As-Built Meas: 1 | Quantity: JOB | Cost Estimate: $0.00 | BSR: 2 - Moderate Severity

X Coordinate N/A | Y Coordinate: N/A | Z Coordinate: N/A

Implementation: Priority | Phase | Date | Status Open

Notes:

---

CASp Inspection

290

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 66J |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8C Dayroom

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: Counters and Tables     Remediation: Required

Barrier Type: Table - Clear Floor Space

Barrier Description: Clear floor space 30" x 48" not provided at table

Code References: ADAAG 4.32.2 & 4.2.4.1 | CBC 11B-305.3 and 2010 ADAS 305.3

As Built Description: Clear floor space not accessible

Proposed Solution: Provide table in accessible location

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes: 7 openings at 7 tables with 8 seatings at each table. 14 total wheelchairs in this housing block

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 66K |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8C Dayroom

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Beds - Clear Floor Space

Barrier Description: Clear floor space in a holding or housing cell lacks min. 30" x 48" space on at least one side of bed

Code References: ADAAG 4.2.4.1 | ADA/Section 504 Design Guide | CBC 11B-807.2.3 and 2010 ADAS 807.2.3

As Built Description: 29" - 31" wide and 27" - 29-1/4" between beds

Proposed Solution: Alter existing sleeping areas to comply

| As-Built Meas: | 2 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

CASp Inspection

291

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 66L |

Facility: Central Jail

Location: Floor 8 - Housing 8C Dayroom

Official Responsible: San Diego County

Facility Function: Public — Dwg: 10 of 11

Barrier Area: Detention Facilities — Remediation: Required

Barrier Type: Beds - Transfer Height

Barrier Description: Bed surface not 17" to 19" high to allow for safe transfer from wheelchair

Code References: US DOJ Section 504 Design Guide

As Built Description: 10-1/2" - 11" high

Proposed Solution: Alter existing bed and sleeping area to comply

As-Built Meas: 2    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes: 7 bunks with 18 total, 2 bed with turning circles and 6 bunks with 18 beds at the other side with 27" - 29-1/4" wide between beds, 49" to beds area #2,

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 66M

Facility: Central Jail

Location: Floor 8 - Housing 8C Dayroom

Official Responsible: San Diego County

Facility Function: Public — Dwg: 10 of 11

Barrier Area: Stairways — Remediation: Required

Barrier Type: Protruding Object - Overhanging

Barrier Description: Stairway overhang reduces vertical clearance to less than 80" high

Code References: ADAAG 4.4.2 and Figure 8 (c-1) | CBC 11B-307.4 and 2010 ADAS 307.4

As Built Description: Underside of stairway creates a protruding object below 80" with no detectable warning

Proposed Solution: Provide guardrail (detectable warning) with detectable edge max. 27" high from floor or ground

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority [ ]    Phase [ ]    Date [ ]    Status Open

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 67A |

| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 8 - Housing 8C Toilet Room |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: 10 of 11 |
| Barrier Area: | Restrooms | Remediation: Required |
| Barrier Type: | Floor Slope |

| | |
|---|---|
| Barrier Description: | Maximum slope of the floor exceeds 2% in any direction |
| Code References: | ADAAG 4.3.7 \| CBC 11B-302.1 and 2010 ADAS 302.1 |
| As Built Description: | 5.8% slope |
| Proposed Solution: | Provide level floor when remodeling |

| As-Built Meas: | 10 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 67B |



| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 8 - Housing 8C Toilet Room |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: 10 of 11 |
| Barrier Area: | Restrooms | Remediation: Required |
| Barrier Type: | Lavatory - Rim |

| | |
|---|---|
| Barrier Description: | Lavatory rim or counter edge is higher than 34" AFF |
| Code References: | ADAAG 4.19.2 \| CBC 11B-606.3 and 2010 ADAS 606.3 |
| As Built Description: | 34-1/8" high rim |
| Proposed Solution: | Provide min. one accessible lavatory |

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |
| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

CASp Inspection

293

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 67C

Facility: Central Jail

Location: Floor 8 - Housing 8C Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Faucet Operation

Barrier Description: Lavatory faucet not operable with one hand (fist)

Code References: ADAAG 4.19.5 & 4.27.4 | CBC 11B-606.4 and 2010 ADAS 606.4

As Built Description: Rinse faucet not operable with one hand

Proposed Solution: Replace faucet

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation: Priority ___ Phase ___ Date ___ Status Open

Notes:

---

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 67D

Facility: Central Jail

Location: Floor 8 - Housing 8C Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Drinking Fountains    Remediation: Required



Barrier Type: Knee Clearance (Height and Depth)

Barrier Description: Knee clearance of at least 27" high at min. 8" deep and 9" high at min. 11" deep or not provided

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.2 and 2010 ADAS 602.2

As Built Description: 28-3/4" high knee clearance

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation: Priority ___ Phase ___ Date ___ Status Open

Notes:

---

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 67E |
|---|---|---|---|---|---|



| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 8 - Housing 8C Toilet Room |
| Official Responsible: | San Diego County |
| Facility Function: | Public    Dwg: 10 of 11 |
| Barrier Area: | Drinking Fountains    Remediation: Required |
| Barrier Type: | Toe Clearance |
| Barrier Description: | Toe clearance of at least 17" deep or max. 25" deep and min. 9" high not provided |
| Code References: | ADAAG 4.15.5 (1) \| CBC 11B-602.2 and 2010 ADAS 602.2 |
| As Built Description: | 14" deep toe clearance |
| Proposed Solution: | Replace drinking fountain with accessible unit or remount existing |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 67F |
|---|---|---|---|---|---|



| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 8 - Housing 8C Toilet Room |
| Official Responsible: | San Diego County |
| Facility Function: | Public    Dwg: 10 of 11 |
| Barrier Area: | Restrooms    Remediation: Required |
| Barrier Type: | Floor Slope |
| Barrier Description: | Maximum slope of the floor exceeds 2% in any direction |
| Code References: | ADAAG 4.3.7 \| CBC 11B-302.1 and 2010 ADAS 302.1 |
| As Built Description: | 2.6% slope to drain |
| Proposed Solution: | Provide level floor when remodeling |

| As-Built Meas: | 10 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 4 - Very Low Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 67G |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8C Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Rear Grab Bar Location

Barrier Description: Rear grab bar not centered 12" from wall and 24" on the other side of WC

Code References: ADAAG Figure 29 (a) | CBC 11B-604.5.2 and 2010 ADAS 604.5.2

As Built Description: 12-1/4" OC

Proposed Solution: Provide compliant grab bars with required reinforcement

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 67H |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8C Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Side Grab Bar Extension

Barrier Description: Side grab bar does not extend min. 54" from rear wall or 24" from front rim

Code References: ADAAG Figure 29 (b) | CBC 11B-604.5.1 and 2010 ADAS 604.5.1

As Built Description: 43" from rear wall

Proposed Solution: Provide compliant grab bars with required reinforcement

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 3 - Low Severity |
|---|---|---|---|---|---|---|---|

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

# SZS ENGINEERING

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 68A |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8C Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Shower Entry - Threshold

Barrier Description: Shower threshold more than 1/2" high

Code References: ADAAG 4.21.7 | CBC 11B-608.7 and 2010 ADAS 608.7

As Built Description: 5/8" high threshold

Proposed Solution: Remodel shower to provide accessible threshold

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 2 - Moderate Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 68B |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8C Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: Signage     Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes:

---

CASp Inspection

297

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 68C |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 8 - Housing 8C Shower |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: | 10 of 11 |
| Barrier Area: | Doors or Gates | Remediation: | Required |
| Barrier Type: | Door/Gate Hardware - Operation |

| Barrier Description: | Hardware not operable with a closed fist |
|---|---|
| Code References: | ADAAG 4.13.9* | CBC 11B-404.2.7 and 2010 ADAS 404.2.7 |
| As Built Description: | Door hardware not accessible |
| Proposed Solution: | Provide compliant hardware |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | | Z Coordinate: | N/A | |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 68D |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 8 - Housing 8C Shower |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: | 10 of 11 |
| Barrier Area: | Doors or Gates | Remediation: | Required |
| Barrier Type: | Smooth Surface at Bottom - Kickplate |

| Barrier Description: | Door/Gate lacks min. 10" smooth uninterrupted bottom surface |
|---|---|
| Code References: | ADAAG Advisory A4.13.9 | CBC 11B-404.2.10 and 2010 ADAS 404.2.10 |
| As Built Description: | Bottom 10" of door or gate not smooth and uninterrupted. Plastic sheeting is not a replacement for a compliant door. |
| Proposed Solution: | Provide door with 10" high smooth and uninterrupted surface |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | | Z Coordinate: | N/A | |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | Saloon-style door lacks surface for wheelchair footrests to make contact with to push the door open |
|---|---|

