GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF ANDRE ANDRADE IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

Case No. 3:20-cv-00406-AJB-DDL

**DECLARATION OF ANDRE ANDRADE IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**

# DECLARATION OF ANDRE ANDRADE

I, Andre Andrade, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated in the Jail on several occasions, including from May 2013 to March 2014, in September 2021, and from June 7, 2022 to October 31, 2022. I have presently been incarcerated in the Jail since February 17, 2023.

3. I have limited mobility in my shoulders and back, caused by a torn rotator cuff in my right shoulder, fractured vertebrae, and two ruptured disks in my spine. These injuries cause severe pain in my back and shoulder. I cannot raise my right arm more than a foot away from my body. This makes it difficult for me to perform basic activities in my daily life.

4. I told Jail staff about my limitations and asked to be assigned to a lower bunk as an accommodation for my mobility disability. I also signed a release allowing them to access my medical records from when I was previously incarcerated in CDCR, where I had a permanent lower bunk assignment due to my mobility disability, as well as records from local hospitals. However, the Jail did not ensure that I was in a lower bunk. Instead, I was assigned to upper and middle bunks.

5. It was extremely difficult and dangerous to climb into the upper and middle-tier bunk beds given my mobility disability. I fell two times while trying to climb down from the upper bunk. The first time that I fell was in June 2022. I had to be taken to the hospital and was diagnosed with a concussion. The second time that I fell was in September 2022. This time, I injured my foot, causing severe pain that made it nearly impossible for me to walk. I think that I might have actually broken my heel, but the Jail did not give me an x-ray or any medical treatment. They only gave me some ice and a cane.

[4251750.1]

1

6. Even after I was prescribed a cane, the Jail still did not ensure that I was in a lower bunk and I had to climb into the middle bunk.

7. My mobility disability also made it very difficult to shower standing up, but the Jail did not give me a shower chair. There are also no grab bars in the shower. I am constantly afraid that I will fall while showering.

8. My mobility disability also makes it very difficult for me to lower and raise myself onto the toilet. There are no grab bars, and I am constantly worried that I will fall trying to use the toilet, especially before the Jail gave me a cane.

9. When I was booked at Central Jail on February 17, 2023, I was experiencing severe pain. I could barely walk; when I tried to walk, I was bent over at the waist and moved very slowly. Even though I reported my mobility disability to staff and asked for a cane, I was housed on the top tier in an upper bunk (of three) in Central. The Jail did not provide me with a cane for nearly four weeks.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at George Bailey Detention Facility California this 14th day of March, 2023.

Andre Andrade