GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF STEPHON BUTLER IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

# DECLARATION OF STEPHON BUTLER

I, Stephon Butler, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since March 10, 2022. I am serving a local sentence at the Jail. My booking number is 22709674.

3. I am 60 years old. I have osteoarthritis. As a result, my knee joints have deteriorated significantly. It is often painful for me to walk more than 25-50 feet, so I use a cane for those distances.

4. The arresting officers did not allow me to bring my cane, which I had with me. When I first arrived at the Jail, I was taken to Central Jail in downtown San Diego. The Sheriff's Department first housed me on the fourth floor at Central. The cell was a triple-bunk cell, meaning it had three stacked bunks, one for each person. Jail staff did not assign me to a specific bunk in that cell. It is helpful for me to have a lower bunk because it is more difficult to climb onto a middle or top bunk, as a result of my knee issues. When I arrived at the cell, two other cellmates were already in the cell, and had already claimed the bottom bunk and the middle bunk. I did not want to cause conflict, so I took the top bunk. I was scared I would fall from the top bunk each time I got into and out of it. The cell was very crowded and smelly with two other men. My cell also did not have any grab bars by the toilet, to use to stabilize myself when toileting. I was afraid I would fall and injure myself because I did not have anything to hold onto when toileting.

5. After a week in that cell at Central, the Sheriff's Department moved me to unit 6B at George Bailey. I need a grab bar or chair when I shower because my legs can give out after a few minutes standing. The showers in my unit at George Bailey had no grab bars to stabilize me when I walked into the shower, and no

shower chair for me to use if my legs were weak. When using the shower, I had to try to steady myself by placing my hand against the shower wall, which was slippery and filthy. Every time I used the shower I was afraid that I would fall and hurt myself.

6. I am now housed at Vista Detention Facility in Unit N/6 and have a cane. I use my cane most of the time when I am moving around. The shower in my unit has what I estimate to be a 10 or 11-inch curb that I must step over to enter the shower. It feels dangerous to step out of the shower, because the floor outside the shower is 1) slippery, and 2) lower than the floor inside the shower—causing a great deal of instability for my weak knees. I have to step over the curb and then down to a lower distance. A couple times getting out of the shower, I have felt like my knee is about to give out. There is no grab bar in the shower to use to brace myself, nor any grab bar on the side of the shower to use for stability. Instead, I have to brace myself against the wall using one hand, just like I had to do at George Bailey. I do not feel safe showering at the Jail. I frequently forego showering because I am afraid of falling in the shower. I currently shower only a third as much as I used to before being incarcerated. This causes conflict with others in my unit. There are also no grab bars by the toilet or anywhere else in my cell.

7. I am a Navy veteran. During a previous incarceration in the Jail, I was housed in the Vista Veterans Program module, in LW/3 at Vista. That unit had more resources and programs than the housing units at Central and George Bailey. The programs at Vista's Veterans Program module provided me a feeling of dignity that I do not have elsewhere in Jail. For example, the Veterans Program had a computer literacy course, weekly visits from the chaplain, and lots of out-of-cell time. Volunteers from American Combat Veterans of War donated food and materials to the unit. I do not have access to those same programs in my current unit.

[4231220.3]

2

Case 3:20-cv-00406-AJB-DDL   Document 281-5   Filed 04/25/23   PageID.9696   Page 4 of 4

8. I want the Sheriff's Department to ensure that incarcerated people with disabilities are accommodated and treated fairly.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at  VISTA CA.  , California this  18  day of  APRIL , 2023.

*Stephon Butler*
Stephon Butler

[4231220.3]

3