GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF TYRONE CHILDS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

Case No. 3:20-cv-00406-AJB-DDL

**DECLARATION OF TYRONE CHILDS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**

## DECLARATION OF TYRONE CHILDS

I, Tyrone Childs, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since July 21, 2022. I have been previously incarcerated at the Jail in recent years.

3. I tore my Achilles' heel in November 2021 and had surgery for it in or around March 2022. This mobility disability made it very difficult for me to do basic activities in my daily life. Prior to my arrest, I was wearing a boot and using a rover scooter to get around. The scooter allowed me to keep weight off of my heel like the doctor had instructed.

4. When I was taken into custody at Central Jail, my scooter was taken away from me. I kept the boot on my foot. I told staff at the Jail about my injury and surgery, and requested a wheelchair. The Jail did not provide me with a wheelchair or crutches. I was instead given a cane, but that was not effective at keeping weight off of my Achilles' heel, which continued to cause me a lot of pain.

5. At first, I was placed in quarantine housing where there were triple-tier bunks. I was assigned to the middle bunk and had to climb onto a table to reach my bed. This was very difficult and painful because of my injury, and I was very worried I might fall. I was in quarantine housing for about one month before I was moved to the 7th floor, where I was assigned to the top bunk of a double-tier bunk. The bed was on the upper tier of the two-story housing unit. Climbing the stairs was nearly impossible, and I struggled to reach my bunk. I had to put in multiple requests for a lower tier-lower bunk chrono before I was eventually moved.

6. Trying to use a cane to walk within my housing unit was horrible. I was in constant pain. My heel was extremely tender, and my leg felt weak and stiff. I was very unsteady. Using the cane with the heavy boot on one of my feet also

[4248874.3]

1
DECLARATION OF TYRONE CHILDS

created a misalignment in my hips, which caused me even more pain. It was especially difficult to get in and out of the shower.

7. During the first two months of my incarceration, I requested a wheelchair numerous times. I did not receive a wheelchair, and was instead repeatedly told that it was on order. I also requested crutches but was not given any. One time, as I was walking to the door of my cell for a medical appointment, I felt pain shoot up my leg. I fell to my knees. A doctor saw the fall. Despite this incident, I still was not given a wheelchair.

8. About two months after I was taken into custody, I was finally given a wheelchair. But the wheelchair I received was broken. It did not turn correctly, the arm padding was gone, and there were screws sticking out. I complained several times, both verbally and in writing, and after some time, I was given another wheelchair. The wheelchair I have now is better, but I still struggle because it does not have footrests. My heavy boot sometimes gets stuck or hit by the wheel.

9. For most if not all of the time that I have been at Central Jail, the elevator has been broken. It is painful and difficult to get up and down the stairs to the visitation area, so I often refuse visits. Because the elevator was broken, I had to take the stairs to meet with a lawyer in this case, even though my mobility is still impaired.

10. My cell is not equipped for a wheelchair user. There is not enough room to move around in my wheelchair. There is a stool bolted down in front of the desk, which means I cannot roll up to the desk. Also, the dayroom is like a maze, with tables set up close to each other and barely enough room to move through. There are stools bolted down in front of the phones, which have short cords. To reach the phone, I have had to pop a wheelie—shift my weight to the back of my wheelchair and lift up the front wheels—and then roll my wheelchair seat over the stool. It is dangerous to try to reach the phone in this way, because it is difficult to balance and I could easily fall.

[4248874.3]

2
DECLARATION OF TYRONE CHILDS

11. I have requested other equipment for my mobility disability, like compression socks, a back brace, insoles, and special shoes. Medical staff told me that I need these things. At one point, I was putting in requests almost weekly for equipment to accommodate my mobility disability, and I was told repeatedly that items were on order. Around November 2022, I stopped submitting requests because it did not seem to be doing any good.

12. Now that my Achilles' heel is starting to heal, I would like to have a wheelchair and a cane, so that I can start putting some weight on my leg and getting my mobility back. But the Jail will not allow me to have both devices. I worry this will result in me staying in a wheelchair longer and worsen my ability to ambulate without assistance over the long term.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego County Central Jail in San Diego, California this 10 day of March, 2023.

*Tyrone Childs*
Tyrone Childs

[4248874.3]

3
DECLARATION OF TYRONE CHILDS