GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,

Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**DECLARATION OF JAMES CLARK IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**

Judge: Hon. Anthony J. Battaglia
Magistrate: Hon. David D. Leshner

Trial Date: None Set

# DECLARATION OF JAMES CLARK

I, James Clark, declare:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify.

2. I am currently incarcerated at Central Jail. My booking number is 23712110. I am housed in Module 8C.

3. I use a wheelchair because I have physical disabilities. I normally used a wheelchair to travel long distances, and need one when showering and using the bathroom. When I was previously incarcerated, I was provided with a wheelchair to get around the jail. This time, I am forced to try to use a walker to get around. When I was going through booking, officers took my walker away.

4. The jail is not a safe place for people with disabilities. The toilets I have used did not have grab bars. I worry that I will seriously injure myself when attempting to use the bathroom.

5. There are two showers in my module. One shower has grab bars, but does not have a shower seat. I can only access the shower by bringing in a portable plastic chair myself.

6. I am assigned to a middle bunk.

7. I have previously been incarcerated at the San Diego County Jail over 20 times. I submitted one declaration, which I am incorporating by reference, as Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, and that this declaration is executed at San Diego, California this 23 day of April, 2023.

James Clark

# EXHIBIT A

# DECLARATION OF JAMES CLARK

I, James Clark, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since September 29, 2021. I am housed at San Diego Central Jail in module 8C. My booking number is 21137849. I am 61 years old.

3. I have been incarcerated in the Jail over twenty times.

4. I have physical disabilities. I use a wheelchair to travel long distances. I need my wheelchair when showering and using the bathroom.

5. The Jail is not a safe place for people with disabilities. The toilet in my unit does not have grab bars. I frequently fall when trying to transfer from my wheelchair to the toilet without grab bars to support me. I worry that I will seriously injure myself when attempting to use the bathroom.

6. There are two showers in my module. One of the showers has grab bars for gripping but does not have a shower seat. I cannot use this shower. I can only access the second shower by relying on a portable plastic chair. Because I am limited to one shower only, I have not been able to shower at times because there is not enough time for all of the wheelchair users in my module to use that accessible shower.

7. I also have had problems accessing dayroom table space. Out of seven dayroom tables in my module, there is only one that can fit my wheelchair. The other tables have benches that make it so a wheelchair cannot roll up to them. Other people in wheelchairs compete with each other for available table space. Typically, I am forced to eat food from my lap. Every now and then, I get a chance to roll up to the accessible table and eat my meal there.

8. All of the phones in my unit have stools in front of the telephones, which means I have to transfer from my wheelchair to the stool to use the telephone.

I have been forced to miss call times because on certain days I am unable to transfer myself. I am concerned about injuring myself while trying to transfer from my wheelchair to a stool to use the phone.

9. I have also had issues receiving repairs for my wheelchair. On or around March 7, 2022, my wheelchair broke. I turned in two medical slips about my wheelchair, and the Jail failed to give me a repair or replacement over the next few days. I had fallen twice while trying to move in the broken wheelchair. Attached hereto as **Exhibit A** is a true and correct copy of a sick call slip I filed on March 9, 2022, explaining that my wheelchair was broken and I had fallen out of it twice. My elbows were scratched up from the falls. It was extremely difficult to travel long distances in my broken wheelchair. In order to meet with Plaintiffs' counsel for an interview on March 9, 2022, I had to borrow a wheelchair from another person in my unit. Attached hereto as **Exhibit B** is a true and correct copy of a sick call slip I filed on March 10, 2022 stating that my wheelchair was still broken and I had fallen out of it again. The Jail gave me a replacement wheelchair that same day, but only after I had fallen three separate times when trying to use a broken one.

10. I have had issues using the Jail's emergency call button system. I have pressed the call buttons on multiple occasions because I needed urgent staff attention, but Deputies failed to respond. I now do not use the call buttons because they either do not work or staff ignore them. If I am in need of urgent medical attention, I yell out of my cell until someone comes to check on me.

11. I have depression and I access mental health care services in the Jail. I have tried to kill myself, including in the events that led to my current incarceration. The Jail has failed to provide me with adequate mental health care. I am unable to see a mental health clinician in a confidential environment. My appointments with a clinician almost always take place in the dayroom of my unit. These conversations

are within earshot of custody staff and other incarcerated people in my unit. The appointments are very brief and infrequent.

