GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF CRISTIAN ESQUIVEL IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge:      Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

Case No. 3:20-cv-00406-AJB-DDL
**DECLARATION OF CRISTIAN ESQUIVEL IN SUPPORT OF PLAINTIFFS' MOTIONS
FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**

## DECLARATION OF CRISTIAN ESQUIVEL

I, Cristian Esquivel, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since November 29, 2022.

3. I am deaf, and I can only read and write a little bit. I need to use sign language to understand other people and to communicate. The first time I saw a sign language interpreter since I was booked at the Jail was on February 10, 2023. I do not understand a lot of what is happening on a day-to-day basis. I want to go home.

4. I do not know why I am in the Jail. I do not remember what happened when they brought me here. I have seen a lawyer on a video call, but there was no sign language interpreter when I met with her. I did not understand what my lawyer was trying to communicate.

5. The Jail has not provided a video phone that I can use to speak to my family. Because I do not have a video phone, I have not spoken to my family since I was arrested.

6. I have not been informed about any activities or programs at the Jail. All I do all day is sit around and do nothing. As a result, I feel very bad.

7. Last month, I was taken to see a dentist for tooth pain. There was no sign language interpreter there. I did not understand what the dentist, the Jail staff, or anyone else was saying. I did not understand what was on the papers that they gave me. The dentist pulled out my tooth, but I did not know that they were going to take out my tooth before they did it.

8. One time, I saw other incarcerated people get into a fight, and someone was getting beaten up pretty badly. I did not know what to do while the fight was happening. I saw that one of the deputies above us in the tower had a gun and that

[4234777.1]

1

DECLARATION OF CRISTIAN ESQUIVEL

other people had gotten down on the ground. I was scared. No deputies came to help me down to the floor or get me out of the way. I got down on the ground only after I noticed that a lot of other people had gotten down on the ground.

9. I want the Jail to give me a way to communicate with my lawyer and my family. I want to go home.

This declaration was read to me using a sign language interpreter. I had the opportunity to clarify any statements I did not understand, and I reasonably believe I understand what is written in this declaration. Based on that belief, I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at George Bailey Detention Facility in San Diego, California this 15 day of February 2023.

_____
Cristian Esquivel

I declare that I am a qualified, certified sign language interpreter. I interpreted this entire declaration from English into sign language, and I reasonably believe that Cristian Esquivel understood the translation.

Branton Stewart, CDI
Printed Name

_____
Signature

2/15/23
Date

[4234777.1]

2
DECLARATION OF CRISTIAN ESQUIVEL