GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**SECOND DECLARATION OF CRISTIAN ESQUIVEL IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

Case No. 3:20-cv-00406-AJB-DDL

**SECOND DECLARATION OF CRISTIAN ESQUIVEL IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**

## SECOND DECLARATION OF CRISTIAN ESQUIVEL

I, Cristian Esquivel, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since November 29, 2022.

3. I am deaf, and I can only read and write a little bit. I need to use sign language to understand other people and to communicate. The first time I saw a sign language interpreter since I was booked at the Jail was on February 10, 2023. I do not understand a lot of what is happening on a day-to-day basis. I want to go home.

4. When I was a teenager, I saw my brother try to kill himself by hanging. My family and I were able to save him, but it was scary to see. I still think about what happened a lot. Thinking about what happened makes me very sad and scared.

5. I have some mental health problems, and I would like to try talking to a doctor about them — including about what happened to my brother. However, I can't do that in the Jail without a sign language interpreter.

6. Sometimes, I think about hurting myself, or hanging myself like my brother did. I don't feel like I can communicate with anyone at the Jail about those thoughts, because there are no sign language interpreters.

[4251753.1]

1

SECOND DECLARATION OF CRISTIAN ESQUIVEL

7. If someone asks me to write a note, it wouldn't work, because I do not know how to read or write that much. Even if I tried to use some hand gestures to explain what I was thinking, I don't think the jail staff would understand everything, because they do not know sign language.

8. At one time after I was arrested, the jail made me wear a smock instead of regular clothes. I was also put in a different cell, where I was by myself for a few days. I didn't understand why that was happening, though an attorney in this case has since explained to me that it was because the jail thought I was suicidal. During the time that I was wearing the smock, I was not able to communicate to anyone how

[4251753.1]

2

SECOND DECLARATION OF CRISTIAN ESQUIVEL

*I was really feeling.*

9. I want the Jail to give me a way to communicate. I want to go home.

This declaration was read to me using a sign language interpreter. I had the opportunity to clarify any statements I did not understand, and I reasonably believe I understand what is written in this declaration. Based on that belief, I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at George Bailey Detention Facility in San Diego, California this 14th day of March, 2023.

_____
Cristian Esquivel

I declare that I am a qualified, certified sign language interpreter. I interpreted this entire declaration from English into sign language, and I reasonably believe that Cristian Esquivel understood the translation.

Branton Stewart, CDI
Printed Name

_____
Signature

3/14/23
Date

[4251753.1]

3
SECOND DECLARATION OF CRISTIAN ESQUIVEL