GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF ALBERTO FUENTES IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge:    Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

Case No. 3:20-cv-00406-AJB-DDL
**DECLARATION OF ALBERTO FUENTES IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**

# DECLARATION OF ALBERTO FUENTES

I, Alberto Fuentes, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I am currently incarcerated at San Diego Central Jail. My booking number is 23707104. I am in Module 7B, cell 7. I have been housed in that cell for about three weeks.

3. I use a wheelchair because I have limited mobility. I cannot push myself around in my wheelchair because my right foot has no strength, and my ~~right~~ left shoulder is injured. This means I must rely on other incarcerated people to push me around, which makes me feel unsafe. (A.F) Previously ~~Today~~ deputies required I use the stairs to go to a professional visit.

4. My cell does not have grab bars by the toilet to help me transfer out of my wheelchair. During the time I have been in this cell, I fell once when trying to transfer from my wheelchair to the toilet. I hurt my ~~right~~ left shoulder, which is already injured. I worry that I could fall again, as toileting is something I have to do every day. I would be able to more safely transfer to the toilet if I had access to grab bars in my cell.

5. My cell is also very crowded with my wheelchair, as there is a stool in front of the desk. I have fallen once transferring from my wheelchair to my bunk. I do not feel safe in my cell. I want to be in a cell that has grab bars by the toilet and has enough space for me to safely transfer into my bed.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego, California this 30 day of March, 2023.

_____
Alberto Fuentes

[4256374.1]

1