GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF JAMES KINGERY IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

## DECLARATION OF JAMES KINGERY

I, James Kingery, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since July 22, 2020.

3. I experience chronic back problems, resulting in pain and sometimes making it difficult for me to move around. I was scheduled for spinal fusion surgery a week before my arrest, which I reported during booking. However, my doctor at UCSD advised me to postpone the surgery since healing from surgery would be more difficult while incarcerated. My doctor instead advised that my pain and related mobility issues could be managed with lumbar support, such as a brace, and shoe inserts, as well as medication.

4. I repeatedly requested supportive shoes to manage these problems, but my requests were ignored or denied. Absent the kind of support that my doctor recommended, it feels like my back problems are just getting worse.

5. Around May 2022, my mobility issues got much worse. My knee began to dislocate, and walking became very painful. As a result, I fell multiple times. After multiple requests and waiting for months, I was finally approved for a cane and soft shoes.

6. During this time, I was housed in a regular dorm setting with triple bunk beds. Although I was assigned a lower bunk, it was very hard to get into. It is very low to the ground and the space between the lower and middle bunks is narrow. It is difficult and dangerous for me to get into the lower bunk space with my knee and back pain. There was also no shower bench in this unit, and there was no room to place a shower chair in the shower. As a result of my mobility issues and the lack of support in the shower, I have fallen in the shower three times.

[4246867.2]

1
DECLARATION OF JAMES KINGERY

7. After several falls due to my mobility disability, I was moved to a medical observation unit at George Bailey in early February 2023.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego County Central Jail in San Diego, California this 31 day of March, 2023.

_____
James Kingery

[4246867.2]

2
DECLARATION OF JAMES KINGERY