GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **DECLARATION OF NIEROBI KUYKENDALL IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** <br><br> Judge: Hon. Anthony J. Battaglia <br> Magistrate: Hon. David D. Leshner <br><br> Trial Date: None Set <br><br><br> **[REDACTED]** |

DECLARATION OF NIEROBI KUYKENDALL IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

## DECLARATION OF NIEROBI KUYKENDALL

I, Nierobi Kuykendall, declare:

1.  I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.  I have been incarcerated at the San Diego County Jail ("the Jail") since June 30, 2022.  I was previously incarcerated at the Jail several times in the last decade.

3.  I experience extreme back pain, which frequently leads to numbness in my hands and feet.  As a result, I need to use a wheelchair to safely move around.  It is very difficult for me to walk or stand without an assistive device.  When I try to walk without an assistive device, I am forced to limp or try to hold onto the wall for support, and sometimes I fall.  When in the shower, I need to sit on a chair to allow me to clean myself and grab bars for support, or I risk falling.  When trying to lower or raise myself onto the toilet, I also need to use grab bars.

4.  After I was booked at the Jail, I told Jail staff about my mobility disability and how I was struggling to walk or stand without an assistive device. Eventually, I was approved to use a cane and a wheelchair, as reflected in the excerpt from my Jail medical records attached hereto as **Exhibit A**.

5.  When I was housed at Central Jail, I was almost always assigned to a housing unit with triple bunk beds.  The spaces between the bunks in the triple beds are so small that I cannot get into the lower or middle beds.  My back issues make it incredibly painful for me to bend or twist, which would be necessary for me to squeeze into those small bed spaces.  Because I cannot access the lower or middle bunks, I am forced to either sleep on the floor, or to try to climb up onto the top bunk.  Because of my mobility issues, trying to climb onto the top bunk is very dangerous and difficult.  I have fallen trying to get onto the top bunk.  Sometimes, I just sleep on the floor instead.

[4257265.1]

1
DECLARATION OF NIEROBI KUYKENDALL

6.    In February of this year, I was told that I was being sent to George Bailey Detention Facility, where I would no longer have access to a wheelchair. I asked if I could speak to a sergeant to explain that I need my wheelchair and therefore that I needed to stay at Central, but no one came to talk to me. Instead, six deputies came up and forcibly removed me from my wheelchair, lifting me out of it, and put me in a vehicle to send me to George Bailey. I have not had a wheelchair since that day.

7.    When I arrived at George Bailey, I again asked to speak to someone about my disabilities and need for accessible housing. However, I was dragged to the dorms in House 1 in George Bailey, where I was again placed in a triple bunk. In addition, there were no grab bars near the toilet or in the shower, and there was no shower chair.

8.    I was seen by a doctor regarding my disability needs on February 7, 2023, who confirmed that I could be housed at Central Jail, as reflected in the excerpt from my Jail medical records attached hereto as **Exhibit B**. The doctor also noted that I had "multiple ADA flags regarding mobility," and that he was "unclear if this [wa]s appropriate for House 1A." My mobility was assessed again the next day, and it was confirmed that I needed assistance with walking, mobility, "getting off toilet," and "while bathing," as reflected in the excerpt from my Jail medical records attached hereto as **Exhibit C**.

Shortly after this visit, I was moved to a different housing unit. Though I now have a single bunk, there are no grab bars near the toilet or shower, and I still do not have access to a wheelchair. During the week of March 20, 2023, I fell while using the shower due to the lack of grab bars. I am afraid of falling again and getting seriously injured.

