GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF LISA LANDERS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

Case No. 3:20-cv-00406-AJB-DDL

**DECLARATION OF LISA LANDERS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR
PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**

# DECLARATION OF LISA LANDERS

I, Lisa Landers, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the Jail approximately seven times ~~since~~ *Prior to* 2006. I have currently been incarcerated in the Jail since June 20, 2022.

3. I have been diagnosed with gout and neuropathy. This causes pain in my ankles and knees and can make it very difficult and painful for me to walk. I used ~~~~ a walker in the community prior to my incarceration. On February 25, 2022, about four months before I was arrested, a doctor in the community wrote that a wheelchair would "maximize safety and independence with functional mobility throughout the day."

4. I was not allowed to bring my ~~~~ walker with me when I was arrested and Jail staff did not recognize my mobility disability during intake. The Jail housed me in a cell that was not safe for my mobility disability and did not give me a walker. My gout became very bad and I was in severe pain. The toilet did not have a grab bar for me to use to steady myself, which was especially important because I did not have a cane or walker. I also did not have access to a shower that had a grab bar or a chair that I could use to sit. I felt like I was always in danger of falling if my legs gave out when I was trying to use the toilet or while showering.

//
//
//
//
//
//
//

[4253504.2]

1

1     5.    I submitted multiple sick call requests for accommodations. I finally received a walker on July 8, 2022 after I met with my attorneys in this case and the attorneys specifically requested that I get this accommodation. The Jail then moved me to the Medical unit, where I am now housed. I feel safer now, but I am scared that I could be again be in a dangerous cell without access to the accommodations I need to be safe.

    I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at Santee, CVX , California this 28 day of March, 2023.

*Lisa Landers*
Lisa Landers

[4253504.2]

2