GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone:  (858) 677-1400
Facsimile:   (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF MAURICE LITTLEJOHN IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge:  Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

Case No. 3:20-cv-00406-AJB-DDL

**DECLARATION OF MAURICE LITTLEJOHN IN SUPPORT OF PLAINTIFFS' MOTIONS
FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**

# DECLARATION OF MAURICE LITTLEJOHN

I, Maurice Littlejohn, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since July 12, 2022. I have been previously incarcerated at the Jail.

3. During my arrest, I was severely injured. I spent several days in the hospital receiving treatment for blood clots in my lungs and legs, a cracked tailbone, and cracked ribs. When I was released from the hospital, I was taken directly to Central Jail. The hospital gave me a wheelchair because my injuries were still very serious, and I could not move around without one. I brought the wheelchair with me to Central Jail.

4. I initially was housed in unit 5B. I was supposed to be on the bottom tier in a bottom bunk. However, Jail staff did not give me a bed assignment or do anything to ensure I had an accessible bed. Instead, I had to figure it out myself. Because I was nice to other incarcerated people in the unit, they let me sleep on a lower bunk. But if I had not done what they wanted, I do not know where I would have been forced to sleep. I also felt unsafe having to rely on other incarcerated people just to get bottom bunk.

5. It was very difficult to navigate the bathrooms in my housing. There were no benches or seats in the showers. There were no bars near the toilets. This made me very vulnerable, because I was afraid I might fall. I was told I was housed in an ADA cell, but it did not look like it was intended for a wheelchair.

6. About three months after I was booked into Central Jail, there was a riot. My mobility was still severely impaired at the time. I could stand for short periods of time and take a couple of small steps, but I was very unstable and at risk of falling if I tried to stand or walk. However, I stood up during the riot, still leaning against my wheelchair and took no more than a few small steps, because I

[4256669.1]

1
DECLARATION OF MAURICE LITTLEJOHN    ML

1 felt like I would be in more danger if I just stayed seated. At 4:00 a.m. following
2 the riot, Jail staff came into my cell, told me that they saw on video that I could
3 walk, and took away my wheelchair. They did not give me a cane or any other
4 assistance to get around without my wheelchair. I submitted a grievance stating that
5 the wheelchair was my personal property and explaining that I needed it. I was told
6 that the wheelchair was lost, and I would have to be taken to medical to get a new
7 one.

8  7.  About one week later, I was taken out of my cell and told that I finally
9 would be taken to get a wheelchair. Instead, I was placed in a holding cell and
10 transferred to George Bailey. During the transfer, I told Jail staff that I needed a
11 wheelchair, walker, or cane. They did not provide me with either. A nurse at the
12 Jail has confirmed that it is unsafe for me to be shackled because of the blood clots
13 in my legs, but staff made me walk to the bus with shackles on my feet anyways.

14  8.  Although I submitted multiple requests, I was not given a wheelchair
15 for about three months after my transfer to George Bailey. It was painful to move
16 around without a wheelchair. I had to rely on my cellie to get my food and help me
17 take showers. Another incarcerated person let me use his cane a few times, but I
18 feel unsafe having to rely on others.

19  I declare under penalty of perjury under the laws of California and the United
20 States of America that the foregoing is true and correct, and that this declaration is
21 executed at San Diego County Central Jail in San Diego, California this 30 day of
22 MARCH, 2023.

Maurice Littlejohn

[4256669.1]

2
DECLARATION OF MAURICE LITTLEJOHN