GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-00406-AJB-DDL **DECLARATION OF KEVIN MARTIN IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |
| Plaintiffs, | |
| v. | Judge:     Hon. Anthony J. Battaglia |
| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, | Magistrate: Hon. David D. Leshner |
| | Trial Date: None Set |
| Defendants. | |

### DECLARATION OF KEVIN MARTIN

I, Kevin Martin, declare:

1.     I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.     I have been incarcerated at the San Diego County Jail ("the Jail") since August 5, 2021. I was also previously incarcerated at the Jail numerous times in recent years.

3.     Around late 2021 and early 2022, I began experiencing severe back pain, which was later diagnosed as sciatica on my right side. Throughout 2022, when I was housed primarily at George Bailey Detention Facility and Vista Detention Facility, I repeatedly reported to Jail medical staff that the pain made it extremely difficult for me to walk. I requested to be provided with a cane in order to help me walk, as well as to be housed on a lower bunk, because it was difficult for me to get up and down from the top bunk. Those requests were refused or ignored, and I was housed on the top of a triple-tier bunk. Without a cane to support myself, I sometimes had to limp in order to move around the Jail, and my back would occasionally go out, causing me to stagger.

4.     By December 2022, when I was housed at Vista Detention Facility, my mobility impairments made it difficult to attend to basic aspects of daily life. I was unable to stand up straight or walk without agonizing pain—even to complete basic tasks like taking a shower. The shower did not have a shower chair or anywhere for me to sit, so, in order to wash myself, I would scrub myself down as quickly as possible in the time I could bear to stand, then move back to my bunk in my impaired state to lie down and try to ease the pain in my back. I repeatedly notified Jail staff in person and through sick call requests that I was unable to stand for more than 30 seconds and that I was unable to stand to shower. I asked for medical equipment like a cane to assist with walking, but my requests were continually ignored or refused. As a result of my mobility impairments, I fell climbing down

[4245831.2]

1

DECLARATION OF KEVIN MARTIN

1  from my upper level bunk on approximately December 14, 2022, and had to been

2  transported to a medical unit on a stretcher. I requested a back brace and a cane, but I

3  was denied. On December 23, 2022, I slipped in the shower and hurt my back. *at central jail*

4      5.    Finally, after months of requesting accommodations to help me walk

5  and stand, weeks after I had fallen out of bed, and after I had slipped in the shower, I

6  was transferred to the Central Jail, where I was provided with a temporary walker to

7  help me stand and walk. After about two weeks, however, I was told that I was

8  going to be transferred out of Central, and I understood that my walker would be

9  taken away. I again advocated for myself, including by submitting health care

10  requests, to report that I needed medical equipment for severe lower back pain.

11  Finally, I was evaluated, and Jail staff determined that I was experiencing severe

12  muscle spasms in my back. Over a year after first informing jail staff that I was

13  experiencing back pain and required accommodations, after repeatedly reporting

14  that my mobility was impaired, and after falling getting out of bed and slipping in

15  the shower, I was provided with a wheelchair and a shower seat.

16      I declare under penalty of perjury under the laws of California and the United

17  States of America that the foregoing is true and correct, and that this declaration is

18  executed at San Diego County Central Jail in San Diego, California this _____ day of

19  3-10_____, 2023.

20      Kevin Martin

21

22

23

24

25

26

27

28

[4245831.2]

2
DECLARATION OF KEVIN MARTIN _____