GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF VICTOR MEDRANO IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

Case No. 3:20-cv-00406-AJB-DDL

**DECLARATION OF VICTOR MEDRANO IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**

# Declaration of Victor Medrano

I, Victor Medrano, declare:

1. I have personal knowledge of the matters set forth herin, if called as a witness, I could and would competently so testify.

2. I am currently incarcerated at San Diego Central Jail. My booking number is 22721270. I am in Module 7B, cell 8. I have been housed in that cell for about six months.

3. I use a wheelchair because I have limited mobility. I need to use a wheelchair because I had a heart attack and fell in the shower while incarcerated at the jail. I have been in a wheelchair for about 9 to 10 ~~moth~~ months.

4. My cell does not have grab bars by the toilet to help me transfer out of my wheelchair. Grab bars would help stabilize me when I am transferring to the toilet. I am scared I might fall while transferring.

5. I am housed on the lower bunk of a two-bunk cell. There is about a one-foot height difference between my bunk and my wheelchair. I cannot transfer directly from my wheelchair to the bunk because there is a round seat between where I park the chair and my bunk. I am not assigned to a wheelchair-accessible cell.

Page 1

6. There are also no grab bars to help me transfer from my wheelchair to my bunk. I have slipped and fallen twice while trying to transfer from my wheelchair to my bunk, resulting in bruises on my arm and along my ribs. Many times when I get into bed, I am worried I will fall and get injured getting into bed.

7. The shower in my housing unit has a grab bar, but the grab bar is always slippery and I cannot reach it from where I park my wheelchair. The shower has a seat on wheels, but I still have to hobble about six feet from my wheelchair to the shower seat.

8. Today to attend the professional visit, I had to walk up the stairs. I always fear falling when trying to climb up the stairs. I feel pressured by custody staff to not take my wheelchair to go to my visits.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego, California this 6th day of April, 2023.

_____
VICTOR MEDRANO

page 2