GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone:  (858) 677-1400
Facsimile:   (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge:        Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Date:     June 29, 2023<br>Time:    2:00 p.m.<br>Ctrm.:   4A<br><br>Trial Date:  None Set |

Pursuant to Federal Rule of Evidence 201, Plaintiffs Darryl Dunsmore, Andree Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Lisa Landers, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, Jesse Olivares, Gustavo Sepulveda, Michael Taylor, and Laura Zoerner ("Plaintiffs") hereby request that the Court take judicial notice of the following documents in support of Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification ("Plaintiffs' Motions"):

**DOCUMENT LIST**

1. The Santa Clara County Mobility Disability Remedial Plan, entered into by consent decree on November 6, 2018, a true and correct copy of which is attached as **Exhibit P** to the Grunfeld Declaration.

2. The Remedial Plan for the Orange County Jail Regarding the Treatment of People with Disabilities, Restrictive Housing, and the Treatment of People who Identify as Lesbian, Gay, Bisexual, Transexual, Queer or Intersex (LGBTQI), dated November 21, 2019, a true and correct copy of which is attached as **Exhibit Q** to the Grunfeld Declaration.

3. The Santa Barbara County Jail Remedial Plan, dated July 17, 2020, a true and correct copy of which is attached as **Exhibit R** to the Grunfeld Declaration.

4. An excerpt from the California Board of State and Community Corrections' ("BSCC") June 8, 2022 report on the 2020-2022 Biennial Inspection of San Diego County Type II Jail Facilities, a true and correct copy of which is attached as **Exhibit S** to the Grunfeld Declaration.

5. The Injunction Order in *Armstrong v. Newsom*, dated January 18, 2007, a true and correct copy of which is attached as **Exhibit T** to the Grunfeld Declaration.

6. The San Diego County Civil Grand Jury report "San Diego County Detention Facilities: Inspection Report and Inmate Mental Health," dated May 28, 2019, a true and correct copy of which is attached as **Exhibit BB** to the Grunfeld

Declaration.

7. The U.S. Department of Justice Bureau of Justice Statistics report "Survey of Prison Inmates, 2016: Disabilities Reported by Prisoners," dated March 2021, a true and correct copy of which is attached as **Exhibit CC** to the Grunfeld Declaration.

**BASIS FOR JUDICIAL NOTICE**

The Court may take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The Court must take judicial notice of a judicially noticeable fact "if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

## I. THE COURT MAY TAKE JUDICIAL NOTICE OF OFFICIAL REPORTS PREPARED BY GOVERNMENT AGENCIES

Plaintiffs seek judicial notice of several documents created by various government agencies. Specifically, Plaintiffs seek judicial notice of the county-drafted Remedial Plans for accommodating people with disabilities in the Santa Clara County, Orange County, and Santa Barbara jail systems (**Exhibits P**, **Q**, and **R** to the Grunfeld Declaration); an official report by the BSCC, a state agency (**Exhibit S** to the Grunfeld Declaration); and an official report by the Bureau of Justice Statistics, a federal agency (**Exhibit CC** to the Grunfeld Declaration).

All of these documents are reliable and are subject to judicial notice as matters of public record and official agency publications. Courts regularly take judicial notice of official governmental publications. *See Disabled Rights Action Comm. v. Las Vegas Events, Inc.*, 375 F.3d 861, 866 n.1 (9th Cir. 2004) (taking judicial notice of "records of state agencies and other undisputed matters of public record"); *Zakinov v. Blue Buffalo Pet Prods., Inc.*, 2018 WL 1426932, at *3 (S.D. Cal. Mar. 22, 2018) (taking judicial notice of government documents posted on public website); *see also United States ex rel. Dingle v. BioPort Corp.*, 270 F. Supp.

1  2d 968, 972 (W.D. Mich. 2003) ("Public records and government documents are
2  generally considered not to be subject to reasonable dispute.") (internal quotation
3  marks omitted), *aff'd sub nom. Dingle v. Bioport Corp.*, 388 F.3d 209 (6th Cir.
4  2004); *Hernandez v. Cty. of Monterey*, 305 F.R.D. 132, 139 n.2 (N.D. Cal. 2015)
5  (taking judicial notice of official government report on "Americans with
6  Disabilities" by United States Census Bureau, in connection with motion to certify
7  class of incarcerated plaintiffs).

8  These government agency reports are also relevant to Plaintiffs' Motion. The
9  Remedial Plans for Santa Clara County, Orange County, and Santa Barbara County
10 set forth specific actions that other, similarly sized California jail systems have
11 taken to comply with the Americans with Disabilities Act ("ADA"). The BSCC
12 report discusses and criticizes the Sheriff's Department's use of triple bunks in
13 housing units at the San Diego County Jail ("Jail"), which Plaintiffs' Motions
14 contend violates the ADA. The Bureau of Justice Statistics report discusses rates of
15 disabilities among incarcerated people in the United States. Indeed, this Court
16 granted Plaintiffs' request for judicial notice of similar agency reports when
17 Plaintiffs filed their first motion for preliminary injunction. *See* Dkt. 203 at 4.

## II. THE COURT MAY TAKE JUDICIAL NOTICE OF COURT DOCUMENTS FROM OTHER CASES

20 Plaintiffs also seek judicial notice of the January 18, 2007 Injunction Order in
21 *Armstrong v. Newsom*, Case No. 4:94-cv-02307-CW (N.D. Cal.) (attached as
22 **Exhibit T** to the Grunfeld Declaration). The Court may take judicial notice of court
23 filings from other proceedings, such as the Injunction Order. *See Reyn's Pasta*
24 *Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (holding that a
25 court "may take judicial notice of court filings and other matters of public record");
26 *see also Villa v. Heller*, 2011 WL 2216262, at *4 n.6 (S.D. Cal. Jun. 7, 2011) (this
27 Court taking judicial notice of court filings). The Injunction Order is relevant to
28 Plaintiffs' Motion because in that case, the Court concluded that the denial of sign

language interpretation to deaf incarcerated people left them unable to understand important due process and medical proceedings, and issued an injunction—and Plaintiffs' Motions seek a similar injunction.

### III. THE COURT MAY TAKE JUDICIAL NOTICE OF CIVIL GRAND JURY REPORTS ABOUT THE JAIL

Plaintiffs also seek judicial notice of the 2019 San Diego County Grand Jury report about the Jail (attached as **Exhibit BB** to the Grunfeld Declaration). Courts regularly take notice of county grand jury reports. *See, e.g.*, *M.S. v. Cty. of Ventura*, 2016 WL 11506613, at *6 (C.D. Cal. Oct. 24, 2016). This grand jury report is relevant to Plaintiffs' Motions because it discusses construction delays at Rock Mountain Detention Facility and indicates Rock Mountain is being renovated to replace South Bay Detention Facility. In this case, Defendants have claimed they will move all people with mobility disabilities from Central Jail to Rock Mountain, which is still not open. The grand jury report is relevant to show that Defendants are now presenting a different justification for Rock Mountain and to show that the opening of Rock Mountain has been continually delayed.

### CONCLUSION

For the reasons stated above, Plaintiffs respectfully request that the Court take judicial notice of these exhibits, and consider them and the undisputed facts within as true when ruling on Plaintiffs' Motions.

DATED: April 25, 2023         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
       Gay Crosthwait Grunfeld

Attorneys for Plaintiffs