GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>   Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**PLAINTIFFS' APPLICATION FOR LEAVE TO ALLOW NON-ELECTRONIC FILING OF EXHIBIT**<br><br>Judge:  Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner |

| | |
|---|---|
| 1 | Pursuant to Local Rule 5.1(e) and Electronic Case Filing Administrative |
| 2 | Policies and Procedures Manual § 2(k), Plaintiffs Darryl Dunsmore, Andree |
| 3 | Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Lisa Landers, Reanna |
| 4 | Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, Jesse Olivares, |
| 5 | Gustavo Sepulveda, Michael Taylor, and Laura Zoerner (collectively, "Plaintiffs") |
| 6 | respectfully request leave from this Court to allow the non-electronic filing of |
| 7 | exhibits. |
| 8 | Concurrently with this Application, Plaintiffs are filing Motions for |
| 9 | Preliminary Injunction and for Provisional Class Certification (the "Motions"). In |
| 10 | support of these Motions, Plaintiffs wish to file a video clip as an exhibit to the |
| 11 | Declaration of Gay Crosthwait Grunfeld ("Grunfeld Decl."), as follows: |
| 12 | • Exhibit O to the Grunfeld Decl. is a thumbdrive containing a true and |
| 13 | correct copy of a YouTube video recording of a Zoom video |
| 14 | presentation on July 8, 2022 by San Diego County Sheriff's |
| 15 | Department Captain Kyle Bibel, given on behalf of the Sheriff's |
| 16 | Department, to the San Diego County Committee for Persons with |
| 17 | Disabilities. The video is publicly available at |
| 18 | https://www.youtube.com/watch?v=tKXacW2lBDA. |
| 19 | Section 2(k) of the Court's Electronic Case Filing Administrative Policies and |
| 20 | Procedures Manual permits a party to "seek leave of court to allow the non- |
| 21 | electronic filing of exhibits when they are not convertible to electronic form (e.g. |
| 22 | videotapes, maps, etc.)." The exhibit Plaintiffs wish to file in support of their |
| 23 | Motion is not convertible to *electronic* form, while at the same time maintaining the |
| 24 | integrity of the evidence. The exhibit exceeds 35 megabytes in size, and therefore |
| 25 | cannot be filed through the Court's Electronic Case Filing system. *See* Electronic |
| 26 | Case Filing Administrative Policies and Procedures Manual § 2(k) ("If the entire |
| 27 | exhibit exceeds thirty-five (35) megabytes, it must be submitted in multiple |
| 28 | segments, not to exceed thirty-five (35) megabytes each."); *id*. § 1(d) ("Individual |

.pdf documents must not exceed thirty-five (35) megabytes (MB) in size.").

WHEREFORE, Plaintiffs respectfully request that the Court grant this application and allow Plaintiffs to lodge with the Court a thumb drive that contains a copy of the above video clip. Plaintiffs will simultaneously provide a cover page and table of contents in accordance with Electronic Case Filing Administrative Policies and Procedures Manual § 2(k).

DATED: April 24, 2023          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
    Gay Crosthwait Grunfeld

Attorneys for Plaintiffs