GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,

Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**DECLARATION OF ERIC MONEK ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**

Judge: Hon. Anthony J. Battaglia
Magistrate: Hon. David D. Leshner

Date: June 29, 2023
Time: 2:00 p.m.
Ctrm: 4A

Trial Date: None Set

[4266130.1]

I, Eric Monek Anderson, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motion to File Under Seal Documents in Support of Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

## I. Medical Records of Incarcerated Individuals

2. Plaintiffs seek to seal narrow portions of the medical records of incarcerated individuals submitted with Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification (the "Motions") in order to demonstrate the harm that incarcerated people have wrongfully faced at the San Diego County Jail (the "Jail"). Those medical records are contained in Exhibit B to the Declaration of Nierobi Kuykendall, Exhibits A and B to the Declaration of Matthew Ybarra, and Exhibit U to the Declaration of Gay Crosthwait Grunfeld. Based on my experience representing incarcerated people and my conversations with people incarcerated at the Jail, it is my understanding that disclosure of private medical and mental health information unrelated to the case would embarrass, inconvenience, and otherwise expose to harm the incarcerated people whose records are at issue.

3. All of the portions of medical records sought to be sealed through this motion contain private, sensitive information about individuals' medical and mental health histories, conditions, diagnoses, and treatments that Plaintiffs have not put at issue in these Motions. The excerpts from the records include, for example, details of unrelated medical care received by incarcerated individuals, as well as the individuals' criminal charges. Plaintiffs do not seek to seal information regarding conditions, communications, and custody and medical staff practices that they have put at issue in these Motions. Plaintiffs seek to seal only those portions of the

1  medical records we believe contain unrelated confidential medical information.

2      4.    All of the medical records Plaintiffs seek to seal were produced to my

3  law firm by the Sheriff's Department upon request and submission of signed

4  medical release forms, or provided directly to my law firm or our co-counsel by

5  individual incarcerated people.

6  **II.    Letters from *Armstrong* Plaintiffs' Counsel**

7      5.    Plaintiffs seek to seal personally identifiable information of

8  incarcerated people in letters sent by Plaintiffs' counsel in the *Armstrong v. Newsom*

9  litigation against the California Department of Corrections and Rehabilitation,

10 which copy Defendants, in order to show that Defendants have long been on notice

11 of their failures to accommodate people with mobility and hearing disabilities at the

12 Jail.  Those letters are contained in Exhibit B to the Declaration of Gay Crosthwait

13 Grunfeld.  Plaintiffs seek to seal only the identifying information of people who

14 have not submitted declarations and are not otherwise identified in this case.  Based

15 on my experience representing incarcerated people and my conversations with

16 people incarcerated at the Jail, it is my understanding that disclosure of those

17 individuals' identifying information without their consent—which would entail the

18 disclosure of the fact of those individuals' prior incarceration in the Jail—would

19 embarrass, inconvenience, and otherwise expose to harm those people whose

20 identities are at issue.

21     6.    Plaintiffs do not seek to seal information regarding conditions,

22 communications, and custody and medical staff practices that they have put at issue

23 in these Motions.  Plaintiffs also do not seek to seal identifying information of

24 individuals who have chosen to participate in this litigation, either as a plaintiff or

25 by submitting a declaration.

26 **III.   Anonymized Rosters Produced and Designated Confidential by
       Defendants**

27

28     7.    Consistent with the Stipulated Protective Order in this litigation, *see*

Dkt. No. 255, Plaintiffs also move to seal documents designated "Confidential" by Defendants, which are contained in Exhibit Z to the Declaration of Gay Crosthwait Grunfeld.  Exhibit Z contains anonymized rosters reflecting the housing assignments of incarcerated people with acknowledged disabilities at the Central Jail facility.

8.    Plaintiffs object to the confidentiality designation of the anonymized rosters, in light of the fact that the documents as produced already redacted the names and booking numbers of incarcerated individuals.  As such, the rosters as produced would not compromise the safety and security of the Jail and do not reflect confidential or personal information of any individual.  Attached hereto as **Exhibit A** is a true and correct copy of my letter dated April 5, 2023 to counsel for Defendants, providing written notice of Plaintiffs' objection to the confidentiality designation.

9.    Defendants' counsel disagreed, asserting that the rosters must be sealed on the grounds that "the location of disabled detainees in the [Jail] facility is not information that can be released to the public."  Attached hereto as **Exhibit B** is a true and correct copy of an email dated April 5, 2023 from Elizabeth Pappy, counsel for Defendants, to me, reflecting that disagreement.

