

## United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: | 20-cv-00406-AJB-DDL |
| TITLE: | Dunsmore v. State of California et al |
| FILED DATE: 4/19/2023 | DOCUMENT NO.: 280 |
| DOCUMENT TITLE: | Request to Present Claim |
| DOCUMENT FILED BY: | Pedro Rodriguez |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

OTHER:

Civ.L. Rule 7.1 or 47.1 - Lacking memorandum of points and authorities in support as a separate document;

ECF § 2(a), (g) - Docket entry does not accurately reflect the document(s) file;

Civ.L. Rule 5.1 – Improper format;

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☒ | The document will remain as filed despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| ☐ | The Clerk is directed to MODIFY the docket text of the filed document to the following: |
| ☐ | The document is REJECTED. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
| ☐ | Rejected documents shall be returned to pro se filer. |

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: April 28, 2023          CHAMBERS OF: The Honorable David D. Leshner

cc: All Parties          By: LC1