UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al., <br><br> Defendants. | Case No.: 20-cv-00406-AJB-DDL <br><br> **FILED ON THE PUBLIC DOCKET** <br><br> **NOTICE OF VIDEOCONFERENCE INFORMATION FOR MAY 3, 2023 STATUS CONFERENCE** |

A Status Conference has been scheduled in this matter for **May 3, 2023** at **4:00 p.m.** Counsel must use the videoconference link below to appear at the Status Conference.

David Leshner is inviting you to a scheduled ZoomGov meeting.

Topic: Status Conference | Dunsmore v. County of San Diego, et al., No. 20-cv-406

Time: May 3, 2023 04:00 PM Pacific Time (US and Canada)

Join ZoomGov Meeting
https://casd-uscourts-gov.zoomgov.com/j/1613562167?pwd=aUcwZk41eGdWWXJnUVJxemRkNEFMdz09

1

20-cv-00406-AJB-DDL

```
Meeting ID: 161 356 2167
Passcode: 963486
One tap mobile
+16692545252,,1613562167# US (San Jose)
+16692161590,,1613562167# US (San Jose)

Dial by your location
        +1 669 254 5252 US (San Jose)
        +1 669 216 1590 US (San Jose)
        +1 415 449 4000 US (US Spanish Line)
        +1 646 828 7666 US (New York)
        +1 646 964 1167 US (US Spanish Line)
        +1 551 285 1373 US
Meeting ID: 161 356 2167
Find your local number: https://casd-uscourts-
       gov.zoomgov.com/u/aetnNBQTaD

Join by SIP
1613562167@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 161 356 2167
Passcode: 963486
```

The Status Conference is not a confidential proceeding and the Clerk of the Court is respectfully requested to file this notice on the public docket. Any questions regarding the Status Conference may be directed to the Court's staff at 619-837-6526.