Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800      Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300      Fax: 408.606.6333

Attorneys for Defendant
COUNTY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [Dkt. 281]**<br><br>[*Proposed Order filed concurrently herewith*]<br><br>District Judge Anthony J. Battaglia |

TO THE HONORABLE ANTHONY J. BATTAGLIA:

///

4864-1176-9697 v1 SD #4870-2866-7667 v1    - 1 -    3:20-CV-00406-AJB-DDL
JOINT MOTION TO MODIFY BRIEFING SCHEDULE ON MOT'N FOR P.I.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1  WHEREAS, Plaintiffs filed a Motion for Preliminary Injunction and Provisional Class Certification on April 25, 2023 [Dkt. 281];

WHEREAS, the briefing schedule issued thereafter set the County's Opposition as due on May 10, 2023, and the Plaintiffs' reply on May 17, 2023, with a hearing on June 29, 2023, at 2:00 p.m. [Dkt. 285];

WHEREAS, Defendant[1] needs additional time to oppose the pending motion in order to: obtain records from the Sheriff's Department on the 14 incarcerated persons who provided declarations, review the declarants' medical records, prepare declarations in opposition to the motion and its supporting declarations, for expert witnesses to review and respond to the materials submitted by Plaintiffs' expert Sanossian, and to draft an Opposition brief incorporating the foregoing items;

WHEREAS, Defendant also needs more time to oppose the motion because defense counsel Elizabeth Pappy, who has been lead on the ADA issues in this case, is currently engaged in a 4-week jury trial in Sonoma County, which began on April 25, 2023, and defendants' structural ADA expert Paul Joelson is currently out of the country;

IT IS HEREBY STIPULATED, between the parties that Defendant COUNTY OF SAN DIEGO, shall have up to and including May 17, 2023, to file its Opposition to Plaintiffs' Motion for Preliminary Injunction, and that Plaintiffs[2] shall have up to and including May 26, 2023, to file their Reply brief.

IT IS SO STIPULATED.

---

[1] Plaintiffs note that their Motion for Preliminary Injunction is directed at Defendants County of San Diego and San Diego County Sheriff's Department. Despite the Court's April 27, 2023 order finding that the San Diego County Sheriff's Department and San Diego County Probation Department are "proper defendants," Defendant County of San Diego refuses to include the San Diego County Sheriff's Department in this Joint Motion.

[2] Defendant notes that the Complaint is not yet at issue and no appearance has yet been made for any County sub-entity. Defendant's Motion to Dismiss was granted in part [Dkt. 287] and Plaintiffs were given leave to amend. Further, the Sheriff's Department is an entity of the County.

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4864-1176-9697 v1 SD #4870-2866-7667 v1      - 2 -      3:20-CV-00406-AJB-DDL
JOINT MOTION TO MODIFY BRIEFING SCHEDULE ON MOT'N FOR P.I.

| | | |
|---|---|---|
| 1 | Dated: May 3, 2023 | BURKE, WILLIAMS & SORENSEN, LLP |
| 2 | | |
| 3 | | By: */s/ Susan E. Coleman* |
| 4 | | Susan E. Coleman<br>Elizabeth M. Pappy |
| 5 | | Attorneys for Defendant |
| 6 | | COUNTY OF SAN DIEGO |
| 7 | Dated: May 3, 2023 | ROSEN BIEN GALVAN & GRUNFELD LLP |
| 8 | | |
| 9 | | |
| 10 | | By: */s/ Van Swearingen*<br>Van Swearingen |
| 11 | | Attorneys for Plaintiffs |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4864-1176-9697 v1 SD #4870-2866-7667 v1

- 3 -

3:20-CV-00406-AJB-DDL
JOINT MOTION TO MODIFY BRIEFING SCHEDULE ON MOT'N FOR P.I.