1   Susan E. Coleman (SBN 171832)
    E-mail:  scoleman@bwslaw.com
2   BURKE, WILLIAMS & SORENSEN, LLP
    501 West Broadway, Suite 1600,
3   San Diego, CA  92101-8474
    Tel:  619.814.5800      Fax:  619.814.6799
4
    Elizabeth M. Pappy (SBN 157069)
5   E-mail:  epappy@bwslaw.com
    BURKE, WILLIAMS & SORENSEN, LLP
6   60 South Market Street, Ste. 1000
    San Jose, CA  95113-2336
7   Tel:  408.606.6300      Fax:  408.606.6333

8   Attorneys for Defendant
    COUNTY OF SAN DIEGO
9

10              UNITED STATES DISTRICT COURT

11            SOUTHERN DISTRICT OF CALIFORNIA

12

13   DARRYL DUNSMORE, ANDREE          Case No.  3:20-cv-00406-AJB-DDL
     ANDRADE, ERNEST
14   ARCHULETA, JAMES CLARK,          **NOTICE OF WITHDRAWAL OF**
     ANTHONY EDWARDS, LISA            **DOCUMENT DKT. 291**
15   LANDERS, REANNA LEVY,
     JOSUE LOPEZ, CHRISTOPHER         [*Proposed Order filed concurrently*
16   NELSON, CHRISTOPHER              *herewith*]
     NORWOOD, JESSE OLIVARES,
17   GUSTAVO SEPULVEDA,               District Judge Anthony J. Battaglia
     MICHAEL TAYLOR, and LAURA
18   ZOERNER, on behalf of themselves
     and all others similarly situated,
19
                   Plaintiffs,
20
     v.
21
     SAN DIEGO COUNTY SHERIFF'S
22   DEPARTMENT, COUNTY OF
     SAN DIEGO, SAN DIEGO
23   COUNTY PROBATION
     DEPARTMENT, and DOES 1 to 20,
24   inclusive,

25                 Defendants.

26

27      TO THE HONORABLE ANTHONY J. BATTAGLIA:

28      Defendant County of San Diego hereby withdraws its Joint Motion to

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1    Modify Briefing Schedule on Plaintiffs' Motion for Preliminary Injunction and

2    Provisional Class Certification [Dkt. 291].

3

4    Dated:  May 3, 2023                    BURKE, WILLIAMS & SORENSEN, LLP

5

6                                          By: */s/ Elizabeth M. Pappy*

7                                              Susan E. Coleman
                                               Elizabeth M. Pappy

8                                          Attorneys for Defendant
                                           COUNTY OF SAN DIEGO
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

3:20-CV-00406-AJB-DDL
NOTICE OF WITHDRAWAL OF DOCUMENT
DKT. 291