UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.  3:20-cv-00406-AJB-WVG<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>(Doc. No. 293) |

The Court hereby grants the Parties' Joint Stipulation for an Order modifying the briefing schedule [Dkt. 293] on Plaintiffs' motion for preliminary injunction and provisional class certification [Dkt. 281], as follows:

1. The Deadline for Defendant County of San Diego to file its Opposition

Brief and supporting exhibits, is continued from May 10, 2023, to May 17, 2023.

2. The deadline for Plaintiffs to file their Reply brief and supporting exhibits is continued from May 24, 2023, to May 26, 2023.

Motion hearing remains as currently scheduled.

IT IS SO ORDERED.

Dated: May 4, 2023

Hon. Anthony J. Battaglia
United States District Judge