# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERRIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No.: 20-cv-406-AJB-DDL<br><br>**ORDER REGARDING MAY 24, 2023 EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE** |

An Early Neutral Evaluation and Case Management Conference have been scheduled in this matter for **May 24, 2023** at **1:00 p.m.** *See* Dkt. No. 297. All participants must report to the 5th floor of the Edward J. Schwartz Federal Courthouse, located at 221 West Broadway, San Diego, California 92101. Judge Leshner's staff will be present in the lobby by the elevator bank 15 minutes before the scheduled start time to greet the participants and to bring counsel and the parties or party representatives to their respective conference rooms.

/ / /
/ / /

The following are **mandatory procedures** for the Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC").  ***Absent express permission obtained from this Court, and notwithstanding the pendency of any motion, counsel shall timely comply with the dates and deadlines herein***.

1. **Who Must Attend:** Lead trial counsel and the parties' ADA experts shall appear at the shall appear at the ENE.  Any party who is not a natural person shall be represented by the person(s) with full authority to negotiate a settlement.  An insured party shall appear with a representative of the carrier with full authority to negotiate up to the limits of coverage. A person who needs to call another person who is not present before agreeing to any settlement does not have full authority.  The individual plaintiffs shall not appear.

2. **Meet and Confer with Experts Required:**  By not later than **May 22, 2023**, counsel and their respective ADA compliance experts shall meet and confer to determine the specific ADA issues on which the parties believe they can make progress at the ENE.

3. **Joint ENE Statement Required:** By not later than **4:00 p.m.** on **May 23, 2024**, the parties shall submit via email (efile_leshner@casd.uscourts.gov) a joint ENE statement identifying the ADA issues discussed at the meet and confer.  The Court will review the parties' joint statement and the declarations of the parties' respective ADA compliance experts submitted in connection with the pending motion for a preliminary injunction motion to prepare for the ENE.  <u>The parties shall not submit additional settlement briefs prior to the ENE</u>.

4. **Confidentiality:** Parties are encouraged to discuss their case in a respectful and candid manner. To facilitate this, any statements made during the conference will not be admissible at trial.

5. **Pre-ENE Telephone Conference:** The Court may elect to hold a telephonic conference with counsel to prepare for the ENE.  These telephonic conferences are confidential to the same extent as the ENE.

6. **Case Management Conference:** Directly following the ENE, the Court will hold a CMC with counsel only. The parties are, therefore, ordered to comply with Federal Rule of Civil Procedure 26 as follows:

    a. The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) no later than **May 17, 2023**;

    b. The parties shall make the disclosures required by Federal Rule of Civil Procedure 26(a)(1)(A-D) on or before **May 19, 2023**; and

    c. The parties shall file a proposed discovery plan pursuant to Federal Rule of Civil Procedure 26(f)(3) no later than **May 19, 2023**. The parties' Joint Discovery Plan shall specifically address what, if any, additional limitations on written discovery are appropriate in this case in light of the expedited discovery that has already been requested and produced.

**IT IS SO ORDERED.**

Dated: May 10, 2023

Hon. David D. Leshner
United States Magistrate Judge