GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RAISE DISCOVERY DISPUTE**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

On February 15, 2023, Plaintiffs served their Second Set of Requests for Production of Documents seeking information related to medical and mental health care at the Jail, including records related to recent in-custody deaths.  The parties subsequently met and conferred regarding various issues related to the discovery and participated in a discovery conference before this Court on April 3, 2023.  On April 11, 2023, the parties informed the Court that they had reached an agreement whereby Defendants would respond in writing to a revised version of the document requests with documents by April 18, 2023, and complete production by April 28, 2023, with audio/video and other media.

Defendants responded in writing to Plaintiffs' Second Set of Requests for Production of Documents on April 18, 2023.  Thereafter, Plaintiffs identified several deficiencies and/or potential deficiencies with the written responses and production, which may require amendment of written responses, further productions, and production of a privilege log.  Defendants have requested additional time in which to respond to Plaintiffs' inquiries in light of counsel being in trial and preparing a response to Plaintiffs' Motion for Preliminary Injunction and Class Certification.

Pursuant to this Court's rules, May 18, 2023 is the last day to invoke the Court's discovery dispute procedure.  Plaintiffs have agreed, however, to extend this deadline to May 30, 2023, to afford Defendants additional time to respond and in the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

hopes of avoiding further Court involvement.  Accordingly, the parties respectfully ask the Court to extend the deadline to invoke the discovery dispute process for Plaintiffs' Second Set of Requests for Production of Documents from May 18, 2023, to May 30, 2023.

Respectfully submitted,

DATED:  May 12, 2023            ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
_____
Van Swearingen

Attorneys for Plaintiffs

DATED:  May 12, 2023            BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan Coleman*
_____
Susan Coleman

Attorneys for Defendant

### SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

DATED:  May 12, 2023            ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
_____
Van Swearingen

Attorneys for Plaintiffs