UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO ALLOW NON-ELECTRONIC FILING OF EXHIBIT**<br><br>(Doc. No. 282) |

# ORDER

Pending before the Court is Plaintiffs' Application for Leave to Allow Non-Electronic Filing of Exhibit (the "Application"). Having considered the Application, and good cause appearing, the Court GRANTS Plaintiffs' Application. Plaintiffs may lodge Exhibit O to the Declaration of Gay Crosthwait Grunfeld with the Court. Plaintiffs shall simultaneously provide a cover page and table of contents in accordance with Electronic Case Filing Administrative Policies and Procedures Manual § 2(k).

**IT IS SO ORDERED.**

Dated: May 11, 2023

Hon. Anthony J. Battaglia
United States District Judge