Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800    Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300    Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, (Also erroneously sued herein as SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, and SAN DIEGO COUNTY PROBATION DEPARTMENT)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF SUSAN E. COLEMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE CERTAIN UNRELATED MEDICAL RECORDS UNDER SEAL IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Date:   June 29, 2023<br>Time:   2:00 p.m.<br>Courtroom: 4A<br><br>Judge:   Hon. Anthony J. Battaglia |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4883-9613-2964 v2    - 1 -    3:20-CV-00406-AJB-DDL
DECLARATION IN SUPPORT OF MOTION
TO FILE DOCUMENTS UNDER SEAL

I, SUSAN E. COLEMAN, declare as follows:

1. I am an attorney licensed to practice law before this Court, and a Partner with the law firm of Burke, Williams & Sorensen, LLP, counsel of record in this matter for Defendant COUNTY OF SAN DIEGO ("County"). Unless otherwise stated, the following statements are true of my own personal knowledge, and if called upon to testify, I could and would testify competently thereto.

2. I make this declaration in support of the administrative motion to file under seal certain medical records which are being filed concurrently with the County's opposition to Plaintiffs' motions for preliminary injunction and provisional class certification.

3. In support of their motions for a preliminary injunction and provisional class certification, Plaintiffs have submitted declarations of inmates which allege various mobility issues that were encountered at the County's jails. In its opposition to the motion, the County is submitting numerous medical records which will contradict many of these inmates' claims about mobility, and which will show the medical treatment and/or accommodations that these inmates received to address any alleged mobility claims.

4. These medical records contain sensitive and personal information related to the inmates' medical and mental health histories, conditions, diagnoses, and treatments. The records also describe conversations that took place between the inmates and medical and mental health staff at the County's jails. Many of these conversations took place in a confidential or semi-confidential setting. As such, there was an expectation that the disclosed information would remain private.

5. Further, portions of the inmate records being submitted by the County contain medical information that is not related to the alleged medical conditions which are at issue in this case. For example, the "Sick Calls" summaries contain *all* medical complaints for a given period of time, and some progress notes list *every* medication prescribed to the inmate patient.

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4883-9613-2964 v2                 - 2 -                 3:20-CV-00406-AJB-DDL
DECLARATION IN SUPPORT OF MOTION
TO FILE DOCUMENTS UNDER SEAL

6. There is no indication that the inmates who agreed to publicly disclose certain medical information about their mobility in their filed declarations were also willing to publicly disclose information about any of their other medical conditions, especially conditions, treatment and/or medication not related to their mobility claims.

7. The request to seal has been "narrowly tailored" by only redacting those portions of the inmates' medical records which do not relate to the alleged mobility claims. Attached as **Exhibit "A"** is a list of the redacted medical exhibits which are attached to the declarations that are being filed concurrently with the County's opposition to Plaintiffs' motions for preliminary injunction and provisional class certification.

8. The unredacted versions of these medical exhibits are attached to Defendants' Proposed Documents Filed Under Seal in Support of Opposition to Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification, which is being filed concurrently herewith.

9. I had met and conferred with Plaintiff's counsel about this same issue prior to filing a similar motion to seal (Doc. # 150) on May 31, 2022.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on May 17, 2023, at San Diego, California.

                                         /s/   *Susan E. Coleman*
                                          Susan E. Coleman

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4883-9613-2964 v2

- 3 -

3:20-CV-00406-AJB-DDL
DECLARATION IN SUPPORT OF MOTION
TO FILE DOCUMENTS UNDER SEAL

## Exhibit "A"

### (Medical Records to be Filed under Seal)

1. Exhibits A-H to Declaration re Inmate Andre Andrade.
2. Exhibits A-K to Declaration re Inmate Stephon Butler.
3. Exhibit A to Declaration re Inmate Tyron Childs.
4. Exhibits A-D to Declaration re Inmate James Clark.
5. Exhibit A to Declaration re Inmate Cristian Esquivel.
6. Exhibits A-B to Declaration re Inmate Alberto Fuentes.
7. Exhibits A-K to Declaration re Inmate James Kingery.
8. Exhibits A-H to Declaration re Inmate Nierobi Kuykendall.
9. Exhibits A-K to Declaration re Inmate Lisa Landers.
10. Exhibits A to Declaration re Inmate Maurice Littlejohn.
11. Exhibits A to Declaration re Inmate Kevin Martin.
12. Exhibits A-C to Declaration re Inmate Victor Medrano.
13. Exhibits A to Declaration re Inmate Randall Rosier.
14. Exhibits A to Declaration re Inmate Matthew Ybarra.
15. Exhibits C-F to Susan Coleman Declaration.

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4883-9613-2964 v2    - 4 -    3:20-CV-00406-AJB-DDL
DECLARATION IN SUPPORT OF MOTION
TO FILE DOCUMENTS UNDER SEAL