*EXHIBIT 1 (FILED UNDER SEAL)*

Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel:  619.814.5800 Fax:  619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail:  epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel:  408.606.6300 Fax: 408.606.6333

Attorneys for Defendant
COUNTY OF SAN DIEGO

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ERNEST
ARCHULETA, ANTHONY
EDWARDS, REANNA LEVY, JOSUE
LOPEZ, CHRISTOPHER NELSON,
CHRISTOPHER NORWOOD, and
LAURA ZOERNER, on behalf of
themselves and all others similarly
situated,

                Plaintiffs,

        v.

SAN DIEGO COUNTY SHERIFF'S
DEPARTMENT, COUNTY OF SAN
DIEGO, CORRECTIONAL
HEALTHCARE PARTNERS, INC.,
TRI-CITY MEDICAL CENTER,
LIBERTY HEALTHCARE, INC.,
MID-AMERICA HEALTH, INC.,
LOGAN HAAK, M.D., INC., SAN
DIEGO COUNTY PROBATION
DEPARTMENT, and DOES 1 TO 20,
inclusive,

                Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**DECLARATION OF DR.
MONTGOMERY IN RESPONSE
TO DECLARATION OF ANDRE
ANDRADE [DKT. 281-4]**

Judge:   Hon. Anthony J. Battaglia

///

///

///

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4886-9971-6450 v1

1

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE ANDRADE

I, JON MONTGOMERY, declare as follows:

1.      I have personal knowledge of the matters herein and would competently testify to them if called to do so.  I am the Medical Director for the Detention Services Bureau, Medical Services Division, of the San Diego County Sheriff's Department.  My role is to oversee medical services for the incarcerated persons housed in all seven (7) San Diego County Sheriff's Department Jail Facilities.  I am a licensed Physician in the State of California and have been since 2009.  I have worked for the County Detention Services Bureau since 2019.

2.      I have reviewed the declaration of Mr. Andre Andrade [Dkt. 281-4] submitted by Plaintiffs in support of their Motion for Preliminary Injunction, as well as the medical records from Mr. Andrade's various incarcerations in the San Diego County Jail system. I reserve the right to modify or update my opinions below upon receipt of additional information; due to time constraints, I was not able to conduct a thorough review of the entire file.

3.      When Mr. Andrade was booked on June 7, 2022, he indicated he had no issues with mobility and he was not taking any medications, but he admitted that he had been using methamphetamine daily for the last 9 months.  (Ex. G.)

4.      In his declaration, Mr. Andrade states that he fell in June 2022, while trying to climb down from the upper bunk, and he was diagnosed with a concussion. (Andrade Decl. [Doc. 281-4], ¶¶ 5-6.)  This is not supported by the medical records. Mr. Andrade reported to medical on June 16, 2022, stating that he fell from his bunk and hurt his right shoulder and lower back. (Ex. H.) Andrade was examined but no obvious injuries were noted. The objective examination revealed that his bilateral hand grip was strong and equal, he was able to move his hands and feet, and wiggle his toes, without pain or difficulty.  Out of an abundance of caution, Mr. Andrade was sent out to Scripps Mercy Hospital for further assessment.  When he came back to jail the next day, Mr. Andrade was ambulatory with a steady gait.  No redness, swelling or bruising was noted on his back.  When asked what had happened at the

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4886-9971-6450 v1

2

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE ANDRADE

hospital, he said "there's nothing."  (Ex. H.)

5.    On June 18, 2022, it was noted that the imaging that Mr. Andrade had at Scripps Mercy Hospital was negative and he was told to take Motrin (ibuprofen) if needed.  (Ex. A.)

6.    Mr. Andrade also states that in September 2022, he fell a second time, injuring his heel and making it nearly impossible for him to walk.  He allegedly did not get an X-ray and only received some ice and a cane, and the jail did not assign him to a lower bunk.  (Andrade Decl. [Doc. 281-4], ¶¶ 5-6.)

7.    On September 10, 2022, Mr. Andrade was seen by a R.N. in response to his complaints of pain after he reportedly hit his right foot climbing down from the top bunk.  However, the objective examination revealed no visible bruising, redness or swelling of his foot.  Mr. Andrade also had a steady gait with full range of motion (ROM) of the foot, and he was able to move his toes without any problems.  He was ordered to continue taking Tylenol (acetaminophen) and Naproxen (a nonsteroidal anti-inflammatory drug used to reduce inflammation and pain), which had already been prescribed to him, and to inform medical staff if his condition worsened.  An appointment was made for Mr. Andrade to see a physician at the jail's Medical Doctor Sick Call (MDSC).  The next day, Mr. Andrade refused to have a face-to-face visit with nursing staff.  Later that evening, he was provided with an ice pack and presented no other complaints.

8.    On September 13, 2022, Mr. Andrade was seen by a physician, who ordered x-rays of the heel and shoulder, and prescribed a cane for Mr. Andrade.  He also ordered that Mr. Andrade continue taking Tylenol and/or Naproxen, as needed. The cane was issued to Mr. Andrade that same day.  (Ex. B.)

///

///

///

///

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4886-9971-6450 v1                    3                    3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE ANDRADE

9.      Mr. Andrade also states that after he returned to the jail on February 17, 2023, he was assigned an upper bunk and was not provided with a cane for nearly four weeks.  (*Id.*, ¶ 9.)  This ignores that Mr. Andrade was previously given a cane after reporting he hit his foot on a bed, which was a temporary condition and not a permanent disability or mobility impairment.

10.     On February 17, 2023, the day he was booked, Mr. Andrade underwent a medical screening at which time he complained of a spider bite and pain in both legs.  Mr. Andrade reported having deep vein thrombosis or DVT (which occurs when a thrombus, or blood clot, develops in the veins) but denied taking any anticoagulation medication for it.  At the time of the screening, Mr. Andrade was ambulatory with a balanced gait.  A chart review was scheduled to determine if Mr. Andrade should be prescribed Eliquis (a brand of apixaban, which is used to prevent serious blood clots from forming).  The next day, when he was seen again, Mr. Andrade claimed that he had been prescribed and taking Eliquis.  It was determined that his records needed to be verified before he was prescribed any anticoagulation medication, and he was scheduled to see a physician at a MDSC visit.  It was also noted that when he was in custody in September 2021, he had been given a cane for ambulation.  (Ex. C.)

