1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600
3  San Diego, California 92101-8474
   Tel: 619.814.5800 Fax: 619.814.6799
4
   Elizabeth M. Pappy (SBN 157069)
5  E-mail: epappy@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
6  60 South Market Street, Suite 1000
   San Jose, California 95113-2336
7  Tel: 408.606.6300 Fax: 408.606.6333

8  Attorneys for Defendant
   COUNTY OF SAN DIEGO (Also
9  erroneously sued herein as SAN DIEGO
   COUNTY SHERIFF'S DEPARTMENT
10 and SAN DIEGO COUNTY
   PROBATION DEPARTMENT

11                  UNITED STATES DISTRICT COURT

12                SOUTHERN DISTRICT OF CALIFORNIA

13

14 | DARRYL DUNSMORE, ERNEST | Case No. 3:20-cv-00406-AJB-DDL
   | ARCHULETA, ANTHONY |
15 | EDWARDS, REANNA LEVY, JOSUE | **DECLARATION OF DR.**
   | LOPEZ, CHRISTOPHER NELSON, | **MONTGOMERY IN RESPONSE**
16 | CHRISTOPHER NORWOOD, and | **TO DECLARATION OF STEPHON**
   | LAURA ZOERNER, on behalf of | **BUTLER [DKT. 281-5]**
17 | themselves and all others similarly |
   | situated, | Judge: Hon. Anthony J. Battaglia

18                Plaintiffs,

19        v.

20 SAN DIEGO COUNTY SHERIFF'S
   DEPARTMENT, COUNTY OF SAN
21 DIEGO, CORRECTIONAL
   HEALTHCARE PARTNERS, INC.,
22 TRI-CITY MEDICAL CENTER,
   LIBERTY HEALTHCARE, INC.,
23 MID-AMERICA HEALTH, INC.,
   LOGAN HAAK, M.D., INC., SAN
24 DIEGO COUNTY PROBATION
   DEPARTMENT, and DOES 1 TO 20,
25 inclusive,

26                Defendants.

27

28 ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4864-2175-0626 v2                    1                3:20-cv-00406-AJB-DDL
                                                MONTGOMERY DECL. RE BUTLER

1    I, JON MONTGOMERY, declare as follows:

2    1.    I have personal knowledge of the matters herein and would

3    competently testify to them if called to do so.  I am the Medical Director for the

4    Detention Services Bureau, Medical Services Division, of the San Diego County

5    Sheriff's Department.  My role is to oversee medical services for the incarcerated

6    persons housed in all seven (7) San Diego County Sheriff's Department Jail

7    Facilities.  I am a licensed Physician in the State of California and have been since

8    2009.  I have worked for the County Detention Services Bureau since 2019.

9    1.    I have reviewed the declaration of Mr. Stephon Butler [Dkt. 281-5]

10    submitted by Plaintiffs in support of their Motion for Preliminary Injunction, as well

11    as the medical records from Mr. Butler's incarcerations in the San Diego County Jail

12    system. I reserve the right to modify or update my opinions below upon receipt of

13    additional information; due to time constraints, I was not able to conduct a thorough

14    review of the entire file.

15    2.    In his declaration, Mr. Butler states that when he arrived at the jail on

16    March 10, 2022, jail staff did not assign him to a specific bunk so he ended up

17    having to take the top bunk.  As a result, Mr. Butler states he was scared that he

18    would fall when getting in and out of the bunk.  Mr. Butler also states that his cane

19    was taken away from him when he was booked. (Butler Decl. [Doc. 281-5], ¶¶ 2, 4.)

20    These statements are not supported by the medical record, however, as explained

21    below.

22    3.    According to the records, on March 10, 2022, when Mr. Butler was

23    booked, he was flagged for possibly needing a lower bunk and being assigned to a

24    cell in a lower housing tier.  (Ex. A.)  With a lower bunk "flag" in the system, Mr.

25    Butler would have been assigned a lower or possibly middle bunk – but not a top

26    bunk. I am informed and believe that all persons incarcerated by the County have

27    assigned beds. Mr. Butler's records show that he has always been assigned a bottom

28    or single bunk since his incarceration on March 10, 2022.

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4864-2175-0626 v2                    2                    3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE BUTLER

4.      The County's medical records do not reflect any instances where Mr. Butler fell since being booked into County custody on March 10, 2022.  Further, when asked directly if he had fallen, Mr. Butler denied having done so. On April 8, 2022, when Mr. Butler was seen for a headache, he denied having sustained a fall or trauma.  (Ex. B.)  When he was seen on May 31, 2022, Mr. Butler again denied having sustained a fall or trauma.  (Ex. C.)  On July 31, 2022, when he was seen for complaints of right foot and knee pain, Mr. Butler once again denied having sustained a fall or trauma.  (Ex. D.)

