Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel:  619.814.5800 Fax:  619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail:  epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel:  408.606.6300 Fax: 408.606.6333

Attorneys for Defendant
COUNTY OF SAN DIEGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-00406-AJB-DDL **DECLARATION OF DR. MONTGOMERY IN RESPONSE TO DECLARATION OF TYRONE CHILDS [281-6]** Judge:   Hon. Anthony J. Battaglia |
| Plaintiffs, | |
| v. | |
| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 TO 20, inclusive, | |
| Defendants. | |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4869-4757-9236 v2

1

1    I, JON MONTGOMERY, declare as follows:

2    1.    I have personal knowledge of the matters herein and would

3    competently testify to them if called to do so.  I am the Medical Director for the

4    Detention Services Bureau, Medical Services Division, of the San Diego County

5    Sheriff's Department.  My role is to oversee medical services for the incarcerated

6    persons housed in all seven (7) San Diego County Sheriff's Department Jail

7    Facilities.  I am a licensed Physician in the State of California and have been since

8    2009.  I have worked for the County Detention Services Bureau since 2019.

9    2.    I have reviewed the declaration [Dkt. 281-6] of Mr. Tyrone Childs

10   submitted by Plaintiffs in support of their Motion for Preliminary Injunction, as well

11   as medical records from Mr. Childs' various incarcerations in the San Diego County

12   Jail system. I reserve the right to modify or update my opinions below upon receipt

13   of additional information; due to time constraints, I was not able to conduct a

14   thorough review of the entire file.

15   3.    In his declaration, Mr. Childs states that he tore his Achilles heel in

16   November 2021, had surgery on it in March 2022, and used a boot and a scooter

17   before his arrest.  (Childs Decl. ¶ 3.)  However, when Mr. Childs was booked on

18   July 21, 2022, he arrived at the jail with only a boot on his right foot. (Exh. A, 002-

19   009)  He did not arrive at intake with a scooter.

20   4.    Mr. Childs complains about not receiving a wheelchair or crutches to

21   keep weight off his heel.  (Childs Decl. ¶ 4.) However, weight bearing would be

22   indicated given the timing months after surgery in order to rehabilitate the foot/heel.

23   Mr. Childs was seen by medical staff in the next available clinic (7/22/22);  during

24   that encounter, Mr. Childs related that he had been "… doing physical therapy at

25   Spine and Sport Physical therapy clinic and is supposed to continue for 12

26   weeks."  If the patient had already been cleared to participate in physical therapy, he

27   would have been weight bearing for some time.  The nurse thus provided a cane to

28   assist with ambulation, requested information from Scripps La Jolla (ROI) and

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4869-4757-9236 v2          2          3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE CHILDS

1   scheduled an MDSC for physician evaluation and medical device approval.

2       5.      Achilles tendon repair surgery is intended to return the patient to

3   walking again with the help of physical therapy. The County later found out, after

4   receiving records from Scripps, that Mr. Childs had not been compliant with his PT

5   regimen; if he had completed his post-surgery physical therapy as directed, it is

6   possible that he would have been walking normally without any brace/boot or other

7   aides within 2-3 months.

8       6.      Mr. Childs was processed for booking on July 21, 2022, with a medical

9   follow up on July 22, 2022.  Mr. Childs indicated he had surgery for a torn Achilles

10  tendon months earlier and he requested a cane. Mr. Childs was observed with a

11  foot/ankle brace on his right foot, and a 10 cm incision was seen on his right heel,

12  mostly healed and scarred. He was assigned to a lower bunk/lower tier and provided

13  with a cane.  A follow up medical appointment was scheduled.  (Exh. A, 010)

14      7.      Mr. Childs was seen on July 23, 2022, by a Nurse Practitioner.  At that

15  time, his boot was reassessed for appropriate sizing.  The NP discontinued Mr.

16  Child's cane and ordered him a wheelchair.  (Exh. A, 011-013)

17      8.      On July 29, 2022, Mr. Childs again saw a Nurse Practitioner, who

18  reviewed the outside medical records that had now been received by the County.

