1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600
3  San Diego, California 92101-8474
   Tel: 619.814.5800 Fax: 619.814.6799
4
   Elizabeth M. Pappy (SBN 157069)
5  E-mail: epappy@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
6  60 South Market Street, Suite 1000
   San Jose, California 95113-2336
7  Tel: 408.606.6300 Fax: 408.606.6333

8  Attorneys for Defendant
   COUNTY OF SAN DIEGO (Also
9  erroneously sued herein as SAN DIEGO
   COUNTY SHERIFF'S DEPARTMENT
10 and SAN DIEGO COUNTY
   PROBATION DEPARTMENT

11                    UNITED STATES DISTRICT COURT

12                 SOUTHERN DISTRICT OF CALIFORNIA

13

14 | DARRYL DUNSMORE, ERNEST          | Case No. 3:20-cv-00406-AJB-DDL
   | ARCHULETA, ANTHONY               |
15 | EDWARDS, REANNA LEVY, JOSUE      | **DECLARATION OF DR.**
   | LOPEZ, CHRISTOPHER NELSON,       | **MONTGOMERY IN RESPONSE**
16 | CHRISTOPHER NORWOOD, and         | **TO DECLARATION OF JAMES**
   | LAURA ZOERNER, on behalf of      | **CLARK [DKT. 281-7]**
17 | themselves and all others similarly |
   | situated,                        | Judge: Hon. Anthony J. Battaglia

18                Plaintiffs,

19         v.

20 SAN DIEGO COUNTY SHERIFF'S
   DEPARTMENT, COUNTY OF SAN
21 DIEGO, CORRECTIONAL
   HEALTHCARE PARTNERS, INC.,
22 TRI-CITY MEDICAL CENTER,
   LIBERTY HEALTHCARE, INC.,
23 MID-AMERICA HEALTH, INC.,
   LOGAN HAAK, M.D., INC., SAN
24 DIEGO COUNTY PROBATION
   DEPARTMENT, and DOES 1 TO 20,
25 inclusive,

26                Defendants.

27

28 ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

1    I, JON MONTGOMERY, declare as follows:

2    1.    I have personal knowledge of the matters herein and would

3 competently testify to them if called to do so.  I am the Medical Director for the

4 Detention Services Bureau, Medical Services Division, of the San Diego County

5 Sheriff's Department.  My role is to oversee medical services for the incarcerated

6 persons housed in all seven (7) San Diego County Sheriff's Department Jail

7 Facilities.  I am a licensed Physician in the State of California and have been since

8 2009.  I have worked for the County Detention Services Bureau since 2019.

9    2.    I have reviewed the declaration [Dkt. 281-7] of Mr. James Clark

10 (Booking #23712110) submitted by Plaintiffs in support of their Motion for

11 Preliminary Injunction, as well as the medical records from Mr. Clark's various

12 incarcerations in the San Diego County Jail system. I reserve the right to modify or

13 update my opinions below upon receipt of additional information; due to time

14 constraints, I was not able to conduct a thorough review of the entire file.

15    3.    In his declaration, Mr. Clark states that when he was previously

16 incarcerated, he was provided with a wheelchair but this last time, he was forced to

17 use a walker.  He also alleges that when he was going through booking, the officers

18 took his walker away.  (Clark Decl. [Doc. 281-7], ¶ 3.)  This history is somewhat

19 misleading.  According to the medical records, during the booking process on March

20 27, 2023 (Booking #23712110), Mr. Clark underwent a medical intake screening

21 process.  Mr. Clark specifically requested a walker during intake, telling medical

22 staff: "I have a walker on the streets."  As such, a walker was provided to Mr. Clark.

23 (Ex. A.)  An appliance authorization form was completed the next day for Mr. Clark

24 so that custody staff would also be aware of the prescription.  (Ex. B.)

25    4.    On April 2, 2023, Mr. Clark was seen by a clinician five days after his

26 intake screening.  During the visit, Mr. Clark noted discomfort when using the

27 walker.  However, Mr. Clark indicated he was able to use a wheelchair when he was

28 experiencing back and knee pain.  The nurse practitioner ordered, among other

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4880-3006-9858 v2                    2                    3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE CLARK

1  things, that Mr. Clark use the wheelchair for longer distances, and to alleviate his

2  neuropathy and chronic back and knee pain.  (Ex. C.)

3       5.     In his declaration, Mr. Clark also refers to an earlier declaration dated

4  April 21, 2022, which he had made while previously incarcerated (Booking

5  #21137849). (Clark Decl. ¶ 7.)   The claims in Mr. Clark's earlier declaration were

6  already addressed in a declaration I signed on May 31, 2022, and a true and correct

7  copy is attached hereto.  (*See*, Ex. D.)

8       6.     Mr. Clark states that he is housed in the Central Jail, module 8C, and

9  that the toilets he used do not have grab bars. (Clark Decl. ¶ 4.) There are two toilets

10  in 8C, and one of them has grab bars.  Similarly, there are two toilets in the unit, one

11  of which has grab bars.  I have been informed and believe that there is a portable

12  shower chair readily available for use and stored immediately by the shower.  If an

13  incarcerated person is not able to move the shower chair himself, I am informed and

14  believe that he can ask a deputy to put it in the shower for him.

15       7.     Further, although Mr. Clark states he was assigned to a middle bunk

16  (Clark Decl. ¶ 6), as of April 23, 2023, when he signed the declaration, I looked up

17  his bed assignment and he is now assigned to 8-C-03-B, which is a single bed.

