1   Susan E. Coleman (SBN 171832)
    E-mail: scoleman@bwslaw.com
2   BURKE, WILLIAMS & SORENSEN, LLP
    501 West Broadway, Suite 1600
3   San Diego, California 92101-8474
    Tel: 619.814.5800 Fax: 619.814.6799
4
    Elizabeth M. Pappy (SBN 157069)
5   E-mail: epappy@bwslaw.com
    BURKE, WILLIAMS & SORENSEN, LLP
6   60 South Market Street, Suite 1000
    San Jose, California 95113-2336
7   Tel: 408.606.6300 Fax: 408.606.6333

8   Attorneys for Defendant
    COUNTY OF SAN DIEGO (Also
9   erroneously sued herein as SAN DIEGO
    COUNTY SHERIFF'S DEPARTMENT
10  and SAN DIEGO COUNTY
    PROBATION DEPARTMENT

11              UNITED STATES DISTRICT COURT

12            SOUTHERN DISTRICT OF CALIFORNIA

13  DARRYL DUNSMORE, ERNEST          Case No. 3:20-cv-00406-AJB-DDL
14  ARCHULETA, ANTHONY
    EDWARDS, REANNA LEVY, JOSUE      **DECLARATION OF DR.**
15  LOPEZ, CHRISTOPHER NELSON,       **MONTGOMERY IN RESPONSE**
    CHRISTOPHER NORWOOD, and         **TO DECLARATIONS OF C.**
16  LAURA ZOERNER, on behalf of      **ESQUIVEL [DKT. 281-8, 281-9]**
    themselves and all others similarly
17  situated,                         Judge: Hon. Anthony J. Battaglia

18              Plaintiffs,

19          v.

20  SAN DIEGO COUNTY SHERIFF'S
    DEPARTMENT, COUNTY OF SAN
21  DIEGO, CORRECTIONAL
    HEALTHCARE PARTNERS, INC.,
22  TRI-CITY MEDICAL CENTER,
    LIBERTY HEALTHCARE, INC.,
23  MID-AMERICA HEALTH, INC.,
    LOGAN HAAK, M.D., INC., SAN
24  DIEGO COUNTY PROBATION
    DEPARTMENT, and DOES 1 TO 20,
25  inclusive,

26              Defendants.

27

28  ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

I, JON MONTGOMERY, declare as follows:

1.     I have personal knowledge of the matters herein and would competently testify to them if called to do so.  I am the Medical Director for the Detention Services Bureau, Medical Services Division, of the San Diego County Sheriff's Department. I have worked for the Sheriff's Department since 2019. My role is to oversee medical services for the incarcerated persons housed in all seven (7) San Diego County Sheriff's Department Jail Facilities.  I am a licensed Physician in the State of California and have been since 2019.

2.     I have reviewed the two declarations of Mr. Christian Esquivel [Dkt. 281-8, 281-9] submitted by Plaintiffs in support of their Motion for Preliminary Injunction, as well as the medical records from Esquivel's various incarcerations in the San Diego County Jail system beginning in 2019. I reserve the right to modify or update my opinions below upon receipt of additional information; due to time constraints, I was not able to conduct a thorough review of the entire file.

3.     Mr. Esquivel states he needs sign language to communicate and he only reads and writes a little bit.  [Doc. 281-8, ¶ 3.]  However, there are indications in his medical records that Mr. Esquivel has used both writing and ASL on different occasions within the County's jail system to effectively communicate, with rudimentary understanding of both.  Mr. Esquivel has other limitations which appear to impact his communication and understanding of events, including developmental disabilities, psychiatric issues, and intermittent use of methamphetamine and other drugs which may exacerbate his psychiatric symptoms.

4.     After Mr. Esquivel was booked on February 16, 2019, he communicated during a mental health screening by writing on paper that he was "feeling good" and he added a thumbs up. (Exh. A, 004.) Mr. Esquivel made it known several times during this interview that he wanted food and to be moved to regular housing.  He expressed that he was looking forward to his court date and getting out of jail. Given the description that Mr. Esquivel acknowledged he was

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4890-6554-9666 v3                                              2                    3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE ESQUIVEL

1 likely under the influence, which led to behaviors and endorsement of suicidal

2 ideation, and other statements made by Mr. Esquivel during the exchange, it appears

3 he is literate and can reasonably read/understand English with at least a basic level

4 of engagement, communication and comprehension.

5      5.     Mr. Esquivel also met with a psychologist on February 17, 2019. It was

6 noted that Esquivel "communicated by writing on paper" and said he would not

7 harm himself but he wanted food." Esquivel was informed (by writing on a piece of

8 paper) that he would be seen by the doctor today, and in response Esquivel "nodded

9 his head and asked for milk." (Exh. A, 002-003.)

10      6.     During that same week of February 16, 2019, Mr. Esquivel also on

11 three occasions communicated with a RN using sign language. It was noted on

12 February 16, 2019, that Esquivel signed to the RN: "Voices too loud in head."  After

13 the purpose of enhanced outpatient housing (EOH) was explained to him via ASL,

14 Esquivel signed "Be good. I promise. Go home now, please."  On February 19,

15 2019, the same RN noted that Esquivel was "assessed in clinic and communicated

16 with this writer via ASL."  (Exh. A, 005-007.)

17      7.     Mr. Esquivel has submitted written requests to medical on several

18 occasions, though his writing and language skills appear limited.  It appears that

19 Esquivel's communication via ASL is unfortunately also limited. On two occasions,

20 after interviews with psychological experts appointed by the court – both facilitated

21 via ASL interpreters, Mr. Esquivel has been deemed incompetent to stand trial. The

22 report from December 21, 2021 noted the ASL interpreter indicated s/he was not

23 clear with Esquivel's usage of sign language, and the psychologist theorized this

24 was perhaps because of his disorganized thought, problems with language, or

25 cognitive confusion. (Exh. A, 008-011.)

26      8.   On the next occasion Mr. Esquivel was assessed for competency to stand

27 trial, on February 10 2023, an ASL interpreter was also used.  It was noted that

28 Esquivel had a developmental disability, trouble learning, and a history of drug use.

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4890-6554-9666 v3                     3                  3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE ESQUIVEL

1  Mr. Esquivel was unable to understand legal concepts such as the types of pleas,

2  felony vs. misdemeanor, or what a plea bargain was, and he was accordingly

3  deemed incompetent. (Exh. A, 012-017.)

4        9.     There is a difference between competency and capacity.  It is possible

5  for a patient to not understand or comprehend the legal processes associated with the

6  ability to stand trial, yet still maintain the legal capacity for medical decision

7  making.  Based on Mr. Esquivel' medical file, he is familiar with Detention's

8  administrative processes, and knows how to request assistance or to process a sick

9  call request (Ex A, 028-34), or for that matter, how to refuse medical treatment and

10  medication, as he has done so on many occasions (Ex A, 035-038).

11        10.  Mr. Esquivel states in his declaration that he did not understand what the

12  dentist or anyone said and he did not know the dentist was going to pull out his

13  tooth in January 2023.  [Doc. 281-8, ¶ 6.]  However, the medical file indicates

14  otherwise. Esquivel complained of tooth pain on December 6, 2022 (Exh. A, 018),

15  on December 18, 2022 (Exh. A, 019), and again on January 9, 2023 (Exh. A, 018).

16  On January 30, 2023, he indicated his pain was 7 out of 10. (Exh. A, 020.) Mr.

17  Esquivel refused an extraction on January 19, 2023 (Ex. A, 018), but subsequently

18  put in another sick call slip for tooth pain on January 23, 2023.  (Exh. A, 18.)

