*EXHIBIT 6 (FILED UNDER SEAL)*

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendant
COUNTY OF SAN DIEGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 TO 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF DR. MONTGOMERY IN RESPONSE TO DECLARATION OF ALBERTO FUENTES [DKT. 281-10]**<br><br>Judge: Hon. Anthony J. Battaglia |

I, JON MONTGOMERY, declare as follows:

1.  I have personal knowledge of the matters herein and would competently testify to them if called to do so. I am the Medical Director for the Detention Services Bureau, Medical Services Division, of the San Diego County Sheriff's Department. My role is to oversee medical services for the incarcerated persons housed in all seven (7) San Diego County Sheriff's Department Jail Facilities. I am a licensed Physician in the State of California and have been since 2009. I have worked for the County Detention Services Bureau since 2019.

2.  I have reviewed the declaration [Dkt. 281-10] of Mr. Alberto Fuentes submitted by Plaintiffs in support of their Motion for Preliminary Injunction, as well as medical records from Mr. Fuentes' incarcerations in the San Diego County Jail system. I reserve the right to modify or update my opinions below upon receipt of additional information; due to time constraints, I was not able to conduct a thorough review of the entire file.

3.  In his declaration, Mr. Fuentes states that he fell once when trying to transfer from his wheelchair to the toilet because his cell does not have grab bars. He claims that he hurt his left shoulder, which was already injured. (Fuentes Decl. [Doc. 281-10], ¶ 4.) Mr. Fuentes also claims that he fell once transferring from his wheelchair to his bunk. (Fuentes Decl., ¶ 5.)

4.  According to the medical records, on March 25, 2023, Mr. Fuentes was seen by a registered nurse for left shoulder pain when he fell trying to sit in his wheelchair. However, Mr. Fuentes reported that he fell because the wheelchair was not locked in place when put his left arm on it and slipped. Mr. Fuentes did not state that the fall occurred because his cell lacked grab bars. (Ex. A.)

5.  On April 23, 2023, Mr. Fuentes was subsequently seen by a registered nurse for left shoulder pain and a sharp "poking" sensation in his back. During the visit, Mr. Fuentes initially reported chest pain but eventually admitted that he felt shoulder pain and upper back "poking" pain after he punched the wall because he

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4890-4528-8546 v2

2

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE FUENTES

Case 3:20-cv-00406-AJB-DDL   Document 311-6   Filed 05/17/23   PageID.13230
Page 4 of 11

was upset after he "got bad news." He denied having any falls. Mr. Fuentes asked for a shoulder sling but then acknowledged he already had one in his cell. (Ex. B.)

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

      Executed on May 16, 2023, at San Diego, California.

*JON MONTGOMERY*

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4890-4528-8546 v2

3

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE FUENTES

# EXHIBIT A

FUENTES 001



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

4/27/2023 2:28:00 PM PDT

## MUSCULOSKELETAL PAIN/STRAIN - Completed by: Ernst Schettini RN on 3/25/2023 10:38:33 PM PDT

| | | |
|---|---|---|
| **Patient:** FUENTES, ALBERTO | **#:** 400055708 (23707104) | **Class:** 5 |
| **DOB** | **Sex:** M | **Race:** H |
| **Housing:** SDCJ-3-MED-18-001 | **Court Date:** 5/2/2023 1:30:00 PM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 2/20/2023 12:09:06 PM PST | **Proj. Rel:** |

No Flags

### SUBJECTIVE:

History of event: Tried to sit on his wheelchair and the wheelchair wasn't locked. pt. place left arm on chair and slipped.

Location and duration of pain: left shoulder pain stgarted about 20mins. ago Pain Level (1-10) 10

Treatment measures already taken: none. pt. allergic to Tylenol and Ibuprofen.

FUENTES, ALBERTO    400055708 (23707104)

**FUENTES 002**

- [x] History of prior injury or pain in same location

Limitations due to injury: unable to move left shoulder

Other

## OBJECTIVE:

- [ ] Patient Refused

| BP | Temp | Pulse | Resp | SaO2 | BS | Pain | Height(ft) | Height(in) |
|---|---|---|---|---|---|---|---|---|
| / | | | | | | | 0 | 0 |
| Weight | BMI | MAP | | | | | | |

- [ ] Area of injury warm to touch
- [ ] Swelling
- [ ] Ecchymosis
- [x] Obvious deformity
- [ ] Able to bear weight (if applicable)
- [ ] Other

Other:

- [ ] Full ROM of affected area
- [ ] Limited ROM of affected area:

Other:

## ASSESSMENT: Muscular pain

PLAN:
Provider must be contacted for medication orders for any PREGNANT patients

- [x] Consult provider immediately for gross deformity, any possible fracture, or disproportional amount of pain to type of injury.

- [ ] ███████
- [ ] ███████

If injury has occurred within the preceding 24 hours, no gross deformity is noted, minimal swelling and minimal ecchymosis is present, nurse may:

- [ ] Apply cold pack to affected area BID x 1 day
- [ ] Apply hot pack to affected area BID x 1 day
- [ ] Apply ace wrap x 7 days to
- [ ] Extra blanket x 7 days for elevation of
- [ ] Provider contacted

Time:

## PATIENT EDUCATION:

- [ ] Elevate affected area
- [ ] Body me█████████████ g exercises important prior to and after physical exertion
- [ ] Submit Health Needs Request if symptoms do not improve

Comments:

FUENTES, ALBERTO  400055708 (23707104)

**FUENTES 003**

pt. c/o numbness and tingling from left shoulde down to all five fingertips.

FUENTES, ALBERTO   400055708 (23707104)

**FUENTES 004**

# EXHIBIT B

FUENTES 005



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

4/27/2023 2:29:15 PM PDT

## Progress Notes - FUENTES, ALBERTO 400055708 (23707104)

---

**SOAP NOTE BY** June Cuaresma RN **POSTED ON** 4/23/2023 4 04 22 PM PDT   **Type** RN NOTE

### Subjective

"Poking in the back." Patient initially reports chest pain but eventually admitted that he punched the wall because he was upset and now complaining of left shoulder pain from punching the wall and also feeling sharp pain "poking" on left upper back. Patient also admits he is having anxiety. Patient not answering when being asked if he had any recent trauma to chest.

### Objective

| BP 148/88 | Temp 98 5 | Pulse 82 | Resp 17 | Wt | SaO2 99 | BS | Pain |

Patient brought down by deputy from 4th floor via wheelchair. Patient is alert and verbally responsive with clear speech, initially not moaning when he arrived. Respiration is even and unlabored, no SOB, o2 sat 99% RA. Noted equal rise and fall of chest when asked to lift up his shirt. Patient is non diaphoretic. Lung sounds clear to auscultation. During assessment, patient initially calm but eventually started squirming from the wheelchair and states has "poking" sensation on his left upper posterior chest.

Patient placed in holding cell. Patient eventually asked for toilet paper to use the bathroom.

Patient monitoring at this time for possible malingering?

### Assessment

Risk for injury
Alteration in comfort

### Plan

Statcare alert sent

**Addendum**

---

**SOAP NOTE BY** Obel Borajero NP **POSTED ON** 4/23/2023 5 25 27 PM PDT   **Type** NP NOTE

### Subjective

cc "My shoulder hurts, something is poking me in the back"

S Comes to MSD initially for CP then LUE pain, finally settles on pain to post shoulder. He claims "got bad news" and started striking wall w/ left hand where he has a hx of dislocation seen in dept. he is alert, calm. After few short minutes becomes nearly hysterical c/o "something poking in his back," no falls, he is in isolation, he admits anxiety, not sleeping well and being unhappy in cu isolation, denies SI/AH. He requests shoulder sling but when queried admits he already has one in his cell which is retrieved by Sworn staff.

FUENTES, ALBERTO  400055708 (23707104)

**FUENTES 006**

## Objective

| BP 148/88 | Temp 98 5 | Pulse 82 | Resp 17 | Wt | Sa02 99 | BS NA | Pain |

GEN a/ox3 NAD WDWN speaking in complete sentences Nontoxic appea ance Coope ative Skins d y VSS
Lt shoulde Glenohme al joint appea s app op iately located Lim ROM of LUE g ip st ength is 2+ and distal neu ovasc checks intact P ominent AC joint which clincally co elates w/ x/ done 4/23 Lt scapula w/o angulation o c epitus No mal ove lying skin tone/temp

## Assessment

1) anxiety  2) Lt shoulde pain

## Plan

> given 10 mg flexe il
> Claims alle gy apap ibu that "makes face swell "
> Use sling as p ev issued
> wait in MSD fo x/

MDM Upon a MSD P is calm sitting up ight in w/c afte being in MSD fo sho t time and finding out the e is no clinical indication fo eme gent hospital t ip he becomes dist aught c ying wailing th owing self about in his chai He maintains situational awa eness manages to take off his shi t when asked w/ little to no difficulty He is noted to stop wailing and listen intently when p ovide discussing medication options w/ RN Afte a fashion P admits he wants to go to hospital On PE shoulde appea s app op iately located and the e was no t auma to back o scapula whe e P is now c/o most intense pain Distal neu ovasc checks intact Will await x/ and f/u PRN

E questions sought and answe ed no gua antees given P educated to POC

*Exam & inte view a e conducted in P's p efe ed language f language p efe ence is English o Spanish then exam conducted by this w ite f NOT English o Spanish then t anslation se vices we e utilized to ensu e P unde standing *

FUENTES, ALBERTO   400055708 (23707104)

**FUENTES 007**