Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel:  619.814.5800 Fax:  619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail:  epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel:  408.606.6300 Fax: 408.606.6333

Attorneys for Defendant
COUNTY OF SAN DIEGO (Also
erroneously sued herein as SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT
and SAN DIEGO COUNTY
PROBATION DEPARTMENT

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 TO 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **DECLARATION OF DR. MONTGOMERY IN RESPONSE TO DECLARATION OF JAMES KINGERY [DKT. 281-11]** <br><br> Judge:   Hon. Anthony J. Battaglia |

///

4886-9768-5602 v3

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

1

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE KINGERY

1    I, JON MONTGOMERY, declare as follows:

2    1.    I have personal knowledge of the matters herein and would

3  competently testify to them if called to do so.  I am the Medical Director for the

4  Detention Services Bureau, Medical Services Division, of the San Diego County

5  Sheriff's Department.  My role is to oversee medical services for the incarcerated

6  persons housed in all seven (7) San Diego County Sheriff's Department Jail

7  Facilities.  I am a licensed Physician in the State of California and have been since

8  2009.  I have worked for the County Detention Services Bureau since 2019.

9    2.    I have reviewed the declaration [Dkt. 281-11] of Mr. James Kingery

10  submitted by Plaintiffs in support of their Motion for Preliminary Injunction, as well

11  as the medical records from Mr. Kingery's incarceration in the San Diego County

12  Jail. I reserve the right to modify or update my opinions below upon receipt of

13  additional information; due to time constraints, I was not able to conduct a thorough

14  review of the entire file.

15    3.    Mr. Kingery states that he was scheduled for spinal surgery a week

16  before his arrest in July 2020 but his doctor at UC San Diego Health ("UCSD")

17  advised him to postpone the procedure since healing from it would be difficult while

18  incarcerated.  (Kingery Decl. [Doc. 281-11], ¶ 3.)  Mr. Kingery also claims that his

19  mobility issues got worse in May 2022, but he had to wait for months before his

20  multiple requests for a cane and soft shoes were approved.  (*Id.* ¶¶ 4-5.)  However,

21  as noted below, Mr. Kingery did not provide any history of mobility issues on

22  intake.  The County's medical department can only evaluate and treat conditions

23  that are either reported by the patient, observed, or learned about from other records.

24    4.    When Mr. Kingery was admitted to the County's custody on July 22,

25  2020, he did not indicate during the intake screening that he had any issues or

26  concerns with mobility.  He made no mention of chronic pain or physical limitations

27  to his range of motion. He also did not arrive with any mobility device and he was

28  asymptomatic.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4886-9768-5602 v3                                    2                          3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE KINGERY

5.      The first progress note in the County's medical records indicating that Mr. Kingery had a possible prior history of back pain and a previous surgical visit was on August 6, 2020.  The first nursing note reflecting a complaint of back pain was on August 15, 2020, and an M.D. consult was accordingly scheduled.

6.      On August 19, 2020, Mr. Kingery was seen by Dr. Purviance for an MD follow up appointment regarding his complaints of cellulitis and back pain. During this visit, Mr. Kingery stated he had planned to have surgery before his arrest.  Mr. Kingery asked for a cane and special shoes but he had no observable mobility issues so there was no indication for them.  Dr. Purviance ordered conservative pain medications, imaging, and requested outside records.

7.      An appointment was made by jail medical staff for Mr. Kingery to see a neurosurgeon at UCSD on August 26, 2020, to evaluate his complaints of lower back pain.  However, Kingery refused to attend that appointment.  (Ex. A.)  He was subsequently seen by jail medical staff on August 28, 2020, about this refusal to see the outside neurosurgeon.  Mr. Kingery replied that he did not want to be "awakened at 2 a.m.," to be taken to the appointment.  (Ex. B.)

8.      Mr. Kingery was rescheduled for the neurosurgery consult at UCSD and subsequently refused to attend the neurosurgery appointment a second time, on September 9, 2020.  (*See*, Ex. A.)  He was later seen on September 13, 2020, by jail nursing staff and counseled about the importance of seeing the neurosurgeon. During that counseling visit, Mr. Kingery stated that he could not go to the appointment because "there was some trouble in the dorm and I didn't feel like I could leave at that time."  A new referral request was submitted for Mr. Kingery. (Ex. C.)

9.      On September 23, 2020, Mr. Kingery was seen by Dr. Pham, a neurosurgeon at UCSD, for his lower back pain.  Based on the notes, Dr. Pham had seen Mr. Kingery previously for the same condition prior to custody.  A surgical date had been determined, but Mr. Kingery had deferred at that time due to a

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4886-9768-5602 v3                                                3                              3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE KINGERY

concern about the potential surgical risks. As the surgical procedure is elective, the recommendation was for continued conservative management with oral medications and/or lumbar and foot support if needed.

10.    County medical providers received the UCSD notes from neurosurgery on September 28, 2020, which reflected a diagnosis of thoracic scoliosis and spinal degeneration.  It was noted that both Mr. Kingery and the surgeon at UCSD agreed to hold off on the elective surgery that had been previously discussed before his incarceration.  It was also noted that the neurosurgeon recommended conservative management with oral medications and/or lumbar support and shoe inserts if indicated/allowed, at the discretion of the jail's physicians.  It was further noted that Mr. Kingery was directed to return to the clinic at UCSD for re-evaluation of the deferred surgery after he was released from jail, if he so desired.  (Ex. D.)

11.    On October 3, 2020, Mr. Kingery was seen by a nurse practitioner in response to his request for lumbar support and soft shoes.  Mr. Kingery had a normal gait and was in no acute distress.  Mr. Kingery was ordered to continue taking ibuprofen (a nonsteroidal anti-inflammatory drug) and Tylenol (acetaminophen) for pain, as recommended by the neurosurgeon.  (*See*, Ex. D.)

12.    Mr. Kingery was subsequently seen by a registered nurse on October 8, 2020, in response to his request for soft shoes and pain medication.  The objective examination again showed that he was ambulatory and in no apparent distress (NAD).  It was also noted that Mr. Kingery was already taking Tylenol and/or Motrin (ibuprofen).  (*See*, Ex. D.)

13.    On February 10, 2021, Mr. Kingery was seen in response to his request for a "shot" to help him with his back pain.  During the visit, it was noted that Mr. Kingery had a history of scoliosis and spinal degeneration, causing him back and lower extremity pain.  Due to his prior history and subjective complaints of pain, he was given a shot of ketorolac tromethamine (a nonsteroidal anti-inflammatory drug used for the short-term treatment of moderate to severe pain).  (Ex. E.)

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4886-9768-5602 v3

4

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE KINGERY

14.     On March 11, 2021, Mr. Kingery was given another shot of ketorolac tromethamine to help with his back pain.  (Ex. F.)  This is simply a stronger version of an anti-inflammatory medication, which fits with the recommendation for conservative management.  On July 8, 2021, Mr. Kingery requested another dose of Toradol (ketorolac tromethamine) for his back pain.  The physician ordered that Mr. Kingery be given a Toradol shot every two weeks starting on July 9, 2021.  (Ex. G.)

15.     On August 3, 2022, Mr. Kingery was seen by a registered nurse in response to his complaints that his right knee was dislocated.  During the visit, Mr. Kingery requested a cane or knee wrap/brace.  The nurse consulted with StatCare providers and ordered a soft knee brace.  A follow up appointment was made for the following day with an on-site provider.  (Ex. H.)

16.     On August 4, 2022, Mr. Kingery was seen by a clinician.  The objective exam revealed no swelling or redness of the right knee, and Mr. Kingery was able to bend the knee without difficulty.  Imaging was ordered, and the study was unremarkable [“Bones of right knee are intact without fracture.  All joint compartments are well maintained.  There is no evidence of effusion.”].  It was noted that Mr. Kingery was already taking pain medication. While there was no evidence of fracture or dislocation, Mr. Kingery was observed walking with an antalgic gait (limping/ abnormal pattern of walking secondary to pain), so he was issued the previously ordered knee brace and prescribed a cane and orange (soft) shoes.  (*See*, Ex. I.)

17.     On January 6, 2023, Mr. Kingery was seen by a physician in response to his complaint that he was feeling instability in his right knee.  The objective examination showed that Mr. Kingery had an antalgic gait when using his cane.  A referral was made for him to have physical therapy to improve the joint stability in his right knee.  His Motrin prescription was refilled, and he was referred for an ADA assessment.  (Ex. J.)

18.     On January 27, 2023, Mr. Kingery was seen by a nurse practitioner for

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4886-9768-5602 v3                                        5                          3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE KINGERY

1    a follow-up appointment covering several issues, one of which was a re-evaluation

2    of his chronic back pain.  Mr. Kingery stated that he had been doing his PT

3    exercises without improvement, but the Toradol injections had been helpful for pain

4    management.  He had previously been seen by neurosurgery but had deferred any

5    procedures, opting instead to follow conservative therapy and pain management; the

6    patient now requested a follow-up visit with the neurosurgeon.  The nurse

7    practitioner ordered another referral to the neurosurgeon at UCSD due to Mr.

8    Kingery's complaints of worsening lower back pain.   The practitioner also ordered

9    an abdominal binder for Mr. Kingery, to use as a back brace, and a Toradal

10    injection.  (Ex. K.)

11       I declare under penalty of perjury under the laws of the United States of

12    America that the foregoing is true and correct to the best of my knowledge.

13       Executed on May 15, 2023, at San Diego, California.

JON MONTGOMERY

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4886-9768-5602 v3

6

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE KINGERY

# EXHIBIT A

**KINGERY 001**

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| ███████████ | ███ | ██████████ | ███ |
| Medical Doctor Sick Call | 8/7/2020 | SOAP Note | 8/7/2020 |
| Medical Chart Review | 8/7/2020 | pls review 2view CXR | 8/7/2020 |
| ███████████ | ███ | ██████████ | ███ |
| Registered Nurse Sick Call | 8/14/2020 | 08/14/20- Per J212 " need back support or cane" 08/14/20- Per J212 " follow up x-ray missed." | 8/15/2020 |
| Medical Doctor Sick Call | 8/22/2020 | Follow up back pain. Cancelled by vincent,gawek on 8/17/2020 Reason: duplicate | 8/17/2020 |
| ███████████ | ███ | ██████████ | ███ |
| Medical Doctor Sick Call | 8/17/2020 | Please reeval for back pain. Pt refusing flexeril due to "feeling too tired." Pt signed ROI for walmart pharm requesting to review hx pain meds. 08/17/20 - R forearm wound with swelling and pain, restarted on bactrim 08/14/20. Wound culture done 08/17/20 and sent to quest. Recent hx of bacteremia and was treated with IV vanco. | 8/19/2020 |
| ███████████ | ███ | ██████████ | ███ |
| Medical Doctor Sick Call | 8/28/2020 | level 2 8/26-Refused neurosurgery appointment, please counsel | 8/28/2020 |
| Medical Chart Review | 8/29/2020 | CC: Scripps Mercy Medical health records | 8/29/2020 |
| ███████████ | ███ | ██████████ | ███ |
| Medical Doctor Sick Call | 9/11/2020 | Refused UCSD neurosurgery appointment on 9/9, please counsel. 2nd refusal. | 9/13/2020 |

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 002**

# EXHIBIT B

**KINGERY 003**



George Bailey
446 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

4/26/2023 3:01:34 PM PDT

**Progress Notes -KINGERY, JAMES CHARLES 400025123 (20928686)**

---

SOAP NOTE BY: Avelino Canlas Medical POSTED ON 8/28/2020 9:52:18 AM PDT                    Type: MD NOTE

### Subjective

level 2 8/26-Refused neurosurgery appointment, please counsel

per Pt didn't want to wait, didn't want to be awakened at 2 a.m. Apparently Neuro surg appt is for eval of LBP. See mdsc 8/19/20 -" chronic low back pain - states he was going to have surgery prior to arrest. No records

asking for cane, shoes - no mobility issues noted "

PMH: PMH - Report of chronic low back pain - no functional impairment /mobility issues noted . See 8/19/20 mdsc PN

Interval Hx - Hosp return S/P I&D Abscess / Cellulitis to R forearm. Had I&D R forearm abscess --> resolved

### Objective

| BP: 110/59 | Temp: 98.2 | Pulse: 61 | Resp: 18 | Wt: 180 | Sa02: 97 | BS: | Pain: |

no interval change from 8/23/20

PE: WDWN VSS, AAO x3, NAD, full ambulatory, no pain facie verbal, coherent. ADLs/ transfer activities Normal/independent,

HEENT: EOMI PERRL

Neck: supple

Respiratory: lungs clear

Cardiac: RRR

Abdomen: soft NT

Neuro: intact gait normal no foot drop noted

Extrem - no CCE or deformity - no missing foot

back- no gross deformity noted

skin- small incised wound right forearm - min discharge to packing when removed- no surrounding edema or induration--> No redness /tenderness/induration.

Central sore closed. --> healed

### Assessment

H/o refusal for NS appt. Wants it resceduled

### Plan

see below

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 004**

| Offsite Type | Specialty | Reason | Priority |
|---|---|---|---|
| Offsite | Neurosurgery | H/o refusal for NS app 8/26/20t. Wants it rescheduled | Routine |
| | | H/o sepsis from R forearm abscess..s/p IV vanco. Healed. Am not sure why pt was referred to Neurosurg and this was dx. His LBP is chronic and per mdsc PN - 8/19/20 , no impairment | |

Addendum:

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 005**

# EXHIBIT C

**KINGERY 006**



George Bailey
446 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

4/26/2023 3:01:34 PM PDT

**Progress Notes -KINGERY, JAMES CHARLES 400025123 (20928686)**

---

SOAP NOTE BY: Cynthia Purviance Medical POSTED ON 9/13/2020 11:13:16 AM PDT                              Type: MD NOTE

**Subjective**

CC: Refused UCSD neurosurgery appointment on 9/9, please counsel. 2nd refusal.

HPI: patient here for counseling- refused neurosug follow up x 2

pt with hx R forearm abscess complicated by sepsis and septic shock in July 2020, managed at UCSD. Pt tx with vanco and eventually sent to GBDF. Pt with chronic back pain and appears to have had MRI spine 7/29/20 imaging of spine -> per chart shows T10-T11 enhancement of adjaceent endplates, suggestive of fibrovascular degeneration but not able to completely rule out infection. Upon DC pt was to follow up with neurosurg. States "there was some trouble in the dorm and I didn't feel like I could leave at that time" and states that he has back pain.

ROS: pos as above neg for all else

**Objective**

| BP: 130/61 | Temp: 98.4 | Pulse: 85 | Resp: 18 | Wt: 188 | Sa02: 98 | BS: | Pain: 4 |
|---|---|---|---|---|---|---|---|

OBJECTIVE
Vitals: [As shown in top section of 'objective' box]

PE: WDWN Male min distress
HEENT: EOMI PERRL
Ears: clear
Nose: clear
Throat: OP clear
Neck: supple
Respiratory: lungs clear
Cardiac: RRR
Abdomen: soft NT
Neuro: intact gait normal
back- subj pain mid and lower lumbar no step off
UCSD record briefly reviewed

Differential Diagnosis: chronic back pain thorcic osteomyelitis

**Assessment**

counseled for refusing neurosurg follow up - for the 2nd time- states that he would like to go
referral is for abnormal signal on MRI in setting of infection, cannot rule out infection though likelihood is low per note
has chronic back pain as well
hx IVDA
state back pain is increaing- neuro intact

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 007**

**Plan**

will place new referral, encouaged pt to go to appt and not refuse

| Offsite Type | Specialty | Reason | Priority |
|---|---|---|---|
| Offsite | Neurosurgery | 2 weeks- hosp 7/2020 for sepsis/septic shock from R forearm abcess, and back pain with MRI showing T10-T11 enhancement of adjacent endplates, suggestive of fibrovascular degeneration but not able to completely rule out infection- rec to follow up neurosurg for this upon hosp DC - pain is increasing per pt | Expedite |

Addendum:

---

Cynthia Purviance Medical POSTED ON 9/17/2020 9:02:07 AM PDT                                Type: MD NOTE

CC to review xrays

T spine

There is a mild dextroscoliotic curve thoracic spineVertebral bodies are well-maintained in height without fractureNo significant spurring is seen    Final 9/16/2020 4:39:49 PM PDT

 Scoliosis without fracture

Lumbar spine

Moderate disk space narrowing is visualized of mainly lower lumbar disk spaces with some peridiskal osteophytes demonstrated. No fracture or dislocation or bony destruction is seen.    Corrected 9/16/2020 4:39:48 PM PDT

 Moderate degenerative disc disease lumbosacral spine.

Addendum:

---

Frederick Wycoco NP POSTED ON 9/18/2020 11:22:47 PM PDT                                Type: NP NOTE

NPCC

"CC: Sharp CV ER records"

ER records dated 8/18/2020 chart checked by MD see MD note 8/18/2020 and 8/19/2020

Addendum:

# EXHIBIT D

**KINGERY 009**

complaints presented. Claims pain medications are not helping.

## Objective

| BP: 130/80 | Temp: 97.7 | Pulse: 75 | Resp: 18 | Wt: | Sa02: | BS: | Pain: |

AOx4, respirations even and unlabored, ambulates with steady gait, skin well perfused, speech clear and spontaneous. No redness or swelling noted to back, leg noted. Able to move body without difficulty.

## Assessment

Alteration in Health Maintenance

## Plan

ROI signed for Dr. David Carty PCP and Neurosurgery (UCSD) forwarded to MIHT, scheduled for MDSC- to show up when called, verbalized understanding.

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| ███████████████████████████████████████████████████████ | | |

Addendum:

---

Arlene Edusada RN POSTED ON 9/27/2020 8:46:19 AM PDT                          Type: RN NOTE

Seen for tempcheck & symptom review.

Pt denied painful rashes/blisters, fever or body aches.  Denied any medical issues.

Afebrile.

Advised pt to inform staff for painful rashes/blisters, fever or headace, or changes in medical condition.

Pt verbalized understanding.

Addendum:

---

Cynthia Purviance Medical POSTED ON 9/28/2020 8:57:09 AM PDT                    Type: MD NOTE

CC to review UCSD neurosur notes 9/23/20

back pain with RLE pain

Dx thoracic scoliosis and spnal degeneration causing sig back pain and RLE pain

REC - had previously discussed surgery but pt deferred due to sig risks

now pt is incarcerated

-both pt and surgeon agree to hold off on surgery which is elective

-conservative management with oral meds and and/or lumbar support and shoe inserts if indicated and if allowed, at the discretion of jail physicians

-retum to clinic for re-eval of surgery once out of jail if pt desires

Addendum:

---

SOAP NOTE BY: Oscar Brian Catillo NP POSTED ON 10/3/2020 12:54:13 PM PDT        Type: NP NOTE

## Subjective

54 yo male seen for request of back support and shoes. Patient with complaint of chronic leg and back problems. Patient advised at this time he does not quaily for shoes. Patient states he will get his shoes.

UCSD neurosurgery notes 9/23/20

Dx thoracic scoliosis and spnal degeneration causing sig back pain and RLE pain

-both pt and surgeon agree to hold off on surgery which is elective

## Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|---|---|---|---|---|---|---|---|

Normal gait with FROM observed, in no acute distress

## Assessment

thoracic scoliosis and spinal degeneration

## Plan

continue ibuprofen and tylenol for pain.

F/U PRN

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| ██████████████ | | |

Addendum:

---

SOAP NOTE BY: Grace Cecilio RN POSTED ON 10/8/2020 12:45:31 PM PDT          Type: RN NOTE

## Subjective

09/29/20 Per J212 " Feet and legs swollen and hurt request soft shoe permit and pain meds for legs and back"

Per J212 10/08/20, "Severe back pain and feet swelling

patient c/o chronic pain and per patient current pain medication is ineffective. Denies recent injury to entire back.

Patient also c/o swollen feet x 1 month

## Objective

| BP: 134/89 | Temp: 96.8 | Pulse: 78 | Resp: 18 | Wt: | Sa02: | BS: | Pain: 9 |
|---|---|---|---|---|---|---|---|

Patient alert and oriented to person, place, time and situation. Breathing even and unlabored. No SOB. Speech clear and spontaneous. Skin warm and dry. No redness swelling to lower back, BIL feet with pittign edema +1, no redness/bruising. Ambulatory. NAD.

## Assessment

Altered comfort

## Plan

Patient currently on tylenol/motrin. Scheduled for MDSC. Advised patient to avoid streneous activity/exercises, avoid prolong standing/sitting and elevate both lower extremity when in bed and to notify medical if symptom worsen or significant change in condition/problem. Patient verbalized understanding.

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| ██████████████ | | |

Addendum:

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 011**

# EXHIBIT E

**KINGERY 012**

| Appointment Name | | | Appointment Date | | | |
|---|---|---|---|---|---|---|
| Medical Doctor Sick Call | | | 1/22/2021 12:00:00 AM PST | | | |
| Psychiatry Sick Call | | | 1/28/2021 12:00:00 AM PST | | | |
| Medical Doctor Sick Call | | | 2/10/2021 12:00:00 AM PST | | | |
| **Discontinued Drug Name** | | **Drug Strength** | | | **Quantity** | |
| Mirtazapine Oral | | 15 | | | 0.5 | |
| **Drug Name** | **Drug Strength** | **Quantity** | **Start** | **Stop** | | **Complete Sig** |
| Acetaminophen Extra Strength Oral | 500 MG | 2 | 1/19/2021 8:00:00 AM | 2/17/2021 11:59:59 PM | | Take 1000 mg by mouth TWICE DAILY for 30 day(s). Dispense 120 tablet. 1 Refill(s) *ATE Profile Only |

Addendum:

SOAP NOTE BY: Frederick Wycoco NP POSTED ON 2/10/2021 3:14:07 PM PST                                                                Type: NP NOTE

**Subjective**

CC: Claims severe back pain. request shot to help him. Claims current meds arent enough. Per tech car already on meds for this issue.

HPI: A 54 y/o male was seen in the housing d/t above reason. Pt is requesting a toradol shot because when he had it, it helped for his low back pain. Pt has h/o thoracic scoliosis and spinal degeneration causing back pain and lower extemity pain - no spinal surgical intervention per neurosurgery records. Denies any other complaints/concerns/symptoms

ROS:

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 013**

Constitutional: negative for fever, chills, malaise, weight loss, weight gain or night sweats

HEENT: denies complaints

Respiratory: Denies complaints

Cardiac: Denies complaints

Abdomen: Denies complaints

Musculoskeletal: low back pain

Neuro: Denies complaints

Heme/Lymph: denies complaints

Psyche: denies complaints denies si/hi/psa/hallucinations

## Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

OBJECTIVE

Vitals: [As shown in top section of 'objective' box]

PE: well nourished, well hydrated, not in acute distress

HEENT: Norma cephalic, eyes EOM intact, no nystagmus, sclera clear pupils PERRLA

Nose: no erythema, no congestion

Respiratory: No audible adventitious breath sounds or any distress, speaking in full and clear sentences, regular speed, coherent

Cardiac: No noted distress

Musculoskeletal: Able to ambulate independently and without limitation

Psych: AAAx3

Skin: warm, dry, no rash/lesions, well perfused

Neuro: grossly intact

Differential Diagnosis:Chronic back pain

## Assessment

Chronic pain d/t thoracic scoliosis and spinal degeneration

## Plan

Toradol 60mg IM x1 ok

If there is any acute changes in health, any complaints/concerns, or any symptoms that are not improving, do not hesitate to let the staff know right away - pt verbalized understanding

Medical PRN

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 014**

| Appointment Name | | | | Appointment Date | | |
|---|---|---|---|---|---|---|
| Medical Doctor Sick Call | | | | 1/22/2021 12:00:00 AM PST | | |
| Psychiatry Sick Call | | | | 1/28/2021 12:00:00 AM PST | | |
| Medical Doctor Sick Call | | | | 2/10/2021 12:00:00 AM PST | | |

| Discontinued Drug Name | | Drug Strength | | | Quantity | |
|---|---|---|---|---|---|---|
| Mirtazapine Oral | | 15 | | | 0.5 | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| | | | | | |
| Acetaminophen Extra Strength Oral | 500 MG | 2 | 1/19/2021 8:00:00 AM | 2/17/2021 11:59:59 PM | Take 1000 mg by mouth TWICE DAILY for 30 day(s). Dispense 120 tablet. 1 Refill(s) *ATE Profile Only |
| | | | | | |
| Ketorolac Tromethamine Intramuscular | 60 MG/2ML | 1 | 2/10/2021 5:00:00 PM | 2/10/2021 11:59:59 PM | Give 60 mg/2ml in muscle IN THE EVENING for 1 day(s). Dispense 1 solution. 0 Refill(s). *give ONCE only. *ATE Profile Only |

Addendum:

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 015**

Julie Hilario RN POSTED ON 2/10/2021 11:20:10 PM PST                                    Type: SAFETY CELL

S: Seen for administration of Ketorolac Tromethamine 60mg/2ml IM with Dep 4089 in House 4 providing security. Denies allergies. No other complaints made.

O: Pt alert and oriented x3(person, place, time). Speech clear and spontaneous. Breathing is regular, even and unlabored, not in acute respiratory distress.. Skin is warm, dry, and well perfused.   Ambulation with steady gait.

A: Alteration in health Maintenance

P: Ketorolac Tromethamine 60mg/2ml IM administrated to right deltoid. LOT # 201007, EXP 12/2021, NDC 72611-722-01. IM injection with 2ml administered to right deltoid without difficulty, patient tolerated procedure well. Instructed to report to medical or security staff any acute changes in medical condition. Verbalized understanding.

Addendum:

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 016**

# EXHIBIT F

KINGERY 017

Addendum:

---

SOAP NOTE BY: David Christensen MD POSTED ON 3/11/2021 1:00:30 PM PST                                      Type: MD NOTE

### Subjective

Chronic back pain

Several MDSC for back pain. Had neurosurgery consult for same - nonoperative management recommended. Pt states APAP does no t provide satisfactory analgesia. Wants something stronger. Refuses NSAIDS become it upsets his stomach. No saddle anesthesia or bladder/bowel dysfunction.

### Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

Normal gait without antalgia observed as he ambulated to cell door. Normal speech and facial tone. No diaphoresis.

### Assessment

Chronic back pain

### Plan

Ketorolac 60 mg IM

| Appointment Name | Appointment Date |
|------------------|------------------|
| <span style="background:black"> </span> | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Ketorolac Tromethamine Intramuscular | 60 MG/2ML | 1 | 3/11/2021 8:00:00 PM | 3/11/2021 11:59:59 PM | Give 60 mg/2ml in muscle AT BEDTIME for 1 day(s). Dispense 1 solution. 0 Refill(s) *ATE |

Addendum:

---

Vanessa Rimando RN POSTED ON 3/11/2021 1:32:24 PM PST                                      Type: RN NOTE

MDSC notes reviewed. Desk nurse made aware to add in EOS report order for Ketorolac due @ 2000 med pass.

Addendum:

---

SOAP NOTE BY: Karen Cruz RN POSTED ON 3/11/2021 7:54:13 PM PST                                      Type: RN NOTE

### Subjective

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 018**

# EXHIBIT G

**KINGERY 019**

Addendum:

SOAP NOTE BY: John Gill MD POSTED ON 7/8/2021 9:47:57 AM PDT                                    Type: MD NOTE

**Subjective**

I/P is requesting stronger pain med for c/o lower back pain , requesting a double mattress , and wants to get back on his toradol. and requesting perscription glasses. I/P said that he had laser surgery 15-18 years ago on his eyes and feel it is wearing off.

VA for Far vision. R eye 20/50 , L 20/40 , and both 20/30.

**Objective**

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

The inmate walked easily to the door without any discomfort and is speaking in full sentences and has no respiratory distress, no cough and no shortness of breath. This patient is alert and oriented x3, has a steady gait without apparent discomfort and shows no evidence of significant medical distress. He does not qualify for glasses but will see if a family memb er can bring in glasses appropriate for 20/50 vision. Back nontender and has a FROM

**Assessment**

back pain

**Plan**

Since he is willing to only get his toradol every 2 wks I felt this would be reasonable to try and may ahve glasses from property

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 020**

| Appointment Name | | Appointment Date | | |
|---|---|---|---|---|
| Ketorolac Tromethamine  60 MG/2ML Intramuscular | 1 | 7/8/2021 8:00:00 AM | 8/6/2021 11:59:59 PM | Give 60 mg/2ml in muscle EVERY 2 WEEKS for 30 day(s). Dispense 0 solution. 2 Refill(s) *ATE |

Addendum:

---

Archie Eustaquio RN POSTED ON 7/8/2021 2:25:41 PM PDT                                                                                              Type: RN NOTE

MDSC done.  notes reviewed.  EOS updated for Toradol Q2 week injections starting 7/9/21.  MDCC scheduled for Dr. Gill to review length/duration of treatment until 10/6/21?

Addendum:

---

Addendum:

---

Joseph Molina MD POSTED ON 7/13/2021 2:28:29 PM PDT                                                                                              Type: MD NOTE

cc

tums reordered

Addendum:

---

Joseph Molina MD POSTED ON 7/15/2021 4:59:43 PM PDT                                                                                              Type: MD NOTE

CC

was on APAP and Naproxen previously, maintain order with toradol shot if sxs controlled with toradol

Addendum:

---

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 021**

# EXHIBIT H

KINGERY 022

Addendum:

SOAP NOTE BY: Grace Cecilio RN POSTED ON 8/3/2022 12:18:11 PM PDT                    Type: RN NOTE

**Subjective**

Ip brought to medical by sworn staff per wheelchair.

IP c/o right knee pain- 7/10 scale. Per IP while he was standing and suddenly move his right knee got dislocated, per IP its been ongoing for the last 6 months and getting worse. IP requesting for cane or knee brace/wrap and to see a medical provider.

**Objective**

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 023**

| BP: 152/90 | Temp: 98.0 | Pulse: 86 | Resp: 18 | Wt: | SaO2: 98 | BS: | Pain: 7 |
|---|---|---|---|---|---|---|---|

IP alert and oriented to person, place, time and situation. Breathing even and unlabored. no SOB. Speech clear and spontaneous, Calm and cooperative, no facial grimacing. Skin warm and dry. No redness/swelling to right knee, able to bend right leg without diffcculty but per IP with pain. NAD

## Assessment

Altered comfort

## Plan

IP currently on pain medication. Will send messsage to STAT care and schedule for MDSC f/u.

Ip currently on motrin, tylenol and gabapentin. Will have IP wait in the holding tank while waiting for Statcare order. Advised IP to notify medical if needing medical attention or significnat change in condition/problem. IP verbalized understanding.

| Appointment Name | Appointment Date |
|---|---|

Addendum:

# EXHIBIT I

KINGERY 025



George Bailey
446 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

4/26/2023 3:01:34 PM PDT

## Progress Notes -KINGERY, JAMES CHARLES 400025123 (20928686)

---

| Grace Cecilio RN POSTED ON 8/3/2022 3:13:30 PM PDT | Type: RN NOTE |
|---|---|

IP with order for soft knee brace but no appropriate size for him, will order large knee brace.

Per Juancho Trivino/STATCare, may issue ace wrap if no hx of SI or hanging, per rerview of records with hx of intermittent SI ((psych sc 4/25/22)

| Addendum: | |
|---|---|

| Grace Cecilio RN POSTED ON 8/4/2022 1:18:47 PM PDT | Type: RN NOTE |
|---|---|

Soft knee brace- (large ) issued to IP post security clearance.

| Addendum: | |
|---|---|

| SOAP NOTE BY: Frederick Wycoco NP POSTED ON 8/4/2022 7:23:05 PM PDT | Type: NP NOTE |
|---|---|

### Subjective

NPSC

cc: C/O right knee pain. Reports hx of on/off knee dislocation x 6 monts and getting worse.

Per public defender I/p requesting a cane and shoes- 8/4/22.

A 56 y/o male was seen d/t above reason. Per pt he has history of club foot and he was younger and he has difficulty walking due to R knee pain and it occasionally dislocates due to instability of the jail slipper, asking for orange shoes for comfort. Denies any other complaints/concerns/symptoms

### Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|---|---|---|---|---|---|---|---|

AOx4, NAD
Breathing is even/unlabored, talks clearly/regular speed
Skin is dry, well perfused
Ambulates w/ antalgia due to R knee pain, +knee sleeve R knee
Noted bowlegs

### Assessment

R knee pain, chronic
Antalgic gait
Bowlegs

### Plan

Cane okay
Continue R knee sleeves

XR R knee

Orange shoes 10.5 okay for comfort and safety

If there is any acute changes in health, any complaints/concerns, or any symptoms that are not improving, do not hesitate to let the staff know right away - pt verbalized understanding

NP/MDSC PRN

| Treatment Name | Order Sig | Start | Stop |
|---|---|---|---|
| CANE | IN THE EVENING | 8/4/2022 5:00:00 PM PDT | 8/8/2022 11:59:59 PM PDT |
| **Flag ID** | | **Name** | |
| 240 | | Cane | |
| 261 | | Orange Shoes | |

Addendum:

---

Leonardo Mendoza RN POSTED ON 8/5/2022 6:20:56 AM PDT                    Type: RN NOTE

ADA CASE MANAGEMENT NOTES: Case reviewed, received appliance authorization re: continuous use of Cane due to antalgic gait, bowlegs. Pt is schedule for RNSC to complete ADA assessment. ADM/Lower bunk & tier added flag instructions.

Addendum:

---

Vanessa Rimando RN POSTED ON 8/7/2022 1:25:43 PM PDT                    Type: RN NOTE

Request for orange shoes emailed to RN 5049.

Addendum:

---

Cesar Felarca RN POSTED ON 8/8/2022 2:22:42 AM PDT                    Type: RN NOTE

Issued Cane with security clearance by deputy#4147.

Informed not to tamper equipment and to use as prescribed.

Verbalized understanding.

Addendum:

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 027**

# EXHIBIT J

KINGERY 028



George Bailey
446 Alta Rd., Suite 5300
San Diego, CA 92158
619-6612789

4/26/2023 3:01:34 PM PDT

**Progress Notes - KINGERY, JAMES CHARLES 400025123 (20928686)**

---

SOAP NOTE BY: Kevin Irwin RN POSTED ON 1/5/2023 11:21:18 AM PST                              Type: RN NOTE

### Subjective

Patient seen for sick call-in house 1. Witnessed by deputy 4052. Patient claims: I need motrin restarted for my knee and back. I would like toridol shot for back pain. "It has been a long time since I got the shot". Claims knee locked up 5 days ago in the shower and it took awhile to resolve so he could walk.

### Objective

| BP: 116/77 | Temp: 97.9 | Pulse: 75 | Resp: 18 | Wt: NA | Sa02: 96 | BS: NA | Pain: 8 |

Alert and oriented to person, place and situation. Skin is warm and dry with no signs of distress. Respirations are even and unlabored.

Chief complaint is: Back pain. Claims 8/10 at times. claims chronic condition. Nothing new. Claims need Motrin long term for pain and it helps. Able to bend and walk with cane. No wincing or grimacing in pain. sits down and stands up with ease. No wincing from knee pain.

### Assessment

Alteration in health maintenance

### Plan

Tech care already renewed motrin and tylenol for pain. Pending MDSC for this issue of back pain/knee pain. Can discuss Toridol shot at MDSC pending. Instructed to notify staff if he feels any change in medical condition. Verbalized understanding.

Addendum:

SOAP NOTE BY: Joseph Molina MD POSTED ON 1/6/2023 2:44:43 PM PST                            Type: MD NOTE

### Subjective

"f/u incentive spirometer and pft

Also- I/P is asking to be housed in MOB d/t chronic back and knee pain.

01/05/23 pt requesting to renew his Rx for 800 mg motrin BID
1/5/2023: claimed knee locked up in shower 5 daysa ago.

"

Pt states he fell because his R knee gave out. He has been wearing his r knee brace for the past month but still feels instability.

No recent trauma to R knee

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 029**

## Objective

| BP: NA/NA | Temp: NA | Pulse: NA | Resp: NA | Wt: NA | Sa02: NA | BS: NA | Pain: NA |
|---|---|---|---|---|---|---|---|

56M NAD

R knee without any erythema/swelling. appears to have decreased muscle tone around upper thigh area-- L and R

Antalgic gait with cane

## Assessment

no respiratory symptoms

request for motrin refill for chronic back and knee pain

knee instability

## Plan

motrin refilled

physical therapy referral to improve joint stability of R knee

ada RNSC assessment which may help with housing

f/u pt recommendations

**Back Pain**

# BACK PAIN

Almost everyone has had a backache. Your back has a tough job since it carries most of your weight. The most common cause of backache is from muscles that

have been sprained, strained, wrenched, pulled, or torn. Muscle problems are caused by overwork or exercise, bending or lifting something the wrong way, twisting the back, being overweight, falling or even sitting or standing the wrong way (poor posture).

The first two to three days after a backache occurs:

1. The most important thing to do is to avoid stress to your back. Do not play sports, lift

heavy objects or bend over from the waist until your back has not hurt for a few days.

2. Use cold packs made by cold tap water on a towel as often as possible for the muscle spasms. If you have had backaches in the past and the warmth works

better than cold, then heat applications or warm showers may help.

3. For pain relief, you may request pain medication.

4. After your back does not hurt anymore, you should start to do gentle exercises to

strengthen your back. Gradually begin these exercises and if you get pain at any time, stop the exercise. REMEMBER TO START SLOWLY.

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 030**

EXERCISE # 1:

1. Lie flat on floor, knees bent, feet flat on floor.

2. Arms may be at your sides or folded across your chest.

3. Raise your head, chest and shoulders off the floor.

4. Relax. Repeat

EXERCISE # 2:

1. Lie flat on your back, legs straight.

2. Grasp one knee and bring it as close to your chest as possible. Hold for a

count of 10.

3. Relax, Repeat

4. For a more difficult exercise, draw both legs up at once.

You should submit a nonemergency healthcare form if:

- You are not any better in 2 days
- If your back pain get worse

**SLEEP**

Try to sleep on your side with your knees bent, or on your back. Never sleep on your

stomach. The firm surface of your bunk is good for your back.

**SIT**

Sitting is hard on your back. Sit with your back pressed against the chair and feet flat on the floor. Dangling legs put a strain on your back.

**BEND**

Always bend from the knees. Stooping over or bending from the waist is hard on your back.

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 031**

**SPORTS**

Always warm and stretch your muscles before you exercise. Start easy and work your way up. Remember to lift the right way.

**BE TRIM**

Extra pounds put extra strain on your back.

**LIFT**

Bend your knees and squat to lift or pick up anything. Any object you are lifting should be close to your body. Let your legs do the work.

| Offsite Type | Specialty | Reason | Priority |
|---|---|---|---|
| Offsite | Therapy-PT | 56 with chronic R knee pain and bowed legs reports knee "giving out". PT has R knee brace and has muscle wasting on exam. Ambulates with cane. | Expedite |
| | | For HEP | |

Addendum:

---

Rodolfo Locsin RN POSTED ON 1/7/2023 9:47:14 PM PST                    Type: RN NOTE

NPO after midnight compliance form signed.

Addendum:

---

Addendum:

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 032**

# EXHIBIT K

KINGERY 033



SOAP NOTE BY: Frederick Wycoco NP POSTED ON 1/27/2023 4:24:09 PM PST                                    Type: NP NOTE

**Subjective**

"1. Hiatal hernia causing heartburn and breathing discomfortl, mid/lower back pain

Requesting for Flexeril.

2. ""I cant breath all the way in and all the way out" problem started 6 months ago,"I have a hernia in my stomach that's pushing in my diaphragm","that's the cause of the problem and it needs to be fixed". Ip informed me that "hernia" needs to be fixed since he will be going to court soon. He also informed me that he used "flight of stairs to see my lawyer" and lawyer heard him wheezing thus asked sworn to take him to medical for eval post meeting with lawyer. Ip denied HA, sneezing, nasal congestion, sorethroat, cough, fever, loss of sense of taste/smell. denied hx of asthma. Ip with small hiatal hernia per TC, surgery referral deferred. With pending GI appt 3/13/23 able to speak in full sentences, breathing even and unlabored, lungs clear bilateral, O2 Sat-98%@RA, skin warm and dry, ambulatory with steady gait, ip using cane. Bowel sound active in all 4 quadrants, abdomen obese, soft, non-tender, no distention. No noted protrusion to abdomen Please refer to onsite MD for ff up"

1/26 - unable to see d/t security reason"

A 56 y/o male was seen d/t above reason. Per pt he still has problem with his breathing everyday, no improvement. Pt also says he has been doing his PT exercises without improvement, was taking toradol shot which was helpful for his chronic low back pain. Pt was seen by neurosurgeon in UCSD 9/23/2020 due to multilevel degenerative changes of the spine per MRI spine 7/29/2020. During that time, spinal surgical intervention was deferred at that time and to continue conservative management (oral medications and/or lumbar and foot support with brace or shoe inserts) and to f/u pm with neurosurgeon. Pt would

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 034**

like to see neurosurgeon again. Pt also reports occasional wheezing. Per pt he is unable to always use his incentive spirometer because he was not allowed to have it with him. Denies any other complaints/concerns/symptoms

## Objective

| BP: NA/NA | Temp: NA | Pulse: NA | Resp: NA | Wt: NA | Sa02: NA | BS: NA | Pain: NA |
|---|---|---|---|---|---|---|---|

AOx4, NAD

Breathing is even/unlabored, talks clearly/regular speed

Skin is dry, well perfused

Ambulates w/ cane

## Assessment

Chronic low back pain, multilevel degenerative changes of the spine per MRI spine 7/29/2020

-pt was already given, shoes, extra mattress

Reports of dyspnea with moderate elevation right hemidiaphragm per CT abd/pelvis 11/16/2022

GERD symptoms with small hiatal hernia per CT abd/pelvis 11/26/22

## Plan

Will place in MOB boarder for longer use of incentive spirometer (to be used Q1-2hours), and for mobility issues

Will request pulmology eval again for PFT

Will also request a f/u with neurosurgeon due to worsening low back pain, will also order abdominal binder as back brace

Pt was informed about the deferral note by naphcare for hiatal hernia surgery eval

Pt has upcoming GI for colonoscopy, per naphcare UM "Would advise to consult GI for possible EGD as well and sooner colonoscopy appointment due to pt worsening symptoms." --> please email case management if EGD can be included in the upcoming colonoscopy appt, the request has been updated

Will order toradol IM shot weekly prn

Education/counseling provided not limited to: medication compliance, disease process, s/s of worsening illness/complication, med side effects/risks/benefits, treatment goals - pt verbalized understanding and there were no further questions

NP/MDSC PRN

| Treatment Name | Order Sig | Start | Stop |
|---|---|---|---|
| Incentive spirometer | twice a day | 1/27/2023 8:00:00 PM PST | 2/26/2023 7:59:00 PM PST |
| OTHER | once in p.m. | 1/27/2023 8:00:00 PM PST | 2/9/2023 11:59:59 PM PST |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Ketorolac Tromethamine Intramuscular | 60 MG/2ML | 1 | 1/27/2023 4:16:42 PM | 2/25/2023 11:59:59 PM | Give 60 mg/2ml in muscle once a week for 30 day(s). Dispense 5 solution. 0 Refill(s) PRN mod pain |

| Flag ID | | Name | |
|---|---|---|---|
| 381 | | ABDOMINAL BINDER | |
| Offsite Type | Specialty | Reason | Priority |

| Offsite Type | Specialty | Reason | Priority |
|---|---|---|---|



| Offsite | Neurosurgery | Neurosurgery f/u due to worsening low back pain, now with pain with ambulation, uses cane | Routine |
| | | Pt was seen by neurosurgeon in UCSD 9/23/2020 due to multilevel degenerative changes of the spine per MRI spine 7/29/2020. During that time, spinal surgical intervention was deferred at that time and to continue conservative management (oral medications and/or lumbar and foot support with brace or shoe inserts) and to f/u pm with neurosurgeon. | |
| | | Timeframe: 1 month | |

Addendum:

---

Vanessa Rimando RN POSTED ON 1/27/2023 4:30:59 PM PST                                          Type: RN NOTE

Email sent to case management.
House 1 deputy 4094 notified to bring i/p in MOB for admission.

Addendum:

---

KINGERY, JAMES CHARLES  400025123 (20928686)

**KINGERY 036**