Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendant
COUNTY OF SAN DIEGO (Also
erroneously sued herein as SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT
and SAN DIEGO COUNTY
PROBATION DEPARTMENT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-00406-AJB-DDL |
| | **DECLARATION OF DR. MONTGOMERY IN RESPONSE TO DECLARATION OF NIEROBI KUYKENDALL [DKT. 281-12]** |
| Plaintiffs, | Judge: Hon. Anthony J. Battaglia |
| v. | |
| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 TO 20, inclusive, | |
| Defendants. | |

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4877-6399-4978 v2

1

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE KUYKENDALL

1     I, JON MONTGOMERY, declare as follows:

2     1.    I have personal knowledge of the matters herein and would

3 competently testify to them if called to do so. I am the Medical Director for the

4 Detention Services Bureau, Medical Services Division, of the San Diego County

5 Sheriff's Department. My role is to oversee medical services for the incarcerated

6 persons housed in all seven (7) San Diego County Sheriff's Department Jail

7 Facilities. I am a licensed Physician in the State of California and have been since

8 2009. I have worked for the County Detention Services Bureau since 2019.

9     2.    I have reviewed the declaration of Mr. Nierobi Kuykendall [Dkt. 281-

10 12] submitted by Plaintiffs in support of their Motion for Preliminary Injunction, as

11 well as the medical records from Mr. Kuykendall's incarcerations in the San Diego

12 County Jail system. I reserve the right to modify or update my opinions below upon

13 receipt of additional information; due to time constraints, I was not able to conduct a

14 thorough review of the entire file.

15     3.    In his declaration, Mr. Kuykendall states that he needs to use a

16 wheelchair to safely move around. He states that after he was booked in June 2022,

17 he was approved to use a cane and wheelchair. (Kuykendall Decl. [Doc. 281-12], ¶¶

18 3-4.) This is accurate, based on the medical records. On August 3, 2022, it was

19 noted that a cane had already been ordered and a lower bunk/lower tier "flag" was

20 already in place for Mr. Kuykendall. A wheelchair request form was completed and

21 it was recommended he use the wheelchair for longer distances. (Ex. A.)

22     4.    Mr. Kuykendall also states that was almost always assigned to a

23 housing unit with a triple bunk and that he has fallen trying to get onto the top bunk.

24 (*Id*., ¶ 5.) While he may have informally swapped bunks with someone, his bed

25 assignment was lower bunk/lower tier. Once a lower bunk/lower tier flag is in the

26 system, I am informed and believe this acts as a restriction and the person cannot be

27 assigned to an upper bunk/upper tier by custody.

28 ///

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4877-6399-4978 v2

2

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE KUYKENDALL

5.     On August 10, 2022, Mr. Kuykendall was seen because he reported that he had a seizure and fell.  During the visit, Mr. Kuykendall stated that he fell off his bed when he had an episode of chest pain and possible seizure.  It was noted that no one witnessed the fall.  (Ex. B.)  Mr. Kuykendall denied having any headache, blurry vision, nausea, or vomiting, and there is no indication of any injury.  (*Id.*)

3.     On November 22, 2022, Mr. Kuykendall was seen due after reporting a fall in his cell.  However, Mr. Kuykendall described that he fell because he got up too quickly for his medication pass and then he tripped and fell against the door.  He described falling forward, landing on his hands and knees. The objective examination revealed that Mr. Kuykendall was in no acute distress, had no visible signs of injury, and was able to stand and walk to his wheelchair with a shuffling gait.  It was noted that he had already been assigned to a lower bunk/lower tier, and had been prescribed a cane.  He was assessed with having sustained a mechanical fall (where an external force, such as the environment, caused the patient to fall) and he was educated about fall precautions.  (Ex. C.)

4.     On January 30, 2023, Mr. Kuykendall refused to be seen by a physician for a psychological evaluation in response to his medication adjustment request, and it was his second refusal.  During this time, Mr. Kuykendall was observing walking around the module without his wheelchair.  (Ex. D.)

5.     On February 22, 2023, Mr. Kuykendall was seen because of his refusal of an MRI appointment due to claustrophobia and not being advised of the appointment.  During this counseling visit, he also requested a wheelchair.  The objective examination revealed that Mr. Kuykendall was able to ambulate without difficulty and with a steady gait, and he was encouraged to walk as tolerated.  It was noted that he already had been flagged for intermittent wheelchair use for long distances such as court hearings.  The MRI was re-ordered for him but he was told he would not be notified of the appointment date for reasons of security.  (Ex. E.)

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4877-6399-4978 v2

3

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE KUYKENDALL

6.      On April 11, 2023, a deputy informed Dr. Molina that Mr. Kuykendall was found doing decline pushups in his cell, with his legs/feet on a bunk and his hands on the floor below. The physician made a note in Mr. Kuykendall's record that he had watched the video showing Mr. Kuykendall doing pushups.  The physician also noted that Mr. Kuykendall was seen ambulating without assistive devices with no visible issues and his status would be monitored.  (Ex. F.)

7.      On April 16, 2023, Mr. Kuykendall had a mobility assessment follow-up.  He was observed ambulating without assistive devices and with a steady gait. The assessing nurse noted that while Mr. Kuykendall had used his cane while walking previously, the assessing nurse never needed to assist Mr. Kuykendall with eating, bathing, ambulation, toileting, dressing, grooming or phone use.  (Ex. G.)

8.      On April 21, 2023, it was noted that an ADA assessment had been completed and it was determined that Mr. Kuykendall had no functional impairment and was independent with his living skills, so he no longer needed to be housed in Medical Observation (MOB).  It was noted that there was documentation from nursing and custody staff about Mr. Kuykendall's independent functions, and he was considered medically stable enough to return to the mainline population.  (Ex. H.)

9.      On May 1, 2023, Mr. Kuykendall was seen by a provider for follow-up, and the recent ADA assessment without any functional impairment was noted.  Mr. Kuykendall expressed concerns that he might fall given his impaired gait.  No current imaging was available in his chart, but a MRI of the cervical/lumbar spine was pending. The provider noted that Mr. Kuykendall had an atalgic gait (limp), and was favoring his right leg.  Due to concerns raised about an elevated fall risk, a wheelchair was prescribed, and an authorization form was submitted.

///

///

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4877-6399-4978 v2                                    4                        3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE KUYKENDALL

10.    Mr. Kuykendall states that he fell while using the shower during the week of March 20, 2023.  (Kuykendall Decl. ¶ 8 (handwritten note).) While Mr. Kuykendall had several interactions with medical and correctional staff for various reasons during the month of March, there were no incident reports, grievances, or medical encounters that would indicate a fall or injury occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 16, 2023, at San Diego, California.

_____
JON MONTGOMERY

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4877-6399-4978 v2

5

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE KUYKENDALL

# EXHIBIT A

KUYKENDALL 001

Tina Greco, RN RN POSTED ON 8/2/2022 2:01:54 PM PDT                                     Type: RN NOTE

Abnormal Vital/Reading: pls reviw (inmate was standing)- denies any symptoms

Blood Pressure Diastolic: 107

Addendum:

SOAP NOTE BY: Nicholas Kahl NP POSTED ON 8/3/2022 8:23:25 AM PDT                        Type: NP NOTE

**Subjective**

Pt seen in Module at cell side. per MDSC Chief Complaint: [ MUST SEE: per LOUIS KISSANE Parole Agent II DAPO Division HQ/Parole Litigation
Management Unit (Parolee/Inmate is requesting: Assistive Device-Wheelchair, Housing-2 Man Cells, Lower Floor-Lower Bunk, Other-Assistance Completing
Forms), please eval to accommodate his needs. ]

Pt c/o mild pain to lower back
pt c/o trouble walking and ambulating. says a cane would significantly help

**Objective**

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|---|---|---|---|---|---|---|---|

Pt is awake and lucid, capable of making informed decisions,
Pt rose from bunk and walked to door with antalgic gait. gait unsteady, pt holding onto wall to side in ambulation
Normal speech, appropriate affect.
Moist mucous membranes.
Resp even and unlabored, speaking in Full sentences

**Assessment**

unstable gait

**Plan**

> Cane, low bunk/low tier already flagged and ordered
> Intermittent Wheelchair use for long distance travel
forms and flags have been set

- f/u prn

KUYKENDALL, NIEROBI RASHEEN  100006094 (22726980)

**KUYKENDALL 002**

# EXHIBIT B

KUYKENDALL 003

Addendum:

Emiliza Cornejo NP on 7/5/2022 8:32:39 AM

I scheduled a Dental Sick call for him on 7/13/22, and rx for tylenol 1000 mg BID and ibuprofen 600 mg BID x 10 days

Stephen Yi RN on 8/10/2022 4:56:03 AM

denied headache, blurry vision, nausea and vomiting

Stephen Yi RN on 8/10/2022 5:03:40 AM

court date today

---

Nhi Ngoc Dai Corp PA POSTED ON 8/10/2022 5:31:28 AM PDT                                   Type: STATCARE

Nurse alert: Pt complaining of chestpain and seizure. Pt stated he had a seizure at approx 0400 and hit his head when he fell on the floor. No witness, no complain of dizziness, nausea, vomiting, blurry vision. Pt has not been taking his dilantin but he took it this morning after the seizure Pt complaining of chest pain after the seizure. Pain 5/10- EKG sinus rhythm (EKG uploaded to statcare). Pt is vage on describing the chest pain and he only stated "the pain is there and it started after the seizure. VS WNL. plz review the EKG, no meds given other than dilantin

- ekg with no significant finding. Have pt f/u with onsite provider in the morning.

Addendum:

---

SOAP NOTE BY: Ozioma Enworom NP POSTED ON 8/10/2022 10:12:20 AM PDT                       Type: NP NOTE

## Subjective

CC: per m "Pt complained of chest pain and seizure, EKG sinus rhythm, VS WNL, plz assess"

HPI:

Pt reports an episode of chest pain and possible seizure activity this morning. Pain has resolved now but was initally located substernal. Pt states "I've had this before but last time they told me it was anxiety. Also I think I had a seizure too because I fell off he bed and hit my head against the wall." Pt reports remembering when the fall occured. No witness to the reported events. Pt denies any fevers, chills, appetite changes, headache, dizziness, sore throat, sob, cough, chest pain, skin changes, nausea, vomiting, diarrhea, abdominal pain, dysuria, or numbness/tingling to the extremities. No other acute medical complaints mentioned.

## Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

OBJECTIVE
Vitals: [As shown in top section of 'objective' box]

PE:
General: Pt is awake and alert. NAD. Non-toxic appearing. Clear speech. Appropriate affect. Slow and steady gait.
Skin: Appropriate color for ethnicity.
HEENT: The head is normocephalic and atraumatic. Sclera is non-icteric. EOM intact. PERRL. Strabismus noted to left eye. Pharynx is pink and moist.
Cardiac: Radial pulse is +2 and regular. Fingernail beds pink with no cyanosis or clubbing. Capillary refill is less than 3 seconds.
Respiratory: Breathing is even and nonlabored. Able to speak in full sentences. No signs of respiratory distress.
MS: Full range of motion is noted to all joints.
Neurological: No obvious tremors.

## Assessment

# EXHIBIT C

KUYKENDALL 005



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

4/27/2023 2:35:14 PM PDT

**Progress Notes -KUYKENDALL, NIEROBI RASHEEN 100006094 (22726980)**

---

Carina Echon RN POSTED ON 11/22/2022 9:22:04 AM PST                                                    Type: RN NOTE

Back brace not available at this time

Addendum:

---

SOAP NOTE BY: Katrina John MD POSTED ON 11/22/2022 4:03:29 PM PST                                      Type: MD NOTE

### Subjective

Pt brought to clinic s/p fall in cell, unwitnessed.

Pt states he was getting up quickly for med pass when he tripped and fell against the door. Thinks he might have hit his head, unsure but had no LOC. Fell foward landing on hands and knees and then against door.

C/o low back pain (chronic) and pain to left hip and shoulder. No leg weakness or new numbness. No loss of control of bladder or bowel or perineal numbness.

History of spinal stenosis, htn, seizures

### Objective

| BP: 138/69 | Temp: NA | Pulse: 70 | Resp: 18 | Wt: NA | Sa02: 100 | BS: NA | Pain: NA |
|---|---|---|---|---|---|---|---|

GEN: initially lying on gurney in MOB, talking normally, no acute distress.
HEENT: no facial trauma, normal eye movements.
RESP: breathing even and unlabored , talking in complete sentences, CTAB
EXTREMITIES: moving all 4 extremities normally, full ROM, no deformity, no swelling.
BACK: lumbar region ttp, no erythema, warmth or step-offs
NEURO: alert and oriented, normal speech, 5/5 strength bilateral lower and upper extremities, including ankle plantar and dorsi-flexion. Pt assisted into sitting position on chair and able to stand and walk to wheelchair, shuffling gait.

### Assessment

1. Mechanical fall, no acute bony injury
2. Chronic low back pain - no red flag symptoms or physical exam findings.

### Plan

1. Fall precautions - pt already has low bunk, low tier and a cane. Needs proper shoes (also recommended by pain management).

2. Per pain management recs he is on gabapentin TID and is pending PT and MRI L and T spine (pending scheduling) and back brace (ordered - will f/u as to where this is).

MDSC pm

KUYKENDALL, NIEROBI RASHEEN  100006094 (22726980)

**KUYKENDALL 006**

# EXHIBIT D

KUYKENDALL 007



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

4/27/2023 2:35:14 PM PDT

**Progress Notes -KUYKENDALL, NIEROBI RASHEEN 100006094 (22726980)**

Addendum:

Janet Medenwald-Hogg Psychiatrist POSTED ON 1/28/2023 4:19:32 PM PST                    Type: PSYCHIATRIST

Refused psc per deputy. Second refusal following medication adjustment request.

Addendum:

Zaldy Benos LVN POSTED ON 1/29/2023 3:06:28 PM PST                    Type: LVN NOTE

1500 Gabapentin 600 mg tab given @ 1505. Per Mar mark as NIC ( Not in cell )

Addendum:

Tina Greco, RN RN POSTED ON 1/30/2023 10:43:21 AM PST                    Type: RN NOTE

IP refused court appointed MD meeting. MD came to module and reufsed to meet w/ MD for psych evaluation- inmate was on phone, Deputy told inmate he had
a visit and inmate stated he needed to get his wrist band and his back brace- when the MD asked Deputy if inmate was OK since he was in a wheelchair , inmate
had another IP tell deputy he refused- inmate was than seen walking around module without his wheelchair and than came to door and asked for his AM meds
and handed RN two more sick request on paper

Addendum:

Addendum:

KUYKENDALL, NIEROBI RASHEEN  100006094 (22726980)

**KUYKENDALL 008**

# EXHIBIT E

KUYKENDALL 009

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Ibuprofen Oral | 200 MG | 3 | 2/17/2023 8:31:08 AM | 2/23/2023 11:59:00 PM | Take 600 mg by mouth twice a day for 7 day(s). Dispense 42 tablet. 0 Refill(s) PRN dental pain *ATE Profile Only |

Addendum:

Addendum:

Cesar Felarca RN POSTED ON 2/21/2023 12:36:35 PM PST                                                    Type: RN NOTE

Spoken to patient regarding MRI appointment;

Patient claims he refused the MRI due to claustrophobia.  Patient willing to have MRI, but is requesting to speak to MD regarding instructions and accomodations.

Informed patient that he has a pending MDSC appointment regarding the refusal of clinic appointment.

Addendum:

SOAP NOTE BY: Frederick Wycoco NP POSTED ON 2/22/2023 12:48:02 PM PST                                  Type: NP NOTE

**Subjective**

"Refused MRI appt 2/21/2023, please counsel."

A 43 y/o male was seen d/t above reason. Per pt he refused because he was claustrophobic but would like to r/s but per pt he would like to know beforehand if he would go. Pt also asking for wheelchair. Denies any other complaints/concerns/symptoms

**Objective**

KUYKENDALL, NIEROBI RASHEEN  100006094 (22726980)

**KUYKENDALL 010**

| BP: NA/NA | Temp: NA | Pulse: NA | Resp: NA | Wt: NA | Sa02: NA | BS: NA | Pain: NA |

AOx4, NAD

Breathing is even/unlabored, talks clearly/regular speed

Skin is dry, well perfused

Ambulates w/o limitation/difficulty

## Assessment

Encounter for counseling -MRI refusal

h/o lumbar radiculopathy, cervical radiculopathy, lumbar spondylosis with myelopathy, cervical sondylosis with myelopathy per UCSD pain clinic note 11/8/2022

## Plan

Will request MRI again, pt was informed that due to security reason, telling him the scheduled date is not allowed per SDSD policy/instruction

Pt can ambulate with steady gait, pt was encouraged to ambulate as tolerated, pt has active flag for intermittent w-chair for long distances such as courts

Education/counseling provided not limited to: medication compliance, disease process, s/s of worsening illness/complication, med side effects/risks/benefits, treatment goals, follow ups - pt verbalized understanding and there were no further questions

NP/MDSC PRN

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| | | | | | |
| Ibuprofen Oral | 200 MG | 3 | 2/17/2023 8:31:08 AM | 2/23/2023 11:59:00 PM | Take 600 mg by mouth twice a day for 7 day(s). Dispense 42 tablet. 0 Refill(s) PRN dental pain *ATE Profile Only |

| Offsite Type | Specialty | Reason | Priority |
|---|---|---|---|
| Offsite | Radiology- MRI | MRI cevical/lumbar spine | Routine |
| | | IP was also saw pain management on 11/8 at UCSD for DJD, cervical radiculopathy, and sciatica with recommendations of an MRI of the cervical/lumbar spine. | |
| | | Pt refused because of being feeling claustrophobic | |
| | | TIME: 2-4 WEEKS | |

| Addendum: | |
|---|---|

# EXHIBIT F

**KUYKENDALL 012**

Joseph Molina MD POSTED ON 4/11/2023 2:11:05 PM PDT                                          Type: MD NOTE

I was notified by deputy 4320 that patient was found doing push ups which is inconsistent with his ADA flags.  Patient has an ADA mobility flag.

I witnessed the video showing patient putting his legs on a bunk and then doing multiple push ups on the ground. patient was seen ambulating without any assistive device without issue.

will continue to monitor patients status.

Addendum:

---

Merlyn Salvador CNA POSTED ON 4/11/2023 9:52:46 PM PDT                                       Type: CNA

Refused temperature Witnessed By: DEP#0991CNA#7448

Addendum:

---

Julie Hilario RN POSTED ON 4/11/2023 11:46:22 PM PDT                                        Type: RN EMERGENCY NOTE

Symptoms check done at the Module 115. Patient denies fever or chills, headache, cough, sore throat, congestion or runny nose, shortness of breath or difficulty breathing, loss of taste or smell, nausea or vomiting, fatigue, muscle or body aches, and diarrhea or any symptoms pertaining to Covid-19 witnessed by Deputy 0991. Instructed to report to medical or security staff any acute changes in medical condition. Verbalized understanding. Refused Temperature checks noted.

Addendum:

---

Addendum:

---

Vincent Gawek RN POSTED ON 4/12/2023 10:09:25 AM PDT                                         Type: RN NOTE

This nurse was in MOB 115 speaking to another patient when this patient approached this writer.

Patient was alert and oriented x4 (person, place, time, situation). Calm and cooperative. Speaks clearly and in full sentences. Respirations even and unlabored. Skin is warm, dry, and well perfused, wearing stockings. Patient noted to ambulate from bed to the door with slow but steady gait.

Patient wanted to inform this nurse that he did not refuse his recent MRI appointment. Patient reports that he went but did not fit the MRI machine and he also has claustrophobic issues, became verbally agressive with nursing staff at the hospital. He is requesting accomodation for either an open MRI or other alternative.

- Noted pending MRI that is currently being processed "site provider pending." Will schedule MDCC to review.

Addendum:

---

# EXHIBIT G

**KUYKENDALL 014**

| Appointment Name | | Appointment Date | |
|---|---|---|---|
| Medical Doctor Sick Call | | 5/11/2023 12:00:00 AM PDT | |
| **Offsite Type** | **Specialty** | **Reason** | **Priority** |
| Onsite | Radiology- Ultrasound | 43 y/o male who reports persistent lump on his right knee since his fall in January. He reports some localized discomfort on his knee but no redness or increased warmth. Lump measures approx 1.5 inches x 1.5 inches, non-movable, non tender to palpation | Routine |

Joseph Molina MD POSTED ON 4/13/2023 11:10:23 AM PDT                    Type: MD NOTE

cc order placed for open mri if possible.

Addendum:

SOAP NOTE BY: Arlene Edusada RN POSTED ON 4/16/2023 9:47:57 AM PDT        Type: RN NOTE

## Subjective

Seen for mobility assessment follow up.

## Objective

| BP: 135/87 | Temp: 98.0 | Pulse: 82 | Resp: 18 | Wt: NA | Sa02: 97 | BS: NA | Pain: 0 |
|---|---|---|---|---|---|---|---|

IP is alert and oriented to self, time, place and situation. Breathing is even and unlabored on RA. Skin is warm, dry and pink. Speech is clear and spontaneous. Ambulatory with steady gait. IP seen ambulating without a cane.

## Assessment

Risk for injury

## Plan

IP with active orders for cane, back and knee brace, with intermittent wheelchair use.
Observed IP ambulating without assistive devices, without any gait issues or incidence of fall.
ADA assessment form completed.
Pending MDSC follow up.
Advised IP to fill out medical request form for changes in medical condition. IP voiced understanding.

KUYKENDALL, NIEROBI RASHEEN  100006094 (22726980)

**KUYKENDALL 015**

| Appointment Name | | Appointment Date | |
|---|---|---|---|
| Medical Doctor Sick Call | | 5/11/2023 12:00:00 AM PDT | |
| **Offsite Type** | **Specialty** | **Reason** | **Priority** |
| Onsite | Radiology- Ultrasound | 43 y/o male who reports persitent lump on his right knee since his fall in January. He reports some localized discomfort on his knee but no redness or increased warmth. Lump measures approx 1.5 inches x 1.5 inches, non-movable, non tender to palpation | Routine |

| Addendum: | Marissa Barlisan RN on 4/6/2023 11:15:00 AM |
|---|---|
| | <span style="background:black">             </span> |
| | Arlene Edusada RN on 4/16/2023 11:49:17 AM |
| | IP has been independent with his ADLS. IP used his cane with ambulation previously, but this RN never assisted IP with eating, bathing, ambulation, toileting, dressing, grooming, & phone use. |

Marissa Barlisan RN POSTED ON 4/16/2023 11:30:59 AM PDT                                              Type: RN NOTE

24 Hr face to Face completed with 24 hours:
Date of receipt: 04/16/23
Date of Completion: 04/16/23
Chief Complaint: "took ultrasound on my knee, would like copies of the results please. Still waiting on xrays of head, neck, ankle, knee and shoulder 4th request."

Disposition: Request for release of ultrasound result forwarded to MRU. No pending xray scheduled. IP made aware.

| Addendum: | |
|---|---|

SOAP NOTE BY: Marissa Barlisan RN POSTED ON 4/16/2023 2:12:49 PM PDT                          Type: RN NOTE

### Subjective

| 24 Hr face to Face completed with 24 hours: |
|---|
| Date of receipt: 04/16/23 |
| Date of Completion: 04/16/23 |
| <span style="background:black"> </span> |
| IP requesting for xray of neck, shoulders, R knee and ankle. Claims fall in January and still having pain. |

### Objective

| BP: 135/87 | Temp: 98 | Pulse: 82 | Resp: 18 | Wt: | Sa02: 97 | BS: NA | Pain: 0 |
|---|---|---|---|---|---|---|---|

IP alert, speech clear and spontaneous.
IP noted to ambulate w/ steady gait, w/ no assistive device.
R knee noted w/ soft lump, IP claims pain w/ pressure.

### Assessment

| Altered comfort |
|---|

KUYKENDALL, NIEROBI RASHEEN  100006094 (22726980)

**KUYKENDALL 016**

# EXHIBIT H

KUYKENDALL 017

Frederick Wycoco NP POSTED ON 4/21/2023 12:30:51 PM PDT                                           Type: NP NOTE

ADA function performance assessment review as of 4/16/23

According to ADA assessment done by RN5341 that includes: Eating, walking, mobility, bathing, dressing, toileting, grooming, and use of telephone, pt has no functional impairment and is independent with his ADA function

There are also multiple documentation from nursing and sworn staff about patient's independence. No history of nursing assistance with ADLs while in medical housing.

Pt is currently in MOB boarder for ADA impairment but pt is no longer impaired as evidenced by ADA function performance assessment, and multiple documentation no impairments with his ADLs and ADA by medical/sworn staff, and is medically stable to r/u to m/l

Addendum:    Frederick Wycoco NP on 4/21/2023 12:32:34 PM
              pt also refusing scheduled lab works and outpatient referrals

Patricia Batenga RN POSTED ON 4/21/2023 12:32:38 PM PDT                                           Type: RN NOTE

Spoke with Public Defender Brianne Murphy informing this writer that her client told her yesterday that he was in a lot of pain. She also questioned about the wheelchair.

Explained to her that the wheelchair is for intermittent use, for long distance use only.

IP is currently housed in MOB. And in several pain medications.

Addendum: