1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600
3  San Diego, California 92101-8474
   Tel: 619.814.5800 Fax: 619.814.6799
4
   Elizabeth M. Pappy (SBN 157069)
5  E-mail: epappy@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
6  60 South Market Street, Suite 1000
   San Jose, California 95113-2336
7  Tel: 408.606.6300 Fax: 408.606.6333

8  Attorneys for Defendant
   COUNTY OF SAN DIEGO
9
10                  UNITED STATES DISTRICT COURT

11                SOUTHERN DISTRICT OF CALIFORNIA

12 | DARRYL DUNSMORE, ERNEST | Case No. 3:20-cv-00406-AJB-DDL
   | ARCHULETA, ANTHONY |
13 | EDWARDS, REANNA LEVY, JOSUE | **DECLARATION OF DR.**
   | LOPEZ, CHRISTOPHER NELSON, | **MONTGOMERY IN RESPONSE**
14 | CHRISTOPHER NORWOOD, and | **TO DECLARATION OF LISA**
   | LAURA ZOERNER, on behalf of | **LANDERS [DKT. 281-13]**
   | themselves and all others similarly |
15 | situated, | Judge: Hon. Anthony J. Battaglia

16                 Plaintiffs,

17           v.

18 SAN DIEGO COUNTY SHERIFF'S
   DEPARTMENT, COUNTY OF SAN
19 DIEGO, CORRECTIONAL
   HEALTHCARE PARTNERS, INC.,
20 TRI-CITY MEDICAL CENTER,
   LIBERTY HEALTHCARE, INC.,
21 MID-AMERICA HEALTH, INC.,
   LOGAN HAAK, M.D., INC., SAN
22 DIEGO COUNTY PROBATION
   DEPARTMENT, and DOES 1 TO 20,
23 inclusive,

24                 Defendants.

25

26 ///

27 ///

28 ///

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4892-9688-2274 v2                    1               3:20-cv-00406-AJB-DDL
                                                MONTGOMERY DECL. RE LANDERS

I, JON MONTGOMERY, declare as follows:

1.      I have personal knowledge of the matters herein and would competently testify to them if called to do so.  I am the Medical Director for the Detention Services Bureau, Medical Services Division, of the San Diego County Sheriff's Department.  My role is to oversee medical services for the incarcerated persons housed in all seven (7) San Diego County Sheriff's Department Jail Facilities.  I am a licensed Physician in the State of California and have been since 2009.  I have worked for the Sheriff's Department since 2019.

2.      I have reviewed the declaration of Ms. Lisa Landers [Dkt. 281-13] submitted by Plaintiffs in support of their Motion for Preliminary Injunction, as well as the medical records from Ms. Landers' incarceration in the San Diego County Jail system. I reserve the right to modify or update my opinions below upon receipt of additional information; due to time constraints, I was not able to conduct a thorough review of the entire file.

3.      In her declaration, Ms. Landers states that she used a walker in the community prior to her incarceration and that she was not allowed to bring her walker with her to the jail.  She also claims that a doctor in the community recommended a wheelchair for her.  (Landers Decl. [Dkt. 281-13], ¶¶ 3-4.)  Ms. Landers further contends that she finally received a walker after her attorneys specifically requested this accommodation for her.  (*Id*., ¶ 5.)

4.      If an arrestee/detainee arrives at intake to County jail with an assistive device, they are permitted to keep the device.  It would not be seized on intake unless it was modified or otherwise posed a security risk, and in that case the device would be exchanged with one belonging to the County.

5.      I did not see any indication that Ms. Landers arrived to the County with a walker or wheelchair, or that she reported her prior use of mobility device and requested it during intake. A Release of Information (ROI) form was signed by Ms. Landers, so that her prior medical records could be obtained by the County, but

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4892-9688-2274 v2

2

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE LANDERS

these records from the community clinic were not available until July 12, 2022.

6.      The first indication of a mobility issue in the County's records was on July 8, 2022, when Ms. Landers submitted a grievance wherein she stated, "for my gout and neuropathy, can no longer walk." On that same day, Ms. Landers was seen by a nurse practitioner as an add-on appointment for complaints of a swollen right ankle from gout and pain to both knees and her right ankle. She was provided with anti-inflammatory medications for pain management and prescribed a walker to assist with ambulation. She was then admitted to the MOB (Medical Observation) for continued observation and monitoring during a five day period. Additional labs were ordered to assess the reported history of gout. (Ex. A.)

7.      When she arrived in the MOB Ward by way of an escort in a wheelchair, R.N. Baliwan noted that Ms. Landers said "I need a walker to walk" and "My attorney told me to use a walker." When she was in the unit, Ms. Landers was observed ambulating with a steady gait and not using the walker in the cell. However, Ms. Landers retained the walker as ordered. (Ex. B.)

8.      On July 9, 2022, Ms. Landers was seen by the nurse practitioner for a follow-up appointment. Ms. Landers stated that she was unable to walk the day before and that her knees still hurt. The nurse practitioner ordered x-rays of Ms. Landers' right ankle and both knees to evaluate her complaints of pain. (Ex. C.) A summary of the right ankle study was normal: [Multiple views of the right ankle do not show evidence of fracture, dislocation, or lytic or blastic lesions. The ankle mortise is well maintained and symmetrical, and there is no underlying soft tissue swelling. Normal right ankle.]. The imaging studies of the knee did not show any acute trauma, swelling or injury. [There is a minimal amount of arthritic changes of the right knee with hypertrophic changes to the patella, femur and tibia with interspace narrowing but there is no acute trauma. Minimal arthritic changes right knee.]

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4892-9688-2274 v2                                     3                          3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE LANDERS

Case 3:20-cv-00406-AJB-DDL    Document 311-9    Filed 05/17/23    PageID.13306
Page 4 of 30

9.      On July 12, 2022, the County received the medical records for Ms. Landers from Family Health Centers, noting her use of a walker and the recommendation for use of a wheelchair as needed for pain/stability.

10.      On July 18, 2022, Dr. Christensen noted that Ms. Landers was requesting a wheelchair for her gout as her legs hurt.  However, a registered nurse noted that same day that Ms. Landers was seen walking with a steady gait and without her walker during breakfast. Later that day, another registered nurse saw Ms. Landers in the dayroom without her walker.  As such, the wheelchair request was deferred, though the walker was retained.  (Ex. D.)

11.      On August 16, 2022, Ms. Landers was seen by a physician in response to her request for compression stockings because she used them on the "outside" [i.e. outside of jail] when she had leg swelling or flare-ups of her gout and/or neuropathy.  The physician approved Ms. Landers' request.  (Ex. E.)

12.      Gout and arthritis are chronic conditions, and exacerbations could potentially cause significant discomfort and affect mobility.  However, it appears that exacerbations rarely occurred . While a wheelchair, walker or ambulatory device was available for use, it appears that the equipment was infrequently used, and that Ms. Landers preferred to ambulate on her own.  For example, Ms. Landers was seen ambulating with a steady gait and without using her walker on November 14, 2022.  (Ex. F.)  The next day, Ms. Landers told RN Castleberry that her feet/ankles were swollen on November 15, 2022, that she had been walking a lot and she had just run across the dayroom.  (*Id.*)

13.      On November 25, 2022, Ms. Landers complained of having a swollen right ankle but she ambulated with a steady gait.  RN Lazaro noted Ms. Landers was not wearing her compression stocking, prescribed shoes, or walker, and she was encouraged to use her assistive devices and shoes/stockings to help.  (Ex. G.)

///

///

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4892-9688-2274 v2

4

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE LANDERS

14.    On December 2, 2022, Ms. Landers was seen ambulating with a steady gait and without any assistive devices.  (Ex. H.)  On December 7, 2022, although she had a slight limp in her right leg, Ms. Landers was seen without her walker or her compression stockings.  (Ex. I.)  Ms. Landers was also seen ambulating without any aid from her walker on December 17, 2022.  (Ex. J.)  On December 27, 2022, Ms. Landers was reminded to use her walker as prescribed.  (Ex. K.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 15, 2023, at San Diego, California.

JON MONTGOMERY

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4892-9688-2274 v2                                5                          3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE LANDERS

# EXHIBIT A

**LANDERS 001**



Las Colinas
451 Riverview pkwy.
Santee, CA 92071
619-2583200

4/27/2023 7:24:24 AM PDT

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Tiffany Torres NP on 7/8/2022

2:20:28 PM PDT

| | | |
|---|---|---|
| **Patient:** LANDERS, LISA | **#:** 400021469 (22725436) | **Class:** 5 |
| **DOB:** ▓▓▓ (Age=54) | **Sex:** F | **Race:** B |
| **Housing:** LCDR-M-3-05-1 | **Court Date:** 5/16/2023 1:30:00 PM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 6/20/2022 8:33:35 AM PDT | **Proj. Rel:** |

## APPLIANCE REQUESTED:

| | | |
|---|---|---|
| ☐ Cane | ☐ Splint | ☐ Wheelchair |
| ☐ Crutches | ☐ Orange Shoes* | ☑ Other (Specify) |

front wheel walker

Medical condition being treated by prosthetic appliance:

R ankle swelling/pain

☑ Patient has been counseled on the importance of compliance to prescribed medical prosthetic appliance regimen and that removal of the device or non-compliance with the prescribed regimen will result in discontinuation of the device.

## Duration:

| | | |
|---|---|---|
| ☑ Days | ☐ Months | ☐ Continuous |

Number of days/months: 14

☐ Prior records indicate patient has had prosthetic medical appliance in the past one year.

☐ Prior incarceration in past one year indicating use.

☐ New indication with this incarceration.

---

## *Orange Shoes indications:

## Duration:

| | | |
|---|---|---|
| ☐ Days | ☐ Months | ☐ Continuous |

Number of days/months:

☐ Nerve injury with foot drop (peroneal nerve palsy) such that shower shoes fall off.

LANDERS, LISA   400021469 (22725436)

**LANDERS 002**

- ☐ Safety issue while using crutches with one foot having non-weight bearing status – the other weight bearing foot can have a shoe.

- ☐ Prosthetic lower extremity.

- ☐ Replace orange shoes due to wear.

- ☐ Schedule ADA RN Sick Call

# EXHIBIT B

**LANDERS 004**

Addendum:

Mercedes Gabriel RN POSTED ON 7/3/2022 12:43:03 PM PDT                                Type: RN NOTE

Seen by NP with order noted.

Pt left MOB escorted by the Deputy to 4A @ 1242 in stable condition via wheelchair for easy movement.

Addendum:

Marites Sunglao RN POSTED ON 7/3/2022 9:05:42 PM PDT                                   Type: RCC

See progress notes,

Addendum:

Addendum:

SOAP NOTE BY: Tiffany Torres NP POSTED ON 7/8/2022 2:24:04 PM PDT                       Type: NP NOTE

**Subjective**

mdsc add on

LANDERS, LISA   400021469 (22725436)

**LANDERS 005**

cc: R ankle swollen, unable to walk

hpi: 53 y/o F endorses her R ankle is swollen from hx gout, states she takes gabapentin for mgmt at home. Denies taking allopurinol or colcichine. Per HU deputies, Pt was ambulatory yesterday, but today was c/o b/l knee pain and R lateral ankle pain, requesting gabapentin for pain. Pt denies recent trauma, fall, or MOI that could have caused her current sxs.

## Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

gen: well-appearing, nad, nontoxic

heent: normocephalic, eomi, non-traumatic

cardiac: skin warm and color appropriate for ethnicity

pulm: no respiratory distress, unlabored breathing, speaks in full sentences

m/s: ambulatory with w limp, R lateral malleolus appears swollen, but no redness, no other swelling noted to BLE

## Assessment

R lateral ankle swollen

- admit to mob for obs/monitoring, ok for walker to assist w ambulation

- indomethacin 50mg bid x5 days for pain/swelling

- uric acid and bmp ordered for futher eval of hx

## Plan

mdcc when uric acid and bmp result, mdsc in am for f/u

| Diagnostic Name | Scheduled Date | Doctor |
|-----------------|----------------|--------|
| ███████████████ | ███████████████ | ███████████████ |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Indomethacin Oral | 50 MG | 1 | 7/8/2022 8:00:00 PM | 7/13/2022 7:59:00 PM | Take 50 mg by mouth TWICE DAILY for 5 day(s). Dispense 10 capsule. 0 Refill(s) *ATE |

| Addendum: | |
|-----------|---|

---

Ana Adraneda RN POSTED ON 7/8/2022 3:40:19 PM PDT                                    Type: RN NOTE

pt inially came from pro-visit to mob to be admitted overnight per NP- ambulatory with steady gait at approx 1430. Left to retrieve his belongings from 4A and pt was ambulating as well with steady gait without any assistive device.

| Addendum: | |
|-----------|---|

---

SOAP NOTE BY: Julie Baliwan RN POSTED ON 7/8/2022 4:05:12 PM PDT                     Type: RN NOTE

## Subjective

"I need walker to walk"

"My attorney told me to use walker."

"why should I be here only for 24 hours i need a walker!"

## Objective

LANDERS, LISA   400021469 (22725436)

| BP: 144/84 | Temp: 98.8 | Pulse: 66 | Resp: 16 | Wt: na | Sa02: 97 | BS: na | Pain: |
|---|---|---|---|---|---|---|---|

Admit to MOB per NP Torres d/t R ankle swollen, unable to walk.

Received here in MOB around 1530 via wheelchair w/ deputy # 5165 w/ her 2 brown bags of belongings.

A/O to name, place, month & situation. Speech clear and spontaneous.

Breathing easy & regular, skin color normal for ethnicity.

Calm, pleasant, answering questions appropriately.

Denies HA, dizziness, changes in vision or any discomfort or any concerns at this time.

Ambulatory w/ steady gait. Observed pt up & about in her cell. Lifting her walker above her head multiple times.

Pt observed that she is not using the walker inside her cell as seen in the monitor for 30 minutes as witnessed by RN 6290, deputy #4590.

## Assessment

Alt in comfort.

Fall precaution.

## Plan

Maintained universal precautions

Oriented to her room & MOB routine.

Wallker is given as ordered.

Health teaching given.

Made aware that she is going be here for 24 hours.

All her questions were answered.

Instructed to notify staff if condition worsens.

Voice understanding.

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| ████████████████████████████████████ | | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Indomethacin Oral | 50 MG | 1 | 7/8/2022 8:00:00 PM | 7/13/2022 7:59:00 PM | Take 50 mg by mouth TWICE DAILY for 5 day(s). Dispense 10 capsule. 0 Refill(s) *ATE |

Addendum:

LANDERS, LISA   400021469 (22725436)

**LANDERS 007**

# EXHIBIT C

LANDERS 008



Las Colinas
451 Riverview pkwy.
Santee, CA 92071
619-2583200

4/27/2023 7:19:41 AM PDT

**Progress Notes - LANDERS, LISA 400021469 (22725436)**

---

Doreen Marasigan RN POSTED ON 7/8/2022 9:47:58 PM PDT                    Type: RN NOTE

Pt was seen during MOB rounds and med pass. pt was able to ambulate using her walker, c/o of pain on right ankle.

Pt is alert and oriented. Breathing even and unlabored.

Meds given and tolerated.

Addendum:

---

Juan Graciano LVN POSTED ON 7/9/2022 10:08:56 AM PDT                    Type: LVN NOTE

Author gave ALL of AM medications on 7/8/22; inputed into Tech-care, erroneously dropped from charting.

Addendum:

---

SOAP NOTE BY: Tiffany Torres NP POSTED ON 7/9/2022 12:15:44 PM PDT                    Type: NP NOTE

**Subjective**

mdsc

cc: f/u ambulation

hpi: 53 y/o F was unable to walk yesterday d/t c/o "gout". x2 RNs have informed NP that Pt is ambulating well, w no difficulties. One nurse even saw Pt lifting the walker above her head and walking w/o it for 30 minutes yesterday. When seeing Pt today, reports she still needs the walker and that her b/l knees hurt. Appeared to be offended when I shared the nurses' observations w her walking w/o her walker.

**Objective**

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|---|---|---|---|---|---|---|---|

gen: nad, nontoxic
heent: normocephalic, eomi, non-traumatic
cardiac: skin warm and color appropriate for ethnicity
pulm: no respiratory distress, unlabored breathing, speaks in full sentences
neuro: AAOx3, ambulatory w walker, equal and symmetric movement of all extremities, no swelling/obvious abnormality to b/l knees, R lateral malleolus w mild swelling but no erythema/surrounding edema

**Assessment**

Difficulty w ambulation
- ordered b/l knee xrs and R ankle xr to eval her complaints
- can move to ward, no need for iso

**Plan**

mdcc when complete w xr's

LANDERS, LISA   400021469 (22725436)

**LANDERS 009**

# EXHIBIT D

**LANDERS 010**

## Assessment

Alteration in comfort.

## Plan

███████████████████████████████████████████

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| XR KNEE COMPLETE 4V | 7/9/2022 12:01:00 AM PDT | Torres, Tiffany NP |
| XR KNEE COMPLETE 4V | 7/9/2022 12:01:00 AM PDT | Torres, Tiffany NP |
| XR ANKLE LIMITED | 7/9/2022 12:01:00 AM PDT | Torres, Tiffany NP |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Acetaminophen Extra Strength Oral | 500 MG | 2 | 7/17/2022 10:39:44 PM | 7/17/2022 11:59:59 PM | Take 1000 mg by mouth NOW for 1 day(s). Dispense 2 tablet. 0 Refill(s). *SNP for headache. *ATE Profile Only |

Addendum:
Tiffany Torres NP on 7/9/2022 4:59:13 PM
changed pain med to ibuprofen 800mg bid

███████████████████████████████████████████

Mary Ann Desor RN POSTED ON 7/18/2022 5:01:00 AM PDT                                    Type: RN NOTE

Seen pt walking, steady gait w/o using her walker during breakfast.  Pt states "I'm good" when asked re: headache.  NAD.  No other complaints made.

Addendum:

David Christensen MD POSTED ON 7/18/2022 7:29:49 AM PDT                                  Type: MD NOTE

Per J21 " I need a wheelchair for my gout pls.  Hard to walk with walker legs hurt to bad at this point".

7/18 RN note: "Seen pt walking, steady gait w/o using her walker during breakfast."

Request for wheelchair deferred.

Addendum:

Mercedes Gabriel RN POSTED ON 7/18/2022 1:46:44 PM PDT                                  Type: RN NOTE

At this time, pt seen in dayroom getting the shower chair from the deputy carrying it inside the shower close to ward3. Pt not using her walker.

Addendum:

# EXHIBIT E

LANDERS 012

Ashley Jalil RN POSTED ON 8/16/2022 4:00:20 PM PDT                                    Type: RN NOTE

Pt returned from court at 1545 with no further complaints at this time.

Addendum:

---

SOAP NOTE BY: Rana Ram MD POSTED ON 8/19/2022 11:21:35 AM PDT                          Type: MD NOTE

### Subjective

mdsc

cc: "need compression stockings"

hpi: 54yo F seen on morning MOB rounds, pt requesting compression socks, uses them prn on the outside when she has leg swelling/flareup of her gout/neuropathy. Denies hx of VTE

### Objective

| BP: 112/71 | Temp: 97.8 | Pulse: 71 | Resp: 18 | Wt: 0 | Sa02: 96 | BS: NA | Pain: |
|---|---|---|---|---|---|---|---|

vitals noted


gen: nad, nontoxic F, in wheelchair

heent: nc/at, eomi

pulm: No resp distress, unlabored breathing

extr: no edema b/l, distal pulses intact, b/l LE well perfused

neuro: a/ox3, fluent speech, no obvious tremors, moves all extr

### Assessment

54yo F w intermittent edema/hx of gout, neuropathy

### Plan

ok to provide w compression stocking, form completed


mdsc prn

# EXHIBIT F

LANDERS 014

SOAP NOTE BY: Maria Vargas-Pippins RN POSTED ON 11/14/2022 2:51:32 PM PST                                    Type: RN NOTE

**Subjective**

no complaints made

**Objective**

| BP: 162/85 | Temp: 96.9 | Pulse: 91 | Resp: 18 | Wt: | SaO2: 97 | BS: | Pain: |
|---|---|---|---|---|---|---|---|

pt seen @ am mob rounds @ 0845

pt ambulates with steady gait to the dayroom

pt not using walker

bp elevated @ 162/85 but is asymp

no ha/va changes/dizziness

no cough. no cp. no prob breathing.

no c/o pain or discomfort

**Assessment**

alt health maint

**Plan**

cto in mob

cont current tx plan

am meds given

pt to report changes in condition to staff

pt understands

Addendum:

███████████████████████████████████████████

Merlyn Firme RN on 11/10/2022 3:14:12 PM

Per statcare defer Gabapentin renewal ro on site provider. Pt c/o pain/swelling to her ankles. Informed pt she is scheduled for MDSC in am.

Offered tylenol for pain. " Oh that is not going to work".

Dana Castleberry RN POSTED ON 11/15/2022 5:08:21 AM PST                                    Type: RN NOTE

@2120 Feeling good. Just my feet/ankles are swollen. She had been walking a lot, and ran across the dayroom prior to this complaint. Cooperative with meds and vitals. ████████████████████

Addendum:

███████████████████████████████████████████████████████████████████████████████████████

Addendum:

SOAP NOTE BY: Owen Gambiza RN POSTED ON 11/15/2022 9:43:21 PM PST                                    Type: RN NOTE

LANDERS, LISA   400021469 (22725436)

**LANDERS 015**

# EXHIBIT G

**LANDERS 016**

Instructed Pt to notify medical staffs/Dep for any changes in medical condition, verbalizes understanding.

| Addendum: | Ninfa Lazaro RN on 11/25/2022 10:34:06 PM |
| | Rechecked at 2204: BP 118/69; Pulse 55 |

SOAP NOTE BY: Merlyn Firme RN POSTED ON 11/29/2022 10:09:30 AM PST                          Type: RN NOTE

### Subjective

" I am alright, my ankle is still swollen, it only hurts when you touch it."
Denies chest pain, HA, blurry vision.

### Objective

| BP: 146/77 | Temp: 97.1 | Pulse: 62 | Resp: 17 | Wt: na | Sa02: 96 | BS: na | Pain: na |

Seen in the dayroom @ 0814-
Alert and oriented x3, breathing even and unlabored, skin color normal to ethnicity, non diaphoretic. Speak clearly in full sentences, no cough, no SOB or respiratory distress. Noted swelling to R. ankle, no erythema to site, Hx of gout. Ambulates with steady gait, NAD.

### Assessment

Altered health maintenance

### Plan

Encouraged to elevate affected extremity as tolerated.
Took am meds as ordered.
Continue current tx plan including hourly checks of signs of life.
Pt to notify staff for any change in medical condition.

| Addendum: | Ninfa Lazaro RN on 11/25/2022 10:34:06 PM |
| | Rechecked at 2204: BP 118/69; Pulse 55 |
| | |
| | Merlyn Firme RN on 11/29/2022 11:22:54 AM |
| | Noticed pt not wearing compression stocking and orange shoes. Ambulates without using walker. Encouraged to use assistive device, orange shoes and stockings as ordered. |

Vicki Love NP POSTED ON 11/29/2022 11:10:25 AM PST                          Type: NP NOTE

MDCC
CC Pls review records from SGH

Reviewed records
Reviewed EMAR
No new orderes

| Addendum: | |

SOAP NOTE BY: Dana Castleberry RN POSTED ON 11/29/2022 9:32:40 PM PST                          Type: RN NOTE

### Subjective

# EXHIBIT H

LANDERS 018

Addendum:

Ninfa Lazaro RN on 11/25/2022 10:34:06 PM

Rechecked at 2204: BP 118/69; Pulse 55

Merlyn Firme RN on 11/29/2022 11:22:54 AM

Noticed pt not wearing compression stocking and orange shoes. Ambulates without using walker. Encouraged to use assistive device, orange shoes and stockings as ordered.

---

Mary Ann Desor RN POSTED ON 12/2/2022 1:05:15 AM PST                                          Type: RN NOTE

@ 2300 12/1/22

Pt ambulates to the bathroom w/ steady gait w/o any use of assistive devices.   Pt claims she feels better .

For neuro check as ordered.

Addendum:

---

Mary Ann Desor RN POSTED ON 12/2/2022 5:23:45 AM PST                                          Type: RN NOTE

During breakfast 0400, pt able to ambulate to the cell door to get her breakfast w/ steady gait.  Pt states "I'm fine now"  w/ equal gripped, denies any numbness or tingling.  Pt claims "it comes & go".

Addendum:

---

David Christensen MD POSTED ON 12/2/2022 7:29:05 AM PST                                        Type: MD NOTE

Pls eval.  pt c/o both arm/shoulder pain accompanied by numbness & tingling sensation, claims onset of symptoms since she got out from the hospital.  Stat care notified.

Hosptial records reviewed.

Tylenol ordered.

Addendum:

---

Marybel Villarta RN POSTED ON 12/2/2022 9:45:48 AM PST                                         Type: RN NOTE

Seen pt during AM medpass. Neuro check done. Pt is alert and oriented x3, PERRLA, no facial asymmetry, speech is clear and coherent, equal hand grasp strength, equal leg strength, able to wiggle and lift fingers and toes, no tremors, no drifting noted. Advised pt to inform nursing staff for any changes in condition. Pt verbalized understanding.

Addendum:

---

SOAP NOTE BY: Lisa Phan RN POSTED ON 12/2/2022 9:47:05 AM PST                                  Type: RN NOTE

**Subjective**

Patient stated " I am good."

" Both my arms are hurt."

**Objective**

| BP: 132/86 | Temp: 97.7 | Pulse: 97 | Resp: 20 | Wt: 242.6 | Sa02: 95 | BS: na | Pain: 5 |

Seen in ward cell @ 850. Alert and oriented x3, calm and cooperative, breathing even and unlabored. Skin is warm and well perfused. Slow walking with steady gait.

Complained both arms hurt, numbness & tingling in touch.

# EXHIBIT I

LANDERS 020

| Appointment Name | Appointment Date |
|---|---|
| | |

| Addendum: | Ninfa Lazaro RN on 11/25/2022 10:34:06 PM |
|---|---|
| | Rechecked at 2204: BP 118/69; Pulse 55 |
| | |
| | Merlyn Firme RN on 11/29/2022 11:22:54 AM |
| | Noticed pt not wearing compression stocking and orange shoes. Ambulates without using walker. Encouraged to use assistive device, orange shoes and stockings as ordered. |
| | |
| | Binita Chettri RN on 12/4/2022 2:09:21 PM |
| | BP elevated 158/103, pulse 119. Tachycardic. Asymptomatic. No chest pains or SOB. Pt advised to let medical know of any changes. Verbalized understanding |
| | |
| | Elma Amanonce RN on 12/6/2022 1:19:19 AM |
| | Pt is not for blood draw. |

SOAP NOTE BY: Merlyn Firme RN POSTED ON 12/7/2022 10:55:32 AM PST          Type: HEALTHCARE REQUEST 24 HOUR

## Subjective

" My ankle is always swollen, I use my stockings if my leg swell up. I wear my orange shoes when I go out in the patio and if I go to court. " Denies any pain or discomfort.

## Objective

| BP: 164/92 | Temp: 97.3 | Pulse: 70 | Resp: 16 | Wt: NA | Sa02: 96 | BS: NA | Pain: NA |
|---|---|---|---|---|---|---|---|

@ 0738- Seen in the dayroom for meds and V/s.

Pt alert and oriented x3, breathing even and unlabored. Skin color normal to ethnicity, warm and dry to touch. No SOB/respiratory distress. With slight swelling to R. ankle. Observed pt not wearing compression stockings/ orange shoes and walker. Slight limp to R. leg when ambulating.

## Assessment

Altered health maintenance

## Plan

Encouraged to use her walker/compression stockings and orange shoes as ordered.
Elevate affected leg as tolerated. Voiced understanding.
Continue current tx plan including hourly checks for signs of life.
Pt to notify staff for any change in medical condition.

LANDERS, LISA   400021469 (22725436)

**LANDERS 021**

# EXHIBIT J

LANDERS 022

**Plan**

Continue current tx plan

Patient instructed to practice good hand hygiene, social distancing, use of mask, cough etiquette.

Patient was informed to notify staff of any health changes.

Patient verbalized understanding.

Addendum:

SOAP NOTE BY: Marisol Gomez-Mercado RN POSTED ON 12/17/2022 1:01:43 AM PST                    Type: RN NOTE

**Subjective**

"I am doing okay, no pain

**Objective**

| BP: 148/84 | Temp: 97.5 | Pulse: 62 | Resp: 17 | Wt: NA | Sa02: 96 | BS: NA | Pain: 0 |

Pt. seen in cell, up and about, A&OX4, regular unlabored breathing, NAD, vss, skin warm, dry and intact. Pt. seen ambulating with out aid from walker. Pt. started sleep study @ 2130. Device turned on (all green lights on) and secured properly to pt.

**Assessment**

Alt. Health Assessment

**Plan**

Pt. was instructed to notify if condition changes, pt. verbalized understanding.

Addendum:

Addendum:

SOAP NOTE BY: April Esquibel RN POSTED ON 12/17/2022 7:15:39 PM PST                    Type: RN NOTE

**Subjective**

"I'm ok"

**Objective**

| BP: 153/89 | Temp: 97.7 | Pulse: 92 | Resp: 18 | Wt: NA | Sa02: 95 | BS: NA | Pain: NA |

Pt seen outside ward 2, A&O x3, verbally responsive. Breathing even and unlabored NAD. Skin warm snd dry, normal color for ethnicity. Ambulatory with steady gait.

**Assessment**

LANDERS, LISA   400021469 (22725436)

**LANDERS 023**

# EXHIBIT K

LANDERS 024

**Plan**

Continue current plan of care

Encourage increase PO hydration as tolerated

Advised to report to medical/sworn any change in condition

| Appointment Name | Appointment Date |
|---|---|
| Medical Doctor Sick Call | 12/20/2022 12:00:00 AM PST |
| Medical Doctor Sick Call | 12/28/2022 12:00:00 AM PST |

Addendum:

---

SOAP NOTE BY: Merlyn Firme RN POSTED ON 12/27/2022 9:41:58 AM PST                                    Type: RN NOTE

**Subjective**

" I am alright."

Denies pain or discomfort.

**Objective**

| BP: 164/76 | Temp: 97.3 | Pulse: 66 | Resp: 17 | Wt: NA | Sa02: 96 | BS: NA | Pain: NA |
|---|---|---|---|---|---|---|---|

@ 0802- Seen pt in the dayroom.

Alert and oriented x3, breathing even and unlabored.

Skin color normal to ethnicity, non diaphoretic.

No SOB/rspiratory distress. Ambulates with steady gait without using devices.

**Assessment**

@ Risk for fall or injury

Altered health maintenance

**Plan**

Remind pt to use her walker as ordered.

Pt to notify staff for any change in medical condition.

| Appointment Name | Appointment Date |
|---|---|
| Medical Doctor Sick Call | 12/20/2022 12:00:00 AM PST |
| Medical Doctor Sick Call | 12/28/2022 12:00:00 AM PST |

Addendum:

---

SOAP NOTE BY: Dana Castleberry RN POSTED ON 12/28/2022 12:17:41 AM PST                                    Type: RN NOTE

**Subjective**

No medical or psychosocial complaints

**Objective**

| BP: 183/99 | Temp: 97.5 | Pulse: 58 | Resp: 20 | Wt: NA | Sa02: 95 | BS: NA | Pain: NA |
|---|---|---|---|---|---|---|---|

Pt ambulates to door for VS and meds through food flap. Alert, oriented and answers questions appropriately. Breathing even and unlabored, NAD, non diaphoretic, skin is warm to touch. She does not feel like she has a fever or chills. No SOB or chest pain noted.

LANDERS, LISA   400021469 (22725436)

**LANDERS 025**