Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendant
COUNTY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 TO 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **DECLARATION OF DR. MONTGOMERY IN RESPONSE TO DECLARATION OF MAURICE LITTLEJOHN [281-14]** <br><br> Judge: Hon. Anthony J. Battaglia |
|---|---|

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4853-3769-3284 v1

1

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE LITTLEJOHN

I, JON MONTGOMERY, declare as follows:

1. I have personal knowledge of the matters herein and would competently testify to them if called to do so. I am the Medical Director for the Detention Services Bureau, Medical Services Division, of the San Diego County Sheriff's Department. My role is to oversee medical services for the incarcerated persons housed in all seven (7) San Diego County Sheriff's Department Jail Facilities. I am a licensed Physician in the State of California and have been since 2009. I have worked for the County Detention Services Bureau since 2019.

2. I have reviewed the declaration [Dkt. 281-14] of Mr. Maurice Littlejohn submitted by Plaintiffs in support of their Motion for Preliminary Injunction, as well as medical records from Mr. Littlejohn's incarcerations in the San Diego County Jail system. I reserve the right to modify or update my opinions below upon receipt of additional information; due to time constraints, I was not able to conduct a thorough review of the entire file.

3. In his declaration, Mr. Littlejohn states that he was injured during his arrest in July 2022, and he was given a wheelchair to use while he healed. (Littlejohn Decl. [281-14] ¶ 3.) Mr. Littlejohn states that he was assigned to the Central Jail, unit 5B, but was not assigned to a specific bed assignment. (*Id*., ¶ 4.) However, it is my understanding and belief that all incarcerated residents are assigned to a specific bed. With the wheelchair authorization, Mr. Littlejohn would have been restricted to the lower bunk and lower tier.

4. Mr. Littlejohn states that there was a riot a few months after he was booked, during which he stood up next to his wheelchair to stay safe. (Littlejohn Decl. [281-14] ¶ 6.) During the altercation on October 18, 2022, Mr. Littlejohn was observed on CCTV standing up, walking, and almost running out of the dayroom. (Exh. A, 002-003) It does not appear the wheelchair was removed immediately, as Mr. Littlejohn states; instead, an evaluation for the appropriate DME was requested on October 19, 2022. (Decl.¶ 6; see Exh. A, 005) It was then noted on October 27,

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4853-3769-3284 v1

2

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE LITTLEJOHN

2022, that there was no longer an indication for the wheelchair. (Exh. A, 004) Mr. Littlejohn was prescribed TED hose, however, due to lower extremity edema. (*Id.*)

5. Mr. Littlejohn requested a wheelchair on October 26, 2022. (Exh. A, 003.) However, the physician assessed his request and denied it based on observations of "no ambulation issues on my evaluation," and noted "no medical indication for assistive device currently." (Ex. A, 004.)

6. On January 6, 2023, Mr. Littlejohn was seen in the medical clinic for complaints of increased leg pain and discomfort. The provider noted a progressive redness and swelling and that the swelling caused him pain with walking. The clinician started medical treatment and provided a cane for ambulatory support. The infection was resistant to treatment and required hospitalization. Upon his return to the County's facility, Mr. Littlejohn was provided a wheelchair for temporary assistance in ambulation during his continued recovery. In sum, it appears that Mr. Littlejohn has received assistive devices as needed to facilitate his mobility while healing from injury or infection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 16, 2023, at San Diego, California.

JON MONTGOMERY

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4853-3769-3284 v1

3

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE LITTLEJOHN

# EXHIBIT A

**LITTLEJOHN 001**



George Ba ey
446 A ta Rd., Su te 5300
San D ego, CA 92158
619-6612789

4/28/2023 8:24:54 AM PDT

**Progress Notes - LITTLEJOHN, MAURICE DWIGHT 400006553 (22728794)**

Jamee yn Barrera RN POSTED ON 10/19/2022 4:23:03 AM PDT                                            Type: RN NOTE

Dep0212 request ng rev ew WHEELCHAIR chrono. Pat ent was nvo ved n an a tercat on 10/18/22 and can be seen on CCTV ambu at ng ndependent y throughout the modu e. As of 10/19/22 0422, there s no WHEELCHAIR f ag act ve.

Addendum:

LITTLEJOHN, MAURICE DWIGHT  400006553 (22728794)

**LITTLEJOHN 002**

| Em za Cornejo NP POSTED ON 10/19/2022 2:50:08 PM PDT | Type: NP NOTE |
|---|---|

CC; "Dep0212 request ng rev ew of WHEELCHAIR chrono. Pat ent was nvo ved n an a tercat on 10/18/22 and can be seen on CCTV ambu at ng ndependent y throughout the modu e. As of 10/19/22 0422, there s no WHEELCHAIR f ag act ve (exp 10/15). Sworn s request ng to have pt rev ewed to determ ne f he needs to have a whee cha r or not. If pt no onger needs a whee cha r, t w be taken from the pat ent."

I have watched the CCTV and I saw when the pat ent stood up from h s WC, wa ked and a most ran out of the day room dur ng a tercat on. Pt does not need the WC at th s t me

Addendum: ▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| M che e Dav s RN POSTED ON 10/26/2022 1:46:30 PM PDT | Type: RN NOTE |
|---|---|

no report of var ce a symptoms. no rash seen. afebr e.
screen ng form for var ce a exposure comp eted.
nstructed to report any prob em s/sx of ch cken pox.
p verba zed understand ng.

Addendum: ▇▇▇▇▇▇▇▇▇

| SOAP NOTE BY: Joseph Mo na MD POSTED ON 10/26/2022 3:30:12 PM PDT | Type: MD NOTE |
|---|---|

**Subjective**

"Court order: The sher ff s ordered for deft. to be seen by med ca staff wh e n custody as soon as poss b e."

pt s request ng for a cane or a whee cha r. He reports no recent trauma to h s egs.

He s request ng for TED sock renewa . Adm ts to eat ng soups and comm ssary.

**Objective**

| BP: 0/0 | Temp: 96.6 | Pu se: 0 | Resp: 0 | Wt: 0 | Sa02: 0 | BS: NA | Pa n: |
|---|---|---|---|---|---|---|---|

44M NAD
P easant affect
L m ted exam due to safety
Observed beh nd ce door where he was ab e to ba ance on one foot and ambu ate w thout ssue
Approx mate y 2 to 3+ p tt ng edema b atera y

**Assessment**

LITTLEJOHN, MAURICE DWIGHT  400006553 (22728794)

**LITTLEJOHN 003**

1. No ambulation issues on my evaluation
Previously observed on camera running per chart review
2. Hx of DVT, on xarelto--compliant
3. suspect venous insufficiency

### Plan

1. No medical indication for assistive device currently
2. advised compliance
3. TED hose

| Treatment Name | Order Sig | Start | Stop |
|---|---|---|---|
| TED HOSE | once in p.m. | 10/26/2022 6:00:00 PM PDT | 10/30/2022 11:59:59 PM PDT |

Addendum:

---

Claudette Magno RN POSTED ON 10/27/2022 1:43:31 AM PDT                                Type: RN NOTE

Patient seen during LTSC to issue TED hose. patient given size large after security check by dep 0879. Patient stated "I need something bigger than this but I'll try this tonight" will attempt to give XL if available in exchange for Large. no other complaints at this time.

Addendum:

---

Cherry Pink Medina RN POSTED ON 10/27/2022 8:58:33 PM PDT                             Type: RN NOTE

Retrieved old pair of TED hose and issued new pair of TED hose size XL as witnessed by deputy 3028. Instructed patient to call medical / sworn for any acute change in condition. Verbalized understanding.

Addendum:

---

LITTLEJOHN, MAURICE DWIGHT  400006553 (22728794)

**LITTLEJOHN 004**

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| | | | |
| Medical Chart Review | 10/19/2022 | Dep0212 requesting review of WHEELCHAIR chrono. Patient was involved in an altercation on 10/18/22 and can be seen on CCTV ambulating independently throughout the module. As of 10/19/22 0422, there is no WHEELCHAIR flag active (exp 10/15). Sworn is requesting to have pt reviewed to determine if he needs to have a wheelchair or not. If pt no longer needs a wheelchair, it will be taken from the patient. | 10/19/2022 |
| | | | |
| Medical Doctor Sick Call | 1/6/2023 | COURT ORDER- 1/6/23" Defendant to be seen by jail medical as soon as possible." P is eval, L eg redness and swelling, old wound on top of Left feet. Wound picture taken and downloaded in Techcare. | 1/6/2023 |

LITTLEJOHN, MAURICE DWIGHT  400006553 (22728794)

**LITTLEJOHN 005**

LITTLEJOHN, MAURICE DWIGHT  400006553 (22728794)

**LITTLEJOHN 006**