Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendant
COUNTY OF SAN DIEGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 TO 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF DR. MONTGOMERY IN RESPONSE TO DECLARATION OF KEVIN MARTIN [DKT. 281-15]**<br><br>Judge: Hon. Anthony J. Battaglia |

///

///

///

I, JON MONTGOMERY, declare as follows:

1. I have personal knowledge of the matters herein and would competently testify to them if called to do so. I am the Medical Director for the Detention Services Bureau, Medical Services Division, of the San Diego County Sheriff's Department. My role is to oversee medical services for the incarcerated persons housed in all seven (7) San Diego County Sheriff's Department Jail Facilities. I am a licensed Physician in the State of California and have been since 2009. I have worked for the County Sheriff's Department since 2019.

2. I have reviewed the declaration of Mr. Kevin Martin [Dkt. 281-15] submitted by Plaintiffs in support of their Motion for Preliminary Injunction, as well as the medical records from Mr. Martin's incarcerations in the San Diego County Jail system. I reserve the right to modify or update my opinions below upon receipt of additional information; due to time constraints, I was not able to conduct a thorough review of the entire file.

3. In his declaration, Mr. Martin states that throughout 2022, his requests for a cane and a lower bunk assignment to assist with his back pain, which was caused by sciatica, were allegedly denied by jail medical staff. (Martin Decl. [Doc. 281-15], ¶¶ 3-4.) He also claims that it took over a year for him to be given a wheelchair. (*Id.*, ¶ 5.) It should be noted that Mr. Martin was in and out of custody numerous times in 2021-2022; however, no mobility concerns were expressed at any of these bookings and Mr. Martin was never processed at intake in possession of a mobility device.

4. When Mr. Martin was received in October 2021, he had a history of multiple incarcerations but no prior reports or history of mobility concerns. In November 2021, Mr. Martin went through a quarantine period with regular wellness checks and had no problems. The first indication in Mr. Martin's County medical records of any pain or discomfort was on January 4, 2022, when Mr. Martin complained of constipation and a skin lesion/abscess. On January 15, 2022, notes

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4892-3070-5508 v2

2

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE MARTIN

indicate that Mr. Martin said he was attacked and beaten up by "Michael Jordan." However, there was no objective indicia of any physical injury; accordingly, Mr. Martin was scheduled for a psychiatric consult. Mr. Martin was discharged from custody on November 17, 2022.

5. The Sick Calls summarized in Mr. Martin's County medical records for 2021-2022 do not reference any complaints about mobility or back pain related to sciatica. (*See generally*, Ex. A.)

6. When Mr. Martin was re-booked on December 23, 2022, there were no alerts or indications of any mobility or communication concerns. Although Mr. Martin states in his declaration that he fell climbing down from his upper bunk on or about December 14, 2022, and slipped in the shower on December 23, 2022, he was not in the County's custody between his discharge on November 17, 2022, until he was returned to custody. There are no records of any "man down" or incident report reflecting a fall (or any other incident) during December 2022. Further, there are no indications in the medical record of either a medical encounter or psychiatric sick call/patient visit between the dates of November 7, 2022, and February 6, 2023.

7. I was unable to locate any grievances in the system submitted by Mr. Martin which reference sciata, a request for a mobility/assistive device, or which reference any indication of slipping/falling in the shower or from his bunk.

8. Instead, many of the encounters referenced in Mr. Martin's records and sick calls reference his mental health. For example, on October 20, 2021, a referral was made for Mr. Martin to have a psychological evaluation after he came to sick call with a white circular object (which looked like a fridge magnet) that he had "superglued" to his ear, saying that it was his hearing aid. (*See* Ex. A.) On January 9, 2022, it was noted that Mr. Martin was delusional because he believed he was an actor in a movie that was being filmed in his module. On March 15, 2022, it was noted that the court found Mr. Martin not mentally competent to stand trial. (*Id.*)

9. Mr. Martin does not provide a booking or JIMS number, or a date of

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4892-3070-5508 v2

3

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE MARTIN

birth in his declaration (Doc. 281-15), but his name and the timing of his custody matches. I was not able to find another Kevin Martin who was in custody in 2021-2022. However, none of the mobility issues attested to in the declaration of Mr. Martin are reflected in his records.

10. Mr. Martin is still in County custody, and I was unable to find any indication of mobility limitations or chronic physical impairments. Mr. Martin is under the care and treatment of the facility mental health and behavior health practitioners and appears to be responding to therapy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 17, 2023, at San Diego, California.

JON MONTGOMERY

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4892-3070-5508 v2

4

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE MARTIN

# EXHIBIT A

**MARTIN 001**

George Ba ey  
446 A ta Rd., Su te 5300  
San D ego, CA 92158  
619-661 2789

4/27/2023 12:14:00 PM PDT

### Sick Calls - MARTIN, KEVIN 22752829

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
|  |  |  |  |
| Reg stered Nurse S ck Ca | 1/9/2022 | SOAP Note | 1/9/2022 |
|  |  |  |  |
| Reg stered Nurse S ck Ca | 1/15/2022 | SOAP Note | 1/15/2022 |
| QMHP | 1/9/2022 | LDS 12/26/21 PT de us ona , be ves hes an actor and current y f m ng a move n h s modu e. He endorsed AH/ CAH of woman te ng m to k h mse f. He contracted for safety. Pt s a 1368PC | 1/20/2022 |
|  |  |  |  |

MARTIN, KEVIN DEAN  400222949 (22752829)

**MARTIN 002**

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| | | | |
| Psych atry S ck Ca | 3/15/2022 | 6-weeks 03/24/22, med. f/u UPDATE: PC 1370 per court order 3/10/22. 1370 fo ow-up. Rec eved a Court Order dated 3/10/22: Court f nds defendant not menta y competent to stand tr a bound to PSH/JBCT. PC 1370. Current y comp ant on Psych med cat ons. Needs a back up IM psych meds. | 3/24/2022 |
| | | | |

MARTIN, KEVIN DEAN  400222949 (22752829)

**MARTIN 003**

MARTIN, KEVIN DEAN 400222949 (22752829)

**MARTIN 004**