1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600
3  San Diego, California 92101-8474
   Tel: 619.814.5800 Fax: 619.814.6799
4
   Elizabeth M. Pappy (SBN 157069)
5  E-mail: epappy@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
6  60 South Market Street, Suite 1000
   San Jose, California 95113-2336
7  Tel: 408.606.6300 Fax: 408.606.6333

8  Attorneys for Defendant
   COUNTY OF SAN DIEGO, (Also
9  erroneously sued herein as SAN DIEGO
   COUNTY SHERIFF'S DEPARTMENT,
10 and SAN DIEGO COUNTY
   PROBATION DEPARTMENT)

11              UNITED STATES DISTRICT COURT

12            SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14 DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-00406-AJB-DDL |
| | **DECLARATION OF DR. MONTGOMERY IN RESPONSE TO DECLARATION OF VICTOR MEDRANO [281-16]** |
| Plaintiffs, | Judge: Hon. Anthony J. Battaglia |
| v. | |
| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 TO 20, inclusive, | |
| Defendants. | |

///

1    I, JON MONTGOMERY, declare as follows:

2    1.    I have personal knowledge of the matters herein and would

3 competently testify to them if called to do so.  I am the Medical Director for the

4 Detention Services Bureau, Medical Services Division, of the San Diego County

5 Sheriff's Department.  My role is to oversee medical services for the incarcerated

6 persons housed in all seven (7) San Diego County Sheriff's Department Jail

7 Facilities.  I am a licensed Physician in the State of California and have been since

8 2009.  I have worked for the County Detention Services Bureau since 2019.

9    2.    I have reviewed the declaration [Dkt. 281-16] of Mr. Victor Medrano

10 submitted by Plaintiffs in support of their Motion for Preliminary Injunction, as well

11 as medical records from Mr. Medrano's incarcerations in the San Diego County Jail

12 system.  I reserve the right to modify or update my opinions below upon receipt of

13 additional information; due to time constraints, I was not able to conduct a thorough

14 review of the entire file.

15    3.    Mr. Medrano was booked on May 23, 2022.  No mobility issues were

16 noted or expressed by Mr. Medrano during intake, and no mobility devices were

17 requested during intake.  (Exh. A, 002.) Mr. Medrano is on a cardiac diet with

18 hypertension and prescribed medication. (Exh. A, 003.)  At the chronic condition

19 clinic, it was noted Mr. Medrano has hypertension, Graves' disease (an autoimmune

20 disorder that frequently causes hyperthyroidism), and hyperthyroidism, controlled

21 by medication.  (Exh. A, 004.)

22    4.    During a sick call request, Mr. Medrano noted that he had been in a

23 motorcycle accident in 2021 in which he broke both ankles and had multiple

24 surgeries at UCSD.  He signed a Release of Information (ROI) form so that the

25 County could obtain and review his records, and obtain appliances if needed.  Mr.

26 Medrano did not request any accommodations other than special shoes. (Exh. A,

27 005)

28 ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4877-5385-2260 v2                          2                3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE MEDRANO

5.     Mr. Medrano states that he fell in the shower and has fallen twice while trying to transfer from his wheelchair to his bunk.  (Medrano Decl. ¶¶ 3, 6.)  I could not locate any incident or occurrence reports or identify any medical encounter due to a fall in his cell or dormitory setting, or that was associated with the use or operation of a wheelchair.

6.     Mr. Medrano did apparently fall outside the first tier shower area in 7A on June 7, 2022.  (Exh. B)  He claims in his declaration that he had a heart attack and fell in the shower.  (Medrano Decl. [281-16], ¶ 3.)  The medical records indicate that there were actually two separate events: on June 7th, Mr. Medrano fell outside the shower and sprained his right ankle; on July 15th, the second event occurred, which was the reported instance of chest pain, subsequently diagnosed as atrial fibrillation.  When Mr. Medrano was seen on June 7, 2022, he reported that he fell and hurt his back. (Exh. B.)  He was sent to the ER for further evaluation via ambulance. (*Id*.)  Mr. Medrano was diagnosed with a right ankle sprain and given a walker for 14 days.  (Exh. A, 006.) UCSD records indicate an X-ray of his ankle was negative for fracture.  (Exh. A, 007.)

7.     On June 8, 2022, NP Romero evaluated Mr. Medrano for use of crutches or a walker while his sprained ankle was healing.  Mr. Medrano said he needed a wheelchair but the NP noted it was not medically indicated for the sprained ankle.  Mr. Medrano was escorted in a wheelchair by Deputy Gustafson, and he was instructed to grab on to the desk and wheelchair in order to transfer to the bed.  Instead, Mr. Medrano slid down from the wheelchair and sat on the floor, and stated he would sit there until he could speak to a supervisor. The medical walker was left inside the cell for Mr. Medrano.  (Exh. C.)

8.     On August 1, 2022, NP Kahl authorized a wheelchair for Mr. Medrano to use for longer distances due to his right ankle strain and unstable gait.  (Exh. A, 011)  It appears he also retained the walker.

///

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4877-5385-2260 v2                                3                    3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE MEDRANO

9.      On January 20, 2023, Mr. Medrano was given new orange shoes (for the shower), to replace his older ones. (Exh. A, 008-009.)

10.     On January 20, 2023, Dr. Katrina noted Mr. Medrano's complaint of chronic back pain following a compression fracture from motor vehicle accident in 2019.  He was prescribed an extra mattress.  (Exh. A, 010.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 16, 2023, at San Diego, California.

JON MONTGOMERY

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4877-5385-2260 v2

4

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE MEDRANO

# EXHIBIT A

**MEDRANO 001**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

4/28/2023 1:57:18 PM PDT

## PSYCHIATRIC PROGRESS NOTE - Completed by: Mian Jan Psychiatrist on 12/5/2022 3:53:27 PM PST

| Patient: MEDRANO, VICTOR MANUEL | #:700000789 (22721270) | Class:4 |
| DOB | Sex:M | Race:H |
| Housing:SDCJ-7-B-08-B | Court Date:8/1/2023 8:40:00 AM | Type: |
| Status:ACTIVE | Booking Date:5/23/2022 8:56:45 PM PDT | Proj. Rel: |

### Progress Note Type:

☑ Psych atr c Progress Note        ☐ Forens c Psych atr c Progress Note

### Patient Review:

☐ AIMS

☐ D agnost cs

☐ EMAR

☐ Menta Hea th Notes

☐ Progress Notes

Approx mate T me of Encounter:

1111

### Encounter Location:

☐ Book ng          ☐ Ce S de          ☐ C n c

☑ Interv ew Treatment Room    ☐ Other

Other:

### SUBJECTIVE:

Psych atr c Progress Note

INTERVAL HISTORY:



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

4/28/2023 1:56:37 PM PDT

## Treatments - MEDRANO, VICTOR 22721270

| Name | SIG | Ordered By | Start | Stop |
|------|-----|-----------|-------|------|
| BP CHECK PER SNP | once  n a.m. | Aaron Streufert NP | 5/24/2022 | 5/28/2022 |
| Lab Draw | once  n a.m. | N cho as Kah  NP | 6/18/2022 | 6/24/2022 |
| BP CHECK PER SNP | every other day | V ck  Love NP | 7/8/2022 | 7/21/2022 |
| BP CHECK PER SNP | once a week | N cho as Kah  NP | 7/11/2022 | 8/9/2022 |
| Lab Draw | once  n a.m. | N cho as Kah  NP | 7/11/2022 | 7/17/2022 |
| EKG | once  n a.m. | N cho as Kah  NP | 7/11/2022 | 7/17/2022 |
| PLEASE GIVE A SNACK WITH THE CAREVEDIOL DOSES TO PREVENT GI UPSET | as d rected | Oz oma Enworom NP | 7/16/2022 | 10/13/2022 |
| Draw  abs that are current y orderded. | once  n a.m. | Jess ca Romero NP | 7/18/2022 | 7/22/2022 |
| Snack w th Carved  o dose to prevent GI upset | tw ce a day | N cho as Kah  NP | 7/24/2022 | 10/21/2022 |
| BP CHECK PER SNP | once a week | Obe  Borrajero NP | 8/14/2022 | 10/12/2022 |
| Lab Draw | once  n a.m. | N cho as Kah  NP | 9/1/2022 | 9/5/2022 |
| p s draw TSH, T3 and T4 pr or to ENDO appt on 10/5 | as d rected | Em  za Cornejo NP | 9/26/2022 | 9/30/2022 |
| Snack w th Carved  o dose to prevent GI upset | tw ce a day | N cho as Kah  NP | 10/22/2022 | 7/18/2023 |
| BP CHECK PER SNP | once a week | SNP Adm n DO | 9/20/2022 | 12/18/2022 |
| EAR IRRIGATION | once  n a.m. | Jon Montgomery DO | 9/26/2022 | 9/30/2022 |
| WEIGHT | as d rected | M an Jan MD | 10/11/2022 | 1/18/2023 |
| OTHER | once  n p.m. | Jon Montgomery DO | 10/14/2022 | 10/16/2022 |
| ORANGE SHOES | as d rected | Katr na John MD | 1/20/2023 | 1/20/2023 |
| extra mattress | as d rected | Katr na John MD | 1/20/2023 | 1/26/2023 |

MEDRANO, VICTOR MANUEL  700000789 (22721270)

**MEDRANO 003**

Pt w th reported HX of HTN and HLD. pt says he was DX'd w th HTN about 12 years ago. pt had thyro d nodu e wh ch caused ep sodes of Tachycard a and A-F b. Pt says h s Thyro d s now we managed w th Meth mazo e. HTN deve oped 2/2 uncontro ed Hyperthyro d sm. Pt says now, h s BP s contro ed w th Carved o . pt reports at home he eat hea thy d et.

Pt reports fee ng we r ght now, den es CP, den es SOB.

## ASSESSMENT OF SYSTEMS/PHYSICAL EXAM:

### CONSTITUTIONAL:

| | Normal | Abnormal | Not Assessed | |
|---|---|---|---|---|
| Genera Appearance | ☑ | ☐ | ☐ | ☐ D stressed |
| Other (descr be be ow) | ☑ | ☐ | ☐ | ☐ D aphoret c |

Deta s and Other F nd ngs:

### HEENT:

| | Normal | Abnormal | Not Assessed | |
|---|---|---|---|---|
| Eyes | ☑ | ☐ | ☐ | ☐ Sc era Icterus |
| -Pup s | ☑ | ☐ | ☐ | |
| -Extraocu ar Movements | ☑ | ☐ | ☐ | |
| -V sua Acu ty | ☐ | ☐ | ☑ | |
| -Fundoscopy | ☐ | ☐ | ☑ | |
| Ears | ☐ | ☐ | ☐ | |
| -Ear Cana s | ☑ | ☐ | ☐ | |
| -Tympan c Membranes | ☑ | ☐ | ☐ | |
| -Hear ng Acu ty | ☐ | ☐ | ☑ | |
| Nose | ☑ | ☐ | ☐ | |
| S nuses | ☐ | ☐ | ☑ | |
| Oropharynx | ☑ | ☐ | ☐ | ☐ Thrush |
| -Ora Mucosa | ☑ | ☐ | ☐ | ☐ Leukop ak a |
| -Teeth | ☑ | ☐ | ☐ | ☐ Intra-Ora Les on(s) |
| Lymph Nodes | ☑ | ☐ | ☐ | ☐ Lymphadenopathy |
| Thyro d | ☑ | ☐ | ☐ | |
| Other (descr be be ow) | ☐ | ☐ | ☑ | |

Deta s and Other F nd ngs:

### RESPIRATORY:

| | Normal | Abnormal | Not Assessed | |
|---|---|---|---|---|
| Chest Wa | ☑ | ☐ | ☐ | |
| Breath Sounds | ☑ | ☐ | ☐ | ☐ Wheez ng |
| Percuss on | ☑ | ☐ | ☐ | ☐ Ra es |
| Other (descr be be ow) | ☑ | ☐ | ☐ | |

Deta s and Other F nd ngs: Resp even and un abored, speak ng n Fu sentences

MEDRANO, VICTOR MANUEL  700000789 (22721270)

**MEDRANO 004**

Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

4/28/2023 2:04:31 PM PDT

**Sick Calls - MEDRANO, VICTOR 22721270**

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| ███████████ | | ████████████████████████████████████ | ███████ |
| Med ca  Doctor S ck Ca | 5/26/2022 | IP reports be ng  nvo ved  n motorcyc e acc dent  ast year  n wh ch he broke both ank es, states he had mu t p e surger es at UCSD and  s unab e to wear regu ar ja  s ppers d/t  njur es. ROI for UCSD s gned, pend ng records P ease rev ew records once rece ved and comp ete app ance author zat on form f nd cated. thank you. | 5/26/2022 |
| ████████████ | | | ████ |
| ████████████ | | ██████████████████████████████████████ | |
| ██████████ | | | ████ |
| ████████ ████████████ | | | ████ |
| █████ ███████ | ████████████████████████████████ | | |
| ████████████ | | | ████ |
| ███████ | | ████████████████████████████ | ████ |
| ████████████ | | █████████████████████████████████████ | ████ |
| ████████ | | ██████████████ | ████ |
| ████████ | | ███████████ | ████ |
| ████████████████████████████████████████████████ | | | |
| ███████ | █████████ | | |
| ████████████████████████████████████████ | | | ████ |
| ██████ | █████████ | | |
| ███████████████████████████████████████████ | | | |
| ██████ | ████████ | | |

MEDRANO, VICTOR MANUEL  700000789 (22721270)

**MEDRANO 005**



Centra Ja                                                          4/28/2023 2:01:40 PM PDT
1173 Front Street
San D ego, CA 92101
619-6152454

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Jessica Romero NP on 6/8/2022

10:52:24 AM PDT

| | | |
|---|---|---|
| **Patient:** MEDRANO, VICTOR MANUEL | **#:** 700000789 (22721270) | **Class:** 4 |
| **DOB** ▇▇▇ | **Sex:** M | **Race:** H |
| **Housing:** SDCJ-7-B-08-B | **Court Date:** 8/1/2023 8:40:00 AM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 5/23/2022 8:56:45 PM PDT | **Proj. Rel:** |

### APPLIANCE REQUESTED:

| ☐ Cane | ☐ Sp nt | ☐ Whee cha r |
|---|---|---|
| ☐ Crutches | ☐ Orange Shoes* | ☑ Other (Spec fy) |

Wa ker

Med ca cond t on be ng treated by prosthet c app ance:

R ght spra n ank e

☑ Pat ent has been counse ed on the mportance of comp ance to prescr bed med ca prosthet c app ance reg men and that remova of the dev ce or non-comp ance w th the prescr bed reg men w resu t n d scont nuat on of the dev ce.

### Duration:

| ☑ Days | ☐ Months | ☐ Cont nuous |
|---|---|---|

Number of days/months: 14

☐ Pr or records nd cate pat ent has had prosthet c med ca app ance n the past one year.

☐ Pr or ncarcerat on n past one year nd cat ng use.

☐ New nd cat on w th th s ncarcerat on.

---

**\*Orange Shoes indications:**

### Duration:

| ☐ Days | ☐ Months | ☐ Cont nuous |
|---|---|---|

Number of days/months:

☐ Nerve njury w th foot drop (peronea nerve pa sy) such that shower shoes fa off.

Genera Appearance: Awake, a ert, n no resp ratory d stress.

Head: NTAC

Eyes: sc era c ear

Resp ratory: Resp even and un abored, speak ng n Fu sentences

Mouth: Mucous membranes mo st

Extrem t es: S tt ng n whee Cha r. Pt was ab e to stand and use crutches. Pt s request ng a wa ker nstead.

## Assessment

1. R ght ank e spra n

## Plan

> wa ker
> mdcc when UCSD fu notes ava ab e.

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Ibuprofen Ora | 200 MG | 2 | 6/8/2022 12:56:21 PM | 6/9/2022 11:59:59 PM | Take 400 mg by mouth TWICE DAILY for 2 day(s). D spense 8 tab et. 0 Ref (s) KOP *ATE Prof e On y |

Addendum:

---

Em za Cornejo NP POSTED ON 6/12/2022 9:18:16 AM PDT                     Type: NP NOTE

MDCC: "Rev ew UCSD records

UCSD med ca record on 6/7/22 - 6/8/22 rev ewed:

Eva uated for r ght back pa n and r ght ank e pa n after fa ng. XR r ght ank e and pe v s no acute osseous abnorma ty. Med ca y c eared to return to ja .

Addendum:



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

4/28/2023 2:01:45 PM PDT

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Katrina John MD on 1/20/2023

11:09:55 AM PST

| | | |
|---|---|---|
| **Patient:** MEDRANO, VICTOR MANUEL | **#:** 700000789 (22721270) | **Class:** 4 |
| **DOB** ▮▮▮▮▮ | **Sex:** M | **Race:** H |
| **Housing:** SDCJ-7-B-08-B | **Court Date:** 8/1/2023 8:40:00 AM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 5/23/2022 8:56:45 PM PDT | **Proj. Rel:** |

### APPLIANCE REQUESTED:

| | | |
|---|---|---|
| ☐ Cane | ☐ Sp nt | ☐ Whee cha r |
| ☐ Crutches | ☑ Orange Shoes* | ☐ Other (Spec fy) |

Med ca cond t on be ng treated by prosthet c app ance:

☐ Pat ent has been counse ed on the mportance of comp ance to prescr bed med ca prosthet c app ance reg men and that remova of the dev ce or non-comp ance w th the prescr bed reg men w resu t n d scont nuat on of the dev ce.

### Duration:

| | | |
|---|---|---|
| ☐ Days | ☐ Months | ☑ Cont nuous |

Number of days/months:

☐ Pr or records nd cate pat ent has had prosthet c med ca app ance n the past one year.

☐ Pr or ncarcerat on n past one year nd cat ng use.

☐ New nd cat on w th th s ncarcerat on.

_____

### *Orange Shoes indications:

### Duration:

| | | |
|---|---|---|
| ☐ Days | ☐ Months | ☑ Cont nuous |

Number of days/months:

☐ Nerve njury w th foot drop (peronea nerve pa sy) such that shower shoes fa off.

☐ Safety ssue wh e us ng crutches w th one foot hav ng non-we ght bear ng status the other we ght bear ng foot can have a shoe.

MEDRANO, VICTOR MANUEL  700000789 (22721270)

**MEDRANO 008**

- [ ] Prosthet c  ower extrem ty.
- [x] Rep ace orange shoes due to wear.
- [ ] Schedu e ADA RN S ck Ca



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

4/28/2023 2:01:46 PM PDT

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Katrina John MD on 1/20/2023

11:16:06 AM PST

| Patient: MEDRANO, VICTOR MANUEL | #: 700000789 (22721270) | Class: 4 |
|---|---|---|
| DOB: ███████ | Sex: M | Race: H |
| Housing: SDCJ-7-B-08-B | Court Date: 8/1/2023 8:40:00 AM | Type: |
| Status: ACTIVE | Booking Date: 5/23/2022 8:56:45 PM PDT | Proj. Rel: |

### APPLIANCE REQUESTED:

| ☐ Cane | ☐ Sp nt | ☐ Whee cha r |
|---|---|---|
| ☐ Crutches | ☐ Orange Shoes* | ☑ Other (Spec fy) |

extra mattress

Med ca cond t on be ng treated by prosthet c app ance:

chron c back pa n s/p compress on fracture from MVC n 2019.

☑ Pat ent has been counse ed on the mportance of comp ance to prescr bed med ca prosthet c app ance reg men and that remova of the dev ce or non-comp ance w th the prescr bed reg men w resu t n d scont nuat on of the dev ce.

### Duration:

| ☐ Days | ☐ Months | ☑ Cont nuous |
|---|---|---|

Number of days/months:

☐ Pr or records nd cate pat ent has had prosthet c med ca app ance n the past one year.

☐ Pr or ncarcerat on n past one year nd cat ng use.

☑ New nd cat on w th th s ncarcerat on.

_____

### *Orange Shoes indications:

### Duration:

| ☐ Days | ☐ Months | ☐ Cont nuous |
|---|---|---|

Number of days/months:

☐ Nerve njury w th foot drop (peronea nerve pa sy) such that shower shoes fa off.

MEDRANO, VICTOR MANUEL  700000789 (22721270)

**MEDRANO 010**

Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

4/28/2023 2:01:41 PM PDT

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Nicholas Kahl NP on 8/1/2022 4:51:54 PM PDT

| | | |
|---|---|---|
| **Patient:** MEDRANO, VICTOR MANUEL | **#:** 700000789 (22721270) | **Class:** 4 |
| **DOB** ▓▓▓▓▓▓ | **Sex:** M | **Race:** H |
| **Housing:** SDCJ-7-B-08-B | **Court Date:** 8/1/2023 8:40:00 AM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 5/23/2022 8:56:45 PM PDT | **Proj. Rel:** |

**APPLIANCE REQUESTED:**

| ☐ Cane | ☐ Sp nt | ☑ Whee cha r |
|---|---|---|
| ☐ Crutches | ☐ Orange Shoes* | ☑ Other (Spec fy) |

nterm ttent use of Whee cha r for ong d stance trave

Med ca cond t on be ng treated by prosthet c app ance:

r ght ank e stra n / njury. unstab e Ga t

☑ Pat ent has been counse ed on the mportance of comp ance to prescr bed med ca prosthet c app ance reg men and that remova of the dev ce or non-comp ance w th the prescr bed reg men w resu t n d scont nuat on of the dev ce.

**Duration:**

| ☐ Days | ☑ Months | ☐ Cont nuous |
|---|---|---|

Number of days/months: 2

☑ Pr or records nd cate pat ent has had prosthet c med ca app ance n the past one year.

☐ Pr or ncarcerat on n past one year nd cat ng use.

☐ New nd cat on w th th s ncarcerat on.

_____

**\*Orange Shoes indications:**

**Duration:**

| ☐ Days | ☐ Months | ☐ Cont nuous |
|---|---|---|

Number of days/months:

☐ Nerve njury w th foot drop (peronea nerve pa sy) such that shower shoes fa off.

MEDRANO, VICTOR MANUEL  700000789 (22721270)

**MEDRANO 011**

# EXHIBIT B

**MEDRANO 012**

# SAN DIEGO SHERIFFS DEPARTMENT

## Incident Report

**Incident #:**  224023981

**Incident Dt/Tm:** 06-07-2022 1607

**Incident Type Code:**  ISR     INMATE STATUS REPORT

**Participants**

| Name (L,F,M,S) | JIM/Book # | Facility | Area | HU | Cell | Bed | Inv |
|---|---|---|---|---|---|---|---|
| MEDRANO, VICTOR M. | 700000789 / 22721270 | 1 | 7 | B | 08 | B | O |

**Incident Occurred:**

**Fac:** 1                    **Area:** 7                    **HU:** A

**Location:** 7A dayroom

**Officer:** PMCANASH, MCANANY          **Submitted Dt/Tm:** 06-07-2022 1608

**Update By:** JAPPLESH, APPLEBAUM          **Update Dt/Tm:** 06-07-2022 1619

**Supervisor:** JAPPLESH, APPLEBAUM          **Approval Dt/Tm:** 06-07-2022 1619

**Use of force?** N          **CS Violence?** N          **Inmate Violence?** N          **Contraband?** N

**Facility Damage?** N          **Disciplinary?** N          **Hearing Required?** N

**Action Taken:**                              **Approval Action:**

medical ISR see narrative.

**MEDRANO 013**

# SAN DIEGO SHERIFFS DEPARTMENT

## Incident Report

**Incident Information:**

**Entry Dt/Tm:** 06-07-2022 1618                    **Entered By:** PMCANASH,MCANANY

**Update Dt/Tm:**                                    **Updated By:** ,

**Approved Dt/Tm:** 06-07-2022 1619                  **Approved By:** JAPPLESH,APPLEBAUM

ORIGIN:

On 6/7/2022, I was assigned as a 7th Floor Deputy at the San Diego Central Jail
(SDCJ) when Victor Medrano (BN 22721270) was transported to 3rd Floor Medical
for an emergency medical evaluation.

DEPUTY'S OBSERVATIONS AND ACTIONS:

I observed Medrano laying on the floor, next to the lower-level shower in 7A.
He was awake and talking.  He told me he had fallen and hurt his back.

I locked down the module and he was assessed on scene by NP Romero (No ARJIS).
He was loaded onto a gurney for transport to the 3rd Floor for additional
medical observation and assessment.

CCTV from Module 7A shows Medrano exiting the shower before falling.  He
appears to slip and fall slowly onto his right side after exiting the shower.

I had no further contact with Medrano once he left the 7th Floor.

I was later determined that Medrano should go out for further evaluation via
ambulance to the ER.

**MEDRANO 014**

# EXHIBIT C

MEDRANO 015

# SAN DIEGO SHERIFFS DEPARTMENT

## Incident Report

---

Incident #:  224024075

Incident Dt/Tm: 06-08-2022 1044

Incident Type Code:   ISR        INMATE STATUS REPORT

---

**Participants**

| Name (L,F,M,S) | JIM/Book # | Facility | Area | HU | Cell | Bed | Inv |
|---|---|---|---|---|---|---|---|
| MEDRANO, VICTOR M. | 700000789 / 22721270 | 1 | 7 | B | 08 | B | O |

**Incident Occurred:**

| | | |
|---|---|---|
| **Fac:** 1 | **Area:** 7 | **HU:** A |
| **Location:** SDCJ | | |

| | |
|---|---|
| **Officer:** ACORTESH, CORTEZ | **Submitted Dt/Tm:** 06-08-2022 1048 |
| **Update By:** JAPPLESH, APPLEBAUM | **Update Dt/Tm:** 06-08-2022 1345 |
| **Supervisor:** JAPPLESH, APPLEBAUM | **Approval Dt/Tm:** 06-08-2022 1345 |

| | | | |
|---|---|---|---|
| **Use of force?** N | **CS Violence?** N | **Inmate Violence?** N | **Contraband?** N |
| **Facility Damage?** N | **Disciplinary?** N | **Hearing Required?** N | |

**Action Taken:** _____    **Approval Action:** _____

Medical ISR

---

**MEDRANO 016**

## SAN DIEGO SHERIFFS DEPARTMENT

### Incident Report

**Incident Information:**

| | |
|---|---|
| **Entry Dt/Tm:** 06-08-2022 1045 | **Entered By:** ACORTESH,CORTEZ |
| **Update Dt/Tm:** 06-08-2022 1345 | **Updated By:** JAPPLESH,APPLEBAUM |
| **Approved Dt/Tm:** 06-08-2022 1345 | **Approved By:** JAPPLESH,APPLEBAUM |

ORIGIN:

On 06/08/2022, at approximately 0950 hours, I was assigned as the 3rd Floor
Clinic Deputy position at the San Diego Central Jail (SDCJ).

DEPUTY'S OBSERVATIONS AND ACTIONS:

On 06/08/2022, at approximately 0930 hours, incarcerated person (I/P) Medrano,
Victor (BN#22701270) was escorted from the 7th Floor to the 3rd Floor Clinic
area and was seen using his arms to move the wheelchair briskly into Clinic
Holding Cell #4.

At approximately 0950 hours Medrano was evaluated by Nurse Practitioner (N/P)
Romero for a Medical Doctor Sick Call (MDSC) appointment. N/P Romero reviewed
the medical chart and evaluated him to use a medical crutch or medical walker.

Medrano was given a pair of medical crutches and a medical walker to test out
for his use to move around the clinic hallway. Medrano appeared to use the
medical devices half heartedly and sat back down on the wheelchair. Medrano
claimed he was not able to use the medical devices and needed a wheelchair.
Nurse Hendricks (6369) told Medrano he was not ordered a wheelchair nor needed
a wheelchair per the medical exam. Medrano was told to rest and let the
inflammation on his back to go down with time.

After I was informed from medical that Medrano was cleared and go back to his
cell, Deputy Gustafson (3791) and I escorted Medrano back to the 7th Floor to
be housed. As I entered 7A Cell#7. I positioned Medrano next to his lower bunk
so he could transfer from the wheelchair. I told Medrano to use his hands to
grab onto the cell desk and wheelchair to transfer. Medrano slid down from the
wheelchair and sat onto the floor and did not allow me to help him up.

Medrano stated he was going to sit on the floor until he could speak to a
supervisor. I informed the Deputies on the 7th Floor regarding Medrano's claim
that he could not use a medical walking assistance device as directed by
medical.

Deputy Gustafson provided Medrano the medical walker and placed it in Medrano's
cell for him to access.

**MEDRANO 017**

## SAN DIEGO SHERIFFS DEPARTMENT

**Incident Report**

Deputy Gustafson and I exited the cell at 1005 hours without incident.

Sgt Applebaum (3075) was notified about I/P Medrano's interaction.

See incident #224023891 for prior injury claim.

**MEDRANO 018**