Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendant
COUNTY OF SAN DIEGO

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 TO 20, inclusive,

Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**DECLARATION OF DR. MONTGOMERY IN RESPONSE TO DECLARATION OF RANDALL ROSIER [281-17]**

Judge: Hon. Anthony J. Battaglia

I, JON MONTGOMERY, declare as follows:

1. I have personal knowledge of the matters herein and would competently testify to them if called to do so. I am the Medical Director for the

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4869-1570-1603 v2

1

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE ROSIER

Detention Services Bureau, Medical Services Division, of the San Diego County Sheriff's Department.  My role is to oversee medical services for the incarcerated persons housed in all seven (7) San Diego County Sheriff's Department Jail Facilities.  I am a licensed Physician in the State of California and have been since 2009.  I have worked for the County Detention Services Bureau since 2019.

2.      I have reviewed the declaration [Dkt. 281-17] of Mr. Randall Rosier (Booking #2702983) submitted by Plaintiffs in support of their Motion for Preliminary Injunction, as well as the medical records from Mr. Rosier's incarceration in the San Diego County Jail system.  I reserve the right to modify or update my opinions below upon receipt of additional information; due to time constraints, I was not able to conduct a thorough review of the entire file.

3.      Mr. Rosier is a CDCR prisoner (V-09124) who was most recently sent from the California Medical Facility (CMF) in Vacaville to San Diego County for proceedings in case No. MH11896 (civil commitment/SVP).  An _Armstrong_ summary of Mr. Rosier's disability issues and housing restrictions was provided with his receipt from CDCR.  (Exh. A, 002.)

4.      In his declaration, Mr. Rosier states he had a failed knee surgery and is awaiting back surgery, he cannot walk at all, and he uses a wheelchair. (Rosier Decl. ¶ 3.)  During his last intake screening, on December 29, 2022, it was noted that Mr. Rosier arrived with his personal wheelchair and cushion, and prescription glasses. (Exh. A, 003-010.)  Mr. Rosier was noted as a full-time wheelchair user with a hearing impairment, assigned to lower tier/lower bunk, and provided with foot orthotics, knee braces, shoes, and a wheelchair. Transport restrictions were noted including requirements for special cuffing and a transport vehicle with lift.  (Exh. A, 011.)

5.      Mr. Rosier's declaration does not mention any dates, specific events, locations, or periods of time when in County custody.  Some of the historical information in Mr. Rosier's medical file also is inconsistent with his statements.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4869-1570-1603 v2                                      2                          3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE ROSIER

6.      Mr. Rosier states he has fallen because of the absence of grab bars, resulting in scrapes, bumps, sprains, and aggravation of spinal disks.  (Rosier Decl. ¶ 8.)  The only record of a fall I was able to locate in his voluminous medical record was  a reported instance on December 27th, 2019, when Mr. Rosier apparently experienced a vasovagal syncopal event and fainted while in the restroom. (Ex A, 019-020.)  As he had collapsed on the floor, he was subsequently taken to a community medical center for assessment and clearance. However, this fall was not due to lack of grab bars.  (*See id*.)

7.      There does not appear to be any sick call request (either RN or MD) submitted by Mr. Rosier regarding the need for medical care due to an abrasion, contusion or other injury potentially associated with a fall in the shower or his cell. (*See* Exh. A, 011-014.)  However, Mr. Rosier has submitted various health care requests including but not limited to requests for dandruff shampoo (Exh. A, 021), for an update on his back surgery (Exh. A, 022), for medications (Exh. A, 023), for Gabapentin, for ointment (Exh. A, 023), and for Tums (Exh. A, 026).

8.      There does not appear to be any grievance on file by Mr. Rosier about the presence or lack of grab bars, requesting a shower chair, or any other forms of mobility accommodation.  Mr. Rosier requested a hearing aid due to being hard of hearing, and he was referred to an offsite appointment with audiology to obtain a hearing aid.  (Exh. A, 011 and 024.)

9.      I was able to confirm that Mr. Rosier is currently housed in a Medical Observation Bed (MOB). These rooms have hospital-grade disability accommodations with grab bars in the toilet area and shower area.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 17, 2023, at San Diego, California.

_____
JON MONTGOMERY

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4869-1570-1603 v2                                3                          3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE ROSIER

# EXHIBIT A

ROSIER 001

Em za Cornejo NP POSTED ON 2/6/2023 9:01:41 AM PST                                    Type: NP NOTE

CC: "P ease subm t a new referra to aud o ogy for hear ng a d. "

Referra to Aud ogy p aced

Addendum:

---

Em za Cornejo NP POSTED ON 2/14/2023 4:16:16 PM PST                                   Type: NP NOTE

CC: "Off-S te/Consu t Deferra "

Referra was re-subm ted and now has an appt for Aud o ogy on 3/27

Addendum:

---

Car na Echon RN POSTED ON 2/23/2023 4:02:00 PM PST                                    Type: RN NOTE

Seen ns de IP's ce for Unna boot app cat on per order ststed on 01/26/23, order was q week, IP was very rr tab ,ststed there's noth ng wrong w th h s foot.MDsC schedu ed to re-eva lp

Addendum:



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

4/27/2023 8:35:16 AM PDT

**RECEIVING SCREENING** - Completed by: Bernardo Aguilar RN on 12/29/2022 9:10:42 PM PST



ROSIER, RANDALL   700002731 (22753610)

**ROSIER 003**

ROSIER, RANDALL   700002731 (22753610)

**ROSIER 004**

ROSIER, RANDALL   700002731 (22753610)

**ROSIER 005**

Yes

Whee cha r

Pt brought h s persona  whee cha r and WC cush on.

Yes

V sua  (Category ADM)

Pt brought h s prescr pt on g asses.

ROSIER, RANDALL   700002731 (22753610)

**MENTAL HEALTH SCREENING--Select and Document all that apply**



ROSIER, RANDALL   700002731 (22753610)

ROSIER, RANDALL   700002731 (22753610)

**ROSIER 008**

| Inf rmary/MOB | PSU | OPSD |
|---|---|---|

ROSIER, RANDALL   700002731 (22753610)

ROSIER, RANDALL   700002731 (22753610)

**ROSIER 010**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

4/27/2023 8:28:58 AM PDT

**Sick Calls - ROSIER, RANDALL 22753610**

| Name | Scheduled Date | Reason | Completed Date |
|------|----------------|--------|----------------|
| Second Stage Nurse Eva | 12/29/2022 | Second Stage Nurse Eva schedu ed from Rece v ng Screen ng. Pt transferred from CMF state pr son. P ease rev ew transfer med ca Hx Summary. Pt c a ms that he needs hear ng a des. Pt s W/C bound. Pt brought h s own W/C and W/C cush on. P ease eva . D scharge summary sent to 3rd f oor nurs ng stat on to be scanned. | 12/31/2022 |
| Med ca Doctor S ck Ca | 1/1/2023 | 12/30/22 Per CDCR: DPP CODES: DPW - FULL TIME WHEELCHAIR USER: Requ res whee cha r and whee cha r access b e hous ng at a t mes., DNH - HEARING IMPAIRMENT: Has a hear ng prob em. W need hear ng a d(s) or be spoken to n a oud vo ce. HOUSING RESTRICTIONS: Barr er Free/Whee cha r Access b e, Ground F oor-No Sta rs, Lower/Bottom Bunk On y DURABLE MEDICAL EQUIPMENT: Ar Ce Cush on - H gh Prof e (Roho), Hear ng A d, Brace-Back Support, Mob ty Vest, Eye G asses, Foot Orthoses, Knee Braces, Shoes, Whee cha r PHYSICAL LIMITATIONS TO JOB OR OTHER: L ft ng Restr ct on Unab e to L ft more than 19 Pounds, Spec a Cuff ng Needed, Transport Veh c e w th L ft, Fu T me Whee cha r User, PERMANENT 12-31-9999 Months Pt transferred from CMF state pr son. P ease rev ew transfer med ca Hx Summary. Pt c a ms that he needs hear ng a des. Pt s W/C bound. Pt brought h s own W/C and W/C cush on. P ease eva . Pt. a so came n w th g asses but RN not sure f he can keep them, p eaes asses. | 1/1/2023 |
| | | ███████████████████████████████ | |
| Reg stered Nurse S ck Ca | 12/30/2022 | 12/30/22 Per CDCR: P s comp ete ADA assessment DPP CODES: DPW - FULL TIME WHEELCHAIR USER: Requ res whee cha r and whee cha r access b e hous ng at a t mes., DNH - HEARING IMPAIRMENT: Has a hear ng prob em. W need hear ng a d(s) or be spoken to n a oud vo ce. HOUSING RESTRICTIONS: Barr er Free/Whee cha r Access b e, Ground F oor-No Sta rs, Lower/Bottom Bunk On y DURABLE MEDICAL EQUIPMENT: Ar Ce Cush on - H gh Prof e (Roho), Hear ng A d, Brace-Back Support, Mob ty Vest, Eye G asses, Foot Orthoses, Knee Braces, Shoes, Whee cha r PHYSICAL LIMITATIONS TO JOB OR OTHER: L ft ng Restr ct on Unab e to L ft more than 19 Pounds, Spec a Cuff ng Needed, Transport Veh c e w th L ft, Fu T me Whee cha r User, PERMANENT 12-31-9999 Months | 1/11/2023 |
| Reg stered Nurse S ck Ca | 1/11/2023 | **MUST SEE** Needs NVA reports uses +5.00 read ng g asses but they are n property, he can work w th h ghest we have per Sgt Tyson. | 1/11/2023 |
| | | ███████████████████████████████ | |
| Med ca Doctor S ck Ca | 1/14/2023 | Pat ent s request ng eva uat on for knee and back brace. Pat ent states he uses these da y but they were sent w th h s be ong ngs to pr son. P ease eva uate | 1/15/2023 |

| Name | Scheduled Date | Reason | Completed Date |
|------|---------------|--------|---------------|
| | | | |
| Imported S ck Ca Tr age | 1/17/2023 | 24 Hr. face to Face comp eted w th 24 hours - Date of Rece pt - 01/16/2023 @ 7:54 Date of Comp et on - 01/18/23 @2246 Ch ef Comp a nt - wants vase ne nstead of A&D o ntment D spos t on - | 1/18/2023 |
| Reg stered Nurse S ck Ca | 1/25/2023 | p ease asses pat ent comp a n ng of rashes n face refused v t a and d,request ng vase ne. | 1/25/2023 |
| Med ca Doctor S ck Ca | 1/25/2023 | MUST SEE: 1/25/23 Paro ee/Inmate s request ng: Ass st ve dev ce (DME s) and med ca care | 1/26/2023 |
| | | | |
| Med ca Doctor S ck Ca | 1/28/2023 | IP s request ng c ndomyc n top ca f for rash on face states he took PO ant b ot cs but were nfect ve A so request ng for prov der to rev ew h s med ca records from state pr s on about potent a back surgery and cancer?? | 1/28/2023 |
| Imported S ck Ca Tr age | 1/11/2023 | 24 Hr. face to Face comp eted w th 24 hours - Date of Rece pt - 01/10/2023 @ 8:50 Date of Comp et on - Ch ef Comp a nt - needs back brace, knee brace, hear ng a ds, read ng g asses, and orthoped c shoes D spos t on - | 1/31/2023 |
| Imported S ck Ca Tr age | 1/26/2023 | 24 Hr. face to Face comp eted w th 24 hours - Date of Rece pt - 01/25/2023 @ 12:39 Date of Comp et on - Ch ef Comp a nt - bad ear ache and wants vase ne D spos t on - | 1/31/2023 |
| Imported S ck Ca Tr age | 1/31/2023 | 24 Hr. face to Face comp eted w th 24 hours - Date of Rece pt - 01/31/23 Date of Comp et on - 1/31/23 Ch ef Comp a nt - rash D spos t on - mdsc f/u | 1/31/2023 |
| | | | |
| Med ca Doctor S ck Ca | 2/1/2023 | P ease reassess redness on face, states t has been ongo ng and pr or tx has not worked. a so that he's supposed to have surgery? sa d mr was done wh e he was at p easant va ey pr son | 2/3/2023 |
| | | | |

ROSIER, RANDALL   700002731 (22753610)

**ROSIER 012**

| Name | Scheduled Date | Reason | Completed Date |
|------|------|------|------|
| | | ⬛⬛⬛ | |
| Med ca Doctor S ck Ca | 2/24/2023 | SOAP Note | 2/24/2023 |
| | | ⬛⬛⬛ | |
| Med ca Doctor S ck Ca | 2/25/2023 | Request ng ant dandruff shampoo, c/o severe dandruff and sca p tch ness.P s rev ew or eva f nd cated. | 2/25/2023 |
| Med ca Doctor S ck Ca | 2/26/2023 | Fo ow-Up Per ER D scharge Form | 2/25/2023 |
| Med ca Doctor S ck Ca | 2/27/2023 | p ease see pat ent n person- sent out for CP on 2/25, was g ven meds n the hosp ta . upon return ng- never spoke w th prov der re: meds- doesn't know why he s now on snopr - th nks he was supposed to be a "d g" med cat on (d gox n/d t azem?- adv sed mu t p e meds that start w th that), a so seek ng gabbapent n, c a ms h s back s hurt ng and ncreas ng h s BP | 2/27/2023 |
| Imported S ck Ca Tr age | 2/28/2023 | 24 Hr. face to Face comp eted w th 24 hours - Date of Rece pt - 02/27/2023 @ 11:14 Date of Comp et on - 02/28/2023 @ 1230 Ch ef Comp a nt - says he went to UCSD recent y and d dn't rece ve the meds he was supposed to get when he came back to ja D spos t on - Seen by NP Romero on 02/27/2023.IP was not nterested on any med cat on,per IP h s e evated b ood pressure s because of h s back pa n and wants to get referra for back surgery to neurosurgeon @ UCSD n wh ch per IP was a ready started @ state pr son . IP got pend ng schedu e for MRI. | 3/1/2023 |
| Imported S ck Ca Tr age | 2/21/2023 | 24 Hr. face to Face comp eted w th 24 hours - Date of Rece pt – 2/20/2023 @ 7:16 Date of Comp et on - 03/01/2023 Ch ef Comp a nt - wants an update on when he w get back surgery, s n a ot of pa n every day and says meds do not he p D spos t on - IP states " I just need back surgery",IP got pend ng schedu e for MRI | 3/1/2023 |
| Imported S ck Ca Tr age | 2/12/2023 | 24 Hr. face to Face comp eted w th 24 hours - Date of Rece pt - 02/11/2023 @ 8:24 Date of Comp et on - 03/01/2023 @ 1230 Ch ef Comp a nt - wants se son shampoo for dandruff and sores on face and sca p D spos t on - dandruff shampoo was a ready nc uded n pat ent's emar.Dur ng face to face nteract on pat ent's on y comp a n s h s back pa n and referra to UCSD. | 3/1/2023 |
| | | ⬛⬛⬛ | |
| Imported S ck Ca Tr age | 3/21/2023 | 24 Hr face to Face comp eted w th n 24 hours: Date of Rece pt: 3/14/2023 @ 12:35 Date of Comp et on: Ch ef Comp a nt: Needs A and D O ntment D spos t on: | 3/15/2023 |

ROSIER, RANDALL   700002731 (22753610)

| Name | Scheduled Date | Reason | Completed Date |
|------|----------------|--------|----------------|
| Med ca Doctor S ck Ca | 3/21/2023 | per StatCare, f/u w th ons te prov der re: pa n meds not work ng | 3/22/2023 |
| Imported S ck Ca Tr age | 3/24/2023 | 24 Hr. face to Face comp eted w th 24 hours - Date of Rece pt - 03/23/2023 @ 12:03 Date of Comp et on - Ch ef Comp a nt - "can I p ease get gabapent n n the morn ng and n ght?" D spos t on - Cance ed by stephan e.yee on 3/31/2023 Reason: MDSC | 3/31/2023 |
| | | | |
| Imported S ck Ca Tr age | 4/5/2023 | 24 Hr. face to Face comp eted w th 24 hours - Date of Rece pt - 04/04/23 @ 1700 Date of Comp et on - Ch ef Comp a nt - Request ng co ace and Tums D spos t on - | |
| Med ca Doctor S ck Ca | 4/10/2023 | p ease re-eva pt's Chron c ower back pa n. pt request ng ncrease dose of Gabapent n. | 4/10/2023 |
| | | | |
| Med ca Doctor S ck Ca | 4/17/2023 | p ease address refusa s of s nopr | 4/17/2023 |
| | | | |
| Denta S ck Ca | 10/25/2023 | Denta S ck Ca schedu ed from Rece v ng Screen ng | |

ROSIER, RANDALL   700002731 (22753610)

ROSIER 014

## INMATE WORKER QUESTIONAIRE

1. Have you ever had hepatitis?                                    Yes ☐ No ☑

2. Have you ever had problems with your back?                      Yes ☐ No ☑

3. Can you lift thirty (30) Pounds?                                Yes ☑ No ☐

4. Have you ever had a worker's compensation Claim?               Yes ☐ No ☑

5. Have you ever used IV drugs?                                    Yes ☐ No ☑
   a.  When did you last use the IV drug?          Date: _____

6. Have you ever had a "positive" TB Skin Test?                    Yes ☐ No ☑

7. Have you ever had a hernia?                                     Yes ☐ No ☑

8. Have you had any diarrhea in the last month?                    Yes ☐ No ☑

9. Do you have any medical problems now?                           Yes ☐ No ☑

I certify that the above information is true and correct.

Inmate Signature X _[signature]_    Booking No. _2133857_   Date: _8/14/02_

| Medical History: WT _170_ | BP _170/48_ | Pulse _62_ | Respiration _16_ | Temp _98.3_ |
|---|---|---|---|---|

10.  Eye Check/Sclera Non-Icteric (clear)                    ☑ Yes ☐ No

11.  Range of motion within normal limits?                    ☑ Yes ☐ No

12.  Hands/Arms examined for wounds/needle marks? Clear?      ☑ Yes ☐ No

13.  PPD   Date Given: _8/14/02_  Result _0_ MM    ☐ Not Done

| PP | Date Given: \ \ | Result: | MM | Not Done: ☐ |
|---|---|---|---|---|

Instructed on Universal Precautions and Hand Washing Techniques   ☑ Yes ☐ No

Assessor's Signature: _Montalone_            Date: _8/14/02_   ARJIS NO: _8415_

**DISPOSITION**
☑ Cleared/No restriction                     Date: _8/16_   Facility: _SB_

☐ Cleared/No Food Handling

☐ Denied

Clearance by: _[signature]_                  ARGIS NO: _9800_

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES DIVISION
**INMATE WORKER QUESTIONNAIRE**
Page 1 of 1

☐ DDF  ☐ GBDF/EMDF  ☐ LCDF  ☐ SBDF  ☐ SDCJ  ☐ VDF

Patient's Name: _ROSIER, RANDALL_

D.O.B. _9/1/1968_

Form J235  Rev 6-02          2133857          8/14/2002





ROSIER 015

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

**JIM:** 700002731        **Book#:** 3110178        **Name (L,M,F,S):** ROSIER, RANDALL, LEE

## Encounter Detail

**Type:** Mdsc                **Reason:** Exam                **Date:** 04-06-2003 2118

**Resource:**                                            **Cost:**

　　**Notes:** Eval hernia & shoulder pain.

## Objective

## Orders

### Vitals

**Vitals Dt/Tm:** 04-13-2003 1055 **Temp (°F):**   97.2 **Pulse:**    70 **Respiration:**

**Blood Pressure:** 124/74    **Wgt:** 181 **Hgt:** 5′08″ **Provider:** JROSENNS

　　　**SNP:**

　　**Notes:**

## Encounter Notes

**Entry Date:** 04-13-2003 1055        **Entered By:** JROSENNS,  ROSENBERG

```
34 yo male c/o right shoulder pain s/p trauma in 1996.  pt suffered fx clavicle
and states that he has malalignment of clavicle.  states does not see md
regularly and that he takes "whatever i can get my hands on" for pain when it
occurs which per pt is regularly.  states pain is "irritating" and constant in
right shoulder.  denies weakness/numbness in right arm.
nkda
pe: vs noted
right upper extremity: full rom, ms 5/5, lt intact

a/p: chronic intermittent mild right shoulder pain. pt requesting that right
shoulder be surgically corrected. explained to patient that such a procedure
would be considered elective and that the jail does not provide for such
procedures. offered tylenol or naprosyn but pt declined.
f/u prn
```

## Med Alerts

## SAN DIEGO SHERIFFS DEPARTMENT

### Medical Chart

**JIM:** 700002731        **Book#:** 6441473        **Name (L,M,F,S):**   ROSIER, RANDALL, LEE

## Encounter Detail

### Encounter Notes

**Entry Date:** 09-27-2006 2202        **Entered By:** MUGABASH,   UGABAN

A&O x3. NAD. Resp. even & unlabored. C/O nasal congestion with sinus headache.
I/P with paperwork from Calipatria State Prison indicating he's on CTM. Given
per SNP. Also with hx of R inguinal hernia repair in 5/06 & was taking
anti-cholesterol meds but hasn't taken them for a while. Also takes PRN
prilosec. Only concern @ this time is his nasal congestion. Instrcuted to sign
up for sick call re: his other problems. Verbalized understanding but stated
he'll only be here for a few days.

## Med Alerts

**ROSIER 017**

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Questions

---

**JIM:** 700002731  **Book #:** 8114441      **Book Dt/Tm:** 02-27-2008 1015

**Name(L,F,M,S):** ROSIER, RANDALL

**DOB:** ███████  **Age:** 54  **Des.:** W  **Sex:** M  **SSN:** 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

**Created Dt/Tm:** 02-27-2008 1457      **Created By:** APSAY,ANDY

---

Y          **Vital signs?**

**BP:** 124/74

**TPR:** 97.6  74  18

**Describe:** wt: 220 lbs/ 5'8"   aa 6785

---

N      **Bee sting?**

**Carry Kit:**

**Swelling:**

Y          **Are you being seen by a physician?**

**Physicians name:** Calipatria State Prison in Calipatria, Ca. (hernia repair in 2005)

**Psychiatrist:** sees a Psychiatrist in Prison but declines to seek any tx/mx's

---

**Are you pregnant?**

**LMP?**

**EDC?**

---

**Have you had a baby in the last 12 months?**

**Explain:**

N          **Are you a client of the Regional Center for the developmentally disabled?**

**Which Center:**

**Allergies**

---

**Have you had an abortion recently?**

**Date:**

N      **Medications?**

**Describe:**

---

N      **Do you have health insurance?**

**Explain:**

N      **Food?**

**Describe:**

---

Scripps Health    2/7/2023 3:27:09 PM    PAGE    5/029    Fax Server

 **Scripps**

| SCRIPPS HEALTH | Rosier, Randall Lee |
| PO Box 235498 | ████████ Sex: M |
| Encinitas CA 92023-5498 | |

**Patient**

**Patient Alias:**

**Demographics**

Name: Randall Lee Rosier
Address: 480 Alta Rd San Diego CA 92179-0001
Date of birth: ████        Sex: Male                    Gender identity: Male
Ethnicity: Not Hispanic, Latino/a, or Spanish    Race: White    Language: English
origin
Home phone: 000-000-0000

**Relationships**

| Name | Relation to Patient | Phone Number |
| --- | --- | --- |
| CONTACT, NO | Other | Mobile: 000-000-0000 (primary) |

**12/27/2019 - ED in Scripps Mercy Hospital Chula Vista Emergency Department**

**Notes**

**ED Provider Notes**

Mendoza Navarro, Miguel Angel, MD at 12/27/2019 2234

 **Scripps**

**Emergency Department Record**
SCRIPPS MERCY HOSPITAL, CHULA VISTA

**Date of Service:** 12/27/2019
**Name:** Randall Lee Rosier
**MRN:** ████████
**CSN:** 10047216574
**DOB** ████    **Age:** 51 y.o.
**PCP:** No primary care provider on file.

**CHIEF COMPLAINT**

Syncope (Patient BIBALS from jail due to syncope. Per report, patient has a chronic costipation. patient was in the toilet and had a syncope epidsode. Patient hit his neck and wrist at the wall. Patient has hx of chronic neck and wrist pain.); Neck Pain; and Wrist Pain

**HISTORY OF THE PRESENT ILLNESS**

Randall Lee Rosier is a 51 y.o. male brought into the ED in custody from jail due to an episode of syncope.  The patient reports that he has a longstanding history of chronic back pain and chronic neck pain.  He reports that he also tends to be constipated.  He reports he was in the bathroom he was patient really hard and he felt lightheaded like he felt to the left side.  He reports that he passed out momentarily.  He then fell and his muscles were cramping up throughout his body particular his neck and his left lower back.  Right now he reports that his pain feels better.  Denies any chest pain or shortness of breath before or after the episode.  Denies any focalized weakness or numbness.  He reports that he has chronic numbness of his fingers on both sides for multiple months secondary to his chronic neck

**ROSIER 019**



| | SCRIPPS HEALTH | Rosier, Randall Lee | |
|---|---|---|---|
| **Scripps** | PO Box 235498 | MRN: | Sex: M |
| | Encinitas CA 92023-5498 | Adm: 12/27/2019, D/C: 12/28/2019 | |

**12/27/2019 - ED in Scripps Mercy Hospital Chula Vista Emergency Department (continued)**

**Notes (continued)**

edema, consolidations, pneumothorax, or
cardiomegaly, as interpreted himself.
[MM]

0017   CT of the head and C-spine were obtained
with evidence of acute process. CT of the
lumbar spine shows no evidence of acute
fracture.
[MM]

**ED Course User Index**
[MM] Miguel Angel Mendoza Navarro, MD

**OBS NOTE:**

The patient was first evaluated at 2234 hours and observation begun at the same time. Obs was necessary in order to
ensure that we obtain good pain control and to preclude admission. Upon re-evaluation, obs revealed that the patient
improved satisfactorily and should be discharged home with close outpatient follow-up. Total obs time was 3 hours.

**MEDICAL DECISION MAKING**

Randall Lee Rosier is a 51 y.o. male presented to the ED after a fall off of the bathroom while he was having a bowel
movement likely due to a vasovagal syncope. No signs or symptoms concerning for severe arrhythmia. Doubt ACS,
PE or dissection. The patient does not violate San Francisco syncope rules. No evidence of hypotension. No
evidence of acute infectious process. CT of the head and C-spine edition total spine were obtained and showed no
evidence of acute fracture or dislocation. No signs or symptoms concerning for spinal cord process, spinal epidural
abscess, or cauda equina syndrome. The patient was observed in the ED and given a dose of Ativan with significant
provement of his symptoms. No evidence of any active mental status. At this time he appears to be stable for
discharge and follow-up with her primary care doctor as a patient. He was provided with strict return precautions for
worsening symptoms or concerns.

**IMPRESSION**

Final diagnoses:
**[R55] Vasovagal syncope**
**[M54.5, G89.29] Chronic left-sided low back pain without sciatica**

**PLAN**

**DISPOSITION:**
Discharge

Your PMD

In 2 days ROSIER, RANDALL   700002731 (22753610)

**ROSIER 020**



**San Diego County**
**SHERIFF'S DEPARTMENT**
**HEALTH CARE REQUEST**

Date and Time Received:



Received By:

| Name (Nombre) | | Today's Date (Fecha) |
|---|---|---|
| Rosier Randall Lee | | 2-10-23 |

| Date of Birth (Fecha de Nacimiento) | Booking Number (Numero de Recluso) | Housing Unit (Unidad de Habitacion) |
|---|---|---|
| | 22753610 | 4-F-1 |

**Complaint (Queja/Enfermedad)**

I need selson shampoo For dandruFF
sores on Face and scalp

Patient Signature (Firma del paciente)

**Please do not write below**      **CLINIC USE ONLY**      Por favor no escriba debajo

| Face to Face Date | Face to Face Time | Nurse Initial/ARJIS |
|---|---|---|
| | | |

**Notes**

Dandruff shampoo already ordered.

| Vital Signs: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

**Action Taken**
- ☐ Seen for face to face
- ☐ Seen previously for same non-medical request
- ☐ No further complaints. Patient advised to submit another Health Care Request if complaint occurs.
- ☐ See progress notes in TechCare

- ☐ Not seen due to:
  - ☐ Court
  - ☐ Visit
  - ☐ Released
  - ☐ No show/Refused
  - ☐ Other:

**Triage**
- ☐ Refer to Provider – Sick Call
- ☐ Refer to Behavioral Health- QMHP
- Sick Call
- ☐ Refer to Dental
- ☐ Refer to OB/GYN
- ☐ Refer to Counseling
- ☐ Refer to Medical Records
- ☐ Nursing Protocol Initiated
- ☐ Other: _____

| Nurse Initial/ARJIS | Date Completed | Time Completed |
|---|---|---|
| JL 6780 | 3\|8\|23 | @ 1848 |

**MEDICAL ADMIN USE ONLY**

ROSIER, RANDALL   700002731 (22753610)

Form J-212 REV 10/2022

Health Care Request - Bilingual
**ROSIER 021**



**San Diego County**
**SHERIFF'S DEPARTMENT**
**HEALTH CARE REQUEST**

Date and Time Received:



RECEIVED
FEB 20 2023

Received By: _____

| Name (Nombre) | Today's Date (Fecha) |
|---|---|
| Randall Lee Rosier | 2-18-23 |

| Date of Birth (Fecha de Nacimiento) | Booking Number (Numero de Recluso) | Housing Unit (Unidad de Habitacion) |
|---|---|---|
|  | 22753610 | 4-F-1 |

**Complaint (Queja/Enfermedad)**

can you plese give me an update stahuss on my Back sergury Im in alot oF Pain current Meds are noT WorKing

Patient Signature (Firma del paciente)

*Rosser P.*

**Please do not write below** — **CLINIC USE ONLY** — Por favor no escriba debajo

| Face to Face Date | Face to Face Time | Nurse Initial/ARJIS |
|---|---|---|
|  |  |  |

**Notes**

| Vital Signs: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**Action Taken**

☑ Seen for face to face
☐ Seen previously for same non-medical request
☐ No further complaints. Patient advised to submit another Health Care Request if complaint occurs.
☐ See progress notes in TechCare

☐ Not seen due to:
☐ Court
☐ Visit
☐ Released
☐ No show/Refused
☐ Other: _____

**Triage**

☐ Refer to Provider – Sick Call
☐ Refer to Behavioral Health– QMHP Sick Call
☐ Refer to Dental
☐ Refer to OB/GYN
☐ Refer to Counseling
☐ Refer to Medical Records
☐ Nursing Protocol Initiated
☐ Other: _____

| Nurse Initial/ARJIS | Date Completed | Time Completed |
|---|---|---|
| 7045 | 3/13/23 | 241w |

**MEDICAL ADMIN USE ONLY**

Form J-212  REV 10/2022

Health Care Request - Bilingual

ROSIER, RANDALL   700002731 (22753610)

**ROSIER 022**



**San Diego County**
# SHERIFF'S DEPARTMENT

RECEIVED FEB 27 2023

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## QUEJA/APELACION DE LA DISCIPLINA DE PRESO

☒ SDCJ   ☐ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From: Rosier Randall Lee       22753610       4-F-1
De: Name (Last, First, Middle)     Booking Number     Housing Unit
Nombre (Apellido, Primero, Segundo)   Número de ficha   Unidad de alojamiento

Grievance is about:   ☐ Jail Procedures   ☐ Jail Conditions   ☒ Medical   ☐ PREA   ☐ Other
La queja es acerca:   Procedimientos de   Condiciones de   Médico                Otro
                      la Cárcel          la Cárcel

Date and Time of Incident / Fecha y hora del incidente: 2-24-23 aprox 5:45 PM

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)

I was Takin 911 To UCSD emergency For chest Pain
doctor at hospital anderd me (2) medications
Blood Presure and Pain medication
and I have not Recived The medication upon
Return To Jail my Family is very concerned
of This neglagence. Im not Feeling good I
need The gabapantim my Pain is Bad level 10
my Blood Presure is still To high I dont Feel good at all.

Inmate Signature / Firma de Preso       2-26-23
                                        Date / Fecha

---

THIS BOX IS FOR OFFICIAL USE ONLY
Esta caja es para el uso oficial solamente.

Received by: _____   ARJIS # _____   Date 2/26/23   Time 2143
             Signature of receiving staff member

Entered in JIMS: _____   _____   _____
                 Date      Time      JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☒ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
☐ It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request: You have been refusing BP meds since 3/10/23. UCSD
cleared you without "life threatening medical illness" 2/25/23.

---

J-22 (Rev 1-15)   Original goes to booking jacket   Copy goes to inmate after being signed by staff member

ROSIER, RANDALL   700002731 (22753610)

ROSIER 023



**San Diego County**
**SHERIFF'S DEPARTMENT**
**HEALTH CARE REQUEST**



Date and Time Received:

RECEIVED
2023

Received By: _____

| Name (Nombre) | | Today's Date (Fecha) |
|---|---|---|
| Randall Lee Rosier | | 3-13-23 |

| Date of Birth (Fecha de Nacimiento) | Booking Number (Numero de Recluso) | Housing Unit (Unidad de Habitacion) |
|---|---|---|
| | 22753610 | 4-E-1 |

**Complaint (Queja/Enfermedad)**

I need my A and D ointment Renued
A.S.A.P selson shampo made
symptoms wourse.

Patient Signature (Firma del paciente)

**Please do not write below** · **CLINIC USE ONLY** · Por favor no escriba debajo

| Face to Face Date | Face to Face Time | Nurse Initial/ARJIS |
|---|---|---|
| 3/15/23 | 2115 | JB6337 |

Notes Requesting to d/c shampoo, Redness on Face, Reo Also

| Vital Signs: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

**Action Taken**
- ☑ Seen for face to face
- ☐ Seen previously for same non-medical request
- ☐ No further complaints. Patient advised to submit another Health Care Request if complaint occurs.
- ☑ See progress notes in TechCare

☐ Not seen due to:
- ☐ Court
- ☐ Visit
- ☐ Released
- ☐ No show/Refused
- ☐ Other: _____

**Triage**
- ☐ Refer to Provider – Sick Call
- ☐ Refer to Behavioral Health- QMHP Sick Call
- ☐ Refer to Dental
- ☐ Refer to OB/GYN
- ☐ Refer to Counseling
- ☐ Refer to Medical Records
- ☑ Nursing Protocol Initiated
- ☐ Other: _____

| Nurse Initial/ARJIS | Date Completed | Time Completed |
|---|---|---|
| JB6337 | 3/15/23 | 2135 |

**MEDICAL ADMIN USE ONLY**

Form J-212 REV 10/2022                         Health Care Request - Bilingual

ROSIER, RANDALL   700002731 (22753610)

ROSIER 024

02/07/2023  09:29    8589745737                                                    PAGE  01/06

 Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454                                                        2/7/2023 8:22:18 AM PST

**Request for Service Authorization**

| | |
|---|---|
| Patient: ROSIER, RANDALL | #:700002731 (22753610) |
| DOB: | Class:4 |
| Housing: SDCJ4-F-01-01 | Sex:M | Race:W |
| Status: ACTIVE | Court Date:5/3/2023 1:30:00 PM | Type: |
| | Booking Date:12/29/2022 8:49:06 PM PST | Proj. Rel: |

Type: Offsite    Status: Authorized    Approved by Emmylou Arreyo RN MCG    Ordering Physician: Cornejo, Emiliza

**Specialty:** Other (see comments)

Date Authorization Sent to Hospital: 2/7/2023 Order: Audiology

Reason and Timeframe: Pt is using hearing aid in prison and is requesting to use hearing aids here. Per SRN:"Please submit a new referral to audiology for hearing aid. "

Allergies: No Known Drug Allergy

Flags:

Current Meds: Acetaminophen Extra Strength Oral, amLODIPine Besylate Oral, Carbamide Peroxide Otic, Docusate Sodium Oral, Meloxicam Oral, metroNIDAZOLE External, Pantoprazole Sodium Oral, Vitamin A & D External

**Acuity Level:**
**Authorization Number:** C0000014105
**Provider Group:** UCSD
**Responsible Party:** NaphCare
**Priority:** Routine

| | |
|---|---|
| Appointment Date: | |
| Estimated Appointment Duration: | 3/27/23 9:00 am len 45 mins check in @ 8:45 am |
| Check-in Time: : | HCH HNS AUDIOLOGY |
| Facility: | 200 W ARBOR DR LOWER LEVEL 201 |
| Address: | SAN DIEGO CA 92103 |
| Phone: ( ) - | |
| Fax: ( ) - | |
| Special Instructions: | |

Diagnosis:
DGN10 H91.8 Other specified hearing loss

CPTs:

Note to Providers:
This authorization for a request for services is valid for 180 days after the date of authorization. Services must be completed prior to the expiral scheduled beyond the 180 day expiration date may require a new authorization.
Contact Information:
MSD Managed Care Group
Phone #: (858) 974-5976 Fax#: (858) 974-5737
Email: ManagedCareGroup@sdsheriff.org
References: Progress Note

ROSIER, RANDALL   700002731 (22753610)

**ROSIER 025**



**San Diego County
SHERIFF'S DEPARTMENT
HEALTH CARE REQUEST**

Date and Time Received



Received By: _____

| Name (Nombre) | | | Today's Date (Fecha) |
|---|---|---|---|
| Randall Lee Rosier | | | 4-3-23 |
| Date of Birth (Fecha de Nacimiento) | Booking Number (Numero de Recluso) | | Housing Unit (Unidad de Habitacion) |
| | 22753610 | | 4 - F - 1 |

Complaint (Queja/Enfermedad)

will you please Refill my perscriptions for Tums - Melloxarine - colace - Tylenol - gabapantin. For morning and night

Patient Signature (Firma del paciente)

_____

Please do not write below                **CLINIC USE ONLY**                Por favor no escriba debajo

| Face to Face Date | Face to Face Time | Nurse Initial/ARJIS | |
|---|---|---|---|

Notes  Tylenol + Melox, can reordged for pain Need to be seen by doctor to increase frequency of strength of gabapentin. Scheduled for Doctor

| Vital Signs: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **Action Taken** | ☐ Seen for face to face<br>☐ Seen previously for same non-medical request<br>☐ No further complaints. Patient advised to submit another<br>Health Care Request if complaint occurs.<br>☐ See progress notes in TechCare | | ☐ Not seen due to:<br>☐ Court<br>☐ Visit<br>☐ Released<br>☐ No show/Refused<br>☐ Other: |
| **Triage** | ☐ Refer to Provider – Sick Call<br>☐ Refer to Behavioral Health- QMHP<br>Sick Call | ☐ Refer to Dental<br>☐ Refer to OB/GYN<br>☐ Refer to Counseling | ☐ Refer to Medical Records<br>☐ Nursing Protocol Initiated<br>☐ Other: |

| Nurse Initial/ARJIS | Date Completed | Time Completed |
|---|---|---|
| 0535 | 4/4/23 | |

**MEDICAL ADMIN USE ONLY**

~~ROSIER, RANDALL   700002731 (22753610)~~

Form J-212  REV 10/2022

Health Care Request - Bilingual

ROSIER 026