Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendant
COUNTY OF SAN DIEGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 TO 20, inclusive,

Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**DECLARATION OF DR. MONTGOMERY IN RESPONSE TO DECLARATION OF MATTHEW YBARRA [281-18]**

Judge: Hon. Anthony J. Battaglia

I, JON MONTGOMERY, declare as follows:

1. I have personal knowledge of the matters herein and would competently testify to them if called to do so. I am the Medical Director for the Detention Services Bureau, Medical Services Division, of the San Diego County Sheriff's Department. My role is to oversee medical services for the incarcerated persons housed in all seven (7) San Diego County Sheriff's Department Jail Facilities. I am a licensed Physician in the State of California and have been since 2009. I have worked for the County Detention Services Bureau since 2019.

2. I have reviewed the declaration [Dkt. 281-18] of Mr. Matthew Ybarra submitted by Plaintiffs in support of their Motion for Preliminary Injunction, as well as medical records from Mr. Ybarra's incarcerations in the San Diego County Jail system. I have also reviewed the declaration of Mr. Ybarra separately submitted by Plaintiffs under seal. I reserve the right to modify or update my opinions below upon receipt of additional information; due to time constraints, I was not able to conduct a thorough review of the entire file.

3. In his declaration signed on January 27, 2023, Mr. Ybarra states that he has been in the Central Jail since March 4, 2022. (Ybarra Decl. ¶ 2.) Mr. Ybarra was released on February 9, 2023, and is not currently in custody.

4. Mr. Ybarra states he had a stroke in July 2021, and he has resulting left side weakness and uses a wheelchair normally and a cane sometimes to walk. (Ybarra Decl. ¶ 3.) However, when Mr. Ybarra was initially booked on March 3, 2022, he responded negatively to questions about mobility limitations and questions about other medical problems or conditions. He did not have a wheelchair or other mobility device with him at the time of booking. It appears there was a gate refusal after 8:00 p.m. and Mr. Ybarra was sent to UCSD for medical clearance, returning in the morning hours of the next day.

///

///

5. On March 4, 2023, when he was seen again for booking/screening, Mr. Ybara told a deputy that he previously had a stroke and needed a walker or wheelchair. He was accordingly brought to RN Cuaresma and provided a wheelchair. (Exh. A, 002.) It was noted his gait was unstable and Mr. Ybarra was considered unsafe to use a walker. (*Id.*) The appliance authorization notes that Mr. Ybarra did not have a medical appliance on previous incarcerations but had a stroke in the interim. (Exh. A, 003.)

6. On March 12, 2022, RN Burns performed an ADA Function Performance Assessment on Mr. Ybarra. She noted Mr. Ybarra uses a wheelchair but could independently eat, bathe, dress, perform his grooming and toiletries, and use the phone. (Exh. A, 004-005.) Mr. Ybarra did not request an additional mobility device during this assessment. (*Id.*)

7. On March 30, 2022, Mr. Ybarra requested a cane for mobility with physical therapy and he was given an order to retain both a wheelchair and cane. (Exh. A, 006.) He was also given a referral to off-site Physical Therapy to help improve his strength and function. (Exh. A, 007.) There is no indication in the records that Mr. Ybarra requested to have both a cane and a wheelchair before this date.

8. Interestingly, based on Mr. Ybarra's records from Alvarado Hospital, it is medically unclear what caused his left side weakness. He was seen in the ER for reported left leg weakness and ankle numbness on August 15, 2021, after using methamphetamine. Symptoms had apparently been present for approximately one week. (Ex. A, 23-26.) On August 19, 2021, Mr. Ybarra also went to the ER complaining of dizziness and nausea. It was noted that the prior stroke work-up was unremarkable and MRI of his brain showed no evidence of acute CVA. (Exh. A, 008; *also see* 009-010.) Mr. Ybarra's medical history is complicated by HIV, polysubstance abuse, malnutrition, and psychiatric issues. (*Id.*)

///

9. On April 22, 2022, Mr. Ybarra saw NP Kahl and requested a left wrist splint and to re-start Physical Therapy. (Exh. A, 011.) A left wrist brace was prescribed to help with contractures. It was noted that Mr. Ybarra had already been approved for offsite PT and it was scheduled. (*Id.,* also see Exh. A, 012.)

10. On June 13, 2022, UCSD recommended Mr. Ybarra be provided a quad cane and orthopedic sneakers. (Exh. A, 013) It was noted he would return weekly for a period of 12 weeks for Physical Therapy. (Id.) Mr. Ybarra was prescribed orange shoes and a quad cane on June 16, 2022. (Exh. A, 014-018)

11. Mr. Ybarra notes that his assigned wheelchair did not have leg rests. (Ybarra Decl. ¶ 5.) I could not find any indication Ybarra put in a written request for these. However, records indicate that on July 21, 2022, Mr. Ybarra was provided with left leg elevation foot rest/ support to his wheelchair. (Exh. A, 20.) It is not clear whether Mr. Ybarra's wheelchair lacked the normal foot rests (folding platforms on the lead tires) or if he requested the more specialized item with the raised/attached foot (lower leg) support that attaches to the wheelchair frame. The standard wheelchairs existing at the facility may or may not have the folding foot rests but they would not have additional attachments such as the sturdier lower extremity support. An individual DME would need to be specifically ordered for the patient and vetted/ approved by custodial staff for security concerns.

12. Mr. Ybarra reports that around mid-March 2022, he was moved to dorm unit 8C at Central Jail, and he did not have a set bunk assignment. (Ybarra Decl. ¶¶ 7-8.) This is incorrect as Mr. Ybarra was assigned to 8-C-08M. This is a bunk assignment on the lower tier and a middle bunk (the lower and middle bunks are considered accessible). Mr. Ybarra has always been assigned to a middle or bottom bunk (he was initially assigned to 4-B-07-B, then was moved to 8-C-08-M).

13. I am informed and believe based on viewing photos that one stool was already intentionally missing from the 8C dayroom tables, and additional stools were removed this month to allow better wheelchair access. I am also informed and

believe based on photos that there has also been 1 phone (out of 4) in 8C without a stool for some period. I am further informed and believe based on photos that there are grab bars present in one of the two shower stalls in 8C, and in one of the two toilet areas, and that there are also now 6 single/accessible beds in dorm 8C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 17, 2023, at San Diego, California.

JON MONTGOMERY

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4864-1094-1539 v4

5

3:20-cv-00406-AJB-DDL
MONTGOMERY DECL. RE YBARRA

# EXHIBIT A

YBARRA 001



San D ego County Sher ffs Department
9621 R dgehaven Ct.
San D ego, CA 92123

4/28/2023 9:12:44 AM PDT

**Progress Notes -YBARRA, MATTHEW 400253792 (22708744)**

June Cua esma RN POSTED ON 3/4/2022 11 34 10 AM PST

Type RN NOTE

Patient b ought by deputy f om ntake due to epo t of st oke last July 2021 and patient unable to walk with no medical device? Patient asked and states was using a walke /cane/wheelchai outside of jail RO fo Alva ado hospital al eady signed Patient noted with left sided weakness unable to open left hand but was noted able to extend thumb to hold walke Patient noted unsafe to walk with walke due to unstable gait Patient p ovided with wheelchai at this time until seen by MD Al eady scheduled fo MDSC

Addendum



San D ego County Sher ffs Department
9621 R dgehaven Ct.
San D ego, CA 92123

4/28/2023 9:12:44 AM PDT

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Nicholas Kahl NP on 3/6/2022 11:45:53 AM PST

| | | |
|---|---|---|
| Patient:YBARRA MATTHEW | #:400253792 (22708744) | Class:3 |
| DOB:[redacted] (Age=30) | Sex:M | Race:H |
| Housing: | Court Date: | Type: |
| Status:NOT ACT VE | Booking Date:3/4/2022 3 50 42 AM PST | Release:2/9/2023 9 11 00 AM |

### APPLIANCE REQUESTED:

| | | |
|---|---|---|
| ☐ Cane | ☐ Splint | ☑ Wheelchai |
| ☐ C utches | ☐ O ange Shoes* | ☐ Othe (Specify) |

Medical condition being t eated by p osthetic appliance

Left sided Hemipa esis s/p St oke

☑ Patient has been counseled on the impo tance of compliance to p esc ibed medical p osthetic appliance egimen and that emoval of the device o non compliance with the p esc ibed egimen will esult in discontinuation of the device

### Duration:

| | | |
|---|---|---|
| ☐ Days | ☐ Months | ☑ Continuous |

Numbe of days/months

☐ P io eco ds indicate patient has had p osthetic medical appliance in the past one yea

☐ P io inca ce ation in past one yea indicating use

☑ New indication with this inca ce ation

---

### *Orange Shoes indications:

### Duration:

| | | |
|---|---|---|
| ☐ Days | ☐ Months | ☐ Continuous |

Numbe of days/months

☐ Ne ve inju y with foot d op (pe oneal ne ve palsy) such that showe shoes fall off

☐ Safety issue while using c utches with one foot having non weight bea ing status the othe weight bea ing foot can have a shoe



San D ego County Sher ffs Department
9621 R dgehaven Ct.
San D ego, CA 92123

4/28/2023 9:12:45 AM PDT

## ADA FUNCTION PERFORMANCE ASSESSMENT - Completed by: Milissa Burns RN on 3/12/2022 4:04:50 PM PST

| | | |
|---|---|---|
| **Patient:** YBARRA MATTHEW | **#:** 400253792 (22708744) | **Class:** 3 |
| **DOB:** [redacted] (Age=30) | **Sex:** M | **Race:** H |
| **Housing:** | **Court Date:** | **Type:** |
| **Status:** NOT ACT VE | **Booking Date:** 3/4/2022 3 50 42 AM PST | **Release:** 2/9/2023 9 11 00 AM |

### Assistance with Activities of Daily Living

Date of inte view

Reason fo inte view

WC continuous use

**Eating:**

- (●) ndependent
- ( ) Need Assistance

**Walking:**

- ( ) ndependent
- (●) Need Assistance

**Mobility (going out of cell and getting about)**

- ( ) ndependent
- (●) Need Assistance

**Bathing (including getting supplies)**

- (●) ndependent
- ( ) Need Assistance

**Dressing:**

- (●) ndependent
- ( ) Need Assistance

**Toileting: (including help with clothes, or help with ostomy, catheter, etc.)**

- (●) ndependent

○ Need Assistance

**Grooming:**

● ndependent
○ Need Assistance

**Use of Telephone:**

● ndependent
○ Need Assistance

Othe

○ ndependent
○ Need Assistance
● Na

Comments

continuous use of Wheelchai Left sided Hemipa esis s/p St oke

nte viewing Nu se ( nitial and ARJ S)

RN 7098



San D ego County Sher ffs Department
9621 R dgehaven Ct.
San D ego, CA 92123

4/28/2023 9:12:35 AM PDT

**Sick Calls - YBARRA, MATTHEW 22708744**

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Med ca Doctor S ck Ca | 3/30/2022 | IP requests a cane for mob ty w th phys ca therapy f warranted. P ease assess. IP requested HIV med cat ons. | 3/30/2022 |
| Med ca Chart Rev ew | 3/30/2022 | P s ver fy DME s order: Cane & Whee cha r re: Left s ded Hem pares s s/p Stroke. Is the whee cha r for nterm ttent use ( ong d stance & court on y?) P s adv se s nce nterm ttent whee cha r ava ab e f ag n tech care | 3/30/2022 |



San D ego County Sher ffs Department
9621 R dgehaven Ct.
San D ego, CA 92123

4/28/2023 9:12:51 AM PDT

**Progress Notes -YBARRA, MATTHEW 400253792 (22708744)**

Nicholas Kahl NP POSTED ON 3/30/2022 9 13 57 AM PDT Type NP NOTE

P equests a cane fo mobility with physical the apy if wa anted Please assess

pt epo ts CVA last July

RO fo Family Health Cente UCSD and Alva ado Hosp have been equested but no eco ds have been etu n yet

pt c/o left sided deficits since 'st oke' in July equesting PT/OT to help imp ove function and st ength in LUE and LLE

pt equesting can to aide in ambulating f om WC into bunk and when ambulating in spaces difficult fo WC to get to

Exam

Pt is awake and lucid capable of making info med decisions

Pt demonst ated ability to use wheelchai

dec eased ROM and st ength noted to both LLE and LUE

Left adial pulse intact CMS in finge s intact

No mal speech app op iate affect

Moist mucous memb anes

Resp even and unlabo ed speaking in Full sentences

Plan

> Cane autho ize to use to supplement WC use (fo ms and flags completed)

> Offsite efe al to PT to help imp ove st ength and function to LLE and LUE s/p CVA

we still need eco ds (RO ) f om p ovide s that t eated CVA

Addendum

Nicholas Kahl NP POSTED ON 3/30/2022 10 22 21 AM PDT Type NP NOTE

MDCC

Pls ve ify DME's o de Cane & Wheelchai e Left sided Hemipa esis s/p St oke s the wheelchai fo inte mittent use (long distance & cou t only?) Pls advise since inte mittent wheelchai available flag in tech ca e

Pt to use wheelchai fo daily use cane was only o de ed to help pt's mobility in t ansfe ing in and out of the wheelchai and fo ambulating in spaces WC can not move a ound in easily

> is pt allowed both WC and Cane? if not please d/c o de fo the cane

Addendum

Alvarado Hospital Medical Center AH HEALTH INFORMATION MGMT 6655 Alvarado Road San Diego CA 92120-5208
Ybarra, Matthew L MRN: 100108730, DOB: [redacted] Sex: M Adm: 8/18/2021, D/C: 8/24/2021

H&P by Jimi O Benson, MD at 8/19/2021 5:35 AM (continued)

Matthew L Ybarra is a 29 y.o. male with [redacted] who presents to the ED via BLS for multiple episodes of emesis and severe abdominal pain that began early in the morning. Patient reports being constipated and has not had a bowel movement since yesterday when he was in the hospital. Patient complained of dizziness and nausea, was given Zofran per EMS. Last use of methamphetamine was prior to his hospital admission on 08/15/2021 for left-sided weakness. He was discharged on 08/17/2021. Stroke work-up was unremarkable and MRI of brain showed no evidence of acute CVA. Patient reports still unable to move his body. Chest x-ray normal. EKG showed sinus tachycardia, rate of 106. CT abdomen and pelvis revealed stomach is mildly dilated and filled with gas and fluid, consider ileus or gastroparesis. Large amount of gas and stool throughout the entire colon measure up to 5.4cm of the transverse colon and 6 cm in the right colon. Lab studies showed elevated liver enzymes, lactic acid 2.4, moderate leukocytosis. Lipase is normal. No evidence of AKI or gross electrolyte abnormalities. UDS showed positive for methamphetamine, cocaine, and opiates. Patient was given IV fluids, Zofran, and Reglan. Patient denies chest pain, cough, fever, chills, abdominal pain, urinary symptoms. [redacted] Patient will be admitted for ongoing medical care.

## Medical History

**Past Medical History:**

[redacted]

## Surgical History

History reviewed. No pertinent surgical history.

## Family History

History reviewed. No pertinent family history.
No family status information on file.

## Social History

[redacted]

## Prescriptions Prior to Arrival

(Not in a hospital admission)

No Known Allergies

## Review of Systems

All other systems reviewed and are negative except as per history of present illness.

## Physical Examination

Generated on 3/28/22 4:37 AM

YBARRA, MATTHEW 400253792 (22708744)

YBARRA 008

| | |
|---|---|
| Result Type: | Office Clinic Note Physician |
| Result Date: | May 16, 2022 10:50 PDT |
| Result Status: | Auth (Verified) |
| Result Title/Subject: | Office Visit Comprehensive/Tele |
| Performed By/Author: | Smith, Richard C MD on May 16, 2022 10:56 PDT |
| Verified By: | Smith, Richard C MD on May 16, 2022 10:56 PDT |
| Encounter info: | 7136718, Tri-City Outpatient Specialty Service, Clinic, 5/16/2022 - 5/16/2022 |

# * Final Report *

YBARRA, MATTHEW

**DOB:** [redacted]
**Age:** 29 years
**Sex:** Male
**MRN:** 6027195
**Registration Date:** 05/16/2022
**Primary Care Physician:** SD Sheriff, PCP

**Chief Complaint**

**Problem List/Past Medical History**

Office Clinic Note Physician
* Final Report *

YBARRA, MATTHEW - 6027195

**Signature Line**
Electronically Signed on 05/16/22 10:56 AM

---

Smith, Richard C MD

**Completed Action List:**
* Perform by Smith, Richard C MD on May 16, 2022 10:56 PDT
* Sign by Smith, Richard C MD on May 16, 2022 10:56 PDT
* VERIFY by Smith, Richard C MD on May 16, 2022 10:56 PDT

Printed by: Arroyo, Emmylou M
Printed on: 6/22/2022 12:58 PDT

Page 2 of 2

YBARRA, MATTHEW 400253792 (22708744)

YBARRA 010



San D ego County Sher ffs Department
9621 R dgehaven Ct.
San D ego, CA 92123

4/28/2023 9:12:54 AM PDT

**Progress Notes -YBARRA, MATTHEW 400253792 (22708744)**

Nicholas Kahl NP POSTED ON 4/22/2022 10 25 06 AM PDT Type NP NOTE

Pt w/ hx of st oke 07/2021 has left sided hemapa esis and cont acted left hand at the w ist Pt is equesting left w ist splint Pls assess if this can be p ovided thank you

Pe J 212 "had a st oke july 2022 eleased date feb ua y 9 2023 equesting physical the apy and info mation on physical the apy"

pt equesting to e sta t PT to aide in ecove y f om CVA pt says he did PT when he was in community and would like to e sta t

pt also equesting left w ist b ace left have with cont actu es dec eased mvmt and st ength to left hand

pt with left sided deficits s/p CVA

Exam

Pt is awake and lucid capable of making info med decisions

Pt demonst ated ability to use wheelchai

dec eased ROM and st ength noted to both LLE and LUE

Left adial pulse intact CMS in finge s intact

No mal speech app op iate affect

Moist mucous memb anes

Resp even and unlabo ed speaking in Full sentences

Plan

Off/site efe al to PT has al eady been app oved and scheduled

> Left w ist b ace (Fo ms and flags completed)

Addendum

Te i Hild eth LVN POSTED ON 5/9/2022 12 21 53 AM PDT Type GROUP NOTE

G oup Type Wellness

Date Of G oup 5/8/2022

P actitione

G oup Name

Total in attendance 24

Se vice to Client 0 h s 0 minutes

Documentation 0 h s 0 minutes

Note [redacted]

Addendum



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

4/5/2022 9:39:49 AM PDT

**Request for Service Authorization**

**Patient:** YBARRA, MATTHEW
**DOB:** [redacted]
**Housing:** SDCJ-8-C-08-M
**Status:** ACTIVE

**#:** 400253792 (22708744)
**Sex:** M
**Court Date:** 4/13/2022 1:30:00 PM
**Booking Date:** 3/4/2022 3:50:42 AM PST

**Class:** 3
**Race:** H
**Type:**
**Proj. Rel:**

**Type:** Offsite **Status:** Authorized

Ordering Physician: Kahl, Nicholas Approved by Louis Gilleran MD-MCG

**Date Authorization Sent to Hospital:** 4/5/2022 **Order:** refer to PT
**Reason and Timeframe:** Pt with Left sided Hemiparesis s/p Stroke. please start Physical Therapy to improve function and strength in LUE and LLE.
Timeframe: Routine 4wks
**Allergies:** No Known Food Allergy, No Known Drug Allergy
**Flags:**
**Current Meds:** Abacavir Sulfate Oral, Acetaminophen Extra Strength Oral

**Specialty:** Therapy-PT
**Acuity Level:**
**Authorization Number:** C0000010653
**Provider Group:** UCSD
**Responsible Party:** SD Sheriff
**Priority:** Routine

5/9/22 7:00 AM LEN 60 MINS CHECK IN @ 6:45AM
HCH PHYSICAL THERAPY
200 W ARBOR DR #8775 L411
SAN DIEGO CA 92103

**Appointment Date:**
**Estimated Appointment Duration:**
**Check-In Time:** :
**Facility:**
**Address:**
**Phone:** ( ) -
**Fax:** ( ) -
**Special Instructions:**

**Diagnosis:**
DGN10 I69.85 Hemiplegia and hemiparesis following other cerebrovascular disease

**CPTs:**

Note to Providers:
This authorization for a request for services is valid for 180 days after the date of authorization. Services must be completed prior to the expiration date. Any provider service scheduled beyond the 180 day expiration date may requre a new authorization
Contact Information:
MSD Managed Care Group
Phone #: (858) 974-5976 Fax#: (858) 974-5737
Email: ManagedCareGroup@sdsheriff.org

YBARRA, MATTHEW 400253792 (22708744)

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**
**MEDICAL SERVICE DIVISION**
5530 Overland Avenue, Suite 370
San Diego, CA 92123

**INMATE/PATIENT DISCHARGE SUMMARY – Provider Information**

☐ Emergency Department Institution: ____________ Provider Name: ____________

☒ Specialty Clinic (Type): PT Institution: UCSD Health Provider Name: Yvonne Le

☐ Inpatient Admission Institution: ____________ Provider Name: ____________

**This inmate is being sent to you by the detention facility (DF) to be seen and treated at your healthcare facility. ITEMS LISTED BELOW MUST BE COMPLETED BY HEALTH CARE PROVIDER BEFORE INMATE IS RETURNED TO DF. Please send completed form to MSD Managed Care Group: Fax # (858) 974-5737. E-mail:** ManagedCareGroup@sdsheriff.org

**DO NOT GIVE INMATES ANY DATES FOR FOLLOW UP VISITS**

Date: 6/13/2022 Authorization Code: ____________

Patient Name: MATTHEW YBARRA DOB: [redacted] Gender: MALE

Booking #: 22708744 JIMS #: 400253792

**SUMMARY OF FINDINGS:** high spasticity, weakness, decreased ROM

**TREATMENT RENDERED:** stretches

**GENERAL RECOMMENDATIONS:** nail clippings, ~~[illegible]~~ lower level bunk for safety, occupational therapy, quad cane, antispasmodic medication, orthopedic sneakers

**RECOMMENDED DIAGNOSTIC/LABORATORY TESTING:** none

**PRESCRIBED MEDICATIONS:** none

**MD Signature:** [signature]

**FOLLOW-UP:**

☐ Detention On-site Clinic Timeframe: ____________

☐ MD ☐ Ortho ☐ Dental ☐ HIV ☐ OB/GYN ☐ Wound Care RN

☒ Specialty Clinic (Type): PT Timeframe: 1x/week for 12 weeks

☐ Treatment Completed

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES DIVISION
**Discharge Summary**
Page 1 of 1

SDCJ (SAN DIEGO CENTRAL JAIL)
Patient's Name: YBARRA, MATTHEW
D.O.B: 6/19/1992

YBARRA, MATTHEW 400253792 (22708744)

Form J232B Rev 08/2014 22708744 6/10/2022



San D ego County Sher ffs Department
9621 R dgehaven Ct.
San D ego, CA 92123

4/28/2023 9:13:00 AM PDT

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Nicholas Kahl NP on 6/16/2022 11:46:54 AM PDT

| | | |
|---|---|---|
| Patient:YBARRA MATTHEW | #:400253792 (22708744) | Class:3 |
| DOB [redacted] | Sex:M | Race:H |
| Housing: | Court Date: | Type: |
| Status:NOT ACT VE | Booking Date:3/4/2022 3 50 42 AM PST | Release:2/9/2023 9 11 00 AM |

**APPLIANCE REQUESTED:**

| | | |
|---|---|---|
| ☐ Cane | ☐ Splint | ☐ Wheelchai |
| ☐ C utches | ☑ O ange Shoes* | ☐ Othe (Specify) |

Medical condition being t eated by p osthetic appliance

Hemiplegia and hemipa esis following ce eb al infa ction affecting left side

☑ Patient has been counseled on the impo tance of compliance to p esc ibed medical p osthetic appliance egimen and that emoval of the device o non compliance with the p esc ibed egimen will esult in discontinuation of the device

**Duration:**

| | | |
|---|---|---|
| ☐ Days | ☑ Months | ☐ Continuous |

Numbe of days/months 3

☐ P io eco ds indicate patient has had p osthetic medical appliance in the past one yea

☐ P io inca ce ation in past one yea indicating use

☑ New indication with this inca ce ation

---

***Orange Shoes indications:**

**Duration:**

| | | |
|---|---|---|
| ☐ Days | ☑ Months | ☐ Continuous |

Numbe of days/months 3

☑ Ne ve inju y with foot d op (pe oneal ne ve palsy) such that showe shoes fall off

- [ ] Safety issue while using c utches with one foot having non weight bea ing status the othe weight bea ing foot can have a shoe
- [ ] P osthetic lowe ext emity
- [ ] Replace o ange shoes due to wea
- [x] Schedule ADA RN Sick Call



San D ego County Sher ffs Department
9621 R dgehaven Ct.
San D ego, CA 92123

4/28/2023 9:13:00 AM PDT

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Nicholas Kahl NP on 6/16/2022 11:49:01 AM PDT

| | | |
|---|---|---|
| **Patient:** YBARRA MATTHEW | **#:** 400253792 (22708744) | **Class:** 3 |
| **DOB** [redacted] | **Sex:** M | **Race:** H |
| **Housing:** | **Court Date:** | **Type:** |
| **Status:** NOT ACT VE | **Booking Date:** 3/4/2022 3 50 42 AM PST | **Release:** 2/9/2023 9 11 00 AM |

### APPLIANCE REQUESTED:

| | | |
|---|---|---|
| ☑ Cane | ☐ Splint | ☐ Wheelchai |
| ☐ C utches | ☐ O ange Shoes* | ☐ Othe (Specify) |

Medical condition being t eated by p osthetic appliance

Hemiplegia and hemipa esis following ce eb al infa ction affecting left side

☑ Patient has been counseled on the impo tance of compliance to p esc ibed medical p osthetic appliance egimen and that emoval of the device o non compliance with the p esc ibed egimen will esult in discontinuation of the device

### Duration:

| | | |
|---|---|---|
| ☐ Days | ☑ Months | ☐ Continuous |

Numbe of days/months 3

☐ P io eco ds indicate patient has had p osthetic medical appliance in the past one yea

☑ P io inca ce ation in past one yea indicating use

☐ New indication with this inca ce ation

---

### *Orange Shoes indications:

### Duration:

| | | |
|---|---|---|
| ☐ Days | ☐ Months | ☐ Continuous |

Numbe of days/months

☐ Ne ve inju y with foot d op (pe oneal ne ve palsy) such that showe shoes fall off

☐ Safety issue while using c utches with one foot having non weight bea ing status the othe weight bea ing foot can have a shoe

- [ ] P osthetic lowe ext emity
- [ ] Replace o ange shoes due to wea
- [ ] Schedule ADA RN Sick Call



San D ego County Sher ffs Department
9621 R dgehaven Ct.
San D ego, CA 92123

4/28/2023 9:13:01 AM PDT

**Progress Notes -YBARRA, MATTHEW 400253792 (22708744)**

Nicholas Kahl NP POSTED ON 6/16/2022 12 14 59 PM PDT

Type NP NOTE

MDCC

Review etu ning p og ess/ discha ge summa y f om UCSD Need OT quad cane antispasmodic med and o tho sneake s PT 1x/week fo 12 weeks

UCSD PT notes eviewed

DX 69 354 Hemiplegia and hemipa esis following ce eb al infa ction affecting left side

PT ecommends

1 OT pt see OT fo assessment and eval of Left sided weakness

2 O ange Shoes PT ecemmends O tho Shoes to aid in sx elief

3 Atispasmodic Medication Will o de Flexe il 10mg qhs

4 Quad Cane

5 Low Bunk / Low Tie

> Offsite efe al to OT placed

> Offsite efe al to PT placed (1x/wk fo 12 wks)

> O ange Shoes o de ed x 3 months e examine need in 3 months

Flags and fo ms completed

> Cane o de ed (Fo ms and Flag completed)

> Low Bunk / Low Tie (Flag al eady o de ed)

Addendum

San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

5/17/2023 3:53:45 PM PDT

**Progress Notes -YBARRA, MATTHEW 400253792 (22708744)**

Milissa Burns RN POSTED ON 7/21/2022 1:16:00 PM PDT Type: RN NOTE

per direct order of CMO: to provide LLE foot rest/support to WC d/t Left side weakness s/p stroke, was able to locate foot support and given to nursing staff to apply to WC

Addendum:

Page 3 of 3





AH HEALTH INFORMATION MGMT
6655 Alvarado Road
San Diego CA 92120-5208
FACESHEET

Ybarra, Matthew L
MRN: [redacted], Sex: M
Adm: 8/18/2021, D/C: 8/24/2021

## Patient Demographics

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Ybarra, Matthew L | [redacted] | [redacted] | Male | [redacted] |

| Address | Phone | Email |
|---|---|---|
| 5091 Alumi Pl<br>San Diego CA 92115 | 619-462-1404 (H) | — |

| County | Race |
|---|---|
| SAN DIEGO | White or Caucasian |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | None Pcp, MD | 08/15/21 | 09/14/21 |

| HAR | Admission Date | Discharge Date | Admitting Provider |
|---|---|---|---|
| 726000142539 | 08/18/21 | 08/24/21 | Jimi O Benson, MD |

| Language |
|---|
| English |

| Emergency Contact 1 | Emergency Contact 2 |
|---|---|
| [redacted] | [redacted] |

## Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 08/18/2021 2239 | Admit Date/Time: | 08/18/2021 2244 | IP Adm. Date/Time: | 08/19/2021 0139 |
| Admission Type: | Emergency | Point of Origin: | Home | Admit Category: | |
| Means of Arrival: | Bls Ambulance | Primary Service: | General Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | PHS SAN DIEGO SERVICE AREA | Unit: | AH 6N ORTHOPEDICS |
| Admit Provider: | Jimi O Benson, MD | Attending Provider: | Stephanie W Yen, MD | Referring Provider: | |

## Allergies as of 8/24/2021

Reviewed by Allan Asuncion, RN on 8/18/2021

No Known Allergies

## Immunizations

None

## Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Ybarra, Matthew L | [redacted] | Inpatient | Billed | UNITED HEALTHCARE COMMUNITY PLAN OF CA - UNITED HEALTHCARE COMMUNITY PLAN OF CA |

## Guarantor Account (for Hospital Account #726000142539)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Ybarra, Matthew L | Self | PHS AH | Yes | Personal/Family |

Generated on 3/28/22 4:37 AM

Alvarado Hospital Medical Center
AH HEALTH INFORMATION MGMT
6655 Alvarado Road
San Diego CA 92120-5208
FACESHEET

Ybarra, Matthew L
MRN: [redacted] Sex: M
Adm: 8/18/2021, D/C: 8/24/2021

**Guarantor Account (for Hospital Account #726000142539) (continued)**

| Address | Phone |
|---|---|
| 5091 Alumi Pl<br>San Diego, CA 92115 | 619-462-1404(H) |

**Coverage Information (for Hospital Account #726000142539)**

| F/O Payor/Plan | | Precert # |
|---|---|---|
| UNITED HEALTHCARE COMMUNITY PLAN OF CA/UNITED HEALTHCARE COMMUNITY PLAN OF CA | | |
| **Subscriber** | | **Subscriber #** |
| Ybarra, Matthew L | | 95514494A |
| **Address** | **Phone** | |
| PO Box 30884<br>Salt Lake City, UT 84130-0884 | | |

**ED Provider Notes by Stephanie W Yen, MD at 8/15/2021 6:42 AM**

Author: Stephanie W Yen, MD Service: — Author Type: Physician
Filed: 8/19/2021 2:43 AM Date of Service: 8/15/2021 6:42 AM Status: Signed
Editor: Stephanie W Yen, MD (Physician)

**Emergency Department Provider Note. Enc: 8/15/2021 6:38 AM**
Matthew L Ybarra MRN: 100108730 Acct# 726000142027 AH EMERGENCY ROOM

**HPI**

CC: Fatigue

Matthew L Ybarra is a 29 y.o. male with [redacted] who presents to the ED via als ambulance for left leg weakness x 1 week. He reports having associated numbness of his left ankle. He denies having any back pain. Denies any recent trauma to his leg or back. Denies any bladder or or bowel dysfunction. Patient states this is never happened to him in the past. Patient states that he woke up a week ago and then suddenly was unable to move his left leg. He states that he has had to "hop around". Patient states that he thinks that his symptoms are secondary to not taking his HAART. He admits to using methamphetamines a few days ago. [redacted] Denies fevers, chills, nausea, vomiting, chest pain, shortness of breath, cough, abdominal pain, diarrhea, lightheadedness, syncope, or any urinary complaints.

**REVIEW OF SYSTEMS**

All systems reviewed and are negative except as per history of present illness.

**PMH**

PMH:
Past Medical History:

| Diagnosis | Date |
|---|---|
| • [redacted] | |

History reviewed. No pertinent surgical history.

**Previous Medications**

Generated on 3/28/22 4:37 AM

YBARRA 023

 Alvarado Hospital Medical Center AH HEALTH INFORMATION MGMT 6655 Alvarado Road San Diego CA 92120-5208 Ybarra, Matthew L MRN: [redacted] Sex: M Adm: 8/15/2021, D/C: 8/15/2021

ED Provider Notes by Stephanie W Yen, MD at 8/15/2021 6:42 AM (continued)

No medications on file

**Social:**
**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Current Every Day Smoker |
| Substance Use Topics | |
| • Alcohol use: | Not on file |
| • Drug use: | Yes |
| Types: | Methamphetamines |

**Family:** History reviewed. No pertinent family history.
**Allergies:** He has No Known Allergies.

**PHYSICAL EXAMINATION**

**Vital signs:**Temp: 98.2 °F (36.8 °C) Heart Rate: 59 Resp: 16 BP: 115/68 SpO2: 99 %

| | |
|---|---|
| **Const:** | Well-appearing, in no acute distress |
| **Head:** | Atraumatic |
| **Eyes:** | Normal Conjunctiva |
| **ENT:** | Normal External Ears, Nose and Mouth. |
| **Neck:** | Full range of motion. Supple. |
| **Resp:** | Normal effort, in no respiratory distress. |
| **Cards:** | Regular rate |
| **Abd:** | Soft, non tender, non distended. |
| **Skin:** | No petechiae or rashes |
| **Back:** | No midline or flank tenderness |

BACK EXAM:
SKIN: No bruising or rash
COMPARTMENTS: Soft
MOTOR: Normal flexion and extension of bilateral Hip/knee/ankle. Left foot drop, weakness with dorsiflexion
SENSATION: Intact to light touch throughout
BONES: No midline TTP

| | |
|---|---|
| **Ext:** | No cyanosis, or edema |
| **Neur:** | Awake and alert |
| **Psych:** | Normal Mood and Affect |

**Data**

**Lab results:**
Labs Reviewed - No data to display

Labs & imaging studies/reports reviewed independently by me.

**COURSE/MEDICAL DECISION MAKING**

**Course:**
Matthew L Ybarra presented to the Emergency Department by als ambulance for evaluation for left leg weakness.

Generated on 3/28/22 4:37 AM

YBARRA 024

Alvarado Hospital Medical Center | AH HEALTH INFORMATION MGMT 6655 Alvarado Road San Diego CA 92120-5208 | Ybarra, Matthew L MRN: 1[redacted] Sex: M Adm: 8/15/2021, D/C: 8/15/2021

ED Provider Notes by Stephanie W Yen, MD at 8/15/2021 6:42 AM (continued)

**Medical Decision Making:**
I have reviewed all the available lab data, EKGs, rhythm strips and radiologic images from this visit to the Emergency Department. When possible I compared this information data set with accessible data from prior visits. The remaining comments will be highlights of this review.

On initial exam, patient is well-appearing, hemodynamically stable, and afebrile. Physical exam as above. I personally found the patient laying comfortably in bed with his eyes closed. Even when I began to interview him, he did not open his eyes and was not forthright with information and was rather uncooperative with examination as he wanted to sleep during my evaluation. He had informed me that his left leg was "paralyzed" however it appeared that it was weak secondary to poor effort at that time. When I asked him to lift his leg again, he was able to lift his leg off the bed although was weaker than the right leg. Patient states that he just wants a place to rest. He has no midline back tenderness and denies having any back pain or fevers, therefore, low suspicion for epidural abscess. He has no back pain or bladder or bowel dysfunction to suggest cauda equina. Patient was not complaining of any arm weakness. I considered acute CVA, however, less likely given his young age. Given that his symptoms had been ongoing for a week, I felt it was appropriate for outpatient management. He was given a medication refill for his HIV medication, Triumeq. Upon discharge, he did not want to leave because he stated he could not ambulate and was requesting to sleep here. Yet, he had been able to ambulate for the past week after his symptoms began. Patient was then placed in the waiting room due to his inconsistent use of his left side and concern for malingering. Patient verbalized understanding regarding discharge diagnosis and treatment plan. Patient stable for discharge and appropriate for outpatient follow up with PCP. Strict return precautions provided. Patient instructed to return immediately to the ED for any new or worsening symptoms.

Smoking Cessation Therapy: Patient was counseled for greater than 3 minutes on the health risks of continued smoking of COPD and lung cancer, as well as the benefits of cessation.

Final diagnoses:
**Left leg weakness**
[redacted]
**Medication refill**

**New Prescriptions**

| | |
|---|---|
| ABACAVIR-DOLUTEGRAVIR-LAMIVUDINE (TRIUMEQ) 600-50-300 MG | Take 1 tablet by mouth daily for 30 days |

your PCP

Schedule an appointment as soon as possible for a visit

AH Emergency Room
6655 Alvarado Road
San Diego California 92120-5208
619-229-3130

If symptoms worsen

Generated on 3/28/22 4:37 AM

YBARRA 025

Alvarado Hospital Medical Center
AH HEALTH INFORMATION MGMT
6655 Alvarado Road
San Diego CA 92120-5208
Ybarra, Matthew L
[redacted], Sex: M
Adm: 8/15/2021, D/C: 8/15/2021

ED Provider Notes by Stephanie W Yen, MD at 8/15/2021 6:42 AM (continued)

This plan was made during the Covid-19 pandemic. As such, it may have deviated from usual medical decision making due to current resource allocations and/or to minimize the patient's contacts with the healthcare system to prevent direct exposures and nosocomial transmission.'

*Portions of this chart may have been created with Dragon voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software. Please read the chart carefully and recognize, using context, where these substitutions have occurred.*

Stephanie W Yen, MD
08/19/21 0243

Electronically signed by Stephanie W Yen, MD at 8/19/2021 2:43 AM

H&P by Dat W Nguyen, MD at 8/16/2021 8:00 AM

Author: **Dat W Nguyen, MD** Service: **Internal Medicine** Author Type: **Physician**
Filed: **8/16/2021 8:08 PM** Date of Service: **8/16/2021 8:00 AM** Status: **Signed**
Editor: **Dat W Nguyen, MD (Physician)**

## HISTORY & PHYSICAL

**Name:** Matthew L Ybarra
**DOB:** 6/19/1992
**Age:** 29 y.o.
**Sex:** male
**PCP:** No PCP, MD

[redacted]
**Admit Date:** 8/15/2021 12:07 PM
**Attending:** Dat W Nguyen, MD
**Location:** AH SE TELEMETRY

**Information Obtained from:** patient, health care provider and history reviewed via medical record

### History of Present Illness

**Chief Complaint:** Left-sided weakness

Matthew L Ybarra is a 29 y.o. male with the stated past [redacted] Patient been very noncompliant with medical management. [redacted]
She presented to the emergency room complaining of left side weakness. Both arm and leg. This been going on for about 1 week. No facial droop or slurred speech. Initially patient was seen by earlier by ER attending. Was worked up and no acute finding was found. Accepted patient discharge. However patient never left the waiting room at the ER. When asked why still he had a hard time ambulating. Patient stated he was unable to ambulate. Therefore patient was reassessed for the left side weakness. His initial work-up showed unremarkable CBC. His sodium 141 potassium 4.2. BUN 24 creatinine 1.3 glucose 90. AST 31 ALT 32 alk phos 95. Albumin 3.2. Urine toxin is positive for methamphetamine along with marijuana. Troponin was normal. Urinalysis was clear. Head CT without contrast showed no acute finding. Patient then admitted to telemetry for further evaluation.

Generated on 3/28/22 4:37 AM

YBARRA 026