Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel:  619.814.5800 Fax:  619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail:  epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel:  408.606.6300 Fax: 408.606.6333

Attorneys for Defendant
COUNTY OF SAN DIEGO (Also
erroneously sued herein as SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT
and SAN DIEGO COUNTY
PROBATION DEPARTMENT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 TO 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF SUSAN E. COLEMAN IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISION CLASS CERTIFICATION**<br><br>Judge:   Hon. Anthony J. Battaglia<br><br>Date:      June 29, 2023<br>Time:     2:00 p.m.<br>Crtrm.:   4A |

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4894-3640-9439 v1

1

3:20-cv-00406-AJB-DDL
DECL S. COLEMAN ISO OPPO TO MPI

I, Susan E. Coleman, declare as follows:

1.      I am a partner with Burke, Williams & Sorensen, LLP, attorneys of record for COUNTY OF SAN DIEGO.  I have personal knowledge of the facts set forth herein.  If called as a witness, I could and would competently testify to the matters stated herein.  I make this declaration in support of Defendant County of San Diego's Opposition to Plaintiffs' Motions for Preliminary Injunction and Provision Class Certification.

2.      Plaintiffs' counsel Ms. Grunfeld describes her receipt of emails from CDCR to San Diego County Jail personnel, regarding incarcerated people who are housed in the County jails and fall into the *Armstrong v. Newsom* (N.D. Cal. No. 4:94-cv-02307-CW) County Jail Plan. Grunfeld Decl. ¶¶ 3-6 [Doc. 281-2].  However, these emails have never been forwarded to me or other defense counsel in this case, nor do I recall Plaintiffs' counsel in this matter ever asking for help (from any of the defense counsel in this matter) in ensuring appropriate ADA accommodations for any incarcerated person with mobility or hearing issues.

3.      From time to time, Plaintiffs' counsel are alerted by incarcerated persons of an urgent medical, dental, or mental health need, which they convey in an email to defense counsel.  Attached as **Exhibit A** is an example of such an email. Because Plaintiffs' counsel do not typically represent the individuals about whom they notify us of concerns, they are not informed about the outcome or any information obtained.  However, these emails are promptly routed to appropriate jail personnel to make sure the concerns are addressed and I am informed of the results/information.

4.      We agreed to participate in the ENE process with Plaintiffs' counsel before Magistrate Leshner, as well as early discovery, believing that this process would be used *instead of motion practice* – to resolve potential disputes with the court's help before the Scheduling Conference.  However, Plaintiffs' counsel never met and conferred with me (or any defense counsel in this case) about the substance

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4894-3640-9439 v1                                    2                    3:20-cv-00406-AJB-DDL
DECL S. COLEMAN ISO OPPO TO MPI

or timing of their anticipated Motion for Preliminary Injunction (Dkt. 281). While they are not technically required to do so in the Southern District, it might have been useful given that the case is at an early stage and not yet legally "at issue." Plaintiffs' counsel did mention moving for an preliminary injunction motion at a deposition, during a break; however, when asked about the grounds for such a motion, counsel Erik Anderson refused to answer. No information was provided about the basis or the timing of the motion in advance of it being filed.

5.     My partner Ms. Pappy and I have both suggested to Plaintiffs' counsel having our ADA experts meet and work together to compile a list of structural items that needed to be done in the jails. We believe this would be more efficient, as the experts are likely to agree on what meets ADA standards for structural requirements under the ADA and related regulations/rules. Plaintiffs' counsel would not agree to this method and instead sought to have the experts prepare competing reports, which would increase the costs without good cause and result in a potentially more adversarial process at any subsequent ENE. [See **Exhibit B**, correspondence.]

6.     Ms. Grunfeld states that the Rock Mountain facility is unoccupied and incomplete, and that during the eight hours she spent on site, she "saw only one construction worker. [She] heard no sounds nor saw any signs of active construction work." (Grunfeld Decl. [281-2], ¶ 15.) I also attended the site inspection of Rock Mountain along with Plaintiffs' counsel and our respective ADA experts. At the Rock Mountain Facility, I am informed and believe based on communications with County Sheriff's Department staff that construction crews onsite were redirected during the day of the inspection in order to keep the inspection moving and not result in delays or any hazardous impediments due to construction in progress. Other than that date, I am informed and believe construction crews are on site daily and an average crew of 20 persons is actively working on weekdays from Sundt and various subcontractors.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4894-3640-9439 v1                                    3                         3:20-cv-00406-AJB-DDL
DECL S. COLEMAN ISO OPPO TO MPI

7.     Ms. Grunfeld notes that she has been monitoring compliance with the *Armstrong v. Newsom* (N.D. Cal. no. 4:94-cv-02307-CW) County Plan since 2012, as people who are incarcerated in county jails by the State Department of Corrections (CDCR) are subject to and members of that class action related to persons with hearing and mobility disabilities.  (Grunfeld Decl. ¶¶ 4-8.)  This includes CDCR inmates who are in county jail for parole violations or temporarily in county jail for court proceedings. (*Id*. ¶ 7.)

8.     Some of the named Plaintiffs in the instant case appear to be already subject to the *Armstrong* class action.  For example, Ms. Grunfeld references Ernest Archuleta, James Clark, and Josue Lopez as being subject to Armstrong monitoring yet also Plaintiffs in this matter.  (Grunfeld Decl. ¶¶ 8-9.)

9.     Ms. Grunfeld attaches letters from her office to CDCR with copies to the County and Sheriff's Department, alleging denial of accommodations for disabilities of persons incarcerated in the County jails.  (Grunfeld Decl. ¶ 8, Ex. B-24, B-35.)  These letters are hearsay and should not be considered as factual.  Fed. R. Evid. 801-802.  Further, the responses are not included by Plaintiffs' counsel.

10.     Ms. Grunfeld states that her firm assisted Mr. Josue Lopez in filing a grievance regarding denial of sign language interpretation. (Grunfeld Decl. ¶ 9, Ex. C.)  Ms. Grunfeld states she has never seen a response to this grievance.  However, the grievance was responded to.  Captain Bibel found a copy of the grievance by searching under Mr. Lopez's booking number.  (*See* Bibel Decl. ¶ 7, and Ex. A thereto.)

11.     Ms. Grunfeld attaches the declaration of Darryl Dunsmore from 2022, without exhibits, to her declaration.  (Grunfeld Decl. ¶ 35, Ex. V.)  She does not address the responsive declaration filed by the County, a true and correct copy of which is attached hereto as **Exhibit C**.

12.     Ms. Grunfeld attaches the declaration of Ernest Archuleta from 2022, without exhibits, to her declaration.  (Grunfeld Decl. ¶ 36, Ex. W.)  She does not

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4894-3640-9439 v1                                    4                          3:20-cv-00406-AJB-DDL
DECL S. COLEMAN ISO OPPO TO MPI

1  address the responsive declaration filed by the County, a true and correct copy of

2  which is attached hereto as **Exhibit D**.

3      13.    Ms. Grunfeld attaches the declaration of Josue Lopez from 2022 to her

4  declaration.  (Grunfeld Decl. ¶ 37, Ex. X.)  She does not address the responsive

5  declaration filed by the County, a true and correct copy of which is attached hereto

6  as **Exhibit E**.

7      14.    Ms. Grunfeld attaches the declaration of Christopher Nelson from

8  2022, without exhibits, to her declaration.  (Grunfeld Decl. ¶ 38, Ex. Y.)  She does

9  not address the responsive declaration filed by the County, a true and correct copy

10 of which is attached hereto as **Exhibit F**.

11     15.    Ms. Grunfeld attaches a newspaper article from the Union Tribune

12 about a lawsuit settlement.  (Grunfeld Decl. ¶ 40, Ex. AA.)  Newspaper articles

13 contain hearsay and should not be considered. Fed. R. Evid. 801-802. Further, the

14 article mentions the incident involving Greer occurred <u>five years ago</u>. (See Ex. AA.)

15 This date pre-dates many changes in the jails, including a new medical system

16 operated by NaphCare.  Further, as this Court is well aware, there are many different

17 reasons lawsuits are settled.  It appears that wage losses, a life care plan for ongoing

18 care, and attorneys' fees likely made up the lion's share of the settlement amount.

19     16.    Ms. Grunfeld attaches a Grand Jury report from 2019, which focused

20 on mental health issues including suicides.  (Grunfeld Decl. ¶ 41, Ex. BB.)  The

21 report noted: "the facilities were clean and, from our observation, the staff appeared

22 to be following established procedures. The Grand Jury saw no evidence of inmate

23 mistreatment. Inmates had access to medical, dental, and mental health care at most

24 locations.  (Id., Ex. BB-438.)

25     17.    While Ms. Grunfeld notes that per the Grand Jury's 2019 Report, Rock

26 Mountain was planned to replace the South Bay Detention Facility, and was

27 "projected to open soon" (no date stated), this information is outdated.  As is well

28 known, construction projects always end up taking longer and costing more than

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4894-3640-9439 v1                                    5                    3:20-cv-00406-AJB-DDL
DECL S. COLEMAN ISO OPPO TO MPI

1    initially projected.  I am informed and believe that Units 1-3 of Rock Mountain will

2    be ready for residents in July 2023, and that space will initially be used to move

3    some occupants of the Central Jail out in order to retrofit areas for ADA issue and

4    other technology updates/upgrades.

5        I declare under penalty of perjury under the laws of the United States of

6    America that the foregoing is true and correct to the best of my knowledge.

7        Executed on this 16 day of May, 2023, at San Diego, California.

8

9                                    _/s/ Susan E. Coleman_

10                                    Susan E. Coleman

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4894-3640-9439 v1                           6                      3:20-cv-00406-AJB-DDL
                                                              DECL S. COLEMAN ISO OPPO TO MPI

# EXHIBIT A

COLEMAN 001

| | |
|---|---|
| **From:** | Van Swearingen |
| **To:** | Coleman, Susan E.; Kish, Fernando; O"Sullivan, Matthew |
| **Cc:** | Kedra Chan |
| **Subject:** | Dunsmore: serious/urgent issues - Tyler Hamilton (No. 22711335) [IMAN-DMS.FID55015] |
| **Date:** | Tuesday, August 30, 2022 2:03:49 PM |

**[EXTERNAL]**

Counsel,

Tyler Hamilton (No. 22711335): Mr. Hamilton was seen by medical on August 26 for an infected bug bite on his foot, which medical wrapped up, but since then, the bite has gotten substantially worse – the infected bite is turning black and his entire foot is extremely swollen. It is causing him severe pain that is making it difficult for him to walk. He has been asking to see medical again for further treatment, but has not yet been able to see anyone. He is now running a fever and his whole leg is starting to swell. He tried to go man down but was told it was "invalid" because he had already been seen by medical on the 26th. He now has to rely on other incarcerated people to help him go up and down the stairs due to the pain. Please see that Mr. Hamilton is immediately seen by a doctor and receives further treatment for his infected bite.

Thank you,
Van

Van Swearingen
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830
VSwearingen@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

**COLEMAN 002**

# EXHIBIT B

**COLEMAN 003**

| | |
|---|---|
| **From:** | Pappy, Elizabeth M. |
| **To:** | Gay C. Grunfeld |
| **Cc:** | Eric Monek Anderson; Coleman, Susan E. |
| **Subject:** | RE: Dunsmore v. San Diego County Sheriff"s Dept., et al.: Letter Regarding ADA Preliminary Injunction and ENE [IMAN-DMS.FID55015] |
| **Date:** | Tuesday, April 11, 2023 12:39:35 PM |

Another thought occurs to me.  Since you are using this dispute in an attempt to justify an injunction application as to barriers, why don't we submit our competing proposals to Magistrate Leschner and let him pick one or the other, or a combination of both.

Seems like the most streamlined and efficient way to resolution.

I'm on vacation but trying to monitor the email traffic from you and Mr. Swearington who both know I'm trying to vacation.

Thank you.

**Elizabeth M. Pappy | Partner**
Pronouns: she, her, hers
60 South Market Street, Suite 1000 | San Jose, CA  95113
d - 408.606.6305 | t - 408.606.6300 | f - 408.606.6333
epappy@bwslaw.com | vCard | bwslaw.com
Burke, Williams & Sorensen, LLP


The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly access ble records. If you are not the designated addressee named above or the authorized agent respons ble for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Pappy, Elizabeth M.
**Sent:** Tuesday, April 11, 2023 11:57 AM
**To:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Cc:** Eric Monek Anderson <EMonekAnderson@rbgg.com>; Coleman, Susan E. <SColeman@bwslaw.com>
**Subject:** RE: Dunsmore v. San Diego County Sheriff's Dept., et al.: Letter Regarding ADA Preliminary Injunction and ENE [IMAN-DMS.FID55015]

Just as your proposal about ENE was rejected last December, it is once again rejected and I propose, for now the third time, having the experts work off a master list created by your expert to work

through agreements and disagreements.  The unnecessarily expensive proposal you have made was not acceptable in December, it was not earlier this year, and it's still not acceptable.  We did respond to the proposal to avoid motion practice, three times now.  The fact that you don't like our proposal does not equate to a "non-response".

For your information, "readily achievable" is a factor.

If you don't know where to look for ASL services, please look in Cpt. Bibel's deposition transcript. You were present.

Thank you.

**Elizabeth M. Pappy | Partner**
Pronouns: she, her, hers
60 South Market Street, Suite 1000 | San Jose, CA  95113
d - 408.606.6305 | t - 408.606.6300 | f - 408.606.6333
epappy@bwslaw.com | vCard | bwslaw.com
Burke, Williams & Sorensen, LLP


The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Sent:** Tuesday, April 11, 2023 10:21 AM
**To:** Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Cc:** Eric Monek Anderson <EMonekAnderson@rbgg.com>; Coleman, Susan E. <SColeman@bwslaw.com>
**Subject:** RE: Dunsmore v. San Diego County Sheriff's Dept., et al.: Letter Regarding ADA Preliminary Injunction and ENE [IMAN-DMS.FID55015]

[EXTERNAL]

Please see attached.

Gay Crosthwait Grunfeld
Managing Partner
She/her

**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile

---

**From:** Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Sent:** Tuesday, April 4, 2023 6:03 PM
**To:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Cc:** Eric Monek Anderson <EMonekAnderson@rbgg.com>; Coleman, Susan E.
<SColeman@bwslaw.com>
**Subject:** RE: Dunsmore v. San Diego County Sheriff's Dept., et al.: Letter Regarding ADA Preliminary
Injunction and ENE [IMAN-DMS.FID55015]

[EXTERNAL MESSAGE NOTICE]

I never made any such representation. Quite to the contrary, I stated several times at the hearing
and have written in some of our communications, my awareness of your intention to file for a
preliminary injunction. You were unfortunately given false information because you obviously were
not at the hearing.

Why does your firm persist in trying to rewrite the facts in an attempt to litigate this case through
letters? To increase fees?

Plaintiffs have never attempted to engage and work with me towards ADA Compliance. You have
blamed, accused, disparaged, complained, assumed this case is a one way street, and refused to
engage in any discussions about physical barrier compliance. You consistently tell me you don't
understand what I'm proposing. I understand that you may be used to dealing with a different kind
of attorney but I do exactly what I say and say exactly what I mean.

I will repeat again. I would like our experts to talk about what they found at the facilities directly,
and without attorney interference, under mediation privileged protection. Their instructions will be
to agree on what barriers exist to the extent they can, come up with proposed fixes (understanding
that they cannot agree without our input), and coming up with a list of things they cannot agree
upon. We would then try ourselves (attorneys to attorneys) to narrow the list of disputed items and
failing that, attend an ENE.

You are now raising the new issue of an alleged lack of ASL services, which is false and lacking factual
basis, and lack of accessible housing without reference to whether you are talking about physical
barriers or something else. I have no problem adding these two discrete issues to an ENE if it will
help you avoid an injunction application. As with everything, I suggest we have the experts get the
discussion scheduled ASAP so we can get going on the conversation and go to an ENE in short order.

We don't have a report. All they need is a list to guide them. Since you are the plaintiff, it would be
useful to simply have a list from your expert to get them going. Please try to make this less

**COLEMAN 006**

complicated and more streamlined to get to the conclusion rather than putting up these formalistic road blocks to resolution.  I find that the lawyers are more of an impediment when dealing with physical barriers.  Experts have the expertise, experience and creativity to solve barrier issues, or at least narrow the scope and leave it to us to resolve the disputed "readily achievable" items.

Thank you.

**Elizabeth M. Pappy | Partner**
Pronouns: she, her, hers
60 South Market Street, Suite 1000 | San Jose, CA  95113
d - 408.606.6305 | t - 408.606.6300 | f - 408.606.6333
epappy@bwslaw.com | vCard | bwslaw.com
Burke, Williams & Sorensen, LLP


The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent respons ble for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distr bution or copying of this communication by you or anyone else is strictly proh bited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Eric Monek Anderson [mailto:EMonekAnderson@rbgg.com]
**Sent:** Tuesday, April 4, 2023 1:32 PM
**To:** Pappy, Elizabeth M. <EPappy@bwslaw.com>; Coleman, Susan E. <SColeman@bwslaw.com>
**Cc:** Gay C. Grunfeld <GGrunfeld@rbgg.com>; Van Swearingen <VSwearingen@rbgg.com>; Priyah Kaul <pkaul@rbgg.com>; Hannah Chartoff <HChartoff@rbgg.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; Young, Christopher <Christopher.Young@us.dlapiper.com>
**Subject:** Dunsmore v. San Diego County Sheriff's Dept., et al.: Letter Regarding ADA Preliminary Injunction and ENE [IMAN-DMS.FID55015]

[EXTERNAL]

Beth,

Please see the attached letter from Gay.

Regards,
Eric

**Eric Monek Anderson** (he/him)

Associate Attorney



**Rosen Bien Galvan & Grunfeld LLP**
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
T: (415) 433-6830  •  F: (415) 433-7104
eanderson@rbgg.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If
you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that
you have received this e-mail message in error, please e-mail the sender at eanderson@rbgg.com.

**COLEMAN 008**

# EXHIBIT C

**COLEMAN 009**

1  Susan E. Coleman (SBN 171832)
   E-mail:  scoleman@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
3  Los Angeles, CA  90071-2953
   Tel:  213.236.0600    Fax:  213.236.2700
4
   Attorneys for Defendant
5  COUNTY OF SAN DIEGO (Also
   erroneously sued herein as SAN DIEGO
6  COUNTY SHERIFF'S DEPARTMENT, and
   SAN DIEGO COUNTY PROBATION
7  DEPARTMENT)

8                  UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11
   DARRYL DUNSMORE, ERNEST          Case No.  3:20-cv-00406-AJB-WVG
12 ARCHULETA, ANTHONY
   EDWARDS, REANNA LEVY,            **DECLARATION OF J.**
13 JOSUE LOPEZ, CHRISTOPHER         **MONTGOMERY IN SUPPORT OF**
   NELSON, CHRISTOPHER              **DEFENDANT'S OPPOSITION TO**
14 NORWOOD, and LAURA               **PLAINTIFFS' MOTIONS FOR**
   ZOERNER, on behalf of themselves **PRELIMINARY INJUNCTION AND**
15 and all others similarly situated, **PROVISIONAL CLASS**
                                     **CERTIFICATION**
16              Plaintiffs,
                                     **RE: DARRYL DUNSMORE**
17 v.                               **#19777041**

18 SAN DIEGO COUNTY SHERIFF'S
   DEPARTMENT, COUNTY OF
19 SAN DIEGO, CORRECTIONAL
   HEALTHCARE PARTNERS, INC.,
20 TRI-CITY MEDICAL CENTER,
   LIBERTY HEALTHCARE, INC.,
21 MID-AMERICA HEALTH, INC.,
   LOGAN HAAK, M.D., INC., SAN
22 DIEGO COUNTY PROBATION
   DEPARTMENT, and DOES 1 to 20,
23 inclusive,

24              Defendants.

25

26

27     I, J. MONTGOMERY, declare as follows:

28     1.    I have personal knowledge of the matters herein based on review of

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles
                                  - 1 -          3:20-CV-00406-AJB-WVG
                                       DECLARATION RE: DARRYL DUNSMORE

**COLEMAN 010**

1   pertinent medical documents and would competently testify thereto if called and

2   sworn as a witness.  I am the Medical Director for the Detention Services Bureau,

3   Medical Services Division, of the San Diego County Sheriff's Department.  My

4   role is to oversee medical services for the incarcerated persons housed in all seven

5   (7) San Diego County Sheriff's Department Jail Facilities.  I am a licensed

6   Physician in the State of California and have been since 2009.

7          2.     I have reviewed the Declaration of Darryl Dunsmore (Booking

8   #19777041) as well as the pertinent medical and mental health records related to his

9   incarceration in the San Diego County jail system.  Mr. Dunsmore's medical

10  records consist of 1,107 pages.  I reserve the right to modify or update my opinions

11  below upon receipt of additional information; due to time constraints, I was not able

12  to conduct a thorough review of the entire file.

13         3.     Mr. Dunsmore is not currently housed within the San Diego County

14  jail system; he is now incarcerated in the California Department of Corrections and

15  Rehabilitation ("CDCR") state prison system.

16         4.     After being booked into the County jail system on December 13, 2019,

17  Mr. Dunsmore received a handout indicating how to access medical, dental, and

18  psychiatric care, as well as how to file a grievance if he is not satisfied with any

19  aspect of his health care.  (Ex. A, 002-003).  On his initial intake form, no mobility

20  issues were noted.  (*Id.,* 004.)

21         5.     Mr. Dunsmore's initial assessment notes a request to retrieve "durable

22  medical equipment (DME) from Mr. Dunsmore's personal property.  (Ex. A, 005-

23  006.)

24         6.     Mr. Dunsmore was assessed by a registered nurse on the early morning

25  of December 14, 2019.  (Ex. A, 007-009.)  Mr. Dunsmore reported that he suffered

26  from Ankylosing Spondylitis and Dysphagia.  This secondary assessment of

27  Ankylosing Spondylitis could be associated with impaired physical mobility and

28  the need for a wheelchair.  Mr. Dunsmore was angry upon admission and "stood up

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 2 -

3:20-CV-00406-AJB-WVG
DECLARATION RE: DARRYL DUNSMORE

COLEMAN 011

1   and took his mattress and blocked the front door" of his cell and was later seen

2   "picking up his mattress off the floor, plac[ing] his mattress in the vertical position,

3   and pulled the bed and barricaded himself."  The nurse also comments that

4   Dunsmore repeatedly said he could not walk, yet he was observed ambulating

5   easily.  Considering the apparent disparity, and the ease with which he enacted the

6   barricade, the presence of a physical complaint was unclear.

7          7.      Notwithstanding, while incarcerated within the San Diego County jail

8   system, Mr. Dunsmore was almost always housed in a Medical Observation Bed

9   ("MOB") and received regular daily observations as well as periodic wellness

10  checks.  Mr. Dunsmore attended wellness checks on 2/21/20, 3/27/20, 4/28/20,

11  6/24/20, 7/20/20, 8/13/20, 8/31/20, 9/14/20, 10/12/20, 11/9/20, 12/14/20, 1/14/21,

12  2/1/21,   For the most part, Mr. Dunsmore was not in any distress, was alert and

13  responsive, cooperative, and did not have any complaints.  Mr. Dunsmore indicated

14  he was dedicated to his pending appeal and he was optimistic that his appeal would

15  be successful.

16         8.      On December 15, 2019 Mr. Dunsmore refused to eat.  When

17  questioned if he had suicidal ideations, he responded "no!  I just don't want to eat."

18  He then stated in frustration that he had not received his "Ortho shoes yet."  (Ex. A,

19  010.)  His orthopedic shoes were approved on December 16, 2019. (*Id*., 011.) He

20  was noted as eating and drinking adequately by December 21, 2019.  (*Id*., 012.)

21         8.      Mr. Dunsmore was provided metformin and supplemental insulin to

22  manage his diabetes  (Ex. A, 013.)

23         9.      On January 9, 2020, Mr. Dunsmore was admitted on return from state

24  prison to the MOB due to multiple illnesses including Ankylosing spondylitis and

25  dysphagia.  (Ex. A, 014.)  A wheelchair was available to him as needed, and a food

26  thickener was ordered to assist him with swallowing.  [*Id*.]  Mr. Dunsmore

27  indicated he understood and he was advised to inform staff if his condition

28  worsened.  [*Id*.]

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 3 -                    3:20-CV-00406-AJB-WVG
DECLARATION RE: DARRYL DUNSMORE

COLEMAN 012

10.     On January 10, 2020, Mr. Dunsmore stated that he "will" get suicidal and do whatever needs to be done "to protect himself" from being transferred out of the MOB to the mainline.  (Ex. A, 015-025.)

11.     On January 12, 2021, Mr. Dunsmore reported that he was in a lot of pain (back pain) and requested to see a doctor. (Ex. A, 026.)

12.     Mr. Dunsmore relies on a CDCR form dated in 2018 (*see* Dunsmore Decl., Ex. F) relating to his alleged need for a "chopped/ground" diet.  There is no record of this form having been provided to the San Diego County jail, nor was any such request made by Mr. Dunsmore at the time of his incarceration within the San Diego County jail system.

13.     On February 8, 2020, Mr. Dunsmore submitted an inmate request for ADA appliances.  (Ex. A, 027.) In his declaration, he claims he broke his ADA spoon trying to grind up his food but he did not report this at the time he submitted his request for a new ADA spoon.  The request was approved on or before February 11, 2020, and the appliances were ordered for delivery.  (*Id*.)  The appliances provided to Mr. Dunsmore included an ADA Spoon, ADA writing appliance and ADA toothbrush.  (*Id.,* 028.)  During the ADA assessment on February 11, 2020, Mr. Dunsmore was deemed independent for all Activities of Daily Living ("ADL").  (*Id*., 029-030.)  Mr. Dunsmore was observed writing during many routine checks and he submitted many hand written documents to the San Diego County jail system.

14.     There is no record of any complaint from Mr. Dunsmore about the ADA spoon that was issued to him in February until December 31, 2020.  Mr. Dunsmore was in the MOB this entire time and was checked on daily and almost every entry notes "no complaints."  If he needed a different ADA spoon, he had ready access to staff in the MOB to request one.

///

///

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 4 -                     3:20-CV-00406-AJB-WVG
DECLARATION RE: DARRYL DUNSMORE

COLEMAN 013

1    15.    On February 16, 2020, Mr. Dunsmore reported he was "on a hunger

2    strike" until he received his ADA appliances.  (Ex. A, 031.)  The progress note

3    indicates his requests were being processed.  (*Id*.)  His ADA appliances consisting

4    of a spoon, toothbrush, shelving, and wheelchair had already been approved on

5    February 11, 2020.  (*Id*., 032.)  The hunger strike lasted for three days, and he

6    began eating on February 19, 2020.  (*Id*., 033.)

7    16.    Mr. Dunsmore filed a grievance about certain property consisting of

8    his "legal folders and ADA straw" being confiscated.  This grievance was

9    investigated and a response was issued by Sergeant Zelt on February 12, 2020.

10   (Ex. A, 034.)  According to his statement, Mr. Dunsmore's legal folders were

11   confiscated because they were made from other materials and constituted

12   contraband under Jail policy.  The straw was a disposable straw that was

13   immediately replaced.  Other personal property was confiscated at his arrival

14   because he had more personal property than permitted.  (*Id.,* 035.]  Mr. Dunsmore

15   also elected to have his personal property transferred to CDCR, despite a warning

16   that some of the property may not be allowed in the CDCR.  (*Id.,* 036-038.)  All of

17   the personal property Mr. Dunsmore arrived with was transferred to the CDCR with

18   him as he requested.

19   17.    Mr. Dunsmore complains in his declaration that he suffered a hernia

20   while incarcerated.  However, the medical doctor who examined him on March 30,

21   2020, did not identify an ventral hernia although an abdominal rectus diastasis was

22   identified. (Ex. A, 039.) This condition occurs when the abdominal muscles are

23   separated due to widening of the linea alba, which causes the abdominal content to

24   bulge.  This condition can be congenital but it more commonly is caused by a larger

25   weight gain.  Not all patients with this condition are symptomatic or require

26   treatment.

27   ///

28   ///

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 5 -

3:20-CV-00406-AJB-WVG
DECLARATION RE: DARRYL DUNSMORE

COLEMAN 014

1    18.    Mr. Dunsmore has expressed his concern about potentially becoming

2    seriously ill or possibly dying as a result of COVID-19, to the extent that he

3    declined routine hygienic services and refused to use the facility showers for

4    sixteen months out of a fear of exposure.  As soon as the newly released COVID -

5    19 vaccine was authorized for use, it was made available; however, it appears that

6    Mr. Dunsmore declined the vaccine on March 23, 2021.  (Ex. A, 040-041.)

7    I declare under penalty of perjury under the laws of California and the United

8    States of America that the foregoing is true and correct.

9    Executed on May 31, 2022, at San Diego, California.

11    _____

12    J. MONTGOMERY

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 6 -

3:20-CV-00406-AJB-WVG
DECLARATION RE: DARRYL DUNSMORE

COLEMAN 015

# EXHIBIT A

**DUNSMORE 001**

**COLEMAN 016**



San D ego County Sher ffs Department
9621 R dgehaven Ct.
San D ego, CA 92123

10/28/2021 11:30:46 AM PDT

## MEDICAL SERVICES - Completed by: Jeremy Tibai RN on 12/13/2019 3:22:22 PM PST

| Patient: DUNSMORE  DARRYL | | #: 100046292 (19777041) | Lang: 5 |
|---|---|---|---|
| DOB: | (Age=54) | Sex: M | Race: W |
| Housing: | | Court Date: | Type: |
| Status: NOT ACT VE | | Booking Date: 12/13/2019 2 58 15 PM PST | Release: 4/21/2021 1 54 00 AM |

☑ Refused

English

### MEDICAL SERVICES

**Inmates have the right to access medical, dental, and psychiatric care:**

**Emergency: Contact the nearest corrections officer and he/she will call for a nurse.**

**Non-emergency: You may request a Medical/Dental Request Form from the nurse at medication pass. These forms are to request medical assistance and must be turned into the nurse during medication pass for triage (review) of the complaint.**

**Medical/Dental Request Forms: The forms are available from the nurse twice daily. The sick call nurse will triage (review) the forms. The sick call/charge nurse, who will assess your symptoms within 24-72 hours after your form has been picked up, will see you. If he/she cannot address your symptoms or complaints through nursing protocols, you will be referred to the next available physician or physician assistant sick call.**

**Medical Request/Grievance Forms: If you are not satisfied with any aspect of your health care, you have the right to request information or send a grievance to the contracted Medical Services provider, Health Services Administrator, for an investigation and response to your complaint.**

DUNSMORE, DARRYL   100046292 (19777041)

**DUNSMORE 002**
**COLEMAN 017**

**Medical/Dental Access and Medication Fee Policy Statement:**

No inmate will be refused medical treatment because of inability to pay. A Medical/Dental Access and Medication Fee may be charged to the Inmate's Trust Account for medical care provided. For non-chronic care requests, the medical access fee process begins with the sick call/charge nurse assessment of the problem. There is no charge for referral to the physician or follow-up care; however, if medication is prescribed or renewed by the sick call/charge nurse or physician, there will be an additional medication fee assessed. If an inmate requests emergency care that is determined not to be an emergency condition, that inmate may be charged a Medical Access Fee for calling a false emergency. The determination of the condition will be made by medical/nursing staff and the inmate will be informed of the assessed charge.

Any complaints regarding the Medical/Dental Access and/or the Medication Fee policies should be addressed to Jail Administration.

DUNSMORE, DARRYL   100046292 (19777041)

**DUNSMORE 003**
**COLEMAN 018**

☐ Gene al feve  le ha gy  weigh  loss  loss of appe i e  nigh  swea s

☐ Skin Lesions  needle ma ks  abscesses  b uises  ash  jaundice  lice  auma  sca s  a os

☐ Pulmona y Pe sis en  cough  coughing up blood

Does  he inma e have issues wi h mobili y (Cane  Wheelchai  P os he ics  C u ches  Splin s)?

☐ Yes

☑ No

☐ No Response

☐ C u ches                    ☐ Cane                    ☐ Wheelchai

☐ P os he ics

Does  he individual have o he  limi a ions like hea ing  visual  communica ion?

☐ Yes

☑ No

☐ No Response

☐ Hea ing (Ca ego y ADM)      ☐ Visual (Ca ego y ADM)      ☐ Communica ions (Ca ego y ADM)

Do you have any o he  medical condi ions o  p oblems?

☐ Yes

☑ No

☐ No Response

## MENTAL HEALTH SCREENING--Select and Document all that apply

s  he pa ien  a s a e hospi al  e u nee?

☐ Yes

☑ No

Was  he pa ien  evalua ed a   he EPU in conjunc ion wi h  his a  es ?

☐ Yes

☑ No

## Mental Health History

A e you a clien  of  he  egional cen e  fo   he developmen ally disabled  o  have you been in special educa ional classes in school?

DUNSMORE, DARRYL   100046292 (19777041)

DUNSMORE 004
COLEMAN 019

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| 4/8/2021 12 00 00 AM PDT | Mon gome y Jon DO | |
| 6/24/2020 12 00 00 AM PDT | Mon gome y Jon DO | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| | | | | | |

| Diet Name | Start | Stop |
|---|---|---|
| 12/13/2019 12 00 00 AM PST | 12/13/2020 11 59 59 PM PST | |

Addendum

SOAP NOTE BY Ke i Cavallo NP POSTED ON 12/13/2019 7 39 21 PM PST                    Type NP NOTE

## Subjective

NPCC

Review pape wo k assess fo MOB placemen

## Objective

| BP / | Temp | Pulse | Resp | W | Sa02 | BS | Pain |
|---|---|---|---|---|---|---|---|

Reviewed

## Assessment

Ankylosing spondyli is

DUNSMORE, DARRYL   100046292 (19777041)

DUNSMORE 005
COLEMAN 020

HTN

DM

GERD

O he spine diso de

Anemia

## Plan

MOB placemen when oom available

Meds o de ed

Re ieve DME f om pe sonal p ope y wheelchai gloves EZ g abbe cushion magnifiying glass small bi e spoon foam handles

RN o fi fo comp ession s ockings

Wheel chai

Cane

CBC w/ diff Q 3 mo o de ed

| Appointment Name | | Appointment Date |
|---|---|---|
| 12/18/2019 12 00 00 AM PST | | |
| 12/14/2019 12 00 00 AM PST | | |

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| 4/16/2021 12 00 00 AM PDT | Mon gome y Jon DO | |
| 4/8/2021 12 00 00 AM PDT | Mon gome y Jon DO | |
| 6/24/2020 12 00 00 AM PDT | Mon gome y Jon DO | |
| 12/13/2019 12 00 00 AM PST | Cavallo Ke i NP | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|

DUNSMORE, DARRYL   100046292 (19777041)

**DUNSMORE 006**
**COLEMAN 021**



San D ego County Sher ffs Department
9621 R dgehaven Ct.
San D ego, CA 92123

10/28/2021 11:26:52 AM PDT

## MOB NURSING ADMISSIONS FORM - Completed by: Ernst Schettini RN on 12/14/2019 3:06:39 AM

PST

| Patient: DUNSMORE DARRYL | | #: 100046292 (19777041) | | Lang: 5 |
|---|---|---|---|---|
| DOB: | (Age=54) | Sex: M | | Race: W |
| Housing: | | Court Date: | | Type: |
| Status: NOT ACT VE | | Booking Date: 12/13/2019 2 58 15 PM PST | | Release: 4/21/2021 1 54 00 AM |

Cu en Alle gies

Azi h omycin  bup ofen  Me ho exa e  Plaquenil  Sulfadiazine  Tylenol

☐ **Patient Refused**

| BP | Temp | Pulse | Resp | SaO2 | BS | Pain | Height(ft) |
|---|---|---|---|---|---|---|---|
| 150 / 108 | 114 | 114 | 18 | 99 | na | na | 0 |
| **Height(in)** | **Weight** | **BMI** | **MAP** | | | | |
| 0 | | | 122 00 | | | | |

**This form will admit the patient into the Infirmary - Level 1, Infirmary - Provider, and Infirmary - CHT Admission Management Queues.**

Admi ed f om

S a on P ison

### Reason/Need for Infirmary Admission:

| | | |
|---|---|---|
| ☐ Colonoscopy | ☐ V An ibio ics | ☐ Complex Wound Ca e |
| ☐ Oxygen | ☐ SO P ecau ions | ☑ ADA ssue |
| ☐ P egnancy | ☐ Dialysis | ☐ O he |

O he

Nu sing Diagnosis

mpai ed physical mobili y

Al e ed heal h main enance

Pain

### Suicide Watch:

DUNSMORE, DARRYL   100046292 (19777041)

○ Yes
● No

○ Ac ive
○ Po en ial

**Diet:**

○ Change
● No Change

**Labs:**

○ O de
● None  ndica ed

**Wound Care:**

| ☐ New O de | ☐ Change | ☑ None  ndica ed |

**Additional Orders:**

| ☐ Ci c Mo o  Senso y | ☐ Neu o Checks | ☑ None  ndica ed |

**Medications:**

| ☑ All Cu  en  ac ive medica ions  eviewed | ☐ New medica ions o de ed | ☐ None indica ed |

**Treatments:**

| ☐ Oxygen | ☐ CPAP | ☐ Os omy Ca e |
| ☐ Ca he e  Ca e | ☐ Tube Feedings/PEG  ube | ☐  mplan ed Po  Flush |
| ☐ V The apy | ☐ P CC Line | ☐ O he |
| ☑ None  ndica ed | | |

O he

s CPAP Pa ien  Owned?

☐ Yes

☐ No

**Intake/Output:**

○ Yes
● No

**Activity Level:**

DUNSMORE, DARRYL   100046292 (19777041)

**DUNSMORE 008**
**COLEMAN 023**

| ☑ Up ad lib | ☐ Non Weigh Bea ing | ☐ Bed Res |
| ☐ Ba h oom P ivileges Only | ☐ O he | |

| ☐ Righ Lowe Ex emi y | ☐ Righ Uppe Ex emi y | ☐ Lef Lowe Ex emi y |
| ☐ Lef Uppe Ex emi y | ☐ Bila e al Lowe Ex emi ies | ☐ Bila e al Uppe Ex emi ies |

O he

## Special Needs:

● Yes
○ No

| ☐ C u ches | ☐ Cane | ☑ Wheelchai |
| ☐ Walke | ☐ Showe Chai | ☐ Mechanical Lif |
| ☐ Cas /Splin | | |

Loca ion

## Isolation Precautions:

○ Yes
● No

☐ Sick call appoin men fo p ovide follow up made fo nex available wo k day

Commen s

Upon admissions p displayed an an gy mood wi h a cong uen affec P s ood up and ook his ma ess and blocked he f on doo He was la e was obse ved picking up his ma ess off he floo placed his ma es in he ve ical posi ion pulled he bed and ba icaded himself whe e s aff was unable o physically obse ve him S aff had o en e he oom and ake down he ma ess Came a cove ed wi h we oile pape s aff unable o obse ve him p con inually s a ed he can' walk despi e s aff obse ving him walking

DUNSMORE, DARRYL   100046292 (19777041)

DUNSMORE 009
COLEMAN 024



San Diego County Sheriffs Department
9621 Ridgehaven Ct.
San Diego, CA 92123

10/28/2021 11:26:54 AM PDT

**Progress Notes- MOB NOTE - DUNSMORE, DARRYL 100046292 (19777041)**

---

SOAP NOTE BY Dominga Phelps RN POSTED ON 12/15/2019 9 24 53 PM PST                                    Type  RN NOTE

**Subjective**

"No  jus don' wan  o ea " he said when asked why he was no  ea ing and if he is suicidal

**Objective**

| BP 133/87 | Temp 97 8 | Pulse 66 | Resp 18 | W  na | Sa02 98 | BS | Pain 0 |

Res ing quie ly in bed when  ec'd  Coope a ive wi h V/S checks du ing  ounds  ni ially no  esponse when asked why he's no  ea ing  bu  when asked
fo  S  he says "no  jus don' wan  o ea "  Somewha  i  i able/ f us a ed because he "have no  go  en my O  ho shoes ye " (pe  am s aff o  ho shoe
f om P ison was no  app oved/awai ing o de ed o ange shoes)  A/O x4  NAD  Sho /limi ed disclosu es  Denies SOB/CP  Respi a ion even/unlabo ed
Coope a ive wi h V/S checks  Fai  eye con ac  Speech clea  cohe en  bu  sho  & limi ed  Skin wa m/d y/pe fused  ndependen  wi h  ansfe s  Denies
S  H  A/VH  Cons ic ed affec /mood cong uen  No episode of i  i abili y/ou bu s  his  ime  Used  he phone  BP  133/87 asymp oma ic  no edema
Falls p ecau ion obse ved

**Assessment**

Al  heal h main  /comfo   mpai ed Mobili y /Po   isk fo  fall  choking (Hx Dysphagia needs fluid  hickene )  Risk Po  Fo  Hypo Hype glycemia/Tissue
Pe fusion  Al  in Mood/ hough  p ocess

**Plan**

Con inue cu  en  Tx plan  Advised  o info m s aff of any change in his condi ion/ve balized unde s anding  Will con inue  o moni o  hou ly wellness
checks pe  MOB p o ocol

---

Addendum

**DUNSMORE 010**
**COLEMAN 025**



San D ego County Sher ffs Department
9621 R dgehaven Ct.
San D ego, CA 92123

10/28/2021 11:26:54 AM PDT

**Progress Notes- MOB NOTE - DUNSMORE, DARRYL 100046292 (19777041)**

| | |
|---|---|
| SOAP NOTE BY aa on pavao RN POSTED ON 12/16/2019 5 22 30 PM PST | Type  RN NOTE |

**Subjective**

" am i ed"

**Objective**

| BP  146/86 | Temp  98 | Pulse  68 | Resp  18 | W | Sa02  96 | BS  135 | Pain |
|---|---|---|---|---|---|---|---|

PPT found A/Ox 4 lying in bed  PT efused b eakfas  and  efused mo ning meds  VSS  NAD  b ea hing even and unlabo ed PT wen  o cou   his
af e noon  me  wi h bo h MD and Psych which app oved  he  e u n of  hei o  hopedic shoes was also app oved by Cap ain  Will be  e  ieved  omo  ow
AM  Told MD  ha  he is no  on hunge  s  ike no  ea ing as he is in  oo much pain

**Assessment**

Al  heal h main  comfo   mpai ed Mobili y /Po   isk fo  fall

**Plan**

Con inue  o obse ve pe  MOB p o ocol  PT advised  o ale  medical if he has any changes in medical o  psych condi ion  PT ve balized unde s anding

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| 4/16/2021 12 00 00 AM PDT | Mon gome y  Jon DO | |

Addendum

**DUNSMORE 011**
**COLEMAN 026**



San D ego County Sher ffs Department
9621 R dgehaven Ct.
San D ego, CA 92123

10/28/2021 11:26:54 AM PDT

**Progress Notes- MOB NOTE - DUNSMORE, DARRYL 100046292 (19777041)**

SOAP NOTE BY  Ka en C uz RN POSTED ON 12/21/2019 11 18 48 PM PST                                                Type  RN NOTE

### Subjective

* m al igh *  Repo  s ea ing/d inking adequa ely  Denies pain/discomfo   No complain s p esen ed

### Objective

| BP  145/90 | Temp  98 | Pulse  73 | Resp  18 | W | Sa02  98 | BS | Pain |
|---|---|---|---|---|---|---|---|

Pa ien  si ing on his wheelchai  AOx4  calm and coope a ive  B ea hing even and unlabo ed  Speech clea  and spon aneous wi h good eye con ac
Skin wa m  d y and well pe fused  Complian  wi h meds  n no acu e dis ess

### Assessment

Al heal h main /comfo   mpai ed Mobili y /Po   isk fo  fall  choking  Risk Po   Fo  Hypo Hype glycemia/Tissue Pe fusion  Al  in Mood/ hough  p ocess

### Plan

Con inue wi h cu en   ea men  plan  Advised pa ien  o no ify medical s aff on any acu e change of condi ion  Pa ien  ve balized unde s anding

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| 4/16/2021 12 00 00 AM PDT | Mon gome y  Jon DO | |

Addendum

**DUNSMORE 012**
**COLEMAN 027**

| Name | Scheduled Date | Reason | Completed Date |
|------|----------------|--------|----------------|
| Med ca Chart Rev ew | 12/20/2019 | Was prev ous y schedu ed for rev ew however order ng prov der w  be ava  ab e on Monday. P ease rev ew pt  nsu  n rx (Humu  n R and Huma og), both are ordered as per S  d ng Sca e standard. P ease c ar fy  f both can be adm n stered s mu taneous y as s  d ng sca e and what are the b ood sugar parameters for Huma og. | 12/20/2019 |
| Med ca Doctor S ck Ca | 12/14/2019 | Insu  n Dependent D abetes Me  tus p ease fo  ow up as per SNP D abetes. Pt rece ves Huma og 1 un t TID p ease put n EMAR. P ease assess  f pt needs spec a  orthoped c shoes (WERE TAKEN FROM HIM AND PLACED IN PROPERTY) Pt refus ng to eat hasn t eaten  n 2 days. P ease assess | 12/16/2019 |
| Med ca Chart Rev ew | 12/16/2019 | P ease rev ew pt  nsu  n rx (Humu  n R and Huma og), both are ordered as per S  d ng Sca e standard. P ease c ar fy  f both can be adm n stered s mu taneous y as s  d ng sca e and what are the b ood sugar parameters for Huma og. | 12/16/2019 |

DUNSMORE, DARRYL   100046292 (19777041)

**DUNSMORE 013**
**COLEMAN 028**



San D ego County Sher ffs Department
9621 R dgehaven Ct.
San D ego, CA 92123

10/28/2021 11:26:54 AM PDT

**Progress Notes- MOB NOTE - DUNSMORE, DARRYL 100046292 (19777041)**

---

SOAP NOTE BY Jesus Agus in RN POSTED ON 1/9/2020 2 35 31 AM PST                    Type  RN NOTE

### Subjective

P admi ed o MOB f om s a e p ison d/ mul iple illnesses  P  is  DDM wi h h/o Ankylosing Spondyl is  esul ing in ch onic backpain  Also has dysphagia making i difficul o swallow  equi ing hickene o assis in swallowing food  Denies bladde /bowel p oblems

### Objective

| BP 127/91 | Temp 98 4 | Pulse 77 | Resp 18 | W | Sa02 | BS | Pain |
|-----------|-----------|----------|---------|---|------|-----|------|

Ale  and o ien ed o pe osn place  ime  si ua ion  NAD  b ea hing is even and unlabo ed

Skin d y  wa m  and well pe fused  P  was found lying down on his bed  He sa  up fo  he VS and  emained so un il end of assessmen

ndependen  wi h ADL and able o communica e needs  Wheelchai  on  he bedside no ed  al hough he can move a ound  he cell unassis ed

### Assessment

Po en ial fo  choking

### Plan

Con inue cu en  ea men  plan

P  p ovided wi h  hickene  o assis  in swallowing

Moni o  pe  p o ocol

P  advised  o info m s aff if condi ion wo sens

P  voiced unde s anding

| Diagnostic Name | Scheduled Date | Doctor |
|-----------------|----------------|--------|
| 4/16/2021 12 00 00 AM PDT | Mon gome y  Jon DO | |

Addendum

**DUNSMORE 014**
**COLEMAN 029**



San D ego County Sher ffs Department
9621 R dgehaven Ct.
San D ego, CA 92123

10/28/2021 12:39:12 PM PDT

## ISP ASSESSMENT/FOLLOW-UP FOR MHC'S - Completed by: Crystal Durden LMHC on 1/10/2020

11:52:49 AM PST

| Patient: DUNSMORE  DARRYL | | #: 100046292 (19777041) | Lang: 5 |
|---|---|---|---|
| DOB: | (Age=54) | Sex: M | Race: W |
| Housing: | | Court Date: | Type: |
| Status: NOT ACT VE | | Booking Date: 12/13/2019 2 58 15 PM PST | Release: 4/21/2021 1 54 00 AM |

- ● Ga ekeeping Assessmen
- ○ 1s  SP Assessmen
- ○ 2nd  SP Assessmen
- ○ Addi ional  SP Assessmen
- ○ SP Follow Up

Da e of Assessmen /Placemen   1/10/2020  Time of Assessmen /Placemen   9 30am

### Reason for Assessment/Placement:

| ☐ Cha ges | ☐ Sen ence | ☐ Resis ance du ing a  es |
|---|---|---|
| ☐ Ac ively self ha ming | ☑ Ve balized S /H | ☐ Dange  o self o  o he s |
| ☐ O he | | |

Explain

MHC spoke wi h  P inside his MOB cell wi h depu y Flo es p esen   MHC was asked  o speak  o  P af e  he made S  s a emen s  o nu se when she was asking him abou  mobili y and o he  ela ed medical ques ions  Wi h  his w i e   P was si ing in his wheelchai  wi h only unde wea  and shi  on bu  did cove  up wi h a  owel  P emembe ed  his w i e  f om p evious inca ce a ion   P was hype ve bal a  f is  and difficul  o in e  up   P denies any cu  en  S /H bu  s a ed he "will" ge  suicidal and do wha  eve  he needs " o p o ec  myself" f om going o ML   P  epo s he "knew whe e she (nu se) was going" wi h he  ques ions  P  alked abou  how he has "had"  o sue mul iple  imes (va ious agencies) fo  "dependen  adul  abuse" and fo  no  ge  ing  he p ope  ADA accomoda ions  P did appea   o ge  mo e calm  alking  o MHC and  hanked he  "fo  dis ac ing me f om my anxie y   needed  ha "  P has cou  on 1/13  No  SP  ecommended a   his  ime  howeve  if MD we e  o clea   P f om MOB  his w i e   ecommends a QMHP eval p io   o leaving MOB and/o  going  o o he  housing

### Mental Status Exam:

### Appearance

| ○ Well G oomed |
|---|
| ● Mode ely G oomed |
| ○ Disheveled/Unkemp |

Explain

DUNSMORE, DARRYL   100046292 (19777041)

DUNSMORE 015
COLEMAN 030

**Level of Consciousness**

- ⦿ Ale  and Awake
- ○ D owsy
- ○ S upo
- ○ Coma

Explain

**Eye Contact**

- ⦿ Good
- ○ Fai
- ○ Poo
- ○ None

Explain

**Attitude**

- ☑ Coope a ive
- ☐ Hos ile/bellige en
- ☐ Gua ded
- ☐ Uncoope a ive
- ☐ Non disclosing

Explain

**Behavior**

- ☑ Calm
- ☐ Mo o  mpai men
- ☐ App ehensive
- ☑ Tea ful
- ☐ Agi a ed
- ☐ Wi hd awn

Explain

**Speech**

- ☑ Clea
- ☐ P essu ed
- ☐ Selec ive Mu e
- ☐ Slu ed
- ☐ Quie
- ☐ Aphasic
- ☐ Slow
- ☐ Rapid

Explain

**Conversation**

- ☑ Spon aneous
- ☐ elevan
- ☑ Only in esponse o ques ions
- ☑ Relevan

Explain

DUNSMORE, DARRYL   100046292 (19777041)

**DUNSMORE 016**
**COLEMAN 031**

## Orientation

- ☑ Pe son
- ☑ Place
- ☑ Mon h
- ☑ Yea
- ☑ Si ua ions
- ☐ None

Explain

## Memory

- ☑ mmedia e n ac
- ☑ Recen n ac
- ☑ Remo e n ac
- ☐ Refused

Explain

## Perceptual Symptoms

- ☑ No mal
- ☐ Hallucina ions Audi o y
- ☐ Hallucina ions Visual
- ☐ Hallucina ions Olfac o y

Explain

## Depressive Symptoms

- ☐ No Able o Assess
- ☐ Sleep Dis u bance
- ☐ Ea ing Dis u bance
- ☐ C ying Spells
- ☐ Feelings of Hopelessness
- ☑ Feelings of Helplessness

Explain

P epo s having anxie y

## Suicidal Thinking

- ⦿ Denied/None
- ○ Passive
- ○ Ac ive
- ○ n en
- ○ Refused

Explain

## Homicidal Thinking

- ⦿ Denied
- ○ Passive
- ○ Ac ive
- ○ n en
- ○ Refused

DUNSMORE, DARRYL   100046292 (19777041)

**DUNSMORE 017**
**COLEMAN 032**

Explain

## Affect

☑ App op ia e          ☐ napp op ia e          ☐ Labile
☐ Expansive            ☐ Cons ic ed            ☐ Blun
☐ Ang y                ☐ Fla                   ☐ Cong uen
☐ ncong uen

Explain

## Thought Process

☑ n ac                 ☐ Conc e e              ☐ Abs ac
☐ Though  Blocking     ☐ Ci cums an ial        ☐ Diso ganized
☐ Loose Associa ion    ☐ Tangen ial            ☐ Fligh  of  dea
☐ Slow/Hesi an

Explain

## Thought Content

☑ App op ia e  o si ua ion    ☐ G andiose      ☐ Obsessions
☐ Compulsions                 ☐ Pa anoia       ☐ Delusions
☐ mpove ished

Explain

## Impulse Control

◉ Good
○ Fai
○ Poo

Explain

## Judgement

◉ n ac
○ Conc e e

Explain

## Insight

○ Good Unde s anding
◉ Adequa e

DUNSMORE, DARRYL   100046292 (19777041)

DUNSMORE 018
COLEMAN 033

○ Pa ial Recogni ion

○ Poo

Explain

## Motivation for Treatment

○ Excellen

◉ Good

○ Fai

○ Poo

Explain

---

Fi s  ime in jail?

☐ Yes

☑ No

View  his Pa ien 's Cha ges in eJ MS

[ View ]

## Future orientation:

○ Hopeful

○ Hopeless

◉ Realis ic

○ Un ealis ic

Explain

## Support network:

☐ Significan  O he          ☐ Pa en s          ☐ Family

☑ O he                      ☐ Refused

Explain

His o y of  SP placemen

☑ Yes

☐ No

## When/Within:

DUNSMORE, DARRYL   100046292 (19777041)

**DUNSMORE 019**
**COLEMAN 034**

○ 1 30 days

○ 30 90 days

○ 3 6 mon hs

● 6+ mon hs

Explain

His o y of in cus ody suicide a emp

☐ Yes

☑ No

## When/Within:

○ 1 30 days

○ 30 90 days

○ 3 6 mon hs

○ 6+ mon hs

Explain

His o y of in cus ody self ha m

☑ Yes

☐ No

## When/Within:

○ 1 30 days

○ 30 90 days

○ 3 6 mon hs

● 6+ mon hs

Explain

P did no  give specifics bu  s a ed ' 've cu  my a ms" and b iefly showed MHC ma ks on his a ms  P has been in p ison fo  13 y s and is back  o figh  his
case and  hopes  o ge  eleased soon

## Most recent SI:

P eviously A  emp ed Suicide

☐ Yes

☑ No

## When/Within:

○ 1 5 yea s

○ 6 10 yea s

DUNSMORE, DARRYL   100046292 (19777041)

**DUNSMORE 020**
**COLEMAN 035**

○ 11+ yea s

| Explain |
| --- |

| P evious Self Ha m |
| --- |
| ☐ Yes |
| ☑ No |

**When/Within:**

○ 1 5 yea s

○ 6 10 yea s

○ 11+ yea s

| Explain |
| --- |

| Family/Close F iend A emp ed o Comple ed Suicide |
| --- |
| ☐ Yes |
| ☑ No |

**When/Within:**

○ 1 5 yea s

○ 6 10 yea s

○ 11+ yea s

| Explain |
| --- |

**Recent Losses:**

| ☑ Family | ☐ F iend | ☐ Ca ee |
| --- | --- | --- |
| ☐ Finances | ☐ Home | ☐ None epo ed |

**When/Within:**

⦿ 1 5 yea s

○ 6 10 yea s

○ 11+ yea s

| Explain |
| --- |
| P epo s his Mom * ecen ly' passed away bu did no say when |

**History of Sexual Abuse:**

○ Yes

○ No

DUNSMORE, DARRYL   100046292 (19777041)

**DUNSMORE 021**
**COLEMAN 036**

○ Refused
● None epo ed

☐ As a Child                    ☐ As an Adul

Explain

## History of Physical Abuse:

○ Yes
○ No
○ Refused
● None epo ed

☐ As a Child                    ☐ As an Adul

Explain

## History of Emotional Abuse:

○ Yes
○ No
○ Refused
● None epo ed

☐ As a Child                    ☐ As an Adul

Explain

## Concerns for Safety while incarcerated:

☐ O he inma es          ☑ S aff          ☐ None epo ed

Explain

P wan s o and feels ha he needs o s ay in MOB and is conce ned s aff will y o move him ou

Comba Ve e an

☐ Yes
☑ No

## Symptoms of post-traumatic stress:

○ Yes
○ No
○ Refused
○ None epo ed

DUNSMORE, DARRYL   100046292 (19777041)

DUNSMORE 022
COLEMAN 037

Explain

---

**Recent substance use:**

- [ ] Amphe amines
- [ ] Opia es
- [ ] O he
- [ ] THC
- [ ] Cocaine
- [ ] ETOH
- [x] None epo ed

Explain

**Frequency:**

- [ ] Daily
- [ ] Mon hly
- [ ] 2 3 imes weekly
- [ ] 1 weekly

Explain

**Route:**

- [ ] Smoke
- [ ] Ea
- [ ] Sno
- [ ] njec

Explain

---

**Current Withdrawal Symptoms:**

- ( ) Yes
- (•) No
- ( ) On Wi hd awal P o ocol

Explain

**Current Suicide Risk Acuity:**

- (•) Low
- ( ) High

Explain

No SP ecommended

**Provisional Diagnosis:**

Add Diagnosis Code Remove Selec ed

DUNSMORE, DARRYL   100046292 (19777041)

DUNSMORE 023
COLEMAN 038

**Plan:**

- [x] SP placemen no indica ed efe o classifica ion
- [ ] Clea ed f om SP o JPMU
- [ ] Remain in SP wi h CTO in EOH
- [ ] Remain in SP wi h CTO in SC
- [ ] Remain in SP CTO wi h move o EOH
- [ ] Remain in SP CTO wi h move o SC
- [ ] Addi ional p ovide o assess wi hin 12 hou s (Safe y Cell)
- [ ] Addi ional p ovide o assess wi hin 12 o 24 hou s (EOH)
- [ ] Placemen in SP EOH
- [ ] Placemen in SP Safe y Cell
- [ ] Consul wi h Psychia y fo npa ien Admission
- [ ] B and R consul wi h Wa ch Commande fo anspo o an inpa ien communi y facili y
- [ ] Medical Eme gency Sendou

Explain

No SP ecommended

### Refer to Psychiatric Sick Call in:

- ( ) 24 h
- ( ) 72 h
- ( ) 1 week

Explain

P is al eady being x'd

### Refer to MD Sick Call in:

- ( ) 24 h
- ( ) 72 h
- ( ) 1 week

Explain

n MOB

### Discharge from ISP with Follow Up in:

- [ ] 24h s
- [ ] 72h s
- [ ] 1 week
- [ ] 2 weeks

DUNSMORE, DARRYL   100046292 (19777041)

**DUNSMORE 024**
**COLEMAN 039**

☐ 4 weeks

☐ 6 weeks

☐ 12 weeks

☐ P e Cou P oceedings Assessmen

☐ Pos Cou P oceedings Assessmen

☑ N/A (no clea ing f om SP)

Cou P oceedings Assessman Da e

Explain

No SP ecommended



San D ego County Sher ffs Department
9621 R dgehaven Ct.
San D ego, CA 92123

10/28/2021 11:26:54 AM PDT

**Progress Notes- MOB NOTE - DUNSMORE, DARRYL 100046292 (19777041)**

SOAP NOTE BY  Dominga Phelps RN POSTED ON 1/12/2021 11 19 13 PM PST                Type  RN NOTE

### Subjective

* 'm in a lo of pain (back pain) his ime  Can you schedule me fo  he doc o  omo ow?  need o discuss wi h  hem abou  my Enb el injec ion*

### Objective

| BP  122/78 | Temp  98 7 | Pulse  69 | Resp  18 | W  na | Sa02  97 | BS  na | Pain  7 |
|---|---|---|---|---|---|---|---|

P    ec'd lying in bed  epo   having back pain (ch onic back pain)  eques ing be seen by MD in am  P    epo  s his back pain is ge  ing wo se la ely

A/Ox3  NAD  Skin wa m/d y/pe fused  P    emains on occu  ied s a us in MOB  Repo  s he is ea ing his meals/ aking his meds  No s/sx of glycemic

eac ion  P  is conve sign  o adjacen  p  nex  doo  p io  e i ing  o bed

### Assessment

Al  heal h main  /comfo

### Plan

sched  MDSC   Advised o  es  w/ BRP  Voiced unde s anding

Addendum

DUNSMORE, DARRYL   100046292 (19777041)

**DUNSMORE 026**
**COLEMAN 041**

 **San Diego County**
**SHERIFF'S DEPARTMENT**
**INMATE REQUEST** *(PETICION DEL RECLUSO)*

FEB 1 0 2020

**SECTION I**     Complete the following information: *(Llene la siguiente informacion)*

**Facility:**     ☑ SDCJ     ☐ FAC8     ☐ EMRF     ☐ GBDF     ☐ LCDRF     ☐ SBDF     ☐ VDF
*(Carcel)*

**Name:** Darryl Dunsmore
*(Nombre)*

**Booking #:** 19777041          **Date of Birth:** _____     **Housing Unit:** MaB 3 -20
*(Número)*                        *(Fecha de Nacimiento)*           *(Unidad)*

**SECTION II**     Refer to instructions on the back of this form.
                   *Refiere se a las instrucciones al revez de este formulario.*

I have a Request for the following:
*(Tengo una petición a lo siguiente):*

I Have order from The Court Concering Medical
Needs ADA spoon broke, I Need ADA writeing
utinzil ADA shelt ing ADA Toothbrush Extremly
Painful Dificult To use Due To Size and
Pick item up off The Floor Causeing Extreme
musclur secatal Pain Through out Body

**Signature:** _____          **Date and Time:** 2/8/20
*(Firma)*                           *(Fecha y hora)*

**SECTION III**          **RESPONSE BY DETENTION FACILITY STAFF ONLY**

**Forwarded to:** _____          **Date:** 2/11/2020  **Time:** _____

Approved by Case Management. Awaiting for
delivery.

**Completed by:** _____          RN 9581     **Date:** 2/11/2020

J-21 (REV 01/15) FRONT

DUNSMORE, DARRYL  100046292 (19777041)

**DUNSMORE 027**
**COLEMAN 042**

RTC in 10 weeks

Po en ial benefi  isks  side effec s  al e na ives discussed  pa ien  ve balizes unde s anding and consen s o  ea men   Pa ien  unde s ands  ha  all  ea men s offe ed  oday a e volun a y and adhe ence/ efusal is independen  of housing  p ivileges o o he  inma e se vices

Addendum

Ca  ie Rome o RN POSTED ON 2/24/2020 9 59 45 PM PST                                    Type  MED CAL CLEARANCE

 n MOB on occupied s a us  seen ale   and  esponsive  b ea hing even and unlabo ed  No dis ess no ed  no complain s p esen ed

Addendum

Leona do Mendoza RN MCG POSTED ON 2/23/2020 2 37 32 PM PST                              Type  RN NOTE

ADA CASE MANAGEMENT  E mail send  o facili y CN/SRN/RN Cua esma & Napoli ano Lang  e  advisemen  if  he following ADA accommoda ion being me  as pe  ADA assessmen  done on 2/11/20  & MD o de ed on 2/15/20 has app oval fo  ADA spoon  ADA w i ing appliance and ADA  oo hb ush due  o  p oblem wi h his hands/finge s  Pe  RN Napoli ano Lang's e mail  esponse  ha  acco ding  o SRN Padilla  he supplies have been o de ed and awai ing fo  delive y

2/19/23 Pe  SRN Padilla's e mail  o DON Boo h  e  Plan of Ca e fo  M  Dunsmo e who has been admi ed in MOB on 2/18/2020  Case  eviewed as lis ed below

 Pa ien  was seen by MD on 2/16/2020
 Pa ien  scheduled fo  Psych Sick Call on 2/26/2020 fo  follow up
 The MOB RN shall evalua e and assess  he pa ien  q shif  fo  any signs of de e io a ion  medical condi ion and   hyd a ion s a us  Documen  assessmen  in TechCa e
 MOB nu ses will con inue  o encou age pa ien  o ea  and d ink
 MOB Nu ses shall moni o  weigh  eve y day and documen  in TechCa e
 MOB Nu se will schedule  he pa ien  fo  MDSC weekly and as needed fo  MD  o assess fo  any acu e o  ch onic  medical condi ion
 Con inue  o offe  medica ions  o he pa ien   f  efused  efusal slip shall be signed and pa ien  will be scheduled   fo  doc o 's sick call fo  counseling
 The MOB nu se will no e  he pe cen age of food and fluid in ake on  he n ake Moni o  Fo m and in TechCa e
 All  efusals should be documen ed
 Counseling and heal h educa ion done by  he medical s aff shall be documen ed in  he pa ien 's heal h  eco d

Upda e  Pa ien  a e las  nigh  and  his mo ning   ns uc ions we e given  o nu ses  o con inue  o moni o   documen  in ake and encou age pa ien   o ea  d ink and  ake p esc ibed medica ions  All due medica ions  his mo ning  aken by M  Dunsmo e excep  fo  P ozac

Addendum

Kelli Payne RN POSTED ON 2/23/2020 1 50 16 PM PST                                       Type  RN NOTE

Pa ien  on occupied s a us  in NAD  denies any complain s o  needs a  his  ime
Advised  o no ify s aff wi h any changes in condi ion  ve balized unde s anding

Addendum

Anil Kuma  RN POSTED ON 2/20/2020 7 26 34 PM PST                                        Type  RN NOTE

NPCC o de  no ed

Addendum

Ke i Cavallo NP POSTED ON 2/20/2020 2 39 08 PM PST                                      Type  NP NOTE

NPCC

DUNSMORE, DARRYL   100046292 (19777041)

DUNSMORE 028
COLEMAN 043



San D ego County Sher ff s Department
9621 R dgehaven Ct.
San D ego, CA 92123

10/28/2021 11:31:31 AM PDT

## ADA FUNCTION PERFORMANCE ASSESSMENT - Completed by: June Cuaresma RN on

2/11/2020 2:35:12 PM PST

| Patient: DUNSMORE  DARRYL | | #: 100046292 (19777041) | Lang: 5 |
|---|---|---|---|
| DOB: | (Age=54) | Sex: M | Race: W |
| Housing: | | Court Date: | Type: |
| Status: NOT ACT VE | | Booking Date: 12/13/2019 2 58 15 PM PST | Release: 4/21/2021 1 54 00 AM |

### Assistance with Activities of Daily Living

Da e of in e view

Reason fo  in e view

cane  wheelchai  ADA spoon

### Eating:

⦿ ndependen

◯ Need Assis ance

### Walking:

⦿ ndependen

◯ Need Assis ance

### Mobility (going out of cell and getting about)

⦿ ndependen

◯ Need Assis ance

### Bathing (including getting supplies)

⦿ ndependen

◯ Need Assis ance

### Dressing:

⦿ ndependen

◯ Need Assis ance

### Toileting: (including help with clothes, or help with ostomy, catheter, etc.)

DUNSMORE,  DARRYL   100046292 (19777041)

**DUNSMORE 029**
**COLEMAN 044**

ndependen

○ Need Assis ance

## Grooming:

ndependen

○ Need Assis ance

## Use of Telephone:

ndependen

○ Need Assis ance

O he

○ ndependen

○ Need Assis ance

○ Na

Commen s

Pa ien  wi h wheelchai  a  bedside wi h cushion used as a pillow in bed  No ed wi h NO CANE as confi med wi h pa ien  (claims  aken by se gean )  also uses ADA spoon ( olled padding wi h diffe en  loose pieces  o hold  he spoon  ha 's  aped in  he  olled pad)  Pa ien  is AMBULATORY wi h NO USE of cane o  wheelchai    s independen  wi h ADLs bu  claims he needs ADA appliances fo  w i ing   oo hb ush and spoon due  o p oblem wi h his hands/finge s

n e viewing Nu se ( ni ial and ARJ S)

JC 5561



San D ego County Sher ffs Department
9621 R dgehaven Ct.
San D ego, CA 92123

10/28/2021 11:26:54 AM PDT

**Progress Notes - MOB NOTE - DUNSMORE, DARRYL 100046292 (19777041)**

| SOAP NOTE BY aa on pavao RN POSTED ON 2/16/2020 12 57 56 AM PST | | | | | | | Type RN NOTE |

**Subjective**

" am on a hunge s ike "

**Objective**

| BP 163/95 | Temp 98 2 | Pulse 82 | Resp 18 | W | Sa02 98 | BS | Pain |

PT claims o be on hunge s ike o ge ADA appliances CM is awa e and is p ocessing eques s PT did no ea dinne was encou aged o do so bu denied eques has commisa y food in cell efused pm meds

**Assessment**

Al heal h main ance isk fo nu i ion imbalance

**Plan**

Con inue o moni o pe Hunge s ike SNP

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| 4/16/2021 12 00 00 AM PDT | Mon gome y Jon DO | |

Addendum

DUNSMORE, DARRYL   100046292 (19777041)

**DUNSMORE 031**
**COLEMAN 046**



San D ego County Sher ffs Department
9621 R dgehaven Ct.
San D ego, CA 92123

10/28/2021 11:31:30 AM PDT

## APPLIANCE AND PROSTHESIS AUTHORIZATION - Completed by: Peter Freedland Medical on

2/11/2020 1:17:55 PM PST

| Patient: DUNSMORE  DARRYL | #: 100046292 (19777041) | Lang: 5 |
|---|---|---|
| DOB:        (Age=54) | Sex: M | Race: W |
| Housing: | Court Date: | Type: |
| Status: NOT ACT VE | Booking Date: 12/13/2019 2 58 15 PM PST | Release: 4/21/2021 1 54 00 AM |

### APPLIANCE REQUESTED:

| ☐ Cane | ☐ Splin | ☐ Wheelchai |
|---|---|---|
| ☐ C u ches | ☐ O ange Shoes* | ☑ O he  (Specify) |

spoon  oo hb ush  shelving  wheelchai

Medical condi ion being   ea ed by p os he ic appliance

ch onic ank spon hbla 27

☑ Pa ien  has been counseled on  he impo ance of compliance  o p esc ibed medical p os he ic appliance  egimen and ha  emoval of  he device o  non compliance wi h  he p esc ibed  egimen will  esul  in discon inua ion of  he device

### Duration:

| ☐ Days | ☐ Mon hs | ☑ Con inuous |
|---|---|---|

Numbe  of days/mon hs

☐ P io   eco ds indica e pa ien  has had p os he ic medical appliance in  he pas  one yea

☐ P io  inca ce a ion in pas  one yea  indica ing use

☐ New indica ion wi h  his inca ce a ion

### *Orange Shoes indications:

### Duration:

| ☐ Days | ☐ Mon hs | ☑ Con inuous |
|---|---|---|

Numbe  of days/mon hs

DUNSMORE, DARRYL   100046292 (19777041)

| Name | Scheduled Date | Reason | Completed Date |
|------|------|------|------|
| Psych atry S ck Ca | 2/26/2020 | Pt n t a y reported he was go ng to go on a hunger str ke, however per notes n Techcare he has been eat ng n the prev ous 24 hours. He has a so started tak ng med ca ton aga n. A so, pat ent has been refus ng Prozac due to makes h m fee we rd . P ease eva . | 2/26/2020 |
| Med ca Chart Rev ew | 2/20/2020 | B ood sugar stab e - WNL. Per d scuss on 2/20, b ood sugar checks q week y. P ease change n eMAR to ref ect change. thank you | 2/20/2020 |
| Med ca Doctor S ck Ca | 2/20/2020 | 1) Pt was on a hunger str ke for 3 days- began eat ng aga n on 2/19/20, Per superv sor request, pt needs be assessed by the MD. A so, pt started tak ng ABX, p s adjust orders so that pat ent can comp ete reg men. 2) Pt s BS eve s have been wn cons stent y. Can we change BS checks to QD or week y? | 2/20/2020 |
| Psych atry S ck Ca | 3/24/2020 | 8 week f/u. 3/24/20 Cance ed by chr stopher.kagay on 2/19/2020 Reason: Schedu ed for sooner. | 2/19/2020 |
| Med ca Doctor S ck Ca | 2/16/2020 | Pt on a hunger str ke & refus ng meds | 2/16/2020 |

DUNSMORE, DARRYL   100046292 (19777041)

**DUNSMORE 033**
**COLEMAN 048**

Mr. Dunsmore (BN 19777041)

After speaking to you in regards to your grievance (204000172) on 2/9/20, I have come to the following finding based on your comments to me during our conversation. You had claimed in your grievance that the deputy "confiscated legal folders and ADA straw..." You informed me that you had made the folder yourself out of other materials. This action of making a new item from other items falls under the category of contraband material. Contraband material being anything that is being used for other than its intended purpose. You also explained to me that the ADA straw which you spoke of was a disposable straw. You had already received a new straw by the time I came to speak with you on the 9th. As per our conversation, I explained to you that the straw was a disposable straw and could be thrown away as trash. However, medical can again provide you with a clean new straw at any time.

In regards to you not receiving a receipt for the items that were removed, I had explained to you during our conversation that no receipt will be given for trash or contraband materials removed from your cell. This is not a practice of the Sheriff's Department. Your request to not have your legal files disturbed is noted, however, during searches of cells, items will be moved around to ensure safety, security and removal of contraband material.

Sgt. Zelt

2/12/20

DUNSMORE 034
COLEMAN 049

# SAN DIEGO SHERIFFS DEPARTMENT

## Grievance Report

**Grievance Information:**

**Entry Dt/Tm:** 02-14-2020 1221                          **Entry By:** ADAMOS,

**Update Dt/Tm:** 00-00-0000 0000                      **Update By:**

                    02-14-2020

Inmate Darryl Dunsmore (BN 19777041 ? Medical #20),

On 02/14/2020, I received your grievance (204000203) regarding your claim of
legal folders missing from your property.

Your property was given to us upon your transfer from the Department of
Corrections.  You were allotted several items from your property.  Due to the
excess amount of property you had, it was deemed too much to allow you to have
in your housing unit at the time.  The remainder of your items were kept in a
secured room.

I also found there were two occasions where you stated your attorney was going
to pick up some of your property.  Nobody came to request your property and it
remained in the secured room.

This matter was investigated and is considered closed.

Regards,

Lt. Adamos
Assistant Facility Commander
San Diego Central Jail

REFUSED TO SIGN

x A. WHITE 7215

Z. *kittell* 7578

**DUNSMORE 035**
**COLEMAN 050**



## San Diego County
## SHERIFF'S DEPARTMENT

### INMATE PROPERTY DISPOSITION NOTICE

TO: Darryl Dunsmore  BKG. # 19777041  HOUSING UNIT: 3MED-05

FROM:  BOOKING

On  07 - 15 - 2020  you were sentenced to State Prison and will be transferred to a Reception Center in the near future.  When you arrive at the California Department of Corrections & Rehabilitation (CDCR), you will NOT be allowed to retain any of your personal items and may be subjected to donating or mailing the items at your experse.

You will be transported in jail clothing. It is the policy of CDCR to issue everything you need during your first month of incarceration.

At the time of your transfer to CDCR, all of the property received with you at the time of booking (both your small personal property bag and bulk clothing) will be transported with you unless you release these items prior to your transfer.  Please check your preference below as to the disposition of your property:

☐  I will make arrangements to have someone pick up all of my property PRIOR to my transfer and will submit an Outgoing Property Slip authorizing the release.

☒  I choose to have my property accompany me to State Prison.

_____          7/26/20
           SIGNED                    DATE

___R MATA_____    3986      7/26/20
     WITNESSED BY             ARJIS #        DATE

J-80 Rev 1/19

DISTRIBUTION:
Original – Custody Record
Copy – Inmate

**DUNSMORE 036**
**COLEMAN 051**

DUNSMORE, DARRYL L. 19777041

SDCJ Inmate Grievance (J-22) signed and dated 7/1/21

Re: 4/21/21 DOC Transfer

Mr. Dunsmore,

In response to your attached grievance:

As to your property- the attached J-80 *Inmate Property Disposition Notice,* singed 7/26/20 you elected to have your property accompany you to State Prison. At the time of your transfer to CDCR, all property received with you at the time of booking (small personal-sealed property bag and bulk clothing) were transported with you, per your disposition. Please inquire with appropriate CDCR personnel regarding this.

As to your Amended Abstract of Judgement- part of the transportation process to CDCR is having the Abstract of Judgements available to CDCR for your arrival. Our records indicate an Amended Abstract was received and forward accordingly on your transportation date. CDCR is responsible for the calculation of your sentence based on the provided Amended Abstract of Judgement.



FILE

**DUNSMORE 037
COLEMAN 052**



**San Diego County
SHERIFF'S DEPARTMENT**

**INMATE PROPERTY DISPOSITION NOTICE**

TO: <u>Darryl Dunsmore</u> BKG. # <u>19777041</u> HOUSING UNIT: <u>3MED-05</u>

FROM:    BOOKING

On <u>07-15-2020</u> you were sentenced to State Prison and will be transferred to a Reception Center in the near future.  When you arrive at the California Department of Corrections & Rehabilitation (CDCR), you will NOT be allowed to retain any of your personal items and may be subjected to donating or mailing the items at your expense.

You will be transported in jail clothing. It is the policy of CDCR to issue everything you need during your first month of incarceration.

At the time of your transfer to CDCR, all of the property received with you at the time of booking (both your small personal property bag and bulk clothing) will be transported with you unless you release these items prior to your transfer.  Please check your preference below as to the disposition of your property:

☐    I will make arrangements to have someone pick up all of my property PRIOR to my transfer and will submit an Outgoing Property Slip authorizing the release.

☒    I choose to have my property accompany me to State Prison.

SIGNED _____    DATE <u>7/26/20</u>

WITNESSED BY <u>R MATA</u>    ARJIS # <u>3986</u>    DATE <u>7/26/20</u>

J-80 Rev 1/19

DISTRIBUTION:
Original – Custody Record
Copy – Inmate FILE



**DUNSMORE 038
COLEMAN 053**

Addendum

| Ma K izel San os RN POSTED ON 4/1/2020 5 35 55 AM PDT | Type PSU NOTE |

P  is  efusing b eakfas   Bu  has commissa y bag in his  oom  pe  MOB depu y his bag includes includes 1 apple  1 do i os chip and a pack of nu s

Addendum

| Adaeze Okoh RN POSTED ON 3/31/2020 6 02 28 AM PDT | Type  Unknown Role |

Abno mal Vi al Signs/Readings  Humalog 5 uni s adminis e ed pe  ss

Blood Suga  265

Addendum

| Rizalina Bau is a RN POSTED ON 3/30/2020 5 12 50 PM PDT | Type  RN NOTE |

Seen by D  Leon  abdominal binde  given  o pa ien

Addendum

| SOAP NOTE BY  A  u o Leon Medical POSTED ON 3/30/2020 2 17 44 PM PDT | Type  MD NOTE |

### Subjective

Seen in his MOB cell

Complaining of an abdominal he nia  He has no his o y of any abdominal su ge y  Seems wo se when s anding  some pain

### Objective

| BP / | Temp | Pulse | Resp | W | Sa02 | BS | Pain |

vi als no ed

Globulous abdomen

He has  he  ec us abdominis muscles sepa a ed f om end  o end wi h a cen  al ou  poching on his abdomen

No he nias we e fel

### Assessment

Dias hesis of his Rec us Abdominis Muscles

### Plan

Will need and abdominal bel   o use con iniously

Will help if he loses abdominal wegh

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| 4/16/2021 12 00 00 AM PDT | Mon gome y Jon DO | |
| 4/8/2021 12 00 00 AM PDT | Mon gome y Jon DO | |
| 6/24/2020 12 00 00 AM PDT | Mon gome y Jon DO | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|

DUNSMORE, DARRYL   100046292 (19777041)

**DUNSMORE 039**
**COLEMAN 054**

P emains on occupied s a us in MOB/s able  Afeb ile  U ilizes W/C fo  mobili y o he wise  ndependen  wi h ADLs  Made no complain s

Addendum

---

Levy San os RN POSTED ON 3/24/2021 8 37 55 AM PDT                                    Type  RN NOTE

P  is awake & no new complain s du ing AM  ounds

Addendum

---

Dominga Phelps RN POSTED ON 3/23/2021 9 54 39 PM PDT                                 Type  RN NOTE

Remains on occupied s a us in MOB /s able   Afeb ile  Made no complain s  U ilizes W/C fo  mobili y  ndependen  wi h ADLs  Conve sing wi h nex  doo
p  Meds complian

Addendum

---

Milissa Bu ns RN POSTED ON 3/23/2021 1 40 47 PM PDT                                  Type  RN NOTE

pa ien  advised of availabli y of COV D vaccines and aske if he would like  o  eceive i  Pa ien  efuses a  his  ime s a es "my lawye s advised agains i "
Confi med wi h pa ien  ha he wishes no  o  eceive he vaccine a  his  ime and he  ag ees  ha  he is declining  he vaccine

Addendum

---

Levy San os RN POSTED ON 3/23/2021 8 46 42 AM PDT                                    Type  RN NOTE

P  is ale  & awake du ing AM  ounds   eceived Enb el inj  no new complain s

Addendum

---

Dominga Phelps RN POSTED ON 3/22/2021 8 21 41 PM PDT                                 Type  RN NOTE

Res ing in bed when  ec'd  hen used  he phone  Smiling/pleasan  on app oach  P  emains on occupied s a us in MOB/s able   U ilizes W/C fo  mobili y
independe  wi h ADLs  No s/sx of glycemic  eac ion  Made no complain s @  his  ime

Addendum

---

La  y Deguzman RN POSTED ON 3/20/2021 9 24 05 PM PDT                                 Type  RN NOTE

Remains A&OX4  using W/C fo  mobili y  wa chuing TV/  alking nex   oom  no dis ess/SOB  no c/o

Addendum

---

Anil Kuma  RN POSTED ON 3/19/2021 8 09 38 PM PDT                                     Type  RN NOTE

Reading glasses 1 5 given  o  he p  signed acknowledgmen  pape  by p

Addendum

---

SOAP NOTE BY  K ys al Lo  NP POSTED ON 3/19/2021 5 33 16 PM PDT                       Type  NP NOTE

### Subjective

Pa ien  wishes  o speak wi h MD o  NP  ega ding COV D and whe he  he should accep  o  deny  he vaccina ion

### Objective

| BP / | Temp | Pulse | Resp | W | Sa02 | BS | Pain |
|------|------|-------|------|---|------|----|----|

Ale   awake o ien ed
 ndependen ly ambula o y o  doo  and able  o spend  ime speaking wi hou  difficul y
Even  unlabo ed  espi a ions

DUNSMORE, DARRYL   100046292 (19777041)

**DUNSMORE 040**
**COLEMAN 055**

Affec  WNL

Agi a ion  h oughou  assessmen

## Assessment

The  ecommenda ion is  ha  M  Dunsmo e should  eceive a vaccina ion  The e is no evidence  o suppo  a conce n  ega ding  he use o  iming of immunomodula o y  he apy in  ela ion  o vaccine safe y

Based on  he Ame ican College of Rheuma ology  guidance s a emen s include

The  heuma ology heal hca e p ovide  is  esponsible fo  engaging  he RMD (Rheuma ic and musculoskele al disease) pa ien  in a discussion  o assess COV D 19 vaccina ion s a us and engage in a sha ed decision making p ocess  o discuss  eceiving  he COV D 19 vaccine

Based on  hei   isk fo  COV D 19  A  RD (Au oimmune and inflamma o y  heuma ic disease) pa ien s should be p io i ized fo  vaccina ion befo e  he nonp io i ized gene al popula ion of simila  age and sex

Beyond known alle gies  o vaccine componen s  he e a e no known addi ional con  aindica ions  o COV D 19 vaccina ion fo  A  RD pa ien s

The expec ed  esponse  o COV D 19 vaccina ion fo  many A  RD pa ien s on sys emic immunomodula o y  he apies is likely  o be blun ed in i s magni ude and du a ion compa ed  o  he gene al popula ion

A  heo e ical  isk exis s fo  A  RD fla e o  disease wo sening following COV D 19 vaccina ion  Howeve   he benefi  of COV D 19 vaccina ion fo  RMD pa ien s ou weighs  he po en ial  isk fo  new onse  au oimmuni y

RMD and A  RD pa ien s should  eceive COV D 19 vaccina ion  consis en  wi h  he age  es  ic ion of  he EUA and/o  FDA app oval  Al hough  he immunogenici y and ove all efficacy of  he vaccines a e unce ain in such individuals and may po en ially be lowe   han  hose obse ved in  he gene al popula ion  he po en ial fo  seve e COV D 19 in  his popula ion likely ou weighs  he unce ain ies  The e is no di ec  evidence conce ning mRNA COV D 19 vaccine safe y and efficacy in RMD pa ien s  Rega dless  he e is no  eason  o expec  vaccine ha ms will  ump expec ed COV D 19 vaccine benefi s  The  isk of defe ing vaccina ion and  hus failing  o mi iga e COV D 19  isk should be weighed agains  a possible blun ed  esponse  o  he vaccine if given unde  subop imal ci cums ances

[COV D 19 Vaccine Clinical Guidance Summa y fo  Pa ien s wi h Rheuma ic and Musculoskele al Diseases Developed by  he ACR COV D 19 Vaccine Clinical Guidance Task Fo ce This d af  summa y was app oved by  he ACR Boa d of Di ec o s on Feb ua y 8  2021  and upda ed on Ma ch 4  2021 ]

## Plan

M  Dunsmo e  epo  s o  his NP  ha  he would like addi ional  ime  o conside   he vaccina ion af e  ou  discussion and documen a ion  p ovided him f om  he Ame ican College of Rhema ology  Educa ed M  Dunsmo e  his is absolu ely okay and we wan  him  o make an info med decision  ega ding  he covid vaccina ion and his fu u e heal h choices  We will con inue  o answe  M  Dunsmo e's ques ions  ega ding  his si ua ion  o  he bes  of ou  abili ies and  efe ing  o  eliable schola ly jou nals and evidence based p ac ice fo  info ma ion

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| 4/16/2021 12 00 00 AM PDT | Mon gome y  Jon DO | |
| 4/8/2021 12 00 00 AM PDT | Mon gome y  Jon DO | |

Addendum

Milissa Bu ns RN POSTED ON 3/19/2021 9 02 10 AM PDT                                    Type  RN NOTE

DUNSMORE, DARRYL   100046292 (19777041)

**DUNSMORE 041**
**COLEMAN 056**

# EXHIBIT D

COLEMAN 057

1   Susan E. Coleman (SBN 171832)
    E-mail:  scoleman@bwslaw.com
2   BURKE, WILLIAMS & SORENSEN, LLP
    444 South Flower Street, Suite 2400
3   Los Angeles, CA  90071-2953
    Tel:  213.236.0600     Fax:  213.236.2700
4
    Attorneys for Defendant
5   COUNTY OF SAN DIEGO (Also
    erroneously sued herein as SAN DIEGO
6   COUNTY SHERIFF'S DEPARTMENT, and
    SAN DIEGO COUNTY PROBATION
7   DEPARTMENT)

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11
    DARRYL DUNSMORE, ERNEST          Case No.  3:20-cv-00406-AJB-WVG
12  ARCHULETA, ANTHONY
    EDWARDS, REANNA LEVY,            **DECLARATION OF J.**
13  JOSUE LOPEZ, CHRISTOPHER         **MONTGOMERY IN SUPPORT OF**
    NELSON, CHRISTOPHER              **DEFENDANT'S OPPOSITION TO**
14  NORWOOD, and LAURA               **PLAINTIFFS' MOTIONS FOR**
    ZOERNER, on behalf of themselves **PRELIMINARY INJUNCTION AND**
15  and all others similarly situated, **PROVISIONAL CLASS**
                                     **CERTIFICATION**
16                 Plaintiffs,
                                     **RE: ERNEST ARCHULETA**
17  v.                               **#19741878.**

18  SAN DIEGO COUNTY SHERIFF'S
    DEPARTMENT, COUNTY OF
19  SAN DIEGO, CORRECTIONAL
    HEALTHCARE PARTNERS, INC.,
20  TRI-CITY MEDICAL CENTER,
    LIBERTY HEALTHCARE, INC.,
21  MID-AMERICA HEALTH, INC.,
    LOGAN HAAK, M.D., INC., SAN
22  DIEGO COUNTY PROBATION
    DEPARTMENT, and DOES 1 to 20,
23  inclusive,

24                 Defendants.

25

26

27       I, J. MONTGOMERY, declare as follows:

28       1.    I have personal knowledge of the matters herein based on review of

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

                              - 1 -              3:20-CV-00406-AJB-WVG
                                         DECLARATION RE: ERNEST ARCHULETA

                                              **COLEMAN 058**

1    pertinent medical documents and would competently testify thereto if called and

2    sworn as a witness.  I am the Medical Director for the Detention Services Bureau,

3    Medical Services Division, of the San Diego County Sheriff's Department.  My

4    role is to oversee medical services for the incarcerated persons housed in all seven

5    (7) San Diego County Sheriff's Department Jail Facilities.  I am a licensed

6    physician in the State of California and have been since 2009.

7          2.      I have reviewed the Declaration of Ernest Archuleta (Booking No.

8    19741878) as well as the relevant medical records from his incarceration in the San

9    Diego County Jail.  I reserve the right to modify or update my opinions below upon

10   receipt of additional information; due to time constraints, I was not able to conduct

11   a thorough review of the entire file.

12         3.      In his declaration, Mr. Archuleta states on numerous occasions, staff

13   failed to refill his preferred daily blood pressure medication, Atenolol, for several

14   days, which he believes caused his blood pressure to increase - though he does not

15   reference any blood pressure readings showing elevation.  (Archuleta Decl. ¶ 10.)

16   Blood pressure readings, like other vital signs, are variable and can be affected by a

17   number of factors or conditions.

18         4.      Mr. Archuleta states that on June 3, 2020, the medical staff could not

19   find his medication and did not offer to provide him a backup supply of the

20   medication.  (Archuleta Decl. ¶ 10.)  However, the medical records indicate that

21   Mr. Archuleta was being provided with another blood pressure medication.  Mr.

22   Archuleta refused to take Lisinopril that morning, stating "[he] usually take[s]

23   atenolol and aspirin when [he's] outside."  Attached as **Exhibit "A"** is true and

24   correct copy of the progress note from the June 3, 2020 visit with medical staff.

25         5.      Mr. Archuleta has a history of varied compliance with his hypertensive

26   medications.  It appears that during the period October 2019 to October 2020, he

27   refused to take Lisinopril on at least 29 separate occasions.  Attached as **Exhibit**

28   **"B"** is true and correct copy of Mr. Archuleta's medication chart for his Lisinopril

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 2 -

3:20-CV-00406-AJB-WVG
DECLARATION RE: ERNEST ARCHULETA

COLEMAN 059

1  prescription.  During the period April 2021 to March 2022, Mr. Archuleta refused

2  to take his preferred Atenolol prescription on 9 separate occasions.  Attached as

3  **Exhibit "C"** is true and correct copy of Mr. Archuleta's medication chart for his

4  Atenolol prescription.

5       6.    In his declaration, Mr. Archuleta states that he sought mental health

6  treatment because he had several close family members and a friend die shortly

7  after he was booked into the jail in July 2019.  He claims that he was not able to

8  speak to a psychiatrist until December 2019.  (Archuleta Decl. ¶ 16.)  However, this

9  is inaccurate.  A referral was made on July 26, 2019, for Mr. Archuleta to see a

10  mental health clinician after he requested something to help him sleep.  Attached as

11  **Exhibit "D"** is true and correct copy of the relevant notes from this encounter.

12       7.    Mr. Archuleta was subsequently seen for a mental health risk

13  assessment on August 1, 2019.  It was determined that Mr. Archuleta was stable,

14  posing a very low risk of harm to himself or others.  He was scheduled to be seen

15  by a psychiatrist later in August 2019.  Attached as **Exhibit "E"** is true and correct

16  copy of the relevant encounter notes.

17       8.    On September 3, 2019, Mr. Archuleta refused to be seen by the

18  psychiatrist because he was "fine now" and only asked to be seen a month ago

19  mainly because [h]e was stressed about being in [jail] and [he] wasn't sleeping

20  well."  Attached as **Exhibit "F"** is true and correct copy of the medical notes from

21  this encounter.

22       9.    Mr. Archuleta was subsequently seen on December 11, 2019, because

23  he complained of hearing voices.  However, it was noted that he had no history of

24  psychosis.  He was seen at a psychiatry sick call on December 16, 2019, at which

25  time it was noted that he had lost his mother the previous year.  As a result, Mr.

26  Archuleta received regular counseling and ongoing therapy.  Subsequently, Mr.

27  Archuleta had over 30 appointments with mental health staff, which included visits

28  with psychiatrists and wellness checks with mental health clinicians.  He was also

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 3 -

3:20-CV-00406-AJB-WVG
DECLARATION RE: ERNEST ARCHULETA

**COLEMAN 060**

1   prescribed Remeron (to treat symptoms of depression) and Trazodone (to treat

2   depression and anxiety).  Attached as **Exhibit "G"** is true and correct copy of Mr.

3   Archuleta's sick call report.

4        10.    In his declaration, Mr. Archuleta states that a deputy is usually present

5   for the entirety of his mental health visit, which makes it difficult for him to express

6   his honest feelings with mental health staff.  (Archuleta Decl. ¶ 18.)  It is common

7   practice to see patients at cell-side for convenience, efficiency, and timeliness.  It

8   typically allows for a patient's concern/complaint to be addressed the same day.

9   However, there is a deputy present for safety reasons. If the patient's medical

10  condition requires a physical exam, or if he/she wishes for a confidential interview

11  or otherwise desires privacy, then such a request is honored.  The patient can be

12  moved to the exam room on that floor, or in some more specific cases (mental/

13  behavioral health counseling/interviews), an actual appointment would need to be

14  made to bring the patient down to the clinic.

15       11.    In his declaration, Mr. Archuleta says the jail has not referred him to a

16  neck surgeon or provided him with physical therapy to manage his neck problems

17  despite his requests.  CT scans indicate that he has severe degenerative disc disease

18  in his spine.  (Archuleta Decl. ¶ 8.)  The CT scan does indicate that Mr. Archuleta

19  (who is over 60 years old) has degenerative disc disease in his lower cervical spine

20  Attached as **Exhibit "H"** is true and correct copy of the progress note related to the

21  CT scan that Mr. Archuleta had on August 12, 2019.  It is not clear that surgery

22  would be indicated, and it is reasonable to expect some conservative management

23  such as stretching and pain management for such a condition prior to a surgical

24  consultation. When Mr. Archuleta was seen and evaluated on August 5, 2019, due

25  to a fall, it was noted that he was able to move his neck within normal limits

26  (WNL) without difficulty.  During that appointment, he was ordered to do gentle

27  tolerable stretching to prevent his neck from tightening up.  Attached as **Exhibit**

28  **"I"** is true and correct copy of the progress note from this encounter.

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 4 -

3:20-CV-00406-AJB-WVG
DECLARATION RE: ERNEST ARCHULETA

**COLEMAN 061**

1      12.    Mr. Archuleta also states in his declaration that the jail has failed to

2  refer him to a surgeon to operate on his knee. (Archuleta Decl. ¶ 9.) However, in

3  August 2019, medical staff requested and reviewed Mr. Archuleta's report from UC

4  San Diego Health where he had been seen by an orthopedic surgeon. The report

5  revealed that Mr. Archuleta's knee and femur were deformed due to a gunshot

6  wound that he sustained in 1993. The subsequent malunion of Mr. Archuleta's

7  femur resulted in a 7 cm leg-length discrepancy. Further, according to the

8  orthopedic April 9, 2018 report, before any such surgery could be attempted, certain

9  conditions would need to be met. Because Mr. Archuleta had a history of his left

10  femur being infected due to its nonunion, this infection would need to be resolved

11  before any surgery was attempted. Also, Mr. Archuleta's Hepatitis-C viral load

12  would need to be undetectable and he would need to be tobacco-free. Attached as

13  **Exhibit "J"** is true and correct copy of the orthopedic report.

14      13.    Like any surgery, a total knee arthroplasty carries some risk, to include

15  infection, blood clots and nerve damage. These are important factors that must be

16  considered when determining whether Mr. Archuleta would receive enough benefit

17  to outweigh the risks of such a surgery. It was noted that there were many

18  underlying medical conditions that would complicate surgery, and that multiple

19  procedures would actually be required (staged osteotomy followed by navigated

20  total knee arthroplasty). After his chart review, an orthopedic referral was deferred

21  to allow for treatment/management of the identified conditions that would

22  potentially impact care. In the meantime, it was ordered that Mr. Archuleta continue

23  with DME (durable medical equipment), such as a wheelchair, for his chronic

24  condition. Attached as **Exhibit "K"** is true and correct copy of the progress note

25  related to Mr. Archuleta's knee condition.

26      14.    In his declaration, Mr. Archuleta states he was not permitted to keep

27  both his wheelchair and crutches, and his crutches were confiscated by jail staff

28  while he went to the yard in his wheelchair. (Archuleta Decl. ¶ 11.) However,

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

COLEMAN 062

according to the medical records, it appears that Mr. Archuleta was experiencing some difficulty using crutches for mobility, and he desired to use a wheelchair.  On August 13, 2019, he apparently told medical staff that he could not use crutches because he was "too old and off balance…" Attached as **Exhibit "L"** are true and correct copies of the progress notes related to these encounters.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on May 30, 2022, at San Diego, California.

_____
J. MONTGOMERY

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 6 -

3:20-CV-00406-AJB-WVG
DECLARATION RE: ERNEST ARCHULETA

COLEMAN 063

# EXHIBIT A

**ARCHULETA 001**

**COLEMAN 064**

| Diagnostic Name | | Scheduled Date | | Doctor | |
|---|---|---|---|---|---|
| 2019-nCoV | | 6/6/2021 12:00:00 AM PDT | | Montgomery, Jon DO | |
| 2019-nCoV | | 6/3/2021 12:00:00 AM PDT | | Montgomery, Jon DO | |
| 2019-nCoV | | 6/24/2020 12:00:00 AM PDT | | Montgomery, Jon DO | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|

Addendum:

SOAP NOTE BY: Estela Durola RN POSTED ON 6/3/2020 11:28:01 PM PDT                    Type: RN NOTE

**Subjective**

" I usually take atenolol and aspirin when I'm outside"

**Objective**

BP:     Temp:     Pulse: 87   Resp: 18   Wt:     Sa02:     BS:     Pain:

ARCHULETA, ERNEST   100054289 (19741878)

**ARCHULETA 002**
**COLEMAN 065**

170/99    98.6

Pt brought down to the clinic for high blood pressure via wheelchair. Pt alert and oriented. Calm and cooperative. Verbally responsive, Speech clear coherent and spontaneous. Denies chest pain, blury vision or weakness. BP=170/99, noted pt refused to take his lisnopril this morning. Pt has an order for atenolol but not available yet(checked in the medroom). Pt took his remeron and naproxen tonight. NAD noted.

## Assessment

Risk for Cerebral perfusion

## Plan

Lisinopril AM dose offered, pt agreed to take. Advised pt to take his scheduled meds as ordered. Instructed pt to notify staff for changes in condition, pt verbalized understanding.

| Appointment Name | | Appointment Date | |
|---|---|---|---|
| Medical Chart Review | | 3/2/2022 12:00:00 AM PST | |
| Registered Nurse Sick Call | | 5/12/2021 12:00:00 AM PDT | |

| Treatment Name | Order Sig | Start | Stop |
|---|---|---|---|
| FOOT SOAK WITH WARM WATER | ONCE DAILY | 5/10/2021 8:00:00 AM PDT | 5/10/2021 11:59:59 PM PDT |

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| 2019-nCoV | 1/7/2022 12:00:00 AM PST | Montgomery, Jon DO |
| 2019-nCoV | 11/15/2021 12:00:00 AM PST | Montgomery, Jon DO |
| 2019-nCoV | 6/6/2021 12:00:00 AM PDT | Montgomery, Jon DO |
| 2019-nCoV | 6/3/2021 12:00:00 AM PDT | Montgomery, Jon DO |
| 2019-nCoV | 6/24/2020 12:00:00 AM PDT | Montgomery, Jon DO |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|

# EXHIBIT B

**ARCHULETA 004**

**COLEMAN 067**

| Patient | ARCHULETA, ERNEST | | # | 100054289 (19741878) | | Class | 4 |
|---|---|---|---|---|---|---|---|
| DOB | | Age=63) | Sex | M | | Race | H |
| Housing | SDCJ-7-B-08-B | | Court Date | | | Type | |
| Status | ACTIVE | | Booking Date | 7/6/2019 1:40 57 AM PDT | | Proj. Rel | |

**Lisinopril Oral 40 MG Tablet** 10/30/2019 8:00:00 AM - 10/23/2020 11:59:59 PM Cavallo, Keri NP

Take 40 mg by mouth ONCE DAILY for 360 day(s). Dispense 30 tablet. 11 Refill(s)

Allergies:

| Allergies: |
|---|
| No Known Drug Allergy |

| | Oct | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 0800 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 0800 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 0800 | X | X | X | X | X | X | X | X | X | X | X | R | X | X | X | X | X | X | X | X | X | C | X | X | R | X | X | X | X | C | X |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ARCHULETA 005**

**COLEMAN 068**



| Hours | Feb 1 | Feb 2 | Feb 3 | Feb 4 | Feb 5 | Feb 6 | Feb 7 | Feb 8 | Feb 9 | Feb 10 | Feb 11 | Feb 12 | Feb 13 | Feb 14 | Feb 15 | Feb 16 | Feb 17 | Feb 18 | Feb 19 | Feb 20 | Feb 21 | Feb 22 | Feb 23 | Feb 24 | Feb 25 | Feb 26 | Feb 27 | Feb 28 | Feb 29 | Mar 1 | Mar 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | X | R | X | X | X | R | X | X | R | X | X | X | X | X | X | X | X | X | X | X | X | X | R | X | X | X | R | X | R | X | |

| Hours | Mar 3 | Mar 4 | Mar 5 | Mar 6 | Mar 7 | Mar 8 | Mar 9 | Mar 10 | Mar 11 | Mar 12 | Mar 13 | Mar 14 | Mar 15 | Mar 16 | Mar 17 | Mar 18 | Mar 19 | Mar 20 | Mar 21 | Mar 22 | Mar 23 | Mar 24 | Mar 25 | Mar 26 | Mar 27 | Mar 28 | Mar 29 | Mar 30 | Mar 31 | Apr 1 | Apr 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | X | X | X | X | X | X | X | X | X | R | X | X | X | X | X | R | X | X | R | X | R | X | R | X | X | R | X | X | X | X | X |

| Hours | Apr 3 | Apr 4 | Apr 5 | Apr 6 | Apr 7 | Apr 8 | Apr 9 | Apr 10 | Apr 11 | Apr 12 | Apr 13 | Apr 14 | Apr 15 | Apr 16 | Apr 17 | Apr 18 | Apr 19 | Apr 20 | Apr 21 | Apr 22 | Apr 23 | Apr 24 | Apr 25 | Apr 26 | Apr 27 | Apr 28 | Apr 29 | Apr 30 | May 1 | May 2 | May 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | R | X | X | X | X | X | X | X | X | X | X | X | R | X | X | X | X | X | X | X | X | X | X | R | X | X | X | X | X | X | X |

| Hours | May 4 | May 5 | May 6 | May 7 | May 8 | May 9 | May 10 | May 11 | May 12 | May 13 | May 14 | May 15 | May 16 | May 17 | May 18 | May 19 | May 20 | May 21 | May 22 | May 23 | May 24 | May 25 | May 26 | May 27 | May 28 | May 29 | May 30 | May 31 | Jun 1 | Jun 2 | Jun 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | X | X | R | X | X | X | X | R | X | R | X | X | X | X | R | X | R | X | X | X | R | X | R | X | X | X | R | X | X | X | R |

| Hours | Jun 4 | Jun 5 | Jun 6 | Jun 7 | Jun 8 | Jun 9 | Jun 10 | Jun 11 | Jun 12 | Jun 13 | Jun 14 | Jun 15 | Jun 16 | Jun 17 | Jun 18 | Jun 19 | Jun 20 | Jun 21 | Jun 22 | Jun 23 | Jun 24 | Jun 25 | Jun 26 | Jun 27 | Jun 28 | Jun 29 | Jun 30 | Jul 1 | Jul 2 | Jul 3 | Jul 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | R | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

**ARCHULETA 006**

**COLEMAN 069**



| | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Aug | Aug | Aug | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 0800 | X | X | X | X | R | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Sep | Sep | Sep | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 0800 | X | X | X | X | X | R | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Oct | Oct | Oct | Oct | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 0800 | X | X | R | X | X | X | X | X | X | X | X | X | R | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 0800 | X | X | X | X | X | X | X | X | X | R | X | X | X | X | X | X | X | X |

Administered - Ria Encarnacion LVN - 10/23/2020 8:37:36 AM
Administered - Ria Encarnacion LVN - 10/22/2020 7:51:46 AM
Administered - Ria Encarnacion LVN - 10/21/2020 8:21:39 AM
Administered - Edgar Timpug LVN - 10/20/2020 8:52:18 AM
Administered - Catherine Banguilan LVN - 10/19/2020 8:21:22 AM
Administered - Ria Encarnacion LVN - 10/18/2020 8:28:49 AM
Administered - Ria Encarnacion LVN - 10/17/2020 8:31:50 AM

**ARCHULETA 007**

**COLEMAN 070**

Administered - Zaldy Benos LVN - 10/16/2020 8:17:39 AM
Not Administered - Refused - Zaldy Benos LVN - 10/15/2020 9:37:10 AM
Administered - Loraine Palmeda LVN - 10/14/2020 8:53 58 AM
Administered - Loraine Palmeda LVN - 10/13/2020 8:32:12 AM
Administered - Loraine Palmeda LVN - 10/12/2020 8:28:37 AM
Administered - Catherine Banguilan LVN - 10/11/2020 7:56:07 AM
Administered - Sherill Buena LVN - 10/10/2020 8:20:36 PM
Administered - Catherine Banguilan LVN - 10/10/2020 8:16:39 AM
Administered - Loraine Palmeda LVN - 10/9/2020 8:27:08 AM
Administered - Loraine Palmeda LVN - 10/8/2020 8:10:43 AM
Administered - Edgar Timpug LVN - 10/7/2020 8:57:19 AM
Administered - Edgar Timpug LVN - 10/6/2020 8:06:07 AM
Administered - Edgar Timpug LVN - 10/5/2020 8:12:05 AM
Administered - Ria Encarnacion LVN - 10/4/2020 7 51:40 AM
Administered - Ria Encarnacion LVN - 10/3/2020 7:49:29 AM
Administered - Ria Encarnacion LVN - 10/2/2020 8:34:01 AM
Administered - Edgar Timpug LVN - 10/1/2020 9:48:05 AM
Administered - Julia Guanga LVN - 9/30/2020 8:43:16 AM
Administered - Julia Guanga LVN - 9/29/2020 8:35:31 AM
Administered - Kelli Payne RN - 9/28/2020 9:41:58 AM
Administered - Edgar Timpug LVN - 9/27/2020 8:07:38 AM
Administered - Edgar Timpug LVN - 9/26/2020 8:21:44 AM
Administered - Loraine Palmeda LVN - 9/25/2020 8:27:23 AM
Administered - Zaldy Benos LVN - 9/24/2020 8:19:11 AM
Administered - Zaldy Benos LVN - 9/23/2020 8:21:03 AM
Administered - Zaldy Benos LVN - 9/22/2020 8:17:41 AM
Administered - Zaldy Benos LVN - 9/21/2020 8:16:45 AM
Administered - Stephanie Yee RN - 9/20/2020 9:48:34 AM
Administered - Julia Guanga LVN - 9/19/2020 8:27:49 AM
Administered - Catherine Banguilan LVN - 9/18/2020 8:57:10 AM
Not Administered - Refused - Catherine Banguilan LVN - 9/17/2020 9:21:25 AM
Administered - Zaldy Benos LVN - 9/16/2020 8:35:20 AM
Administered - Loraine Palmeda LVN - 9/15/2020 7:52:56 AM
Administered - Analiza Roxas LVN - 9/14/2020 9:27:08 PM
Administered - Loraine Palmeda LVN - 9/14/2020 8:06:33 AM
Administered - Edgar Timpug LVN - 9/13/2020 8:04:26 AM
Administered - Edgar Timpug LVN - 9/12/2020 8:11:31 AM
Administered - Julia Guanga LVN - 9/11/2020 8:36:54 AM

**ARCHULETA 008**

**COLEMAN 071**

Administered - Julia Guanga LVN - 9/10/2020 8:30:30 AM
Administered - Ria Encarnacion LVN - 9/9/2020 8:35:46 AM
Administered - Zaldy Benos LVN - 9/8/2020 8:27:00 AM
Not Administered - Refused - Zaldy Benos LVN - 9/7/2020 9:28:29 AM
Administered - Loraine Palmeda LVN - 9/6/2020 7:39:49 AM
Administered - Loraine Palmeda LVN - 9/5/2020 8:20:44 AM
Administered - Edgar Timpug LVN - 9/4/2020 8:09:28 AM
Administered - Catherine Banguilan LVN - 9/3/2020 8:23:50 AM
Administered - Julia Guanga LVN - 9/2/2020 8:43:27 AM
Administered - Julia Guanga LVN - 9/1/2020 7 58:53 AM
Administered - Julia Guanga LVN - 8/31/2020 8:35:03 AM
Administered - Edgar Timpug LVN - 8/30/2020 8:05:46 AM
Administered - Edgar Timpug LVN - 8/29/2020 8:04:55 AM
Administered - Loraine Palmeda LVN - 8/28/2020 7:55:33 AM
Administered - Loraine Palmeda LVN - 8/27/2020 8:22:10 AM
Administered - Zaldy Benos LVN - 8/26/2020 7:58:18 AM
Administered - Zaldy Benos LVN - 8/25/2020 7:59:12 AM
Administered - Zaldy Benos LVN - 8/24/2020 8:47:57 AM
Administered - Christine Padilla RN - 8/23/2020 8:57:41 AM
Administered - Ria Encarnacion LVN - 8/22/2020 8:34:03 AM
Administered - Edgar Timpug LVN - 8/21/2020 8:30:55 AM
Administered - Edgar Timpug LVN - 8/20/2020 8:07:21 AM
Administered - Edgar Timpug LVN - 8/19/2020 8:07:58 AM
Administered - Ria Encarnacion LVN - 8/18/2020 7:34:20 AM
Administered - Ria Encarnacion LVN - 8/17/2020 7:43:28 AM
Administered - Zaldy Benos LVN - 8/16/2020 8:10:44 AM
Administered - Zaldy Benos LVN - 8/15/2020 8:45:35 AM
Administration Cancelled - Ria Encarnacion LVN - 8/14/2020 9:04:24 AM
Administered - Ria Encarnacion LVN - 8/14/2020 8:00:00 AM
Administered - Ria Encarnacion LVN - 8/13/2020 8:32:42 AM
Administered - Edgar Timpug LVN - 8/12/2020 8:30:48 AM
Administered - Edgar Timpug LVN - 8/11/2020 8:17:05 AM
Not Administered - Refused - Edgar Timpug LVN - 8/10/2020 9:27:47 AM
Administered - Loraine Palmeda LVN - 8/9/2020 8:21:30 AM
Administered - Loraine Palmeda LVN - 8/8/2020 8:09:33 AM
Administered - Zaldy Benos LVN - 8/7/2020 8:56:20 AM
Administered - Zaldy Benos LVN - 8/6/2020 8:18:19 AM
Administered - Ria Encarnacion LVN - 8/5/2020 8:26:39 AM

**ARCHULETA 009**

**COLEMAN 072**

Administered - Ria Encarnacion LVN - 8/4/2020 7:57:52 AM
Administered - Julia Guanga LVN - 8/3/2020 8 51:28 AM
Administered - Catherine Banguilan LVN - 8/2/2020 8:03:07 AM
Administered - Catherine Banguilan LVN - 8/1/2020 8:32:09 AM
Administered - Loraine Palmeda LVN - 7/31/2020 8:15:53 AM
Administered - Loraine Palmeda LVN - 7/30/2020 7:46:59 AM
Administered - Loraine Palmeda LVN - 7/29/2020 8:17:11 AM
Administered - Zaldy Benos LVN - 7/28/2020 8:39:43 AM
Administered - Zaldy Benos LVN - 7/27/2020 8:28:41 AM
Administered - Ria Encarnacion LVN - 7/26/2020 7:39:23 AM
Administered - Ria Encarnacion LVN - 7/25/2020 7:57:38 AM
Administered - Zaldy Benos LVN - 7/24/2020 8:43:18 AM
Administered - Zaldy Benos LVN - 7/23/2020 8:05:23 AM
Administered - Zaldy Benos LVN - 7/22/2020 8:56:31 AM
Administered - Julia Guanga LVN - 7/21/2020 8:06:15 AM
Administered - Julia Guanga LVN - 7/20/2020 8:34:24 AM
Administered - Edgar Timpug LVN - 7/19/2020 8:00:21 AM
Administered - Edgar Timpug LVN - 7/18/2020 8:12:25 AM
Administered - Margaret Aber LVN - 7/17/2020 8:28:32 AM
Administered - Loraine Palmeda LVN - 7/16/2020 7:48:33 AM
Administered - Edgar Timpug LVN - 7/15/2020 8:18:07 AM
Administered - Edgar Timpug LVN - 7/14/2020 8:13:42 AM
Administered - Edgar Timpug LVN - 7/13/2020 8:12:28 AM
Administered - Margaret Aber LVN - 7/12/2020 7:40:23 AM
Administered - Margaret Aber LVN - 7/11/2020 9:09:38 AM
Administered - Catherine Banguilan LVN - 7/10/2020 7:51:43 AM
Not Administered - Refused - Catherine Banguilan LVN - 7/9/2020 9:34:24 AM
Administered - Ria Encarnacion LVN - 7/8/2020 7:33:14 AM
Administered - Ria Encarnacion LVN - 7/7/2020 7:50:30 AM
Administered - Margaret Aber LVN - 7/6/2020 8:50:07 AM
Administered - Edgar Timpug LVN - 7/5/2020 8:04:42 AM
Administered - Edgar Timpug LVN - 7/4/2020 8:09:10 AM
Administered - Julia Guanga LVN - 7/3/2020 8:29:35 AM
Administered - Julia Guanga LVN - 7/2/2020 8:32:29 AM
Administered - Catherine Banguilan LVN - 7/1/2020 8:04:39 AM
Administered - Catherine Banguilan LVN - 6/30/2020 8:02:06 AM
Administered - Catherine Banguilan LVN - 6/29/2020 8:37:21 AM
Administered - Margaret Aber LVN - 6/28/2020 7:37:20 AM

**ARCHULETA 010**

**COLEMAN 073**

Administered - Margaret Aber LVN - 6/27/2020 7:52:47 AM
Administered - Edgar Timpug LVN - 6/26/2020 8:08:15 AM
Administered - Edgar Timpug LVN - 6/25/2020 8:15:11 AM
Administered - Margaret Aber LVN - 6/24/2020 7:52:11 AM
Administered - Margaret Aber LVN - 6/23/2020 7:41 09 AM
Administered - Margaret Aber LVN - 6/22/2020 7:47:33 AM
Administered - Catherine Banguilan LVN - 6/21/2020 9:11:00 AM
Administered - Zaldy Benos LVN - 6/20/2020 7:56:29 AM
Not Administered - <mark>Refused</mark> - Margaret Aber LVN - 6/19/2020 9:01:57 AM
Administered - Margaret Aber LVN - 6/18/2020 7:55 56 AM
Administered - Margaret Aber LVN - 6/17/2020 8:08 02 AM
Administered - Catherine Banguilan LVN - 6/16/2020 8:29:39 AM
Administered - Catherine Banguilan LVN - 6/15/2020 7:57:04 AM
Administered - Loraine Palmeda LVN - 6/14/2020 8:22:38 AM
Administered - Loraine Palmeda LVN - 6/13/2020 8:02:24 AM
Administered - Ria Encarnacion LVN - 6/12/2020 7:51:57 AM
Administered - Zaldy Benos LVN - 6/11/2020 8:18:49 AM
Administered - Zaldy Benos LVN - 6/10/2020 8:54:24 AM
Administered - Julia Guanga LVN - 6/9/2020 8:22:13 AM
Administered - Julia Guanga LVN - 6/8/2020 8:17:34 AM
Administered - Catherine Banguilan LVN - 6/7/2020 8:31:39 AM
Administered - Catherine Banguilan LVN - 6/6/2020 7:51:30 AM
Administered - Ria Encarnacion LVN - 6/5/2020 8:32:07 AM
Administered - Ria Encarnacion LVN - 6/4/2020 7:44:15 AM
Administered - Estela Durola RN - 6/3/2020 11:16:50 PM
Not Administered - <mark>Refused</mark> - Ria Encarnacion LVN - 6/3/2020 8:54:28 AM
Administered - Edgar Timpug LVN - 6/2/2020 8:34:42 AM
Administered - Kristian Ednacot RN - 6/1/2020 8:24:50 AM
Administered - Margaret Aber LVN - 5/31/2020 8:31:45 AM
Not Administered - <mark>Refused</mark> - Julia Guanga LVN - 5/30/2020 9:08:13 AM
Administered - Zaldy Benos LVN - 5/29/2020 8:44:05 AM
Administered - Zaldy Benos LVN - 5/28/2020 8:36:43 AM
Administered - Julia Guanga LVN - 5/27/2020 9:00:21 AM
Not Administered - Refused - Julia Guanga LVN - 5/26/2020 9:01:41 AM
Administered - Julia Guanga LVN - 5/25/2020 8:28:13 AM
Not Administered - <mark>Refused</mark> - Catherine Banguilan LVN - 5/24/2020 8:57:19 AM
Administered - Catherine Banguilan LVN - 5/23/2020 8:37:57 AM
Administered - Zaldy Benos LVN - 5/22/2020 8:26:43 AM

**ARCHULETA 011**

**COLEMAN 074**

Administered - Loraine Palmeda LVN - 5/21/2020 8:21:08 AM
Not Administered - Refused - Zaldy Benos LVN - 5/20/2020 8:58 55 AM
Administered - Zaldy Benos LVN - 5/19/2020 8:36:24 AM
Not Administered - Refused - Zaldy Benos LVN - 5/18/2020 9:13:33 AM
Administered - Ria Encarnacion LVN - 5/17/2020 7:58:15 AM
Administered - Ria Encarnacion LVN - 5/16/2020 7:32:16 AM
Administered - Ria Encarnacion LVN - 5/15/2020 7:45:50 AM
Administered - Edgar Timpug LVN - 5/14/2020 8:33:59 AM
Not Administered - Refused - Ria Encarnacion LVN - 5/13/2020 8:57:53 AM
Administered - Catherine Banguilan LVN - 5/12/2020 8:55:47 AM
Not Administered - Refused - Margaret Aber LVN - 5/11/2020 9:27:51 AM
Administered - Catherine Banguilan LVN - 5/10/2020 8:19:58 AM
Administered - Catherine Banguilan LVN - 5/9/2020 8:12:42 AM
Administered - Margaret Aber LVN - 5/8/2020 8:36:48 AM
Administered - Margaret Aber LVN - 5/7/2020 8:33:26 AM
Not Administered - Refused - Margaret Aber LVN - 5/6/2020 9:50:35 AM
Administered - Edgar Timpug LVN - 5/5/2020 8:41:20 AM
Administered - Edgar Timpug LVN - 5/4/2020 8:02:20 AM
Administered - Julia Guanga LVN - 5/3/2020 8:42:16 AM
Administered - Julia Guanga LVN - 5/2/2020 8:16:40 AM
Administered - Catherine Banguilan LVN - 5/1/2020 8:37:37 AM
Administered - Catherine Banguilan LVN - 4/30/2020 8:35:56 AM
Administered - Ria Encarnacion LVN - 4/29/2020 7:31:21 AM
Administered - Margaret Aber LVN - 4/28/2020 8:58 53 AM
Not Administered - Refused - Ria Encarnacion LVN - 4/27/2020 9:28:07 AM
Administered - Zaldy Benos LVN - 4/26/2020 8:54:22 AM
Administered - Zaldy Benos LVN - 4/25/2020 8:54:40 AM
Administered - Loraine Palmeda LVN - 4/24/2020 8:32:19 AM
Administered - Loraine Palmeda LVN - 4/23/2020 9:44:44 AM
Administered - Edgar Timpug LVN - 4/22/2020 9:48:04 AM
Administered - Edgar Timpug LVN - 4/21/2020 9:00:47 AM
Administered - Edgar Timpug LVN - 4/20/2020 8:00:10 AM
Administered - Julia Guanga LVN - 4/19/2020 8:43:49 AM
Administered - Julia Guanga LVN - 4/18/2020 8:07:53 AM
Administered - Zaldy Benos LVN - 4/17/2020 8:40:08 AM
Administered - Zaldy Benos LVN - 4/16/2020 8:01:48 AM
Not Administered - Refused - Margaret Aber LVN - 4/15/2020 9:32:52 AM
Administered - Margaret Aber LVN - 4/14/2020 8:20 50 AM

**ARCHULETA 012**

**COLEMAN 075**

Administered - Margaret Aber LVN - 4/13/2020 7:53:37 AM
Administered - Edgar Timpug LVN - 4/12/2020 8:37:19 AM
Administered - Ria Encarnacion LVN - 4/11/2020 7:50:36 AM
Administered - Ria Encarnacion LVN - 4/10/2020 8:19:28 AM
Administered - Ria Encarnacion LVN - 4/9/2020 7:50:49 AM
Administered - Ria Encarnacion LVN - 4/8/2020 9:02:39 AM
Administered - Edgar Timpug LVN - 4/7/2020 8:09:20 AM
Administered - Zaldy Benos LVN - 4/6/2020 9:27:24 AM
Administered - Margaret Aber LVN - 4/5/2020 7:55:20 AM
Administered - Margaret Aber LVN - 4/4/2020 9:20:25 AM
Not Administered - Refused - Zaldy Benos LVN - 4/3/2020 9:31:14 AM
Administered - Zaldy Benos LVN - 4/2/2020 8:38:21 AM
Administered - Loraine Palmeda LVN - 4/1/2020 8:17:34 AM
Administered - Loraine Palmeda LVN - 3/31/2020 8:50:41 AM
Administered - Loraine Palmeda LVN - 3/30/2020 8:14:27 AM
Administered - Edgar Timpug LVN - 3/29/2020 8:39:18 AM
Not Administered - Refused - Edgar Timpug LVN - 3/28/2020 9:48 09 AM
Administered - Loraine Palmeda LVN - 3/27/2020 8:43:38 AM
Administered - Loraine Palmeda LVN - 3/26/2020 8:59:10 AM
Not Administered - Refused - Zaldy Benos LVN - 3/25/2020 9:35:44 AM
Administered - Zaldy Benos LVN - 3/24/2020 8:32:02 AM
Not Administered - Refused - Zaldy Benos LVN - 3/23/2020 10:00:27 AM
Administered - Julia Guanga LVN - 3/22/2020 8:39:46 AM
Not Administered - Refused - Julia Guanga LVN - 3/21/2020 8:40:26 AM
Administered - Catherine Banguilan LVN - 3/20/2020 8:24:18 AM
Administered - Catherine Banguilan LVN - 3/19/2020 8:54:02 AM
Not Administered - Refused - Loraine Palmeda LVN - 3/18/2020 9:50 08 AM
Administered - Ria Encarnacion LVN - 3/17/2020 7:50:50 AM
Administered - Ria Encarnacion LVN - 3/16/2020 7:53:17 AM
Administered - Edgar Timpug LVN - 3/15/2020 8:21:16 AM
Administered - Edgar Timpug LVN - 3/14/2020 8:05:28 AM
Administered - Christopher Tucker RN - 3/13/2020 3:17:03 AM
Not Administered - Refused - Ria Encarnacion LVN - 3/12/2020 9:19:54 AM
Administered - Zaldy Benos LVN - 3/11/2020 8:00:57 AM
Administered - Zaldy Benos LVN - 3/10/2020 8:37:47 AM
Administered - Zaldy Benos LVN - 3/9/2020 8:17:59 AM
Administered - Loraine Palmeda LVN - 3/8/2020 7:59:33 AM
Administered - Loraine Palmeda LVN - 3/7/2020 7:51:20 AM

**ARCHULETA 013**

**COLEMAN 076**

Administered - Edgar Timpug LVN - 3/6/2020 8:28:47 AM
Administered - Edgar Timpug LVN - 3/5/2020 8:14:29 AM
Administered - Loraine Palmeda LVN - 3/4/2020 8:06:31 AM
Administered - Julia Guanga LVN - 3/3/2020 8:33:48 AM
Administered - Julia Guanga LVN - 3/2/2020 8:28:40 AM
Not Administered - Refused - Catherine Banguilan LVN - 3/1/2020 1:57:35 PM
Administered - Catherine Banguilan LVN - 2/29/2020 8:53:25 AM
Not Administered - Refused - Margaret Aber LVN - 2/28/2020 10:15:17 AM
Administered - Charmaine Solmerano RN - 2/27/2020 8:30:56 AM
Administered - Catherine Banguilan LVN - 2/26/2020 8:30:25 AM
Administered - Edgar Timpug LVN - 2/25/2020 8:31:59 AM
Not Administered - Refused - Edgar Timpug LVN - 2/24/2020 9:50:37 AM
Administered - Ria Encarnacion LVN - 2/23/2020 8:18:34 AM
Administered - Ria Encarnacion LVN - 2/22/2020 8:47:19 AM
Administered - Zaldy Benos LVN - 2/21/2020 9:20:56 AM
Administered - Analiza Roxas LVN - 2/20/2020 2:55:11 AM
Administered - Margaret Aber LVN - 2/19/2020 9:48:38 AM
Administered - Margaret Aber LVN - 2/18/2020 9:10:44 AM
Administered - Margaret Aber LVN - 2/17/2020 8:53:43 AM
Administered - Catherine Banguilan LVN - 2/16/2020 8:23:22 AM
Administered - Catherine Banguilan LVN - 2/15/2020 8:52:43 AM
Administered - Margaret Aber LVN - 2/14/2020 9:29:39 AM
Administered - Analiza Roxas LVN - 2/13/2020 8:54:54 PM
Administered - Margaret Aber LVN - 2/13/2020 8:26:23 AM
Administered - Edgar Timpug LVN - 2/12/2020 8:09:19 AM
Administered - Edgar Timpug LVN - 2/11/2020 8:20:02 AM
Administered - Edgar Timpug LVN - 2/10/2020 8:15:50 AM
Not Administered - Refused - Loraine Palmeda LVN - 2/9/2020 9:57:13 AM
Administered - Loraine Palmeda LVN - 2/8/2020 8:47:52 AM
Administered - Zaldy Benos LVN - 2/7/2020 8:10:22 AM
Not Administered - Refused - Zaldy Benos LVN - 2/6/2020 10:01 50 AM
Administered - Margaret Aber LVN - 2/5/2020 8:24:33 AM
Administered - Margaret Aber LVN - 2/4/2020 8:35:15 AM
Administered - Margaret Aber LVN - 2/3/2020 8:11:55 AM
Not Administered - Refused - Edgar Timpug LVN - 2/2/2020 9:50:51 AM
Administered - Edgar Timpug LVN - 2/1/2020 8:08:26 AM
Administered - Julia Guanga LVN - 1/31/2020 8:14:29 AM
Not Administered - Refused - Julia Guanga LVN - 1/30/2020 9:52:02 AM

**ARCHULETA 014**

**COLEMAN 077**

Administration Cancelled - Julia Guanga LVN - 1/30/2020 8:08:24 AM
Administration Cancelled - Julia Guanga LVN - 1/29/2020 9:40:04 AM
Administered - Julia Guanga LVN - 1/29/2020 8:02:24 AM
Administered - Catherine Banguilan LVN - 1/28/2020 8:23:25 AM
Administered - Catherine Banguilan LVN - 1/27/2020 8:04:23 AM
Administered - Ria Encarnacion LVN - 1/26/2020 8:25:20 AM
Not Administered - Refused - Ria Encarnacion LVN - 1/25/2020 9:43:20 AM
Administered - Zaldy Benos LVN - 1/24/2020 8:25:12 AM
Administered - Catherine Banguilan LVN - 1/23/2020 8:28:21 AM
Not Administered - Court - Margaret Aber LVN - 1/22/2020 10:59:48 AM
Administered - Julia Guanga LVN - 1/21/2020 8:46:46 AM
Administered - Loraine Palmeda LVN - 1/20/2020 8:32:52 AM
Administered - Edgar Timpug LVN - 1/19/2020 9:33:06 AM
Administered - Edgar Timpug LVN - 1/18/2020 8:23:52 AM
Administered - Deborah Parrish RN - 1/17/2020 8 00:00 AM
Administered - Julia Guanga LVN - 1/16/2020 8:25:32 AM
Administered - Edgar Timpug LVN - 1/15/2020 8:22:57 AM
Administered - Catherine Banguilan LVN - 1/14/2020 8:49:16 AM
Administered - Catherine Banguilan LVN - 1/13/2020 8:16:28 AM
Not Administered - Refused - Margaret Aber LVN - 1/12/2020 10:19:37 AM
Administered - Margaret Aber LVN - 1/11/2020 8:58 02 AM
Administered - Edgar Timpug LVN - 1/10/2020 8:02:03 AM
Administered - Catherine Banguilan LVN - 1/9/2020 8:16:13 AM
Administered - Edgar Timpug LVN - 1/8/2020 7:47:51 AM
Administered - Loraine Palmeda LVN - 1/7/2020 8:05:27 AM
Administered - Loraine Palmeda LVN - 1/6/2020 8:34:07 AM
Administered - Zaldy Benos LVN - 1/5/2020 7:57:34 AM
Administered - Zaldy Benos LVN - 1/4/2020 8:50:40 AM
Administered - Julia Guanga LVN - 1/3/2020 9:46:00 AM
Administered - Julia Guanga LVN - 1/2/2020 9 04:06 AM
Administered - Edgar Timpug LVN - 1/1/2020 8:20:18 AM
Administered - Edgar Timpug LVN - 12/31/2019 8:04:27 AM
Administered - Kebreab Teklegiorgis RN - 12/30/2019 8:13:41 AM
Administered - Loraine Palmeda LVN - 12/29/2019 8:12 01 AM
Administered - Loraine Palmeda LVN - 12/28/2019 8:01 54 AM
Administered - Zaldy Benos LVN - 12/27/2019 7:47:23 AM
Administered - Loraine Palmeda LVN - 12/26/2019 8:02:24 AM
Administered - Ria Encarnacion LVN - 12/25/2019 8:11:27 AM

**ARCHULETA 015**

**COLEMAN 078**

Administered - Ria Encarnacion LVN - 12/24/2019 7:48:30 AM
Administered - Ria Encarnacion LVN - 12/23/2019 7:47:31 AM
Administered - Catherine Banguilan LVN - 12/22/2019 8:04:47 AM
Administered - Catherine Banguilan LVN - 12/21/2019 8:10:20 AM
Administered - Ria Encarnacion LVN - 12/20/2019 8:03:52 AM
Administered - Margaret Aber LVN - 12/19/2019 8:38:09 AM
Administered - Edgar Timpug LVN - 12/18/2019 8:12:22 AM
Administered - Edgar Timpug LVN - 12/17/2019 8:08:38 AM
Administered - Edgar Timpug LVN - 12/16/2019 8:15:55 AM
Administered - Ria Encarnacion LVN - 12/15/2019 7:57:17 AM
Administered - Ria Encarnacion LVN - 12/14/2019 8:50:36 AM
Administered - Catherine Banguilan LVN - 12/13/2019 8:09:02 AM
Administered - Branden Hasenstab RN - 12/12/2019 1:42:42 AM
Administered - Margaret Aber LVN - 12/11/2019 8:11:00 AM
Administered - Margaret Aber LVN - 12/10/2019 8:11:17 AM
Administered - Margaret Aber LVN - 12/9/2019 8:28:39 AM
Administered - Zaldy Benos LVN - 12/8/2019 8:34:44 AM
Administered - Zaldy Benos LVN - 12/7/2019 7:40:32 AM
Administered - Ria Encarnacion LVN - 12/6/2019 7 56:34 AM
Administered - Ria Encarnacion LVN - 12/5/2019 8:19:23 AM
Administered - Ria Encarnacion LVN - 12/4/2019 8 59:36 AM
Administered - Catherine Banguilan LVN - 12/3/2019 7:59:52 AM
Administered - Catherine Banguilan LVN - 12/2/2019 8:48:51 AM
Administered - Catherine Banguilan LVN - 12/1/2019 8:13:13 AM
Administered - Loraine Palmeda LVN - 11/30/2019 8:09:19 AM
Administered - Julia Guanga LVN - 11/29/2019 8:27:25 AM
Administered - Julia Guanga LVN - 11/28/2019 8:05:17 AM
Administered - Edgar Timpug LVN - 11/27/2019 8:07:37 AM
Administered - Julia Guanga LVN - 11/26/2019 8:46:34 AM
Administered - Loraine Palmeda LVN - 11/25/2019 8:19:41 AM
Administered - Zaldy Benos LVN - 11/24/2019 8:16:54 AM
Administered - Margaret Aber LVN - 11/23/2019 8:33:07 AM
Administered - Margaret Aber LVN - 11/22/2019 8:37:33 AM
Administered - Liza Operana LVN - 11/21/2019 1:24:32 AM
Administered - Zaldy Benos LVN - 11/20/2019 8:09:44 AM
Administered - Catherine Banguilan LVN - 11/19/2019 7:46:32 AM
Administered - Catherine Banguilan LVN - 11/18/2019 8:03:44 AM
Administered - Margaret Aber LVN - 11/17/2019 8:51:28 AM

**ARCHULETA 016**

**COLEMAN 079**

Administered - Margaret Aber LVN - 11/16/2019 8:17:35 AM

Administered - Loraine Palmeda LVN - 11/15/2019 8:06:47 AM

Administered - Julia Guanga LVN - 11/14/2019 8:17:21 AM

Administered - Edgar Timpug LVN - 11/13/2019 8:16:20 AM

Administered - Loraine Palmeda LVN - 11/12/2019 8:52 53 AM

Administered - Loraine Palmeda LVN - 11/11/2019 8:05:39 AM

Administered - Edgar Timpug LVN - 11/10/2019 8:17:03 AM

Administered - Edgar Timpug LVN - 11/9/2019 8:10:57 AM

Administered - Julia Guanga LVN - 11/8/2019 8:10:36 AM

Administered - Julia Guanga LVN - 11/7/2019 8:13:57 AM

Administered - Zaldy Benos LVN - 11/6/2019 8:51:30 AM

Administered - Zaldy Benos LVN - 11/5/2019 8:27:08 AM

Administered - Catherine Banguilan LVN - 11/4/2019 8:49:03 AM

Administered - Margaret Aber LVN - 11/3/2019 8:48:31 AM

Administered - Margaret Aber LVN - 11/2/2019 8:39 04 AM

Administered - Loraine Palmeda LVN - 11/1/2019 8:17:32 AM

Administered - Zaldy Benos LVN - 10/31/2019 8:10:08 AM

**ARCHULETA 017**

**COLEMAN 080**

# EXHIBIT C

**ARCHULETA 018**

**COLEMAN 081**

| Patient | ARCHULETA, ERNEST | | # | 100054289 (19741878) | Class | 4 |
|---|---|---|---|---|---|---|
| DOB | (Age=63) | | Sex | M | | Race | H |
| Housing | SDCJ-7-B-08-B | | Court Date | | | Type | |
| Status | ACTIVE | | Booking Date | 7/6/2019 1:40 57 AM PDT | | Proj. Rel | |

**Atenolol Oral 50 MG Tablet** 4/24/2021 12:00 00 AM - 10/20/2021 11:59:59 PM Lott, Krystal NP

Take 50 mg by mouth ONCE DAILY for 180 day(s). Dispense 30 tablet. 5 Refill(s) *ATE

Allergies:

| Allergies: | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No Known Drug Allergy | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 0800 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | May | May | May | May | May | May | May | May | May | Jun | Jun | Jun | Jun | Jun | Jun | Jun | Jun | Jun | Jun | Jun | Jun | Jun | Jun | Jun | Jun | Jun | Jun | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 0800 | X | R | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Jun | Jun | Jun | Jun | Jun | Jun | Jun | Jun | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 0800 | X | X | X | X | X | X | X | X | X | X | X | X | R | X | X | X | X | X | X | X | X | X | X | X | R | X | X | X | X | X |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ARCHULETA 019**

**COLEMAN 082**



| | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Jul | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Hours | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 0800 | X | X | R | X | X | X | X | X | X | X | X | X | X | X | X | X | R | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Hours | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 0800 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Hours | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Administered - Tina Greco RN - 9/21/2021 8:59:05 AM
Administered - Ryan Fullenwiley-Jones RN - 9/20/2021 9:17:23 AM
Administered - Ryan Fullenwiley-Jones RN - 9/19/2021 9:13:46 AM
Administered - Ryan Fullenwiley-Jones RN - 9/18/2021 9:01:50 AM
Administered - Tina Greco RN - 9/17/2021 9:37:21 AM
Administered - Tina Greco RN - 9/16/2021 8:00:00 AM
Administered - Ryan Fullenwiley-Jones RN - 9/15/2021 9:45:17 AM
Administered - Ryan Fullenwiley-Jones RN - 9/14/2021 8:23:22 AM
Administered - Ryan Fullenwiley-Jones RN - 9/13/2021 8:16:33 AM
Administered - Ryan Fullenwiley-Jones RN - 9/12/2021 8:27:00 AM
Administered - Ryan Fullenwiley-Jones RN - 9/11/2021 8:51:40 AM
Administered - Ryan Fullenwiley-Jones RN - 9/10/2021 8:23:01 AM
Administered - Loraine Palmeda LVN - 9/9/2021 9:35:53 AM
Administered - Zaldy Benos LVN - 9/8/2021 9:02:02 AM
Administered - Ryan Fullenwiley-Jones RN - 9/7/2021 8 53:44 AM

**ARCHULETA 020**

**COLEMAN 083**

Administered - Ryan Fullenwiley-Jones RN - 9/6/2021 8:21:14 AM
Administered - Ryan Fullenwiley-Jones RN - 9/5/2021 8:12:28 AM
Administered - Ka ie Ralston RN - 9/4/2021 10:39:22 AM
Administered - Tina Greco RN - 9/3/2021 8 00:00 AM
Administered - Ryan Fullenwiley-Jones RN - 9/2/2021 9:28:30 AM
Administered - Ryan Fullenwiley-Jones RN - 9/1/2021 8:49:17 AM
Administered - Ryan Fullenwiley-Jones RN - 8/31/2021 9:06:25 AM
Administered - Ryan Fullenwiley-Jones RN - 8/30/2021 8:12:29 AM
Administered - Ryan Fullenwiley-Jones RN - 8/29/2021 8:37:13 AM
Administered - Ryan Fullenwiley-Jones RN - 8/28/2021 8:16:25 AM
Administered - Tina Greco RN - 8/27/2021 9:39:33 AM
Administered - Tina Greco RN - 8/26/2021 8:00:00 AM
Administered - Ryan Fullenwiley-Jones RN - 8/25/2021 9:05:39 AM
Administered - Ryan Fullenwiley-Jones RN - 8/24/2021 9:01:28 AM
Administered - Ryan Fullenwiley-Jones RN - 8/23/2021 9:10:34 AM
Administered - Ryan Fullenwiley-Jones RN - 8/22/2021 9:03:32 AM
Administered - Ryan Fullenwiley-Jones RN - 8/21/2021 9:06:42 AM
Administered - Zaldy Benos LVN - 8/20/2021 8:39:34 AM
Administered - Zaldy Benos LVN - 8/19/2021 9:11:56 AM
Administered - Ryan Fullenwiley-Jones RN - 8/18/2021 8:59:34 AM
Administered - Ria Encarnacion LVN - 8/17/2021 8:32:42 AM
Administered - Ryan Fullenwiley-Jones RN - 8/16/2021 8:52:25 AM
Administered - Ryan Fullenwiley-Jones RN - 8/15/2021 8:58:54 AM
Administered - Ryan Fullenwiley-Jones RN - 8/14/2021 8:44:33 AM
Administered - Loraine Palmeda LVN - 8/13/2021 8:21:38 AM
Administered - Loraine Palmeda LVN - 8/12/2021 8:24:54 AM
Administered - Ryan Fullenwiley-Jones RN - 8/11/2021 9:14:10 AM
Administered - Ryan Fullenwiley-Jones RN - 8/10/2021 8:51:31 AM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 8/9/2021 9:46:10 AM
Administered - Ryan Fullenwiley-Jones RN - 8/8/2021 9:32:25 AM
Administered - Ryan Fullenwiley-Jones RN - 8/7/2021 9:34:55 AM
Administered - Catherine Banguilan LVN - 8/6/2021 9:28:18 AM
Administered - Catherine Banguilan LVN - 8/5/2021 8:46:46 AM
Administered - Catherine Banguilan LVN - 8/4/2021 9:07:04 AM
Administered - Pesa Coslow RN - 8/3/2021 10:32:09 AM
Administered - Pesa Coslow RN - 8/2/2021 11:11:41 AM
Administered - Zaldy Benos LVN - 8/1/2021 9:13:57 AM
Administered - Ryan Fullenwiley-Jones RN - 7/31/2021 9:37:25 AM

**ARCHULETA 021**

**COLEMAN 084**

Administered - Ryan Fullenwiley-Jones RN - 7/30/2021 9:32:41 AM
Administered - Ryan Fullenwiley-Jones RN - 7/29/2021 9:56:33 AM
Administered - Ryan Fullenwiley-Jones RN - 7/28/2021 9:30:04 AM
Administered - Ryan Fullenwiley-Jones RN - 7/27/2021 9:46:16 AM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 7/26/2021 10:23:46 AM
Administered - Loraine Palmeda LVN - 7/25/2021 8:30:24 AM
Administered - Ryan Fullenwiley-Jones RN - 7/24/2021 9:55:25 AM
Administered - Ryan Fullenwiley-Jones RN - 7/23/2021 8:48:53 AM
Administered - Ryan Fullenwiley-Jones RN - 7/22/2021 9:21:42 AM
Administered - Ryan Fullenwiley-Jones RN - 7/21/2021 9:01:21 AM
Administered - Ryan Fullenwiley-Jones RN - 7/20/2021 8:30:27 AM
Administered - Ryan Fullenwiley-Jones RN - 7/19/2021 9:59:59 AM
Not Administered - Refused - Zaldy Benos LVN - 7/18/2021 9:24:21 AM
Administered - Ryan Fullenwiley-Jones RN - 7/17/2021 10:11:01 AM
Administered - Ryan Fullenwiley-Jones RN - 7/16/2021 9:28:36 AM
Administered - Ryan Fullenwiley-Jones RN - 7/15/2021 9:38:43 AM
Administered - Ryan Fullenwiley-Jones RN - 7/14/2021 9:30:52 AM
Administered - Stephanie Yee RN - 7/13/2021 8 50:50 AM
Administered - Ryan Fullenwiley-Jones RN - 7/12/2021 9:42:58 AM
Administered - Loraine Palmeda LVN - 7/11/2021 9:15:17 AM
Administered - Loraine Palmeda LVN - 7/10/2021 9:22:05 AM
Administered - Ryan Fullenwiley-Jones RN - 7/9/2021 8 53:27 AM
Administered - Edgar Timpug LVN - 7/8/2021 8:42:11 AM
Administered - Zaldy Benos LVN - 7/7/2021 9:49:44 AM
Administered - Loraine Palmeda LVN - 7/6/2021 8:48:24 AM
Not Administered - Refused - Zaldy Benos LVN - 7/5/2021 9:19:17 AM
Administered - Zaldy Benos LVN - 7/4/2021 8:29:05 AM
Administered - Ryan Fullenwiley-Jones RN - 7/3/2021 9:28:50 AM
Administered - Ryan Fullenwiley-Jones RN - 7/2/2021 9:46:46 AM
Administered - Ryan Fullenwiley-Jones RN - 7/1/2021 9:16:56 AM
Administered - Ryan Fullenwiley-Jones RN - 6/30/2021 9:55:41 AM
Administered - Catherine Banguilan LVN - 6/29/2021 8:39:22 AM
Administered - Catherine Banguilan LVN - 6/28/2021 8:42:03 AM
Administered - Mayra Hall RN - 6/27/2021 10:06:59 AM
Administered - Ryan Fullenwiley-Jones RN - 6/26/2021 9:31:14 AM
Administered - Edgar Timpug LVN - 6/25/2021 9:24:15 AM
Administered - Ryan Fullenwiley-Jones RN - 6/24/2021 9:31:26 AM
Administered - Ryan Fullenwiley-Jones RN - 6/23/2021 9:41:38 AM

**ARCHULETA 022**

**COLEMAN 085**

Administered - Ryan Fullenwiley-Jones RN - 6/22/2021 10:07:27 AM
Administered - Ryan Fullenwiley-Jones RN - 6/21/2021 10:26:23 AM
Administered - Edgar Timpug LVN - 6/20/2021 9:07:42 AM
Administered - Ryan Fullenwiley-Jones RN - 6/19/2021 10:12:44 AM
Administered - Ryan Fullenwiley-Jones RN - 6/18/2021 9:08:20 AM
Administered - Loraine Palmeda LVN - 6/17/2021 9:03:30 AM
Administered - Catherine Banguilan LVN - 6/16/2021 9:39:17 AM
Administered - Catherine Banguilan LVN - 6/15/2021 8:36:20 AM
Administered - Catherine Banguilan LVN - 6/14/2021 9:59:15 AM
Administered - Reginald Barretto RN - 6/13/2021 8:50:55 AM
Administered - Reginald Barretto RN - 6/12/2021 8:58:47 AM
Administered - Catherine Banguilan LVN - 6/11/2021 9:22:50 AM
Administered - Loraine Palmeda LVN - 6/10/2021 8:33:18 AM
Administered - Loraine Palmeda LVN - 6/9/2021 8:51:10 AM
Administered - Loraine Palmeda LVN - 6/8/2021 8:42:45 AM
Administered - Milissa Burns RN - 6/7/2021 9:12:24 AM
Administered - Levy Santos RN - 6/6/2021 9:52:33 AM
Administered - Milissa Burns RN - 6/5/2021 7 58:27 AM
Administered - Zaldy Benos LVN - 6/4/2021 8:47:12 AM
Administered - Loraine Palmeda LVN - 6/3/2021 9:23:00 AM
Administered - Zaldy Benos LVN - 6/2/2021 8:54:24 AM
Administered - Zaldy Benos LVN - 6/1/2021 8:52:33 AM
Administered - Zaldy Benos LVN - 5/31/2021 8:48:20 AM
Administered - Romeo DeGuzman RN - 5/30/2021 8:54:22 AM
Administered - Romeo DeGuzman RN - 5/29/2021 10:07:43 AM
Administered - Edgar Timpug LVN - 5/28/2021 9:50:22 AM
Administered - Edgar Timpug LVN - 5/27/2021 9:40:34 AM
Administered - Edgar Timpug LVN - 5/26/2021 9:46:17 AM
Administered - Loraine Palmeda LVN - 5/25/2021 8:53:32 AM
Not Administered - Refused - Loraine Palmeda LVN - 5/24/2021 9:57 56 AM
Administered - Zaldy Benos LVN - 5/23/2021 8:42:51 AM
Administered - Zaldy Benos LVN - 5/22/2021 9:01:18 AM
Administered - Loraine Palmeda LVN - 5/21/2021 8:42:44 AM
Administered - Romeo DeGuzman RN - 5/20/2021 10:00:42 AM
Administered - Catherine Banguilan LVN - 5/19/2021 9:10:54 AM
Administered - Catherine Banguilan LVN - 5/18/2021 9:06:56 AM
Administered - Catherine Banguilan LVN - 5/17/2021 9:04:21 AM
Administered - Stephanie Kay Rappley RN - 5/16/2021 10:05:42 AM

**ARCHULETA 023**

**COLEMAN 086**

Administered - Stephanie Kay Rappley RN - 5/15/2021 10:50:40 AM
Administered - Edgar Timpug LVN - 5/14/2021 9:57:57 AM
Administered - Edgar Timpug LVN - 5/13/2021 9:23:50 AM
Administered - Edgar Timpug LVN - 5/12/2021 8:43:39 AM
Administered - Loraine Palmeda LVN - 5/11/2021 8:31:59 AM
Administered - Loraine Palmeda LVN - 5/10/2021 8:28:55 AM
Administered - Catherine Banguilan LVN - 5/9/2021 9:00:04 AM
Administered - Catherine Banguilan LVN - 5/8/2021 8:53:44 AM
Administered - Loraine Palmeda LVN - 5/7/2021 8:57:27 AM
Administered - Loraine Palmeda LVN - 5/6/2021 8:44:42 AM
Administered - Zaldy Benos LVN - 5/5/2021 8:55:33 AM
Administered - Zaldy Benos LVN - 5/4/2021 8:26:41 AM
Administered - Zaldy Benos LVN - 5/3/2021 9:06:40 AM
Administered - Loraine Palmeda LVN - 5/2/2021 8:13:56 AM
Administered - Loraine Palmeda LVN - 5/1/2021 8:34:31 AM
Administered - Edgar Timpug LVN - 4/30/2021 9:26:15 AM
Administered - Edgar Timpug LVN - 4/29/2021 8:36:02 AM
Administered - Loraine Palmeda LVN - 4/28/2021 8:39:26 AM
Administered - Loraine Palmeda LVN - 4/27/2021 8:22:46 AM
Administered - Loraine Palmeda LVN - 4/26/2021 8:22:12 AM
Administered - Catherine Banguilan LVN - 4/25/2021 8:17:11 AM
Administered - Catherine Banguilan LVN - 4/24/2021 8:50:17 AM
Administered - Loraine Palmeda LVN - 4/23/2021 8:00:00 AM
Administered - Loraine Palmeda LVN - 4/22/2021 8:00:00 AM

**ARCHULETA 024**

**COLEMAN 087**

| Patient | ARCHULETA, ERNEST | # | 100054289 (19741878) | Class | 4 |
|---|---|---|---|---|---|
| DOB | Age=63) | Sex | M | | Race H |
| Housing | SDCJ-7-B-08-B | Court Date | | | Type |
| Status | ACTIVE | Booking Date | 7/6/2019 1:40 57 AM PDT | | Proj. Rel |

**Atenolol Oral 50 MG Tablet** 9/23/2021 8:00:00 AM - 12/21/2021 11:59:59 PM Christensen, David MD

Take 50 mg by mouth ONCE DAILY for 30 day(s). Dispense 30 tablet. 2 Refill(s) *ATE

Allergies:

| | | |
|---|---|---|
| Allergies: | | |
| No Known Drug Allergy | | |

| | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 0800 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 0800 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 0800 | X | X | X | X | X | R | X | R | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

Administered - Loraine Palmeda LVN - 12/21/2021 8:44 59 AM
Administered - Loraine Palmeda LVN - 12/20/2021 8:30 56 AM
Administered - Ryan Fullenwiley-Jones RN - 12/19/2021 9:08:29 AM

**ARCHULETA 025**

**COLEMAN 088**

Administered - Ryan Fullenwiley-Jones RN - 12/18/2021 8:58:28 AM
Administered - Tina Greco RN - 12/17/2021 9:54:26 AM
Administered - Stephanie Yee RN - 12/16/2021 8:56:43 AM
Administered - Ryan Fullenwiley-Jones RN - 12/15/2021 9:09:00 AM
Administered - Tina Greco RN - 12/14/2021 9:59:41 AM
Administered - Ryan Fullenwiley-Jones RN - 12/13/2021 8:43:22 AM
Administered - Ryan Fullenwiley-Jones RN - 12/12/2021 9:02:49 AM
Administered - Ryan Fullenwiley-Jones RN - 12/11/2021 9:19:35 AM
Administered - Zaldy Benos LVN - 12/10/2021 8:39:13 AM
Administered - Ryan Fullenwiley-Jones RN - 12/9/2021 8:39:27 AM
Administered - Tina Greco RN - 12/8/2021 9:36:40 AM
Administered - Ryan Fullenwiley-Jones RN - 12/7/2021 8:52:16 AM
Administered - Ryan Fullenwiley-Jones RN - 12/6/2021 8:35:18 AM
Administered - Ryan Fullenwiley-Jones RN - 12/5/2021 8:28:48 AM
Administered - Ryan Fullenwiley-Jones RN - 12/4/2021 8:34:29 AM
Administered - Ryan Fullenwiley-Jones RN - 12/3/2021 8:52:55 AM
Administered - Ryan Fullenwiley-Jones RN - 12/2/2021 8:33:53 AM
Not Administered - Refused - Ryan Fullenwiley-Jones RN - 12/1/2021 10:26:10 AM
Administered - Catherine Banguilan LVN - 11/30/2021 8:50:24 AM
Not Administered - Refused - Catherine Banguilan LVN - 11/29/2021 9:36:23 AM
Administered - Ryan Fullenwiley-Jones RN - 11/28/2021 8:53:48 AM
Administered - Ryan Fullenwiley-Jones RN - 11/27/2021 9:20:10 AM
Administered - Ryan Fullenwiley-Jones RN - 11/26/2021 8:48:07 AM
Administered - Ryan Fullenwiley-Jones RN - 11/25/2021 8:39:33 AM
Administered - Ryan Fullenwiley-Jones RN - 11/24/2021 8:36:37 AM
Administered - Reinan Paulino RN - 11/23/2021 10:45:58 PM
Administered - Tina Greco RN - 11/23/2021 10:01:39 AM
Administered - Tina Greco RN - 11/22/2021 9:23:56 AM
Administered - Ryan Fullenwiley-Jones RN - 11/21/2021 8:11:30 AM
Administered - Ryan Fullenwiley-Jones RN - 11/20/2021 9:15:33 AM
Administered - Ryan Fullenwiley-Jones RN - 11/19/2021 8:30:03 AM
Administered - Ryan Fullenwiley-Jones RN - 11/18/2021 9:16:22 AM
Administered - Ryan Fullenwiley-Jones RN - 11/17/2021 8:39:38 AM
Administered - Catherine Banguilan LVN - 11/16/2021 9:59:44 AM
Administered - Tina Greco RN - 11/15/2021 9:12:16 AM
Administered - Ryan Fullenwiley-Jones RN - 11/14/2021 8:27:14 AM
Administered - Ryan Fullenwiley-Jones RN - 11/13/2021 8:28:59 AM
Administered - Ryan Fullenwiley-Jones RN - 11/12/2021 9:37:18 AM

**ARCHULETA 026**

**COLEMAN 089**

Administered - Ryan Fullenwiley-Jones RN - 11/11/2021 8:58:14 AM
Administered - Ryan Fullenwiley-Jones RN - 11/10/2021 9:10:37 AM
Administered - Tina Greco RN - 11/9/2021 10:01:51 AM
Administered - Tina Greco RN - 11/8/2021 11:06:09 AM
Administered - Ryan Fullenwiley-Jones RN - 11/7/2021 9:31:18 AM
Administered - Ryan Fullenwiley-Jones RN - 11/6/2021 8:48:34 AM
Administered - Ryan Fullenwiley-Jones RN - 11/5/2021 8:53:06 AM
Administered - Ryan Fullenwiley-Jones RN - 11/4/2021 8:32:35 AM
Administered - Catherine Banguilan LVN - 11/3/2021 9:47:42 AM
Administered - Catherine Banguilan LVN - 11/2/2021 8:58:25 AM
Administered - Ryan Fullenwiley-Jones RN - 11/1/2021 9:39:14 AM
Administered - Ryan Fullenwiley-Jones RN - 10/31/2021 8:51:00 AM
Administered - Ryan Fullenwiley-Jones RN - 10/30/2021 9:23:42 AM
Administered - Ryan Fullenwiley-Jones RN - 10/29/2021 9:04:40 AM
Administered - Ryan Fullenwiley-Jones RN - 10/28/2021 9:19:29 AM
Administered - Catherine Banguilan LVN - 10/27/2021 8:31:34 AM
Administered - Tina Greco RN - 10/26/2021 10:18:02 AM
Administered - Tina Greco RN - 10/25/2021 10:34:40 AM
Administered - Catherine Banguilan LVN - 10/24/2021 10:00:15 AM
Administered - Catherine Banguilan LVN - 10/23/2021 9:42:14 AM
Administered - Tina Greco RN - 10/22/2021 9:14:21 AM
Administered - Tina Greco RN - 10/21/2021 10:31:31 AM
Administered - Tina Greco RN - 10/20/2021 11:07:05 AM
Administered - Tina Greco RN - 10/20/2021 10:24:13 AM
Administered - Tina Greco RN - 10/19/2021 10:09:58 AM
Administered - Tina Greco RN - 10/18/2021 10:21:11 AM
Administered - Loraine Palmeda LVN - 10/17/2021 9:17:48 AM
Administered - Loraine Palmeda LVN - 10/16/2021 9:02 53 AM
Administered - Tina Greco RN - 10/15/2021 9:11:05 AM
Administered - Tina Greco RN - 10/14/2021 8:54:13 AM
Administered - Ryan Fullenwiley-Jones RN - 10/13/2021 9:13:11 AM
Administered - Ryan Fullenwiley-Jones RN - 10/12/2021 8:41:25 AM
Administered - Ryan Fullenwiley-Jones RN - 10/11/2021 8:31:11 AM
Administered - Ryan Fullenwiley-Jones RN - 10/10/2021 8:42:34 AM
Administered - Ryan Fullenwiley-Jones RN - 10/9/2021 8:31:50 AM
Administered - Ryan Fullenwiley-Jones RN - 10/8/2021 8:47:55 AM
Administered - Ryan Fullenwiley-Jones RN - 10/7/2021 8:54:05 AM
Administered - Loraine Palmeda LVN - 10/6/2021 9:41:48 AM

**ARCHULETA 027**

**COLEMAN 090**

Administered - Ryan Fullenwiley-Jones RN - 10/5/2021 8:58:57 AM
Administered - Catherine Banguilan LVN - 10/4/2021 9:19:47 AM
Administered - Ryan Fullenwiley-Jones RN - 10/3/2021 8:46:43 AM
Administered - Ryan Fullenwiley-Jones RN - 10/2/2021 8:26:16 AM
Administered - Ryan Fullenwiley-Jones RN - 10/1/2021 8:22:41 AM
Administered - Tina Greco RN - 9/30/2021 12:43:54 PM
Administered - Tina Greco RN - 9/30/2021 9:47:06 AM
Administered - Ryan Fullenwiley-Jones RN - 9/29/2021 8:13:11 AM
Administered - Ryan Fullenwiley-Jones RN - 9/28/2021 8:31:28 AM
Administered - Ryan Fullenwiley-Jones RN - 9/27/2021 8:37:42 AM
Administered - Ryan Fullenwiley-Jones RN - 9/26/2021 8:56:36 AM
Administered - Ryan Fullenwiley-Jones RN - 9/25/2021 8:32:35 AM
Administered - Loraine Palmeda LVN - 9/24/2021 8:45:49 AM
Administered - Loraine Palmeda LVN - 9/23/2021 8:53:49 AM

**ARCHULETA 028**

**COLEMAN 091**

| Patient | ARCHULETA, ERNEST | # | 100054289 (19741878) | Class | 4 |
|---|---|---|---|---|---|
| DOB | (Age=63) | Sex | M | Race | H |
| Housing | SDCJ-7-B-08-B | Court Date | | Type | |
| Status | ACTIVE | Booking Date | 7/6/2019 1:40 57 AM PDT | Proj. Rel | |

**Atenolol Oral 50 MG Tablet** 12/22/2021 12:00:00 AM - 3/21/2022 11:59:59 PM Lott, Krystal NP

Take 50 mg by mouth ONCE DAILY for 90 day(s). Dispense 30 tablet. 2 Refill(s) *ATE

Allergies:

| Allergies: |
|---|
| No Known Drug Allergy |

| | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 0800 | X | X | X | X | X | X | X | X | X | X | X | R | X | X | X | X | X | X | X | X | X | X | R | X | X | X | X | X | X | X | X |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Jan | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 0800 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | Feb | | Feb | | Feb | | Feb | | Feb | | Feb | | Feb | | Mar | | Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | | 22 | | 23 | | 24 | | 25 | | 26 | | 27 | | 28 | | 1 | | 2 |
| 0800 | | X | | X | | X | | R | | X | | X | | X | | X | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |

Administered - Loraine Palmeda LVN - 3/1/2022 8:29:57 AM
Administered - Loraine Palmeda LVN - 2/28/2022 11:41 08 AM
Administered - Brooke Snyder LVN - 2/27/2022 9:46:01 AM

**ARCHULETA 029**

**COLEMAN 092**

Administered - Brooke Snyder LVN - 2/26/2022 10:21:43 AM
Not Administered - Refused - Ivan Hand RN - 2/25/2022 10:34:27 AM
Administered - Ivan Hand RN - 2/24/2022 10:34:56 AM
Administered - Zaldy Benos LVN - 2/23/2022 8:38:57 AM
Administered - Edgar Timpug LVN - 2/22/2022 10:05:03 AM
Administered - Edgar Timpug LVN - 2/21/2022 10:15:18 AM
Administered - Alexis Co RN - 2/20/2022 10:02:30 AM
Administered - Ryan Fullenwiley-Jones RN - 2/19/2022 8:57:13 AM
Administered - Edgar Timpug LVN - 2/18/2022 9:54:28 AM
Administered - Edgar Timpug LVN - 2/17/2022 8:52:11 AM
Administered - Zaldy Benos LVN - 2/16/2022 8:39:42 AM
Administered - James Obispo RN - 2/15/2022 11:13:47 AM
Administered - Ryan Fullenwiley-Jones RN - 2/14/2022 8:49:48 AM
Administered - Ryan Fullenwiley-Jones RN - 2/13/2022 8:47:35 AM
Administered - Ryan Fullenwiley-Jones RN - 2/12/2022 8:41:08 AM
Administered - Loraine Palmeda LVN - 2/11/2022 9:39:02 AM
Administered - Loraine Palmeda LVN - 2/10/2022 9:31:19 AM
Administered - Zaldy Benos LVN - 2/9/2022 8:40:52 AM
Administered - Ryan Fullenwiley-Jones RN - 2/8/2022 8:34:43 AM
Administered - Zaldy Benos LVN - 2/7/2022 8:54:25 AM
Administered - Ryan Fullenwiley-Jones RN - 2/6/2022 8:34:54 AM
Administered - Ryan Fullenwiley-Jones RN - 2/5/2022 8:39:06 AM
Administered - Ryan Fullenwiley-Jones RN - 2/4/2022 9:23:18 AM
Administered - Catherine Banguilan LVN - 2/3/2022 8:54:05 AM
Administered - Tina Greco RN - 2/2/2022 8 00:00 AM
Administered - Tina Greco RN - 2/1/2022 11:21:41 AM
Administered - Ryan Fullenwiley-Jones RN - 1/31/2022 8:57:48 AM
Administered - Ryan Fullenwiley-Jones RN - 1/30/2022 8:32:38 AM
Administered - Ryan Fullenwiley-Jones RN - 1/29/2022 10:10:06 AM
Administered - Ryan Fullenwiley-Jones RN - 1/28/2022 9:20:42 AM
Administered - Loraine Palmeda LVN - 1/27/2022 9:05:15 AM
Administered - Edgar Timpug LVN - 1/26/2022 9:15:53 AM
Administered - Edgar Timpug LVN - 1/25/2022 9:27:41 AM
Administered - Ryan Fullenwiley-Jones RN - 1/24/2022 8:23:38 AM
Administered - Ryan Fullenwiley-Jones RN - 1/23/2022 8:55:28 AM
Administered - Ryan Fullenwiley-Jones RN - 1/22/2022 8:57:43 AM
Administered - Edgar Timpug LVN - 1/21/2022 8:40:14 AM
Administered - Zaldy Benos LVN - 1/20/2022 8:54:35 AM

**ARCHULETA 030**

**COLEMAN 093**

Administered - Zaldy Benos LVN - 1/19/2022 8:51:56 AM
Administered - Tina Greco RN - 1/18/2022 10:00:56 AM
Administered - Ryan Fullenwiley-Jones RN - 1/17/2022 8:20:42 AM
Administered - Ryan Fullenwiley-Jones RN - 1/16/2022 8:36:31 AM
Administered - Ryan Fullenwiley-Jones RN - 1/15/2022 10:08:51 AM
Administered - Ryan Fullenwiley-Jones RN - 1/14/2022 9:16:35 AM
Not Administered - Refused - James Obispo RN - 1/13/2022 11:49:08 AM
Administered - Zaldy Benos LVN - 1/12/2022 8:40:35 AM
Administered - Zaldy Benos LVN - 1/11/2022 8:36:03 AM
Administered - Zaldy Benos LVN - 1/10/2022 8:43:39 AM
Administered - Brooke Snyder LVN - 1/9/2022 9:38:27 AM
Administered - Brooke Snyder LVN - 1/8/2022 9:48:17 AM
Administered - Ryan Fullenwiley-Jones RN - 1/7/2022 8:38:56 AM
Administered - Ryan Fullenwiley-Jones RN - 1/6/2022 9:16:45 AM
Administered - Alexis Co RN - 1/5/2022 9:41:22 AM
Administered - Alexis Co RN - 1/4/2022 10:06:31 AM
Administered - Tina Greco RN - 1/3/2022 9:20:44 AM
Not Administered - Refused - Catherine Banguilan LVN - 1/2/2022 10:10:52 AM
Administered - Ryan Fullenwiley-Jones RN - 1/1/2022 8 52:51 AM
Administered - Ryan Fullenwiley-Jones RN - 12/31/2021 9:00:17 AM
Administered - Ryan Fullenwiley-Jones RN - 12/30/2021 9:10:43 AM
Administered - Brooke Snyder LVN - 12/29/2021 10:49:37 AM
Administered - Catherine Banguilan LVN - 12/28/2021 9:49:28 AM
Administered - Ryan Fullenwiley-Jones RN - 12/27/2021 8:24:55 AM
Administered - Ryan Fullenwiley-Jones RN - 12/26/2021 8:34:20 AM
Administered - Ryan Fullenwiley-Jones RN - 12/25/2021 8:39:59 AM
Administered - Ryan Fullenwiley-Jones RN - 12/24/2021 9:21:51 AM
Administered - Ryan Fullenwiley-Jones RN - 12/23/2021 9:06:51 AM
Administered - Loraine Palmeda LVN - 12/22/2021 9:16:17 AM

**ARCHULETA 031**

**COLEMAN 094**

# EXHIBIT D

**ARCHULETA 032**

## SAN DIEGO SHERIFFS DEPARTMENT

### Medical Chart

| | | | |
|---|---|---|---|
| **JIM:** 100054289 | **Book#:** 19741878 | **Name (L,M,F,S):** | ARCHULETA, ERNEST |

### Encounter Detail

**Type:** Mental Health Clinician    **Reason:** 02- Referral    **Date:** 07-26-2019 2103

**Resource:** Germono, Macy Sh5482    **Cost:** $0.00

**Notes:** 7/26/19 pt requesting something to help him sleep
referral from np

### Objective

### Orders

---

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 033**
**COLEMAN 096**

# EXHIBIT E

**ARCHULETA 034**

**COLEMAN 097**

**SAN DIEGO SHERIFFS DEPARTMENT**

**Medical Chart**

---

**JIM:** 100054289      **Book#:** 19741878      **Name (L,M,F,S):** ARCHULETA, ERNEST

---

## Encounter Detail

### Encounter Notes

---

**Entry Date:** 08-01-2019 1357      **Entered By:** JALONSSH,  ALONSO

MHC Clinic- Risk Assessment

I/P PRESENTATION AND INTERACTION WITH MHC: MHC met with I/P in a
non-confidential setting. MHC explained the reason for the meeting, and patient
agreed to continue with assessment.  I/P presented as aox3, cooperative,
slightly anxious mood, restricted affect, adequate ADLs, linear thought
process, speech WNL, good eye contact, fair insight and judgment.  I/P
verbalized that he is doing "I am ok but I need my medications, I had
withdrawal when I was not sleeping or vomiting".  He states that he gets along
with peers without problems.  He appears able to verbalize his needs if he has
them.  He reports that his eating and sleeping are poor.   IP denies any psych
history.  IP reports dizziness and poor vision.

RECENT SUBSTANCE ABUSE WITHDRAWAL SYMPTOMS:  Hx of Heroin.  IP reports that he
was taking opioids in the community for pain management.

COURT DATE, LEGAL CHARGES AND I/P PERCEPTION OF CHARGES IF RELEVANT:   IP
arrested for FELON POSSESS OF FA, EVADE PO, POSSESS OF CON SUB, court on
8/15/19.

SELF HARM/DTO INQUIRY: I/P denies SI or HI at present.  Denies history of same.

FUTURE ORIENTATION (realistic/unrealistic, hopeful/hopeless): I/P verbalizes
wanting to return to the community to reunite with family.

I/P PERCEPTION OF STABILITY OF FAMILY/SOCIAL SUPPORT:  I/P has family including
his wife and children.

DISTRESS TOLERANCE/COPING SKILLS: I/P reports that he likes to read his bible,
sing, pray when he is stressed.

RISK FACTORS: gender, incarcerated, multiple medical concerns

PROTECTIVE FACTORS: no SI, cooperative, engaged with assessment, future oriented

CURRENT RISK DESIGNATION: Current risk is LOW, does not meet criteria for ISP.

FOLLOW UP NEED: I/P is scheduled to see PSYCH SC 8/5/19.  No MHC follow up

---

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 035**
**COLEMAN 098**

**SAN DIEGO SHERIFFS DEPARTMENT**

**Medical Chart**

---

**JIM:** 100054289        **Book#:** 19741878        **Name (L,M,F,S):** ARCHULETA, ERNEST

---

## Encounter Detail

### Encounter Notes

---

needed as IP is stable

## Med Alerts

---

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 036**
**COLEMAN 099**

# EXHIBIT F

**ARCHULETA 037**

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

**JIM:** 100054289        **Book#:** 19741878        **Name (L,M,F,S):** ARCHULETA, ERNEST

## Encounter Detail

**Type:** Psych Sc                **Reason:** Exam                **Date:** 08-01-2019 1358

**Resource:** Alonso, Jennifer Sh                        **Cost:** $0.00

**Notes:** 8/1: Level III- requesting to be seen due to anxiety, worry, insomnia. R/S 8/8

## Objective

## Orders

## Encounter Notes

**Entry Date:** 09-03-2019 1639        **Entered By:** RBAUT3SH,   BAUTISTA

Patient refused Psych SC per Psych MD. no new order at this time.

**Entry Date:** 09-03-2019 1506        **Entered By:** CKAGAYNS,   KAGAY

Psych SC Refusal of Eval.

Pt. refused Psych SC. No reports of SI/HI or grave disability. He had
requested assistance with adjustment d/o s/s. He informed sworn staff today "I
asked to be seen a month ago mainly because I was stressed about being in here
and I wasn't sleeping well, I'm fine now, I don't need to see mental health."
JIMS and Sapphire corroborate this report. Pt. knows how to follow up with
further needs. No appointment will be scheduled at this time.

**Entry Date:** 08-15-2019 0506        **Entered By:** JDEJULSH,   DEJULIO

Patient scheduled for crt (SB), appt has been rs

## Med Alerts

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 038**
**COLEMAN 101**

# EXHIBIT G

**ARCHULETA 039**

**COLEMAN 102**



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

3/1/2022 11:15:56 AM PST

## Sick Calls - ARCHULETA, ERNEST 19741878

| Name | Scheduled Date | Reason | Completed Date |
|------|------|------|------|
| Psychiatry Sick Call | 3/16/2022 | Seen 12/22. 12 weeks or PRN sooner PsychSC follow-up (3/16/22). Level 4. | |
| Psych Chart Review | 1/4/2022 | pls renew Trazadone. No refills remain (4 days left) Cancelled by anthony.cruz on 1/5/2022 Reason: Already completed | 1/5/2022 |
| Psychiatry Sick Call | 12/29/2021 | Last seen 10/6, f/u in 11-12wks or sooner prn, continued Remeron, Trazodone, started Benadryl | 12/22/2021 |
| Psychiatry Sick Call | 11/30/2021 | Please eval patient claims on Hunger Strike. Patient currently on psych medications. Cancelled by francis.ysla on 12/12/2021 Reason: HS ended | 12/12/2021 |

ARCHULETA, ERNEST   100054289 (19741878)

**ARCHULETA 040
COLEMAN 103**

| Name | Scheduled Date | Reason | | Completed Date |
|------|------|--------|---|------|
| Psychiatry Sick Call | 10/29/2021 | Request for increase on Remeron due to diffulculites sleeping as reported Cancelled by francis.ysla on 11/17/2021 Reason: duplicate | | 11/16/2021 |
| Psychiatry Sick Call | 10/4/2021 | Last seen 7/6, f/u in 11-12wks or sooner prn, continued Remeron, Trazodone | | 10/6/2021 |

ARCHULETA, ERNEST   100054289 (19741878)

**ARCHULETA 041**
**COLEMAN 104**

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| QMHP | 8/9/2021 | Per Pt IM Request for "emotional & Psychological". | 8/27/2021 |
| Psychiatry Sick Call | 7/1/2021 | Last seen 4/8, f/u in 11-12wks or sooner prn, continued Remeron, Trazodone | 7/6/2021 |
| QMHP | 6/14/2021 | Wellness Eval, Dr. Smerud, for Pt with multiple familly deaths in past year. | 6/14/2021 |
| QMHP | 5/17/2021 | Wellness check, Dr. Smerud, for Pt with grief issues (multiple family deaths). Being followed by psychiatry. | 5/17/2021 |
| Registered Nurse Sick Call | 5/12/2021 | Pls counsel side effects of remeron & trazodone, pt reports his rash might be side effects of meds his taking. | 5/12/2021 |
| Medical Chart Review | 4/21/2021 | Atenolol 50mg expired 4/18. Pls renew if indicated. | 4/21/2021 |
| Psychiatry Sick Call | 4/7/2021 | Last seen 10/12/20, (Pt refused last PsychSC visit). Refilled Remeron per CC, Pt requires PsychSC f/u in 1wk or sooner prn | 4/8/2021 |
| Psych Chart Review | 3/31/2021 | Remeron 45mg recently expired . Pls. review and renew if needed. | 3/31/2021 |

ARCHULETA, ERNEST   100054289 (19741878)

**ARCHULETA 042**
**COLEMAN 105**

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| QMHP | 1/10/2021 | Wellness Ck, Dr. Smerud, for Pt w/ multiple family deaths in past year and being followed by psychiatry. Per Dep5051, wants to talk to QMHP sooner d/t depression and anniversary deaths in the family. | 1/11/2021 |
| QMHP | 12/24/2020 | Wellness Ck, Dr. Smerud, for Pt with multiple family deaths over past year. | 12/28/2020 |
| Psychiatry Sick Call | 12/7/2020 | Seen 10/12. 8 weeks PsychSC follow-up (12/7). Level 3. Refused by ERNEST ARCHULETA on 12/14/2020. | 12/14/2020 |
| QMHP | 12/9/2020 | welfare check d/t IP stating he recently had several family members pass away. Cancelled by Phyllis.Smerud on 12/9/2020 Reason: Pt seen on 12/7/20 by /QMHP. Sceduled for 12/24/20 for F/U. | 12/9/2020 |
| QMHP | 12/7/2020 | Wellness Ck, Dr. Smerud, Pt with multiple grief issues (resolving) who is also being followed by psychiatry. | 12/7/2020 |
| Psych Chart Review | 11/28/2020 | Per J 212,"my night meds Remeron has expired." | 11/30/2020 |
| QMHP | 11/16/2020 | Wellness Ck/Grief Work Dr. Smerud for Pt with multiple family losses. | 11/16/2020 |
| QMHP | 10/26/2020 | 1:1 Counseling for grief Dr. Smerud | 10/26/2020 |
| Medical Chart Review | 10/20/2020 | inmate atenolol 50 mg po oral once daily recently expire pls renew if indicated | 10/20/2020 |
| QMHP | 10/5/2020 | Pt seen on 9/28/20 as scheduled with Dr. Smerud. F/u 10/5/20 for continuing grief work. | 10/12/2020 |
| Psychiatry Sick Call | 10/12/2020 | Last seen 9/3. f/u in 4-5wks or sooner prn, continued Remeron, increased Trazodone | 10/12/2020 |

ARCHULETA, ERNEST    100054289 (19741878)

ARCHULETA 043
COLEMAN 106

| Name | Scheduled Date | Reason | Completed Date |
|------|----------------|--------|----------------|
| QMHP | 9/28/2020 | 1:1 for Grief work, death of family member 4 days ago & multiple deaths in past year. Dr. Smerud | 9/28/2020 |
| QMHP | 8/31/2020 | Wellness check, by Dr. Smerud for DEP | 9/16/2020 |
| Psychiatry Sick Call | 9/3/2020 | Last seen 7/28, f/u in 4-5wks or sooner prn, continued Remeron, started Trazodone | 9/3/2020 |
| Psychiatry Sick Call | 7/22/2020 | Last seen 5/20, f/u in 9-10wks or sooner prn, continued Remeron | 7/28/2020 |
| Medical Chart Review | 5/28/2020 | Pls. review chart for renewal of Atenolol 50 mg expired on 5/21/20. | 5/28/2020 |
| Psychiatry Sick Call | 5/19/2020 | Reschedule for 1 week per Dr. Jan | 5/20/2020 |
| Psychiatry Sick Call | 5/18/2020 | 8-10 week f/u. 5/18/20 Refused by ERNEST ARCHULETA on 5/18/2020. | 5/18/2020 |

ARCHULETA, ERNEST   100054289 (19741878)

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Psychiatry Sick Call | 2/25/2020 | 4 week f/u. 2/25/20 | 3/11/2020 |
| Psych Chart Review | 3/10/2020 | Pt. requested an increase to Remeron 30mg QHS per inmate request. He denies any side effects to the medication. | 3/3/2020 |
| QMHP | 2/7/2020 | 1:1 for bereavement support | 2/17/2020 |
| Psychiatry Sick Call | 1/20/2020 | 4 week f/u. 1/20/20- IP reports Remeron is not effective at its current dose, is interested of seroquel which is what he used to take in CDCR. | 1/28/2020 |
| QMHP | 12/16/2019 | 1:1 referral for regular counseling due to recent bereavment of 4-5 family members. | 12/18/2019 |
| Psychiatry Sick Call | 12/16/2019 | Level 2 - AH, anxiety, insomnia, irritability, racing thoughts, lost mother last year, tearfulness, hx of trauma by being in level IV prisons. Pls assess for meds as he feels he is going "to turn violent", starting to have thoughts about harming himself. | 12/16/2019 |
| QMHP | 12/3/2019 | IP endorses hearing voices today; no hx of psychosis or psych tx On 11/27, I/P endorsed insomnia, anxiety and racing thoughts. | 12/11/2019 |

ARCHULETA, ERNEST   100054289 (19741878)

ARCHULETA 045
COLEMAN 108

| Name | Scheduled Date | Reason | | Completed Date |
|------|------|------|------|------|

ARCHULETA, ERNEST   100054289 (19741878)

**ARCHULETA 046**
**COLEMAN 109**

# EXHIBIT H

**ARCHULETA 047**

**COLEMAN 110**

**SAN DIEGO SHERIFFS DEPARTMENT**

**Medical Chart**

| JIM: 100054289 | Book#: 19741878 | Name (L,M,F,S): ARCHULETA, ERNEST |
|---|---|---|

## Encounter Detail

### Encounter Notes

**Entry Date:** 08-12-2019 1102     **Entered By:** MBONAPSH,   BONAPARTE

```
8/12/19. C/T SPINE, LT HIP, LT FEMUR, LT KNEE, LT UPPER TIB/FIB. PATIENT/INMATE
DEMOGRAPHICS


Patient Name: ARCHULETA ERNEST
D.O.B./Gender:         /M
JIMS#: 19741878
Booking#: 100054289
Facility: FACILITY #1


STUDY INFORMATION


Date of Exam: 8/12/2019
Type of Exam: C/T SPINE, LT HIP, LT FEMUR, LT KNEE, LT UPPER TIB/FIB
Reading Phys.: Dr. Dr Harold Trief
Date Exam Read: 8/12/2019 10:59:09 AM


REPORT EXAM RESULT


PROCEDURE: 1
IMPRESSION:
Severe disc degeneration is noted throughout the lower cervical spine with
kyphotic deformity noted. No fracture or dislocation is noted. No bony
destruction is visualized. Moderate anterior spur formation is seen.


COMMENT:
Severe degenerative disc disease cervical spine.


PROCEDURE: 2
IMPRESSION:
Moderate lower thoracic spurring is noted with mild disc degeneration present.
No fracture or dislocation is seen. No paraspinal hematoma is noted.


COMMENT:
Moderate degenerative disease thoracic spine.


PROCEDURE: 3
IMPRESSION:
Moderate narrowing of the left hip joint with periarticular sclerosis. No acute
```

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 048**
**COLEMAN 111**

## SAN DIEGO SHERIFFS DEPARTMENT

### Medical Chart

**JIM:** 100054289    **Book#:** 19741878    **Name (L,M,F,S):** ARCHULETA, ERNEST

## Encounter Detail

### Encounter Notes

fracture or dislocation is seen. No bony destruction is noted.

COMMENT:
No acute abnormality. Left Hip.

PROCEDURE: 4
IMPRESSION:
Marked deformity of the distal left femur with gunshot fragments noted.

COMMENT:
No acute fracture left femur.

PROCEDURE: 5
IMPRESSION:
Severe narrowing of the left knee joint is seen with severe chondromalacia
patella. No fracture or dislocation is demonstrated. No bony destruction is
noted.

COMMENT:
No acute fracture of the left knee.

PROCEDURE: 6
IMPRESSION:
No fracture or dislocation is demonstrated. No bony destruction is visualized.
No soft tissue abnormalities noted. Ankle not visualized.

COMMENT:
No acute fracture of the left lower leg.

**Entry Date:** 08-11-2019 1702    **Entered By:** MBAUTISH,  BAUTISTA

Patient not seen, RS to 2000

## Med Alerts

---

Facility: 1                          Page 3 of 3                          Printed: 03-01-22 1150

433M MED                                                    Printed By: MTORR2SH, TORRELIZA

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 049**
**COLEMAN 112**

# EXHIBIT I

**ARCHULETA 050**

**COLEMAN 113**

## SAN DIEGO SHERIFFS DEPARTMENT

### Medical Chart

**JIM:** 100054289      **Book#:** 19741878      **Name (L,M,F,S):** ARCHULETA, ERNEST

## Encounter Detail

### Encounter Notes

**Entry Date:** 08-05-2019 1520      **Entered By:** MBURNSSH, BURNS

S: "I know the deputies caught me, but my head kind of hit the edge of the step."

O: called to man down on 7th floor staging, patient is in side laying in R lateral position, alert, responsive, airway clear, breathing with no obvious s/s of trauma, patient is alert and oriented to name place, and situation, NAD, deputies and patient denies seizure activity, VSS, respirations are even non-labored, skin is CDI and perfused, non-diaphoretic, when asked about injry/pain patient immediate bends and hold RLE and points to shin area, patient able to move digits to all extremities, claims RLE is "weak," patient was walking down stairs from pro visit and became "shaky" and somehow grabbed the railing and deputies assisted him to the floor without injury. assisted patient to sitting position with no complaints, able to hold himself up, no change in mentation noted, depuities assisted to his wheelchair previously be used by this patient d/t not being able to walk long distances. Patient brought down to clinic area, VS remain stable, no change in mentation- hold R side of head- claims he bumped it during the fall but not significantly because he deputies were able to catch him, c/o of mild pain - no swelling noted, with mild erythema linear in shape, no pain on palpation- possilbe old injury? Looked at R shin area, with mild erythema noted to area- possible old injury noted as well- no pain on palpation or surrounding s/s of trauma. Offered patient tylenol or motrin for pain, states "I don't need anything strong, tylenol?" Patient placed to holding cell, brought over tylenol and patient now complains of left sided neck pain d/t fall on R side of head jammed his neck to the left (eventhough patient agrees deputies halped brace patient and prevent injury), advised likely muscular strain and tylenol will help. Able to move neck wnl with out difficulty

A: alt in comfort

P: SNP muscular strain started meds given, advised to keep moving neck with gentle tolerable stretching to keep from tightening up, advised to reamin off the stairs,returned to housing floor in stable condition with WC

## Med Alerts

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 051**
**COLEMAN 114**



TRANSMISSION VERIFICATION REPORT

```
TIME  : 08/06/2019 08:12
NAME  : SDCJ MRU
FAX   : 6196152493
TEL   : 6196152669
SER.# : BROL5V584831
```

```
DATE,TIME        08/06  08:11
FAX NO./NAME     *916195437128
DURATION         00:00:55
PAGE(S)          02
RESULT           OK
MODE             STANDARD
```



# San Diego County
# SHERIFF'S DEPARTMENT

DATE:        <u>August 6, 2019</u>                    <u>"URGENT PLEASE</u>

TO:          **MEDICAL RECORDS CORRESPONDENCE**

FAX:         **619-543-7128**                    **PHONE # (858) 657-7000**

LOCATION: **UCSD LA JOLLA THORNTON HOSPITAL**

FROM:        **Sheriff's Medical Services Division**
             **Medical Records Unit**
             **SAN DIEGO CENTRAL JAIL**
             **1173 FRONT STREET**
             **SAN DIEGO, CA 92101**                    **MS: C- 24**
                                                        **Telephone: (619) 615-2669**
             <u>**Staff.MedicalRecords@sdsheriff.org**</u>         **Fax:  ( 619 ) 615-2493**

SENT BY:  **ROSE   (HIM-Tech)**

Number of pages including cover: **2**

CAUTION:  The information contained in this transmittal is CONFIDENTIAL.  The receiving party is prohibited from disclosing the information to any other unauthorized party.  **"This information is protected under C.F.R. 42, Part 2, California Welfare and Institutions Code 5328, California Health and Safety Code Section 120980(g) and any other applicable provision of Law."**  You are prohibited from making further disclosure

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 052**
**COLEMAN 115**

UCSD-05                    8/6/2019 10:03:19 AM  PAGE    1/020   Fax Server

# UC San Diego Health

RECEIVED

AUG 0 6 AM

BY: _____
Initial: _____

### FAX COVER SHEET

CONFIDENTIAL – UC San Diego Health – Restricted Information

| Submission Date: | 8/6/19, 10:02 AM |
|---|---|

| Sender Fax Number: | 619-543-3287 |
|---|---|
| Sender Name/Department: | Marnelli Abian / Medical Records |
| Sender Phone Number: | 619-543-6737 |

| Recipient Fax Number: | 619-615-2493 |
|---|---|
| Recipient Name: | Diego, Central Jail-San |
| Recipient Phone Number: | 619-615-2700 |

**CHART CHECK**

*Restricted Information is confidential information that is protected by law or University policy and that may include medical information related to a person's health care. It is being faxed to you under appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Re-disclosure without additional patient authorization or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.*

**Confidentiality Notice:** This fax contains confidential restricted information. If you received this fax in error, please notify the UC San Diego Health – Compliance Advisory Services, Privacy Program immediately by calling the phone number 858-657-7487 to arrange for return of these documents. If you received the fax electronically in error, send the fax to the Privacy Program. The Privacy Program fax number is: 858-657-7488. If you do not receive all pages, please call the sender at the sender's number above.

npcc 8/7/19

CHART CHECK
DATE: 8/7/19
MD INITIAL: KC

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 053
COLEMAN 116**

UCSD-05                    8/6/2019 10:03:19 AM  PAGE   2/020   Fax Server

**UC San Diego Health**    Health Information Services    Archuleta, Ernest
                       MC8825                     MRN: 07085574, DOB:           Sex: M
                       200 W Arbor Dr             Adm: 1/24/2019, D/C: 1/25/2019
                       San Diego CA 92103-1911

### 01/24/2019 - ED in Hillcrest Emergency

**Notes - ED Provider Note**

ED Provider Notes by Nolan, Matthew Michael, MD at 1/24/2019 8:51 PM

| | | |
|---|---|---|
| Author: Nolan, Matthew Michael, MD | Service: ED Medicine | Author Type: Resident |
| Filed: 01/26/19 0754 | Date of Service: 01/24/19 2151 | Status: Attested |
| Editor: Nolan, Matthew Michael, MD (Resident) | | Cosigner: Hayden, Stephen Russell, MD at 01/27/19 0641 |

**Attestation signed by Hayden, Stephen Russell, MD at 01/27/19 0641**

The Date of Service for the Emergency Room encounter is 1/24/2019 9:00 PM.

I performed a history and physical examination of the patient and discussed management with the resident/APP Matthew Michael Nolan. I reviewed the resident's/APP's note and agree with the documented findings and plan of care. The attestation note reflects any changes or corrections to the ED Provider Note as documented.

The patient is a 60 year old male presenting with low back pain; like prior sciatica, however, he has difficulty walking; initially not clear if related to pain but subsequently patient clearly states he was feeling better and felt it more related to pain and has good fu; declined mri.

| | 01/24/19 1830 | 01/25/19 0004 |
|---|---|---|
| BP: | 155/93 | 154/68 |
| Pulse: | 98 | 78 |
| Resp: | 18 | 16 |
| Temp: | 98.3 °F (36.8 °C) | 98.4 °F (36.9 °C) |
| SpO2: | 100% | 99% |

Overall at the time of initial evaluation appears non toxic, responsive, hemodyn stable, no resp distress; if ecg performed; reviewed and agree with resident interpretation. VS interpretation as documented: mild htn.  O2 sat ra wnl. This note may be a delayed entry after further care had been provided to the patient. This attestation represents my medical decision making during the initial work up and management that I participated in. Agree with wu and mgt plan as outlined at the time initial evaluation and plan formulated; further wu and outcome detailed in additional notes. Parts of this note may have been generated using voice recognition software.

## Emergency Department Note
*UCSD electronic medical record reviewed for pertinent medical history.*

**Nursing Triage Note:**
Chief Complaint
Patient presents with
- **Back Pain**
  *PT states worsening sciatica back pain x 1 week. Pt states he is unable to walk secondary to pain. Left knee pain, Right foot pain. Denies recent injury.*
- **Extremity Weakness**
- **Knee Pain**
- **Foot Pain**

**HPI:**
60 year old male with a PMH significant for HCV, HTN, GSW left femur 1993, sciatica presents for evaluation of low

Printed with FinePrint trial version - purchase at www.fineprint.com

ARCHULETA 054
COLEMAN 117

UCSD-05                    8/6/2019 10:03:19 AM   PAGE   3/020   Fax Server

## UC San Diego Health

Health Information Services       Archuleta, Ernest
MC8825                            MRN: 07085574, DOB:          Sex: M
200 W Arbor Dr                    Adm: 1/24/2019, D/C: 1/25/2019
San Diego CA 92103-1911

**01/24/2019 - ED in Hillcrest Emergency (continued)**

### Notes - ED Provider Note (continued)

back pain and difficulty ambulating. Patient reports that for the past week he has been gradually having increasing difficulty ambulating and getting out of bed. Typically patient reports that he is able to ambulate around the house using his crutches, however he currently is unable to bear weight on his legs due to his symptoms. Reports pain in his right lower back that shoots down his right leg together with weakness of his left leg and intermittent numbness. Patient has history of significant trauma to the left leg with neuropathy in that leg which appears to be at baseline. He denies IV drug use since 15 years ago. No fevers, chills, night sweats, weight loss. Denies difficulty urinating or stool incontinence. No saddle anesthesia.

Patient was previously following with Orthopedic surgery UCSD and pain management for chronic left knee pain, receiving steroid injections. Reports he has previously had an injection into his low back but no surgeries performed.

HPI

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • GSW (gunshot wound) | |
| *left femur* | |
| • Hepatitis C | |
| • HTN (hypertension) | |
| • Sciatica | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • EXTERNAL FIXATION FEMUR FRACTURE | Left | 1998 |
| *infected nonunion* | | |
| • MUA knee | Left | 2000 |
| • ORIF FEMUR FRACTURE | Left | 1993 |
| *complicated by infection, and multiple washouts* | | |

**Family History:**

Family History

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • No Known Problems | Mother | | |
| • No Known Problems | Father | | |

**Social History:**

Social History

| Tobacco Use | |
|---|---|
| • Smoking status: | Current Every Day Smoker |
| • Smokeless tobacco: | Never Used |

| Substance Use Topics | |
|---|---|
| • Alcohol use: | Yes |
| • Drug use: | Not on file |

**Medications:**

**Prior to Admission Medications**

| Prescriptions | Last Dose | Informant | Patient Reported? | Taking? |
|---|---|---|---|---|
| HYDROcodone-acetaminophen (NORCO) 10-325 MG tablet | | | Yes | No |

Printed on 8/6/19 10:01 AM                                          Page 2

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 055**
**COLEMAN 118**

# EXHIBIT J

**ARCHULETA 056**

**COLEMAN 119**

UCSD-05                    8/6/2019 10:03:19 AM    PAGE    4/020    Fax Server



## UC San Diego Health

Health Information Services          Archuleta, Ernest
MC8825                               MRN: 07085574, DOB:          Sex: M
200 W Arbor Dr                       Adm: 1/24/2019, D/C: 1/25/2019
San Diego CA 92103-1911

**01/24/2019 - ED in Hillcrest Emergency (continued)**

**Notes – ED Provider Note (continued)**

Sig: Take 1 tablet by mouth every 6 hours as needed for Moderate Pain (Pain Score 4-6)
**atenolol (TENORMIN) 50 MG tablet**                                          Yes          No
Sig: Take 50 mg by mouth daily.
**Facility-Administered Medications: None**

Allergies: Patient has no known allergies.

Review of Systems:
Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for congestion and sore throat.
Eyes: Negative for photophobia, pain and visual disturbance.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria and hematuria.
Musculoskeletal: Positive for back pain. Negative for neck pain.
Skin: Negative for pallor and rash.
Neurological: Positive for weakness. Negative for dizziness, light-headedness and headaches.

**Physical Exam:**

|         | 01/24/19 1830       |
|---------|---------------------|
| BP:     | 155/93              |
| Pulse:  | 98                  |
| Resp:   | 18                  |
| Temp:   | 98.3 °F (36.8 °C)   |
| SpO2:   | 100%                |

Nursing note and vitals reviewed.

Physical Exam
Constitutional: No distress.
HENT:
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Eyes: Conjunctivae and EOM are normal. Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.
Neck: Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub. No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No stridor. No respiratory distress. He has no wheezes. He has no rales. He exhibits no tenderness.
Abdominal: Soft. He exhibits no distension. There is no tenderness. There is no guarding.
Musculoskeletal: He exhibits no edema.
   Right shoulder: He exhibits no deformity.
**Right lumbar paraspinal tenderness to palpation**
**left leg shorter than the right leg, chronic**

Printed on 8/6/19 10:01 AM                                                        Page 3

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 057**
**COLEMAN 120**

UCSD-05                    8/6/2019 10:03:19 AM   PAGE    5/020    Fax Server

**UC San Diego Health**   Health Information Services      Archuleta, Ernest
                          MC8825                            MRN: 07085574, DOB:              Sex: M
                          200 W Arbor Dr                    Adm: 1/24/2019, D/C: 1/25/2019
                          San Diego CA 92103-1911

**01/24/2019 - ED in Hillcrest Emergency (continued)**

**Notes - ED Provider Note (continued)**

Neurological: He is alert. He exhibits normal muscle tone. Coordination normal.
**Sensation intact to light touch in lower extremities**
**Strength 5/5 with knee extension/flexion bilaterally**
**Absent patellar and Achilles reflexes bilaterally**
**Patient able to stand and bear weight but only able to for a short period**
Skin: Skin is warm and dry. No rash noted. He is not diaphoretic. No erythema. No pallor.
Nursing note and vitals reviewed.


**Workup Review:**


**Impression & Initial ED Plan:**
60 year old male presents for evaluation of right leg pain in bilateral leg weakness, gradually worsening. Patient's
vital signs are within normal limits, afebrile. On physical exam, the patient does appear to have weakness in bilateral
lower extremities. Weakness in left leg has been a chronic issue, however patient does report that he has been able
imaging under his own power and currently this time he is unable to bear his own weight concerning for possible new
process. No red flag symptoms to suggest spinal epidural abscess. Will hold on imaging for now and start with meds
for pain control, reassess.


The rest of the ED course, results, and plan for the patient is in a separate continuation note. Please see that note for
details.

I have discussed my evaluation and care plan for the patient with the attending physician Dr. Hayden.

Nolan, Matthew Michael, MD
Resident
01/26/19 0754


Hayden, Stephen Russell, MD
01/27/19 0641

Electronically signed by Hayden, Stephen Russell MD at 01/27/19 0641

Printed with FinePrint trial version - purchase at www.fineprint.com

ARCHULETA 058
COLEMAN 121

UCSD-05                 8/6/2019 10:03:19 AM   PAGE   6/020   Fax Server

## UC San Diego Health

Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Archuleta, Ernest
MRN: 07085574, DOB:
Adm: 4/9/2018, D/C: 4/9/2018

Sex: M

### 04/09/2018 - X-RAY KNEE 3 VIEWS - LEFT in HCH XRAY

**Orders - All Imaging**

**Imaging**

**X-Ray Knee 3 Views - Left [186021205] (Final result)**

Electronically signed by: Cidambi, Krishna R, MD on 04/09/18 1226          Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Cidambi, Krishna R, MD 04/09/18 1226
Authorized by: Cidambi, Krishna R, MD
Class: Normal
Lab status: Final result
Diagnoses
Arthritis of knee [M17.10]

Ordering provider: Cidambi, Krishna R, MD
Ordering mode: Standard
Quantity: 1
Instance released by: Murphy, Pamela 4/9/2018  1:06 PM

**Questionnaire**

| Question | Answer |
|---|---|
| Clinical History: | Left knee OA, s/p GSW |
| View: | a. AP/LAT |
| | b. Merchant |
| | d. WB-Weight Bearing |
| Add preop marker? | Yes |
| Indications: | Left knee OA, s/p GSW |

Scheduling Instructions
Your physician has ordered an X-ray Exam. Please proceed directly to the radiology department today or as your provider has instructed. You will be served by the radiology department on a first come, first served basis. If you have any questions call the clinic or one of the radiology front desk numbers listed below.

Lewis St. Radiology - (619) 471-9240
Hillcrest Radiology – (619) 543-6497 Or (619) 543-6854
Thornton Radiology - (858) 657-6641

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was an interpreter used to complete screening form? If so, enter interpreter number. | | |
| Fluoro time? (mins) | | |
| Fluoro time? (sec) | | |

**X-Ray Knee 3 Views - Left [186021205]**          Resulted: 04/09/18 1452, Result status: Final result

Ordering provider: Cidambi, Krishna R, MD 04/09/18 1306
Resulted by:
Smitaman, Edward, MD
Wyatt, Alvin R, MD
Performed: 04/09/18 1310 - 04/09/18 1344
Resulting lab: RADIOLOGY
Narrative:
EXAM DESCRIPTION:
X-RAY FEMUR MINIMUM 2 VIEWS- LEFT; X-RAY BONE LENGTH STUDIES; X-RAY KNEE 3 VIEWS- LEFT

Order status: Completed
Filed by: Electronic Interface To Epic, Radiant Results
04/09/18 1455

Accession number: 50492569

CLINICAL HISTORY:
Prior gunshot wound to the left femur with infected malunion of left femur

TECHNIQUE:
4 images of the left femur and 3 images of the left knee were obtained.
Frontal images of the bilateral lower extremities were obtained and stitched together in panoramic fashion.

COMPARISON:
06/23/2016

FINDINGS:
The bones are diffusely demineralized.

LEFT KNEE AND FEMUR:

Printed on 8/6/19 10:01 AM                                                                 Page 5

Printed with FinePrint trial version - purchase at www.fineprint.com

ARCHULETA 059
COLEMAN 122

UCSD-05                    8/6/2019 10:03:19 AM    PAGE    7/020    Fax Server



**UC San Diego Health**

Health Information Services       Archuleta, Ernest
MC8825                            MRN: 07085574, DOB:        Sex: M
200 W Arbor Dr                    Adm: 4/9/2018, D/C: 4/9/2018
San Diego CA 92103-1911

### 04/09/2018 - X-RAY KNEE 3 VIEWS - LEFT in HCH XRAY (continued)

**Orders - All Imaging (continued)**

Re-demonstrated osseous remodeling of the femoral shaft with innumerable scattered midthigh metallic density, in keeping with history of infected left femoral malunion in the setting of prior left lower extremity presumed shotgun wound. No interval fracture or traumatic malalignment. There is again moderate and severe osteoarthrosis of the femoroacetabular and tricompartmental knee joints as before. Re-demonstrated mild periarticular soft tissue swelling with a small likely knee joint effusion.

BONE LENGTH STUDIES:

There is approximately 26" left genu varum with a limb length discrepancy, as the left lower extremity measures 37 mm shorter than the right lower extremity. Additionally, there is significant leftward pelvic tilt, with the left ischial tuberosity projecting 25 mm inferior to the right ischial tuberosity.

CONCURRENT SUPERVISION:
I have reviewed the images and agree with the fellow's report.

impression:
IMPRESSION:
Re-demonstrated chronic fracture deformity of the left femoral shaft, in keeping with history of infected left femoral malunion.

Moderate osteoarthrosis of the hip.

Severe tricompartmental osteoarthrosis of the knee with (26 degree) left genu varum.

Leg length discrepancy, with the left lower extremity measuring 37 mm shorter than the right.

Leftward down pelvic tilt, with the left ischial tuberosity projecting 25 mm below the right.

Acknowledged by: Cidambi, Krishna R, MD on 04/09/18 1638

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - RAD | RADIOLOGY | Unknown | Unknown | 11/11/07 0221 - Present |

**X-Ray Knee 3 Views - Left [186021205]**          Resulted: 04/09/18 1310, Result status: In process

Ordering provider: Cidambi, Krishna R, MD 04/09/18 1306       Order status: Completed
Resulted by:                                                   Filed by: Tran, Lisa 04/09/18 1310
Smitaman, Edward, MD
Wyatt, Alvin R, MD
Performed: 04/09/18 1310 - 04/09/18 1344        Accession number: 50492569
Resulting lab: RADIOLOGY

**Reviewed by**

Cidambi, Krishna R, MD on 04/16/18 0934

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - RAD | RADIOLOGY | Unknown | Unknown | 11/11/07 0221 - Present |

**Indications**

Arthritis of knee (M17.10 (ICD-10-CM))

**Study Result**

EXAM DESCRIPTION:
X-RAY FEMUR MINIMUM 2 VIEWS- LEFT; X-RAY BONE LENGTH STUDIES; X-RAY KNEE 3 VIEWS- LEFT

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 060**
**COLEMAN 123**

UCSD-05                    8/6/2019 10:03:19 AM   PAGE   8/020   Fax Server

**UC San Diego Health**    Health Information Services    Archuleta, Ernest
                           MC8825                          MRN: 07085574, DOB:        Sex: M
                           200 W Arbor Dr                  Adm: 4/9/2018, D/C: 4/9/2018
                           San Diego CA 92103-1911

**04/09/2018 - X-RAY KNEE 3 VIEWS - LEFT in HCH XRAY (continued)**

**Orders - All Imaging (continued)**

CLINICAL HISTORY:
Prior gunshot wound to the left femur with infected malunion of left femur

TECHNIQUE:
4 images of the left femur and 3 images of the left knee were obtained.
Frontal images of the bilateral lower extremities were obtained and stitched
together in panoramic fashion.

COMPARISON:
06/23/2016

FINDINGS:
The bones are diffusely demineralized.

LEFT KNEE AND FEMUR:

Re-demonstrated osseous remodeling of the femoral shaft with innumerable scattered
midthigh metallic density, in keeping with history of infected left femoral
malunion in the setting of prior left lower extremity presumed shotgun wound. No
interval fracture or traumatic malalignment. There is again moderate and severe
osteoarthrosis of the femoroacetabular and tricompartmental knee joints as before.
Re-demonstrated mild periarticular soft tissue swelling with a small likely knee
joint effusion.

BONE LENGTH STUDIES:

There is approximately 26° left genu varum with a limb length discrepancy, as the
left lower extremity measures 37 mm shorter than the right lower extremity.
Additionally, there is significant leftward pelvic tilt, with the left ischial
tuberosity projecting 25 mm inferior to the right ischial tuberosity.

CONCURRENT SUPERVISION:
I have reviewed the images and agree with the fellow's report.

IMPRESSION:
IMPRESSION:
Re-demonstrated chronic fracture deformity of the left femoral shaft, in keeping
with history of infected left femoral malunion.

Moderate osteoarthrosis of the hip.

Severe tricompartmental osteoarthrosis of the knee with (26 degree) left genu
varum.

Leg length discrepancy, with the left lower extremity measuring 37 mm shorter than
the right.

Leftward down pelvic tilt, with the left ischial tuberosity projecting 25 mm below
the right.

**Signed**
Electronically signed by Smitaman, Edward, MD on 4/9/18 at 1452 PDT

**All Reviewers List**
Cidambi, Krishna R, MD on 4/16/2018 09:34

Printed on 8/6/19 10.01 AM                                                    Page 7

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 061**
**COLEMAN 124**

UCSD-05                8/6/2019 10:03:19 AM   PAGE    9/020   Fax Server

**UC San Diego Health**     Health Information Services     Archuleta, Ernest
                            MC8825                          MRN: 07085574, DOB:          Sex: M
                            200 W Arbor Dr                  Adm: 4/9/2018, D/C: 4/9/2018
                            San Diego CA 92103-1911

**04/09/2018 - X-RAY KNEE 3 VIEWS - LEFT in HCH XRAY (continued)**

**Orders - All Imaging (continued)**

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 062**
**COLEMAN 125**

UCSD-05                8/6/2019 10:03:19 AM   PAGE   10/020   Fax Server

## UC San Diego Health

Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Archuleta, Ernest
MRN: 07085574, DOB:
Adm: 4/9/2018, D/C: 4/9/2018

Sex: M

### 04/09/2018 - X-RAY BONE LENGTH STUDIES in HCH XRAY

**Orders - All Imaging**

**Imaging**

**X-Ray Bone Length Studies [186021203] (Final result)**

Electronically signed by: **Cidambi, Krishna R, MD on 04/09/18 1226**                Status: **Completed**
This order can be acted on in another encounter.
Ordering user: Cidambi, Krishna R, MD 04/09/18 1226              Ordering provider: Cidambi, Krishna R, MD
Authorized by: Cidambi, Krishna R, MD                            Ordering mode: Standard
Class: Normal                                                    Quantity: 1
Lab status: Final result                                         Instance released by: Murphy, Pamela 4/9/2018 1:05 PM
Diagnoses:
Arthritis of knee [M17.10]

#### Questionnaire

| Question | Answer |
| --- | --- |
| Position: | e. Full leg length. |
| Indications: | Left knee OA. S/p GSW to left femur. |

Scheduling instructions
Your physician has ordered an X-ray Exam. Please proceed directly to the radiology department today or as your provider has
instructed. You will be served by the radiology department on a first come, first served basis. If you have any questions call the clinic
or one of the radiology front desk numbers listed below.

Lewis St. Radiology - (619) 471-9240
Hillcrest Radiology - (619) 543-6497 Or (619) 543-6854
Thornton Radiology - (858) 657-6641

#### End Exam Questions

| | Answer | Comment |
| --- | --- | --- |
| Was an interpreter used to complete screening form? If so, enter interpreter number: | | |
| Fluoro time? (mins) | | |
| Fluoro time? (sec) | | |

**X-Ray Bone Length Studies [186021203]**                        Resulted: 04/09/18 1452, Result status: Final result

Ordering provider: Cidambi, Krishna R, MD 04/09/18 1305         Order status: Completed
Resulted by:                                                    Filed by: Electronic Interface To Epic, Radiant Results
Smitaman, Edward, MD                                            04/09/18 1455
Wyatt, Alvin R, MD
Performed: 04/09/18 1311 - 04/09/18 1343                        Accession number: 50492565
Resulting lab: RADIOLOGY
Narrative:
EXAM DESCRIPTION:
X-RAY FEMUR MINIMUM 2 VIEWS- LEFT; X-RAY BONE LENGTH STUDIES; X-RAY KNEE 3 VIEWS- LEFT

CLINICAL HISTORY:
Prior gunshot wound to the left femur with infected malunion of left femur.

TECHNIQUE:
4 images of the left femur and 3 images of the left knee were obtained.
Frontal images of the bilateral lower extremities were obtained and stitched together in panoramic fashion.

COMPARISON:
06/23/2016

FINDINGS:
The bones are diffusely demineralized.

LEFT KNEE AND FEMUR:

Re-demonstrated osseous remodeling of the femoral shaft with innumerable scattered midthigh metallic density, in keeping with
history of infected left femoral malunion in the setting of prior left lower extremity presumed shotgun wound. No interval fracture
or traumatic malalignment. There is again moderate and severe osteoarthrosis of the femoroacetabular and tricompartmental

Printed on 8/6/19 10:01 AM                                                                                          Page 9

Printed with FinePrint trial version - purchase at www.fineprint.com

ARCHULETA 063
COLEMAN 126

UCSD-05                    8/6/2019 10:03:19 AM   PAGE  11/020   Fax Server

## UC San Diego Health

Health Information Services      Archuleta, Ernest
MC8825                           MRN: 07085574, DOB:          Sex: M
200 W Arbor Dr                   Adm: 4/9/2018, D/C: 4/9/2018
San Diego CA 92103-1911

**04/09/2018 - X-RAY BONE LENGTH STUDIES in HCH XRAY (continued)**

### Orders - All Imaging (continued)

knee joints as before. Re-demonstrated mild periarticular soft tissue swelling with a small likely knee joint effusion.

BONE LENGTH STUDIES:

There is approximately 26° left genu varum with a limb length discrepancy, as the left lower extremity measures 37 mm shorter than the right lower extremity. Additionally, there is significant leftward pelvic tilt, with the left ischial tuberosity projecting 25 mm inferior to the right ischial tuberosity.

CONCURRENT SUPERVISION:
I have reviewed the images and agree with the fellow's report.

Impression:
IMPRESSION:
Re-demonstrated chronic fracture deformity of the left femoral shaft, in keeping with history of infected left femoral malunion.

Moderate osteoarthrosis of the hip.

Severe tricompartmental osteoarthrosis of the knee with (26 degree) left genu varum.

Leg length discrepancy, with the left lower extremity measuring 37 mm shorter than the right.

Leftward down pelvic tilt, with the left ischial tuberosity projecting 25 mm below the right.

Acknowledged by: Cidambi, Krishna R, MD on 04/09/18 1638

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - RAD | RADIOLOGY | Unknown | Unknown | 11/11/07 0221 - Present |

**X-Ray Bone Length Studies [186021203]**                 Resulted: 04/09/18 1311, Result status: In process

Ordering provider: Cidambi, Krishna R, MD 04/09/18 1305      Order status: Completed
Resulted by:                                                 Filed by: Tran, Lisa 04/09/18 1311
Smitaman, Edward, MD
Wyatt, Alvin R, MD
Performed: 04/09/18 1311 - 04/09/18 1343                      Accession number: 50492565
Resulting lab: RADIOLOGY

#### Reviewed by

Cidambi, Krishna R, MD on 04/16/18 0934

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - RAD | RADIOLOGY | Unknown | Unknown | 11/11/07 0221 - Present |

#### Indications

Arthritis of knee [M17.10 (ICD-10-CM)]

#### Study Result

EXAM DESCRIPTION:
X-RAY FEMUR MINIMUM 2 VIEWS= LEFT; X-RAY BONE LENGTH STUDIES; X-RAY KNEE 3 VIEWS= LEFT

CLINICAL HISTORY:
Prior gunshot wound to the left femur with infected malunion of left femur

Printed with FinePrint trial version - purchase at www.fineprint.com

ARCHULETA 064
COLEMAN 127

**UC San Diego Health**          Health Information Services      Archuleta, Ernest
                                 MC8825                           MRN: 07085574, DOB:              Sex: M
                                 200 W Arbor Dr                   Adm: 4/9/2018, D/C: 4/9/2018
                                 San Diego CA 92103-1911

**04/09/2018 - X-RAY BONE LENGTH STUDIES in HCH XRAY (continued)**

**Orders - All Imaging (continued)**

TECHNIQUE:
4 images of the left femur and 3 images of the left knee were obtained.
Frontal images of the bilateral lower extremities were obtained and stitched
together in panoramic fashion.

COMPARISON:
06/23/2016

FINDINGS:
The bones are diffusely demineralized.

LEFT KNEE AND FEMUR:

Re-demonstrated osseous remodeling of the femoral shaft with innumerable scattered
midthigh metallic density, in keeping with history of infected left femoral
malunion in the setting of prior left lower extremity presumed shotgun wound. No
interval fracture or traumatic malalignment. There is again moderate and severe
osteoarthrosis of the femoroacetabular and tricompartmental knee joints as before.
Re-demonstrated mild periarticular soft tissue swelling with a small likely knee
joint effusion.

BONE LENGTH STUDIES:

There is approximately 26° left genu varum with a limb length discrepancy, as the
left lower extremity measures 37 mm shorter than the right lower extremity.
Additionally, there is significant leftward pelvic tilt, with the left ischial
tuberosity projecting 25 mm inferior to the right ischial tuberosity.

CONCURRENT SUPERVISION:
I have reviewed the images and agree with the fellow's report.

IMPRESSION:
IMPRESSION:
Re-demonstrated chronic fracture deformity of the left femoral shaft, in keeping
with history of infected left femoral malunion.

Moderate osteoarthrosis of the hip.

Severe tricompartmental osteoarthrosis of the knee with (26 degree) left genu
varum.

Leg length discrepancy, with the left lower extremity measuring 37 mm shorter than
the right.

Leftward down pelvic tilt, with the left ischial tuberosity projecting 25 mm below
the right.

**Signed**
Electronically signed by Smitaman, Edward, MD on 4/9/18 at 1452 PDT

**All Reviewers List**
Cidambi, Krishna R. MD on 4/16/2018 09:34

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 065**
**COLEMAN 128**

UCSD-05                8/6/2019 10:03:19 AM  PAGE  13/020  Fax Server

**UC San Diego Health**     Health Information Services     Archuleta, Ernest
                            MC8825                          MRN: 07085574, DOB:          Sex: M
                            200 W Arbor Dr                  Enc Date: 4/9/2018
                            San Diego CA 92103-1911

**04/09/2018 - Office Visit in UCSD HILLCREST MON ORTHOPAEDICS**

**Notes – Progress Notes**

4/9/2018

**Progress Notes by Cidambi, Krishna R, MD at 4/9/2018 1:15 PM**

Author: Cidambi, Krishna R, MD        Service: —               Author Type: Attending Physician
Filed: 04/13/18 0730                  Encounter Date: 4/9/2018   Status: Signed
Editor: Cidambi, Krishna R, MD (Attending Physician)

### UCSD DEPARTMENT OF ORTHOPAEDIC SURGERY, ADULT RECONSTRUCTION

**PRIMARY CARE PROVIDER:**
Aldana, Teresa

**REFERRING PHYSICIAN:**
Self, Referred
No address on file

**REASON FOR VISIT:** Left Knee Pain

**HISTORY:** Ernest Archuleta is a 59 year old male who presents today for evaluation of knee pain. Patient sustained a gunshot wound to the left femur in 1993. This is with a bird shot ballistic. This was initially treated with an intramedullary nail and subsequent exchange nailing. However this went on to an **infected nonunion**. Per review of operative records his infected nonunion went on to be infection free but persisted as a nonunion up until March of 1998. At that point the patient was placed in an Ilizarov of external fixator to correct his malunion and 7 cm leg-length discrepancy. There was apparently good correction, however the patient subsequently fractured through his regenerative site. An as such he was transitioned to an external fixator to control any additional shortening of the femur. He additionally underwent a procedure for manipulation under anesthesia and open contracture release (intraartciular and extra-articular) in 2000.

Patient is currently managing his pain with Norco and long-acting morphine 15 mg b.i.d. He states that his daily pain level as a 10/10. He had repeat attributes this pain both to his back pain and neck pain as well as his severe knee pain. He does state that his knee pain is totally disabling and causes a severe limp. At times he uses a wheelchair. He is unable to walk any significant distance. He notes difficulty with application of shoes and socks. And states that his activity level is very sedentary due to his knee issues. He has already tried cortisone injections (and reports pain actually returns stronger than before injection) for this problem. He has also been treated with physical therapy in the past.

Patient has thought about knee replacement and is here for discussion and treatment.

Past Medical History:
Diagnosis                                                                          Date
 • Hepatitis C
 • HTN (hypertension)
Cervical stenosis
Low back pain with lumbar radiculopathy
Right foot swelling possibly consistent with complex regional pain syndrome

Dental History: No recent dental visit

Past Surgical History:
| Procedure | Laterality | Date |
|---|---|---|
| • EXTERNAL FIXATION FEMUR FRACTURE infected nonunion | Left | 1998 |
| • MUA knee | Left | 2000 |

Printed on 8/6/19 10:01 AM                                                Page 12

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 066**
**COLEMAN 129**

**UC San Diego Health**

Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Archuleta, Ernest
MRN: 07085574, DOB:
Enc Date: 4/9/2018

Sex: M

### 04/09/2018 - Office Visit in UCSD HILLCREST MON ORTHOPAEDICS (continued)

**Notes - Progress Notes (continued)**

- ORIF FEMUR FRACTURE                          Left          1993
  *complicated by infection, and multiple washouts*

**Current Outpatient Prescriptions**

| Medication | Sig |
| --- | --- |
| • atenolol (TENORMIN) 50 MG tablet | Take 50 mg by mouth daily. |
| • HYDROcodone-acetaminophen (NORCO) 10-325 MG tablet | Take 1 tablet by mouth every 6 hours as needed for Moderate Pain (Pain Score 4-6). |

No current facility-administered medications for this visit.

**Allergies:** None to metals.  No Known Allergies

**Social History:**
Ernest is married.  He smokes 5-8 cigarettes per day.  He drinks alcohol occasionally.

History
Alcohol use                                                    Not on file

History
Smoking Status
  • Not on file
Smokeless Tobacco
  • Not on file

History
Drug Use                                                       Not on file

**Family History:**
The patient's family history was reviewed and does not contribute to this illness/injury

**Review of Systems:** 10 point ROS per intake sheet was positive for numbness/tingling, headache, leg swelling, back pain, weakness.  All other systems negative.

**PHYSICAL EXAM:**
VITALS: BP 171/89 (BP Location: Right arm, BP Patient Position: Sitting, BP cuff size: Regular) | Pulse 84 | Temp 98 °F (36.7 °C) (Oral) | Ht 5' 7" (1.702 m) | Wt 83.9 kg (185 lb) | BMI 28.98 kg/m2
Body mass index is 28.98 kg/(m^2).
Ht Readings from Last 1 Encounters:
04/09/18      5' 7" (1.702 m)

Wt Readings from Last 1 Encounters:
04/09/18      83.9 kg (185 lb)

Constitutional: Alert and orientedx3. INAD. Well appearing and well groomed. Patient exhibits an antalgic gait on the affected knee and rises from a chair with upper extremity support.
Psychiatric: Pleasant and cooperative. Normal mood and affect.
Respiratory: No respiratory distress

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 067
COLEMAN 130**

UCSD-05                    8/6/2019 10:03:19 AM    PAGE    15/020    Fax Server

**UC San Diego Health**    Health Information Services    Archuleta, Ernest
                           MC8825                         MRN: 07085574, DOB:         Sex: M
                           200 W Arbor Dr                 Enc Date: 4/9/2018
                           San Diego CA 92103-1911

**04/09/2018 - Office Visit in UCSD HILLCREST MON ORTHOPAEDICS (continued)**

Notes - Progress Notes (continued)

GI: Abdomen non tender to palpation

Vascular: Pulses are palpable DP/PT, capillary refills to digits are normal. No evidence of venous stasis or other signs of peripheral vascular disease

Neuro: Active plantarflexion and dorsiflexion are intact. Sensation is intact throughout the entire foot and ankle.

Skin: healed scar posterior hip (reports from autografting), no erythema. Healed incisions along medial and lateral femur. No open areas. No erythema.

**MUSCULOSKELETAL:**

**Lumbar Spine:**

Examination of the lumbar spine shows tenderness to palpation along the midline. Straight leg raise is negative bilaterally. No subjective paresthesias or other radicular signs are present.

**Hip:**

Range of motion of the left hip is without pain or significant limitation. Active hip flexion, abduction, and extension is intact. There is no tenderness to palpation about the greater trochanter

**Knee:**

Examination of the left knee reveals healed incisions along the medial and lateral femur. Patient is very tender to palpation along his medial and lateral joint lines. He has severe varus malunion. His range of motion is from approximately 10-90 degrees. He has 5/5 strength of his hamstrings and quadriceps muscles. He is neurovascularly intact distally with with 2+ dorsalis pedis pulse. His collateral stability is intact.

==========

**IMAGING FINDINGS:**

I reviewed the patient's imaging. Long leg standing films and x-rays of the left knee reveal a significant extra-articular varus deformity of the distal femur. Additionally patient has severe tricompartmental osteoarthritis with complete joint space loss medially. LLD of 37 mm. Varus malalignment of the knee is over 20 degrees.


==========

**IMPRESSION:**

Ernest Archuleta is a 59 year old male with

1. Severe left knee osteoarthritis due to varus malunion of femoral shaft fracture s/p GSW
2. History of infected nonunion to left femur
3. LLD
4. Low back pain with radiculopathy
5. Cervical stenosis
6. Hepatitis C
7. Tobacco use

**PLAN:**

I do feel that patient would benefit from an elective total knee arthroplasty if his infection is in fact cleared. To confirm the patient is infection free will obtain screening inflammatory labs including ESR and CRP. Additionally to I have ordered a tagged white blood cell scan.

Regarding the operative plan for the patient, I do not feel that patient's extra-articular deformity can be corrected through an intra-articular cut as this will compromise the patient's lateral collaterals. Patient will require a staged osteotomy followed by navigated total knee arthroplasty.

Additionally prior to surgery patient hepatitis-C viral load will need to be undetectable and he will need to be tobacco

Printed on 8/6/19 10:01 AM                                                    Page 14

Printed with FinePrint trial version - purchase at www.fineprint.com

ARCHULETA 068
COLEMAN 131

UCSD-05                8/6/2019 10:03:19 AM  PAGE  16/020    Fax Server

**UC San Diego Health**


| Health Information Services | Archuleta, Ernest |
|---|---|
| MC8825 | MRN: 07085574, DOB: |
| 200 W Arbor Dr | Enc Date: 4/9/2018 |
| San Diego CA 92103-1911 | Sex: M |

**04/09/2018 - Office Visit in UCSD HILLCREST MON ORTHOPAEDICS (continued)**

**Notes - Progress Notes (continued)**

free.

Patient will follow up in 3 months to review the results of the studies.

Electronically signed by Cidambi, Krishna R, MD at 04/13/18 0730

**Orders - All Imaging**

**Imaging**

**Nuc Med Radiopharm Abscess Loc Lmtd [186021206] (Completed)**

| | |
|---|---|
| Electronically signed by: **Cidambi, Krishna R, MD on 04/09/18 1424** | Status: **Completed** |
| Ordering user: Cidambi, Krishna R, MD 04/09/18 1424 | Ordering provider: Cidambi, Krishna R, MD |
| Authorized by: Cidambi, Krishna R, MD | Ordering mode: Standard |
| Frequency: 04/09/18 - | Class: Normal |
| Quantity: 1 | |

Diagnoses:
Post-traumatic osteoarthritis of left knee [M17.32]

**Questionnaire**

| Question | Answer |
|---|---|
| Indications: | Eval for rsidual/latent left femur ostemyelitis |
| Defer to Radiologist's Protocol for Final Order? | Yes |

Scheduling Instructions
Your physician has ordered a Nuclear Medicine procedure. Please allow 5 working days from your physician visit for any required insurance authorization. Once authorization is obtained, the Nuclear Medicine staff will contact you to schedule your appointment. If you have any questions regarding the appointment or procedure, please call 619 543-1986.

**Indications**

Post-traumatic osteoarthritis of left knee [M17.32 (ICD-10-CM)]

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 069
COLEMAN 132**

UCSD-05              8/6/2019 10:03:19 AM  PAGE  17/020   Fax Server

**UC San Diego Health**



| Health Information Services | Archuleta, Ernest |
| MC8825 | MRN: 07085574, DOB: |
| 200 W Arbor Dr | Adm: 4/9/2018, D/C: 4/9/2018 | Sex: M |
| San Diego CA 92103-1911 | |

### 04/09/2018 - X-RAY FEMUR MINIMUM 2 VIEWS - LEFT in HCH XRAY

**Orders - All Imaging**

**Imaging**

**X-Ray Femur Minimum 2 Views - Left [129055488] (Final result)**

Electronically signed by: **Cidambi, Krishna R, MD on 04/09/18 1226**                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Cidambi, Krishna R, MD 04/09/18 1226         Ordering provider: Cidambi, Krishna R, MD
Authorized by: Cidambi, Krishna R, MD                       Ordering mode: Standard
Class: Normal                                               Quantity: 1
Lab status: Final result                                    Instance released by: Murphy, Pamela 4/9/2018  1:04 PM
Diagnoses
Arthritis of knee [M17.10]

**Questionnaire**

| Question | Answer |
|---|---|
| Clinical History: | infected nonunion of left femur |
| View: | a. AP |
| | b. LAT |
| Indications: | infected nonunion of left femur |

Scheduling instructions
Your physician has ordered an X-ray Exam. Please proceed directly to the radiology department today or as your provider has
instructed. You will be served by the radiology department on a first come, first served basis. If you have any questions call the clinic
or one of the radiology front desk numbers listed below.

Lewis St. Radiology - (619) 471-9240
Hillcrest Radiology - (619) 543-6497 Or (619) 543-6854
Thornton Radiology - (858) 657-6641

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was an interpreter used to complete screening form? If so, enter interpreter number: | | |
| Fluoro time? (mins) | | |
| Fluoro time? (sec) | | |

**X-Ray Femur Minimum 2 Views - Left [129055488]**          Resulted: 04/09/18 1452, Result status: Final result

Ordering provider: Cidambi, Krishna R, MD  04/09/18 1304    Order status: Completed
Resulted by:                                                Filed by: Electronic Interface To Epic, Radiant Results
Smitaman, Edward, MD                                        04/09/18 1455
Wyatt, Alvin R, MD
Performed: 04/09/18 1310 - 04/09/18 1343                    Accession number: 50492558
Resulting lab: RADIOLOGY
Narrative:
EXAM DESCRIPTION:
X-RAY FEMUR MINIMUM 2 VIEWS- LEFT; X-RAY BONE LENGTH STUDIES; X-RAY KNEE 3 VIEWS- LEFT

CLINICAL HISTORY:
Prior gunshot wound to the left femur with infected malunion of left femur

TECHNIQUE:
4 images of the left femur and 3 images of the left knee were obtained.
Frontal images of the bilateral lower extremities were obtained and stitched together in panoramic fashion

COMPARISON:
06/23/2016

FINDINGS:
The bones are diffusely demineralized.

LEFT KNEE AND FEMUR:

Re-demonstrated osseous remodeling of the femoral shaft with innumerable scattered midthigh metallic density, in keeping with

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 070**
**COLEMAN 133**

UCSD-05                8/6/2019 10:03:19 AM  PAGE  18/020    Fax Server

**UC San Diego Health**    Health Information Services    Archuleta, Ernest
                           MC8825                          MRN: 07085574, DOB:         Sex: M
                           200 W Arbor Dr                  Adm: 4/9/2018, D/C: 4/9/2018
                           San Diego CA 92103-1911

### 04/09/2018 - X-RAY FEMUR MINIMUM 2 VIEWS - LEFT in HCH XRAY (continued)

**Orders - All Imaging (continued)**

history of infected left femoral malunion in the setting of prior left lower extremity presumed shotgun wound. No interval fracture or traumatic malalignment. There is again moderate and severe osteoarthrosis of the femoroacetabular and tricompartmental knee joints as before. Re-demonstrated mild periarticular soft tissue swelling with a small likely knee joint effusion.

BONE LENGTH STUDIES:

There is approximately 26° left genu varum with a limb length discrepancy, as the left lower extremity measures 37 mm shorter than the right lower extremity. Additionally, there is significant leftward pelvic tilt, with the left ischial tuberosity projecting 25 mm inferior to the right ischial tuberosity.

CONCURRENT SUPERVISION:
I have reviewed the images and agree with the fellow's report.

Impression:
IMPRESSION:
Re-demonstrated chronic fracture deformity of the left femoral shaft, in keeping with history of infected left femoral malunion.

Moderate osteoarthrosis of the hip.

Severe tricompartmental osteoarthrosis of the knee with (26 degree) left genu varum.

Leg length discrepancy, with the left lower extremity measuring 37 mm shorter than the right.

Leftward down pelvic tilt, with the left ischial tuberosity projecting 25 mm below the right.

Acknowledged by: Cidambi, Krishna R, MD on 04/09/18 1638


**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - RAD | RADIOLOGY | Unknown | Unknown | 11/11/07 0221 - Present |

**X-Ray Femur Minimum 2 Views - Left [129055468]**                    Resulted: 04/09/18 1310, Result status: In process

Ordering provider: Cidambi, Krishna R, MD 04/09/18 1304        Order status: Completed
Resulted by:                                                   Filed by: Tran, Lisa 04/09/18 1310
Smilaman, Edward, MD
Wyatt, Alvin R, MD
Performed: 04/09/18 1310 - 04/09/18 1343                        Accession number: 50492558
Resulting lab: RADIOLOGY


**Reviewed by**

Cidambi, Krishna R, MD on 04/16/18 0934


**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - RAD | RADIOLOGY | Unknown | Unknown | 11/11/07 0221 - Present |

**Indications**

Arthritis of knee [M17.10 (ICD-10-CM)]

**Study Result**

EXAM DESCRIPTION:
X-RAY FEMUR MINIMUM 2 VIEWS- LEFT; X-RAY BONE LENGTH STUDIES; X-RAY KNEE 3 VIEWS-
LEFT

CLINICAL HISTORY:

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 071**
**COLEMAN 134**

UCSD-05                    8/6/2019 10:03:19 AM    PAGE    19/020    Fax Server

## UC San Diego Health

| | | |
|---|---|---|
| Health Information Services | Archuleta, Ernest | |
| MC8825 | MRN: 07085574, DOB: | Sex: M |
| 200 W Arbor Dr | Adm: 4/9/2018, D/C: 4/9/2018 | |
| San Diego CA 92103-1911 | | |

### 04/09/2018 - X-RAY FEMUR MINIMUM 2 VIEWS - LEFT in HCH XRAY (continued)

**Orders - All Imaging (continued)**

Prior gunshot wound to the left femur with infected malunion of left femur

TECHNIQUE:
4 images of the left femur and 3 images of the left knee were obtained.
Frontal images of the bilateral lower extremities were obtained and stitched
together in panoramic fashion.

COMPARISON:
06/23/2016

FINDINGS:
The bones are diffusely demineralized.

LEFT KNEE AND FEMUR:

Re-demonstrated osseous remodeling of the femoral shaft with innumerable scattered
midthigh metallic density, in keeping with history of infected left femoral
malunion in the setting of prior left lower extremity presumed shotgun wound. No
interval fracture or traumatic malalignment. There is again moderate and severe
osteoarthrosis of the femoroacetabular and tricompartmental knee joints as before.
Re-demonstrated mild periarticular soft tissue swelling with a small likely knee
joint effusion.

BONE LENGTH STUDIES:

There is approximately 26° left genu varum with a limb length discrepancy, as the
left lower extremity measures 37 mm shorter than the right lower extremity.
Additionally, there is significant leftward pelvic tilt, with the left ischial
tuberosity projecting 25 mm inferior to the right ischial tuberosity.

CONCURRENT SUPERVISION:
I have reviewed the images and agree with the fellow's report.

IMPRESSION:
IMPRESSION:
Re-demonstrated chronic fracture deformity of the left femoral shaft, in keeping
with history of infected left femoral malunion.

Moderate osteoarthrosis of the hip.

Severe tricompartmental osteoarthrosis of the knee with (26 degree) left genu
varum.

Leg length discrepancy, with the left lower extremity measuring 37 mm shorter than
the right.

Leftward down pelvic tilt, with the left ischial tuberosity projecting 25 mm below
the right.

**Signed**
Electronically signed by Smitaman, Edward, MD on 4/9/18 at 1452 PDT

**All Reviewers List**
Cidambi, Krishna R, MD on 4/16/2018 09:34

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 072
COLEMAN 135**

UCSD-05                8/6/2019 10:03:19 AM   PAGE  20/020   Fax Server

**UC San Diego Health**     Health Information Services      Archuleta, Ernest                Sex: M
                            MC8825                           MRN: 07085574, DOB:
                            200 W Arbor Dr                   Adm: 4/9/2018, D/C: 4/9/2018
                            San Diego CA 92103-1911

**04/09/2018 - X-RAY FEMUR MINIMUM 2 VIEWS - LEFT in HCH XRAY (continued)**

Orders - All Imaging (continued)

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 073**
**COLEMAN 136**

# EXHIBIT K

**ARCHULETA 074**

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|

Romeo DeGuzman RN POSTED ON 1/22/2020 10:00:44 AM PST                                Type: MEDICAL CLEARANCE

No complaints made, " I'm alright now. That was two weks ago". Alert and verbally responsive, speech clear, respiration even and unlabored, not in respiratory distress, uses wheelchair for mobility. With prescrition eyeglasses at home, " I don't need reading glasses". Instructed to ask family member to bring prescription eyeglasses here in jail. Encouraged good hygiene and proper hand washing. Instructed to report any changes in health condition, verbalized understanding.

Addendum:

Peter Freedland Medical POSTED ON 12/30/2019 7:54:06 AM PST                                Type: MD NOTE

chart reviewed

omep bid ordered per pt request

Addendum:

Keri Cavallo NP POSTED ON 12/26/2019 6:39:04 PM PST                                Type: NP NOTE

NPOC

Duplicate order of omeprazole removed.

Addendum:

Peter Freedland Medical POSTED ON 12/18/2019 7:59:49 AM PST                                Type: MD NOTE

Chart reviewed.

Offsite ortho deferred. Knee replacement benefit not offered, cont dme and support for cheonic condition.

Addendum:

Doonpinich Pongsuriyachai RN POSTED ON 12/16/2019 3:55:56 PM PST                                Type: PSU NOTE

Noted. Med verified in Tech care. QMHP referral ans psych sc have been scheduled.

ARCHULETA, ERNEST   100054289 (19741878)

# EXHIBIT L

**ARCHULETA 076**

**COLEMAN 139**

## SAN DIEGO SHERIFFS DEPARTMENT

### Medical Chart

**JIM:** 100054289       **Book#:** 19741878       **Name (L,M,F,S):**  ARCHULETA, ERNEST

## Encounter Detail

**Type:** Mdsc                          **Reason:** Exam                          **Date:** 08-13-2019 1410

**Resource:** Rafail, Brandy Sh5359                                        **Cost:** $0.00

     **Notes:** s/p fall

## Objective

### Vitals

**Vitals Dt/Tm:** 08-13-2019 1419 **Temp (°F):**  98.4 **Pulse:**     84 **Respiration:** 18

**Blood Pressure:** 168/97      **Wgt:**      **Hgt:** 5'07" **Provider:** KTEKLESH

          **SNP:**

          **Notes:**

## Instructions

   WHEELCHAIR                                                    CURRENT

## Orders

### Encounter Notes

**Entry Date:** 08-13-2019 1414        **Entered By:** BRAFAISH,  RAFAIL

Seen by MD with SC ordered and boost x 14 days. Crutches removed.

**Entry Date:** 08-13-2019 1411        **Entered By:** PFREEDNS,  FREEDLAND

pt states he cannot use crutches after all.  he states he is too old and off
balance with the crutches and nearly fell.

pt requesting wc back.

vitlas mild htn, hr normal.

remove crutches.
give back wc

encourage PO fluids.
boost with meals. 14 days

## Med Alerts

Printed with FinePrint trial version – purchase at www.fineprint.com

**ARCHULETA 077**
**COLEMAN 140**

## SAN DIEGO SHERIFFS DEPARTMENT

### Medical Chart

| | | | |
|---|---|---|---|
| **JIM:** 100054289 | **Book#:** 19741878 | **Name (L,M,F,S):** ARCHULETA, ERNEST | |

## Encounter Detail

**Type:** Rnsc                    **Reason:** Housing Unit Rounds              **Date:** 08-14-2019 0307

**Resource:** Rappley, Stephanie Sh6060***                                    **Cost:** $3.00

   **Notes:** "need wheelchair, back too weak for crutches"

## Objective

## Orders

### Encounter Notes

**Entry Date:** 08-23-2019 1343          **Entered By:** CWILL2SH,  WILLIAMS

RNSC

pt has wheelchair in cell and active wheelchair instruction in JIMS

## Med Alerts

Printed with FinePrint trial version - purchase at www.fineprint.com

**ARCHULETA 078**
**COLEMAN 141**

# EXHIBIT E

**COLEMAN 142**

1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
3  Los Angeles, CA 90071-2953
   Tel: 213.236.0600    Fax: 213.236.2700
4
   Attorneys for Defendant
5  COUNTY OF SAN DIEGO (Also
   erroneously sued herein as SAN DIEGO
6  COUNTY SHERIFF'S DEPARTMENT, and
   SAN DIEGO COUNTY PROBATION
7  DEPARTMENT)

8              UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10

11
   DARRYL DUNSMORE, ERNEST       Case No. 3:20-cv-00406-AJB-WVG
12 ARCHULETA, ANTHONY
   EDWARDS, REANNA LEVY,         **DECLARATION OF J.**
13 JOSUE LOPEZ, CHRISTOPHER      **MONTGOMERY IN SUPPORT OF**
   NELSON, CHRISTOPHER           **DEFENDANT'S OPPOSITION TO**
14 NORWOOD, and LAURA            **PLAINTIFFS' MOTIONS FOR**
   ZOERNER, on behalf of themselves  **PRELIMINARY INJUNCTION AND**
15 and all others similarly situated,  **PROVISIONAL CLASS**
                                 **CERTIFICATION**
16            Plaintiffs,
                                 **RE: JOSUE LOPEZ    #19763409**
17 v.

18 SAN DIEGO COUNTY SHERIFF'S
   DEPARTMENT, COUNTY OF
19 SAN DIEGO, CORRECTIONAL
   HEALTHCARE PARTNERS, INC.,
20 TRI-CITY MEDICAL CENTER,
   LIBERTY HEALTHCARE, INC.,
21 MID-AMERICA HEALTH, INC.,
   LOGAN HAAK, M.D., INC., SAN
22 DIEGO COUNTY PROBATION
   DEPARTMENT, and DOES 1 to 20,
23 inclusive,

24            Defendants.

25

26

27      I, J. MONTGOMERY, declare as follows:

28      1.      I have personal knowledge of the matters herein based on review of

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

                              - 1 -            3:20-CV-00406-AJB-WVG
                                              DECLARATION RE: JOSUE LOPEZ

                                        **COLEMAN 143**

1  pertinent medical documents and would competently testify thereto if called and

2  sworn as a witness.  I am the Medical Director for the Detention Services Bureau,

3  Medical Services Division, of the San Diego County Sheriff's Department.  My

4  role is to oversee medical services for the incarcerated persons housed in all seven

5  (7) San Diego County Sheriff's Department Jail Facilities.  I am a licensed

6  Physician in the State of California and have been since 2009.

7      2.    I have reviewed the Declaration of Josue Lopez (Booking #197634) as

8  well as the pertinent medical records related to his incarceration in the San Diego

9  County jail system.  I reserve the right to modify or update my opinions below upon

10  receipt of additional information; due to time constraints, I was not able to conduct

11  a thorough review of the entire file.

12      3.    Mr. Lopez is deaf and states that the jail is an unsafe and inaccessible

13  place for incarcerated people with disabilities and that staff "consistently refused to

14  accommodate my hearing disability."  (Lopez Decl. ¶ 3.)  His records, however,

15  show he communicated with staff using a combination of lip reading, sign

16  language, and writing notes.

17      4.    Mr. Lopez was booked into Vista Detention Center on October 8,

18  2019.  Mr. Lopez declares that during booking, he was handcuffed to a bar in the

19  room and therefore could not use his hands to sign effectively with the interpreter

20  about his mental health.  (Lopez Decl. ¶ 4.)  However, Mr. Lopez' records show

21  that his communication was effective.  RN Kate Chillanondra completed a medical

22  clearance of Mr. Lopez, including a mental health screening wherein she noted that

23  Mr. Lopez was deaf, she did not note any issues with communication, and Mr.

24  Lopez communicated he lost his aunt 4 months ago and felt a bit as though he had

25  nothing to look forward to in the immediate future.  Attached hereto as Exhibit A

26  are true and correct copies of excerpts of pertinent medical records pertaining to

27  Mr. Lopez.  (Ex. A, 003, 006-007.)

28  ///

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 2 -

3:20-CV-00406-AJB-WVG
DECLARATION RE: JOSUE LOPEZ

COLEMAN 144

1    5.     The following day, on October 9, 2019, Mr. Lopez was assessed by

2   Qualified Mental Health Provider Dr. Rahmani in a confidential setting, and again,

3   no notes were entered by the doctor pertaining to any communication problems.

4   (Ex. A, 011.)

5    6.     Mr. Lopez declares that he takes 3 kidney medications and that on

6   some occasions, staff at George Bailey did not provide his medications in a timely

7   manner.  (Lopez Decl., ¶ 15)  This issue was raised in court and the judge found

8   that the inability to deliver medications in a timely manner was not intentional or

9   due to any lack of effort on the Jail, but that the Jail was resolving the issues by

10  stockpiling medications.  (Lopez Decl., Exh. B, Doc. 119-28, pp 2570:24-28;

11  2571:1-7.)

12   7.     Mr. Lopez declares that the Jail failed to accommodate his disability

13  by failing to provide a sign language interpreter during his visits with jail medical

14  staff.  (Lopez Decl., ¶ 12.)  However, Mr. Lopez admits that he communicated with

15  staff through written notes, and his medical records do not appear to indicate that

16  any medical professional had any concerns about communication.

17   8.     Mr. Lopez declares that the medical staff at the Jail ordered him to

18  drink two liters of water per day, but that a kidney specialist he saw in April 2020

19  recommended that he drink more water.  Mr. Lopez claims that medical staff denied

20  him access to more water, so he began to drink water "secretly,"  (Lopez Decl., ¶

21  16.)  Mr. Lopez fails to identify how any medical staff denied (or tried to deny) him

22  water, as he had water available and his declaration acknowledges that he did in

23  fact drink additional water.

24   I declare under penalty of perjury under the laws of California and the United

25  States of America that the foregoing is true and correct.

26   Executed on May 31, 2022, at San Diego, California.

27

28                                  _____
                                    J. MONTGOMERY

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 3 -

3:20-CV-00406-AJB-WVG
DECLARATION RE: JOSUE LOPEZ

COLEMAN 145

# EXHIBIT A

**LOPEZ, J 001**

**COLEMAN 146**



San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

3/2/2022 9:53:32 AM PST

## RECEIVING SCREENING - Completed by: Kate Chillanonda RN on 10/8/2019 2:00:57 PM PDT

| Patient: LOPEZ, JOSUE FLORES | | #: 400459873 (19763409) | Class: 4 |
|---|---|---|---|
| DOB: | (Age=31) | Sex: M | Race: H |
| Housing: | | Court Date: | Type: |
| Status: NOT ACTIVE | | Booking Date: 10/8/2019 1:40:11 PM PDT | Release: 5/12/2021 7:39:00 PM |

☐ Refused

☐ Patient Refused

| BP | Temp | Pulse | Resp | SaO2 | BS | Pain | Height(ft) |
|---|---|---|---|---|---|---|---|
| 141 / 101 | 98.1 | 102 | 16 | na | na | na | 5 |
| Height(in) | Weight | BMI | MAP | | | | |
| 6 | 160 | 25.8 | 114.33 | | | | |

Current Allergies

No Known Drug Allergy

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Screeners: All questions in this form must be addressed. For questions with a single checkbox, by leaving the checkbox unselected, you are documenting your conclusion that all parameters of the question are false. By selecting the checkbox, you are acknowledging a positive response to the item and further documentation must be provided in the corresponding questions and text boxes.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ARRESTING OFFICER QUESTIONS--Select and Document all that apply**

Arresting Agency? EPD   ESCONDIDO POLICE DEPARTMENT

Officer's Name?

mahin

Officer's Badge #?

0381

Is the attending officer aware of any Illness or Injuries?

☐ Yes

☑ No

Is the attending officer aware of any Current/Recent Suicidal Ideation?

LOPEZ, JOSUE FLORES   400459873 (19763409)

LOPEZ, J 002
COLEMAN 147

☐ Yes

☑ No

Is the attending officer aware of any signs that the patient is under the influence of Drugs or Alcohol?

☐ Yes

☑ No

Is the attending officer aware of any Combative, Assaultive or Extremely Hostile Behavior?

☐ Yes

☑ No

Is the attending officer aware of any Treatment by Medical Personnel in the Field?

☐ Yes

☑ No

Was a PERT Evaluation performed surrounding the arrest?

☐ Yes

☑ No

Do you have any additional information to help us care for the patient's health and safety?

☑ Yes

☐ No

Pt is deaf

During the initial care, was there any indication of a mental health concern?

☐ Yes

☑ No

☐ NA

## GENDER IDENTITY–Select and Document all that apply

☐ Identifies as Transgender

☐ Transgender Male Gender    ☐ Transgender Female    ☐ Transgender Non Binary

## CHRONIC CONDITIONS–Select and Document all that apply

### Neurological

☐ Seizures

### Respiratory

LOPEZ, JOSUE FLORES  400459873 (19763409)

**LOPEZ, J 003**
**COLEMAN 148**

☐ Asthma

## Cardiovascular

☐ Hyper p dem a                              ☐ Hypertens on

## Endocrine

☐ D abetes

## Infectious Disease

☐ HIV                                        ☐ Tubercu os s

## Behavioral Health Chronic Care

☐ Mood D sorders                             ☐ Psychot c D sorders

## Hematology/Oncology

☐ D a yss

**If the item below is checked, the patient has a pending TB workup from an incarceration within the last 6 months. This patient will be added to the TB Workup queue in Admissions/Discharge, and a Medical Chart Review sick call will be scheduled.**

☐ TB Workup

**GENERAL MEDICAL ASSESSMENTS--Select and Document all that apply**

☐ Current med cat ons or treatments

Current Med cat ons

☐ Yes

☑ No

| Medication | Strength | Filling Pharmacy | Address | Phone Number | Frequency | Last Dose | Last Fill Date |
|------------|----------|------------------|---------|--------------|-----------|-----------|----------------|

☐ Recent med ca  hosp ta zat ons (Past 30 Days)

**List location, time and reason for each**

☐ Denta  ssues requ r ng Dent st S ck Ca  appo ntment

**Describe**

☐ Head  njur es or fa nt ng/pass ng out  n the  ast 72 hours

LOPEZ, JOSUE FLORES  400459873 (19763409)

**LOPEZ, J 004**
**COLEMAN 149**

**Please provide details of injury and/or symptoms below**

Does the pat ent have any act ve nfect ons or contag ous nesses?

☐ Yes

☑ No

☐ No Response

☐ Genera fever, ethargy, we ght oss, oss of appet te, n ght sweats

☐ Sk n Les ons, need e marks, abscesses, bru ses, rash, jaund ce, ce, trauma, scars, tattos

☐ Pu monary Pers stent cough, cough ng up b ood

Does the nmate have ssues w th mob ty (Cane, Whee cha r, Prosthet cs, Crutches, Sp nts)?

☐ Yes

☑ No

☐ No Response

☐ Crutches              ☐ Cane              ☐ Whee cha r

☐ Prosthet cs

Does the nd v dua have other m tat ons ke hear ng, v sua , commun cat on?

☐ Yes

☑ No

☐ No Response

☐ Hear ng (Category ADM)      ☐ V sua (Category ADM)      ☐ Commun cat ons (Category ADM)

## MENTAL HEALTH SCREENING--Select and Document all that apply

Is the pat ent a state hosp ta returnee?

☐ Yes

☑ No

Was the pat ent eva uated at the EPU n conjunct on w th th s arrest?

☐ Yes

☑ No

**Mental Health History**

LOPEZ, JOSUE FLORES  400459873 (19763409)

**LOPEZ, J 005**
**COLEMAN 150**

Are you a client of the regional center for the developmentaly disabled?

☐ Yes

☑ No

☐ No Response

---

☐ PSU                        ☐ In Custody Suicide Attempt      ☐ History of ISP

☐ History of JBCT            ☐ State Hospital Returnee

Have you ever been a victim of sexual assault while incarcerated or in the community?

☐ Yes

☑ No

☐ No Response

## Columbia-Suicide Severity Rating Scale

1) Have you wished you were dead or wished you could go to sleep and not wake up?

☑ Yes

☐ No

2 weeks ago

2) Have you had any actual thoughts of killing yourself?

☐ Yes

☑ No

3) Have you been thinking about how you might do this?

☐ Yes

☐ No

4) Have you had these thoughts and had some intention of acting on them?

☐ Yes

☐ No

5) Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?

☐ Yes

☐ No

6) Have you ever done anything, started to do anything, or prepared to do anything to end your life?

☐ Yes

☑ No

**How long ago did you do any of these?**

LOPEZ, JOSUE FLORES  400459873 (19763409)

○ Over a year ago?

○ Between three months and a year ago?

○ Wth n the  ast three months?

---

## Additional Suicide Risk Questions

Have you recent y exper enced a s gn f cant  oss (re at onsh p, death of a fam  y member/c ose fr end, job, etc.)?

☑ Yes

☐ No

☐ No Response

4 months ago  ost h s aunt

Has a fam  y member or c ose fr end ever attempted or comm tted su c de?

☐ Yes

☑ No

☐ No Response

Do you fee  there  s noth ng to  ook forward to  n the  mmed ate future ( nmate express ng he p essness and/or hope essness)?

☑ Yes

☐ No

☐ No Response

a b t

## Brief Jail Mental Health Screen

1) Do you current y be  eve that someone can contro  your m nd by putt ng thoughts  nto your head or tak ng thoughts out of your head?

☑ Yes

☐ No

yes maybe

2) Do you current y fee  that other peop e know your thoughts and can read your m nd?

☐ Yes

☑ No

3) Have you current y  ost or ga ned as much as two pounds a week for severa  weeks w thout even try ng?

☐ Yes

☑ No

4) Have you or your fam  y or fr ends not ced that you are current y much more act ve than you usua  y are?

☑ Yes

LOPEZ, JOSUE FLORES  400459873 (19763409)

**LOPEZ, J 007**
**COLEMAN 152**

☐ No

more or less

5) Do you currently feel like you have to talk or move more slowly than you usually do?

☑ Yes

☐ No

yes

6) Have there currently been a few weeks when you felt like you were useless or sinful?

☑ Yes

☐ No

yes

7) Are you currently taking any medication prescribed for you by a physician for any emotional or mental health problems?

☐ Yes

☑ No

8) Have you ever been in a hospital for emotional or mental health problems? If yes, when was your most recent hospitalization?

☐ Yes

☑ No

## SUBSTANCE USE ASSESSMENTS--Select and Document all that apply

Prior to your arrest, did you swallow or hide any drugs in any body cavity?

☐ Yes

☑ No

☐ No Response

History or risk of alcohol or drug withdrawal?

☐ Yes

☑ No

☐ No Response

Recent use of alcohol, illegal drugs or prescription pain medications?

☐ Yes

☑ No

☐ No Response

**Most recent alcohol, sedative, or opiate use:**

LOPEZ, JOSUE FLORES  400459873 (19763409)

○ 5 days or ess

○ 6 days or greater

## MISCELLANEOUS ASSESSMENTS--Select and Document all that apply

### Does the inmate have any of the following:

☐ Med ca d/Med CAL

☐ Med care

☐ Pr vate Hea th Insurance

Insurance Carr er(s):

nsurance from t juana

P an Name:

## DISPOSITION/TREATMENT PLAN--Select and Document all that apply

☐ Med ca S ck Ca needed

☐ Re ease s gned to obta n med ca records, pharmacy records, substance abuse records

☐ Ora Hyg ene Instruct ons Prov ded

## Housing Assignment:

| | | |
|---|---|---|
| ☐ Inf rmary/MOB | ☐ PSU | ☐ OPSD |
| ☐ Med ISO | ☐ Med Ma n ne | |

F t to Cont nue Book ng Process?

☑ Yes

☐ No

| | | |
|---|---|---|
| ☑ C n ca y Screened C eared to C ass | ☐ 2nd Stage Nurse Eva uat on/NAP | ☐ Rec To ISP |
| ☐ Rec To Sober ng Ce | ☐ Gate Refusa | |



Pat ent S gnature

LOPEZ, JOSUE FLORES  400459873 (19763409)

**LOPEZ, J 009**
**COLEMAN 154**

## SAN DIEGO SHERIFFS DEPARTMENT

### Incident Report

**Incident #:**  194044178

**Incident Dt/Tm:** 10-09-2019 1354

**Incident Type Code:**   ISR      INMATE STATUS REPORT

**Participants**

| Name (L,F,M,S) | JIM/Book # | Facility | Area | HU | Cell | Bed | Inv |
|---|---|---|---|---|---|---|---|
| LOPEZ, JOSUE F. | 400459873 / 19763409 | 0 | | | | | O |

**Incident Occurred:**

**Fac:** 7                    **Area:** M                    **HU:** ISO

**Location:** Mental Health Clinic

**Officer:** BPIETRSH, PIETROWSKI              **Submitted Dt/Tm:** 10-09-2019 1355

**Update By:** MJENSESH, JENSEN                **Update Dt/Tm:** 10-09-2019 1656

**Supervisor:** MJENSESH, JENSEN               **Approval Dt/Tm:** 10-09-2019 1656

**Use of force?** N        **CS Violence?** N        **Inmate Violence?** N           **Contraband?** N

**Facility Damage?** N        **Disciplinary?** N     **Hearing Required?** N

**Action Taken:**                           **Approval Action:**

Cleared from EOH to protective custody housing per
Dr. Rahmani.

**LOPEZ, J 010**
**COLEMAN 155**

## SAN DIEGO SHERIFFS DEPARTMENT

### Incident Report

**Incident Information:**

| | | | |
|---|---|---|---|
| **Entry Dt/Tm:** | 10-09-2019 1355 | **Entered By:** | BPIETRSH,PIETROWSKI |
| **Update Dt/Tm:** | | **Updated By:** | , |
| **Approved Dt/Tm:** | 10-09-2019 1656 | **Approved By:** | MJENSESH ,JENSEN |

```
ORIGIN:


On 10/9/2019, I was assigned as the Mental Health Liaison Deputy at the Vista
Detention Facility (VDF).  At approximately 1300 hours, Inmate Josue Lopez (BKG
# 19763409) was assessed by Qualified Mental Health Provider (QMHP) Dr. Rahmani.


DEPUTY'S OBSERVATIONS AND ACTIONS:


Deputy Durham #5551 escorted Lopez from Medical Isolation Cell #3 to be
evaluated at the Mental Health Clinic.  Dr. Rahmani interviewed Lopez in a
confidential setting.  Dr. Rahmani informed me that Lopez is cleared from EOH
to protective custody housing.  I informed Nurse Carolino #4517 of Lopez'
status.


I had no further contact with Lopez.
```

**LOPEZ, J 011**
**COLEMAN 156**

# EXHIBIT F

COLEMAN 157

1   Susan E. Coleman (SBN 171832)
    E-mail:  scoleman@bwslaw.com
2   BURKE, WILLIAMS & SORENSEN, LLP
    444 South Flower Street, Suite 2400
3   Los Angeles, CA  90071-2953
    Tel:  213.236.0600      Fax:  213.236.2700
4
    Attorneys for Defendant
5   COUNTY OF SAN DIEGO (Also
    erroneously sued herein as SAN DIEGO
6   COUNTY SHERIFF'S DEPARTMENT, and
    SAN DIEGO COUNTY PROBATION
7   DEPARTMENT)

8                        UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11   DARRYL DUNSMORE, ERNEST          Case No.  3:20-cv-00406-AJB-WVG
     ARCHULETA, ANTHONY
12   EDWARDS, REANNA LEVY,            **DECLARATION OF J.**
     JOSUE LOPEZ, CHRISTOPHER         **MONTGOMERY IN SUPPORT OF**
13   NELSON, CHRISTOPHER              **DEFENDANT'S OPPOSITION TO**
     NORWOOD, and LAURA               **PLAINTIFFS' MOTIONS FOR**
14   ZOERNER, on behalf of themselves **PRELIMINARY INJUNCTION AND**
     and all others similarly situated, **PROVISIONAL CLASS**
15                                     **CERTIFICATION**

16            Plaintiffs,              **RE:CHRISTOPHER NELSON**
                                       **#21120877**
17   v.

18   SAN DIEGO COUNTY SHERIFF'S
     DEPARTMENT, COUNTY OF
19   SAN DIEGO, CORRECTIONAL
     HEALTHCARE PARTNERS, INC.,
20   TRI-CITY MEDICAL CENTER,
     LIBERTY HEALTHCARE, INC.,
21   MID-AMERICA HEALTH, INC.,
     LOGAN HAAK, M.D., INC., SAN
22   DIEGO COUNTY PROBATION
     DEPARTMENT, and DOES 1 to 20,
23   inclusive,

24            Defendants.

25

26

27       I, J. MONTGOMERY, declare as follows:

28       1.      I have personal knowledge of the matters herein based on review of

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 1 -                    3:20-CV-00406-AJB-WVG
                         DECLARATION RE: CHRISTOPHER NELSON

COLEMAN 158

pertinent medical documents and would competently testify thereto if called and sworn as a witness.  I am the Medical Director for the Detention Services Bureau, Medical Services Division, of the San Diego County Sheriff's Department.  My role is to oversee medical services for the incarcerated persons housed in all seven (7) San Diego County Sheriff's Department Jail Facilities.  I am a licensed Physician in the State of California and have been since 2009.

2.    I have reviewed the Declaration of Christopher Nelson (Booking #21107181) as well as the medical health records related to his incarceration in the San Diego County jail system.  I reserve the right to modify or update my opinions below upon receipt of additional information; due to time constraints, I was not able to conduct a thorough review of the entire file.

3.    Mr. Nelson states that he took Norco for two years prior to his incarceration at Central Jail for arthritis and hip surgeries.  He refers to Exhibit B of his declaration to support this claim. However, Exhibit B is an intake screening dated March 3, 2021, and it does not reflect any prior use of Norco.  Exhibit A to Mr. Nelson's Declaration is a diagnosis history from California Health Care Facility in Stockton, and it does not reference Norco either.

4.    Mr. Nelson's medical records reveal that he was involved in a motor vehicle accident the night of his arrest and was treated at Scripps Hospital.  Attached hereto as **Exhibit A** are true and correct copies of excerpts of pertinent medical records pertaining to Mr. Nelson. (Ex. A, 002-005)  He was diagnosed with a compression fracture to his spine, contusions on his right hand, finger and multiple sites of his right shoulder, along with a neck strain.  (*Id*.)  Shoulder x-rays revealed nothing other than mild joint degenerative changes.  (*Id*.)  Mr. Nelson told ER staff that he takes 1200 mg TID of Gabapentin for chronic pain, but the ER physician stated that he could resume that regime upon discharge.  (*Id*.)  ER staff provided a medication recommendation for pain management, and a dose of opioid analgesics (two pills of Norco) at the hospital, and a dose (one pill of Norco) on

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 2 -

3:20-CV-00406-AJB-WVG
DECLARATION RE: CHRISTOPHER NELSON

COLEMAN 159

1   March 2ⁿᵈ upon discharge. (Ex. A, 006)

2       5.      Upon booking, Mr. Nelson was prescribed prednisone once a day (for

3   asthma), Ibuprofen 600mg 3 times a day (for pain), Omeprazole (for indigestion) 20

4   mg once a day, Tramadol twice a day for pain, and Gabapentin 400 mg twice a day

5   (for pain) for 90 days; he started taking all of these medications the day he arrived

6   or the following day.  (Ex. A, 007-013.)

7       6.      Mr. Nelson's files contain a letter from the CDCR in compliance with

8   the *Armstrong v. Davis* class action, notifying our ADA coordinator that Mr.

9   Nelson was an intermittent wheelchair user, had been issued knee braces and a

10  wheelchair, and was to be housed on the ground floor/no stairs and lower bunk

11  only.  (Ex. A, 014.)  The letter indicates that Mr. Nelson had requested a double

12  mattress, mental health care, an MRI, and a nebulizer machine for breathing

13  treatments.  There is no indication that any of these items were in fact provided

14  while he was in CDCR custody.  Mr. Nelson's chart was reviewed by a doctor on

15  3/3/21 and he was approved for all of his prior accommodations provided at CDCR

16  including the wheelchair, lower bunk, ground floor/no stairs and knee braces.  The

17  notes indicate he did not need wheelchair accessible housing because of his

18  intermittent use. (Ex. A, 015)

19      7.      The records indicate that Mr. Nelson was getting up from his chair on

20  March 5, 2021, and he slipped, hurting his elbow.  He was taken to the Emergency

21  Room at a nearby hospital the same day for assessment of the wrist.  Chart notes

22  reflect that his request for a double mattress was not indicated, he had no need for

23  full time wheel chair use, he should be using a walker to ambulate for physical

24  therapy, and he should be monitored because of a high number of unwitnessed falls

25  requiring emergency medical attention. (Ex. A, 016-017.)

26      8.      I was unable to locate in Mr. Nelson's medical records any mention of

27  claims or complaints by Mr. Nelson about an inadequate wheelchair or that his

28  wheelchair was causing him any shoulder pain.  He filed a grievance about not

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 3 -

3:20-CV-00406-AJB-WVG
DECLARATION RE: CHRISTOPHER NELSON

COLEMAN 160

1  receiving mail, and a detailed accommodation request asking for a double mattress

2  but nothing about a new wheelchair.  (*See* Nelson Decl, Ex. E.)

3      9.    Mr. Nelson was seen by an LVN at 11:59 a.m. on March 24, 2021, and

4  went "man down" at 2:31 P.M. He reported tripping on his blanket while getting

5  out of bed.  He was checked for continuing right shoulder pain and referred out of

6  the facility for an x-ray of his shoulder.  (Ex. A, 018-019.)  A MRI of his right

7  shoulder was requested on March 26, 2021, but was deferred because the County

8  does not cover rotator cuff surgery, making the MRI of no value. (Ex. A, 020.)  A

9  Kenalog injection was ordered for the pain and to hopefully reduce the

10 inflammation on April 16, 2021, and he received the injection on April 21, 2021.

11 (Ex. A, 021-023.)  Mr. Nelson was prescribed Pregabalin (Lyrica) 50 mg for 30

12 days to address nerve pain.  (*Id.*)

13     10.    The notes from the April 16, 2021 visit indicate that Mr. Nelson

14 requested an increased dose of Gabapentin. and that if it wasn't possible to increase

15 his dose to 1200 mg per day, he requested Lyrica.  (Ex. A, 021.) He was given the

16 prescription for Lyrica and instructions were given to discontinue the Gabapentin

17 when he received Lyrica. (Ex. A, 022.)

18     1`.    Mr. Nelson states in his declaration that he has respiratory problems

19 and asthma, and he suggests that he was denied proper treatment for his condition.

20 (Nelson Decl., ¶22.)   Medical records reflect his diagnosis as having asthma but

21 that he reported himself "asymptomatic" on March 9, 2021.  He was prescribed

22 Zopenex to keep on his person (KOP) and to use as needed. (Ex. A, 024.)   He

23 made a request for an in-cell nebulizer on April 24, 2021, and denied any

24 respiratory complaints that day.  (Ex. A, 025-026,)   He was advised by the nurse

25 that it was not possible to keep a nebulizer in the cell but that breathing treatments

26 were available in the clinic if needed, and a prescription would be put in for

27 nebulization treatments in EMAR (Electronic Medication Administration Records).

28 Mr. Nelson was told if there were any issues to let staff know right away" (Ex. A,

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 4 -

3:20-CV-00406-AJB-WVG
DECLARATION RE: CHRISTOPHER NELSON

**COLEMAN 161**

1    026.) He was prescribed nebulizer treatments as needed on April 24, 2021 (Ex. A,

2    029.)

3        12.    Mr. Nelson's medical records show inhaler treatments were

4    consistently provided from July 16, 2021 through November 8, 2021, including 9/1,

5    9/7, 9/10, 9/12, 9/24, 9/27, 9/28, 9/29 and 9/30.  He was prescribed and

6    administered prednisone for his breathing problems on September 30, 2021

7    continuing through on October 12, 2021.  His records show that he received

8    nebulizer treatments on November 26 and 30, 2021, February 6, 7, 8 and 9, 2022

9    (Ex. A, 028).  He was prescribed Ipratropium-Albuterol Inhalation 0.5-2.5 via

10    Nebulizer for 90 days, on 2/6/2022 and he received a treatment the same day.

11        13.    Mr. Nelson also claims to have injured himself on the phones by

12    electrical shock.  His records reveal that he was seen on May 2nd for abrasions on

13    the backs of his elbows which were scabbed over and claimed to be burned by the

14    phone.  There is no way to verify how the abrasions occurred.  Mr. Nelson was

15    given bacitracin (Ex. A, 029).  Mr. Nelson's incident report for 5/2/2021 indicates

16    that Mr. Nelson reported the phones being the cause but when examined by the

17    nurse, she indicated they were old and scabbed over and appeared to be from

18    rubbing.  Attached hereto as **Exhibit B** is a true and correct copy of Mr. Nelson's

19    incident report.  The ISR also indicates that a deputy, the nurse and a corporal

20    inspected the phones and were unable to find any source of electrical shocks/burns.

21    (*Id*.)  SOAP notes indicate a nurse saw Mr. Nelson and told the RN that he did not

22    need any treatment.  (Ex. A, 030.)

23        14.    Mr. Nelson was seen via telemedicine on May 4, 2021 (Ex. A, 030)

24    and an MRI was ordered for Mr. Nelson's complaints of persistent back pain and

25    his Pregabalin (Lyrica) was increased to twice a day.  (*Id*.)  The MRI of his back

26    was ordered and he received it on July 23, 2021.  (Ex. A, 038-039.)  It showed

27    minimal marrow edema with right T9 superior articular facet that could have been

28    from prior trauma, degenerative in nature, or due to underlying bone lesion.  The

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 5 -

3:20-CV-00406-AJB-WVG
DECLARATION RE: CHRISTOPHER NELSON

**COLEMAN 162**

1    MRI was otherwise negative.  (*Id*.)  A request for an outside consult was made by

2    the medical department for chronic pain management on August 17, 2021 (Ex. A,

3    040).  He was scheduled for an appointment on November 16, 2021 and was seen at

4    UCSD. (Ex. A, 041.) It was recommended that he get an x-ray for his back, which

5    Mr. Nelson declined, opting to continue the Pregabolin and try Celebrex. (Ex. A,

6    041.)

7         15.    Mr. Nelson was initially evaluated by Dr. Jan Mian, M.D., a

8    psychiatrist on May 10, 2021, in a HIPAA compliant video tele-conferencing

9    setting in an interview room with Mr. Nelson's consent.  (Ex. A, 042.)  He was

10   diagnosed with depression and stimulant drug use.  He was prescribed Wellbutrin

11   and scheduled to see counsellors to increase his coping skills and support.  (Ex. A,

12   042-043.)  Mr. Nelson refused the counselling on May 21, 2021 (Ex. A, 044), was

13   seen by Dr. Mian on June 22, 2021 via confidential video (Ex. A, 043), and then

14   refused follow up visits on July 21, 2021 and July 27, 2021.  He agreed to a visit on

15   August 3, 2021. (Ex. A, 045.) He again refused to be seen on 9/29, 10/11, and

16   10/18, 2021 and was told on 10/25 that he had to come to the visits or he would

17   have to taper off mediations and ultimately discontinue them.  (Ex. A, 044.) He was

18   seen on November 5 and December 31, 2021, and again refused to be seen on

19   January 11, 2022.  (Ex. A, 046.)

20        16.    Mr. Nelson was not always compliant with medical and mental care

21   available and offered.  Medical records reveal that he refused to take Abilify

22   (generic = Aripiprazole), prescribed for mood disorders, on July 1-4, 6, 8, 11, 12

23   14, 16, 17, 18, 20, 22, 24, 25, 26, 27, 28, 29, 31, and August 2, 2021. Attached

24   hereto as **Exhibit C** are true and correct copies of excerpts of additional pertinent

25   medical records pertaining to Mr. Nelson regarding refusal of medications. (Ex. C,

26   051-072, 073-100, 101-103.)  He refused to take Wellbutrin (generic = Bupropion)

27   (for mood disorders) on 10/6, 8, 14, 15, 20, 21, 23, 29, 30, 11/1, 2, 4, 6, 7, 8, 9, 12,

28   13, 14, 15, 16, 23, 12/3, 2021, and January 23, 2022. (Ex. C, 104-191, 192-200.)

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 6 -

3:20-CV-00406-AJB-WVG
DECLARATION RE: CHRISTOPHER NELSON

**COLEMAN 163**

1  He refused Xopenex inhaler treatments on 12/3, 4, 8, 10, 11, 16, 18, 2021 and

2  January 3, 28, February 11 and 23, 2022 (Ex. C, 201-205).  He refused other

3  medications at various times but the above are the most significant and numerous.

4        I declare under penalty of perjury under the laws of California and the United

5  States of America that the foregoing is true and correct.

6        Executed on May 31, 2022, at San Diego, California.

7

8        _____
          J. MONTGOMERY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 7 -

3:20-CV-00406-AJB-WVG
DECLARATION RE: CHRISTOPHER NELSON

COLEMAN 164

# EXHIBIT A

**NELSON 001**

Nelson, Christopher (MRN 810641064) Printed by Corinne Gamage, RN [218606] at 3/2/21 2:51 PM

# Nelson, Christopher

4|07| 81   MRN: 810641064

**Elizabeth Marie O'Neil, FNP**       Discharge Summary       Date of Service: 03/02/21 1307
Nurse Practitioner                    Cosign Needed
Trauma

## Inpatient Discharge Summary

**Patient Name:** Christopher Nelson **MR#:** 810641064

**Admitting Provider:** James Garrett Schwendig, MD
**Discharge Provider:** Imad Sami Dandan, MD
**Primary Care Physician at Discharge:** Dean Charles Tasher, MD 760-739-2371

**Admission Date:** 3/1/2021   **Discharge Date:** 3/2/2021

### Chief Complaint: MVA
### Discharge Diagnosis

Active Hospital Problems

| Diagnosis | Date Noted | POA |
|---|---|---|
| • (PP) Wedge compression fracture of t11-T12 vertebra, initial encounter for closed fracture (CMS/HCC) | 03/01/2021 | Yes |
| • Reactive airway disease without complication | 03/01/2021 | Yes |
| • Contusion of multiple sites of shoulder, right, initial encounter | 03/01/2021 | Yes |
| • Contusion of finger of right hand, initial encounter | 03/01/2021 | Yes |
| • Neck strain, initial encounter | 03/01/2021 | Yes |

Resolved Hospital Problems
No resolved problems to display.

### History of Present Illness
Christopher Nelson is a 44 year old male with a history of chronic pain and recent asthma exacerbation who lost control of his vehicle yesterday at a high rate of speed, with the vehicle rolling over with prolonged extraction.

### Hospital Course
The patient had a reported LOC at the scene. In the trauma bay a CT of the chest, abdomen, pelvis and neck were negative for any injuries. There was a questionable subtle linear lucency transversing the left lateral lamina of the T11 vertebral body but no point tenderness at this location. Dr. Bagheri from spine consulted and felt no further intervention is needed. Xrays of the right wrist, shoulder and hand were unremarkable.

The patient ate a regular diet. He was admitted with leucocytosis of 25 but decreased on subsequent check to 21.6. Afebrile and likely reactive. Toxicology was positive for methamphetamines.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 002**
**COLEMAN 166**

The patient has a history of chronic pain. He takes high dose gabapentin 1200mg TID as an outpatient. He may resume upon discharge. He was placed on motrin, given lidocaine patch, and prn norco. He is concerned about his transportation from the hospital to jail, causing pain en route. He was prescribed a norco and will be given to officers.

The patient was admitted on prednisone, for an asthma exacerbation. He was continued on prednisone (5 day course) and may continue as an outpatient. Spo2 wnl on RA.

The patient worked with PT and was limited d/t to pain. He was medically cleared for discharge, transported via officers to custody. He may follow up within the prison system for continued care or with the outpatient trauma clinic in one week.

**Consultations**
None

**Procedures Performed**
* No surgery found *

**Imaging/Tests**
CT HEAD AND CERVICAL SPINE WITHOUT CONTRAST
CT ANGIOGRAPHY HEAD AND NECK WITH AND WITHOUT CONTRAST
X-RAY CHEST SINGLE FRONTAL VIEW
X-RAY PELVIS 1 VIEW
CT CHEST ABDOMEN PELVIS WITH CONTRAST
X-RAY SHOULDER RIGHT 2 OR MORE VIEWS
X-RAY WRIST RIGHT 3 OR MORE VIEWS
X-RAY HAND RIGHT 3 OR MORE VIEWS
BRONCHODILATOR ASSESSMENT

**Pending Tests**
Tests not yet performed
There are no active orders of the following types: Microbiology, Imaging, Lab, Electrophysiology, ECG, Echocardiography, Blood Bank, PFT, Stress Echocardiography , Congenital Echo, Cardiac CT.

**Physical Exam at Discharge**
Physical Exam
**Trauma Tertiary Survey**

This exam is sufficient

- *Subjective*:
No new complaints.

- **Physical Exam**:

　　General: Well-developed, well-nourished male. No acute distress. Alert and oriented ×3. Left hand handcuff to the bed
　　HEENT: Normocephalic, atraumatic. Midface stable. PERRL, EOMs intact. Oropharynx clear. Trachea midline.
　　Neck:. C-spine nontender to palpation and without step-offs. Full range of motion of the

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)
　　Respiratory/chest: No labored breathing. Anterior and lateral chest walls atraumatic and stable, without tenderness to palpation or crepitus.

**NELSON 003**
**COLEMAN 167**

Cardiovascular: Regular rate and rhythm.  Distal pulses 2+ and equal to bilateral upper and lower extremities
Abdomen: Soft, nontender, obese  Atraumatic
Pelvis: Stable to anterior and lateral compression.  Nontender to palpation
Extremities: Full range of motion to bilateral upper and lower extremities without pain; nontender to palpation
Spine/back: T and L spines nontender to palpation and without step-offs or deformities
Neurological: GCS 15 (E4V5M6).  Motor and sensation grossly intact bilateral upper and lower extremities.  Strength 5/5 to bilateral upper and lower extremities.
Skin: Warm and dry.  Right hand circular abrasions. No ss/ of infection.

- *Spine clearance*:
     C-spine  Radiographically and clinically cleared.
     T-spine: clear
     L-spine: clear

- *CAGE screening*:
+meth

- *Assessment and Plan*:

     The tertiary exam is neg  for potential, additional injuries.
     Additional imaging/studies ordered: none
     Social work consult obtained? no

Temp: 36.4 °C (97.5 °F)
Heart Rate: 103
Resp: 20
BP: 152/89
SpO2: 96 %
O2 Flow Rate (L/min): 0 L/min
Height: 180.3 cm (5' 10.98")
Weight: 115 kg (254 lb 6.6 oz)
BMI (Calculated): 35.5

**Medication**

 **Medication List**

**START taking these medications**
**famotidine** 20 mg tablet
Commonly known as: PEPCID
Take 1 tablet (20 mg total) by mouth 2 (two) times a day.

**gabapentin** 400 mg capsule
Commonly known as: NEURONTIN
Take 3 capsules (1,200 mg total) by mouth 3 (three) times a day.

**HYDROcodone-acetaminophen** 5-325 mg per tablet
Commonly known as: NORCO
Take 1 tablet by mouth every 6 (six) hours as needed for moderate pain (level 4-6).

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 004**
**COLEMAN 168**

Nelson, Christopher (MRN 810641064) Printed by Corinne Gamage, RN [218606] at 3/2/21 2:51 PM

**ibuprofen** 600 mg tablet
Commonly known as: MOTRIN
Take 1 tablet (600 mg total) by mouth 4 (four) times a day for 10 days.

**predniSONE** 20 mg tablet
Commonly known as: DELTASONE
Take 1 tablet (20 mg total) by mouth daily for 10 days.
Start taking on: **March 3, 2021**

**Allergy**
No Known Allergies

**Advance Directive/POLST:**
Full Code
Not Received:   No advance directive available.

**Discharge Instructions**
 Your Diet is regular
    • **Wound/Skin Care**: You may wash all wounds with soap and water starting: today
    • Additional instructions: May apply ice to all areas of pain

Activity Limitations are as follows:
          ☑ Walk more than 4x / day: it will help you recover faster and may help prevent
          blood clots in your legs
          ☑ **You may not work or Drive while taking Narcotic pain medications.**
          ☑ Do not drink alcohol: May call 211 for San Diego Alcohol cessation resources
          ☑ Do not smoke cigarettes, cigars, Vape, or Marijuana: may call 1-(800) No Butts
          for cessation resource

**Discharge Medications:** *See Medication Reconciliation form: Please discuss all stopped/
Discontinued medication with your Physician*
          ☑ May restart *all* your home medications
     For **mild/moderate** pain you may use:
          ☑ Over the counter Tylenol (acetaminophen) per bottle directions.  DO NOT EXCEED
          3,000mg of Tylenol (Acetaminophen) over a 24 hour period (including Norco/Percocet
          use)
          ☐ Over the Counter Naprosyn (Naproxyn Sodium) per bottle directions.  Do not use for
          more than 2 weeks.
     ☑ For **severe** Pain:you may utilize oxycodone
          ☑ Please *stop* all Narcotic pain meds as quickly as possible and destroy any
          unused pills remaining from your prescription
     ☑ you may utilize over the counter topical pain patches such as icy hot or salon pas
     ☑ See Medication information for all New Medication Prescribed upon discharge.
     ☑ No medication refills will be approved over the phone.  You must follow up with our
     office in person for any medication refill.
     ☑ For Constipation: May use over the counter Colace / Sennikot / MOM / Miralax /
     Lactulose per bottle directions.
     ☑ For all medications, please refer to attached medication information regarding purpose,
     expected effects, and potential side effects.  We encourage you to call our office if you have
     questions or concerns regarding any of your new medications (858) 824-5001.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 005
COLEMAN 169**

Discontinued and Completed Medication List (Last 48 Hours) (continued)

| | No Administrations Recorded | | | | | | | | | 03/02/21 1132 |

| 03/02/21 1045 | HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet 1 tablet Once | 03/02/21 1027 |

Most Recent Administration

| User | Action Time | Recorded Time | Dose | Route | Site | Comment | Action | Reason |
|------|-------------|---------------|------|-------|------|---------|--------|--------|
| Corinne Gamage, RN | 03/02/21 1042 | 03/02/21 1042 | 1 tablet | oral | | | Given | |

Full Administration Report

| 03/02/21 1000 | acetaminophen (TYLENOL) tablet 1,000 mg Every 6 hours, Status: Discontinued | 03/02/21 0026 |

Most Recent Administration

| User | Action Time | Recorded Time | Dose | Route | Site | Comment | Action | Reason |
|------|-------------|---------------|------|-------|------|---------|--------|--------|
| Corinne Gamage, RN | 03/02/21 0901 | 03/02/21 0901 | 1,000 mg | oral | | | Given | |

Full Administration Report

| 03/02/21 0045 | lactated Ringer's (LR) infusion Continuous, Status: Discontinued | 03/02/21 0026 |

Most Recent Administration

| User | Action Time | Recorded Time | Dose | Route | Site | Comment | Action | Reason |
|------|-------------|---------------|------|-------|------|---------|--------|--------|
| Corinne Gamage, RN | 03/02/21 0929 | 03/02/21 0930 | 100 mL/hr | intraVENOUS | | | New Bag | |

Full Administration Report

| 03/02/21 0026 | cyclobenzaprine (FLEXERIL) tablet 10 mg 3 times daily PRN, Status: Discontinued | 03/02/21 0026 |

Most Recent Administration

No Administrations Recorded

| 03/02/21 0000 | acetaminophen (TYLENOL) 500 mg tablet Every 6 hours, Status: Discontinued | 03/02/21 1110 |

| 03/02/21 0000 | oxyCODONE (ROXICODONE) 5 mg immediate release tablet Every 4 hours PRN, Status: Discontinued | 03/02/21 1137 |

| 03/01/21 2325 | HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet Code/trauma/sedation medication | |

Most Recent Administration

| User | Action Time | Recorded Time | Dose | Route | Site | Comment | Action | Reason |
|------|-------------|---------------|------|-------|------|---------|--------|--------|
| Micholette R. Taylor, | 03/01/21 | 03/01/21 | 2 tablet | oral | | | Given | |

NELSON 006
COLEMAN 170

| Patient: NELSON, CHRISTOPHER LOUIS | | #: 100013559 (21107181) | Class: 4 |
|---|---|---|---|
| DOB: (Age=45) | | Sex: M | Race: W |
| Housing: SDCJ-8-C-13-M | | Court Date: | Type: |
| Status: ACTIVE | | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

**Gabapentin Oral 400 MG Capsule** 3/6/2021 8:00:00 PM - 6/4/2021 7:59:00 PM Lott, Krysta NP

Take 400 mg by mouth TWICE DAILY for 90 day(s). Dispense 180 capsule. 0 Refill(s) *ATE

Allergies:

| Allergies: |
|---|
| No Known Drug Allergy |

| Hours | Mar 6 | Mar | Mar | Mar | Mar 10 | Mar 11 | Mar 12 | Mar 13 | Mar 14 | Mar 15 | Mar 16 | Mar 17 | Mar 18 | Mar 19 | Mar 20 | Mar 21 | Mar 22 | Mar 23 | Mar 24 | Mar 25 | Mar 26 | Mar 27 | Mar 28 | Mar 29 | Mar 30 | Mar 31 | Apr 1 | Apr 2 | Apr 3 | Apr 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | C | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 2000 | MNA | X | X | X | X | C | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| Hours | Apr 6 | Apr | Apr | Apr | Apr 10 | Apr 11 | Apr 12 | Apr 13 | Apr 14 | Apr 15 | Apr 16 | Apr 17 | Apr 18 | Apr 19 | Apr 20 | Apr 21 | Apr 22 | Apr 23 | Apr 24 | Apr 25 | Apr 26 | Apr 27 | Apr 28 | Apr 29 | Apr 30 | May 1 | May 2 | May 3 | May 4 | May 5 | May 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | |
| 2000 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | | |

| Hours | May 7 | May | May | May | May 11 | May 12 | May 13 | May 14 | May 15 | May 16 | May 17 | May 18 | May 19 | May 20 | May 21 | May 22 | May 23 | May 24 | May 25 | May 26 | May 27 | May 28 | May 29 | May 30 | May 31 | Jun 1 | Jun 2 | Jun 3 | Jun 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Administered - Christopher Dominguez RN - 4/24/2021 10:58:48 PM
Administered - Zaidy Benos LVN - 4/24/2021 8:59:02 AM
Administered - Renan Paulino RN - 4/23/2021 10:32:09 PM
Administered - Chante Williams RN - 4/23/2021 9:56:44 AM
Administered - Jesus Agustin RN - 4/22/2021 10:31:28 PM
Administered - Chante Williams RN - 4/22/2021 8:56:55 AM
Administered - Bethany Higgins LVN - 4/21/2021 11:08:52 PM
Administered - Catherine Banguian LVN - 4/21/2021 8:32:18 AM
Administered - Jaya Hadley RN - 4/20/2021 11:17:33 PM
Administered - Bethany Higgins LVN - 4/20/2021 1:48:09 AM
Administered - Bethany Higgins LVN - 4/19/2021 11:26:26 PM
Administered - Catherine Banguian LVN - 4/19/2021 8:44:52 AM
Administered - Estela Durola RN - 4/18/2021 10:31:35 PM
Administered - Stephanie Yee RN - 4/18/2021 8:45:02 AM

**NELSON 007**
**COLEMAN 171**

Adm n stered - Co n La ng RN - 4/17/2021 11:25:36 PM
Adm n stered - Stephan e Yee RN - 4/17/2021 8:25:37 AM
Adm n stered - Chr stopher Tucker RN - 4/16/2021 10:40:20 PM
Adm n stered - Za dy Benos LVN - 4/16/2021 9:23:29 AM
Adm n stered - Jamee yn Barrera RN - 4/15/2021 11:06:55 PM
Adm n stered - Za dy Benos LVN - 4/15/2021 8:33:06 AM
Adm n stered - Terr H dreth LVN - 4/14/2021 11:32:30 PM
Adm n stered - Edgar T mpug LVN - 4/14/2021 9:27:08 AM
Adm n stered - Re nan Pau no RN - 4/13/2021 10:14:01 PM
Adm n stered - Stephan e Yee RN - 4/13/2021 8:14:34 AM
Adm n stered - Jesus Agust n RN - 4/12/2021 11:01:08 PM
Adm n stered - Stephan e Yee RN - 4/12/2021 8:46:48 AM
Adm n stered - Terr H dreth LVN - 4/11/2021 11:22:13 PM
Adm n stered - Edgar T mpug LVN - 4/11/2021 9:54:06 AM
Adm n stered - Joe Cagayao RN - 4/10/2021 11:11:50 PM
Adm n stered - Edgar T mpug LVN - 4/10/2021 8:15:52 AM
Adm n stered - Este a Duro a RN - 4/9/2021 10:30:13 PM
Adm n stered - Romeo DeGuzman RN - 4/9/2021 8:37:13 AM
Adm n stered - Jesus Agust n RN - 4/8/2021 11:49:28 PM
Adm n stered - Romeo DeGuzman n RN - 4/8/2021 8:16:05 AM
Adm n stered - L za Operana LVN - 4/7/2021 8:00:00 PM
Adm n stered - Za dy Benos LVN - 4/7/2021 8:18:11 AM
Adm n stered - Terr H dreth LVN - 4/6/2021 11:46:17 PM
Adm n stered - Za dy Benos LVN - 4/6/2021 8:18:15 AM
Adm n stered - Terr H dreth LVN - 4/5/2021 11:01:51 PM
Adm n stered - Za dy Benos LVN - 4/5/2021 8:09:46 AM
Adm n stered - Ana za Roxas LVN - 4/4/2021 9:47:21 PM
Adm n stered - Lora ne Pa meda LVN - 4/4/2021 9:05:43 AM
Adm n stered - Ana za Roxas LVN - 4/3/2021 10:03:37 PM
Adm n stered - Reg na d Barretto RN - 4/3/2021 9:40:48 AM
Adm n stered - Jamee yn Barrera RN - 4/2/2021 10:49:10 PM
Adm n stered - Edgar T mpug LVN - 4/2/2021 10:26:33 AM
Adm n stered - An Kumar RN - 4/1/2021 10:29:14 PM
Adm n stered - Edgar T mpug LVN - 4/1/2021 9:51:30 AM
Adm n stered - Terr H dreth LVN - 3/31/2021 8:00:00 PM
Adm n stered - Edgar T mpug LVN - 3/31/2021 9:47:54 AM
Adm n stered - Jesus Agust n RN - 3/30/2021 11:57:29 PM
Adm n stered - Ke Payne RN - 3/30/2021 8:16:24 AM
Adm n stered - Jesus Agust n RN - 3/29/2021 11:40:27 PM
Adm n stered - Romeo DeGuzman RN - 3/29/2021 8:16:42 AM
Adm n stered - Bethany H gg ns LVN - 3/28/2021 11:18:30 PM
Adm n stered - Cather ne Bangu an LVN - 3/28/2021 8:49:46 AM
Adm n stered - Bethany H gg ns LVN - 3/27/2021 11:07:56 PM
Adm n stered - Cather ne Bangu an LVN - 3/27/2021 8:12:57 AM
Adm n stered - L za Operana LVN - 3/26/2021 8:00:00 PM
Adm n stered - Lora ne Pa meda LVN - 3/26/2021 9:49:54 AM
Adm n stered - L za Operana LVN - 3/25/2021 8:00:00 PM
Adm n stered - Lora ne Pa meda LVN - 3/25/2021 9:27:09 AM
Adm n stered - Chr stopher Tucker RN - 3/24/2021 8:00:00 PM

**NELSON 008**
**COLEMAN 172**

Adm n stered - Lora ne Pa meda LVN - 3/24/2021 8:29:10 AM
Adm n stered - Chr stopher Dom nguez RN - 3/23/2021 11:10:57 PM
Adm n stered - Za dy Benos LVN - 3/23/2021 8:29:55 AM
Adm n stered - Terr H dreth LVN - 3/22/2021 10:55:33 PM
Adm n stered - Za dy Benos LVN - 3/22/2021 8:23:19 AM
Adm n stered - Ana za Roxas LVN - 3/21/2021 9:42:43 PM
Adm n stered - Romeo DeGuzman RN - 3/21/2021 7:46:24 AM
Adm n stered - Ana za Roxas LVN - 3/20/2021 10:21:54 PM
Adm n stered - Stephan e Yee RN - 3/20/2021 8:12:52 AM
Adm n stered - Bethany H gg ns LVN - 3/19/2021 11:41:06 PM
Adm n stered - Cather ne Bangu an LVN - 3/19/2021 8:21:03 AM
Adm n stered - An Kumar RN - 3/18/2021 9:56:52 PM
Adm n stered - Cather ne Bangu an LVN - 3/18/2021 8:32:28 AM
Adm n stered - Ana za Roxas LVN - 3/17/2021 10:26:15 PM
Adm n stered - Za dy Benos LVN - 3/17/2021 8:17:13 AM
Adm n stered - Ana za Roxas LVN - 3/16/2021 10:52:03 PM
Adm n stered - Stephan e Yee RN - 3/16/2021 8:00:00 AM
Adm n stered - Ana za Roxas LVN - 3/15/2021 11:01:37 PM
Adm n stered - Mchae L mon RN - 3/15/2021 8:18:36 AM
Adm n stered - An Kumar RN - 3/14/2021 10:10:14 PM
Adm n stered - Edgar T mpug LVN - 3/14/2021 9:47:11 AM
Adm n stered - Chr stopher Tucker RN - 3/13/2021 11:51:01 PM
Adm n stered - Edgar T mpug LVN - 3/13/2021 9:56:30 AM
Adm n stered - Jesus Agust n RN - 3/12/2021 11:48:02 PM
Adm n stered - Romeo DeGuzman RN - 3/12/2021 10:18:31 AM
Adm n stered - L za Operana LVN - 3/11/2021 9:55:41 PM
Adm n strat on Cance ed - Reg na d Barretto RN - 3/11/2021 10:12:59 AM
Adm n stered - Reg na d Barretto RN - 3/11/2021 8:27:34 AM
Adm n stered - Bethany H gg ns LVN - 3/10/2021 11:17:06 PM
Adm n stered - Chr stopher Dom nguez RN - 3/10/2021 1:13:16 AM
Adm n stered - Chr stopher Dom nguez RN - 3/9/2021 10:54:24 PM
Adm n stered - Cather ne Bangu an LVN - 3/9/2021 10:23:35 AM
Adm n stered - Bethany H gg ns LVN - 3/8/2021 10:04:26 PM
Adm n stered - Brandy Rafa SRN - 3/8/2021 8:07:55 AM
Adm n stered - Chr stopher Dom nguez RN - 3/7/2021 10:14:26 PM
Adm n stered - Stephan e Yee RN - 3/7/2021 8:53:58 AM
Adm n strat on Cance ed - Stephan e Kay Rapp ey RN - 3/6/2021 9:35:26 PM
Not Adm n stered - Med cat on Not Ava ab e - Stephan e Kay Rapp ey RN - 3/6/2021 7:07:55 PM

**NELSON 009**
**COLEMAN 173**

| Patient: NELSON, CHRISTOPHER LOUIS | | #: 100013559 (21107181) | Class: 4 |
|---|---|---|---|
| DOB: (Age=45) | | Sex: M | Race: W |
| Housing: SDCJ-8-C-13-M | | Court Date: | Type: |
| Status: ACTIVE | | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

**traMADol HCl Oral 50 MG Tablet** 3/2/2021 8:00:00 AM - 3/6/2021 11:59:59 PM Cava o, Ker NP

Take 50 mg by mouth TWICE DAILY for 5 day(s). D spense 10 tab et. 0 Ref (s) PRN severe pa n *ATE Prof e On y

A erg es:

| A erg es: |
|---|
| No Known Drug A ergy |

| | Mar 2 | Mar 3 | Mar 4 | Mar 5 | Mar 6 |
|---|---|---|---|---|---|
| 0800 | | X | X | X | X |
| | | | | | |
| | | | | | |
| 2000 | X | X | X | X | X |

Adm n stered - Stephan e Kay Rapp ey RN - 3/6/2021 9:35:26 PM
Adm n stered - Stephan e Yee RN - 3/6/2021 8:08:47 AM
Adm n stered - Jesus Agust n RN - 3/5/2021 10:51:29 PM
Adm n stered - Romeo DeGuzman RN - 3/5/2021 9:12:28 AM
Adm n stered - Re nan Pau no RN - 3/4/2021 8:48:01 PM
Adm n stered - Romeo DeGuzman RN - 3/4/2021 7:19:05 AM
Adm n stered - Este a Duro a RN - 3/3/2021 9:49:54 PM
Adm n stered - Edgar T mpug LVN - 3/3/2021 9:30:21 AM
Adm n stered - Ma Kr ze Santos RN - 3/2/2021 8:00:00 PM

**NELSON 010**
**COLEMAN 174**

| Patient: NELSON, CHRISTOPHER LOUIS | | #: 100013559 (21107181) | Class: 4 |
| --- | --- | --- | --- |
| DOB: (Age=45) | | Sex: M | Race: W |
| Housing: SDCJ-8-C-13-M | | Court Date: | Type: |
| Status: ACTIVE | | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

**Omeprazole Oral 20 MG Capsule Delayed Release** 3/2/2021 8:00:00 AM - 3/15/2021 11:59:59 PM Cava o, Ker NP

Take 20 mg by mouth ONCE DAILY for 14 day(s). D spense 14 capsu e de ayed re ease. 0 Ref (s) *ATE Prof e On y

A erg es:

| A erg es: |
| --- |
| No Known Drug A ergy |

| Hours | Mar | Mar | Mar 5 | Mar 6 | Mar 7 | Mar 8 | Mar 9 | Mar 10 | Mar 11 | Mar 12 | Mar 13 | Mar 14 | Mar 15 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0800 | X | X | X | X | X | X | X | X | X | X | X | X | X |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Adm n stered - Mchae L mon RN - 3/15/2021 8:18:36 AM

Adm n stered - Edgar T rnpug LVN - 3/14/2021 9:47:11 AM

Adm n stered - Edgar T rnpug LVN - 3/13/2021 9:56:30 AM

Adm n stered - Romeo DeGuzman RN - 3/12/2021 10:18:31 AM

Adm n strat on Cance ed - Reg na d Barretto RN - 3/11/2021 10:12:59 AM

Adm n stered - Reg na d Barretto RN - 3/11/2021 8:27:34 AM

Adm n stered - Chr stopher Dom nguez RN - 3/10/2021 1:13:17 AM

Adm n stered - Cather ne Bangu an LVN - 3/9/2021 8:19:21 AM

Adm n stered - Brandy Rafa SRN - 3/8/2021 8:07:55 AM

Adm n stered - Stephan e Yee RN - 3/7/2021 8:53:58 AM

Adm n stered - Stephan e Yee RN - 3/6/2021 8:08:48 AM

Adm n stered - Romeo DeGuzman RN - 3/5/2021 9:12:29 AM

Adm n stered - Romeo DeGuzman RN - 3/4/2021 7:19:05 AM

Adm n stered - Edgar T rnpug LVN - 3/3/2021 9:30:21 AM

**NELSON 011**
**COLEMAN 175**

| Patient: NELSON, CHRISTOPHER LOUIS | | #: 100013559 (21107181) | Class: 4 |
|---|---|---|---|
| DOB: | Age=45) | Sex: M | Race: W |
| Housing: SDCJ-8-C-13-M | | Court Date: | Type: |
| Status: ACTIVE | | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

**Ibuprofen Oral 600 MG Tablet** 3/2/2021 8:00:00 AM - 3/11/2021 11:59:59 PM Cava o, Ker NP

Take 600 mg by mouth THREE TIMES DAILY for 10 day(s). D spense 30 tab et. 0 Ref (s) *ATE Prof e On y

A erg es:

| A erg es: |
|---|
| No Known Drug A ergy |

| | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** |
| 0800 | | X | X | X | X | X | X | X | X | X |
| 1300 | | X | X | X | X | X | X | X | X | C |
| | | | | | | | | | | |
| 2000 | X | X | X | X | X | X | X | X | X | X |

Adm n stered - L za Operana LVN - 3/11/2021 9:55:41 PM
Adm n stered - Reg na d Barretto RN - 3/11/2021 1:57:21 PM
Adm n strat on Cance ed - Reg na d Barretto RN - 3/11/2021 10:12:59 AM
Adm n stered - Reg na d Barretto RN - 3/11/2021 8:27:34 AM
Adm n stered - Bethany H gg ns LVN - 3/10/2021 11:17:06 PM
Adm n stered - Cather ne Bangu an LVN - 3/10/2021 1:29:08 PM
Adm n stered - Chr stopher Dom nguez RN - 3/10/2021 1:13:17 AM
Adm n stered - Chr stopher Dom nguez RN - 3/9/2021 10:54:24 PM
Adm n stered - Cather ne Bangu an LVN - 3/9/2021 2:09:01 PM
Adm n stered - Cather ne Bangu an LVN - 3/9/2021 8:19:21 AM
Adm n stered - Bethany H gg ns LVN - 3/8/2021 10:04:26 PM
Adm n stered - Brandy Rafa SRN - 3/8/2021 1:00:00 PM
Adm n stered - Brandy Rafa SRN - 3/8/2021 8:07:55 AM
Adm n stered - Chr stopher Dom nguez RN - 3/7/2021 10:14:26 PM
Adm n stered - Stephan e Yee RN - 3/7/2021 1:12:12 PM
Adm n stered - Stephan e Yee RN - 3/7/2021 8:53:59 AM
Adm n stered - Stephan e Kay Rapp ey RN - 3/6/2021 9:35:26 PM
Adm n stered - Stephan e Yee RN - 3/6/2021 1:00:00 PM
Adm n stered - Stephan e Yee RN - 3/6/2021 8:08:48 AM
Adm n stered - Jesus Agust n RN - 3/5/2021 10:51:29 PM
Adm n stered - Romeo DeGuzman RN - 3/5/2021 1:44:46 PM
Adm n stered - Romeo DeGuzman RN - 3/5/2021 9:12:29 AM
Adm n stered - Re nan Pau no RN - 3/4/2021 8:48:01 PM
Adm n stered - Romeo DeGuzman RN - 3/4/2021 1:41:55 PM
Adm n stered - Romeo DeGuzman RN - 3/4/2021 7:19:05 AM
Adm n stered - Este a Duro a RN - 3/3/2021 9:49:54 PM
Adm n stered - Edgar T mpug LVN - 3/3/2021 1:29:06 PM
Adm n stered - Edgar T mpug LVN - 3/3/2021 9:30:21 AM
Adm n stered - Ma Kr ze Santos RN - 3/2/2021 8:08:48 PM

| Patient: NELSON, CHRISTOPHER LOUIS | | #: 100013559 (21107181) | Class: 4 |
|---|---|---|---|
| DOB: (Age=45) | | Sex: M | Race: W |
| Housing: SDCJ-8-C-13-M | | Court Date: | Type: |
| Status: ACTIVE | | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

**predniSONE Oral 20 MG Tablet** 3/3/2021 8:00:00 AM - 3/12/2021 11:59:59 PM Cava o, Ker NP

Take 20 mg by mouth ONCE DAILY for 10 day(s). D spense 10 tab et. 0 Ref (s) *ATE Prof e On y

A erg es:

| A erg es: |
|---|
| No Known Drug A ergy |

| | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar | Mar |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** |
| 0800 | X | X | X | X | X | X | X | X | X | X |
| | | | | | | | | | | |
| | | | | | | | | | | |

Adm n stered - Romeo DeGuzman RN - 3/12/2021 10:18:31 AM

Adm n strat on Cance ed - Reg na d Barretto RN - 3/11/2021 10:12:59 AM

Adm n stered - Reg na d Barretto RN - 3/11/2021 8:27:34 AM

Adm n stered - Chr stopher Dom nguez RN - 3/10/2021 1:13:17 AM

Adm n stered - Cather ne Bangu an LVN - 3/9/2021 8:19:21 AM

Adm n stered - Brandy Rafa SRN - 3/8/2021 8:07:55 AM

Adm n stered - Stephan e Yee RN - 3/7/2021 8:53:59 AM

Adm n stered - Stephan e Yee RN - 3/6/2021 8:08:48 AM

Adm n stered - Romeo DeGuzman RN - 3/5/2021 9:12:29 AM

Adm n stered - Romeo DeGuzman RN - 3/4/2021 7:19:06 AM

Adm n stered - Edgar T mpug LVN - 3/3/2021 9:30:21 AM

**NELSON 013**
**COLEMAN 177**

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF ADULT PAROLE OPERATIONS**
**PAROLE LITIGATION MANAGEMENT UNIT**
PO Box 942883
Sacramento, CA 94283-0001



April 16, 2021


ADA Coordinator
San Diego Central Jail
1173 Front Street
San Diego, CA 92101

Dear ADA Coordinator:

**CDCR 2275-CJ Form-Request For Reasonable Modification Or Accommodation For Access To Housing and/or Program(s) In A County Jail:**

| | | |
|---|---|---|
| **Booking No.:** 21107181 | **Name:** | Nelson, Christopher L. |
| **DOB:** | **CDCR No.:** F29557 | **CII No.:** A23571190 |

The below identified information is being provided to your agency in compliance with an August 28, 2012, Federal court order (Order Distributing and Enforcing County Jail Order and Plan), issued by Judge Claudia Wilken, in the matter of Armstrong v. Brown, Case Number C94-2307 CW.

The California Department of Corrections and Rehabilitation (CDCR) is responsible for notifying county jails of parolees/inmates housed in their facilities that have a disability and may require an accommodation as a result of that disability.

Attached CDCR 2275-CJ form was received at our office from the above parolee/inmate housed in your county jail and has requested an accommodation. Our records from the CDCR Disability and Effective Communication System (DECS) indicate the following:

> **Disability Identified:** DPO-Intermittent Wheelchair User
> **Medical Equipment**: Knee Braces, Wheelchair
> **Housing Restrictions**: Ground Floor-No Stairs, Lower/Bottom Bunk Only
> **Last Accommodation**: Read Aloud Documents, Simple English Spoken Slowly and Clearly

**Parolee/Inmate is requesting:** Assistive Device, Housing-Double Mattress, Mental Health Care, Medical Care-MRI-Medical Evaluation-Nebulizer Machine for Asthma

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 014**
**COLEMAN 178**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:04:08 AM PST

### Sick Calls - NELSON, CHRISTOPHER 21107181

| Name | Scheduled Date | Reason | Completed Date |
|------|------|------|------|
| Med ca Chart Rev ew | 3/3/2021 | Per c ass f dep, ask ng f pat ent can have extra mattress f ag d/t backpa n Cance ed by denn s.euseb o on 3/3/2021 Reason: dup cate. has MDSC | 3/2/2021 |
| Med ca Doctor S ck Ca | 3/3/2021 | Was n a ro -over crash, broke h s back- us ng whee cha r, p s. rev ew DHS paper from Scr pps. Hx of asthma. Per C ass f deputy, ask ng f pat ent can have extra mattress f ag due to back pa n 3/2/21 P s see CDCR not f cat on for accommodat on - f up app ance author zat on then schedu e for ADA assessment - RNSC [DPP CODES: DPO - INTERMITTENT WHEELCHAIR USER: Requ res ower bunk and whee cha r access b e path of trave . Does not requ re whee cha r access b e hous ng. HOUSING RESTRICTIONS: Ground F oor-No Sta rs, Lower/Bottom Bunk On y DURABLE MEDICAL EQUIPMENT: Knee Braces, Other, Whee cha r PHYSICAL LIMITATIONS TO JOB OR OTHER: L m ted Whee cha r User] | 3/3/2021 |
| Reg stered Nurse S ck Ca | 3/3/2021 | ADA assessment per CDCR for accommodat on: DPP CODES: DPO - INTERMITTENT WHEELCHAIR USER: Requ res ower bunk and whee cha r access b e path of trave . Does not requ re whee cha r access b e hous ng. (LONG DISTANCE ONLY for crt & appt) HOUSING RESTRICTIONS: Ground F oor-No Sta rs, Lower/Bottom Bunk On y DURABLE MEDICAL EQUIPMENT: Knee Braces, Other, Whee cha r PHYSICAL LIMITATIONS TO JOB OR OTHER: L m ted Whee cha r User | 3/9/2021 |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 015
COLEMAN 179**

## Subjective

## Objective

| BP: / | Temp: | Pu se: | Resp: | Wt: | Sa02: | BS: | Pa n: |
|-------|-------|--------|-------|-----|-------|-----|-------|

## Assessment

MVA

## Plan

WC ok for transfer on y not to be used on hous ng f oor
Extra mattress not nd cated.

| Appointment Name | | Appointment Date | |
|---|---|---|---|
| Med ca Doctor S ck Ca | | 3/3/2021 12:00:00 AM PST | |
| **Diagnostic Name** | **Scheduled Date** | | **Doctor** |
| 2019 nCoV | 3/2/2021 12:00:00 AM PST | | Montgomery, Jon DO |
| **Flag ID** | | **Name** | |
| 281 | | Whee cha r | |

Addendum:

---

Carr e Romero RN POSTED ON 3/5/2021 3:11:23 PM PST                              Type: Unknown Ro e

Abnorma V ta S gns/Read ngs: ER send out

B ood Pressure Systo c: 193
B ood Pressure D asto c: 101

Addendum:

---

Carr e Romero RN POSTED ON 3/5/2021 3:16:04 PM PST                              Type: RN NOTE

See mandown assessment, Pt was booked n absent a 3/2/21 after be ng seen at Scr pps La Jo a for ro over MVA. Pt reports he was attempt ng to get up from cha r and t s d out from under h m. Sp na a gnment ma nta ned. Ab e to move extrem t tes. Pt sent to ER for further eva /tx. A ert and verba y respons ve, breath ng even and un abo red, sk n ntact, w/d/p and appropr ate co o or for ethn c ty. No d stress noted.

Addendum:

---

Krysta Lott NP POSTED ON 3/6/2021 9:58:07 AM PST                                Type: NP NOTE

NPCC

**NELSON 016**
**COLEMAN 180**

P an:

Cont nue nterm ttent whee cha r use; mon tor c ose y as pat ent has perpetuated unw tnessed fa s requ r ng emergency staff response.

Prov de pat ent w th wa ker as he shou d be us ng th s to PT. No nd cat on for fu t me whee cha r use noted anywhere on paperwork.

Start ng Gabapent n at 400mg BID at th s t me.

Referred pat ent to Ortho sp ne for further eva and treatment rec's.

Addendum:

---

Romeo DeGuzman RN POSTED ON 3/6/2021 10:12:39 AM PST                                                Type: MEDICAL CLEARANCE

Noted

Addendum:

---

Stephan e Yee RN POSTED ON 3/6/2021 1:53:56 PM PST                                                          Type: RN NOTE

Abnorma V ta /Read ng: Asymptomat c. BP taken through food f ap

B ood Pressure D asto c: 111

Addendum:

---

SOAP NOTE BY: Ke  Payne RN POSTED ON 3/7/2021 11:06:12 AM PST                                          Type: RN NOTE

**Subjective**

In t a y not respond ng verba y

**Objective**

| BP: | Temp: | Pu se: | Resp: 12 | Wt: na | Sa02: 83 | BS: 106 | Pa n: na |
|-----|-------|--------|----------|--------|----------|---------|----------|
| 134/101 | 98.0 | 119 | | | | | |

Ca ed to mandown on 4th f oor, report from deput es that pat ent has sha ow breath ng. Arr ved on f oor, pat ent noted n stag ng area n whee cha r w th deput es part a y support ng h s we ght n whee cha r, pat ent's head st ted back, eyes open and pup s p npo nt, breath ng at approx 12/ m n and sha ow, pu se present and strong, pat ent s wet/ covered n water, report from deput es that ce mates were sp ash ng pat ent w th water n attempt to awake. RN performs sterna rub and ammon a nha ant w th no response to e ther, Narcan g ven ntranasa at 0945. SpO2 83% on RA, p aced to O2 10 L v a NRB. Pup s st p npo nt and non react ve to ght, SpO2 ncreases to 98% on O2, VSS. Approx 0949 pat ent fted head and responds verba y, "I'm f ne, I was just rea y t red." Pat ent now respond ng appropr ate y to quest on ng, AOx4, O2 d/c and pat ent ma nta ns SpO2 at 98% on RA. Brought to c n c for med obs.

**Assessment**

Poss b e op ate overdose

R sk neffect ve breath ng pattern

R sk neffect ve gas exchange

R sk resp ratory d stress

**Plan**

He d n c n c for cont nued observat on per Dr. Co azo

---

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 017**
**COLEMAN 181**

| Flag ID | Name |
|---------|------|
| 281 | Whee cha r |

Addendum:

---

Magda na Ma cdem RN POSTED ON 3/17/2021 12:40:23 PM PDT                    Type: RN NOTE

NPSC   noted order , endorsed to med nurse  xopenex  nha er to be g ven to  /p w th  nstruct ons.

Addendum:

---

Krysta Lott NP POSTED ON 3/19/2021 4:49:55 PM PDT                    Type: NP NOTE


Addendum:

---

Lora ne Pa meda LVN POSTED ON 3/24/2021 11:59:00 AM PDT                    Type: LVN NOTE


Addendum:

---

Em y Lymburn RN POSTED ON 3/24/2021 2:12:59 PM PDT                    Type: RN NOTE


B ood Pressure D asto c: 100

Addendum:

---

SOAP NOTE BY: Ker Cava o NP POSTED ON 3/24/2021 2:31:24 PM PDT                    Type: NP NOTE

**Subjective**

CC: Mandown


HPI: 44 y/o ma e assesed on hous ng f oor after reported y tr pp ng over h s b anklet wh e gett ng out of bed and fa ng to the ground. Th s was
unw tnessed. Den es h tt ng head or LOC. C/o r shou der pa n. Not on th nners, ASA, NSAIDs.


ROS:


Const tut ona : negat ve for fever, ch  s, ma a se, we ght oss, we ght ga n or n ght sweats
HEENT: Den es any headache, changes n v s on, photophob a Den es any ear pa n, d scharge, d zz ness, t nn tus, ear fu ness or pressure.
Resp ratory: Den es any sob, cough, wheez ng
Card ac: Negat ve for chest pa n, pa p tat ons, edema, d zz ness or d aphores s
Abdomen: Den es for ep gastr c abdom na pa n
Ur nary: Negat ve for urgency, frequency, dysur a, f ank pa n, back pa n, ur nary ncont nence
Muscu oske eta : Post ve for R shou der, Negat ve swe  ng, arthr t c man festat ons
Neuro: Negat ve headache, d zz ness, paresthes a, extrem ty numbness or weakness, tremors, se zures
Heme/Lymph: negat ve for ymphadenopathy, easy bru s ng or b eed ng
Med cat ons: See MAR [Comp ant w th med cat ons, no m ssed doses]

## Objective

BP: 146/100    Temp: 98.2    Pulse: 120    Resp: 20    Wt: 0    Sa02: 99    BS: 127    Pain:

OBJECTIVE

Vitals [As shown in top section of 'objective' box]

PE:

HEENT: Normo cephalic, eyes EOM intact, no nystagmus, sclera clear pupils PERRLA

Nose: non tender maxillary or frontal no deviation of septum

Neck: Normal inspection and palpation

Respiratory: lung CTAB no rales, crackles, wheezing or decreased breath sounds

Cardiac: RRR no murmurs, gallops, or rubs

Abdomen: BS in all 4 quadrants, no tenderness to palpation

Neuro: CN 2-12 intact,, sensory, motor intact, no paresthesias

M/S: R shoulder decreased ROM. Unable to fully elevate R arm.

Psych: AAAx3

Differential Diagnosis:

## Assessment

Mechanical fall

## Plan

R shoulder Xray

| Appointment Name | | Appointment Date | |
|---|---|---|---|
| Medical Doctor Sick Call | | 3/3/2021 12:00:00 AM PST | |
| **Diagnostic Name** | **Scheduled Date** | | **Doctor** |
| 2019 nCoV | 3/2/2021 12:00:00 AM PST | | Montgomery, Jon DO |
| XR SHOULDER LIMITED | 3/24/2021 12:01:00 AM PDT | | Cavallo, Keri NP |
| **Flag ID** | | **Name** | |
| 281 | | Wheelchair | |

Addendum:

Krysta Lott NP POSTED ON 3/26/2021 1:30:19 PM PDT                                    Type: NP NOTE

NPCC r/t pain in right shoulder.

Right shoulder shows no abnormalities.

However, may be additional issues not visible on x ray.

Request for MRI of right shoulder for further information.

Adding Ibuprofen for pain

Ordered Kenalog for shoulder injection, if possible.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 019**
**COLEMAN 183**

Addendum:

---

Ker Cava o NP POSTED ON 4/6/2021 2:01:33 PM PDT                              Type: NP NOTE

NPCC

Referra for MRI deferred
Per Dr. G eran, ke y tom rotator cuff (tough not conf rmed), conservat ve treatment recommended

Addendum:

---

Carr e Romero RN POSTED ON 4/6/2021 4:05:54 PM PDT                          Type: RN NOTE

NPCC noted w/deferra of MRI

Addendum:

---

Ser na Rogn en Hood Suprv s ng Nurse POSTED ON 4/6/2021 4:20:41 PM PDT       Type: RN NOTE




Addendum:

---

Leonardo Mendoza RN MCG POSTED ON 4/16/2021 2:28:05 PM PDT                  Type: RN NOTE

ADA CASE MANAGEMENT NOTES: Rece ved CDCR not f cat on that pat ent request ng the ffg: see be ow
Pat ent seen by MD & current y on HTN/GERD/Asthma & chron c pa n meds. Pt s schedu e to see MD & psych for further eva uat on to accommodate
h s needs.


Apr 16, 2021
ADA Coord nator
San D ego Centra Ja
1173 Front Street
San D ego, CA 92101
Dear ADA Coord nator:
CDCR 2275-CJ Form-Request For Reasonab e Mod f cat on Or Accommodat on For Access To
Hous ng and/or Program(s) In A County Ja :
Book ng No.: 21107181 Name: Ne son, Chr stopher L.
DOB: 06/24/1976 CDCR No.: F29557 CII No.: A23571190
The be ow dent f ed nformat on s be ng prov ded to your agency n comp ance w th an August 28,
2012, Federa court order (Order D str but ng and Enforc ng County Ja Order and P an), ssued by
Judge C aud a W ken, n the matter of Armstrong v. Brown, Case Number C94-2307 CW.
The Ca fom a Department of Correct ons and Rehab tat on (CDCR) s respons b e for not fy ng
county ja s of paro ees/ nmates housed n the r fac t es that have a d sab ty and may requ re an
accommodat on as a resu t of that d sab ty.
Attached CDCR 2275-CJ form was rece ved at our off ce from the above paro ee/ nmate housed n
your county ja and has requested an accommodat on. Our records from the CDCR D sab ty and
Effect ve Commun cat on System (DECS) nd cate the fo ow ng:
D sab ty Ident f ed: DPO-Interm ttent Whee cha r User
Med ca Equ pment: Knee Braces, Whee cha r
Hous ng Restr ct ons: Ground F oor-No Sta rs, Lower/Bottom Bunk On y

---

NELSON, CHRISTOPHER LOUIS   100013559 (21107181)

Last Accommodat on: Read A oud Documents, S mp e Eng sh Spoken S ow y and C ear y

Paro ee/Inmate s request ng: Ass st ve Dev ce, Hous ng-Doub e Mattress, Menta Hea th Care,

Med ca Care-MRI-Med ca Eva uat on-Nebu zer Mach ne for Asthma

ADA Coord nator

Page 2 CDCR 2275-CJ

Shou d there be any quest ons regard ng the above nmate/paro ee, p ease contact the D v s on of

Adu t Paro e Operat ons, Paro e L t gat on Management Un t (PLMU) at (916) 322-6420.

S ncere y,

JOHN CARBONE

Paro e Agent II

DAPO D v s on HQ/Paro e L t gat on Management Un t

Enc osures: CDCR 2275-CJ

DECS

Addendum:

---

SOAP NOTE BY: Krysta Lott NP POSTED ON 4/16/2021 5:00:09 PM PDT                    Type: NP NOTE

### Subjective

Pat ent seen dur ng NP rounds request ng add t ona ntervent on re ated to r ght shou der pa n after MVA. Pat ent reports hx of sp ne fractures and tak ng Gabapent n 1200mg TID for pa n. Requests MRI of the shou der as we as referra to Ortho. Reports hx of stero d nject on nto jo nts prev ous y w th moderate mprovement.

MRI order was p aced and deferred:

L ke y rotator cuff njury, for wh ch conservat ve therapy s recommended. MRI m ght revea a surg ca es on, however surg ca ntervent on as per sher ff po cy s cons dered e ect ve.

### Objective

BP: /      Temp:      Pu se:      Resp:      Wt:      Sa02:      BS:      Pa n:

M/S: R shou der decreased ROM. Unab e to fu y e evate R arm.

### Assessment

R ght shou der pa n

### Plan

Kena og ordered for jo nt nject on to prov de re ef; w admn ster when rece ved.

Conservat ve therapy recommended and w fo ow gu de nes

Pat ent w th h story of Gabapent n 1200mg TID, per pat ent. Requests ncreased dose n Gabapent n and f we cannot accomodate dos ng, pat ent request Lyr ca. Reports tak ng n the past and effect ve. Add ng Lyr ca, once Lyr ca comes n, p ease d/c Gabapent n. Educated pat ent that Lyr ca wou d be f oated. Pat ent verba zed understand ng.

Ortho appt schedu ed for May 2021.

| Appointment Name | | Appointment Date | |
|---|---|---|---|
| Med ca Doctor S ck Ca | | 3/3/2021 12:00:00 AM PST | |
| **Diagnostic Name** | **Scheduled Date** | | **Doctor** |
| 2019 nCoV | 3/2/2021 12:00:00 AM PST | | Montgomery, Jon DO |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 021**
**COLEMAN 185**

| Diagnostic Name | | Scheduled Date | | Doctor | |
|---|---|---|---|---|---|
| XR SHOULDER LIMITED | | 3/24/2021 12:01:00 AM PDT | | Cava o, Ker NP | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Pregaba n Ora | 50 MG | 1 | 4/16/2021 8:00:00 AM | 5/15/2021 11:59:59 PM | Take 50 mg by mouth ONCE DAILY for 30 day(s). D spense 30 capsu e. 0 Ref (s) |

| Flag ID | | | Name | | |
|---|---|---|---|---|---|
| 281 | | | Whee cha r | | |

Addendum:

---

Krysta Lott NP POSTED ON 4/16/2021 5:01:05 PM PDT                              Type: NP NOTE

Once Lyr ca s ava ab e for d spens ng, d/c Gabapent n. Do not g ve both Gabapent n and Lyr ca to pat ent.

Addendum:

---

Krysta Lott NP POSTED ON 4/16/2021 5:01:31 PM PDT                              Type: NP NOTE

MRI was deferred for r ght shou der; recommend conservat ve therapy. Ortho f/u approved.

Addendum:

---

Krysta Lott NP POSTED ON 4/16/2021 5:05:48 PM PDT                              Type: NP NOTE

Extra mattress approved based on h story of sp na ssues and pa n.

Addendum:

---

Krysta Lott NP POSTED ON 4/16/2021 5:06:29 PM PDT                              Type: NP NOTE

Pat ent does report us ng "man down" to get further attent on regard ng shou der.
"I had to go man down so they cou d take care of my shou der".

Addendum:

---

R za na Baut sta RN POSTED ON 4/16/2021 5:27:39 PM PDT                         Type: RN NOTE

NPSC noted. meds n EMAR, rem nder posted to 5th f oor medpass re: gabapent n to d/c when yr ca rece ved.

Addendum:

---

SOAP NOTE BY: Krysta Lott NP POSTED ON 4/21/2021 2:29:07 PM PDT                 Type: NP NOTE

**Subjective**

Pat ent seen n c n c for shou der nject on to r ght shou der. Conservat ve therapy requested per MD; MRI deferred.
Educated pat ent regard ng referra and pat ent adament MRI shou d be done. Further educated pat ent any surgery on shou der wou d be e ect ve and th s s not someth ng that can be done wh e n our custody. Pat ent verba zed understand ng and amenab e to move forward w th shou der nject on.

**Objective**

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 022**
**COLEMAN 186**

| BP: / | Temp: | Pu se: | Resp: | Wt: | Sa02: | BS: | Pa n: |

R ght shou der; m ted rotat on r/t pa n
No edema, no ecchymos s noted, no erythema
No crep tus noted

## Assessment

Shou der pa n; r ght

## Plan

Addendum:

SOAP NOTE BY: Freder ck Wycoco NP POSTED ON 4/24/2021 12:56:16 PM PDT                    Type: NP NOTE

### Subjective

CC:
ADL assessment for ass st ve dev ce
Request for nebu zer mach ne; unsure regard ng access w th n ja

HPI: A 26 y/o ma e was seen n the hous ng d/t above reason. Per pt he has h/o "severe pers stent resp ratory d stress" x 5 years ago and he uses
a butero nha er, and nebu zer w th duoneb as needed when he was outs de. Today per pt he fee s okay, no prob em w th h s resp rat on, den es
any other comp a nts/concerns/symptoms

ROS:

Const tut ona : negat ve for fever, ch s, ma a se, we ght oss, we ght ga n or n ght sweats
HEENT: den es comp a nts
Resp ratory: Den es comp a nts
Card ac: Den es comp a nts

Addendum:

M ssa Burns RN POSTED ON 3/9/2021 3:10:12 PM PST                    Type: RN NOTE

RNSC comp ete pat ent has been ass gned ower bunk and t er

Addendum:

SOAP NOTE BY: Ker Cava o NP POSTED ON 3/17/2021 9:32:54 AM PDT        Type: NP NOTE

### Subjective

CC: Asthma

HPI: 44 y/o ma e assessed for report of asthma. Uses a buter /xopenex PRN. Current y asymptomat c.

ROS:

### Objective

BP: /      Temp:     Pu se:     Resp:     Wt:     SaO2:     BS:     Pa n:

OBJECTIVE
V ta s [As shown n top sect on of 'object ve' box]

PE:
HEENT:
Ears:
Nose:
Throat:
Neck
Resp ratory: CTABL, no wheezes, no decreased breath sounds.
Card ac:
Abdomen:
Neuro:

D fferent a D agnos s

### Assessment

Asthma

### Plan

Xopenex ordered for KOP use
IP nstructed to a ert staff of any worsen ng symptoms.
MDSC PRN

| Appointment Name | | Appointment Date | |
|---|---|---|---|
| Med ca Doctor S ck Ca | | 3/3/2021 12:00:00 AM PST | |
| **Diagnostic Name** | **Scheduled Date** | | **Doctor** |
| 2019 nCoV | 3/2/2021 12:00:00 AM PST | | Montgomery, Jon DO |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 024**
**COLEMAN 188**

| BP: / | Temp: | Pu se: | Resp: | Wt: | Sa02: | BS: | Pa n: |
|-------|-------|--------|-------|-----|-------|-----|-------|

R ght shou der; m ted rotat on r/t pa n

No edema, no ecchymos s noted, no erythema

No crep tus noted

## Assessment

Shou der pa n; r ght

## Plan

Addendum:

SOAP NOTE BY: Freder ck Wycoco NP POSTED ON 4/24/2021 12:56:16 PM PDT                    Type: NP NOTE

## Subjective

CC:

ADL assessment for ass st ve dev ce

Request for nebu zer mach ne; unsure regard ng access w th n ja

HPI: A 26 y/o ma e was seen n the hous ng d/t above reason. Per pt he has h/o "severe pers stent resp ratory d stress" x 5 years ago and he uses a buter o nha er, and nebu zer w th duoneb as needed when he was outs de. Today per pt he fee s okay, no prob em w th h s resp rat on, den es any other comp a nts/concerns/symptoms

ROS:

Const tut ona : negat ve for fever, ch s, ma a se, we ght oss, we ght ga n or n ght sweats

HEENT: den es comp a nts

Resp ratory: Den es comp a nts

Card ac: Den es comp a nts

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 025**
**COLEMAN 189**

Abdomen: Den es comp a nts

Muscu oske eta : den es comp a nts

Neuro: Den es comp a nts

Heme/Lymph: den es comp a nts

Psyche: den es comp a nts den ess /h /psa/ha uc nat ons

## Objective

| BP: / | Temp: | Pu se: | Resp: | Wt: | Sa02: | BS: | Pa n: |
|-------|-------|--------|-------|-----|-------|-----|-------|

OBJECTIVE

V ta s: [As shown n top sect on of 'object ve' box]

CXR 3/2/2021 = norma

PE: we nour shed, we hydrated, not n acute d stress

HEENT: Norma cepha c, eyes EOM ntact, no nystagmus, sc era c ear pup s PERRLA

Nose: no erythema, no congest on

Resp ratory: No aud b e advent t ous breath sounds or any d stress, speak ng n fu and c ear sentences, regu ar speed, coherent

Card ac: No noted d stress

Muscu oske eta : Ab e to ambu ate ndependent y and w thout m tat on

Psych: AAAx3

Sk n: warm, dry, no rash/ es ons, we perfused

Neuro: CN2 12 gross y ntact

D fferent a D agnos s: asthma, copd

## Assessment

Unspec f ed ung d sease

## Plan

Cont nue xopenex

Informed pt that nebu zer ns de the regu ar ce s og st ca y mposs b e and w th safety ssues

Educated that there s an ava ab e breath ng tx n the c n c f needed

W put a PRN nebu zat on tx n EMAR

If there s any acute changes n hea th, any comp a nts/concerns, or any symptoms that are not mprov ng, do not hes tate to et the staff know r ght away pt verba zed understand ng

MDSC PRN

| Appointment Name | | Appointment Date | | | |
|---|---|---|---|---|---|
| Med ca Doctor S ck Ca | | 3/3/2021 12:00:00 AM PST | | | |
| **Diagnostic Name** | | **Scheduled Date** | | **Doctor** | |
| 2019 nCoV | | 3/2/2021 12:00:00 AM PST | | Montgomery, Jon DO | |
| XR SHOULDER LIMITED | | 3/24/2021 12:01:00 AM PDT | | Cava o, Ker NP | |
| **Drug Name** | **Drug Strength** | **Quantity** | **Start** | **Stop** | **Complete Sig** |

NELSON, CHRISTOPHER LOUIS 100013559 (21107181)

**NELSON 026**
**COLEMAN 190**

ROS:

As above

## Objective

BP: /    Temp:    Pu se:    Resp:    Wt:    Sa02:    BS:    Pa n:

OBJECTIVE

V ta s [As shown n top sect on of 'object ve' box]

PE:

HEENT:

Ears:

Nose:

Throat:

Neck:

Resp ratory:

Card ac:

Abdomen:

Neurovascu ar: C rcu at on and sensat on ntact, motor ntact.

## Assessment

L shou der pa n    le y rotator cuff tear

## Plan

Refer to PT

Change Ibu to me ox cam.

| Appointment Name | Appointment Date |
|---|---|
| Med ca Doctor S ck Ca | 3/3/2021 12:00:00 AM PST |
| Reg stered Nurse S ck Ca | 5/5/2021 12:00:00 AM PDT |

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| 2019 nCoV | 3/2/2021 12:00:00 AM PST | Montgomery, Jon DO |
| XR SHOULDER LIMITED | 3/24/2021 12:01:00 AM PDT | Cava o, Ker NP |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 027**
**COLEMAN 191**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:04:08 AM PST

### Treatments - NELSON, CHRISTOPHER 21107181

| Name | SIG | Ordered By | Start | Stop |
|------|-----|-----------|-------|------|
| BP CHECK PER SNP | VITAL/TREATMENT | Krysta Lott NP | 3/6/2021 | 3/8/2021 |
| BP CHECK PER SNP | VITAL/TREATMENT | Krysta Lott NP | 3/20/2021 | 3/24/2021 |
| BP CHECK PER SNP | WEEKLY | Jon Montgomery DO | 3/25/2021 | 4/7/2021 |
| OTHER | VITAL/TREATMENT | Krysta Lott NP | 4/17/2021 | 4/17/2021 |
| COMPLETION OF CLINIC FORMS | IN THE EVENING | Lou s G eran MD | 6/4/2021 | 6/4/2021 |
| BP CHECK PER SNP | EVERY OTHER DAY | Jon Montgomery DO | 7/3/2021 | 7/8/2021 |
| DRESSING CHANGE APPLY ANTIBIOTIC | ONCE DAILY | Ker Cava o NP | 7/3/2021 | 7/9/2021 |
| BP CHECK PER SNP | ONCE DAILY | Jon Montgomery DO | 7/7/2021 | 7/8/2021 |
| BP CHECK PER SNP | ONCE DAILY | Ker Cava o NP | 7/10/2021 | 7/12/2021 |
| WEIGHT | ONCE DAILY | Jon Montgomery DO | 7/22/2021 | 7/22/2021 |
| NEBULIZER TREATMENT | NOW | Jon Montgomery DO | 11/26/2021 | 11/26/2021 |
| NEBULIZER TREATMENT | NOW | Dav d Chr stensen MD | 11/30/2021 | 11/30/2021 |
| NEBULIZER TREATMENT | NOW | Krysta Lott NP | 2/6/2022 | 2/6/2022 |
| NEBULIZER TREATMENT | ONCE DAILY | Krysta Lott NP | 2/7/2022 | 2/9/2022 |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 028**
**COLEMAN 192**

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| A butero Su fate Inha at on | (5 MG/ML) 0.5% | 1 | 4/24/2021 12:49:48 PM | 5/23/2021 11:59:59 PM | Inha e (5 MG/ML) m v a Nebu zer AS DIRECTED for 30 day(s). D spense 0 nebu zat on so ut on. 3 Ref (s). *TID as needed. PRN SOB/wheez ng *ATE Prof e On y |

| Flag ID | Name |
|---------|------|
| 281 | Whee cha r |

Addendum:

---

SOAP NOTE BY: Co n La ng RN POSTED ON 5/2/2021 4:07:32 AM PDT                    Type: RN NOTE

### Subjective

I/P reports be ng burned by the phone.

### Objective

| BP: / | Temp: | Pu se: | Resp: | Wt: | Sa02: | BS: | Pa n: |
|-------|-------|--------|-------|-----|-------|-----|-------|

Noted severa superf c a m nor abras ons b atera y on backs of e bows. Abras ons scabbed over dark co orat on, no swe ng, b eed ng or dra nage present. No Sx of nfect on.

### Assessment

Impa red Sk n Integr ty

### Plan

Bac trac n prov ded
I/P nstructed to keep abras ons c ean, dry and to nform staff f any Sx of nfect on occur. I/P verba zed understand ng.
RN SC schedu ed 5/5/2021

| Appointment Name | Appointment Date |
|------------------|------------------|
| Med ca Doctor S ck Ca | 3/3/2021 12:00:00 AM PST |
| Reg stered Nurse S ck Ca | 5/5/2021 12:00:00 AM PDT |

| Diagnostic Name | Scheduled Date | Doctor |
|-----------------|----------------|--------|
| 2019 nCoV | 3/2/2021 12:00:00 AM PST | Montgomery, Jon DO |
| XR SHOULDER LIMITED | 3/24/2021 12:01:00 AM PDT | Cava o, Ker NP |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 029**
**COLEMAN 193**

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| A butero Su fate Inha at on | (5 MG/ML) 0.5% | 1 | 4/24/2021 12:49:48 PM | 5/23/2021 11:59:59 PM | Inha e (5 MG/ML) m v a Nebu zer AS DIRECTED for 30 day(s). D spense 0 nebu zat on so ut on. 3 Ref (s). *TID as needed. PRN SOB/wheez ng *ATE Prof e On y |

| Flag ID | | | Name | | |
|---------|--|--|------|--|--|
| 281 | | | Whee cha r | | |

Addendum:

---

Joj Evange sta CRN POSTED ON 5/4/2021 9:06:00 AM PDT                    Type: RN NOTE

Te emed c ne for Ortho sp ne comp ated. Awa t ng d ctated notes.

Addendum:

---

Re nan Pau no RN POSTED ON 5/5/2021 11:52:44 PM PDT                    Type: RN NOTE

Seen at HUR Pt b at abras ons on h s e bow hea ed. "I don't need any treatment."

Addendum:

---

A een Longno RN POSTED ON 5/10/2021 9:38:09 PM PDT                    Type: RN NOTE

Addendum:

---

Ker Cava o NP POSTED ON 5/13/2021 9:40:38 AM PDT                    Type: NP NOTE

NPCC

Ortho notes rev ewed.
MRI ordered, yr ca ncreased to BID

Addendum:

---

Krysta Lott NP POSTED ON 5/14/2021 3:42:49 PM PDT                    Type: NP NOTE

Offs te record rev ewed from 2019.
No new orders

Addendum:

---

SOAP NOTE BY: Ker Cava o NP POSTED ON 5/16/2021 11:37:56 AM PDT                    Type: NP NOTE

**Subjective**

CC: L shou der pa n

HPI: 44 y/o ma e assessed on hous ngf oor for c/o L shou der pa n. Th s ssue has been addressed mut p e t mes nthe past w th referra for MRI to

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 030**
**COLEMAN 194**

Addendum:

---

Carr e Romero RN POSTED ON 6/15/2021 3:13:52 PM PDT                    Type: RN NOTE

MDCC noted w/referra requested

Addendum:

---

Ker Cava o NP POSTED ON 6/24/2021 10:45:36 AM PDT                    Type: NP NOTE

NPCC

MRI deferred
Even f tom, surg ca repa r not a covered benef t of county.

Addendum:

---

SOAP NOTE BY: Adaeze Okoh RN POSTED ON 7/2/2021 9:28:51 PM PDT          Type: RN NOTE

**Subjective**

"Sores popped up about 2 months ago and never hea s Gets b gger and keeps eak ng".

**Objective**

| BP: | Temp: | Pu se: | Resp: 17 | Wt: | Sa02: 98 | BS: | Pa n: 0 |
|-----|-------|--------|----------|-----|----------|-----|---------|
| 166/80 | 98.9 | 103 | | | | | |

| Appointment Name | | Appointment Date | | |
|------------------|---|------------------|---|---|
| Med ca Doctor S ck Ca | | 3/3/2021 12:00:00 AM PST | | |
| Reg stered Nurse S ck Ca | | 5/5/2021 12:00:00 AM PDT | | |
| Med ca Chart Rev ew | | 7/9/2021 12:00:00 AM PDT | | |
| Med ca Doctor S ck Ca | | 7/3/2021 12:00:00 AM PDT | | |
| **Treatment Name** | **Order Sig** | **Start** | | **Stop** |
| BP CHECK PER SNP | EVERY OTHER DAY | 7/3/2021 8:00:00 AM PDT | | 7/8/2021 11:59:59 PM PDT |
| **Diagnostic Name** | | **Scheduled Date** | **Doctor** | |
| 2019 nCoV | | 3/2/2021 12:00:00 AM PST | Montgomery, Jon DO | |
| XR SHOULDER LIMITED | | 3/24/2021 12:01:00 AM PDT | Cava o, Ker NP | |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 031**
**COLEMAN 195**

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Pregaba n Ora | 50 MG | 1 | 4/16/2021 8:00:00 AM | 5/15/2021 11:59:59 PM | Take 50 mg by mouth ONCE DAILY for 30 day(s). D spense 30 capsu e. 0 Ref (s) |

| 281 | | | Whee cha r | |
|-----|--|--|-----------|--|
| **Offsite Type** | **Specialty** | | **Reason** | **Priority** |
| Offs te | Therapy PT | | Pa n and mob ty restr ct ons. | Exped te |

Addendum:

---

SOAP NOTE BY: Ker Cava o NP POSTED ON 7/3/2021 8:43:45 AM PDT                    Type: NP NOTE

### Subjective

CC: Eva for wounds

HPI: 45 y/o ma e assesed on hous ng f oor for c/o mu t p e wounds. IP staes he n t a y deve oped wounds to both e bows after gett ng shocked by meta tab e connected to phones. He was be ng treated w th bac trac n and banda ds but wounds worsened ov er the past few days. No reports s m ar es ons to L th gh w thout provocat on.

ROS:
Den es fever, ch s
Den es N/V
Pos t ve for spontaneous wounds

### Objective

| BP: / | Temp: | Pu se: | Resp: | Wt: | Sa02: | BS: | Pa n: |
|-------|-------|--------|-------|-----|-------|-----|-------|

OBJECTIVE
V ta s [As shown n top sect on of 'object ve' box]

PE:
HEENT:
Ears:
Nose:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 032**
**COLEMAN 196**

Throat:

Neck

Resp ratory:

Card ac:

Abdomen:

Neuro: Sensory and motor ntact

D fferent a D agnos s:

## Assessment

## Plan

| Appointment Name | Appointment Date |
|---|---|
| Med ca Doctor S ck Ca | 3/3/2021 12:00:00 AM PST |
| Reg stered Nurse S ck Ca | 5/5/2021 12:00:00 AM PDT |
| Med ca Chart Rev ew | 7/9/2021 12:00:00 AM PDT |
| Med ca Doctor S ck Ca | 7/3/2021 12:00:00 AM PDT |

| Treatment Name | Order Sig | Start | Stop |
|---|---|---|---|
| BP CHECK PER SNP | EVERY OTHER DAY | 7/3/2021 8:00:00 AM PDT | 7/8/2021 11:59:59 PM PDT |
| DRESSING CHANGE APPLY ANTIBIOTIC | ONCE DAILY | 7/3/2021 8:00:00 AM PDT | 7/9/2021 11:59:59 PM PDT |

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| 2019 nCoV | 3/2/2021 12:00:00 AM PST | Montgomery, Jon DO |
| XR SHOULDER LIMITED | 3/24/2021 12:01:00 AM PDT | Cava o, Ker NP |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 033**
**COLEMAN 197**

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|

**Subjective**

**Assessment**

A tered hea th ma ntenance comfort

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 034**
**COLEMAN 198**

## REFUSAL TO ACCEPT MEDICAL CARE/TREATMENT

THIS IS TO CERTIFY THAT:    (Check all the applicable boxes)

☒ **I hereby refuse to go to a scheduled sick call on** _7/4/21_ **(date) with the:**
☐ **Doctor** ☐ **Psychiatrist** ☐ **Dentist** ☒ **Nurse** ☐ **Other** _LTSG_ .

☐ **Refusal for medical care – Specialty appointments**
**Today I was to have a specialty appointment in:** _____.
**I am aware that the physician referred me to this clinic. I refuse to attend this appointment.**
I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further medical / psychiatric / dental treatment from the
San Diego Sheriff's Department Detention Facilities' Medical Services Division for
treatment of _____. I do not
relinquish my rights for treatment of other medical, psychiatric or dental conditions.
Initials: _____

☐ **I hereby refuse to be transported to a Sheriff's contracted or subcontracted hospital/**
**provider/contracted agent such as UCSD or PPHS, for my scheduled** _____
_____ **clinic appointment.**

☐ **I hereby refuse to take my medications(s)/laboratory tests, namely:** _____
_____ **as prescribed by the San Diego County Sheriff's**
**Detention Facilities Medical Services physician/dentist. I understand that if I continue to**
**refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind I**
**understand that I will notify medical staff.**

☐ **I hereby refuse to accept the prescribed medical diet, namely:** _____
**I understand this can lead to serious consequences, including the possibility of death.**

☐ **I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to**
**serious consequences, including the possibility of death.**

I understand that I am taking this action against medical advice and I have been informed of the risk to my
health as a result of my action. I accept the full consequences of my action that is contrary to the
recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San
Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any
unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this
medical treatment.

Reason for Refusal: _____ _NO_ _____

Signature of Patient: _____    Date: _____

Print Name: _NELSON, CHRISTOPHER_    Booking Number: _2107181_
☐ Patient refused to sign this form

Witnessed by: _AR 0648_    Witnessed by: _JV 0659_

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES DIVISION
REFUSAL TO ACCEPT MEDICAL CARE/TREATMENT
Page 1 of 1
☐GBDF ☐EMRF ☐LCDRF ☐SBDF ☐SDCJ ☐VDF ☐FAC8
Patient's Name: _____

NELSON, CHRISTOPHER LOUIS 100013559 (21107181)

| | | | - | | | - | | |

**NELSON 035**
**COLEMAN 199**

## REFUSAL TO ACCEPT MEDICAL CARE/TREATMENT

THIS IS TO CERTIFY THAT:        (Check all the applicable boxes)

☒ **I hereby refuse to go to a scheduled sick call on** 7/6/21 **(date) with the:**
☐ Doctor  ☐ Psychiatrist  ☐ Dentist  ☒Nurse  ☐ Other _____.

☐ **Refusal for medical care – Specialty appointments**
**Today I was to have a specialty appointment in:** _____.
**I am aware that the physician referred me to this clinic. I refuse to attend this appointment.**
I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further medical / psychiatric / dental treatment from the San Diego Sheriff's Department Detention Facilities' Medical Services Division for treatment of _____. I do not relinquish my rights for treatment of other medical, psychiatric or dental conditions.
Initials: _____

☐ **I hereby refuse to be transported to a Sheriff's contracted or subcontracted hospital/ provider/contracted agent such as UCSD or PPHS, for my scheduled** _____ **clinic appointment.**

☐ **I hereby refuse to take my medications(s)/laboratory tests, namely:** _____ **as prescribed by the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind I understand that I will notify medical staff.**

☐ **I hereby refuse to accept the prescribed medical diet, namely:** _____.
**I understand this can lead to serious consequences, including the possibility of death.**

☐ **I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.**

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal: _DID NOT WANT TO GO_

Signature of Patient: _____    Date: _7/6_

Print Name: _NELSON, CHRISTOPHER_    Booking Number: _2110718)_
☐ Patient refused to sign this form

Witnessed by: _LV 0659_    Witnessed by: _DC 508?_

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES DIVISION
REFUSAL TO ACCEPT MEDICAL CARE/TREATMENT
Page 1 of 1

☐GBDF ☐EMRF ☐LCDRF ☐SBDF ☐SDCJ ☐VDF ☐FAC8
Patient's Name: _____
D.O.B: _____

NELSON, CHRISTOPHER LOUIS 100013559 (21107181)
Booking Number

Date (MM-DD-YY)

Form J223 Rev 12/14

**NELSON 036
COLEMAN 200**

## REFUSAL TO ACCEPT MEDICAL CARE/TREATMENT

**THIS IS TO CERTIFY THAT:**        (Check all the applicable boxes)

☒ **I hereby refuse to go to a scheduled sick call on** _7-8-21_ **(date) with the:**
  ☐ **Doctor** ☐ **Psychiatrist** ☐ **Dentist** ☒ **Nurse** ☐ **Other** _____.

☐ **Refusal for medical care – Specialty appointments**
  **Today I was to have a specialty appointment in:** _____.
  **I am aware that the physician referred me to this clinic. I refuse to attend this appointment.**
  I understand that a follow-up appointment may not be scheduled for me unless I request it.

  ☐ I therefore refuse to accept further medical / psychiatric / dental treatment from the
     San Diego Sheriff's Department Detention Facilities' Medical Services Division for
     treatment of _____. I do not
     relinquish my rights for treatment of other medical, psychiatric or dental conditions.
     Initials: _____

☐ **I hereby refuse to be transported to a Sheriff's contracted or subcontracted hospital/**
  **provider/contracted agent such as UCSD or PPHS, for my scheduled** _____
  _____ **clinic appointment.**

☐ **I hereby refuse to take my medications(s)/laboratory tests, namely:** _____
  _____ **as prescribed by the San Diego County Sheriff's**
  **Detention Facilities Medical Services physician/dentist. I understand that if I continue to**
  **refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind I**
  **understand that I will notify medical staff.**

☐ **I hereby refuse to accept the prescribed medical diet, namely:** _____.
  **I understand this can lead to serious consequences, including the possibility of death.**

☐ **I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to**
  **serious consequences, including the possibility of death.**

I understand that I am taking this action against medical advice and I have been informed of the risk to my
health as a result of my action. I accept the full consequences of my action that is contrary to the
recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San
Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any
unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this
medical treatment.

Reason for Refusal: _____No_____

Signature of Patient: _____ Date: _7-8-21_

Print Name: _CHRISTOPHER NELSON_    Booking Number: _2110718l_
☒ Patient refused to sign this form

Witnessed by: _____3397_____    Witnessed by: _____

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES DIVISION
REFUSAL TO ACCEPT MEDICAL CARE/TREATMENT
Page 1 of 1

☐GBDF ☐EMRF ☐LCDRF ☐SBDF ☐SDCJ ☐VDF ☐FAC8
Patient's Name: _____

NELSON, CHRISTOPHER LOUIS 10001355 (2110718) D.O.B.

**NELSON 037**
**COLEMAN 201**

 **Tri-City Medical Center**

**Tri-City Medical Center**
4002 Vista Way
Oceanside, CA 92056-
(760) 724-8411

| Name: | **NELSON, CHRISTOPHER** | | Admit Date: | 7/23/2021 |
|---|---|---|---|---|
| MRN / FIN: | 1467820 | 7018010 | Discharge Date: | |
| DOB / Age: | | 45 years | Attending: | Gilleran, Louis George |
| Sex / Birth Sex: | Male | Male | Copy to: | Montgomery, Jon M |

## Magnetic Resonance Imaging

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 18-MR-21-0001649^ | 7/23/2021 10:18 PDT | MRI Spine Lumbar w/o Contrast | Montgomery, Jon M | 45 years |

**Reason for Exam**
(MRI Spine Lumbar w/o Contrast) encounter for other specified special examinations

**Radiology Report**
MRI LUMBAR SPINE WITHOUT CONTRAST

HISTORY: ENCOUNTER FOR OTHER SPECIFIED SPECIAL EXAMINATIONS

COMPARISON: None.

TECHNIQUE: Multipulse, multisequence imaging performed through the lumbar spine without intravenous contrast. 1.5 Tesla MRI.

FINDINGS:

Normal lumbar spine alignment. No significant disc desiccation or disc space narrowing. No bone bruise or fracture. Normal distal spinal cord.

L1-2: No foraminal or central canal narrowing.

L2-3: No foraminal or central canal narrowing.

L3-4: Saddle-shaped disc bulge and mild facet hypertrophy causing no foraminal or central canal narrowing.

L4-5: Saddle-shaped disc bulge and mild facet hypertrophy and thickening of the ligamentum flavum causing mild central canal narrowing. No foraminal narrowing.

L5-S1: No foraminal or central canal narrowing.

IMPRESSION:

MILD LUMBAR SPONDYLITIC CHANGES.

NO DISC PROTRUSIONS OR EXTRUSIONS.

NO SIGNIFICANT FORAMINAL OR CENTRAL CANAL NARROWING.

NO FRACTURE.

Transcribed by: 7/23/2021 11:19 AM

---

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 038**
**COLEMAN 202**

⚥ 7/23/2021 15:36                                    RRD→18589745854                    4/4

### Tri-City Medical Center

**Name:**       **NELSON, CHRISTOPHER**              MRN / FIN: 1467820          7018010

### Magnetic Resonance Imaging

**Radiology Report**
***** Final *****

Dictated by:   Pinnell, Sean P MD
Dictated DT/TM: 07/23/2021 1:09 pm
Signed by:  Pinnell, Sean P MD
Signed (Electronic Signature):  07/23/2021 1:06 pm
Transcribed by: GDU

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 039**
**COLEMAN 203**

Addendum:

Pesa Cos ow RN POSTED ON 8/14/2021 12:13:59 PM PDT                    Type: RN NOTE

Ker Cava o NP POSTED ON 8/17/2021 9:48:21 AM PDT                       Type: NP NOTE

NPCC

Me ox cam renewed
Pa n management referra p aced, approved

Addendum:

Carr e Romero RN POSTED ON 8/17/2021 9:52:40 AM PDT                    Type: RN NOTE

NPCC noted w/med and referra p aced

Addendum:

Pesa Cos ow RN POSTED ON 8/17/2021 10:42:09 AM PDT                    Type: RN NOTE

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 040**
**COLEMAN 204**

Stephan e Yee RN POSTED ON 10/22/2021 10:11:00 AM PDT                                        Type: RN NOTE

Dav d Chr stensen MD POSTED ON 11/18/2021 2:24:29 PM PST                                      Type: MD NOTE

p ease renew xopenex

P s rev ew UCSD Pa n Mgt d/c papers 11/16

> xopenex renewed.

Pa n Management Notes

Suspect facetogen c umbar pa n eft more than r ght and coccydyn a

Rec:

    Increase yr ca from 50 mg b d to 75 mg b d and poss b y up to 100 and f needed to 150 mg

    "We d scussed order ng an xray today and poss b e d agnost c med a branch b acks as pre ude to poss b e    rad ofrqquency ab at on and poss b e
ta bone nject on wh ch can be done here but you dec ned hose. "

    Tr a ce ebrex

>Lyr ca changed to 75 mg b d

> ce ebrex started

Addendum:

Carr e Romero RN POSTED ON 11/20/2021 8:10:29 AM PST                                          Type: RN NOTE

ce ebrex unava ab e, w f/u w th next de very, was just ordered

Addendum:

Yo onda Hu um RN POSTED ON 11/20/2021 10:55:37 PM PST                                         Type: RN NOTE

Late Entry: 19 November 2021

Noted on the EMAR an error was made n the med cat on adm n strat on of Pregab n 75 mg, It was not adm n stered due to the med cat on was not
ava ab e at that part cu ar t me.

Addendum:

Carr e Romero RN POSTED ON 11/21/2021 9:54:05 AM PST                                          Type: RN NOTE

Ce ebrex unava ab e, w f/u w/pharmacy

Addendum:

SOAP NOTE BY: Levy Santos RN POSTED ON 11/24/2021 12:35:12 PM PST                             Type: RN NOTE

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

NELSON 041
COLEMAN 205

Addendum:

Man Jan Psychiatrist POSTED ON 5/10/2021 5:28:42 PM PDT                                    Type: PSYCHIATRIST

Psychiatric Intake Evaluation

HISTORY OF PRESENT ILLNESS:
Pt is 44 y/o booked 3/2/21 for "EVADE PO:DISREGARD SAFETY;FELON POSS FIREARM;HOLD: Re Dt/Tm: Agency: USM;POS/PUR F/SALE
NARC/C/SUB;POSS CNTL SUB FOR SALE;POSS/PUR COKE BASE F/SALE;PROHIBIT OWN/ETC AMMO/ETC;TRANSP/ETC CNTL
SUB;TRANSP/SELL NARC/CNTL SUB;VIOLATION OF PAROLE:FEL," court on 07/07/2021 (SD011), who is seen today for PsychSC Intake. Patient
without significant history via TechCare/JIMS psychiatric data with numerous incarcerations 2003 - 2019.

The following encounter, with verbal agreement from patient, was conducted over HIPAA compliant video tele conferencing in confidential setting at
interview room.

Today pt presents as calm, cooperative. Pt states he is having decreased mood. States he was most recently on Wellbutrin BID from Neighborhood
Health in Escondido. Last took a few weeks before arrest. He admits to low motivation and anxiety. Has a wife he loves for and is still not motivated for
release and future. Pt otherwise reports fair concentration, sleep, appetite. Pt denies suicidality, homicidality, hallucinations, delusions, paranoia,
mania/hypomania (or hx), nightmares, hx of PTSD, panic sx. He has been talking to his wife for supports. Has good ones he talks to as well. He has
been writing letters to stay busy. R/B/A/AE of meds discussed; pt thanked provider for care.

PSYCHIATRIC HISTORY:
Prior dx agnoses/treatment: Treatment through Neighborhood Health in Escondido and taking Wellbutrin.
Prior hospitalizations: Denied
Prior suicide attempt (SA) or self injurious behavior (SIB): Denied PSA/SIB
SUBSTANCE ABUSE HISTORY: Meth (smoke)
FAMILY PSYCHIATRIC HISTORY: Aunt - Schizophrenia

MEDICAL AND SURGICAL HISTORY: Broke back at arrest in MVA, Asthma, GERD, Hip Replacements
CURRENT MEDICATIONS: Ibuprofen, Omeprazole, Pregabin, Xopenex, Albuterol
ALLERGIES: NKDA per pt/EMR
REVIEW OF SYSTEMS: comprehensive review of system was a negative unless noted above.

SOCIAL HISTORY:
Housing: Renting a cottage though lost this so now homeless.
Work: Under the table.
Social support: Brothers, Aunts in Colorado.

CURRENT MENTAL STATUS: Fair grooming, clean clothes, polite. Alert, awake, oriented to situation. Rested with good eye contact. No apparent and
denies EPS. Calm and cooperative. Euthymic affect, stable and reactive with ability to smile and laugh. Mood described as "not the best". Future
oriented and hopeful. Denies suicidality, homicidality, hallucinations, delusions, paranoia. Linear, logical, goal oriented thought process. No apparent
response to internal stimuli. Fair insight and judgment.

DIAGNOSTIC:
Axis I/II: Depression NOS F32.9, Stimulant use dz F15.20

RISK ASSESSMENT: RISK ELEVATION FROM BASELINE: Minimal. BASELINE: Low.
RISK FACTORS: Gender, Little access to social support, No direct access to significant other, Age
PROTECTIVE FACTORS: Little access to means, No organized plan, No current substance misuse, Not intoxicated, Future oriented and hopeful, Not
currently depressed, No past attempt, Intact thought process, No life threatening illness, Denying SI

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

NELSON 042
COLEMAN 206

PLAN: Expected benefit, risks, side effects, alternatives discussed. Patient does not present to be a danger to self/others, or gravely disabled. Patient vouching for his safety. Patient states he will inform staff if suicidal. Patient agrees with plan. Pt presents with decreased mood and anxiety in context of incarceration, recent heavy drug use, legal case, and psychosocial stressors. Will restart previously efficacious Wellbutrin at this time.

Start Wellbutrin IR 100mg PO BID for mood, anxiety (crush)

Please schedule with counselors for increased coping skills and support

Provided active listening, psychoeducation, and supportive therapy with direction.

Discussed with patient various diagnostic, treatment and medication issues, options explored and explained. Treatment plan discussed with the patient; questions were answered. Patient expressed understanding and agrees with treatment recommendations.

Educated on meds: take meds as prescribed (names, dose, route, time, frequency, reason and to take routinely), potential length of time for a response, potential complications as a result of an abrupt cessation once a certain dose has been reached for certain meds, the need to continue routine meds even if pt starts to feel better, and to report any questions/concerns.

Health maintenance, as needed, and management of medical diagnoses, handled by medical team.

Motivational therapy rendered about achieving abstinence from licit drug/alcohol use; pt forward thinking towards sobriety at this time.
RTC: 6 weeks PsychSC for follow up

Addendum:

---

Man Jan Psychiatrist POSTED ON 5/17/2021 1:20:54 PM PDT                                    Type: PSYCHIATRIST

PSYCH CC:

CC done to review medications from outside records. Pt was taking WBT and Zoloft. Pt has already been seen and started on medications. Pt with follow up scheduled.

No new orders

Addendum:

---

Man Jan Psychiatrist POSTED ON 6/22/2021 4:48:55 PM PDT                                    Type: PSYCHIATRIST

Psychiatric Progress Note

INTERVAL HISTORY:

Pt is 44 y/o booked 3/2/21 for "EVADE PO;DISREGARD SAFETY;FELON POSS FIREARM;HOLD: Re Dt/Tm: Agency: USM;POS/PUR F/SALE NARC/C/SUB;POSS CNTL SUB FOR SALE;POSS/PUR COKE BASE F/SALE;PROHIBIT OWN/ETC AMMO/ETC;TRANSP/ETC CNTL SUB;TRANSP/SELL NARC/CNTL SUB;VIOLATION OF PAROLE:FEL," court on 07/07/2021 (SD011), who was last seen in PsychSC on 5/10 for F32.9, seen today for follow up. At that time pt was started on Wellbutrin. Per TechCareEMAR, patient has remained compliant with his medication.

The following encounter, with verbal agreement from patient, was conducted over HIPAA compliant video tele conferencing in confidential setting at interview room.

Today pt presents as calm, cooperative. Pt states he is doing better. He feels his mood has improved and more motivated to fight his case and talk to loved ones. He feels he sometimes gets irritable and agitated. He wondered if Zoloft would be helpful for the switch ch he took in person. Also open to trying Abilify. Would also like to increase Wellbutrin. Pt reports fair concentration, sleep, appetite. Pt denies suicidality, homicidality, hallucinations, delusions, paranoia, nightmares, panic sx. Pt denies side effects from his medications. He has been reading and writing letters to stay busy. Talks regularly on the phone to his girlfriend, brothers and friends. He's motivated to get through his case. R/B/A/AE of medication discussed including TD, gambling; pt thanked provider for care.

CURRENT MENTAL STATUS: Fair grooming, clean clothes, polite. Alert, awake, oriented to situation. Rested with good eye contact. No apparent and denies EPS. Calm and cooperative. Euthymic affect, stable and reactive with ability to smile and laugh. Mood described as "better, get agitated

NELSON 043
COLEMAN 207

| Name | Scheduled Date | Reason | Completed Date |
|------|----------------|--------|----------------|
| QMHP | 5/19/2021 | - P ease schedu e w th counse ors for ncreased cop ng sk s and support ( per Dr. jan 5/10/21) Refused by CHRISTOPHER NELSON on 5/21/2021. | 5/21/2021 |
| Psych atry S ck Ca | 6/22/2021 | Seen 5/10. 6 weeks PsychSC fo ow-up (6/21). Leve 2-3. | 6/22/2021 |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 044**
**COLEMAN 208**

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Psych atry S ck Ca | 8/3/2021 | [[ 2nd REFUSAL 7/27 - R/S to 8/3 MUST COME \| 1st REFUSED 7/21 ]] Seen 6/22. 4 weeks PsychSC fo ow-up (7/20). Leve 2. | 8/3/2021 |
| Psych atry S ck Ca | 10/25/2021 | [[ R/S to 10/25 - MUST COME OR TAPER AND DISCONTINUE MEDICATIONS ]] [[ 3rd REFUSAL 10/18 ]] [[ 2nd REFUSAL 10/11 ]] [[ 1st REFUSED 9/29 ]] Seen 8/3. 8 weeks PsychSC fo ow-up (9/28). Leve 3. | 11/5/2021 |
| Med ca Chart Rev ew | 11/17/2021 | P s rev ew UCSD Pa n Mgt d/c papers 11/16. | 11/18/2021 |
| Med ca Chart Rev ew | 11/17/2021 | p ease renew xopenex | 11/18/2021 |
| Reg stered Nurse S ck Ca | 11/19/2021 | per j212" request ng for new nha er" | 11/24/2021 |
| Med ca Doctor S ck Ca | 11/26/2021 | I/P presented to c n c 11/26/21/23:00c/o SOB and requ r ng nebu zer treatment, auscu tated ra es and wheez ng throughout ung f e ds, 96% RA, afebr e, states he needs predn sone, p ease assess | 11/27/2021 |
| Med ca Chart Rev ew | 12/20/2021 | P s rev ew Pt's chart. Me ox cam 15 mg OD exp red. P s renew | 12/20/2021 |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 045**
**COLEMAN 209**

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Med ca Chart Rev ew | 12/21/2021 | Me ox cam exp red on 12/15/21. P ease restart f appropr ate | 12/21/2021 |
| Denta S ck Ca | 12/27/2021 | Denta S ck Ca  schedu ed from Rece v ng Screen ng Refused by NELSON, CHRISTOPHER LOUIS on 1/5/2022. | 1/5/2022 |
| Psych atry S ck Ca | 12/31/2021 | [[ REFUSED 1/11 - R/S TO 1/18 ]] Seen 11/5. 8 weeks PsychSC fo ow-up (12/31). Leve 3. | 1/17/2022 |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 046**
**COLEMAN 210**

# EXHIBIT B

**NELSON 047**

**COLEMAN 211**

# SAN DIEGO SHERIFFS DEPARTMENT

## Incident Report

**Incident #:** 214016536

**Incident Dt/Tm:** 05-02-2021 0520

**Incident Type Code:** ISR    INMATE STATUS REPORT

**Participants**

| Name (L,F,M,S) | JIM/Book # | Facility | Area | HU | Cell | Bed | Inv |
|---|---|---|---|---|---|---|---|
| NELSON, CHRISTOPHER L. | 100013559 / 21107181 | 1 | 8 | C | 13 | M | O |

**Incident Occurred:**

**Fac:** 1              **Area:** 5              **HU:** A

**Location:** Cell #9

| | | |
|---|---|---|
| **Officer:** LSPEARSH, SPEARMAN | **Submitted Dt/Tm:** 05-02-2021 0522 |
| **Update By:** OORTEGSH, ORTEGA | **Update Dt/Tm:** 05-02-2021 2144 |
| **Supervisor:** OORTEGSH, ORTEGA | **Approval Dt/Tm:** 05-02-2021 2144 |

**Use of force?** N        **CS Violence?** N        **Inmate Violence?** N        **Contraband?** N

**Facility Damage?** N        **Disciplinary?** N        **Hearing Required?** N

**Action Taken:**                                **Approval Action:**

This ISR is for inmate information.

**NELSON 048**
**COLEMAN 212**

# SAN DIEGO SHERIFFS DEPARTMENT

## Incident Report

**Incident Information:**

| | | | |
|---|---|---|---|
| **Entry Dt/Tm:** | 05-02-2021 0522 | **Entered By:** | LSPEARSH,SPEARMAN |
| **Update Dt/Tm:** | 05-02-2021 0527 | **Updated By:** | LSPEARSH,SPEARMAN |
| **Approved Dt/Tm:** | 05-02-2021 2144 | **Approved By:** | OORTEGSH,ORTEGA |

ORIGIN:

On 05/02/2021, I was assigned as the 5th Floor Housing Deputy at San Diego Central Jail (SDCJ). During a safety check walk inmate Christopher Nelson (BN 21107181) reported that the module phones were shocking him and giving his arms burns.

DEPUTY'S OBSERVATIONS AND ACTIONS:

At approximately 0300 hours, Corporal McGarvey (#7061) and I were conducting a safety check walk when Nelson contacted us from cell #9 in the A module. Nelson said he received electrical burns from the module phones. Nelson then showed us scabs both of his elbows.

Corporal McGarvey called the 3rd floor medical staff and requested a nurse come take a look at the scabs on Nelsons elbows. Nurse Laing (#6135) arrived at approximately 0340 hours and examined Nelsons elbows. Nurse Laing determined that the scabs were old and provided Nelson with antibacterial cream.

Corporal McGarvey, Nurse Laing, and I inspected the A module phones for any cause of the injury to Nelson. After inspecting the phones, we could not see any exposed wires or areas where electrocution could occur. Nurse Laing also said that the wounds did not appear to be caused by burring or electrocution. Nurse Laing said the scabs seemed to be caused by rubbing on a rough surface.

**NELSON 049**
**COLEMAN 213**

# EXHIBIT C

**NELSON 050**

**COLEMAN 214**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:05:41 AM PST

## MEDICATION REFUSAL - Completed by: Ria Encarnacion LVN on 7/1/2021 10:17:32 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:          (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor                ☐ Psych atr st              ☐ Dent st

☐ Nurse                 ☐ Other

☐ Refusa for med ca care Spec a ty appo ntments

### Today I was to have a specialty appointment in:

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 051**
**COLEMAN 215**

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ab  fy as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescr bed med ca  d et, name y:

I understand this can lead to serious consequences, including the possibility of death.

☐ I hereby refuse to accept prescr bed d et for my a  ergy. I understand th s can  ead to ser ous consequences,  nc ud ng the poss b  ty of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusa :

S gnature of Pat ent / F rma de  pac ente:

☑ Pat ent refused to s gn th s form / E  pac ente se negó a f rmar este formu ar o

Wtnessed by / Test go:

Wtnessed by / Test go:



3/2/2022 11:05:47 AM PST

Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

## MEDICATION REFUSAL - Completed by: Ria Encarnacion LVN on 7/2/2021 9:22:42 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:           (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca  on:

w th the:

☐ Doctor                    ☐ Psych atr st                    ☐ Dent st

☐ Nurse                     ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 053**
**COLEMAN 217**

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ab   fy as prescr bed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescr bed med ca d et, name y:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescr bed d et for my a ergy. I understand th s can ead to ser ous
consequences, nc ud ng the poss b ty of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusa :

S gnature of Pat ent / F rma de pac ente:

☑ Pat ent refused to s gn th s form / E pac ente se negó a f rmar este formu ar o

Wtnessed by / Test go:

Wtnessed by / Test go:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 054
COLEMAN 218**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:05:54 AM PST

## MEDICATION REFUSAL - Completed by: Pesa Coslow RN on 7/3/2021 9:32:45 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB: (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor    ☐ Psych atr st    ☐ Dent st

☐ Nurse    ☐ Other

☐ Refusa for med ca care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s / In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 055**
**COLEMAN 219**

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ab   fy as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescr bed med ca  d et, name y:

I understand this can lead to serious consequences, including the possibility of death.

☐ I hereby refuse to accept prescr bed d et for my a  ergy. I understand th s can  ead to ser ous consequences,  nc ud ng the poss b  ty of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusa :

S gnature of Pat ent / F rma de  pac ente:

☑ Pat ent refused to s gn th s form / E  pac ente se negó a f rmar este formu ar o

0648

W tnessed by / Test go:

PNC, RN

W tnessed by / Test go:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 056**
**COLEMAN 220**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:06:01 AM PST

## MEDICATION REFUSAL - Completed by: Pesa Coslow RN on 7/4/2021 10:05:23 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | | #: 100013559 (21107181) | Class: 4 |
|---|---|---|---|
| DOB: (Age=45) | | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | | Court Date: | Type: |
| Status: ACTIVE | | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st

☐ Nurse           ☐ Other

☐ Refusa for med ca care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

Int a s/Inc a es

☐ I hereby refuse my schedu ed

c n c appo ntment.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 057**
**COLEMAN 221**

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ab  fy as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescr bed med ca  d et, name y:

I understand this can lead to serious consequences, including the possibility of death.

☐ I hereby refuse to accept prescr bed  d et for my a  ergy. I understand th s can  ead to ser ous
consequences,  nc ud ng the poss b  ty of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusa :

S gnature of Pat ent / F rma de  pac ente:

☑ Pat ent refused to s gn th s form / E  pac ente se negó a f rmar este formu ar o

0 6 5 9

W tnessed by / Test go:

PNC, RN

W tnessed by / Test go:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 058**
**COLEMAN 222**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:06:08 AM PST

**MEDICATION REFUSAL** - Completed by: Ria Encarnacion LVN on 7/5/2021 9:01:24 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:    (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor                ☐ Psych atr st              ☐ Dent st
☐ Nurse                 ☐ Other

☐ Refusa for med ca care  Spec a ty appo ntments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca Serv ces d v s on for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ab  fy as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 059**
**COLEMAN 223**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal :

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 060**
**COLEMAN 224**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:06:15 AM PST

## MEDICATION REFUSAL - Completed by: Stephanie Kay Rappley RN on 7/5/2021 12:23:28 PM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
| --- | --- | --- |
| DOB:        (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

## THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st

☐ Nurse          ☐ Other

☑ Refusa  for med ca  care   Spec a ty appo ntments

## Today I was to have a specialty appointment in:

LTSC  dress ng change

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

## I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☐ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 061**
**COLEMAN 225**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal :

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

6060

Witnessed by / Testigo:

3456

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 062**
**COLEMAN 226**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:06:23 AM PST

## MEDICATION REFUSAL - Completed by: Ria Encarnacion LVN on 7/6/2021 9:02:48 AM PDT

| | | |
|---|---|---|
| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
| DOB: (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor                ☐ Psych atr st                ☐ Dent st

☐ Nurse                ☐ Other

☐ Refusa for med ca care Spec a ty appo ntments

### Today I was to have a specialty appointment in:

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es Med ca Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ab fy as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 063**
**COLEMAN 227**

the San Diego County Sheriff's Detention Facilities/Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal:

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 064**
**COLEMAN 228**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:06:31 AM PST

## MEDICATION REFUSAL - Completed by: Ria Encarnacion LVN on 7/6/2021 9:03:32 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:     (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st

☐ Nurse          ☐ Other

☐ Refusa  for med ca  care   Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

bp check as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 065**
**COLEMAN 229**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medica d et, name y:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed d et for my a ergy. I understand th s can ead to ser ous consequences, nc ud ng the poss b ty of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusa :

S gnature of Pat ent / F rma de pac ente:

☑ Pat ent refused to s gn th s form / E pac ente se negó a f rmar este formu ar o

Witnessed by / Test go:

Witnessed by / Test go:

NELSON, CHRISTOPHER LOUIS   100013559 (21107181)

**NELSON 066**
**COLEMAN 230**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:06:38 AM PST

## MEDICATION REFUSAL - Completed by: Catherine Banguilan LVN on 7/8/2021 9:19:48 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:    (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca    on:

w th the:

☐ Doctor        ☐ Psych atr st        ☐ Dent st

☐ Nurse        ☐ Other

☐ Refusa  for med ca  care   Spec a ty appo ntments

### Today I was to have a specialty appointment in:

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es/ Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es

☐ I hereby refuse my schedu ed

c  n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ab   fy and bp check as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious
consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

no

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 068**
**COLEMAN 232**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:06:46 AM PST

## MEDICATION REFUSAL - Completed by: Pesa Coslow RN on 7/11/2021 9:26:18 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:          (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca  on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st
☐ Nurse           ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s / In c a es:

☐ I hereby refuse my schedu ed

c  n c appo ntment.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 069**
**COLEMAN 233**

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ar p prazo e as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescr bed med ca d et, name y:

I understand this can lead to serious consequences, including the possibility of death.

☐ I hereby refuse to accept prescr bed d et for my a ergy. I understand th s can ead to ser ous consequences, nc ud ng the poss b ty of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusa :

S gnature of Pat ent / F rma de pac ente:

☑ Pat ent refused to s gn th s form / E pac ente se negó a f rmar este formu ar o

Wtnessed by / Test go:

Wtnessed by / Test go:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

NELSON 070
COLEMAN 234



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

## MEDICATION REFUSAL - Completed by: Edgar Timpug LVN on 7/12/2021 9:13:07 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB: (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor ☐ Psych atr st ☐ Dent st
☐ Nurse ☐ Other

☐ Refusa for med ca care Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ar p prazo e as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist I understand that if I
NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 071**
**COLEMAN 235**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

no reason

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 072**
**COLEMAN 236**



3/2/2022 11:07:02 AM PST

Centra  Ja
1173 Front Street
San D ego, CA 92101
619-6152454

## MEDICATION REFUSAL - Completed by: Loraine Palmeda LVN on 7/14/2021 9:12:17 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
| --- | --- | --- |
| DOB:         (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng  sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor                 ☐ Psych atr st                 ☐ Dent st

☐ Nurse                  ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es

☐ I hereby refuse my schedu ed

c  n c appo ntment.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 073**
**COLEMAN 237**

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ab fy 10mg as prescr bed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescr bed med ca d et, name y:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescr bed d et for my a ergy. I understand th s can ead to ser ous
consequences, nc ud ng the poss b ty of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusa :

Doesn't want t.

S gnature of Pat ent / F rma de pac ente:

☑ Pat ent refused to s gn th s form / E pac ente se negó a f rmar este formu ar o

Wtnessed by / Test go:

Wtnessed by / Test go:



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:07:11 AM PST

## MEDICATION REFUSAL - Completed by: Katie Ralston RN on 7/16/2021 10:23:06 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:        (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st
☐ Nurse           ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ar p prazo e 10mg PO as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

NELSON 075
COLEMAN 239

the San Diego County Sheriff's Detention Facilities/Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medical diet, namely:

I understand this can lead to serious consequences, including the possibility of death.

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal:

"I don't want that one"

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

NELSON 076
COLEMAN 240



3/2/2022 11:07:18 AM PST

Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

## MEDICATION REFUSAL - Completed by: Katie Ralston RN on 7/17/2021 9:43:51 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB: (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor         ☐ Psych atr st         ☐ Dent st
☐ Nurse          ☐ Other

☐ Refusa for med ca care Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s / In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ar p prazo e 10mg po as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist I understand that if I

NELSON, CHRISTOPHER LOUIS 100013559 (21107181)

**NELSON 077**
**COLEMAN 241**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious
consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal:

"I don't want it"

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 078
COLEMAN 242**



Centra  Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:07:26 AM PST

## MEDICATION REFUSAL - Completed by: Edgar Timpug LVN on 7/18/2021 9:00:46 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:        (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng  sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

| ☐ Doctor | ☐ Psych atr st | ☐ Dent st |
|---|---|---|
| ☐ Nurse | ☐ Other | |

☐ Refusa  for med ca  care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac   t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es

☐ I hereby refuse my schedu ed

c  n c appo ntment.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 079**
**COLEMAN 243**

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ab  fy as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescr bed med ca  d et, name y:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescr bed  d et for my a  ergy. I understand th s can  ead to ser ous
consequences,  nc ud ng the poss b  ty of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusa :

no reason

S gnature of Pat ent / F rma de  pac ente:

☑ Pat ent refused to s gn th s form / E  pac ente se negó a f rmar este formu ar o

W tnessed by / Test go:

W tnessed by / Test go:



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:07:33 AM PST

## MEDICATION REFUSAL - Completed by: Pesa Coslow RN on 7/20/2021 9:56:53 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:         (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st
☐ Nurse          ☐ Other

☐ Refusa for med ca care Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es

☐ I hereby refuse my schedu ed

c n c appo ntment.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 081**
**COLEMAN 245**

☑ I hereby refuse to take my medication(s)/laboratory tests, name y:

ab fy as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescr bed medica d et, name y:

I understand this can lead to serious consequences, including the possibility of death.

☐ I hereby refuse to accept prescr bed d et for my a ergy. I understand th s can ead to ser ous consequences, nc ud ng the poss b ty of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusa :

S gnature of Pat ent / F rma de pac ente:

☑ Pat ent refused to s gn th s form / E pac ente se negó a f rmar este formu ar o

Wtnessed by / Test go:

Wtnessed by / Test go:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

NELSON 082
COLEMAN 246



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:07:39 AM PST

## MEDICATION REFUSAL - Completed by: Katie Ralston RN on 7/22/2021 9:47:19 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:           (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st
☐ Nurse           ☐ Other

☐ Refusa  for med ca  care   Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In ca es:

☐ I hereby refuse my schedu ed

c  n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ar p prazo e 10mg po qam as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

the San Diego County Sheriff's Detention Facilities/Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal:

"I dont want t"

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 084**
**COLEMAN 248**



Centra  Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:07:46 AM PST

## MEDICATION REFUSAL - Completed by: Katie Ralston RN on 7/24/2021 10:08:09 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:     (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor              ☐ Psych atr st              ☐ Dent st

☐ Nurse              ☐ Other

☐ Refusa  for med ca  care   Spec a ty appo ntments

### Today I was to have a specialty appointment in:

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac   t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In ca es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☐ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ab  fy 10mg po  as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

NELSON 085
COLEMAN 249

the San Diego County Sheriff's Detention Facilities Medical Services physician denies. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medica d et, name y:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed d et for my a ergy. I understand th s can ead to ser ous consequences, nc ud ng the poss b ty of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusa :

"I don't want t

S gnature of Pat ent / F rma de pac ente:

☑ Pat ent refused to s gn th s form / E pac ente se negó a f rmar este formu ar o

W tnessed by / Test go:

W tnessed by / Test go:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 086**
**COLEMAN 250**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:07:53 AM PST

**MEDICATION REFUSAL** - Completed by: Pesa Coslow RN on 7/25/2021 10:53:50 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:          (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st
☐ Nurse          ☐ Other

☐ Refusa  for med ca  care   Spec a ty appo ntments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

In t a s/ In c a es

☐ I hereby refuse my schedu ed

c n c appo ntment.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 087**
**COLEMAN 251**

☑ I hereby refuse to take my medicat ons(s)/ aboratory tests, name y:

ab  fy as prescr bed by

**the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.**

☐ I hereby refuse to accept the prescr bed medica d et, name y:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescr bed d et for my a  ergy. I understand th s can  ead to ser ous
consequences,  nc ud ng the poss b  ty of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusa :

S gnature of Pat ent / F rma de  pac ente:

☑ Pat ent refused to s gn th s form / E  pac ente se negó a f rmar este formu ar o

Witnessed by / Test go:

Witnessed by / Test go:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 088
COLEMAN 252**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:07:59 AM PST

**MEDICATION REFUSAL** - Completed by: Katie Ralston RN on 7/26/2021 9:23:28 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | | #: 100013559 (21107181) | Class: 4 |
|---|---|---|---|
| DOB:        (Age=45) | | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | | Court Date: | Type: |
| Status: ACTIVE | | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca    on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st

☐ Nurse          ☐ Other

☐ Refusa  for med ca  care   Spec a ty appo ntments

### Today I was to have a specialty appointment in:

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac   t es' Med ca  Serv ces d v s on for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c  n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ab   fy 10mg po as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 089**
**COLEMAN 253**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal :

"I don't want t"

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 090**
**COLEMAN 254**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:08:06 AM PST

## MEDICATION REFUSAL - Completed by: Katie Ralston RN on 7/27/2021 10:05:02 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:         (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor ☐ Psych atr st ☐ Dent st
☐ Nurse ☐ Other

☐ Refusa for med ca care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ab  fy 10mg po  as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

NELSON 091
COLEMAN 255

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medica d et, name y:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed d et for my a ergy. I understand th s can ead to ser ous consequences, nc ud ng the poss b ty of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusa :

"I don't take that med"

S gnature of Pat ent / F rma de pac ente:

☑ Pat ent refused to s gn th s form / E pac ente se negó a f rmar este formu ar o

W tnessed by / Test go:

W tnessed by / Test go:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 092**
**COLEMAN 256**



3/2/2022 11:08:13 AM PST

Centra  Ja
1173 Front Street
San D ego, CA 92101
619-6152454

**MEDICATION REFUSAL** - Completed by: Katie Ralston RN on 7/28/2021 10:26:13 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:          (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

## THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca  on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st

☐ Nurse          ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

## Today I was to have a specialty appointment in:

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

## I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ab  fy 10mg PO  as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 093**
**COLEMAN 257**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal:

"I don't take that med"

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

4278

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 094**
**COLEMAN 258**



3/2/2022 11:08:21 AM PST

Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

## MEDICATION REFUSAL - Completed by: Katie Ralston RN on 7/29/2021 9:24:27 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:          (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

| ☐ Doctor | ☐ Psych atr st | ☐ Dent st |
|---|---|---|
| ☐ Nurse | ☐ Other | |

☐ Refusa for med ca care Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ab fy 10mg PO qam as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 095**
**COLEMAN 259**

the San Diego County Sheriff's Detention Facilities medical services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

"I don't want t"

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 096**
**COLEMAN 260**



3/2/2022 11:08:27 AM PST

Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

**MEDICATION REFUSAL** - Completed by: Catherine Banguilan LVN on 7/31/2021 9:36:56 AM PDT

| | | | |
|---|---|---|---|
| Patient: NELSON, CHRISTOPHER LOUIS | | #: 100013559 (21107181) | Class: 4 |
| DOB: (Age=45) | | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | | Court Date: | Type: |
| Status: ACTIVE | | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st
☐ Nurse           ☐ Other

☐ Refusa  for med ca  care   Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c  n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ab  fy as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 097**
**COLEMAN 261**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

no

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:08:34 AM PST

## MEDICATION REFUSAL - Completed by: Katie Ralston RN on 8/2/2021 9:41:21 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:          (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca  on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st

☐ Nurse           ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c  n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

ab  fy 10mg po  as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 099**
**COLEMAN 263**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal :

"I refuse"

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 100**
**COLEMAN 264**

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | | Class: 4 |
|---|---|---|---|
| DOB:          (Age=45) | Sex: M | | Race: W |
| Housing: SDCJ-8-C-13-M | Court Date: | | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | | Proj. Rel: |

**ARIPiprazole Oral 10 MG Tablet** 6/23/2021 8:00:00 AM - 12/19/2021 11:59:59 PM Jan, Man MD

Take 10 mg by mouth ONCE DAILY for 180 day(s). Dispense 30 tablet. 3 Ref(s)

Allergies:

| Allergies: |
|---|
| No Known Drug Allergy |

| Hours | Jun 23 | | Jun | Jun | Jun | Jun 27 | Jun 28 | Jun 29 | Jun 30 | Jul 1 | Jul 2 | Jul 3 | Jul 4 | Jul 5 | Jul 6 | Jul 7 | Jul 8 | Jul 9 | Jul 10 | Jul 11 | Jul 12 | Jul 13 | Jul 14 | Jul 15 | Jul 16 | Jul 17 | Jul 18 | Jul 19 | Jul 20 | Jul 21 | Jul 22 | Jul 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | X | X | X | X | X | X | X | X | C | R | R | C | R | R | X | R | X | X | R | C | R | R | R | R | C | R | X | R | X | R | NIC |

| Hours | Jul 24 | | Jul | Jul | Jul | Jul 29 | Jul 30 | Jul 31 | Aug 1 | Aug 2 | Aug 3 | Aug 4 | Aug 5 | Aug 6 | Aug 7 | Aug 8 | Aug 9 | Aug 10 | Aug 11 | Aug 12 | Aug 13 | Aug 14 | Aug 15 | Aug 16 | Aug 17 | Aug 18 | Aug 19 | Aug 20 | Aug 21 | Aug 22 | Aug 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | R | R | R | R | R | R | R | R | X | R | NIC | | | | | | | | | | | | | | | | | | | | |

| Hours | Aug 24 | | Aug | Aug | Aug | Aug 28 | Aug 29 | Aug 30 | Aug 31 | Sep 1 | Sep 2 | Sep 3 | Sep 4 | Sep 5 | Sep 6 | Sep 7 | Sep 8 | Sep 9 | Sep 10 | Sep 11 | Sep 12 | Sep 13 | Sep 14 | Sep 15 | Sep 16 | Sep 17 | Sep 18 | Sep 19 | Sep 20 | Sep 21 | Sep 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Hours | Sep 24 | | Sep | Sep | Sep | Sep 28 | Sep 29 | Sep 30 | Oct 1 | Oct 2 | Oct 3 | Oct 4 | Oct 5 | Oct 6 | Oct 7 | Oct 8 | Oct 9 | Oct 10 | Oct 11 | Oct 12 | Oct 13 | Oct 14 | Oct 15 | Oct 16 | Oct 17 | Oct 18 | Oct 19 | Oct 20 | Oct 21 | Oct 22 | Oct 23 | Oct 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |



| Hours | Oct 25 | Oct 26 | Oct 27 | Oct 28 | Oct 29 | Oct 30 | Oct 31 | Nov 1 | Nov 2 | Nov 3 | Nov 4 | Nov 5 | Nov 6 | Nov 7 | Nov 8 | Nov 9 | Nov 10 | Nov 11 | Nov 12 | Nov 13 | Nov 14 | Nov 15 | Nov 16 | Nov 17 | Nov 18 | Nov 19 | Nov 20 | Nov 21 | Nov 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Hours | Nov 25 | Nov 26 | Nov 27 | Nov 28 | Nov 29 | Nov 30 | Dec 1 | Dec 2 | Dec 3 | Dec 4 | Dec 5 | Dec 6 | Dec 7 | Dec 8 | Dec 9 | Dec 10 | Dec 11 | Dec 12 | Dec 13 | Dec 14 | Dec 15 | Dec 16 | Dec 17 | Dec 18 | Dec 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | |

Not Adm n stered - Not  n Ce  - Kat e Ra ston RN - 8/3/2021 9:24:44 AM
Not Adm n stered - Refused - Kat e Ra ston RN - 8/2/2021 9:40:27 AM
Adm n stered - T na Greco RN - 8/1/2021 8:39:32 AM
Not Adm n stered - Refused - Cather ne Bangu an LVN - 7/31/2021 9:36:35 AM
Not Adm n stered - Refused - T na Greco RN - 7/30/2021 8:00:00 AM
Not Adm n stered - Refused - Kat e Ra ston RN - 7/29/2021 9:23:31 AM
Not Adm n stered - Refused - Kat e Ra ston RN - 7/28/2021 10:25:00 AM
Not Adm n stered - Refused - Kat e Ra ston RN - 7/27/2021 10:04:11 AM
Not Adm n stered - Refused - Kat e Ra ston RN - 7/26/2021 9:22:29 AM
Not Adm n stered - Refused - Pesa Cos ow RN - 7/25/2021 10:53:13 AM
Not Adm n stered - Refused - Kat e Ra ston RN - 7/24/2021 10:07:18 AM
Not Adm n stered - Not  n Ce  - Kat e Ra ston RN - 7/23/2021 9:47:34 AM
Not Adm n stered - Refused - Kat e Ra ston RN - 7/22/2021 9:41:06 AM
Adm n stered - Kat e Ra ston RN - 7/21/2021 9:00:24 AM
Not Adm n stered - Refused - Pesa Cos ow RN - 7/20/2021 9:56:16 AM
Adm n stered - R a Encarnac on LVN - 7/19/2021 9:10:51 AM
Not Adm n stered - Refused - Edgar T mpug LVN - 7/18/2021 8:59:50 AM
Not Adm n stered - Refused - Kat e Ra ston RN - 7/17/2021 9:42:41 AM
Adm n strat on Cance ed - Kat e Ra ston RN - 7/17/2021 8:12:10 AM
Not Adm n stered - Refused - Kat e Ra ston RN - 7/16/2021 10:21:52 AM
Not Adm n stered - Refused - Lora ne Pa meda LVN - 7/15/2021 8:00:00 AM
Not Adm n stered - Refused - Lora ne Pa meda LVN - 7/14/2021 9:11:03 AM
Not Adm n stered - Refused - Edgar T mpug LVN - 7/13/2021 9:19:58 AM
Not Adm n stered - Refused - Edgar T mpug LVN - 7/12/2021 9:11:51 AM
Adm n strat on Cance ed - Edgar T mpug LVN - 7/12/2021 8:14:35 AM
Not Adm n stered - Refused - Pesa Cos ow RN - 7/11/2021 9:25:14 AM
Adm n stered - Pesa Cos ow RN - 7/10/2021 8:43:58 AM
Adm n stered - Cather ne Bangu an LVN - 7/9/2021 8:50:46 AM
Not Adm n stered - Refused - Cather ne Bangu an LVN - 7/8/2021 9:19:06 AM
Adm n stered - Ana  za Roxas LVN - 7/7/2021 2:16:53 AM
Not Adm n stered - Refused - R a Encarnac on LVN - 7/6/2021 9:02:06 AM
Not Adm n stered - Refused - R a Encarnac on LVN - 7/5/2021 9:00:52 AM
Not Adm n stered - Refused - Pesa Cos ow RN - 7/4/2021 10:04:35 AM
Adm n strat on Cance ed - Pesa Cos ow RN - 7/4/2021 9:50:12 AM

**NELSON 102**
**COLEMAN 266**

Not Adm n stered - Refused - Pesa Cos ow RN - 7/3/2021 9:31:39 AM

Not Adm n stered - Refused - R a Encarnac on LVN - 7/2/2021 9:22:00 AM

Not Adm n stered - Refused - R a Encarnac on LVN - 7/1/2021 10:17:06 AM

Adm n strat on Cance ed - R a Encarnac on LVN - 7/1/2021 10:15:58 AM

Adm n stered - R a Encarnac on LVN - 6/30/2021 8:09:03 AM

Adm n stered - Pesa Cos ow RN - 6/29/2021 8:44:42 AM

Adm n stered - Pesa Cos ow RN - 6/28/2021 8:29:08 AM

Adm n stered - R a Encarnac on LVN - 6/27/2021 9:18:06 AM

Adm n stered - R a Encarnac on LVN - 6/26/2021 8:46:00 AM

Adm n stered - Za dy Benos LVN - 6/25/2021 9:04:38 AM

Adm n stered - Za dy Benos LVN - 6/24/2021 8:14:11 AM

Adm n stered - R a Encarnac on LVN - 6/23/2021 8:52:55 AM

**NELSON 103**
**COLEMAN 267**

3/2/2022 11:08:49 AM PST



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

## MEDICATION REFUSAL - Completed by: Catherine Banguilan LVN on 10/14/2021 9:27:56 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:        (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st

☐ Nurse          ☐ Other

☐ Refusa for med ca care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

we  butr n as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 104**
**COLEMAN 268**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

no

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 105**
**COLEMAN 269**



3/2/2022 11:08:56 AM PST

Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

## MEDICATION REFUSAL - Completed by: Catherine Banguilan LVN on 10/15/2021 9:40:10 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB: (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st
☐ Nurse           ☐ Other

☐ Refusa for med ca care Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

we butr n as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 106**
**COLEMAN 270**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal :

no

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 107**
**COLEMAN 271**



Centra  Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:09:03 AM PST

## MEDICATION REFUSAL - Completed by: Emily Lymburn RN on 10/18/2021 10:23:18 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:          (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st

☐ Nurse          ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In ca es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

buprop on as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 108**
**COLEMAN 272**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I
continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I
understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious
consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my
health as a result of my action. I accept the full consequences of my action that is contrary to the
recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego
County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill
results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal:

"I don't want that"

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 109**
**COLEMAN 273**



Centra  Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:09:10 AM PST

## MEDICATION REFUSAL - Completed by: Loraine Palmeda LVN on 10/20/2021 10:36:33 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:          Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st
☐ Nurse          ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

buprop on 200mg as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I
NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 110**
**COLEMAN 274**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I
continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I
understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication/diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious
consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my
health as a result of my action. I accept the full consequences of my action that is contrary to the
recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego
County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill
results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Doesn't want it crushed.

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

6326

Witnessed by / Testigo:

0749

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 111
COLEMAN 275**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:09:17 AM PST

**MEDICATION REFUSAL** - Completed by: Loraine Palmeda LVN on 10/21/2021 9:34:39 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:        (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a schedu ed s ck ca  on:

w th the:

☐ Doctor                ☐ Psych atr st              ☐ Dent st

☐ Nurse                 ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

In t a s/ In c a es

☐ I hereby refuse my schedu ed

c n c appo ntment.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 112**
**COLEMAN 276**

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

buprop on hc 200mg (crushed) as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescr bed med ca d et, name y:

I understand this can lead to serious consequences, including the possibility of death.

☐ I hereby refuse to accept prescr bed d et for my a ergy. I understand th s can ead to ser ous consequences, nc ud ng the poss b ty of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusa :

Does not want to take t n crush form.

S gnature of Pat ent / F rma de pac ente:

☑ Pat ent refused to s gn th s form / E pac ente se negó a f rmar este formu ar o

W tnessed by / Test go:

W tnessed by / Test go:



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:09:24 AM PST

## MEDICATION REFUSAL - Completed by: Rizalina Bautista RN on 10/23/2021 10:34:06 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:          (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st

☐ Nurse          ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In ca es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

buprop on as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal:

no

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

RF 58 08

Witnessed by / Testigo:

5774

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 115**
**COLEMAN 279**



3/2/2022 11:09:31 AM PST

Centra  Ja
1173 Front Street
San D ego, CA 92101
619-6152454

## MEDICATION REFUSAL - Completed by: Collin Laing RN on 10/23/2021 11:11:11 PM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
| DOB: (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st
☐ Nurse          ☐ Other

☐ Refusa  for med ca  care   Spec a ty appo ntments

### Today I was to have a specialty appointment in:

### I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

buprop on as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 116**
**COLEMAN 280**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medica d et, name y:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed d et for my a ergy. I understand th s can ead to ser ous consequences, nc ud ng the poss b ty of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusa :

S gnature of Pat ent / F rma de pac ente:

☑ Pat ent refused to s gn th s form / E pac ente se negó a f rmar este formu ar o

Wtnessed by / Test go:

Wtnessed by / Test go:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 117**
**COLEMAN 281**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:09:37 AM PST

## MEDICATION REFUSAL - Completed by: Loraine Palmeda LVN on 10/29/2021 10:08:30 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:          (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca  on:

w th the:

☐ Doctor            ☐ Psych atr st            ☐ Dent st

☐ Nurse            ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es

☐ I hereby refuse my schedu ed

c  n c appo ntment.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 118**
**COLEMAN 282**

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

buprop on hc 200mg as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescr bed med ca d et, name y:

I understand this can lead to serious consequences, including the possibility of death.

☐ I hereby refuse to accept prescr bed d et for my a ergy. I understand th s can ead to ser ous consequences, nc ud ng the poss b ty of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusa :

Doesn't want to take t n crushed form.

S gnature of Pat ent / F rma de pac ente:

☑ Pat ent refused to s gn th s form / E pac ente se negó a f rmar este formu ar o

W tnessed by / Test go:

W tnessed by / Test go:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

NELSON 119
COLEMAN 283



3/2/2022 11:09:44 AM PST

Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

**MEDICATION REFUSAL** - Completed by: Stephanie Kay Rappley RN on 10/30/2021 10:33:56 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:          (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

## THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st

☐ Nurse          ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

## Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

## I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

Buprop on as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist I understand that if I

NELSON 120
COLEMAN 284

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

I understand this can lead to serious consequences, including the possibility of death.

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal:

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 121**
**COLEMAN 285**



3/2/2022 11:09:51 AM PST

Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

**MEDICATION REFUSAL** - Completed by: Esteliza Santoyo RN on 11/1/2021 10:54:40 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB: (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

## THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st
☐ Nurse           ☐ Other

☐ Refusa for med ca care  Spec a ty appo ntments

## Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

## I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

Bupropr on as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 122**
**COLEMAN 286**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication/diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal:

no

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

*6308*

Witnessed by / Testigo:

*4246*

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 123**
**COLEMAN 287**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:09:58 AM PST

## MEDICATION REFUSAL - Completed by: Loraine Palmeda LVN on 11/2/2021 10:29:20 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:        (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st
☐ Nurse          ☐ Other

☐ Refusa  for med ca  care   Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s / In c a es

☐ I hereby refuse my schedu ed

c n c appo ntment.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 124**
**COLEMAN 288**

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

bupropr on 200mg (crushed) as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescr bed med ca d et, name y:

I understand this can lead to serious consequences, including the possibility of death.

☐ I hereby refuse to accept prescr bed d et for my a ergy. I understand th s can ead to ser ous consequences, nc ud ng the poss b ty of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusa :

In t a y took cup of crushed med cat on. Took a s p then started to ro  away. Ca ed back to f n sh t, returned the cup w thout f n sh ng t.

S gnature of Pat ent / F rma de  pac ente:

☑ Pat ent refused to s gn th s form / E  pac ente se negó a f rmar este formu ar o

W tnessed by / Test go:

W tnessed by / Test go:



3/2/2022 11:10:05 AM PST

Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

## MEDICATION REFUSAL - Completed by: Estela Durola RN on 11/4/2021 10:17:24 PM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:    (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor                    ☐ Psych atr st                    ☐ Dent st
☐ Nurse                     ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s / In ca es:

☐ I hereby refuse my schedu ed

c  n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

buprop on as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I

the San Diego County Sheriff's Detention Facilities Medical Services physician denials. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

I understand this can lead to serious consequences, including the possibility of death.

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal:

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

NELSON 127
COLEMAN 291



3/2/2022 11:10:12 AM PST

Centra  Ja
1173 Front Street
San D ego, CA 92101
619-6152454

## MEDICATION REFUSAL - Completed by: Esteliza Santoyo RN on 11/6/2021 10:42:12 AM PDT

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:            Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st
☐ Nurse          ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a
follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

bupropr on as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 128**
**COLEMAN 292**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

no

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

6308

Witnessed by / Testigo:

3627

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 129
COLEMAN 293**

3/2/2022 11:10:19 AM PST



Centra  Ja
1173 Front Street
San D ego, CA 92101
619-6152454

## MEDICATION REFUSAL - Completed by: Rizalina Bautista RN on 11/7/2021 10:11:22 AM PST

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB: (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

## THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st

☐ Nurse          ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

## Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

## I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In ca es:

☐ I hereby refuse my schedu ed

c  n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

Buprop on as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 130**
**COLEMAN 294**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal:

no

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS   100013559 (21107181)

**NELSON 131**
**COLEMAN 295**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:10:26 AM PST

## MEDICATION REFUSAL - Completed by: Rizalina Bautista RN on 11/8/2021 10:09:23 AM PST

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:         (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca  on:

w th the:

☐ Doctor        ☐ Psych atr st        ☐ Dent st

☐ Nurse        ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c  n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

buprop on 200mg as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 132**
**COLEMAN 296**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

no

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 133
COLEMAN 297**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:10:33 AM PST

## MEDICATION REFUSAL - Completed by: Emily Lymburn RN on 11/9/2021 10:13:44 AM PST

| Patient: NELSON, CHRISTOPHER LOUIS | | #: 100013559 (21107181) | Class: 4 |
|---|---|---|---|
| DOB: (Age=45) | | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | | Court Date: | Type: |
| Status: ACTIVE | | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor                ☐ Psych atr st                ☐ Dent st
☐ Nurse                ☐ Other

☐ Refusa for med ca care Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

buprop on 200 mg as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist I understand that if I

**NELSON 134**
**COLEMAN 298**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

"I don't want that"

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 135**
**COLEMAN 299**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:10:40 AM PST

**MEDICATION REFUSAL** - Completed by: Loraine Palmeda LVN on 11/12/2021 10:15:51 AM PST

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:           (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

**THIS IS TO CERTIFY THAT: (Check all the applicable boxes)**

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor              ☐ Psych atr st              ☐ Dent st
☐ Nurse              ☐ Other

☐ Refusa  for med ca  care   Spec a ty appo ntments

**Today I was to have a specialty appointment in:**

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

Int a s/ In c a es

☐ I hereby refuse my schedu ed

c n c appo ntment.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 136**
**COLEMAN 300**

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

buprop on hc 200mg as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescr bed med ca d et, name y:

I understand this can lead to serious consequences, including the possibility of death.

☐ I hereby refuse to accept prescr bed d et for my a ergy. I understand th s can ead to ser ous consequences, nc ud ng the poss b ty of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusa :

Doesn't want t crushed. Order s crush

S gnature of Pat ent / F rma de pac ente:

☑ Pat ent refused to s gn th s form / E pac ente se negó a f rmar este formu ar o

W tnessed by / Test go:

W tnessed by / Test go:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 137**
**COLEMAN 301**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:10:47 AM PST

## MEDICATION REFUSAL - Completed by: Rizalina Bautista RN on 11/13/2021 10:23:45 AM PST

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:         (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca  on:

w th the:

☐ Doctor                ☐ Psych atr st                ☐ Dent st
☐ Nurse                ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

we  butr n as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist I understand that if I

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal:

no

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

RF 5808

Witnessed by / Testigo:

0163

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 139**
**COLEMAN 303**



3/2/2022 11:11:00 AM PST

Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

**MEDICATION REFUSAL** - Completed by: Christopher Yap RN on 11/14/2021 10:49:26 PM PST

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB: (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

## THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor        ☐ Psych atr st        ☐ Dent st

☐ Nurse         ☐ Other

☐ Refusa for med ca care Spec a ty appo ntments

## Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

We butr n as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 140**
**COLEMAN 304**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 141**
**COLEMAN 305**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:11:07 AM PST

## MEDICATION REFUSAL - Completed by: Catherine Banguilan LVN on 11/15/2021 9:20:05 AM PST

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:        (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st
☐ Nurse           ☐ Other

☐ Refusa for med ca care Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

buprop on as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 142**
**COLEMAN 306**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal:

no

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 143
COLEMAN 307**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:11:14 AM PST

## MEDICATION REFUSAL - Completed by: Loraine Palmeda LVN on 11/16/2021 10:19:54 AM PST

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:          Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca  on:

w th the:

☐ Doctor                        ☐ Psych atr st                        ☐ Dent st

☐ Nurse                         ☐ Other

☐ Refusa for med ca care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In ca es

☐ I hereby refuse my schedu ed

c n c appo ntment.

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 144
COLEMAN 308**

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

buprop on 200mg as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescr bed med ca d et, name y:

I understand this can lead to serious consequences, including the possibility of death.

☐ I hereby refuse to accept prescr bed d et for my a ergy. I understand th s can ead to ser ous consequences, nc ud ng the poss b ty of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusa :

Refuses to take t n crush form

S gnature of Pat ent / F rma de pac ente:

☑ Pat ent refused to s gn th s form / E pac ente se negó a f rmar este formu ar o

W tnessed by / Test go:

W tnessed by / Test go:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 145**
**COLEMAN 309**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:11:15 AM PST

## NON FORMULARY REQUEST - Completed by: David Christensen MD on 11/18/2021 2:22:29 PM PST

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
| --- | --- | --- |
| DOB:          Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

☑
I acknow edge that th s med cat on requ res add t ona rev ew and approva . Rece pt of med cat on w be de ayed 3 5 days.

The nmate was ver f ed by the commun ty prov der, c n c, or d spens ng pharmacy to current y have th s drug prescr bed, there has been no break n therapy, the d agnos s conf rmed, the drug sc n ca y appropr ate to the d agnos s, and transt on to a formu ary drug s not c n ca y appropr ate/poss b e at th st me.

☑ Yes

☐ No

Rec by pa n management

The nmate had a consu tat on from a spec a st. The consu tant was aware of our c n ca drug opt ons but st recommends th s drug.

☐ Yes

☑ No

In my op n on there s no drug ava ab e on the formu ary that can meet the c n ca requ rements for th s nmate. L st of formu ary med cat on(s) a ready tr ed:

☐ Yes

☑ No

The nmate has a med ca cond t on such as transp ant, HIV, hepat t s, cancer, d a ys s, or post operat ve that requ res th s drug as recommended by a spec a st. Cond t on:

☐ Yes

☑ No

The nmate s a State Hosp ta Returnee and t has been ver f ed that he/she s stab zed on the current psych atr c med cat on reg men.

☐ Yes

☑ No

11/18/2021  2/16/2022

### Pregabalin Oral 75 MG Capsule

Ta e 75 mg by mouth TWICE DAILY for 30 day(s).

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 146**
**COLEMAN 310**

Christensen, David MD

## Drug Administration History

| Username | Stamp | Status | Note / Reason |
|---|---|---|---|
| Evangeline Pedrozo LVN | 2/15/2022 11:51:34 PM | Administered | |
| Dimple Sur RN | 2/15/2022 10:24:28 AM | Administered | |
| Evangeline Pedrozo LVN | 2/14/2022 11:21:34 PM | Administered | |
| Zaldy Benos LVN | 2/14/2022 8:54:04 AM | Administered | |
| Naomi Siva RN | 2/13/2022 11:18:54 PM | Administered | |
| Brooke Snyder LVN | 2/13/2022 9:17:53 AM | Administered | |
| Evangeline Pedrozo LVN | 2/12/2022 11:20:04 PM | Administered | |
| Brooke Snyder LVN | 2/12/2022 9:23:01 AM | Administered | |
| Anil Kumar RN | 2/11/2022 9:18:44 PM | Administered | |
| Zaldy Benos LVN | 2/11/2022 8:36:49 AM | Administered | |
| Matthew Duenske RN | 2/10/2022 9:03:08 PM | Administered | |
| Catherine Banguian LVN | 2/10/2022 8:52:42 AM | Administered | |
| Analiza Roxas LVN | 2/9/2022 10:40:37 PM | Administered | |
| Loraine Palmeda LVN | 2/9/2022 8:48:20 AM | Administered | |
| Melissa Pascua RN | 2/8/2022 11:37:24 PM | Administered | |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 147**
**COLEMAN 311**

| Edgar T mpug LVN | 2/8/2022 9:17:18 AM | Adm n stered |
| Ana za Roxas LVN | 2/7/2022 10:23:06 PM | Adm n stered |
| Edgar T mpug LVN | 2/7/2022 8:38:27 AM | Adm n stered |
| May Ng RN | 2/6/2022 10:05:28 PM | Adm n stered |
| Maryssa F e ds LVN | 2/6/2022 12:15:38 PM | Adm n stered |
| Maryssa F e ds LVN | 2/6/2022 9:48:43 AM | Adm n stered |
| Maryssa F e ds LVN | 2/6/2022 9:48:05 AM | Adm n stered |
| Matthew Duenske RN | 2/5/2022 9:06:14 PM | Adm n stered |
| Edgar T mpug LVN | 2/5/2022 8:57:26 AM | Adm n stered |
| Ana za Roxas LVN | 2/4/2022 10:00:27 PM | Adm n stered |
| Cather ne Bangu an LVN | 2/4/2022 8:50:41 AM | Adm n stered |
| Ma Kr ze Santos RN | 2/3/2022 9:46:09 PM | Adm n stered |
| Stephan e Yee RN | 2/3/2022 8:45:30 AM | Adm n stered |
| Lauren Kre ss RN | 2/2/2022 10:55:48 PM | Adm n stered |
| Reg na d Barretto RN | 2/2/2022 9:13:47 AM | Adm n stered |
| Re nan Pau no RN | 2/1/2022 9:55:47 PM | Adm n stered |
| Stephan e Yee RN | 2/1/2022 8:22:07 AM | Adm n stered |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 148**
**COLEMAN 312**

| Matthew Duenske RN | 1/31/2022 9:01:44 PM | Administered |
| Catherine Banguian LVN | 1/31/2022 8:59:59 AM | Administered |
| Renan Paulino RN | 1/30/2022 10:30:00 PM | Administered |
| Brooke Snyder LVN | 1/30/2022 9:27:20 AM | Administered |
| Jameelyn Barrera RN | 1/29/2022 9:47:48 PM | Administered |
| Brooke Snyder LVN | 1/29/2022 9:13:48 AM | Administered |
| Estela Durola RN | 1/28/2022 9:49:00 PM | Administered |
| Michael Bruce RN | 1/28/2022 10:23:16 AM | Administered |
| Matthew Duenske RN | 1/27/2022 9:53:25 PM | Administered |
| Edgar Timpug LVN | 1/27/2022 8:46:24 AM | Administered |
| Brandi Burdick RN | 1/26/2022 10:31:45 PM | Administered |
| Zaidy Benos LVN | 1/26/2022 8:55:39 AM | Administered |
| Evangeline Pedrozo LVN | 1/25/2022 11:38:40 PM | Administered |
| Ivan Hand RN | 1/25/2022 10:16:51 AM | Administered |
| Anaiza Roxas LVN | 1/24/2022 9:37:16 PM | Administered |
| Loraine Palmeda LVN | 1/24/2022 8:58:35 AM | Administered |
| Estela Durola RN | 1/23/2022 9:40:10 PM | Administered |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 149**
**COLEMAN 313**

| Ke Payne RN | 1/23/2022 10:12:16 AM | Adm n stered |
| Veron ca Rayo LVN | 1/22/2022 9:06:11 PM | Adm n stered |
| Lora ne Pa meda LVN | 1/22/2022 8:56:22 AM | Adm n stered |
| Kr st an Ednacot RN | 1/21/2022 10:54:48 PM | Adm n stered |
| Cather ne Bangu an LVN | 1/21/2022 8:45:15 AM | Adm n stered |
| Evange ne Pedrozo LVN | 1/20/2022 11:14:57 PM | Adm n stered |
| Cather ne Bangu an LVN | 1/20/2022 8:45:31 AM | Adm n stered |
| Nata y J menez LVN | 1/19/2022 10:04:06 PM | Adm n stered |
| Em y Lymbum RN | 1/19/2022 8:28:48 AM | Adm n stered |
| Ma Kr ze Santos RN | 1/18/2022 9:49:44 PM | Adm n stered |
| Cather ne Bangu an LVN | 1/18/2022 8:26:46 AM | Adm n stered |
| Veron ca Rayo LVN | 1/17/2022 8:34:37 PM | Adm n stered |
| Cather ne Bangu an LVN | 1/17/2022 8:40:49 AM | Adm n stered |
| Cather ne Bangu an LVN | 1/16/2022 8:37:21 AM | Adm n stered |
| Chr stopher Yap RN | 1/15/2022 8:46:04 PM | Adm n stered |
| Cather ne Bangu an LVN | 1/15/2022 8:34:36 AM | Adm n stered |
| Ma Kr ze Santos RN | 1/14/2022 9:58:25 PM | Adm n stered |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 150**
**COLEMAN 314**

| Za dy Benos LVN | 1/14/2022 8:42:43 AM | Adm n stered |
| Matthew Duenske RN | 1/13/2022 10:10:56 PM | Adm n stered |
| Cather ne Bangu an LVN | 1/13/2022 8:46:59 AM | Adm n stered |
| Evange ne Pedrozo LVN | 1/12/2022 11:36:46 PM | Adm n stered |
| A ex s Co RN | 1/12/2022 8:41:29 AM | Adm n stered |
| Jesus Agust n RN | 1/11/2022 10:22:03 PM | Adm n stered |
| A ex s Co RN | 1/11/2022 8:27:54 AM | Adm n stered |
| Evange ne Pedrozo LVN | 1/10/2022 11:33:52 PM | Adm n stered |
| Lora ne Pa meda LVN | 1/10/2022 9:15:31 AM | Adm n stered |
| Jesus Agust n RN | 1/9/2022 10:21:36 PM | Adm n stered |
| Ivan Hand RN | 1/9/2022 9:53:39 AM | Adm n stered |
| Este a Duro a RN | 1/8/2022 10:03:09 PM | Adm n stered |
| Ivan Hand RN | 1/8/2022 10:44:43 AM | Adm n stered |
| Evange ne Pedrozo LVN | 1/7/2022 11:43:59 PM | Adm n stered |
| Este za Santoyo RN | 1/7/2022 10:26:06 AM | Adm n stered |
| Joce yn At enza RN | 1/6/2022 10:20:19 PM | Adm n stered |
| A ex s Co RN | 1/6/2022 8:21:57 AM | Adm n stered |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 151**
**COLEMAN 315**

| Evange ne Pedrozo LVN | 1/5/2022 10:47:18 PM | Adm n stered |
| Cather ne Bangu an LVN | 1/5/2022 8:49:06 AM | Adm n stered |
| Evange ne Pedrozo LVN | 1/4/2022 11:15:43 PM | Adm n stered |
| Stephan e Yee RN | 1/4/2022 9:02:30 AM | Adm n stered |
| Matthew Duenske RN | 1/3/2022 10:18:05 PM | Adm n stered |
| D mp e Sur RN | 1/3/2022 9:53:12 AM | Adm n stered |
| Chr stopher Yap RN | 1/2/2022 9:58:36 PM | Adm n stered |
| Este za Santoyo RN | 1/2/2022 10:24:51 AM | Adm n stered |
| Lauren Kre ss RN | 1/1/2022 10:24:23 PM | Adm n stered |
| June Quaresma RN | 1/1/2022 9:36:10 AM | Adm n stered |
| Re nan Pau no RN | 12/31/2021 10:45:00 PM | Adm n stered |
| James Ob spo RN | 12/31/2021 10:49:02 AM | Not Adm n stered  Court |
| Este a Duro a RN | 12/30/2021 10:46:15 PM | Adm n stered |
| Ja'Na Maup n Psych atr c Techn c an | 12/30/2021 11:34:18 AM | Adm n stered |
| Naom S va RN | 12/29/2021 11:35:16 PM | Adm n stered |
| A ex s Co RN | 12/29/2021 8:45:48 AM | Adm n stered |
| Manue Nozawa RN | 12/28/2021 9:21:53 PM | Adm n stered |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 152**
**COLEMAN 316**

| | | | |
|---|---|---|---|
| Magda na Ma cdem RN | 12/28/2021 10:55:10 AM | Adm n stered | |
| Chr stopher Yap RN | 12/27/2021 9:55:18 PM | Adm n stered | |
| Cather ne Bangu an LVN | 12/27/2021 9:25:56 AM | Adm n stered | |
| Nata y J menez LVN | 12/26/2021 9:20:20 PM | Adm n stered | |
| A ex s Co RN | 12/26/2021 8:40:55 AM | Adm n stered | |
| Manue Nozawa RN | 12/25/2021 10:40:42 PM | Adm n stered | |
| A ex s Co RN | 12/25/2021 8:43:44 AM | Adm n stered | |
| Stephen Y RN | 12/24/2021 10:02:42 PM | Adm n stered | |
| A ex s Co RN | 12/24/2021 9:12:21 AM | Adm n stered | |
| Stephen Y RN | 12/23/2021 10:08:45 PM | Adm n stered | |
| Lora ne Pa meda LVN | 12/23/2021 9:31:50 AM | Adm n stered | |
| Chr stopher Yap RN | 12/22/2021 11:09:43 PM | Adm n stered | |
| Cather ne Bangu an LVN | 12/22/2021 9:00:23 AM | Not Adm n stered  Med cat on Not Ava ab e | |
| Re nan Pau no RN | 12/21/2021 9:49:03 PM | Not Adm n stered  Med cat on Not Ava ab e | |
| Stephan e Yee RN | 12/21/2021 9:12:24 AM | Not Adm n stered  Med cat on Not Ava ab e | ref  p aced |
| May Ng RN | 12/20/2021 11:15:57 PM | Not Adm n stered  Med cat on Not Ava ab e | |
| Za dy Benos LVN | 12/20/2021 9:12:13 AM | Adm n stered | |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 153**
**COLEMAN 317**

| | | |
|---|---|---|
| Chr stopher Yap RN | 12/19/2021 10:31:22 PM | Adm n stered |
| A ex s Co RN | 12/19/2021 8:38:28 AM | Adm n stered |
| Lauren Kre ss RN | 12/18/2021 11:28:15 PM | Adm n stered |
| A ex s Co RN | 12/18/2021 9:17:41 AM | Adm n stered From F oor Stock |
| Jesus Agust n RN | 12/17/2021 11:41:10 PM | Adm n stered |
| Za dy Benos LVN | 12/17/2021 9:00:53 AM | Adm n stered |
| Ma Kr ze Santos RN | 12/16/2021 10:14:11 PM | Adm n stered |
| D mp e Sur RN | 12/16/2021 9:38:11 AM | Adm n stered |
| Este a Duro a RN | 12/15/2021 10:33:23 PM | Adm n stered |
| Za dy Benos LVN | 12/15/2021 8:56:58 AM | Adm n stered |
| Za dy Benos LVN | 12/15/2021 8:56:26 AM | Adm n strat on Cance ed    / Cance at on Note: error |
| Re nan Pau no RN | 12/14/2021 10:01:03 PM | Adm n stered |
| Za dy Benos LVN | 12/14/2021 8:45:20 AM | Adm n stered |
| Stephen Y RN | 12/13/2021 10:50:39 PM | Adm n stered |
| Lora ne Pa meda LVN | 12/13/2021 8:59:34 AM | Adm n stered |
| Chr stopher Yap RN | 12/12/2021 8:00:00 PM | Adm n stered |
| Brooke Snyder LVN | 12/12/2021 9:57:07 AM | Adm n stered |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 154**
**COLEMAN 318**

| Re nan Pau no RN | 12/11/2021 11:35:38 PM | Adm n stered |
| Brooke Snyder LVN | 12/11/2021 12:18:48 PM | Adm n stered |
| An Kumar RN | 12/10/2021 10:48:38 PM | Adm n stered |
| R za na Baut sta RN | 12/10/2021 9:21:53 AM | Adm n stered |
| Terr H dreth LVN | 12/9/2021 11:40:24 PM | Adm n stered |
| Lora ne Pa meda LVN | 12/9/2021 9:45:30 AM | Adm n stered |
| Este a Duro a RN | 12/8/2021 11:49:02 PM | Adm n stered |
| Za dy Benos LVN | 12/8/2021 8:39:51 AM | Adm n stered |
| Manue Nozawa RN | 12/7/2021 11:14:16 PM | Adm n stered |
| Stephan e Yee RN | 12/7/2021 9:03:35 AM | Adm n stered |
| Stephen Y RN | 12/6/2021 10:54:36 PM | Adm n stered |
| Lora ne Pa meda LVN | 12/6/2021 9:32:53 AM | Adm n stered |
| Lauren Kre ss RN | 12/5/2021 10:48:48 PM | Adm n stered |
| Lauren Kre ss RN | 12/5/2021 8:00:00 PM | Adm n stered |
| A ex s Co RN | 12/5/2021 9:31:10 AM | Adm n stered |
| Yo onda Hu um RN | 12/4/2021 11:52:12 PM | Adm n stered |
| A ex s Co RN | 12/4/2021 10:08:50 AM | Adm n stered |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 155**
**COLEMAN 319**

| Caren V ncent LVN | 12/3/2021 8:00:00 PM | Adm n stered |
| A ex s Co RN | 12/3/2021 9:51:36 AM | Adm n stered |
| Adaeze Okoh RN | 12/2/2021 11:21:28 PM | Adm n stered |
| Mar a Ont veros LVN | 12/2/2021 8:55:34 AM | Adm n stered |
| Veron ca Rayo LVN | 12/1/2021 8:37:48 PM | Adm n stered |
| Cather ne Bangu an LVN | 12/1/2021 8:54:20 AM | Adm n stered |
| Mar so Gomez Mercado RN | 11/30/2021 8:00:00 PM | Adm n stered |
| Carr e Romero RN | 11/30/2021 9:20:43 AM | Adm n stered |
| Mar so Gomez Mercado RN | 11/29/2021 11:12:50 PM | Adm n stered |
| Levy Santos RN | 11/29/2021 9:05:35 AM | Adm n stered |
| Ma Kr ze Santos RN | 11/28/2021 10:32:07 PM | Adm n stered |
| A ex s Co RN | 11/28/2021 9:24:44 AM | Adm n stered |
| Caren V ncent LVN | 11/27/2021 11:37:02 PM | Adm n stered |
| Lora ne Pa meda LVN | 11/27/2021 8:56:24 AM | Adm n stered |
| Ma Kr ze Santos RN | 11/26/2021 10:06:05 PM | Adm n stered |
| Este za Santoyo RN | 11/26/2021 10:32:28 AM | Adm n stered |
| Naom S va RN | 11/25/2021 11:38:21 PM | Adm n stered |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 156**
**COLEMAN 320**

| Lora ne Pa meda LVN | 11/25/2021 8:52:26 AM | Adm n stered |
| Veron ca Rayo LVN | 11/24/2021 9:34:02 PM | Adm n stered |
| Za dy Benos LVN | 11/24/2021 9:28:50 AM | Adm n stered |
| Kyu M n RN | 11/23/2021 9:09:02 PM | Adm n stered |
| Em y Lymbum RN | 11/23/2021 9:44:00 AM | Adm n stered |
| Yo onda Hu um RN | 11/22/2021 10:37:19 PM | Adm n stered |
| Cather ne Bangu an LVN | 11/22/2021 9:00:06 AM | Adm n stered |
| Naom S va RN | 11/21/2021 10:24:33 PM | Adm n stered |
| Carr e Romero RN | 11/21/2021 8:55:04 AM | Adm n stered |
| Yo onda Hu um RN | 11/20/2021 10:42:03 PM | Adm n stered |
| Carr e Romero RN | 11/20/2021 9:07:38 AM | Not Adm n stered  Med cat on Not Ava ab e |
| Yo onda Hu um RN | 11/19/2021 11:03:34 PM | Adm n stered |
| Za dy Benos LVN | 11/19/2021 8:43:19 AM | Not Adm n stered  Med cat on Not    wa t ng for de very Ava ab e |
| Este a Duro a RN | 11/18/2021 11:01:57 PM | Not Adm n stered  Med cat on Not Ava ab e |

**Approvals/Denials**

Approved 11/18/2021 2:25:59 PM Leonardo Mendoza RN MCG

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 157**
**COLEMAN 321**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:11:16 AM PST

## NON FORMULARY REQUEST - Completed by: David Christensen MD on 11/18/2021 2:23:56 PM PST

| | | |
|---|---|---|
| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
| DOB:        (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

☑
I acknow edge that th s med cat on requ res add t ona rev ew and approva . Rece pt of med cat on w be de ayed 3 5 days.

The nmate was ver f ed by the commun ty prov der, c n c, or d spens ng pharmacy to current y have th s drug prescr bed, there has been no break n therapy, the d agnoss s confrmed, the drug sc n ca y appropr ate to the d agnoss, and transt on to a formu ary drug s not c n ca y appropr ate/poss b e at th st me.

☑ Yes
☐ No

Rec by pa n management

The nmate had a consu tat on from a spec a st. The consu tant was aware of our c n ca drug opt ons but st recommends th s drug.

☐ Yes
☑ No

In my op n on there s no drug ava ab e on the formu ary that can meet the c n ca requ rements for th s nmate. L st of formu ary med cat on(s) a ready tr ed:

☐ Yes
☑ No

The nmate has a med ca cond t on such as transp ant, HIV, hepat t s, cancer, d a ys s, or post operat ve that requ res th s drug as recommended by a spec a st. Cond t on:

☐ Yes
☑ No

The nmate s a State Hosp ta Returnee and t has been ver f ed that he/she s stab zed on the current psych atr c med cat on reg men.

☐ Yes
☑ No

11/18/2021  2/16/2022

**Celecoxib Oral 200 MG Capsule**

Take 200 mg by mouth TWICE DAILY for 90 day(s).

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 158**
**COLEMAN 322**

Christensen, David MD

## Drug Administration History

| Username | Stamp | Status | Note / Reason |
|---|---|---|---|
| Magdalina Ma cdem RN | 2/16/2022 10:38:52 AM | Adm n stered | |
| Evange ne Pedrozo LVN | 2/15/2022 11:51:34 PM | Adm n stered | |
| D mp e Sur RN | 2/15/2022 10:24:28 AM | Adm n stered | |
| Evange ne Pedrozo LVN | 2/14/2022 11:21:34 PM | Adm n stered | |
| Za dy Benos LVN | 2/14/2022 8:54:04 AM | Adm n stered | |
| Naom S va RN | 2/13/2022 11:18:54 PM | Adm n stered | |
| Brooke Snyder LVN | 2/13/2022 9:17:53 AM | Adm n stered | |
| Evange ne Pedrozo LVN | 2/12/2022 11:20:04 PM | Adm n stered | |
| Brooke Snyder LVN | 2/12/2022 9:23:01 AM | Adm n stered | |
| An  Kumar RN | 2/11/2022 9:18:44 PM | Adm n stered | |
| Za dy Benos LVN | 2/11/2022 8:36:49 AM | Adm n stered | |
| Matthew Duenske RN | 2/10/2022 9:03:08 PM | Adm n stered | |
| Cather ne Bangu an LVN | 2/10/2022 8:52:41 AM | Adm n stered | |
| Ana za Roxas LVN | 2/9/2022 10:40:37 PM | Adm n stered | |
| Lora ne Pa meda LVN | 2/9/2022 8:48:20 AM | Adm n stered | |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 159**
**COLEMAN 323**

| Me ssa Pascua RN | 2/8/2022 11:37:24 PM | Adm n stered |
| Edgar T mpug LVN | 2/8/2022 9:17:18 AM | Adm n stered |
| Ana za Roxas LVN | 2/7/2022 10:23:06 PM | Adm n stered |
| Edgar T mpug LVN | 2/7/2022 8:38:27 AM | Adm n stered |
| May Ng RN | 2/6/2022 10:05:53 PM | Adm n stered |
| Maryssa F e ds LVN | 2/6/2022 12:15:38 PM | Adm n stered |
| Maryssa F e ds LVN | 2/6/2022 9:48:43 AM | Adm n stered |
| Maryssa F e ds LVN | 2/6/2022 9:48:05 AM | Adm n stered |
| Matthew Duenske RN | 2/5/2022 9:06:14 PM | Adm n stered |
| Edgar T mpug LVN | 2/5/2022 8:57:26 AM | Adm n stered |
| Ana za Roxas LVN | 2/4/2022 10:00:27 PM | Adm n stered |
| Cather ne Bangu an LVN | 2/4/2022 8:50:40 AM | Adm n stered |
| Ma Kr ze Santos RN | 2/3/2022 9:46:09 PM | Adm n stered |
| Stephan e Yee RN | 2/3/2022 8:45:30 AM | Adm n stered |
| Lauren Kre ss RN | 2/2/2022 10:55:48 PM | Adm n stered |
| Reg na d Barretto RN | 2/2/2022 9:13:47 AM | Adm n stered |
| Re nan Pau no RN | 2/1/2022 9:55:47 PM | Adm n stered |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 160**
**COLEMAN 324**

| Stephan e Yee RN | 2/1/2022 8:22:07 AM | Adm n stered |
| Matthew Duenske RN | 1/31/2022 9:01:44 PM | Adm n stered |
| Cather ne Bangu an LVN | 1/31/2022 8:59:59 AM | Adm n stered |
| Re nan Pau no RN | 1/30/2022 10:30:00 PM | Adm n stered |
| Brooke Snyder LVN | 1/30/2022 9:27:20 AM | Adm n stered |
| Jamee yn Barrera RN | 1/29/2022 9:47:48 PM | Adm n stered |
| Brooke Snyder LVN | 1/29/2022 9:13:48 AM | Adm n stered |
| Este a Duro a RN | 1/28/2022 9:49:00 PM | Adm n stered |
| M chae Bruce RN | 1/28/2022 10:23:16 AM | Adm n stered |
| Matthew Duenske RN | 1/27/2022 9:53:25 PM | Adm n stered |
| Edgar T mpug LVN | 1/27/2022 8:46:24 AM | Adm n stered |
| Brand Burd ck RN | 1/26/2022 10:31:45 PM | Adm n stered |
| Za dy Benos LVN | 1/26/2022 8:55:39 AM | Adm n stered |
| Evange ne Pedrozo LVN | 1/25/2022 11:38:40 PM | Adm n stered |
| Ivan Hand RN | 1/25/2022 10:16:51 AM | Adm n stered |
| Ana za Roxas LVN | 1/24/2022 9:37:16 PM | Adm n stered |
| Lora ne Pa meda LVN | 1/24/2022 8:58:34 AM | Adm n stered |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 161
COLEMAN 325**

| Name | Date/Time | Status | Note |
|---|---|---|---|
| Este a Duro a RN | 1/23/2022 9:40:10 PM | Adm n stered | |
| Ke  Payne RN | 1/23/2022 10:12:16 AM | Adm n stered | |
| Veron ca Rayo LVN | 1/22/2022 9:06:11 PM | Adm n stered | |
| Lora ne Pa meda LVN | 1/22/2022 8:56:22 AM | Adm n stered | |
| Kr st an Ednacot RN | 1/21/2022 10:54:48 PM | Adm n stered | |
| Cather ne Bangu an LVN | 1/21/2022 8:45:15 AM | Adm n stered | |
| Evange ne Pedrozo LVN | 1/20/2022 11:14:57 PM | Adm n stered | |
| Cather ne Bangu an LVN | 1/20/2022 8:45:30 AM | Adm n stered | |
| Nata y J menez LVN | 1/19/2022 10:04:59 PM | Not Adm n stered  Med cat on Not Ava ab e | |
| Nata y J menez LVN | 1/19/2022 10:04:06 PM | Adm n strat on Cance ed | / Cance at on Note: error |
| Em y Lymbum RN | 1/19/2022 8:28:48 AM | Adm n stered | |
| Ma Kr ze  Santos RN | 1/18/2022 9:49:44 PM | Adm n stered | |
| Cather ne Bangu an LVN | 1/18/2022 8:26:45 AM | Adm n stered | |
| Veron ca Rayo LVN | 1/17/2022 8:34:37 PM | Adm n stered | |
| Cather ne Bangu an LVN | 1/17/2022 8:40:49 AM | Adm n stered | |
| Cather ne Bangu an LVN | 1/16/2022 8:37:21 AM | Adm n stered | |
| Chr stopher Yap RN | 1/15/2022 8:46:04 PM | Adm n stered | |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 162**
**COLEMAN 326**

| Cather ne Bangu an LVN | 1/15/2022 8:34:36 AM | Adm n stered |
| Ma Kr ze Santos RN | 1/14/2022 9:58:25 PM | Adm n stered |
| Za dy Benos LVN | 1/14/2022 8:42:43 AM | Adm n stered |
| Matthew Duenske RN | 1/13/2022 10:10:56 PM | Adm n stered |
| Cather ne Bangu an LVN | 1/13/2022 8:46:59 AM | Adm n stered |
| Evange ne Pedrozo LVN | 1/12/2022 11:36:46 PM | Adm n stered |
| A ex s Co RN | 1/12/2022 8:41:29 AM | Adm n stered |
| Jesus Agust n RN | 1/11/2022 10:22:03 PM | Adm n stered |
| A ex s Co RN | 1/11/2022 8:27:54 AM | Adm n stered |
| Evange ne Pedrozo LVN | 1/10/2022 11:33:52 PM | Adm n stered |
| Lora ne Pa meda LVN | 1/10/2022 9:15:31 AM | Adm n stered |
| Jesus Agust n RN | 1/9/2022 10:21:36 PM | Adm n stered |
| Ivan Hand RN | 1/9/2022 9:53:39 AM | Adm n stered |
| Este a Duro a RN | 1/8/2022 10:03:09 PM | Adm n stered |
| Ivan Hand RN | 1/8/2022 10:44:43 AM | Adm n stered |
| Evange ne Pedrozo LVN | 1/7/2022 11:43:59 PM | Adm n stered |
| Este za Santoyo RN | 1/7/2022 10:26:06 AM | Adm n stered |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

| Joce yn At enza RN | 1/6/2022 10:20:19 PM | Adm n stered |
| A ex s Co RN | 1/6/2022 8:21:57 AM | Adm n stered |
| Evange ne Pedrozo LVN | 1/5/2022 10:47:18 PM | Adm n stered |
| Cather ne Bangu an LVN | 1/5/2022 8:49:06 AM | Adm n stered |
| Evange ne Pedrozo LVN | 1/4/2022 11:15:42 PM | Adm n stered |
| Stephan e Yee RN | 1/4/2022 9:02:30 AM | Adm n stered |
| Matthew Duenske RN | 1/3/2022 10:18:05 PM | Adm n stered |
| D mp e Sur RN | 1/3/2022 9:53:12 AM | Adm n stered |
| Chr stopher Yap RN | 1/2/2022 9:58:36 PM | Adm n stered |
| Este za Santoyo RN | 1/2/2022 10:24:51 AM | Adm n stered |
| Lauren Kre ss RN | 1/1/2022 10:24:23 PM | Adm n stered |
| June Cuaresma RN | 1/1/2022 9:36:10 AM | Adm n stered |
| Re nan Pau no RN | 12/31/2021 10:45:00 PM | Adm n stered |
| James Ob spo RN | 12/31/2021 10:49:02 AM | Adm n stered |
| Este a Duro a RN | 12/30/2021 10:46:15 PM | Adm n stered |
| Ja'Na Maup n Psych atr c Techn c an | 12/30/2021 11:34:18 AM | Adm n stered |
| Naom S va RN | 12/29/2021 11:35:16 PM | Adm n stered |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 164**
**COLEMAN 328**

| A ex s Co RN | 12/29/2021 8:45:48 AM | Adm n stered |
| Manue Nozawa RN | 12/28/2021 9:21:53 PM | Adm n stered |
| Magda na Ma odem RN | 12/28/2021 10:55:10 AM | Adm n stered |
| Chr stopher Yap RN | 12/27/2021 9:55:18 PM | Adm n stered |
| Cather ne Bangu an LVN | 12/27/2021 9:25:56 AM | Adm n stered |
| Nata y J menez LVN | 12/26/2021 9:20:20 PM | Adm n stered |
| A ex s Co RN | 12/26/2021 8:40:55 AM | Adm n stered |
| Manue Nozawa RN | 12/25/2021 10:40:42 PM | Adm n stered |
| A ex s Co RN | 12/25/2021 8:43:43 AM | Adm n stered |
| Stephen Y RN | 12/24/2021 10:02:42 PM | Adm n stered |
| A ex s Co RN | 12/24/2021 9:12:21 AM | Adm n stered |
| Stephen Y RN | 12/23/2021 10:08:45 PM | Adm n stered |
| Lora ne Pa meda LVN | 12/23/2021 9:31:49 AM | Adm n stered |
| Chr stopher Yap RN | 12/22/2021 11:09:43 PM | Adm n stered |
| Cather ne Bangu an LVN | 12/22/2021 9:00:23 AM | Adm n stered |
| Re nan Pau no RN | 12/21/2021 9:48:53 PM | Adm n stered |
| Stephan e Yee RN | 12/21/2021 9:12:23 AM | Adm n stered |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 165**
**COLEMAN 329**

| Name | Date/Time | Action | |
|------|-----------|--------|---|
| May Ng RN | 12/20/2021 11:15:57 PM | Adm n stered | |
| Za dy Benos LVN | 12/20/2021 9:12:12 AM | Adm n stered | |
| Chr stopher Yap RN | 12/19/2021 10:31:22 PM | Adm n stered | |
| A ex s Co RN | 12/19/2021 8:38:28 AM | Adm n stered | |
| Lauren Kre ss RN | 12/18/2021 11:28:15 PM | Adm n stered | |
| A ex s Co RN | 12/18/2021 9:17:41 AM | Adm n stered | |
| Jesus Agust n RN | 12/17/2021 11:41:10 PM | Adm n stered | |
| Za dy Benos LVN | 12/17/2021 9:00:52 AM | Adm n stered | |
| Ma Kr ze Santos RN | 12/16/2021 10:14:11 PM | Adm n stered | |
| D mp e Sur RN | 12/16/2021 9:38:11 AM | Adm n stered | |
| Este a Duro a RN | 12/15/2021 10:33:23 PM | Adm n stered | |
| Za dy Benos LVN | 12/15/2021 8:56:58 AM | Adm n strat on Cance ed | / Cance at on Note: error |
| Za dy Benos LVN | 12/15/2021 8:56:26 AM | Adm n stered | |
| Re nan Pau no RN | 12/14/2021 10:01:03 PM | Adm n stered | |
| Za dy Benos LVN | 12/14/2021 8:45:20 AM | Adm n stered | |
| Stephen Y RN | 12/13/2021 10:50:39 PM | Adm n stered | |
| Lora ne Pa meda LVN | 12/13/2021 8:59:34 AM | Adm n stered | |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 166**
**COLEMAN 330**

| Chr stopher Yap RN | 12/12/2021 8:00:00 PM | Adm n stered |
| Brooke Snyder LVN | 12/12/2021 9:57:07 AM | Adm n stered |
| Re nan Pau no RN | 12/11/2021 11:35:38 PM | Adm n stered |
| Brooke Snyder LVN | 12/11/2021 12:18:48 PM | Adm n stered |
| An Kumar RN | 12/10/2021 10:48:38 PM | Adm n stered |
| R za na Baut sta RN | 12/10/2021 9:21:52 AM | Adm n stered |
| Terr H dreth LVN | 12/9/2021 11:40:23 PM | Adm n stered |
| Lora ne Pa meda LVN | 12/9/2021 9:45:30 AM | Adm n stered |
| Este a Duro a RN | 12/8/2021 11:49:02 PM | Adm n stered |
| Za dy Benos LVN | 12/8/2021 8:39:51 AM | Adm n stered |
| Manue Nozawa RN | 12/7/2021 11:14:16 PM | Adm n stered |
| Stephan e Yee RN | 12/7/2021 9:03:35 AM | Adm n stered |
| Stephen Y RN | 12/6/2021 10:54:36 PM | Adm n stered |
| Lora ne Pa meda LVN | 12/6/2021 9:32:53 AM | Adm n stered |
| Lauren Kre ss RN | 12/5/2021 10:48:48 PM | Adm n stered |
| Lauren Kre ss RN | 12/5/2021 8:00:00 PM | Adm n stered |
| A ex s Co RN | 12/5/2021 9:31:10 AM | Adm n stered |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

| | | |
|---|---|---|
| Yo onda Hu um RN | 12/4/2021 11:52:12 PM | Adm n stered |
| A ex s Co RN | 12/4/2021 10:08:50 AM | Adm n stered |
| Caren V ncent LVN | 12/3/2021 8:00:00 PM | Adm n stered |
| A ex s Co RN | 12/3/2021 9:51:36 AM | Adm n stered |
| Adaeze Okoh RN | 12/2/2021 11:21:28 PM | Adm n stered |
| Mar a Ont veros LVN | 12/2/2021 8:55:34 AM | Adm n stered |
| Veron ca Rayo LVN | 12/1/2021 8:37:48 PM | Adm n stered |
| Cather ne Bangu an LVN | 12/1/2021 8:54:20 AM | Adm n stered |
| Mar so Gomez Mercado RN | 11/30/2021 8:00:00 PM | Adm n stered |
| Carr e Romero RN | 11/30/2021 9:20:43 AM | Adm n stered |
| Mar so Gomez Mercado RN | 11/29/2021 11:12:50 PM | Adm n stered |
| Levy Santos RN | 11/29/2021 9:05:35 AM | Adm n stered |
| Ma Kr ze Santos RN | 11/28/2021 10:32:07 PM | Adm n stered |
| A ex s Co RN | 11/28/2021 9:24:44 AM | Adm n stered |
| Caren V ncent LVN | 11/27/2021 11:37:02 PM | Adm n stered |
| Lora ne Pa meda LVN | 11/27/2021 8:56:24 AM | Adm n stered |
| Ma Kr ze Santos RN | 11/26/2021 10:06:05 PM | Adm n stered |

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 168
COLEMAN 332**

| Este za Santoyo RN | 11/26/2021 10:32:28 AM | Adm n stered | |
| Naom S va RN | 11/25/2021 11:38:20 PM | Adm n stered | |
| Lora ne Pa meda LVN | 11/25/2021 8:52:26 AM | Adm n stered | |
| Veron ca Rayo LVN | 11/24/2021 9:34:02 PM | Adm n stered | |
| Za dy Benos LVN | 11/24/2021 9:28:50 AM | Adm n stered | |
| Kyu M n RN | 11/23/2021 9:09:02 PM | Adm n stered | |
| Em y Lymbum RN | 11/23/2021 9:44:00 AM | Adm n stered | |
| Yo onda Hu um RN | 11/22/2021 10:37:19 PM | Adm n stered | |
| Cather ne Bangu an LVN | 11/22/2021 9:00:06 AM | Adm n stered | |
| Naom S va RN | 11/21/2021 10:24:33 PM | Adm n stered | |
| Carr e Romero RN | 11/21/2021 8:55:03 AM | Not Adm n stered Med cat on Not Ava ab e | |
| Yo onda Hu um RN | 11/20/2021 10:42:03 PM | Not Adm n stered Med cat on Not Ava ab e | |
| Carr e Romero RN | 11/20/2021 8:10:04 AM | Not Adm n stered Med cat on Not Ava ab e | |
| Yo onda Hu um RN | 11/19/2021 11:03:34 PM | Not Adm n stered Med cat on Not Ava ab e | |
| Za dy Benos LVN | 11/19/2021 8:43:19 AM | Not Adm n stered Med cat on Not Ava ab e | new order wa t nf for de very |
| Este a Duro a RN | 11/18/2021 11:01:57 PM | Not Adm n stered Med cat on Not Ava ab e | |

**Approvals/Denials**

Approved 11/18/2021 2:25:53 PM Leonardo Mendoza RN MOG

NELSON, CHRISTOPHER LOUIS 100013559 (21107181)

**NELSON 169**
**COLEMAN 333**

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 170**
**COLEMAN 334**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:11:22 AM PST

## MEDICATION REFUSAL - Completed by: Emily Lymburn RN on 11/23/2021 10:48:20 AM PST

| | | |
|---|---|---|
| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
| DOB:    Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

## THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor        ☐ Psych atr st        ☐ Dent st

☐ Nurse         ☐ Other

☐ Refusa for med ca care Spec a ty appo ntments

## Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

buprop on 200 mg as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

NELSON 171
COLEMAN 335

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medical diet, namely:

I understand this can lead to serious consequences, including the possibility of death.

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal:

"I don't want that"

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

NELSON 172
COLEMAN 336



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

## MEDICATION REFUSAL - Completed by: Alexis Co RN on 12/3/2021 11:18:45 AM PST

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
| --- | --- | --- |
| DOB:       (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

## THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor                ☐ Psych atr st                ☐ Dent st

☐ Nurse                 ☐ Other

☐ Refusa  for med ca  care   Spec a ty appo ntments

## Today I was to have a specialty appointment in:

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

## I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s / In ca es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

Xopenex  nha er and bupropr on as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 173
COLEMAN 337**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal :

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

AC UNI

Witnessed by / Testigo:

4230

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 174**
**COLEMAN 338**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:11:36 AM PST

## MEDICATION REFUSAL - Completed by: Alexis Co RN on 12/4/2021 11:11:13 AM PST

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:                  Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca  on:

w th the:

☐ Doctor            ☐ Psych atr st            ☐ Dent st
☐ Nurse            ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

### I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

xopenex as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 175**
**COLEMAN 339**

the San Diego County Sheriff's Detention Facilities Medical Services physician denies. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

ACUN1

Witnessed by / Testigo:

4230

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 176**
**COLEMAN 340**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:11:43 AM PST

## MEDICATION REFUSAL - Completed by: Estela Durola RN on 12/8/2021 11:49:21 PM PST

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB: (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st
☐ Nurse           ☐ Other

☐ Refusa for med ca care Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In ca es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

xopenex as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist I understand that if I

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 178**
**COLEMAN 342**



3/2/2022 11:11:50 AM PST

Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

## MEDICATION REFUSAL - Completed by: Anil Kumar RN on 12/10/2021 10:49:09 PM PST

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
| DOB: | Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st
☐ Nurse          ☐ Other

☐ Refusa for med ca care Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

xopenex nha er as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 179**
**COLEMAN 343**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal :

no

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 180**
**COLEMAN 344**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:11:57 AM PST

## MEDICATION REFUSAL - Completed by: Brooke Snyder LVN on 12/11/2021 12:19:52 PM PST

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:           (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st

☐ Nurse           ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 181**
**COLEMAN 345**

the San Diego County Sheriff's Detention Facilities/Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

no

Signature of Patient / Firma del paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

5825

Witnessed by / Testigo:

4039

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 182**
**COLEMAN 346**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:12:04 AM PST

## MEDICATION REFUSAL - Completed by: Dimple Suri RN on 12/16/2021 11:26:38 AM PST

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB: (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st
☐ Nurse           ☐ Other

☐ Refusa for med ca care Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s / In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

xopenex as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 183**
**COLEMAN 347**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal:

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

65987

Witnessed by / Testigo:

5120

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS 100013559 (21107181)

**NELSON 184**
**COLEMAN 348**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:12:11 AM PST

**MEDICATION REFUSAL** - Completed by: Lauren Kreiss RN on 12/18/2021 11:29:08 PM PST

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:    (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca   on:

w th the:

☐ Doctor    ☐ Psych atr st    ☐ Dent st
☐ Nurse     ☐ Other

☐ Refusa for med ca care  Spec a ty appo ntments

### Today I was to have a specialty appointment in:

**I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.**

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

**I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.**

In t a s/In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

xopenex nha er as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist I understand that if I

**NELSON 185**
**COLEMAN 349**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal:

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

6600

Witnessed by / Testigo:

1268

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 186**
**COLEMAN 350**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:12:24 AM PST

**MEDICATION REFUSAL** - Completed by: Naomi Silva RN on 12/29/2021 11:36:23 PM PST

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB: (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st

☐ Nurse          ☐ Other

☐ Refusa for med ca care Spec a ty appo ntments

### Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

Acetam nophen 1000 mg as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 187**
**COLEMAN 351**

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medical diet, namely:

**I understand this can lead to serious consequences, including the possibility of death.**

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

**I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.**

Reason for Refusal:

States medication is hurting his stomach

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 188
COLEMAN 352**



Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

3/2/2022 11:12:31 AM PST

## MEDICATION REFUSAL - Completed by: Dimple Suri RN on 1/3/2022 10:35:03 AM PST

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB: (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

### THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca on:

w th the:

☐ Doctor         ☐ Psych atr st         ☐ Dent st
☐ Nurse          ☐ Other

☐ Refusa for med ca care Spec a ty appo ntments

### Today I was to have a specialty appointment in:

### I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta treatment from the San D ego
Sher ff's Department Detent on Fac t es' Med ca Serv ces d v s on for treatment of:

### I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

xopenex as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist I understand that if I

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist. I understand that if I continue to refuse my medication(s)/laboratory tests, my order may be rescinded. If I change my mind, I understand that I will notify medical staff.

☐ I hereby refuse to accept the prescribed medication(s) identified, namely:

I understand this can lead to serious consequences, including the possibility of death.

☐ I hereby refuse to accept prescribed diet for my allergy. I understand this can lead to serious consequences, including the possibility of death.

I understand that I am taking this action against medical advice and I have been informed of the risk to my health as a result of my action. I accept the full consequences of my action that is contrary to the recommendation of the medical, psychiatric or dental staff treating my case. I hereby release the San Diego County Sheriff's Department Detention Facilities Medical Services from all responsibility for any unfavorable or ill results which I understand may happen as a consequence of my refusal to accept this medical treatment.

Reason for Refusal:

Signature of Patient / Firma de paciente:

☑ Patient refused to sign this form / El paciente se negó a firmar este formulario

Witnessed by / Testigo:

Witnessed by / Testigo:

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

NELSON 190
COLEMAN 354



3/2/2022 11:12:37 AM PST

Centra Ja
1173 Front Street
San D ego, CA 92101
619-6152454

## MEDICATION REFUSAL - Completed by: Kelli Payne RN on 1/23/2022 10:14:55 AM PST

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | Class: 4 |
|---|---|---|
| DOB:        (Age=45) | Sex: M | Race: W |
| Housing: SDCJ 8 C 13 M | Court Date: | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | Proj. Rel: |

Eng sh

## THIS IS TO CERTIFY THAT: (Check all the applicable boxes)

☐ I hereby refuse to go to a schedu ed s ck ca  on:

w th the:

☐ Doctor          ☐ Psych atr st          ☐ Dent st
☐ Nurse           ☐ Other

☐ Refusa  for med ca  care  Spec a ty appo ntments

## Today I was to have a specialty appointment in:

I am aware that the physician referred me to this clinic. I refuse to attend this appointment. I understand that a follow-up appointment may not be scheduled for me unless I request it.

☐ I therefore refuse to accept further med ca /psych atr c/denta  treatment from the San D ego
Sher ff's Department Detent on Fac  t es' Med ca  Serv ces d v s on for treatment of:

## I do not relinquish my rights for treatment of other medical, psychiatric, or dental conditions.

In t a s/ In c a es:

☐ I hereby refuse my schedu ed

c n c appo ntment.

☑ I hereby refuse to take my med cat ons(s)/ aboratory tests, name y:

We  butr n as prescr bed by

the San Diego County Sheriff's Detention Facilities Medical Services physician/dentist  I understand that if I

NELSON, CHRISTOPHER LOUIS  100013559 (21107181)

**NELSON 191**
**COLEMAN 355**

| Patient: | NELSON, CHRISTOPHER LOUIS | #: | 100013559 (21107181) | Class: | 4 |
|---|---|---|---|---|---|
| DOB: | (Age=45) | Sex: | M | Race: | W |
| Housing: | SDCJ-8-C-13-M | Court Date: | | Type: | |
| Status: | ACTIVE | Booking Date: | 3/2/2021 4:09:20 PM PST | Proj. Rel: | |

Allergies:

| Allergies: |
|---|
| No Known Drug Allergy |

| | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | Aug | **26** | **27** | **28** | **29** | **30** | **31** | **1** | **2** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 2000 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | C | X | X | X | X | X | X | X |

| | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | **26** | **27** | **28** | **29** | **30** | **1** | **2** | **3** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 2000 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | **29** | **30** | **31** | **1** | **2** | **3** | **4** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | X | C | X | X | X | X | X | X | X | R | R | X | X | R | X | R | R | X | R | X | X | X | R | R | X | R | R | R | X | |
| 2000 | X | R | X | X | X | X | X | X | X | X | X | X | X | X | X | X | R | X | X | X | X | X | X | X | X | X | X | X | R | |

| | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | **26** | **27** | **28** | **29** | **30** | **1** | **2** | **3** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | X | R | R | R | R | X | X | R | R | X | R | R | X | X | X | X | X | R | X | R | X | R | X | X | X | X | X | X | X | R |
| 2000 | X | X | R | X | | X | R | X | X | R | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

**NELSON 192**
**COLEMAN 356**



| Hours | Dec 6 | Dec 7 | Dec 8 | Dec 9 | Dec 10 | Dec 11 | Dec 12 | Dec 13 | Dec 14 | Dec 15 | Dec 16 | Dec 17 | Dec 18 | Dec 19 | Dec 20 | Dec 21 | Dec 22 | Dec 23 | Dec 24 | Dec 25 | Dec 26 | Dec 27 | Dec 28 | Dec 29 | Dec 30 | Dec 31 | Jan 1 | Jan 2 | Jan 3 | Jan 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | X | X | X | X | X | X | X | X | X | C | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 2000 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| Hours | Jan 6 | Jan 7 | Jan 8 | Jan 9 | Jan 10 | Jan 11 | Jan 12 | Jan 13 | Jan 14 | Jan 15 | Jan 16 | Jan 17 | Jan 18 | Jan 19 | Jan 20 | Jan 21 | Jan 22 | Jan 23 | Jan 24 | Jan 25 | Jan 26 | Jan 27 | Jan 28 | Jan 29 | Jan 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | R | X | X | X | X | X | X | X |
| 2000 | X | X | X | X | X | X | X | X | X | | | X | X | X | X | X | X | R | X | X | MNA | X | X | X | |

Adm n stered - Brooke Snyder LVN - 1/30/2022 9:27:21 AM
Adm n stered - Jamee yn Barrera RN - 1/29/2022 9:47:48 PM
Adm n stered - Brooke Snyder LVN - 1/29/2022 9:13:48 AM
Adm n stered - Este a Duro a RN - 1/28/2022 9:49:00 PM
Adm n stered - Mchae Bruce RN - 1/28/2022 10:23:17 AM
Adm n stered - Matthew Duensk e RN - 1/27/2022 9:53:25 PM
Adm n stered - Edgar T rnpug LVN - 1/27/2022 8:46:25 AM
Not Adm n stered - Med cat on Not Ava ab e - Brand Burd ck RN - 1/26/2022 8:00:00 PM
Adm n stered - Za dy Benos LVN - 1/26/2022 8:55:39 AM
Adm n stered - Evange ne Pedrozo LVN - 1/25/2022 11:38:40 PM
Adm n stered - Ivan Hand RN - 1/25/2022 10:16:52 AM
Adm n stered - Ana za Roxas LVN - 1/24/2022 9:37:16 PM
Adm n stered - Lora ne Pa meda LVN - 1/24/2022 8:58:35 AM
Not Adm n stered - Refused - Este a Duro a RN - 1/23/2022 9:40:10 PM
Not Adm n stered - Refused - Ke Payne RN - 1/23/2022 10:12:17 AM
Adm n stered - Veron ca Rayo LVN - 1/22/2022 9:06:11 PM
Adm n stered - Lora ne Pa meda LVN - 1/22/2022 8:56:23 AM
Adm n stered - Kr st an Ednacot RN - 1/21/2022 10:54:48 PM
Adm n stered - Cather ne Bangu an LVN - 1/21/2022 8:45:16 AM
Adm n stered - Evange ne Pedrozo LVN - 1/20/2022 11:14:57 PM
Adm n stered - Cather ne Bangu an LVN - 1/20/2022 8:45:31 AM
Adm n stered - Nata y J menez LVN - 1/19/2022 10:04:06 PM
Adm n stered - Em y Lymburn RN - 1/19/2022 8:28:48 AM
Adm n stered - Ma Kr ze Santos RN - 1/18/2022 9:49:44 PM
Adm n stered - Cather ne Bangu an LVN - 1/18/2022 8:26:46 AM
Adm n stered - Veron ca Rayo LVN - 1/17/2022 8:34:37 PM
Adm n stered - Cather ne Bangu an LVN - 1/17/2022 8:40:50 AM
Adm n stered - Cather ne Bangu an LVN - 1/16/2022 8:37:22 AM
Adm n stered - Chr stopher Yap RN - 1/15/2022 8:46:04 PM
Adm n stered - Cather ne Bangu an LVN - 1/15/2022 8:34:36 AM
Adm n stered - Ma Kr ze Santos RN - 1/14/2022 9:58:26 PM
Adm n stered - Za dy Benos LVN - 1/14/2022 8:42:43 AM
Adm n stered - Matthew Duensk e RN - 1/13/2022 10:10:56 PM
Adm n stered - Cather ne Bangu an LVN - 1/13/2022 8:46:59 AM

**NELSON 193**
**COLEMAN 357**

Adm n stered - Evange ne Pedrozo LVN - 1/12/2022 11:36:46 PM
Adm n stered - A ex s Co RN - 1/12/2022 8:41:29 AM
Adm n stered - Jesus Agust n RN - 1/11/2022 10:22:03 PM
Adm n stered - A ex s Co RN - 1/11/2022 8:27:55 AM
Adm n stered - Evange ne Pedrozo LVN - 1/10/2022 11:33:52 PM
Adm n stered - Lora ne Pa meda LVN - 1/10/2022 9:15:31 AM
Adm n stered - Jesus Agust n RN - 1/9/2022 10:21:36 PM
Adm n stered - Ivan Hand RN - 1/9/2022 9:53:39 AM
Adm n stered - Este a Duro a RN - 1/8/2022 10:03:09 PM
Adm n stered - Ivan Hand RN - 1/8/2022 10:44:44 AM
Adm n stered - Evange ne Pedrozo LVN - 1/7/2022 11:43:59 PM
Adm n stered - Este za Santoyo RN - 1/7/2022 10:26:06 AM
Adm n stered - Joce yn At enza RN - 1/6/2022 10:20:20 PM
Adm n stered - A ex s Co RN - 1/6/2022 8:21:58 AM
Adm n stered - Evange ne Pedrozo LVN - 1/5/2022 10:47:18 PM
Adm n stered - Cather ne Bangu an LVN - 1/5/2022 8:49:07 AM
Adm n stered - Evange ne Pedrozo LVN - 1/4/2022 11:15:43 PM
Adm n stered - Stephan e Yee RN - 1/4/2022 9:02:30 AM
Adm n stered - Matthew Duensk e RN - 1/3/2022 10:18:06 PM
Adm n stered - D mp e Sur RN - 1/3/2022 9:53:12 AM
Adm n stered - Chr stopher Yap RN - 1/2/2022 9:58:36 PM
Adm n stered From F oor Stock - Este za Santoyo RN - 1/2/2022 10:24:51 AM
Adm n stered - Lauren Kre ss RN - 1/1/2022 10:24:23 PM
Adm n stered - June Cuaresma RN - 1/1/2022 9:36:10 AM
Adm n stered - Re nan Pau no RN - 12/31/2021 10:45:00 PM
Adm n stered - James Ob spo RN - 12/31/2021 10:49:02 AM
Adm n stered - Este a Duro a RN - 12/30/2021 10:46:16 PM
Adm n stered - Ja'Na Maup n Psych atr c Techn c an - 12/30/2021 11:34:18 AM
Adm n stered - Naom S va RN - 12/29/2021 11:35:16 PM
Adm n stered - A ex s Co RN - 12/29/2021 8:45:48 AM
Adm n stered - Manue Nozawa RN - 12/28/2021 9:21:53 PM
Adm n stered - Magda na Ma cdem RN - 12/28/2021 10:55:10 AM
Adm n stered - Chr stopher Yap RN - 12/27/2021 9:55:18 PM
Adm n stered - Cather ne Bangu an LVN - 12/27/2021 9:25:56 AM
Adm n stered - Nata y J menez LVN - 12/26/2021 9:20:20 PM
Adm n stered - A ex s Co RN - 12/26/2021 8:40:56 AM
Adm n stered - Manue Nozawa RN - 12/25/2021 10:40:43 PM
Adm n stered - A ex s Co RN - 12/25/2021 8:43:44 AM
Adm n stered - Stephen Y RN - 12/24/2021 10:02:43 PM
Adm n stered - A ex s Co RN - 12/24/2021 9:12:22 AM
Adm n stered - Stephen Y RN - 12/23/2021 10:08:46 PM
Adm n stered - Lora ne Pa meda LVN - 12/23/2021 9:31:50 AM
Adm n stered - Chr stopher Yap RN - 12/22/2021 11:09:43 PM
Adm n stered - Cather ne Bangu an LVN - 12/22/2021 9:00:24 AM
Adm n stered - Re nan Pau no RN - 12/21/2021 9:48:53 PM
Adm n stered - Stephan e Yee RN - 12/21/2021 9:12:24 AM
Adm n stered - May Ng RN - 12/20/2021 11:15:57 PM
Adm n stered - Za dy Benos LVN - 12/20/2021 9:12:13 AM
Adm n stered - Chr stopher Yap RN - 12/19/2021 10:31:24 PM

**NELSON 194**
**COLEMAN 358**

Adm n stered - A exs Co RN - 12/19/2021 8:38:28 AM
Adm n stered - Lauren Kre ss RN - 12/18/2021 11:28:15 PM
Adm n stered - A exs Co RN - 12/18/2021 9:17:41 AM
Adm n stered - Jesus Agust n RN - 12/17/2021 11:41:10 PM
Adm n stered - Za dy Benos LVN - 12/17/2021 9:00:53 AM
Adm n stered - Ma Kr ze Santos RN - 12/16/2021 10:14:11 PM
Adm n stered - D mp e Sur RN - 12/16/2021 9:38:11 AM
Adm n stered - Este a Duro a RN - 12/15/2021 10:33:23 PM
Adm n stered - Za dy Benos LVN - 12/15/2021 8:56:59 AM
Adm n strat on Cance ed - Za dy Benos LVN - 12/15/2021 8:56:27 AM
Adm n stered - Re nan Pau no RN - 12/14/2021 10:01:03 PM
Adm n stered - Za dy Benos LVN - 12/14/2021 8:45:21 AM
Adm n stered - Stephen Y RN - 12/13/2021 10:50:40 PM
Adm n stered - Lora ne Pa meda LVN - 12/13/2021 8:59:34 AM
Adm n stered - Chr stopher Yap RN - 12/12/2021 8:00:00 PM
Adm n stered - Brooke Snyder LVN - 12/12/2021 9:57:08 AM
Adm n stered - Re nan Pau no RN - 12/11/2021 11:35:38 PM
Adm n stered - Brooke Snyder LVN - 12/11/2021 12:18:49 PM
Adm n stered - An Kumar RN - 12/10/2021 10:48:38 PM
Adm n stered - R za na Baut sta RN - 12/10/2021 9:21:53 AM
Adm n stered - Terr H dreth LVN - 12/9/2021 11:40:24 PM
Adm n stered - Lora ne Pa meda LVN - 12/9/2021 9:45:30 AM
Adm n stered - Este a Duro a RN - 12/8/2021 11:49:03 PM
Adm n stered - Za dy Benos LVN - 12/8/2021 8:39:52 AM
Adm n stered - Manue Nozawa RN - 12/7/2021 11:14:16 PM
Adm n stered - Stephan e Yee RN - 12/7/2021 9:03:35 AM
Adm n stered - Stephen Y RN - 12/6/2021 10:54:37 PM
Adm n stered - Lora ne Pa meda LVN - 12/6/2021 9:32:53 AM
Adm n stered - Lauren Kre ss RN - 12/5/2021 10:48:49 PM
Adm n stered - Lauren Kre ss RN - 12/5/2021 8:00:00 PM
Adm n stered - A exs Co RN - 12/5/2021 9:31:10 AM
Adm n stered - Yo onda Hu um RN - 12/4/2021 11:52:12 PM
Adm n stered - A exs Co RN - 12/4/2021 10:08:50 AM
Adm n stered - Caren V ncent LVN - 12/3/2021 8:00:00 PM
Not Adm n stered - Refused - A exs Co RN - 12/3/2021 11:18:05 AM
Adm n stered - Adaeze Okoh RN - 12/2/2021 11:21:28 PM
Adm n stered - Mar a Ont veros LVN - 12/2/2021 8:55:35 AM
Adm n stered - Veron ca Rayo LVN - 12/1/2021 8:37:48 PM
Adm n stered - Cather ne Bangu an LVN - 12/1/2021 8:54:21 AM
Adm n stered - Mar so Gomez-Mercado RN - 11/30/2021 8:00:00 PM
Adm n stered - Carr e Romero RN - 11/30/2021 9:20:44 AM
Adm n stered - Mar so Gomez-Mercado RN - 11/29/2021 11:12:50 PM
Adm n stered - Levy Santos RN - 11/29/2021 9:05:35 AM
Adm n stered - Ma Kr ze Santos RN - 11/28/2021 10:32:07 PM
Adm n stered - A exs Co RN - 11/28/2021 9:24:44 AM
Adm n stered - Caren V ncent LVN - 11/27/2021 11:37:02 PM
Adm n stered - Lora ne Pa meda LVN - 11/27/2021 8:00:00 AM
Adm n stered - Ma Kr ze Santos RN - 11/26/2021 10:06:05 PM
Adm n stered - Este za Santoyo RN - 11/26/2021 10:32:29 AM

**NELSON 195**
**COLEMAN 359**

Adm n stered - Naom S va RN - 11/25/2021 11:38:21 PM
Not Adm n stered - Refused - Lora ne Pa meda LVN - 11/25/2021 8:00:00 AM
Adm n stered - Veron ca Rayo LVN - 11/24/2021 9:34:02 PM
Adm n stered - Za dy Benos LVN - 11/24/2021 9:28:50 AM
Adm n stered - Kyu M n RN - 11/23/2021 9:09:02 PM
Not Adm n stered - Refused - Em y Lymburn RN - 11/23/2021 10:47:28 AM
Adm n stered - Yo onda Hu um RN - 11/22/2021 10:37:19 PM
Adm n stered - Cather ne Bangu an LVN - 11/22/2021 9:00:06 AM
Adm n stered - Naom S va RN - 11/21/2021 10:24:33 PM
Adm n stered - Carr e Romero RN - 11/21/2021 8:55:04 AM
Adm n stered - Yo onda Hu um RN - 11/20/2021 10:42:04 PM
Adm n stered - Carr e Romero RN - 11/20/2021 9:07:38 AM
Adm n stered - Yo onda Hu um RN - 11/19/2021 11:03:35 PM
Adm n stered - Za dy Benos LVN - 11/19/2021 8:42:16 AM
Adm n stered - Este a Duro a RN - 11/18/2021 11:01:57 PM
Adm n stered - Cather ne Bangu an LVN - 11/18/2021 8:53:15 AM
Adm n stered - Evange ne Pedrozo LVN - 11/17/2021 11:29:26 PM
Adm n stered - Za dy Benos LVN - 11/17/2021 8:43:28 AM
Adm n stered - May Ng RN - 11/16/2021 10:27:44 PM
Not Adm n stered - Refused - Lora ne Pa meda LVN - 11/16/2021 10:19:11 AM
Adm n stered - An Kumar RN - 11/15/2021 9:30:25 PM
Not Adm n stered - Refused - Cather ne Bangu an LVN - 11/15/2021 9:19:42 AM
Not Adm n stered - Refused - Chr stopher Yap RN - 11/14/2021 10:48:20 PM
Adm n stered - Romeo DeGuzman RN - 11/14/2021 8:56:47 AM
Adm n stered - Yo onda Hu um RN - 11/13/2021 10:48:10 PM
Not Adm n stered - Refused - R za na Baut sta RN - 11/13/2021 10:21:49 AM
Adm n stered - Yo onda Hu um RN - 11/12/2021 10:47:33 PM
Not Adm n stered - Refused - Lora ne Pa meda LVN - 11/12/2021 10:14:54 AM
Not Adm n stered - Refused - Ana za Roxas LVN - 11/11/2021 10:02:29 PM
Adm n stered - Magda na Ma cdem RN - 11/11/2021 10:03:51 AM
Adm n stered - An Kumar RN - 11/10/2021 8:56:23 PM
Adm n stered - Za dy Benos LVN - 11/10/2021 8:34:53 AM
Not Adm n stered - Refused - Em y Lymburn RN - 11/9/2021 10:12:26 AM
Adm n stered - Yo onda Hu um RN - 11/8/2021 10:42:23 PM
Not Adm n stered - Refused - R za na Baut sta RN - 11/8/2021 10:08:25 AM
Adm n strat on Cance ed - Ana Resende RN - 11/7/2021 11:20:07 PM
Not Adm n stered - Refused - Ana Resende RN - 11/7/2021 8:00:00 PM
Not Adm n stered - Refused - R za na Baut sta RN - 11/7/2021 10:10:22 AM
Adm n stered - Yo onda Hu um RN - 11/6/2021 11:18:41 PM
Not Adm n stered - Refused - Este za Santoyo RN - 11/6/2021 10:41:41 AM
Adm n stered - Caren V ncent LVN - 11/5/2021 8:00:00 PM
Adm n stered - Romeo DeGuzman RN - 11/5/2021 9:09:59 AM
Not Adm n stered - Refused - Este a Duro a RN - 11/4/2021 10:17:02 PM
Adm n stered - Este a Duro a RN - 11/4/2021 5:08:06 AM
Adm n stered - Naom S va RN - 11/3/2021 8:00:00 PM
Not Adm n stered - Refused - Lora ne Pa meda LVN - 11/3/2021 8:00:00 AM
Adm n stered - Manue Nozawa RN - 11/2/2021 10:36:13 PM
Not Adm n stered - Refused - Lora ne Pa meda LVN - 11/2/2021 10:27:53 AM
Adm n stered - Yo onda Hu um RN - 11/1/2021 11:46:35 PM

**NELSON 196**
**COLEMAN 360**

Not Adm n stered - Refused - Este za Santoyo RN - 11/1/2021 10:54:12 AM
Adm n stered - Mchae Ch ang RN - 10/31/2021 8:00:00 PM
Adm n stered - Za dy Benos LVN - 10/31/2021 9:06:28 AM
Adm n stered - Caren V ncent LVN - 10/30/2021 11:46:01 PM
Not Adm n stered - Refused - Stephan e Kay Rapp ey RN - 10/30/2021 10:33:30 AM
Adm n stered - Caren V ncent LVN - 10/29/2021 8:00:00 PM
Not Adm n stered - Refused - Lora ne Pa meda LVN - 10/29/2021 10:07:13 AM
Adm n stered - Re nan Pau no RN - 10/28/2021 9:53:24 PM
Adm n stered - Za dy Benos LVN - 10/28/2021 8:50:38 AM
Adm n stered - Evange ne Pedrozo LVN - 10/27/2021 8:00:00 PM
Adm n stered - Za dy Benos LVN - 10/27/2021 8:56:18 AM
Adm n stered - May Ng RN - 10/26/2021 10:58:38 PM
Adm n stered - Za dy Benos LVN - 10/26/2021 8:42:39 AM
Adm n stered - Yo onda Hu um RN - 10/25/2021 11:56:18 PM
Adm n stered - Cather ne Bangu an LVN - 10/25/2021 8:37:15 AM
Adm n stered - Ma Kr ze Santos RN - 10/24/2021 9:49:20 PM
Adm n stered - R za na Baut sta RN - 10/24/2021 9:36:59 AM
Not Adm n stered - Refused - Co n La ng RN - 10/23/2021 11:10:37 PM
Not Adm n stered - Refused - R za na Baut sta RN - 10/23/2021 10:33:05 AM
Adm n stered - Ana Resende RN - 10/22/2021 11:09:02 PM
Adm n stered - Stephan e Yee RN - 10/22/2021 1:12:14 PM
Adm n stered - Stephen Y RN - 10/21/2021 11:24:52 PM
Not Adm n stered - Refused - Lora ne Pa meda LVN - 10/21/2021 9:33:44 AM
Adm n stered - Mchae Ch ang RN - 10/20/2021 8:00:00 PM
Not Adm n stered - Refused - Lora ne Pa meda LVN - 10/20/2021 10:35:20 AM
Adm n stered - Re nan Pau no RN - 10/19/2021 9:56:13 PM
Adm n stered - Em y Lymburn RN - 10/19/2021 8:58:54 AM
Adm n stered - Yo onda Hu um RN - 10/18/2021 10:52:30 PM
Not Adm n stered - Refused - Em y Lymburn RN - 10/18/2021 10:22:35 AM
Adm n stered - Kyu Mn RN - 10/17/2021 10:58:10 PM
Adm n stered - Romeo DeGuzman RN - 10/17/2021 8:57:09 AM
Adm n stered - Yo onda Hu um RN - 10/16/2021 10:56:34 PM
Adm n stered - N ko e Petzo dt RN - 10/16/2021 10:03:27 AM
Adm n stered - Yo onda Hu um RN - 10/15/2021 11:11:39 PM
Not Adm n stered - Refused - Cather ne Bangu an LVN - 10/15/2021 9:39:45 AM
Adm n stered - An  Kumar RN - 10/14/2021 9:24:17 PM
Not Adm n stered - Refused - Cather ne Bangu an LVN - 10/14/2021 9:27:21 AM
Adm n stered - Evange ne Pedrozo LVN - 10/13/2021 8:00:00 PM
Adm n stered - Cather ne Bangu an LVN - 10/13/2021 8:49:29 AM
Adm n stered - Evange ne Pedrozo LVN - 10/12/2021 11:50:53 PM
Adm n stered - Stephan e Yee RN - 10/12/2021 8:51:58 AM
Adm n stered - Yo onda Hu um RN - 10/11/2021 10:51:40 PM
Adm n stered - T na Greco RN - 10/11/2021 12:58:18 PM
Adm n stered - T na Greco RN - 10/11/2021 9:28:58 AM
Adm n stered - Naom S va RN - 10/10/2021 10:44:39 PM
Adm n stered - Lora ne Pa meda LVN - 10/10/2021 8:59:39 AM
Adm n stered - Yo onda Hu um RN - 10/9/2021 10:51:33 PM
Adm n stered - Za dy Benos LVN - 10/9/2021 8:37:41 AM
Adm n stered - Yo onda Hu um RN - 10/8/2021 10:35:09 PM

**NELSON 197**
**COLEMAN 361**

Adm n stered - Lora ne Pa meda LVN - 10/8/2021 8:53:51 AM
Adm n stered - S  va Suak ng RN - 10/7/2021 9:52:58 PM
Adm n stered - R za  na Baut sta RN - 10/7/2021 9:04:27 AM
Adm n stered - Grace Nkoroh LVN - 10/6/2021 11:05:03 PM
Not Adm n stered - Refused - Mchae  Ch ang RN - 10/6/2021 2:47:50 AM
Adm n strat on Cance  ed - Mchae  Ch ang RN - 10/6/2021 12:00:46 AM
Adm n stered - Mchae  Ch ang RN - 10/5/2021 8:00:00 PM
Adm n stered - R za  na Baut sta RN - 10/5/2021 8:54:43 AM
Adm n stered - Bethany H gg ns LVN - 10/4/2021 10:34:02 PM
Adm n stered - Za dy Benos LVN - 10/4/2021 8:43:25 AM
Adm n stered - Evange  ne Pedrozo LVN - 10/3/2021 8:00:00 PM
Adm n stered - Em  y Lymburn RN - 10/3/2021 9:46:43 AM
Adm n stered - Ana Resende RN - 10/2/2021 10:21:53 PM
Adm n stered - Pesa Cos ow RN - 10/2/2021 9:35:20 AM
Adm n stered - Mchae  Ch ang RN - 10/1/2021 9:24:06 PM
Adm n stered - Pesa Cos ow RN - 10/1/2021 9:53:11 AM
Adm n stered - Grace Nkoroh LVN - 9/30/2021 10:54:18 PM
Adm n stered - Pesa Cos ow RN - 9/30/2021 9:46:59 AM
Adm n stered - Terr  H  dreth LVN - 9/29/2021 10:57:26 PM
Adm n stered - Pesa Cos ow RN - 9/29/2021 9:34:22 AM
Adm n stered - Re nan Pau  no RN - 9/28/2021 10:19:00 PM
Adm n stered - T na Greco RN - 9/28/2021 9:34:37 AM
Adm n stered - Re nan Pau  no RN - 9/27/2021 10:45:37 PM
Adm n stered - T na Greco RN - 9/27/2021 8:00:00 AM
Adm n stered - S  va Suak ng RN - 9/26/2021 9:49:42 PM
Adm n stered - Cather ne Bangu  an LVN - 9/26/2021 9:01:03 AM
Adm n stered - S  va Suak ng RN - 9/25/2021 10:09:16 PM
Adm n stered - Cather ne Bangu  an LVN - 9/25/2021 8:46:30 AM
Adm n stered - Veron ca Rayo LVN - 9/24/2021 10:59:41 PM
Adm n stered - T na Greco RN - 9/24/2021 9:12:18 AM
Adm n stered - Adaeze Okoh RN - 9/23/2021 11:10:46 PM
Adm n stered - Suzanne Parker RN - 9/23/2021 9:12:12 AM
Adm n stered - Grace Nkoroh LVN - 9/22/2021 10:17:44 PM
Adm n stered - Lora ne Pa meda LVN - 9/22/2021 9:56:36 AM
Adm n stered - Grace Nkoroh LVN - 9/21/2021 9:59:50 PM
Adm n stered - Pesa Cos ow RN - 9/21/2021 9:46:14 AM
Adm n stered - Grace Nkoroh LVN - 9/20/2021 9:58:33 PM
Adm n stered - Pesa Cos ow RN - 9/20/2021 9:22:28 AM
Adm n stered - Ana Resende RN - 9/19/2021 10:59:21 PM
Adm n stered - Pesa Cos ow RN - 9/19/2021 10:02:29 AM
Adm n stered - Este a Duro a RN - 9/18/2021 8:57:35 PM
Adm n stered - Pesa Cos ow RN - 9/18/2021 9:59:42 AM
Adm n stered - Grace Nkoroh LVN - 9/17/2021 10:46:36 PM
Adm n stered - Pesa Cos ow RN - 9/17/2021 10:21:41 AM
Adm n stered - Grace Nkoroh LVN - 9/16/2021 10:27:31 PM
Adm n stered - Kat e Ra ston RN - 9/16/2021 10:01:57 AM
Adm n stered - Grace Nkoroh LVN - 9/15/2021 11:12:20 PM
Adm n stered - Lora ne Pa meda LVN - 9/15/2021 8:27:09 AM
Adm n stered - Re nan Pau  no RN - 9/14/2021 11:02:50 PM

**NELSON 198**
**COLEMAN 362**

Adm n stered - Pesa Cos ow RN - 9/14/2021 9:34:19 AM
Adm n stered - Jesus Agust n RN - 9/13/2021 11:58:22 PM
Adm n stered - Chr stopher Custod o RN - 9/13/2021 2:30:46 AM
Adm n stered - Chr stopher Custod o RN - 9/12/2021 11:18:25 PM
Adm n stered - Pesa Cos ow RN - 9/12/2021 10:37:40 AM
Adm n stered - Ana za Roxas LVN - 9/11/2021 10:46:26 PM
Adm n stered - Kat e Ra ston RN - 9/11/2021 10:45:51 AM
Adm n stered - Ana za Roxas LVN - 9/10/2021 10:08:09 AM
Adm n stered - T na Greco RN - 9/10/2021 8:00:00 AM
Adm n stered - Ana za Roxas LVN - 9/9/2021 10:02:37 PM
Adm n stered - T na Greco RN - 9/9/2021 8:00:00 AM
Adm n stered - Ana za Roxas LVN - 9/8/2021 10:12:58 PM
Adm n stered - Cather ne Bangu an LVN - 9/8/2021 8:20:00 AM
Adm n stered - An  Kumar RN - 9/7/2021 9:43:52 PM
Adm n stered - Pesa Cos ow RN - 9/7/2021 9:51:37 AM
Adm n stered - Ana za Roxas LVN - 9/6/2021 9:49:30 PM
Adm n stered - Pesa Cos ow RN - 9/6/2021 10:26:53 AM
Adm n stered - Ana za Roxas LVN - 9/5/2021 10:24:49 PM
Adm n stered - Pesa Cos ow RN - 9/5/2021 9:40:23 AM
Adm n stered - Ana za Roxas LVN - 9/4/2021 11:00:10 AM
Adm n stered - Pesa Cos ow RN - 9/4/2021 9:06:36 AM
Adm n stered - Grace Nkoroh LVN - 9/3/2021 11:40:01 PM
Adm n stered - Pesa Cos ow RN - 9/3/2021 11:34:46 AM
Adm n stered - Grace Nkoroh LVN - 9/2/2021 11:20:45 PM
Adm n stered - T na Greco RN - 9/2/2021 11:29:17 AM
Adm n stered - Grace Nkoroh LVN - 9/1/2021 8:00:00 PM
Adm n stered - T na Greco RN - 9/1/2021 10:20:44 AM
Adm n stered - Adaeze Okoh RN - 8/31/2021 11:03:53 PM
Adm n stered - T na Greco RN - 8/31/2021 8:00:00 AM
Adm n stered - May Ng RN - 8/30/2021 9:35:12 PM
Adm n stered - Lora ne Pa meda LVN - 8/30/2021 9:07:58 AM
Adm n stered - Grace Nkoroh LVN - 8/29/2021 10:22:16 PM
Adm n stered - Stephan e Yee RN - 8/29/2021 8:57:34 AM
Adm n stered - Grace Nkoroh LVN - 8/28/2021 11:19:46 PM
Adm n stered - Kat e Ra ston RN - 8/28/2021 9:34:09 AM
Adm n stered - S va Suak ng RN - 8/27/2021 9:18:36 PM
Adm n stered - Kat e Ra ston RN - 8/27/2021 9:01:15 AM
Adm n stered - Ana za Roxas LVN - 8/26/2021 10:11:18 PM
Adm n strat on Cance ed - Kat e Ra ston RN - 8/26/2021 9:42:18 AM
Adm n stered - Kat e Ra ston RN - 8/26/2021 8:27:37 AM
Adm n stered - Grace Nkoroh LVN - 8/25/2021 11:17:48 PM
Adm n stered - Kat e Ra ston RN - 8/25/2021 8:21:07 AM
Adm n stered - Grace Nkoroh LVN - 8/24/2021 10:53:09 PM
Adm n stered - Pesa Cos ow RN - 8/24/2021 9:41:52 AM
Adm n stered - Ana za Roxas LVN - 8/23/2021 9:52:03 PM
Adm n stered - Pesa Cos ow RN - 8/23/2021 9:43:14 AM
Adm n stered - Ana za Roxas LVN - 8/22/2021 10:57:48 PM
Adm n stered - Pesa Cos ow RN - 8/22/2021 8:56:21 AM
Adm n stered - Ana za Roxas LVN - 8/21/2021 10:10:43 PM

**NELSON 199**
**COLEMAN 363**

Adm n stered - Kat e Ra ston RN - 8/21/2021 9:00:15 AM
Adm n stered - Grace Nkoroh LVN - 8/20/2021 11:23:50 PM
Adm n stered - Kat e Ra ston RN - 8/20/2021 9:35:17 AM
Adm n stered - Ana za Roxas LVN - 8/19/2021 10:09:42 PM
Adm n stered - T na Greco RN - 8/19/2021 10:39:45 AM
Adm n stered - Ana za Roxas LVN - 8/18/2021 9:56:07 PM
Adm n stered - Za dy Benos LVN - 8/18/2021 8:50:10 AM
Adm n stered - Ana za Roxas LVN - 8/17/2021 9:28:16 PM
Adm n stered - Pesa Cos ow RN - 8/17/2021 9:53:28 AM
Adm n stered - Ana za Roxas LVN - 8/16/2021 9:37:19 PM
Adm n stered - Pesa Cos ow RN - 8/16/2021 9:50:28 AM
Adm n stered - An  Kumar RN - 8/15/2021 9:21:04 PM
Adm n stered - Pesa Cos ow RN - 8/15/2021 9:40:31 AM
Adm n stered - S va Suak ng RN - 8/14/2021 9:32:26 PM
Adm n stered - Pesa Cos ow RN - 8/14/2021 11:18:35 AM
Adm n stered - Veron ca Rayo LVN - 8/13/2021 10:00:41 PM
Adm n stered - R a Encarnac on LVN - 8/13/2021 9:07:44 AM
Adm n stered - Re nan Pau no RN - 8/12/2021 10:22:16 PM
Adm n stered - Kat e Ra ston RN - 8/12/2021 9:41:07 AM
Adm n stered - Ana za Roxas LVN - 8/11/2021 10:12:33 PM
Adm n stered - Stephan e Yee RN - 8/11/2021 8:28:35 AM
Adm n stered - S va Suak ng RN - 8/10/2021 9:44:12 PM
Adm n stered - Pesa Cos ow RN - 8/10/2021 10:42:28 AM
Adm n stered - Ana za Roxas LVN - 8/9/2021 9:55:04 PM
Adm n stered - Pesa Cos ow RN - 8/9/2021 10:07:37 AM
Adm n stered - Veron ca Rayo LVN - 8/8/2021 11:03:13 PM
Adm n stered - R a Encarnac on LVN - 8/8/2021 9:04:12 AM
Adm n stered - Chr stopher Dom nguez RN - 8/7/2021 10:14:02 PM
Adm n stered - R a Encarnac on LVN - 8/7/2021 8:33:43 AM
Adm n stered - M chae  L mon RN - 8/6/2021 10:47:12 PM
Adm n stered - T na Greco RN - 8/6/2021 9:10:18 AM
Adm n stered - Ma Kr ze  Santos RN - 8/5/2021 9:37:42 PM
Adm n stered - Kat e Ra ston RN - 8/5/2021 9:47:42 AM
Adm n stered - S va Suak ng RN - 8/4/2021 9:57:21 PM
Adm n stered - Kat e Ra ston RN - 8/4/2021 9:15:26 AM

**NELSON 200**
**COLEMAN 364**

| Patient: NELSON, CHRISTOPHER LOUIS | #: 100013559 (21107181) | | Class: 4 |
|---|---|---|---|
| DOB: (Age=45) | Sex: M | | Race: W |
| Housing: SDCJ-8-C-13-M | Court Date: | | Type: |
| Status: ACTIVE | Booking Date: 3/2/2021 4:09:20 PM PST | | Proj. Rel: |

**Xopenex HFA Inhalation 45 MCG/ACT Aerosol** 11/18/2021 8:00:00 PM - 2/16/2022 8:00:00 AM Christensen, David MD

Inhale 1 puff(s) by mouth TWICE DAILY for 30 day(s). Dispense 1 aerosol. 2 Refill(s) *ATE

Allergies:

| Allergies: |
|---|
| No Known Drug Allergy |

| Hours | Nov 18 | Nov | Nov | Nov | Nov 22 | Nov 23 | Nov 24 | Nov 25 | Nov 26 | Nov 27 | Nov 28 | Nov 29 | Nov 30 | Dec 1 | Dec 2 | Dec 3 | Dec 4 | Dec 5 | Dec 6 | Dec 7 | Dec 8 | Dec 9 | Dec 10 | Dec 11 | Dec 12 | Dec 13 | Dec 14 | Dec 15 | Dec 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | R | R | X | | MH | X | X | X | R | X | X | X | X | R |
| 2000 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | R | R | R | X | R | X | X | X | X | | |

| Hours | Dec 19 | Dec | Dec | Dec | Dec 23 | Dec 24 | Dec 25 | Dec 26 | Dec 27 | Dec 28 | Dec 29 | Dec 30 | Dec 31 | Jan 1 | Jan 2 | Jan 3 | Jan 4 | Jan 5 | Jan 6 | Jan 7 | Jan 8 | Jan 9 | Jan 10 | Jan 11 | Jan 12 | Jan 13 | Jan 14 | Jan 15 | Jan 16 | Jan 17 | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | X | X | X | X | X | X | X | X | X | X | X | X | X | R | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 2000 | X | X | X | X | X | MH | X | X | X | X | X | X | X | MH | MH | X | X | X | X | X | | X | X | X | X | X | X | X | | X | X |

| Hours | Jan 19 | Jan | Jan | Jan | Jan 23 | Jan 24 | Jan 25 | Jan 26 | Jan 27 | Jan 28 | Jan 29 | Jan 30 | Jan 31 | Feb 1 | Feb 2 | Feb 3 | Feb 4 | Feb 5 | Feb 6 | Feb 7 | Feb 8 | Feb 9 | Feb 10 | Feb 11 | Feb 12 | Feb 13 | Feb 14 | Feb 15 | Feb 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | X | X | X | X | X | X | X | X | R | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | |
| 2000 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | C | X | R | X | X | |

Administered - Evangeline Pedrozo LVN - 2/15/2022 11:51:35 PM
Administered - Dimple Sur RN - 2/15/2022 10:24:28 AM
Administered - Evangeline Pedrozo LVN - 2/14/2022 11:21:34 PM
Administered - Zaldy Benos LVN - 2/14/2022 8:54:04 AM
Not Administered - Refused - Naomi Silva RN - 2/13/2022 11:18:54 PM
Administered - Brooke Snyder LVN - 2/13/2022 9:17:53 AM
Administered - Evangeline Pedrozo LVN - 2/12/2022 11:20:04 PM
Administered - Brooke Snyder LVN - 2/12/2022 9:23:01 AM
Not Administered - Refused - An Kumar RN - 2/11/2022 9:19:46 PM
Administration Cancelled - An Kumar RN - 2/11/2022 9:18:44 PM
Administered - Zaldy Benos LVN - 2/11/2022 8:36:49 AM
Administered - Matthew Duenski RN - 2/10/2022 9:03:08 PM
Administered - Catherine Banguilan LVN - 2/10/2022 8:52:42 AM
Administered - Analiza Roxas LVN - 2/9/2022 10:40:38 PM

**NELSON 201**
**COLEMAN 365**

Adm n stered - Lora ne Pa meda LVN - 2/9/2022 8:48:20 AM
Adm n stered - Me ssa Pascua RN - 2/8/2022 11:37:24 PM
Adm n stered - Edgar T mpug LVN - 2/8/2022 9:17:18 AM
Adm n stered - Ana za Roxas LVN - 2/7/2022 10:23:06 PM
Adm n stered - Edgar T mpug LVN - 2/7/2022 8:38:27 AM
Adm n stered - May Ng RN - 2/6/2022 10:05:53 PM
Adm n stered - Maryssa F e ds LVN - 2/6/2022 12:15:38 PM
Adm n stered - Maryssa F e ds LVN - 2/6/2022 9:48:43 AM
Adm n stered - Maryssa F e ds LVN - 2/6/2022 9:48:05 AM
Adm n stered - Matthew Duensk e RN - 2/5/2022 9:06:14 PM
Adm n stered - Edgar T mpug LVN - 2/5/2022 8:57:26 AM
Adm n stered - Ana za Roxas LVN - 2/4/2022 10:00:27 PM
Adm n stered - Cather ne Bangu an LVN - 2/4/2022 8:50:41 AM
Adm n stered - Ma Kr ze Santos RN - 2/3/2022 9:46:09 PM
Adm n stered - Stephan e Yee RN - 2/3/2022 8:45:30 AM
Adm n stered - Lauren Kre ss RN - 2/2/2022 10:55:48 PM
Adm n stered - Reg na d Barretto RN - 2/2/2022 9:50:45 AM
Adm n stered - Re nan Pau no RN - 2/1/2022 9:55:47 PM
Adm n stered - Stephan e Yee RN - 2/1/2022 8:22:07 AM
Adm n stered - Matthew Duensk e RN - 1/31/2022 9:01:44 PM
Adm n stered - Cather ne Bangu an LVN - 1/31/2022 8:59:59 AM
Adm n stered - Re nan Pau no RN - 1/30/2022 10:30:00 PM
Adm n stered - Brooke Snyder LVN - 1/30/2022 9:27:20 AM
Adm n stered - Jamee yn Barrera RN - 1/29/2022 9:47:48 PM
Adm n stered - Brooke Snyder LVN - 1/29/2022 9:13:48 AM
Adm n stered - Este a Duro a RN - 1/28/2022 9:49:00 PM
Not Adm n stered - Refused - M chae Bruce RN - 1/28/2022 10:23:17 AM
Adm n stered - Matthew Duensk e RN - 1/27/2022 9:53:25 PM
Adm n stered - Edgar T mpug LVN - 1/27/2022 8:46:25 AM
Adm n stered - Brand Burd ck RN - 1/26/2022 10:31:45 PM
Adm n stered - Za dy Benos LVN - 1/26/2022 8:55:39 AM
Adm n stered - Evange ne Pedrozo LVN - 1/25/2022 11:38:40 PM
Adm n stered - Ivan Hand RN - 1/25/2022 10:16:52 AM
Adm n stered - Ana za Roxas LVN - 1/24/2022 9:37:16 PM
Adm n stered - Lora ne Pa meda LVN - 1/24/2022 8:58:35 AM
Adm n stered - Este a Duro a RN - 1/23/2022 9:40:10 PM
Adm n stered - Ke   Payne RN - 1/23/2022 10:12:16 AM
Adm n stered - Veron ca Rayo LVN - 1/22/2022 9:06:11 PM
Adm n stered - Lora ne Pa meda LVN - 1/22/2022 8:56:22 AM
Adm n stered - Kr st an Ednacot RN - 1/21/2022 10:54:48 PM
Adm n stered - Cather ne Bangu an LVN - 1/21/2022 8:45:15 AM
Adm n stered - Evange ne Pedrozo LVN - 1/20/2022 11:14:57 PM
Adm n stered - Cather ne Bangu an LVN - 1/20/2022 8:45:31 AM
Adm n stered - Nata y J menez LVN - 1/19/2022 10:04:06 PM
Adm n stered - Em y Lymburn RN - 1/19/2022 8:28:48 AM
Adm n stered - Ma Kr ze Santos RN - 1/18/2022 9:49:44 PM
Adm n stered - Cather ne Bangu an LVN - 1/18/2022 8:26:46 AM
Adm n stered - Veron ca Rayo LVN - 1/17/2022 8:34:37 PM
Adm n stered - Cather ne Bangu an LVN - 1/17/2022 8:40:49 AM

**NELSON 202**
**COLEMAN 366**

Adm n stered - Cather ne Bangu an LVN - 1/16/2022 8:37:21 AM
Adm n stered - Chr stopher Yap RN - 1/15/2022 8:00:00 PM
Adm n stered - Cather ne Bangu an LVN - 1/15/2022 8:34:36 AM
Adm n stered - Ma Kr ze Santos RN - 1/14/2022 9:58:25 PM
Adm n stered - Za dy Benos LVN - 1/14/2022 8:42:43 AM
Adm n stered - Matthew Duensk e RN - 1/13/2022 10:10:56 PM
Adm n stered - Cather ne Bangu an LVN - 1/13/2022 8:46:59 AM
Adm n stered - Evange ne Pedrozo LVN - 1/12/2022 11:36:46 PM
Adm n stered - A ex s Co RN - 1/12/2022 8:41:29 AM
Adm n stered - Jesus Agust n RN - 1/11/2022 10:22:03 PM
Adm n stered - A ex s Co RN - 1/11/2022 8:27:55 AM
Adm n stered - Evange ne Pedrozo LVN - 1/10/2022 11:33:52 PM
Adm n stered - Lora ne Pa meda LVN - 1/10/2022 9:15:31 AM
Adm n stered - Jesus Agust n RN - 1/9/2022 10:21:36 PM
Adm n stered - Ivan Hand RN - 1/9/2022 9:53:39 AM
Adm n stered - Ivan Hand RN - 1/8/2022 10:44:44 AM
Adm n stered - Evange ne Pedrozo LVN - 1/7/2022 11:43:59 PM
Adm n stered - Este za Santoyo RN - 1/7/2022 10:26:06 AM
Adm n stered - Joce yn At enza RN - 1/6/2022 10:20:19 PM
Adm n stered - A ex s Co RN - 1/6/2022 8:21:58 AM
Adm n stered - Evange ne Pedrozo LVN - 1/5/2022 10:47:18 PM
Adm n stered - Cather ne Bangu an LVN - 1/5/2022 8:49:06 AM
Adm n stered - Evange ne Pedrozo LVN - 1/4/2022 11:15:43 PM
Adm n stered - Stephan e Yee RN - 1/4/2022 9:02:30 AM
Adm n stered - Matthew Duensk e RN - 1/3/2022 10:18:05 PM
Not Adm n stered - Refused - D mp e Sur RN - 1/3/2022 10:34:39 AM
Not Adm n stered - Med cat on He d - Chr stopher Yap RN - 1/2/2022 8:00:00 PM
Adm n stered - Este za Santoyo RN - 1/2/2022 10:24:51 AM
Not Adm n stered - Med cat on He d - Lauren Kre ss RN - 1/1/2022 10:24:49 PM
Adm n stered - June Cuaresma RN - 1/1/2022 9:36:10 AM
Adm n stered - Re nan Pau no RN - 12/31/2021 10:45:00 PM
Adm n stered - James Ob spo RN - 12/31/2021 10:49:02 PM
Adm n stered - Este a Duro a RN - 12/30/2021 10:46:15 PM
Adm n stered - Ja'Na Maup n Psych atr c Techn c an - 12/30/2021 11:34:18 AM
Adm n stered - Naom S va RN - 12/29/2021 11:35:16 PM
Adm n stered - A ex s Co RN - 12/29/2021 8:45:48 AM
Adm n stered - Manue Nozawa RN - 12/28/2021 9:21:53 PM
Adm n stered - Magda na Ma cdem RN - 12/28/2021 10:55:10 AM
Adm n stered - Chr stopher Yap RN - 12/27/2021 9:55:18 PM
Adm n stered - Cather ne Bangu an LVN - 12/27/2021 9:25:56 AM
Adm n stered - Nata y J menez LVN - 12/26/2021 9:20:20 PM
Adm n stered - A ex s Co RN - 12/26/2021 8:40:56 AM
Adm n stered - Manue Nozawa RN - 12/25/2021 10:40:42 PM
Adm n stered - A ex s Co RN - 12/25/2021 8:43:44 AM
Not Adm n stered - Med cat on He d - Stephen Y RN - 12/24/2021 10:02:42 PM
Adm n stered - A ex s Co RN - 12/24/2021 9:12:21 AM
Adm n stered - Stephen Y RN - 12/23/2021 10:08:46 PM
Adm n stered - Lora ne Pa meda LVN - 12/23/2021 9:31:50 AM
Adm n stered - Chr stopher Yap RN - 12/22/2021 11:09:43 PM

**NELSON 203**
**COLEMAN 367**

Adm n stered - Cather ne Bangu an LVN - 12/22/2021 9:00:24 AM
Adm n stered - Re nan Pau no RN - 12/21/2021 9:48:53 PM
Adm n stered - Stephan e Yee RN - 12/21/2021 9:12:24 AM
Adm n stered - May Ng RN - 12/20/2021 11:15:57 PM
Adm n stered - Za dy Benos LVN - 12/20/2021 9:12:13 AM
Adm n stered - Chr stopher Yap RN - 12/19/2021 10:31:22 PM
Adm n stered - A ex s Co RN - 12/19/2021 8:38:28 AM
Not Adm n stered - Refused - Lauren Kre ss RN - 12/18/2021 11:28:25 PM
Not Adm n stered - Refused - A ex s Co RN - 12/18/2021 8:00:00 AM
Adm n stered - Jesus Agust n RN - 12/17/2021 11:41:10 PM
Adm n stered - Za dy Benos LVN - 12/17/2021 9:00:53 AM
Adm n stered - Ma Kr ze Santos RN - 12/16/2021 10:14:11 PM
Not Adm n stered - Refused - D mp e Sur RN - 12/16/2021 11:26:14 AM
Adm n stered - Este a Duro a RN - 12/15/2021 10:33:23 PM
Adm n stered - Za dy Benos LVN - 12/15/2021 8:56:58 AM
Adm n stered - Re nan Pau no RN - 12/14/2021 10:01:03 PM
Adm n stered - Za dy Benos LVN - 12/14/2021 8:45:20 AM
Adm n stered - Stephen Y RN - 12/13/2021 10:50:40 PM
Adm n stered - Lora ne Pa meda LVN - 12/13/2021 8:59:34 AM
Not Adm n stered - Refused - Chr stopher Yap RN - 12/12/2021 8:00:00 PM
Adm n stered - Brooke Snyder LVN - 12/12/2021 9:57:07 AM
Adm n stered - Re nan Pau no RN - 12/11/2021 11:35:38 PM
Not Adm n stered - Refused - Brooke Snyder LVN - 12/11/2021 12:18:49 PM
Not Adm n stered - Refused - An  Kumar RN - 12/10/2021 10:48:38 PM
Adm n stered - R za na Baut sta RN - 12/10/2021 9:21:53 AM
Not Adm n stered - Refused - Terr H  dreth LVN - 12/9/2021 11:40:24 PM
Adm n stered - Lora ne Pa meda LVN - 12/9/2021 9:45:30 AM
Not Adm n stered - Refused - Este a Duro a RN - 12/8/2021 11:49:02 PM
Adm n stered - Za dy Benos LVN - 12/8/2021 8:39:51 AM
Adm n stered - Manue  Nozawa RN - 12/7/2021 11:14:16 PM
Not Adm n stered - Med cat on He d - Stephan e Yee RN - 12/7/2021 9:03:35 AM
Adm n stered - Stephen Y RN - 12/6/2021 10:54:36 PM
Not Adm n stered - Med cat on He d - Lauren Kre ss RN - 12/5/2021 10:49:03 PM
Adm n stered - Lauren Kre ss RN - 12/5/2021 8:00:00 PM
Adm n stered - A ex s Co RN - 12/5/2021 9:31:10 AM
Adm n stered - Yo onda Hu um RN - 12/4/2021 11:52:12 PM
Not Adm n stered - Refused - A ex s Co RN - 12/4/2021 11:10:49 AM
Adm n stered - Caren V ncent LVN - 12/3/2021 8:00:00 PM
Not Adm n stered - Refused - A ex s Co RN - 12/3/2021 11:18:05 AM
Adm n stered - Adaeze Okoh RN - 12/2/2021 11:21:28 PM
Adm n stered - Mar a Ont veros LVN - 12/2/2021 8:55:34 AM
Adm n stered - Veron ca Rayo LVN - 12/1/2021 8:37:48 PM
Adm n stered - Cather ne Bangu an LVN - 12/1/2021 8:54:20 AM
Adm n stered - Mar so  Gomez-Mercado RN - 11/30/2021 8:00:00 PM
Adm n stered - Carr e Romero RN - 11/30/2021 9:20:43 AM
Adm n stered - Mar so  Gomez-Mercado RN - 11/29/2021 11:12:50 PM
Adm n stered - Levy Santos RN - 11/29/2021 9:05:35 AM
Adm n stered - Ma Kr ze  Santos RN - 11/28/2021 10:32:07 PM
Adm n stered - A ex s Co RN - 11/28/2021 9:24:44 AM

**NELSON 204**
**COLEMAN 368**

Adm n stered - Caren V ncent LVN - 11/27/2021 11:37:02 PM
Adm n stered - Lora ne Pa meda LVN - 11/27/2021 8:56:24 AM
Adm n stered - Ma Kr ze Santos RN - 11/26/2021 10:06:05 PM
Adm n stered - Este za Santoyo RN - 11/26/2021 10:32:29 AM
Adm n stered - Naom S va RN - 11/25/2021 11:38:21 PM
Adm n stered - Lora ne Pa meda LVN - 11/25/2021 8:52:26 AM
Adm n stered - Veron ca Rayo LVN - 11/24/2021 9:34:02 PM
Adm n stered - Za dy Benos LVN - 11/24/2021 9:28:50 AM
Adm n stered - Kyu M n RN - 11/23/2021 9:09:02 PM
Adm n stered - Em y Lymburn RN - 11/23/2021 9:44:01 AM
Adm n stered - Yo onda Hu um RN - 11/22/2021 10:37:19 PM
Adm n stered - Cather ne Bangu an LVN - 11/22/2021 9:00:06 AM
Adm n stered - Naom S va RN - 11/21/2021 10:24:33 PM
Adm n stered - Carr e Romero RN - 11/21/2021 8:55:04 AM
Adm n stered - Yo onda Hu um RN - 11/20/2021 10:42:03 PM
Adm n stered - Carr e Romero RN - 11/20/2021 9:07:38 AM
Adm n stered - Yo onda Hu um RN - 11/19/2021 11:03:34 PM
Adm n stered - Za dy Benos LVN - 11/19/2021 8:42:22 AM
Adm n stered - Este a Duro a RN - 11/18/2021 11:01:57 PM

**NELSON 205**
**COLEMAN 369**