1 | Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
2 | BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
3 | San Diego, California 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799
4
5 | Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
6 | BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
7 | Tel: 408.606.6300 Fax: 408.606.6333

8
9 | Attorneys for Defendant
COUNTY OF SAN DIEGO (Also
10 | erroneously sued herein as SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT, and
SAN DIEGO COUNTY PROBATION
11 | DEPARTMENT)

12 | UNITED STATES DISTRICT COURT

13 | SOUTHERN DISTRICT OF CALIFORNIA

14

15
16 | DARRYL DUNSMORE, ERNEST
ARCHULETA, ANTHONY
17 | EDWARDS, REANNA LEVY,
JOSUE LOPEZ, CHRISTOPHER
18 | NELSON, CHRISTOPHER
NORWOOD, and LAURA
19 | ZOERNER, on behalf of themselves
and all others similarly situated,

20 | Plaintiffs,

21 | v.

22 | SAN DIEGO COUNTY SHERIFF'S
DEPARTMENT, et.al.,
23
24 | Defendants.

Case No. 3:20-cv-00406-AJB-DLL

**DECLARATION OF COMMANDER
CHRISTINA BAVENCOFF IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFFS'
MOTIONS FOR PRELIMINARY
INJUNCTION AND PROVISIONAL
CLASS CERTIFICATION**

25

26 | I, COMMANDER CHRISTINA BAVENCOFF, declare as follows:

27 | 1. I have personal knowledge of the matters herein and would

28 | competently testify to them if called to do so. I am currently a Law Enforcement

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

- 1 -

3:20-CV-00406-AJB-DDL
BAVENCOFF DECLARATION ISO
OPPOSITION

1    Commander with the San Diego County Sheriff's Department.  I was assigned to

2    Detention Services Bureau – Facilities in April of 2022 which includes oversight

3    and management of 6 detention facilities with an average daily population of 4000

4    incarcerated persons.  I started as a Deputy Sheriff Cadet on June 28, 1994 and have

5    worked my way up to Deputy Sheriff, Law Enforcement Sergeant, Law

6    Enforcement Lieutenant, Law Enforcement Captain and finally my current position

7    as Law Enforcement Commander.  I received a B.A. in Business administration

8    from the University of San Diego in 1994, a Master of Public Administration from

9    National University in July of 1997 and obtained certifications from the Sherman

10   Block Supervisory Leadership Institute in April 2013 and Senior Management

11   Institute for Police in July 2017.  I am a member of the American Jail Association.

12        2.    I was made aware of this litigation and the claims about infrastructure

13   at the detention facilities and policies in approximately September of 2022.  I

14   attended site inspections with our counsel, expert and other personnel at the San

15   Diego Central Jail on November 30, 2022, the Vista Detention Facility and Las

16   Colinas Detention and Reentry Facility on January 10, 2023, and the South Bay,

17   George Bailey, East Mesa, and Rock Mountain facilities on January 11, 2023.  I

18   also began reviewing all policies specific to accessibility matters and tasked my

19   staff with creating a tracking sheet to keep track of policy issues and changes,

20   infrastructure issues and modification progress, and all other accessibility work we

21   were doing.  I started meeting with Scott Bennett to gain a greater understanding of

22   the infrastructure issues and possible solutions.  I spent a significant amount of time

23   researching resources to address the ADA issues online and from other law

24   enforcement agencies.  I also started working on creating and staffing an ADA unit

25   within the Sheriff's Department Detention Service Bureau.

26        3.    In early February 2023, I started working with Julian Martinez, an

27   expert for the County in this matter, on accessibility policies.  Mr. Martinez

28   provided me with several examples of policies from other Counties on February 18,

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

- 2 -

3:20-CV-00406-AJB-DDL
BAVENCOFF DECLARATION ISO
OPPOSITION

2023, including Orange County, Monterey County and Santa Barbara County. I have been and continue to be in the process of implementing many of the policies Mr. Martinez provided and I continue to consult with him about questions or issues that arise as my Department works through amending our policies to meet Mr. Martinez' guidance.

4.    I created the following timeline of the steps my Department and I have undertaken and when. I have tried to be as comprehensive as possible, but the accompanying declarations of Mr. Bennett, Mr. Joelson and Mr. Martinez may include work/events that I have not included:

September 6, 2022

SDSD began working with Purple to expand our ASL services to all our facilities. The project has been ongoing as connectivity issues related to WIFI have been challenging. Each facility has been working to overcome connectivity issues to get Purple up and running. This is still ongoing.

November 30, 2022

SDCJ had their inspection by our team (Paul).

January 9, 2023

SDSD received the list of proposed corrective actions for SDCJ.

January 10, 2023

VDF and LC had their inspection by our team (Paul).

January 11, 2023

SBDF, GBDF, EMRF, RMDF had their inspections by our team (Paul).

January 17, 2023

SDSD had their first meeting with Facilities Project Manager Scott Bennett and Support Services Director Chris Thibodeaux to review the findings for SDCJ and discuss a plan to correct infrastructure.

January 20, 2023

Created an excel tracking sheet to track ADA modifications.

1      Began reviewing SDCJ Green Sheets to identify and update needed changes.

2      Bennett physically walked SDCJ to determine what materials would be

3      needed and identified questions that needed clarification by Paul.

4  January 22, 2023

5      Received RMDF list of proposed corrective actions from Paul.

6  January 22, 2023

7      Began assembling binders and archive materials.

8  January 23, 2023

9      Bennett began drafting requests for quotes for materials for SDCJ.

10     Sought clarification of acceptable modifications for RMDF.

11 January 27, 2023

12     Jensen sent out a statewide email to inquire about established ADA Units and

13     their policies, and structure.

14 January 30, 2023

15     Plumbers toured SDCJ to reference the combination units.

16     Bennett toured RMDF again to insure he understood approved plans.

17 January 31, 2023

18     Bennett walked RMDF with Paul to draft plans for an architect.

19 February 1, 2023

20     Draft of proposed changes to RMDF sent to Paul.

21 February 2, 2023

22     Email stating RFP for new visit phone contract in January 2024 will have

23     hearing impaired resources built into the system.

24 February 6, 2023

25     Received an updated corrections list from RMDF from Paul.

26     First draft of proposed green sheet changes for SDCJ submitted.

27 February 15, 2023

28     Commander Cinnamo generated CARs to create the positions for the ADA

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

- 4 -

3:20-CV-00406-AJB-DDL
BAVENCOFF DECLARATION ISO
OPPOSITION

1    Unit.  Attached as **Exhibit A** is a description of the new ADA Unit and the

2    positions it will contain.

3    February 17, 2023

4    Infrastructure changes commenced at SDCJ floors 4-8: Lowering of

5    Naloxone boxes, grievance and medical boxes were lowered to comply with

6    ADA regulations.  Also, stools were removed from phones/tables.

7    February 18, 2023

8    Received sample documents from Julian Martinez regarding ADA language

9    February 21, 2023

10   SDCJ green sheets amended: M.9.C.1, I.50.C.1, P.11.C.1, I.51.C.5, I.51.C.3.

11   February 24, 2023

12   RMDF plans still developing.

13   SDCJ Floors 5 and 6 have now been completed as of 2/24/23. This includes

14   mailboxes, Narcan boxes, and removing one stool from a phone and a table.

15   Continuing to develop materials and lead times for the 1st & 2nd floors ADA

16   compliant cells.

17   March 6, 2023

18   SDCJ Infrastructure changes completed for floors 4-8. Ref: Lowering of

19   Naloxone boxes, grievance and medical boxes were lowered to comply with

20   ADA regulations.  Also, stools were removed from phones/tables.

21   March 7, 2023

22   Additional Green sheet modifications submitted for SDCJ.

23   G.3.C.1, H.3C.1, P.9.C.1

24   March 7, 2023

25   For tracking purposes: Purple accounts for VDF, SBDF, and GBDF. The

26   facilities are still working out logistics on getting WIFI installed at their

27   respective facilities and working on acquiring the proper equipment for the

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
San Diego

- 5 -

3:20-CV-00406-AJB-DDL
BAVENCOFF DECLARATION ISO
OPPOSITION

1  IP's to use. As soon as those two things are set up, the accounts are ready and

2  waiting for them.

3  March 10, 2023

4   2 ADA Toilets for 1st and 2nd floors ordered March 8th. Approximately 60

5  days for delivery and another 30 or so to install.

6  Bennett getting quotes to order one "swing seat" for the video seats at SDCJ

7  to try.  They mount to the phone riser and swing to the side when a

8  wheelchair approaches.

9  Bennett received the grade slope challenges from Paul at Rock.

10  April 4, 2023

11  RMDF and GBDF plans amended to exclude all triple bunks during

12  renovations.  Also, EMDF has 24 triple bunks in B dorm.  Bennett was

13  advised to purchase 32 double bunks and replace all triple bunks there so

14  there would be no triple bunks left at that facility.

15  April 28, 2023

16  Identified a new interim Medical ADA Coordinator Brandi Rafail.  (Prior

17  Medical ADA Coordinator Leonardo Mendoza served from 2018 until April

18  7, 2023.) The attorney for the ADA Unit was also selected.

19  Jensen sent out a statewide email about to other agencies asking about their

20  ASL policies.

21  Jensen advised Data Services of a priority project related to cell

22  reception/boosting to SDCJ to support the ASL tablet for use.  Data services

23  worked on getting the tablets and cell phones configured, however, we are

24  waiting on the supporting cell service.

25  May 1, 2023

26  Drafted proposed job announcements for the ADA unit. EPAR drafted for

27  dual fill of Sheriff's project manager position.

28  Created account with Lionsbridge for interpretive services.  **Exhibit B.**

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

- 6 -

3:20-CV-00406-AJB-DDL
BAVENCOFF DECLARATION ISO
OPPOSITION

1    Working with Data services to identify tablets and wireless connections.

2    Identified Department personnel who have indicated that they have some

3    ASL abilities.  **Exhibit C.**  Narrowing down the list to determine who is

4    certified and could respond to a critical need.

5    RM Green sheets that have been approved: G.3.R, H.3.R, I.51.R, I.52.R,

6    M.39.R.

7    Debrief of Medical service division related to ADA current processes.  (See

8    also Paragraph 8 below.)

9    May 2, 2023

10    Sent ADA sworn personnel job announcements to personnel for

11    dissemination.  **Exhibits D and E.**

12    Debrief and update with Bennett about infrastructure updates as SDCJ and

13    RMDF.

14    May 3, 2023

15    Policy review of M.39 Disabled Incarcerated Persons policy for modification

16    and incorporation of an effective communication plan. First draft created for

17    review.  (**Exhibit F[1]**)

18    Two additional ASL video service BPA agreements adopted: Language Line

19    Services and United Language Group.  **Exhibits G and H**

20    Medical unit met with Naphcare to discuss the feasibility of adding 2nd stage

21    medical thorough assessments for ADA cognitive concerns.

22    May 4, 2023

23    Tour set for Bavencoff/Jensen to visit Orange County's ADA Coordinator on

24    Tuesday May 9th

25

26

27

28

---

[1] This document has been a work in progress based upon implementation of systems to fulfill the policy including visiting other facilities to see how they operate, getting samples from other agencies in conjunction with our evaluation process, and revising facility specific green sheets.

Burke, Williams &
Sorensen, LLP
Attorneys At Law
san diego

- 7 -

3:20-CV-00406-AJB-DDL
BAVENCOFF DECLARATION ISO
OPPOSITION

Update from Data Services: the hope is that iPad and wireless boost connectivity will be completed by May 10th for use in ASL video support.

May 9, 2023

Bavencoff/Jensen meeting with Orange County's ADA Coordinator in Orange County

May 12, 2023

Successful use of new IPAD device at SDCJ with ASL services.  IP came into SDCJ.  Lt Jensen and Corporal Wilson went to SDCJ and assisted IP with utilizing the IPAD during the classification and booking process.  Corporal Wilson was also able to utilize her ASL skills to communicate with him while the IPAD was being initialized.  They were able to effectively communicate with the IP and explained how to ask for resources during his stay.

5.     I also created a list of short term and long-term projects to address ADA issues for my purposes.  The lists I have currently are as follows and are sometimes duplicative of what is referenced above, and in some instances, new/different:

**Short Term Projects**

1. Refilm and deploy the facility orientation video with closed captioning and/or ASL incorporated.

2. M.39 (Disabled incarcerated person policy) amendments to include an effective communication policy (See, **Exhibit F)**.

3. Naphcare developing a 2nd stage medical thorough ADA-cognitive assessment.

4. ADA unit positions filled **(See, Exhibits D and E)**.

5. Determine if we can create a JIMS drop down for ADA for ease of entering ADA related services (phone use, mobility accommodations, ASL interpreters provided, braille items provided as some examples).

6. WIFI boosters to assist with deployment of tablets for ASL interpretation.
7. Determine the feasibility of adding ADA notations to the hard count sheets.

Burke, Williams &
Sorensen, LLP
Attorneys At Law
san diego

- 8 -

3:20-CV-00406-AJB-DDL
BAVENCOFF DECLARATION ISO
OPPOSITION

**Long Term Projects**

1. RFID (Radio Frequency Identification) technology deployed in the facilities.

2. Full review of all ADA policies and procedures as processes are updated
   and/or amended to include Medical policies.

3. ADA training Department wide.

4. WIFI connectivity in all facilities to support ASL interpretation.

5.

    6.     It has long been a goal to improve technology access to both disabled
and abled Incarcerated Persons through iPad use for Effective Communication and
mental wellbeing.  Getting the process going has been long in the coming as I
mention above because of a lack of Wi-Fi access.  Also as mentioned above, May
12, 2023, was our first successful test making this long planned step for iPad's to be
available for many uses, including ASL, a reality.

    7.     As part of my work, I have examined various County service providers
an IP may encounter, obtained a description of the way services are currently being
provided, and after research, noted where I would like change or have already
requested changes.  I maintain these descriptions with notes to keep track of
research conducted to date and desired changes.  The below describes the current
process for Re-entry Services with a notation in italics about a recent request I
made for additional documentation to be included in JIMS regarding the source of
the referral to Re-entry, whether a resource was provided, and what it was.

**Re-entry Services ADA Resources**

A Re-entry Services counselor receives all ADL/ADM notifications via email that
are autogenerated by JIMS.  That counselor triages the emails and forwards them to
the counselor assigned to each facility.  It is standard practice that within about 72
hours of intake, the facility counselor will meet with each incarcerated person that

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

- 9 -

3:20-CV-00406-AJB-DDL
BAVENCOFF DECLARATION ISO
OPPOSITION

1   has an ADA notification.

2   The meeting is to determine what needs, if any, the incarcerated persons have.  The

3   counselor will attempt to make the needed accommodations.  For example, one

4   incarcerated person needed an ASL interpreter to assist with them taking their high

5   school equivalency test.  Another IP (Pro per) was provided an ASL interpreter for

6   about a year. The counselor was able to secure that through county approved

7   contracted services.  Other requests for large print materials, magnifying screens,

8   note pads, or audio books have been fulfilled in the past. Costs are paid through re-

9   entry's budget.

10  The counselors log their incarcerated person meeting in JIMS (Coun). They send a

11  weekly list of the IPS they met with to the ADA Medical Coordinator.  They

12  indicate in the list whether the IP agreed to meet with them or whether they were

13  resource resistant. The counselors do all follow up notes in their case management

14  system called Offender 360. This system has information of a more personal nature;

15  information shared by the IPs and is only accessed by the re-entry counseling team.

16      *Note: To provide better documentation in JIMS, we asked counselors to now*

17      *add where the referral came from (JIMS email, staff member, medical, etc.)*

18      *and if there was a resource provided, what it was.*

19  Re-entry counselors assist in providing accommodations or resources whenever

20  possible.  They have created cue cards for one IP working in the laundry who was

21  hearing impaired. They offered one IP an accommodation who wanted to do a

22  trade's program but could not be cleared through medical.  They offered to allow

23  him to at least have the OSHA books to study.  They have also had contract

24  educational providers meet one on one with IPs when necessary.

25  For the short term, Re-entry will designate an ADA Counselor as an ancillary duty

26  to be the main liaison to the ADA unit.  As the ADA Unit is formed, if there is a

27  need to fund a full time ADA counselor, we can make that recommendation.

28      8.    I created the following note with insertion of currently utilized forms

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

- 10 -

3:20-CV-00406-AJB-DDL
BAVENCOFF DECLARATION ISO
OPPOSITION

regarding Medical Services:

**ADA Medical Process**

Naphcare does the medical screening upon intake.  The following questions are

asked:

**Questions at Receiving Screening related to disability:**

Are you a client of the regional center for the developmentally disabled, or have you been in special educational classes in school?    ☐ Yes ☐ No ☐ No Response

Does the inmate have issues with mobility (Cane, Wheelchair, Prosthetics, Crutches, Splints)?    ☐ Yes ☐ No ☐ No Response

☐ Crutches          ☐ Cane          ☐ Wheelchair
☐ Prosthetics

Does the individual have other limitations like hearing, visual, communication?    ☐ Yes ☐ No ☐ No Response

☐ Hearing (Category ADM)    ☐ Visual (Category ADM)    ☐ Communications (Category ADM)

If the patient says yes to any of the questions, a nurse will schedule for

referral/evaluation to the appropriate team. For example, if the patient uses a

wheelchair chronically, the nurse will place a note at intake, add the flags, and

schedule the patient to see a provider. The provider will then fill out the Appliance

and Prosthesis Authorization Form and the nurse will fill out the ADA Function

Performance Assessment form. Once approved, the clinic will provide jail approved

DME and add the flags. (If there is a need for an immediate to accommodate a

wheelchair etc. while waiting for the provider's formal approval, it will be given.)

Burke, Williams &
Sorensen, LLP
Attorneys At Law
san diego

- 11 -

3:20-CV-00406-AJB-DDL
BAVENCOFF DECLARATION ISO
OPPOSITION

1    Lower Bunk/lower tier notations will also be made through intake or at any time it

2    is deemed needed.

3

4    **Dressing:**

5    ○ Independent
     ○ Need Assistance

6

7    **Toileting: (including help with clothes, or help with ostomy, catheter, etc.)**

8    Page 2 of 2

9

10   ○ Independent
     ○ Need Assistance

11

12   **Grooming:**

13   ○ Independent
     ○ Need Assistance

14   **Use of Telephone:**

15   ○ Independent
     ○ Need Assistance

16

17   Other:

18   ○ Independent
     ○ Need Assistance
19   ○ Na

20

21   Comments:

     Interviewing Nurse (Initial and ARJIS):

22

23

24   ///

25   ///

26   ///

27   ///

28   ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

- 12 -

3:20-CV-00406-AJB-DDL
BAVENCOFF DECLARATION ISO
OPPOSITION

**APPLIANCE AND PROSTHESIS AUTHORIZATION**

| Patient: | #: | Class:0 |
|---|---|---|
| DOB: | Sex: | Race: |
| Housing: | Court Date: | Type: |
| Status: | | |

**APPLIANCE REQUESTED:**

☐ Cane ☐ Splint ☐ Wheelchair

☐ Crutches ☐ Orange Shoes* ☐ Other (Specify)

Medical condition being treated by prosthetic appliance:

☐ Patient has been counseled on the importance of compliance to prescribed medical prosthetic appliance regimen and that removal of the device or non-compliance with the prescribed regimen will result in discontinuation of the device.

**Duration:**

☐ Days ☐ Months ☐ Continuous

Number of days/months:

☐ Prior records indicate patient has had prosthetic medical appliance in the past one year.

☐ Prior incarceration in past one year indicating use.

☐ New indication with this incarceration.

///

///

///

///

///

///

///

///

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

3:20-CV-00406-AJB-DDL
BAVENCOFF DECLARATION ISO
OPPOSITION

**\*Orange Shoes indications:**

**Duration:**

| Days | Months | Continuous |
|------|--------|------------|

| Number of days/months: |
|------|

| ☐ Nerve injury with foot drop (peroneal nerve palsy) such that shower shoes fall off. |
|------|

|  |
|------|

---

Page 2 of 2

| ☐ Safety issue while using crutches with one foot having non-weight bearing status – the other weight bearing foot can have a shoe. |
|------|

| ☐ Prosthetic lower extremity. |
|------|

| ☐ Replace orange shoes due to wear. |
|------|

| ☐ Schedule ADA RN Sick Call |
|------|

Any ADA notations in TechCare by medical staff puts flags into JIMS for sworn to see: (ADL-Learning and ADM-Mobility). Once a patient has a JIMS alert related to an ADM or ADL - when patient gets re-incarcerated, an automated email will also be sent.

This is important for classification.  Classification can see if there are any housing concerns like lower bunk/lower tier and can provide housing based on the notations. (Lower bunk/lower tier populates on the hard counts sheets for verification. Additionally, there is a lower bunk/lower tier discrepancy report that is generated that alerts staff to make corrections if needed.)

When this Flags / Alerts are first added to a patient an automated email from JIMS will be sent to the following: Medical services Managed care group, CMO, DON, Re-Entry, select SRN's.

*Note: We are currently looking at expanding this notification to the Captain/Lts at the facility so they can ensure that any ADA are moved through the booking*

Burke, Williams &
Sorensen, LLP
Attorneys At Law
san diego

- 14 -

3:20-CV-00406-AJB-DDL
BAVENCOFF DECLARATION ISO
OPPOSITION

1   *process with whatever assistance is needed.*

2   *Additionally, we are looking at adding extra notations on the Hard Count Sheet*

3   *indicating ADA. Hard count sheets could be carried by the deputies at all times to*

4   *help insure they are advised of ADA concerns. We will also look at having an ADA*

5   *discrepancy report to ensure that all ADA notated IPs have follow ups or some type*

6   *of report that is reviewed on an ongoing basis by the ADA Unit/ADA Medical*

7   *Coordinator to insure ongoing service.*

## Administrative (ADM) Status Alert

JwebEmail@sdsheriff.org
To  ADA Managed Care Group

Returning ADM Status Alert!

Current Housing - Fac: 7  Post:  Ward:  Cell:  Bed:

Book Date: 01-MAY-2023 11:26

Alert Date: 24-JUN-2018 20:02

Updated by: LMEND3SH

17  Sample automated email below:

18  RCC (regional center client) status also has an automated email alert:  Distributed
    to Charge nurses, SRN's & MHC's.

## Medical Admin Alert

JwebEmail@sdsheriff.org
To  Medical, MedAlerts

↩ Reply

has an RCC REGIONAL CENTER CLIENT Alert!

Facility: 9
Book Date: 01-MAY-2023 07:49
Alert Date: 30-MAY-2022 04:35
Updated by: TECHCARE

During the intake process individuals can be identified as San Diego Regional

Center patients (RCC) by our intake nurse. (TechCare question below)

**Mental Health History**

Are you a client of the regional center for the developmentally disabled, or have you been in special educational classes in school?    ☐ Yes  ☐ No  ☐ No Response

JMPU becomes alerted through their JIMS classification process.  Once the

individual has been identified as "RCC", a Licensed Mental Health Clinician is

alerted either by JPMU and/or nursing staff. The clinician completes an "RCC

form" assessment and schedules follow up appointment(s). This process is

completed immediately upon intake.

The results of this assessment are shared with JPMU and other staff of interest to

assist with a housing recommendation. The Mental Health Office Assistant contacts

the local San Diego Regional Center to: verify services, obtains the case managers

name and contact information, and places the individual on our mental health RCC

tracking roster.

Clinicians meet with RCC patients individually until they discharge from custody

and clinicians coordinate discharge planning with their RCC care manager. Patients

who present with more needs will be scheduled at a more frequent interval such as

every 2 weeks. Patients who are higher functioning and are maintaining will be

scheduled in the 4-week range. If their stability level changes, we adjust the

scheduling interval to reflect the clinical needs/presentation.

///

///

///

///

///

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

- 16 -

3:20-CV-00406-AJB-DDL
BAVENCOFF DECLARATION ISO
OPPOSITION

**RCC Assessment & Housing Recommendation:  APPENDIX A (J200E)**

*Appearance:*  Well groomed ☐    Little Care ☐    Appropriate ☐

*Eye Contact:*  Good ☐    Fair ☐    Poor ☐    None ☐

*Oriented to:*  Person ☐    Place ☐    Month ☐    Year ☐    None ☐

*Oriented to Situation:*  Current situation ☐    What lead to arrest ☐    Knows location of arrested ☐

*Speech:*  Clear ☐    Slurred ☐    Slow ☐    Pressured ☐    Quiet ☐    Rapid ☐    Selective Mute ☐    Aphasic ☐

*Conversation:*  Spontaneous ☐    Able to voice needs ☐    Only in response to questions ☐    Relevant ☐
Irrelevant (including poverty of speech or content) ☐

*Behavior:*  Calm ☐    Apprehensive ☐    Agitated ☐    Motor Retardation ☐    Tearful ☐    Withdrawn ☐
Easily distracted ☐

*Attitude:*  Cooperative ☐    Uncooperative ☐    Guarded ☐    Non-disclosing ☐    Hostile/belligerent ☐    Apathetic ☐

*Impulse Control:*  Good ☐    Fair ☐    Poor ☐    Able to Follow Commands:  Y ☐    N ☐

*Suicidal Thinking:*  Denied ☐    Passive ☐    Active ☐    Plan ☐    _____

*Would you ask for help if you felt like hurting yourself?*    Yes ☐    No ☐

*Ask:*    "What grade level did you get to?"    1 ☐  2 ☐  3 ☐  4 ☐  5 ☐  6 ☐  7 ☐  8 ☐  9 ☐  10 ☐  11 ☐  12 ☐

        "Were you in Special Education ☐  Mainstream classes ☐ ?"   "What grades?" _____

        "Where were you living before getting arrested?"  _____

        "How much were you able to take care of yourself there?" _____

        "Do you have a job?"   Y ☐    N ☐   "What kind of job is it?" _____

        "Do you know your diagnosis?"  _____

*Collateral Info:  ROI on file?*  Y ☐    N ☐

*Case Manager* _____        *Phone number* _____

*Office location:*  _____

*Housing recommendation:*    Mainline ☐    PC Admin Segregation ☐    OPSD ☐

*SIGNATURE:*_____        *DATE:*_____

| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT | ☐ GBDF/EMDF | ☐ LCDF | ☐ SBDF | ☐ SDCJ | ☐ VDF |
|---|---|---|---|---|---|
| MEDICAL SERVICES DIVISION | | | | | |
| **RCC Status Evaluation** | Patient's Name: _____ | | | | |
| Page 1 of 1 | | | | | |

D.O.B: _____

Form J200E Rev 01/28/22        Booking Number        Date (MM-DD-YY)

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

- 17 -

3:20-CV-00406-AJB-DDL
BAVENCOFF DECLARATION ISO
OPPOSITION

Brandy Rafail (SRN) is the current ADA Medical Coordinator  She can review medical grievances and oversee requests pertaining to ADA concerns.

Currently, per NCCHC standards require a 14-day medical and physical assessment be completed for all of our incarcerated persons.  Currently, our medical staff are completing these in 10 days. If any needs are assessed, they are followed up with a 30-day medical update.

Regional Center patients have an additional process for a needs assessment.

*Note: Medical is currently looking at developing a more in-depth second stage medical review that would be a more comprehensive ADA needs assessment.  2nd stage is usually done within the first day of incarceration. On May 3, 2023, Naphcare agreed to develop a thorough 2nd stage assessment for ADA cognitive needs.  A plan is forthcoming.*

*Note: We are currently looking at the feasibility of adding additional notations to the Hard Count Sheets (in addition to Lower Bunk and Lower Tier notations) to further assist in providing important information to the housing deputies.  This would help support an effective communication policy.*

9.     Below is a note I created about Future Technology that can assist with Effective Communication:

**Future technology** that will assist us with ADA communication:

*Note: The Detention Services Bureau has been working towards the implementation of an RFID-based network connected system for the past few years as part of a broader strategy to modernize the Sheriff's detention facilities. This represents a significant undertaking with many hurdles, as each facility presents unique challenges related to upgrading electrical and network infrastructure to support these efforts. The bureau has already procured mobile devices for every deputy and team supervisor in advance of this infrastructure being implemented. Following multiple exploratory efforts into emerging technologies over the past few years, the Sheriff's Department*

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

- 18 -

3:20-CV-00406-AJB-DDL
BAVENCOFF DECLARATION ISO
OPPOSITION

*submitted a request to County Purchasing & Contracting in July 2022, which was executed on October 31st, 2022, in the form of a blanket purchase agreement to procure a solution based on this technology (BPA #567886). Deployment of this solution is currently expected to begin before the end of 2023.*

*This system will significantly improve the health and safety of individuals in custody by providing real-time access to essential information about each person. It will provide immediate access to critical medical information about individuals in custody, such as allergies, chronic conditions, and other known issues. The system will be able to display data about other special conditions and other indicators, such as mental health issues, disabilities, or dietary restrictions, which will enable the facility staff to make appropriate accommodations and ensure the well-being of individuals in custody. This information will be readily accessible by authorized personnel, ensuring that the proper care and attention is provided to each individual when needed.*

*In the event of a medical emergency, the RFID system can quickly provide relevant information to first responders, allowing them to make informed decisions and administer appropriate care more rapidly. The system's ability to provide real-time information reduces the likelihood of mistakes, such as overlooking an individual's specific needs or restrictions. This contributes to improved health outcomes for individuals in custody. This system will also improve security and help track the real-time location of individuals in custody within the facility, ensuring they are where they are supposed to be and preventing unauthorized access to restricted areas, or an individual's placement into an area incompatible with their needs. By providing pertinent information about individuals in custody directly to authorized personnel,*

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

- 19 -

3:20-CV-00406-AJB-DDL
BAVENCOFF DECLARATION ISO
OPPOSITION

1   *this system can facilitate more efficient communication among staff and*

2   *enable them to address any concerns or needs more effectively. This system,*

3   *in addition to other ongoing initiatives to improve detention facility*

4   *operations by leveraging technology will play a crucial role in improving the*

5   *health and safety of individuals in custody. It will ensure their unique needs*

6   *are met and that staff have the information necessary to provide appropriate*

7   *care and support.*

8       I declare under penalty of perjury under the laws of California and the United

9   States of America that the foregoing is true and correct.

10

11       Executed on May 17, 2023, at San Diego, California.

12

13

14                   CHRISTINA BAVENCOFF

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

- 20 -

3:20-CV-00406-AJB-WVG
BAVENCOFF DECLARATION ISO
OPPOSITION

# EXHIBIT A

**San Diego County Sheriff's Department ADA Unit**

In early 2023, the decision was made to create a formal ADA Unit. Funding was identified but the positions will need to be approved by the Board of Supervisors. Once approved, the positions will be formally established in July 2023. In the interim, beginning the first week of May 2023, the Sheriff's Department will begin posting job announcements for the positions and/or identifying staff to fill the positions.

The tentative core makeup of the Unit will be:

1. ADA Coordinator-Sergeant
2. (2) ADA Deputies
3. Standards and Compliance (Legal) (Amanda Kamphoefner)
4. Project Coordinator (Infrastructure Specialist)
5. Registered Nurse (Interim Brandy Rafail)

Additional support personnel may be identified and added as needed to include but are not limited to:

1. Re-entry Services
2. Human Resources liaison
3. DTU training liaison (Kayla Hayes)

Priorities for the Unit:

1. Attend ADA training/become informed on ADA law and requirements
2. Self- Evaluation: Review current Department policies, procedures and practices
3. Prioritize actions for the Unit to ensure compliance (Transition Plan/Action Plan)
4. Supervise and Track infrastructure, policy and procedural changes
5. Oversee the grievance process related to ADA concerns
6. Identify, develop and provide Departmental training related to ADA
7. Provide Public Notice (Department website postings)

# EXHIBIT B

## Gonzalez, Lucy

| | |
|---|---|
| **From:** | Jensen, Matthew <Matthew.Jensen@sdsheriff.org> |
| **Sent:** | Wednesday, May 3, 2023 2:16 PM |
| **To:** | Bavencoff, Christina |
| **Subject:** | FW: Lionbridge Technologies BPA ▆▆▆ |

LionBridge confirmation release of funds from our sheriffs account unit

**From:** Maronesy, Souhayla <Souhayla.Maronesy@sdsheriff.org>
**Sent:** Wednesday, May 3, 2023 2:15 PM
**To:** Jensen, Matthew <Matthew.Jensen@sdsheriff.org>
**Subject:** FW: Lionbridge Technologies BPA ▆▆▆

FYI.

**From:** Bagalawis, Teresa <Teresa.Bagalawis@sdsheriff.gov>
**Sent:** Tuesday, May 2, 2023 8:39 AM
**To:** Maronesy, Souhayla <Souhayla.Maronesy@sdsheriff.org>
**Cc:** Myer, Jennifer <Jennifer.Myer@sdsheriff.org>; Jensen, Matthew <Matthew.Jensen@sdsheriff.org>; Ridgehaven, AP Invoices <APInvoices.Ridgehaven@sdsheriff.org>
**Subject:** RE: Lionbridge Technologies BPA ▆▆▆

Good morning Souhayla,

Release # 19 has been created for this request.

Thank you,



**Teresa M. Bagalawis**
*Accounting Technician*
*Financial Services Division*
Email: Teresa.Bagalawis@sdsheriff.gov
Phone: 858-974-2462
www.sdsheriff.net



**SAN DIEGO COUNTY**
**SHERIFF'S DEPARTMENT**

**From:** Maronesy, Souhayla <Souhayla.Maronesy@sdsheriff.org>
**Sent:** Monday, May 1, 2023 4:56 PM
**To:** Ridgehaven, AP Invoices <APInvoices.Ridgehaven@sdsheriff.org>
**Cc:** Myer, Jennifer <Jennifer.Myer@sdsheriff.org>; Jensen, Matthew <Matthew.Jensen@sdsheriff.org>
**Subject:** FW: Lionbridge Technologies BPA ▆▆▆

Good Afternoon AP,

Detention will be using Countywide BPA ███████ with Lionbridge Technologies for video interpretation services.  Can you please create a release for $1,000 using the following POETA:

P 
O
E
T
A

Thank you,



**Souhayla Maronesy**
Administrative Analyst
*Contracts Division*
Email: Souhayla.Maronesy@sdsheriff.org
Phone: 858-974-2288
**www.sdsheriff.net**
**SAN DIEGO COUNTY**
**SHERIFF'S DEPARTMENT**

---

**From:** Rosales, Larisa <Larisa.Rosales@sdsheriff.org>
**Sent:** Monday, May 1, 2023 1:36 PM
**To:** Myer, Jennifer <Jennifer.Myer@sdsheriff.org>
**Cc:** Maronesy, Souhayla <Souhayla.Maronesy@sdsheriff.org>; Jensen, Matthew <Matthew.Jensen@sdsheriff.org>
**Subject:** RE: Lionbridge Technologies BPA ████

Hi Jennifer,

Please use the following POETA:

P 
O
E
T
A

Thanks,
Larisa



**Larisa Rosales**
Administrative Analyst III
*Budget/Management Services Bureau*
Email: Larisa.Rosales@sdsheriff.org
Phone: 858-974-2313
www.sdsheriff.net
**SAN DIEGO COUNTY**
**SHERIFF'S DEPARTMENT**

**From:** Myer, Jennifer <Jennifer.Myer@sdsheriff.org>
**Sent:** Monday, May 1, 2023 11:45 AM
**To:** Rosales, Larisa <Larisa.Rosales@sdsheriff.org>
**Cc:** Maronesy, Souhayla <Souhayla.Maronesy@sdsheriff.org>; Jensen, Matthew <Matthew.Jensen@sdsheriff.org>
**Subject:** Lionbridge Technologies BPA 

Hi Larisa,

Detentions just set up an account with Lionbridge for Video Interpretation.  We need to get a $1,000 release created on the BPA using Detentions Command.  What POETA so you want us to use?

Thank you,
Jennifer



**Jennifer Myer**
Administrative Analyst
*Contracts Mgt Procurement*
Email: Jennifer.Myer@sdsheriff.org
Phone: 858-974-2705 | Mobile: 858-337-0189
www.sdsheriff.net
**SAN DIEGO COUNTY
SHERIFF'S DEPARTMENT**

**Gonzalez, Lucy**

| | |
|---|---|
| **From:** | Jensen, Matthew <Matthew.Jensen@sdsheriff.org> |
| **Sent:** | Wednesday, May 3, 2023 2:06 PM |
| **To:** | Bavencoff, Christina |
| **Subject:** | FW: Video Relay Interpretation for ASL |

Communications with LionBridge and account set up

**From:** Drugan, John <John.Drugan@lionbridge.com>
**Sent:** Monday, May 1, 2023 10:57 AM
**To:** Jensen, Matthew <Matthew.Jensen@sdsheriff.org>; Purser, Lisa - SDC <lpurser@sdcounty.ca.gov>
**Subject:** RE: Video Relay Interpretation for ASL

Hi Matt – One clarification to pricing for ASL VRI is that the per minute price is $2.40 per minute, not $2.50 per minute.

I apologize for the confusion with this!

**John Drugan**
Government Sales Director
Lionbridge Technologies, LLC.
1050 Winter St., Suite 2300 Waltham MA 02451
w. 978.964.9550



**From:** Jensen, Matthew <Matthew.Jensen@sdsheriff.org>
**Sent:** Monday, May 1, 2023 1:26 PM
**To:** Drugan, John <John.Drugan@lionbridge.com>; Purser, Lisa - SDC <lpurser@sdcounty.ca.gov>
**Subject:** Re: Video Relay Interpretation for ASL

Just for briefing purposes, could I get a break down of cost. X amount per min or connection. However it works out. Thank you for making this such an easy process!

Get Outlook for iOS

**From:** Drugan, John <John.Drugan@lionbridge.com>
**Sent:** Monday, May 1, 2023 9:33:01 AM
**To:** Jensen, Matthew <Matthew.Jensen@sdsheriff.org>; Purser, Lisa - SDC <lpurser@sdcounty.ca.gov>
**Subject:** Re: Video Relay Interpretation for ASL

Absolutely! Happy to help with this and please let me know if I can help with anything else.

**John Drugan**
Government Sales Director
Lionbridge Technologies, LLC.
1050 Winter St., Suite 2300 Waltham MA 02451
w. 978.964.9550



---

**From:** "Jensen, Matthew" <Matthew.Jensen@sdsheriff.org>
**Date:** Monday, May 1, 2023 at 12:30 PM
**To:** "Drugan, John" <John.Drugan@lionbridge.com>, "Purser, Lisa - SDC" <lpurser@sdcounty.ca.gov>
**Subject:** RE: Video Relay Interpretation for ASL

Thank you for such a quick response and the help! I'll test it out in the next 30 to see how it works so I can brief my command on it.

---

**From:** Drugan, John <John.Drugan@lionbridge.com>
**Sent:** Monday, May 1, 2023 9:22 AM
**To:** Jensen, Matthew <Matthew.Jensen@sdsheriff.org>; Purser, Lisa - SDC <lpurser@sdcounty.ca.gov>
**Subject:** Re: Video Relay Interpretation for ASL

Hi again Matt – Thank you for your patience with this.

Your ASL VRI account with Lionbridge is now created and should be ready to be accessed in the next 30 minutes.

Please see attached for the Sheriff's Office █████ to access ███:

The steps to access VRI are below
1.      https://lionbridge.interpretmanager.com/
2.      Enter Login ID ████████████████
3.      Enter Password ███████████

**John Drugan**
Government Sales Director
Lionbridge Technologies, LLC.
1050 Winter St., Suite 2300 Waltham MA 02451
w. 978.964.9550



---

**From:** "Jensen, Matthew" <Matthew.Jensen@sdsheriff.org>
**Date:** Monday, May 1, 2023 at 12:08 PM
**To:** "Drugan, John" <John.Drugan@lionbridge.com>, "Purser, Lisa - SDC" <lpurser@sdcounty.ca.gov>
**Subject:** RE: Video Relay Interpretation for ASL

Thank you and look forward to it!

---

**From:** Drugan, John <John.Drugan@lionbridge.com>
**Sent:** Monday, May 1, 2023 6:16 AM
**To:** Jensen, Matthew <Matthew.Jensen@sdsheriff.org>; Purser, Lisa - SDC <lpurser@sdcounty.ca.gov>
**Subject:** RE: Video Relay Interpretation for ASL

Perfect – I will be sending instructions over shortly. Thank you for confirming!

**John Drugan**
Government Sales Director
Lionbridge Technologies, LLC.
1050 Winter St., Suite 2300 Waltham MA 02451
w. 978.964.9550



---

**From:** Jensen, Matthew <Matthew.Jensen@sdsheriff.org>
**Sent:** Monday, May 1, 2023 8:58 AM
**To:** Drugan, John <John.Drugan@lionbridge.com>; Purser, Lisa - SDC <lpurser@sdcounty.ca.gov>
**Subject:** RE: Video Relay Interpretation for ASL

That would work perfect! We have the booking number on our end. It is unique to each inmate and they are assigned one by us every time they come into custody.

---

**From:** Drugan, John <John.Drugan@lionbridge.com>
**Sent:** Sunday, April 30, 2023 6:33 PM
**To:** Jensen, Matthew <Matthew.Jensen@sdsheriff.org>; Purser, Lisa - SDC <lpurser@sdcounty.ca.gov>
**Subject:** Re: Video Relay Interpretation for ASL

Thank you Matt – Would the following prompts work for your team to be asked before callers can connect with an ASL interpreter?

Please enter your employee ARJIS (ID Number)
Please enter the inmates first and last name
Please enter the booking number
- I'm not sure if the booking number is something on your end or if you're referring to the unique ID that we provide

**John Drugan**
Government Sales Director
Lionbridge Technologies, LLC.
1050 Winter St., Suite 2300 Waltham MA 02451
w. 978.964.9550

**LIONBRIDGE**

---

**From:** "Jensen, Matthew" <Matthew.Jensen@sdsheriff.org>
**Date:** Sunday, April 30, 2023 at 11:50 AM
**To:** "Drugan, John" <John.Drugan@lionbridge.com>, "Purser, Lisa - SDC <lpurser@sdcounty.ca.gov>
**Subject:** Re: Video Relay Interpretation for ASL

Good morning

Employee ARJIS (ID number) would be great, but also the inmates name and booking number would be the biggest information to gather.

Get Outlook for iOS

---

**From:** Drugan, John <John.Drugan@lionbridge.com>
**Sent:** Saturday, April 29, 2023 7:12:10 PM
**To:** Purser, Lisa - SDC <lpurser@sdcounty.ca.gov>
**Cc:** Jensen, Matthew <Matthew.Jensen@sdsheriff.org>
**Subject:** Re: Video Relay Interpretation for ASL

Hi Lisa and Matt – I'd be happy to help with this and thank you for reaching out!

Would you be able to confirm if there is any information that has to be captured for ASL VRI calls? I.E. Employee name, Employee ID number? This will help customize how the account is structured.

**John Drugan**
Government Sales Director
Lionbridge Technologies, LLC.
1050 Winter St., Suite 2300 Waltham MA 02451
w. 978.964-9550



---

**From:** "Purser, Lisa" <Lisa.Purser@sdcounty.ca.gov>
**Date:** Friday, April 28, 2023 at 8:09 PM
**To:** "Drugan, John" <John.Drugan@lionbridge.com>
**Cc:** "Jensen, Matthew_SDSO" <Matthew.Jensen@sdsheriff.org>
**Subject:** RE: Video Relay Interpretation for ASL

Hi John,

Please expedite this request. Thank you!


**Lisa Purser** - Administrative Analyst II, Countywide Administration Unit
County of San Diego  Department of Purchasing & Contracting
5560 Overland Avenue, Suite 270 MS-O32, San Diego, CA  92123-1204
Cell: (619) 517-2022 | MS: O-32
Work Hours: M-F 7:30 AM-4:30 PM
www.sandiegocounty.gov/purchasing



**Click here** to see a list of all Countywide Contracts

---

**From:** Jensen, Matthew
**Sent:** Friday, April 28, 2023 5:03 PM

4

**To:** john.drugan@lionbridge.com
**Subject:** Video Relay Interpretation for ASL

Good afternoon,

I am looking to set up an account ASAP for VRI for ASL at our facilities. Looking for a master account if possible that could be utilized at our various locations for remote services to help those who are in need of ASL for booking into jail, medical services while in jail, psychiatric services and classification services while in custody. For anymore information please feel free to contact me via Cell phone anytime/any day. This project is of high priority for our side of the department in the detentions setting. Also just making sure these services are 365, 24/7 and if the connection is instantaneous for the most part when someone calls on the video relay service (computer, app, however we need to connect). I look forward to hearing from you and discussing this further. Thank you.

--Matt



**Matthew Jensen**
Lieutenant
Email: Matthew.Jensen@sdsheriff.org
Mobile: 619-643-2153   Desk: 858-974-2725
www.sdsheriff.net
**SAN DIEGO COUNTY
SHERIFF'S DEPARTMENT**



# EXHIBIT C

**Gonzalez, Lucy**

| | |
|---|---|
| **From:** | Bavencoff, Christina <Christina.Bavencoff@sdsheriff.org> |
| **Sent:** | Monday, May 1, 2023 9:31 AM |
| **To:** | Cagigas, Steven; Chavez, Matthew; Cole, Benjamin; Peters, Samuel; Gallego, Pedro; Sagale, Talafulu; Maraia, Steven; Landwehr, Luke; Germain, Andrea |
| **Cc:** | Jensen, Matthew; Bavencoff, Christina; Kamphoefner, Amanda (Mandy); Discovery, Legal Affairs |
| **Subject:** | ASL questions |

All,

I saw that you all were listed in Peoplesoft as having ASL language abilities. The Department is in the process of developing an ADA Unit. As we are assessing our current abilities and status, I am trying to determine what resources we currently have if a need arose in one of our facilities or in the field. It is hard to determine if any of you are currently certified or if you just have some skills. Could you please let me know if any of you are certified. If so, have any of you been used within our detention facilities or in the field for translation? If you are not certified, have you considered getting certified?

While developing this unit, we may ask for input from people like you that serve the ADA community. Would any of you be interested in being a resource for us as we do an assessment of our policies and practices, and help us make recommendations as we move towards greater excellence in this area?

Thank you in advance,

Christina



**Christina Bavencoff**
Commander
*Detention Services Bureau*
Email: Christina.Bavencoff@SDSheriff.gov
Phone: 858-974-2197 | Mobile: 619-929-6359
www.sdsheriff.gov
**SAN DIEGO COUNTY
SHERIFF'S DEPARTMENT**

# EXHIBIT D

**Gonzalez, Lucy**

| | |
|---|---|
| **From:** | NoReplyWebApp@sdsheriff.srvr |
| **Sent:** | Thursday, May 4, 2023 2:33 PM |
| **Subject:** | TRANSFER OPPORTUNITY – ADA SERGEANT – LAW ENFORCEMENT & DETENTION/COURT SERVICES |
| **Attachments:** | ADA Unit Sergeant - Detentions Courts Job Description.pdf; ADA Unit Sergeant - Law Enforcement Job Description.pdf; TRANSFER OPPORTUNITY - ADA SERGEANT (LE & Det).pdf; PER- 1 Transfer Request.pdf; Resume.docx; Training Bulletin - Transfer Requests  CAP Scores 4-13-23.pdf |

Message Center

---

# TRANSFER OPPORTUNITY

## AMERICANS WITH DISABILITIES (ADA) SERGEANT

## TRANSFER OPPORTUNITY IS AVAILABLE FOR ONE SERGEANT FROM THE LAW ENFORCEMENT OR DETENTION/COURT SERVICES BUREAU

### Closes: Thursday, May 18, 2023 at 2359 Hours

### *SEE ATTACHMENTS FOR DETAILS*

---

Sent by: Mendez, Marilyn
View messages posted in the past 30 days.

# AMERICANS WITH DISABILITIES ACT (ADA) COMPLIANCE UNIT SERGEANT – DETENTIONS

THE POSITION

Under the direction of the Medical Services Division (MSD) Lieutenant, the ADA Compliance Sergeant will oversee the ADA Unit comprised of a multi-disciplinary team.    They will lead and supervise a self-evaluation process of current Department policies, procedures, and practices, identify incompatibilities, and develop and prioritize remedies. They will oversee grievances processes related to ADA compliance and identify and develop Departmental training related to ADA.

DUTIES:

1.  Serve as the Sheriff's ADA Coordinator.
2.  Supervise a multidisciplinary team comprised of legal, management services, medical, and sworn staff regarding requests, complaints, or grievances related to ADA compliance in all Sheriff's Facilities.
3.  Conduct audits and provide training in the areas of ADA compliance and liability for all Sheriff's Facilities, Stations, and employees.
4.  Complete special projects to ensure ADA compliance.
5.  Liaison/coordinate with other Sheriff's units, Government Agencies, and Community Groups regarding ADA compliance issues.
6.  Complete compliance reports and other reports as assigned.
7.  Ensure accurate maintenance of ADA files and reports.
8.  Any additional duties as assigned by Bureau Command.

MINIMUM QUALIFICATIONS:

Two (2) years of Detentions-Sergeant experience with the Detention Services Bureau or Court Service Bureau or any combination thereof.

LIMITED ASSIGNMENT:

Assignment to the Medical Services Division is limited.  Detention Sergeants are subject to rotation from the unit after three (3) years. This provides career path opportunities to other supervisors.

GENERAL KNOWLEDGE OF:

Sheriff's Department Policy and Procedure
Detention Services Bureau Policy and Procedure
Federal, State, and County Statutes
Knowledge of Title 15, Title 24 and applicable laws related to jail operations
Jail Information Management System (JIMS)

DESIRED QUALITIES:

Self-motivated and demonstrates strong leadership skills
Must possess good problem solving and conflict resolution skills
Ability to work with sensitive medical information
Excellent oral and written communication skills
Above Standard computer skills (MS, Excel, PowerPoint)
Demonstrated ability to provide leadership, mentorship, and positive guidance to staff
Ability to work with other, units, agencies and community groups
Ability to organize, facilitate projects and present to groups

# AMERICANS WITH DISABILITIES ACT (ADA) COMPLIANCE UNIT SERGEANT – LAW ENFORCEMENT

## THE POSITION

Under the direction of the Medical Services Division (MSD) Lieutenant, the ADA Compliance Sergeant will oversee the ADA Unit comprised of a multi-disciplinary team.    They will lead and supervise a self-evaluation process of current Department policies, procedures, and practices, identify incompatibilities, and develop and prioritize remedies. They will oversee grievances processes related to ADA compliance and identify and develop Departmental training related to ADA.

## DUTIES:

1. Serve as the Sheriff's ADA Coordinator.
2. Supervise a multidisciplinary team comprised of legal, management services, medical, and sworn staff regarding requests, complaints, or grievances related to ADA compliance in all Sheriff's Facilities.
3. Conduct audits and provide training in the areas of ADA compliance and liability for all Sheriff's Facilities, Stations, and employees.
4. Complete special projects to ensure ADA compliance.
5. Liaison/coordinate with other Sheriff's units, Government Agencies, and Community Groups regarding ADA compliance issues.
6. Complete compliance reports and other reports as assigned.
7. Ensure accurate maintenance of ADA files and reports.
8. Any additional duties as assigned by the Bureau Command.

## MINIMUM QUALIFICATIONS:

One (1) year Sheriff's Sergeant Experience.
Successful completion of probation as a sergeant.

## GENERAL KNOWLEDGE OF:

Sheriff's Department Policy and Procedure
Detention Services Bureau Policy and Procedure
Federal, State, and County Statutes
Knowledge of Title 15, Title 24 and applicable laws related to jail operations
Jail Information Management System (JIMS)

## DESIRED QUALITIES:

Self-motivated and demonstrates strong leadership skills
Must possess good problem solving and conflict resolution skills
Ability to work with sensitive medical information
Excellent oral and written communication skills
Above Standard computer skills (MS, Excel, PowerPoint)
Demonstrated ability to provide leadership, mentorship, and positive guidance to staff
Ability to work with other, units, agencies and community groups
Ability to organize, facilitate projects and present to groups



Exp Date _____

# San Diego County
# SHERIFF'S DEPARTMENT

## TRANSFER REQUEST FORM

| Assignment Requested (one choice): | | | | Date of Request: | |
|---|---|---|---|---|---|
| Employee's Name (L, F M): | | | | Home Phone: | |
| Home Zip Code: | ARJIS: | PS EmplID: | Date Hired: | | Years Service: |
| Current Job Classification: | ☐ LESB | ☐ DSB | | | |

### DEPARTMENT WORK HISTORY (BEGIN WITH CURRENT ASSIGNMENT)

**Assignment (Bureau and Station/Facility/Division):**

| From: | Job Description and Duties: |
|---|---|
| To:  Current | |

**Assignment (Bureau and Station/Facility/Division):**

| From: | Job Description and Duties: |
|---|---|
| To: | |

**Assignment (Bureau and Station/Facility/Division):**

| From: | Job Description and Duties: |
|---|---|
| To: | |

### EDUCATION AND TRAINING

| College(s) | Course of Study | Units or Degree |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | | |

| Special Schools | Course of Study |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

| Related Outside Job Experience(s): | Special Skill(s) or Qualification(s): |
|---|---|
| | |

I have reviewed the minimum qualifications for this position as set forth by the Department. I also understand and acknowledge the Peace Officer status, conditional carrying of firearms, powers of arrest (836PC) as indicated in the Job Description.  I am aware that if transferred to this position I will be required to remain one year before requesting another transfer.

Employee Signature :_____    Date: _____

_____    _____    ☐ Recommended & forwarded
Present Station/Facility/Division Commander's signature         Date      ☐ Not recommended, see attached

### For Personnel Use

Date received in Personnel:_____  ☐ Resume _____  Career Planning Officer:_____

☐ CAP Entered    ☐ Interview Scores Entered    ReqID(s): _____

PER-1  Rev. 7/18                Please email completed form to: TransferRequests.Personnel@sdsheriff.org

RESUME

Your Name Here
Residential Address
City, State, Zip Code
Telephone:  (619) Residential


EDUCATION  (Degrees or number of college units)

University of _____, Bachelor of Arts in
        Management, Awarded (Date).
San Diego City College, Associate in Arts Degree,
        Awarded (Date).


TRAINING  (List all that apply to the position)

Numerous law enforcement training schools in area of supervision, training, budget, corrections, evidence, investigations, narcotics, gangs, traffic, weapons, and fraud. Total Hours: (#). Certificates available upon request.

San Diego Regional Training Academy, 1,000 hours, (Date).


EXPERIENCE

Sheriff's Sergeant-  (Start Date) to Present.  Assigned to Law Enforcement Services Bureau and Detention Services Bureau.  Duties included:  (List).

Deputy Sheriff-  (Start Date) to (End Date).  Assigned to Law Enforcement Services Bureau, Operations - Southeastern Command, and Detentions Services Bureau - Operations Area 1.  Duties included:  (List).

San Diego County Sheriff- (Hire Date).

CERTIFICATES

Supervisory P.O.S.T., (Date)

Advanced P.O.S.T., (Date)

Intermediate P.O.S.T.,(Date)

Basic P.O.S.T., (Date)

Resume of (Your Name Here)
Page 2


PROFESSIONAL MEMBERSHIPS
     CNOA, DSA


ACHIEVEMENTS

     Citizen and/or Department awards and commendations.


COMMUNITY INVOLVEMENT

     Neighborhood Watch, D.A.R.E., or other community groups or organizations in which you are involved, on duty for the purpose of resolving community issues or to be of service to the community.



**San Diego County Sheriff**

**Training Bulletin**

**Kelly A. Martinez, Sheriff**



## <u>Transfer Requests and Career Assessment Process (CAP) Review</u>

The Transfer Request Form (*PER-1*) and the Request for Training Officer Assignment Form (*PER-55*) have been converted to PDF versions.  Previous Word Doc versions of these forms are no longer valid and will not be accepted by the Personnel Division.

The PDF version of the PER-1 Form includes a "Current Job Classification" field which will assist personnel with routing your request to the appropriate Career Path Sergeant.  The "LESB" box is for use by all Law Enforcement Deputies and Sergeants and the "DSB" box is for use by all Detentions Deputies and Sergeants.  The "LESB" or "DSB" box is to be checked to indicate your job classification, regardless of which bureau you currently are assigned and/or which bureau you are applying to transfer into.

The PDF forms are enabled to allow for electronic signatures by both the employee and respective facility/station/division commanders.  Digital signatures are required for all transfer requests.  If your Department computer will not allow you to electronically sign your transfer request, you must contact the Helpdesk so they can update your computer to allow for electronic signatures.

Complete a transfer request utilizing your name as it is listed and spelled in the Corporate Directory (no nicknames) and 6-digit Employee ID # (not ARJIS).  E-mail any transfer forms needing approval and e- signatures to your facility/station/division commander. Acting station/facility/division commanders may also approve transfer requests on behalf of their respective captain.   Once approved, your approving captain/lieutenant will return the forms back to you by e-mail. It is **<u>your</u>** responsibility to then forward all the required forms (*Transfer Request, Field Training Officer Request, Field Training Officer Expectations and Resume*) in a ***<u>PDF FORMAT</u>*** to:

TransferRequests.Personnel@sdsheriff.org

<span style="color:red">Please ensure your Department resume is converted to a PDF document prior to submitting it.</span>   Word Document resumes are not acceptable.   Resumes are not necessary when submitting transfer requests for non-competitive positions ("line" positions) in jails, courts, or patrol.

The information in this Training Bulletin was provided by Sergeant Justin Crews and edited for distribution by the Sheriff's Personnel Division. If you have expertise in a particular subject and would like to write a training bulletin, please contact In Service Training.

All the required forms and attachments for the job announcement will need to be received by e-mail at Personnel no later than 2359 hours on the closing date posted in the job announcement. No late transfer requests will be accepted.

The PDF document names should use the following format:

- Last Name, First Name, (6-digit Employee ID#), type of document

For example:

- Smith, John (012345), PER-1.pdf
- Smith, John (012345), Resume.pdf

Unfortunately, current mobile apps on your iPhone and iPad do not support the digital certificate signature used by the Department. Approvers can still sign and approve the requests by creating a mobile signature for the specific app being used, such as Acrobat Reader or Adobe Fill & Sign. Although this method is not as user friendly as the approval process when using a Department desktop computer, it will give supervisors another option to approve transfer requests when away from their desks.

## Career Assessment Process (CAP) Score & Review

The Career Path Sergeants are available to review and help you maximize your CAP score. If you apply for a competitive position, it is important to make an appointment to review your CAP score. If you have never computed your CAP score, or it has been awhile since you last updated your score, then you should make an appointment with the Career Path Sergeant to do a face-to-face update at Sheriff's Personnel (Ridgehaven, 1st floor). Some updates can be done via e-mail, but in-person is always suggested to ensure you get all the points you deserve.

The Department CAP database does **not** automatically update to reflect your tenure, assignments, collateral duties, awards, etc. In order to ensure your CAP score is current, you are required to contact the Career Path Sergeant to manually do any updates.

Your CAP score is used as part of your final score for competitive positions. CAP score counts for 40% of your overall score for competitive positions. Oral interviews, written tests, and in some cases physical fitness assessments account for the remaining 60% of your score. CAP is only applicable to Deputy Sheriffs applying for competitive positions.

CAP score is not used as a factor for station/facility Field Training Officer selections. CAP score does not apply to Sergeants and above.

When deputies apply for competitive positions, it is their responsibility to make arrangements with the Career Path Sergeant to ensure that their CAP score has been updated prior to the closing date of the position they are applying for. As soon as a position announcement closes, the Career Path Sergeant will obtain a final CAP score update from Internal Affairs for all applicants.

Once your CAP score has been officially reviewed and calculated into your final score, no changes or additions can be made to change your final score for that specific competitive transfer. Your CAP score for that specific transfer will remain in effect for one year or when the eligibility list for that posting is terminated.

During the actual interview and/or testing day for a competitive position, deputies will be provided with their CAP sheet by the interviewing panel. Deputies will have the opportunity to review their CAP sheet for accuracy. If a deputy identifies discrepancies with their CAP score, they have 48 hours to appeal their CAP score with the Career Path Sergeant. The appeal can be done via e-mail. Interviewing panels do not have the authority to hear CAP score appeals or make modifications to applicants' test scores. Failure to make an appointment for a CAP score update prior to the closing period for a competitive position is not grounds for an appeal.

Use the attached blank CAP form as a guide when preparing for a CAP review with the Career Path sergeants. Bring any documents or certificates which may help to elevate your score to the appointment. If we don't have a copy, we can't give you credit.

For additional information on the competitive assignment process and CAP score, please refer to Procedure Section 3.19.

If you have any questions about the process, please contact any of the following people:

Sergeant Marilyn Mendez
Career Path- Detentions
(858) 974-2338

Sergeant Patrick Fox
Career Path- Law Enforcement
(858) 974-2459

Erica Houseman
Human Resources Assistant
(858) 974-2148

# TRANSFER OPPORTUNITY
## MEDICAL SERVICES DIVISION
## AMERICANS WITH DISABILITIES (ADA) SERGEANT

Transfer requests are now being accepted for the position of **MSD – Americans with Disabilities (ADA) Sergeant**. All Law Enforcement and Detentions/Courts Services Sergeants interested in this position and meeting the minimum qualifications must email their transfer request to TransferRequests.Personnel@sdsheriff.org.  All transfer requests must be received no later than:

### Thursday, May 18, 2023 at 2359 hours

**Applications must be emailed to TransferRequests.Personnel@sdsheriff.org by the close of the posted filing period. No late applications will be accepted.**

Employees submitting transfer requests shall be responsible for making sure the Personnel Division has received their transfer requests. This may be done by calling or emailing Erica Houseman at (858) 974-2148 or Erica.Houseman@sdsheriff.org. Applicants are also responsible for ensuring their personnel file is current.

Selections will be made in accordance with Department Policy and Procedure Section 3.19. Pursuant to Section 3.19, a Department formatted resume *must* also be emailed with the transfer request. A sample of the Department formatted resume is attached.

If you have any questions regarding the position, please contact:

| | |
|---|---|
| **Christina Bavencoff, Commander**<br>**(619) 929 - 6359**<br>Christina.Bavencoff@sdsheriff.org | **Matthew Jensen, Lieutenant**<br>**(619) 643 - 2153**<br>Matthew.Jensen@sdsheriff.org |

**COMMAND STAFF, PLEASE ENSURE THIS NOTICE IS POSTED IN A PLACE ACCESSIBLE TO ALL SWORN PERSONNEL AND/OR A BRIEFING/LINE-UP BOARD UNTIL THE CLOSE OF THE FILING PERIOD.**

Marilyn Mendez
Career Path Sergeant

# EXHIBIT E

**Gonzalez, Lucy**

| | |
|---|---|
| **From:** | NoReplyWebApp@sdsheriff.srvr |
| **Sent:** | Thursday, May 4, 2023 11:20 AM |
| **Subject:** | TRANSFER OPPORTUNITY – ADA DEPUTY – LAW ENFORCEMENT & DETENTION/COURT SERVICES DEPUTY SHERIFF |
| **Attachments:** | ADA Unit Deputy - Detentions Courts Job Description.pdf; ADA Unit Deputy - Law Enforcement Job Description.pdf; TRANSFER OPPORTUNITY - ADA Deputy (LE & DET).pdf; PER- 1 Transfer Request.pdf; Resume.docx; Training Bulletin - Transfer Requests  CAP Scores 4-13-23.pdf |

Message Center

---

# TRANSFER OPPORTUNITY

## AMERICANS WITH DISABILITIES (ADA)

## DEPUTY SHERIFF

## TRANSFER OPPORTUNITY IS AVAILABLE FOR LAW ENFORCEMENT AND DETENTION/COURT SERVICES DEPUTIES

### Closes: Thursday, May 18, 2023 at 2359 Hours

### *SEE ATTACHMENTS FOR DETAILS*

---

Sent by: Mendez, Marilyn
View messages posted in the past 30 days.

# AMERICANS WITH DISABILITIES ACT (ADA) COMPLIANCE UNIT
# DEPUTY SHERIFF– DETENTIONS/COURTS

## THE POSITION

Under the direction of the Medical Services Division (MSD) Lieutenant and ADA Sergeant, the ADA Deputy will conduct inspections, facilitate corrective actions, and assist with audits related to ADA compliance for all Sheriff's facilities and stations. The ADA Deputy will work closely with a multidisciplinary team comprised of legal, facilities management staff and medical staff on special projects to ensure ADA requirements are met throughout the Sheriff's Department.

## DUTIES:

1. Process complaints or grievances related to ADA compliance in all Sheriff's Facilities.
2. Conduct incarcerated person ADA interviews as needed.
3. Coordinate and assist with audits in the areas of ADA compliance and liability for all Sheriff's Facilities, Stations, employees, and customers.
4. Assist with special projects to ensure ADA compliance.
5. Conduct audits and provide training in the areas of ADA compliance and liability for all Sheriff's Facilities, Stations, and employees.
6. Liaison/coordinate with other Sheriff's Units, Government Agencies, and Community Groups regarding ADA Compliance.
7. Complete compliance reports, grievance responses, policy and procedure updates, and other reports as assigned.
8. Ensure accurate and complete data entry of ADA files and reports.
9. Any additional duties as assigned by the ADA Coordinator.

## MINIMUM QUALIFICATIONS:

Two (2) years of experience with the Detention Services Bureau or Court Service Bureau or any combination thereof.

## LIMITED ASSIGNMENT:

Assignment to the Medical Services Division is limited. Detention Deputies are subject to rotation from the unit after four (4) years. This provides career path opportunities to other deputies.

## GENERAL KNOWLEDGE OF:

Sheriff's Department Policy and Procedures
Detention Services Bureau Policy and Procedure
Federal, State, and County Statutes
Title 15 and Title 24
Jail Information Management System (JIMS)

<u>DESIRED QUALITIES</u>:

Ability to work with sensitive medical information
Excellent oral and written communication skills
Above standard computer skills (MS, Excel, PowerPoint)
Demonstrated ability to provide leadership, mentorship, and positive guidance to staff
Ability to work with other units, agencies, and community groups
Ability to organize and facilitate projects
Must possess good problem solving and conflict resolution skills

# AMERICANS WITH DISABILITIES ACT (ADA) COMPLIANCE UNIT
# DEPUTY SHERIFF – LAW ENFORCEMENT

## THE POSITION

Under the direction of the Medical Services Division (MSD) Lieutenant and ADA Sergeant, the ADA Deputy will conduct inspections, facilitate corrective actions, and assist with audits related to ADA compliance for all Sheriff's facilities and stations. The ADA Deputy will work closely with a multidisciplinary team comprised of legal, facilities management staff and medical staff on special projects to ensure ADA requirements are met throughout the Sheriff's Department.

## DUTIES:

1. Process complaints or grievances related to ADA compliance in all Sheriff's Facilities.
2. Conduct incarcerated person ADA interviews as needed.
3. Coordinate and assist with audits in the areas of ADA compliance and liability for all Sheriff's Facilities, Stations, employees, and customers.
4. Assist with special projects to ensure ADA compliance.
5. Conduct audits and provide training in the areas of ADA compliance and liability for all Sheriff's Facilities, Stations, and employees.
6. Liaison/coordinate with other Sheriff's Units, Government Agencies, and Community Groups regarding ADA Compliance.
7. Complete compliance reports, grievance responses, policy and procedure updates, and other reports as assigned.
8. Ensure accurate and complete data entry of ADA files and reports.
9. Any additional duties as assigned by the ADA Coordinator.

## MINIMUM QUALIFICATIONS:

Have successfully completed their probationary period.
Have at least two (2) years of patrol experience, one (1) of which must have been completed with the San Diego County Sheriff's Department.

## GENERAL KNOWLEDGE OF:

Sheriff's Department Policy and Procedures
Detention Services Bureau Policy and Procedure
Federal, State, and County Statutes
Title 15 and Title 24
Jail Information Management System (JIMS)

## DESIRED QUALITIES:

Ability to work with sensitive medical information
Excellent oral and written communication skills
Above standard computer skills (MS, Excel, PowerPoint)
Demonstrated ability to provide leadership, mentorship, and positive guidance to staff
Ability to work with other units, agencies, and community groups
Ability to organize and facilitate projects
Must possess good problem solving and conflict resolution skills



Exp Date _____

# San Diego County
# SHERIFF'S DEPARTMENT

## TRANSFER REQUEST FORM

| Assignment Requested (one choice): | | | | Date of Request: | |
|---|---|---|---|---|---|
| Employee's Name (L, F M): | | | | Home Phone: | |
| Home Zip Code: | ARJIS: | PS EmplID: | Date Hired: | | Years Service: |
| Current Job Classification: | ☐ LESB | ☐ DSB | | | |

**DEPARTMENT WORK HISTORY (BEGIN WITH CURRENT ASSIGNMENT)**

| Assignment (Bureau and Station/Facility/Division): | |
|---|---|
| From:<br><br>To:  Current | Job Description and Duties: |

| Assignment (Bureau and Station/Facility/Division): | |
|---|---|
| From:<br><br>To: | Job Description and Duties: |

| Assignment (Bureau and Station/Facility/Division): | |
|---|---|
| From:<br><br>To: | Job Description and Duties: |

**EDUCATION AND TRAINING**

| College(s) | Course of Study | Units or Degree |
|---|---|---|
| | | |
| | | |

| Special Schools | Course of Study |
|---|---|
| | |
| | |
| | |
| | |
| | |

| Related Outside Job Experience(s): | Special Skill(s) or Qualification(s): |
|---|---|
| | |

I have reviewed the minimum qualifications for this position as set forth by the Department. I also understand and acknowledge the Peace Officer status, conditional carrying of firearms, powers of arrest (836PC) as indicated in the Job Description.  I am aware that if transferred to this position I will be required to remain one year before requesting another transfer.

Employee Signature :_____    Date: _____

_____    _____    ☐ Recommended & forwarded
Present Station/Facility/Division Commander's signature              Date      ☐ Not recommended, see attached

**For Personnel Use**

Date received in Personnel:_____ ☐ Resume _____ Career Planning Officer:_____

☐ CAP Entered    ☐ Interview Scores Entered    ReqID(s): _____

Please email completed form to: TransferRequests.Personnel@sdsheriff.org

RESUME

Your Name Here
Residential Address
City, State, Zip Code
Telephone:  (619) Residential

<u>EDUCATION</u>  (Degrees or number of college units)

> University of _____, Bachelor of Arts in
> Management, Awarded <u>(Date)</u>.
> San Diego City College, Associate in Arts Degree,
> Awarded <u>(Date)</u>.

<u>TRAINING</u>  (List all that apply to the position)

> Numerous law enforcement training schools in area of supervision, training, budget,
> corrections, evidence, investigations, narcotics, gangs, traffic, weapons, and fraud.
> Total Hours: (#). Certificates available upon request.

> San Diego Regional Training Academy, 1,000 hours,
> <u>(Date)</u>.

<u>EXPERIENCE</u>

> Sheriff's Sergeant-  <u>(Start Date)</u> to Present.  Assigned to Law Enforcement Services
> Bureau and Detention Services Bureau.  Duties included:  (List).

> Deputy Sheriff-  <u>(Start Date)</u> to <u>(End Date)</u>.  Assigned to Law Enforcement
> Services Bureau, Operations - Southeastern Command, and Detentions Services
> Bureau - Operations Area 1.  Duties included:  (List).

> San Diego County Sheriff- <u>(Hire Date)</u>.

<u>CERTIFICATES</u>

> Supervisory P.O.S.T., <u>(Date)</u>

> Advanced P.O.S.T., <u>(Date)</u>

> Intermediate P.O.S.T.,<u>(Date)</u>

> Basic P.O.S.T., <u>(Date)</u>

Resume of (Your Name Here)
Page 2


<u>PROFESSIONAL MEMBERSHIPS</u>
     CNOA, DSA


<u>ACHIEVEMENTS</u>

     Citizen and/or Department awards and commendations.


<u>COMMUNITY INVOLVEMENT</u>

     Neighborhood Watch, D.A.R.E., or other community groups or organizations in which you are involved, on duty for the purpose of resolving community issues or to be of service to the community.



**San Diego County Sheriff**

**Training Bulletin**

**Kelly A. Martinez, Sheriff**

## Transfer Requests and Career Assessment Process (CAP) Review

The Transfer Request Form (*PER-1*) and the Request for Training Officer Assignment Form (*PER-55*) have been converted to PDF versions. Previous Word Doc versions of these forms are no longer valid and will not be accepted by the Personnel Division.

The PDF version of the PER-1 Form includes a "Current Job Classification" field which will assist personnel with routing your request to the appropriate Career Path Sergeant. The "LESB" box is for use by all Law Enforcement Deputies and Sergeants and the "DSB" box is for use by all Detentions Deputies and Sergeants. The "LESB" or "DSB" box is to be checked to indicate your job classification, regardless of which bureau you currently are assigned and/or which bureau you are applying to transfer into.

The PDF forms are enabled to allow for electronic signatures by both the employee and respective facility/station/division commanders. Digital signatures are required for all transfer requests. If your Department computer will not allow you to electronically sign your transfer request, you must contact the Helpdesk so they can update your computer to allow for electronic signatures.

Complete a transfer request utilizing your name as it is listed and spelled in the Corporate Directory (no nicknames) and 6-digit Employee ID # (not ARJIS). E-mail any transfer forms needing approval and e- signatures to your facility/station/division commander. Acting station/facility/division commanders may also approve transfer requests on behalf of their respective captain.  Once approved, your approving captain/lieutenant will return the forms back to you by e-mail. It is **your** responsibility to then forward all the required forms (*Transfer Request, Field Training Officer Request, Field Training Officer Expectations and Resume*) in a ***PDF FORMAT*** to:

TransferRequests.Personnel@sdsheriff.org

<span style="color:red">Please ensure your Department resume is converted to a PDF document prior to submitting it.</span>  Word Document resumes are not acceptable.  Resumes are not necessary when submitting transfer requests for non-competitive positions ("line" positions) in jails, courts, or patrol.

All the required forms and attachments for the job announcement will need to be received by e-mail at Personnel no later than 2359 hours on the closing date posted in the job announcement. No late transfer requests will be accepted.

The PDF document names should use the followingformat:

- Last Name, First Name, (6-digit Employee ID#), type of document

For example:

- Smith, John (012345), PER-1.pdf
- Smith, John (012345), Resume.pdf

Unfortunately, current mobile apps on your iPhone and iPad do not support the digital certificate signature used by the Department. Approvers can still sign and approve the requests by creating a mobile signature for the specific app being used, such as Acrobat Reader or Adobe Fill & Sign. Although this method is not as user friendly as the approval process when using a Department desktop computer, it will give supervisors another option to approve transfer requests when away from their desks.

**Career Assessment Process (CAP) Score & Review**

The Career Path Sergeants are available to review and help you maximize your CAP score. If you apply for a competitive position, it is important to make an appointment to review your CAP score. If you have never computed your CAP score, or it has been awhile since you last updated your score, then you should make an appointment with the Career Path Sergeant to do a face-to-face update at Sheriff's Personnel (Ridgehaven, 1st floor). Some updates can be done via e-mail, but in-person is always suggested to ensure you get all the points you deserve.

The Department CAP database does **not** automatically update to reflect your tenure, assignments, collateral duties, awards, etc. In order to ensure your CAP score is current, you are required to contact the Career Path Sergeant to manually do any updates.

Your CAP score is used as part of your final score for competitive positions. CAP score counts for 40% of your overall score for competitive positions. Oral interviews, written tests, and in some cases physical fitness assessments account for the remaining 60% of your score. CAP is only applicable to Deputy Sheriffs applying for competitive positions.

CAP score is not used as a factor for station/facility Field Training Officer selections. CAP score does not apply to Sergeants and above.

When deputies apply for competitive positions, it is their responsibility to make arrangements with the Career Path Sergeant to ensure that their CAP score has been updated prior to the closing date of the position they are applying for.  As soon as a position announcement closes, the Career Path Sergeant will obtain a final CAP score update  from Internal Affairs for all applicants.

Once your CAP score has been officially reviewed and calculated into your final score, no changes or additions can be made to change your final score for that specific competitive transfer.  Your CAP score for that specific transfer will remain in effect for one year or when the eligibility list for that posting is terminated.

During the actual interview and/or testing day for a competitive position, deputies will be provided with their CAP sheet by the interviewing panel.  Deputies will have the opportunity to review their CAP sheet for accuracy.  If a deputy identifies discrepancies with their CAP score, they have 48 hours to appeal their CAP score with the Career Path Sergeant.  The appeal can be done via e-mail.  Interviewing panels do not have the authority to hear CAP score appeals or make modifications to applicants' test scores.  Failure to make an appointment for a CAP score update prior to the closing period for a competitive position is not grounds for an appeal.

Use the attached blank CAP form as a guide when preparing for a CAP review with the Career Path sergeants. Bring any documents or certificates which may help to elevate your score to the appointment. If we don't have a copy, we can't give you credit.

For additional information on the competitive assignment process and CAP score, please refer to Procedure Section 3.19.

If you have any questions about the process, please contact any of the following people:

Sergeant Marilyn Mendez
Career Path- Detentions
(858) 974-2338

Sergeant Patrick Fox
Career Path- Law Enforcement
(858) 974-2459

Erica Houseman
Human Resources Assistant
(858) 974-2148

# TRANSFER OPPORTUNITY
## MEDICAL SERVICES DIVISION
## AMERICANS WITH DISABILITIES (ADA) DEPUTY

Transfer requests are now being accepted for the position of **MSD – Americans with Disabilities (ADA) Deputy**. All Law Enforcement and Detentions/Courts Services Deputies interested in this position and meeting the minimum qualifications must email their transfer request to TransferRequests.Personnel@sdsheriff.org.   All transfer requests must be received no later than:

## Thursday, May 18, 2023 at 2359 hours

**Applications must be emailed to TransferRequests.Personnel@sdsheriff.org by the close of the posted filing period. No late applications will be accepted.**

Employees submitting transfer requests shall be responsible for making sure the Personnel Division has received their transfer requests. This may be done by calling or emailing Erica Houseman at (858) 974-2148 or Erica.Houseman@sdsheriff.org. Applicants are also responsible for ensuring their personnel file is current.

Selections will be made in accordance with Department Policy and Procedure Section 3.19. Pursuant to Section 3.19, a Department formatted resume *must* also be emailed with the transfer request. A sample of the Department formatted resume is attached.

If you have any questions regarding the position, please contact:

| **Christina Bavencoff, Commander** **(619) 929 - 6359** Christina.Bavencoff@sdsheriff.org | **Matthew Jensen, Lieutenant** **(619) 643 - 2153** Matthew.Jensen@sdsheriff.org |
|---|---|

**COMMAND STAFF, PLEASE ENSURE THIS NOTICE IS POSTED IN A PLACE ACCESSIBLE TO ALL SWORN PERSONNEL AND/OR A BRIEFING/LINE-UP BOARD UNTIL THE CLOSE OF THE FILING PERIOD.**

Marilyn Mendez
Career Path Sergeant

# EXHIBIT F

**San Diego County Sheriff's Department Detention Services Bureau – Manual of Policies and Procedures**

| | |
|---|---|
| DATE: | ~~MAY 27, 2022~~ |
| NUMBER: | M.39 |
| SUBJECT: | DISABLED INCARCERATED PERSONS |
| RELATED SECTIONS: | C.1, M.9, CCR TITLE 15, SEC, 1057, CA Penal Code 2656, Americans with Disabilities Act |

PURPOSE

To establish uniform procedures to identify, evaluate and house disabled incarcerated persons in the safest manner possible while ensuring the accommodation of major life activities.

POLICY

The department recognizes disabled incarcerated persons are entitled to the same rights, privileges, and services as other incarcerated persons of the same classification level per the Americans with Disabilities Act (ADA). An incarcerated person is covered by the ADA when the incarcerated person has a permanent, temporary, or intermittent condition that impacts a major life activity.

Qualified incarcerated persons with disabilities shall not be excluded from participation in, denied the benefits of, or subjected to discrimination in any detention facility's services, programs, work assignments or activities, based on a disability. Each incarcerated person identified as having a disability must be reasonably accommodated through some means.

ADA DEFINITIONS

DISABILITY - An individual has a disability if there is a physical or mental impairment that substantially limits one or more major life activities. The ADA also recognizes individual-s with a record of impairment, or individual s regarded as having an impairment, as meeting the definition of disabled. Generally, such individual-s will not require special accommodations.

PHYSICAL IMPAIRMENT - Includes any physiological disorder or condition, cosmetic disfigurement, or anatomical loss affecting one or more of the following body systems: neurological, musculoskeletal, special sense organs, respiratory including speech organs, cardiovascular, reproductive, digestive, genitourinary, hemic and lymphatic, skin and endocrine.

MENTAL IMPAIRMENT - Includes any mental or psychological disorder, such as mental retardation, organic brain syndrome, emotional or mental illness, and specific learning disabilities.

MAJOR LIFE ACTIVITIES - Includes but not limited to such functions as caring for oneself, reading, communicating, performing manual tasks, walking, seeing, hearing, speaking, and thinking.

CARING FOR ONESELF - Personal care such as toileting, dressing, bathing and feeding.

COGNITIVE DISABILITY - A broad term to describe conditions affecting types of mental tasks such as problem solving, reading comprehension, attention, and/or remembering. A cognitive disability is not the same as a mental disorder.

M.39 DISABLED INCARCERATED PERSONS
#22//18

.

MENTAL DISABILITY - An individual who has a past medical record of, or is regarded as, having one or more mental disorders as defined in the American Psychiatric Association's Diagnostic Manual.

BLIND - An individual whose visual acuity in their best eye has an acuity of 20/200 or worse and/or if their peripheral vision is less than 20 degrees.

DEAF - An individual who cannot readily understand spoken language through hearing alone and who may have a speech defect that renders them unintelligible to most normal hearing people.

REASONABLE ACCOMMODATION - Any modification or adjustment that is effective in enabling an individual to perform the major life activities. Any change in the facility, policies, procedures, or the manner in which tasks are completed that enables a qualified individual with a disability to participate in and receive the same benefits from a program or service. Reasonable accommodation does not require fundamental alteration of the nature of a program or activity.

<u>PROCEDURE</u>

I.    IDENTIFICATION AND SCREENING

A.    The identification of an incarcerated person with a disability generally will occur during the receiving screening process.  However, the identification of an incarcerated person with a disability can occur at any point during an individual's incarceration (e.g., Jail Population Management Unit (JPMU) interview, outside agency, by the advisement of a family member, etc.).

B.    Sheriff's health staff will evaluate and determine if an incarcerated person qualifies as 'disabled.'

C.    All incarcerated persons who have been screened and determined to be disabled will be housed in a facility with the appropriate accommodations. Based on their disability, each incarcerated person covered under the ADA must be reasonably accommodated through some means, such as but not limited to modified housing for wheelchair access, grab bars in bathrooms, shower chairs, closed captioning on the television, interpreter services, telecommunications device for the deaf, assistive listening devices, magnification devices, large, printed materials, and braille materials. Health screening staff shall enter health instructions into the incarcerated person's health record. The shift charge nurse or designee will inform JPMU of the health instructions. They will also inform the Reentry Services Division (RSD) Manager or their designee via email with the names of those incarcerated persons who have an identified need for accommodations for adaptive or programming services.

D.    A health recommendation (e.g., "lower bunk," "lower tier") shall be initiated and entered into the incarcerated person's health record upon determination that the recommended instructions are necessary for the safety and/or welfare of a disabled incarcerated person.

E.    If sworn staff <u>observe an individual housed in an area with less than satisfactory</u> ~~is unable to~~ accommod<u>ations for their ADA needs,</u> ~~e the aforementioned housing recommendations,~~ health staff shall be notified <u>and more appropriate housing will be identified</u>.

M.39 DISABLED INCARCERATED PERSONS
                    Page 2 of 9
#22//18



F.  Re-evaluation of functional performance will be conducted by the registered nurses/designee once a month for those incarcerated persons identified as having a temporary medical disability.  A possible reassignment of housing unit and/or facility may be recommended.  Temporary conditions (e.g., broken legs, hernia operation) are generally not covered by ADA and certain conditions are expressly excluded from ADA coverage.  Health staff, in accordance with ADA guidelines, will make this determination. JPMU will work with health staff to make appropriate temporary accommodations for these incarcerated persons.

G.  If any staff become aware of an incarcerated person with a disability or request for disability accommodation after they have already been housed, they will advise health and/or mental health staff as necessary to assess the incarcerated person. Staff will advise the health staff, or mental health staff, member of their observations and reasons why they believe the disability or accommodation needs were not previously identified, or the disability or need for accommodations has changed. This passing of information shall be documented in a JIMS ISR.

**Formatted:** List Paragraph, No bullets or numbering, Tab stops: Not at 1"

F.H.  The disability designation, or status, of incarcerated persons diagnosed with a disability is confidential and shall not be discussed with other incarcerated persons by facility staff.

**Formatted:** List Paragraph, No bullets or numbering, Tab stops: Not at 1"

II.  REASONABLE ACCOMMODATIONS

A.  Eligible Incarcerated persons with a disability are entitled to an equal opportunity to participate in programs, services or activities offered at our detention facilities as those incarcerated persons who are not diagnosed with a disability. Incarcerated persons requiring ADA accommodations will be assisted in receiving access to the following by either the Medical Services Division (MSD) or RSD staff:
Incarcerated persons requiring ADA accommodations will be assisted in receiving access to the following by either the Medical Services Division (MSD) or RSD staff:

**Formatted:** Indent: Left: 0.5", Hanging: 0.5"

B.  1.  Medical services

**Formatted:** No bullets or numbering

C.  2.  Psychiatric services

**Formatted:** Indent: First line: 0.5", No bullets or numbering

D.  3.  Adaptive services to assist in participation in programs or services

**Formatted:** Indent: First line: 0.5", No bullets or numbering

E.  4.  Adaptive services to report to health and/or sworn staff if they have been sexually assaulted.

**Formatted:** Indent: Left: 0.5", Hanging: 0.5", No bullets or numbering

III.  REQUEST FOR ACCOMMODATIONS AND ADA GRIEVANCES

A.  A request for reasonable accommodation may be initiated by the incarcerated person, their family members, or an outside agency.

B.  A request for an assessment of accommodations will be forwarded to the MSD ADA Case Manager for review.  Assessments can be completed by either a registered nurse or by a physician if the ADA Case Manager is not available to review the request in a

M.39 DISABLED INCARCERATED PERSONS
Page 3 of 9
#22//18

timely manner. The findings and disposition will be documented in the incarcerated person's health record.

C.  Requests will be acted upon within 2472 hours if received by RSD staff and within 24 hours if received by health staff.

D.  Grievances will be handled according to Detention Services Bureau Policies and Procedures section N.1 and forwarded to a MSD supervisor or designee. All ADA related grievances will be forwarded to the MSD ADA case manager for processing.

E.  Staff shall provide assistance to disabled incarcerated persons who need assistancehelp with the completion of accommodation requests or grievances or understanding the processes relating to such. The assistance may include scribing or reading grievance/accommodation responses or explaining the processes.

## IV.  REFUSAL OF ACCOMMODATIONS

Individuals may be refused participation in services, programs or activities if there is a compelling reason for such refusal, as outlined below:

A.  Legitimate Penological Interest:

1.  A request for accommodation may be denied if there is a valid, rational connection between the denial and a legitimate penological interest, if there are alternative means for the inmate to exercise   his/her rights.

B.  Undue Burden and Fundamental Alteration:

1.  A request for accommodation may be denied when the requested accommodation would impose an undue financial or administrative burden, or would fundamentally alter the nature of the service, program or activity.

2.  An accommodation is an undue financial burden when its cost would be an unjustifiable waste of public funds.

3.  The Facility Commander shall make the written determination that an accommodation would result in an undue burden and fundamental alteration.

4.  This item would be reviewed with the MSD ADA Case Manager who will work with the Facility Commander and the incarcerated person for a different reasonable accommodation which fits within the department guidelines and maximizes the disabled incarcerated person's access to programs, services and activities.

C.  Direct Threat:

1.  A request for accommodation may be denied when it poses a direct threat of substantial harm to the health or safety of the incarcerated personmate, or anyone else, including the public.

M.39 DISABLED INCARCERATED PERSONS
Page 4 of 9

#22//18

F.    Equally Effective Means

1.  A request for accommodation may be denied if equally effective access to a program, service or activity may be afforded through an alternate method, which is less costly or intrusive.  Alternate methods, which may be less costly or intrusive to the existing operation/program, may be utilized to provide reasonable access in lieu of modifications requested by the incarcerated person~~mate~~, so long as they are equally effective.

2.  In all evaluations of requests for reasonable accommodations, the health, safety, and security of all incarcerated persons~~mates~~, staff, and the public must remain the overriding considerations.

V.  MEDICAL EQUIPMENT/ASSISTIVE DEVICES

~~C.~~  Health Care Appliance/Durable Medical Equipment Assistive Device are devices or medical support equipment which have been prescribed for an incarcerated person and approved by MSD. Appliances/equipment/devices include, but are not limited to, durable medical equipment, prosthetic and orthotic appliances, eyeglasses, prosthetic eyes and other eye appliances as defined in California Code of Regulations, Title 22, Section 51160 through 51162.  To ensure the safety of incarcerated persons, health care appliances/durable medical equipment/assistive devices shall be provided to incarcerated persons with disabilities as noted by health staff.

A.  Health care appliances/~~durable medical equipment/orthopedic~~ devices/~~prosthetic devices/assistive devices~~ shall be prescribed and approved for eligible incarcerated persons by licensed medical providers, subject to medical necessity. Health care appliances issued to incarcerated persons, including those brought into the facility by an individual at the time of booking, must be approved by health staff.

B.  If an appliance/device being prescribed by health staff is not on the approved list, health staff will consult with the Facility Commander, or designee, to determine if there are any safety and security concerns with the incarcerated person possessing the ~~medical appliance/~~equipment in question.  If security concerns are evident, the Facility Commander, or designee, will consult with MSD in order to modify the ~~medical appliance/equipmet/~~equipment for approval. Only under exceptional circumstances shall a medical supply be rejected, and an alternate means provided.

C.  No incarcerated person shall be deprived of a health care appliance/assistive device that was in their possession upon their arrival to the facility, or was properly obtained while in custody, unless for documented safety concerns, security reasons, or a medical provider determines the appliance is no longer medically necessary or appropriate.

D.  It is the joint responsibility of health staff and the incarcerated person to maintain all appliances/ ~~equipment/~~devices and ensure it is in good and operatable condition. All incarcerated persons shall maintain possession of any issued appliances/ ~~equipment/~~devices until deemed medically unnecessary or the individual is released.

E.  When an appliance/ ~~equipment/~~device needs repair or replacement, the incarcerated person should notify health staff via a sick call request of their situation. If the incarcerated person



Formatted: Indent: Left:  0.81",  No bullets or numbering

Formatted: Indent: Left:  0.5",  No bullets or numbering

Formatted: List Paragraph, Indent: Left:  0.81"

Formatted: Indent: Left:  0.5",  No bullets or numbering

Formatted: Indent: Left:  0.25",  No bullets or numbering

Formatted: Indent: Left:  0.5",  No bullets or numbering

Formatted: List Paragraph, Indent: Left:  0",  First line:  0"

Formatted: Indent: Left:  0.5",  No bullets or numbering

Formatted: Indent: Left:  0.5",  No bullets or numbering

Formatted: Indent: Left:  0.5",  No bullets or numbering

notifies sworn staff, the staff member being notified shall relay the information to health staff. Health staff shall follow up with the incarcerated person in order to evaluate the condition of the appliance/ ~~equipment~~/device. Repair and replacement shall be in accordance with MSD policy requirements.

F.  Incarcerated persons shall not be deprived of the possession or use of any orthopedic, prosthetic appliance/ ~~equipment~~/device, if the orthopedic, prosthetic appliance/ ~~equipment~~/device has been prescribed or recommended and fitted by a physician.

   1.  In cases where there is probable cause to believe that possession of the orthopedic, prosthetic appliance/ ~~equipment~~/device constitutes an immediate risk of bodily harm to any person in the facility or threatens the security of the facility, the appliance may be removed.

   2.  If the orthopedic, prosthetic appliance/ ~~equipment~~/device is removed, the incarcerated person shall only be deprived of the orthopedic, prosthetic appliance/ ~~equipment~~/device during such time as the facts, which constitute probable cause for its removal, continue to exist. A JIMS ISR shall be written to document the reasoning for the removal.

   3.  Once it is determined safe to do so, the orthopedic, prosthetic appliance/ ~~equipment~~/device to shall be returned the incarcerated person.

   4.  When the orthopedic, prosthetic appliance/ ~~equipment~~/device is removed, a physician shall examine the incarcerated person within 24 hours after removal.

   5.  If the examining physician determines removal is, or will, be injurious to the health or safety of the incarcerated person, the physician shall inform health staff and the Facility Commander, or designee. A discussion and appropriate action will take place in regard to ensuring the incarcerated person is properly medically treated. Facts should be provided to the physician as to why the equipment was removed to begin with.

   6.  Any denied orthopedic, prosthetic appliance/ ~~equipment~~/device denied by the Facility Commander, or designee, will be placed into the incarcerated person's property. A JIMS ISR shall be completed documenting this action. Upon release, the incarcerated person's prosthetic appliance/ ~~equipment~~/device will be returned to them.

      a.  If the incarcerated person was issued county appliances/devices such as a wheelchair, or cane, the incarcerated person will return said items once their personal devices are given to them. If the incarcerated person has no device available to them in their personal property upon release and it is determined by health staff they are still in need of the county issued device, the incarcerated person will be permitted to be released with the county issued device.

## VI. INCARCERATED PERSONS WITH COGNITIVE/DEVELOPMENTAL DISABILITIES

   A.  Incarcerated persons diagnosed as having cognitive/developmental disabilities must not be placed in administrative segregation, health care units, or other units with less restrictive access to programs, services and activities solely because of their cognitive disability.

   B.  Staff should monitor incarcerated persons housed in their areas who are diagnosed as having a cognitive/developmental disability to ensure these individuals are not being victimized.

displaying predatory behavior, showing signs of distress and physical/mental deterioration. If any of these, or other, unusual behaviors are witnessed by staff, appropriate measures shall take place such as, but not limited to:

1. Notifications to medical/mental health staff
2. Notifications to supervisory staff
3. Notifications to counseling staff
4. Housing unit transfers
5. Offering reasonable assistance to complete reasonable tasks

C. A description of the incident and the action taken by staff shall be documented in the incarcerated person's JIMS history by completing an ISR. Appropriate staff shall follow up with said incarcerated persons as soon as particle once made aware of the situation.

## VII. EQUALLY EFFECTIVE COMMUNICATION:

Equally effective communication is the responsibility of all staff working within the detentions facilities when interacting with the incarcerated population. The type of auxiliary aid or service necessary to ensure effective communication will vary in accordance with the method of communication used by an incarcerated person. In determining what types of auxiliary aids, or communication services, are necessary, staff shall solicit this information from the incarcerated person and/or review their JIMS hazards and instructions. In order to be effective, auxiliary aids and services must be provided in accessible formats, in a timely manner, and in such a way as to protect the privacy and independence of the incarcerated person with a disability. The standard for ensuring effective communication is higher for Due Process events.

Qualified interpreter services will be available (via a contract sign language service provider) on a 24-hour basis for complex, confidential or important communication with a deaf/hearing-impaired or speech-impaired inmate, e.g., due process events.  The use of sign language interpreters, as well as all efforts to obtain the services of a certified Sign Language Interpreter, shall be fully documented.  Absent exigent circumstances, local staff certified in sign language will not be used as interpreters for complex, confidential or important communication, e.g., due process events or clinical encounters.  Under no circumstances shall staff rely on other incarcerated persons to interpret, or assistant, with these types of events except in limited circumstances where an extended delay in obtaining an effective interpreter could compromise the incarcerated persons' safety.

A. Due Process Events

1. Exchanges of information for due process events shall be documented in a JIMS ISR for the incarcerated person by the staff member providing the information. Examples of due process events, and other processes that rise to the level of the higher standard for ensuring effective communication, include but are not limited to:

b. Notice to Appear
c. Notification of charges
d. Classification interviews and processes

e.  Disciplinary process/hearing (e.g., serving initial copies of documents, disciplinary officer interview)
f.  Administrative segregation placement and related processes
g.  Facility transfers
h.  Parole/probation related functions (e.g., serving related paperwork/documentation and conditions of release)
i.  Legal proceeding or serving of related documentation
j.  Inmate grievances

2.  Sign Language Interpreters are required for exchanges of information during due process encounters with incarcerated persons whose primary method of communication is American Sign Language.

a.  For exchanges of information requiring Sign Language Interpreters, during due process encounters, refer to the following:

1  Contract Sign Language Interpreters services
2  Video Remote Interpretation (VRI) services

3.  If the incarcerated person refuses or waives the assistance of a sign language interpreter, this shall be documented in a JIMS ISR.

4.  When all above Sign Language Interpreter resources have been addressed and determined not available, written notes shall be utilized. A JIMS ISR shall be completed to document why the other resources were unavailable to utilize and written notes had to be used.

B.  Accommodation or Assistance

1.  An incarcerated person with hearing, vision, speech impairments, developmental/intellectual disabled, and/or learning disabled diagnosed with cognitive/developmental disabilities, those identified with literacy concerns based on an assessment and incarcerated persons with severe mental illnesses, may require accommodations or assistance to achieve effective communication.

2.  Staff should, when appropriate, document in a JIMS ISR if effective communication assistance or accommodations were provided to an incarcerated person to effectively communicate events such as medical appointments. Documentation of what type of effective communication was utilized would include the use of:

a.  Use of a Sign Language Interpreter
b.  Use of simple English
c.  Repeated statements
d.  Speaking slowly
e.  Rephrasing statements to make it more understandable
f.  Using written communication
g.  Using lip reading
h.  Checking for hearing aids and ensuring they can hear properly with the aid
i.  Reading documents
j.  Providing a magnifier
k.  Using large print

      l.  Using a scribe

      m.  Other – any other tool/method that was used to facilitate effective communication

3.  The above accommodations or assistance is determined by the incarcerated person's disability and/or cognitive abilities.

4.  Reading assistance may be provided (e.g., documents read aloud in the presence of an incarcerated person) and a determination made as to whether the incarcerated person understood the exchange of information, grievance interviews, and when providing a due process communication where the incarcerated person is developmentally disabled, visually impaired, or has a documented learning disability.

C.  Documentation

1.  Information to include during the documentation mentioned throughout this policy may include:

      a.  Incarcerated person reiterated in his/her own words what was explained

      b.  Incarcerated person asked pertinent questions pertaining to the exchange of information

      c.  Incarcerated person summarized the exchange of information in his or her own words

      d.  Effective communication was not reached – effective communication not validated

      e.  Effective communication was reached – effective communication validated

      f.  Notes with information exchanged between an incarcerated person and staff in the absence of a Sign Language Interpreter should also be filed in the incarcerated persons Custody Record.

D.  Housing

Housing unit deputies shall provide a verbal orientation for incarcerated persons who have been identified, or suspected of ~~being, developmentally disabled/intellectually~~ having cognitive/developmental disabilities ~~disabled, learning disabled~~, vision-impaired, or deaf and/or hard of hearing.  Staff providing the orientation and information will ensure to ask if the incarcerated person understands what information they were given to ensure effective communication. This encounter shall be documented in a JIMS ISR for the incarcerated person. For deaf and/or hard of hearing incarcerated persons whose primary method of communication is sign language, a Sign Language Interpreter shall be provided during the orientation.

IV.  ~~ADA GRIEVANCE PROCEDURE~~

~~Grievances will be handled according to Detention Services Bureau Policies and Procedures section N.1 and forwarded to a MSD supervisor or designee. All ADA related grievances will be forwarded to the MSD ADA case manager for processing.~~

M.39 DISABLED INCARCERATED PERSONS
Page 9 of 9

#22//18

# EXHIBIT G

**Gonzalez, Lucy**

| | |
|---|---|
| **From:** | Fernandez Aguilar, Raquel <Raquel.Fernandez@languageline.com> |
| **Sent:** | Wednesday, May 3, 2023 11:38 AM |
| **To:** | Jensen, Matthew |
| **Cc:** | ASR_Team; Brightwell, Krystopher; Joseph Varda |
| **Subject:** | Welcome to Language Line - San Diego Sheriff's Department |
| **Attachments:** | Partnering with an Interpreter.pdf; MyLanguageLine.com.pdf; QRG San Diego Sheriff's Department .pdf; Activation Instructions Any Device - San Diego Sheriff's Department.pdf |

**Your Account Information:**

| Client Name: | San Diego Sheriff's Department |
|---:|:---|
| **Account #:** | ████████ |
| **Toll Free Number:** | 1-800-523-1786 |
| **OPI Client ID#:** | |
| **Authentication Code:** | ████████ |
| **Your Account Executive:** | Krystopher Brightwell |
| **Phone:** | 831-521-4871 |
| **Email:** | kbrightwell@languageline.com |

**5/3/2023**

Dear Matthews Jensen,

Welcome to the LanguageLine family.

**To access a phone interpreter**, please call your assigned toll-free number and be prepared with your Client ID and the language you are requesting. Your toll-free number and Client ID are documented above.

**To access a video interpreter**, please open the LanguageLine app. We think you will find it highly intuitive. On your first visit, you will need to enter a one-time authorization code. Then enter the language you are requesting. Your authorization code is documented above.

**Support Materials**
To ensure your success, we can provide you with:
- **Language ID** posters, desktop displays and Language ID Guides, which create awareness that services are available.
- **Personalized quick reference guides (QRGs)**, which help your staff quickly and easily access our professional interpreters. Badges, wallet cards, flyers, and labels are printed with easy to follow instructions.
- **Implementation and Optimization Training Guides**, which support self-implementation and staff training.

**Equipment and Accessories**
We offer dual handset phones, cordless phones, and additional accessories. Equipment and accessory can be ordered through your Account Executive or at www.LanguageLine.com.

**My.LanguageLine.com**
To access reporting, invoices, and detailed over-the-phone interpreting account information, you can sign up to access our 24/7 online portal.  Authorized access is granted by permission and approval for your security.

We will be happy to assist you with any language-access needs you may have, including phone, video, or onsite interpreting, as well as translation and localization of written materials. Please contact your Account Executive or Customer Care at 800-752-6096 / CustomerCare@LanguageLine.com.

Thank you for the opportunity to be your language-access partner.


Raquel Fernandez
*Customer Service Representative*
**LanguageLine Solutions**
Phone: 1800-752-6096
Email: rfernandez@languageline.com





# Partnering with Your LanguageLine Solutions® Interpreter to Ensure Effective Communication

**1** **STARTING THE SESSION**
- Allow the interpreter to start the session by giving you their name and Interpreter ID. Document this information for reference.
- Introduce yourself to the interpreter.
- Brief the interpreter and state the goal of the session and provide any specific instructions.
- Introduce yourself and the interpreter to the limited English proficient, Deaf, or Hard-of-Hearing individual.



**2** **DURING THE SESSION**
- Address the limited English proficient, Deaf, or Hard-of-Hearing individual, not the interpreter. The interpreter will be your voice. Keep in mind that everything stated will be interpreted.
- State information in short, concise sentences. When stating complicated or detailed information, speak at a slow pace and pause often. This allows the interpreter to note, retain, and relay the information. The interpreter may sometimes ask for repetitions or clarification.
- Avoid technical jargon and try to explain specialized terms or concepts.
- Avoid interrupting the interpreter or talking at the same time.
- Do not ask interpreters for their opinion.



**3** **ENDING THE SESSION**
- Ask the limited English proficient, Deaf or Hard-of-Hearing individual if they understood, or if they have any questions or concerns.
- Allow the interpreter to interpret everything before ending the session.

**FOR MORE INFORMATION**
www.LanguageLine.com / 1-800-752-6096



Onsite Interpreters



Phone Interpreters



Video Interpreters

© 2017 LanguageLine Solutions® / All rights reserved. / 05.01.17 / www.LanguageLine.com

Enabling Communication in Any Situation.℠    www.LanguageLine.com      



# Quick Reference Guide

## San Diego Sheriff's Department

### TO ACCESS AN INTERPRETER

1. **DIAL: 1-800-523-1786**

2. **ENTER CLIENT ID:** ▮▮▮▮▮

3. **INDICATE LANGUAGE**

4. **PROVIDE YOUR FIRST AND LAST NAME (CALLER/STAFF)**

5. **PROVIDE YOUR DEPARTMENT**

   1 - FOR SPANISH
   2 - FOR ALL OTHERS AND CLEARLY STATE THE LANGUAGE
   0 - IF YOU DON'T KNOW THE LANGUAGE YOU NEED

### BEST PRACTICES FOR DOCUMENTATION:
- **Document** the Preferred Language
- **Document** professional language services offered & client's response

**IMPORTANT INFORMATION:**

**WORKING WITH AN INTERPRETER** – At the beginning of the call, briefly tell the interpreter the nature of the call. Speak directly to the limited English proficient individual, not to the interpreter, and pause at the end of a complete thought. Please note, to ensure accuracy, your interpreter may sometimes ask for clarification or repetition.

**3-WAY CALL –** Use the conference feature on your phone, and follow the instructions above to connect to an interpreter. If you are initiating the call, get the interpreter on the line first, then call the limited English proficient individual. If you are receiving a call, ask the caller to "Please Hold," and then conference in the interpreter.

**LANGUAGELINE DUAL HANDSET PHONE –** If you have a LanguageLine Dual handset phone, lift the handset and press the pre-programmed button to dial, then follow the prompts. Once connected to an interpreter, give the second handset to the limited English proficient individual.

**CUSTOMER SERVICE –** To provide feedback, commend an interpreter, or report any service concerns, call 1-800-752-6096 or go to www.LanguageLine.com and click on the "Customer Service" tab, scroll to "Provide Feedback" and complete a "Voice of the Customer" form.

© 2014 LanguageLine Solutions Confidential Information / 12.23.14

Enabling Communication in Any Situation.℠          www.LanguageLine.com      

# Quick Reference Guide

**LanguageLine Solutions®**

- **Document** the linguist name & number
- **Document** the client's understanding using a "Teach Back" method

## IMPORTANT INFORMATION:

**WORKING WITH AN INTERPRETER** – At the beginning of the call, briefly tell the interpreter the nature of the call. Speak directly to the limited English proficient individual, not to the interpreter, and pause at the end of a complete thought. Please note, to ensure accuracy, your interpreter may sometimes ask for clarification or repetition.

**3-WAY CALL** – Use the conference feature on your phone, and follow the instructions above to connect to an interpreter. If you are initiating the call, get the interpreter on the line first, then call the limited English proficient individual. If you are receiving a call, ask the caller to "Please Hold," and then conference in the interpreter.

**LANGUAGELINE DUAL HANDSET PHONE** – If you have a LanguageLine Dual handset phone, lift the handset and press the pre-programmed button to dial, then follow the prompts. Once connected to an interpreter, give the second handset to the limited English proficient individual.

**CUSTOMER SERVICE** – To provide feedback, commend an interpreter, or report any service concerns, call 1-800-752-6096 or go to www.LanguageLine.com and click on the "Customer Service" tab, scroll to "Provide Feedback" and complete a "Voice of the Customer" form.

© 2014 LanguageLine Solutions Confidential Information / 12.23.14

Enabling Communication in Any Situation.℠          www.LanguageLine.com          

MyLanguageLine<sup>SM</sup>

# Online Access to Account Information - Client Portal

Our proprietary reporting platform, MyLanguageLine<sup>SM</sup>, provides daily insight into your LanguageLine Solutions® phone and video interpreting accounts any day, any time. Easy to use, this secure, online portal offers your organization accessibility to monitor your usage, review calls placed, create, download and schedule analysis reports, and view your invoices, to help you increase productivity and manage expenses. Access the portal directly at https://my.languageline.com or click "MyLanguageLine" at the top of any page at www.languageline.com.

## REQUEST ACCESS FOR AUTHORIZED CONTACTS ON AN ACCOUNT

- Click "Sign Up" on the MyLanguageLine homepage. Complete all Account Information fields. All entries are kept confidential.
- You must use an email address already associated with this account(s).
- Enter a password with a minimum of six characters including one number and one character for security.
- Enter a Customer Number or Client ID associated with this account.
- Review the license agreement, click the box to agree, and submit. Once you complete the request, you will receive an email to confirm the email address. Click on the link in the email to confirm.
- Customer Service will verify and approve then email your account authorization within 48 hours.
- Once authorized, login with your email address, password and account number.



Login

## HOME PAGE

- Dashboard of your account usage updated in real time
- View calls, minutes and average connect time
- Choose all or one of your accounts
- Call Volume by time with comparison
- Top 5 languages called with duration and connect time
- Solutions Summary for audio and video calls



Home Page

## RATINGS RESULTS

- "How Did We Do?" ratings results dashboard updated in real time
- Choose all or one of your accounts
- Average ratings over time
- Rating Activity
- Rating Count summary
- View and export call ratings and comments



Ratings Results

## REPORTS

- Reporting can be accessed at the Customer, Bill Account, and Client levels
- Access to the reports is dependent on your set up and permissions
- Click the desired account name to access reporting for that account
- Click "Show More Clients" to view any additional accounts



Reports

*Continued on page 2 >*

© 2019 LanguageLine Solutions / All rights reserved. / 11.15.19 / www.LanguageLine.com

Understanding is Empowering                    www.LanguageLine.com     

**MyLanguageLine**SM

## AVAILABLE REPORTS

- View current data up to the previous day
- View historical Call Detail up to six months and Summary Data up to 12 months
- Click a report, choose desired parameters and Run Report
- Click [Change]-change parameters of current report
- Click the report title to run the report
- Sort alpha or numerical by clicking on the column title


Available Reports

## REPORT OPTIONS

- Go Back to the previous page
- Save Report as Excel®, XML or CSV files to your computer
- Print Report opens in a new window for printing
- View current data up to the previous day
- Schedule a Report to be emailed to you


Schedule a Report

## SCHEDULING A REPORT

- Schedule reports you select to run automatically daily, weekly, monthly, quarterly, or annually and set via email with an attached spreadsheet
- Choose your options and Save Schedule
- Cancel scheduled reports directly from the email


Favorites

## FAVORITES

- Your Favorite Reports are listed on this page to run or delete
- To save a Favorite, create a new report and click the Favorite icon
- Enter your name for the report and click Save


Invoices

## INVOICES

- View a summary of the last full month's invoice
- Invoices are updated before the 10th of each month
- Access to both current and past invoices up to 24 months


Account Details

## ACCOUNT

- LanguageLine contact information
- Data Availability details for your account

## SUPPORT

- Contact information for support
- Forms to complete for invoice or service issues
- Language list

Customer Support

## NOTES

- Call reports are updated daily at 4am PST
- Password Retrieval - click on "Request a new one" on the Sign In page
- Resets are emailed as a secure link
- Password Change - click on your email address at top right of the screen after you have logged in
- Please ensure that MyLanguagLine@LanguageLine.com is in your address book or white list and that emails with attached Excel® files are allowed to be delivered

## FOR MORE INFORMATION OR ASSISTANCE

Contact your Account Executive or Customer Service at 1-800-752-6096 / MyLLSHelp@LanguageLine.com

© 2019 LanguageLine Solutions / All rights reserved. / 11.15.19 / www.LanguageLine.com




**LanguageLine Solutions®**

**LanguageLine App**

Organization Name:

## Activating the LanguageLine App on Your Device

Easily access audio and video interpreting empowering you to provide outstanding service when communicating with the Limited English Proficient and Deaf or Hard-of-Hearing. The LanguageLine app is available for iPads, Smartphones, tablets, and laptops to quickly connect to professional interpreters anytime, anywhere 24/7/365. Follow these instructions to complete a one-time activation of your device.

| **Laptop/PC with Google Chrome Browser** | **iPhone or iPad** | **Android Device** |
|---|---|---|
|  |   |  |

**Laptop/PC with Google Chrome Browser**

1. Using **Chrome**, enter this url: https://InSight.LanguageLine.com
2. Insert your **Authentication Code**
3. Type a **Device Name**
4. Click on **"Activate Device"**
5. Click on **"ALLOW"** for access to your camera and microphone.

**iPhone or iPad**

1. On your **iPhone** or **iPad** tap the App Store icon and search for "LanguageLine InSight". Tap "Get" and "Install".
2. After **download** is complete, tap the "Interpreters" icon and follow the screen prompts to complete the one-time authentication of your device.
3. After you tap **"Activate Device"**, tap **"OK"** two times to allow the application to access your microphone and camera.

**Android Device**

1. On your **Android** device tap the Google Play store icon and search for "LanguageLine". Tap the "Interpreters" icon. Then tap "Install".
2. After **download** is complete, tap "Open".
3. Tap **"OK"**, then tap **"Allow"** twice to allow the application to access your microphone and camera.
4. Follow the screen prompts to complete the one-time authentication of your device.

### YOUR AUTHENTICATION CODE AND DEVICE NAME

Authentication Code (not case sensitive):

Device Name (15 digit maximum):

### TIPS FOR A SUCCESSFUL INTERPRETATION SESSION

1. Introduce yourself and brief the interpreter.
2. Speak slowly in short sentences.
3. Allow the interpreter time to interpret.
4. Check for understanding.

### QUESTIONS OR NEED ASSISTANCE?

Contact your LanguageLine Account Executive or CustomerCare@LanguageLine.com / 1-800-752-6096
For 24/7 Technical Support call 1-844-373-1951

© 2020 LanguageLine Solutions® / All rights reserved. / 07.23.20 / www.LanguageLine.com

# EXHIBIT H

**Gonzalez, Lucy**

| | |
|---|---|
| **From:** | Jensen, Matthew <Matthew.Jensen@sdsheriff.org> |
| **Sent:** | Wednesday, May 3, 2023 2:02 PM |
| **To:** | Bavencoff, Christina |
| **Subject:** | FW: United Language Group (BPA ███) &  Language Line (BPA ███) |

Accounts set up on department back end

---

**From:** Sarmiento, Mary Lyn <MaryLyn.Sarmiento@sdsheriff.gov>
**Sent:** Wednesday, May 3, 2023 2:01 PM
**To:** Maronesy, Souhayla <Souhayla.Maronesy@sdsheriff.org>; Sarmiento, Mary Lyn <MaryLyn.Sarmiento@sdsheriff.gov>
**Cc:** Myer, Jennifer <Jennifer.Myer@sdsheriff.org>; Jensen, Matthew <Matthew.Jensen@sdsheriff.org>; Ridgehaven, AP Invoices <APInvoices.Ridgehaven@sdsheriff.org>
**Subject:** RE: United Language Group (BPA 565422) & Language Line (BPA 565419)

Hi Souhayla,

Thank you for confirming and answering my inquiries.

UNITED LANGUAGE GROUP INC – Release 92 is created per request.
LANGUAGE LINE SERVICES INC – Release 27 is created per request.

Thank you,



**Mary Lyn Sarmiento**
Account Clerk Specialist
*Financial Services Division*
Email: MaryLyn.Sarmiento@sdsheriff.gov
Phone: (858) 974-2241
www.sdsheriff.gov
**SAN DIEGO COUNTY**
**SHERIFF'S DEPARTMENT**



---

**From:** Maronesy, Souhayla <Souhayla.Maronesy@sdsheriff.org>
**Sent:** Wednesday, May 3, 2023 12:03 PM
**To:** Sarmiento, Mary Lyn <MaryLyn.Sarmiento@sdsheriff.gov>
**Cc:** Myer, Jennifer <Jennifer.Myer@sdsheriff.org>; Jensen, Matthew <Matthew.Jensen@sdsheriff.org>; Ridgehaven, AP Invoices <APInvoices.Ridgehaven@sdsheriff.org>
**Subject:** RE: United Language Group (BPA ███ & Language Line (BPA ███

Hi Mary Lyn,

We do not have a quote for these services but I have attached the reference sheet for both contracts. The Tax Code should be "No Tax" since these two contracts are for services only and no goods.

1

| Payment | |
|---|---|
| Pricing | Pricing Schedule |
| Payment Method | Oracle Release: YES | P-Card: NO |
| Sales Tax | Not applicable – only services are provided, not goods. |

As far as the Expenditure Type goes please use "Prof Specialized SVCS.  Thank you for your help and also for confirming this information before creating the release.


Thank you,



**Souhayla Maronesy**
Administrative Analyst
*Contracts Division*
Email: Souhayla.Maronesy@sdsheriff.org
Phone: 858-974-2288
**www.sdsheriff.net**
**SAN DIEGO COUNTY**
**SHERIFF'S DEPARTMENT**

---

**From:** Sarmiento, Mary Lyn <MaryLyn.Sarmiento@sdsheriff.gov>
**Sent:** Wednesday, May 3, 2023 11:50 AM
**To:** Maronesy, Souhayla <Souhayla.Maronesy@sdsheriff.org>
**Cc:** Myer, Jennifer <Jennifer.Myer@sdsheriff.org>; Jensen, Matthew <Matthew.Jensen@sdsheriff.org>; Ridgehaven, AP Invoices <APInvoices.Ridgehaven@sdsheriff.org>
**Subject:** RE: United Language Group (BPA ██████) & Language Line (BPA ████████)

Hi Souhayla,

Do you have the Quote for the United Language Group and Language Line?
The reason because we just wanted to confirm which Tax Code to use for these.
Also, the Expenditure Type is 52370. Please kindly let us know which one are we using as well.



Thank you,



**Mary Lyn Sarmiento**
Account Clerk Specialist
*Financial Services Division*
Email: MaryLyn.Sarmiento@sdsheriff.gov
Phone: (858) 974-2241
www.sdsheriff.gov
**SAN DIEGO COUNTY**
**SHERIFF'S DEPARTMENT**

---

**From:** Maronesy, Souhayla <Souhayla.Maronesy@sdsheriff.org>
**Sent:** Wednesday, May 3, 2023 10:59 AM
**To:** Ridgehaven, AP Invoices <APInvoices.Ridgehaven@sdsheriff.org>
**Cc:** Myer, Jennifer <Jennifer.Myer@sdsheriff.org>; Jensen, Matthew <Matthew.Jensen@sdsheriff.org>
**Subject:** United Language Group (BPA ███) & Language Line (BPA ███

Good Morning AP,

Detention Services will be using two other Countywide BPAs for video interpretation services.  Please create a release for $1,000 per contract using the following information:

United Language Group (BPA ███) - $,1000


P
O
E
T
A

Language Line (BPA ███) - $1,000
P
O
E
T
A

Thank you,



**Souhayla Maronesy**
Administrative Analyst
*Contracts Division*
Email: Souhayla.Maronesy@sdsheriff.org
Phone: 858-974-2288
**www.sdsheriff.net**
**SAN DIEGO COUNTY**
**SHERIFF'S DEPARTMENT**