Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendant
COUNTY OF SAN DIEGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 TO 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF MATTHEW JENSEN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [281]**<br><br>Judge:  Hon. Anthony J. Battaglia |

I, MATTHEW JENSEN, declare as follows:

1. I have personal knowledge of the matters herein and would competently testify to them if called to do so. I am a Lieutenant in the Detention

Services Bureau of the San Diego County Sheriff's Department.

2. I was asked to look up the incarcerated persons who have filed declarations in this case and/or listed themselves as named Plaintiffs, and I obtained the information using JIMS and confirmed it with our Detentions Processing Unit.

3. As shown in the attached chart, Exhibit A hereto, I found the following persons who are either named as Plaintiffs in the litigation or submitted declarations in favor of Plaintiffs' motion [281] are currently serving their sentences in the State of California Department of Corrections and Rehabilitation (CDCR):

a) Ernest Archuleta was arrested and brought to the County on a field arrest and warrant, and then sent to the CDCR on March 30, 2022.

b) Tyrone Childs was in County custody after a field arrest, and he went to the CDCR on March 15, 2023.

c) James Clark was in County custody for a parole violation (after being paroled from CDCR) and returned to the CDCR on August 3, 2022. He is now back in custody at SDCJ on the 8th Floor, on another parole violation.

d) Darryl Dunsmore was sent to the County on remand from the CDCR for new charges/arrest, and was returned to the CDCR on April 21, 2021.

e) Anthony Fuentes was in County custody after a field arrest/ warrants, and he was sent to CDCR on August 10, 2022.

f) Christopher Nelson was brought to the County on a field arrest/ federal hold, and he was sent to CDCR on June 8,2022.

g) Christopher Norwood was brought to the County on a field arrest, and he was sent to CDCR on February 9, 2022.

h) Jesse Olivares was in County custody for a parole violation (after being paroled from State prison) and was returned to the CDCR on August 3, 2022. After release from CDCR on parole, he returned to the County on another parole violation, and then went to the CDCR on March 29, 2023

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4866-7175-5364 v1                              2                            3:20-cv-00406-AJB-DDL
                                                                            JENSEN DECL.

i) Gustavo Sepulveda was arrested and brought to the County, and then sent to the CDCR on February 22, 2023. He also had a PC 1372 competency hearing while in County custody.

j) Michael Taylor was arrested in the field, brought to the County for booking, and he was sent to the CDCR on December 21, 2022.

4. The following persons are still in County custody: Stephon Butler (anticipated release December 8, 2023); Cristain Esquivel (undergoing PC 1368 competency proceedings); Alberto Fuentes (court hearing 5/23/23); James Kingery (court hearing 5/16/23); Nierobi Kuykendall (undergoing PC 1368 competency proceedings); Lisa Landers (court hearing 5/16/23); Kevin Martin (court hearing 5/31/23); Victor Medrano (court hearing 8/1/23), and Laura Zoerner (court hearing 6/6/23).

5. The following persons are no longer in correctional custody of either the County or the State:

a) Matthew Ybarra was brought to the County for booking on a warrant; he was released on February 9, 2023.

b) Andree Andrade was released on March 16, 2023.

c) Reanna Levy bonded out on July 7, 2022, after 1 day of custody.

d) Josue Lopez was put on supervised pretrial services release on May 12, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 17, 2023, at San Diego, California.

MATTHEW JENSEN

**EXHIBIT A**

| LAST NAME | FIRST NAME | JIMS# | BOOKING# | TYPE OF ARREST | CUSTODY STATUS |
|---|---|---|---|---|---|
| ANDRADE | ANDREE | 100033697 | 23706693 | FIELD ARREST | CTS RELS 3/16/23 |
| ARCHULETA | ERNEST | 100054289 | 19741878 | FIELD ARREST & SUP WRT | DOC 3/30/22 |
| BUTLER | STEPHON | 100018631 | 22709674 | MUNI/SUP WRT | IN CUSTODY |
| CHILDS | TYRONE | 100021482 | 22730138 | Field Arrest | DOC 3/15/23 |
| CLARK | JAMES | 100040464 | 23712110 | PAROLE VIOLATION | IN CUSTODY |
| DUNSMORE | DARRYL | 100046292 | 19777041 | REMAND FROM CDC | RETURNED TO CDC 4/21/21 |
| FUENTES | ANTHONY | 700013868 | 19741120 | FIELD ARRST & WRNTS | DOC 8/10/22 |
| ESQUIVEL | CRISTAIN | 400446006 | 22749556 | MUNI WARRANT | IN CUSTODY/PC1368 PROCEEDINGS |
| FUENTES | ALBERTO | 400055708 | 23707104 | MUNI WARRANT | CRT HRG: 5/25/23 |
| KINGERY | JAMES | 400025123 | 20928686 | MUNI WRT & REMAND | CRT HRG: 5/16/23 |
| KUYKENDALL | NIEROBI | 100006094 | 22726980 | FIELD ARRST & REMAND | IN CUSTODY/PC1368 PROCEEDINGS |
| LANDERS | LISA | 400021469 | 22725436 | MUNI WRT & REMAND | CRT HRG: 5/16/23 |
| LEVY | REANNA | 400021292 | 22727870 | FIELD ARRST | Bonded out 07/07/22 |
| LITTLEJOHN | MAURICE | 400006553 | 22728794 | FIELD ARRST & REMAND | CRT HRG: 6/7/23 |
| LOPEZ | JOSUE | 400459873 | 19763409 | FIELD ARRST | SPTS RLS 05/12/2021 |
| MARTIN | KEVIN | 400222949 | 22752829 | MUNI WARRANT | CRT HRG: 5/31/23 |
| MEDRANO | VICTOR | 700000789 | 22721270 | FIELD ARREST | CRT HRG: 8/1/23 |
| NELSON | CHRISTOPHER | 100013559 | 21107181 | FIELD ARREST/FED HOLD | DOC 6/8/22 |
| NORWOOD | CHRISTOPHER | 100113045 | 21122487 | FIELD ARREST | DOC 2/9/22 |
| OLIVARES | JESSE | 100052017 | 21142155 | PAROLE VIOLATION & DOC COMMIT | DOC 03/29/2023 |
| ROSIER | RANDALL | 700002731 | 22753610 | MENTAL HEALTH | CRT HRG: 5/15/23 |
| SEPULVEDA | GUSTAVO | 400015529 | 21106540 | MENTAL HEALTH | DOC 2/22/23 |
| TAYLOR | MICHAEL | 100040853 | 22712686 | FIELD ARREST | DOC 12/21/22 |
| YBARRA | MATTHEW | 400253792 | 22708744 | MUNI WARRANT | LPS RLS 2/9/23 |
| ZOERNER | LAURA | 500022149 | 22704946 | FIELD ARREST | CRT HRG: 06/06/2023 |