Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300    Fax: 408.606.6333

Attorneys for Defendant
COUNTY OF SAN DIEGO, (Also
erroneously sued herein as SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT, and
SAN DIEGO COUNTY PROBATION
DEPARTMENT)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,

Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**DECLARATION OF K. BIBEL IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION [281, 282]**

Judge:    Hon. Anthony J. Battaglia

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4878-6024-8163 v1

- 1 -

3:20-CV-00406-AJB-DDL
BIBEL DECL. ISO OPPOSITION

I, K. BIBEL, declare as follows:

1.      I am a Captain of the San Diego County Central Jail, and I have worked for the Sheriff's Detention Bureau since 2019.  In this role, my responsibilities include, among other things, overseeing the day-to-day administrative and personnel related matters of the Central Jail.  I have worked for the Sheriff's Department since 2004.

2.      I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief, and would competently testify thereto if called and sworn as a witness.

3.      Plaintiffs attached portions of my deposition testimony to their motion. [Dkt. 281-2, Ex. N to Grunfeld Decl.]  I was designated as the County's "Person Most Knowledgeable" on the broad topic of "all current policies, procedures, and practices regarding the accessibility of facilities, housing program services, activities, effective communication, reasonable accommodations, and assistive devices for incarcerated persons with disabilities."  As a Captain for the Sheriff's Department, I deal more with the custody side of operations at the Central Jail – and decisions such as whether a cane has been used as a weapon and needs to be restricted or removed - and would defer to medical staff such as our Director Jon Montgomery for any medical questions – such as whether an incarcerated person should be prescribed an assistive device. Our policies and procedures are designed to have both sides – custody and medical – work together in order to safely house and care for the persons in our custody. For example, incoming arrestees are medically screened on intake to determine their restrictions (*ie.*, assistive devices, lower bunk) and then sent to classification and housing to assign them to an appropriate unit and cell or bunk in light of any applicable restrictions.

4.      At my deposition, I was asked about sign language interpreters at

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4878-6024-8163 v1

- 2 -

3:20-CV-00406-AJB-DDL
BIBEL DECL. ISO OPPOSITION

different occasions such as dental/medical appointments or during intake. I am familiar with the policy and process for obtaining sign language interpreters; however, I do not typically get personally involved in this process.  Once a person is flagged as having a disability of some type, such as being hearing impaired or deaf, they are seen by a counselor from Re-Entry Services to determine if they have any needs/requests. This could include ensuring access to an ASL interpreter as needed, if appropriate. These notes from the re-entry services counselor go into the Counselor tab in JIMS. Absent advance arrangements for ASL, I am aware there is an emergency ASL service available if needed, which I noted in my deposition.  I have not personally used the ASL emergency service – or facilitated the non-emergent use of ASL - because the deputies on the floor of the unit are the ones typically interacting with incarcerated persons.  I testified that I was not aware of specific examples of ASL being provided at medical, dental, or other appointments; however, this does not mean it hasn't occurred.

5.    Deputies on a housing floor would try different ways to achieve effective communication with incarcerated persons if verbal communication was not effective, perhaps starting with writing notes.  Hand gestures might suffice in some situations, such as mimicking a spoon to the mouth to ask if the person is hungry.  I am informed and believe that while there are more incarcerated persons in our jails who are hard of hearing to some degree, there are very few (less than 1%) who are actually deaf.  This does not mean that since they are few, they don't deserve effective communication, just that if there are no notes in JIMS from re-entry that the person needs/prefers ASL, the deputy would likely try other more readily available methods first such as writing.

6.    The Sheriff's Department has recently signed a contract with Lionbridge to have mobile ASL services, which will allow incarcerated persons who prefer/need ASL to have access to it on iPads during medical/dental appointments, intake, disciplinary hearings, et cetera.  I am informed and believe

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4878-6024-8163 v1                              - 3 -                    3:20-CV-00406-AJB-DDL
BIBEL DECL. ISO OPPOSITION

that Commander Bavencoff has been working with an ADA policy expert, Julian Martinez, to revise our county jail ADA policies and green sheets

7.     Plaintiffs' counsel provided the grievance of Josue Lopez (booking #19763409) as an exhibit [281-2, Ex. C to Grunfeld Decl.]. Ms. Grunfeld stated she had never seen the response to the April 28, 2021 grievance. [281-2, Grunfeld Decl. ¶ 9.]  I cannot speak to counsel's access to the grievance response; however, I was able to track down the response by searching the booking records for Mr. Lopez. Attached as **Exhibit A** is a true and correct copy of the grievance response for the 4/28/21 grievance from Lopez, along with another response to a grievance by Lopez submitted on September 25, 2020, alleging denial of access to the TTY device.

8.     I was asked at my deposition about the "flags" in JIMS and I was not able to list all of the options.  Medical staff are responsible for inputting the "Flags" in TechCare, which range from ADA Learning, ADA Mobility to Vision Impaired, Walker, and Wheelchair, with many options in between. I have reviewed the possible options and confirmed there are flag options to note ASL or hearing aid. Any "Flags" checked by medical then auto-generate in JIMS for viewing by custody staff.  By default, someone assigned one or more mobility impairment "flags" would be assigned to a lower bunk/lower tier.

9.     We are planning to remove all triple bunks from the Central Jail. These were never meant to be a permanent measure, but were installed after re-alignment when State prisoners were transferred to County custody to reduce their population – resulting in an unforeseen increase in the County's long-term population.

10.     Beginning May 8, 2023, we began renovations in Modules 8C and 8D to provide additional single bunks.  Additional modifications include removal of stools around the tables to provide increased wheelchair accessibility.  The 8C and 8D dayrooms each have one phone (of 3 total phones) with a stool missing.  There

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4878-6024-8163 v1                          - 4 -                          3:20-CV-00406-AJB-DDL
BIBEL DECL. ISO OPPOSITION

1  is also a video phone available, which has a stool, but wheelchair users can use it

2  pulling their chair up sideways next to the stool.

3       11.    The 8C and 8D dormitories do have grab-bars on one of the two toilets

4  in each unit and one of the two showers in each unit.  Technically, these are not

5  ADA-compliant as the length of the bars does not meet 2010 ADA requirements;

6  however, renovations are planned to extend out the pony wall in order to install a

7  longer grab-bar.  Attached as **Exhibit B** are true and correct photos of new single

8  bunks in 8C, and the toilet and shower areas with grab bars in 8C.  There are also

9  portable shower chairs available in each unit, as shown in the photos.

10       12.    Incarcerated persons with disabilities are not excluded from being

11  workers while in custody.  Medical staff evaluate and place restrictions which

12  dictate the potential jobs a person can do based on their abilities.  I am aware of

13  incarcerated persons in wheelchairs working in the laundry (folding clothes) at

14  other jails within the County, and I know of an incarcerated person who had one

15  unusable arm who was a worker on the 8th floor and had sweeping/cleaning duties.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4878-6024-8163 v1                                    - 5 -                    3:20-CV-00406-AJB-DDL
BIBEL DECL. ISO OPPOSITION

13.     Plaintiffs quote my deposition [281-2, Ex. N-121 to Grunfeld Decl.], where I stated that if ". . . if I received a notification for everyone that slipped and fall [sic], I would never got off the phone."  This was an exaggeration and I believe I was being sarcastic or flippant.  My point was that I am not and cannot feasibly be notified of every operational event that occurs within the facility.  Instead, I am tasked with managing the supervisors (Lieutenants and Sergeants) that manage the deputies, who in turn manage the daily operations in each unit. I was not being literal that there were so many falls that my phone would ring nonstop; rather, if I were called about every minor event (court refusals, doctor appointments, injuries or illnesses, refused meals of every incarcerated person, *et cetera*), that I would not be effective as the Facility Commander.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on May 17, 2023, at San Diego, California.

K. Bibel

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4878-6024-8163 v1                           - 6 -                    3:20-CV-00406-AJB-DDL
BIBEL DECL. ISO OPPOSITION

# EXHIBIT A

**BIBEL 001**

# SAN DIEGO SHERIFFS DEPARTMENT

## Grievance Report

|  |  |
|---|---|
| **Grievance #:** | 214000526 |
| **Grievance Dt/Tm:** | 04-28-2021 2000 |

| **Subject #1:** FAC | **Subject #2:** OTHR | **Subject #3:** | **Subject #4:** |
|---|---|---|---|

**Linked Inmates:**

| JIM | Book # | Name | Fac | Area | Hu | Cell | Bed |
|---|---|---|---|---|---|---|---|
| 400459873 | 19763409 | LOPEZ, JOSUE F | RELS |  |  |  |  |

**Grievance Occurred:**

**Fac:** 3        **Area:**        **Hu:**

**Location:** GBDF, Medical

**Summary:**

Grievance was collected and given to medical on 4/28/21. Grievance was forwarded to GBDF Admin to reply regarding issues with sworn staff on 5/4/21. Grievance is about the TTY phone and inmate staff communication regarding hearing-impaired inmate.

**Routed To:** Sgt. Boorman                    **Action Dt/Tm:** 05-05-2021 1300

**Action Officer:** SGT BOORMAN

**Action Taken:**

Spoke with Lopez and drafted a reply. Sent out email to team supervisors.

**Appeal Filed Dt/Tm:** 00-00-0000 0000            **Appeal Returned Dt/Tm:** 00-00-0000 0000

**Investigator:**                                **Appeal Result Code:**

**Appeal Summary:**

**Update By:** BOORMAN, AARON SH4594            **Update Dt/Tm:** 05-07-2021 0804

**BIBEL 002**

# SAN DIEGO SHERIFFS DEPARTMENT

## Grievance Report

**Grievance Information:**

**Entry Dt/Tm:** 05-07-2021 0812                    **Entry By:** BOORMAN, AARON

**Update Dt/Tm:** 00-00-0000 0000                   **Update By:**

On 5/4/2021, I received your grievance stating that the jail (George Bailey
Detention Facility) refuses to accommodate your hearing disability and you feel
it could put you or other inmates at risk of being harmed.

On 5/5/2021, I had you escorted out to the medical recreation yard so we could
go over your grievance. During our exchange Deputy Sosa was present and we
communicated via writing.

After going over our exchange, I have found that the issues regarding the sworn
side is mainly about communication. You informed me, you had issues
communicating with staff and you were frustrated with the use speed,
functionality, and availability of the TTY phone.

Regarding your communication with sworn staff, I will be communicating with my
peers that we as a team need to ensure when we communicate with you, we do it
in writing as much as possible so both parties involved understand. Also, I
understand you think the deputies might be acting rude when they attempt to
talk to you wearing masks, this is not true. Due to COVID and the county
regulation deputies are required to wear face mask while in the facility. Face
masks have become part of our lives over the last year and all people sometimes
forget that wearing a face mask can impact communication between individuals.
It will be recommended if deputies need to speak to you urgently, they drop
their mask so you can read their lips. This can be done in exigent
circumstances or when we are able to create a safe environment to do so.

In reply to your complaint about accessibility and function of the TTY phone. I
will also communicate with my peers that we need to ensure we are giving you
the ability to utilize the TTY phone. I spoke to my staff regarding the TTY
phone and if it is properly functioning. I was informed that the TTY phone is
properly functioning. I will ask you to be flexible as well and understand due
to incidents that happen in the facility sometimes, we may not be able to get
you the phone right when you ask. It will be passed on that we need to get you
the TTY phone in a timely manner sometime after.

You also stated you felt the grievance system is inadequate because you and
other inmates with disabilities do not have the same communication privileges.
This is not true. All inmates utilize a written grievance form which you used
to grieve these issues. If at any time you need to grieve something you are
able to do it exactly like any other inmate by using the supplied grievance
from. Once we receive the grievance, we will give you a response within the

BIBEL 003

# SAN DIEGO SHERIFFS DEPARTMENT

## Grievance Report

**Grievance Information:**

allotted amount of time and communicate with you as needed just like any other
inmate. If you have any requests, grievances and or complaints they can be
given to a Deputy or a supervisor at any time.

After our exchange and once I pass on this information to my peers, I do not
see there being any issue with your or any other inmate safety or well-being. I
believe we have come to an understanding and I believe sworn staff have been
and will continue to provide you and other inmates professional detentions
services in a safe and humane environment.

I consider this grievance resolved/closed.

Facility: 1

530I MAIN

Page 3 of 3

Printed:     05-11-2023 1107

Printed By: KBIBELSH, BIBEL

**BIBEL 004**

# SAN DIEGO SHERIFFS DEPARTMENT

## Grievance Report

|  |  |
|---|---|
| **Grievance #:** | 204001007 |
| **Grievance Dt/Tm:** | 09-25-2020 2142 |

| **Subject #1:** FAC | **Subject #2:** ADA | **Subject #3:** | **Subject #4:** |
|---|---|---|---|

**Linked Inmates:**

| JIM | Book # | Name | Fac | Area | Hu | Cell | Bed |
|---|---|---|---|---|---|---|---|
| 400459873 | 19763409 | LOPEZ, JOSUE F | RELS | | | | |

**Grievance Occurred:**

**Fac:** 3    **Area:** M    **Hu:** OBS

**Location:** 102

**Summary:**

Inmate claims he has been denied access to the TTY device (phone), which is in violation of his ADA rights due to him being deaf.

**Routed To:** Sgt. Cortes-Garcia #9680          **Action Dt/Tm:** 10-03-2020 1945

**Action Officer:** SGT. CORTES-GARCIA #9680

**Action Taken:**

Conversation held with inmate. Per conversation with inmate, this matter is considered resolved and/or closed. See narrative for response. Inmate provided with signed copy and another forwarded to custody record.

**Appeal Filed Dt/Tm:** 00-00-0000 0000          **Appeal Returned Dt/Tm:** 00-00-0000 0000

**Investigator:**                    **Appeal Result Code:**

**Appeal Summary:**

**Update By:** CORTES-GARCIA, GERARDO SH          **Update Dt/Tm:** 10-03-2020 2121

**BIBEL 005**

# SAN DIEGO SHERIFFS DEPARTMENT

## Grievance Report

**Grievance Information:**

**Entry Dt/Tm:** 10-03-2020 2129                    **Entry By:** CORTES-GARCIA, GERARDO

**Update Dt/Tm:** 00-00-0000 0000                  **Update By:**

Josue Lopez (BN-19763409)

Subject: Teletypewriter Telecommunication (TTY) device (#204001007)

On 09/25/20, I received and reviewed the complaint you submitted on the same
date regarding your lack of accessibility to the Teletypewriter
Telecommunication (TTY) device while housed in the medical area (OBS 102) at
the George Bailey Detention Facility (GBDF).

In your complaint, you wrote you have asked staff (deputies) several times to
utilize the TTY, but deputies have "denied" you access to it. Additionally, you
claim the aforementioned is in violation of the American Disability Act (ADA)
due to you being legally deaf.

On 10/03/20, prior to speaking with you regarding your complaint, I reviewed
our database. I found you have used the TTY phone on several occasions the past
two months. At about 1945 hours, I spoke with you regarding your complaint in
the recreation yard of your assigned housing area. Deputy Thomas #3236 was
present during our written conversation. Our conversation was done by
exchanging notes.

During our conversation, you informed me you receive the TTY phone most of the
time when you ask certain sworn teams (Nightshift); however, you stated
dayshift deputies will tell you "later" or they are "busy." According to you,
this leads to you not receiving the TTY phone.

At the end of our conversation, I informed you I wanted to resolve this issue
to the best of my abilities. In an effort to more responsive to your needs
regarding the TTY phone, staff will be reminded on the policies pertaining to
the TTY phone and its protocols. This is being done in an effort to avoid
future incidents similar in nature. In addition, a sheet detailing the steps to
use the TTY phone will be posted nearby to be used as a resource by staff.
Moving forward, you and I both agreed this matter is now considered resolved
and closed as your complaints will be addressed in the aforementioned manners.
I also informed you to tell me if this issue continues so I can address it
appropriately.

For informational purposes, requests for the TTY phone will be accommodated
only during a reasonable and/or feasible time, which will be determined by the

**BIBEL 006**

# SAN DIEGO SHERIFFS DEPARTMENT

## Grievance Report

**Grievance Information:**

housing deputies. Keep in mind, your accessibility to the TTY phone may at
times be affected by the facility operations or other occurrences (e.g.,
critical incidents). This operations or occurrences required personnel.
Additionally, your accessibility to the TTY phone may be impacted by staffing
since it requires one deputy to supervise you while you utilize the TTY phone.
Be advised, staffing is limited in the medical area, so your patience is
greatly appreciated.

Your original grievance will be placed in your inmate custody record as a
complaint along with a signed copy of this correspondence.

_____   _____
Sgt. Cortes-Garcia #9680                  Date

By signing below, you agree you have received a copy of this narrative:

_____   _____
Josue Lopez (BN-19763409)        Date

???????????

BIBEL 007

# EXHIBIT B

BIBEL 008



SISDL 005



BIBEL 010



BIDEL 011



BIDEL 012

