Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendant
COUNTY OF SAN DIEGO (Also
erroneously sued herein as SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT
and SAN DIEGO COUNTY
PROBATION DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-00406-AJB-DDL **DECLARATION OF ELIZABETH M. PAPPY IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISION CLASS CERTIFICATION** |
| Plaintiffs, | Judge: Hon. Anthony J. Battaglia |
| v. | Date: June 29, 2023 Time: 2:00 p.m. Crtrm.: 4A |
| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et.al. | |
| Defendants. | |

I, Elizabeth Pappy, declare as follows:

1.     I am a partner with Burke, Williams & Sorensen, LLP, attorneys of record for COUNTY OF SAN DIEGO. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Defendant County of

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4894-3640-9439 v1                                         1                          3:20-cv-00406-AJB-DDL
DECL E. PAPPY ISO OPPO TO MPI

1  San Diego's Opposition to Plaintiffs' Motions for Preliminary Injunction and
2  Provision Class Certification.

3      2.     Attached hereto as Exhibit A are relevant portions of Lt. Matthew
4  Jensen's deposition taken by Plaintiffs on March 14, 2023.

5      3.     Attached hereto as Exhibit B are copies of the Green Sheets for Central
6  Jail and Rock Mountain that have been amended (or created in the case of Rock
7  Mountain) per Commander Bavencoff's declaration.  We inadvertently did not
8  attach them to her declaration.

9      4.     I was made aware at 4:00 p.m. today that installation of the single beds
10 per the plans attached to Mr. Bennett's declaration as Exhibit B will begin on
11 Monday, May 22nd and be completed by end of next week.  Mr. Bennett's
12 declaration was already prepared and signed before I received this information, and
13 we are out of time to get a new declaration before today's filing deadline.  A
14 supplemental declaration can be submitted if the Court prefers.

15     4.     I have been primarily handling discovery in this matter.  We have had
16 several issues over the scope of discovery.  An issue came up about the designation
17 of a particular PMK and as a way to resolve the issue I suggested that Plaintiff's
18 depose Mr. Bennett as a PMK on changes made to SDCJ during the lawsuit.  It went
19 forward on April 20, 2023.

20     I declare under penalty of perjury under the laws of the United States of
21 America that the foregoing is true and correct to the best of my knowledge.

22     Executed on this 16th day of May, 2023, at Fremont, California.

23

24                                   */s/ Elizabeth M. Pappy*
                                    Elizabeth M. Pappy
25
26
27
28

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4894-3640-9439 v1                      2                  3:20-cv-00406-AJB-DDL
DECL E. PAPPY ISO OPPO TO MPI

# EXHIBIT A

Sergeant Matthew Jensen

Dunsmore vs.
San Diego County Sheriff's Office

1          UNITED STATES DISTRICT COURT

2         SOUTHERN DISTRICT OF CALIFORNIA

3

DARRYL DUNSMORE, ANDREE ANDRADE,
4   ERNEST ARCHULETA, JAMES CLARK,
ANTHONY EDWARDS, LISA LANDERS,
5   REANNA LEVY, JOSUE LOPEZ,      Case No.:
CHRISTOPHER NELSON, CHRISTOPHER 3:20-cv-00406-AJB-DDL
6   NORWOOD, JESSE OLIVARES, GUSTAVO
SEPULVEDA, MICHAEL TAYLOR, and
7   LAURA ZOERNER, on behalf of
themselves and all others
8   similarly situated,

9                  Plaintiffs,

10        vs.

11  SAN DIEGO COUNTY SHERIFF'S
DEPARTMENT, COUNTY OF SAN DIEGO,
12  SAN DIEGO COUNTY PROBATION
DEPARTMENT, and DOES 1 to
13  inclusive,

14              Defendants.
    _____

15

16

17            DEPOSITION OF

18        SERGEANT MATTHEW JENSEN

19          SAN DIEGO, CALIFORNIA

20            MARCH 14, 2023

21

22

23

24  REPORTED BY:
    A. DESIREE TIPPER, CSR NO. 13806
25  JOB NO: 10116488

**Sergeant Matthew Jensen**

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF CALIFORNIA

 3

 4   DARRYL DUNSMORE, ANDREE ANDRADE,
     ERNEST ARCHULETA, JAMES CLARK,
 5   ANTHONY EDWARDS, LISA LANDERS,
     REANNA LEVY, JOSUE LOPEZ,        Case No.:
 6   CHRISTOPHER NELSON, CHRISTOPHER 3:20-cv-00406-AJB-DDL
     NORWOOD, JESSE OLIVARES, GUSTAVO
 7   SEPULVEDA, MICHAEL TAYLOR, and
     LAURA ZOERNER, on behalf of
 8   themselves and all others
     similarly situated,
 9
                        Plaintiffs,
10
            vs.
11
     SAN DIEGO COUNTY SHERIFF'S
12   DEPARTMENT, COUNTY OF SAN DIEGO,
     SAN DIEGO COUNTY PROBATION
13   DEPARTMENT, and DOES 1 to
     inclusive,
14
                        Defendants.
15   _____

16

17

18

19          Deposition of SERGEANT MATTHEW JENSEN, taken on

20    behalf of Plaintiffs, at 4365 Executive Drive, Suite 400,

21    San Diego, California 92121, commencing at 8:58 a.m.,

22    Tuesday, March 14, 2023, before A. Desiree Tipper,

23    CSR No. 13806.

24

25
```

**Sergeant Matthew Jensen**

```
 1    APPEARANCES

 2

 3    FOR PLAINTIFFS:

 4        ROSEN BIEN GALVAN & GRUNFELD LLP
          BY:  ERIC MONEK ANDERSON, ESQ.
 5            GAY CROSTHWAIT GRUNFELD, ESQ.
          50 Fremont Street, 19th Floor
 6        San Francisco, California 94105
          415.433.6830
 7        ggrunfeld@rbgg.com

 8        DLA PIPER
          BY:  OLIVER M. KIEFER, ESQ.
 9        401 B Street, Suite 1700
          San Diego, California 92101
10        619.699.2781
          oliver.kiefer@dlapiper.com

11

12    FOR DEFENDANTS:

13        BURKE, WILLIAMS & SORENSEN, LLP
          BY:  ELIZABETH M. PAPPY, ESQ.
14        60 South Market Street, Suite 1000
          San Jose, California 95113
15        408.606.6305
          epappy@bwslaw.com

16

17

18

19

20

21

22

23

24

25
```

1    A    We were just inspecting the facilities for ADA

2    issues or anything that could be worked on or anything

3    like that.

4    **Q    When was that?**

5        MS. PAPPY:  Objection.  I'm going to instruct

6    him not to answer based on work product.

7    BY MR. ANDERSON:

8    **Q    Are you going to accept your counsel's**

9    **instruction not to answer?**

10    A    Yes.

11    **Q    So what is the Purple system?**

12    A    Purple system is a telecommunication system or a

13    video relay system that allows the deaf or hard of

14    hearing to speak to an individual that they know, like a

15    social visit, on a screen so that they can use the phones

16    like anybody else can.

17    **Q    So it's a telecommunication system?**

18    A    It's a video relay system.

19    **Q    Also known as VRS?**

20    A    Yes, correct.

21    **Q    Do deputies call it VRS or Purple?  How is it**

22    **commonly known?**

23    A    They call it the Purple system just because the

24    brand name.

25    **Q    So Purple is the provider?**

Sergeant Matthew Jensen

Dunsmore vs.
San Diego County Sheriff's Office

```
1       A    Yes, correct.

2       Q    Is that --

3            MS. PAPPY:  Slow down.

4            THE WITNESS:  Sorry.  Red Bull.  Sorry.

5   BY MR. ANDERSON:

6       Q    And is that Purple Communications?  Is that the

7   name of the company?

8       A    Yes, Purple Communications, LLC, is the full

9   title, I think.

10      Q    Do they provide that person into a contract with

11  the county?

12      A    No.  It's free of charge to anybody who wants to

13  create a Purple system, and we're just one of their

14  free-of-charge clienteles like anybody else would be.

15      Q    So how did you go about working with Purple?

16      A    Purple has been at San Diego Central Jail since

17  2016.  And then I've looked further into the Purple

18  system in my position, just trying to get into other

19  facilities and speaking with Purple and seeing what

20  upgrades or new technology they offer these days.

21      Q    Are you -- so is it only at Central Jail?

22      A    Yes, just at Central Jail.

23      Q    When you say you've been looking into getting

24  a -- I don't want to misstate what you said, but you said

25  you were looking into getting another device; is that
```

Sergeant Matthew Jensen

Dunsmore vs.
San Diego County Sheriff's Office

1    right?

2        A    We're trying to look into other accounts for the

3    rest of the facilities.

4        Q    **What stage is that at?**

5        A    We've gotten accounts created through Purple for

6    four facilities, but we're working currently on

7    infrastructure for Wi-Fi to get the system to work on the

8    computers needed to work on.

9        Q    **Do you have an estimate?**

10       A    I don't have an estimate.

11       Q    **Before the end of this year?**

12       A    We're hoping by December, but that's about the

13   only estimate I got.  We're still just working on the

14   Wi-Fi right now, infrastructure.

15       Q    **And you also mentioned working -- with**

16   **discussions with Purple about upgrading; is that right?**

17       A    Just seeing what upgrades they have, if there's

18   any to offer on their end.

19       Q    **Have you implemented any upgrades?**

20       A    No, not upgrade.  There's nothing really new, if

21   you will.  It's more a -- if the computer is old, you

22   would get a new computer that's, you know, 2023 as

23   opposed to 2020 or whatever, with software updates.

24       Q    **Who provided the terminal?**

25       A    The terminal, we provide ourselves.

**Sergeant Matthew Jensen**

**Dunsmore vs.
San Diego County Sheriff's Office**

```
 1                    REPORTER'S CERTIFICATE

 2

 3            I, A. Desiree Tipper, a Certified Shorthand

 4   Reporter No. 13806 in the State of California, do hereby

 5   certify:

 6                 That the foregoing proceedings were taken

 7   before me at the time and place herein set forth; that

 8   any witnesses in the foregoing proceedings, prior to

 9   testifying, were placed under oath; that a verbatim

10   record of the proceedings was made by me using machine

11   shorthand which was thereafter transcribed under my

12   direction; further, that the foregoing is an accurate

13   transcription thereof.

14                 I further certify that I am neither

15   financially interested in the action nor a relative or

16   employee of any attorney of any of the parties.

17                 IN WITNESS WHEREOF, I have hereunto

18   subscribed my name this 19th day of March, 2023.

19

20

21

22

23   _____
                       A. Desiree Tipper
24                     CSR No. 13806

25
```

# EXHIBIT B

**SDSD Detention Services Bureau—Rock Mountain Detention Facility Green Sheet**

| | |
|---|---|
| **DATE:** | May 1 , 2023 |
| **NUMBER:** | G.3.R |
| **SUBJECT:** | ELEVATORS |

PROCEDURE

I.  ELEVATOR LOCATIONS

    A.  There are seven (7) elevators at the Rock Mountain Detention Facility.

    B.  There is one ▓Govt. Code 7922.000 -Safety/Security Interests▓

    C.  There is ▓Govt. Code 7922.000 -Safety/Security Interests▓

    D.  There is one ▓Govt. Code 7922.000 -Safety/Security Interests▓

II.  ELEVATOR CONTROL AND MAINTENANCE

    A.  Primary control of the elevator will be by the individual visitor.

    B.  House elevators are controlled by Housing Control Deputy or key.

    C.  The elevator capacity is ▓Govt. Code 7922.000 -Safety/Security Interests▓.

    D.  OTIS is responsible for monthly maintenance, and they can be contacted anytime at ▓Govt. Code 7922.000 and 7927.700 - Phone #▓

III.  EMERGENCIES

    A.  In the event people get trapped inside the elevator, there is an emergency intercom inside the elevator that can be used to contact Central Control.

    B.  Emergency services shall be notified immediately upon notification people are trapped inside the elevator.  Absent exigent circumstances, staff shall not attempt to open the doors of an elevator in which someone is trapped.

SDSD Detention Services Bureau—Rock Mountain Detention Facility Green Sheet

| DATE: | May 1, 2023 |
|---|---|
| NUMBER: | H.3.R |
| SUBJECT: | EVACUATION PLANS |

# Govt. Code 7922.000 -Safety/Security Interests

Case 3:20-cv-00406-AJB-DDL   Document 814-21   Filed 05/17/24   PageID.14068
Page 5 of 16



# Govt. Code 7922.000 -Safety/Security Interests



**SDSD Detention Services Bureau—Rock Mountain Detention Facility Green Sheet**

| | |
|---|---|
| **DATE:** | May 1, 2023 |
| **NUMBER:** | I.51.R |
| **SUBJECT:** | INCARCERATED PERSON MOVEMENT |

PROCEDURE

I.    INCARCERATED PERSON MOVEMENT

**Incarcerated persons that have mobility limitations and/or need assistance, shall be assisted in any movement by sworn staff.**

A.    Mainline/Protective Custody (PC) incarcerated persons (IP)

1.    All unrestrained IPs, when outside of their housing area, are to be escorted (IP workers are exempt) and will be fully dressed.  They will be directed to turn and face the wall or fence when sworn and professional staff are passing.

2.    Mainline IPs receiving professional visits or video conferences will be escorted to the professional visit or video conference room by a deputy. One of the IP's hands will be secured to the visit table.

3.    It is the Court Deputy/Processing Security Deputy's responsibility to ensure that the incarcerated persons are ready for court or transportation.  If the IP is not fully dressed, the Court Deputy will not accept them from the housing deputy.

4.    Green banders receiving professional visits or video conferences shall be waist and leg chained.  They will be escorted to the visit via the housing unit elevator.

B.    Administrative Separation (AD/SEP)

1.    Prior to being removed from a cell, AD/SEP IPs will be secured in handcuffs or a waist chain, by utilizing the food flap on their cell door. Once the incarcerated person is secured the IP will exit the cell and be secured in leg chains. The tactical handcuff lead can be utilized as needed. When the IP returns to their assigned cell, deputies will remove the leg chain, secure the IP inside of the cell and utilize the food flap to remove the handcuffs or waist chain. Only one IP at a time will be chained or unchained during movement inside an AD/SEP module.

2.    AD/SEP IPs attending a social visit, professional visit, or video conference shall be waist and leg chained.  They will be escorted to the visit via the housing unit elevator. The floor mounted chain will be secured to the incarcerated person's leg chain. One handcuff may be temporarily removed from the IP's waist chain and secured to the handcuff mounted on the table for the purpose of signing legal documents. Any visitor objecting to this policy shall be referred to the Housing Sergeant or Watch Commander.

3.    AD/SEP IPs and green banders are not to be placed into a holding cell with other incarcerated persons of the same classification.

**SDSD Detention Services Bureau—Rock Mountain Detention Facility Green Sheet**

| | |
|---|---|
| **DATE:** | JANUARY 25, 2023 |
| **NUMBER:** | I.52.R |
| **SUBJECT:** | STRIP AND PAT DOWN SEARCHES OF INCARCERATED PERSONS |

<u>PROCEDURE</u>

All incarcerated persons may be subject to a Strip-Search and/or Body Scan. All incarcerated persons searches shall be conducted for the purpose of providing a safe and secure environment for incarcerated persons and staff, in compliance with legal standards. The Rock Mountain Detention Facility will utilize the search options listed below to provide a safe and secure environment for incarcerated persons and staff.

I.    BODY SCAN – Virtual Search

    A.    Only staff that has successfully completed training on the SOTER RS Body Scanner shall operate the device.

    B.    All persons conducting or otherwise present in the monitor viewing area shall be of the same sex as the incarcerated person being scanned.

    C.    Any incarcerated persons being scanned, will be identified in the SOTER RS system with their JIMS number.

    D.    If reasonable suspicion is found to determine an incarcerated person may have concealed contraband on or in their person, after being scanned and/or strip searched, the incarcerated person should be X-Rayed and evaluated for placement on Contraband Watch in accordance with Detentions Policy and Procedure J.8.

    E.    All Incarcerated Persons Workers are required to go through the body scanner before and after their shift.

II.    STRIP SEARCHES

For all Incarcerated Persons Worker assignments, the deputy in charge of that assignment will search incarcerated persons for any contraband before leaving the East Mesa Reentry Facility and before returning.

III.    PAT DOWN SEARCHES

Prior to leaving, and before returning to a module, all incarcerated persons shall be searched via a pat down.

**SDSD Detention Services Bureau—Rock Mountain Detention Facility Green sheets**

| | |
|---|---|
| **DATE:** | MAY 1, 2023 |
| **NUMBER:** | M.39.R |
| **SUBJECT:** | DISABLED INCARCERATED PERSONS |

PROCEDURE

I.    MOVEMENT

    A.    Incarcerated persons (IPs) who have mobility limitations and/or need assistance, will be escorted by sworn staff; and any doorways will be opened for them.

    B.    Absent exigent circumstances, IPs who specifically use a wheelchair to move about and are scheduled for court or transportation, will be escorted from or to their housing unit and taken to the transportation vehicle or assigned housing area without being placed into a processing holding cell.

    C.    IPs with disabilities shall not be housed in House 6 (formally Facility 8).

    D.    IPs who possess a walking or traveling assisted medical appliance shall only be placed in holding cells designated for disabled IPs.

II.    REVIEW

    A.    At the beginning of each shift, the housing Control Deputy will check the lower bunk / lower tier reports on JIMS Web. It will be the responsibility of the Control Deputy to review the IPs with active medical instructions report.

    B.    The Control Deputy will be responsible for notifying the floor deputies of the special condition requirement. If an IP on the lower bunk / lower tier reports does not wish to move to a lower bunk or lower tier, the IP will sign a J-223 Refusal to Accept Medical Care/Treatment form and on-duty charge nurse will be notified.

    C.    In the event the number of IPs requiring lower bunk / lower tier placement is greater than actual beds available, the RMDF Jail Population Management Unit (JPMU) deputy and the on-duty charge nurse will be notified.

SDSD Detention Services Bureau—San Diego Central Jail Green Sheet

| DATE: | February 14, 2022 |
|---|---|
| NUMBER: | G.3.C.1 |
| SUBJECT: | ELEVATORS |

PROCEDURE

SDCJ has eight passenger elevators. ▌Govt. Code 7922.000 -Safety/Security Interests▌

Maintenance inspections for the elevators are conducted once a month by a contract company. During the monthly inspection, the elevators are checked for wear and damage and SDCJ maintenance personnel are consulted on any maintenance requests they may have received.

In the event of a critical incident or emergency, ▌Govt. Code 7922.000 -Safety/Security Interests▌

▌Govt. Code 7922.000 -Safety/Security Interests▌

The elevator capacity for each elevator is ▌Govt. Code 7922.000 -Safety/Security Interests▌ ▌Govt. Code 7922.000 -Safety/Security Interests▌

If an elevator malfunctions and stops working during normal working hours, CCC will notify the operations deputy and the on-duty watch commander of the malfunction. If the problem is not immediately fixed and further work is required, CCC will again notify the operations deputy and watch commander. When the elevator has been repaired and has resumed normal operations, CCC will notify the operations deputy and watch commander.

If an elevator malfunctions outside of normal working hours, CCC will notify the watch commander and e-Mail the operations deputy.  If the malfunctioning elevator has occupants, the watch commander will have CCC contact the elevator contractor for immediate service.  If the malfunctioning elevator does not have occupants, the watch commander will make the decision about whether to call the elevator contractor for an immediate repair or wait until normal working hours. When the elevator has been repaired and is fully operable, CCC will notify the watch commander and email the operations deputy.

**SDSD Detention Services Bureau—San Diego Central Jail Green Sheet**

| | |
|---|---|
| **DATE:** | **February 14, 2022** |
| **NUMBER:** | **H.3.C.1** |
| **SUBJECT:** | **EVACUATION PLANS** |

PROCEDURE



Govt. Code 7922.000 -Safety/Security Interests

# Govt. Code 7922.000 -Safety/Security Interests
# Govt. Code 7922.000 -Safety/Security Interests



Case 2:20-cv-10470-SVW-JDE Document 31-6 Filed 02/04/21 Page 10 Page
Page 22 of 43



Case 3:20-cv-06040-RJB-DWC Document 24-15 Filed 03/14/2021 Page 23 of 43

Govt. Code 7922.000 -Safety/Security Interests



Govt. Code 7922.000 -Safety/Security Interests



Govt. Code 7922.000 -Safety/Security Interests

Case 3:20-cv-00406-DMS-DEB   Document 804-10   Filed 06/17/24   PageID.14682
Page 25 of 43



Case 3:20-cv-06408-EMC   Document 211-10   Filed 08/29/24   Page 26 of 43

Govt. Code 7922.000 -Safety/Security Interests



Case 2:20-cv-00406-SSS-JC Document 247-1 Filed 05/31/25 Page 27 of 43 PageID #:4868

Govt. Code 7922.000 -Safety/Security Interests



Case 3:20-cv-60406-AOE-DDE   Document 311-21   Filed 05/17/25   PageID.14017
Page 28 of 43



Case 3:20-cv-06570-TLT Document 114-18 Filed 08/22/24 Page 29 of 43

Govt. Code 7922.000 -Safety/Security Interests



Case 3:20-cv-06256-AGT Document 42-11 Filed 05/07/21 Page 30 of 43

Govt. Code 7922.000 - Safety/Security Interests



Case 3:20-cv-00406-AJB-DDL    Document 801-12    Filed 05/21/25    PageID.14638
Page 31 of 43





SDSD Detention Services Bureau—San Diego Central Jail Green Sheet

| | |
|---|---|
| **DATE:** | **February 21, 2023** |
| **NUMBER:** | **I.50.C.1** |
| **SUBJECT:** | **BODY SCANNER AND X-RAY** |

<u>PROCEDURE</u>

BODY SCAN

    A.    Upon determination that the arrestee is "fit for jail" by medical staff, the arrestee will enter the body scanning area and receive a pat down search conducted by a body scanner deputy.

    B.    During the pat down search, the body scanner deputy will remove any items that can be used as a weapon, for self-harm or are otherwise determined to be contraband. Examples include belts, rubber bands, hair-ties, shoe laces (not found on shoes), etc. These items will be given to the arresting officer (AO) to be placed into their property bag or disposed of properly.

    C.    The AO will provide the deputy with the J-15 Form and the Probable Cause Declaration (PCD). The JIMS number (not the booking number) will be entered into the SECURPASS system.

    D.    When the body scan is complete and the scan is negative for contraband, the body scanner deputy will stamp the J-15 Form as "SCANNED".

    E.    In the event the body scanner is not operational, the body scanner deputy will attach a green "Needs Pelvic X-ray" tag to the J-15 Form. The arrestee will be kept separate from the rest of those that have been body scanned. An intake deputy will escort the arrestee to the second floor for a pelvic X-ray. If the X-ray technician is unavailable, the arrestee will remain on the second floor until the arrestee is body scanned or his pelvic area is X-rayed. Once the arrestee has been cleared, the arrestee will continue the booking process and the green "Needs Pelvic X-ray" tag will be discarded.

    F.    If contraband is found during the scan, it will be given to the AO for disposition. Once the scan is completed, the arrestee will be released to the AO. The arrestee will be escorted to the Intake Sallyport and the AO will remove all restraints (e.g., handcuffs, waist and leg chains). The AO will not be required to conduct another pat down search unless directed by the intake control deputy.

    G.    Absent exigent circumstances, the Intake / Scanner Deputies shall not leave their assigned post without proper relief. Furthermore, anytime an incarcerated person is in the process of being patted down and/or scanned, both deputies must be present.

BODY SCANNER AND X-RAY                                         

H.    All attempts should be made to scan an arrestee or incarcerated person with the handcuffs removed. In the event it becomes unsafe to remove the handcuffs, the Intake Body Scanner deputies shall be responsible for writing an Incarcerated Person Status Report (ISR) documenting the reason(s) the handcuffs were not removed i.e. incarcerated person was combative. If the deputy operating the body scanner is not satisfied with the obtained body scan image (i.e. handcuffs are blocking the pelvic area), an intake deputy will escort the arrestee to the Second Floor for a pelvic x-ray.

I.    If an incarcerated person is unable to be body scanned due to mobility limitations and/or the inability to stand for the scan, the Intake Body Scanner deputies shall be responsible for documenting this in an ISR.

A thumb drive will be left in the body scanner computer for deputies to transfer images of contraband.  Once the images are transferred, the thumb drive will be returned to the body scanner computer.

**SDSD Detention Services Bureau—San Diego Central Jail Green Sheet**

| | |
|---|---|
| **DATE:** | **February 21, 2023** |
| **NUMBER:** | **I.51.C.3** |
| **SUBJECT:** | **MOVEMENT OF INCARCERATED PERSONS:** |
| | **TRANSFERS** |

<u>PROCEDURE</u>

**TRANSFER OUT OF SDCJ**

I.    Housing Control Deputy

After printing the 'Incarcerated Person Transfer List' in JIMS, the housing control deputy will do the following:

    A.    Locate the face card of the designated incarcerated person.
    B.    Confirm that the name and booking number match the name and booking number on the 'Inmate Transfer List'.
    C.    Write where the incarcerated person is transferring to, date, initial and ARJIS on the face card.
    D.    Make the appropriate changes to the grease board.
    E.    Instruct the incarcerated person(s) to "roll up" via the intercom.
    F.    Give the housing deputies the 'Inmate Transfer List' and face cards.

II.    Housing Deputy

After receiving the face cards and transfer list, the housing deputy will do the following:

    A.    Verify that the photograph, name, booking number and date of birth on the incarcerated person's wristband precisely matches the corresponding information on the incarcerated person transfer list.
    B.    Give the incarcerated person a brown paper bag with the individual's name, booking number, and destination on it, for module property.
    C.    Inspect the incarcerated person's module property for contraband and unauthorized items; bag all property according to facility.
    D.    Change the incarcerated person's status in the OSB to reflect the amount of property to be transported followed by moving the incarcerated person's name into the X-Module.
    E.    The deputies will deliver the property to the 1st Floor and place the property in the appropriate transportation bin.
    F.    Conduct a pat down search of the incarcerated person.
    G.    Escort the incarcerated person(s) from the housing module to the elevators utilized for incarcerated persons.(Incarcerated persons that have any mobility limitations and/or need assistance, shall be assisted by the housing deputy throughout the entire transfer process).
    H.    Deliver face cards to 1st Floor Transportation/Court Deputy's Office.

III.    1st Floor Court Deputy

Upon receiving the incarcerated person(s) being transferred, the 1st floor court deputy will do the following:

> A. Scan the wristband of the incarcerated person(s) transferring out of facility with the JIMS Bar Code Reader.
> B. Place the transfers into one of the 1st Floor holding cells while they await transport.
> C. Ensure that all clothing, module property, booking jacket, face cards, medical jackets, and medications for every inmate transferring accompany the incarcerated person(s).

## TRANSFERS WITHIN THE FACILITY

I.    Housing Control Deputy

Prior to moving an incarcerated person to another housing module, the housing control deputy will do the following:

> A. Retrieve the incarcerated person's face card and write the floor where the incarcerated person is being transferred, date, initial and ARJIS the face card.
> B. Notify the incarcerated person to "roll-up" via the intercom.
> C. Remove the incarcerated person's name from the JIMS Status Board and place the name into the X-Module.
> D. Notify the housing deputy of the "roll-up" and provide the face card to him/her.

II.    Housing Deputy

Upon notification of the "roll-up" and receipt of the face card, the housing deputy will do the following:

> A. Confirm the photograph and information on the face card matches the incarcerated person and their corresponding wristband.
> B. Give the incarcerated person a brown paper bag with the individual's name and booking number on it, for module property.
> C. Inspect the incarcerated person's module property for contraband and unauthorized items; give the bag back to the incarcerated person.
> D. Conduct a pat down search of the incarcerated person.
> E. Send the incarcerated person to new housing floor. (Incarcerated persons that have any mobility limitations and/or need assistance, shall be assisted by the housing deputy throughout the entire transfer process).

| | |
|---|---|
| **DATE:** | **February 21, 2023** |
| **NUMBER:** | **I.51.C.5** |
| **SUBJECT:** | **INCARCERATED PERSON MOVEMENT – RELEASES** |

<u>PROCEDURE</u>

A.  Housing Control Deputy

Upon checking the release queue in JIMS, the housing control deputy will complete the following:

1.  Locate the face card of the designated incarcerated person.
2.  Confirm the name and booking number match the name and booking number displayed in the release queue.
3.  Make the appropriate changes to the control tower white board.
4.  Coordinate with housing deputies to notify the incarcerated person.
5.  Give the housing deputies the face card(s).

B.  Housing Deputies

Upon receiving the face cards, the housing deputies will complete the following:

1.  Verify the information on the incarcerated person's wristband matches the face card along with confirming the incarcerated person matches the physical description and photo found on the face card.
2.  If necessary, the housing deputy will give the incarcerated person a paper bag for their property.
3.  If the incarcerated person has property, the housing deputy will inspect for contraband and/or facility property.
4.  Coordinate with the housing control deputy to move the incarcerated person in JIMS from the Operation Status Board to the 2 Release.
5.  Escort the incarcerated person(s) to the second floor via the elevators designated for incarcerated persons. (Incarcerated persons that have any mobility limitations and/or needs assistance, shall be assisted by the housing deputy throughout the entire release process from the housing area).
6.  Give the face card(s) to the release deputy or place the face cards on the clipboard mounted outside of the dress-out cell.

C.  Release Deputy

Upon receiving the face cards, the release deputy will complete the following:

1.  Verify the information on the incarcerated person's wristband matches the face card along with confirming the incarcerated person matches the physical description and photo found on the face card.
2.  Verify the incarcerated person has removed all facility clothing.
3.  Escort the incarcerated person to the final release holding tank for processing.

4.    Incarcerated persons that have any mobility limitations and/or need assistance, shall be assisted by the release deputy throughout the entire release process. If the incarcerated person is unable to utilize the release area staircase, the release deputy will escort, and/or assist, the incarcerated person to the 1st floor intake area. The release deputy will then escort, and/or assist, the incarcerated person to either the West or East Pedestrian Gate to exit the facility.

SDSD Detention Services Bureau—San Diego Central Jail Green Sheet

| | |
|---|---|
| **DATE:** | **February 21, 2023** |
| **NUMBER:** | **M.9.C.1** |
| **SUBJECT:** | **RECEIVING SCREENING** |

<u>PROCEDURE</u>

If intake medical triage becomes backed up with new arrestees, deputies may request an additional registered nurse from the nursing supervisor. If an additional nurse arrives, they will occupy the 3rd triage station.

After the initial triage assessment, if the arrestee does not require an additional evaluation, the nurse will stamp the J-15 "Medical Cleared." If the arrestee requires an additional evaluation, a "2nd Stage Medical" stamp will be placed onto the J-15. Wheelchairs and gurneys are available at the facility to use by those incarcerated persons who are triaged and found to need such devices to complete the booking process.

Incarcerated persons with a red medical wristband will be expedited through the fingerprinting and booking process on the 1st floor. An intake deputy will escort all incarcerated persons who are being medically expedited to the 2nd stage medical screening area on the 2nd floor.

Incarcerated persons that have any mobility limitations and/or need assistance, shall be assisted through the fingerprinting, booking, search, and classification process by sworn staff.

Mentally unstable arrestees or those arrestees who refuse to answer the initial medical questions will be referred to the gatekeeper or the watch commander to make the decision to receive the incarcerated person or reject them. Under no circumstances will an arrestee be placed into a safety cell based solely on their refusal to answer the initial medical questions.

The triage nurse will notify the detentions processing technician and the intake control deputy of rejected incarcerated persons.

**SDSD Detention Services Bureau—San Diego Central Jail Green Sheet**

| | |
|---|---|
| **DATE:** | **February 21, 2023** |
| **NUMBER:** | **P.11.C.1** |
| **SUBJECT:** | **INCARCERATED PERSONS WHO ARE DEAF OR HARD OF HEARING** |

<u>PROCEDURE</u>

San Diego Central Jail (SDCJ) will be equipped with two different types of telecommunication devices to assist incarcerated persons who are deaf or hard of hearing. The two types of devices available are:

    1.) Telecommunication Device for the Deaf (T.D.D.)

    2.) Video Relay Service (V.R.S.) provided by Purple Communications

Any incarcerated persons who have been identified as being deaf or hard of hearing, regardless of classification, will be allowed to use the T.D.D. and the V.R.S. devices to remain in compliance with State Senate Bill 1008 – The Keep Families Connected Act.

1) The T.D.D. at SDCJ is located on the 6th Floor in the Mental Health Clinician's Interview Room.

2) The V.R.S. device is located on the 2nd Floor inside of Booking Window #8. The V.R.S. is hardwired and connects with an American Sign Language interpreter

3) Incarcerated persons brought from the housing floors to use the V.R.S. will be logged out to V.R.S. (Video Relay Service) in the Operation Status Board drop-down in the Jail Information Management System (JIMS).

**SDSD Detention Services Bureau—San Diego Central Jail Green Sheet**

| | |
|---|---|
| **DATE:** | **March 17, 2022** |
| **NUMBER:** | **P.9.C.1** |
| **SUBJECT:** | **SOCIAL VISITING** |

PROCEDURE

Incarcerated persons housed in Medical Observation Housing (MOB) and the Psychiatric Stabilization Unit (PSU) will visit in their respective areas by using the TELE-VISITING system. The mobile TELE-VISITING system will be taken to individual cells and normal social visiting rules apply to individuals housed in MOB with communicable diseases. In PSU and MOB, the TELE-VISITING rooms will be used.  PSU and MOB incarcerated persons may only have one social visit per day and up to two per week.  PSU and MOB social visiting will occur Friday thru Sunday, during the following hours:

0900-0930 hours
1845-1915 hours
1945-2015 hours

Incarcerated persons housed in high-risk security level housing (e.g. administrative segregation) will be allowed individual visits separate from all other incarcerated persons.

The housing control deputy will maintain observation from within the control station.  Visits for all incarcerated persons will be held five (5) days a week.  Visiting hours for incarcerated persons during the week and weekend are from 0730 to 2100 hours.  Social visits will last a total of 30 minutes per visit (exception for facility workers).

Incarcerated persons will be allowed one visit per day and a maximum of two visits per week (exception for facility workers).  The visit week begins on Sundays.  Facility workers are allowed (1) one visit per day up to a maximum of five (5) per week. Facility worker visits will last 1 hour.

In the event Elevator 3 is not operational and incarcerated persons who have  mobility limitations cannot access their housing floors mezzanine, the non-contact visiting area on the 2nd floor will be utilized. The floor deputies escorting the incarcerated person will coordinate with the 2nd floor deputies for proper monitoring of the visit time and return of the individual to their housing floor.

The visit deputy will conduct warrant checks on adult visitors.

Visitors will check in and provide satisfactory identification to the Detentions Information Assistant. A facility floor list and visit schedule will be placed in the visit lobby and made accessible to visitors.  Visitors will be responsible for checking the floor list to determine in which module or area the individual they wish to visit is housed.  A schedule will be posted in the visit lobby listing the times that visits will be provided.

The housing control deputy will advise the incarcerated person of the visit and the assigned visit telephone (if necessary).

The housing control deputy or housing deputy will be responsible for maintaining security and control in the visit area.  The housing control deputy will be responsible for controlling the incarcerated persons visit time and ending the visit.

All social visitors will leave the incarcerated person visit area and corridors once their visit has ended.  The visit deputy will conduct safety checks of all visitor areas/corridors.  The visit deputy will escort any visitors found loitering in the building out of the facility.

Social visitors will be expected to submit to a pat-down and/or property search (at the discretion of the visit deputy) prior to entering the visit area.  If a visitor refuses to submit to the search, he or she will be directed to leave the facility.

❑ MAINLINE INCARCERATED PERSONS ARE PERMITTED ONE VISIT PER DAY, FOR A TOTAL OF NO MORE THAN (2) TWO VISITS PER WEEK, WITH THE WEEK BEGINNING ON SUNDAY AND ENDING SATURDAY.

❑ VISITORS MUST FILL OUT A WHITE VISIT CARD (ONE CARD PER INCARCERATED PERSON).

❑ VISITORS SHOULD NOT BE IN THE VISITING AREA MORE THAN FIVE MINUTES BEFORE OR AFTER THEIR SCHEDULED VISITING TIME.

❑ VISIT TIMES ARE SUBJECT TO CHANGE WITHOUT NOTICE.

## VISIT SCHEDULE

**4th Floor**

| Mon | Thu | Fri | Sat | Sun |
|---|---|---|---|---|
| A 1330 | D 0900 | E 0900 | D 0815 | A 0730 |
| E 1415 | B 1030 | B 1330 | E 0900 | B 0815 |
| C 1500 | D 1330 | A 1415 | A 1030 | C 0900 |
| C 1630 | E 1415 | E 1500 | E 1330 | E 1030 |
| B 1930 | A 1500 | C 1630 | C 1415 | A 1415 |
| D 2015 | E 1845 | C 1930 | D 1500 | B 1500 |
|  | B 1930 | D 2015 | E 1545 | E 1545 |
|  | C 2015 |  | B 1930 | D 1930 |
|  |  |  | A 2015 | C 2015 |

**4th Floor – Module F** (One Individual Per Visit Time)

| Mon | Thu | Fri | Sat | Sun |
|---|---|---|---|---|
| 1200-1600 | 0800-1200 |  | 0800-1000 | 0800-1000 |

Note: Visits for Module F will be conducted on the 3rd Floor & 5th Floor

| Mon | Thu | Fri | Sat | Sun |
|---|---|---|---|---|
| A 1330 | D 0900 | E 0900 | D 0815 | A 0730 |
| E 1415 | B 1030 | B 1330 | E 0900 | B 0815 |
| C 1500 | D 1330 | A 1415 | A 1030 | C 0900 |
| C 1630 | E 1415 | E 1500 | E 1330 | E 1030 |
| B 1930 | A 1500 | C 1630 | C 1415 | A 1415 |
| D 2015 | E 1845 | C 1930 | D 1500 | B 1500 |
|  | B 1930 | D 2015 | E 1545 | E 1545 |
|  | C 2015 |  | B 1930 | D 1930 |
|  |  |  | A 2015 | C 2015 |

**6th Floor**

| Mon | Thu | Fri | Sat | Sun |
|---|---|---|---|---|
| B 0730 | D 0730 | E 0815 | E 0730 | B 0815 |
| E 0815 | E 0815 | D 0900 | D 0815 | C 0900 |
| D 0900 | D 1330 | B 1330 | E 0900 | E 1330 |
| B 1415 | E 1415 | E 1500 | D 1330 | B 1500 |
| C 1500 | C 1500 | C 1930 | C 1415 | D 1930 |
| E 1930 | B 1930 | D 2015 | D 1500 | C 2015 |
| D 2015 | C 2015 | | B 1930 | |

**7th Floor**

| Mon | Thu | Fri | Sat | Sun |
|---|---|---|---|---|
| E 0815 | E 0815 | E 0815 | D 0730 | A 0730 |
| D 0900 | D 0900 | D 0900 | E 0900 | B 0815 |
| A 1330 | D 1330 | B 1330 | D 1030 | C 0900 |
| B 1415 | E 1415 | A 1415 | E 1330 | E 1330 |
| E 1500 | B 1500 | C 1500 | C 1415 | A 1415 |
| D 1930 | C 1930 | D 1930 | B 1500 | D 1500 |
| C 2015 | A 2015 | E 2015 | A 1930 | C 1930 |
| | | | D 2015 | B 2015 |

**8th Floor – Modules A and B**

| Mon | Thu | Fri | Sat | Sun |
|---|---|---|---|---|
| 1500 | 1500 | 1500 | 1415 | 0730 |
| 1800 | 2100 | 1800 | 1800 | 1215 |
| 2100 | | 2100 | 2100 | 1800 |
| | | | | 1930 |
| | | | | 2100 |

**8th Floor – Modules C thru E**

| Mon | Thu | Fri | Sat | Sun |
|---|---|---|---|---|
| E 0900 | E 0900 | E 0900 | C 0815 | C 0845 |
| C 1330 | E 1415 | C 1330 | E 0900 | D 0945 |
| E 1415 | C 1630 | E 1415 | E 1330 | E 1330 |
| E 1715 | E 1845 | E 1715 | E 1715 | C 1415 |
| D 1930 | D 1930 | D 1930 | D 1930 | D 1500 |
| | | | | E 1715 |