Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendant
COUNTY OF SAN DIEGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 TO 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF REBECCA CARDENAS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [281]**<br><br>Judge: Hon. Anthony J. Battaglia |

I, REBECCA CARDENAS declare as follows:

1. I have personal knowledge of the matters herein and would competently testify to them if called to do so. I am the Program Coordinator in the

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4883-9375-6004 v2

1

3:20-cv-00406-AJB-DDL
CARDENAS DECL.

1  Reentry Services Division of the San Diego County Sheriff's Department.

2      2.    When an arrestee is brought to the County jail for booking, they are screened during intake for any disabilities and all appropriate categories are "flagged" in the computer. Any persons who have ADA needs noted in the system during intake are referred to Reentry Services for a follow-up ADA check.

    3.    Within 72 hours, and often sooner, a counselor from Reentry Services then performs an ADA check to follow-up with any incarcerated person identified as having a disability. We typically see the listed persons on the same date the list is received; however, Reentry Services staff only work on Monday-Fridays. Each facility has a Counseling Office on grounds, open during business days/hours.

    4.    The ADA check is done to see if the person needs any particular accommodation or has any requests to help them adjust. For example, we ask them if they know how to access services by using the forms available in each unit. Request forms can be filled out to ask for items/help from any Department, from Counseling to Medical to Property to Visiting and everything in between. Grievance forms can be used to complain about anything the person perceives as adverse, and the grievances are routed to the appropriate department for response. The information provided by counselors during the ADA check overlaps information provided in the Orientation video to all incoming persons, but it also gives them a chance to ask questions. This is not a meeting in lieu of medical appointments or prescriptions, but is considered an additional point of contact.

    5.    If an incarcerated person expresses that they are hearing impaired or deaf, a counselor would alert the assigned deputy so they can coordinate and/or escort the person to use accessible communication devices like the TDD/TTY. The ADA category/need is also reflected in the JIMS system, accessible to the deputies.

    6.    During the ADA check, the counselor also asks the incarcerated person if they have any re-entry needs, such as setting up Medi-Cal enrollment or a treatment program for when they are released. Attached as Exhibit A are true and

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4883-9375-6004 v2

2

3:20-cv-00406-AJB-DDL
CARDENAS DECL.

correct copies of flyers we give to incarcerated persons to show them the services/options available for re-entry. This list is not necessarily exhaustive but it shows programs, resources and/or housing options that we can assist in coordinating. We serve as the liaison to many programs in the community such as job readiness training, drug treatment centers, vocational/educational programs, and housing placement/assistance.

7. On one occasion, I set up a regular ASL interpreter service for an incarcerated person at the East Mesa Reentry Facility (EMRF) in order for him to be able to attend in-person HSE (formerly GED) courses and meaningfully participate. I am aware of another counselor coordinating ASL services at the Central Jail for an incarcerated person with pro per legal status to assist him in the Legal Research Area (law library). Our goal with deaf persons is to help facilitate meaningful and effective communication, however that can occur, taking into account their preferences.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on May 16, 2023, at San Diego, California.

REBECCA CARDENAS

# EXHIBIT A

# REENTRY SERVICES DIVISION: COMMUNITY RESOURCES



## 🏠 HOUSING

| AGENCY | DESCRIPTION | NUMBER | ADDRESS | WEBSITE |
|---|---|---|---|---|
| San Diego Rescue Mission | Homeless Services | 619-687-3720 | 120 Elm St. SD 92101 | www.sdrescue.org |
| Alpha Project | Homeless Service | 858-568-8648 | 1535 Newton Ave., SD, 92113 | www.alphaproject.org |
| The Salvation Army | Homeless Services | 619-699-2221 | 825 7th Ave. SD, CA 92101 | www.salvationarmy.org |
| St. Vincent de Paul Village | Homeless Services | 619-233-8500 | 1501 Imperial Ave. SD, CA 92101 | www.my.neighbor.org |
| Interfaith Community Services | Homeless Service | 760-489-6380 | 550 West Washington Ave. Escondido, CA 92025 | www.interfaithservices.org |
| South Bay Community Services | Homeless Services | 619-420-3620 | 430 F St. Chula Vista, CA 91910 | www.southbaycommunityservices.org |
| East County Transitional Living Center | Emergency Shelters and Transitional Living | 619-442-0457 | 1527 East Main St. El Cajon, CA 92021 | www.ectlc.org |
| Brother Benno's Center | Drop-in Center | 760-439-1244 | 3260 Production Ave. Oceanside, CA 92054 | www.brotherbenno.org |
| San Diego Day Center | Drop-in Center | 619-230-7390 | 299 17th St. SD, CA 92054 | www.my.neighbor.org |
| San Diego Housing Commission | Rent assistance, transitional housing, affordable rentals and housing vouchers. | 619-231-9400 | 1122 Broadway, Suite 300, SD, CA 92101 | www.sdhc.org |

## 🧠 SUBSTANCE USE TREATMENT

| PROGRAM | ADDRESS | NUMBER |
|---|---|---|
| Amity Vista Ranch | 2260 Watson Way, Vista, CA 92083 | 760.599.1892 |
| Casa Raphael | 993 Postal Way, Vista, CA 92083 | 760.630.9922 |
| CRASH – Short Term I | 4161 Marlborough Avenue, San Diego, CA 92105 | 619.282.7274 |
| CRASH- Bill Dawson Program | 726 F Street, 2nd Floor, San Diego, CA 92101 | 619.239.9691 |
| Fellowship Center | 737 East Grand Avenue, Escondido, CA 92025 | 760.745.8478 |
| San Diego Freedom Ranch | 1777 Buckman Springs Road, Campo, CA 91906 | 619.478.5696 |
| House of Metamorphosis | 2970 Market Street, San Diego, CA 92102 | 619.236.9217 |
| MAAC Project- Casa de Milagros | 1127 South 38th Street, San Diego, CA 92113 | 619.262.4002 |
| MAAC Project- Nosotros | 73 N. 2nd Avenue, Bldg B, Chula Vista, CA 91910 | 619.426.4801 |
| Pathfinders | 2980 Cedar Street, San Diego, CA 92102 | 619.239.7370 |
| Stepping Stone | 3767 Central Avenue, San Diego, CA 92105 | 619.278.0777 |
| Tradition One | 4104 Delta Street, San Diego, CA 92113 | 619.264.0141 |
| VOA Renaissance Treatment Center | 2300 East 7th Street National City, 91950 | 619.232.9343 |
| Way Back | 2516 A Street, San Diego, CA 92102 | 619.235.0592 |

## 📞 DIAL 2-1-1

Call 2-1-1 for updated information and other community wide resources.

Free services available 24/7. Or visit 211SanDiego.org

# REENTRY SERVICES DIVISION: COMMUNITY RESOURCES



## 🧠 MENTAL HEALTH SERVICES

| AGENCY | NUMBER | ADDRESS |
|---|---|---|
| 24/7 Crisis Line | (888) 724-7240 | 24/7 Crisis Counseling and Referrals provided by San Diego Health and Human Services |
| Jane Westin | 619-235-2600 | 1045 9th Ave. San Diego, CA 92101 |
| Maria Sardinas | 619-428-1000 | 1465 30th St. San Diego, CA 92154 |
| Douglas Young | 858-695-2211 | 10717 Camino Ruiz, Ste 207 San Diego, CA 92126 |
| Southeast Mental Health Center | 619-595-4400 | 3177 Ocean View Blvd. San Diego, CA 92113 |
| Heartland Wellness Recovery Center | 619-440-5133 | 460 North Magnolia Ave. El Cajon, CA 92020 |
| North Central Mental Health | 619-692-8750 | 1250 Morena Blvd. San Diego, CA 92110 |
| Exodus Recovery | 760-758-1150 | 524 W. Vista Way Vista, CA 92083 |
| Exodus Recovery | 760-305-4848 | 1701 Mission Ave. Oceanside, CA 92058 |

## ✚ MEDICAL RESOURCES

| AGENCY | NUMBER | REGION | WEBSITE |
|---|---|---|---|
| Family Health Centers of San Diego | 619-515-2300 | South & Central | www.fhcsd.org |
| Vista Community Clinic | 760-631-5000 | North County | www.vistacommunityclinic.org |
| La Maestra Community Health Services | 619-779-7900 | East & Central | www.lamaestra.org |

| SOCIAL SECURITY |
|---|
| Call 800-772-1213 (call from 8:00 am to 7:00 pm, Monday through Friday) www.socialsecurity.gov |

| DISABILITY ASSISTANCE |
|---|
| Advocates and disability attorneys help with obtaining social security benefits
1833 4th Avenue
San Diego, CA 92101
618-828-1761
619-418-886
www.ssdHelpCenter.org |

## 🏛 LEGAL AID

| AGENCY | NUMBER | REGION | WEBSITE |
|---|---|---|---|
| Family Health Centers of San Diego | 619-515-2300 | South & Central | www.fhcsd.org |
| Vista Community Clinic | 760-631-5000 | North County | www.vistacommunityclinic.org |
| La Maestra Community Health Services | 619-779-7900 | East & Central | www.lamaestra.org |

## 🍎 FOOD RESOURCES

| How to Apply for CalFresh | | San Diego Food Bank |
|---|---|---|
| To apply in person for CalFresh, go to a Family Resource Center
Locations
Central San Diego- 1130 10th Ave. San Diego, CA 92101
El Cajon- 220 S. First Street El Cajon, CA 92019
Chula Vista- 690 Oxford St. Chula Vista, CA 91911
*Call 211 for additional Family Resource Center locations throughout San Diego County

To apply by phone: Call CalFresh at 1-866-262-9881 to request an application or for additional information | 

To apply online:
GetCalFresh.org | Call 1-866-350-3663 for nearest food bank location

Call 211 for additional food resources |

# REENTRY SERVICES DIVISION: COMMUNITY RESOURCES



 ## HOUSING

| AGENCY | DESCRIPTION | NUMBER | ADDRESS | WEBSITE |
|---|---|---|---|---|
| San Diego Rescue Mission | Homeless Services | 619-687-3720 | 120 Elm Street, San Diego, CA 92101 | www.sdrescue.org |
| Alpha Project | Homeless Service | 858-568-8648 | 3737 Fifth Avenue, Suite 203, San Diego, CA 92103 | www.alphaproject.org |
| The Salvation Army | Homeless Services | 619-699-2200 | 825 7th Avenue, San Diego, CA 92101 | www.salvationarmy.org |
| St. Vincent de Paul Village | Homeless Services | 619-233-8500 | 1501 Imperial Avenue, San Diego, CA 92101 | www.ssvpusa.org |
| Interfaith Community Services | Homeless Service | 760-489-6380 | 550 West Washington Avenue, Escondido, CA 92025 | www.interfaithservices.org |
| South Bay Community Services | Homeless Services | 619-420-3620 | 430 F Street, Chula Vista, CA 91910 | www.sbcssandiego.org |
| Brother Benno's Center | Drop-in Center | 760-439-1244 | 3260 Production Avenue, Oceanside, CA 92054 | www.brotherbenno.org |
| San Diego Day (Neil Good) Center | Drop-in Center | 619-230-7390 | 299 17th Street, San Diego, CA 92054 | www.my.neighbor.org |
| Rachel's Women's Center | Drop-in Center | 619-696-0873 | 759 8th Avenue, San Diego, CA 92101 | www.ccdsd.org/homeless-womens-services |
| San Diego Homeless Response Center | Housing Navigation | 619-880-8810 | 1401 Imperial Avenue, San Diego, 92101 | www.sdhc.org/homelessness-solutions/hrc |

 ## SUBSTANCE ABUSE TREATMENT

| PROGRAM | ADDRESS | NUMBER |
|---|---|---|
| Crossroads | 3594 Fourth Avenue, San Diego, CA 92103 | 619-296-1151 |
| CRASH Golden Hill House | 2410 E Street, San Diego, CA 92102 | 619-234-3346 |
| MAAC Project—Casa de Milagros | 1127 S. 38th Street, San Diego CA 92113 | 619-262-4002 |
| MHS—Family Recovery Center (Women/ Children up to age 10) | 1100 Sportfisher Drive, Oceanside CA 92054 | 760-439-6702 |
| MITE—KIVA (Women/ Children up to age 12) | 2049 Skyline Drive, Lemon Grove CA 91945 | 619-465-7303 |
| North County Serenity House (Women/ Children up to age 5) | 1341 N. Escondido Boulevard, Escondido CA 92025 | 760-747-1015 |
| Stepping Stones (Co-Ed/ Gay/ Lesbian Emphasis) | 3767 Central Avenue, San Diego CA 92105 | 619-278-0777 |
| Turning Point | 1315 25th Street, San Diego CA 92102 | 619-233-0067 |

 ## DOMESTIC VIOLENCE RESOURCES

DV Hotline: 1-800-799-7233 / Text START to 88788

| AGENCY | DESCRIPTION | NUMBER | WEBSITE |
|---|---|---|---|
| YWCA San Diego (Becky's House) | Short-term residential program (Central) | 619-234-3164 | www.ywcasandiego.org |
| The LGBT Community Center | General resources and assistance (Central) | 619-692-2077 | www.thecentersd.org |
| Community Resource Center (Carol's House) | Emergency shelter and resources (North County) | 877-633-1112 | www.crcncc.org |
| Women's Resource Center | Support, services and shelter (North County) | 760-757-3500 | www.wrcsd.org |
| Crisis House | Prevention, shelter and re-housing (East County) | 619-444-1194 | www.crisishouse.org |
| South Bay Community Services (Casas Seguras) | Short-term housing and resources (South County) | 619-420-3620 | www.southbaycommunityservices.org |
| Center for Community Solutions | Shelter, Advocacy and counseling (Countywide) | 888-385-4657 | www.ccssd.org |

 ## DIAL 2-1-1

Call 2-1-1 or visit 211SanDiego.org for updated information on community-wide resources.

Free services available 24/7

# REENTRY SERVICES DIVISION: COMMUNITY RESOURCES



## 🧠 MENTAL HEALTH SERVICES

| AGENCY | NUMBER | ADDRESS |
|---|---|---|
| San Diego Access & Crisis Line | 888-724-7240 | 24 hours, 7 days a week |
| Jane Westin Wellness & Recovery | 619-235-2600 | 1045 9th Avenue, San Diego, CA 92101 |
| Maria Sardinas Wellness Recovery Center | 619-428-1000 | 1465 30th Street, Suite K, San Diego, CA 92154 |
| Douglas Young Wellness Recovery Center | 858-695-2211 | 10717 Camino Ruiz, Suite 207, San Diego, CA 92126 |
| Southeast Mental Health Clinic | 619-595-4400 | 3177 Ocean View Boulevard, San Diego, CA 92113 |
| Heartland Wellness Recovery Center | 619-440-5133 | 460 North Magnolia Avenue, El Cajon, CA 92020 |
| North Central Mental Health Center | 619-692-8750 | 1250 Morena Boulevard, San Diego, CA 92110 |
| Exodus Recovery: Crisis Stabilization Unit | 760-305-4900 | 524 West Vista Way, Vista, CA 92083 |
| Exodus Recovery: Crisis Stabilization Unit | 760-305-4848 | 1701 Mission Avenue, Suite 130, Oceanside, CA 92058 |



## ➕ MEDICAL RESOURCES

| AGENCY | NUMBER | REGION | WEBSITE |
|---|---|---|---|
| Family Health Centers of San Diego | 619-515-2300 | South & Central | http://www.fhcsd.org |
| Vista Community Clinic | 760-631-5000 | North County | http://www.vistacommunityclinic.org |
| La Maestra Community Health Services | 619-280-4213 | East & Central | http://www.lamaestra.org |



## 🏛 LEGAL AID

| AGENCY | NUMBER | DESCRIPTION | WEBSITE |
|---|---|---|---|
| Legal Aid Society of San Diego | 877-534-2524 | Housing debt collection, repossession, family law, immigration, SSI, and more | www.lassd.org |
| Free to Thrive | 619-693-6361 | Legal and support services to human trafficking survivors | www.freetothrive.org |
| Fresh Start | 619-338-4700 | Criminal record relief program, expungement, PC290 registration relief | http://bit.ly/FreshStartSD |
| Disability Help Center San Diego | 619-282-1761 | Assistance with Social Security Disability benefits (SSI/SSDI) | www.disabilityhelpcenter.org |



## 🍎 FOOD RESOURCES

| AGENCY | NUMBER | DESCRIPTION | WEBSITE |
|---|---|---|---|
| CalFresh | 866-262-9881 | Monthly food benefits individuals and families with low-income | www.cdss.ca.gov/calfresh |
| San Diego Food Bank | 866-350-3663 | Helps families access free and nutritious foods | www.sandiegofoodbank.org |
| WIC (Women, Infants, and Children) | 888-942-7942 | Healthy foods, nutrition education, breastfeeding support, baby formula | www.sandiegowic.org |



## 📞 IMPORTANT PHONE NUMBERS

| | | |
|---|---|---|
| **San Diego County Probation** 619-515-8202 | **Narcotics Anonymous** 619-584-1007 | **Child Welfare Services** 877-792-5437 |
| **CDCR Adult Parole San Diego** 619-476-3700 | **Alcoholics Anonymous** 619-265-8762 | **Child Abuse Hotline** 858-560-2191 |
| **Social Security Administration** 800-772-1213 | **Suicide and Crisis Lifeline (24/7)** 9-8-8 | **Safe Arms for Newborns** 858-616-5810 |
| **Planned Parenthood** 888-743-7526 | **Sharia's Closet** 619-808-4929 | **San Diego County Centralized Eligibility List** 800-521-0560 |