Ex. C-552 298

**SZS ENGINEERING**

# County of San Diego

| | | |
|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 68E |

Facility: Central Jail

Location: Floor 8 - Housing 8C Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Floor Surface - Slope

Barrier Description: Floor surface slope exceeds 2.0%

Code References: ADAAG 4.3.7 | CBC 11B-608.9

As Built Description: 12.1% running slope to the shower

Proposed Solution: Remodel to provide level clear floor space at controls/mechanisms

As-Built Meas: 10   Quantity: SF   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes:

---

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 68F

Facility: Central Jail

Location: Floor 8 - Housing 8C Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Roll-In Showers - 30" x 60"

Barrier Description: Shower dimension not min. 30" wide and min. 60" deep clear inside dimensions measured at center points of opposing sides with a full opening width on the long side

Code References: ADAAG 4.21.2 & Figure 35 | CBC 11B-608.2.2 and 2010 ADAS 608.2.2

As Built Description: 47-3/4" wide x 42" deep

Proposed Solution: Remodel to provide accessible shower

As-Built Meas: 60   Quantity: SF   Cost Estimate: $0.00   BSR: 2 - Moderate Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes: Shower stall dimensions are also not compliant under the CBC enforced at the time of construction (48" wide x 42" deep).

---

CASp Inspection

299

# SZS ENGINEERING

## County of San Diego



Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 68G

Facility: Central Jail

Location: Floor 8 - Housing 8C Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: ADAAG 4.21.6 | CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 68H

Facility: Central Jail

Location: Floor 8 - Housing 8C Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: ADAAG 4.21.6 Exception | CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

Ex. C-554    300

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 68I |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 8 - Housing 8C Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Roll-In Showers - Control Height

Barrier Description: Controls, faucets, and shower spray unit not located above the grab bar at max. 48"

Code References: ADAAG 4.21.5 & Figure 37 | CBC 11B-608.5.2 and 2010 ADAS 608.5.2

As Built Description: 52" high shower controls

Proposed Solution: Remodel shower to provide accessible controls

| As-Built Meas: | 1 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority | Phase | Date | Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 68J |
|---|---|---|---|---|---|



Facility: Central Jail

Location: Floor 8 - Housing 8C Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: ADAAG 4.26.2* | CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority | Phase | Date | Status Open

Notes:

---

CASp Inspection

# SZS ENGINEERING

## County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 68K |



Facility: Central Jail

Location: Floor 8 - Housing 8C Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Roll-In Showers - Seat

Barrier Description: No folding seat not provided a roll-in shower compartment

Code References: ADAAG 4.21.3 | CBC 11B-608.4 and 2010 ADAS 608.4

As Built Description: Fixed folding seat not provided

Proposed Solution: Provide fixed folding shower seat

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 69A |

Facility: Central Jail

Location: Floor 8 - Housing 8D Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes: 6 opening at 6 tables with 8 seatings at each table

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 69B |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8D Dayroom

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: Accessible Route - Interior     Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Medical box protrudes 9-1/2" at 28" high

Proposed Solution: Provide detectable warning

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:   Priority         Phase             Date             Status  Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 69C |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8D Dayroom

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: Accessible Route - Interior     Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Boxes protrude 8-1/4" at 28" high

Proposed Solution: Provide detectable warning

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:   Priority         Phase             Date             Status  Open

Notes:

# SZS ENGINEERING

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 69D |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8D Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Phone protrudes at 7" above 27" high within the circulation route

Proposed Solution: Provide detectable warning

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 69E |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8D Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone/communication device

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

CASp Inspection

# SZS ENGINEERING

# County of San Diego

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 69F |

Facility: Central Jail

Location: Floor 8 - Housing 8D Dayroom

Official Responsible: San Diego County

Facility Function: Public                          Dwg: 10 of 11

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - TTY

Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: ADAAG 4.1.3 (17) (c) (i) | CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 69G |

Facility: Central Jail

Location: Floor 8 - Housing 8D Dayroom

Official Responsible: San Diego County

Facility Function: Public                          Dwg: 10 of 11

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: ADAAG 4.31.5 (2) | CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No volume control provided

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 69H

Facility: Central Jail

Location: Floor 8 - Housing 8D Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Clearance at Phones

Barrier Description: Telephone handset/communication device lacks min. 30" x 48" clearance for wheelchair users

Code References: ADAAG 4.31.2 | CBC 11B-807.3 & 11B-704.2.1 and 2010 ADAS 807.3 & 704.2.1

As Built Description: Video call system clear floor space not provided

Proposed Solution: Move phone to accessible location or provide additional accessible phone in alternate location

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 69I

Facility: Central Jail

Location: Floor 8 - Housing 8D Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: Video communication device lacks cord at least 29" long

Proposed Solution: Replace handset or phone/communication device

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 69J |

Facility: Central Jail

Location: Floor 8 - Housing 8D Dayroom

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: Dining Facilities     Remediation: Required

Barrier Type: Table Seating - Ratio

Barrier Description: Min. 5% of all tables of each type are not accessible

Code References: ADAAG 4.1.3 (18) & 5.1* | CBC 11B-226.1 and 2010 ADAS 226.1

As Built Description: No accessible table provided

Proposed Solution: Provide min. 1 accessible table or 5% overall. Avoid pedestal base tables

As-Built Meas: 0     Quantity: EACH     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

Field Date: 3/13/2023     Report Date: 4/3/2023     Barrier #: 69K

Facility: Central Jail

Location: Floor 8 - Housing 8D Dayroom

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Beds - Clear Floor Space

Barrier Description: Clear floor space in a holding or housing cell lacks min. 30" x 48" space on at least one side of bed

Code References: ADAAG 4.2.4.1 | ADA/Section 504 Design Guide | CBC 11B-807.2.3 and 2010 ADAS 807.2.3

As Built Description: 32" - 36" between beds

Proposed Solution: Alter existing sleeping areas to comply

As-Built Meas: 2     Quantity: SF     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

307

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 69L |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8D Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Beds - Transfer Height

Barrier Description: Bed surface not 17" to 19" high to allow for safe transfer from wheelchair

Code References: US DOJ Section 504 Design Guide

As Built Description: 10-1/2" high

Proposed Solution: Alter existing bed and sleeping area to comply

As-Built Meas: 2     Quantity: EACH     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status  Open

Notes: 6 bunks 18 with 2 bed with turning circles and 8 bunks with 23 beds at the other side with between bed

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 69M |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8D Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Stairways          Remediation: Required

Barrier Type: Protruding Object - Overhanging

Barrier Description: Stairway overhang reduces vertical clearance to less than 80" high

Code References: ADAAG 4.4.2 and Figure 8 (c-1) | CBC 11B-307.4 and 2010 ADAS 307.4

As Built Description: Underside of stairway creates a protruding object below 80" with no detectable warning

Proposed Solution: Provide guardrail (detectable warning) with detectable edge max. 27" high from floor or ground

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status  Open

Notes:

# County of San Diego

**SZS ENGINEERING**

| | | | | | | |
|---|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 70A | |

Facility: Central Jail

Location: Floor 8 - Housing 8D Toilet Room

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: Restrooms     Remediation: Required

Barrier Type: Mirror - Location at Lavatory

Barrier Description: Mirror not provided above lavatory or dressing countertop

Code References: ADAAG 4.22.6 & 4.19.6* | CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: Mirror installed is not above lavatory or dressing countertop

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status: Open

Notes:

---

| | | | | | | |
|---|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 70B | |

Facility: Central Jail

Location: Floor 8 - Housing 8D Toilet Room

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: Restrooms     Remediation: Required

Barrier Type: Lavatory - Rim

Barrier Description: Lavatory rim or counter edge is higher than 34" AFF

Code References: ADAAG 4.19.2 | CBC 11B-606.3 and 2010 ADAS 606.3

As Built Description: 34-1/8" high rim

Proposed Solution: Provide min. one accessible lavatory

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status: Open

Notes:

# County of San Diego

**SZS ENGINEERING**

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 70C |

Facility: Central Jail
Location: Floor 8 - Housing 8D Toilet Room
Official Responsible: San Diego County
Facility Function: Public       Dwg: 10 of 11
Barrier Area: Restrooms     Remediation: Required
Barrier Type: Lavatory - Knee Clearance (Front)
Barrier Description: Lavatory bottom apron/edge not min. 29" high reducing to 27" high at 8" back from edge
Code References: ADAAG 4.19.2 | CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent)
As Built Description: 28-7/8" high knee clearance at front of apron/edge
Proposed Solution: Provide min. one accessible lavatory
As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 1 - High Severity
X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A
Implementation:   Priority ___   Phase ___   Date ___   Status Open
Notes:

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 70D
Facility: Central Jail
Location: Floor 8 - Housing 8D Toilet Room
Official Responsible: San Diego County
Facility Function: Public       Dwg: 10 of 11
Barrier Area: Restrooms     Remediation: Required
Barrier Type: Lavatory - Faucet Operation
Barrier Description: Lavatory faucet not operable with one hand (fist)
Code References: ADAAG 4.19.5 & 4.27.4 | CBC 11B-606.4 and 2010 ADAS 606.4
As Built Description: Rinse faucet not operable with one hand
Proposed Solution: Replace faucet
As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 1 - High Severity
X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A
Implementation:   Priority ___   Phase ___   Date ___   Status Open
Notes:

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 70E |

Facility: Central Jail

Location: Floor 8 - Housing 8D Toilet Room

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: Restrooms     Remediation: Required

Barrier Type: WC - Rear Grab Bar Location

Barrier Description: Rear grab bar not centered 12" from wall and 24" on the other side of WC

Code References: ADAAG Figure 29 (a) | CBC 11B-604.5.2 and 2010 ADAS 604.5.2

As Built Description: 10-1/2" OC

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:    Priority           Phase            Date            Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 70F |

Facility: Central Jail

Location: Floor 8 - Housing 8D Toilet Room

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: Restrooms     Remediation: Required

Barrier Type: WC - Side Grab Bar Extension

Barrier Description: Side grab bar does not extend min. 54" from rear wall or 24" from front rim

Code References: ADAAG Figure 29 (b) | CBC 11B-604.5.1 and 2010 ADAS 604.5.1

As Built Description: 46" from rear wall

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:    Priority           Phase            Date            Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 70G

Facility: Central Jail

Location: Floor 8 - Housing 8D Toilet Room

Official Responsible: San Diego County

Facility Function: Public   Dwg: 10 of 11

Barrier Area: Drinking Fountains   Remediation: Required

Barrier Type: Bubbler Spout Height

Barrier Description: Bubbler height exceeds 36"

Code References: ADAAG 4.15.2* | CBC 11B-602.4 and 2010 ADAS 602.4

As Built Description: 38-1/2" bubbler height

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority:    Phase:    Date:    Status: Open

Notes:

---

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 70H

Facility: Central Jail

Location: Floor 8 - Housing 8D Toilet Room

Official Responsible: San Diego County

Facility Function: Public   Dwg: 10 of 11

Barrier Area: Drinking Fountains   Remediation: Required

Barrier Type: Bubbler Spout Location

Barrier Description: Bubbler not located at the front within 5" of front rim of fountain or max. 15" from vertical support

Code References: ADAAG 4.15.3 | CBC 11B-602.5 and 2010 ADAS 602.4

As Built Description: 9" deep water spout from rim

Proposed Solution: Replace fountain with accessible unit

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 2 - Moderate Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority:    Phase:    Date:    Status: Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 70I

Facility: Central Jail

Location: Floor 8 - Housing 8D Toilet Room

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 10 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Hi-Low Unit not Provided

Barrier Description: Two fountains not provided (hi-low)

Code References: ADAAG 4.1.3 (10)* (a) | CBC 11B-211.2 & 11B-602.7 and 2010 ADAS 211.2 & 602.7

As Built Description: Low fountains not accessible for standing persons

Proposed Solution: Provide one low fountain for short people/wheelchair users and high fountain for standing persons

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase            Date            Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 71A

Facility: Central Jail

Location: Floor 8 - Housing 8D Shower

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Entry - Threshold

Barrier Description: Shower threshold more than 1/2" high

Code References: ADAAG 4.21.7 | CBC 11B-608.7 and 2010 ADAS 608.7

As Built Description: 5/8" high threshold

Proposed Solution: Remodel shower to provide accessible threshold

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase            Date            Status Open

Notes:

# SZS ENGINEERING

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 71B

Facility: Central Jail

Location: Floor 8 - Housing 8D Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 71C

Facility: Central Jail

Location: Floor 8 - Housing 8D Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Door/Gate Hardware - Operation

Barrier Description: Hardware not operable with a closed fist

Code References: ADAAG 4.13.9* | CBC 11B-404.2.7 and 2010 ADAS 404.2.7

As Built Description: Door hardware not accessible

Proposed Solution: Provide compliant hardware

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

Ex. C-568 314

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 71D |

Facility: Central Jail

Location: Floor 8 - Housing 8D Shower

Official Responsible: San Diego County

Facility Function: Public   Dwg: 10 of 11

Barrier Area: Doors or Gates   Remediation: Required

Barrier Type: Smooth Surface at Bottom - Kickplate

Barrier Description: Door/Gate lacks min. 10" smooth uninterrupted bottom surface

Code References: ADAAG Advisory A4.13.9 | CBC 11B-404.2.10 and 2010 ADAS 404.2.10

As Built Description: Bottom 10" of door or gate not smooth and uninterrupted. Plastic sheeting is not a replacement for a compliant door.

Proposed Solution: Provide door with 10" high smooth and uninterrupted surface

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority     Phase     Date     Status Open

Notes: Saloon-style door lacks surface for wheelchair footrests to make contact with to push the door open

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 71E |

Facility: Central Jail

Location: Floor 8 - Housing 8D Shower

Official Responsible: San Diego County

Facility Function: Public   Dwg: 10 of 11

Barrier Area: Restrooms   Remediation: Required

Barrier Type: Floor Slope

Barrier Description: Maximum slope of the floor exceeds 2% in any direction

Code References: ADAAG 4.3.7 | CBC 11B-302.1 and 2010 ADAS 302.1

As Built Description: 15.6% running slope into shower

Proposed Solution: Provide level floor when remodeling

As-Built Meas: 10   Quantity: SF   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority     Phase     Date     Status Open

Notes:

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 71F |

Facility: Central Jail

Location: Floor 8 - Housing 8D Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Restrooms          Remediation: Required

Barrier Type: Floor Slope

Barrier Description: Maximum slope of the floor exceeds 2% in any direction

Code References: ADAAG 4.3.7 | CBC 11B-302.1 and 2010 ADAS 302.1

As Built Description: 5.2% - 6.5% slope to drain

Proposed Solution: Provide level floor when remodeling

As-Built Meas: 10    Quantity: SF    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 71G

Facility: Central Jail

Location: Floor 8 - Housing 8D Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Grab Bars - Location

Barrier Description: Grab bars installed above the seat

Code References: ADAAG 4.21.4 Figure 37 | CBC 11B-608.3 and 2010 ADAS 608.3

As Built Description: Grab bars installed at the opposite location

Proposed Solution: Remove existing grab bars and install accessible grab bars

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 71H |

Facility: Central Jail

Location: Floor 8 - Housing 8D Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: ADAAG 4.26.2* | CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 71I |

Facility: Central Jail

Location: Floor 8 - Housing 8D Shower

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: RR-Showers          Remediation: Required

Barrier Type: Roll-In Showers - Seat

Barrier Description: No folding seat not provided a roll-in shower compartment

Code References: ADAAG 4.21.3 | CBC 11B-608.4 and 2010 ADAS 608.4

As Built Description: Fixed folding seat not provided

Proposed Solution: Provide fixed folding shower seat

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 71J

Facility: Central Jail

Location: Floor 8 - Housing 8D Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Adjustable

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: ADAAG 4.21.6 | CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority      Phase      Date      Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 71K

Facility: Central Jail

Location: Floor 8 - Housing 8D Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Shower Head - Excess Vandalism

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: ADAAG 4.21.6 Exception | CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority      Phase      Date      Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 71L |

Facility: Central Jail

Location: Floor 8 - Housing 8D Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Roll-In Showers - Control Height

Barrier Description: Controls, faucets, and shower spray unit not located above the grab bar at max. 48"

Code References: ADAAG 4.21.5 & Figure 37 | CBC 11B-608.5.2 and 2010 ADAS 608.5.2

As Built Description: 52-3/4" high shower controls

Proposed Solution: Remodel shower to provide accessible controls

As-Built Meas: 1     Quantity: SF     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status: Open

Notes:

---

Field Date: 3/13/2023     Report Date: 4/3/2023     Barrier #: 71M

Facility: Central Jail

Location: Floor 8 - Housing 8D Shower

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: RR-Showers     Remediation: Required

Barrier Type: Dispensers - Control Point

Barrier Description: Dispenser control point or operating mechanism not max. 40" AFF (ADAAG 48" high forward reach)

Code References: ADAAG 4.2.5* | CBC 11B-603.5

As Built Description: 41-1/4" high

Proposed Solution: Replace or remount dispenser

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status: Open

Notes:

---

CASp Inspection

319

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 72A |

| Facility: | Central Jail |

| Location: | Floor 8 - Housing 8E Dayroom |

| Official Responsible: | San Diego County |

| Facility Function: | Public | | Dwg: | 10 of 11 |

| Barrier Area: | Signage | Remediation: | Required |

| Barrier Type: | Room ID Sign - No Tactile Information |

| Barrier Description: | Room ID sign provided for sighted people lacks tactile info for the visually impaired |

| Code References: | ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2 |

| As Built Description: | No tactile information provided where visual sign exists |

| Proposed Solution: | Provide room ID sign with tactile information at wall at latch side of door |

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |

| Notes: | |

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 72B |

| Facility: | Central Jail |

| Location: | Floor 8 - Housing 8E Dayroom |

| Official Responsible: | San Diego County |

| Facility Function: | Public | | Dwg: | 10 of 11 |

| Barrier Area: | Accessible Route - Interior | Remediation: | Required |

| Barrier Type: | Protruding Object - Wall Mounted Object |

| Barrier Description: | Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high |

| Code References: | ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2 |

| As Built Description: | Medical box protrudes 9-1/2" at 28" high |

| Proposed Solution: | Provide detectable warning |

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |

| Notes: | |

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 72C |

Facility: Central Jail

Location: Floor 8 - Housing 8E Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Accessible Route - Interior     Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Boxes protrude 8-1/4" at 28" high

Proposed Solution: Provide detectable warning

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 72D |

Facility: Central Jail

Location: Floor 8 - Housing 8E Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Accessible Route - Interior     Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Phone protrudes at 7" above 27" high within the circulation route

Proposed Solution: Provide detectable warning

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:    Priority _____    Phase _____    Date _____    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 72E |

Facility: Central Jail

Location: Floor 8 - Housing 8E Dayroom

Official Responsible: San Diego County

Facility Function: Public        Dwg: 10 of 11

Barrier Area: Detention Facilities        Remediation: Required

Barrier Type: Communication Features - Clearance at Phones

Barrier Description: Telephone handset/communication device lacks min. 30" x 48" clearance for wheelchair users

Code References: ADAAG 4.31.2 | CBC 11B-807.3 & 11B-704.2.1 and 2010 ADAS 807.3 & 704.2.1

As Built Description: Telephone clear floor space not provided

Proposed Solution: Move phone to accessible location or provide additional accessible phone in alternate location

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 72F |

Facility: Central Jail

Location: Floor 8 - Housing 8E Dayroom

Official Responsible: San Diego County

Facility Function: Public        Dwg: 10 of 11

Barrier Area: Detention Facilities        Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone/communication device

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 72G |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8E Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - TTY

Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: ADAAG 4.1.3 (17) (c) (i) | CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 72H |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8E Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: ADAAG 4.31.5 (2) |CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No volume control provided

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

Ex. C-577

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 72I

Facility: Central Jail

Location: Floor 8 - Housing 8E Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Clearance at Phones

Barrier Description: Telephone handset/communication device lacks min. 30" x 48" clearance for wheelchair users

Code References: ADAAG 4.31.2 | CBC 11B-807.3 & 11B-704.2.1 and 2010 ADAS 807.3 & 704.2.1

As Built Description: Video call system clear floor space not provided

Proposed Solution: Move phone to accessible location or provide additional accessible phone in alternate location

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 72J

Facility: Central Jail

Location: Floor 8 - Housing 8E Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: Video communication device lacks cord at least 29" long

Proposed Solution: Replace handset or phone/communication device

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ____    Phase ____    Date ____    Status Open

Notes:

---

# SZS ENGINEERING

## County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 72K |



Facility: Central Jail

Location: Floor 8 - Housing 8E Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Pedestrian Protection - No alcove

Barrier Description: Fountain protrudes more than 4" into the circulation path with no detectable warning

Code References: ADAAG 4.4.1* | CBC 11B-602.9 and 2010 ADAS 307.2

As Built Description: Fountain not provided with detectable warning on both sides or located entirely within an alcove

Proposed Solution: Provide alcove, wing walls or similar min. 32" wide and 18" deep

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes: DFs same, 27" knee clearance, 36" high bubbler, 12" deep, 42" high bubbler

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 72L |



Facility: Central Jail

Location: Floor 8 - Housing 8E Dayroom

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Drinking Fountains    Remediation: Required

Barrier Type: Hi-Low Unit not Provided

Barrier Description: Two fountains not provided (hi-low)

Code References: ADAAG 4.1.3 (10)* (a) | CBC 11B-211.2 & 11B-602.7 and 2010 ADAS 211.2 & 602.7

As Built Description: Low fountains not accessible for standing persons

Proposed Solution: Provide one low fountain for short people/wheelchair users and high fountain for standing persons

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 72M |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8E Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Drinking Fountains          Remediation: Required

Barrier Type: Knee Clearance (Height and Depth)

Barrier Description: Knee clearance of at least 27" high at min. 8" deep and 9" high at min. 11" deep or not provided

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.2 and 2010 ADAS 602.2

As Built Description: 27" high knee clearance

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status  Open

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 72N |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8E Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Drinking Fountains          Remediation: Required

Barrier Type: Toe Clearance

Barrier Description: Toe clearance of at least 17" deep or max. 25" deep and min. 9" high not provided

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.2 and 2010 ADAS 602.2

As Built Description: 12" deep toe clearance

Proposed Solution: Replace drinking fountain with accessible unit or remount existing

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status  Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 72O |

Facility: Central Jail

Location: Floor 8 - Housing 8E Dayroom

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: Drinking Fountains     Remediation: Required

Barrier Type: Depth

Barrier Description: Wall/post mounted fountain not min. 18" deep (ADAAG 17" - 19" deep)

Code References: ADAAG 4.15.5 (1) | CBC 11B-602.8

As Built Description: 12" deep

Proposed Solution: Replace fountain with accessible unit

As-Built Meas: 0     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

---

Field Date: 3/13/2023     Report Date: 4/3/2023     Barrier #: 72P

Facility: Central Jail

Location: Floor 8 - Housing 8E Dayroom

Official Responsible: San Diego County

Facility Function: Public     Dwg: 10 of 11

Barrier Area: Dining Facilities     Remediation: Required

Barrier Type: Table Seating - Ratio

Barrier Description: Min. 5% of all tables of each type are not accessible

Code References: ADAAG 4.1.3 (18) & 5.1* | CBC 11B-226.1 and 2010 ADAS 226.1

As Built Description: 3 tables with 20 total seats. No wheelchair accessible seating provided.

Proposed Solution: Provide min. 1 accessible table. Avoid pedestal base tables

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 72Q |

Facility: Central Jail

Location: Floor 8 - Housing 8E Dayroom

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Stairways          Remediation: Required

Barrier Type: Protruding Object - Overhanging

Barrier Description: Stairway overhang reduces vertical clearance to less than 80" high

Code References: ADAAG 4.4.2 and Figure 8 (c-1) | CBC 11B-307.4 and 2010 ADAS 307.4

As Built Description: Underside of stairway creates a protruding object below 80" with no detectable warning

Proposed Solution: Provide guardrail (detectable warning) with detectable edge max. 27" high from floor or ground

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes:

---

| | | | | | |
|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 73A |



Facility: Central Jail

Location: Floor 8 - Housing 8E Cell E05

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority          Phase          Date          Status Open

Notes: OCCUPIED

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 73B |

Facility: Central Jail

Location: Floor 8 - Housing 8E Cell E05

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Door/Gate Height - Existing

Barrier Description: Door/Gate clearance not min. 80" high

Code References: ADAAG 4.3.5 & 4.4.2 | CBC 11B-404.2.3 & 11B-307.2 and 2010 ADAS 404.2.3 & 307.2

As Built Description: 78" door height

Proposed Solution: Replace door or gate

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---



| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 73C |

Facility: Central Jail

Location: Floor 8 - Housing 8E Cell E05

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 52-1/4" high view panel

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority:    Phase:    Date:    Status: Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 73D |



Facility: Central Jail

Location: Floor 8 - Housing 8E Cell E05

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Accessible Route - Interior    Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Deliver box protrudes 16" at 36" high

Proposed Solution: Remove object or provide detectable warning

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 73E |



Facility: Central Jail

Location: Floor 8 - Housing 8E Cell E05

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Mirror - Bottom Edge

Barrier Description: Mirror at lavatory/countertop not max. 40" high at edge of reflecting surface at lavatory or max 35" high when located elsewhere

Code References: ADAAG 4.19.6* | CBC 11B-603.3 and 2010 ADAS 603.3

As Built Description: 41-1/2" high

Proposed Solution: Provide min. one accessible mirror at lavatory or dressing counter

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 73F |
|---|---|---|---|---|---|



| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 8 - Housing 8E Cell E05 |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: | 10 of 11 |
| Barrier Area: | Restrooms | Remediation: | Required |
| Barrier Type: | Lavatory - Knee Clearance (Front) |

| Barrier Description: | Lavatory bottom apron/edge not min. 29" high reducing to 27" high at 8" back from edge |
|---|---|
| Code References: | ADAAG 4.19.2 | CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent) |
| As Built Description: | 28-1/4" high x 16" wide knee clearance |
| Proposed Solution: | Provide min. one accessible lavatory |

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 73G |
|---|---|---|---|---|---|



| | |
|---|---|
| Facility: | Central Jail |
| Location: | Floor 8 - Housing 8E Cell E05 |
| Official Responsible: | San Diego County |
| Facility Function: | Public | Dwg: | 10 of 11 |
| Barrier Area: | Restrooms | Remediation: | Required |
| Barrier Type: | Lavatory - Clear Floor Space |

| Barrier Description: | No clear floor space 30" x 48" at lavatory to allow forward approach |
|---|---|
| Code References: | ADAAG 4.19.3 | CBC 11B-606.2 and 2010 ADAS 606.2 |
| As Built Description: | 27-1/2" wide to bed |
| Proposed Solution: | Provide min. 1 accessible lavatory |

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

CASp Inspection

# County of San Diego

**SZS ENGINEERING**



| | | |
|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 73H |

Facility: Central Jail

Location: Floor 8 - Housing 8E Cell E05

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - No Grab Bars

Barrier Description: Grab bars not provided at the water closet

Code References: ADAAG 4.26.1* | CBC 11B-604.5 and 2010 ADAS 604.5

As Built Description: No grab bars provided

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority       Phase       Date       Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 73I



Facility: Central Jail

Location: Floor 8 - Housing 8E Cell E05

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Toilet with Lavatory

Barrier Description: Clear space in front of closet not min. 60" wide x 56" deep

Code References: ADAAG 4.17.3* Figure 30 (a) | CBC 11B-604.3.1 and 2010 ADAS 604.3.1

As Built Description: Water closet clearance to 41" wide between wall and bed

Proposed Solution: Remodel toilet room

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority       Phase       Date       Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 73J |



Facility: Central Jail

Location: Floor 8 - Housing 8E Cell E05

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Toilet Paper Dispenser - Centerline

Barrier Description: Centerline of toilet tissue dispenser not within 7" to 9" toilet seat front edge

Code References: ADAAG 4.16.6 & Figure 29 (b)| CBC 11B-604.7 and 2010 ADAS 604.7

As Built Description: Dispenser installed behind water closet

Proposed Solution: Reposition or replace toilet paper dispenser

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 73K |



Facility: Central Jail

Location: Floor 8 - Housing 8E Cell E05

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Flush Controls Height

Barrier Description: Flush controls mounted higher than 44" AFF

Code References: ADAAG 4.16.5* | CBC 11B-604.6 (2010 ADAS 604.6 less stringent)

As Built Description: Located above 44" and clear floor space is blocked by toilet

Proposed Solution: Replace water closet, or where possible replace flush controls

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

# County of San Diego

**SZS ENGINEERING**

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 73L |



Facility: Central Jail

Location: Floor 8 - Housing 8E Cell E05

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Beds - Clear Floor Space

Barrier Description: Clear floor space in a holding or housing cell lacks min. 30" x 48" space on at least one side of bed

Code References: ADAAG 4.2.4.1 | ADA/Section 504 Design Guide | CBC 11B-807.2.3 and 2010 ADAS 807.2.3

As Built Description: 29-1/4" deep to desk

Proposed Solution: Alter existing sleeping areas to comply

As-Built Meas: 10    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 73M |



Facility: Central Jail

Location: Floor 8 - Housing 8E Cell E05

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Beds - Transfer Height

Barrier Description: Bed surface not 17" to 19" high to allow for safe transfer from wheelchair

Code References: US DOJ Section 504 Design Guide

As Built Description: 16-3/4" high

Proposed Solution: Alter existing bed and sleeping area to comply

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego



| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 73N |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8E Cell E05

Official Responsible: San Diego County

Facility Function: Public        Dwg: 10 of 11

Barrier Area: Detention Facilities        Remediation: Required

Barrier Type: Holding Cells - Turning Space 60" Circle

Barrier Description: Floor or ground surfaces in holding or housing cell lack min. 60" turning circle

Code References: ADAAG 4.2.3* | ADA/Section 504 Design Guide | CBC 11B-807.2.1 & 11B-304.3.1 and 2010

As Built Description: Fixed desk reduces 60" turning circle to 30-1/2"

Proposed Solution: Remodel to provide compliant floor or ground surface

| As-Built Meas: | 1 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 74A |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8E Shower

Official Responsible: San Diego County

Facility Function: Public        Dwg: 10 of 11

Barrier Area: RR-Showers        Remediation: Required

Barrier Type: Shower Entry - Threshold

Barrier Description: Shower threshold more than 1/2" high

Code References: ADAAG 4.21.7 | CBC 11B-608.7 and 2010 ADAS 608.7

As Built Description: 3/8" high threshold

Proposed Solution: Remodel shower to provide accessible threshold

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

CASp Inspection

# SZS ENGINEERING

# County of San Diego

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 74B |
| Facility: | Central Jail |
| Location: | Floor 8 - Housing 8E Shower |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Dwg: | 10 of 11 |
| Barrier Area: | Signage |
| Remediation: | Required |
| Barrier Type: | Room ID Sign - No Tactile Information |
| Barrier Description: | Room ID sign provided for sighted people lacks tactile info for the visually impaired |
| Code References: | ADAAG 4.1.2 (7) & 4.1.3 (16) \| CBC 11B-216.2 and 2010 ADAS 216.2 |
| As Built Description: | No tactile information provided where visual sign exists |
| Proposed Solution: | Provide room ID sign with tactile information at wall at latch side of door |
| As-Built Meas: | 1 |
| Quantity: | EACH |
| Cost Estimate: | $0.00 |
| BSR: | 1 - High Severity |
| X Coordinate | N/A |
| Y Coordinate: | N/A |
| Z Coordinate: | N/A |
| Implementation: Priority | Phase | Date | Status | Open |
| Notes: | |

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 74C |
| Facility: | Central Jail |
| Location: | Floor 8 - Housing 8E Shower |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Dwg: | 10 of 11 |
| Barrier Area: | Doors or Gates |
| Remediation: | Required |
| Barrier Type: | Door/Gate Hardware - Operation |
| Barrier Description: | Hardware not operable with a closed fist |
| Code References: | ADAAG 4.13.9* \| CBC 11B-404.2.7 and 2010 ADAS 404.2.7 |
| As Built Description: | Door hardware not accessible |
| Proposed Solution: | Provide compliant hardware |
| As-Built Meas: | 1 |
| Quantity: | EACH |
| Cost Estimate: | $0.00 |
| BSR: | 1 - High Severity |
| X Coordinate | N/A |
| Y Coordinate: | N/A |
| Z Coordinate: | N/A |
| Implementation: Priority | Phase | Date | Status | Open |
| Notes: | |

# County of San Diego

**SZS ENGINEERING**

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 74D |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8E Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Smooth Surface at Bottom - Kickplate

Barrier Description: Door/Gate lacks min. 10" smooth uninterrupted bottom surface

Code References: ADAAG Advisory A4.13.9 | CBC 11B-404.2.10 and 2010 ADAS 404.2.10

As Built Description: Bottom 10" of door or gate not smooth and uninterrupted. Plastic sheeting is not a replacement for a compliant door.

Proposed Solution: Provide door with 10" high smooth and uninterrupted surface

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority ___ Phase ___ Date ___ Status Open

Notes: Saloon-style door lacks surface for wheelchair footrests to make contact with to push the door open

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 74E |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8 - Housing 8E Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Clear Floor Space    Remediation: Required

Barrier Type: Clear Floor Space - Alcove (Side Approach)

Barrier Description: Side approach alcove width is not min. 60" where depth exceeds 15"

Code References: ADAAG 4.2.4.2 & Fig. 4(d) and (e) | CBC 11B-305.7.2 and 2010 ADAS 305.7.2

As Built Description: Shower located at the end of a deep alcove with no min. 60" required maneuvering clearance

Proposed Solution: Remodel area to provide connection to alcove

As-Built Meas: 1    Quantity: SF    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation: Priority ___ Phase ___ Date ___ Status Open

Notes:

---

CASp Inspection

**SZS**
ENGINEERING

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 74F |

Facility: Central Jail

Location: Floor 8 - Housing 8E Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Roll-In Showers - 30" x 60"

Barrier Description: Shower dimension not min. 30" wide and min. 60" deep clear inside dimensions measured at center points of opposing sides with a full opening width on the long side

Code References: ADAAG 4.21.2 & Figure 35 | CBC 11B-608.2.2 and 2010 ADAS 608.2.2

As Built Description: 73-1/4" wide x 42-1/2" deep

Proposed Solution: Remodel to provide accessible shower

| As-Built Meas: | 60 | Quantity: | SF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes: Shower stall dimensions are also not compliant under the CBC enforced at the time of construction (48" wide x 42" deep).

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 74G |

Facility: Central Jail

Location: Floor 8 - Housing 8E Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Location

Barrier Description: Grab bars installed above the seat

Code References: ADAAG 4.21.4 Figure 37 | CBC 11B-608.3 and 2010 ADAS 608.3

As Built Description: Grab bars installed at the opposite location

Proposed Solution: Remove existing grab bars and install accessible grab bars

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |

| Implementation: | Priority | | Phase | | Date | | Status | Open |

Notes:

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 74H |

Facility: Central Jail

Location: Floor 8 - Housing 8E Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Grab Bars - Spacing Below Bar

Barrier Description: Space between the grab bar and projecting objects below and at the ends not 1-1/2 inches (38 mm) minimum

Code References: ADAAG 4.26.2* | CBC 11B-608.3 & 11B-609.3 and 2010 ADAS 608.3 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 74I |

Facility: Central Jail

Location: Floor 8 - Housing 8E Shower

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: RR-Showers    Remediation: Required

Barrier Type: Roll-In Showers - Seat

Barrier Description: No folding seat not provided a roll-in shower compartment

Code References: ADAAG 4.21.3 | CBC 11B-608.4 and 2010 ADAS 608.4

As Built Description: Fixed folding seat not provided

Proposed Solution: Provide fixed folding shower seat

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 74J |
| Facility: | Central Jail |
| Location: | Floor 8 - Housing 8E Shower |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Dwg: | 10 of 11 |
| Barrier Area: | RR-Showers |
| Remediation: | Required |
| Barrier Type: | Shower Head - Adjustable |

Barrier Description: Shower spray unit cannot be used both in a fixed-position and as a hand-held shower

Code References: ADAAG 4.21.6 | CBC 11B-608.6 and 2010 ADAS 608.6

As Built Description: Fixed shower spray not adjustable

Proposed Solution: Remodel shower to provide accessible shower spray unit

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| | |
|---|---|
| Field Date: | 3/13/2023 |
| Report Date: | 4/3/2023 |
| Barrier #: | 74K |
| Facility: | Central Jail |
| Location: | Floor 8 - Housing 8E Shower |
| Official Responsible: | San Diego County |
| Facility Function: | Public |
| Dwg: | 10 of 11 |
| Barrier Area: | RR-Showers |
| Remediation: | Required |
| Barrier Type: | Shower Head - Excess Vandalism |

Barrier Description: Where subject to excessive vandalism, shower head can not be operated independently of the other and have no swivel angle adjustments

Code References: ADAAG 4.21.6 Exception | CBC 11B-608.6 Exception and 2010 ADAS 608.6 Exception

As Built Description: No horizontal and vertical swivel angle adjustment

Proposed Solution: Remodel shower to provide accessible shower spray unit

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|
| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A | | |

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

CASp Inspection

240

# County of San Diego

**SZS ENGINEERING**

| | | | | | | |
|---|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 75A | |

Facility: Central Jail

Location: Floor 8 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Signage          Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

| | | | | | | |
|---|---|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 75B | |

Facility: Central Jail

Location: Floor 8 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public          Dwg: 10 of 11

Barrier Area: Accessible Route - Interior          Remediation: Required

Barrier Type: Floor Surface - Firm and Stable

Barrier Description: Accessible route is not firm and stable

Code References: ADAAG 4.3.6 & 4.5.1* | CBC 11B-403.2 & 11B-302.1 and 2010 ADAS 403.2 & 302.1

As Built Description: Surface is not firm and stable

Proposed Solution: Repair floor surface as needed

As-Built Meas: 4     Quantity: SF     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A          Y Coordinate: N/A          Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023  Report Date: 4/3/2023  Barrier #: 75C

Facility: Central Jail

Location: Floor 8 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public  Dwg: 10 of 11

Barrier Area: Accessible Route - Interior  Remediation: Required

Barrier Type: Protruding Object - Wall Mounted Object

Barrier Description: Wall mounted object protrudes more than 4" into accessible route between 27" and 80" high

Code References: ADAAG 4.4.1* | CBC 11B-307.2 and 2010 ADAS 307.2

As Built Description: Phone protrudes 7" above 27" high within the circulation route

Proposed Solution: Remove object or provide detectable warning

As-Built Meas: 1  Quantity: JOB  Cost Estimate: $0.00  BSR: 1 - High Severity

X Coordinate: N/A  Y Coordinate: N/A  Z Coordinate: N/A

Implementation:  Priority ___  Phase ___  Date ___  Status Open

Notes:

---

Field Date: 3/13/2023  Report Date: 4/3/2023  Barrier #: 75D

Facility: Central Jail

Location: Floor 8 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public  Dwg: 10 of 11

Barrier Area: Detention Facilities  Remediation: Required

Barrier Type: Communication Features - Handset Cord

Barrier Description: Telephone handset/communication device lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-807.3 & 11B-704.2.4 and 2010 ADAS 807.3 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone/communication device

As-Built Meas: 1  Quantity: JOB  Cost Estimate: $0.00  BSR: 2 - Moderate Severity

X Coordinate: N/A  Y Coordinate: N/A  Z Coordinate: N/A

Implementation:  Priority ___  Phase ___  Date ___  Status Open

Notes:

---

CASp Inspection

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023  Report Date: 4/3/2023  Barrier #: 75E

Facility: Central Jail

Location: Floor 8 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public  Dwg: 10 of 11

Barrier Area: Detention Facilities  Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high (ADAAG 54" high side reach)

Code References: ADAAG 4.31.3* & 4.2.6* | CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 70

As Built Description: 52-3/4" high

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1  Quantity: JOB  Cost Estimate: $0.00  BSR: 2 - Moderate Severity

X Coordinate N/A  Y Coordinate: N/A  Z Coordinate: N/A

Implementation:  Priority [ ]  Phase [ ]  Date [ ]  Status Open

Notes:

---

Field Date: 3/13/2023  Report Date: 4/3/2023  Barrier #: 75F

Facility: Central Jail

Location: Floor 8 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public  Dwg: 10 of 11

Barrier Area: Detention Facilities  Remediation: Required

Barrier Type: Communication Features - TTY

Barrier Description: No TTY installed where pay phones/communication devices are provided in a secured area

Code References: ADAAG 4.1.3 (17) (c) (i) | CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide at least one TTY in a secured area

As-Built Meas: 1  Quantity: JOB  Cost Estimate: $0.00  BSR: 2 - Moderate Severity

X Coordinate N/A  Y Coordinate: N/A  Z Coordinate: N/A

Implementation:  Priority [ ]  Phase [ ]  Date [ ]  Status Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 75G



Facility: Central Jail

Location: Floor 8 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Communication Features - Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: ADAAG 4.31.5 (2) | CBC 11B-807.3 & 11B-704.3 and 2010 ADAS 807.3 & 704.3

As Built Description: No volume control provided

Proposed Solution: Remodel to provide accessible telephone handset/communication devices in cells

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 75H



Facility: Central Jail

Location: Floor 8 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Lavatory - Rim

Barrier Description: Lavatory rim or counter edge is higher than 34" AFF

Code References: ADAAG 4.19.2 | CBC 11B-606.3 and 2010 ADAS 606.3

As Built Description: 34-1/4" high rim

Proposed Solution: Provide min. one accessible lavatory

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

CASp Inspection



**SZS**
ENGINEERING

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 75I |

Facility: Central Jail

Location: Floor 8 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Rear Grab Bar Location

Barrier Description: Rear grab bar not centered 12" from wall and 24" on the other side of WC

Code References: ADAAG Figure 29 (a) | CBC 11B-604.5.2 and 2010 ADAS 604.5.2

As Built Description: 10" OC

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 75J |

Facility: Central Jail

Location: Floor 8 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 10 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: WC - Side Grab Bar Extension

Barrier Description: Side grab bar does not extend min. 54" from rear wall or 24" from front rim

Code References: ADAAG Figure 29 (b) | CBC 11B-604.5.1 and 2010 ADAS 604.5.1

As Built Description: 34" from rear wall

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate: N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

CASp Inspection    Ex. C-599    345

**SZS ENGINEERING**

# County of San Diego

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 75K



Facility: Central Jail

Location: Floor 8 - Exercise Yard Area

Official Responsible: San Diego County

Facility Function: Public   Dwg: 10 of 11

Barrier Area: Restrooms   Remediation: Required

Barrier Type: WC - Grab Bars Objects (Below)

Barrier Description: Projecting object mounted below the grab bar within 1-1/2" of bar

Code References: ADAAG 4.26.2* | CBC 11B-604.5 & 11B-609.3 and 2010 ADAS 604.5 & 609.3

As Built Description: Infill plate for ligature resistance obstructs gripping surface within 1-1/2" below the bar

Proposed Solution: Remove infill plate and install ligature resistant plate that does not block gripping surface

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes:

---

Field Date: 3/13/2023   Report Date: 4/3/2023   Barrier #: 76A

Facility: Central Jail

Location: Floor 8M - Elevator Corridor

Official Responsible: San Diego County

Facility Function: Public   Dwg: 11 of 11

Barrier Area: Elevators   Remediation: Required

Barrier Type: Doorjamb Marking - Braille

Barrier Description: Braille not placed below the corresponding raised characters on both door jambs

Code References: ADAAG 4.10.5 | CBC 11B-407.2.3.1 and 2010 ADAS 407.2.3.1

As Built Description: Door jamb signage not compliant

Proposed Solution: Replace door jamb signage

As-Built Meas: 1   Quantity: EACH   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate: N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes:

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 76B |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 8M - Elevator Corridor |
| Official Responsible: | San Diego County |

| Facility Function: | Public | | Dwg: | 11 of 11 |
|---|---|---|---|---|

| Barrier Area: | Elevators | Remediation: | Required |
|---|---|---|---|
| Barrier Type: | No Hall Lanterns | | |

| Barrier Description: | Visual and audible signals not provided at each hoistway entrance to answer calls |
|---|---|

| Code References: | ADAAG 4.10.4 | CBC 11B-407.2.2.1 and 2010 ADAS 407.2.2.1 |
|---|---|

| As Built Description: | Lanterns do not comply |
|---|---|

| Proposed Solution: | Replace hall lanterns |
|---|---|

| As-Built Meas: | 1 | Quantity: | EACH | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 77 |
|---|---|---|---|---|---|

| Facility: | Central Jail |
|---|---|
| Location: | Floor 8M - Accessible Route |
| Official Responsible: | San Diego County |

| Facility Function: | Public | | Dwg: | 11 of 11 |
|---|---|---|---|---|

| Barrier Area: | Stairways | Remediation: | Required |
|---|---|---|---|
| Barrier Type: | Handrail/Guardrail - Opening Limitations | | |

| Barrier Description: | Guard or handrail has openings that allow passage of a 4" sphere, where the drop is more than 30" high |
|---|---|

| Code References: | ADAAG N/A | CBC 1015 (Life Safety) |
|---|---|

| As Built Description: | 13" opening |
|---|---|

| Proposed Solution: | Replace guard or handrails at both sides of stairway |
|---|---|

| As-Built Meas: | 60 | Quantity: | LF | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

| Notes: | |
|---|---|

CASp Inspection

347

# SZS
ENGINEERING

## County of San Diego



Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 78A

Facility: Central Jail

Location: Floor 8M - Visitation area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 11 of 11

Barrier Area: Signage    Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 78B

Facility: Central Jail

Location: Floor 8M - Visitation area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 11 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 51-1/2" high view panel

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

CASp Inspection

# SZS ENGINEERING

## County of San Diego



Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 78C

Facility: Central Jail

Location: Floor 8M - Visitation area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 11 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Visitation Area Partitions - Telephone Volume Controls

Barrier Description: Telephone handset/communication device provided lacks volume control that provides a gain adjustable up to 20 dB minimum

Code References: ADAAG 4.31.5 (2) | CBC 11B-232.5.2, 11B-904.6 & 11B-704.3 and 2010 ADAS 232.5.2, 904.6

As Built Description: No volume control provided

Proposed Solution: Provide telephone handset device accessible to the hearing impaired at cubicles/counters at partitions

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    |    Phase    |    Date    |    Status    Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 78D

Facility: Central Jail

Location: Floor 8M - Visitation area

Official Responsible: San Diego County

Facility Function: Public    Dwg: 11 of 11

Barrier Area: Detention Facilities    Remediation: Required

Barrier Type: Visitation Area Partitions - Telephone Handset Cord

Barrier Description: Telephone handset lacks cord at least 29" long

Code References: ADAAG 4.31.8 | CBC 11B-232.5.2 & 11B-704.2.4 and 2010 ADAS 232.5.2 & 704.2.4

As Built Description: 9" long

Proposed Solution: Replace handset or phone

As-Built Meas: 1    Quantity: JOB    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    |    Phase    |    Date    |    Status    Open

Notes:

---

CASp Inspection

Ex. C-603    349

# County of San Diego

**SZS ENGINEERING**

Field Date: 3/13/2023     Report Date: 4/3/2023     Barrier #: 78E

Facility: Central Jail

Location: Floor 8M - Visitation area

Official Responsible: San Diego County

Facility Function: Public     Dwg: 11 of 11

Barrier Area: Detention Facilities     Remediation: Required

Barrier Type: Visitation Area Partitions - TTY Unit

Barrier Description: No TTY unit provided in at least one secured area used by detainees or inmates and security personnel

Code References: ADAAG 4.1.3 (17) (c) (i) | CBC 11B-217.4.8 and 2010 ADAS 217.4.8

As Built Description: No TTY device provided where pay phones are provided

Proposed Solution: Provide min. one TTY device where other pay phones are provided

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority:         Phase:         Date:         Status: Open

Notes:

---

Field Date: 3/13/2023     Report Date: 4/3/2023     Barrier #: 79A

Facility: Central Jail

Location: Floor 8M - Multi-Purpose Room

Official Responsible: San Diego County

Facility Function: Public     Dwg: 11 of 11

Barrier Area: Signage     Remediation: Required

Barrier Type: Room ID Sign - No Tactile Information

Barrier Description: Room ID sign provided for sighted people lacks tactile info for the visually impaired

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information provided where visual sign exists

Proposed Solution: Provide room ID sign with tactile information at wall at latch side of door

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority:         Phase:         Date:         Status: Open

Notes:

---

CASp Inspection

**SZS ENGINEERING**

# County of San Diego

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 79B |



Facility: Central Jail

Location: Floor 8M - Multi-Purpose Room

Official Responsible: San Diego County

Facility Function: Public          Dwg: 11 of 11

Barrier Area: Doors or Gates          Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 51-1/2" high view panel

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 3 - Low Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

| | | | | |
|---|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: 79C |



Facility: Central Jail

Location: Floor 8M - Multi-Purpose Room

Official Responsible: San Diego County

Facility Function: Public          Dwg: 11 of 11

Barrier Area: Detention Facilities          Remediation: Required

Barrier Type: Communication Features - Reach Range

Barrier Description: Telephone/communication device controls are not max. 48" high (ADAAG 54" high side reach)

Code References: ADAAG 4.31.3* & 4.2.6* | CBC 11B-807.3, 11B-704.2.2 & 11B-309 and 2010 ADAS 807.3, 70

As Built Description: 50-1/2" high

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 2 - Moderate Severity

X Coordinate: N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority          Phase          Date          Status Open

Notes:

---

CASp Inspection

251

# SZS ENGINEERING

## County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 79D |

Facility: Central Jail

Location: Floor 8M - Multi-Purpose Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 11 of 11

Barrier Area: Counters and Tables    Remediation: Required

Barrier Type: Podium - Knee Clearance (Height and Depth)

Barrier Description: Podium knee clearance of at least 27" high at min. 8" deep and 9" high at min. 11" deep or not provided

Code References: ADAAG 4.32.3 | CBC 11B-306.3 and 2010 ADAS 306.3

As Built Description: No knee clearance

Proposed Solution: Reposition podium to provide knee clearance

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 79E |

Facility: Central Jail

Location: Floor 8M - Multi-Purpose Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 11 of 11

Barrier Area: Counters and Tables    Remediation: Required

Barrier Type: Table - Knee Clearance

Barrier Description: Knee clearance of at least 27" high, 30" wide and 19" deep not provided

Code References: ADAAG 4.32.3 | CBC 11B-902.2 & 11B-306.3.3 Exception 2 (2010 ADAS 306.3 less stringent)

As Built Description: 14-3/4" deep knee clearance at folding table due to brace support

Proposed Solution: Provide min. 1 accessible table and 5% overall. Avoid pedestal base tables.

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority ___    Phase ___    Date ___    Status Open

Notes:

---

CASp Inspection

# SZS
ENGINEERING

## County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 80A

Facility: Central Jail

Location: Floor 8M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 11 of 11

Barrier Area: Restrooms         Remediation: Required

Barrier Type: Sign - ISA

Barrier Description: No ISA symbol on wall sign posted at toilet room

Code References: ADAAG 4.1.2 (6), (7) & 4.30.7* | CBC 11B-216.8 and ADAS 216.8

As Built Description: No information identifying restroom as accessible

Proposed Solution: Provide ISA symbol when alterations are completed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority            Phase            Date            Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 80B

Facility: Central Jail

Location: Floor 8M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public                                    Dwg: 11 of 11

Barrier Area: Restrooms         Remediation: Required

Barrier Type: Sign - Braille/tactile Information

Barrier Description: No sign with Braille/Tactile information provided to identify restroom

Code References: ADAAG 4.1.2 (7) & 4.1.3 (16) | CBC 11B-216.2 and 2010 ADAS 216.2

As Built Description: No tactile information at wall on latch side of door

Proposed Solution: Move existing sign or provide new sign

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority            Phase            Date            Status Open

Notes:

---

CASp Inspection

353

# SZS ENGINEERING

## County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 80C |



Facility: Central Jail

Location: Floor 8M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 11 of 11

Barrier Area: Restrooms    Remediation: Required

Barrier Type: Sign - 12" Circle/Triangle at Unisex Restroom

Barrier Description: No 12" triangle superimposed on 12" circle provided on door or doorway to unisex toilet room

Code References: ADAAG N/A | CBC 11B-703.7.2.6.3

As Built Description: Required sign not provided on door or doorway

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 80D |



Facility: Central Jail

Location: Floor 8M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 11 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Vision Lights - New Construction

Barrier Description: Doors, gates, and side lights adjacent to opening not max. 43" above floor/ground

Code References: ADAAG N/A | CBC 11B-404.2.11 and 2010 ADAS 404.2.11

As Built Description: 51-1/2" high view panel

Proposed Solution: Remediation required when alterations are performed

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 3 - Low Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority    Phase    Date    Status Open

Notes:

---

CASp Inspection

354

**SZS**
ENGINEERING

# County of San Diego

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 80E



Facility: Central Jail

Location: Floor 8M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 11 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Door Closer - Interior Adjustment

Barrier Description: Door opening force exceeds 5 lbf

Code References: ADAAG 4.13.11* (2) | CBC 11B-404.2.9 and 2010 ADAS 404.2.9

As Built Description: 16 lbf

Proposed Solution: Replace or adjust existing closer

As-Built Meas: 1    Quantity: EACH    Cost Estimate: $0.00    BSR: 1 - High Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

---

Field Date: 3/13/2023    Report Date: 4/3/2023    Barrier #: 80F



Facility: Central Jail

Location: Floor 8M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public    Dwg: 11 of 11

Barrier Area: Doors or Gates    Remediation: Required

Barrier Type: Door Closer - Interior Sweep

Barrier Description: Door closer lacks min. 5 second sweep period/back check

Code References: ADAAG 4.13.10* | CBC 11B-404.2.8.1 and ADAS 404.2.8.1

As Built Description: 4 second sweep

Proposed Solution: Replace or adjust existing closer

As-Built Meas: 0    Quantity: EACH    Cost Estimate: $0.00    BSR: 2 - Moderate Severity

X Coordinate N/A    Y Coordinate: N/A    Z Coordinate: N/A

Implementation:    Priority        Phase        Date        Status Open

Notes:

CASp Inspection

Ex. C-609

**SZS ENGINEERING**

# County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 80G |

Facility: Central Jail

Location: Floor 8M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public     Dwg: 11 of 11

Barrier Area: Doors or Gates     Remediation: Required

Barrier Type: Maneuvering Cl - Stored Items

Barrier Description: Door/Gate lacks required maneuvering clearance

Code References: ADAAG 4.13.6 & Figure 25 (a) | CBC Figure 11B-404.2.4.1 and 2010 ADAS 404.2.4.1

As Built Description: Cart reduces maneuvering clearance at pull side

Proposed Solution: Remove stored items to provide access

As-Built Meas: 1     Quantity: EACH     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

---

Field Date: 3/13/2023     Report Date: 4/3/2023     Barrier #: 80H

Facility: Central Jail

Location: Floor 8M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public     Dwg: 11 of 11

Barrier Area: Restrooms     Remediation: Required

Barrier Type: Lavatory - Clear Floor Space

Barrier Description: No clear floor space 30" x 48" at lavatory to allow forward approach

Code References: ADAAG 4.19.3 | CBC 11B-606.2 and 2010 ADAS 606.2

As Built Description: Lavatory clear floor space blocked by holder

Proposed Solution: Provide min. 1 accessible lavatory

As-Built Meas: 1     Quantity: JOB     Cost Estimate: $0.00     BSR: 1 - High Severity

X Coordinate N/A     Y Coordinate: N/A     Z Coordinate: N/A

Implementation:     Priority     Phase     Date     Status Open

Notes:

---

CASp Inspection

Ex. C-610

**SZS ENGINEERING**

# County of San Diego

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 80I |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public     Dwg: 11 of 11

Barrier Area: Restrooms     Remediation: Required

Barrier Type: Lavatory - Centerline

Barrier Description: Lavatory adjacent to wall not min. 18" to the centerline of fixture

Code References: ADAAG N/A | CBC 11B-606.6

As Built Description: 17-3/4" OC

Proposed Solution: Remediation required when alterations are performed

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 2 - Moderate Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

---

| Field Date: | 3/13/2023 | Report Date: | 4/3/2023 | Barrier #: | 80J |
|---|---|---|---|---|---|

Facility: Central Jail

Location: Floor 8M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public     Dwg: 11 of 11

Barrier Area: Restrooms     Remediation: Required

Barrier Type: Lavatory - Knee Clearance (Front)

Barrier Description: Lavatory bottom apron/edge not min. 29" high reducing to 27" high at 8" back from edge

Code References: ADAAG 4.19.2 | CBC 11B-606.2 & 11B-306.3.3 Exception 1 (2010 ADAS 606.2 less stringent)

As Built Description: 28-5/8" high knee clearance at front of apron/edge

Proposed Solution: Provide min. one accessible lavatory

| As-Built Meas: | 1 | Quantity: | JOB | Cost Estimate: | $0.00 | BSR: | 1 - High Severity |
|---|---|---|---|---|---|---|---|

| X Coordinate | N/A | Y Coordinate: | N/A | Z Coordinate: | N/A |
|---|---|---|---|---|---|

| Implementation: | Priority | | Phase | | Date | | Status | Open |
|---|---|---|---|---|---|---|---|---|

Notes:

CASp Inspection

Ex. C-61 357

# SZS ENGINEERING

## County of San Diego

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 80K |



Facility: Central Jail

Location: Floor 8M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public      Dwg: 11 of 11

Barrier Area: Restrooms      Remediation: Required

Barrier Type: WC - Toilet with Lavatory

Barrier Description: Clear space in front of closet not min. 60" wide x 56" deep

Code References: ADAAG 4.17.3* Figure 30 (a) | CBC 11B-604.3.1 and 2010 ADAS 604.3.1

As Built Description: Lavatory reduces water closet clearance to 55-1/3" wide

Proposed Solution: Remodel toilet room

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 3 - Low Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes:

---

| | | | |
|---|---|---|---|
| Field Date: | 3/13/2023 | Report Date: 4/3/2023 | Barrier #: 80L |



Facility: Central Jail

Location: Floor 8M - Multi-Purpose Room - Toilet Room

Official Responsible: San Diego County

Facility Function: Public      Dwg: 11 of 11

Barrier Area: Restrooms      Remediation: Required

Barrier Type: WC - No Grab Bars

Barrier Description: Grab bars not provided at the water closet

Code References: ADAAG 4.26.1* | CBC 11B-604.5 and 2010 ADAS 604.5

As Built Description: No grab bars provided

Proposed Solution: Provide compliant grab bars with required reinforcement

As-Built Meas: 1   Quantity: JOB   Cost Estimate: $0.00   BSR: 1 - High Severity

X Coordinate N/A   Y Coordinate: N/A   Z Coordinate: N/A

Implementation:   Priority [ ]   Phase [ ]   Date [ ]   Status Open

Notes:

---

CASp Inspection

APPENDIX – REFERENCE DRAWINGS

[PAGES C-614 TO C-624
FILED UNDER SEAL]