12. The infrequent, short, and non-confidential appointments make it difficult for me to discuss my feelings truthfully. I do not want other incarcerated people, let alone custody staff, to hear me talk about my depression and personal life. I am also worried deputies would reveal my confidential information to others, which could place my personal safety at risk.

13. I want to be a class representative in this case or to be involved in some way. I want to help improve the medical, dental, and mental health care at the Jail, ensure that incarcerated people with disabilities are accommodated and treated fairly, and help make the Jail safe and secure for all incarcerated people. I have been cooperating fully with counsel for the Plaintiffs and am responding to all requests for information to the best of my ability and recollection, and will continue to do so in the future if added as a class representative. Counsel for the Plaintiffs keep me updated on the progress of this case, and if added as a class representative, I will review all materials provided to me and provide my input to the best of my ability. When I have questions about the case, I will ask the attorneys for help to understand everything to the best of my ability.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego, California this 21st day of April, 2022.

James Clark

# EXHIBIT A





**San Diego County**
**SHERIFF'S DEPARTMENT**
**INMATE REQUEST *(PETICION DEL RECLUSO)***

**SECTION I** Complete the following information: *(Llene la siguiente informacion)*

**Facility:** *(Carcel)* ☒ SDCJ ☐ FAC8 ☐ EMRF ☐ GBDF ☐ LCDRF ☐ SBDF ☐ VDF

**Name:** *(Nombre)* Clark, J

**Booking #:** *(Número)* [illegible] **Date of Birth:** *(Fecha de Nacimiento)* [illegible] **Housing Unit:** *(Unidad)* 8-C

**SECTION II** Refer to instructions on the back of this form.
*Refiere se a las instrucciones al revez de este formulario.*

MEDICAL APPLIANCE

**I have a Request for the following:**
*(Tengo una petición a lo siguiente):*

My wheelchair is broken down on the back and I have fell out of it 2 time. Need new wheelchair.

THANK YOU!

**Signature:** *(Firma)* [signature] **Date and Time:** *(Fecha y hora)* 3/9/22

**SECTION III** **RESPONSE BY DETENTION FACILITY STAFF ONLY**

**Forwarded to:** ______ **Date:** ______ **Time:** ______

☒ received new wheelchair verified 3/10
☒ placed note to MD about replacements for orange sneakers (verbalized need)

**Completed by:** NS 6513 **Date:** 3/11/22

CLARK, JAMES HAROLD 100040464 (21137849)

J-21 (REV 01/15) FRONT

# EXHIBIT B



San Diego County
SHERIFF'S DEPARTMENT
INMATE REQUEST *(PETICION DEL RECLUSO)*

MEDICAL APPLIANCE

SCANNED

MAR 10 2022

**SECTION I** **Complete the following information:** *(Llene la siguiente informacion)*

**Facility:** *(Carcel)* ☒ SDCJ ☐ FAC8 ☐ EMRF ☐ GBDF ☐ LCDRF ☐ SBDF ☐ VDF

**Name:** *(Nombre)* CLARK, JAMES

**Booking #:** *(Número)* 21137849 **Date of Birth:** *(Fecha de Nacimiento)* [redacted] **Housing Unit:** *(Unidad)* 8-C

**SECTION II** **Refer to instructions on the back of this form.**
*Refiere se a las instrucciones al revez de este formulario.*

MEDICAL APPLIANCE

**I have a Request for the following:**
*(Tengo una petición a lo siguiente):*

My wheelchair is broken and I fell out of it today again, I need a new wheelchair ASAP.
THANK you

**Signature:** *(Firma)* [signature] **Date and Time:** *(Fecha y hora)* 3/10/22

**SECTION III** **RESPONSE BY DETENTION FACILITY STAFF ONLY**

**Forwarded to:** ______ **Date:** 3/10/2022 **Time:** 1145

YOU ARE GIVEN A NEW WHEELCHAIR TODAY.
OLD WHEELCHAIR WAS TAKEN FROM YOU

**Completed by:** [signature] **Date:** 3/10/22

J-21 (REV 01/15) FRONT