[4257265.1]

2

DECLARATION OF NIEROBI KUYKENDALL

9.     Despite these evaluations and my requests to be returned to Central Jail and to have my wheelchair again, I am still housed at George Bailey without my wheelchair.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at George Bailey Detention Facility in San Diego, California this 31 day of ~~March~~, 2023.
March

Nierobi Kuykendall

Nierobi Kuykendall

[4257265.1]

3

DECLARATION OF NIEROBI KUYKENDALL

# TABLE OF CONTENTS
EXHIBITS TO THE DECLARATION OF NIEROBI KUYKENDALL

| EXHIBIT | DESCRIPTION | PAGE NO. |
|---------|-------------|----------|
| A | Medical Record Excerpts | 1 |
| B | Medical Record Excerpts | 12 |
| C | Medical Record Excerpts | 15 |

# EXHIBIT A

George Bailey
446 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

2/22/2023 11:03:47 AM PST

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Emiliza Cornejo NP on 7/5/2022

8:23:27 AM PDT

| | | |
|---|---|---|
| **Patient:**KUYKENDALL, NIEROBI RASHEEN | **#:**100006094 (22726980) | **Class:**5 |
| **DOB:** ▇▇▇ (Age=43) | **Sex:**M | **Race:**B |
| **Housing:**GBDF-M-OBS-102-01 | **Court Date:**3/3/2023 1:30:00 PM | **Type:** |
| **Status:**ACTIVE | **Booking Date:**6/30/2022 6:02:58 PM PDT | **Proj. Rel:** |

### APPLIANCE REQUESTED:

| | | |
|---|---|---|
| ☑ Cane | ☐ Splint | ☐ Wheelchair |
| ☐ Crutches | ☐ Orange Shoes* | ☐ Other (Specify) |

Medical condition being treated by prosthetic appliance:

unsteady gait, hx of falls

☑ Patient has been counseled on the importance of compliance to prescribed medical prosthetic appliance regimen and that removal of the device or non-compliance with the prescribed regimen will result in discontinuation of the device.

### Duration:

| | | |
|---|---|---|
| ☐ Days | ☐ Months | ☑ Continuous |

Number of days/months:

☑ Prior records indicate patient has had prosthetic medical appliance in the past one year.

☐ Prior incarceration in past one year indicating use.

☐ New indication with this incarceration.

_____

### *Orange Shoes indications:

### Duration:

| | | |
|---|---|---|
| ☐ Days | ☐ Months | ☐ Continuous |

Number of days/months:

☐ Nerve injury with foot drop (peroneal nerve palsy) such that shower shoes fall off.

KUYKENDALL, NIEROBI RASHEEN  100006094 (22726980)          **Ex. A-2**

- ☐ Safety issue while using crutches with one foot having non-weight bearing status – the other weight bearing foot can have a shoe.

- ☐ Prosthetic lower extremity.

- ☐ Replace orange shoes due to wear.

- ☐ Schedule ADA RN Sick Call

George Bailey
446 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Jessica Romero NP on 7/8/2022

9:42:42 AM PDT

| | | |
|---|---|---|
| **Patient:** KUYKENDALL, NIEROBI RASHEEN | **#:** 100006094 (22726980) | **Class:** 5 |
| **DOB** ███ (Age=43) | **Sex:** M | **Race:** B |
| **Housing:** GBDF-M-OBS-102-01 | **Court Date:** 3/3/2023 1:30:00 PM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 6/30/2022 6:02:58 PM PDT | **Proj. Rel:** |

### APPLIANCE REQUESTED:

☑ Cane ☐ Splint ☐ Wheelchair
☐ Crutches ☐ Orange Shoes* ☐ Other (Specify)

Medical condition being treated by prosthetic appliance:

Unsteady gait, h/o falls.

☑ Patient has been counseled on the importance of compliance to prescribed medical prosthetic appliance regimen and that removal of the device or non-compliance with the prescribed regimen will result in discontinuation of the device.

### Duration:

☐ Days ☑ Months ☐ Continuous

Number of days/months: 4

☐ Prior records indicate patient has had prosthetic medical appliance in the past one year.

☐ Prior incarceration in past one year indicating use.

☑ New indication with this incarceration.

_____

### *Orange Shoes indications:

### Duration:

☐ Days ☐ Months ☐ Continuous

Number of days/months:

☐ Nerve injury with foot drop (peroneal nerve palsy) such that shower shoes fall off.

KUYKENDALL, NIEROBI RASHEEN  100006094 (22726980)          **Ex. A-4**

- ☐ Safety issue while using crutches with one foot having non-weight bearing status - the other weight bearing foot can have a shoe.

- ☐ Prosthetic lower extremity.

- ☐ Replace orange shoes due to wear.

- ☐ Schedule ADA RN Sick Call

KUYKENDALL, NIEROBI RASHEEN  100006094 (22726980)          **Ex. A-5**

George Bailey
446 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

2/22/2023 11:03:51 AM PST

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Nicholas Kahl NP on 8/3/2022

8:22:22 AM PDT

| | | |
|---|---|---|
| **Patient:** KUYKENDALL, NIEROBI RASHEEN | **#:** 100006094 (22726980) | **Class:** 5 |
| **DOB:** ▓▓▓ (Age=43) | **Sex:** M | **Race:** B |
| **Housing:** GBDF-M-OBS-102-01 | **Court Date:** 3/3/2023 1:30:00 PM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 6/30/2022 6:02:58 PM PDT | **Proj. Rel:** |

### APPLIANCE REQUESTED:

☐ Cane                  ☐ Splint                  ☑ Wheelchair
☐ Crutches              ☐ Orange Shoes*           ☑ Other (Specify)

Intermittent use, for long distance travel

Medical condition being treated by prosthetic appliance:

Unsteady gait and risk for falls

☑ Patient has been counseled on the importance of compliance to prescribed medical prosthetic appliance regimen and that removal of the device or non-compliance with the prescribed regimen will result in discontinuation of the device.

### Duration:

☐ Days                  ☑ Months                  ☐ Continuous

Number of days/months: 6

☑ Prior records indicate patient has had prosthetic medical appliance in the past one year.

☐ Prior incarceration in past one year indicating use.

☐ New indication with this incarceration.

_____

### *Orange Shoes indications:

### Duration:

☐ Days                  ☐ Months                  ☐ Continuous

Number of days/months:

☐ Nerve injury with foot drop (peroneal nerve palsy) such that shower shoes fall off.

KUYKENDALL, NIEROBI RASHEEN  100006094 (22726980)          **Ex. A-6**

☐ Safety issue while using crutches with one foot having non-weight bearing status – the other weight bearing foot can have a shoe.

☐ Prosthetic lower extremity.

☐ Replace orange shoes due to wear.

☐ Schedule ADA RN Sick Call

KUYKENDALL, NIEROBI RASHEEN  100006094 (22726980)          **Ex. A-7**

George Bailey
446 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

2/22/2023 11:03:53 AM PST

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Obel Borrajero NP on 9/21/2022

4:35:59 PM PDT

| | | |
|---|---|---|
| **Patient:** KUYKENDALL, NIEROBI RASHEEN | **#:** 100006094 (22726980) | **Class:** 5 |
| **DOB:** ▮▮▮ (Age=43) | **Sex:** M | **Race:** B |
| **Housing:** GBDF-M-OBS-102-01 | **Court Date:** 3/3/2023 1:30:00 PM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 6/30/2022 6:02:58 PM PDT | **Proj. Rel:** |

### APPLIANCE REQUESTED:

☑ Cane ☐ Splint ☐ Wheelchair
☐ Crutches ☐ Orange Shoes* ☐ Other (Specify)

Medical condition being treated by prosthetic appliance:

DJD, back pain, neck pain, antalgic gait

☑ Patient has been counseled on the importance of compliance to prescribed medical prosthetic appliance regimen and that removal of the device or non-compliance with the prescribed regimen will result in discontinuation of the device.

### Duration:

☐ Days ☐ Months ☑ Continuous

Number of days/months:

☐ Prior records indicate patient has had prosthetic medical appliance in the past one year.

☐ Prior incarceration in past one year indicating use.

☐ New indication with this incarceration.

_____

### *Orange Shoes indications:

### Duration:

☐ Days ☐ Months ☐ Continuous

Number of days/months:

☐ Nerve injury with foot drop (peroneal nerve palsy) such that shower shoes fall off.

KUYKENDALL, NIEROBI RASHEEN  100006094 (22726980)    **Ex. A-8**

☐ Safety issue while using crutches with one foot having non-weight bearing status--the other weight bearing foot can have a shoe.

☐ Prosthetic lower extremity.

☐ Replace orange shoes due to wear.

☐ Schedule ADA RN Sick Call

George Bailey
446 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

## ADA FUNCTION PERFORMANCE ASSESSMENT - Completed by: Stephanie Yee RN on 7/6/2022

11:49:49 AM PDT

| | | |
|---|---|---|
| **Patient:** KUYKENDALL, NIEROBI RASHEEN | **#:** 100006094 (22726980) | **Class:** 5 |
| **DOB:** ▮▮▮▮ (Age=43) | **Sex:** M | **Race:** B |
| **Housing:** GBDF-M-OBS-102-01 | **Court Date:** 3/3/2023 1:30:00 PM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 6/30/2022 6:02:58 PM PDT | **Proj. Rel:** |

### Assistance with Activities of Daily Living

Date of interview:

Reason for interview:

Use of cane

### Eating:

- ⬤ Independent
- ◯ Need Assistance

### Walking:

- ◯ Independent
- ⬤ Need Assistance

### Mobility (going out of cell and getting about)

- ◯ Independent
- ⬤ Need Assistance

### Bathing (including getting supplies)

- ⬤ Independent
- ◯ Need Assistance

### Dressing:

- ⬤ Independent
- ◯ Need Assistance

### Toileting: (including help with clothes, or help with ostomy, catheter, etc.)

- ⬤ Independent

KUYKENDALL, NIEROBI RASHEEN  100006094 (22726980)          **Ex. A-10**

○ Need Assistance

## Grooming:

● Independent

○ Need Assistance

## Use of Telephone:

● Independent

○ Need Assistance

Other:

○ Independent

○ Need Assistance

○ Na

Comments:

Interviewing Nurse (Initial and ARJIS):

SY 6535

KUYKENDALL, NIEROBI RASHEEN  100006094 (22726980)          **Ex. A-11**

# EXHIBIT B

## [REDACTED]

Ex. B-12

| **Appointment Name** | | **Appointment Date** | | |
| --- | --- | --- | --- | --- |
| Medical Doctor Sick Call | | 2/12/2023 12:00:00 AM PST | | |

| **Discontinued Drug Name** | **Drug Strength** | | **Quantity** |
| --- | --- | --- | --- |
| ████████████ | 10 | | 1 |

| **Drug Name** | **Drug Strength** | **Quantity** | **Start** | **Stop** | **Complete Sig** |
| --- | --- | --- | --- | --- | --- |
| ████████████████ | | 1 | 2/5/2023 8:00:00 AM | 3/6/2023 11:59:59 PM | ████████████ |
| | | | | | ████████████████ |
| | | | | | ████████ |
| | | | | | ██ |

| **Offsite Type** | **Specialty** | **Reason** | **Priority** |
| --- | --- | --- | --- |
| Offsite | Podiatry | ████████████████ | Routine |
| | | ████████████ | |
| | | ████████████ | |
| | | ████████████ | |
| | | ██████████████ | |
| | | ██████████ | |
| | | ██████████ | |
| | | ████████████ | |
| | | ████████████ | |
| | | ████████████ | |
| | | ██████ | |

Addendum:

---

Obel Borrajero NP POSTED ON 2/5/2023 5:42:34 PM PST                                    Type: NP NOTE

npcc:

████████████████████████████████████████████

████████████████████████

> see note of same day.

Addendum:

---

Tammy Miller RN POSTED ON 2/7/2023 10:33:11 AM PST                                    Type: RN NOTE

████████████████████████

Addendum:

---

SOAP NOTE BY: Joseph Molina MD POSTED ON 2/7/2023 1:48:55 PM PST                    Type: MD NOTE

### Subjective

"COURT ORDER- 2/6/23- "Court request Sheriff to assess defendant for housing at central jail due to medical needs. "

Patient denies any new symptoms. Reports he has mobility issues related to degenerative disc disease.

### Objective

| BP: NA/NA | Temp: NA | Pulse: NA | Resp: NA | Wt: NA | Sa02: NA | BS: NA | Pain: NA |
| --- | --- | --- | --- | --- | --- | --- | --- |

KUYKENDALL, NIEROBI RASHEEN  100006094 (22726980)                    **Ex. B-13**

43M NAD

Antalgic gait with cane

## Assessment

Requesting for housing at CJ

Multiple ADA flags for special needs

Antalgic gait with cane

## Plan

I have no opposition to patient placement in CJ

Patient has multiple ADA flags regarding mobility, I am unclear if this is appropriate for House 1A. He states he has been sleeping on the floor because he can't fit into lower or middle bunk.

Place in boarder and clarify criteria regarding ADA and housing appropriateness. I will reschedule another ADA RN exam as his last one was primarily only for shoe fitment.

| Appointment Name | | | | Appointment Date | | |
|---|---|---|---|---|---|---|
| Medical Doctor Sick Call | | | | 2/12/2023 12:00:00 AM PST | | |
| ADA RN | | | | 2/7/2023 12:00:00 AM PST | | |

| Discontinued Drug Name | | Drug Strength | | | Quantity | |
|---|---|---|---|---|---|---|
| ██████████ | | 10 | | | 1 | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| ██████████ | | 1 | 2/5/2023 8:00:00 AM | 3/6/2023 11:59:59 PM | ██████████ ██████████ ██████ |

| Offsite Type | Specialty | Reason | Priority |
|---|---|---|---|
| Offsite | Podiatry | ██████████ | Routine |

Addendum:

Kevin Irwin RN POSTED ON 2/7/2023 3:28:16 PM PST                      Type: RN NOTE

ADA done and placed in tech care.  Patient claims he needs cane for ambulation and rail for toileting.  MDCC scheduled.

Addendum:

# EXHIBIT C

Ex. C-15

George Bailey
446 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

**ADA FUNCTION PERFORMANCE ASSESSMENT** - Completed by: Kevin Irwin RN on 2/8/2023 5:05:11

PM PST

| | | |
|---|---|---|
| **Patient:** KUYKENDALL, NIEROBI RASHEEN | **#:** 100006094 (22726980) | **Class:** 5 |
| **DOB** ████ (Age=43) | **Sex:** M | **Race:** B |
| **Housing:** GBDF-M-OBS-102-01 | **Court Date:** 3/3/2023 1:30:00 PM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 6/30/2022 6:02:58 PM PDT | **Proj. Rel:** |

## Assistance with Activities of Daily Living

Date of interview:

Reason for interview:

MD order

## Eating:

○ Independent
○ Need Assistance

## Walking:

○ Independent
● Need Assistance

## Mobility (going out of cell and getting about)

○ Independent
● Need Assistance

## Bathing (including getting supplies)

○ Independent
● Need Assistance

## Dressing:

● Independent
○ Need Assistance

## Toileting: (including help with clothes, or help with ostomy, catheter, etc.)

○ Independent

○ Need Assistance

## Grooming:

◉ Independent

○ Need Assistance

## Use of Telephone:

◉ Independent

○ Need Assistance

Other:

○ Independent

○ Need Assistance

◉ Na

Comments:

Patient has difficulty bending back due to pain to perform ADL's. When getting off toilet he needs rail or cane for support. When ambulating he needs cane for support. Per patient while bathing he claims that he needs a rail near shower for support due to back pain. Cannot bring cane into shower per patient. While dressing cannot bend over to put on clothes must pull clothes on in straitht position.

Interviewing Nurse (Initial and ARJIS):

kri 6096

KUYKENDALL, NIEROBI RASHEEN  100006094 (22726980)          **Ex. C-17**