10.    However, Defendants make available online similar information about the housing locations of incarcerated people with disabilities at the Jail.  Attached hereto as **Exhibit C** is a true and correct copy of the "San Diego Sheriff's Department Detention Services Bureau—Las Colinas Detention and Reentry Facility Green Sheet" Number M.39.L, which my colleague downloaded from the San Diego Sheriff's Department website on April 5, 2023.  Exhibit C lists the "ADA COMPLAINT CUBICLES/CELLS BY HOUSING UNIT," for example, "House 1 A-D: #1, #15."

11.    I sent a follow-up email on April 12, 2023 seeking to meet and confer and then discussed the designation dispute with Defendants' counsel Susan Coleman at a deposition on April 20, 2023.  Plaintiffs followed up on this discussion by email

1   on April 20, 2023, asking to meet and confer or for Defendants to respond with their

2   position on the confidentiality of the anonymized rosters by noon on April 21, 2023,

3   but Defendants declined to provide an updated response by that time and have not

4   changed their position as of the filing of this declaration.

**IV.    Construction Plans and Blueprints of Jail Facilities Produced and Designated as Confidential by Defendants**

7        12.    Consistent with the Stipulated Protective Order in this litigation, *see*

8   Dkt. No. 255, Plaintiffs also move to seal constructions plans and blueprints of the

9   Jail facilities, which were designated "Confidential" by Defendants and later

10  included in the inspection reports drafted by Plaintiffs' accessibility expert.

11  Plaintiffs seek to seal only the portions of the inspection reports that contain

12  blueprints and construction plans that Defendants have designated confidential.

13       13.    My firm has confirmed the motion to seal complies with Civil Local

14  Rule 79.2 and Electronic Case Filing Administrative Policies and Procedures

15  Manual Section 2(j).

16       I declare under penalty of perjury under the laws of the United States of

17  America that the foregoing is true and correct, and that this declaration is executed

18  at San Francisco, California this 24th day of April, 2023.

Eric Monek Anderson

DECLARATION OF ERIC MONEK ANDERSON ISO PLAINTIFFS' MOTION TO FILE UNDER SEAL
DOCUMENTS ISO PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

## TABLE OF CONTENTS

EXHIBITS TO THE DECLARATION OF ERIC MONEK ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

| EXHIBIT | DESCRIPTION | PAGE NO. |
|---|---|---|
| A | Letter dated April 5, 2023 from Plaintiffs to Defendants Objecting to Confidentiality Designation | 1 |
| B | Email dated April 5, 2023 from Defendants to Plaintiffs Disagreeing with Objection to Confidentiality Designation | 4 |
| C | San Diego Sheriff's Department Detention Services Bureau, Las Colinas Detention and Reentry Facility Green Sheet M.39.L | 7 |

[4276905.2]

# EXHIBIT A

**R B**
**G G**   **ROSEN BIEN**
**GALVAN & GRUNFELD LLP**

101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
T: (415) 433-6830 ▪ F: (415) 433-7104
www.rbgg.com

Eric Monek Anderson
Email:  eanderson@rbgg.com

April 5, 2023

VIA ELECTRONIC MAIL ONLY

Elizabeth M. Pappy
Burke, Williams & Sorensen, LLP
60 South Market Street, Suite 1000
San Jose, CA  95113-2336
epappy@bwslaw.com

Re:     *Dunsmore et al. v. San Diego County Sheriff's Department et al.*,
        S.D. Cal. No. 3:20-cv-00406-AJB-DDL
        ADA PMK Depositions, ADA Document Production, and Confidentiality
        Designation
        Our File No. 1730-01

Dear Beth:

This letter responds to your and Susan's emails from today, April 5, 2023.

Thank you for providing the amended responses and privilege log last night.  We appreciate your client searching for more documents and look forward to receiving the additional production.  We currently see no need to invoke the IDC process as to Request for Production Set One.  We do ask that you amend the written responses when that further production is provided, to reflect the documents produced, or to confirm that no additional documents were found.

With respect to your suggestion that I was not forthright when you asked me about grievances, we had not yet searched our files and I did not know of any specific grievances—only that three produced ADA grievances over the course of more than two years seemed like a very small number.

As a courtesy, we are happy to go to your offices at 501 W. Broadway for the depositions.  We believe these two depositions can be done in one day, with one witness in the morning and one in the afternoon.  Thursday, April 20 with a 9:00 a.m. start time is preferable for us.  We will agree not to seek an IDC regarding the PMK deposition if you will produce the PMKs described in my email of April 4 for deposition.  We will serve a notice of deposition based on the PMK language you approved shortly.

[4266452.1]

**Ex. A-2**

Elizabeth M. Pappy
April 5, 2023
Page 2


Finally, pursuant to Paragraph 13 of the stipulated protective order, Plaintiffs hereby object to Defendants' designation of the two San Diego Central Jail rosters, SD000451 and SD000467, as Confidential.  The names and booking numbers of all individuals are redacted, which prevents the reader from linking any identified individual to the ADA accommodations listed.  Plaintiffs do not believe that the unredacted information would compromise the safety and security of the jail, or is confidential personal information.  Captain Bibel and Sergeant Jensen both testified about the unredacted information on the SD000467 roster during their depositions, and it is our understanding that Defendants did not designate any of that testimony confidential. Please advise if you will agree to lift the Confidential designation for the rosters.

Thank you for your ongoing courtesy and cooperation.

Sincerely,

ROSEN BIEN
GALVAN & GRUNFELD LLP

*/s/ Eric Monek Anderson*

By:   Eric Monek Anderson

EMA:cn
Cc:  Susan Coleman
        Co-counsel

[4266452.1]

**Ex. A-3**

# EXHIBIT B

| From: | Pappy, Elizabeth M. |
|---|---|
| To: | Eric Monek Anderson; Coleman, Susan E.; Gay C. Grunfeld |
| Cc: | Kiefer, Oliver; Van Swearingen |
| Subject: | RE: Request to Meet and Confer: Dunsmore v. San Diego County Sheriff"s Dept., et al., 20-cv-00406-AJB-DDL [IMAN-DMS.FID55015] |
| Date: | Wednesday, April 5, 2023 4:32:34 PM |
| Attachments: | image001.jpg |

**[EXTERNAL MESSAGE NOTICE]**

I see that Susan confirmed April 20th and we appreciate your agreement to do it at our offices a block from Central.  We will confirm the witnesses availability that day.

With regard to the rosters, these were produced in response to the Request for Inspection, correct? The Magistrate approved their production without names and booking numbers.  Sgt. Jensen and Cpt. Bibel did not testify to any information disclosing name or booking number and the location of disabled detainees in the facility is not information that can be released to the public.  No one should know where mobility disabled individuals are or primarily housed for their safety.  I am sure you can appreciate that and I believe it is indeed appropriate to go back and designate that part of Cpt. Bibel's deposition confidential if you want to use it in Court.

I will review the transcript and let you know which portions we will be designating as confidential and let the Court reporter know that a revised transcript must be prepared.

Thank you.

**Elizabeth M. Pappy | Partner**
Pronouns: she, her, hers
60 South Market Street, Suite 1000 | San Jose, CA  95113
d - 408.606.6305 | t - 408.606.6300 | f - 408.606.6333
epappy@bwslaw.com | vCard | bwslaw.com
Burke, Williams & Sorensen, LLP



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Eric Monek Anderson [mailto:EMonekAnderson@rbgg.com]
**Sent:** Wednesday, April 5, 2023 3:59 PM
**To:** Coleman, Susan E. <SColeman@bwslaw.com>; Pappy, Elizabeth M. <EPappy@bwslaw.com>; Gay

**Ex. B-5**

C. Grunfeld <GGrunfeld@rbgg.com>
**Cc:** Kiefer, Oliver <Oliver.Kiefer@us.dlapiper.com>; Van Swearingen <VSwearingen@rbgg.com>
**Subject:** RE: Request to Meet and Confer: Dunsmore v. San Diego County Sheriff's Dept., et al., 20-
cv-00406-AJB-DDL [IMAN-DMS.FID55015]

<span style="background-color:#9acd32">**[EXTERNAL]**</span>

Dear Beth and Susan,

Please see the attached letter.

Thank you,
Eric

**Eric Monek Anderson** (he/him)
Associate Attorney



**Rosen Bien Galvan & Grunfeld LLP**
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
T: (415) 433-6830  •  F: (415) 433-7104
eanderson@rbgg.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If
you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that
you have received this e-mail message in error, please e-mail the sender at eanderson@rbgg.com.

**Ex. B-6**

# EXHIBIT C

Ex. C-7

**SDSD Detention Services Bureau—Las Colinas Detention and Reentry Facility Green Sheet**

| | |
|---|---|
| **DATE:** | JANUARY 23, 2019 |
| **NUMBER:** | M.39.L |
| **SUBJECT:** | DISABLED INMATES |

<u>PROCEDURE</u>

All inmates who have been screened and determined to be disabled by medical staff in accordance with the Americans with Disabilities Act (ADA), will be housed appropriately by medical staff.  The Jail Population Management Unit (JPMU) will log in the Jail Information Management System (JIMS) the appropriate hazard.

ADA COMPLIANT CUBICLES/CELLS BY HOUSING UNIT

> House 1 A-D: #1, #15
> House 2 A-H: #20, #24
> House 3 A-H: #14
> House 4 A&B: #1, #30
> House 5 A&B: #1, #20, #32
> MOB: Med Ward 2, Med Ward 3, Cells #1-10
> WPSU: #11, #12, #13

**Ex. C-8**