11.     On February 19, 2023, at his MDSC visit, it was noted that Mr. Andrade was an unreliable historian because he kept changing his statements about the anticoagulation medication that he claimed to have been prescribed and/or taking.  Despite saying the previous day that he was taking Eliquis, Mr. Andrade was now saying that he was prescribed warfarin (an anticoagulating drug that reduces the formation of blood clots) but was not taking it.  Further, while Mr. Andrade reported having right leg pain, no swelling or redness was noted.  He also refused to show the nurse practitioner his entire leg for evaluation.  At the end of the visit, it was ordered that Mr. Andrade be assigned to a lower bunk, that his full medical record be obtained to determine when/if he was diagnosed with DVT, and

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4886-9971-6450 v1                                                    4                                          3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE ANDRADE

1  that he be given lidocaine patches (which contain a local anesthetic agent) to relieve

2  his subjective lower back pain.  (*See*, Ex. C.)

3       12.    On February 26, 2023, Mr. Andrade was seen at sick call.  While he

4  complained of leg pain, the objective examination could not be fully completed

5  because Mr. Andrade was agitated and the examination posed a risk to staff.  In

6  particular, the registered nurse was unable to complete a pedal pulse test (on the

7  feet) to assess Mr. Andrade's circulation.  (Ex. D.)

8       13.    On February 28, 2023, Mr. Andrade was seen by a physician for his

9  report of DVT and complaints of pain.  It was ordered that he start Coumadin

10  (warfarin) to treat his DVT and continue using the lidocaine patches that had

11  previously been prescribed to him for pain.  An ADA assessment was also ordered.

12  (*See*, Ex. D.)

13       14.    On March 8, 2023, Mr. Andrade was seen by the physician to

14  determine if a cane was medically appropriate for his condition.  The physician's

15  objective examination revealed that Mr. Andrade had a slow but independent gait.

16  The physician also noted that Mr. Andrade reported a history of DVT (Deep venous

17  thrombosis) but claimed that he did not take any blood thinners to treat this

18  condition on the "outside."  He ordered that Mr. Andrade be provided with a cane

19  and continue taking Coumadin (warfarin) to prophylactically manage potential clot

20  formation.  The physician also counseled Mr. Andrade about the importance of

21  complying with his DVT medication, and of following up with a physician after his

22  scheduled release from jail on March 16, 2023.  The cane was issued to Mr.

23  Andrade on March 13, 2023.  (Ex. E.)

24       15.    Mr. Andrade claims that he is constantly afraid of falling while

25  showering because the showers have no grab bars and he was not given a shower

26  chair.  (*Id.*, ¶ 7.)  However, this is not reflected in his medical records.  For example,

27  on August 18, 2022, Mr. Andrade had a mental health assessment where he reported

28  being able to shower daily and he denied having any symptoms of anxiety or

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4886-9971-6450 v1         5         3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE ANDRADE

1  concerns for his safety.  (Ex. F.) Further, I could find no other record of Mr.

2  Andrade falling other than his reports noted above. Mr. Andrade is no longer in

3  custody of the County as of this date.

4        I declare under penalty of perjury under the laws of the United States of

5  America that the foregoing is true and correct to the best of my knowledge.

6        Executed on May 16, 2023, at San Diego, California.

7

8                                                 JON MONTGOMERY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4886-9971-6450 v1                              6                    3:20-cv-00406-AJB-DDL
                                                          MONTGOMERY DECL. RE ANDRADE

# EXHIBIT A

ANDRADE 001



San Diego County Sheriff's Department                                4/27/2023 12:42:20 PM PDT
9621 Ridgehaven Ct.
San Diego, CA 92123

**Progress Notes - ANDRADE, ANDRE 100033697 (23706693)**

---

Aaron Streufert Corp NP POSTED ON 6/16/2022 7:59:07 PM PDT                     Type: STATCARE

Called by RN. Pt has reported history of spinal injuries. Pt fell from bunk, states he sustained injury to shoulder, and reports being unable to move feet. Unable to determine if pt has sensation in feet or not. Pt is on Gurney, with C-collar in place. Please send pt to ED for evaluation. Please send pt via ambulance.

Addendum:

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 002**

SOAP NOTE BY: Karen Cruz RN POSTED ON 6/16/2022 8:26:09 PM PDT                    Type: RN NOTE

**Subjective**

Patient seen at medical dispensary at 1950 s/p fall from bunk with Dep. 0827. Patient states "I fell off top bunk, I hurt my right shoulder, my mid back hurts 10/10. " Patient claims history of DVT and spinal injury. Patient claims unable to move right arm and unable to move lower extremities due to pain. Patient denies any other injury. No other complaints presented.

**Objective**

| BP: 160/80 | Temp: 98.4 | Pulse: 102 | Resp: 18 | Wt: | Sa02: 97 | BS: 103 | Pain: 10 |

Patient is alert, oriented to person, place and situation, strapped on a gurney with C-collar on placed by Dep 0827. Breathing even and unlabored. Speech clear, spontaneous. PEERL. No bleeding or discharge noted from ear canals and nosetrils and mouth. Dentition intact. Bilateral hand grip strong and equal, patient able to move hands without pain/difficulty. Able to move feet and wiggle toes without pain/difficulty. No obvious injuroes noted. No open areas noted.

SOAP NOTE BY: Arlene Edusada RN POSTED ON 6/17/2022 3:07:50 PM PDT                Type: RN NOTE

**Subjective**

1335 - IP is back from Scripps Mercy Hospital. C/O back pain. IP stated when asked what happened at the hospital, IP stated "there's nothing".

**Objective**

| BP: 143/91 | Temp: 97.5 | Pulse: 75 | Resp: 18 | Wt: na | Sa02: 98 | BS: na | Pain: 7 |

IP is alert and oriented to self, time, place and situation. Breathing is even and unlabored on RA. Skin is warm, dry and pink. Speech is clear and spontaneous. Ambulatory with steady gait.
No redness, swelling or bruise noted to his back.

**Assessment**

Alteration in comfort

**Plan**

SNP muscle strain. 1st dose given at clinic.
ROI to Scripps Mercy signed by pt. ROI to Alvarado to request for IPs outside records signed by IP and fwd to MRU for processing.
MDSC follow up.
Advised IP to inform staff of worsening symptoms. IP voiced understanding.

ANDRADE, ANDRE     100033697 (23706693)

**ANDRADE 003**

| Appointment Name | | | | Appointment Date | | |
|---|---|---|---|---|---|---|
| Medical Doctor Sick Call | | | | 6/18/2022 12:00:00 AM PDT | | |

| Ibuprofen Oral | 200 MG | 2 | | 6/17/2022 8:00:00 AM | 6/18/2022 11:59:59 PM | Take 400 mg by mouth TWICE DAILY for 2 day(s). Dispense 8 tablet. 0 Refill(s) *ATE Profile Only |

Addendum:

F/U Scripps hospital returnee

Generic DHS received. ROI fwd to MRU for processing

pt returned after hospital from fall off bunk.

pt underwent imaging and was discharged with apap/motrin

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 004**

| Ibuprofen Oral | 200 MG | 2 | 6/17/2022 8:00:00 AM | 6/18/2022 11:59:59 PM | Take 400 mg by mouth TWICE DAILY for 2 day(s). Dispense 8 tablet. 0 Refill(s) *ATE Profile |

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 005**

# EXHIBIT B

ANDRADE 006



San Diego County Sheriff's Department                    4/27/2023 12:42:18 PM PDT
9621 Ridgehaven Ct.
San Diego, CA 92123

**MUSCULOSKELETAL PAIN/STRAIN** - Completed by: Glare Lopez RN on 9/10/2022 10:59:34 AM PDT; Signed

by: Peter Freedland Medical on 9/23/2022 1:17:59 PM PDT

| | | |
|---|---|---|
| Patient: ANDRADE, ANDRE | #: 100033697 (23706693) | Class: 3 |
| DOB ▇▇▇▇ | Sex: M | Race: H |
| Housing: - - - - | Court Date: | Type: |
| Status: NOT ACTIVE | | |

Current Allergies

Iodine I 131 Tositumomab, Sulfamethoxazole

Current Medications:

Acetaminophen Oral 500 MG (QTY: 2) (BID: 0800 2000) 7/23/2022 - 10/21/2022

Naproxen Oral 500 MG (QTY: 1) (BID: 0800 2000) 7/23/2022 - 10/21/2022

Chronic Conditions:

No Flags

**SUBJECTIVE:**

History of event: Accidentally hit the edge of bunk with his foot climbing down from top bunk > 3 days ago.

Location and duration of pain: R foot Pain Level (1-10) 6

Treatment measures already taken: None.

☐ History of prior injury or pain in same location

Limitations due to injury: Unable to put pressure / hurts when walking.

Other Current pain meds are not helping enough.

**OBJECTIVE:**

☐ Patient Refused

| BP | Temp | Pulse | Resp | SaO2 | BS | Pain | Height(ft) | Height(in) |
|---|---|---|---|---|---|---|---|---|
| 124 / 76 | 97.0 | 62 | 17 | 98 | NA | 6 | 0 | 0 |
| **Weight** | **BMI** | **MAP** | | | | | | |
| NA | NA | 92.00 | | | | | | |

☐ Area of injury warm to touch            ☐ Swelling            ☐ Ecchymosis

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 007**

☐ Obvious deformity                      ☐ Able to bear weight (if applicable)          ☑ Other

Other:

No visible redness / swelling, skin breakdown / buises on affected foot.

☑ Full ROM of affected area          ☐ Limited ROM of affected area:

Other:

## ASSESSMENT: Muscular pain

PLAN:

Provider must be contacted for medication orders for any PREGNANT patients

☐ Consult provider immediately for gross deformity, any possible fracture, or disproportional amount of pain to type of injury.

☐ Acetaminophen 325 mg ii tablets bid po prn x 7 days (#30)

☐ Ibuprofen 200mg ii tablets bid prn x 7 days (#30)

If injury has occurred within the preceding 24 hours, no gross deformity is noted, minimal swelling and minimal ecchymosis is present, nurse may:

☐ Apply cold pack to affected area BID x 1 day

☐ Apply hot pack to affected area BID x 1 day

☐ Apply ace wrap x 7 days to

☐ Extra blanket x 7 days for elevation of

☐ Provider contacted

Time:

## PATIENT EDUCATION:

☑ Elevate affected area

☑ Body mechanics, lifting, stretching exercises important prior to and after physical exertion

☑ Submit Health Needs Request if symptoms do not improve

Comments:

MDSC scheduled.

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 008**



San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

4/27/2023 12:42:20 PM PDT

**Progress Notes -ANDRADE, ANDRE 100033697 (23706693)**

---

Rebecca Wurmstein NP POSTED ON 9/10/2022 11:12:42 AM PDT                    Type: STATCARE

meds reviewed and ordered

Addendum:

---

SOAP NOTE BY: Glare Lopez RN POSTED ON 9/10/2022 11:14:01 AM PDT              Type: RN NOTE

### Subjective

Incarcerated person seen around 0930 during RNSC (face to face).

I/P submitted an RNSC requesting for medizine refill for his vertigo and c/o fractured heet /foot.

Admits drinking about 6-9 cups of water everyday.

States he accidentally hit the edge of bunk with his R foot climbing down from top bunk > 3 days ago; claims current pain medications are not helping enough - requesting stronger type of pain meds.

### Objective

| BP: 124/76 | Temp: 97.0 | Pulse: 62 | Resp: 17 | Wt: NA | Sa02: 98 | BS: NA | Pain: NA |

Incarcerated person is alert to self, place, and situation. Skin is warm, dry, and perfused. Speech is clear and spontaneous. Ambulatory with steady gait.

Breathing is even and unlabored on RA, incarcerated person not in respiratory distress.

No visible fracture / deformity, redness / swelling, skin breakdown / bruises on affected foot; steady gait.

Able to move toes without problem.

### Assessment

Altered comfort.

### Plan

Emails / message sent to STATCARE, awaiting reply.

Per EMAR, patient has active RX for Tylenol and Naproxen.

Continue current treatment/medications as ordered.

Incarcerated person was advised to increase water intake, eat, and get enough rest.

Advised incarcerated person to inform medical staff if condition worsens, incarcerated person verbalized understanding.

Addendum:  Glare Lopez RN on 9/10/2022 11:16:11 AM

Medizine renewed by STATCARE provider - reflected in EMAR.

---

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 009**

Hye Ko Kwon RN POSTED ON 9/11/2022 1:22:46 PM PDT                                    Type: RN NOTE

I/P refused face to face RNSC today, witnessed by Dep # 3241.

Addendum:

Cherryleth Falaminiano RN POSTED ON 9/11/2022 8:00:52 PM PDT                          Type: RN NOTE

Ice pack provided as witnessed by Dep0761. No complaints presented.

Addendum:

SOAP NOTE BY: Joseph Molina MD POSTED ON 9/13/2022 4:55:36 PM PDT                     Type: MD NOTE

**Subjective**

"Please eval R foot."

pt states he fell off the bunk 5 days ago. he says he hurt his R shoulder and R foot. States it happened 5 days ago.

**Assessment**

S/P Fall off bunk
R shoulder pain
R heel pain

**Plan**

Tylenol/Naproxen
Cane
X-Ray
fu imaging

| Treatment Name | Order Sig | Start | Stop |
|---|---|---|---|
| CANE | once in p.m. | 9/13/2022 6:00:00 PM PDT | 9/13/2022 11:59:59 PM PDT |

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| XR SHOULDER COMPLETE | 9/13/2022 12:01:00 AM PDT | Molina, Joseph MD |
| XR OSCALSIS (HEEL) | 9/13/2022 12:01:00 AM PDT | Molina, Joseph MD |

| Flag ID | Name |
|---|---|
| 240 | Cane |

Addendum: Glare Lopez RN on 9/10/2022 11:16:11 AM
Medizine renewed by STATCARE provider - reflected in EMAR.

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 010**

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 011**

# EXHIBIT C

**ANDRADE 012**



San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

4/27/2023 1:01:46 PM PDT

## MEDICAL CLEARANCE - Completed by: Katelyn Hendricks RN on 2/17/2023 11:18:12 AM PST

| | | |
|---|---|---|
| Patient: ANDRADE, ANDRE | #:100033697 (23706693) | Class: 3 |
| DOB ████ | Sex: M | Race: H |
| Housing: - - - - | Court Date: | Type: |
| Status: NOT ACTIVE | Booking Date: 2/17/2023 11:09:56 AM PST | Release: 3/16/2023 10:22:00 AM |

☐ Patient Refused

| BP | Temp | Pulse | Resp | SaO2 | BS | Pain | Height(ft) | Height(in) |
|---|---|---|---|---|---|---|---|---|
| 147 / 100 | 98.2 | 87 | 18 | 99 | na | na | 5 | 6 |
| Weight | BMI | MAP | | | | | | |
| 185 | 29.9 | 115.67 | | | | | | |

### Does the screener observe, or is the inmate demonstrating any of the following?

☐ In need of Emergency Medical Treatment due to injury, excessive bleeding, extreme pain, or unconsciousness?

Describe:

☐ Hallucinating, delusional, nonsensical, unresponsive, confused, paranoid, altered mental status, or inappropriate conduct?

Describe:

☐ Intoxicated, in withdrawal, slurred speech, unsteady gait, stupor, tremulous, sweating, anxious, abnormal breathing, or hyperventilating?

Describe:

☐ Voicing current, or very recent, suicidal thoughts?

Describe:

☐ Disoriented to person, place, time, and/or situation?

Describe:

☐ Head injuries or fainting/passing out in the last 72 hours

### Please provide details of injury and/or symptoms below

Prior to your arrest, did you swallow or hide any drugs in any body cavity?

☐ Yes

☑ No

ANDRADE, ANDRE    100033697 (23706693)

**ANDRADE 013**



San Diego County Sheriff's Department

9621 Ridgehaven Ct.

San Diego, CA 92123

4/27/2023 1:19:44 PM PDT

**Progress Notes - ANDRADE, ANDRE 100033697 (23706693)**

---

| Katelyn Hendricks RN POSTED ON 2/17/2023 11:18:03 AM PST | Type: RN NOTE |
|---|---|

Abnormal Vital/Reading: BPSC scheduled

Blood Pressure Diastolic: 100

Addendum:

---

| Ryan Mopal RN POSTED ON 2/17/2023 7:13:07 PM PST | Type: RN NOTE |
|---|---|

seen at second stage. patient is ambulatory with balanced gait. patient complaining of 10/140 pain on both of his leg that he attributed with his sciatica. ROI signed for USCD La Jolla. Also, patient has complained of spider bite that happened 4 days ago. (+) tenderness and (+) inflammation. Patient is a homeless. Statcare alerted. Waiting for orders.

Addendum:

---

| Ryan Mopal RN POSTED ON 2/17/2023 8:41:38 PM PST | Type: RN NOTE |
|---|---|

Tylenol given as ordered. Chart review scheduled for eliquis. ABX not warranted per NP.

Addendum:

---

| Emiliza Cornejo NP POSTED ON 2/18/2023 7:03:10 AM PST | Type: NP NOTE |
|---|---|

CC: "****** Problem 1 of 1 *****
Entered by: Chelsea Lowery Corp NP on 02/17/2023 18:07 scheduled for 02/17/2023 22:00 waiting for less than 1 day
pt states he is taking eliquis, ROI sent. No meds on SS "

Pt has been in custody as well recently but has not been prescribed eliquis while here (9/2022)
There is a note on 9/92021: "Pt claims DVT not taking any medications, noted +1 edema, redness in L leg
given cane for ambulation, please eval if he needed cane any more.

Pt states he suffered a fall about 2-3 months ago and was treated at Alvarado Hospital. Dx vertebral fx, torn acl, LLE DVT. He denies being prescribed anticoagulation. C/o persistent back pain, knee pain and LLE pain. "

Will hold off on starting anticoagulation until records are verified
MDSC to ask about eliquis

Addendum:

---

| SOAP NOTE BY: Emiliza Cornejo NP POSTED ON 2/19/2023 10:12:59 AM PST | Type: NP NOTE |
|---|---|

## Subjective

MDSC r/t: "claims taking eliquis. No records seen on TC or SS"

This is a 58 year old male who is being seen to verify his medication. Per CC scheduled the other day, he reports taking eliquis.

He reports that he was diagnosed with rt leg DVT about a month ago. " I was supposed to take warfarin but I didn't take it" then retracts his statement and states " no i was supposed to be on eliquis". Pt kept on insisting to be on eliquis.

No fever or chills. Reports rt leg pain with no swelling or redness . Reports chronic low back pain from bulging disc. No loss of bowel or bladder control

## Objective

| BP: NA/NA | Temp: NA | Pulse: NA | Resp: NA | Wt: NA | Sa02: NA | BS: NA | Pain: NA |
|---|---|---|---|---|---|---|---|

Unreliable historian. Keeps on changing his statement regarding his blood thinner

Pt is awake and alert, NAD. Non-toxic appearing

Head is atraumatic and normocephalic

Resp even and unlabored, speaking in full sentences

Rt leg ( he did not cooperate when I asked to see his entire leg. Only showed me the lateral side of his right leg. No swelling or redness noted

## Assessment

? rt LE DVT?

I dont see any records to verify rx for blood thinners. I informed him that I need to check his renal function before he can get eliquis. in the meantime, we can give him lovenox until Rt LE is ruled out

chronic low back pain

## Plan

> pls obtain US Rt LE to r/o DVT

> Lovenox 40 mg SQ daily for DVT ppx

> lower bunk

> pls obtain ROI for full medical record from wher he was disgnised with DVT

> MDCC on 2/23: pls check if US has been authorized. If not yet, pls extend lovenox until DVT is ruled out.

If authorized and US has resulted pls dc lovenox

> lidocaine patch to his lower back

> notify staff/medical if sx fail to improve, worsen or new sx develop.

| Appointment Name | | | Appointment Date | |
|---|---|---|---|---|
| Medical Chart Review | | | 2/23/2023 12:00:00 AM PST | |
| Treatment Name | | Order Sig | Start | Stop |
| COMPLETION OF CLINIC FORMS | | as directed | 2/19/2023 9:57:50 AM PST | 2/28/2023 11:59:59 PM PST |
| Offsite Type | | Specialty | Reason | Priority |
| Onsite | | Radiology- Ultrasound | 58 year old male who claims he was diagnosed with DVT a month ago and was supposed to be on eliquis but never took it. C/o RLE pain. I did not see any swelling or redness of his leg. Pls eval for DVT | Expedite |

Addendum:

ANDRADE, ANDRE   100033697 (23706693)

ANDRADE 015

# EXHIBIT D

ANDRADE 016

| | |
|---|---|
| **Appointment Name** | **Appointment Date** |
| Medical Chart Review | 2/23/2023 12:00:00 AM PST |

| **Treatment Name** | **Order Sig** | **Start** | **Stop** |
|---|---|---|---|
| COMPLETION OF CLINIC FORMS | as directed | 2/19/2023 9:57:50 AM PST | 2/28/2023 11:59:59 PM PST |

| **Offsite Type** | **Specialty** | **Reason** | **Priority** |
|---|---|---|---|
| Onsite | Radiology- Ultrasound | 58 year old male who claims he was diagnosed with DVT a month ago and was supposed to be on eliquis but never took it. C/o RLE pain. I did not see any swelling or redness of his leg. Pls eval for DVT | Expedite |

Addendum:

---

SOAP NOTE BY: Kevin Irwin RN POSTED ON 2/26/2023 12:27:59 PM PST                    Type: RN NOTE

### Subjective

Patient seen at gate for RNSC Imported sick call. Witnessed by deputy 3656. Upon assessment patient claims: sciatic nerve pain in both legs is painful and pain meds arent working. Claim history of DVT and this is also giving him pain.

### Objective

| BP: 135/84 | Temp: 97.5 | Pulse: 53 | Resp: 18 | Wt: NA | Sa02: 100 | BS: NA | Pain: 8 |
|---|---|---|---|---|---|---|---|

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 017**

Alert and oriented to person, place and situation. Responds to question appropriately. Denies SOB, Respirations are even and unlabored. Skin is warm and dry.

Ambulates with unsteady gait, limping from sciatic pain per patient. Claims history of DVT's not helping with pain.

Poor circulation on bilateral lower legs. No redness observed but large vericous veins noted. Pedal pulses not done as patient is aggitated with staff. Did not want to risk checking with aggitated patient.

Also, noted is large abcess closed on right forearm near AC area. not open but some redness on head of abcess. Claims pain.

## Assessment

Alteration in health maintenance

## Plan

Per tech care US on lower legs is today. Notified STAT CARE for pain level. . Encouraged to notify staff if he feels any change in medical condition. Verbalized understanding.

| Appointment Name | | Appointment Date | |
|---|---|---|---|
| Medical Chart Review | | 2/23/2023 12:00:00 AM PST | |
| **Treatment Name** | **Order Sig** | **Start** | **Stop** |
| COMPLETION OF CLINIC FORMS | as directed | 2/19/2023 9:57:50 AM PST | 2/28/2023 11:59:59 PM PST |
| **Offsite Type** | **Specialty** | **Reason** | **Priority** |
| Onsite | Radiology- Ultrasound | 58 year old male who claims he was diagnosed with DVT a month ago and was supposed to be on eliquis but never took it. C/o RLE pain. I did not see any swelling or redness of his leg. Pls eval for DVT | Expedite |

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 018**

SOAP NOTE BY: Joseph Molina MD POSTED ON 2/28/2023 2:15:10 PM PST                    Type: MD NOTE

## Subjective

"STAT CARE schedule for onsite: Closed abcess near right forearm AC area. Pain - Sciatic pain bilateral. Hx of DVT's, US scheduled but not done.

02/27/23: at court - u/s negative for dvt"

Pt reports his DVT is in his L leg and has been there for years. he reports he doesn't take blood thinner medications when he is outside as he is homeless. He admits he uses drugs and has a "abscess" in his RUE due to missing the vein.

He denies any fevers/chills. He reports he has back pain. He reports he uses a cane on the outside due to neuropathy.

## Objective

| BP: NA/NA | Temp: NA | Pulse: NA | Resp: NA | Wt: NA | Sa02: NA | BS: NA | Pain: NA |
|-----------|----------|-----------|----------|--------|----------|--------|----------|

58M NAD

Normal affect

RUE seen with palpable swelling, soft, no erythema.

Bilateral legs seen, no pitting edema bilaterally. evidence of ?needle marks seen on wrist

Antalgic gait

## Assessment

1. LLE DVT per Scripps records-- chronic, does not take anticoagulants on the outside --reports hx of using coumadin. He was provided a script of eliquis but never picked it up

2. Hx of IVDU complicated by RUE, likely cyst

3. Antalgic gait reportedly due to neuropathy/back pain

## Plan

1. coumadin started, MDCC scheduled for titration in 3 days

2. patient requesting for warm compress for relief--ordered

3. continue lidocaine patch cane x 2 weeks. Tylenol PRN ordered. ADA assessment

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 019**

| Appointment Name | | | Appointment Date | |
|---|---|---|---|---|
| Medical Chart Review | | | 2/23/2023 12:00:00 AM PST | |
| **Treatment Name** | **Order Sig** | | **Start** | **Stop** |
| COMPLETION OF CLINIC FORMS | as directed | | 2/19/2023 9:57:50 AM PST | 2/28/2023 11:59:59 PM PST |
| WARM COMPRESSES | once in p.m. | | 2/28/2023 6:00:00 PM PST | 3/2/2023 11:59:59 PM PST |
| **Offsite Type** | **Specialty** | | **Reason** | **Priority** |
| Onsite | Radiology- Ultrasound | | 58 year old male who claims he was diagnosed with DVT a month ago and was supposed to be on eliquis but never took it. C/o RLE pain. I did not see any swelling or redness of his leg. Pls eval for DVT | Expedite |

| Addendum: | Joseph Molina MD on 2/28/2023 2:15:35 PM |
|---|---|
| | educated pt on the importance of medications and compliance. advised outpatient follow up |

---

Francis Mase RN POSTED ON 3/1/2023 9:38:15 PM PST                                          Type: RN NOTE

Issued warm compress after security inspected and cleared by Dep 4367.  Patient complaining why it was not warm enough.  Explained that there are no microwaves closeby to reheat them.

| Addendum: | |
|---|---|

---

SOAP NOTE BY: Kevin Irwin RN POSTED ON 3/6/2023 10:30:00 AM PST                          Type: RN NOTE

### Subjective

Seen at gate and deputy 3348 providing security. On interview patient claims: I need elequis for long term issues with blood clot. I dont know why they put me on short term blood thinners.

### Objective

| BP: 130/81 | Temp: 97.7 | Pulse: 55 | Resp: 18 | Wt: NA | Sa02: 98 | BS: NA | Pain: NA |
|---|---|---|---|---|---|---|---|

Alert and oriented to person, place and situation. Skin is warm and dry with no signs of distress. Respirations are even and unlabored.
Claims needs long term blood thinners to avoid blood clots. Claims was on blood thinners for 20 years and now just gets short term blood thinners that end after a few days. Denies SOB, denies pain in legs. Claims back pain from sciatic in both legs and lower back. Claims on lidocaine patch for back pain already. Wants motrin for pain.

### Assessment

Alteration in health maintenance

### Plan

Notify stat care. Instructed to notify staff if he has change in medical condition. Verbalized understanding.

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 020**

# EXHIBIT E

ANDRADE 021

SOAP NOTE BY: Joseph Molina MD POSTED ON 3/8/2023 5:11:09 PM PST                    Type: MD NOTE

### Subjective

"Per STAT CARE schedule for onsite. Please evaluate for cane. Had cane issue on prior arrest but not now. "Please defer to onsite. PT/INR not ordered nor done as planned. Meds expired already without PT/INR. Onsite needs to address this". Thanks

3/7/23; court

"

patient is requesting for a cane and would like to make sure his chronic dvt is treated. He says he doesn't take blood thinners on the outside. He reports he was prescribed eliquis in the past but never picked up the script on the outside. He says he was primarily on coumadin for years.

He has back pain and is hoping for pain medications to help with his back.

No recent trauma.

### Objective

| BP: NA/NA | Temp: NA | Pulse: NA | Resp: NA | Wt: NA | Sa02: NA | BS: NA | Pain: NA |
|---|---|---|---|---|---|---|---|

58M NAD
Normal affect
Respiratory status stable
Gait independent, slow

### Assessment

Hx of LLE DVT -- noncompliant with blood thinner on the outside
Slow gait, independent--pt has cane flag ordered, provide to patient
Back pain, chronic

### Plan

Pt is treated with coumadin as it is formulary, will titrate to INR draws
provide cane
Motrin PRN, lidocaine gel, will add apap pm and cyclobenzaprine pm
educated pt on chronic back pain and dvt advised compliance and follow up on the outside.

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 022**

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Acetaminophen Oral | 325 MG | 2 | 3/8/2023 8:00:00 PM | 3/22/2023 7:59:00 PM | Take 650 mg by mouth twice a day for 14 day(s). Dispense 56 tablet. 0 Refill(s) PRN pain |
| Cyclobenzaprine HCl Oral | 10 MG | 1 | 3/8/2023 8:00:00 PM | 3/21/2023 11:59:59 PM | Take 10 mg by mouth once in p.m. for 14 day(s). Dispense 14 tablet. 0 Refill(s) PRN muscle stiffness *ATE Profile Only |

Addendum:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Addendum:

Genealle Yanos RN POSTED ON 3/13/2023 10:43:21 PM PDT          Type: RN NOTE

Issued patient with a cane as ordered after cleared by Deputy 4333. No complaints made.

Addendum:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

# EXHIBIT F

ANDRADE 024



San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123



4/27/2023 12:42:18 PM PDT

## BH ASSESSMENT - Completed by: Leslee Buluran MHC on 8/18/2022 6:49:44 PM PDT

| | | |
|---|---|---|
| **Patient:** ANDRADE, ANDRE | **#:** 100033697 (23706693) | **Class:** 3 |
| **DOB** ████████ | **Sex:** M | **Race:** H |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | | |

View this Patient's Charges in eJIMS:

[ View ]

**Current Flags/Conditions:**

Visual, TB Chest X-ray – Pending Review, Protective Custody, Prescription Eyewear, PH COVID-19 Test Negative, Lower Bunk, Inmate Safety Program, Health Processing, DGN10 Z13.89 Encounter for screening for other disorder

Date of Assessment 8/18/2022 Assessing Staff Buluran, Leslee

### Clinic Reason:

- ☑ Wellness Check
- ☐ I/P Request
- ☐ Counseling/Therapy
- ☐ RCC Needs
- ☐ Assess for Psychiatric Treatment
- ☐ Mental Health Restriction Removal/Add
- ☐ Mental Health Clearance
- ☐ Community Referral
- ☑ Other

Explain:

**ANDRADE 025**

**Mood-Depressive Symptoms (Current and/or Past Symptoms)**

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 026**

**Anxiety (Current and/or Past Symptoms)**

- [ ] None
- [ ] Repetitive Behaviors
- [x] Irritability
- [ ] Excessive Anxiety/Worry
- [ ] Recurrent Distressing Dreams
- [ ] Derealization/Depersonalization
- [ ] Avoidance of Certain Situations
- [ ] Restlessness/Feeling on Edge
- [ ] Recurrent/Persistent Thoughts
- [ ] Fear of Losing Control
- [ ] Feeling as if Trauma were Reoccurring
- [x] Muscle Tension
- [ ] Racing Thoughts
- [x] Difficulty Concentrating
- [ ] Hyper-Reactive Mood
- [ ] Generalized Paranoid Ideation
- [ ] Increased Impulsivity
- [ ] Hypersexual
- [x] Other

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 027**

Describe:

PT denied any current symptoms of anxiety.

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 029**

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 030**

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 031**

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 032**

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 033**

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 034**

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 035**

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 036**

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 037**

# EXHIBIT G

**ANDRADE 038**



San Diego County Sheriff's Department                                    4/27/2023 12:43:52 PM PDT
9621 Ridgehaven Ct.
San Diego, CA 92123

## RECEIVING SCREENING - Completed by: Marialyn Pangilinan RN on 6/7/2022 10:45:42 AM PDT

| | | |
|---|---|---|
| Patient: ANDRADE, ANDRE | #:100033697 (23706693) | Class: 3 |
| DOB ▮▮▮▮▮ | Sex: M | Race: H |
| Housing: - - - - | Court Date: | Type: |
| Status: NOT ACTIVE | | |

- [x] Patient is willing to sign, but unable to sign
- [ ] Refused

Current Allergies

Iodine I 131 Tositumomab, Sulfamethoxazole

*************************************************************************************************

**Screeners: All questions in this form must be addressed. For questions with a single checkbox, by leaving the checkbox unselected, you are documenting your conclusion that all parameters of the question are false. By selecting the checkbox, you are acknowledging a positive response to the item and further documentation must be provided in the corresponding questions and text boxes.**

*************************************************************************************************

**ARRESTING OFFICER QUESTIONS—Select and Document all that apply**

_____

Arresting Agency? ECPD - EL CAJON POLICE DEPARTMENT

Officer's Name?

Rodriguez

Officer's Badge #?

0373

Is the attending officer aware of any Illness or Injuries?

- [ ] Yes
- [x] No

Is the attending officer aware of any Current/Recent Suicidal Ideation?

- [ ] Yes
- [x] No

Is the attending officer aware of any signs that the patient is under the influence of Drugs or Alcohol?

- [ ] Yes

ANDRADE, ANDRE    100033697 (23706693)

**ANDRADE 039**

☑ No

Is the attending officer aware of any Combative, Assaultive or Extremely Hostile Behavior?

☐ Yes

☑ No

Is the attending officer aware of any Treatment by Medical Personnel in the Field?

☐ Yes

☑ No

Was a PERT Evaluation performed surrounding the arrest?

☐ Yes

☑ No

Do you have any additional information to help us care for the patient's health and safety?

☐ Yes

☑ No

During the initial call, was there any indication of a mental health concern?

☐ Yes

☑ No

☐ NA

**GENDER IDENTITY–Select and Document all that apply**

Do You Identify as Transgender?

☐ Yes

☑ No

☐ Transgender - Male Gender          ☐ Transgender - Female          ☐ Transgender - Non-Binary

**CHRONIC CONDITIONS--Select and Document all that apply**

**Neurological**

☐ Seizures

**Respiratory**

☐ Asthma

**Cardiovascular**

☐ Hyperlipidemia                    ☐ Hypertension

## Endocrine

☐ Diabetes

## Infectious Disease

☐ HIV                               ☐ Tuberculosis

## Behavioral Health Chronic Care

☐ Mood Disorders                    ☐ Psychotic Disorders

## Hematology/Oncology

☐ Dialysis

**If the item below is checked, the patient has a pending TB workup from an incarceration within the last 6 months. This patient will be added to the TB Workup queue in Admissions/Discharge, and a Medical Chart Review sick call will be scheduled.**

☐ TB Workup
☐ Other

**GENERAL MEDICAL ASSESSMENTS--Select and Document all that apply**

_____

Click the SureScripts button to run the medication verification report

SureScripts

☐ Current medications or treatments

Current Medications:

☐ Yes
☑ No

| Medication | Strength | Filling Pharmacy | Address | Phone Number | Frequency | Last Dose | Last Fill Date |
|------------|----------|------------------|---------|--------------|-----------|-----------|----------------|

☐ Past medical or psychiatric hospitalizations?

**List location, time and reason for each**

☐ Dental issues requiring Dentist Sick Call appointment

**Describe**

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 041**

Does the patient have any active infections or contagious illnesses?

- ☐ Yes
- ☑ No
- ☐ No Response

- ☐ General-fever, lethargy, weight loss, loss of appetite, night sweats
- ☐ Skin-Lesions, needle marks, abscesses, bruises, rash, jaundice, lice, trauma, scars, tattos
- ☐ Pulmonary-Persistent cough, coughing up blood

Have you traveled outside of the United States in the past weeks or months?

- ☐ Yes
- ☑ No

Does the inmate have issues with mobility (Cane, Wheelchair, Prosthetics, Crutches, Splints)?

- ☐ Yes
- ☑ No
- ☐ No Response

- ☐ Crutches          ☐ Cane          ☐ Wheelchair
- ☐ Prosthetics

Does the individual have other limitations like hearing, visual, communication?

- ☐ Yes
- ☑ No
- ☐ No Response

- ☐ Hearing (Category ADM)          ☐ Visual (Category ADM)          ☐ Communications (Category ADM)

Do you have any other medical conditions or problems?

- ☑ Yes
- ☐ No
- ☐ No Response

chronic back pain

**MENTAL HEALTH SCREENING--Select and Document all that apply**

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 042**

Is the patient a state hospital returnee?

☐ Yes

☑ No

Was the patient evaluated at the EPU in conjunction with this arrest?

☐ Yes

☑ No

## Mental Health History

Are you a client of the regional center for the developmentally disabled, or have you been in special educational classes in school?

☐ Yes

☑ No

☐ No Response

☐ PSU      ☐ In Custody Suicide Attempt      ☐ History of ISP

☐ History of JBCT      ☐ State Hospital Returnee

Have you ever been a victim of sexual assault while incarcerated or in the community?

☐ Yes

☑ No

☐ No Response

## Columbia-Suicide Severity Rating Scale

1) Have you wished you were dead or wished you could go to sleep and not wake up?

☐ Yes

☑ No

2) Have you had any actual thoughts of killing yourself?

☐ Yes

☑ No

3) Have you been thinking about how you might do this?

☐ Yes

☐ No

4) Have you had these thoughts and had some intention of acting on them?

☐ Yes

☐ No

5) Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?

ANDRADE, ANDRE    100033697 (23706693)

**ANDRADE 043**

☐ Yes

☐ No

6) Have you ever done anything, started to do anything, or prepared to do anything to end your life?

☐ Yes

☒ No

**How long ago did you do any of these?**

○ Over a year ago?

○ Between three months and a year ago?

○ Within the last three months?

_____
_____

**Additional Suicide Risk Questions**

Have you recently experienced a significant loss (relationship, death of a family member/close friend, job, etc.)?

☐ Yes

☒ No

☐ No Response

Has a family member or close friend ever attempted or committed suicide?

☐ Yes

☒ No

☐ No Response

Do you feel there is nothing to look forward to in the immediate future (inmate expressing helplessness and/or hopelessness)?

☐ Yes

☒ No

☐ No Response

**SUBSTANCE USE ASSESSMENTS--Select and Document all that apply**

_____

History or risk of alcohol or drug withdrawal?

☐ Yes

☒ No

☐ No Response

Recent use of alcohol, heroin, prescription pain medications or sedatives?

☐ Yes

ANDRADE, ANDRE    100033697 (23706693)

**ANDRADE 044**

☑ No

☐ No Response

**Most recent alcohol, sedative, or opiate use:**

○ 5 days or less

○ 6 days or greater

Use of any other illegal drugs?

☑ Yes

☐ No

☐ No Response

pt admit to using meth daily for 9 months, last use was last at 6pm, 2-3 gm, denies hx of withdrawal

Have you been in a detox program or substance abuse treatment program in the last 90 days?

☐ Yes

☑ No

☐ No Response

**MISCELLANEOUS ASSESSMENTS--Select and Document all that apply**

_____

**Does the inmate have any of the following:**

☑ Medicaid/MediCAL

☐ Medicare

☐ Private Health Insurance

Insurance Carrier(s):

Plan Name:

**DISPOSITION/TREATMENT PLAN--Select and Document all that apply**

_____

☐ Medical Sick Call needed

☐ Release signed to obtain all medical records, pharmacy records, substance abuse records

☐ Oral Hygiene Instructions Provided

**Housing Assignment:**

| ☐ Infirmary/MOB | ☐ PSU | ☐ OPSD |
| ☐ Med ISO | ☐ Med Mainline | |

Fit to Continue Booking Process?

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 045**

- ☑ Yes
- ☐ No

- ☑ Clinically Screened – Cleared to Class
- ☐ 2nd Stage Nurse Evaluation/NAP
- ☐ Rec To ISP
- ☐ Rec To Sobering Cell
- ☐ Gate Refusal

ANDRADE, ANDRE   100033697 (23706693)

**ANDRADE 046**

# EXHIBIT H

ANDRADE 047

SOAP NOTE BY: Karen Cruz RN POSTED ON 6/16/2022 8:26:09 PM PDT                    Type: RN NOTE

### Subjective

Patient seen at medical dispensary at 1950 s/p fall from bunk with Dep. 0827. Patient states "I fell off top bunk, I hurt my right shoulder, my mid back hurts 10/10. " Patient claims history of DVT and spinal injury. Patient claims unable to move right arm and unable to move lower extremities due to pain. Patient denies any other injury. No other complaints presented.

### Objective

| BP: 160/80 | Temp: 98.4 | Pulse: 102 | Resp: 18 | Wt: | Sa02: 97 | BS: 103 | Pain: 10 |
|---|---|---|---|---|---|---|---|

Patient is alert, oriented to person, place and situation, strapped on a gurney with C-collar on placed by Dep 0827. Breathing even and unlabored. Speech clear, spontaneous. PEERL. No bleeding or discharge noted from ear canals and nosetrils and mouth. Dentition intact. Bilateral hand grip strong and equal, patient able to move hands without pain/difficulty. Able to move feet and wiggle toes without pain/difficulty. No obvious injuroes noted. No open areas noted.

### Assessment

██

### Plan

████████████████████████████████████████████████
███████████

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| ███████████████████████████ | | ██████████ |

Addendum:

---

SOAP NOTE BY: Arlene Edusada RN POSTED ON 6/17/2022 3:07:50 PM PDT                    Type: RN NOTE

### Subjective

1335 - IP is back from Scripps Mercy Hospital. C/O back pain. IP stated when asked what happened at the hospital, IP stated "there's nothing".

### Objective

| BP: 143/91 | Temp: 97.5 | Pulse: 75 | Resp: 18 | Wt: na | Sa02: 98 | BS: na | Pain: 7 |
|---|---|---|---|---|---|---|---|

IP is alert and oriented to self, time, place and situation. Breathing is even and unlabored on RA. Skin is warm, dry and pink. Speech is clear and spontaneous. Ambulatory with steady gait.
No redness, swelling or bruise noted to his back.

### Assessment

Alteration in comfort

### Plan

SNP muscle strain. 1st dose given at clinic.
ROI to Scripps Mercy signed by pt. ROI to Alvarado to request for IPs outside records signed by IP and fwd to MRU for processing.
MDSC follow up.
Advised IP to inform staff of worsening symptoms. IP voiced understanding.

ANDRADE, ANDRE    100033697 (23706693)

**ANDRADE 048**