5.      A cane was provided to Mr. Butler on the day he was booked.  On March 11, 2013, the day after his intake, it was noted that Mr. Butler had asked for a cane during his intake/medical screening but he did not arrive with a cane.  Because of his documented history of using a cane while in County custody, Mr. Butler was provided with a cane for 3 days that day and an appointment was scheduled for him to see a physician at Medical Doctor Sick Call (MDSC) line to determine if continuous cane use was medically appropriate for him.  (Ex. E.)  The next day, Mr. Butler was assessed and approved for continuous cane use, and an appliance authorization form was completed for this accommodation.  (Ex. F.)

6.      Mr. Butler was also provided with various other accommodations and care to increase his mobility/access.  For example, on August 13, 2022, an appliance authorization form was completed for Mr. Butler to be given a soft knee compression sleeve for use on a continuous basis.  (Ex. G.)

7.      On November 29, 2022, Mr. Butler attended an outside interventional pain management appointment at UCSD Health's Center for Pain Medicine in response to his complaints of bilateral knee pain.  A physical therapy (PT) plan was recommended for Mr. Butler, as well as a recommended increase in his Gabapentin (an anticonvulsant medication that can be used to treat neuropathic pain) prescription.  (Ex. H.)  A referral for offsite PT was placed on December 18, 2022, and his Gabapentin prescription was increased to 300 mg twice a day (*bid*).  (Ex. I.)

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4864-2175-0626 v2                                    3                    3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE BUTLER

8.      On January 6, 2023, Mr. Butler was seen in response to his complaints of increasing heel pain when standing and ambulating.  An order was made for Mr. Butler to be given orange shoes (soft shoes).  (Ex. J.)  On the same day, an appliance authorization form was completed for him to be able to use the orange shoes on a continuous basis.  (Ex. K.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 16, 2023, at San Diego, California.

_____
JON MONTGOMERY

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4864-2175-0626 v2

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE BUTLER

# EXHIBIT A

BUTLER 001

Vista
325 S Melrose Dr.
Vista, CA 92083
760-9404492

5/15/2023 4:29:12 PM PDT

**Flags - BUTLER, STEPHON 22709674**

| Name | Stamp | Start | Stop |
|------|-------|-------|------|
|  |  |  |  |
| 327 Lower Bunk/Lower Tier | 9/7/2020 | 9/7/2020 | 9/10/2020 |
|  |  |  |  |
| 240 Cane | 9/7/2020 | 9/7/2020 | 9/10/2020 |
|  |  |  |  |
| 327 Lower Bunk/Lower Tier | 3/10/2022 | 3/10/2022 |  |
| 240 Cane | 3/10/2022 | 3/10/2022 | 3/10/2022 |
|  |  |  |  |
| 255 Lower Bunk | 3/10/2022 | 3/10/2022 |  |
| 240 Cane | 3/11/2022 | 3/11/2022 | 3/31/2023 |
|  |  |  |  |

BUTLER, STEPHON   100018631 (22709674)

**BUTLER 002**

| Name | Stamp | Start | Stop |
|---|---|---|---|
| ███████████████████████ | | | |
| 261 Orange Shoes | 1/6/2023 | 1/6/2023 | |
| ███████████████████████ | | | |
| DGN10 M54.50 Low back pain, unspecified | 5/7/2023 | 5/7/2023 | |



Vista
325 S Melrose Dr.
Vista, CA 92083
760-9404492

5/15/2023 4:29:12 PM PDT

### Problems - BUTLER, STEPHON 22709674

| Name | Date Identified | Date Resolved |
|------|----------------|---------------|
| ███████████████████████ | | |
| Lower Bunk/Lower Tier | 9/7/2020 | 9/11/2020 |
| ███████████████████████ | | |
| Cane | 9/7/2020 | 9/11/2020 |
| ███████████████████████ | | |
| Lower Bunk/Lower Tier | 3/10/2022 | |
| Cane | 3/10/2022 | 3/10/2022 |
| ███████████████████████ | | |
| Lower Bunk | 3/10/2022 | |
| Cane | 3/11/2022 | |
| ███████████████████████ | | |
| Orange Shoes | 1/6/2023 | |
| ███████████████████████ | | |
| Low back pain, unspecified | 5/7/2023 | |

BUTLER, STEPHON   100018631 (22709674)

**BUTLER 004**

# EXHIBIT B

BUTLER 005



Vista
325 S Melrose Dr.
Vista, CA 92083
760-9404492

5/15/2023 4:29:28 PM PDT

**Progress Notes -BUTLER, STEPHON 100018631 (22709674)**

SOAP NOTE BY: Cynthia Joyal RN POSTED ON 4/8/2022 2:40:36 AM PDT    Type: RN NOTE

**Subjective**

seen in TX1 for CO headache

**Objective**

| BP: 149/93 | Temp: 97.3 | Pulse: 94 | Resp: 18 | Wt: | Sa02: 99 | BS: | Pain: |

Elevated BP, A&Ox4, non diaphoretic, skin WDI, skin tone normal for ethnicity, able to ambulate with use of cane, able to communicate in complete sentences and follows commands, calm and cooperative demeanor. States HA has been for 2-3 hours,

**Assessment**

Pain

**Plan**

Per SNP tylenol 500mg x2, scheduled MDSC, instructed IP to inform staff if condition worsens, IP verbalized understanding

Addendum:

BUTLER, STEPHON   100018631 (22709674)

**BUTLER 006**

Nas Rafi MD POSTED ON 4/8/2022 1:14:02 PM PDT                                                    Type: MD NOTE

pt evaluated in module during md rounds.

pt ho htn reports 1mo of intermittent ha posterior head. also reports chronic neck pain.   he denies any fall or trauma.  he got apap 1000 last night w resoluton of ha. no ha currently but does have chronic neck pain.  he denies associated sx such as fc, nvd, nt, weakness, vision/speech/gait changes, abd pain, cp, sob, cough/flu sx or other acute co.

wdwn m, nad, nontoxic
nc/at, mmm, neck supple w full rom wo pain, mild posterior neck ttp
effort nrml, no resp distress
no deformity/sts/decr rom bl ue/le
a&ox3, no facial droop/dysarthria/drift/dysmetria/decr facial sensation, grossly nonfocal, steady gait
warm and dry.

a&p:
ha/neck pain - apap 1000 bid, short course meloxicam and flexeril.
notify staff/medical immediately if sx fail to improve, worsen or any new sx develop.

Addendum:

Addendum:

Nas Rafi MD POSTED ON 4/12/2022 12:37:29 PM PDT                                                  Type: MD NOTE

interaction was noted on order and meloxicam is only ordered for a short period.
cont as ordered.

Addendum:

BUTLER, STEPHON   100018631 (22709674)

**BUTLER 007**

# EXHIBIT C

**BUTLER 008**



Vista                                                      5/15/2023 4:29:34 PM PDT
325 S Melrose Dr.
Vista, CA 92083
760-9404492

**Progress Notes - BUTLER, STEPHON 100018631 (22709674)**



SOAP NOTE BY: Darshel Ontkean NP POSTED ON 5/31/2022 10:51:23 AM PDT                    Type: NP NOTE

**Subjective**

BUTLER, STEPHON   100018631 (22709674)

**BUTLER 009**

CC:

HPI: Pt ho chronic edema BLE, worse on LLE, and HTN co increased edema since HCTZ d'cd, requesting renewal of med. Denies fall/trauma, n/v/d, abd pain, fc, cough, sob,cp, flu sx or other acute c/o.

## Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

OBJECTIVE

Vitals: [As shown in top section of 'objective' box]

PE: WDWN M nontoxic NAD

HEENT:Normocephalic, atraumatic, mmm, neck supple

Respiratory: normal resp, no distress.

Cardiac: BLE edema L 2+, good pedal pulses

M/S:Extremeties normal, no decreased ROM

Neuro: A&O, speech clear.No grossly focal deficits. Gait normal.

Skin: W&D

## Assessment

chronic BLE

HTN

## Plan

renewed HCTZ

TED hose x-lge

Notify staff if symptoms fail to improve, worsen or new symptoms develop

mdsc pm.

| Appointment Name | Appointment Date |
|------------------|------------------|
| Medical Chart Review | 5/28/2022 12:00:00 AM PDT |
| **Flag ID** | **Name** |
| 423 | TED HOSE |

Addendum:

---

Jennifer Manalo RN POSTED ON 5/31/2022 9:27:47 PM PDT                    Type: RN NOTE

Gave pt ted hose XL witnessed by deputy 3107

Addendum:

---

Jennifer Manalo RN POSTED ON 6/1/2022 12:12:11 AM PDT                    Type: RN NOTE

gave pt ted hose

Addendum:

---

# EXHIBIT D

**BUTLER 011**



Vista                                                                                          5/15/2023 4:29:39 PM PDT
325 S Melrose Dr.
Vista, CA 92083
760-9404492

**Progress Notes - BUTLER, STEPHON 100018631 (22709674)**

---



| Addendum: | |

SOAP NOTE BY: Darshel Ontkean NP POSTED ON 7/31/2022 2:26:27 PM PDT                    Type: NP EMERGENCY NOTE

### Subjective

CC: J212 " Heel on Right foot hurts very badly and Right knee." Please review BP.

HPI: Pt states his R heel is sore especially when he wlks on it. Pt uses cane for mobility due to R knee osteoarthiritis damage requiring arthroplasty. Thinks it is from compensating for pain in knee. Denies fall/trauma, n/v/d, abd pain, fc, cough, sob,cp, flu sx or other acute c/o.

ROS:

### Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |

OBJECTIVE
Vitals: [As shown in top section of 'objective' box]

PE: WDWN M nontoxic NAD
HEENT: Normocephalic, atraumatic, mmm, neck supple
Respiratory: normal resp, no distress.
M/S: Extremeties normal development, decreased ROM due to osteoarthritis R heel TTP, neg for laceration, wound, inflammation, swelling, tinea, warts, infection
Neuro: A&O, speech clear. No grossly focal deficits. Gait fw for mobility.
Skin: W&D

### Assessment

R heel plantar fasciitis

### Plan

BUTLER, STEPHON   100018631 (22709674)

**BUTLER 012**

cont apap for pain

educated about gait to place mre weight on ball of foot instead of heel, rest heel

Notify staff if symptoms fail to improve, worsen or new symptoms develop

mdsc pm.

Addendum:

Addendum:

# EXHIBIT E

**BUTLER 014**

Esteliza Santoyo RN POSTED ON 3/11/2022 1:21:00 PM PST                    Type: RN NOTE

Pt brought to medical screening by deputy to request a cane.

Pt reports using a cane at home d/t hx of surgery on bilateral knees.

Noted hx of cane in flags.

Patient walks with a slight limp.

Placed flag for cane for 3 days and provided a cane at this time.

MDSC scheduled to assess for continuous cane use.

Addendum:

# EXHIBIT F

**BUTLER 016**



Vista
325 S Melrose Dr.
Vista, CA 92083
760-9404492

5/15/2023 4:29:25 PM PDT

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Nicholas Kahl NP on 3/12/2022

3:27:39 PM PST

| | | |
|---|---|---|
| **Patient:** BUTLER, STEPHON | **#:** 100018631 (22709674) | **Class:** 4 |
| **DOB:** ▓▓▓▓ (Age=60) | **Sex:** M | **Race:** B |
| **Housing:** VDF-N-6-13-B | **Court Date:** | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 3/10/2022 12:38:49 AM PST | **Proj. Rel:** 12/8/2023 12:00:00 AM |

### APPLIANCE REQUESTED:

| | | |
|---|---|---|
| ☑ Cane | ☐ Splint | ☐ Wheelchair |
| ☐ Crutches | ☐ Orange Shoes* | ☐ Other (Specify) |

Medical condition being treated by prosthetic appliance:

hip pain and slow gait

☑ Patient has been counseled on the importance of compliance to prescribed medical prosthetic appliance regimen and that removal of the device or non-compliance with the prescribed regimen will result in discontinuation of the device.

### Duration:

| | | |
|---|---|---|
| ☐ Days | ☐ Months | ☑ Continuous |

Number of days/months:

☑ Prior records indicate patient has had prosthetic medical appliance in the past one year.

☑ Prior incarceration in past one year indicating use.

☐ New indication with this incarceration.

---

### *Orange Shoes indications:
### Duration:

| | | |
|---|---|---|
| ☐ Days | ☐ Months | ☐ Continuous |

Number of days/months:

☐ Nerve injury with foot drop (peroneal nerve palsy) such that shower shoes fall off.

BUTLER, STEPHON    100018631 (22709674)

**BUTLER 017**

- [ ] Safety issue while using crutches with one foot having non-weight bearing status – the other weight bearing foot can have a shoe.

- [ ] Prosthetic lower extremity.

- [ ] Replace orange shoes due to wear.

- [ ] Schedule ADA RN Sick Call

BUTLER, STEPHON   100018631 (22709674)

**BUTLER 018**



Vista
325 S Melrose Dr.
Vista, CA 92083
760-9404492

5/15/2023 4:29:26 PM PDT

**Progress Notes - BUTLER, STEPHON 100018631 (22709674)**

---

Nicholas Kahl NP POSTED ON 3/12/2022 3:27:47 PM PST                                    Type: NP NOTE

***** Problem 1 of 2 *****

Add On: Chest pain

***** Problem 2 of 2 *****

Pls assess for continuous cane use. Patient given 3 day cane flag d/t report of using cane at home d/t hx of bilateral knee surgery.

after MDSC rounds this morning, pt reports he developed mid sternal chest pain

Pt was sent out last night and seen in ER for same compliant

pt brought to 3rd floor clinic for exam:

Exam:

Pt is awake and lucid, capable of making informed decisions,

Pt walked clinic hallway fluidly with use of cane

Normal speech, appropriate affect.

Moist mucous membranes.

Resp even and unlabored, speaking in Full sentences

Lungs CTAB,

S1S2

EKG = NSR

Plan:

> Toradol 60mg IM

> EKG - NSR

- return pt back to Housing cell

> Approved use of cane continuously. (Forms and Flag completed)

Addendum:

Addendum:

BUTLER, STEPHON   100018631 (22709674)

**BUTLER 019**

# EXHIBIT G

**BUTLER 020**



Vista
325 S Melrose Dr.
Vista, CA 92083
760-9404492

5/15/2023 4:29:41 PM PDT

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Darshel Ontkean NP on 8/13/2022

12:44:56 PM PDT

| | | |
|---|---|---|
| **Patient:** BUTLER, STEPHON | **#:** 100018631 (22709674) | **Class:** 4 |
| **DOB:** ▮▮▮▮ (Age=60) | **Sex:** M | **Race:** B |
| **Housing:** VDF-N-6-13-B | **Court Date:** | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 3/10/2022 12:38:49 AM PST | **Proj. Rel:** 12/8/2023 12:00:00 AM |

### APPLIANCE REQUESTED:

| | | |
|---|---|---|
| ☐ Cane | ☐ Splint | ☐ Wheelchair |
| ☐ Crutches | ☐ Orange Shoes* | ☑ Other (Specify) |

Medical condition being treated by prosthetic appliance:

soft knee compression sleeve

☑ Patient has been counseled on the importance of compliance to prescribed medical prosthetic appliance regimen and that removal of the device or non-compliance with the prescribed regimen will result in discontinuation of the device.

### Duration:

| | | |
|---|---|---|
| ☐ Days | ☐ Months | ☑ Continuous |

Number of days/months:

☐ Prior records indicate patient has had prosthetic medical appliance in the past one year.

☐ Prior incarceration in past one year indicating use.

☐ New indication with this incarceration.

### *Orange Shoes indications:

### Duration:

| | | |
|---|---|---|
| ☐ Days | ☐ Months | ☐ Continuous |

Number of days/months:

☐ Nerve injury with foot drop (peroneal nerve palsy) such that shower shoes fall off.

BUTLER, STEPHON   100018631 (22709674)

**BUTLER 021**

- [ ] Safety issue while using crutches with one foot having non-weight bearing status – the other weight bearing foot can have a shoe.

- [ ] Prosthetic lower extremity.

- [ ] Replace orange shoes due to wear.

- [ ] Schedule ADA RN Sick Call

# EXHIBIT H

**BUTLER 023**

Butler, Stephon (MRN 12371027) DOB: ▬▬▬▬ Encounter Date: 11/29/2022

# Butler, Stephon

MRN: 12371027

**Office Visit** 11/29/2022
UCSD KOP Pain Management

Provider: Polston, Gregory Robert, MD (Interventional Pain Management)
Primary diagnosis: Primary osteoarthritis of both knees
Reason for Visit: Knee Pain; Referred by Wycoco, Frederick

## Progress Notes

Polston, Gregory Robert, MD (Anesthesiologist) • Interventional Pain Management

**Attending Note:**
I have interviewed and examined the patient at UCSD Center for Pain Medicine, and I have discussed
my findings and recommendations with the patient and the resident. I have reviewed and agree with
the resident's note including the history, medications, and physical examination.  I concur with the
resident's assessment and plan. Please see the resident's note for further details.

Chief Complaint:  No chief complaint on file.

Diagnosis:

| | | ICD-10-CM | ICD-9-CM |
|---|---|---|---|
| 1. | **Primary osteoarthritis of both knees** | **M17.0** | **715.16** |
| 2. | Cervical spondylosis without myelopathy | M47.812 | 721.0 |
| 3. | DDD (degenerative disc disease), lumbar | M51.36 | 722.52 |

Plan:
1. Pt's main complaint is knee pain.  Has failed multiple knee steroid injections and chart shows
recommendation for knee replacement in medical chart from ortho.  Would recommend following
surgical recommendations.

2. Pt with neck and upper back pain consistent with cervical spondylosis.  No radicular sx.  Would
recommend trial of physical therapy before considering other therapy.

3. Could try slight increase in gabapentin as above.

4. F/u prn.

5. Total duration of encounter spent in pre-visit (reviewing last visit, reviewing prior Epic notes,
reviewing Care Everywhere, and reviewing images), intra-visit (updating relevant history, performing
physical exam, creating a treatment plan, and medical discussion with patient), and post-visit (note
completion, placing of orders, and coordination of care) on the day of the encounter, excluding
separately reportable services/procedures: 40 minutes.

## Progress Notes

Choi, John Jaewan, MD (Resident)

**PAIN NEW CONSULT NOTE**
Referring Physician Wycoco, Frederick
Primary Care Physician Sheriff, San Diego County

**Chief Complaint:** bilateral R > L knee pain

Butler, Stephon (MRN 12371027) DOB: ███████ Encounter Date: 11/29/2022

## History of Present Illness:

This is a 59 year old male who  has a past medical history of Acute deep vein thrombosis of proximal leg (CMS-HCC), Arthritis, HTN (hypertension), Obesity, Obesity, Class II, BMI 35-39.9, and Sciatic pain. and  has no past surgical history on file. referred for bilateral knee pain, R> L.

On the pain diagram today the patient shades in the areas of their R neck (cervical) and bilateral knees.

The patient reports years of bilateral (R>L) knee pain with exertion that has caused him to be cane dependent. He denies pain at rest. He has stably taken Gabapentin 200mg BID and Meloxicam which have provided some relief. PT was attempted in spurts but has provided equivocal benefit and sometimes made the pain worse. In addition, he has received 4-5 corticosteroid injections to both knees in the past; all instances have provided at most 1-2 weeks of benefit. He is reluctant to trial further injection therapies. He reports daily compliance with Eliquis, and IVC filter was removed in August.

Of note, he has been evaluated by Orthopedic Surgery in 03/2022 and was offered TKA of the R knee. However, patient states today that he does not know the status of surgical planning and remains interested in knee replacement surgery as a definitive treatment.

Unrelated to the chief complaint of knee pain, the patient also has questions regarding more recent upper cervical neck pain that does not radiate to the arm. He has not yet tried PT for this pain.

The patient has seen a physical therapist to treat the current problem.
PT didn't help
The patient is not doing a home exercise program.

This pain has made it hard for the patient to walk, exercise and enjoy life.

The patient denies saddle anesthesia or bowel or bladder incontinence., .

The patient stated their pain today is  /10.
Over the past week the patient's pain has been at its worst 7/10, at best 7/10 and averages 7/10. During the past week, it has interfered with enjoyment of life 6/10 and general activity 6/10.

## Therapeutic History:
The patient has seen other pain providers.
Prior interventional pain procedures and response include:
No specialty comments available.
Knee corticosteroid injections bilaterally, provided 60% benefit for 1-2 weeks

Non-interventional pain treatments and response include:
none

Current Pain Medications:
none
meloxicam - currently taking
gabapentin - currently taking
Patient has tried, but is not currently taking, the following pain medications:
none
Current antiplatelet or anticoagulant medications: apixaban (Eliquis)

Past Medical History:
Diagnosis                                                                                      Date
• Acute deep vein thrombosis of proximal leg (CMS-HCC)
• Arthritis

**BUTLER 025**

12/20/22, 7:38 AM                    Butler, Stephon (MR#12371027) Printed by RAFAIL, BRANDY [49836]

Butler, Stephon (MRN 12371027) DOB: ███████  Encounter Date: 11/29/2022

- HTN (hypertension)
- Obesity
- Obesity, Class II, BMI 35-39.9
- Sciatic pain

No past surgical history on file.

### Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • apixaban (ELIQUIS) 5 MG | Take 1 tablet (5 mg) by mouth 2 times daily. | 60 tablet | 3 |



| | | |
|---|---|---|
| • gabapentin (NEURONTIN) 100 MG capsule | Take 1 capsule (100 mg) by mouth in the morning and at bedtime. | |

No current facility-administered medications for this visit.

No Known Allergies

### Social History

Socioeconomic History
- Marital status:          Single
    Spouse name:         Not on file
- Number of children:      Not on file
- Years of education:      Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Tobacco Use
- Smoking status:          Former
    Types:               Cigarettes
- Smokeless tobacco:       Not on file

Substance and Sexual Activity
- Alcohol use:             Not on file
- Drug use:                Not on file

Butler, Stephon (MRN 12371027) DOB: ███████  Encounter Date: 11/29/2022

- Sexual activity:                          Not on file
Other Topics                                Concern
- Not on file
Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

Opioid Risk Tool Score: 1

No family history on file.

**Physical Exam:**
Vitals: There were no vitals taken for this visit.
Constitutional: Vital signs listed above. Well-developed, well-nourished, and no distress
Psych: alert, oriented. Speech is clear/ normal. Affect is euthymic.
Eyes: Sclera white, conjunctiva clear, lids are without lag. Pupils equal, not pinpoint.
ENT: Wearing facemask.
Skin: Skin color, texture, turgor normal. No rashes or lesions.
Musculoskeletal:
**C-Spine**
Facet palpation: Right: tender; Left: non-tender
.
Cervical taut, tender bands consistent with active trigger points: cervical paraspinals, none

**Upper Extremities**
Shoulders ROM: Right full without pain; Left full without pain
.

**Lower Extremities**
Knees- ROM (extension, flexion, abduction, adduction) limited by pain. Popping and catching of knee joint with extension

Neurological:
Mental Status; Awake, alert, oriented
Cranial Nerves: II-XII grossly intact except IX, X, XII not tested as wearing face mask.
Motor: Normal bulk and tone.

|                    | Left Right |
|--------------------|------------|
| Shoulder Abduction: | 5/5 5/5    |
| Biceps:            | 5/5 5/5    |
| Triceps:           | 5/5 5/5    |
| Wrist Extension:   | 5/5 5/5    |
| Wrist Flexion:     | 5/5 5/5    |
| Interosseous:      | 5/5 5/5    |
| Iliopsoas:         | 5/5 5/5    |
| Quadriceps:        | 5/5 5/5    |
| Hamstrings:        | 5/5 5/5    |

BUTLER 027

Butler, Stephon (MRN 12371027) DOB: ███████ Encounter Date: 11/29/2022

Ankle Dorsiflexion:      5/5 5/5
Ankle Plantarflexion:   5/5 5/5
Reflexes:                    Left Right
Biceps                        2+  2+
Triceps                       2+  2+
Brachioradialis            2+  2+
Patellars                    2+  2+
Achilles                      2+  2+
Clonus                       absent absent
Coordination: No gross axial or appendicular ataxia. Romberg negative.
Sensory:
Intact to light touch x 4 extremities distally
Gait: Pt is able to raise from a seated position without difficulty. Gait is not antalgic and the patient
ambulates with assistance.
Normal casual, toes, heels, tandem.

**Labs and Imaging:**
IR Removal IVC Filter

Result Date: 8/8/2022
IMPRESSION: Successful IVC filter removal

**Assessment**
This is a 59 year old male who has a past medical history of Acute deep vein thrombosis of proximal
leg (CMS-HCC), Arthritis, HTN (hypertension), Obesity, Obesity, Class II, BMI 35-39.9, and Sciatic
pain. and has no past surgical history on file. who presents for bilateral R>L knee pain.

Given evidence of grade 4 OA of both knees refractory to steroid injections, PT, and oral analgesics,
agree that surgical replacement would be the most beneficial therapy. In addition, with ongoing Eliquis
administration there is considerably risk of hemarthrosis in the event that further injections were to be
pursued. On exam, he also has evidence of R cervical spondylosis without myelopathy, which we will
recommend PT program that can be accessible from correctional facility. Gabapentin dosage can be
increased as well.

**Plan:**
-Will prescribe PT program for cervical spondylosis/facet arthropathy
-Gabapentin can be increased to TID PRN
-Will communicate with Orthopedic Surgery regarding getting patient back in the pipeline for surgical
consideration (TKA)

As the patient has not had an adequate trial of PT, recommend PT at this time.

There are no diagnoses linked to this encounter.
There are no Patient Instructions on file for this visit.

Regarding the above interventions, the patient has been educated regarding the risks (including
bleeding, infection, increased pain, nerve damage, spinal cord injury, or allergic reaction), benefits, and
alternatives. The patient states he/she understands and is eager to proceed.
Regarding the above medications, the UCSD Center for Pain Medicine is a consultation service with
regard to medications and as such we do not take over the writing of routine prescriptions for patients.
We are happy to make recommendations regarding pain medications for the patient's PCP to consider
implementing.

Follow-up: after above

John J Choi MD PGY-3
Resident Physician

**BUTLER 028**

12/20/22, 7:38 AM                              Butler, Stephon (MR#12371027) Printed by RAFAIL, BRANDY [49836]

Butler, Stephon (MRN 12371027) DOB: ██████ Encounter Date: 11/29/2022

**Center for Pain Medicine**
**Department of Anesthesiology**
**UC San Diego Health**

## Instructions

After Visit Summary (Printed 11/29/2022)

## Additional Documentation

Vitals:        Temp 98.1 °F (36.7 °C) (Temporal)
Flowsheets:    Recent Travel, Fall, Exam Room, Opioid Risk Tool
Encounter Info: Billing Info, History, Allergies, Detailed Report, MyChart Questionnaires

## Communications

✉ Letter sent to Frederick Wycoco, NP

## Media

From this encounter

Scan on 12/2/2022 9:34 AM: CENTER FOR PAIN MEDICINE NEW PATIENT QUESTIONNAIRE
Scan on 12/2/2022 9:33 AM: CENTER FOR PAIN MEDICINE ROOMING QUESTIONNAIRE

## Orders Placed

None

## Medication Changes

None

## Visit Diagnoses

◆ Primary osteoarthritis of both knees M17.0

Cervical spondylosis without myelopathy M47.812

DDD (degenerative disc disease), lumbar M51.36

Printed by [49836] at 12/20/2022 7:38 AM

BUTLER, STEPHON   100018631 (22709674)

# EXHIBIT I

BUTLER 030

Dennis Quintos LVN POSTED ON 12/16/2022 7:15:35 AM PST                                    Type: LVN NOTE

Replace I/P's old cane; I took back the old cane for disposal .

Addendum:

---

Donato Preche RN POSTED ON 12/18/2022 10:46:13 AM PST                                Type: SAFETY CELL

S_ 24 Hr Face2Face

O_ saw I/p in cellside with Dep# 0014. I/p lying comfortably in bed in upper bunk. Able to come down from upper bunk without issues.

A_ alteration in comfort

P_ informed I/p that our provider & CM is reviewing his PT orders. I/p verbalized understanding.

Addendum:

---

Nicholas Kahl NP POSTED ON 12/18/2022 12:12:34 PM PST                                    Type: NP NOTE

MDCC: Pls review notes from Pain management clinic

Pain management clinic (11/29/22) reviewed

pt DX'd with OA Bilat knee
General recommendations:
 - prior recommendation to replace knees
 - PT for chronic neck pain
 - increase gabapentin to 300mg bid

> Offsite referral for PT placed
> Gabapentin 300mg bid

f/u pm

Addendum:

---

BUTLER, STEPHON   100018631 (22709674)

**BUTLER 031**

# EXHIBIT J

BUTLER 032



Vista
325 S Melrose Dr.
Vista, CA 92083
760-9404492

5/15/2023 4:29:51 PM PDT

**Progress Notes - BUTLER, STEPHON 100018631 (22709674)**

---

Stacy Thompson NP POSTED ON 1/4/2023 8:09:28 AM PST                    Type: NP NOTE

Pt c/o R heel pain x 1.5 mo.

No imaging available for review.

XR ordered.

Will f/u with pt once xray completed.

Continue medication regimen.

Addendum:

SOAP NOTE BY: Stacy Thompson NP POSTED ON 1/6/2023 9:05:08 AM PST                    Type: NP NOTE

**Subjective**

59 year old male with extensive medical history complaining of right heel pain times 1 to two months. Patient states there was no significant injury to the foot. Complaints that the pain is worse when he is standing and ambulating. Denies numbness or tingling to his foot but does state he feels his gait is becoming unsteady because of the pain.
ROS negative except mentioned in HPI.

**Objective**

| BP: NA/NA | Temp: NA | Pulse: NA | Resp: NA | Wt: NA | Sa02: NA | BS: NA | Pain: NA |
|---|---|---|---|---|---|---|---|

Const: VS reviewed, well developed and nontoxic

Neuro: AxOx3, steady gait with limp noted, no gross motor deficits noted.

Resp effort normal, no increased work of breathing noted, speaking in full sentences.

M/S: MAE, no deformities noted. PMSC intact bilateral feet. No deformity, ecchymosis noted R heel.

Skin: normal color for ethnicity, warm and dry

**Assessment**

R heel pain

**Plan**

Orange shoes will be ordered for patient as he is on apixaban and is at high risk for bleed if he were to fall. In the meantime, patient is advised to where multiple pairs of socks to cushion his heel. He is already on Tylenol for discomfort. end the avoiding his prescription for apixaban and increased risk of bleeding.

Notify staff/medical immediately if worsening sx, or any new sx develop.

MDSC prn

BUTLER, STEPHON   100018631 (22709674)

**BUTLER 033**

**Disclaimer: This note was dictated by speech recognition. Minor errors in transcription may be present.

| Treatment Name | Order Sig | Start | Stop |
|---|---|---|---|
| ORANGE SHOES | once in p.m. | 1/6/2023 8:00:00 PM PST | 1/6/2023 11:59:59 PM PST |

Addendum:

BUTLER, STEPHON   100018631 (22709674)

**BUTLER 034**

# EXHIBIT K

BUTLER 035



Vista
325 S Melrose Dr.
Vista, CA 92083
760-9404492

5/15/2023 4:29:51 PM PDT

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Stacy Thompson NP on 1/6/2023

9:05:57 AM PST

| | | |
|---|---|---|
| **Patient:** BUTLER, STEPHON | **#:** 100018631 (22709674) | **Class:** 4 |
| **DOB:** ▮▮▮▮▮ (Age=60) | **Sex:** M | **Race:** B |
| **Housing:** VDF-N-6-13-B | **Court Date:** | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 3/10/2022 12:38:49 AM PST | **Proj. Rel:** 12/8/2023 12:00:00 AM |

**APPLIANCE REQUESTED:**

| | | |
|---|---|---|
| ☐ Cane | ☐ Splint | ☐ Wheelchair |
| ☐ Crutches | ☑ Orange Shoes* | ☐ Other (Specify) |

Medical condition being treated by prosthetic appliance:

Unstady gait on blood thinner

☑ Patient has been counseled on the importance of compliance to prescribed medical prosthetic appliance regimen and that removal of the device or non-compliance with the prescribed regimen will result in discontinuation of the device.

**Duration:**

| | | |
|---|---|---|
| ☐ Days | ☐ Months | ☑ Continuous |

Number of days/months:

☐ Prior records indicate patient has had prosthetic medical appliance in the past one year.

☐ Prior incarceration in past one year indicating use.

☑ New indication with this incarceration.

---

**\*Orange Shoes indications:**

**Duration:**

| | | |
|---|---|---|
| ☐ Days | ☐ Months | ☑ Continuous |

Number of days/months:

☐ Nerve injury with foot drop (peroneal nerve palsy) such that shower shoes fall off.

BUTLER, STEPHON    100018631 (22709674)

**BUTLER 036**

☐ Safety issue while using crutches with one foot having non-weight bearing status – the other weight bearing foot can have a shoe.

☐ Prosthetic lower extremity.

☐ Replace orange shoes due to wear.

☐ Schedule ADA RN Sick Call

BUTLER, STEPHON   100018631 (22709674)

**BUTLER 037**