19  These records reflected that Mr. Childs had never completed his prescribed Physical

20  Therapy regimen after surgery, attending only 4 of 9 scheduled visits (Exh. A, 014),

21  so it was determined that he could benefit from increased ambulation with mobility

22  support (with weight bearing). At this time, the wheelchair was discontinued and

23  Mr. Childs was switched to a walker.  (Exh. A, 015-016)  Mr. Childs was also

24  referred to offsite PT.  (Exh. A, 017)

25  ///

26  ///

27  ///

28  ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4869-4757-9236 v2                                3                        3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE CHILDS

9.      On or about August 31, 22, in a follow up appointment, Mr. Childs input was noted: "even a cane exacerbates hip and ankle pain, pt requesting to use a wheelchair." (Exh. A, 018) It was observed during this visit that Mr. Childs walked the clinic hallways with a slow steady gait using his cane. (Exh. A, 018) An authorization was put in to order Mr. Childs a wheelchair for a 3-month period; this was provided on September 7, 2022. (Exh. A, 019)

10.     Mr. Childs again saw the NP on September 17, 2022. A nurse had noted   "Pt seen on 9/15 by on-site provider, pt is a wheelchair user. Pt requesting lower bunk/lower tier flag, plz review and place if appropriate." The NP placed a flag for lower bunk/lower tier assignment for Mr. Childs. (Exh A, 020)

11.     On November 2, 2022, Mr. Childs refused to go to an MRI appointment; he stated he did not know why he was being called. He refused another MRI appointment on January 9, 2023, as he said he felt sick. (Exh. A, 021-022) The MRI was ordered to help guide an orthopedic evaluation to see if there was anything more that could be done for the previously conducted tendon repair.

12.     On November 5, 2022, Mr. Childs saw the NP for complaints of back pain and leg swelling. He was prescribed TED compression hose for his lower extremity. (Exh. A, 023) It was noted that an orthopedic consult would be ordered after the MRI results were received, followed by PT to prevent further demobilization of his leg/ankle. (Exh. A, 024-025)

13.     Mr. Childs complains that he was given a middle bunk (on a triple bunk) when he was assigned a cane. (Childs Decl. ¶¶ 4-5.) When an incarcerated person has a lower bunk/lower tier "flag" in TechCare, this acts as a restriction in JIMS and does not permit an upper bunk or upper tier assignment. It is my understanding that a middle bed (on a triple bunk) is considered an accessible "lower bunk" because of its height.

///

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4869-4757-9236 v2                                        4                          3:20-cv-00406-AJB-DDL
                                                                              MONTGOMERY DECL. RE CHILDS

14.     I was unable to locate any grievance or other indication that Mr. Childs ever complained about the condition of his wheelchair and whether the arm padding was gone or the footrests were missing, as he alleges.  (*See* Childs Decl. ¶ 8.)  Nor was I able to locate any grievance about the elevator being broken. I am informed and believe that if the elevator assigned to incarcerated persons is out of service, then a deputy would escort them to visiting and/or other locations as needed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 17, 2023, at San Diego, California.

JON MONTGOMERY

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4869-4757-9236 v2

5

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE CHILDS

# EXHIBIT A

CHILDS 001

San Diego County Sheriff's Department                                    5/15/2023 10:26:03 AM PDT
9621 Ridgehaven Ct.
San Diego, CA 92123

**RECEIVING SCREENING** - Completed by: Jennifer Vivona RN on 7/21/2022 3:50:07 PM PDT; Signed by:

Allison Heath Corporate Clinical Auditor I on 7/27/2022 9:44:14 PM PDT

| | | |
|---|---|---|
| Patient: CHILDS, TYRONE | #:100021482 (22730138) | Class: 5 |
| DOB: ▓▓▓▓▓▓ | Sex: M | Race: B |
| Housing: - - - - | Court Date: | Type: |
| Status: NOT ACTIVE | Booking Date: 7/21/2022 3:08:51 PM PDT | Release: 3/15/2023 2:36:00 AM |

☑ Patient swing to sign, but unable to sign

☐ Refused

Current Allergies

No Known Drug Allergy, No Known Food Allergy

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Screeners: All questions in this form must be addressed. For questions with a single checkbox, by leaving the checkbox unselected, you are documenting your conclusion that all parameters of the question are false. By selecting the checkbox, you are acknowledging a positive response to the item and further documentation must be provided in the corresponding questions and text boxes.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ARRESTING OFFICER QUESTIONS--Select and Document all that apply**

_____

Arresting Agency? SDSO - SAN DIEGO SHERIFF OFFICE

Officer's Name?

Gurrey

Officer's Badge #?

0844

Is the attending officer aware of any Illness or Injuries?

☐ Yes

☑ No

Is the attending officer aware of any Current/Recent Suicidal Ideation?

☐ Yes

☑ No

CHILDS, TYRONE   100021482 (22730138)

**CHILDS 002**

Is the attending officer aware of any signs that the patient is under the influence of Drugs or Alcohol?

☐ Yes

☑ No

Is the attending officer aware of any Combative, Assaultive or Extremely Hostile Behavior?

☐ Yes

☑ No

Is the attending officer aware of any Treatment by Medical Personnel in the Field?

☐ Yes

☑ No

Was a PERT Evaluation performed surrounding the arrest?

☐ Yes

☑ No

Do you have any additional information to help us care for the patient's health and safety?

☐ Yes

☑ No

During the initial care, was there any indication of a mental health concern?

☐ Yes

☑ No

☐ NA

**GENDER IDENTITY—Select and Document all that apply**

Do You Identify as Transgender?

☐ Yes ▮▮▮▮▮▮

☑ No

| ☐ Transgender - Male Gender | ☐ Transgender - Female | ☐ Transgender - Non-Binary |

**CHRONIC CONDITIONS—Select and Document all that apply**

**Neurological**

☐ Seizures

**Respiratory**

CHILDS, TYRONE   100021482 (22730138)

**CHILDS 003**

☐ Asthma

**Cardiovascular**

☐ Hyper p dem a                    ☐ Hypertens on

**Endocrine**

☐ D abetes

**Infectious Disease**

☐ HIV                              ☐ Tubercu os s

**Behavioral Health Chronic Care**

☐ Mood D sorders                   ☐ Psychot c D sorders

**Hematology/Oncology**

☐ Da ys s

**If the item below is checked, the patient has a pending TB workup from an incarceration within the last 6 months. This patient will be added to the TB Workup queue in Admissions/Discharge, and a Medical Chart Review sick call will be scheduled.**

☐ TB Workup

☐ Other

**GENERAL MEDICAL ASSESSMENTS--Select and Document all that apply**

C ck the SureScr pts button to run the med cat on ver f cat on report

[ SureScripts ]

☐ Current med cat ons or treatments

Current Med cat ons:

☐ Yes

☑ No

| Medication | Strength | Filling Pharmacy | Address | Phone Number | Frequency | Last Dose | Last Fill Date |
|------------|----------|------------------|---------|--------------|-----------|-----------|----------------|

☐ Past med ca or psych atr c hosp ta zat ons?

**List location, time and reason for each**

CHILDS, TYRONE   100021482 (22730138)

**CHILDS 004**

☐ Denta ssues requ r ng Dent st S ck Ca  appo ntment

**Describe**

Does the pat ent have any act ve nfect ons or contag ous nesses?

☐ Yes

☑ No

☐ No Response

☐ Genera -fever, ethargy, we ght oss, oss of appet te, n ght sweats

☐ Sk n-Les ons, need e marks, abscesses, bru ses, rash, jaund ce,  ce, trauma, scars, tattos

☐ Pu monary-Pers stent cough, cough ng up b ood

Have you trave ed outs de of the Un ted States n the past weeks or months?

☐ Yes

☑ No

Does the nmate have ssues w th mob ty (Cane, Whee cha r, Prosthet cs, Crutches, Sp nts)?

☑ Yes

☐ No

☐ No Response

| ☐ Crutches | ☐ Cane | ☐ Whee cha r |
|---|---|---|
| ☐ Prosthet cs | | |

recent ach es surgery n May, has a current boot on foot

Does the nd v dua have other m tat ons ke hear ng, v sua , commun cat on?

☐ Yes

☑ No

☐ No Response

| ☐ Hear ng (Category ADM) | ☐ V sua (Category ADM) | ☐ Commun cat ons (Category ADM) |
|---|---|---|

Do you have any other med ca cond t ons or prob ems?

☐ Yes

☑ No

☐ No Response

**MENTAL HEALTH SCREENING--Select and Document all that apply**

Is the pat ent a state hosp ta returnee?

☐ Yes ▮▮▮▮▮▮

☑ No

Was the pat ent eva uated at the EPU n conjunct on w th th s arrest?

☐ Yes

☑ No

### Mental Health History

Are you a c ent of the reg ona center for the deve opmenta y d sab ed, or have you been n spec a educat ona c asses n schoo ?

☐ Yes

☑ No

☐ No Response

| | | |
|---|---|---|
| ☐ PSU | ☐ In Custody Su c de Attempt | ☐ H story of ISP |
| ☐ H story of JBCT | ☐ State Hosp ta Returnee | |

Have you ever been a v ct m of sexua assau t wh e ncarcerated or n the commun ty?

☐ Yes

☑ No

☐ No Response

### Columbia-Suicide Severity Rating Scale

1) Have you w shed you were dead or w shed you cou d go to s eep and not wake up?

☐ Yes

☑ No

2) Have you had any actua thoughts of k ng yourse f?

☐ Yes

☑ No

3) Have you been th nk ng about how you m ght do th s?

☐ Yes

☐ No

4) Have you had these thoughts and had some ntent on of act ng on them?

☐ Yes

CHILDS, TYRONE   100021482 (22730138)

**CHILDS 006**

☐ No

---

5) Have you started to work out or worked out the deta s of how to k  yourse f? Do you ntend to carry out th sp an?

☐ Yes

☐ No

---

6) Have you ever done anyth ng, started to do anyth ng, or prepared to do anyth ng to end your  fe?

☐ Yes

☑ No

**How long ago did you do any of these?**

○ Over a year ago?

○ Between three months and a year ago?

○ W th n the  ast three months?

---
---

**Additional Suicide Risk Questions**

Have you recent y exper enced a s gn f cant  oss (re at onsh p, death of a fam  y member/c ose fr end, job, etc.)?

☐ Yes

☑ No

☐ No Response

---

Has a fam  y member or c ose fr end ever attempted or comm tted su c de?

☐ Yes

☑ No

☐ No Response

---

Do you fee  there s noth ng to  ook forward to  n the  mmed ate future ( nmate express ng he p essness and/or hope essness)?

☐ Yes

☑ No

☐ No Response

**SUBSTANCE USE ASSESSMENTS--Select and Document all that apply**

---

H story or r sk of a  coho  or drug w thdrawa ?

☐ Yes

☑ No

☐ No Response

CHILDS, TYRONE   100021482 (22730138)

CHILDS 007

Recent use of a coho , hero n, prescr pt on pa n med cat ons or sedat ves?

☐ Yes

☑ No

☐ No Response

**Most recent alcohol, sedative, or opiate use:**

○ 5 days or ess

○ 6 days or greater

Use of any other  ega drugs?

☐ Yes

☑ No

☐ No Response

Have you been n a detox program or substance abuse treatment program n the ast 90 days?

☐ Yes

☑ No

☐ No Response

**MISCELLANEOUS ASSESSMENTS--Select and Document all that apply**

**Does the inmate have any of the following:**

☐ Med ca d/Med CAL

☐ Med care

☐ Pr vate Hea th Insurance

Insurance Carr er(s):

P an Name:

**DISPOSITION/TREATMENT PLAN--Select and Document all that apply**

☐ Med ca  S ck Ca   needed

☐ Re ease s gned to obta n a  med ca  records, pharmacy records, substance abuse records

☑ Ora  Hyg ene Instruct ons Prov ded

**Housing Assignment:**

☐ Inf rmary/MOB        ☐ PSU        ☐ OPSD

☐ Med ISO             ☐ Med Ma n ne

F t to Cont nue Book ng Process?

☑ Yes

☐ No

☐ C n ca y Screened  C eared to C ass    ☑ 2nd Stage Nurse Eva uat on/NAP    ☐ Rec To ISP

☐ Rec To Sober ng Ce    ☐ Gate Refusa



San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

5/15/2023 10:26:05 AM PDT

## Progress Notes - CHILDS, TYRONE 100021482 (22730138)

SOAP NOTE BY: Lauren Kress RN POSTED ON 7/22/2022 7:24:01 AM PDT                                  Type: RN NOTE

### Subjective

**achilles surgery in May has a boot on foot, requesting a cane as well, please eval**

IP reports torn right achilles tendon from a work injury two months ago, reports surgical repair with anchors and screws at Scripps La Jolla, claims pain 8/10, reports he was using crutches and rover outside, requesting cane, reports that he has been doing physical therapy at Spine and Sport Physical Therapy Clinic and is supposed to continue for 12 weeks
Reports h/o high blood pressure undiagnosed HTN, not taking medications, denies headache, blurred vision, chest pain, SOB, lightheadedness, dizziness, unilateral weakness, numbness or tingling

### Objective

| BP: 164/92 | Temp: 97.3 | Pulse: 63 | Resp: 16 | Wt: na | Sa02: 99 | BS: na | Pain: 8 |

IP presents a/ox4, verbal responsive, speech clear and coherent, normal rate, rhythm and volume, no slurin speech noted, no facial droop observed, IP wearing boot and ankle brace on right foot, approximate 10cm incision noted on right heel, mostly healed and scarred, approximate 0.5cm open area in bottom portion of wound, scabbed and healing well, no edema or erythema noted in surrounding tissue, limp observed when walking, skin color WNL, warm and dry, cap refill < 3 seconds, respirations even and unlabored, NAD

### Assessment

Pain
Impaired mobility
Impaired skin integrity

### Plan

ROI signed for Scripps La Jolla
Given Tylenol per SNP for pain
Given cane with expiration of 3 days and MDSC for medical device evaluation

CHILDS, TYRONE   100021482 (22730138)

**CHILDS 010**



San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

5/15/2023 10:26:06 AM PDT

**Progress Notes - CHILDS, TYRONE 100021482 (22730138)**

---

SOAP NOTE BY: Ozoma Enworom NP POSTED ON 7/23/2022 8:15:45 AM PDT                    Type: NP NOTE

**Subjective**

CC: per rn "IP reports torn achilles tendon 2 months ago, had surgery at Scripps La Jolla, doing physical therapy at Spine and Sport Physical Therapy Clinic in Lemon Grove through Concentra, ROI signed, wearing boot and ankle brace, given cane for 3 days, please evaluate for medical device authorization and outside PT"

HPI:

Pt reports having a torn achilles tendon injury x 2 months. Pt states he had surgery at Scripps and was doing physical therapy at Spine and Sport Physical Therapy prior to his incarceration. Using a knee scooter to ambulate. Pt states "This boot smaking my foot worse. I am a so not supposed to put any wait on t and they gave me th scane." Pt denies any fevers, chills, headache, dizziness, sore throat, sob, cough, chest pain, skin changes, nausea, vomiting, diarrhea, abdominal pain, dysuria, or numbness/tingling to the extremities. No other acute medical complaints mentioned.

**Objective**

| BP: / | Temp: | Pulse: | Resp: | Wt: | SaO2: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

OBJECTIVE
Vitals: [As shown in top section of 'objective' box]

PE:
General: Pt is awake and alert. NAD. Non-toxic appearing. Clear speech. Appropriate affect. Steady gait. Hopping on one foot.
Skin: Appropriate color for ethnicity.
HEENT: The head is normocephalic. Sclera is non-icteric. EOM intact.
Cardiac: Fingernail beds pink with no cyanosis or clubbing.
Respiratory: Breathing is even and non-labored. Able to speak in full sentences. No signs of respiratory distress.
MS: Full range of motion noted to all joints.
Neurological: No obvious tremors.

**Assessment**

ACHILLES TENDON INJURY

**Plan**

-RN SC scheduled to re-assess boot size
-Cane d/c'd; Switch to w/c
-Continue acetaminophen prn for pain
-RICE
-BMP

CHILDS, TYRONE   100021482 (22730138)

**CHILDS 012**



San Diego County Sheriff's Department                                          5/15/2023 10:26:06 AM PDT
9621 Ridgehaven Ct.
San Diego, CA 92123

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Ozioma Enworom NP on 7/23/2022

8:17:08 AM PDT

| | | |
|---|---|---|
| **Patient:** CHILDS, TYRONE | **#:** 100021482 (22730138) | **Class:** 5 |
| **DOB:** ▓▓▓▓▓ (Age=47) | **Sex:** M | **Race:** B |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 7/21/2022 3:08:51 PM PDT | **Release:** 3/15/2023 2:36:00 AM |

### APPLIANCE REQUESTED:

| | | |
|---|---|---|
| ☐ Cane | ☐ Splint | ☑ Wheelchair |
| ☐ Crutches | ☐ Orange Shoes* | ☑ Other (Specify) |

Medical condition being treated by prosthetic appliance:

tom achilles tendon

cam walker boot

☐ Patient has been counseled on the importance of compliance to prescribed medical prosthetic appliance regimen and that removal of the device or non-compliance with the prescribed regimen will result in discontinuation of the device.

### Duration:

| | | |
|---|---|---|
| ☐ Days | ☑ Months | ☐ Continuous |

Number of days/months: 2

☑ Prior records indicate patient has had prosthetic medical appliance in the past one year.

☐ Prior incarceration in past one year indicating use.

☐ New indication with this incarceration.

---

**\*Orange Shoes indications:**

### Duration:

| | | |
|---|---|---|
| ☐ Days | ☐ Months | ☐ Continuous |

Number of days/months:

CHILDS, TYRONE   100021482 (22730138)



San Diego County Sheriff's Department                                 5/15/2023 10:26:07 AM PDT
9621 Ridgehaven Ct.
San Diego, CA 92123

**Progress Notes - CHILDS, TYRONE 100021482 (22730138)**

---

Emiza Cornejo NP POSTED ON 7/27/2022 3:41:15 PM PDT                          Type: NP NOTE

CC: "Please review scanned records from Scripps Hospital, and Spine & Sports PT"

Scripps medical record on 2/24/22 reviewed
Admitted for right achilles tendon repair. Utilization of bioregenerative implant on achiler tendon.

Spine and Sport PT medical record
Certification period 4/26/22 - 5/23/22
Attended 4 visits, 2 canceled, and 5 no shows
"Unable to reach pt following no show appt" Pt was discharged from PT services

Addendum: ███████████████████████████████████████████████████



San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

5/15/2023 10:26:07 AM PDT

**Progress Notes - CHILDS, TYRONE 100021482 (22730138)**

---

SOAP NOTE BY: Emiza Cornejo NP POSTED ON 7/29/2022 10:04:26 AM PDT                    Type: NP NOTE

**Subjective**

MDSC r/t: "J212: patient is requesting for wheelchair and PT. Please eval.

Pt reports that his right achilles hurts and feels like the surgical site is somewhat swollen. He has also not been given the WC, the cane is still in his cell. He feels very unsteady with the cane. His right LE is starting to feel stiff and is requesting for PT. No fever, chills, CP, SOB, n/v, abdominal pain.

**Objective**

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

Pt is awake and alert, NAD. Non-toxic appearing
Head is atraumatic and normocephalic
Normal speech, appropriate affect.
Resp even and unlabored, speaking in full sentences
He got up from bed, ambulated with his left LE towards the door
Rt achilles - surgical site healed well. No redness or swelling noted. No open area

**Assessment**

Scripps medical record on 2/24/22 reviewed
Admitted for rt achilles tendon repair. Utilization of bioregenerative implant on achilles tendon.

Spine and Sport PT medical record
Certification period 4/26/22 - 5/23/22
Attended 4 visits, 2 canceled, and 5 no shows
"Unable to reach pt following no show appt" Pt was discharged from PT services

**Plan**

> Pt would benefit from increased mobility with partial wt bearing on his right foot. WC dc'd, switched to walker
> Flag updated
> PT referral placed
> Tylenol 1g BID, and ibuprofen 400 mg BID x 30 days. Famotidine BID for GI ppx
> notify staff/medical if sx fail to improve, worsen or new sx develop.

CHILDS, TYRONE   100021482 (22730138)

**CHILDS 015**

| Treatment Name | Order Sig | Start | Stop |
|---|---|---|---|
| p s prov de pt w th wa ker | AS DIRECTED | 7/29/2022 9:51:58 AM PDT | 8/7/2022 11:59:59 PM PDT |

| Treatment Name | Order Sig | Start | Stop |
|---|---|---|---|
| p s prov de pt w th wa ker | AS DIRECTED | 7/29/2022 9:51:58 AM PDT | 8/7/2022 11:59:59 PM PDT |

CHILDS, TYRONE   100021482 (22730138)

**CHILDS 017**



San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

5/15/2023 10:26:12 AM PDT

## Progress Notes - CHILDS, TYRONE 100021482 (22730138)

SOAP NOTE BY: Nicholas Kahl NP POSTED ON 8/31/2022 1:42:01 PM PDT                    Type: NP NOTE

### Subjective

Pt brought down to 3rd floor clinic for exam. per MDSC Chief Complaint: [ Per J212, "Lower bunk and tier chrono, also need my wheel chair" ]

pt c/o R ankle pain d/t Right Achilles Tendon Tear. Right hip pain 2/2 pt wearing CAM boot Right ankle. Left shoulder pain 2/2 previous stab wound injury.

pt reports shoulder pain worse with activity. Increased pain with mvmt or lifting heavy objects

Ankle and hip pain made worse with ambulation. pt using a cane, but pt says even using a cane exacerbates hip and ankle pain. pt requesting to use a wheel chair

Pt referral to Ortho is currently Deferred. per Tabitha Seabron StatCare on 8/9/2022 2:08:02 PM

please order MRI first, once completed will have Corp Ortho consultant to review, thanks. Please submit new request for mri
- MRI to be ordered

### Objective

| BP: NA/NA | Temp: NA | Pulse: NA | Resp: NA | Wt: NA | Sa02: NA | BS: NA | Pain: NA |
|---|---|---|---|---|---|---|---|

Pt is awake and lucid, capable of making informed decisions,
Pt in NAD, calm and comfortable appearance
Skin clean warm and dry
- Pt is NOT diaphoretic
Pt walked clinic hallways fwth slow steady gait using cane.
- pt Right foot in CAM boot
- antalgic gait 2/2 CAM boot & Achilles Tendon Tear
Normal speech, appropriate affect.
Moist mucous membranes.
Resp even and unlabored, speaking in Full sentences
Lungs CTAB, S1S2, RRR
CMS intact, strong radial pulses. bhr skcap refill in toes and fingers
Moving toes appropriately upon command

### Assessment

MSK pain
Right Achilles tendon tear

### Plan

> Tyenol 1g bid
> Flexeril 10mg qhs x3d
> Wheel Chair use - 3 months - Right achilles tear, right foot in CAM boot



San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

5/15/2023 10:26:12 AM PDT

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Nicholas Kahl NP on 8/31/2022

1:41:53 PM PDT

| Patient: CHILDS, TYRONE | #:100021482 (22730138) | Class: 5 |
|---|---|---|
| DOB: ▊▊▊▊▊ | Sex: M | Race: B |
| Housing: - - - - | Court Date: | Type: |
| Status: NOT ACTIVE | Booking Date: 7/21/2022 3:08:51 PM PDT | Release: 3/15/2023 2:36:00 AM |

### APPLIANCE REQUESTED:

| ☐ Cane | ☐ Splint | ☑ Wheelchair |
|---|---|---|
| ☐ Crutches | ☐ Orange Shoes* | ☐ Other (Specify) |

Medical condition being treated by prosthetic appliance:

Right Achilles Tendon Tear

☑ Patient has been counseled on the importance of compliance to prescribed medical prosthetic appliance regimen and that removal of the device or non-compliance with the prescribed regimen will result in discontinuation of the device.

### Duration:

| ☐ Days | ☑ Months | ☐ Continuous |
|---|---|---|

Number of days/months: 3

☑ Prior records indicate patient has had prosthetic medical appliance in the past one year.

☐ Prior incarceration in past one year indicating use.

☐ New indication with this incarceration.

---

### *Orange Shoes indications:

### Duration:

| ☐ Days | ☐ Months | ☐ Continuous |
|---|---|---|

Number of days/months:

☐ Nerve injury with foot drop (peroneal nerve palsy) such that shower shoes fall off.

☐ Safety issue while using crutches with one foot having non-weight bearing status the other weight bearing foot can have a shoe.

 San Diego County Sheriff's Department                               5/15/2023 10:26:14 AM PDT
9621 Ridgehaven Ct.
San Diego, CA 92123

**Progress Notes - CHILDS, TYRONE 100021482 (22730138)**

Ozoma Enworom NP POSTED ON 9/17/2022 1:37:48 PM PDT                      Type: NP NOTE

MDSC

PER RN "Pt seen on 9/15 by on-site provider, pt is a wheelchair user. Pt requesting lower bunk/ lower tier flag, plz review and place if appropriate"

Flag placed.

Addendum:

CHILDS, TYRONE   100021482 (22730138)

**CHILDS 020**



San D ego County Sher ff's Department
9621 R dgehaven Ct.
San D ego, CA 92123

5/15/2023 10:26:27 AM PDT

## RELEASE SUMMARY - Completed by: Ma Krizel Santos RN on 3/15/2023 1:02:38 AM PDT

| | | |
|---|---|---|
| **Patient:** CHILDS, TYRONE | **#:** 100021482 (22730138) | **Class:** 5 |
| **DOB** ▓▓▓▓▓ | **Sex:** M | **Race:** B |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 7/21/2022 3:08:51 PM PDT | **Release:** 3/15/2023 2:36:00 AM |

**Reason for Visit:**



11/05/2022:

CC: Per RN "Back pa n and  eg swe   ng; Refused MRI appt 11/2/2022, p ease counse ."

CHILDS, TYRONE   100021482 (22730138)

**CHILDS 021**

01/11/2023:

cc: Refused MRI appt on 1/9/2023, p ease counse . "I have been s ck."

S: IP seen ce  s de to eva  for h s refusa  to go to MRI, h s second refusa . IP says he d dn't go b/c he "fe t s ck," w th 3 d. of nonb oody n/v/d. Has dec. appet te, but  s tak ng s ps of H2O. Den es abd pa n. no f/c.

CHILDS, TYRONE   100021482 (22730138)



San Diego County Sheriff's Department                                5/15/2023 10:26:16 AM PDT
9621 Ridgehaven Ct.
San Diego, CA 92123

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Ozioma Enworom NP on 11/5/2022

12:04:34 PM PDT

| Patient: CHILDS, TYRONE | #:100021482 (22730138) | Class: 5 |
|---|---|---|
| DOB ▮▮▮▮▮ | Sex: M | Race: B |
| Housing: - - - - | Court Date: | Type: |
| Status: NOT ACTIVE | Booking Date: 7/21/2022 3:08:51 PM PDT | Release: 3/15/2023 2:36:00 AM |

### APPLIANCE REQUESTED:

| ☐ Cane | ☐ Splint | ☐ Wheelchair |
|---|---|---|
| ☐ Crutches | ☐ Orange Shoes* | ☑ Other (Specify) |

Medical condition being treated by prosthetic appliance:

TED HOSE FOR A RIGHT ACHILLES INJUY

☑ Patient has been counseled on the importance of compliance to prescribed medical prosthetic appliance regimen and that removal of the device or non-compliance with the prescribed regimen will result in discontinuation of the device.

### Duration:

| ☐ Days | ☐ Months | ☑ Continuous |
|---|---|---|
| Number of days/months: | | |

☑ Prior records indicate patient has had prosthetic medical appliance in the past one year.

☐ Prior incarceration in past one year indicating use.

☐ New indication with this incarceration.

---

### *Orange Shoes indications:

### Duration:

| ☐ Days | ☐ Months | ☐ Continuous |
|---|---|---|
| Number of days/months: | | |

☐ Nerve injury with foot drop (peroneal nerve palsy) such that shower shoes fall off.

☐ Safety issue while using crutches with one foot having non-weight bearing status the other weight bearing foot can have a shoe.

CHILDS, TYRONE   100021482 (22730138)

**CHILDS 023**



San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

5/15/2023 10:26:17 AM PDT

## Progress Notes - CHILDS, TYRONE 100021482 (22730138)

---

SOAP NOTE BY: Ozioma Enworom NP POSTED ON 11/5/2022 12:07:16 PM PDT                    Type: MD NOTE

### Subjective

CC: Per RN "Back pain and leg swelling; Refused MRI appt 11/2/2022, please counsel."

### Objective

| BP: NA/NA | Temp: NA | Pulse: NA | Resp: NA | Wt: NA | Sa02: NA | BS: NA | Pain: NA |
|-----------|----------|-----------|----------|--------|----------|--------|----------|

General: Pt is awake and alert. NAD. Non-toxic appearing. Clear speech. Appropriate mood and behavior. Limping to the cell door.

HEENT: The head is normocephalic. Sclerae is non-icteric. EOM intact. Hearing is intact.

Cardiac: Na bedspink with no cyanosis or clubbing.

Respiratory: Breathing is even and non-labored. Able to speak in full sentences. No signs of respiratory distress.

Skin: Appropriate color for ethnicity.

MS: Mild swelling noted to the lower extremities and right lateral ankle. No bruising or erythema noted. Able to briefly stand on both feet. Limited ROM of the right ankle.

Neurologica: No obvious tremors.

### Assessment

S/P RIGHT ACHILLES REPAIR

-MRI needed to r/o reinjury and assess healing. Encouraged the patient to go with staff during the next call. Pt agreed. Ortho consult should be ordered after MRI results are in followed by PT to prevent further demobilization.

### Plan

-MRI of RA & Achilles tendon reordered;
-Continue RICE, CAM Boot, tyleno & buprofen as needed; Start lidocaine patch daily to the RLE x 10 days
-MDSC PRN

CHILDS, TYRONE   100021482 (22730138)

**CHILDS 024**



San Diego County Sheriff's Department                                      5/15/2023 10:26:20 AM PDT
9621 Ridgehaven Ct.
San Diego, CA 92123

**Progress Notes - CHILDS, TYRONE 100021482 (22730138)**

---

Obe Borrajero NP POSTED ON 12/9/2022 4:50:45 PM PST                                    Type: NP NOTE

npcc: Does pt st need wheelchair? psudpate f ags

IP w/ ach estnedon njury. Needs w/c. Sabotaging own care by refusing MRI for reeva.

> w/c ssued "x3 mo." n Aug, but IP st has/using.

> St pend ng MRI/eva. fortendon njury.

P:

> Cont. w/c x 3 mo, then reeva for cont nued need,

Addendum: ████████████████████████████████████████████████

---

CHILDS, TYRONE   100021482 (22730138)

**CHILDS 025**