18       I declare under penalty of perjury under the laws of the United States of

19  America that the foregoing is true and correct to the best of my knowledge.

20       Executed on May 16, 2023, at San Diego, California.

21

22                               _____

23                               JON MONTGOMERY

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

# EXHIBIT A

CLARK 001



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

4/27/2023 10:36:42 AM PDT

**Progress Notes - CLARK, JAMES HAROLD 100040464 (23712110)**

---

SOAP NOTE BY: Jennifer Masidat RN POSTED ON 3/27/2023 11:20:53 PM PDT                    Type: RN NOTE

**Subjective**

"I have walker on the streets...." Patient claims using walker outside

**Objective**

| BP: 135/79 | Temp: 97.8 | Pulse: 100 | Resp: 17 | Wt: 189 | Sa02: 98 | BS: 292 | Pain: 10 |

Seen patient at med screening, alert and verbally responsive, not in acute distress, vss. Breathing even and unlabored. With c/o 10/10 scrotal pain, claims with hydrocele and hernia. Patient claims with IDDM (BS 292) and HTN, currently not taking any meds. Reviewed EMAR and noted meds from previous incarceration, sent alert to stat care for review and orders. Walker provided a per patient he uses walker outside. ISP done for PSA by QMHP and cleared to class. Patient reports daily use of Meth and occasional alcohol intake, denies any withdrawal symptoms. Due meds given, well tolerated. Needs attended. Advised patient to report to medical staff or deputy if condition changes. Patient verbalized understanding.

**Assessment**

Pain r/t hernia
Altered health maintenance
Risk for injury

**Plan**

Scheduled MDSC

Addendum:

CLARK, JAMES HAROLD  100040464 (23712110)

**CLARK 002**

Addendum:

CLARK, JAMES HAROLD  100040464 (23712110)

**CLARK 003**

# EXHIBIT B

CLARK 004



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

4/27/2023 10:37:22 AM PDT

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Jessica Romero NP on 3/28/2023

9:07:35 AM PDT

| | | |
|---|---|---|
| **Patient:** CLARK, JAMES HAROLD | **#:** 100040464 (23712110) | **Class:** 4 |
| **DOB:** ██████ (Age=62) | **Sex:** M | **Race:** B |
| **Housing:** SDCJ-8-C-03-B | **Court Date:** | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 3/27/2023 8:24:59 PM PDT | **Proj. Rel:** 6/16/2023 12:00:00 AM |

### APPLIANCE REQUESTED:

| | | |
|---|---|---|
| ☐ Cane | ☐ Splint | ☐ Wheelchair |
| ☐ Crutches | ☐ Orange Shoes* | ☑ Other (Specify) |

Walker

Medical condition being treated by prosthetic appliance:

geriatric, risk for falls.

☑ Patient has been counseled on the importance of compliance to prescribed medical prosthetic appliance regimen and that removal of the device or non-compliance with the prescribed regimen will result in discontinuation of the device.

### Duration:

| | | |
|---|---|---|
| ☐ Days | ☐ Months | ☑ Continuous |

Number of days/months:

☐ Prior records indicate patient has had prosthetic medical appliance in the past one year.

☐ Prior incarceration in past one year indicating use.

☐ New indication with this incarceration.

---

### *Orange Shoes indications:

### Duration:

| | | |
|---|---|---|
| ☐ Days | ☐ Months | ☐ Continuous |

Number of days/months:

☐ Nerve injury with foot drop (peroneal nerve palsy) such that shower shoes fall off.

CLARK, JAMES HAROLD  100040464 (23712110)

**CLARK 005**

- [ ] Safety issue while using crutches with one foot having non-weight bearing status – the other weight bearing foot can have a shoe.

- [ ] Prosthetic lower extremity.

- [ ] Replace orange shoes due to wear.

- [ ] Schedule ADA RN Sick Call

# EXHIBIT C

**CLARK 007**

Emiliza Cornejo NP POSTED ON 4/2/2023 5:06:46 PM PDT                                    Type: NP NOTE

CC: "Provider chart review 5 days following STATCARE INTAKE ASSESSMENT

per statcare defer to onsite provider gabapentin order. "

DM

Not consistently taking DM regimen

DM labs marked as refused --> i reordered them. He has poorly controlled DM

Continue current DM regimen

Pls schedule MDSC if he is consistently refusing DM regimen

Addendum:

---

SOAP NOTE BY: Jessica Romero NP POSTED ON 4/5/2023 9:40:29 AM PDT                        Type: NP NOTE

### Subjective

"defer general surgery at this time CT reports hernia is small, no evidence of incarceration/strangulation. request for pt to see urology for large hydroceles
have already been approved in previous request

Pt seen at cell door with the presence of deputy. Pt reports he uses a wheelchair r/t back and knee pain. Reports using a walker is "killing me". Pt also reports
he has a hernia and hydrocele that he wants treated while here. Reports he has chronic pain r/t the hydrocele.

### Objective

| BP: NA/NA | Temp: NA | Pulse: NA | Resp: NA | Wt: NA | Sa02: NA | BS: NA | Pain: NA |
|---|---|---|---|---|---|---|---|

Const: VS reviewed, well developed and nontoxic

HEENT: Normocephalic, atraumatic

Neuro: Alert clear conversational speech.

Resp effort normal, no increased work of breathing noted, speaking in full sentences.

GI: No abd distention

M/S: No gross deformites

Skin: normal color for ethnicity

CT reports hernia is small, no evidence of incarceration/strangulation.

Urology referral placed. Telemedine appointment scheduled on/ 04/11

### Assessment

1. chronic back and knee pain, neuropathy uses wheelchair for pain and long distance.

- continue with wheel chair.

2. large bilateral hydroceles

- Urology referral placed. Telemedine appointment scheduled on/ 04/11

3. Inguinal hernias

- small fat containing

- Genreral surgery referral was deferred.

### Plan

Notify staff/medical immediately if worsening sx, or any new sx develop.

MDSC prn

CLARK, JAMES HAROLD  100040464 (23712110)

CLARK 008

**Disclaimer: Minor errors in transcription may be present.

| Diagnostic Name | Scheduled Date | | Doctor |
|---|---|---|---|
| ███████████████ | ███████████████ | ███████████████ | ███████████████ |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Gabapentin Oral | 300 MG | 1 | 3/29/2023 3:00:00 PM | 4/28/2023 2:59:00 PM | Take 300 mg by mouth three times a day for 30 day(s). Dispense 90 capsule. 2 Refill(s) |
| Lidocaine Pain Relief External | 4 % | 1 | 3/29/2023 8:00:00 PM | 4/27/2023 11:59:59 PM | Apply 4 % once in p.m. for 30 day(s). Dispense 30 patch. 0 Refill(s). *apply to lower back for 12 hours then remove the following am. |
| Acetaminophen Extra Strength Oral | 500 MG | 2 | 3/29/2023 8:00:00 PM | 4/28/2023 7:59:00 PM | Take 1000 mg by mouth twice a day for 30 day(s). Dispense 120 tablet. 0 Refill(s) Profile Only |
| ███████████ | ███████████ | ███████████ | ███████████ | ███████████ | ███████████ |
| Ibuprofen Oral | 600 MG | 1 | 3/29/2023 8:00:00 PM | 4/28/2023 7:59:00 PM | Take 600 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s) PRN for pain unrelieved by tylenol |

███████████████████████████████████████

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|



| Offsite Type | Specialty | Reason | Priority |
|--------------|-----------|--------|----------|
| Offsite | Urology | Resubmitting Urology referral. He was released. | Expedite |

Significant hydrocele. U/S conducted confirming. Patient pain increasing and worsening. Too large at this point to manage in office. Last status: Received information from Managed care team and they sent an email to TCMC to follow up on the status and were told that the surgeon has not provided a surgery date yet. Please call office to schedule.

Addendum:

---

Lindsay Larson NP POSTED ON 4/5/2023 10:17:55 AM PDT                                    Type: NP NOTE

MDCC: IP refused blood draw. Please reorder if needed.

-refused standard baseline labs, refusing meds, known DM

-F/U MDSC prn and will reorder labs if pt agrees

-Reviewed NP kahl

Addendum:

---

Dana Castleberry RN POSTED ON 4/6/2023 1:08:10 AM PDT                                    Type: RN NOTE

Pt complains of back pain 10/10, chronic. Has a lidocaine patch ordered and states it does help.

Educated pt to submit a healthcare request if symptoms worsen.

Addendum:

CLARK, JAMES HAROLD  100040464 (23712110)

**CLARK 010**

# EXHIBIT D

CLARK 011

1   Susan E. Coleman (SBN 171832)
    E-mail: scoleman@bwslaw.com
2   BURKE, WILLIAMS & SORENSEN, LLP
    444 South Flower Street, Suite 2400
3   Los Angeles, CA 90071-2953
    Tel: 213.236.0600    Fax: 213.236.2700
4
    Attorneys for Defendant
5   COUNTY OF SAN DIEGO (Also
    erroneously sued herein as SAN DIEGO
6   COUNTY SHERIFF'S DEPARTMENT, and
    SAN DIEGO COUNTY PROBATION
7   DEPARTMENT)

8                    UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11  DARRYL DUNSMORE, ERNEST            Case No. 3:20-cv-00406-AJB-WVG
    ARCHULETA, ANTHONY
12  EDWARDS, REANNA LEVY,              **DECLARATION OF J.**
    JOSUE LOPEZ, CHRISTOPHER           **MONTGOMERY IN SUPPORT OF**
13  NELSON, CHRISTOPHER                **DEFENDANT'S OPPOSITION TO**
    NORWOOD, and LAURA                 **PLAINTIFFS' MOTIONS FOR**
14  ZOERNER, on behalf of themselves   **PRELIMINARY INJUNCTION AND**
    and all others similarly situated, **PROVISIONAL CLASS**
15                                     **CERTIFICATION**

16              Plaintiffs,            **RE: JAMES CLARK**
                                       **#21137849**
17  v.

18  SAN DIEGO COUNTY SHERIFF'S
    DEPARTMENT, COUNTY OF
19  SAN DIEGO, CORRECTIONAL
    HEALTHCARE PARTNERS, INC.,
20  TRI-CITY MEDICAL CENTER,
    LIBERTY HEALTHCARE, INC.,
21  MID-AMERICA HEALTH, INC.,
    LOGAN HAAK, M.D., INC., SAN
22  DIEGO COUNTY PROBATION
    DEPARTMENT, and DOES 1 to 20,
23  inclusive,

24              Defendants.

25

26

27  I, J. MONTGOMERY, declare as follows:

28          1.      I have personal knowledge of the matters herein based on review of

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles
                                    - 1 -          3:20-CV-00406-AJB-WVG
                                                   DECLARATION RE: JAMES CLARK

**CLARK 012**

1  pertinent medical documents and would competently testify thereto if called and

2  sworn as a witness.  I am the Medical Director for the Detention Services Bureau,

3  Medical Services Division, of the San Diego County Sheriff's Department.  My

4  role is to oversee medical services for the incarcerated persons housed in all seven

5  (7) San Diego County Sheriff's Department Jail Facilities.  I am a licensed

6  Physician in the State of California and have been since 2009.

7       2.     I have reviewed the Declaration of James Clark (Booking #21137849)

8  as well as the pertinent medical and mental health records from his incarceration in

9  the San Diego County jail system.  I reserve the right to modify or update my

10  opinions below upon receipt of additional information; due to time constraints, I

11  was not able to conduct a thorough review of the entire file.

12       3.     After being booked on September 29, 2021, Mr. Clark received a

13  handout indicating how to access medical, dental, and psychiatric care, as well as

14  how to file a grievance if he is not satisfied with any aspect of his health care.

15  Attached hereto are selected medical records pertaining to Mr. Clark.  (Ex. A 002-

16  003.)  Mr. Clark was provided with a wheelchair and cane at intake.  (*Id.*, 004-005.)

17       4.     While Mr. Clark uses a wheelchair to assist with mobility and "to

18  travel long distances," he is able to stand and walk.  (Ex. A, 006.)  Mr. Clark

19  alleges in his declaration that he has had accessibility issues while incarcerated at

20  the San Diego Central Jail since September 29, 2021.  Specifically, he claims that

21  there are insufficient wheelchair accessible shower stalls in his module, insufficient

22  wheelchair accessible dining tables, and the telephones are all blocked with a stool

23  making them inaccessible to persons in a wheelchair.  (Clark Decl. ¶¶ 5-8.)

24  However, the only grievance filed by Mr. Clark during this term of incarceration

25  relates to requesting games and playing cards (Grievance #224000250).

26       5.     Mr. Clark did report that his wheelchair was broken on March 9, 2022;

27  however a new one was provided to him the next day. (Ex. A, 007-008).

28  ///

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 2 -

3:20-CV-00406-AJB-WVG
DECLARATION RE: JAMES CLARK

CLARK 013

1    6.    Contrary to his declaration, on October 26, 2021, Mr. Clark reported to

2  jail staff that his mental health is better while incarcerated than while living on the

3  streets.  (Ex. A, 009-021.)  His wellness check on October 26, 2021, was in a

4  confidential setting.  Other wellness checks were in a semi-confidential setting;

5  however, Mr. Clark never complained about the location of the visit, or any

6  concerns with confidentiality, nor did he request that future wellness checks only

7  take place in a confidential environment.

8    I declare under penalty of perjury under the laws of California and the United

9  States of America that the foregoing is true and correct.

10    Executed on May 31, 2022, at San Diego, California.

11

12    _____

13    J. MONTGOMERY

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

3:20-CV-00406-AJB-WVG
DECLARATION RE: JAMES CLARK

CLARK 014

# EXHIBIT A

**CLARK 001**

**CLARK 015**



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

5/4/2022 1:05:23 PM PDT

**MEDICAL SERVICES** - Completed by: Christopher Custodio RN on 9/29/2021 6:43:05 PM PDT

| | | |
|---|---|---|
| **Patient:** CLARK, JAMES HAROLD | **#:** 100040464 (21137849) | **Class:** 4 |
| **DOB:** ▮▮▮▮(Age=61) | **Sex:** M | **Race:** B |
| **Housing:** SDCJ-8-C-07-M | **Court Date:** | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 9/29/2021 6:19:56 PM PDT | **Proj. Rel:** 11/8/2021 12:00:00 AM |

☐ Refused

☑ Patient is willing to sign, but is unable to sign

English

**MEDICAL SERVICES**

**Inmates have the right to access medical, dental, and psychiatric care:**

**Emergency: Contact the nearest corrections officer and he/she will call for a nurse.**

**Non-emergency: You may request a Medical/Dental Request Form from the nurse at medication pass. These forms are to request medical assistance and must be turned into the nurse during medication pass for triage (review) of the complaint.**

**Medical/Dental Request Forms: The forms are available from the nurse twice daily. The sick call nurse will triage (review) the forms. The sick call/charge nurse, who will assess your symptoms within 24-72 hours after your form has been picked up, will see you. If he/she cannot address your symptoms or complaints through nursing protocols, you will be referred to the next available physician or physician assistant sick call.**

**Medical Request/Grievance Forms: If you are not satisfied with any aspect of your health care, you have the right to request information or send a grievance to the contracted Medical Services provider, Health Services Administrator, for an investigation and response to your complaint.**

CLARK, JAMES HAROLD  100040464 (21137849)

**CLARK 002**
**CLARK 016**

**Medical/Dental Access and Medication Fee Policy Statement:**

**No inmate will be refused medical treatment because of inability to pay. A Medical/Dental Access and Medication Fee may be charged to the Inmate's Trust Account for medical care provided. For non-chronic care requests, the medical access fee process begins with the sick call/charge nurse assessment of the problem. There is no charge for referral to the physician or follow-up care; however, if medication is prescribed or renewed by the sick call/charge nurse or physician, there will be an additional medication fee assessed. If an inmate requests emergency care that is determined not to be an emergency condition, that inmate may be charged a Medical Access Fee for calling a false emergency. The determination of the condition will be made by medical/nursing staff and the inmate will be informed of the assessed charge.**

**Any complaints regarding the Medical/Dental Access and/or the Medication Fee policies should be addressed to Jail Administration.**

CLARK, JAMES HAROLD  100040464 (21137849)

**CLARK 003**
**CLARK 017**



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

5/4/2022 2:32:26 PM PDT

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Krystal Lott NP on 10/1/2021

9:15:39 AM PDT

| | | |
|---|---|---|
| **Patient:** CLARK, JAMES HAROLD | **#:** 100040464 (21137849) | **Class:** 4 |
| **DOB:** ████ (Age=61) | **Sex:** M | **Race:** B |
| **Housing:** SDCJ-8-C-07-M | **Court Date:** | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 9/29/2021 6:19:56 PM PDT | **Proj. Rel:** 11/8/2021 12:00:00 AM |

### APPLIANCE REQUESTED:

- [x] Cane
- [ ] Splint
- [x] Wheelchair
- [ ] Crutches
- [x] Orange Shoes*
- [x] Other (Specify)

cane, walker, wheelchair, orange shoes, wrist braces, TED HOSE, foot orthoses, prescription eyewear

Medical condition being treated by prosthetic appliance:

ADA

- [x] Patient has been counseled on the importance of compliance to prescribed medical prosthetic appliance regimen and that removal of the device or non-compliance with the prescribed regimen will result in discontinuation of the device.

### Duration:

- [ ] Days
- [ ] Months
- [x] Continuous

Number of days/months:

- [x] Prior records indicate patient has had prosthetic medical appliance in the past one year.

- [ ] Prior incarceration in past one year indicating use.

- [ ] New indication with this incarceration.

_____

### *Orange Shoes indications:

### Duration:

- [ ] Days
- [ ] Months
- [ ] Continuous

Number of days/months:

CLARK, JAMES HAROLD  100040464 (21137849)

**CLARK 004**
**CLARK 018**

- ☐ Nerve injury with foot drop (peroneal nerve palsy) such that shower shoes fall off.

- ☐ Safety issue while using crutches with one foot having non-weight bearing status – the other weight bearing foot can have a shoe.

- ☐ Prosthetic lower extremity.

- ☐ Replace orange shoes due to wear.

- ☐ Schedule ADA RN Sick Call

CLARK, JAMES HAROLD  100040464 (21137849)

**CLARK 005**
**CLARK 019**

Does the patient have any active infections or contagious illnesses?

- [ ] Yes
- [x] No
- [ ] No Response

- [ ] General-fever, lethargy, weight loss, loss of appetite, night sweats
- [ ] Skin-Lesions, needle marks, abscesses, bruises, rash, jaundice, lice, trauma, scars, tattos
- [ ] Pulmonary-Persistent cough, coughing up blood

Have you traveled outside of the United States in the past weeks or months?

- [ ] Yes
- [x] No

Does the inmate have issues with mobility (Cane, Wheelchair, Prosthetics, Crutches, Splints)?

- [x] Yes
- [ ] No
- [ ] No Response

- [ ] Crutches
- [ ] Cane
- [x] Wheelchair
- [ ] Prosthetics

PT CURRENTLY USES W/C; GOT UP AND ABLE TO GET WEIGHT.

Does the individual have other limitations like hearing, visual, communication?

- [x] Yes
- [ ] No
- [ ] No Response

- [ ] Hearing (Category ADM)
- [ ] Visual (Category ADM)
- [ ] Communications (Category ADM)

READING GLASSES

Do you have any other medical conditions or problems?

- [x] Yes
- [ ] No
- [ ] No Response

L PALMAR WOUND AND SCATTERED RESOLVING LACERATION AROUND THE BUE; DOXYCYCLINE PRESCRIBED BY SHARP MEMORIAL ED. SCROTAL AREA SWELLING.

**MENTAL HEALTH SCREENING--Select and Document all that apply**

CLARK, JAMES HAROLD  100040464 (21137849)

**CLARK 006**
**CLARK 020**

*MEDICAL APPLIANCE*



**San Diego County**
**SHERIFF'S DEPARTMENT**
**INMATE REQUEST** *(PETICION DEL RECLUSO)*

**SECTION I**    Complete the following information: *(Llene la siguiente informacion)*

**Facility:** ☑ SDCJ   ☐ FAC8   ☐ EMRF   ☐ GBDF   ☐ LCDRF   ☐ SBDF   ☐ VDF
*(Carcel)*

**Name:** CLARK, James
*(Nombre)*

**Booking #:** 21137849   **Date of Birth:** _____   **Housing Unit:** 8-C
*(Número)*          *(Fecha de Nacimiento)*          *(Unidad)*

**SECTION II**    Refer to instructions on the back of this form.    *MEDICAL APPLIANCE*
*Refiere se a las instrucciones al revez de este formulario.*

**I have a Request for the following:**
*(Tengo una petición a lo siguiente):*

My wheelchair is broken and I fell out of it today again, I need a new wheelchair ASAP.

THANK YOU

**Signature:** *James Clark*   **Date and Time:** 3/10/22
*(Firma)*          *(Fecha y hora)*

**SECTION III**    **RESPONSE BY DETENTION FACILITY STAFF ONLY**

**Forwarded to:** _____   **Date:** 3/10/2022   **Time:** 1145

You are given a new wheelchair today.
Old wheelchair was taken from you

**Completed by:** _____   **Date:** 3/10/22

CLARK, JAMES HAROLD 100040464 (21137849)

**J-21 (REV 01/15) FRONT**

CLARK 007
CLARK 021



 **San Diego County**
**SHERIFF'S DEPARTMENT**
**INMATE REQUEST** *(PETICION DEL RECLUSO)*

**SECTION I**    Complete the following information: *(Llene la siguiente informacion)*

**Facility:** ☑ SDCJ ☐ FAC8 ☐ EMRF ☐ GBDF ☐ LCDRF ☐ SBDF ☐ VDF
*(Carcel)*

**Name:** Clark, J
*(Nombre)*

**Booking #:** 21137849    **Date of Birth:** ___    **Housing Unit:** 8-C
*(Número)*    *(Fecha de Nacimiento)*    *(Unidad)*

**SECTION II**    Refer to instructions on the back of this form.    MEDICAL
    *Refiere se a las instrucciones al revez de este formulario.*    APPLIANCE

**I have a Request for the following:**
*(Tengo una petición a lo siguiente):*

My WheelChair is broken down on the
back and I have fell out of it 2 time.
Need New wheel chair.

THANK you.

**Signature:** ___    **Date and Time:** 3/9/22
*(Firma)*    *(Fecha y hora)*

**SECTION III**    **RESPONSE BY DETENTION FACILITY STAFF ONLY**

**Forwarded to:** ___    **Date:** ___    **Time:** ___

☑ received new wheel chair verified 3/10
☑ placed note to MD about replacements
for orange sneakers (verbalized need)

**Completed by:** NS 6513    **Date:** 3/11/22

CLARK, JAMES HAROLD  100040464 (21137849)
**J-21 (REV 01/15) FRONT**

**CLARK 008**
**CLARK 022**

5/4/2022 1:10:18 PM PDT



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

**BH ASSESSMENT** - Completed by: Crystal Reeves Menta Health Clinician on 10/26/2021 10:52:06 AM PDT

| Patient: | CLARK, JAMES HAROLD | #: 100040464 (21137849) | | Class: 4 |
| DOB: | ████ (Age=61) | Sex: M | | Race: B |
| Housing: | SDCJ-8-C-07-M | Court Date: | | Type: |
| Status: | ACTIVE | Booking Date: 9/29/2021 6:19:56 PM PDT | | Proj. Rel: 11/8/2021 12:00:00 AM |

View this Patient's Charges in eJIMS:

[View]

Current Flags/Conditions:

Wheelchair - JIMS, Wheelchair, WALKER, TED HOSE, Prescription Eyewear, Orange Shoes, Mood Disorders, MEDICAL TRANSFER RESTRICTIONS, Lower Bunk/Lower Tier, KOP Program, Hypertension, DGN10 N43.3 Hydrocele, unspecified, Diabetes, COVID 19 Vaccinated, Cane, BRACE, ADA Special Needs

Date of Assessment 10/26/2021 Assessing Staff Reeves Crystal

**Clinic Reason:**

- [x] Wellness Check
- [ ] I/P Request
- [ ] Counseling/Therapy
- [ ] RCC Needs
- [ ] Assess for Psychiatric Treatment
- [ ] Mental Health Restriction Removal/Add
- [ ] Mental Health Clearance
- [ ] Community Referral
- [x] Other

Explain:

REASON FOR ASSESSMENT: Per IP's request he was seen today for QMHP clinic. IP was seen at SDCJ, on the 8th floor, cell side of the Rec Yard. IP presented with depressed, anxious mood, made good eye contact, processed linear thoughts, was help seeking and engaged.

THOUGHT CONTENT: " I was doing real bad when I was out there", " I had loss everything so I thought I might as well go", " I was reckless with drinking and smoking", " I was looking for my 16 year old daughter who is on the streets but I could not find her", " This last time I was actually thinking about giving up.

CLARK, JAMES HAROLD  100040464 (21137849)

**CLARK 009**
**CLARK 023**

INTERVENTION: Assessed for safety concerns. Coordinate Care. Used reflective listening to validate Pt's feelings. Provided IP with a packet on discharge planning. Provided Pt with a packet on therapeutic worksheets and puzzles.

CHARGE: FAIL TO REGISTER;VIOLATION OF PAROLE:FEL- Court Date 11.2.2021

SAFETY: IP denied current SI. IP shared that he feels better being in jail than when he was on the streets. IP shared how being in a stable environment without drugs has helped. IP is motivated for treatment and would like to meet with a psychiatrist and QMHP for on-going follow ups. IP is engaging in life preserving behavior of eating and staying compliant with medical condition of diabetes.

PLAN: IP is scheduled to meet with a psychiatrist and QMHP for on-going support.

## Encounter Setting:

☑ Confidential          ☐ Semi-Confidential          ☐ Non-Confidential

IP was seen at SDCJ, on the 8th floor, cell side of the Rec Yard

Emotional Response to Incarceration:

IP shared that he feels better being in jail than when he was on the streets. IP shared how being in a stable environment without drugs has helped. IP is motivated for treatment and would like to meet with a psychiatrist and QMHP for on-going follow ups. IP is engaging in life preserving behavior of eating and staying compliant with medical condition of diabetes.

## Psychosis (Current and/or Past Symptoms)

☐ None Evident
☐ Command AH
☐ Non-Command
☐ Delusions
☐ Hallucinations
☑ Negative Symptoms/Affective Flattening/Directionless
☐ Disorganized/Incoherent Speech
☐ Disorganized/Catatonic Behavior
☐ Other

Other Comments:

" You know I deal with on-going voices that I argue with".

CLARK, JAMES HAROLD  100040464 (21137849)

**CLARK 010**
**CLARK 024**

**Mood-Depressive Symptoms (Current and/or Past Symptoms)**

- ☑ None Evident
- ☐ Depressed or Irritable Mood
- ☐ Decreased Interest or Pleasure
- ☐ Feelings of Worthlessness/Guilt
- ☐ Appetite Changes
- ☐ Motor Agitation/Retardation
- ☐ Insomnia/Hypersomnia
- ☐ Low Ability to Concentrate
- ☐ Fatigue/Loss of Energy
- ☐ Sleep Disturbance
- ☐ Crying Spells
- ☐ Feelings of Hopelessness
- ☐ Feelings of Helplessness
- ☐ Other

Other Comments:

☐ Recent Self-Injurious Behavior        ☐ SI within Last 6 Months        ☐ Suicide Planning

**Anxiety (Current and/or Past Symptoms)**

- ☑ None
- ☐ Repetitive Behaviors
- ☐ Irritability
- ☐ Excessive Anxiety/Worry
- ☐ Recurrent Distressing Dreams
- ☐ Derealization/Depersonalization
- ☐ Avoidance of Certain Situations
- ☐ Restlessness/Feeling on Edge
- ☐ Recurrent/Persistent Thoughts
- ☐ Fear of Losing Control
- ☐ Feeling as if Trauma were Reoccurring
- ☐ Muscle Tension
- ☐ Racing Thoughts
- ☐ Difficulty Concentrating
- ☐ Hyper-Reactive Mood
- ☐ Generalized Paranoid Ideation
- ☐ Increased Impulsivity
- ☐ Hypersexual

CLARK, JAMES HAROLD  100040464 (21137849)

**CLARK 011**
**CLARK 025**

☐ Other

Describe:

## Somatic (Current and/or Past Symptoms)

☐ None Evident

☐ Dizzy, Unsteady, Lightheaded

☐ Palpitations/Pounding Heart

☐ Shortness of Breath/Smothering Sensation

☐ Chest Pain/Discomfort

☐ Numbness or Tingling

☐ Sweating

☐ Nausea or Stomach Distress

☐ Chills or Hot Flashes

☐ Trembling/Shaking

☐ Choking Sensation

☑ Other

Describe:

Diabetes and is in a wheel chair.

CURRENT MEDICATIONS:

amLODIPine Besylate Oral 5 MG (QTY: 1) (DAILY: 0800) 10/2/2021 - 12/30/2021

Atorvastatin Calcium Oral 80 MG (QTY: 1) (PM: 2000) 10/1/2021 - 12/29/2021

Gabapentin Oral 400 MG (QTY: 1) (PM: 2000) 10/17/2021 - 1/14/2022

Lantus Subcutaneous 100 UNIT/ML (QTY: 15) (DLY: 2100) 10/1/2021 - 12/29/2021

Levothyroxine Sodium Oral 100 MCG (QTY: 1) (DAILY: 0800) 10/3/2021 - 12/31/2021

Lisinopril Oral 40 MG (QTY: 1) (DAILY: 0800) 10/2/2021 - 12/30/2021

metFORMIN HCl Oral 500 MG (QTY: 1) (BID: 0800 2000) 10/1/2021 - 12/29/2021

Vitamins A & D External   (QTY: 1) (PM: 2000) 10/1/2021 - 12/29/2021

Xopenex HFA Inhalation 45 MCG/ACT (QTY: 1) PRN (TID) 10/1/2021 - 12/29/2021

CLARK, JAMES HAROLD  100040464 (21137849)

**CLARK 012**
**CLARK 026**

**MENTAL HEALTH HISTORY**

**Past and/or Active Community Treatment:**

Hospitalizations?

☑ Yes

☐ No

IP reported that he was hospitalized at CMH for 1 day. IP reported that he was in a psychiatric hospital as a teenager as well.

**Community/Wrap-Around Services:**

☐ Telecare/ACT - Parole

☐ Telecare/ACT - AB109/PCRS

☐ RCC

☐ Other

Explain:

**FAMILY MENTAL HEALTH HISTORY**

**Hx of Suicide:**

☐ Mother              ☐ Father              ☐ Sister

☐ Brother            ☑ None Reported

**Hx of Severe Mental Illness:**

☐ Mother              ☐ Father              ☐ Sister

☐ Brother            ☑ None Reported

Previously attempted suicide?

☑ Yes

☐ No

**When/Within:**

☑ 1-5 years              ☐ 6-10 years              ☐ 11+ years

If active suicidal thinking is present, please indicate below the action taken.

3x prior to his arrest he reported, " I did not care I tried to end it by drinking and smoking meth everyday".

**SUBSTANCE ABUSE HISTORY**

○ Reviewed

CLARK, JAMES HAROLD  100040464 (21137849)

**CLARK 013**
**CLARK 027**

○ Revised

| ☑ Amphetamines | ☐ THC | ☑ ETOH |
| ☐ Opiates | ☐ Cocaine | ☐ None Reported |
| ☐ Other | | |

Describe:

**Frequency:**

● Daily

○ 2-3 times weekly

○ 1 weekly

○ Monthly

○ None

**Route:**

| ☑ Smoke | ☐ Snort | ☐ Inject |
| ☐ Eat | ☐ None | |

Describe:

**LEGAL HISTORY**

| ☐ None | ☐ Prison | ☐ Current Probation |
| ☐ Sexual Offense History | ☑ Jail | ☐ Juvenile Hall |
| ☐ Current Parole | | |

Explain (Legal History):

**MENTAL STATUS EXAM**

**Age appears to be:**

| ☐ Older Than Stated Age | ☑ Stated Age | ☐ Younger Than Stated Age |

**Appearance:**

| ☐ Well-Groomed | ☑ Moderately Groomed | ☐ Disheveled/Unkempt |

**Speech/Hearing:**

| ☑ Normal | ☐ Pressured | ☐ Slurred |
| ☐ Slow | ☐ Quiet | ☐ Aphasic |
| ☐ Poverty of Speech | ☐ Hard of Hearing | ☐ Mute |
| ☐ Impairment | ☐ Deaf | ☐ Other |

CLARK, JAMES HAROLD  100040464 (21137849)

**CLARK 014**
**CLARK 028**

**Motor Activity:**

| ☑ Normal | ☐ Restless | ☐ Psychomotor Slowing |
| ☐ Agitated | ☐ Tremor/Tic | ☐ Other |

**Eye Contact:**

| ☑ Good | ☐ Poor | ☐ Avoids Eye Contact |
| ☐ Staring | ☐ No Eye Contact | |

**Attitude:**

| ☑ Cooperative | ☐ Guarded | ☐ Non-disclosing |
| ☐ Hostile/belligerent | ☐ Uncooperative | |

**Behavior:**

| ☑ Calm | ☐ Apprehensive | ☐ Agitated |
| ☐ Motor Impairment | ☐ Tearful | ☐ Withdrawn |

**Interactions:**

| ☐ Spontaneous | ☐ Distant | ☐ Non-Cooperative/Evasive |
| ☐ Threatening | ☑ Relevant | ☐ Irrelevant |
| ☐ Only in Response to Questions | ☐ Other | |

**Mood:**

| ☑ Neutral | ☐ Depressed | ☐ Irritable |
| ☐ Frightened | ☐ Sad | ☐ Angry |
| ☐ Happy | ☐ Anxious | ☐ Other |

**Affect:**

| ☑ Appropriate/Full Range | ☐ Anxious | ☐ Constricted |
| ☐ Blunted | ☐ Depressed | ☐ Expansive |
| ☐ Agitated | ☐ Flat | ☐ Inappropriate |
| ☐ Labile | ☐ Angry | ☐ Other |

**Suicidal Thinking:**

| ☑ Denied | ☐ Passive | ☐ Active |
| ☐ Intent | | |

Describe:

**Homicidal Thinking:**

| ☑ Denied | ☐ Passive | ☐ Active |

CLARK, JAMES HAROLD  100040464 (21137849)

**CLARK 015**
**CLARK 029**

☐ Intent

Describe:

## THOUGHT PROCESS

**Thought Process:**

| | | |
|---|---|---|
| ☑ Normal/Goal Directed | ☐ Circumstantial | ☐ Blocking |
| ☐ Incoherent | ☐ Dissacociation | ☐ Loose Associations |
| ☐ Flight of Ideas | ☐ Rambling | ☐ Tangential |
| ☐ Illogical | ☐ Concrete | ☐ Abstract |
| ☐ Disorganized | ☐ Slow/Hesitant | |

## THOUGHT CONTENT

| | | |
|---|---|---|
| ☑ Appropriate to Situation | ☐ Grandiose | ☐ Paranoid |
| ☐ Impoverished | | |

**Delusions:**

| | | |
|---|---|---|
| ☑ None | ☐ Poorly Organized | ☐ Paranoid |
| ☐ Ideas of Reference | ☐ Nihilistic | ☐ Bizarre |
| ☐ Mood Congruent | ☐ Guilt | ☐ Religious |
| ☐ Grandiose | ☐ Insertion | ☐ Hypochondriacal |
| ☐ Somatic | ☐ Systemized | ☐ Broadcasting |
| ☐ Persecutory | ☐ Mood Incongruent | ☐ Other |

**Perceptual Symptoms:**

| | | |
|---|---|---|
| ☐ Normal | ☐ Olfactory | ☐ Visual |
| ☐ Tactile | ☑ Auditory | ☐ Other |

Describe (Thought Content, Other, Delusions, Hallucinations):

## INTELLECTUAL FUNCTIONING

**Level of Consciousness:**

- ◉ Alert
- ○ Confused
- ○ Drowsy
- ○ Stupor
- ○ Coma
- ○ Other

**Concentration:**

CLARK, JAMES HAROLD  100040464 (21137849)

**CLARK 016**
**CLARK 030**

- ◉ Good
- ○ Poor
- ○ Slightly Impaired

## Short-Term Memory:

Intact?

- ☑ Yes
- ☐ No

Poor?

- ☐ Yes
- ☑ No

Slightly Impaired?

- ☐ Yes
- ☑ No

## Long-Term Memory:

Intact?

- ☑ Yes
- ☐ No

Poor?

- ☐ Yes
- ☑ No

Slightly Impaired?

- ☐ Yes
- ☑ No

## Orientation:

- ☑ Month
- ☑ Person
- ☑ Place
- ☑ Year
- ☑ Situations
- ☐ None

Describe (Level of Consciousness, Concentration, Short-Term Memory, Long-Term Memory, Orientation):

## Judgement:

- ○ Intact
- ◉ Good
- ○ Impaired

CLARK, JAMES HAROLD  100040464 (21137849)

**CLARK 017**
**CLARK 031**

○ Poor

**Impulse Control:**

○ Good
● Fair
○ Poor

**Insight:**

○ Good
● Adequate
○ Partial
○ Poor

**Estimated Intelligence:**

○ Above Average
● Average
○ Borderline
○ Mentally Retarded

**Future Orientation:**

☑ Hopeful          ☐ Hopeless          ☐ Realistic
☐ Unrealistic

**Coping Skills:**

☑ Read             ☐ Write             ☐ Talk with Others
☐ TV               ☐ Play Games        ☐ Puzzles
☐ Religion

**Concerns for Safety while Incarcerated:**

☐ Other Inmates    ☐ Staff             ☑ None Reported

Comments:

**Trauma History:**

CLARK, JAMES HAROLD  100040464 (21137849)

**CLARK 018**
**CLARK 032**

**Have you experienced or witnessed any of the following in a way you feel has seriously impacted your outlook in life? No details needed now:**

- ☐ Parental Domestic Violence
- ☐ Absent Caregiver from Birth to Age 5
- ☐ Childhood Physical or Sexual Abuse
- ☐ Life-threatening Event or Assault
- ☐ Violent Death/Homicide of Family/Close Friend
- ☐ In-custody or Military Sexual Trauma
- ☐ War (Refugees) or Combat
- ☐ None Reported

Comments:

**CONCLUSIONS:**

**Motivation for Treatment:**

- ○ Excellent
- ● Good
- ○ Fair
- ○ Poor

Provisional Diagnosis:

**TREATMENT PLAN:**

**Target Symptoms/Behaviors:**

- ☐ Sleep Disturbance
- ☐ Loss of Interest
- ☐ Guilt
- ☐ Low Energy
- ☐ Appetite Changes
- ☐ Crying Spells
- ☐ Feelings of Hopelessness
- ☐ Feelings of Helplessness
- ☐ Recent Self-Injurious Behavior
- ☐ Anxiety/Panic
- ☐ Intrusive Negative Thoughts
- ☐ Racing Thoughts
- ☐ Concentration Difficulty
- ☐ Social Avoidance
- ☐ Nightmares

CLARK, JAMES HAROLD  100040464 (21137849)

**CLARK 019**
**CLARK 033**

☐ No Treatment Indicated

☐ Other

Other:

**Intervention:**

☑ Anxiety Coping Skills

☐ Depression Coping Skills

☐ Sleep Hygiene Skills

☐ Self-Harm Safety Skills/Planning

☐ No Intervention Indicated

Details:

Assessed for safety concerns. Coordinate Care. Used reflective listening to validate Pt's feelings. Provided IP with a packet on discharge planning. Provided Pt with a packet on therapeutic worksheets and puzzles.

**Return to Clinic:**

☐ Therapy/Counseling

☐ 1 Week          ☐ 2 Weeks          ☐ 3-6 Weeks

☐ Wellness Check

☐ 1 Week          ☐ 2 Weeks          ☐ 3-6 Weeks

☐ Assess for Psychiatric Treatment

☐ 1 Week          ☐ 2 Weeks          ☐ 3-6 Weeks

☐ Other

☐ 1 Week          ☐ 2 Weeks          ☐ 3-6 Weeks

Describe:

☐ No Appointment Indicated

**Referral:**

☐ Psych SC

☐ Priority          ☐ Routine

Details:

☐ MDSC

☐ Priority          ☐ Routine

CLARK, JAMES HAROLD  100040464 (21137849)

**CLARK 020**
**CLARK 034**

Details:

☐ Other

☐ Priority                              ☐ Routine

Details:

Does this client meet criteria for Behavioral Health Services?

☐ Yes

☐ No

Please Explain:

☐ Does not have a qualifying primary Mental Health Diagnosis

☐ Does not have significant impairment or there is no probability that functioning would deteriorate without treatment.

☐ BH - Mental Health Acuity Level

CLARK, JAMES HAROLD  100040464 (21137849)

**CLARK 021**
**CLARK 035**