19  Examination of the tooth on January 30, 2023, showed that tooth #17 was broken,

20  had caries, and was non-restorable.  (Exh. A, 021.)  Mr. Esquivel was given

21  treatment options and elected an extraction. (Exh. A, 021-022.)  Mr. Esquivel signed

22  a written consent form.  (Exh. A, 026-027.)  The extraction was done and tolerated

23  well.  (Exh. A, 023.)  Mr. Esquivel was not under conservatorship, and had not been

24  deemed a threat to himself or others… as a result he would have had the capacity to

25  understand potential consequences and would be able to make his own decisions

26  regarding accepting or declining medical care and treatment.

27        11.     In several instances, Mr. Esquivel states that he would like to speak to a

28  doctor about his mental health issues (2nd Dec., ¶ 5).  He has been seen and

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4890-6554-9666 v3

4

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE ESQUIVEL

1  evaluated by psychiatrists on several occasions, in both the in-patient and

2  ambulatory/outpatient setting, who have effectively demonstrated the ability to

3  communicate with him through both written/literary methods as well as through the

4  services of an ASL interpreter [Ex A, 014].

5      12.   Mr. Esquivel states that on one occasion, he was put into a smock and a

6  different cell [safety cell] by himself and that he didn't understand why it was

7  happening.  (Esquivel Second Decl., ¶ 8 [281-9].)  When Esquivel was booked in

8  February 2019, Esquivel reported a history of anxiety and auditory hallucinations.

9  He was put into a safety cell after hitting his head on the floor, but then was returned

10 to EOH after he denied suicidal ideations – based on written communication - and

11 he calmed down.  (Exh. A, 002-004.)  Esquivel was informed in writing that if he

12 banged his head again he would be put back in the safety cell, and he nodded his

13 head in understanding.  (Exh. A, 003.)

14     13.   Mr. Esquivel expresses in his declaration that he does not know why he

15 is in jail and does not remember what happened when they brought him to jail.

16 [Doc. 281-8, ¶ 4.]  However, this lack of understanding or memory does not appear

17 to be based on any lack of effective communication with him, such as ASL.  When

18 he was evaluated for competency in 2023, Esquivel also initially said he didn't

19 know why he was arrested but then later admitted he stole a computer.  (Exh. A,

20 013-014.)

21     14.   Mr. Esquivel states he hasn't spoken with his family since being

22 booked on February 10, 2023, because he does not have access to a video phone.

23 [281-8, ¶ 5.]  Records in JIMS indicate that Mr. Esquivel used a TDD phone on

24 December 18, 2021 and February 8, 2023, and he used a TTY phone on February

25 14, 2022, and December 17, 2022.  Additional uses may have occurred but not have

26 been logged; I am informed and believe these devices are available upon request to

27 the housing officer and are not always logged/noted by deputies.

28 ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4890-6554-9666 v3                                    5                    3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE ESQUIVEL

15.    I am informed and believe that there is currently unrestricted video phone access on the dayroom floors at the Central Jail (SDCJ), which is in the process of being extended to other facilities.  Additionally, I am informed and believe that the County now has a contract with Lionbridge for mobile video/ASL on request at SDCJ on iPads, and that a similar system it is in the process of being extended to other facilities.  George Bailey Detention Facility, where Mr. Esquivel is currently housed, has video visits available to detainees.  All of the facilities have TTY devices, which offer text-based communications.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 16, 2023, at San Diego, California.

_____
JON MONTGOMERY

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4890-6554-9666 v3

6

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE ESQUIVEL

# EXHIBIT A

**ESQUIVEL 001**

# SAN DIEGO SHERIFFS DEPARTMENT

### Medical Chart

**JIM:** 400446006     **Book#:** 19710231     **Name (L,M,F,S):** ESQUIVEL, CRISTIAN

## Encounter Detail

### Encounter Notes

**Entry Date:** 02-17-2019 1654     **Entered By:** RCOLBENS,   COLBERT

Psychologist Safety/Observation Cell Evaluation



He was seen by this provider on 2/17 for clearance.  He reported feeling
better.  He endorsed SI without plan, but it was not clear if he understood the
question.  His mood appeared euthymic.  When asked what would make things
better, he said "food."  He was asked if could refrain from SIB or had any
concerns about going to housing.  He denied concerns and said he would not
engage in SIB.



**ESQUIVEL 002**

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

**JIM:** 400446006      **Book#:** 19710231      **Name (L,M,F,S):** ESQUIVEL, CRISTIAN

## Encounter Detail

### Encounter Notes

```
RTC: 2 days for ISP follow up
```

**Entry Date:** 02-17-2019 1024      **Entered By:** MUGABASH,  UGABAN

```
Pt rechecked @ EOH. Was quiet & just lying on his bunk since writer checked him
earlier per sworn staff. Now calm & more receptive. Gave a thumbs up when asked
if he's okay. Cooperative with vs check. T 97 P 107 R 18 BP 121/77. Resp. even
& unlabored. Skin warm & dry. Color good. No contusion noted on forehead.
Informed through writing that if he bangs his head again he'll be placed back
in the safety cell. Nodded head in understanding.
```

**Entry Date:** 02-17-2019 0954      **Entered By:** MUGABASH,  UGABAN

```
Wellness Check

Date/Time of Placement: 2/17/19   0900

Vital Signs:
vs not checked due to security reason.
Objective Findings:
Seen during EOH check. Alert. Standing by the door. Resp. even & unlabored.
Skin color good. Gesturing that he wants to go leave the cell & go to sleep.
Writer wrote on a piece of paper that he'll be seen by the doctor today. Nodded
his head & asked for milk. Was informed that writer doesn't have milk. Writer
then went on to check the other EOH pt's. On writer's way back down the module,
pt started crying, kicking the door & banging his head (not hard) on the door.
Writer attempted to talk to him but pt not receptive, crying loudly. Per sworn
staff that has been his behavior if he doesn't get what he wants. Was quiet &
stopped banging when writer left the module. Was placed back in safety cell
yesterday for the same behavior but was cleared back to EOH after 4 hrs.
Plan:
Will cont to monitor per ISP protocol. Will attempt to check pt again. Sworn
staff instructed to monitor pt closely and to place in safety cell if he does
it again.
```

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

**JIM:** 400446006        **Book#:** 19710231        **Name (L,M,F,S):**  ESQUIVEL, CRISTIAN

## Encounter Detail

### Encounter Notes

**Entry Date:** 02-16-2019 1616        **Entered By:** MJANXXNS,   JAN

Psychiatric Safety/Observation Cell Evaluation



On interview, patient is deaf and mute. Communication was done via writing on
paper. Patient writes that he is "feeling good" and gives me a thumbs up. He
denies SI, desire, intent, or plan. He admits to "sometimes" using meth and
that he last snorted it prior to incarceration. He agreed with me that he was
likely under the influence which led to behaviors and endorsement of SI. He
denies any past psychiatric history, SA, SIB. He makes it known several times
that he wants food and to be moved to regular housing. He is looking forward to
court date and getting out of jail. He denied AVH and was not interested in
psychiatric medications. Pt reports fair mood, concentration, sleep, appetite.
Pt denies suicidality, homicidality, hallucination, delusion, paranoia.



REVIEW OF SYSTEMS: comprehensive review of system was all negative unless noted
above.



DIAGNOSTIC:

Facility: RELS

433M MED

Page 4 of 11

Printed: 04-27-23 1421

Printed By: NASGARSH, ASGARI

**ESQUIVEL 004**

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

**JIM:** 400446006      **Book#:** 19710231      **Name (L,M,F,S):**   ESQUIVEL, CRISTIAN

## Encounter Detail

### Encounter Notes

**Entry Date:** 02-16-2019 0608      **Entered By:** DPHEL2SH,  PHELPS

```
Date/Time of Placement: 2/16/19 @   0600
Reason for Evaluation:
Actively self-harming
```

████████████████████████████    ████████
████████████████████████████████████
██████████████████████████

```
Objective Findings Explain:
     No active self injurious behavior this time. He is calm, cooperative with
good eye contact this time, not yelling/screaming anymore, stopped
pounding/kicking the door anymore. Pt. agreed this time to be moved to EOH. RN
6193 (knows signs language)spoke with the pt.


Risk: High


Plan:
     Transferred from Safety Cell to EOH

     No active self injurious behavior observed this time/pt. agreed to be
moved to EOH this time. WC & Deputy arjis # 0432 informed.


--------------------------------------------------------------------------------
```

**Entry Date:** 02-16-2019 0513      **Entered By:** DPHEL2SH,  PHELPS

```
Pt. been yelling/crying/pounding the door with his hand & kicking the door
intermittnetly (with sole his foot) since brought down from 3rd floor.
Difficult to community d/t pt is deaf & mute but able to read instructions
written in paper thru the door. Writer was able to calm him down after
communicating with him thru written instructions, offered breakfast and agreed
to eat/consumed 100% of his breakfast. This time pt. denies SI and he stopped
crying/yelling & pounding the door.
```

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

**JIM:** 400446006    **Book#:** 19710231    **Name (L,M,F,S):** ESQUIVEL, CRISTIAN

## Encounter Detail

### Encounter Notes

**Entry Date:** 02-16-2019 0202    **Entered By:** ECHOWXSH,  CHOW

Disregard first note, double charted on accident.

**Entry Date:** 02-16-2019 0053    **Entered By:** ECHOWXSH,  CHOW

RN Gatekeeper


Date/Time of Placement: 2/15/19   0053


Reason for Evaluation: Verbalized SI/HI. Danger to self or others.


██████████████████

███████████████████████████████████████████████████ is deaf without hearing
aids or cochlear implants. Denied medical issues. No significant psych hx other
than anxiety, but admits to hearing voices in his head recently. (+)AH, command
voices telling him to harm himself. Admits to smoking meth. Last use today.
Denies alcohol and other drugs. No apparent injuries noted at this time. Pt
appears very distressed and had multiple moments of bursting into tears. No SIB
noted at intake. Admitted the voices make him want to harm himself. When asked
if he wanted to harm himself or other people, pt appeared distressed and
admitted he hadn't slept in about 4 days. He signed that he had no idea what
was going on and that he was scared. Pt signed to this writer, "Voices too loud
in head." Signed (+)SI without plan and (+)AH. This writer explained the
purpose of EOH and the booking process. Pt signed, "Be good. I promise. Go home
now, please." No previous jail hx or h/o violent behavior. Multiple scars noted
to BFA. No new cuts or injuries noted at this time.


Risk: High


Plan:
        Placement in ISP-EOH d/t (+) SI without plan and (+)AH, command voices.

**ESQUIVEL 006**

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

**JIM:** 400446006      **Book#:** 19710231      **Name (L,M,F,S):** ESQUIVEL, CRISTIAN

## Encounter Detail

**Type:** Rnsc                    **Reason:** Exam                    **Date:** 02-19-2019 0103
**Resource:** Chow, Emily ***                                         **Cost:** $0.00
      **Notes:** Add on to clinic c/o HA.

## Objective

## Orders

### Encounter Notes

**Entry Date:** 02-19-2019 0103          **Entered By:** ECHOWXSH,   CHOW

```
Clinic:

S/O: Pt assessed in clinic and communicated with this writer via ASL. When
asked what was wrong, pt responded with "Pain in my head and my eye here"
indicating his R eye. Pt explained his head hurt most likely from hitting his
head the day before. Slight swelling noted to forehead, but no open wounds or
cuts noted. Pt denies dizziness, blurred vision, and N/V at this time. NKDA.
Also c/o stomach pain. Abd soft, nontender. Denies change in appetite. Reported
he ate and drank today during the day. Cont to deny nausea and vomitting at
this time.


A: Pain


P: Ibuprofen given. Meds in sapphire.
    Advised to notify staff if any changes occur. Nodded head in agreement. No
other complaints at this time.
```

## Med Alerts

**ESQUIVEL 007**



# COUNTY OF SAN DIEGO

## HEALTH AND HUMAN SERVICES AGENCY

Forensic Psychiatry Clinic
San Diego County Court House
330 W. Broadway Suite#481
San Diego, CA 92101
619-531-3047

### BEHAVIORAL HEALTH SERVICES
3255 Camino Del Rio, San Diego, California 92108

FORENSIC PSYCHIATRY CLINIC
REPORT ON MENTAL COMPETENCY TO STAND TRIAL

| | |
|---|---|
| Name: ESQUIVEL, CRISTIAN | Court Date: January 31, 2021 |
| Client #: / MH# | Judge: Honorable Robert Trentacosta |
| DOB/Sex: ▮▮▮▮▮▮ / Male | Examiner:  Valerie Rice, Ph.D. |
| Case ID#:  M272731, M272549, M277028SC | Date of Evaluation: December 21, 2021 |

**REASON FOR REFERRAL**: ███████████████████
██████████████████████████████████████
██████████████████████████████
█████████████████████████████████████
████████████████████████████████████
███████████████████████████████████
██████████████████████████████
█████████████████████

**MEDICAL/LEGAL QUESTIONS**:
1.     Does the defendant suffer from a mental illness?
2.     Does the defendant have the capacity to understand the nature of the criminal proceedings?
3.     Does the defendant have the capacity to participate rationally with an attorney?

**STATEMENT OF NON-CONFIDENTIALITY**:  Prior to beginning my evaluation of the defendant, I explained to him the limits of confidentiality.  I told him I would be preparing a report based on my medical findings and submitting it to the court. He stated that he understood and agreed to proceed.

**SOURCES OF INFORMATION**:  I found the following sources of information most helpful:
1.     Forensic interview and mental status examination of the defendant conducted at the San Diego Central Detention Facility on December 21, 2021.
2.     DA file.
3.     Jail progress notes.

ESQUIVEL    2

**REVIEW OF RECORDS**: ███████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

**FORENSIC INTERVIEW**: The defendant is deaf and was seen in the presence of an ASL interpreter and certified deaf interpreter. He was interviewed for approximately 80 minutes. While this report may read "said" or "stated" for brevity, the defendant communicated via sign language only.

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████  ██  ████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████████████████d

ESQUIVEL, CRISTAIN  400446006 (22749556)

**ESQUIVEL 009**

████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
█████████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████

███████████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████████████████████████████████████████
███████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████████████████
███████████████████████████████████████████████████
█████████████████████

████████████████████████████████████████████████
█████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████

## BACKGROUND INFORMATION:

The defendant stated that he is 26-years-old. He was born in San Diego.

Educationally, he stated he was expelled from school in the 11th grade for smoking marijuana. Throughout his education, he indicated he was mainstreamed with regular students and other deaf students. He related that he was sometimes pulled of the regular classes for special help with "signing," English, and math.

The defendant indicated that he speaks "a little bit" of Spanish, English, and ASL.

Occupationally, he had worked in construction and for his father. When asked about the time he last worked, he said he began working in 2016 or 2017.

He denied having any serious or chronic medical problems, and then said spontaneously, "I'm sad."

Psychiatrically, he stated that he told the jail psychiatrist that he was feeling said. He said, 'I feel like I finished court and they called my name." He related that he was given "pills" by the jail doctor. He did not know the name of the medication.

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████

ESQUIVEL    4

The defendant stated that, at the time of his most recent arrest he was living at home with his family.

**MENTAL STATUS EXAMINATION**:  This man was cooperative and pleasant. He made good eye contact with the interpreter. At times he appeared to yawn widely, while at times he smiled and laughed for no apparent reason. He appeared to be adequately groomed. He reported that the psychiatric medications were helpful in that he was feeling "a little bit" less sad. He described his sleep and appetite as "pretty good." When asked if he had thought of hurting himself, he said, "I just want to go home." The question was repeated, and he said, "I just don't want to stay in jail for a long time." When the examiner tried to explain the concept of auditory hallucinations to him, he said, "No, I go to sleep." He endorsed visual hallucinations. When asked to describe what he saw, he said, "I don't know who it was." He was asked specifically if he ever saw ghosts, and he said, "I see a ghost walking or something" He was unable to describe when this last occurred, stating "last week," "yesterday," and "once in a while" successively.

**DIAGNOSTIC IMPRESSION**:
Unspecified schizophrenia spectrum and other psychotic disorders, symptoms mostly resolved.
Unspecified Mood Disorder.
Rule out Unspecified Neurocognitive Disorder.
Stimulant Use Disorder in a Controlled Environment.
Cannabis Use Disorder in a Controlled Environment.

**CONCLUSIONS**: This man is deaf, and thus he was seen in the presence of an ASL interpreter and certified deaf interpreter. Although he was very pleasant and appeared to be attentive and paying close attention to the interpreters, the latter indicated that the defendant was not clear with his usage of sign language, and he was often confused with dates, times, and sequences. At times his responed were not related to question at hand; it was unclear if this represented evidence of thought disorganization or problems with language and/or cognitive confusion. This examiner noted that he was frequently repetitive in voicing several thoughts (such as stating "I was just walking" when asked to describe his recent arrests, and reiterating multiple times that he wanted to go home). Even after multiple attempts were made to educate him about his charges, he was unable to learn them, and could give only vague descriptions of the circumstances leading up to his arrests. Most of his responses were short, only a few words, and he had problems elaborating, even when cued to do so. He endorsed some mood problems in terms of feeling sad, and he also complained of visual hallucinations. At this time, due to a combination of the defendant's symptoms of psychosis and evidence of cognitive confusion, he does not currently have the capacity to understand the nature of the criminal proceedings. While he showed no signs of behavioral disturbance and was very cooperative during the interview, his capacity to cooperate rationally is currently compromised by his symptoms of psychosis and possible cognitive inefficiencies.

**OPINION**:  At this time, the defendant should be considered presently incompetent to stand trial.  Since the charges against him are misdemeanors, he should be sent to the PSU to receive further evaluation and treatment of his symptoms of psychosis and mood disturbance.

*Valerie a. Rice, Ph.D.*
_____
Valerie Rice, Ph.D.
Staff Forensic Psychologist

**ESQUIVEL 011**



**COUNTY OF SAN DIEGO**
Health and Human Services Agency

**BEHAVIORAL HEALTH SERVICES**
3255 Camino del Rio, San Diego, California 92108

Forensic Psychiatry Clinic
330 W. Broadway #481
San Diego, CA 92101
619-531-3047

**FORENSIC PSYCHIATRY CLINIC**
**REPORT ON MENTAL COMPETENCY**

| Name: Cristian Esquivel | Court: 1203 Court date: 03/16/2023 |
| Client #: MH | Judge: Hon. Cindy Davis |
| DOB: | Examiner: Dr. Sandeep Jouhal |
| Case ID#: CD296086 | Date of evaluation: 02/10/2023 |

## REASON FOR REFERRAL

The court issued an order for an examination of mental competency to stand trial in accordance with Penal Code 1368. As a result, I evaluated the defendant face to face at the Central Jail Detention facility and I hereby file my written report. The interview was conducted with the assistance of an ASL interpreter.

## SOURCES OF INFORMATION
This evaluation is based on the following information:
1. Interview of the defendant
2. District attorney files

## REVIEW OF RECORDS

1 out of 6

ESQUIVEL, CRISTAIN   400446006 (22749556)

**ESQUIVEL 012**



## STATEMENT OF NON-CONFIDENTIALITY

Prior to my interviewing Mr. Esquivel, I explained to him that although I am a psychiatrist, I am not his treating psychiatrist. I explained to him that I was court ordered to evaluate him and submit my findings to the court. It was further elaborated to him that I was to serve as a neutral examiner and that this evaluation could not be considered confidential. The defendant indicated that he understood this, and the examination proceeded.

## INTERVIEW - General psychiatric interview



Education History

The defendant reported he dropped out of high school in the 11th grade. "I was deaf, and it was hard for me to learn. I was in the disabled group, but some classes were mainstream". He joined a special education group where he was taught one-on-one and managed to graduate from high school. He mentioned he had two bad habits while in school; stealing things from people and smoking weed. He reported he used to sell "pot cigarettes" to other kids and stole a computer once, "my friend challenged me, so I did it". He enrolled in a community college for delayed learning but missed a lot of homework and lost his motivation.

2 out of 6

ESQUIVEL, CRISTAIN   400446006 (22749556)

ESQUIVEL 013



**INTERVIEW - Competency Evaluation**

ESQUIVEL, CRISTAIN   400446006 (22749556)

**ESQUIVEL 014**



4 out of 6

ESQUIVEL, CRISTAIN   400446006 (22749556)

**ESQUIVEL 015**

## MENTAL STATUS EXAMINATION

## DIAGNOSTIC IMPRESSION

## FINDINGS and OPINIONS

Based on the information available to me, it is my professional opinion with reasonable medical certainty, that the defendant suffers from a developmental disability which renders him unable to have a depth and understanding of the courtroom basics and is unable to assist his attorney in a rational manner for the preparation of his defense.

As the defendant is developmentally disabled, the court may consider referring the defendant to the Regional center, as per the following recommendations by the Court:

"If it is suspected the defendant is developmentally disabled, the court shall appoint the director of regional center for the developmentally disabled established under Division 4.5 (commencing with Section 4500) of the Welfare and Institutions Code, or the designee of the director, to examine the defendant. The court may order the developmentally disabled defendant to be confined for examination in a residential facility or a state hospital. Prior to issuing an order pursuant to this section, the court shall consider the recommendation of the regional center director. While the person is confined pursuant to the order of the court under this section, he or she shall be provided with necessary care and treatment".

5 out of 6

ESQUIVEL, CRISTAIN   400446006 (22749556)

**ESQUIVEL 016**

*Sandeep Jouhal*

Sandeep Jouhal, M.D.
Staff Forensic Psychiatrist

ESQUIVEL, CRISTAIN   400446006 (22749556)

ESQUIVEL 017

George Ba ey                                                          4/28/2023 8:20:05 AM PDT
446 A ta Rd., Su te 5300
San D ego, CA 92158
619-6612789

### Sick Calls - ESQUIVEL, CRISTAIN 22749556

| Name | Scheduled Date | Reason | Completed Date |
|------|------|------|------|
| ■■■ ■■ ■■ ■ | ■■■■■■■■■■■■ | | ■■■ |
| ■■ ■■ ■■ | ■■■■■■■■■■ | | ■■■ |
| Imported S ck Ca Tr age | 12/6/2022 | 24 Hr face to Face comp eted w th 24 hours: Date of rece pt - 12/6/22 Date of Comp et on: 12/12/22 Ch ef Comp a nt - I am deaf . Another nmate he ped me f th s out . I have a damaged tooth expos ng nerves . It s extreme y pa nfu . D spos t on- Seen for RNSC- den es pa n to tooth- Seen for r ght r b pa n | 12/12/2022 |
| ■■ ■ ■■ | ■■■■■■■ | | ■■■ |
| ■■ | ■■■■■■■■ | | ■■■ |
| ■■■ | ■■■■ | | ■■■ |
| ■■ ■■ ■■ | ■■■■■■■■■ | | ■■■ |
| ■■■■■ ■■ ■ | | ■■■■■■■ | ■■■ |
| ■■ | ■■■■■■■■■■ ■■ | | |
| Denta S ck Ca | 1/9/2023 | C/O denta pa n. | 1/12/2023 |
| ■■ | ■■■■■■■ | | ■■■ |
| ■■■■■ ■■ ■■ | ■■■■■■■ | | 1/25/2023 |
| Denta S ck Ca | 1/23/2023 | denta pa n | 1/30/2023 |
| ■■ | ■■■■■■ | | ■■■ |

ESQUIVEL, CRISTAIN   400446006 (22749556)

**ESQUIVEL 018**



**San Diego County**
**SHERIFF'S DEPARTMENT**
**HEALTH CARE REQUEST**

Date and Time Received:

RECEIVED
DEC 19 2022

Received By: _____

| Name (Nombre) | | Today's Date (Fecha) |
|---|---|---|
| Cristian Esquivel | | 12/18/22 |

| Date of Birth (Fecha de Nacimiento) | Booking Number (Numero de Recluso) | Housing Unit (Unidad de Habitacion) |
|---|---|---|
| | 22749556 | 1a |

**Complaint (Queja/Enfermedad)**

Tooth Ache

Patient Signature (Firma del paciente)

_(signature)_

| Please do not write below | **CLINIC USE ONLY** | | Por favor no escriba debajo |
|---|---|---|---|

| Face to Face Date | Face to Face Time | Nurse Initial/ARJIS |
|---|---|---|
| 12/31/22 | | Mm 5739 |

**Notes**

| Vital Signs: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

**Action Taken**
- ☒ Seen for face to face
- ☐ Seen previously for same non-medical request
- ☐ No further complaints. Patient advised to submit another Health Care Request if complaint occurs.
- ☐ See progress notes in TechCare

- ☐ Not seen due to:
- ☐ Court
- ☐ Visit
- ☐ Released
- ☐ No show/Refused
- ☐ Other: _Protocol, Dentist_

**Triage**
- ☐ Refer to Provider – Sick Call
- ☐ Refer to Behavioral Health- QMHP Sick Call
- ☐ Refer to Dental
- ☐ Refer to OB/GYN
- ☐ Refer to Counseling
- ☐ Refer to Medical Records
- ☐ Nursing Protocol Initiated
- ☐ Other: _____

| Nurse Initial/ARJIS | Date Completed | Time Completed |
|---|---|---|
| | | |

**MEDICAL ADMIN USE ONLY**

Form J-212 REV 10/2022

Health Care Request - Bilingual

ESQUIVEL, CRISTAIN   400446006 (22749556)

ESQUIVEL 019



George Ba ey
446 A ta Rd., Su te 5300
San D ego, CA 92158
619-6612789

4/28/2023 8:18:33 AM PDT

# DENTAL - Completed by: Justin Polanco Dentist on 1/30/2023 9:51:17 AM PST

| Patient: ESQUIVEL, CRISTAIN | #:400446006 (22749556) | Class: 2 |
| DOB: | Sex: M | Race: H |
| Housing: GBDF-1-A-103-38B | Court Date: 5/15/2023 1:30:00 PM | Type: |
| Status: ACTIVE | Booking Date: 11/29/2022 5:25:43 AM PST | Proj. Rel: |

| ☐ In t a | ☑ Schedu ed S ck Ca | ☐ Annua |
| ☐ Emergent | ☐ Refused | |

## SUBJECTIVE

Pat ent comp a ns of:

broken tooth

## Pain Scale: (+ / -)

7

## MEDICAL/DENTAL HISTORY

Current A erg es

No Known Drug A ergy

Med ca :

Denta :

## OBJECTIVE

## X-Ray

| ☐ None |
| PA x |
| panorex |
| ☐ Rev ew Prev ous |

**Exam/X-Ray Reveal:**

| | | |
|---|---|---|
| ☑ Carries | ☐ Swelling | ☐ Radiolucency |
| ☐ Fistula | ☐ Suppuration | ☐ Bone Loss |
| ☐ Mobility | ☐ Other | |

Additional Findings:

**ASSESSMENT**

_____

**Diagnosis:**

| | | |
|---|---|---|
| ☐ Restorable | ☑ Non-Restorable | ☐ Gingivitis |
| ☐ Periodontitis | ☐ Perio Hopeless | ☐ Pericoronitis |
| ☐ Other | | |

**Tooth image is interactive, please click on the area you wish to chart and charting options will be displayed.**



| Tooth # | Existing Conditions | Surface | Perio B | Perio L | Exam Date | Treatment Plan | Treatment Date Completed |
|---|---|---|---|---|---|---|---|
| 17 | Decay | | | | 1/12/2023 | extraction | 1/30/2023 |

**PLAN AND TREATMENT:**

_____

**Treatment Options:**

| | | |
|---|---|---|
| ☑ No Treatment | ☐ Antibiotics | ☑ Analgesics |
| ☐ Temporary Filling | ☑ Extraction | ☑ Private Dentist or Surgeon |

ESQUIVEL, CRISTAIN   400446006 (22749556)

ESQUIVEL 021

☐ Other

☑ Patient advised of risk and benefits of above treatment options.

## Patient Elects:

☐ No Treatment          ☐ Antibiotics          ☑ Analgesics

☐ Temporary Filling          ☑ Extraction          ☐ Private Dentist or Surgeon

☐ Other

☐ Gave patient instructions for referral to private dentist or surgeon.

Extraction Teeth:

17

☐ Informed Consent

## Patient antibiotic premed with:

☐ Amoxicillin 2g

☐ Clindamycin 600mg

## Anesthetic:

☐ Carbocaine (mepivacaine) 3%

☐ Marcaine (bupivacaine) 0.5% with 1:200,000 epinephrine

☑ Septocaine (articaine) 4% with 1:100,000 epinephrine

☑ Xylocaine (lidocaine) 2% with 1:100,000 epinephrine

Carpules given:

2 lido and 1 septo

Hemostasis with gauze bite pressure?

☑ Yes

☐ No

## Surgical:

MGJ Flap/Section Tooth

☐ Yes

☑ No

Osteoplasty/Irrigate with sterile saline/suture x, 4-0 gut

☐ Yes

ESQUIVEL, CRISTAIN   400446006 (22749556)

☑ No

**Temp filling placed:**

| | | |
|---|---|---|
| ☐ G ass Ionomer | ☐ IRM | ☐ Cav t |
| ☐ Compos te | | |

Tooth #

Other Treatment:

**Patient tolerated procedure:**

| | | |
|---|---|---|
| ☑ Good | ☐ Fa r | ☐ Poor |

**Rx:**

☐ Yes  ☑ No
Amox c n 500mg PO tw ce da y days

☐ Yes  ☑ No
Amox c n-C avu anate 875-125mg PO tw ce da y days

☐ Az thromyc n 500mg PO for one day, then 250mg PO da y for four days

☐ Yes  ☑ No
C prof oxac n 500mg PO tw ce da y days

☐ Yes  ☑ No
C ndamyc n 300mg PO tw ce da y days

☐ Yes  ☑ No
Metron dazo e 500mg PO tw ce da y days

☐ Yes  ☑ No
Cepha ex n 1000mg PO tw ce da y days



George Ba ey
446 A ta Rd., Su te 5300
San D ego, CA 92158
619-6612789

4/28/2023 8:18:26 AM PDT

# DENTAL - Completed by: Justin Polanco Dentist on 1/12/2023 10:56:14 AM PST

| | | |
|---|---|---|
| **Patient:** ESQUIVEL, CRISTAIN | **#:** 400446006 (22749556) | **Class:** 2 |
| **DOB:** ///1995 (Age:2 ) | **Sex:** M | **Race:** H |
| **Housing:** GBDF-1-A-103-38B | **Court Date:** 5/15/2023 1:30:00 PM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 11/29/2022 5:25:43 AM PST | **Proj. Rel:** |

- ☑ In t a
- ☐ Emergent
- ☐ Schedu ed S ck Ca
- ☐ Refused
- ☐ Annua

## SUBJECTIVE

Pat ent comp a ns of:

tooth hurts

## Pain Scale: (+ / -)

0

## MEDICAL/DENTAL HISTORY

Current A erg es

No Known Drug A ergy

Med ca :

Denta :

## OBJECTIVE

## X-Ray

☐ None

PA x

☐ Rev ew Prev ous

**Exam/X-Ray Reveal:**

ESQUIVEL, CRISTAIN   400446006 (22749556)

**ESQUIVEL 024**

- [ ] Carr es
- [ ] F stu a
- [ ] Mob ty
- [ ] Swe ng
- [ ] Suppurat on
- [ ] Other
- [ ] Rad o ucency
- [ ] Bone Loss

Add t ona F nd ngs:

## ASSESSMENT

Diagnosis:

- [ ] Restorab e
- [ ] Per odont t s
- [ ] Other
- [ ] Non-Restorab e
- [ ] Per o Hope ess
- [ ] G ng v t s
- [ ] Per com t s

**Tooth image is interactive, please click on the area you wish to chart and charting options will be displayed.**

A B C D E F G H I J

RIGHT  1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  LEFT
32  31  30  29  28  27  26  25  24  23  22  21  20  19  18  17

T S R Q P O N M L K

| Tooth # | Existing Conditions | Surface | Perio B | Perio L | Exam Date | Treatment Plan | Treatment Date Completed |
|---------|--------------------|---------|---------|---------|-----------|----------------|--------------------------|
| 17 | Decay | | | | 1/12/2023 | extract on | |

## PLAN AND TREATMENT:

Treatment Options:

- [x] No Treatment
- [ ] Temporary F ng
- [ ] Other
- [x] Ant b ot cs
- [x] Extract on
- [x] Ana ges cs
- [x] Pr vate Dent st or Surgeon

ESQUIVEL, CRISTAIN   400446006 (22749556)

ESQUIVEL 025

George Bailey
446 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

4/28/2023 8:17:42 AM PDT

**SPECIFIC INFORMED CONSENT** - Completed by: Justin Polanco Dentist on 1/30/2023 8:48:29 AM PST

| | | |
|---|---|---|
| Patient:ESQUIVEL, CRISTAIN | #:400446006 (22749556) | Class:2 |
| DOB: █/█/1995 (Age: 27) | Sex:M | Race:H |
| Housing:GBDF-1-A-103-38B | Court Date:5/15/2023 1:30:00 PM | Type: |
| Status:ACTIVE | Booking Date:11/29/2022 5:25:43 AM PST | Proj. Rel: |

**SELECT SPECIFIC INFORMED CONSENT TYPE:**

Consent For Operat on, Treatment Or Spec a  Procedure (Eng sh)

**\*Please read the following to the Patient\***

_____

**I hereby give my consent for the following procedures listed below to be carried out. I authorize and direct the
provider listed below to perform the operation, treatment and/or special procedure indicated.**

**The nature and consequence, risks and alternatives concerning the proposed operation, treatment, examination or
special procedure have been explained to me in terms that are understandable to me.**

Procedure(s):

tooth extract on #17

Prov der Name:

J. Po anco

**My signature on this form indicates that:**

**1. I have read and understood the information provided in this form.**

**2. The operation or procedure and the anesthesia set forth above, and its risks, benefits and alternatives have been
adequately explained to me by the physician.**

**3. I have had a chance to ask the doctor questions.**

**4. I have received all of the information I desire concerning the operation or procedure and the local anesthesia.**

**5. I authorize and consent to the performance of the operation or procedure and the local anesthesia.**

**Any tissue or foreign body removed during my operation or procedure will be disposed of at the discretion of the physician.**

_____

**\*In the event the patient is unable to sign, two witnessess are required.**

| | |
|---|---|
| | |
| Witness: | |

| | |
|---|---|
| | |
| Witness: | |

**I have explained this operation, treatment, examination, or special procedure and other risks thereof to the patient and the patient indicates his/her understanding.**

Patient Signature



# San Diego County
# **SHERIFF'S DEPARTMENT**

## **SICK CALL REQUEST**

| **SECTION 1** Complete this information to request medical attention. |
|---|

Print Name: $\underline{ESQuiVel, CriStian}$ Bkg #: $\underline{20920181}$ Housing Unit: $\underline{1A}$ DOB: ▮▮

I am requesting
- ☒ Medical Services
- ☒ Mental Health Services
- ☐ Dental Services

- ☒ GBDF
- ☐ SDCJ
- ☐ VDF

- ☐ EMRF
- ☐ LCDRF
- ☐ SBDF

- ☐ FAC 8
- ☐ Other

Reason for request for health services: $\underline{I\ am\ a\ Deaf/mute\ disabled\ Person}$
$\underline{as\ well\ as\ Halucinations.}$

I authorize and request the San Diego County Sheriff's Medical and Mental Health Services. its physicians, psychiatrists, dentists contracted agents, and medical personnel to administer and perform any and all medical and dental examinations, treatments, and diagnostic procedures deemed advisable or necessary.

Signed: $\underline{Cristian Esquivel}$                    Date: $\underline{05-11-2020}$

MAY 14 REC'D

**SECTION 2**                    Date Request Received: _____            Date Seen: _____

1. ☐ SEEN IN HUR        ☐ Chart reviewed
2. ☐ NOT SEEN DUE TO: ☐ Court ☐ Visit ☐ Released ☐ No Show/Refused ☐ Other____ ☐ Rescheduled____
3. ☐ Non-medical problem referred to: _____
4. ☐ Seen previously for same non-medical request. (tennis shoes. blankets, etc.). No further evaluation.
5. ☐ NO FURTHER COMPLAINTS. Patient advised to submit another Sick Call Request Slip if problem recurs.

"S"ubjective
Chief Complaint: $\underline{Scheduled\ for\ RN\ sc,\ copy\ sent\ to\ mental\ heal}$.

"O"bjective: _____

"A"ssessment Nursing Diagnosis: _____

"P"lan: ☐ Rx GIVEN as per SNP_____
☐ SCHEDULED FOR SICK CALL WITH:        ☐ MD ☐ RN ☐ NP ☐ DDS
                                        ☐ Psych/Mental Health Specialist
                                        ☐ Other_____
☐ PATIENT EDUCATION AND ADDITIONAL INFO: _____

SIGNATURE: _____                    ID#_____

| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT | ☐ GBDF ☐ EMRF ☐ LCDRF ☐ SBDF ☐ SDCJ ☐ VDF ☐ FAC8 |
|---|---|
| MEDICAL SERVICES DIVISION SICK CALL REQUEST Page 1 of 1 | Patient's Name: $ESQUIVEL, C$ |
| | D.O.B: |

* J2 512 ESQUIVEL, CRISTAIN 400446006422249586)/ | 8 | 1 |   | 0 | 5 | - | 1 | 4 | - | 2 | 0 |

ESQUIVEL 028



## San Diego County
# SHERIFF'S DEPARTMENT

## SICK CALL REQUEST

---

**SECTION 1**   Complete this information to request medical attention.

Print Name: _Esquivel, Cristian_    Bkg #: _20920181_    Housing Unit: _1 H_    DOI ▮▮▮

I am requesting
- ☒ Medical Services
- ☒ Mental Health Services
- ☐ Dental Services

- ☒ GBDF
- ☐ SDCJ
- ☐ VDF

- ☐ EMRF
- ☐ LCDRF
- ☐ SBDF

- ☐ FAC 8
- ☐ Other

Reason for request for health services: _I am a "Deaf/Mute disabled" Person._
_I am expeiriencing Pain in my head as well as Halucinations._
I authorize and request the San Diego County Sheriff's Medical and Mental Health Services, its physicians, psychiatrists, dentists contracted agents, and medical personnel to administer and perform any and all medical and dental examinations, treatments, and diagnostic procedures deemed advisable or necessary.

Signed: _Cristian Esquivel_    Date: _05-11-2020_

---

**SECTION 2**         Date Request Received: _____        Date Seen: _____

1. ☐ SEEN IN HUR          ☐ Chart reviewed
2. ☐ NOT SEEN DUE TO: ☐ Court ☐ Visit ☐ Released ☐ No Show/Refused ☐ Other_____ ☐ Rescheduled_____
3. ☐ Non-medical problem referred to: _____
4. ☐ Seen previously for same non-medical request, (tennis shoes, blankets, etc.).  No further evaluation.
5. ☐ NO FURTHER COMPLAINTS.  Patient advised to submit another Sick Call Request Slip if problem recurs.

"S"ubjective
Chief Complaint: _____                    _original in RNSC_

"O"bjective: _____

"A"ssessment Nursing Diagnosis: ___Released___

"P"lan: ☐ Rx GIVEN as per SNP_____
☐ SCHEDULED FOR SICK CALL WITH:        ☐ MD ☐ RN ☐ NP ☐ DDS
                                        ☐ Psych/Mental Health Specialist
                                        ☐ Other_____
☐ PATIENT EDUCATION AND ADDITIONAL INFO: _____

SIGNATURE: _____    ID# _0425_

---

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT        ☐ GBDF ☐ EMRF ☐ LCDRF ☐ SBDF ☐ SDCJ ☐ VDF ☐ FAC8
MEDICAL SERVICES DIVISION
SICK CALL REQUEST              Patient's Name: _____
Page 1 of 1
                              D.O.B. _____

*J212  ESQUIVEL, CRISTAIN   400446006 (22749556)

ESQUIVEL 029

**SECTION 1**  Complete this information to request medical attention.

Print Name: Cristian Esquivel  Bkg #: 911336018  Housing Unit: 14  DOB: ▮▮▮

|  |  |  |  |
|---|---|---|---|
| ☐ Medical Services | ☐ GBDF | ☐ EMDF | ☐ VDF |
| I am requesting  ☐ Mental Health Services | ☐ SDCJ | ☐ LCDF | ☐ Other |
| ☑ Dental Services | ☐ SBDF |  |  |

**Reason for request for health services:** House and Hospital

I authorize and request the San Diego County Sheriff's Medical and Mental Health Services, its physicians, psychiatrists, dentists contracted agents, and medical personnel to administer and perform any and all medical and dental examinations, treatments, and diagnostic procedures deemed advisable or necessary.

I understand that the Sheriff's Department shall charge me $3.00 for any routine sick call visit that I initiate and that this charge will be deducted from my account during the current stay in jail. I also understand that I shall not be denied medical care if I am unable to pay the $3.00 fee.

Signed: ▮▮▮    Date: Dec 24, 2021

| **SECTION 2** | **FOLLOW-UP INFORMATION** |
|---|---|

(This section is to be completed by Medical Staff Only)

Charge: ☑ Yes ☐ No

Authorized signature ▮▮▮  ID# 98111  Date: 12/24/2024 Charge posted by Yes  Date 12/24/2024

If no charge, explain: My / house    Amount collected: ☑ $3.00 ☐ $

**SECTION 3**    Date Request Received: 12/24/2021    Date Seen: 12/24/2021

DEC 29 2021

1. ☐ SEEN IN HUR    ☐ Chart reviewed
2. ☐ NOT SEEN DUE TO: ☐ Court ☐ Visit ☐ Released ☐ No Show/Refused ☐ Other_____ ☐ Rescheduled
3. ☐ Non-medical problem referred to:
4. ☐ Seen previously for same non-medical request, (tennis shoes, blankets, etc.). No further evaluation.
5. ☐ NO FURTHER COMPLAINTS. Patient advised to submit another Sick Call Request Slip if problem recurs.

"S"ubjective
Chief Complaint: Please elaborate what kind of medical /psych/dental

"O"bjective: services you are requesting. Resubmit request

"A"ssessment Nursing Diagnosis: when done -

"P"lan: ☐ Rx GIVEN as per SNP
☐ SCHEDULED FOR SICK CALL WITH:    ☐ MD ☐ RN ☐ NP ☐ DDS
☐ Psych/Mental Health Specialist
☐ Other_____

☐ PATIENT EDUCATION AND ADDITIONAL INFO:

SIGNATURE: ▮▮▮ 6314    12/31/21    ID#_____

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT    ☐ GBDF/EMDF  ☐ LCDF  ☐ SBDF  ☐ SDCJ  ☐ VDF
MEDICAL SERVICES DIVISION
**Sick Call Request**    Patient's Name: _____
Page 1 of 1

D.O.B:
ESQUIVEL CRISTAIN  400446006 (22749556)  [  ] - [  ] - [  ]

Form **J212** Rev 12/2008    Booking Number    Date (MM-DD-YY)

ESQUIVEL 030



## San Diego County
## SHERIFF'S DEPARTMENT
## HEALTH CARE REQUEST



Date and Time Received:

Received By: _____

| Name (Nombre) | Today's Date (Fecha) |
|---|---|
| Esquivel, Cristian | 12-5-2022 |

| Date of Birth (Fecha de Nacimiento) | Booking Number (Numero de Recluso) | Housing Unit (Unidad de Habitacion) |
|---|---|---|
| ▮▮▮▮▮▮ | 22749556 | A-201 |

**Complaint (Queja/Enfermedad)**

I am deaf. Another inmate helped me fill this out.

I have a damaged tooth exposing nerves.

It is extremly painful. Please help!

Patient Signature (Firma del paciente)

---

| Please do not write below | **CLINIC USE ONLY** | Por favor no escriba debajo |
|---|---|---|

| Face to Face Date | Face to Face Time | Nurse Initial/ARJIS |
|---|---|---|
| | | |

**Notes**

| Vital Signs: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

| Action Taken | ☐ Seen for face to face | ☐ Not seen due to: |
|---|---|---|
| | ☐ Seen previously for same non-medical request | ☐ Court |
| | ☐ No further complaints. Patient advised to submit another Health Care Request if complaint occurs. | ☐ Visit |
| | ☐ See progress notes in TechCare | ☐ Released |
| | | ☐ No show/Refused |
| | | ☐ Other: _____ |

| Triage | ☐ Refer to Provider – Sick Call | ☐ Refer to Dental | ☐ Refer to Medical Records |
|---|---|---|---|
| | ☐ Refer to Behavioral Health- QMHP | ☐ Refer to OB/GYN | ☐ Nursing Protocol Initiated |
| | Sick Call | ☐ Refer to Counseling | ☐ Other: _____ |

| Nurse Initial/ARJIS | Date Completed | Time Completed |
|---|---|---|
| RN SSG1 | 12-12-22 | |

| **MEDICAL ADMIN USE ONLY** |
|---|
| Seen For RNSC, Dental tooth pain, Claim R/ rib /abdomen pain |

Form J-212 REV 10/2022                                Health Care Request - Bilingual

ESQUIVEL, CRISTAIN  400446006 (22749556)

**ESQUIVEL 031**



**San Diego County**
**SHERIFF'S DEPARTMENT**
**HEALTH CARE REQUEST**

Date and Time Received:

RECEIVED
DEC 1 9 2022

Received By: _____

| Name (Nombre) | Today's Date (Fecha) |
|---|---|
| Cristian Esquivel | 12/18/22 |

| Date of Birth (Fecha de Nacimiento) | Booking Number (Numero de Recluso) | Housing Unit (Unidad de Habitacion) |
|---|---|---|
| ███████████ | 22749556 | 1a |

**Complaint (Queja/Enfermedad)**

Tooth Ache

**Patient Signature (Firma del paciente)** _[signature]_

Please do not write below          CLINIC USE ONLY          Por favor no escriba debajo

| Face to Face Date | Face to Face Time | Nurse Initial/ARJIS |
|---|---|---|
| 12/31/22 | | m 5739 |

**Notes**

| Vital Signs: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

**Action Taken**
- ☒ Seen for face to face
- ☐ Seen previously for same non-medical request
- ☐ No further complaints. Patient advised to submit another Health Care Request if complaint occurs.
- ☐ See progress notes in TechCare

- ☐ Not seen due to:
- ☐ Court
- ☐ Visit
- ☐ Released
- ☐ No show/Refused
- ☐ Other: Protocol, Dentist

**Triage**
- ☐ Refer to Provider – Sick Call
- ☐ Refer to Behavioral Health- QMHP Sick Call
- ☐ Refer to Dental
- ☐ Refer to OB/GYN
- ☐ Refer to Counseling
- ☐ Refer to Medical Records
- ☐ Nursing Protocol Initiated
- ☐ Other: _____

| Nurse Initial/ARJIS | Date Completed | Time Completed |
|---|---|---|
| | | |

**MEDICAL ADMIN USE ONLY**

Form J-212  REV 10/2022                                    Health Care Request - Bilingual

ESQUIVEL, CRISTAIN  400446006 (22749556)

ESQUIVEL 032



**San Diego County
SHERIFF'S DEPARTMENT
HEALTH CARE REQUEST**

Date and Time Received



JAN 1 2 2023

Received By: _____

| Name (Nombre) | Today's Date (Fecha) |
|---|---|
| Cristian Esquivel | 1/11/23 |

| Booking Number (Numero de Recluso) | Housing Unit (Unidad de Habitacion) |
|---|---|
| 22749556 | 103 |

**Complaint (Queja/Enfermedad)**

toothpaste, sick, pain

Patient Signature (Firma del paciente)
Cristian Esquivel

| Please do not write below | | CLINIC USE ONLY | Por favor no escriba debajo |
|---|---|---|---|
| **Face to Face Date** 1/24/23 | **Face to Face Time** 08w | **Nurse Initial/ARJIS** mor | |

**Notes**

| **Vital Signs:** | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

**Action Taken**

☑ Seen for face to face
☐ Seen previously for same non-medical request
☐ No further complaints. Patient advised to submit another Health Care Request if complaint occurs.
☐ See progress notes in TechCare

☐ Not seen due to:
☐ Court
☐ Visit
☐ Released
☐ No show/Refused
☐ Other: _____

**Triage**

☐ Refer to Provider – Sick Call
☐ Refer to Behavioral Health- QMHP     Sick Call
☐ Refer to Dental
☐ Refer to OB/GYN
☐ Refer to Counseling
☐ Refer to Medical Records
☐ Nursing Protocol Initiated
☐ Other: _____

| **Nurse Initial/ARJIS** mor | **Date Completed** 1/21/23 | **Time Completed** Hw |
|---|---|---|

**MEDICAL ADMIN USE ONLY**

ESQUIVEL, CRISTAIN  400446006 (22749556)

Form J-212  REV 10/2022

Health Care Request - Bilingual
**ESQUIVEL 033**



**San Diego County**
**SHERIFF'S DEPARTMENT**
**HEALTH CARE REQUEST**



Date and Time Received:

RECEIVED
FEB 18 2023

Received By: _____

| Name (Nombre) | Today's Date (Fecha) |
|---|---|
| Cristain Esquivel | 2/17/2023 |

| Date of Birth (Fecha de Nacimiento) | Booking Number (Numero de Recluso) | Housing Unit (Unidad de Habitacion) |
|---|---|---|
| ▮▮▮▮▮ | 22749556 | 1A 103 |

Complaint (Queja/Enfermedad)

My HAND might be fracture / there is Pain all across My Wrist & Id like a wrap or to get Checked out / Im in Pal btw !

Patient Signature (Firma del paciente)

---

Please do not write below        CLINIC USE ONLY        Por favor no escriba debajo

| Face to Face Date | Face to Face Time | Nurse Initial/ARJIS |
|---|---|---|
| | | |

Notes  IP refused confirmed by dep # 4273

| Vital Signs: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

| Action Taken | |
|---|---|
| ☐ Seen for face to face | ☐ Not seen due to: |
| ☐ Seen previously for same non-medical request | ☐ Court |
| ☐ No further complaints. Patient advised to submit another | ☐ Visit |
| Health Care Request if complaint occurs. | ☐ Released |
| ☐ See progress notes in TechCare | ☐ No show/Refused |
| | ☐ Other: |

| Triage | | |
|---|---|---|
| ☐ Refer to Provider – Sick Call | ☐ Refer to Dental | ☐ Refer to Medical Records |
| ☐ Refer to Behavioral Health- QMHP | ☐ Refer to OB/GYN | ☐ Nursing Protocol Initiated |
| Sick Call | ☐ Refer to Counseling | ☐ Other: |

| Nurse Initial/ARJIS | Date Completed | Time Completed |
|---|---|---|
| | | |

MEDICAL ADMIN USE ONLY

Form J-212  REV 10/2022                    Health Care Request - Bilingual

ESQUIVEL, CRISTAIN   400446006 (22749556)

**ESQUIVEL 034**



George Ba ey
446 A ta Rd., Su te 5300
San D ego, CA 92158
619-6612789

4/28/2023 8:18:25 AM PDT

## MEDICATION REFUSAL - Completed by: Maxima Valbuena LVN on 1/3/2023 10:48:04 PM PST

| Patient: ESQUIVEL, CRISTAIN | #:400446006 (22749556) | Class: 2 |
|---|---|---|
| DOB | Sex: M | Race: H |
| Housing: GBDF-1-A-103-38B | Court Date: 5/15/2023 1:30:00 PM | Type: |
| Status: ACTIVE | Booking Date: 11/29/2022 5:25:43 AM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor ☐ Psych atr st ☐ Dent st
☐ Nurse ☐ Other

☐ Refusa for med ca care - Spec a ty appo ntments

### Today I was to have a specialty appointment in:

### I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s / In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ESQUIVEL, CRISTAIN  400446006 (22749556)

hs med as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescr bed med ca d et, name y:

I understand this can lead to serious consequences, including the possibility of death.

☐ I hereby refuse to accept prescr bed d et for my a ergy. I understand th s can ead to ser ous
consequences, nc ud ng the poss b ty of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusa :

S gnature of Pat ent / F rma de pac ente:

☑ Pat ent refused to s gn th s form / E pac ente se negó a f rmar este formu ar o

W tnessed by / Test go:

W tnessed by / Test go:

ESQUIVEL, CRISTAIN   400446006 (22749556)

ESQUIVEL 036



George Ba ey                                                  4/28/2023 8:18:30 AM PDT
446 A ta Rd., Su te 5300
San D ego, CA 92158
619-6612789

## MEDICATION REFUSAL - Completed by: Glare Lopez RN on 1/15/2023 1:21:30 PM PST

| Patient: ESQUIVEL, CRISTAIN | #:400446006 (22749556) | Class: 2 |
|---|---|---|
| DOB: | Sex: M | Race: H |
| Housing: GBDF-1-A-103-38B | Court Date: 5/15/2023 1:30:00 PM | Type: |
| Status: ACTIVE | Booking Date: 11/29/2022 5:25:43 AM PST | Proj. Rel: |

Eng sh

## THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor            ☐ Psych atr st            ☐ Dent st
☐ Nurse             ☐ Other

☐ Refusa for med ca care - Spec a ty appo ntments

## Today I was to have a specialty appointment in:

## I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

## I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s / In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ESQUIVEL, CRISTAIN   400446006 (22749556)

**ESQUIVEL 037**

AM meds as prescribed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medicad et, name y:

I understand this can lead to serious consequences, including the possibility of death.

☐ I hereby refuse to accept prescribed d et for my a ergy. I understand th s can ead to ser ous consequences, nc ud ng the poss b ty of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusa :

RN went to each modu e by the w ndow to pass AM med cat ons around 0800;  ncarcerated person refused h s AM meds. Incarcerated person refused to go to the gate for counse ng. Incarcerated person refused to s gn refusa form. W tnessed by Dep0637.

S gnature of Pat ent / F rma de pac ente:

☑ Pat ent refused to s gn th s form / E pac ente se negó a f rmar este formu ar o

W tnessed by / Test go:

W tnessed by / Test go: