Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel:  619.814.5800 Fax:  619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail:  epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel:  408.606.6300 Fax: 408.606.6333

Attorneys for Defendant
COUNTY OF SAN DIEGO (Also
erroneously sued herein as SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT, and
SAN DIEGO COUNTY PROBATION
DEPARTMENT)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et.al.,<br><br>    Defendants. | Case No.  3:20-cv-00406-AJB-WVG<br><br>**DECLARATION OF DARREN SCOTT BENNETT IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, DARREN SCOTT BENNETT, declare as follows:

1.    I have personal knowledge of the matters herein and would

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

- 1 -

3:20-CV-00406-AJB-WVG
BENNETT DECLARATION ISO OPPOSITION

competently testify to them if called to do so.  I am Project Manager for the San Diego County Sheriff's Department.  I started with the County in 1986 and moved to the Sheriff's Department in 2006.  As Project Manager, I am responsible to oversee maintenance including 5 direct report staff and supervision of 75 dedicated maintenance people, construction projects for all aspects of construction at the jail facilities including maintenance issues and addressing requested upgrades as part of construction projects which are issued by different divisions within the Sheriff's Department.  I am the asbestos and lead coordinator for all Sheriff facilities and the Contract Operations Representative for 5 different County contracts for the jails including security, epoxy, detention equipment (locks, etc.), audio and video equipment and liquid waste removal.  I am responsible to ensure that all contractors are fulfilling their contract requirements with the Sheriff's Department contracts and complying with applicable Board of State and Community Corrections standards.

2.     I have reviewed the declaration of Ms. Sanossian and it contains factual inaccuracies and lacks any information about plans for corrections to accessibility features, which plans were in place prior to the filing of Plaintiffs' motion.  I testified to the changes in my deposition as PMK about physical changes to Central Jail and status of Rock Mountain on April 20, 2023.  I understand that Plaintiffs were provided with architectural plans for the work being performed at Rock Mountain 10 days prior to inspecting the facilities.  There is no mention of the plans, or the changes identified in the scope of work per the plans in her declaration.

**A.     San Diego Central Jail**

3.     By way of background, the facility was opened in 1998 and was compliant with the 1991 ADA standards when it was built.  The facility has 12 floors with 5 housing floors, with 5 modules each for housing incarcerated persons, two booking floors and a medical floor for Incarcerated Persons.  There is one ADA

mobility compliant (as of 1998) cell in each module on each housing floor.  There is one dayroom per module.

4.     Shower seats were originally installed per the ADA requirements in 1998 but all were removed by approximately 2003 because they became a security issue in that they were ripped off the walls and used as weapons.  They were made of heavy plastic and metal and caused serious bodily injury.  Plastic shower chairs are being used in place, which can be picked up and used as a weapon but inflict far less damage than a metal seat.  The affixed shower seats were also non-compliant with "anti-ligature" (potential for use as a method of hanging/suicide) requirements.  A new shower seat model which is anti-ligature compliant is now available for their use.

5.     There are no stools in front of desks in the ADA cells.  There were only three stools installed in front of desks in the ADA modules after the 1998 construction and those removed in approximately 2005.

6.     There are a total of 250 housing cells at Central Jail, one floor has dormitory style units, and there are 25 cells that have mobility features.  Each module, on each floor has a mobility cell and there has been an attempt to concentrate wheelchair disabled individuals in 8C, where the majority of accessible features are located.  I am also aware that Title II of the ADA requires that the Central Jail must make every effort to meet the needs of disabled incarcerated persons and it has endeavored to do so except when the security and safety risks posed by any such change are deemed too high, such as in the case of shower chairs.

7.     Attached hereto as **Exhibit A** is an 8th Floor architectural plan dated September 16, 2022, for the 8th floor, 8th floor mezzanine to replace all triple bunks with double bunks.    The plan was created in response to Sheriff Command Direction.  Attached hereto as **Exhibit B** are the same plans submitted on May 14, 2023 and approved by Command Staff on May 16, 2023.  They represent a new

Burke, Williams &
Sorensen, LLP
Attorneys At Law
San Diego

- 3 -

3:20-CV-00406-AJB-WVG
BENNETT DECLARATION ISO OPPOSITION

floor bunk plan, to install as many single bunks as possible while maintaining the current module population as best as possible. The original direction to remove triple bunks came from Command and was approximately when Assistant Sheriff Adams-Hydar was appointed in the end of February 2022.

8.    **Attached hereto as Exhibit C** is a Central Jail Modernization plan that was last updated on October 24, 2022, by Randall Lamb architects.  The document was prepared for the purpose of Central Jail renovation and includes ADA upgrades to showers as indicated on Page 9 and Inmate Bunks on levels 8 and 8 Mezzanine on Page 14, which includes the removal of all triple bunks and replacement with double bunks, and the replacement of 6 triple bunks with single bunks in compliance with the ADA.  The second section calls for the replacement of double bunks in the cells on levels 4 and 5 with single bunks, table, stool, grab bars, sink, mirrors, etc. in compliance with "accessibility/clearance requirements". This plan is being developed for construction in which the solicitated contractor works with the architect and the County to develop and finalize the plans for code compliance and constructability. We have submitted and are currently waiting for funding approval.  While we await funding approval, I have been working to implement as many ADA code changes to the facility as can be done within budget and capabilities from the attached **Exhibit H** (referenced below).

9.    On November 30, 2022, I attended an inspection of Central Jail with Paul Joelson.  We toured fewer areas of the facility than the Plaintiffs were shown, and the modules Mr. Joelson and I did not tour, are the same as the ones toured with the Plaintiffs.  Most modules are identical, i.e., all mods with cells are identical and all mods with dorms are identical.  During our time together in November 2022, Mr. Joelson and I discussed issues and possible solutions.  He and I continued to communicate via phone and email about solutions and attached hereto as **Exhibit D,** are drawings I sent to Mr. Joelson relating to Central Jail and Rock Mountain seeking his guidance in January of 2023.  Mr. Joelson provided the

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

- 4 -

3:20-CV-00406-AJB-WVG
BENNETT DECLARATION ISO OPPOSITION

County with a list of all issues he found based upon his Central Jail inspection and I have used that to guide improvements and plans for future improvements. Some improvements will require funding requests.

10.    Prior to February of 2022, I lowered all phones in all modules to be compliant with the ADA and California Building Code ("CBC").  Since November of 2022 and my tour with Mr. Joelson, the County has removed the appropriate number of stools at phone banks to allow wheelchair access, removed stools at tables in the day room (one at each table), lowered all mailboxes, and lowered all Narcan boxes in all modules.

11.    On May 11, 2023, I was able to replace some of the triple bunks with single bunks in 8C as evidenced in the photos attached hereto as **Exhibit E.** This was done to try and achieve as much compliance as possible in accordance with a plan (Exhibit C) which was first drafted in approximately 2018 while we wait for funding for the entire project as discussed above.

12.    I understand that one or more of the Plaintiffs claim that there are no grab bars in the restroom in 8C but that is not true.  Attached hereto as **Exhibit F** is a photo I took of the grab bars on May 11, 2023, that have existed for years.

13.    Also attached hereto as **Exhibit G** is a sturdy shower chair that is also in 8C and has been there since approximately 2015.

14.    I was deposed as the PMK for the Sheriff's Department on April 20th, 2023 on the following topic:

> The person in the Facilities Department most knowledgeable about changes and alterations at San Diego Central Jail to rectify physical barriers and improve disability access for INCARCERATED PERSONS with MOBILITY DISABILITIES since this lawsuit was amended in February of 2022.

At the time of my deposition, I provided Plaintiffs counsel with a copy of the attached list which I prepared for the deposition (**Exhibit H**) and it was attached as

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

an exhibit to my deposition.  The list includes the following information and I have included additional detail about certain items on the list in terms of when equipment was ordered and more detail about location:

- replacement of 3 separate toilet/sinks with combo units on Floors 1 and 2 (ordered March 8, 2023.

- Lowering mirrors in all ADA cells and dorms in all facilities to appropriate height. This is a continuous process to complete. 30 to date have been installed since January 2023 and 15 more are on order.

- Resetting toilets or pony walls to comply with 18" center (Floor 1 - 3)

- Lower/move phones to appropriate height (Floor 1 -3)

- Remove and/or add wider benches for appropriate approach (Floor 1 -3) Additional benches were ordered on April 8, 2023

- Grab bars realigned appropriately and installed where needed (Floor 1 -3) Additional grab bars were ordered on April 8, 2023

- Rework all module showers to comply with current code of 36" x 36", appropriate shower seat and grab bar height (planned but unfunded)

- Shower controls moved to appropriate height in intake and medical floors with shower seats (planned but unfunded)

- ADA Housing Cells - grab bars, collapsible desk/tables for clear access to bunk in cells (planned but unfunded)

- De-triple bunk all living area cells throughout CJ (planned but unfunded)

  Dorm modules - (planned but unfunded) We are adding as many single ADA compliant beds as possible in Modules 8C and 8D while still maintaining the BSCC rated capacity, to be completed by June 1, 2023.
- Realign bunks for ADA access clearance, 8th floor 8C & D modules will be completed with above by June 1, 2023

- Replace 5% of top bunks to single ADA bunks if required after single bunks are insufficient

15.    Attached hereto as **Exhibit I** is a drawing of the planned bed spacing which I provided to Mr. Joelson on May 12, 2023, seeking additional input.

16.    Contrary to the statements of Plaintiffs that they were not allowed to

see certain areas of Central Jail during the inspection, I was with the Plaintiffs'
group including Ms. Sanossian during the entire tour on March 13, 2023, and there
was never any request to see additional areas or any denial of a request to see any
additional areas.

17.    As part of my work with Mr. Joelson and his assessment, I requested
multiple estimates from Sundt to include in a proposed budget for the anticipated
work at Rock Mountain.  There are 25 showers at Central Jail that need to be
repaired and new accessibility features added.  Based upon Sundt's estimate and my
experience with detentions and performing the work entailed and material costs,
each shower at Central Jail will cost approximately $40,000 to $50,000 to
renovate.  The total estimated cost for all 25 showers is between $1,000,000 and
$1,250,000. These funds must be requested and approved by the Public Safety
Group as part of the Central Jail remodel.

## II.    Rock Mountain Detention Facility

18.    The previous tenant at Rock Mountain returned possession to the
County in approximately January of 2016.  The County conducted several site visits
from approximately Summer of 2015 through the end of the year to determine
necessary upgrades in anticipation of the County takeover.

19.    The County engaged Reno Contracting, Inc. to perform renovation
work on August 15, 2016, and a Notice of Intent to exercise Phase 2 construction
was issued on November 20, 2018.  Reno was terminated for cause on March 25,
2019, due to a failure to bond the project as required.  After a new Request for
Proposals process, a new contract was awarded to Turner Construction in July
2019.  Pre-construction work began in September of 2019.  The work included the
ADA work identified by Anderson Penna, a company engaged by the County to
prepare an accessibility report and dated March 1, 2019.  The report is attached
hereto as **Exhibit J**. The report was relied upon by Carrier Johnson in preparing the
August 10, 2020, architectural plan set**.**  A Notice to Proceed was issued to Turner

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

- 7 -

3:20-CV-00406-AJB-WVG
BENNETT DECLARATION ISO OPPOSITION

1     in August of 2020 and construction started in September of 2020.

2        20.  The Engineer of Record for the project was and still is Randall Lamb

3 Integrated Services located in La Mesa, California.  The architect for the original

4 plan set in 2020 was Davy Architecture, which did not have a CASp, so Randall

5 Lamb brought on Carrier Johnson & Culture, located in San Diego. I am informed

6 that the August 10, 2020, plan set was provided to Ms. Sanossian prior to her in

7 person inspection at Rock Mountain on February 10, 2023.  She was also provided

8 the subsequent plans from January 11 and January 20, 2021, all of which include

9 ADA scope of work performed by Turner.

10        21.  The kickoff meeting for the Turner work was in September of 2019.  It

11 took Turner 27 months to achieve substantial completion in December of 2022 and

12 they are still completing some items and there are no "as built" plans as a result.

13 There were delays because of COVID-19 in terms of ability to work and being able

14 to get equipment and materials and addendums to the scope.

15        22.  Sundt Construction, Inc. was retained to perform the second phase of

16 work in October of 2022 and began work in January of 2023.  The original scope of

17 Sundt's work included Anti- ligature HVAC work, TAB, and Arc Flash Study, and

18 the ADA and plumbing repairs were added.  Sundt's contract was signed in October

19 and on the docket to be approved by the Board of Supervisors.  Turner would have

20 had to wait until the third quarter in March to be approved by the Board of

21 Supervisors and it was thought to be faster to get the work completed by Sundt as a

22 base scope and addendums to their contract. There were adds to the overall

23 construction project including an "ADA package" which were proposed in January

24 2023 as a result of the Joelson inspection on January 11, 2023.

25        23.  Contrary to the statements of Plaintiffs that they were not allowed to

26 see certain areas of Rock Mountain during the inspection, I was with the Plaintiffs'

27 group including Ms. Sanossian during the entire tour on February 10, 2023, and

28 there was never any request to see additional areas or any denial of a request to see

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

- 8 -

3:20-CV-00406-AJB-WVG
BENNETT DECLARATION ISO OPPOSITION

any additional areas.  In addition, attached hereto as **Exhibit K** is the sign in sheet for February 10, 2023.  The construction trades must sign in and out every day they are there.  Construction staff were advised prior to February 10th that noise should be kept to a minimum on February 10th and there could be no construction activity in areas of inspection that day.  Thus, the normal crew of about 20 construction personnel and 6 Sundt personnel that would usually be there on any given day was down to 15 people, and they were performing work around the area that Plaintiffs' counsel and Ms. Sanossian were located.  The suggestion that no work is going on at Rock Mountain is false. Several construction companies elected to take the day off to avoid disturbing the inspection process and because their work would be in and around the inspection areas.

24.    It is my understanding that Rock Mountain, once completed, will be opened in phases. It is anticipated that some Incarcerated Persons could be moved to Rock Mountain in July of 2023.  No mobility impaired individuals can be rehoused at Rock Mountain until appropriate sworn and medical staffing becomes available.

25.    On January 11, 2023, I attended an inspection of Rock Mountain with Paul Joelson.  We toured the same areas of the facility as the Plaintiffs were shown. During our time together, Mr. Joelson and I discussed issues and possible solutions. He and I continued to communicate via phone and email about solutions to issues that still existed in the Turner completed work.  As referenced above, I prepared the drawings of possible solutions to areas in Rock Mountain and Central Jail and discussed them with Mr. Joelson in January of 2023.  (**See, Exhibit D**)   Mr. Joelson provided the County with a list of all issues he found, and the County discussed the best way to deal with the Turner corrections and added additional scope to Sundt's work to comply with Mr. Joelson's recommendations.

26.    The County authorized the changes and added them to the original plans as set forth in **Exhibit L** to address all the issues raised by Mr. Joelson.

Sundt has contracted with the County to include most of the changes and the County will be performing some of the changes as part of the construction phase. Work at Rock Mountain Houses 1, 2, and 3 is currently scheduled to be completed in July of 2023.  The remaining construction work at Rock Mountain is currently scheduled to be completed in November of 2023.  **Exhibit M** hereto is the Addendum of the plan set provided to Sundt to add the additional ADA scope provided by Mr. Joelson.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on May 17, 2023, at San Diego, California.

DARREN SCOTT BENNETT

Burke, Williams &
Sorensen, LLP
ATTORNEYS AT LAW
SAN DIEGO

3:20-CV-00406-AJB-WVG
BENNETT DECLARATION ISO OPPOSITION

# EXHIBIT A



GENERAL NOTES

1.  ALL DETENTION CEILINGS TO BE CLEANED.

2.  REMOVE AND REPLACE HVAC GRILLES IN ALL STAFF AREAS AND DETENTION CEILINGS.

3.  INMATE CELL HVAC GRILLES TO BE CLEANED, MODIFICATIONS MAY BE REQUIRED TO ACCESS.

4.  SEE MECHANICAL, ELECTRICAL, PLUMBING, AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION.

5.  ALL METAL PARTS TO BE GROUND SMOOTH, PREPPED, AND PAINTED.

6.  WELD ANGLE STEEL IN GAPS AT BACK AND SIDE OF WALL-MOUNTED BEDS, PAINTED, AND SEALED WITH PICK-PROOF, TAMPER-PROOF CAULKING. TYP. ALL INMATE CELLS.

7.  WELD ANGLE STEEL IN GAPS AT BACK OF TABLE, PAINTED, AND SEALED WITH PICK-PROOF, TAMPER-PROOF CAULKING. TYP. ALL INMATE CELLS.

DEMOLITION KEYNOTES

1  CLEAN AND SAND EXISTING WALLS AND FLOOR SMOOTH AND PREP FOR NEW FINISH

2  REMOVE DOUBLE BUNK

3  REMOVE SHOWER HEAD AND CONTROLS, SALVAGE CONTROLS FOR REINSTALLATION

4  REMOVE TRIPLE BUNK

5  REMOVE AND REPLACE CEILING-RECESSED LIGHT FIXTURE

RANDALL LAMB

4757 Palm Avenue
La Mesa, California 91942-9252
(619) 713-5700
Fax (619) 713-5701

CONSULTANTS:

DAVY
ARCHITECTURE

1055 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE  619.239.3611
www.davyarchitecture.com

PROJECT:

CENTRAL JAIL
RENOVATION

FACILITY:

COUNTY OF SAN
DIEGO CENTRAL
JAIL

KEY PLAN

LEGEND

———  EXISTING ELEMENT TO REMAIN

— —  EXISTING ELEMENT TO BE DEMOLISHED

DESIGN DEVELOPMENT          10/24/2022
SCHEMATIC DESIGN           08/05/2022
NO.        Description        Date
REVISIONS:

DATE:           09/16/2022
SCALE:          AS NOTED
PROJECT NO.:    SD21108.00
CAD DWG FILE:
DRAWN BY:       HH
DESIGN BY:      DAVY
CHECKED BY:     JZ
SHEET TITLE:

EIGHTH FLOOR
FLOOR PLAN
DEMOLITION

SHEET NO.:

A-108-D



RANDALL LAMB

4757 Palm Avenue
La Mesa, California 91942-9252

(619) 713-5700
Fax (619) 713-5701

CONSULTANTS

DAVY
ARCHITECTURE

1055 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE  619.239.3811
www.davyarchitecture.com

**GENERAL NOTES**

1. ALL DETENTION CEILINGS TO BE CLEANED.
2. REMOVE AND REPLACE HVAC GRILLES IN ALL STAFF AREAS AND DETENTION CEILINGS.
3. INMATE CELL HVAC GRILLES TO BE CLEANED. MODIFICATIONS MAY BE REQUIRED TO ACCESS.
4. SEE MECHANICAL, ELECTRICAL, PLUMBING, AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION.
5. ALL METAL PARTS TO BE GROUND SMOOTH, PREPPED, AND PAINTED.
6. WELD ANGLE STEEL IN GAPS AT BACK AND SIDE OF WALL MOUNTED BEDS, PAINTED, AND SEALED WITH PICK-PROOF, TAMPER-PROOF CAULKING, TYP. ALL INMATE CELLS
7. WELD ANGLE STEEL IN GAPS AT BACK OF TABLE, PAINTED, AND SEALED WITH PICK-PROOF, TAMPER-PROOF CAULKING, TYP. ALL INMATE CELLS.

**DEMOLITION KEYNOTES**

1. REMOVE AND REPLACE COUNTERTOP AND CASEWORK
2. REPAIR EXISTING CASEWORK AS NEEDED
3. REMOVE AND REPLACE FLOOR DRAIN
4. CLEAN AND SAND EXISTING WALLS AND FLOOR SMOOTH AND PREP FOR NEW FINISH
5. REMOVE DOUBLE BUNK
6. REMOVE SHOWER HEAD AND CONTROLS. SALVAGE CONTROLS FOR REINSTALLATION.
7. REMOVE SINK, CAP PLUMBING
8. REMOVE AND REINSTALL STEEL PANELS ON CEILING
9. REMOVE TRIPLE BUNK
10. REMOVE AND REPLACE CEILING RECESSED LIGHT FIXTURE

**LEGEND**

——— EXISTING ELEMENT TO REMAIN

— — — EXISTING ELEMENT TO BE DEMOLISHED

PROJECT:

CENTRAL JAIL
RENOVATION

FACILITY:

COUNTY OF SAN
DIEGO CENTRAL
JAIL

KEY PLAN

| | | |
|---|---|---|
| DESIGN DEVELOPMENT | | 10/24/2022 |
| SCHEMATIC DESIGN | | 08/05/2022 |
| NO. | Description | Date |
| REVISIONS: | | |

| | |
|---|---|
| DATE: | 09/16/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD21108.00 |
| CAD DWG FILE: | |
| DRAWN BY: | HH |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |
| SHEET TITLE: | |

EIGHTH FLOOR
MEZZANINE
FLOOR PLAN
DEMOLITION

SHEET NO.

**A-108M-D**



### GENERAL NOTES

1. ALL DETENTION CEILINGS TO BE CLEANED.
2. REMOVE AND REPLACE HVAC GRILLES IN ALL STAFF AREAS AND DETENTION CEILINGS.
3. INMATE CELL HVAC GRILLES TO BE CLEANED, MODIFICATIONS MAY BE REQUIRED TO ACCESS.
4. SEE MECHANICAL, ELECTRICAL, PLUMBING, AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION.
5. ALL METAL PARTS TO BE GROUND SMOOTH, PREPPED, AND PAINTED.
6. WELD ANGLE STEEL IN GAPS AT BACK AND SIDE OF WALL-MOUNTED BEDS, PAINTED, AND SEALED WITH PICK-PROOF, TAMPER-PROOF CAULKING. TYP. ALL INMATE CELLS
7. WELD ANGLE STEEL IN GAPS AT BACK OF TABLE, PAINTED, AND SEALED WITH PICK-PROOF, TAMPER-PROOF CAULKING. TYP. ALL INMATE CELLS

### CONSTRUCTION KEYNOTES

- INSTALL NEW EPOXY COATING ON WALLS AND FLOOR
- INSTALL NEW SINGLE BUNK
- INSTALL EXISTING SHOWER CONTROLS, INSTALL NEW ANTI-LIGATURE SHOWER HEAD
- INSTALL NEW DUAL BUNK
- INSTALL NEW 3/4 CEILING-RECESSED LIGHT FIXTURE

### LEGEND

———— EXISTING ELEMENT TO REMAIN
———— NEW ELEMENT
———— EXTENTS OF EPOXY FLOOR FINISH
— — — EXTENTS OF EPOXY WALL FINISH

### RANDALL LAMB

4707 Palm Avenue
La Mesa, California 91942-9252
(619) 713-5700
Fax (619) 713-5701

**CONSULTANTS**

### DAVY
ARCHITECTURE

1055  TENTH  AVENUE
SAN DIEGO, CA 92101
PHONE  619.239.3811
www.davyarchitecture.com

**PROJECT:**

CENTRAL JAIL
RENOVATION

**FACILITY:**

COUNTY OF SAN
DIEGO CENTRAL
JAIL

**KEY PLAN**

| | | |
|---|---|---|
| | DESIGN DEVELOPMENT | 10/24/2022 |
| | SCHEMATIC DESIGN | 08/05/2022 |
| NO. | Description | Date |
| REVISIONS: | | |

| DATE: | 09/16/2022 |
|---|---|
| SCALE: | AS NOTED |
| PROJECT NO: | SD21108.00 |
| CAD DWG FILE: | |
| DRAWN BY: | HH |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |

**SHEET TITLE:**

EIGHTH FLOOR
FLOOR PLAN

**SHEET NO.:**

# A-108



### GENERAL NOTES

1. ALL DETENTION CEILINGS TO BE CLEANED.
2. REMOVE AND REPLACE HVAC GRILLES IN ALL STAFF AREAS AND DETENTION CEILINGS.
3. INMATE CELL HVAC GRILLES TO BE CLEANED, MODIFICATIONS MAY BE REQUIRED TO ACCESS.
4. SEE MECHANICAL, ELECTRICAL, PLUMBING, AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION.
5. ALL METAL PARTS TO BE GROUND SMOOTH, PREPPED, AND PAINTED.
6. WELD ANGLE STEEL IN GAPS AT BACK AND SIDE OF WALL-MOUNTED BEDS, PAINTED, AND SEALED WITH PICK-PROOF, TAMPER-PROOF CAULKING, TYP. ALL INMATE CELLS.
7. WELD ANGLE STEEL IN GAPS AT BACK OF TABLE, PAINTED, AND SEALED WITH PICK-PROOF, TAMPER-PROOF CAULKING, TYP. ALL INMATE CELLS.

### CONSTRUCTION KEYNOTES

1. INSTALL NEW STAINLESS STEEL COUNTERTOP
2. INSTALL NEW PLASTIC LAMINATE CASEWORK
3. REPAIR EXISTING CASEWORK AS NEEDED
4. INSTALL NEW FIXTURES AND ACCESSORIES: TOILET, SINK, TOILET PAPER DISPENSER, TOILET SEAT COVER DISPENSER, SOAP DISPENSER, DAUB MIRROR, ROBE HOOK, GRAB BARS (WHERE OCCURS).
5. INSTALL NEW FLOOR DRAIN OUTSIDE SHOWER AND REFINISH SLOPE TO MINIMIZE LEAKING.
6. INSTALL NEW EPOXY COATING ON WALLS AND FLOOR
7. INSTALL NEW 3/4" METAL STUD WALL TO EXISTING CEILING
8. INSTALL NEW 2'-8" x 7'-0" DOOR AND DOOR FRAME
9. INSTALL NEW SINGLE BUNK
10. INSTALL NEW DUAL BUNK
11. REINSTALL EXISTING SHOWER CONTROLS. INSTALL NEW ANTI-LIGATURE SHOWER HEAD
12. CLEAN STEEL CEILING PANELS AND CONCRETE ON CEILING. PAINT CEILING WITH MOLD-RESISTANT PAINT AND ADD MOISTURE/MOLD-RESISTANT INSULATION PANELS OR SPRAY BETWEEN STUDS. REINSTALL STEEL CEILING PANELS.
13. INSTALL NEW DUAL BUNK
14. REPAIR PLASTIC LAMINATE ON TUBE STATION AS NEEDED
15. INSTALL NEW 1x CEILING-RECESSED LIGHT FIXTURE

### LEGEND

—————— EXISTING ELEMENT TO REMAIN
—————— NEW ELEMENT
▨▨▨▨ EXTENTS OF EPOXY FLOOR FINISH
— ·· — ·· — EXTENTS OF EPOXY WALL FINISH

RANDALL LAMB
Integrated Services · MEP Engineering · Technical Services · Building Sciences ·
Building Commissioning · Clean Energy Solutions · Energy Services ·
Code Analysis · Sustainability

4757 Palm Avenue
La Mesa, California 91942-9252

(619) 713-5700
Fax (619) 713-5701

CONSULTANTS

DAVY
ARCHITECTURE
LEWALD VETERAN · EMPLOYEE OWNED

1055 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE  619.239.3811
www.davyarchitecture.com

PROJECT:

## CENTRAL JAIL RENOVATION

FACILITY:

## COUNTY OF SAN DIEGO CENTRAL JAIL

KEY PLAN

| | | |
|---|---|---|
| DESIGN DEVELOPMENT | | 10/24/2022 |
| SCHEMATIC DESIGN | | 08/05/2022 |
| NO. | Description | Date |

REVISIONS:

| | |
|---|---|
| DATE: | 09/16/2022 |
| SCALE: | AS NOTED |
| PROJECT NO.: | SD21108.00 |
| CAD DWG FILE: | |
| DRAWN BY: | HM |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |

SHEET TITLE:

## EIGHTH FLOOR MEZZANINE FLOOR PLAN

SHEET NO.:

## A-108M

# EXHIBIT B



**GENERAL NOTES**

1. ALL DETENTION CEILINGS TO BE CLEANED.
2. REMOVE AND REPLACE HVAC GRILLES IN ALL STAFF AREAS AND DETENTION CEILINGS.
3. INMATE CELL HVAC GRILLES TO BE CLEANED, MODIFICATIONS MAY BE REQUIRED TO ACCESS.
4. SEE MECHANICAL, ELECTRICAL, PLUMBING, AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION.
5. ALL METAL PARTS TO BE GROUND SMOOTH, PREPPED, AND PAINTED.
6. WELD ANGLE STEEL IN GAPS AT BACK AND SIDE OF WALL MOUNTED BEDS, PAINTED, AND SEALED WITH PICK-PROOF, TAMPER-PROOF CAULKING, TYP. ALL INMATE CELLS.
7. WELD ANGLE STEEL IN GAPS AT BACK OF TABLE, PAINTED, AND SEALED WITH PICK-PROOF, TAMPER-PROOF CAULKING, TYP. ALL INMATE CELLS.

**DEMOLITION KEYNOTES**

- REMOVE AND REPLACE COUNTERTOP AND CASEWORK
- REPAIR EXISTING CASEWORK AS NEEDED
- REMOVE AND REPLACE FLOOR DRAIN
- CLEAN AND SAND EXISTING WALLS AND FLOOR SMOOTH AND PREP FOR NEW FINISH
- REMOVE DOUBLE BUNK
- REMOVE SHOWER HEAD AND CONTROLS, SALVAGE CONTROLS FOR REINSTALLATION
- CAP PLUMBING
- REINSTALL STEEL PANELS ON CEILING
- REMOVE TRIPLE BUNK
- REMOVE AND REPLACE CEILING RECESSED LIGHT FIXTURE

**Remove 3 double(2) bunks, Install 3 new triple(3) bunks**

| 3 | 3 |
| 3 | 3 |
| 3 | 3 |

**39 Beds**

**Add 3 new triple(3) bunks**

| 3 | 3 |
| 3 | 3 |
| 3 | 3 |

| 3 | 3 | 3 |
| 3 | 3 |

**Remove 3 double(2) bunks and replace with 3 triple(3) bunks**

**8 MEZZ Bunk Plan**

**45 Beds**

| 3 | 3 |
| 3 | 3 |
| 3 | 3 |
| 3 | 3 |

**LEGEND**

— EXISTING ELEMENT TO REMAIN
— — EXISTING ELEMENT TO BE DEMOLISHED

RANDALL LAMB
4757 Palm Avenue
La Mesa, California 91942-9252
(619) 713-5700
Fax (619) 713-5701

DAVY
ARCHITECTURE
1055 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE   619.238.3811
www.davyarchitecture.com

CONSULTANTS

PROJECT:

**CENTRAL JAIL RENOVATION**

FACILITY:

**COUNTY OF SAN DIEGO CENTRAL JAIL**

KEY PLAN

| DESIGN DEVELOPMENT | 10/24/2022 |
| SCHEMATIC DESIGN | 08/05/2022 |
| NO. | Description | Date |

REVISIONS:

| DATE: | 09/16/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD21108.00 |
| CAD DWG FILE: | |
| DRAWN BY: | HH |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |

SHEET TITLE:

**EIGHTH FLOOR MEZZANINE FLOOR PLAN DEMOLITION**

SHEET NO.

**A-108M-D**



**GENERAL NOTES**

1. ALL DETENTION CEILINGS TO BE CLEANED.

2. REMOVE AND REPLACE HVAC GRILLES IN ALL STAFF AREAS AND DETENTION CEILINGS.

3. INMATE CELL HVAC GRILLES TO BE CLEANED, MODIFICATIONS MAY BE REQUIRED TO ACCESS.

4. SEE MECHANICAL, ELECTRICAL, PLUMBING, AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION.

5. ALL METAL PARTS TO BE GROUND SMOOTH, PREPPED, AND PAINTED.

6. WELD ANGLE STEEL IN GAPS AT BACK AND SIDE OF WALL-MOUNTED BEDS, PAINTED, AND SEALED WITH PICK-PROOF, TAMPER-PROOF CAULKING. TYP. ALL INMATE CELLS.

7. WELD ANGLE STEEL IN GAPS AT BACK OF TABLE, PAINTED, AND SEALED WITH PICK-PROOF, TAMPER-PROOF CAULKING. TYP. ALL INMATE CELLS.

**DEMOLITION KEYNOTES**

1. CLEAN AND SAND EXISTING WALLS AND FLOOR SMOOTH AND PREP FOR NEW FINISH

2. REMOVE DOUBLE BUNK

3. REMOVE SHOWER HEAD AND CONTROLS, SALVAGE CONTROLS FOR REINSTALLATION

4. REMOVE TRIPLE BUNK

5. REMOVE AND REPLACE CEILING-RECESSED LIGHT FIXTURE

**C Module Lower**
21 Beds
7 Accessible
7 more are for handicapped but do not need wheel chairs

**D Module Lower**
15 Beds
13 Accessible

8th Floor Plan

**LEGEND**

——— EXISTING ELEMENT TO REMAIN

— — — EXISTING ELEMENT TO BE DEMOLISHED

RANDALL LAMB

DAVY ARCHITECTURE
1053 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE  619.239.3811
www.davyarchitecture.com

PROJECT:
CENTRAL JAIL RENOVATION

FACILITY:
COUNTY OF SAN DIEGO CENTRAL JAIL

KEY PLAN:

| DESIGN DEVELOPMENT | 10/24/2022 |
| SCHEMATIC DESIGN | 08/05/2022 |
| NO. | Description | Date |

REVISIONS:

| DATE: | 09/16/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD21108.00 |
| CAD DWG FILE: | |
| DRAWN BY: | HH |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |

SHEET TITLE:
EIGHTH FLOOR FLOOR PLAN DEMOLITION

SHEET NO.:
**A-108-D**





## GENERAL NOTES

1. ALL DETENTION CEILINGS TO BE CLEANED.
2. REMOVE AND REPLACE HVAC GRILLES IN ALL STAFF AREAS AND DETENTION CEILINGS.
3. INMATE CELL HVAC GRILLES TO BE CLEANED. MODIFICATIONS MAY BE REQUIRED TO ACCESS.
4. SEE MECHANICAL, ELECTRICAL, PLUMBING, AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION.
5. ALL METAL PARTS TO BE GROUND SMOOTH, PREPPED, AND PAINTED.
6. WELD ANGLE STEEL IN GAPS AT BACK AND SIDE OF WALL-MOUNTED BEDS, PAINTED, AND SEALED WITH PICK-PROOF, TAMPER-PROOF CAULKING. TYP, ALL INMATE CELLS.
7. WELD ANGLE STEEL IN GAPS AT BACK OF TABLE, PAINTED, AND SEALED WITH PICK-PROOF, TAMPER-PROOF CAULKING. TYP, ALL INMATE CELLS.

## DEMOLITION KEYNOTES

- 3 REMOVE AND REPLACE COUNTERTOP AND CASEWORK
- 5 REPAIR EXISTING CASEWORK AS NEEDED
- 12 REMOVE AND REPLACE FLOOR DRAIN
- 24 CLEAN AND SAND EXISTING WALLS AND FLOOR SMOOTH AND PREP FOR NEW FINISH
- 33 REMOVE DOUBLE BUNK
- 34 REMOVE SHOWER HEAD AND CONTROLS. SALVAGE CONTROLS FOR REINSTALLATION
- 36 REMOVE SINK, CAP PLUMBING
- 38 REMOVE AND REINSTALL STEEL PANELS ON CEILING
- 42 REMOVE TRIPLE BUNK
- 55 REMOVE AND REPLACE CEILING-RECESSED LIGHT FIXTURE

## LEGEND

- EXISTING ELEMENT TO REMAIN
- EXISTING ELEMENT TO BE DEMOLISHED

RANDALL LAMB
Integrated Services - MEP Engineering | Technical Services | Building Sciences | Building Commissioning | Clean Energy Solutions | Energy Services | SAN DIEGO - SAN FRANCISCO
4757 Palm Avenue
La Mesa, California 91942-9252
(619) 713-5700
Fax (619) 713-5701

CONSULTANTS

DAVY ARCHITECTURE
DISABLED VETERAN • EMPLOYEE OWNED
1053 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE 619.238.3811
www.davyarchitecture.com

PROJECT:
CENTRAL JAIL RENOVATION

FACILITY:
COUNTY OF SAN DIEGO CENTRAL JAIL

KEY PLAN

| NO. | Description | Date |
|---|---|---|
| | DESIGN DEVELOPMENT | 10/24/2022 |
| | SCHEMATIC DESIGN | 08/05/2022 |

REVISIONS:

| | |
|---|---|
| DATE: | 09/16/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD21108.00 |
| CAD DWG FILE: | |
| DRAWN BY: | HH |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |

SHEET TITLE:
EIGHTH FLOOR MEZZANINE FLOOR PLAN DEMOLITION

SHEET NO.:
A-108M-D

**GENERAL NOTES**

1. ALL DETENTION CEILINGS TO BE CLEANED.
2. REMOVE AND REPLACE HVAC GRILLES IN ALL STAFF AREAS AND DETENTION CEILINGS.
3. INMATE CELL HVAC GRILLES TO BE CLEANED, MODIFICATIONS MAY BE REQUIRED TO ACCESS.
4. SEE MECHANICAL, ELECTRICAL, PLUMBING, AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION.
5. ALL METAL PARTS TO BE GROUND SMOOTH, PREPPED, AND PAINTED.
6. WELD ANGLE STEEL IN GAPS AT BACK AND SIDE OF WALL-MOUNTED BEDS, PAINTED, AND SEALED WITH PICK-PROOF, TAMPER-PROOF CAULKING. TYP. ALL INMATE CELLS.
7. WELD ANGLE STEEL IN GAPS AT BACK OF TABLE, PAINTED, AND SEALED WITH PICK-PROOF, TAMPER-PROOF CAULKING. TYP. ALL INMATE CELLS.

**CONSTRUCTION KEYNOTES**

INSTALL NEW EPOXY COATING ON WALLS AND FLOOR
INSTALL NEW SINGLE BUNK
INSTALL EXISTING SHOWER CONTROLS, INSTALL NEW ANTI-LIGATURE SHOWER HEAD
INSTALL NEW DUAL BUNK
INSTALL NEW ⅝ CEILING RECESSED LIGHT FIXTURE

RANDALL LAMB

DAVY
ARCHITECTURE
1055 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE   619.238.3811
www.davyarchitecture.com

CONSULTANTS

PROJECT:
CENTRAL JAIL
RENOVATION

FACILITY:
COUNTY OF SAN
DIEGO CENTRAL
JAIL

KEY PLAN

| | DESIGN DEVELOPMENT | 10/24/2022 |
| | SCHEMATIC DESIGN | 08/05/2022 |
| NO. | Description | Date |

REVISIONS:

| DATE: | 09/16/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD21108.00 |
| CAD DWG FILE: | |
| DRAWN BY: | HM |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |

SHEET TITLE:

EIGHTH FLOOR
FLOOR PLAN

SHEET NO.:

**A-108**

**LEGEND**

———— EXISTING ELEMENT TO REMAIN
———— NEW ELEMENT
———— EXTENTS OF EPOXY FLOOR FINISH
— — — EXTENTS OF EPOXY WALL FINISH



## GENERAL NOTES

1. ALL DETENTION CEILINGS TO BE CLEANED.

2. REMOVE AND REPLACE HVAC GRILLES IN ALL STAFF AREAS AND DETENTION CEILINGS.

3. INMATE CELL HVAC GRILLES TO BE CLEANED, MODIFICATIONS MAY BE REQUIRED TO ACCESS.

4. SEE MECHANICAL, ELECTRICAL, PLUMBING, AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION.

5. ALL METAL PARTS TO BE GROUND SMOOTH, PREPPED, AND PAINTED.

6. WELD ANGLE STEEL IN GAPS AT BACK AND SIDE OF WALL-MOUNTED BEDS, PAINTED, AND SEALED WITH PICK-PROOF, TAMPER-PROOF CAULKING. TYP. ALL INMATE CELLS.

7. WELD ANGLE STEEL IN GAPS AT BACK OF TABLE, PAINTED, AND SEALED WITH PICK-PROOF, TAMPER-PROOF CAULKING. TYP. ALL INMATE CELLS.

## CONSTRUCTION KEYNOTES

1. INSTALL NEW STAINLESS STEEL COUNTERTOP

2. INSTALL NEW PLASTIC LAMINATE CASEWORK

3. REPAIR EXISTING CASEWORK AS NEEDED

4. INSTALL NEW FIXTURES AND ACCESSORIES: TOILET, SINK, TOILET PAPER DISPENSER, TOILET SEAT COVER DISPENSER, SOAP DISPENSER, DAUB MIRROR, ROBE HOOK, GRAB BARS (WHERE OCCURS).

5. INSTALL NEW FLOOR DRAIN OUTSIDE SHOWER AND REFINISH SLOPE TO MINIMIZE LEAKING.

6. INSTALL NEW EPOXY COATING ON WALLS AND FLOOR

7. INSTALL NEW 3/4" METAL STUD WALL TO EXISTING CEILING

8. INSTALL NEW 2'-6" x 7'-0" DOOR AND DOOR FRAME

9. INSTALL NEW SINGLE BUNK

10. INSTALL NEW DUAL BUNK

11. REINSTALL EXISTING SHOWER CONTROLS. INSTALL NEW ANTI-LIGATURE SHOWER HEAD

12. CLEAN STEEL CEILING PANELS AND CONCRETE ON CEILING. PAINT CEILING WITH MOLD-RESISTANT PAINT AND ADD MOISTURE/MOLD-RESISTANT INSULATION PANELS OR SPRAY BETWEEN STUDS. REINSTALL STEEL CEILING PANELS

13. REPAIR PLASTIC LAMINATE ON TUBE STATION AS NEEDED

14. INSTALL NEW 1x CEILING-RECESSED LIGHT FIXTURE

## LEGEND

— EXISTING ELEMENT TO REMAIN

— NEW ELEMENT

▨ EXTENTS OF EPOXY FLOOR FINISH

– – – EXTENTS OF EPOXY WALL FINISH

## RANDALL LAMB

4747 Plaza Avenue
La Mesa, California 91942-9252

(619) 713-5700
Fax (619) 713-5701

CONSULTANTS

## DAVY
ARCHITECTURE

1055 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE  619.238.3811
www.davyarchitecture.com

PROJECT:

## CENTRAL JAIL RENOVATION

FACILITY:

## COUNTY OF SAN DIEGO CENTRAL JAIL

KEY PLAN

| | | |
|---|---|---|
| DESIGN DEVELOPMENT | | 10/24/2022 |
| SCHEMATIC DESIGN | | 08/05/2022 |
| NO. | Description | Date |

REVISIONS:

| | |
|---|---|
| DATE: | 09/16/2022 |
| SCALE: | AS NOTED |
| PROJECT NO.: | SD21108.00 |
| CAD DWG FILE: | |
| DRAWN BY: | HM |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |

SHEET TITLE:

## EIGHTH FLOOR MEZZANINE FLOOR PLAN

SHEET NO.:

## A-108M

# EXHIBIT C

<u>**County of San Diego – Central Jail Modernization**</u>
<u>**10-24-2022**</u>

**The following is a general summary of the Central Jail project scopes of work:**

<u>**Security System**</u> **–** Floors basement thru 12 (Item 1-9)

The security system is designed and provided by Black Creek.

1. <u>Main System</u> - Replace the existing rack mounted security system head end with a new system in the Central Control Comm room in the Mezzanine of the 1st floor.  Rack mounted UPS to provide power for security system. New monitors to be provided at Central Control and all Deputy Stations.

2. <u>Floor Racks</u> – Demolish and install new security system racks located in the comm/security room of each floor.  Rack mounted UPS to provide power for security system.

3. <u>Backbone Cabling</u> – Install (12) strand fiber backbone to each com/security room with (6) strands be dedicated for security.  The backbone cabling will be configured in a radial distribution from the Central Control Comm room in the Mezzanine of the 1st floor.

4. <u>Security Cameras</u> - Replace the existing cameras and cabling with new cameras and Cat 6 cabling.  New corner mount cameras to be added in in cells 7102-7111.  (Approximately 405)

5. <u>Interface</u> - Interface the new security system with the systems currently interfaced that include:

   a. <u>Intercoms</u> – New intercoms to replace existing (approximately 1,028)
   b. Card readers – Interface with card readers (approximately 217 locations)
   c. Control Points – New control panels to control inmate lights, flush valve system, televisions/receptacles, and inmate phones,
   d. Perimeter gates, doors, roll-up doors and security door controls.  (Approximately 857)
   e. Elevators – Interface with existing elevators.

6. <u>Lighting Control Panel</u> – Replace the lighting control panels on each floor with a system provided as an integral part of the security system.

7. <u>Nurse Call</u> – Replace the Rauland Borg nurse call system with the system provided as an integral part of the security system.

8. <u>Card Readers</u> - Install Card Access points with hardware strikes on existing doors

**Fire Alarm System** – Floors 4 thru 8 (Item 10)

1. Remove smoke detectors from plumbing shafts.  In general, the scope will include:

    a. Remove smoke detector and cabling located in plumbing shafts in the inmate dayrooms.

    b. Remove some devices in Tunnel and reprogram alarm criteria.

**Emergency Generators** – Floor 1 (Item 11)

1. Replace (2) 750/937KVA generators with generators to support located within the building at grade.  The generators are configured in an N+1 and will be replaced and validated to operate one at a time leaving a generator (existing or new) in place to support the loads.  A temp generator will be located on street to support the facility in the event the remaining generator were to go down.  Generators will be removed at street level through their respective louver/duct shroud.   The final scope is still being evaluated but in general, the scope is anticipated to include:

    a. Demolish (2) 750KW/937KVA, 480/277V, 3PH, 4W air-cooled diesel engine emergency generator and output feeders (conduit to remain) to emergency generator switchgear.  Install (2) 1000KW/1250KVA, 480/277V, 3PH, 4W diesel engine emergency generators in the same location.  Modify and extend output feeder/control conduits originating at the generator switchgear to algin with each generator output distribution box.

    b. Modify the 3000A, 480/277V generator paralleling switchgear to support the new .  Install new 4000A, 480/277V generator paralleling switchgear.

    c. Demolish 200-gallon day tank and piping serving emergency generators.  Install (2) new 150-gallon day tanks with integral fuel oil coolers and piping to align and connect to new generators.  Simplex main fuel tank monitor panel to remain.

    d. Demolish (2) mufflers and associated exhaust ducts.  Install (2) new critical silence mufflers and exhaust ductwork to align and connect to the new generators.  Enlarge concrete openings in the 1,2 and 3 structural ceilings to install larger exhaust duct.  Provide alternate to route exhaust duct up to 12 floor roof.

    e. Demolish (2) generator duct shrouds that direct air through a louver to the street.  Install (2) new duct shrouds aligned with the new generators.

    f. Demolish (2) generator battery chargers.  Install (2) new generator battery chargers.

    g. Demolish (2) external crankcase oil heaters.  Install new engine mounted crankcase oil heaters.

    h. Demolish and install emergency generator remote level 1 annunciator at the main entry and engineering office.  Install an ATS status annunciator to monitor/control (10) ATS switches with the ability to expand to 14 will also be installed adjacent to the level 1 annunciator.

    i. Install automated load shed scheme to ensure one generator is always operational to carry the loads.  Mechanical loads will be shed to maintain operation.  Verification of an existing lighting system load shed scheme will be performed.

    j. BMS system will be programed to sequence the re-start of motors to allow excitation of motors to degrade and not overload/delay the generators due to motor starting.

    k. Perform Block/Stepped Load Bank Testing of the generator paralleling switchgear/generators at the factory prior in the presence of the county personnel prior to shipping to site.

    l. Perform operational and block load testing with facility loads to confirm operation with generator switchgear, ATS switches and with load sharing/shedding between generators.

    m. A chain link fence will be required while louvers are removed from generator room.

    n. Demo exterior low block wall to install generators

    o. Add/modify/replace louvers to provide the required intake and relief air to support generators.

    p. Modify/replace generator exhaust duct routed up to the 3rd floor roof (non-accessible) to support generators.

## Automatic Transfer Switches (ATS) (Item 11A)

1. Modify automatic transfer switches (with bypass) to replace controllers to extend life and serviceability. In general, this will include:

    a. Replacement of ATS control logic compatible with generator paralleling switchgear for monitoring and control.

    b. Inspect and replace mechanical components within the ATS that is determined necessary for proper operation.

    c. Provide spare parts to include actuators, contacts, etc determined to be difficult to acquire due to age.

    d. Approximately (6) locations.

Provide an alternate to replace (6) ATS with new.

3

**Emergency Power** – Level B,4,11 (Item 12)

1. Re-serve (2) normal power distribution boards and (1) panelboard to emergency power. In general, this scope of work will include:

   a. Distribution Board "D041" located on the Level 4.  This will be dedicated to radiology equipment.

      i. Install (1) 400A, 4P automatic transfer switch with by-pass isolation.
      ii. Install (1) 400A, 3P breaker in switchboard "B11" and connect to normal side of ATS.
      iii. Install (1) 400A, 3P breaker in switchboard "EB11" and connect to Emergency side of ATS.
      iv. Intercept/reroute the feeder currently serving D041 and connect to load side of ATS.
      v. Temporary power will be required during switchover from normal to emergency power.
      vi. Provide new panel/source label on distribution board.

   b. Distribution Board "D091" located on the Level 9.  This will be dedicated to mechanical equipment.

      i. Install (1) 600A, 4P automatic transfer switch with by-pass isolation.
      ii. Install (1) 600A, 3P breaker in switchboard "111" and connect to normal side of ATS.
      iii. Install (1) 600A, 3P breaker in switchboard "EB11" and connect to Emergency side of ATS.
      iv. Install 600A, 480/277V emergency distribution board and connect to load side of ATS.
      v. Intercept/reroute the feeder currently serving D091 and connect to load emergency distribution board.
      vi. Temporary power will be required during switchover from normal to emergency power.
      vii. Provide new panel/source label on distribution board.

   c. Panelboard "P121" located on the Level 12.  This will be dedicated to mechanical equipment.

      i. Install (1) 200A, 3P breaker in the new emergency switchboard serving "DO91".
      ii. Intercept/reroute the feeder currently serving "P121" and connect to 200A breaker in emergency distribution board serving Switchboard "D091".
      iii. Temporary power will be required during switchover from normal to emergency power.
      iv. Provide new panel/source label on distribution board

4

**Key Cabinets –-** Floors 1,9 (Item 13)

1. Install (4) new Key Cabinets on the 1st and 9th floors.  In general, the new work will include:

    a. Install (1) electronic key cabinets on level 1.
    b. Install (3) electronic key cabinets on level 9.
    c. New power and data installed for each.

**Floor Boxes –-** Floor 4 (Item 14)

1. Install (2) new floor boxes under large conference table in Public Defenders Office.    In general, the new work will include:

    a. Install (2) flush mounted combination power/data floor boxes.  (Medical rooms are located below)
    b. Install new power and data to floor boxes.

**Intercom -** Floor 5 (Item 15)

1. Install (1) new wall mounted intercom in Legal Library.   In general, the new work will include:

    a. Install (1) surface mounted intercom station and conduit into the ceiling.  Device and conduit to be secured with tamper proof screws and cabled back to the intercom distribution.

**Casework Bases–-** Floor 1 (Item 16)

2. Install New Base Cabinets utilizing existing counter tops.  In general, the new work will include:

    a. Demolish base cabinets
    b. Install new casework and reattach existing countertop**.**
    c. Remove, reinstall, or maintain access to existing power/data.
    d. Approximately (1) locations

**Stainless Steel Countertops —-** Floors 1,2,3,4,9 (Item 17)

1. Install New Stainless Steel counter tops and repair cabinets.  In general, the new work will include:

    a. Demolish countertop
    b. Install new stainless-steel countertop and reattach to existing base cabinets**.**
    c. Repair existing casework, bases, uppers and doors.
        i. Repair Plastic Laminate finishes, where aged and deteriorated.
        ii. Remove and replace existing handles, hinges, and hardware, where present.
        iii. Install new handles where none are present.
        iv. Remove and replace existing locksets, where present.
    d. Install new hardware to replace existing.
    e. Remove, reinstall, or maintain access to existing power/data.
    f. Approximately (29) locations


**Solid Surface Countertops —-** Floors 3,9,10 (Item 18)

1. Install New Solid Surface Countertop and repair casework.  In general, the new work will include:

    a. Demolish countertop
    b. Install new solid surface countertop and attach to existing base cabinets**.**
    a. Repair existing casework, bases, uppers and doors.
        i. Repair Plastic Laminate finishes, where aged and deteriorated.
        ii. Remove and replace existing handles, hinges, and hardware, where present.
        iii. Install new handles where none are present..
    **b.** Remove and replace existing locksets, where present install new hardware to replace existing.
    c. Remove, reinstall, or maintain access to existing power/data.
    d. Approximately (16) locations

**Stainless Steel Countertops and Cabinets —-** Floors 2,3 (Item 19)

1. Install New Stainless-Steel Countertop and casework.  In general, the new work will include:

    a. Demolish countertop and casework where existing is present.
    b. Install new stainless-steel countertop and base cabinets**.**
    c. Remove, reinstall, or maintain access to existing power/data.
    d. Approximately (10) locations.

6

**Stainless Steel Countertops –-** Floors 2,3 (Item 19.1)

1.  Install New Stainless-Steel Countertop.  In general, the new work will include:

    a.  Demolish countertop where existing is present.
    b.  Install new stainless-steel countertop and concealed brackets**.**
    c.  Remove, reinstall, or maintain access to existing power/data.
    d.  Approximately (4) locations


**Solid Surface Countertops and Cabinets –-** Floors 1,2,3 (Item 20)

1.  Install New Solid Surface Countertop and casework with dividers in some locations.  In general, the new work will include:

    a.  Demolish countertop and casework where existing is present.
    b.  Install new solid surface countertop and base cabinets**.**
    c.  Remove, reinstall, or maintain access to existing power/data.
    d.  Approximately (7) locations


**Solid Surface Countertops –-** Floors 3 (Item 20.1)

1.  Install New Solid Surface Countertop.  In general, the new work will include:

    a.  Demolish countertop where existing is present.
    b.  Install new solid surface countertop with concealed brackets**.**
    c.  Remove, reinstall, or maintain access to existing power/data.
    d.  Approximately (1) location

**Casework Hardware –-** All Floors (Item 21)

1.  Install casework hardware to replace existing in all staff areas.  In general, the new work will include:

    a.  Replace hardware, handles and hinges with new on upper and lower cabinets.
    b.  Approximately (__ ) locations.


**Casework Repair –-** Floor 10 (Item 22)

1.  Repair casework in Fire Response and Tactical Equipment rooms.  In general, the new work will include:

    a.  Repair broken laminate on casework.
    b.  Install new bullnose piece

7

**Carpet** - Floors 1,4 (Item 23)

1. Install carpet to replace existing in various areas.  In general, the new work will include:

    a. New carpet and base molding to replace existing.
    b. Approximately (11) locations

**Rubber Floor –-** Floor 1 (Item 24)

1. Install rubber flooring in pre-booking.  In general, the new work will include:

    a. New rubber flooring and base molding to replace existing.
    b. Approximately (1) location

**Polished Concrete Flooring** – Floor 2 (Item 25)

1. Polish concrete floors in the "Release" main corridor and inmate holding cells.  In general, the scope will include:

    a. Remove epoxy finish and grind smooth.
    b. Clean, polish and seal concrete.

**Marquee in Flooring** – Floor 10 (Item 26)

1. Install Marque in flooring near mail slots/breakroom.  In general, the scope will include:

    a. Remove a portion of the floor where damaged to install a new Sheriff Marque.  Marque will be approved by the County, but approximately 4'-5' in diameter.
    a. Add Alternate: Remove all linoleum flooring in 10051 Break Room and 10045, 10059 Corridors and replace with new tile flooring.

**Commercial Doors** – Floor 10 (Item 27)

1. New fire rated commercial door to replace existing entering vestibule into physical training.  In general, the scope will include:

    a. Demolish existing door and frame.
    b. Install new fire rated door utilizing existing hardware.

**Detention Room Ceilings –-** All Floors (Item 28)

1. Clean all detention room ceilings.  In general, the scope will include:

    a. Clean ceilings

**Detention Doors –-** Floor 3 (Item 29)

    1.  Replace Detention Doors with Glass panels.  In general, the scope will include:

        a.  Medical Corridor - Demolish detention door with glass panel.
        b.  Install new detention door with Poly-lam glazing in metal frame.
        c.  Reuse hardware
        d.  Approximately (4) locations

**Inmate Showers -** Floors 4,4M,5,5M,6,6M,7,7M,8,8M (Item 30)

    1.  Refurbish Inmate Showers.  In general, the scope will include:

        a.  All Inmate Showers, Epoxy existing inmate showers.  Walls and Floors will be
cleaned/sanded smooth/prepped and epoxied with selected approved vendor.
        b.  Remove plumbing fixtures to refinish showers then reinstall.
        c.  Lower-Level Inmate Showers – Reconfigure showers to meet
accessibility/clearance requirements.  This will include grab bars, shower bench,
controls, etc.
        d.  Mezzanine Level shower area - install new floor drain outside the shower area.
Core floor to install drain and route piping to lower-level drain. Any exposed
piping below the walkway will be enclosed in a stainless-steel cover.
        e.  Approximately (29) showers on floor level and (24) showers on Mezzanine level.

**Security Mesh Screening –-** Floor 7M (Item 31)

    1.  Add security mesh along handrail at Mezzanine Level.  In general, the scope will include:

        a.  POD 7A – Add security Mesh wall from floor to ceiling along walkway and stair.

**Service Stair/Platform –-** Floor 1 (Item 32)

    1.  Add metal stair with service platform at load dock.  In general, the scope will include:

        a.  Demolish the aluminum stair.
        b.  Install metal stair to a small platform to access piping valves and AH unit.
        c.  Install chain link to enclose stair with gate to access.

**Freezer/Refrigerator -** Floor 9 (Item 33)

1.  Remove tile floor and add new insulated/barriered floor in the freezer and dairy/produce refrigerator.  In general, the scope will include:

    a.  Demolish tile floors to install new insulated floor and tile.
    b.  Clean and paint all exposed metal beams.
    c.  Demolish lighting to install new LED cold room light fixtures.
    d.  Modify and confirm operation of condensate drains.
    e.  Replace cooler compressors/controls and validate performance/readings.
    f.  Repair/Replace door gaskets and latch entering refrigerator and freezer.

2.  Inmate Rooms below Refrigerator and Freezer (total of 3)

    a.  Two rooms have a galvanized steel ceiling panels installed on metal studs.
    b.  Remove steel panels and clean panels and concrete ceiling above, then paint with mold resistant paint, add moisture/mold resistant insulation panels or spray between studs and reinstall steel panels.
    c.  Clean concrete ceiling in remaining room and paint with mold resistant paint.
    d.  Demo fixtures and install new detention grade LED fixtures in the two rooms with steel panels.

**Coolers -** Floor 9 (Item 34)

1.  Refurbish the Cook Chill and Soup Salad Coolers.  In general, the scope will include:

    a.  Clean and paint all exposed metal beams.
    b.  Demolish lighting to install new LED cold room light fixtures.
    c.  Modify and confirm operation of condensate drains.
    d.  Replace cooler compressors/controls and validate performance/readings.
    e.  Repair/Replace door gaskets and pad lock release hardware entering refrigerator

**Dish Machine -** Floor 9 (Item 35)

1.  Replace Dish machine exhaust duct.  In general, the scope will include:

    1.  Demolish dish machine exhaust duct routed through kitchen.
    2.  Install new stainless steel properly sloped back to dish machine.
    3.  Remove and replace acoustic ceiling tiles at 3'-0" clear as needed for work above ceiling.

**Central Control -** Floor 2 (Item 36)

1.  Remove ceiling tiles to install new.  In general, the scope will include:

    a.  Remove white acoustic ceiling tiles
    b.  Install new black acoustic ceiling tiles

**Restroom Floor-** Floors 1M,2,5,10 (Item 37)

1.  Replace tile.  In general, the new work will include:

    a.  Demolish floor tile and floor drain grate and install new
    b.  Approximately (6) locations


**Restroom Floor and Sink -** Floors 1 (Item 38)

1.  Replace tile and sinks.  In general, the new work will include:

    1.  Demolish floor tile and install new
    2.  Demolish sink and install new sink.
    3.  Demolish floor drain grate and install new.
    4.  Approximately (1) locations


**Restroom Floor, Counter and Sink -** Floor 3 (Item 39)

1.  Replace tile and sinks.  In general, the new work will include:

    1.  Demolish floor tile and install new.
    2.  Demolish counter and install new.
    3.  Demolish mirrors and install new.
    4.  Demolish sinks and install new undermount sinks.
    5.  Demolish floor drain grate and install new.
    6.  Approximately (2) locations


**Restroom Gut and Remodel -** Floors 1,2,4 (Item 40)

1.  Renovate entire restroom.  In general, the new work will include:

    a.  Demolish floor/wall tile and install new.
    b.  Paint remaining surfaces not tiled.
    c.  Demolish toilet, sink and floor drain grate and install new.
    d.  Reconfigure restroom to meet accessibility/clearance requirements.
    e.  Demolish light fixture/switch and install new LED light fixture and switch.
    f.  Demolish exhaust grille and install new.
    g.  Remove and reinstall Fire alarm device.
    h.  Approximately (6) locations

11

**Staff Restroom/Shower Gut and Remodel -** Floor 10 (Item 41)

1. Renovate entire Men's Toilet/Shower area. In general, the new work will include:

   a. Demolish floor/wall tile and install new.
   b. Demolish mirrors, toilet dividers and misc. fixtures and install new.
   c. Demolish sink counter and install new.
   d. Paint remaining surfaces not tiled.
   e. Demolish toilets, sinks and floor drain grates and install new.
   f. Demolish light fixtures/switch and install new LED light fixtures and switch.
   g. Demolish exhaust grilles and install new.
   h. Remove and reinstall Fire alarm device.

**Staff Restroom Countertop -** Floor 10 (Item 42)

1. Replace counter in the Female Toilet/Shower area. In general, the new work will include:

   a. Demolish sink counter and install new.
   b. Demolish sinks in counter to be removed and install new undermount sinks in new counter.

**Video Conference Room-** Floor 2 (Item 43)

1. Add new Video Conference Room and Deputy Station in shelled space. In general, the new work will include:

   a. Video Conference

      a. Install new block walls to separate the video conference room from the deputy station.
      b. Install new detention ceiling with access panel.
      c. Existing epoxy floor finish is to remain.
      d. Install LED lighting, power, and data
      e. Install new HVAC ductwork and grilles.
      f. Install new fire alarm and fire sprinkler

   b. Deputy Station

      a. Install new detention ceiling with access panel.
      b. Existing epoxy floor finish is to remain.
      c. Install stainless steel counter with upper and lower cabinets to support (2) deputies.
      d. Install LED lighting, power and data
      e. Install new HVAC ductwork and grilles
      f. Install new fire alarm and fire sprinkler

12

**Deputy Station-** Floors 4M,5M,6M,7M,8M (Item 44)

1. Add new Toilet Room.  In general, the new work will include:

    a.  Demolish sink, casework, and power.
    b.  Install new walls up to existing ceiling and door to create toilet room.
    c.  Install new toilet and hand sink.
    d.  Install new floor drain.
    e.  Install new LED recessed light fixture
    f.  Modify lighting to install toilet room
    g.  Install new duplex outlet.
    h.  Install new exhaust grille and connect to the existing exhaust riser system.
    i.  Install new/modify Fire alarm and fire sprinkler.

2. Repair casework

    a.  Repair casework tops, bases and doors.
    b.  Install new hardware to replace existing.
    c.  Existing countertop to remain.

**Deputy Control @ Staging Area-** Floors 4,5,7 (Item 45)

1. Add new Deputy Station (open style).  In general, the new work will include:

    a.  Demolish existing Temporary Deputy Control at 4th floor
    b.  Install new low walls with metal framed Poly-Lam Level 3 glass above (cubicle style).
    c.  The exterior of the low walls will be faced with stainless steel panels.
    d.  Install new casework with cabinets and stainless-steel top.
    e.  Install (6) duplex outlets and tel/data outlets.

**Staging Area-** Floor 7 (Item 46)

1. Replace countertop with casework to support security monitoring equipment in front of Pods 7A and 7B.  In general, the new work will include:

    a.  Demolish countertop.
    b.  Install new casework with cabinets and stainless-steel top.
    **c.**  Add and/or leave access to tel/data and duplex outlets

**Clothes Conveyor-** Floors 1M, 2 (Item 47)

1. Add Alternate - Replace conveyor system with new.  In general, the new work will include:

    a.  Demolish conveyor system.
    b.  Install new conveyor system.
    c.  Modify and reconnect power

13

**File Storage System**– Floors 2 (Item 48)

1. Replace manual file system with new.  In general, the new work will include:

   a. Demolish file storage system.
   b. Install new file storage system on floor tracks.
   c. Structural evaluation in progress to validate if additional floor support is required.

**Inmate Bunks** – Level 8,8M (Item 49)

1. Replace triple bunk with a Double bunk on levels 8,8M.  In general, the scope will include:

   a. Demolish the metal triple bunks floor mounted.
   b. Install new double bunk floor mounted painted steel anti-ligature bunk.  Anchor the bunk to floor.
   c. Lower-Level Inmate Bunk Area – Approximately (6) single bunks to be installed to meet accessibility/clearance requirements.
   d. Approximately (76) locations.

2. Replace double bunk with a single wall mount bunk on Levels 4,4M,5,5M.  In general, the scope will include:

   a. Demolish the metal double bunks mounted on top of the concrete formed bunk at the floor.
   b. Install new wall mounted painted steel anti-ligature bunk above the concrete formed bunk.  Anchor the bunk to wall at the back side and (1) side and caulked with anti-pick caulking.
   c. Lower-Level Inmate Cell – Reconfigure (1) inmate cell to meet accessibility/clearance requirements.  This will include bunk/table/stool, grab bars, sink, mirrors, etc.
      Approximately (190) locations.

**Anti-ligature Beds/Tables** – Level 3,4,4M,5,5M,6,6M,7,7M,8,8M (Item 50)

1. Modify the beds and tables to be anti-ligature in all inmate cells.  In general, the scope will include:

   a. Modify the wall mounted beds to fill in gap at side and ends.  Angle steel to be welded in gaps, painted, and sealed with No Pick tamper proof caulking.  Approximately (370) locations.

   b. Modify the table to fill in gap at back.  Add new angle steel welded in gap sealed with No Pick tamper proof caulking.  Approximately (370) locations

**Anti-ligature Shower/Sink** – Level 3,4,4M,5,5M,6,6M,7,7M,8,8M (Item 51)

1. Modify the shower heads and sink bubblers to be anti-ligature in all inmate cells. In general, the scope will include

   a. Replace all faucet bubblers in the existing combination sink/toilet with new anti-ligature type bubbler. Approximately (352) locations.

   b. Replace all shower heads with new anti-ligature type shower heads. Approximately (61) locations.


**Bottle Filler**– Floor 2 (Item 52)

1. Add new bottle filler. In general, the new work will include:

   a. Break Room - Demo existing drinking fountain and add new bottle filler.
   b. Add GFCI outlet to power bottle filler.

**Sink**– Floor 2 (Item 53)

1. Add new wall mounted sink. In general, the new work will include:

   a. 2096 Corridor - Demo existing wall mounted sink and add new.

**Plumbing Fixture in Casework**– Floors 3,10 (Item 53)

1. Install plumbing fixtures into new casework. In general, the new work will include:

   a. Demolish plumbing fixtures from casework to be replaced.
   b. Coordinate and install new plumbing fixtures in new casework
   c. Approximately (4) locations


**Plumbing Fixture Re-install** – Floors 2,3,4,10 (Item 54)

1. Reinstall plumbing fixtures into new casework. In general, the new work will include:

   a. Remove and store plumbing fixtures from casework to be replaced.
   b. Coordinate and reinstall existing plumbing fixtures in new casework
   c. Approximately (24) locations

15

**Plumbing Shaft Inmate Day Room** – Floors 4,4M,5,5M,6,6M,7,7M,8,8M (Item 55)

1. In the plumbing shafts, overflows from sewer water to be diverted from falling to lower floors. Sewer water is seeping down onto the ductwork/VAV and other utilities when a backup occurs in the upper floors. In general, the new work will include:

   a. Install drain pans (or other method) to capture and divert overflows to sewer pipe on each floor.
   b. Clean/repair and/or replace VAV's and ductwork damaged overflows.
   c. Clean and sanitize the shaft/utilities.
   d. (4) shafts and approximately (20) locations.

**Ceiling Grilles** – All Floors (Item 56)

1. New HVAC Grilles installed in Detention and Staff Ceilings. In general, the scope will include:

   a. Replace grilles with new grilles in all staff ceilings. Approximately (709) locations.

   b. Replace grilles with new grilles in all detention ceilings. Approximately (451) locations.

**Inmate Grilles** – Floors 2,2M,3,3M,4,4M,5,5M,6,6M,7,7M,8,8M (Item 57)

1. Grilles and Dampers – The grilles/dampers in the inmate cells are partially clogged and some balance dampers non-operational. The scope of this project is to complete the cleaning and servicing of supply grille/balance dampers and return grilles to perform TAB and validate required air (within 10% under or 15% over the values shown. In general, the scope will include:

   a. All grilles in the inmate cells will be cut out and replaced with a new grille. Grilles to be 12GA steel with 3/16" holes, bolted to existing grille faceplate to new welded in tabs and with no pick caulking around grille face. Approximately (768) locations.

**Duct Cleaning** – All Floors (Item 58)

1. Inspect and Clean Ducts
   a. Duct Cleaning will be provided for floor B,1,2,3.
   b. Provide alternate price to clean Floors 4-10.
   c. Provide alternate price to clean Floors 11-12.

**AH Units** – Level B,1,1M,11 (Item 59)

1.  AH units to be receive modifications to improve performance.  In general, the scope will include:

    a.  Interior cleaning of units and painting with a mold resistant paint.
    b.  Cleaning of coils
    c.  Replacement of door seals.
    d.  Replacement and/or addition of a stainless steel/epoxy coating to drip pans properly sloped within units.
    e.  Inspect and adjust condensate drains to drain properly.
    f.  Replacement of VFD's for units at the 11th floor.
    g.  Replace 125HP motor in SF-2.

**Commissioning** – All Floors (Item 60)

1.  Commissioning – Commissioning will be performed for the HVAC/Controls systems impacted by changes required to correct deficiencies.  Validation of system conditions to be performed at the start of the project.

2.  Test and Balance – The goal is for the HVAC systems serving the facility will be rebalanced to their original design values at completion of the construction. For existing deficient equipment, the final TAB must be performing equal to or better than the pre-reads taken prior to construction.

**Ovens** – Floor 9 (Item 61)

1.  Ovens – (2) new ovens to replace (2) existing in the same location in the kitchen. In general, this will include:

    a.  MEP services, structural anchorage, and architectural enclosure to access back side of the ovens and new exhaust hood.
    b.  Install new ovens with integral hoods. Install new hood for kettle area. Replace existing exhaust fan with new and provide electric power to fan and ovens. Replace existing grease duct throughout the kitchen with new. Install new gas piping to the new ovens.  Gas piping will originate from the gas main currently serving the ovens to be demolished.
    c.  Modify lighting to install new oven hood and provide new lighting behind ovens.
    d.  Remove and replace acoustic ceiling tiles at 3'-0" clear as needed for work above ceiling.

**Central Control Comm Room** – Floor 1M (Item 62)

1. The Central Control Comm room in the Mezzanine of the 1st floor will house the new security system.  In general, the new work will include:

   a. Demolish light fixtures and install new LED lighting.
   b. Demolish existing CRAC unit and condensing unit.
   c. Install new CRAC unit with condensing unit. CRAC unit to match cooling capacity of the existing unit.

**Rollup Vehicle Doors** – Floor 1M (Item 63)

1. The Bus entry and Loading dock roll up doors to be cleaned and painted.  In general, the new work will include:

   a. Sandblast, clean, prep and paint roll up doors. (Approximately 300SF, both sides, per door)

**Controls** – All Floors (Item 64)

1. The HAVC controls and VAV's appear to have failed that will affect the ability to balance the facility.  This is currently based on preliminary information of controls that are not functional and, in some cases, VAV's not functional and locked open by the TAB company performing the testing.  The actual scope of this item will be validated after the survey is completed, but anticipated to be a controls and VAV upgrade.

**Phased Construction –** All Work

1. Construction - The construction will be phased and performed while the facility is active.

**END**

# EXHIBIT D



Make new bench 4' wider

19" Max

Shower head and push buttons

CMU wall

36" MIN.

36" MIN. CLEAR

SIDE

FRONT ACCESS

Existing 40"

36" clear is requested

Existing condition 40"
Can we make a larger bench to push the accessible persons closer to the shower to make up the 4" and be at 19" maximum reach?







# EXHIBIT E



Case 3:20-cv-00000-XXX-XXX Document 302 Filed 05/27/22 Page 47 of 404





# EXHIBIT F



# EXHIBIT G



# EXHIBIT H

Done Feb. 2022 or earlier:
- lowered phone


Work completed since November 2022 in all housing units & dayrooms:
- Stool removal @ phones
- stool removal @ tables
- all mail boxes lowered
- Narcan boxes lowered


Work planned but not completed:
- Replacing 3 separate toilet/sinks with combo unit (Floors 1 & 2)
- lowering mirrors to appropriate height


These tasks being done on Floors 1-3, materials on order:
- Resetting toilets or walls to comply with 18" center
- Lower/move phones to appropriate height
- Remove and/or add wider benches for appropriate approach
- Grab bars realigned appropriately and installed where needed

Longer term repairs in progress and on plans for remodel but yet to be funded:
- Rework all module showers to comply with current code of 36" x 36", appropriate shower seat and grab bar height
- Shower controls moved to appropriate height in intake and medical floors with shower seats
- ADA Housing Cells - grab bars, collapsible desk/tables for clear access to bunk in cells.
- De-triple bunk all living area cells throughout CJ
- Dorm modules -
  - Realign bunks for ADA access clearance, 8th floor
  - Replace 5% of top bunks to single ADA bunks.

# EXHIBIT I



# EXHIBIT J

# Site Accessibility Evaluation

## Americans with Disabilities Act
## And
## Title 24 And Part 2 - California Building Code



**Rock Mountain
Correctional Facility**

**446 Alta Rd
San Diego, CA 92179**

**Accessibility Evaluation**

*Inspection Date: 03/01/2019
Inspector: John Battista*

**ANDERSON·PENNA**
· PARTNERS IN PROJECT DELIVERY ·

**AndersonPenna Partners, Inc.**
3737 Birch Street, Suite 250
Newport Beach, CA 92660
(949) 428-1500
www.andpen.com



Matt Smith
San Diego County
5560 Overland Blvd
San Diego, CA, 92123
03/04/2019

Dear Matt Smith,

Thank you for the opportunity to be of service to you by performing an accessibility evaluation for the Rock Mountain Correctional Facility located at 446 Alta Rd, San Diego, CA, 92179. The facility was inspected on 03/01/2019.

It is recommended that the findings in this report be used to create a transition plan. The findings can then be corrected over a period of time for compliance with state and federal construction related accessibility guidelines. The site inspection and data collection was performed by Ray Wimmer, CASp #826.

The kitchen was being remodeled and was under construction at the time of the inspection and is not part of this report.

John Battista
Certified Access Specialist (CASp) #592
Texas Registered Accessibility Specialist #1434
ICC Accessibility / Plan Examiner Inspector #5057311-21
ACAI ADA Compliance Inspector #6097
CALBO Access Committee Member 2016-2020

Sincerely,

John Battista, CASp #592

*Table of Contents*

**Findings** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4**

    **Accessible Parking Stall** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4**

    **Exterior Accessible Route** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9**

    **Front Entrance** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **16**

    **Administration** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **22**

    **Kitchen** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **158**

    **Block A** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **159**

    **Block K** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **183**

    **Block B** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **203**

    **Block C** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **239**

    **Block D** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **273**

*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Accessible Parking Stall

### Finding: 1

There is no tow away at the entry to to the parking lot.

The tow-away sign is missing.

There must be a tow-away sign posted in a conspicuous place at each entrance, or immediately adjacent to each space. The sign shall not be less than 17 inches by 22 inches in size with 1 inch high minimum lettering which clearly and conspicuously states the following:

Unauthorized vehicles parked in designated accessible spaces not displaying distinguishing placards or special license plates issued for persons with disabilities will be towed away at owner's expense.
Towed vehicles may be reclaimed at_____or by telephoning_____.

Blank spaces are to be filled in with appropriate information as a permanent part of the sign.

*2016 CBC 11B Section 11B-502.8*
*An additional sign shall be posted either; 1) in a conspicuous place at each entrance to an off-street parking facility or 2) immediately adjacent to on-site accessible parking and visible from each parking space.*

### Citation:

2016 CBC 11B Section: 11B-502.8

### As Built:

There is no tow away at the entry to to the parking lot.





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #1 Additional Finding Photos**



## Accessible Parking Stall

### Finding: 2

**The ADA stalls are missing the signage.**

**The accessible parking sign is missing.**

**Each parking space reserved for persons with disabilities shall be identified by a reflectorized sign permanently posted immediately adjacent to the parking space or within the projected parking space width at the head end of the parking space or permanently posted on a wall at the interior end of the parking space. The sign shall not be smaller than 70 square inches in area and mounted a minimum of 60 inches above the ground measured to the bottom of the sign. When in a path of travel, it shall be a minimum of 80 inches from the bottom of the sign to the ground.**

*2016 CBC 11B Section 11B-502.6*
*Parking space identification signs shall include the International Symbol of Accessibility complying with Section 11 B-703.7.2.1 in white on a blue background. Signs identifying van parking spaces shall contain additional language or an additional sign with the designation "van accessible". Signs shall be 60 inches (1524 mm) minimum above the finish floor or ground surface measured to the bottom of the sign.*

### Citation:

**2016 CBC 11B Section: 11B-502.6**

### As Built:

**The ADA stalls are missing the signage.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #2 Additional Finding Photos**



## Accessible Parking Stall

### Finding: 3

**There is no accessible route without haveing to walk behind parked vehicles.**

**The access aisle is  located so that a person with a disability is compelled to wheel or walk behind parking spaces other than their own accessible parking space.**

**Accessible parking spaces serving a particular building shall be located on the shortest accessible route of travel from adjacent parking to an accessible entrance. The accessible route shall be located so a person with a disability is not compelled to wheel or walk behind parking spaces other than that person's own accessible parking space.**

*2016 CBC 11B Section 11B-502.7.1*
*Parking spaces and access aisles shall be designed so that persons using them are not required to travel behind parking spaces other than to pass behind the parking space in which they parked.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-502.7.1** | **There is no accessible route without haveing to walk behind parked vehicles.** |





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Exterior Accessible Route

### Finding: 4

**At the north end of sidewalk there are no detectable warning at the zero curb.**

**The accessible route of travel that crosses or adjoins the vehicular way and the walking surface is not separated by curbs, railings, or other elements between the pedestrian areas and vehicular areas.**

**If a walk crosses or adjoins a vehicular way, and the walking surfaces are not separated by curbs, railings or other elements between the pedestrian areas and vehicular areas, the boundary between the areas shall be defined by a continuous detectable warning which is 36 inches wide.**

*2016 CBC 11B Section 11B-247.1.2.5*
*If a walk crosses or adjoins a vehicular way, and the walking surfaces are not separated by curbs, railings or other elements between the pedestrian areas and vehicular areas, the boundary between the areas shall be defined by a continuous detectable warning complying with Sections 11B-705.1.1 and 11B-705.1.2.5.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-247.1.2.5** | **At the north end of sidewalk there are no detectable warning at the zero curb.** |





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Exterior Accessible Route

### Finding: 5

**The curb ramps to the building are missing the detectable warnings.**

**The accessible route of travel that crosses or adjoins the vehicular way and the walking surface is not separated by curbs, railings, or other elements between the pedestrian areas and vehicular areas.**

**If a walk crosses or adjoins a vehicular way, and the walking surfaces are not separated by curbs, railings or other elements between the pedestrian areas and vehicular areas, the boundary between the areas shall be defined by a continuous detectable warning which is 36 inches wide.**

*2016 CBC 11B Section 11B-247.1.2.5*
*If a walk crosses or adjoins a vehicular way, and the walking surfaces are not separated by curbs, railings or other elements between the pedestrian areas and vehicular areas, the boundary between the areas shall be defined by a continuous detectable warning complying with Sections 11B-705.1.1 and 11B-705.1.2.5.*

### Citation:

**2016 CBC 11B Section: 11B-247.1.2.5**

### As Built:

**The curb ramps to the building are missing the detectable warnings.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Exterior Accessible Route

### Finding: 6

**The landing at the top of the curb ramps , to the building are less than 48".**

**The top of the ramp does not have a level landing that is a minimum of 48 inches in depth.**

**A level landing 48 inches deep shall be provided at the upper end of each ramp over its full width to permit safe egress from the ramp surface. The slope of the landing in all directions shall be 1:48 maximum.**

*2016 CBC 11B Section 11B-406.5.3*
*Landings shall be provided at the tops of curb ramps and blended transitions. The landing clear length shall be 48 inches ( 1219 mm) minimum. The landing clear width shall be at least as wide as the curb ramp, excluding any flared sides, or the blended transition leading to the landing. The slope of the landing in all directions shall be 1 :48 maximum.*

### Citation:

**2016 CBC 11B Section: 11B-406.5.3**

### As Built:

**The landing at the top of the curb ramps , to the building are less than 48".**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #6 Additional Finding Photos**

 

## Exterior Accessible Route

### Finding: 7

**The drive at the south end of the building and sidewalk intersection is missing the detectable warning at the zero curb.**

**The accessible route of travel that crosses or adjoins the vehicular way and the walking surface is not separated by curbs, railings, or other elements between the pedestrian areas and vehicular areas.**

**If a walk crosses or adjoins a vehicular way, and the walking surfaces are not separated by curbs, railings or other elements between the pedestrian areas and vehicular areas, the boundary between the areas shall be defined by a continuous detectable warning which is 36 inches wide.**

*2016 CBC 11B Section 11B-247.1.2.5*
*If a walk crosses or adjoins a vehicular way, and the walking surfaces are not separated by curbs, railings or other elements between the pedestrian areas and vehicular areas, the boundary between the areas shall be defined by a continuous detectable warning complying with Sections 11B-705.1.1 and 11B-705.1.2.5.*

### Citation:

**2016 CBC 11B Section: 11B-247.1.2.5**

### As Built:

**The drive at the south end of the building is missing the detectable warning at the zero curb.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Exterior Accessible Route

## Finding: 8

The bench seating, at the south end of the parking lot, does not provide the required clear floor space for a wheelchair.

The outdoor seating area is not on an accessible route.

At least 5% of the seating in each functional area must be accessible. An accessible table must be on an accessible route (36 inches minimum) and have knee spaces at least 27 inches high, 30 inches wide and 19 inches deep. The tops of tables and counters must be 28 inches to 34 inches from the floor or ground.

*2016 CBC 11B Section 11B-226.1*
*Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with Section 11 B-902. In addition, where work surfaces are provided for use by other than employees, at least 5 percent shall comply with Section 11B-902.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-226.1** | **The bench seating, at the south end of the parking lot, does not provide the required clear floor space for a wheelchair.** |



02.12.2019

## Exterior Accessible Route

### Finding: 9

**The detectable warning at the curb ramp, adjacent to the bench seating measures 24" in depth.**

**The accessible route of travel that crosses or adjoins the vehicular way and the walking surface is not separated by curbs, railings, or other elements between the pedestrian areas and vehicular areas.**

**If a walk crosses or adjoins a vehicular way, and the walking surfaces are not separated by curbs, railings or other elements between the pedestrian areas and vehicular areas, the boundary between the areas shall be defined by a continuous detectable warning which is 36 inches wide.**

*2016 CBC 11B Section 11B-247.1.2.5*
*If a walk crosses or adjoins a vehicular way, and the walking surfaces are not separated by curbs, railings or other elements between the pedestrian areas and vehicular areas, the boundary between the areas shall be defined by a continuous detectable warning complying with Sections 11B-705.1.1 and 11B-705.1.2.5.*

### Citation:

**2016 CBC 11B Section: 11B-247.1.2.5**

### As Built:

**The detectable warning at the curb ramp, adjacent to the bench seating measures 24" in depth.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Front Entrance

## Finding: 10

**Main entrance missing ISA sign**

**There is no ISA at this entrance.**

**In existing buildings and facilities where not all entrances are accessible, entrances to buildings and facilities that are accessible to and usable by persons with disabilities shall be identified with an International Symbol of Accessibility (ISA). Typically this is 6 inches by 6 inches in size.**

*2016 CBC 11B Section 11B-216.6*
*In existing buildings and facilities where not all entrances comply with Section 11 B-404, entrances complying with Section 11 B-404 shall be identified by the International Symbol of Accessibility complying with Section 11 B-703.7.2.1. Directional signs complying with Section 11 B-703.5 that indicate the location of the nearest entrance complying with Section 11 B-404 shall be provided at entrances that do not comply with Section 11 B- 404. Directional signs complying with Section 11 B-703.5, including the International Symbol of Accessibility complying with Section 11B-703.7.2.1, indicating the accessible route to the nearest accessible entrance shall be provided at junctions when the accessible route diverges from the regular circulation path.*

## Citation:

**2016 CBC 11B Section: 11B-216.6**

## As Built:

**Main entrance
missing ISA sign.**




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Front Entrance

### Finding: 11

The tactile exit sign is missing at the main entrance.

A tactile EXIT sign is missing at the door.

Wall signs identifying exits shall have characters raised 1/32 inch minimum and shall be uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Braille shall be placed directly below the tactile characters; flush left or centered. Signs shall be located a minimum of 48 inches above floor, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.

Where a tactile sign is provided at a door, the sign shall be located at the latch side. Where a tactile sign is provided at double door the sign shall be located to the right of the right hand door. Where there is no wall space at the latch side of a single door or at the right side of double doors, signs shall be located on the nearest adjacent wall.

*2016 CBC 11B Section 11B-216.4.1*
*Signs required by Chapter 10, Section 1013.4 at doors to exit passageways, exit discharge, and exit stairways shall comply with Sections 11 B- 103.1, 11 B-703.2, 11 B-703.3 and 11 B-703.5.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-216.4.1** | The tactile exit sign is missing at the main entrance. |




## Front Entrance

## Finding: 12

**The fire extinguisher cabinet extend out 7'' at 37-1/2'' AFF.**

**Wall-mounted objects that have leading edges between 27 inches and 80 inches from the floor must not project more than 4 inches into the circulation path. Protruding objects that extend to the floor or within 27 inches of the floor are cane detectable and are therefore not hazardous. Where it is necessary or desirable to have objects protrude from the wall, a manner of cane detection must be provided.**

*2016 CBC 11B Section 11B-307.2*
*Objects with leading edges more than 27 inches (686 mm) and not more than 80 inches (2032 mm) above the finish floor or ground shall protrude 4 inches (102 mm) maximum horizontally into the circulation path.*

**Citation:**

**2016 CBC 11B Section: 11B-307.2**

**As Built:**

**The fire extinguisher cabinet extend out 7'' at 37-1/2'' AFF.**





**Finding #12 Additional Finding Photos**



## Front Entrance

### Finding: 13

**The fire extinguisher handle is 55'' AFF.**

**The clear floor space only allows for a forward approach and the fire extinguisher handle is out of reach range.**

**Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

**Citation:**                                           **As Built:**

**2016 CBC 11B Section: 11B-308.2.1**        **The fire extinguisher
                                                handle is 55'' AFF.**

        

## Front Entrance

## Finding: 14

**The tables at the entrance does not provide any accessible seating.**

**There are no accessible tables.**

**At least 5% of each type in each functional area of dining surfaces must be accessible and must be dispersed throughout the space or facility containing dining surfaces. An accessible table must be on an accessible route (36 inches minimum) and have knee and toe spaces at least 27 inches high, 30 inches wide and 19 inches deep. The tops of tables and counters shall be 28 inches to 34 inches from the floor or ground.**

*2016 CBC 11B Section 11B-226.1*
*Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with Section 11 B-902. In addition, where work surfaces are provided for use by other than employees, at least 5 percent shall comply with Section 11B-902.*

### Citation:

**2016 CBC 11B Section: 11B-226.1**

### As Built:

**The tables at the entrance does not provide any accessible seating.**




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 15

**Door 1057 requires 13 lbs of force to open.**

**The door exceeds the maximum pressure to open the door.**

**Interior doors shall have a maximum opening force of 5 pounds.**

**These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position. Door closers and gate closers shall be adjusted so that from an open position of 90 degrees, the time required to move the door to a position of 12 degrees from the latch is 5 seconds minimum.**

**Door and gate spring hinges shall be adjusted so that from the open position of 70 degrees, the door or gate shall move to the closed position in 1.5 seconds minimum.**

*2016 CBC 11B Section 11B-404.2.9*
*These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position.*

**Citation:**

**2016 CBC 11B Section: 11B-404.2.9**

**As Built:**

**Door 1057 requires 13 lbs of force to open.**





**Finding #15 Additional Finding Photos**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 16

**Door 1057 vision light is mounted at 53" AFF.**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-404.2.11** | **Door 1057 vision light is mounted at 53" AFF.** |




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #16 Additional Finding Photos**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

## Finding: 17

**Door 1062 vision light is mounted at 53-1/2" AFF.**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-404.2.11** | **Door 1062 vision light is mounted at 53-1/2" AFF.** |




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

### Finding #17 Additional Finding Photos



## Administration

### Finding: 18

**The tables at the visitors entrance do not provide any accessible seating**

**There are no accessible tables.**

**At least 5% of each type in each functional area of dining surfaces must be accessible and must be dispersed throughout the space or facility containing dining surfaces. An accessible table must be on an accessible route (36 inches minimum) and have knee and toe spaces at least 27 inches high, 30 inches wide and 19 inches deep. The tops of tables and counters shall be 28 inches to 34 inches from the floor or ground.**

*2016 CBC 11B Section 11B-226.1*
*Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with Section 11 B-902. In addition, where work surfaces are provided for use by other than employees, at least 5 percent shall comply with Section 11B-902.*

### Citation:

**2016 CBC 11B Section: 11B-226.1**

### As Built:

**The tables at the visitors entrance do not provide any accessible seating.**





## Administration

### Finding: 19

**The visitors entrance is missing the ISA sign.**

**There is no ISA at this entrance.**

**In existing buildings and facilities where not all entrances are accessible, entrances to buildings and facilities that are accessible to and usable by persons with disabilities shall be identified with an International Symbol of Accessibility (ISA). Typically this is 6 inches by 6 inches in size.**

*2016 CBC 11B Section 11B-216.6*
*In existing buildings and facilities where not all entrances comply with Section 11 B-404, entrances complying with Section 11 B-404 shall be identified by the International Symbol of Accessibility complying with Section 11 B-703.7.2.1. Directional signs complying with Section 11 B-703.5 that indicate the location of the nearest entrance complying with Section 11 B-404 shall be provided at entrances that do not comply with Section 11 B- 404. Directional signs complying with Section 11 B-703.5, including the International Symbol of Accessibility complying with Section 11B-703.7.2.1, indicating the accessible route to the nearest accessible entrance shall be provided at junctions when the accessible route diverges from the regular circulation path.*

### Citation:

**2016 CBC 11B Section: 11B-216.6**

### As Built:

**The visitors entrance is missing the ISA sign.**




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 20

**The tactile exit sign is missing at the visitors exit.**

**A tactile EXIT sign is missing at the door.**

**Wall signs identifying exits shall have characters raised 1/32 inch minimum and shall be uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Braille shall be placed directly below the tactile characters; flush left or centered. Signs shall be located a minimum of 48 inches above floor, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

**Where a tactile sign is provided at a door, the sign shall be located at the latch side. Where a tactile sign is provided at double door the sign shall be located to the right of the right hand door. Where there is no wall space at the latch side of a single door or at the right side of double doors, signs shall be located on the nearest adjacent wall.**

*2016 CBC 11B Section 11B-216.4.1*
*Signs required by Chapter 10, Section 1013.4 at doors to exit passageways, exit discharge, and exit stairways shall comply with Sections 11 B- 103.1, 11 B-703.2, 11 B-703.3 and 11 B-703.5.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-216.4.1** | **The tactile exit sign is missing at the visitors exit.** |

 

*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 21

The intercom button on the patio is mounted to high.

The clear floor space only allows for a forward approach and the intercom button is out of reach range.

Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

**Citation:**

**2016 CBC 11B Section: 11B-308.2.1**

**As Built:**

The intercom button on the patio is mounted to high.




**Finding #21 Additional Finding Photos**



## Administration

### Finding: 22

**Womens restroom, door 1060, is missing the tactile room identification wall sign.**

**A compliant room identification sign is missing on the strike side of the door.**

**Wall signs identifying permanent rooms and spaces of a building shall have  be horizontal format and the characters raised 1/32 inch minimum and shall be sans serif uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Contracted Grade 2 Braille shall be in a horizontal format and shall be placed a minimum of 3/8 inch and a maximum of 1/2 inch directly below the tactile characters; flush left or centered. Signs with raised characters or Braille shall be located a minimum of 48 inches above the finish floor or ground surface, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

*2016 CBC 11B Section 11B-216.2*
*Interior and exterior signs identifying permanent rooms and spaces shall comply with Sections 11B-103.1, 11B-703.2, 11B-703.3 and 11B-703.5. Where pictograms are provided as designations of permanent rooms and spaces, the pictograms shall comply with Section 11 B- 103.6 and shall have text descriptors complying with Sections 11 B-703.2 and 11 B-703.5.*

### Citation:

**2016 CBC 11B Section: 11B-216.2**

### As Built:

**Womens restroom, door 1060, is missing the tactile room identification wall sign.**





## Administration

### Finding: 23

**Door 1060, Womens restroom, requires 20 lbs of force to open.**

**The door exceeds the maximum pressure to open the door.**

**Interior doors shall have a maximum opening force of 5 pounds.**

**These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position. Door closers and gate closers shall be adjusted so that from an open position of 90 degrees, the time required to move the door to a position of 12 degrees from the latch is 5 seconds minimum.**

**Door and gate spring hinges shall be adjusted so that from the open position of 70 degrees, the door or gate shall move to the closed position in 1.5 seconds minimum.**

*2016 CBC 11B Section 11B-404.2.9*
*These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position.*

**Citation:**

**2016 CBC 11B Section: 11B-404.2.9**

**As Built:**

**Door 1060, Womens restroom, requires 20 lbs of force to open.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #23 Additional Finding Photos**



## Administration

## Finding: 24

**Womens restroom 1060 the paper towel and soap dispenser are to high.**

**The paper towel dispenser and the soap dispenser are mounted too high.**

**Dispensers must have all operable parts a maximum of 40 inches above the floor.**

*2016 CBC 11B Section 11B-603.5*
*Where towel or sanitary napkin dispensers, waste receptacles, or other accessories are provided in toilet facilities, at least one of each type shall be located on an accessible route. All operable parts, including coin slots, shall be 40 inches ( 1016 mm) maximum above the finish floor.*

**Citation:**

**2016 CBC 11B Section: 11B-603.5**

**As Built:**

**Womens restroom 1060 the paper towel and soap dispenser are to high.**





**Finding #24 Additional Finding Photos**



## Administration

## Finding: 25

**Womens restroom 1060, the rear grab bar does not extend 24'' to the wide side.**

**The rear grab bar does not extend adequately past the toilet on the wide side.**

**The rear grab bar must be a minimum of 36 inches long and extend from the centerline of the toilet 12 inches minimum on wall side and 24 inches minimum on the wide side.**

**Grab bars shall be installed in a horizontal position, 33 inches minimum and 36 inches maximum above the finish floor measured to the top of the gripping surface and the space between the grab bar and the top of the tank shall be 1-1/2 inches minimum.**

*2016 CBC 11B Section 11B-604.5.2*
*The rear wall grab bar shall be 36 inches (914 mm) long minimum and extend from the centerline of the water closet 12 inches (305 mm) minimum The rear wall grab bar shall be 36 inches (914 mm) long minimum and extend from the centerline of the water closet 12 inches (305 mm) minimum.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-604.5.2** | **Womens restroom 1060, the rear grab bar does not extend 24'' to the wide side.** |




*Rock Mountain Correctional Facility - 440 Alta Rd San Diego, CA 92179*

**Finding #25 Additional Finding Photos**



## Administration

## Finding: 26

**Mens restroom door 1061, missing wall sign.**

**A compliant room identification sign is missing on the strike side of the door.**

**Wall signs identifying permanent rooms and spaces of a building shall have be horizontal format and the characters raised 1/32 inch minimum and shall be sans serif uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Contracted Grade 2 Braille shall be in a horizontal format and shall be placed a minimum of 3/8 inch and a maximum of 1/2 inch directly below the tactile characters; flush left or centered. Signs with raised characters or Braille shall be located a minimum of 48 inches above the finish floor or ground surface, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

*2016 CBC 11B Section 11B-216.2*
*Interior and exterior signs identifying permanent rooms and spaces shall comply with Sections 11B-103.1, 11B-703.2, 11B-703.3 and 11B-703.5. Where pictograms are provided as designations of permanent rooms and spaces, the pictograms shall comply with Section 11 B- 103.6 and shall have text descriptors complying with Sections 11 B-703.2 and 11 B-703.5.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-216.2** | **Mens restroom door 1061, missing wall sign.** |




**Finding #26 Additional Finding Photos**



## Administration

### Finding: 27

**Mens restroom door 1061 symbol is mounted to high.**

**The geometric symbol for the men's room is not within the allowable height range above the finish floor.**

**Doorways leading to toilet rooms and bathing rooms shall be identified by a geometric symbol. The symbol shall be mounted at 58 inches minimum and 60 inches maximum above the finish floor or ground surface measured from the centerline of the symbol. Where a door is provided the symbol shall be mounted within 1 inch of the vertical centerline of the door.**

*2016 CBC 11B Section 11B-703.7.2.6*
*Geometric symbols at entrances to toilet and bathing rooms shall be mounted at 58 inches (1473 mm) minimum and 60 inches (1524 mm) maximum above the finish floor or ground surface measured from the centerline of the symbol. Where a door is provided the symbol shall be mounted within 1 inch (25 mm) of the vertical centerline of the door.*

### Citation:

**2016 CBC 11B Section: 11B-703.7.2.6**

### As Built:

**Mens restroom door 1061 symbol is mounted to high.**





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #27 Additional Finding Photos**



## Administration

## Finding: 28

**Mens restroom 1061, paper towel and soap dispensers are mounted to high**

**The paper towel dispenser and the soap dispenser are mounted too high.**

**Dispensers must have all operable parts a maximum of 40 inches above the floor.**

*2016 CBC 11B Section 11B-603.5*
*Where towel or sanitary napkin dispensers, waste receptacles, or other accessories are provided in toilet facilities, at least one of each type shall be located on an accessible route. All operable parts, including coin slots, shall be 40 inches ( 1016 mm) maximum above the finish floor.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-603.5** | **Mens restroom 1061, paper towel and soap dispensers are mounted to high.** |





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 29

**Mens restroom 1061, the plumbing under sink is not adequately insulated.**

**The water and drain pipes under the lavatory are not adequately insulated.**

**Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.**

*2016 CBC 11B Section 11B-606.5*
*Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.*

### Citation:

**2016 CBC 11B Section: 11B-606.5**

### As Built:

**Mens restroom 1061, the plumbing under sink is not adequately insulated.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #29 Additional Finding Photos**



## Administration

### Finding: 30

**Mens restroom 1061, the urinal is mounted 14" from the side wall.**

**The urinal is too close to the side wall.**

**There must be a minimum of 15 inches from the centerline of the urinal to the nearest side wall or side partition to allow for an unobstructed 30 inches by 48 inches clear floor space.**

*2016 CBC 11B Section 11B-605.3*
*A clear floor or ground space complying with Section 11B-305 positioned for forward approach shall be provided.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-605.3** | **Mens restroom 1061, the urinal is mounted 14" from the side wall.** |




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 31

**Mens restroom 1061, the rear grab bar in the accessible stall does not extend 24" to the wide side.**

**The rear grab bar does not extend adequately past the toilet on the wide side.**

**The rear grab bar must be a minimum of 36 inches long and extend from the centerline of the toilet 12 inches minimum on wall side and 24 inches minimum on the wide side.**

**Grab bars shall be installed in a horizontal position, 33 inches minimum and 36 inches maximum above the finish floor measured to the top of the gripping surface and the space between the grab bar and the top of the tank shall be 1-1/2 inches minimum.**

*2016 CBC 11B Section 11B-604.5.2*
*The rear wall grab bar shall be 36 inches (914 mm) long minimum and extend from the centerline of the water closet 12 inches (305 mm) minimum The rear wall grab bar shall be 36 inches (914 mm) long minimum and extend from the centerline of the water closet 12 inches (305 mm) minimum.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-604.5.2** | **Mens restroom 1061, the rear grab bar in the accessible stall does not extend 24" to the wide side.** |





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 32

**Stairway located on the south side of building requires a guardrail on the near side.**

**The stairway is not compliant for multiple reasons:**

**- Handrails are missing**
**- Handrails are missing on one side**
**- Hand grips are not a compliant shape**
**- Top handrail extension is missing**
**- Bottom handrail extension is missing**
**- Top extension is not long enough**
**- Bottom extension is not long enough**
**- Striping is missing on the nose of the treads**
**- One handrail must be perpendicular to the treads**
**- Risers are not uniform in height**
**- Treads are not uniform in length**

*2016 CBC 11B Section 11B-504.6*
*Stairs shall have handrails complying with Section 11 B-505.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-504.6** | **Stairway located on the south side of building requires a guardrail on the near side.** |





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 33

**Stairway located on the south side of building requires striping at all treads.**

**The stair treads are missing a contrasting stripe on their nosings.**

**Exterior stairs shall have the upper approach and all treads marked by a stripe providing clear visual contrast.**

**The stripe shall be a minimum of 2 inches wide to a maximum of 4 inches wide placed parallel to, and not more than 1 inch from, the nose of the step or upper approach. The stripe shall extend the full width of the step or upper approach and shall be of material that is at least as slip resistant as the other treads of the stair. A painted stripe shall be acceptable. Grooves shall not be used to satisfy this requirement.**

*2016 CBC 11B Section 11B-504.4.1*
*Interior stairs shall have the upper approach and lower tread marked by a stripe providing clear visual contrast. Exterior stairs shall have the upper approach and all treads marked by a stripe providing clear visual contrast. The stripe shall be a minimum of 2 inches (51 mm) wide to a maximum of 4 inches ( 102 mm) wide placed parallel to, and not more than 1 inch (25 mm) from, the nose of the step or upper approach. The stripe shall extend the full width of the step or upper approach and shall be of material that is at least as slip resistant as the other treads of the stair. A painted stripe shall be acceptable. Grooves shall not be used to satisfy this requirement.*

**Citation:**

**2016 CBC 11B Section: 11B-504.4.1**

**As Built:**

**Stairway located on the south side of building requires striping at all treads..**





EXTERIOR STAIRS
ALL TREADS ARE
TO HAVE WARNING
STRIPES PER

2" MIN TO
4" MAX

1" MAX

*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

## Finding: 34

The door to the south side of building has an unsecured floor mat.

The doormat is not secured in place at the entry door.

If carpet or carpet tile is used on a ground or floor surface, then it shall be securely attached; have a firm cushion, pad or backing or no cushion or pad; and have a level loop, textured loop, level-cut pile or level-cut/uncut pile texture. The maximum pile height shall be 1/2 inch. Exposed edges of carpet shall be fastened to floor surfaces and have trim along the entire length of the exposed edge. Recessed doormats shall be adequately anchored to prevent interference with wheelchair traffic.

*2016 CBC 11B Section 11B-302.2*
*Carpet or carpet tile shall be securely attached and shall have a firm cushion, pad, or backing or no cushion or pad. Carpet or carpet tile shall have a level loop, textured loop, level cut pile, level cut/uncut pile texture. Pile height shall be 1/ 2 inch (12.7 mm) maximum. Exposed edges of carpet shall be fastened to floor surfaces and shall have trim on the entire length of the exposed edge. Carpet edge trim shall comply with Sect ion 11 B-303.*

### Citation:

**2016 CBC 11B Section: 11B-302.2**

### As Built:

**The door to the south side of building has an unsecured floor mat.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 35

**Door 1005, vision light measures 53-1/2" AFF.**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

**Citation:**

**2016 CBC 11B Section: 11B-404.2.11**

**As Built:**

**Door 1005, vision light measures 53-1/2" AFF.**




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #35 Additional Finding Photos**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 36

**The fire extinguisher handle is 57" AFF.**

**The clear floor space only allows for a forward approach and the FE is out of reach range.**

**Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

**Citation:**                                    **As Built:**

**2016 CBC 11B Section: 11B-308.2.1**          **The fire extinguisher handle is 57" AFF.**

          

*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #36 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 37

**Door 1001 vision light is to high.**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

### Citation:

**2016 CBC 11B Section: 11B-404.2.11**

### As Built:

**Door 1001 vision light is to high.**




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

## Finding: 38

Womens locker room 1019, door requires a force of 15 lbs to open.

The door exceeds the maximum pressure to open the door.

Interior doors shall have a maximum opening force of 5 pounds.

These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position. Door closers and gate closers shall be adjusted so that from an open position of 90 degrees, the time required to move the door to a position of 12 degrees from the latch is 5 seconds minimum.

Door and gate spring hinges shall be adjusted so that from the open position of 70 degrees, the door or gate shall move to the closed position in 1.5 seconds minimum.

*2016 CBC 11B Section 11B-404.2.9*
*These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position.*

### Citation:

**2016 CBC 11B Section: 11B-404.2.9**

### As Built:

**Womens locker room 1019, door requires a force of 15 lbs to open.**





## Administration

## Finding: 39

**Womens locker room 1019, missing wall sign.**

**A compliant room identification sign is missing on the strike side of the door.**

**Wall signs identifying permanent rooms and spaces of a building shall have be horizontal format and the characters raised 1/32 inch minimum and shall be sans serif uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Contracted Grade 2 Braille shall be in a horizontal format and shall be placed a minimum of 3/8 inch and a maximum of 1/2 inch directly below the tactile characters; flush left or centered. Signs with raised characters or Braille shall be located a minimum of 48 inches above the finish floor or ground surface, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

*2016 CBC 11B Section 11B-216.2*
*Interior and exterior signs identifying permanent rooms and spaces shall comply with Sections 11B-103.1, 11B-703.2, 11B-703.3 and 11B-703.5. Where pictograms are provided as designations of permanent rooms and spaces, the pictograms shall comply with Section 11 B- 103.6 and shall have text descriptors complying with Sections 11 B-703.2 and 11 B-703.5.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-216.2** | **Womens locker room 1019, missing wall sign.** |




## Administration

## Finding: 40

**Womens locker room 1019, accessible stall door not self closing..**

**The compartment door is not self closing.**

**The water closet compartment shall be equipped with a door that has an automatic-closing device.**

*2016 CBC 11B Section 11B-604.8.1.2*
*Toilet compartment doors, including door hardware, shall comply with Section 11 B-404 except that if the approach is from the push side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 48 inches ( 1219 mm) minimum measured perpendicular to the compartment door in its closed position. Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (102 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (102 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with Section 11 B-404.2.1 shall be placed on both sides of the door near the latch. Doors shall not swing into the clear floor space or clearance required for any fixture. Doors may swing into that portion of maneuvering space which does not overlap the clearance required at a water closet.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-604.8.1.2** | **Womens locker room 1019, accessible stall door not self closing..** |





## Administration

## Finding: 41

**Womens locker room 1019, soap and paper towel dispensers are to high.**

**The paper towel dispenser and the soap dispenser are mounted too high.**

**Dispensers must have all operable parts a maximum of 40 inches above the floor.**

*2016 CBC 11B Section 11B-603.5*
*Where towel or sanitary napkin dispensers, waste receptacles, or other accessories are provided in toilet facilities, at least one of each type shall be located on an accessible route. All operable parts, including coin slots, shall be 40 inches ( 1016 mm) maximum above the finish floor.*

### Citation:

**2016 CBC 11B Section: 11B-603.5**

### As Built:

**Womens locker room 1019, soap and paper towel dispensers are to high.**





**Finding #41 Additional Finding Photos**

 

## Administration

## Finding: 42

**Womens locker room 1019, shower controls are located on the opposite wall.**

**The hand held sprayer unit is not located on the wall correctly.**

**Operable parts of the shower spray unit, including the handle, shall be installed on the back wall adjacent to the seat wall 19 inches minimum and 27 inches maximum from the seat wall; and shall be located above the grab bar, but no higher than 48 inches above the shower floor.**

*2016 CBC 11B Section 11B-608.5.2*
*In standard roll-in type shower compartments, operable parts of controls and faucets shall be installed on the back wall of the compartment adjacent to the seat wall 19 inches (483 mm) minimum and 27 inches (686 mm) maximum from the seat wall; and shall be located above the grab bar, but no higher than 48 inches (1219 mm) above the shower floor, with their centerline at 39 inches (991 mm) to 41 inches (1041 mm) above the shower floor. Operable parts of the shower spray unit, including the handle, shall be installed on the back wall adjacent to the seat wall 19 inches (483 mm) minimum and 27 inches (686 mm) maximum from the seat wall; and shall be located above the grab bar, but no higher than 48 inches (1219 mm) above the shower floor.*

**Citation:**

**2016 CBC 11B Section: 11B-608.5.2**

**As Built:**

**Womens locker room 1019, shower controls are located on the opposite wall.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 43

**Womens locker room 1019, benches are not provided with a back or affixed to a wall.**

**There is no compliant bench within the room.**

**A bench complying with 11B-903 shall be provided within the room.  The bench shall be 48 inches long minimum and 20 inches deep minimum to 24 inches deep maximum. The bench shall provide for back support or shall be affixed to a wall along its long dimension. Back support shall be 48 inches long minimum and shall extend from a point 2 inches maximum above the seat surface to a point 18 inches minimum above the seat surface. Back support shall be 2-1/2 inches maximum from the rear edge of the seat measured horizontally. The bench must be mounted 17 to 19 inches above the finish floor. A clear floor space measuring 30 inches by 48 inches (or 36 inches by 48 inches if located in an alcove) shall be provided alongside the narrow side of the bench to allow a person using a wheelchair to make a side transfer onto the bench.**

*2016 CBC 11B Section 11B-803.4*
*A bench complying with Section 11B- 903 shall be provided within the room.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-803.4** | **Womens locker room 1019, benches are not provided with a back or affixed to a wall.** |




## Administration

## Finding: 44

**Mens locker room 1020, missing wall sign at door.**

**A compliant room identification sign is missing on the strike side of the door.**

**Wall signs identifying permanent rooms and spaces of a building shall have  be horizontal format and the characters raised 1/32 inch minimum and shall be sans serif uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Contracted Grade 2 Braille shall be in a horizontal format and shall be placed a minimum of 3/8 inch and a maximum of 1/2 inch directly below the tactile characters; flush left or centered. Signs with raised characters or Braille shall be located a minimum of 48 inches above the finish floor or ground surface, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

*2016 CBC 11B Section 11B-216.2*
*Interior and exterior signs identifying permanent rooms and spaces shall comply with Sections 11B-103.1, 11B-703.2, 11B-703.3 and 11B-703.5. Where pictograms are provided as designations of permanent rooms and spaces, the pictograms shall comply with Section 11 B- 103.6 and shall have text descriptors complying with Sections 11 B-703.2 and 11 B-703.5.*

## Citation:

**2016 CBC 11B Section: 11B-216.2**

## As Built:

**Mens locker room 1020, missing wall sign at door.**





## Administration

### Finding: 45

**Mens locker room 1020, thermostat is above the maximum reach range.**

**The clear floor space only allows for a forward approach and the thermostat is out of reach range.**

**Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

### Citation:

**2016 CBC 11B Section: 11B-308.2.1**

### As Built:

**Mens locker room 1020, thermostat is above the maximum reach range.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 46

**Mens locker room 1020, light switch is above the maximum reach range.**

**The electrical switch located for the convenience of the occupants are greater than 48 inches measured from the top of the outlet box and out of the required reach ranges.**

**Where a forward reach is unobstructed, the low forward reach shall be 15 inches minimum, measured to the bottom of the box, above the finished floor. The high forward reach shall be 48 inches maximum, measured to the top of the box,  above the finished floor.**

*2016 CBC 11B Section 11B-308.1.1*
*Controls and switches intended to be used by the occupant of a room or area to control lighting and receptacle outlets, appliances or cooling, heating and ventilating equipment, shall comply with Section 11 B-308 except the low reach shall be measured to the bottom of the outlet box and the high reach shall be measured to the top of the outlet box.*

### Citation:

**2016 CBC 11B Section: 11B-308.1.1**

### As Built:

**Mens locker room 1020, light switch is above the maximum reach range.**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 47

**Mens locker room 1020, benches are not provided with a back or affixed to a wall.**

**There is no compliant bench within the room.**

**A bench complying with 11B-903 shall be provided within the room. The bench shall be 48 inches long minimum and 20 inches deep minimum to 24 inches deep maximum. The bench shall provide for back support or shall be affixed to a wall along its long dimension. Back support shall be 48 inches long minimum and shall extend from a point 2 inches maximum above the seat surface to a point 18 inches minimum above the seat surface. Back support shall be 2-1/2 inches maximum from the rear edge of the seat measured horizontally. The bench must be mounted 17 to 19 inches above the finish floor. A clear floor space measuring 30 inches by 48 inches (or 36 inches by 48 inches if located in an alcove) shall be provided alongside the narrow side of the bench to allow a person using a wheelchair to make a side transfer onto the bench.**

*2016 CBC 11B Section 11B-803.4*
*A bench complying with Section 11B- 903 shall be provided within the room.*

| **Citation:** | **As Built:** |
| --- | --- |
| **2016 CBC 11B Section: 11B-803.4** | **Mens locker room 1020, benches are not provided with a back or affixed to a wall.** |





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 48

**Mens locker room 1020, shower controls are located on the opposite wall.**

**The hand held sprayer unit is not located on the wall correctly.**

**Operable parts of the shower spray unit, including the handle, shall be installed on the back wall adjacent to the seat wall 19 inches minimum and 27 inches maximum from the seat wall; and shall be located above the grab bar, but no higher than 48 inches above the shower floor.**

*2016 CBC 11B Section 11B-608.5.2*
*In standard roll-in type shower compartments, operable parts of controls and faucets shall be installed on the back wall of the compartment adjacent to the seat wall 19 inches (483 mm) minimum and 27 inches (686 mm) maximum from the seat wall; and shall be located above the grab bar, but no higher than 48 inches (1219 mm) above the shower floor, with their centerline at 39 inches (991 mm) to 41 inches (1041 mm) above the shower floor. Operable parts of the shower spray unit, including the handle, shall be installed on the back wall adjacent to the seat wall 19 inches (483 mm) minimum and 27 inches (686 mm) maximum from the seat wall; and shall be located above the grab bar, but no higher than 48 inches (1219 mm) above the shower floor.*

**Citation:**

**2016 CBC 11B Section: 11B-608.5.2**

**As Built:**

**Mens locker room 1020, shower controls are located on the opposite wall.**





## Administration

### Finding: 49

**Mens locker room 1020, plumbing under sink is not protected.**

**The water and drain pipes under the lavatory are not adequately insulated.**

**Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.**

*2016 CBC 11B Section 11B-606.5*
*Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.*

### Citation:

**2016 CBC 11B Section: 11B-606.5**

### As Built:

**Mens locker room 1020, plumbing under sink is not protected.**




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 50

**The paper towel dispenser and the soap dispenser are mounted too high.**

**Dispensers must have all operable parts a maximum of 40 inches above the floor.**

*2016 CBC 11B Section 11B-603.5*
*Where towel or sanitary napkin dispensers, waste receptacles, or other accessories are provided in toilet facilities, at least one of each type shall be located on an accessible route. All operable parts, including coin slots, shall be 40 inches ( 1016 mm) maximum above the finish floor.*

**Citation:**

**2016 CBC 11B Section: 11B-603.5**

**As Built:**

**Mens locker room 1020, paper towel and soap dispenser are mounted to high.**




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #50 Additional Finding Photos**

 

## Administration

### Finding: 51

Mens locker room 1020, the urinal does not provide the minimum 30'' wide and is located 14'' from the side wall.

The urinal is located in an area that does not provide the required clear floor space for a front approach.

The surrounding elements of a urinal must provide a minimum of 30 by 48 inches of clear floor space for a front approach.

*2016 CBC 11B Section 11B-605.3*
*A clear floor or ground space complying with Section 11B-305 positioned for forward approach shall be provided.*

### Citation:

**2016 CBC 11B Section: 11B-605.3**

### As Built:

**Mens locker room 1020, the urinal does not provide the minimum 30'' wide and is located 14'' from the side wall.**





URINAL CLEAR SPACE
PARTITION 24" OR LESS

## Administration

### Finding: 52

**Mens locker room 1020, the accessible stall door is not self closing.**

**The compartment door is not self closing.**

**The water closet compartment shall be equipped with a door that has an automatic-closing device.**

*2016 CBC 11B Section 11B-604.8.1.2*
*Toilet compartment doors, including door hardware, shall comply with Section 11 B-404 except that if the approach is from the push side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 48 inches ( 1219 mm) minimum measured perpendicular to the compartment door in its closed position. Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (102 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (102 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with Section 11 B-404.2.1 shall be placed on both sides of the door near the latch. Doors shall not swing into the clear floor space or clearance required for any fixture. Doors may swing into that portion of maneuvering space which does not overlap the clearance required at a water closet.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-604.8.1.2** | **Mens locker room 1020, the accessible stall door is not self closing.** |





## Administration

## Finding: 53

**Drinking fountain adjacent to lunch room F011 is not protected from pedestrian way on one side.**

**The drinking fountain projects into the pedestrian way.**

**All drinking fountains shall either be located completely within alcoves, positioned completely between wing walls, or otherwise positioned so as not to encroach into pedestrian ways.**

*2016 CBC 11B Section 11B-602.9*
*All drinking fountains shall either be located completely within alcoves, positioned completely between wing walls, or otherwise positioned so as not to encroach into pedestrian ways. The protected area within which a drinking fountain is located shall be 32 inches (813 mm) wide minimum and 18 inches (457 mm) deep minimum, and shall comply with Section 11B-305. 7. When used, wing walls or barriers shall project horizontally at least as far as the drinking fountain and to within 6 inches ( 152 mm) vertically from the floor or ground surface.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-602.9** | **Drinking fountain adjacent to lunch room F011 is not protected from pedestrian way on one side.** |





## Administration

### Finding: 54

**Mens restroom F024, missing wall sign.**

**A compliant room identification sign is missing on the strike side of the door.**

**Wall signs identifying permanent rooms and spaces of a building shall have  be horizontal format and the characters raised 1/32 inch minimum and shall be sans serif uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Contracted Grade 2 Braille shall be in a horizontal format and shall be placed a minimum of 3/8 inch and a maximum of 1/2 inch directly below the tactile characters; flush left or centered. Signs with raised characters or Braille shall be located a minimum of 48 inches above the finish floor or ground surface, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

*2016 CBC 11B Section 11B-216.2*
*Interior and exterior signs identifying permanent rooms and spaces shall comply with Sections 11B-103.1, 11B-703.2, 11B-703.3 and 11B-703.5. Where pictograms are provided as designations of permanent rooms and spaces, the pictograms shall comply with Section 11 B- 103.6 and shall have text descriptors complying with Sections 11 B-703.2 and 11 B-703.5.*

### Citation:

**2016 CBC 11B Section: 11B-216.2**

### As Built:

**Mens restroom F024,
missing wall sign.**




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 55

**The paper towel dispenser and the soap dispenser are mounted too high.**

**Dispensers must have all operable parts a maximum of 40 inches above the floor.**

*2016 CBC 11B Section 11B-603.5*
*Where towel or sanitary napkin dispensers, waste receptacles, or other accessories are provided in toilet facilities, at least one of each type shall be located on an accessible route. All operable parts, including coin slots, shall be 40 inches ( 1016 mm) maximum above the finish floor.*

### Citation:

**2016 CBC 11B Section: 11B-603.5**

### As Built:

**Mens restroom F024, soap and paper towel dispensers are located to high..**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #55 Additional Finding Photos**

 

*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 56

**Mens restroom F024, the force required to open the door is 10 lbs.**

**The door exceeds the maximum pressure to open the door.**

**Interior doors shall have a maximum opening force of 5 pounds.**

**These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position. Door closers and gate closers shall be adjusted so that from an open position of 90 degrees, the time required to move the door to a position of 12 degrees from the latch is 5 seconds minimum.**

**Door and gate spring hinges shall be adjusted so that from the open position of 70 degrees, the door or gate shall move to the closed position in 1.5 seconds minimum.**

*2016 CBC 11B Section 11B-404.2.9*
*These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position.*

**Citation:**

**2016 CBC 11B Section: 11B-404.2.9**

**As Built:**

**Mens restroom F024, the force required to open the door is 10 lbs.**





## Administration

### Finding: 57

**Womens restroom F023 is missing the wall sign.**

**A compliant room identification sign is missing on the strike side of the door.**

**Wall signs identifying permanent rooms and spaces of a building shall have  be horizontal format and the characters raised 1/32 inch minimum and shall be sans serif uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Contracted Grade 2 Braille shall be in a horizontal format and shall be placed a minimum of 3/8 inch and a maximum of 1/2 inch directly below the tactile characters; flush left or centered. Signs with raised characters or Braille shall be located a minimum of 48 inches above the finish floor or ground surface, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

*2016 CBC 11B Section 11B-216.2*
*Interior and exterior signs identifying permanent rooms and spaces shall comply with Sections 11B-103.1, 11B-703.2, 11B-703.3 and 11B-703.5. Where pictograms are provided as designations of permanent rooms and spaces, the pictograms shall comply with Section 11 B- 103.6 and shall have text descriptors complying with Sections 11 B-703.2 and 11 B-703.5.*

### Citation:

**2016 CBC 11B Section: 11B-216.2**

### As Built:

**Womens restroom F023 is missing the wall sign.**




## Administration

### Finding: 58

**Womens restroom F023, door requires 10 lbs of force to open.**

**The door exceeds the maximum pressure to open the door.**

**Interior doors shall have a maximum opening force of 5 pounds.**

**These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position. Door closers and gate closers shall be adjusted so that from an open position of 90 degrees, the time required to move the door to a position of 12 degrees from the latch is 5 seconds minimum.**

**Door and gate spring hinges shall be adjusted so that from the open position of 70 degrees, the door or gate shall move to the closed position in 1.5 seconds minimum.**

*2016 CBC 11B Section 11B-404.2.9*
*These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position.*

**Citation:**

**2016 CBC 11B Section: 11B-404.2.9**

**As Built:**

**Womens restroom F023, door requires 10 lbs of force to open.**




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 59

**Womens restroom F023, plumbing under sink not protected..**

**The water and drain pipes under the lavatory are not adequately insulated.**

**Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.**

*2016 CBC 11B Section 11B-606.5*
*Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.*

### Citation:

**2016 CBC 11B Section: 11B-606.5**

### As Built:

**Womens restroom F023, plumbing under sink not protected..**




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #59 Additional Finding Photos**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 60

**Womens restroom F023, soap and paper towel dispensers are mounted to high.**

**The paper towel dispenser and the soap dispenser are mounted too high.**

**Dispensers must have all operable parts a maximum of 40 inches above the floor.**

*2016 CBC 11B Section 11B-603.5*
*Where towel or sanitary napkin dispensers, waste receptacles, or other accessories are provided in toilet facilities, at least one of each type shall be located on an accessible route. All operable parts, including coin slots, shall be 40 inches ( 1016 mm) maximum above the finish floor.*

### Citation:

**2016 CBC 11B Section: 11B-603.5**

### As Built:

**Womens restroom F023, soap and paper towel dispensers are mounted to high.**





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #60 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 61

**Womens restroom F023, seat covers obstruct the minimum clear distance above rear grab bar.**

**The toilet seat cover dispenser is mounted too close to the top of the grab bar, minimizing the gripping surface.**

**Adjacent elements shall be positioned to provide unobstructed use of grab bars. The space between the grab bar and projecting objects below and at the ends shall be 1-1/2 inches minimum. The space between the grab bar and projecting objects above shall be 12 inches minimum.**

*2016 CBC 11B Section 11B-609.3*
*The space between the wall and the grab bar shall be 1 1/2 inches (38 mm). The space between the grab bar and projecting objects below and at the ends shall be 1 1/2 inches (38 mm) minimum. The space between the grab bar and projecting objects above shall be 12 inches (305 mm) minimum.*

**Citation:**

**2016 CBC 11B Section: 11B-609.3**

**As Built:**

**Womens restroom F023, seat covers obstruct the minimum clear distance above rear grab bar.**





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 62

**Womens restroom F023, the accessible stall door is not self closing.**

**The compartment door is not self closing.**

**The water closet compartment shall be equipped with a door that has an automatic-closing device.**

*2016 CBC 11B Section 11B-604.8.1.2*
*Toilet compartment doors, including door hardware, shall comply with Section 11 B-404 except that if the approach is from the push side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 48 inches ( 1219 mm) minimum measured perpendicular to the compartment door in its closed position. Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (102 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (102 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with Section 11 B-404.2.1 shall be placed on both sides of the door near the latch. Doors shall not swing into the clear floor space or clearance required for any fixture. Doors may swing into that portion of maneuvering space which does not overlap the clearance required at a water closet.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-604.8.1.2** | **Womens restroom F023, the accessible stall door is not self closing.** |





## Administration

### Finding: 63

Womens restroom F023, the dispenser projects 7'' at 34'' AFF.

**Wall-mounted objects that have leading edges between 27 inches and 80 inches from the floor must not project more than 4 inches into the circulation path. Protruding objects that extend to the floor or within 27 inches of the floor are cane detectable and are therefore not hazardous. Where it is necessary or desirable to have objects protrude from the wall, a manner of cane detection must be provided.**

*2016 CBC 11B Section 11B-307.2*
*Objects with leading edges more than 27 inches (686 mm) and not more than 80 inches (2032 mm) above the finish floor or ground shall protrude 4 inches (102 mm) maximum horizontally into the circulation path.*

**Citation:**

**2016 CBC 11B Section: 11B-307.2**

**As Built:**

**Womens restroom F023, the dispenser projects 7'' at 34'' AFF.**





4 max

4" is the max. an object may project if the bottom is greater than 27" off the floor

X > 27

*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #63 Additional Finding Photos**



## Administration

### Finding: 64

**Room F029, paper towel dispenser is mounted at 51" AFF.**

**The clear floor space only allows for a forward approach and the paper towel dispenser is out of reach range.**

**Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-308.2.1** | **Room F029, paper towel dispenser is mounted at 51" AFF.** |




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #64 Additional Finding Photos**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 65

**Fire extinguisher  adjacent to room F029, is mounted with the handle at 51" AFF**

**The clear floor space only allows for a forward approach and the FE is out of reach range.**

**Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

**Citation:**

**2016 CBC 11B Section: 11B-308.2.1**

**As Built:**

**Fire extinguisher adjacent to room F029, is mounted with the handle at 51" AFF.**





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 66

**Door F040 the force required to open the door is 10 lbs.**

**The door exceeds the maximum pressure to open the door.**

**Interior doors shall have a maximum opening force of 5 pounds.**

**These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position. Door closers and gate closers shall be adjusted so that from an open position of 90 degrees, the time required to move the door to a position of 12 degrees from the latch is 5 seconds minimum.**

**Door and gate spring hinges shall be adjusted so that from the open position of 70 degrees, the door or gate shall move to the closed position in 1.5 seconds minimum.**

*2016 CBC 11B Section 11B-404.2.9*
*These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position.*

**Citation:**

**2016 CBC 11B Section: 11B-404.2.9**

**As Built:**

**Door F040 the force required to open the door is 10 lbs.**





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Finding #66 Additional Finding Photos



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 67

**Restroom F048 is missing the wall sign**

**A compliant room identification sign is missing on the strike side of the door.**

**Wall signs identifying permanent rooms and spaces of a building shall have  be horizontal format and the characters raised 1/32 inch minimum and shall be sans serif uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Contracted Grade 2 Braille shall be in a horizontal format and shall be placed a minimum of 3/8 inch and a maximum of 1/2 inch directly below the tactile characters; flush left or centered. Signs with raised characters or Braille shall be located a minimum of 48 inches above the finish floor or ground surface, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

*2016 CBC 11B Section 11B-216.2*
*Interior and exterior signs identifying permanent rooms and spaces shall comply with Sections 11B-103.1, 11B-703.2, 11B-703.3 and 11B-703.5. Where pictograms are provided as designations of permanent rooms and spaces, the pictograms shall comply with Section 11 B- 103.6 and shall have text descriptors complying with Sections 11 B-703.2 and 11 B-703.5.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-216.2** | **Restroom F048 is missing the wall sign.** |

 

## Administration

## Finding: 68

**Restroom F048 is missing the geometric door symbol**

**The unisex geometric sign for the room is missing.**

**A circle, 1/4 inch thick and 12 inches in diameter with a 1/4 inch thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.**

*2016 CBC 11B Section 11B-703.7.2.6*
*Geometric symbols at entrances to toilet and bathing rooms shall be mounted at 58 inches (1473 mm) minimum and 60 inches (1524 mm) maximum above the finish floor or ground surface measured from the centerline of the symbol. Where a door is provided the symbol shall be mounted within 1 inch (25 mm) of the vertical centerline of the door.*

*2016 CBC 11B Section 11B-703.7.2.6.3*
*A circle, 1/4 inch (6.4 mm) thick and 12 inches (305 mm) in diameter with a 114 inch (6.4 mm) thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch (305 mm) diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch (6.4 mm) maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.*

## Citation:

**2016 CBC 11B Section: 11B-703.7.2.6, 11B-703.7.2.6.3**

## As Built:

**Restroom F048 is missing the geometric door symbol.**





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 69

**Restroom F048 the seat cover dispenser obstructs the side grab bar.**

**The toilet seat cover dispenser is mounted too close to the top of the grab bar, minimizing the gripping surface.**

**Adjacent elements shall be positioned to provide unobstructed use of grab bars. The space between the grab bar and projecting objects below and at the ends shall be 1-1/2 inches minimum. The space between the grab bar and projecting objects above shall be 12 inches minimum.**

*2016 CBC 11B Section 11B-609.3*
*The space between the wall and the grab bar shall be 1 1/2 inches (38 mm). The space between the grab bar and projecting objects below and at the ends shall be 1 1/2 inches (38 mm) minimum. The space between the grab bar and projecting objects above shall be 12 inches (305 mm) minimum.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-609.3** | **Restroom F048 the seat cover dispenser obstructs the side grab bar.** |




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 70

**Restroom F048 the paper towel dispenser is mounted at 52" AFF.**

**The paper towel dispenser's operation mechanism is too high off the floor.**

**Dispensers in restrooms must have operable parts a maximum of 40 inches above the floor.**

*2016 CBC 11B Section 11B-603.5*
*Where towel or sanitary napkin dispensers, waste receptacles, or other accessories are provided in toilet facilities, at least one of each type shall be located on an accessible route. All operable parts, including coin slots, shall be 40 inches ( 1016 mm) maximum above the finish floor.*

### Citation:

**2016 CBC 11B Section: 11B-603.5**

### As Built:

**Restroom F048 the paper towel dispenser is mounted at 52" AFF.**





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #70 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 71

**The water and drain pipes under the lavatory are not adequately insulated.**

**Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.**

*2016 CBC 11B Section 11B-606.5*
*Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-606.5** | **Restroom F048 the plumbing under sink has sharp edges.** |




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #71 Additional Finding Photos**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 72

**Restroom 1032, missing wall sign.**

**A compliant room identification sign is missing on the strike side of the door.**

**Wall signs identifying permanent rooms and spaces of a building shall have be horizontal format and the characters raised 1/32 inch minimum and shall be sans serif uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Contracted Grade 2 Braille shall be in a horizontal format and shall be placed a minimum of 3/8 inch and a maximum of 1/2 inch directly below the tactile characters; flush left or centered. Signs with raised characters or Braille shall be located a minimum of 48 inches above the finish floor or ground surface, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

*2016 CBC 11B Section 11B-216.2*
*Interior and exterior signs identifying permanent rooms and spaces shall comply with Sections 11B-103.1, 11B-703.2, 11B-703.3 and 11B-703.5. Where pictograms are provided as designations of permanent rooms and spaces, the pictograms shall comply with Section 11 B- 103.6 and shall have text descriptors complying with Sections 11 B-703.2 and 11 B-703.5.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-216.2** | **Restroom 1032, missing wall sign.** |




## Administration

## Finding: 73

**Restroom 1032, missing geometric door symbol.**

**The unisex geometric sign for the room is missing.**

**A circle, 1/4 inch thick and 12 inches in diameter with a 1/4 inch thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.**

*2016 CBC 11B Section 11B-703.7.2.6*
*Geometric symbols at entrances to toilet and bathing rooms shall be mounted at 58 inches (1473 mm) minimum and 60 inches (1524 mm) maximum above the finish floor or ground surface measured from the centerline of the symbol. Where a door is provided the symbol shall be mounted within 1 inch (25 mm) of the vertical centerline of the door.*

*2016 CBC 11B Section 11B-703.7.2.6.3*
*A circle, 1/4 inch (6.4 mm) thick and 12 inches (305 mm) in diameter with a 114 inch (6.4 mm) thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch (305 mm) diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch (6.4 mm) maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.*

## Citation:

**2016 CBC 11B Section: 11B-703.7.2.6,**
**11B-703.7.2.6.3**

## As Built:

**Restroom 1032,**
**missing geometric**
**door symbol.**





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 74

**Restroom 1032, rear grab bar soes not extend 24'' to the wide side.**

**The rear grab bar does not extend adequately past the toilet on the wide side.**

**The rear grab bar must be a minimum of 36 inches long and extend from the centerline of the toilet 12 inches minimum on wall side and 24 inches minimum on the wide side.**

**Grab bars shall be installed in a horizontal position, 33 inches minimum and 36 inches maximum above the finish floor measured to the top of the gripping surface and the space between the grab bar and the top of the tank shall be 1-1/2 inches minimum.**

*2016 CBC 11B Section 11B-604.5.2*
*The rear wall grab bar shall be 36 inches (914 mm) long minimum and extend from the centerline of the water closet 12 inches (305 mm) minimum The rear wall grab bar shall be 36 inches (914 mm) long minimum and extend from the centerline of the water closet 12 inches (305 mm) minimum.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-604.5.2** | **Restroom 1032, rear grab bar soes not extend 24'' to the wide side.** |





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 75

**Restroom 1032, the mirror is mounted at 41" AFF.**

**The mirror is mounted too high.**

**Mirrors must have the bottom edge of the reflecting surface a maximum of 40 inches above the floor if above a sink or counter. Mirrors not located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 35 inches maximum above the finish floor or ground.**

*2016 CBC 11B Section 11B-603.3*
*Mirrors located above lavatories or countertops shall be instalJed with the bottom edge of the reflecting surface 40 inches (1016 mm) maximum above the finish floor or ground. Mirrors not located above lavatories or countertops shall be instalJed with the bottom edge of the reflecting surface 35 inches (889 mm) maximum above the finish floor or ground.*

### Citation:

**2016 CBC 11B Section: 11B-603.3**

### As Built:

**Restroom 1032, the mirror is mounted at 41" AFF.**





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 76

**Door 1041, vision light is mounted at 53-1/2" AFF.**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-404.2.11** | **Door 1041, vision light is mounted at 53-1/2" AFF.** |




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #76 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 77

**Room 1041, the counter is mounted at 42" AFF .**

**The work surface is too high.**

**The tops of work surfaces provided for public use or common use shall be 28 inches minimum and 34 inches maximum above the finish floor or ground.**

*2016 CBC 11B Section 11B-902.3*
*The tops of dining surfaces and work surfaces shall be 28 inches (711mm) minimum and 34 inches (864 mm) maximum above the finish floor or ground.*

### Citation:

**2016 CBC 11B Section: 11B-902.3**

### As Built:

**Room 1041, the counter is mounted at 42" AFF .**




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #77 Additional Finding Photos**



## Administration

### Finding: 78

**Mens restroom 2125, missing the wall sign.**

**A compliant room identification sign is missing on the strike side of the door.**

**Wall signs identifying permanent rooms and spaces of a building shall have  be horizontal format and the characters raised 1/32 inch minimum and shall be sans serif uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Contracted Grade 2 Braille shall be in a horizontal format and shall be placed a minimum of 3/8 inch and a maximum of 1/2 inch directly below the tactile characters; flush left or centered. Signs with raised characters or Braille shall be located a minimum of 48 inches above the finish floor or ground surface, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

*2016 CBC 11B Section 11B-216.2*
*Interior and exterior signs identifying permanent rooms and spaces shall comply with Sections 11B-103.1, 11B-703.2, 11B-703.3 and 11B-703.5. Where pictograms are provided as designations of permanent rooms and spaces, the pictograms shall comply with Section 11 B- 103.6 and shall have text descriptors complying with Sections 11 B-703.2 and 11 B-703.5.*

### Citation:

**2016 CBC 11B Section: 11B-216.2**

### As Built:

**Mens restroom 2125,
missing the wall sign.**





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 79

Mens restroom 2125, the rear grab bar is obstructed by the seat covers.

The toilet seat cover dispenser is mounted too close to the top of the grab bar, minimizing the gripping surface.

Adjacent elements shall be positioned to provide unobstructed use of grab bars. The space between the grab bar and projecting objects below and at the ends shall be 1-1/2 inches minimum. The space between the grab bar and projecting objects above shall be 12 inches minimum.

*2016 CBC 11B Section 11B-609.3*
*The space between the wall and the grab bar shall be 1 1/2 inches (38 mm). The space between the grab bar and projecting objects below and at the ends shall be 1 1/2 inches (38 mm) minimum. The space between the grab bar and projecting objects above shall be 12 inches (305 mm) minimum.*

### Citation:

**2016 CBC 11B Section: 11B-609.3**

### As Built:

Mens restroom 2125, the rear grab bar is obstructed by the seat covers.





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #79 Additional Finding Photos**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

## Finding: 80

**The rear grab bar does not extend adequately past the toilet on the wide side.**

**The rear grab bar must be a minimum of 36 inches long and extend from the centerline of the toilet 12 inches minimum on wall side and 24 inches minimum on the wide side.**

**Grab bars shall be installed in a horizontal position, 33 inches minimum and 36 inches maximum above the finish floor measured to the top of the gripping surface and the space between the grab bar and the top of the tank shall be 1-1/2 inches minimum.**

*2016 CBC 11B Section 11B-604.5.2*
*The rear wall grab bar shall be 36 inches (914 mm) long minimum and extend from the centerline of the water closet 12 inches (305 mm) minimum The rear wall grab bar shall be 36 inches (914 mm) long minimum and extend from the centerline of the water closet 12 inches (305 mm) minimum.*

### Citation:

**2016 CBC 11B Section: 11B-604.5.2**

### As Built:

**Mens restroom 2125, the rear grab bar does not extend 24" to the wide side.**





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #80 Additional Finding Photos**



## Administration

### Finding: 81

**Womens restroom 2127, the wall sign is missing**

**A compliant room identification sign is missing on the strike side of the door.**

**Wall signs identifying permanent rooms and spaces of a building shall have  be horizontal format and the characters raised 1/32 inch minimum and shall be sans serif uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Contracted Grade 2 Braille shall be in a horizontal format and shall be placed a minimum of 3/8 inch and a maximum of 1/2 inch directly below the tactile characters; flush left or centered. Signs with raised characters or Braille shall be located a minimum of 48 inches above the finish floor or ground surface, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

*2016 CBC 11B Section 11B-216.2*
*Interior and exterior signs identifying permanent rooms and spaces shall comply with Sections 11B-103.1, 11B-703.2, 11B-703.3 and 11B-703.5. Where pictograms are provided as designations of permanent rooms and spaces, the pictograms shall comply with Section 11 B- 103.6 and shall have text descriptors complying with Sections 11 B-703.2 and 11 B-703.5.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-216.2** | **Womens restroom 2127, the wall sign is missing.** |

 

*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

## Finding: 82

**Womens restroom 2127, the soap and paper towel dispensers are to high.**

**The paper towel dispenser and the soap dispenser are mounted too high.**

**Dispensers must have all operable parts a maximum of 40 inches above the floor.**

*2016 CBC 11B Section 11B-603.5*
*Where towel or sanitary napkin dispensers, waste receptacles, or other accessories are provided in toilet*
*facilities, at least one of each type shall be located on an accessible route. All operable parts, including coin*
*slots, shall be 40 inches ( 1016 mm) maximum above the finish floor.*

### Citation:

**2016 CBC 11B Section: 11B-603.5**

### As Built:

**Womens restroom
2127, the soap and
paper towel
dispensers are to
high.**




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #82 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 83

**Womens restroom 2127, the rear grab bar does not extend 24'' to the wide side.**

**The rear grab bar does not extend adequately past the toilet on the wide side.**

**The rear grab bar must be a minimum of 36 inches long and extend from the centerline of the toilet 12 inches minimum on wall side and 24 inches minimum on the wide side.**

**Grab bars shall be installed in a horizontal position, 33 inches minimum and 36 inches maximum above the finish floor measured to the top of the gripping surface and the space between the grab bar and the top of the tank shall be 1-1/2 inches minimum.**

*2016 CBC 11B Section 11B-604.5.2*
*The rear wall grab bar shall be 36 inches (914 mm) long minimum and extend from the centerline of the water closet 12 inches (305 mm) minimum The rear wall grab bar shall be 36 inches (914 mm) long minimum and extend from the centerline of the water closet 12 inches (305 mm) minimum.*

**Citation:**

**2016 CBC 11B Section: 11B-604.5.2**

**As Built:**

**Womens restroom 2127, the rear grab bar does not extend 24'' to the wide side.**





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #83 Additional Finding Photos**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 84

**Door 2124, The vision light is mounted at 53-1/2".**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

**Citation:**

**2016 CBC 11B Section: 11B-404.2.11**

**As Built:**

**Door 2124, The vision light is mounted at 53-1/2".**




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #84 Additional Finding Photos**



## Administration

## Finding: 85

**Door 2130, the vision light is mounted at 54-1/2'' AFF.**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-404.2.11** | **Door 2130, the vision light is mounted at 54-1/2'' AFF.** |




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #85 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 86

**Door 2130, the force required to open is 8 lbs.**

**The door exceeds the maximum pressure to open the door.**

**Interior doors shall have a maximum opening force of 5 pounds.**

**These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position. Door closers and gate closers shall be adjusted so that from an open position of 90 degrees, the time required to move the door to a position of 12 degrees from the latch is 5 seconds minimum.**

**Door and gate spring hinges shall be adjusted so that from the open position of 70 degrees, the door or gate shall move to the closed position in 1.5 seconds minimum.**

*2016 CBC 11B Section 11B-404.2.9*
*These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position.*

**Citation:**

**2016 CBC 11B Section: 11B-404.2.9**

**As Built:**

**Door 2130, the force required to open is 8 lbs.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #86 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 87

**Door 2008, vision light is mounted at 53-1/2" AFF.**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-404.2.11** | **Door 2008, vision light is mounted at 53-1/2" AFF.** |




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #87 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 88

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-404.2.11** | **Door 2008 vision light is mounted at 51" AFF.** |




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #88 Additional Finding Photos**



## Administration

### Finding: 89

**Door 2010 vision light is mounted 53-1/2'' AFF.**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-404.2.11** | **Door 2010 vision light is mounted 53-1/2'' AFF.** |

 

*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #89 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 90

**Door 2016 vision light is mounted 53-1/2'' AFF.**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-404.2.11** | **Door 2016 vision light is mounted 53-1/2'' AFF.** |




**Finding #90 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 91

**Door 2033A vision light is mounted at 53-1/2" AFF**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-404.2.11** | **Door 2033A vision light is mounted at 53-1/2" AFF.** |




**Finding #91 Additional Finding Photos**



## Administration

### Finding: 92

**Door 2019 vision light is mounted 53-1/2'' AFF.**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

### Citation:

**2016 CBC 11B Section: 11B-404.2.11**

### As Built:

**Door 2019 vision light is mounted 53-1/2'' AFF.**




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 93

Door 2020 vision light is mounted at 53-1/2'' AFF.The vision light panels (glazing/window) are mounted too high.

Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at leas

t one glazed panel located 43 inches maximum above the finish floor.

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

**Citation:**

**2016 CBC 11B Section: 11B-404.2.11**

**As Built:**

**Door 2020 vision light is mounted at 53-1/2'' AFF.**





## Administration

### Finding: 94

**Door 2037 vision light is mounted at 53-1/2" AFF.**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-404.2.11** | **Door 2037 vision light is mounted at 53-1/2" AFF.** |




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 95

**Door 2054 vision light is mounted at 53-1/2" AFF.**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-404.2.11** | **Door 2054 vision light is mounted at 53-1/2" AFF.** |




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #95 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 96

**Door 2104 vision light is mounted at 53-1/2" AFF.**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-404.2.11** | **Door 2104 vision light is mounted at 53-1/2" AFF.** |




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #96 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 97

**Door 2109 vision light is mounted at 53-1/2" AFF.**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

### Citation:

**2016 CBC 11B Section: 11B-404.2.11**

### As Built:

**Door 2109 vision light is mounted at 53-1/2" AFF.**




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #97 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 98

**Door 2111 vision light is mounted at 53-1/2" AFF.**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-404.2.11** | **Door 2111 vision light is mounted at 53-1/2" AFF.** |




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #98 Additional Finding Photos**



## Administration

### Finding: 99

**Restroom 2156, wall sign is missing.**

**A compliant room identification sign is missing on the strike side of the door.**

**Wall signs identifying permanent rooms and spaces of a building shall have be horizontal format and the characters raised 1/32 inch minimum and shall be sans serif uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Contracted Grade 2 Braille shall be in a horizontal format and shall be placed a minimum of 3/8 inch and a maximum of 1/2 inch directly below the tactile characters; flush left or centered. Signs with raised characters or Braille shall be located a minimum of 48 inches above the finish floor or ground surface, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

*2016 CBC 11B Section 11B-216.2*
*Interior and exterior signs identifying permanent rooms and spaces shall comply with Sections 11B-103.1, 11B-703.2, 11B-703.3 and 11B-703.5. Where pictograms are provided as designations of permanent rooms and spaces, the pictograms shall comply with Section 11 B- 103.6 and shall have text descriptors complying with Sections 11 B-703.2 and 11 B-703.5.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-216.2** | **Restroom 2156, wall sign is missing.** |

 

*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 100

**Restroom 2156, geometric symbol is missing.**

**The unisex geometric sign for the room is missing.**

**A circle, 1/4 inch thick and 12 inches in diameter with a 1/4 inch thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.**

*2016 CBC 11B Section 11B-703.7.2.6*
*Geometric symbols at entrances to toilet and bathing rooms shall be mounted at 58 inches (1473 mm) minimum and 60 inches (1524 mm) maximum above the finish floor or ground surface measured from the centerline of the symbol. Where a door is provided the symbol shall be mounted within 1 inch (25 mm) of the vertical centerline of the door.*

*2016 CBC 11B Section 11B-703.7.2.6.3*
*A circle, 1/4 inch (6.4 mm) thick and 12 inches (305 mm) in diameter with a 114 inch (6.4 mm) thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch (305 mm) diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch (6.4 mm) maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-703.7.2.6, 11B-703.7.2.6.3** | **Restroom 2156, geometric symbol is missing.** |




## Administration

## Finding: 101

**Restroom 2156, side grab bar is missing.**

**The side grab bar is missing.**

**Grab bars shall be installed in a horizontal position, 33 inches minimum and 36 inches maximum above the finish floor measured to the top of the gripping surface and the space between the grab bar and the top of any obstruction shall be 1-1/2 inches minimum.**

*2016 CBC 11B Section 11B-609.4*
*Grab bars shall be installed in a horizontal position, 33 inches (838 mm) minimum and 36 inches (914 mm) maximum above the finish floor measured to the top of the gripping surface, except that at water closets for children's use complying with Section 11 B-604.9, grab bars shall be installed in a horizontal position 18 inches (457 mm) minimum and 27 inches (686 mm) maximum above the finish floor measured to the top of the gripping surface. The height of the lower grab bar on the back wall of a bathtub shall comply with Section 11 B-601 .4.1.1 or 11B-607.4.2.1.*

**Citation:**                                          **As Built:**

**2016 CBC 11B Section: 11B-609.4**          Restroom 2156, side
                                                       grab bar is missing.

          

## Administration

### Finding: 102

**Restroom 2156,  plumbing under sink is not protected**

**The water and drain pipes under the lavatory are not adequately insulated.**

**Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.**

*2016 CBC 11B Section 11B-606.5*
*Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.*

### Citation:

**2016 CBC 11B Section: 11B-606.5**

### As Built:

**Restroom 2156,
plumbing under sink
is not protected.**




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #102 Additional Finding Photos**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 103

**Restroom 2156, paper towels and seat covers are mounted above the maximum hieght.**

**The paper towel dispenser's operation mechanism is too high off the floor.**

**Dispensers in restrooms must have operable parts a maximum of 40 inches above the floor.**

*2016 CBC 11B Section 11B-603.5*
*Where towel or sanitary napkin dispensers, waste receptacles, or other accessories are provided in toilet facilities, at least one of each type shall be located on an accessible route. All operable parts, including coin slots, shall be 40 inches ( 1016 mm) maximum above the finish floor.*

### Citation:

**2016 CBC 11B Section: 11B-603.5**

### As Built:

**Restroom 2156, paper towels and seat covers are mounted above the maximum hieght.**





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #103 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 104

**Door 2151 vision light is mounted at 44" AFF.**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-404.2.11** | **Door 2151 vision light is mounted at 44" AFF.** |




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 105

**Door 2151B vision light mounted at 50'' AFF.**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-404.2.11** | **Door 2151B vision light mounted at 50'' AFF.** |




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 106

**Door 2080 vision light is mounted at 44" AFF.**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

### Citation:

**2016 CBC 11B Section: 11B-404.2.11**

### As Built:

**Door 2080 vision light is mounted at 44" AFF.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Administration

### Finding: 107

**Door 2001, force required 10 lbs to open door.**

**The door exceeds the maximum pressure to open the door.**

**Interior doors shall have a maximum opening force of 5 pounds.**

**These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position. Door closers and gate closers shall be adjusted so that from an open position of 90 degrees, the time required to move the door to a position of 12 degrees from the latch is 5 seconds minimum.**

**Door and gate spring hinges shall be adjusted so that from the open position of 70 degrees, the door or gate shall move to the closed position in 1.5 seconds minimum.**

*2016 CBC 11B Section 11B-404.2.9*
*These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position.*

**Citation:**

**2016 CBC 11B Section: 11B-404.2.9**

**As Built:**

**Door 2001, force required 10 lbs to open door.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #107 Additional Finding Photos**



*Rock Mountain Correctional Facility   446 Alta Rd San Diego, CA 92179*

## Kitchen

### Finding: 108

**The kitchen is being remodeled construction in progress, not part of this report.**

*2016 CBC 11B Section Advisory*
*None*

**Citation:**

**2016 CBC 11B Section: Advisory**

**As Built:**

**The kitchen is being remodeled construction in progress, not part of this report.**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block A

### Finding: 109

**The entry to block A, The Fire Extinguisher cabinet projects more than 4 inches into the circulation path, at 37-1/2'' AFF.**

**The FE projects more than 4 inches into the circulation path.**

**Wall-mounted objects that have leading edges between 27 inches and 80 inches from the floor must not project more than 4 inches into the circulation path. Protruding objects that extend to the floor or within 27 inches of the floor are cane detectable and are therefore not hazardous. Where it is necessary or desirable to have objects protrude from the wall, a manner of cane detection must be provided.**

*2016 CBC 11B Section 11B-307.2*
*Objects with leading edges more than 27 inches (686 mm) and not more than 80 inches (2032 mm) above the finish floor or ground shall protrude 4 inches (102 mm) maximum horizontally into the circulation path.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-307.2** | **The entry to block A, The Fire Extinguisher cabinet projects more than 4 inches into the circulation path, at 37-1/2'' AFF.** |





**Finding #109 Additional Finding Photos**




## Block A

### Finding: 110

**The clear floor space only allows for a forward approach and the Fire Extinguisher is out of reach range at 55'' AFF..**

**The clear floor space only allows for a forward approach and the FE is out of reach range.**

**Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

**Citation:**

**2016 CBC 11B Section: 11B-308.2.1**

**As Built:**

**The clear floor space only allows for a forward approach and the Fire Extinguisher is out of reach range at 55'' AFF..**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block A

## Finding: 111

**The restroom in the multipurpose room is missing the compliant wall sign.**

**A compliant room identification sign is missing on the strike side of the door.**

**Wall signs identifying permanent rooms and spaces of a building shall have be horizontal format and the characters raised 1/32 inch minimum and shall be sans serif uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Contracted Grade 2 Braille shall be in a horizontal format and shall be placed a minimum of 3/8 inch and a maximum of 1/2 inch directly below the tactile characters; flush left or centered. Signs with raised characters or Braille shall be located a minimum of 48 inches above the finish floor or ground surface, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

*2016 CBC 11B Section 11B-216.2*
*Interior and exterior signs identifying permanent rooms and spaces shall comply with Sections 11B-103.1, 11B-703.2, 11B-703.3 and 11B-703.5. Where pictograms are provided as designations of permanent rooms and spaces, the pictograms shall comply with Section 11 B- 103.6 and shall have text descriptors complying with Sections 11 B-703.2 and 11 B-703.5.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-216.2** | **The restroom in the multipurpose room is missing the compliant wall sign.** |




*Rock Mountain Correctional Facility   446 Alta Rd San Diego, CA 92179*

## Block A

## Finding: 112

**The restroom in the multipurpose room is missing the compliant door symbol**

**The unisex geometric sign for the room is missing.**

**A circle, 1/4 inch thick and 12 inches in diameter with a 1/4 inch thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.**

*2016 CBC 11B Section 11B-703.7.2.6*
*Geometric symbols at entrances to toilet and bathing rooms shall be mounted at 58 inches (1473 mm) minimum and 60 inches (1524 mm) maximum above the finish floor or ground surface measured from the centerline of the symbol. Where a door is provided the symbol shall be mounted within 1 inch (25 mm) of the vertical centerline of the door.*

*2016 CBC 11B Section 11B-703.7.2.6.3*
*A circle, 1/4 inch (6.4 mm) thick and 12 inches (305 mm) in diameter with a 114 inch (6.4 mm) thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch (305 mm) diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch (6.4 mm) maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.*

## Citation:

**2016 CBC 11B Section: 11B-703.7.2.6, 11B-703.7.2.6.3**

## As Built:

**The restroom in the multipurpose room is missing the compliant door symbol.**




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block A

## Finding: 113

**Multipurpose room restroom rear grab bar is too high 38" AFF..**

**Grab bars shall be installed in a horizontal position, 33 inches minimum and 36 inches maximum above the finish floor measured to the top of the gripping surface and the space between the grab bar and the top of the tank shall be 1-1/2 inches minimum.**

*2016 CBC 11B Section 11B-609.4*
*Grab bars shall be installed in a horizontal position, 33 inches (838 mm) minimum and 36 inches (914 mm) maximum above the finish floor measured to the top of the gripping surface, except that at water closets for children's use complying with Section 11 B-604.9, grab bars shall be installed in a horizontal position 18 inches (457 mm) minimum and 27 inches (686 mm) maximum above the finish floor measured to the top of the gripping surface. The height of the lower grab bar on the back wall of a bathtub shall comply with Section 11 B-601 .4.1.1 or 11B-607.4.2.1.*

### Citation:

**2016 CBC 11B Section: 11B-609.4**

### As Built:

**Multipurpose room restroom rear grab bar is too high 38" AFF.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block A

## Finding: 114

**The restroom in the multipurpose room toilet paper dispenser is in the wrong location.**

**he toilet paper dispenser is not correctly located in front of the toilet.**

**Toilet tissue dispensers shall be located on the wall or partition closest to the water closet, 7 inches minimum and 9 inches maximum in front of the water closet measured to the centerline of the dispenser, mounted below the grab bar, with the outlet of the dispenser 19 inches minimum above the finish floor. There shall be a clearance of 1 1/2 inches minimum below the grab bar.**

*2016 CBC 11B Section 11B-604.7*
*Toilet paper dispensers shall comply with Section 11 B-309.4 and shall be 7 inches (178 mm) minimum and 9 inches (229 mm) maximum in front of the water closet measured to the centerline of the dispenser. The outlet of the dispenser shall be below the grab bar, 19 inches (483 mm) minimum above the finish floor and shall not be located behind grab bars. Dispensers shall not be of a type that controls delivery or that does not allow continuous paper flow.*

### Citation:

**2016 CBC 11B Section: 11B-604.7**

### As Built:

**The restroom in the multipurpose room toilet paper dispenser is in the wrong location.**





## Block A

## Finding: 115

**The restroom in the multipurpose room soap and paper towel dispenser is in the wrong location.**

**The paper towel dispenser and the soap dispenser are mounted too high.**

**Dispensers must have all operable parts a maximum of 40 inches above the floor.**

*2016 CBC 11B Section 11B-603.5*
*Where towel or sanitary napkin dispensers, waste receptacles, or other accessories are provided in toilet facilities, at least one of each type shall be located on an accessible route. All operable parts, including coin slots, shall be 40 inches ( 1016 mm) maximum above the finish floor.*

## Citation:

**2016 CBC 11B Section: 11B-603.5**

## As Built:

**The restroom in the multipurpose room soap and paper towel dispenser is in the wrong location.**





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #115 Additional Finding Photos**

 

## Block A

### Finding: 116

The barber shop interior the intercom button is at 50" AFF.

The clear floor space only allows for a forward approach and the intercom button is out of reach range.

Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-308.2.1** | **The barber shop interior the intercom button is at 50" AFF.** |




## Block A

## Finding: 117

The restroom adjacent to the nurses station, the rear grab bar is mounted at 38'' AFF.

The rear grab bar is too high.

Grab bars shall be installed in a horizontal position, 33 inches minimum and 36 inches maximum above the finish floor measured to the top of the gripping surface and the space between the grab bar and the top of the tank shall be 1-1/2 inches minimum.

*2016 CBC 11B Section 11B-609.4*
*Grab bars shall be installed in a horizontal position, 33 inches (838 mm) minimum and 36 inches (914 mm) maximum above the finish floor measured to the top of the gripping surface, except that at water closets for children's use complying with Section 11 B-604.9, grab bars shall be installed in a horizontal position 18 inches (457 mm) minimum and 27 inches (686 mm) maximum above the finish floor measured to the top of the gripping surface. The height of the lower grab bar on the back wall of a bathtub shall comply with Section 11 B-601 .4.1.1 or 11B-607.4.2.1.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-609.4** | **The restroom adjacent to the nurses station, the rear grab bar is mounted at 38'' AFF.** |





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #117 Additional Finding Photos**



## Block A

## Finding: 118

**The restroom adjacent to the nurses station, the Toilet paper dispenser is in the wrong location.**

**The toilet paper dispenser is not correctly located in front of the toilet.**

**Toilet tissue dispensers shall be located on the wall or partition closest to the water closet, 7 inches minimum and 9 inches maximum in front of the water closet measured to the centerline of the dispenser, mounted below the grab bar, with the outlet of the dispenser 19 inches minimum above the finish floor. There shall be a clearance of 1 1/2 inches minimum below the grab bar.**

*2016 CBC 11B Section 11B-604.7*
*Toilet paper dispensers shall comply with Section 11 B-309.4 and shall be 7 inches (178 mm) minimum and 9 inches (229 mm) maximum in front of the water closet measured to the centerline of the dispenser. The outlet of the dispenser shall be below the grab bar, 19 inches (483 mm) minimum above the finish floor and shall not be located behind grab bars. Dispensers shall not be of a type that controls delivery or that does not allow continuous paper flow.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-604.7** | **The restroom adjacent to the nurses station, the Toilet paper dispenser is in the wrong location.** |





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block A

### Finding: 119

**Block A, door 119A the vision light is mounted at 44-1/2".**

**The vision light panels (glazing/window) are mounted too high.**

**Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches maximum above the finish floor.**

*2016 CBC 11B Section 11B-404.2.11*
*Doors, gates, and side lights adjacent to doors or gates, containing one or more glazing panels that permit viewing through the panels shall have the bottom of at least one glazed panel located 43 inches (1092 mm) maximum above the finish floor.*

**Citation:**

**2016 CBC 11B Section: 11B-404.2.11**

**As Built:**

**Block A, door 119A the vision light is mounted at 44-1/2".**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #119 Additional Finding Photos**



*Rock Mountain Correctional Facility   446 Alta Rd San Diego, CA 92179*

## Block A

### Finding: 120

**Block A, door 119A requires a force of 15 lbs to open.**

**The door exceeds the maximum pressure to open the door.**

**Interior doors shall have a maximum opening force of 5 pounds.**

**These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position. Door closers and gate closers shall be adjusted so that from an open position of 90 degrees, the time required to move the door to a position of 12 degrees from the latch is 5 seconds minimum.**

**Door and gate spring hinges shall be adjusted so that from the open position of 70 degrees, the door or gate shall move to the closed position in 1.5 seconds minimum.**

*2016 CBC 11B Section 11B-404.2.9*
*These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position.*

### Citation:

**2016 CBC 11B Section: 11B-404.2.9**

### As Built:

**Block A, door 119A requires a force of 15 lbs to open.**





**Finding #120 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block A

### Finding: 121

**Block A has one cell with mobility features**

**There are not enough accessible cell for this facility.**

**Based on the total number of cells available at the time of our evaluation, the capacity of the jail/prison appears to be approximately (XXX) cells.**

**This includes both men and women's inmates and the various security levels. At least 3 percent, but no fewer than one, of the total number of cells in a facility shall provide mobility features.**

**This would equate to (XXX) cells required to provide mobility features from an overall facility perspective. The facility must also meet the dispersion requirements and provide cells with mobility features  in each classification level.**

*2016 CBC 11B Section 11B-232.2.1*
*At least 3 percent, but no fewer than one, of the total number of cells in a facility shall provide mobility features complying with Section 11 B-801 .2.*

**Citation:**                                    **As Built:**

**2016 CBC 11B Section: 11B-232.2.1**            **Block A has one cell**
                                                 **with mobility features.**



## Block A

## Finding: 122

**Block A mobility cell, the toilet paper is located in the wrong location.**

**The toilet paper dispenser is not correctly located in front of the toilet.**

**Toilet tissue dispensers shall be located on the wall or partition closest to the water closet, 7 inches minimum and 9 inches maximum in front of the water closet measured to the centerline of the dispenser, mounted below the grab bar, with the outlet of the dispenser 19 inches minimum above the finish floor. There shall be a clearance of 1 1/2 inches minimum below the grab bar.**

*2016 CBC 11B Section 11B-604.7*
*Toilet paper dispensers shall comply with Section 11 B-309.4 and shall be 7 inches (178 mm) minimum and 9 inches (229 mm) maximum in front of the water closet measured to the centerline of the dispenser. The outlet of the dispenser shall be below the grab bar, 19 inches (483 mm) minimum above the finish floor and shall not be located behind grab bars. Dispensers shall not be of a type that controls delivery or that does not allow continuous paper flow.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-604.7** | **Block A mobility cell, the toilet paper is located in the wrong location.** |





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block A

### Finding: 123

**Block A, the accessible shower stall is missing the seat.**

**The shower compartment is missing a folding seat.**

**A folding seat shall be provided in roll-in type showers. Seats shall comply with 11B-610.**

*2016 CBC 11B Section 11B-608.4*
*A folding seat shall be provided in roll-in type showers. Seats shall comply with 11B-610*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-608.4** | **Block A, the accessible shower stall is missing the seat.** |



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block A

## Finding: 124

**The clear floor space only allows for a forward approach and the (XX) is out of reach range.**

**Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

**Citation:**

**2016 CBC 11B Section: 11B-308.2.1**

**As Built:**

**Block A, the towel hook at the shower is mounted at 61" AFF.**





## Block A

## Finding: 125

**Block A stairway has open risers.**

**Open risers are not permitted.**

*2016 CBC 11B Section 11B-504.3*
*Open risers are not permitted.*

| | |
|---|---|
| **Citation:** | **As Built:** |
| **2016 CBC 11B Section: 11B-504.3** | **Block A stairway has open risers.** |




**Finding #125 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block A

### Finding: 126

**Block A, there are no cells with communication features.**

**There are not enough cells with the required communication features.**

**At least 2 percent, but no fewer than one, of the total number of general holding cells and general housing cells equipped with audible emergency alarm systems and permanently installed telephones within the cell shall provide communication features. Telephones, where provided within cells, shall have volume controls.**

*2016 CBC 11B Section 11B-232.2.2*
*At least 2 percent, but no fewer than one, of the total number of general holding cells and general housing cells equipped with audible emergency alarm systems and permanently installed telephones within the cell shall provide communication features complying with Section 11 B- 801.3.*

**Citation:**

**2016 CBC 11B Section: 11B-232.2.2**

**As Built:**

**Block A, there are no cells with communication features.**



## Block K

## Finding: 127

**Block K, entry the fire extinguisher cabinet projects more than 4'', 37 1/2'' AFF.**

**The Fire Extinguisher projects more than 4 inches into the circulation path.**

**Wall-mounted objects that have leading edges between 27 inches and 80 inches from the floor must not project more than 4 inches into the circulation path. Protruding objects that extend to the floor or within 27 inches of the floor are cane detectable and are therefore not hazardous. Where it is necessary or desirable to have objects protrude from the wall, a manner of cane detection must be provided.**

*2016 CBC 11B Section 11B-307.2*
*Objects with leading edges more than 27 inches (686 mm) and not more than 80 inches (2032 mm) above the finish floor or ground shall protrude 4 inches (102 mm) maximum horizontally into the circulation path.*

### Citation:

**2016 CBC 11B Section: 11B-307.2**

### As Built:

**Block K, entry the fire extinguisher cabinet projects more than 4'', 37 1/2'' AFF.**





**Finding #127 Additional Finding Photos**

 

*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block K

### Finding: 128

**Block K, the fire extinguisher handle is mounted 56" AFF.**

**The clear floor space only allows for a forward approach and the FE is out of reach range.**

**Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-308.2.1** | **Block K, the fire extinguisher handle is mounted 56" AFF.** |





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block K

## Finding: 129

**Block K multipurpose room, Restroom a compliant room identification sign is missing on the strike side of the door.**

**Wall signs identifying permanent rooms and spaces of a building shall have be horizontal format and the characters raised 1/32 inch minimum and shall be sans serif uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Contracted Grade 2 Braille shall be in a horizontal format and shall be placed a minimum of 3/8 inch and a maximum of 1/2 inch directly below the tactile characters; flush left or centered. Signs with raised characters or Braille shall be located a minimum of 48 inches above the finish floor or ground surface, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

*2016 CBC 11B Section 11B-216.2*
*Interior and exterior signs identifying permanent rooms and spaces shall comply with Sections 11B-103.1, 11B-703.2, 11B-703.3 and 11B-703.5. Where pictograms are provided as designations of permanent rooms and spaces, the pictograms shall comply with Section 11 B- 103.6 and shall have text descriptors complying with Sections 11 B-703.2 and 11 B-703.5.*

**Citation:**

**2016 CBC 11B Section: 11B-216.2**

**As Built:**

**Block K multipurpose room, Restroom a compliant room identification sign is missing on the strike side of the door.**





## Block K

## Finding: 130

**Block K multipurpose room, restroom  unisex geometric sign is missing.**

**The unisex geometric sign for the room is missing.**

**A circle, 1/4 inch thick and 12 inches in diameter with a 1/4 inch thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.**

*2016 CBC 11B Section 11B-703.7.2.6*
*Geometric symbols at entrances to toilet and bathing rooms shall be mounted at 58 inches (1473 mm) minimum and 60 inches (1524 mm) maximum above the finish floor or ground surface measured from the centerline of the symbol. Where a door is provided the symbol shall be mounted within 1 inch (25 mm) of the vertical centerline of the door.*

*2016 CBC 11B Section 11B-703.7.2.6.3*
*A circle, 1/4 inch (6.4 mm) thick and 12 inches (305 mm) in diameter with a 114 inch (6.4 mm) thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch (305 mm) diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch (6.4 mm) maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.*

## Citation:

**2016 CBC 11B Section: 11B-703.7.2.6, 11B-703.7.2.6.3**

## As Built:

**Block K multipurpose room, restroom unisex geometric sign is missing.**





## Block K

## Finding: 131

**Block K multipurpose room, restroom the rear grab bar is mounted 38" AFF.**

**The rear grab bar is too high.**

**Grab bars shall be installed in a horizontal position, 33 inches minimum and 36 inches maximum above the finish floor measured to the top of the gripping surface and the space between the grab bar and the top of the tank shall be 1-1/2 inches minimum.**

*2016 CBC 11B Section 11B-609.4*
*Grab bars shall be installed in a horizontal position, 33 inches (838 mm) minimum and 36 inches (914 mm) maximum above the finish floor measured to the top of the gripping surface, except that at water closets for children's use complying with Section 11 B-604.9, grab bars shall be installed in a horizontal position 18 inches (457 mm) minimum and 27 inches (686 mm) maximum above the finish floor measured to the top of the gripping surface. The height of the lower grab bar on the back wall of a bathtub shall comply with Section 11 B-601 .4.1.1 or 11B-607.4.2.1.*

**Citation:**

**2016 CBC 11B Section: 11B-609.4**

**As Built:**

**Block K multipurpose room, restroom the rear grab bar is mounted 38" AFF.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #131 Additional Finding Photos**



## Block K

### Finding: 132

**Block K multipurpose room, restroom the toilet psper dispenser is located in the wrong location.**

**The toilet paper dispenser is not correctly located in front of the toilet.**

**Toilet tissue dispensers shall be located on the wall or partition closest to the water closet, 7 inches minimum and 9 inches maximum in front of the water closet measured to the centerline of the dispenser, mounted below the grab bar, with the outlet of the dispenser 19 inches minimum above the finish floor. There shall be a clearance of 1 1/2 inches minimum below the grab bar.**

*2016 CBC 11B Section 11B-604.7*
*Toilet paper dispensers shall comply with Section 11 B-309.4 and shall be 7 inches (178 mm) minimum and 9 inches (229 mm) maximum in front of the water closet measured to the centerline of the dispenser. The outlet of the dispenser shall be below the grab bar, 19 inches (483 mm) minimum above the finish floor and shall not be located behind grab bars. Dispensers shall not be of a type that controls delivery or that does not allow continuous paper flow.*

**Citation:**

**2016 CBC 11B Section: 11B-604.7**

**As Built:**

**Block K multipurpose room, restroom the toilet psper dispenser is located in the wrong location.**





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block K

## Finding: 133

**Block K multipurpose room, restroom the soap & paper towel dispenser to high**

**The paper towel dispenser and the soap dispenser are mounted too high.**

**Dispensers must have all operable parts a maximum of 40 inches above the floor.**

*2016 CBC 11B Section 11B-603.5*
*Where towel or sanitary napkin dispensers, waste receptacles, or other accessories are provided in toilet facilities, at least one of each type shall be located on an accessible route. All operable parts, including coin slots, shall be 40 inches ( 1016 mm) maximum above the finish floor.*

### Citation:

**2016 CBC 11B Section: 11B-603.5**

### As Built:

**Block K multipurpose room, restroom the soap & paper towel dispenser to high.**





**Finding #133 Additional Finding Photos**

 

*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block K

### Finding: 134

Block K corridor, the hose bib measures 12" AFF.

The clear floor space only allows for a forward approach and the hose bib is out of reach range.

Where a forward reach is unobstructed, the low forward reach shall be 15 inches minimum above the finished floor.

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

**Citation:**

2016 CBC 11B Section: 11B-308.2.1

**As Built:**

Block K corridor, the hose bib measures 12" AFF.



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #134 Additional Finding Photos**



## Block K

## Finding: 135

**Block K Barber shop, the intercom call button is above the maximum reach range.**

**The clear floor space only allows for a forward approach and the intercom button is out of reach range.**

**Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

## Citation:

**2016 CBC 11B Section: 11B-308.2.1**

## As Built:

**Block K Barber shop, the intercom call button is above the maximum reach range.**





## Block K

### Finding: 136

**Block K restroom 517, the grab bars are mounted to high.**

**The rear grab bar is too high.**

**Grab bars shall be installed in a horizontal position, 33 inches minimum and 36 inches maximum above the finish floor measured to the top of the gripping surface and the space between the grab bar and the top of the tank shall be 1-1/2 inches minimum.**

*2016 CBC 11B Section 11B-609.4*
*Grab bars shall be installed in a horizontal position, 33 inches (838 mm) minimum and 36 inches (914 mm) maximum above the finish floor measured to the top of the gripping surface, except that at water closets for children's use complying with Section 11 B-604.9, grab bars shall be installed in a horizontal position 18 inches (457 mm) minimum and 27 inches (686 mm) maximum above the finish floor measured to the top of the gripping surface. The height of the lower grab bar on the back wall of a bathtub shall comply with Section 11 B-601 .4.1.1 or 11B-607.4.2.1.*

### Citation:

**2016 CBC 11B Section: 11B-609.4**

### As Built:

**Block K restroom 517, the grab bars are mounted to high.**





**Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179**

**Finding #136 Additional Finding Photos**

 

*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block K

### Finding: 137

**Block K stairways have open risers.**

**Open risers are not permitted.**

*2016 CBC 11B Section 11B-504.3*
*Open risers are not permitted.*

**Citation:**

**2016 CBC 11B Section: 11B-504.3**

**As Built:**

**Block K stairways have open risers.**





## Block K

## Finding: 138

**Block K shower is missing the seat.**

**The shower compartment is missing a folding seat.**

**A folding seat shall be provided in roll-in type showers. Seats shall comply with 11B-610.**

*2016 CBC 11B Section 11B-608.4*
*A folding seat shall be provided in roll-in type showers. Seats shall comply with 11B-610*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-608.4** | **Block K shower is missing the seat.** |



## Block K

### Finding: 139

**Block K shower entry has a threshold that measures 5/8"**

**The threshold is greater than 1/2 inch high.**

**The threshold at a doorway shall be no higher than 1/2 inch. Changes in level between 1/4 inch and 1/2 inch must be beveled at 1:2 or less. I/4 inch is the maximum vertical rise.**

*2016 CBC 11B Section 11B-404.2.5*
*Thresholds, if provided at doorways, shall be 1/ 2 inch (12.7 mm) high maximum. Raised thresholds and changes in level at doorways shall comply with Sections 11B-302 and 11B-303.*

### Citation:

**2016 CBC 11B Section: 11B-404.2.5**

### As Built:

**Block K shower entry has a threshold that measures 5/8".**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #139 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block K

### Finding: 140

**Block K table seating provides one accessible space.**

**There are not enough accessible tables. Based on the 64 seats provided, there must be a minimum of 3 wheel chair seating spaces.**

**At least 5% of the seating in each functional area must be accessible. An accessible table must be on an accessible route (36 inches minimum) and have knee spaces at least 27 inches high, 30 inches wide and 19 inches deep. The tops of tables and counters must be 28 inches to 34 inches from the floor or ground.**

*2016 CBC 11B Section 11B-226.1*
*Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with Section 11 B-902. In addition, where work surfaces are provided for use by other than employees, at least 5 percent shall comply with Section 11B-902.*

### Citation:

**2016 CBC 11B Section: 11B-226.1**

### As Built:

**Block K table seating provides one accessible space.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block B

### Finding: 141

**Block B entry corridor, the fire extinguisher cabinet projects 8" into walkway at 37-1/2" AFF.**

**The fire extinguisher projects more than 4 inches into the circulation path.**

**Wall-mounted objects that have leading edges between 27 inches and 80 inches from the floor must not project more than 4 inches into the circulation path. Protruding objects that extend to the floor or within 27 inches of the floor are cane detectable and are therefore not hazardous. Where it is necessary or desirable to have objects protrude from the wall, a manner of cane detection must be provided.**

*2016 CBC 11B Section 11B-307.2*
*Objects with leading edges more than 27 inches (686 mm) and not more than 80 inches (2032 mm) above the finish floor or ground shall protrude 4 inches (102 mm) maximum horizontally into the circulation path.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-307.2** | **Block B entry corridor, the fire extinguisher cabinet projects 8" into walkway at 37-1/2" AFF.** |




**Finding #141 Additional Finding Photos**

 

*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block B

### Finding: 142

**Block B Entry corridor, the fire extinguisher handle measures 54-1/2 " AFF.**

**The clear floor space only allows for a forward approach and the fire extinguisher is out of reach range.**

**Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-308.2.1** | **Block B Entry corridor, the fire extinguisher handle measures 54-1/2 " AFF.** |




## Block B

## Finding: 143

**Block B Law Library, restroom missing wall sign.**

**A compliant room identification sign is missing on the strike side of the door.**

**Wall signs identifying permanent rooms and spaces of a building shall have  be horizontal format and the characters raised 1/32 inch minimum and shall be sans serif uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Contracted Grade 2 Braille shall be in a horizontal format and shall be placed a minimum of 3/8 inch and a maximum of 1/2 inch directly below the tactile characters; flush left or centered. Signs with raised characters or Braille shall be located a minimum of 48 inches above the finish floor or ground surface, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

*2016 CBC 11B Section 11B-216.2*
*Interior and exterior signs identifying permanent rooms and spaces shall comply with Sections 11B-103.1, 11B-703.2, 11B-703.3 and 11B-703.5. Where pictograms are provided as designations of permanent rooms and spaces, the pictograms shall comply with Section 11 B- 103.6 and shall have text descriptors complying with Sections 11 B-703.2 and 11 B-703.5.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-216.2** | **Block B Law Library, restroom missing wall sign.** |





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #143 Additional Finding Photos**



## Block B

## Finding: 144

**Block B Law Library, restroom missing geometric sign.**

**The unisex geometric sign for the room is missing.**

**A circle, 1/4 inch thick and 12 inches in diameter with a 1/4 inch thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.**

*2016 CBC 11B Section 11B-703.7.2.6*
*Geometric symbols at entrances to toilet and bathing rooms shall be mounted at 58 inches (1473 mm) minimum and 60 inches (1524 mm) maximum above the finish floor or ground surface measured from the centerline of the symbol. Where a door is provided the symbol shall be mounted within 1 inch (25 mm) of the vertical centerline of the door.*

*2016 CBC 11B Section 11B-703.7.2.6.3*
*A circle, 1/4 inch (6.4 mm) thick and 12 inches (305 mm) in diameter with a 114 inch (6.4 mm) thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch (305 mm) diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch (6.4 mm) maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.*

## Citation:

**2016 CBC 11B Section: 11B-703.7.2.6, 11B-703.7.2.6.3**

## As Built:

**Block B Law Library, restroom missing geometric sign.**




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block B

## Finding: 145

**Block B Law Library, restroom toilet grab bars are mounted to high.**

**The rear grab bar is too high.**

**Grab bars shall be installed in a horizontal position, 33 inches minimum and 36 inches maximum above the finish floor measured to the top of the gripping surface and the space between the grab bar and the top of the tank shall be 1-1/2 inches minimum.**

*2016 CBC 11B Section 11B-609.4*
*Grab bars shall be installed in a horizontal position, 33 inches (838 mm) minimum and 36 inches (914 mm) maximum above the finish floor measured to the top of the gripping surface, except that at water closets for children's use complying with Section 11 B-604.9, grab bars shall be installed in a horizontal position 18 inches (457 mm) minimum and 27 inches (686 mm) maximum above the finish floor measured to the top of the gripping surface. The height of the lower grab bar on the back wall of a bathtub shall comply with Section 11 B-601 .4.1.1 or 11B-607.4.2.1.*

### Citation:

**2016 CBC 11B Section: 11B-609.4**

### As Built:

**Block B Law Library, restroom toilet grab bars are mounted to high.**





**Finding #145 Additional Finding Photos**

 

*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block B

### Finding: 146

**Block B Law Library, restroom toilet paper dispenser is in the wrong location.**

**The toilet paper dispenser is not correctly located in front of the toilet.**

**Toilet tissue dispensers shall be located on the wall or partition closest to the water closet, 7 inches minimum and 9 inches maximum in front of the water closet measured to the centerline of the dispenser, mounted below the grab bar, with the outlet of the dispenser 19 inches minimum above the finish floor. There shall be a clearance of 1 1/2 inches minimum below the grab bar. Dispensers shall not be of a type that controls delivery or that does not allow continuous paper flow.**

*2016 CBC 11B Section 11B-604.7*
*Toilet paper dispensers shall comply with Section 11 B-309.4 and shall be 7 inches (178 mm) minimum and 9 inches (229 mm) maximum in front of the water closet measured to the centerline of the dispenser. The outlet of the dispenser shall be below the grab bar, 19 inches (483 mm) minimum above the finish floor and shall not be located behind grab bars. Dispensers shall not be of a type that controls delivery or that does not allow continuous paper flow.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-604.7** | **Block B Law Library, restroom toilet paper dispenser is in the wrong location.** |





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block B

### Finding: 147

**Block B Law Library, restroom paper towel dispenser is to high.**

**The paper towel dispenser's operation mechanism is too high off the floor.**

**Dispensers in restrooms must have operable parts a maximum of 40 inches above the floor.**

*2016 CBC 11B Section 11B-603.5*
*Where towel or sanitary napkin dispensers, waste receptacles, or other accessories are provided in toilet facilities, at least one of each type shall be located on an accessible route. All operable parts, including coin slots, shall be 40 inches ( 1016 mm) maximum above the finish floor.*

### Citation:

**2016 CBC 11B Section: 11B-603.5**

### As Built:

**Block B Law Library, restroom paper towel dispenser is to high.**





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #147 Additional Finding Photos**



*Rock Mountain Correctional Facility    446 Alta Rd San Diego, CA 92179*

## Block B

### Finding: 148

**Block B Barbershop,intercom button is mounted to high.**

**The clear floor space only allows for a forward approach and the intercom button is out of reach range.**

**Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

### Citation:

**2016 CBC 11B Section: 11B-308.2.1**

### As Built:

**Block B Barbershop,intercom button is mounted to high.**





**Finding #148 Additional Finding Photos**




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block B

### Finding: 149

**Block B corridor, hose bib is mounted to low.**

**The clear floor space only allows for a forward approach and the hose bib is out of reach range.**

**Where a forward reach is unobstructed, the low forward reach shall be 15 inches minimum above the finished floor.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

**Citation:**

**2016 CBC 11B Section: 11B-308.2.1**

**As Built:**

**Block B corridor, hose bib is mounted to low.**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #149 Additional Finding Photos**



*Rock Mountain Correctional Facility   446 Alta Rd San Diego, CA 92179*

## Block B

## Finding: 150

**Block B corridor restroom, missing the wall sign**

**A compliant room identification sign is missing on the strike side of the door.**

**Wall signs identifying permanent rooms and spaces of a building shall have  be horizontal format and the characters raised 1/32 inch minimum and shall be sans serif uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Contracted Grade 2 Braille shall be in a horizontal format and shall be placed a minimum of 3/8 inch and a maximum of 1/2 inch directly below the tactile characters; flush left or centered. Signs with raised characters or Braille shall be located a minimum of 48 inches above the finish floor or ground surface, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

*2016 CBC 11B Section 11B-216.2*
*Interior and exterior signs identifying permanent rooms and spaces shall comply with Sections 11B-103.1, 11B-703.2, 11B-703.3 and 11B-703.5. Where pictograms are provided as designations of permanent rooms and spaces, the pictograms shall comply with Section 11 B- 103.6 and shall have text descriptors complying with Sections 11 B-703.2 and 11 B-703.5.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-216.2** | **Block B corridor restroom, missing the wall sign** |





## Block B

## Finding: 151

**Block B corridor restroom, missing the geometric door symbol.**

**The unisex geometric sign for the room is missing.**

**A circle, 1/4 inch thick and 12 inches in diameter with a 1/4 inch thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.**

*2016 CBC 11B Section 11B-703.7.2.6*
*Geometric symbols at entrances to toilet and bathing rooms shall be mounted at 58 inches (1473 mm) minimum and 60 inches (1524 mm) maximum above the finish floor or ground surface measured from the centerline of the symbol. Where a door is provided the symbol shall be mounted within 1 inch (25 mm) of the vertical centerline of the door.*

*2016 CBC 11B Section 11B-703.7.2.6.3*
*A circle, 1/4 inch (6.4 mm) thick and 12 inches (305 mm) in diameter with a 114 inch (6.4 mm) thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch (305 mm) diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch (6.4 mm) maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.*

## Citation:

**2016 CBC 11B Section: 11B-703.7.2.6,
11B-703.7.2.6.3**

## As Built:

**Block B corridor restroom, missing the geometric door symbol.**





## Block B

## Finding: 152

Block B corridor restroom, the rear grab bar is mounted to high

The rear grab bar is too high.

Grab bars shall be installed in a horizontal position, 33 inches minimum and 36 inches maximum above the finish floor measured to the top of the gripping surface and the space between the grab bar and the top of the tank shall be 1-1/2 inches minimum.

*2016 CBC 11B Section 11B-609.4*
*Grab bars shall be installed in a horizontal position, 33 inches (838 mm) minimum and 36 inches (914 mm) maximum above the finish floor measured to the top of the gripping surface, except that at water closets for children's use complying with Section 11 B-604.9, grab bars shall be installed in a horizontal position 18 inches (457 mm) minimum and 27 inches (686 mm) maximum above the finish floor measured to the top of the gripping surface. The height of the lower grab bar on the back wall of a bathtub shall comply with Section 11 B-601 .4.1.1 or 11B-607.4.2.1.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-609.4** | **Block B corridor restroom, the rear grab bar is mounted to high.** |




*Rock Mountain Correctional Facility   446 Alta Rd San Diego, CA 92179*

## Block B

### Finding: 153

**Block B corridor restroom, the toilet paper dispenser is in the wrong location.**

**The toilet paper dispenser is not correctly located in front of the toilet.**

**Toilet tissue dispensers shall be located on the wall or partition closest to the water closet, 7 inches minimum and 9 inches maximum in front of the water closet measured to the centerline of the dispenser, mounted below the grab bar, with the outlet of the dispenser 19 inches minimum above the finish floor. There shall be a clearance of 1 1/2 inches minimum below the grab bar. Dispensers shall not be of a type that controls delivery or that does not allow continuous paper flow.**

*2016 CBC 11B Section 11B-604.7*
*Toilet paper dispensers shall comply with Section 11 B-309.4 and shall be 7 inches (178 mm) minimum and 9 inches (229 mm) maximum in front of the water closet measured to the centerline of the dispenser. The outlet of the dispenser shall be below the grab bar, 19 inches (483 mm) minimum above the finish floor and shall not be located behind grab bars. Dispensers shall not be of a type that controls delivery or that does not allow continuous paper flow.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-604.7** | **Block B corridor restroom, the toilet paper dispenser is in the wrong location.** |




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block B

### Finding: 154

**Block B corridor restroom, the intercom button is to high.**

**The clear floor space only allows for a forward approach and the intercom button is out of reach range.**

**Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

**Citation:**

**2016 CBC 11B Section: 11B-308.2.1**

**As Built:**

**Block B corridor restroom, the intercom button is to high.**





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block B

## Finding: 155

**Block B corridor restroom, the toilet paper dispenser is in the wrong locaton.**

**The toilet paper dispenser is not correctly located in front of the toilet.**

**Toilet tissue dispensers shall be located on the wall or partition closest to the water closet, 7 inches minimum and 9 inches maximum in front of the water closet measured to the centerline of the dispenser, mounted below the grab bar, with the outlet of the dispenser 19 inches minimum above the finish floor. There shall be a clearance of 1 1/2 inches minimum below the grab bar. Dispensers shall not be of a type that controls delivery or that does not allow continuous paper flow.**

*2016 CBC 11B Section 11B-604.7*
*Toilet paper dispensers shall comply with Section 11 B-309.4 and shall be 7 inches (178 mm) minimum and 9 inches (229 mm) maximum in front of the water closet measured to the centerline of the dispenser. The outlet of the dispenser shall be below the grab bar, 19 inches (483 mm) minimum above the finish floor and shall not be located behind grab bars. Dispensers shall not be of a type that controls delivery or that does not allow continuous paper flow.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-604.7** | **Block B corridor restroom, the toilet paper dispenser is in the wrong locaton.** |




## Block B

### Finding: 156

**Block B section a, table seating does not provide enough acessible seats**

**There are no accessible tables.**

**At least 5% of each type in each functional area of dining surfaces must be accessible and must be dispersed throughout the space or facility containing dining surfaces. An accessible table must be on an accessible route (36 inches minimum) and have knee and toe spaces at least 27 inches high, 30 inches wide and 19 inches deep. The tops of tables and counters shall be 28 inches to 34 inches from the floor or ground.**

*2016 CBC 11B Section 11B-226.1*
*Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with Section 11 B-902. In addition, where work surfaces are provided for use by other than employees, at least 5 percent shall comply with Section 11B-902.*

### Citation:

**2016 CBC 11B Section: 11B-226.1**

### As Built:

**Block B section a, table seating does not provide enough acessible seats.**




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block B

### Finding: 157

**Block B section a, stairs have open risers.**

**Open risers are not permitted.**

*2016 CBC 11B Section 11B-504.3*
*Open risers are not permitted.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-504.3** | **Block B section a, stairs have open risers.** |





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #157 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block B

### Finding: 158

**Block B section a, shower threshold measures 1/2'' verticle.**

**The threshold contains changes in level greater than 1/4 inch.**

**1/4 inch is the maximum vertical rise. Changes in level between 1/4 inch and 1/2 inch must be beveled at 1:2 or less. Changes in level greater than 1/2 inch must be by way of a ramp.**

*2016 CBC 11B Section 11B-303.3*
*Changes in level between 1/4 inch (6.4 mm) high minimum and 1/2 inch (12.7 mm) high maximum shall be beveled with a slope not steeper than 1:2.*

### Citation:

**2016 CBC 11B Section: 11B-303.3**

### As Built:

**Block B section a, shower threshold measures 1/2'' verticle.**



**Finding #158 Additional Finding Photos**



## Block B

### Finding: 159

**Block B section b, shower does not have the required seat.**

**The shower compartment is missing a folding seat.**

**A folding seat shall be provided in roll-in type showers. Seats shall comply with 11B-610.**

*2016 CBC 11B Section 11B-608.4*
*A folding seat shall be provided in roll-in type showers. Seats shall comply with 11B-610*

### Citation:

**2016 CBC 11B Section: 11B-608.4**

### As Built:

**Block B section b, shower does not have the required seat.**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #159 Additional Finding Photos**



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block B

### Finding: 160

**Block B section b, the towel hook at the shower is mounted to high**

**The clear floor space only allows for a forward approach and the towel hook is out of reach range.**

**Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-308.2.1** | **Block B section b, the towel hook at the shower is mounted to high** |





**Finding #160 Additional Finding Photos**




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block B

### Finding: 161

**Block B section c, the stairs have open risers.**

**Open risers are not permitted.**

*2016 CBC 11B Section 11B-504.3*
*Open risers are not permitted.*

| | |
|---|---|
| **Citation:** | **As Built:** |
| **2016 CBC 11B Section: 11B-504.3** | **Block B section c, the stairs have open risers.** |





Open Rises Not Permitted

## Block B

### Finding: 162

**Block B section c, the tables do not provide enough accessible seats.**

**There are no accessible tables.**

**At least 5% of each type in each functional area of dining surfaces must be accessible and must be dispersed throughout the space or facility containing dining surfaces. An accessible table must be on an accessible route (36 inches minimum) and have knee and toe spaces at least 27 inches high, 30 inches wide and 19 inches deep. The tops of tables and counters shall be 28 inches to 34 inches from the floor or ground.**

*2016 CBC 11B Section 11B-226.1*
*Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with Section 11 B-902. In addition, where work surfaces are provided for use by other than employees, at least 5 percent shall comply with Section 11B-902.*

### Citation:

**2016 CBC 11B Section: 11B-226.1**

### As Built:

**Block B section c, the tables do not provide enough accessible seats.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block B

## Finding: 163

**Block B section c, the shower does not provide seat.**

**The shower compartment is missing a folding seat.**

**A folding seat shall be provided in roll-in type showers. Seats shall comply with 11B-610.**

*2016 CBC 11B Section 11B-608.4*
*A folding seat shall be provided in roll-in type showers. Seats shall comply with 11B-610*

| Citation: | As Built: |
|-----------|-----------|
| **2016 CBC 11B Section: 11B-608.4** | **Block B section c, the shower does not provide seat.** |



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block B

## Finding: 164

**Block B section c, the shower does not have grab bars.**

**The grab bar is not positioned correctly.**

**Grab bars shall be installed in a horizontal position, 33 inches minimum and 36 inches maximum above the finish floor measured to the top of the gripping surface and the space between the grab bar and projecting objects below and at the ends shall be 1-1/2 inches minimum.**

*2016 CBC 11B Section 11B-609.4*
*Grab bars shall be installed in a horizontal position, 33 inches (838 mm) minimum and 36 inches (914 mm) maximum above the finish floor measured to the top of the gripping surface, except that at water closets for children's use complying with Section 11 B-604.9, grab bars shall be installed in a horizontal position 18 inches (457 mm) minimum and 27 inches (686 mm) maximum above the finish floor measured to the top of the gripping surface. The height of the lower grab bar on the back wall of a bathtub shall comply with Section 11 B-601 .4.1.1 or 11B-607.4.2.1.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-609.4** | **Block B section c, the shower does not have grab bars.** |



*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block B

## Finding: 165

Block B section c, the shower threshold is greater than 1/4'' verticle.

The threshold contains changes in level greater than 1/4 inch.

1/4 inch is the maximum vertical rise. Changes in level between 1/4 inch and 1/2 inch must be beveled at 1:2 or less. Changes in level greater than 1/2 inch must be by way of a ramp.

*2016 CBC 11B Section 11B-303.3*
*Changes in level between 1/4 inch (6.4 mm) high minimum and 1/2 inch (12.7 mm) high maximum shall be beveled with a slope not steeper than 1:2.*

### Citation:

**2016 CBC 11B Section: 11B-303.3**

### As Built:

Block B section c, the shower threshold is greater than 1/4'' verticle.



**Finding #165 Additional Finding Photos**



## Block C

### Finding: 166

**Block C, the fire extinguisher cabinet projects 8 '' at 37-1/2''AFF.**

**The FE projects more than 4 inches into the circulation path.**

**Wall-mounted objects that have leading edges between 27 inches and 80 inches from the floor must not project more than 4 inches into the circulation path. Protruding objects that extend to the floor or within 27 inches of the floor are cane detectable and are therefore not hazardous. Where it is necessary or desirable to have objects protrude from the wall, a manner of cane detection must be provided.**

*2016 CBC 11B Section 11B-307.2*
*Objects with leading edges more than 27 inches (686 mm) and not more than 80 inches (2032 mm) above the finish floor or ground shall protrude 4 inches (102 mm) maximum horizontally into the circulation path.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-307.2** | **Block C, the fire extinguisher cabinet projects 8 '' at 37-1/2''AFF.** |




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #166 Additional Finding Photos**



## Block C

## Finding: 167

**Block C, multipurpose room restroom missing the compliant wall sign**

**A compliant room identification sign is missing on the strike side of the door. Recommend "All-Gender" as the replacement.**

**As a result of the enactment of Assembly Bill 1732 (Chapter 818, Statutes of 2016) the following is required effective March 1, 2017: All single-user toilet facilities in any business establishment, place of public accommodation, or state or local government agency shall be identified as "all-gender" toilet facilities. "Single-user toilet facility" means a toilet facility with no more than one water closet and one urinal with a locking mechanism controlled by the user. This shall become operative on March 1, 2017.**

*2016 CBC 11B Section Advisory*
*None*

**Citation:**

**2016 CBC 11B Section: Advisory**

**As Built:**

**Block C, multipurpose room restroom missing the compliant wall sign.**




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block C

### Finding: 168

**Block C, multipurpose room restroom missing the geometric shape door sign.**

**The unisex geometric sign for the room is missing.**

**A circle, 1/4 inch thick and 12 inches in diameter with a 1/4 inch thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.**

*2016 CBC 11B Section 11B-703.7.2.6*
*Geometric symbols at entrances to toilet and bathing rooms shall be mounted at 58 inches (1473 mm) minimum and 60 inches (1524 mm) maximum above the finish floor or ground surface measured from the centerline of the symbol. Where a door is provided the symbol shall be mounted within 1 inch (25 mm) of the vertical centerline of the door.*

*2016 CBC 11B Section 11B-703.7.2.6.3*
*A circle, 1/4 inch (6.4 mm) thick and 12 inches (305 mm) in diameter with a 114 inch (6.4 mm) thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch (305 mm) diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch (6.4 mm) maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.*

### Citation:

**2016 CBC 11B Section: 11B-703.7.2.6, 11B-703.7.2.6.3**

### As Built:

**Block C, multipurpose room restroom missing the geometric shape door sign.**




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block C

## Finding: 169

**Block C, multipurpose room restroom the rear grab bar is to high.**

**The rear grab bar is too high.**

**Grab bars shall be installed in a horizontal position, 33 inches minimum and 36 inches maximum above the finish floor measured to the top of the gripping surface and the space between the grab bar and the top of the tank shall be 1-1/2 inches minimum.**

*2016 CBC 11B Section 11B-609.4*
*Grab bars shall be installed in a horizontal position, 33 inches (838 mm) minimum and 36 inches (914 mm) maximum above the finish floor measured to the top of the gripping surface, except that at water closets for children's use complying with Section 11 B-604.9, grab bars shall be installed in a horizontal position 18 inches (457 mm) minimum and 27 inches (686 mm) maximum above the finish floor measured to the top of the gripping surface. The height of the lower grab bar on the back wall of a bathtub shall comply with Section 11 B-601 .4.1.1 or 11B-607.4.2.1.*

### Citation:

**2016 CBC 11B Section: 11B-609.4**

### As Built:

**Block C, multipurpose room restroom the rear grab bar is to high.**





## Block C

## Finding: 170

Block C, multipurpose room restroom the toilet paper dispenser is in the wrong location.

The toilet paper dispenser is not correctly located in front of the toilet.

Toilet tissue dispensers shall be located on the wall or partition closest to the water closet, 7 inches minimum and 9 inches maximum in front of the water closet measured to the centerline of the dispenser, mounted below the grab bar, with the outlet of the dispenser 19 inches minimum above the finish floor. There shall be a clearance of 1 1/2 inches minimum below the grab bar. Dispensers shall not be of a type that controls delivery or that does not allow continuous paper flow.

*2016 CBC 11B Section 11B-604.7*
*Toilet paper dispensers shall comply with Section 11 B-309.4 and shall be 7 inches (178 mm) minimum and 9 inches (229 mm) maximum in front of the water closet measured to the centerline of the dispenser. The outlet of the dispenser shall be below the grab bar, 19 inches (483 mm) minimum above the finish floor and shall not be located behind grab bars. Dispensers shall not be of a type that controls delivery or that does not allow continuous paper flow.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-604.7** | **Block C, multipurpose room restroom the toilet paper dispenser is in the wrong location.** |





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block C

### Finding: 171

**Block C, multipurpose room restroom the paper towel & soap dispensers are mounted to high.**

**The paper towel dispenser and the soap dispenser are mounted too high.**

**Dispensers must have all operable parts a maximum of 40 inches above the floor.**

*2016 CBC 11B Section 11B-603.5*
*Where towel or sanitary napkin dispensers, waste receptacles, or other accessories are provided in toilet facilities, at least one of each type shall be located on an accessible route. All operable parts, including coin slots, shall be 40 inches ( 1016 mm) maximum above the finish floor.*

### Citation:

**2016 CBC 11B Section: 11B-603.5**

### As Built:

**Block C, multipurpose room restroom the paper towel & soap dispensers are mounted to high.**





**Finding #171 Additional Finding Photos**

 

*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block C

### Finding: 172

**Block C, Barbershop intercom button is mounted at 49-3/4'' AFF.**

**The clear floor space only allows for a forward approach and the intercom button is out of reach range.**

**Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

### Citation:

**2016 CBC 11B Section: 11B-308.2.1**

### As Built:

**Block C, Barbershop intercom button is mounted at 49-3/4'' AFF.**




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block C

### Finding: 173

**Block C, corridor hose bib is mounted below the reach range.**

**The clear floor space only allows for a forward approach and the intercom button is out of reach range.**

**Where a forward reach is unobstructed, the low forward reach shall be 15 inches minimum above the finished floor.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

**Citation:**

**2016 CBC 11B Section: 11B-308.2.1**

**As Built:**

**Block C, corridor hose bib is mounted below the reach range.**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #173 Additional Finding Photos**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block C

## Finding: 174

**Block C, corridor restroom is missing the wall sign.**

**A compliant room identification sign is missing on the strike side of the door.**

**Wall signs identifying permanent rooms and spaces of a building shall have be horizontal format and the characters raised 1/32 inch minimum and shall be sans serif uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Contracted Grade 2 Braille shall be in a horizontal format and shall be placed a minimum of 3/8 inch and a maximum of 1/2 inch directly below the tactile characters; flush left or centered. Signs with raised characters or Braille shall be located a minimum of 48 inches above the finish floor or ground surface, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

*2016 CBC 11B Section 11B-216.2*
*Interior and exterior signs identifying permanent rooms and spaces shall comply with Sections 11B-103.1, 11B-703.2, 11B-703.3 and 11B-703.5. Where pictograms are provided as designations of permanent rooms and spaces, the pictograms shall comply with Section 11 B- 103.6 and shall have text descriptors complying with Sections 11 B-703.2 and 11 B-703.5.*

### Citation:

**2016 CBC 11B Section: 11B-216.2**

### As Built:

**Block C, corridor restroom is missing the wall sign.**





## Block C

## Finding: 175

**Block C, corridor restroom is missing the geometric door sign.**

**The unisex geometric sign for the room is missing.**

**A circle, 1/4 inch thick and 12 inches in diameter with a 1/4 inch thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.**

*2016 CBC 11B Section 11B-703.7.2.6*
*Geometric symbols at entrances to toilet and bathing rooms shall be mounted at 58 inches (1473 mm) minimum and 60 inches (1524 mm) maximum above the finish floor or ground surface measured from the centerline of the symbol. Where a door is provided the symbol shall be mounted within 1 inch (25 mm) of the vertical centerline of the door.*

*2016 CBC 11B Section 11B-703.7.2.6.3*
*A circle, 1/4 inch (6.4 mm) thick and 12 inches (305 mm) in diameter with a 114 inch (6.4 mm) thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch (305 mm) diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch (6.4 mm) maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.*

## Citation:

**2016 CBC 11B Section: 11B-703.7.2.6, 11B-703.7.2.6.3**

## As Built:

**Block C, corridor restroom is missing the geometric door sign.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block C

## Finding: 176

**Block C, corridor restroom the rear grab bar is to high.**

**The rear grab bar is too high.**

**Grab bars shall be installed in a horizontal position, 33 inches minimum and 36 inches maximum above the finish floor measured to the top of the gripping surface and the space between the grab bar and the top of the tank shall be 1-1/2 inches minimum.**

*2016 CBC 11B Section 11B-609.4*
*Grab bars shall be installed in a horizontal position, 33 inches (838 mm) minimum and 36 inches (914 mm) maximum above the finish floor measured to the top of the gripping surface, except that at water closets for children's use complying with Section 11 B-604.9, grab bars shall be installed in a horizontal position 18 inches (457 mm) minimum and 27 inches (686 mm) maximum above the finish floor measured to the top of the gripping surface. The height of the lower grab bar on the back wall of a bathtub shall comply with Section 11 B-601 .4.1.1 or 11B-607.4.2.1.*

### Citation:

**2016 CBC 11B Section: 11B-609.4**

### As Built:

**Block C, corridor restroom the rear grab bar is to high.**





## Block C

### Finding: 177

**Block C, corridor restroom the intercom button is to high.**

**The clear floor space only allows for a forward approach and the intercom button is out of reach range.**

**Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

**Citation:**

**2016 CBC 11B Section: 11B-308.2.1**

**As Built:**

**Block C, corridor restroom the intercom button is to high.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #177 Additional Finding Photos**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block C

### Finding: 178

Block C, corridor door 319A requires 20 lbs of force to open.

The door exceeds the maximum pressure to open the door.

Interior doors shall have a maximum opening force of 5 pounds.

These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position. Door closers and gate closers shall be adjusted so that from an open position of 90 degrees, the time required to move the door to a position of 12 degrees from the latch is 5 seconds minimum.

Door and gate spring hinges shall be adjusted so that from the open position of 70 degrees, the door or gate shall move to the closed position in 1.5 seconds minimum.

*2016 CBC 11B Section 11B-404.2.9*
*These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position.*

**Citation:**

2016 CBC 11B Section: 11B-404.2.9

**As Built:**

Block C, corridor door
319A requires 20 lbs
of force to open.





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #178 Additional Finding Photos**



## Block C

### Finding: 179

**Block C section a, the tables do not provide enough accessible seating.**

**There are no accessible tables.**

**At least 5% of each type in each functional area of dining surfaces must be accessible and must be dispersed throughout the space or facility containing dining surfaces. An accessible table must be on an accessible route (36 inches minimum) and have knee and toe spaces at least 27 inches high, 30 inches wide and 19 inches deep. The tops of tables and counters shall be 28 inches to 34 inches from the floor or ground.**

*2016 CBC 11B Section 11B-226.1*
*Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with Section 11 B-902. In addition, where work surfaces are provided for use by other than employees, at least 5 percent shall comply with Section 11B-902.*

### Citation:

**2016 CBC 11B Section: 11B-226.1**

### As Built:

**Block C section a, the tables do not provide enough accessible seating.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block C

### Finding: 180

**Block C section a, the stairs have open risers.**

**Open risers are not permitted.**

*2016 CBC 11B Section 11B-504.3*
*Open risers are not permitted.*

**Citation:**

**2016 CBC 11B Section: 11B-504.3**

**As Built:**

**Block C section a, the stairs have open risers.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block C

## Finding: 181

**Block C section a, the shower is missing the required seat.**

**The shower compartment is missing a folding seat.**

**A folding seat shall be provided in roll-in type showers. Seats shall comply with 11B-610.**

*2016 CBC 11B Section 11B-608.4*
*A folding seat shall be provided in roll-in type showers. Seats shall comply with 11B-610*

### Citation:

**2016 CBC 11B Section: 11B-608.4**

### As Built:

**Block C section a, the shower is missing the required seat.**



02.12.2019

*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block C

## Finding: 182

**Block C section a, the shower is missing the required grab bars**

**The grab bar is not positioned correctly.**

**Grab bars shall be installed in a horizontal position, 33 inches minimum and 36 inches maximum above the finish floor measured to the top of the gripping surface and the space between the grab bar and projecting objects below and at the ends shall be 1-1/2 inches minimum.**

*2016 CBC 11B Section 11B-609.4*
*Grab bars shall be installed in a horizontal position, 33 inches (838 mm) minimum and 36 inches (914 mm) maximum above the finish floor measured to the top of the gripping surface, except that at water closets for children's use complying with Section 11 B-604.9, grab bars shall be installed in a horizontal position 18 inches (457 mm) minimum and 27 inches (686 mm) maximum above the finish floor measured to the top of the gripping surface. The height of the lower grab bar on the back wall of a bathtub shall comply with Section 11 B-601 .4.1.1 or 11B-607.4.2.1.*

| **Citation:** | **As Built:** |
|---|---|
| **2016 CBC 11B Section: 11B-609.4** | **Block C section a, the shower is missing the required grab bars.** |



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block C

## Finding: 183

**Block C section a, the shower threshold is greater than 1/2"..**

**The threshold contains changes in level greater than 1/4 inch.**

**1/4 inch is the maximum vertical rise. Changes in level between 1/4 inch and 1/2 inch must be beveled at 1:2 or less. Changes in level greater than 1/2 inch must be by way of a ramp.**

*2016 CBC 11B Section 11B-303.3*
*Changes in level between 1/4 inch (6.4 mm) high minimum and 1/2 inch (12.7 mm) high maximum shall be beveled with a slope not steeper than 1:2.*

### Citation:

**2016 CBC 11B Section: 11B-303.3**

### As Built:

**Block C section a, the shower threshold is greater than 1/2"..**



**Finding #183 Additional Finding Photos**



## Block C

### Finding: 184

**There are no accessible tables.**

**At least 5% of each type in each functional area of dining surfaces must be accessible and must be dispersed throughout the space or facility containing dining surfaces. An accessible table must be on an accessible route (36 inches minimum) and have knee and toe spaces at least 27 inches high, 30 inches wide and 19 inches deep. The tops of tables and counters shall be 28 inches to 34 inches from the floor or ground.**

*2016 CBC 11B Section 11B-226.1*
*Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with Section 11 B-902. In addition, where work surfaces are provided for use by other than employees, at least 5 percent shall comply with Section 11B-902.*

### Citation:

**2016 CBC 11B Section: 11B-226.1**

### As Built:

**Block C section b,
The tables do not
provide the required
minimum of
accessible seating.**




*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

## Block C

### Finding: 185

**Block C section b, the stairways have open risers**

**Open risers are not permitted.**

*2016 CBC 11B Section 11B-504.3*
*Open risers are not permitted.*

**Citation:**

**2016 CBC 11B Section: 11B-504.3**

**As Built:**

**Block C section b, the stairways have open risers.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block C

### Finding: 186

Block C section b, the shower does not have the required seat.

The shower compartment is missing a folding seat.

A folding seat shall be provided in roll-in type showers. Seats shall comply with 11B-610.

*2016 CBC 11B Section 11B-608.4*
*A folding seat shall be provided in roll-in type showers. Seats shall comply with 11B-610*

### Citation:

2016 CBC 11B Section: 11B-608.4

### As Built:

Block C section b, the shower does not have the required seat.



## Block C

## Finding: 187

**Block C section b, the shower has a threshold of greater than 1/2" verticle..**

**The threshold contains changes in level greater than 1/4 inch.**

**1/4 inch is the maximum vertical rise. Changes in level between 1/4 inch and 1/2 inch must be beveled at 1:2 or less. Changes in level greater than 1/2 inch must be by way of a ramp.**

*2016 CBC 11B Section 11B-303.3*
*Changes in level between 1/4 inch (6.4 mm) high minimum and 1/2 inch (12.7 mm) high maximum shall be beveled with a slope not steeper than 1:2.*

### Citation:

**2016 CBC 11B Section: 11B-303.3**

### As Built:

**Block C section b, the shower has a threshold of greater than 1/2" verticle..**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #187 Additional Finding Photos**



## Block C

### Finding: 188

**Block C section c, the tables do not provide enough accessible seating.**

**There are no accessible tables.**

**At least 5% of each type in each functional area of dining surfaces must be accessible and must be dispersed throughout the space or facility containing dining surfaces. An accessible table must be on an accessible route (36 inches minimum) and have knee and toe spaces at least 27 inches high, 30 inches wide and 19 inches deep. The tops of tables and counters shall be 28 inches to 34 inches from the floor or ground.**

*2016 CBC 11B Section 11B-226.1*
*Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with Section 11 B-902. In addition, where work surfaces are provided for use by other than employees, at least 5 percent shall comply with Section 11B-902.*

### Citation:

**2016 CBC 11B Section: 11B-226.1**

### As Built:

**Block C section c, the tables do not provide enough accessible seating.**




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block C

## Finding: 189

**Block C section c, the stairways have open risers**

**Open risers are not permitted.**

*2016 CBC 11B Section 11B-504.3*
*Open risers are not permitted.*

### Citation:

**2016 CBC 11B Section: 11B-504.3**

### As Built:

**Block C section c, the stairways have open risers.**





## Block C

## Finding: 190

**Block C section c, the shower is missing the required seat.**

**The shower compartment is missing a folding seat.**

**A folding seat shall be provided in roll-in type showers. Seats shall comply with 11B-610.**

*2016 CBC 11B Section 11B-608.4*
*A folding seat shall be provided in roll-in type showers. Seats shall comply with 11B-610*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-608.4** | **Block C section c, the shower is missing the required seat.** |



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block C

### Finding: 191

**Block C section c, the shower threshold is greater than 1/2'' verticle**

**The threshold contains changes in level greater than 1/4 inch.**

**1/4 inch is the maximum vertical rise. Changes in level between 1/4 inch and 1/2 inch must be beveled at 1:2 or less. Changes in level greater than 1/2 inch must be by way of a ramp.**

*2016 CBC 11B Section 11B-303.3*
*Changes in level between 1/4 inch (6.4 mm) high minimum and 1/2 inch (12.7 mm) high maximum shall be beveled with a slope not steeper than 1:2.*

**Citation:**

**2016 CBC 11B Section: 11B-303.3**

**As Built:**

**Block C section c, the shower threshold is greater than 1/2'' verticle..**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #191 Additional Finding Photos**



## Block D

### Finding: 192

**Block D, the fire extinguisher cabinet projects 8" at 37-1/2" AFF.**

**The fire extinguisher projects more than 4 inches into the circulation path.**

**Wall-mounted objects that have leading edges between 27 inches and 80 inches from the floor must not project more than 4 inches into the circulation path. Protruding objects that extend to the floor or within 27 inches of the floor are cane detectable and are therefore not hazardous. Where it is necessary or desirable to have objects protrude from the wall, a manner of cane detection must be provided.**

*2016 CBC 11B Section 11B-307.2*
*Objects with leading edges more than 27 inches (686 mm) and not more than 80 inches (2032 mm) above the finish floor or ground shall protrude 4 inches (102 mm) maximum horizontally into the circulation path.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-307.2** | **Block D, the fire extinguisher cabinet projects 8" at 37-1/2" AFF.** |





**Finding #192 Additional Finding Photos**



## Block D

### Finding: 193

**Block D, the fire extinguisher handle is mounted at 54" AFF.**

**The clear floor space only allows for a forward approach and the fire extinguisher is out of reach range.**

**Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

### Citation:

**2016 CBC 11B Section: 11B-308.2.1**

### As Built:

**Block D, the fire extinguisher handle is mounted at 54" AFF.**





**Finding #193 Additional Finding Photos**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block D

## Finding: 194

**Block D, multipurpose room restroom is missing the required wall sign.**

**A compliant room identification sign is missing on the strike side of the door.**

**Wall signs identifying permanent rooms and spaces of a building shall have be horizontal format and the characters raised 1/32 inch minimum and shall be sans serif uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Contracted Grade 2 Braille shall be in a horizontal format and shall be placed a minimum of 3/8 inch and a maximum of 1/2 inch directly below the tactile characters; flush left or centered. Signs with raised characters or Braille shall be located a minimum of 48 inches above the finish floor or ground surface, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

*2016 CBC 11B Section 11B-216.2*
*Interior and exterior signs identifying permanent rooms and spaces shall comply with Sections 11B-103.1, 11B-703.2, 11B-703.3 and 11B-703.5. Where pictograms are provided as designations of permanent rooms and spaces, the pictograms shall comply with Section 11 B- 103.6 and shall have text descriptors complying with Sections 11 B-703.2 and 11 B-703.5.*

**Citation:**

**2016 CBC 11B Section: 11B-216.2**

**As Built:**

**Block D, multipurpose room restroom is missing the required wall sign.**





## Block D

## Finding: 195

**Block D, multipurpose room restroom is missing the required geometric door symbol.**

**The unisex geometric sign for the room is missing.**

**A circle, 1/4 inch thick and 12 inches in diameter with a 1/4 inch thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.**

*2016 CBC 11B Section 11B-703.7.2.6*
*Geometric symbols at entrances to toilet and bathing rooms shall be mounted at 58 inches (1473 mm) minimum and 60 inches (1524 mm) maximum above the finish floor or ground surface measured from the centerline of the symbol. Where a door is provided the symbol shall be mounted within 1 inch (25 mm) of the vertical centerline of the door.*

*2016 CBC 11B Section 11B-703.7.2.6.3*
*A circle, 1/4 inch (6.4 mm) thick and 12 inches (305 mm) in diameter with a 114 inch (6.4 mm) thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch (305 mm) diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch (6.4 mm) maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.*

## Citation:

**2016 CBC 11B Section: 11B-703.7.2.6, 11B-703.7.2.6.3**

## As Built:

**Block D, multipurpose room restroom is missing the required geometric door symbol.**





## Block D

## Finding: 196

**Block D, multipurpose room restroom the grab bars are to high.**

**The grab bars are too high.**

**Grab bars shall be installed in a horizontal position, 33 inches minimum and 36 inches maximum above the finish floor measured to the top of the gripping surface and the space between the grab bar and the top of the tank shall be 1-1/2 inches minimum.**

*2016 CBC 11B Section 11B-609.4*
*Grab bars shall be installed in a horizontal position, 33 inches (838 mm) minimum and 36 inches (914 mm) maximum above the finish floor measured to the top of the gripping surface, except that at water closets for children's use complying with Section 11 B-604.9, grab bars shall be installed in a horizontal position 18 inches (457 mm) minimum and 27 inches (686 mm) maximum above the finish floor measured to the top of the gripping surface. The height of the lower grab bar on the back wall of a bathtub shall comply with Section 11 B-601 .4.1.1 or 11B-607.4.2.1.*

### Citation:

**2016 CBC 11B Section: 11B-609.4**

### As Built:

**Block D, multipurpose room restroom the grab bars are to high..**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #196 Additional Finding Photos**

 

*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block D

## Finding: 197

**Block D, multipurpose room restroom the soap and paper towel dispensers are to high**

**The paper towel dispenser and the soap dispenser are mounted too high.**

**Dispensers must have all operable parts a maximum of 40 inches above the floor.**

*2016 CBC 11B Section 11B-603.5*
*Where towel or sanitary napkin dispensers, waste receptacles, or other accessories are provided in toilet facilities, at least one of each type shall be located on an accessible route. All operable parts, including coin slots, shall be 40 inches ( 1016 mm) maximum above the finish floor.*

## Citation:

**2016 CBC 11B Section: 11B-603.5**

## As Built:

**Block D, multipurpose room restroom the soap and paper towel dispensers are to high.**





***Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179***

**Finding #197 Additional Finding Photos**




## Block D

## Finding: 198

**Block D, multipurpose room restroom the toilet paper dispensers are in the wrong location.**

**The toilet paper dispenser is not correctly located in front of the toilet.**

**Toilet tissue dispensers shall be located on the wall or partition closest to the water closet, 7 inches minimum and 9 inches maximum in front of the water closet measured to the centerline of the dispenser, mounted below the grab bar, with the outlet of the dispenser 19 inches minimum above the finish floor. There shall be a clearance of 1 1/2 inches minimum below the grab bar. Dispensers shall not be of a type that controls delivery or that does not allow continuous paper flow.**

*2016 CBC 11B Section 11B-604.7*
*Toilet paper dispensers shall comply with Section 11 B-309.4 and shall be 7 inches (178 mm) minimum and 9 inches (229 mm) maximum in front of the water closet measured to the centerline of the dispenser. The outlet of the dispenser shall be below the grab bar, 19 inches (483 mm) minimum above the finish floor and shall not be located behind grab bars. Dispensers shall not be of a type that controls delivery or that does not allow continuous paper flow.*

### Citation:

**2016 CBC 11B Section: 11B-604.7**

### As Built:

**Block D, multipurpose room restroom the toilet paper dispensers are in the wrong location.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block D

### Finding: 199

**Block D, barber shop the intercom button is mounted above the maximum reach range.**

**The clear floor space only allows for a forward approach and the intercom button is out of reach range.**

**Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

### Citation:

**2016 CBC 11B Section: 11B-308.2.1**

### As Built:

**Block D, barber shop the intercom button is mounted above the maximum reach range.**





**Finding #199 Additional Finding Photos**

 

## Block D

## Finding: 200

**Block D, corridor hose bib is below the minimum reach range.**

**The clear floor space only allows for a forward approach and the hose bib is out of reach range.**

**Where a forward reach is unobstructed, the low forward reach shall be 15 inches minimum above the finished floor.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-308.2.1** | **Block D, corridor hose bib is below the minimum reach range.** |



02.12.2019

*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #200 Additional Finding Photos**



## Block D

## Finding: 201

**Block D, corridor restroom is missing the required wall sign**

**A compliant room identification sign is missing on the strike side of the door.**

**Wall signs identifying permanent rooms and spaces of a building shall have be horizontal format and the characters raised 1/32 inch minimum and shall be sans serif uppercase characters a minimum of 5/8 inch and a maximum of 2 inches high. Contracted Grade 2 Braille shall be in a horizontal format and shall be placed a minimum of 3/8 inch and a maximum of 1/2 inch directly below the tactile characters; flush left or centered. Signs with raised characters or Braille shall be located a minimum of 48 inches above the finish floor or ground surface, measured from the baseline of the lowest line of Braille and 60 inches maximum above the finish floor or ground surface, measured from the baseline of the highest line of raised characters.**

*2016 CBC 11B Section 11B-216.2*
*Interior and exterior signs identifying permanent rooms and spaces shall comply with Sections 11B-103.1, 11B-703.2, 11B-703.3 and 11B-703.5. Where pictograms are provided as designations of permanent rooms and spaces, the pictograms shall comply with Section 11 B- 103.6 and shall have text descriptors complying with Sections 11 B-703.2 and 11 B-703.5.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-216.2** | **Block D, corridor restroom is missing the required wall sign.** |





## Block D

## Finding: 202

**Block D, corridor restroom is missing the required geometric symbol.**

**The unisex geometric sign for the room is missing.**

**A circle, 1/4 inch thick and 12 inches in diameter with a 1/4 inch thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.**

*2016 CBC 11B Section 11B-703.7.2.6*
*Geometric symbols at entrances to toilet and bathing rooms shall be mounted at 58 inches (1473 mm) minimum and 60 inches (1524 mm) maximum above the finish floor or ground surface measured from the centerline of the symbol. Where a door is provided the symbol shall be mounted within 1 inch (25 mm) of the vertical centerline of the door.*

*2016 CBC 11B Section 11B-703.7.2.6.3*
*A circle, 1/4 inch (6.4 mm) thick and 12 inches (305 mm) in diameter with a 114 inch (6.4 mm) thick triangle with a vertex pointing upward, superimposed on and geometrically inscribed within the circle and within the 12-inch (305 mm) diameter, shall be provided at entrances to unisex toilet and bathing facilities. The vertices of the triangle shall be located 1/4 inch (6.4 mm) maximum from the edge of the circle. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background.*

## Citation:

**2016 CBC 11B Section: 11B-703.7.2.6,
11B-703.7.2.6.3**

## As Built:

**Block D, corridor restroom is missing the required geometric symbol.**




*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block D

### Finding: 203

**Block D, corridor restroom rear grab bar is mounted to high.**

**The rear grab bar is too high.**

**Grab bars shall be installed in a horizontal position, 33 inches minimum and 36 inches maximum above the finish floor measured to the top of the gripping surface and the space between the grab bar and the top of the tank shall be 1-1/2 inches minimum.**

*2016 CBC 11B Section 11B-609.4*
*Grab bars shall be installed in a horizontal position, 33 inches (838 mm) minimum and 36 inches (914 mm) maximum above the finish floor measured to the top of the gripping surface, except that at water closets for children's use complying with Section 11 B-604.9, grab bars shall be installed in a horizontal position 18 inches (457 mm) minimum and 27 inches (686 mm) maximum above the finish floor measured to the top of the gripping surface. The height of the lower grab bar on the back wall of a bathtub shall comply with Section 11 B-601 .4.1.1 or 11B-607.4.2.1.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-609.4** | **Block D, corridor restroom rear grab bar is mounted to high.** |





*Rock Mountain Correctional Facility – 446 Alta Rd San Diego, CA 92179*

**Finding #203 Additional Finding Photos**



## Block D

## Finding: 204

**Block D, corridor restroom intercom button is mounted to high.**

**The clear floor space only allows for a forward approach and the intercom button is out of reach range.**

**Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.**

*2016 CBC 11B Section 11B-308.2.1*
*Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1219 mm) maximum and the low forward reach shall be 15 inches (381 mm) minimum above the finish floor or ground.*

## Citation:

**2016 CBC 11B Section: 11B-308.2.1**

## As Built:

**Block D, corridor restroom intercom button is mounted to high.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #204 Additional Finding Photos**



## Block D

## Finding: 205

**Block D, door 419A requires 15 lbs of force to open.**

**The door exceeds the maximum pressure to open the door.**

**Interior doors shall have a maximum opening force of 5 pounds.**

**These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position. Door closers and gate closers shall be adjusted so that from an open position of 90 degrees, the time required to move the door to a position of 12 degrees from the latch is 5 seconds minimum.**

**Door and gate spring hinges shall be adjusted so that from the open position of 70 degrees, the door or gate shall move to the closed position in 1.5 seconds minimum.**

*2016 CBC 11B Section 11B-404.2.9*
*These forces do not apply to the force required to retract latch bolts or disengage other devices that hold the door or gate in a closed position.*

**Citation:**

**2016 CBC 11B Section: 11B-404.2.9**

**As Built:**

**Block D, door 419A requires 15 lbs of force to open.**





**Finding #205 Additional Finding Photos**



## Block D

## Finding: 206

**Block D section a, Tables do not provide enough accessible seating.**

**There are no accessible tables.**

**At least 5% of each type in each functional area of dining surfaces must be accessible and must be dispersed throughout the space or facility containing dining surfaces. An accessible table must be on an accessible route (36 inches minimum) and have knee and toe spaces at least 27 inches high, 30 inches wide and 19 inches deep. The tops of tables and counters shall be 28 inches to 34 inches from the floor or ground.**

*2016 CBC 11B Section 11B-226.1*
*Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with Section 11 B-902. In addition, where work surfaces are provided for use by other than employees, at least 5 percent shall comply with Section 11B-902.*

### Citation:

**2016 CBC 11B Section: 11B-226.1**

### As Built:

**Block D section a, Tables do not provide enough accessible seating.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block D

### Finding: 207

**Block D section a, stairways have open risers.**

**Open risers are not permitted.**

*2016 CBC 11B Section 11B-504.3*
*Open risers are not permitted.*

**Citation:**

**2016 CBC 11B Section: 11B-504.3**

**As Built:**

**Block D section a, stairways have open risers.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block D

## Finding: 208

**Block D section a, shower is missing the folding seat**

**The shower compartment is missing a folding seat.**

**A folding seat shall be provided in roll-in type showers. Seats shall comply with 11B-610.**

*2016 CBC 11B Section 11B-608.4*
*A folding seat shall be provided in roll-in type showers. Seats shall comply with 11B-610*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-608.4** | **Block D section a, shower is missing the folding seat..** |



## Block D

## Finding: 209

**Block D section a, shower does not have any grab bars.**

**The grab bar is too close to shower controls, shower fittings or other grab bars.**

**Grab bars shall be 1-1/2 inches for shower controls, shower fittings and other grab bars**

*2016 CBC 11B Section 11B-609.3*
*The space between the wall and the grab bar shall be 1 1/2 inches (38 mm). The space between the grab bar and projecting objects below and at the ends shall be 1 1/2 inches (38 mm) minimum. The space between the grab bar and projecting objects above shall be 12 inches (305 mm) minimum.*

### Citation:

**2016 CBC 11B Section: 11B-609.3**

### As Built:

**Block D section a, shower does not have any grab bars.**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block D

### Finding: 210

**Block D section a, shower threshold exceeds 1/2'' verticle.**

**The threshold contains changes in level greater than 1/4 inch.**

**1/4 inch is the maximum vertical rise. Changes in level between 1/4 inch and 1/2 inch must be beveled at 1:2 or less. Changes in level greater than 1/2 inch must be by way of a ramp.**

*2016 CBC 11B Section 11B-303.3*
*Changes in level between 1/4 inch (6.4 mm) high minimum and 1/2 inch (12.7 mm) high maximum shall be beveled with a slope not steeper than 1:2.*

### Citation:

**2016 CBC 11B Section: 11B-303.3**

### As Built:

**Block D section a, shower threshold exceeds 1/2'' verticle.**



02.12.2019

*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

**Finding #210 Additional Finding Photos**



*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block D

### Finding: 211

**Block D section b, the tables do not provide enough accessible seating.**

**At least 5% of each type in each functional area of dining surfaces must be accessible and must be dispersed throughout the space or facility containing dining surfaces. An accessible table must be on an accessible route (36 inches minimum) and have knee and toe spaces at least 27 inches high, 30 inches wide and 19 inches deep. The tops of tables and counters shall be 28 inches to 34 inches from the floor or ground.**

*2016 CBC 11B Section 11B-226.1*
*Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with Section 11 B-902. In addition, where work surfaces are provided for use by other than employees, at least 5 percent shall comply with Section 11B-902.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-226.1** | **Block D section b, the tables do not provide enough accessible seating.** |




## Block D

### Finding: 212

**Block D section b, the stairways have open risers**

**Open risers are not permitted.**

*2016 CBC 11B Section 11B-504.3*
*Open risers are not permitted.*

**Citation:**

**2016 CBC 11B Section: 11B-504.3**

**As Built:**

**Block D section b, the stairways have open risers.**





*Rock Mountain Correctional Facility - 446 Alta Rd San Diego, CA 92179*

## Block D

### Finding: 213

**Block D section c, the tables do not provide enough accessible seating.**

**At least 5% of each type in each functional area of dining surfaces must be accessible and must be dispersed throughout the space or facility containing dining surfaces. An accessible table must be on an accessible route (36 inches minimum) and have knee and toe spaces at least 27 inches high, 30 inches wide and 19 inches deep. The tops of tables and counters shall be 28 inches to 34 inches from the floor or ground.**

*2016 CBC 11B Section 11B-226.1*
*Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with Section 11 B-902. In addition, where work surfaces are provided for use by other than employees, at least 5 percent shall comply with Section 11B-902.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-226.1** | **Block D section c, the tables do not provide enough accessible seating.** |




## Block D

### Finding: 214

**Block D section c, the stairways have open risers.**

**Open risers are not permitted.**

*2016 CBC 11B Section 11B-504.3*
*Open risers are not permitted.*

**Citation:**

**2016 CBC 11B Section: 11B-504.3**

**As Built:**

**Block D section c, the stairways have open risers.**




## Block D

## Finding: 215

Block D section c, the shower is missing the folding seat.

The shower compartment is missing a folding seat.

A folding seat shall be provided in roll-in type showers. Seats shall comply with 11B-610.

*2016 CBC 11B Section 11B-608.4*
*A folding seat shall be provided in roll-in type showers. Seats shall comply with 11B-610*

### Citation:

**2016 CBC 11B Section: 11B-608.4**

### As Built:

**Block D section c, the shower is missing the folding seat.**



## Block D

## Finding: 216

**Block D section c, the shower threshold is more than 1/2'' verticle**

**The threshold contains changes in level greater than 1/4 inch.**

**1/4 inch is the maximum vertical rise. Changes in level between 1/4 inch and 1/2 inch must be beveled at 1:2 or less. Changes in level greater than 1/2 inch must be by way of a ramp.**

*2016 CBC 11B Section 11B-303.3*
*Changes in level between 1/4 inch (6.4 mm) high minimum and 1/2 inch (12.7 mm) high maximum shall be beveled with a slope not steeper than 1:2.*

| Citation: | As Built: |
|---|---|
| **2016 CBC 11B Section: 11B-303.3** | **Block D section c, the shower threshold is more than 1/2'' verticle..** |



**Finding #216 Additional Finding Photos**



# EXHIBIT K

# RMDF CHECK IN AND CHECK OUT

**DATE: 2/10/2023**

| Last Name | First Name | Company | Cell Number | Time In | Time Out |
|---|---|---|---|---|---|
| Ahrens | Joseph | HPS | | | |
| Alvarado | Adolfo | Bapko | | 7:00 | 3 30 |
| Alvarez | Jimmy | GGG Demolition | | | |
| Alvarez Calderon | Angel | Alpha | | | |
| Andrade | Moises | Wiline | | | |
| Arreola | Jose | SUNDT | | | |
| Atai | Saba | HPS | | | |
| Barker | Donald | Williams&Son Masonary | | | |
| Barnard | Brenda | Sundt | | | |
| Bautista | Francisco | GGG Demolition | | | |
| Beck | Casey | Sundt | | | |
| Beemon | Lawrence | HPS | | | |
| Benito | Ferdinand | Sundt | | | |
| Beyer | Jessica | Sundt | | | |
| Billick | David | Cbfloors,Inc | | | |
| Brady | Maxx | Brady | | | |
| Brubaker | Michael | Bapko | | | |
| Buford | Marvin | Alpha | | | |
| Cardenas | Jorge | Shoreline | | | |
| Casey | Michael | Sundt | | | |
| Castro | Jose | Pecoraro, Inc | | | |
| Castro | Michael | HPS | | | |
| Castro | Joshua | Bapko | | 7:00 | 3:30 |
| Castro Najera | Carlos | Bapko | | | |
| Caudillo | Ryan | HPS | | | |
| Celeste | Blake | Bapko | | 7am | 330 |
| Chaysouk | Tony | HPS | | | |
| Collins | Jamie | HPS | | | |
| Corbett | Stephen | Penn Air Control | | | |
| Culley | Nathan | Penn Air Control | | | |
| Cunnien | Michael | Sundt | | | |
| Dabbaghian | Brian | Neal Electric | | | |
| Delgado | Ricko | Pecoraro, Inc | | | |
| Diaz | Jesse | HPS | | | |
| Ellis | Billy | Bapko | | | |
| Eschleman | Charles | Alpha | | | |
| Esparza | Loren | Shoreline | | | |
| Fernandez | Manuel | Alpha | | 7:00 | 3:00 |
| Ferrera | Mark | Williams&Son Masonary | | | |
| Field Ramirez | Roberto | GGG Demolition | | | |
| Fienhold | Jason | HPS | | | |
| Fortini | Mark | Alpha | | 7 | 12 |
| Fronberg | Christopher | Bapko | | | |
| Galvan | Alfred | Bapko | | | |

# RMDF CHECK IN AND CHECK OUT

**DATE: 2/10/2023**

| Last Name | First Name | Company | Cell Number | Time In | Time Out |
|---|---|---|---|---|---|
| Garcia | Juan | Pecoraro, Inc | | | |
| Gomez | Daniel | GGG Demolition | | | |
| Gomez | Eder Plascencia | Service Connected | | | |
| Gonsalves | Michael | Cosco Fire Protection | | | |
| Gonzales | Riley | Alpha | | | |
| Gonzalez | Abel | Williams&Son Masonary | | | |
| Gonzalez Arrezola | Jorge | Shoreline | | | |
| Griffith | Michael | Neal Electric | | | |
| Grill | Daniel | Alpha | | | |
| Hartley | Justin | HPS | | | |
| Hay | Scott | Bapko | | 700 | 330 |
| Hickey | Brett | Brady | | | |
| Hollinger | Benjerman | Penn Air Control | | 800 | 2:00 |
| Houston | Jeffrey | HPS | | | |
| Huerta | Eduardo | Neal Electric | | | |
| Hughes | Brady | Black Creek | | | |
| Hurtado | Armando | Pecoraro, Inc | | | |
| Hyde | Kenneth | HPS | | | |
| Jarrell | Jay | Neal Electric | | | |
| Jarvis | Brian | GGG Demolition | | | |
| Karpinsky | Ronald | SUNDT | | 7Am | 2:00 |
| Kaspar | Scott | Neal Electric | | | |
| Keyes | Mark | Neal Electric | | | |
| Kline | William | Alpha | | | |
| Kumits | Evgeniy | Alpha | | 7:00 | 3:00 |
| Larsen | Ryan | Sundt | | | |
| Lauffer | Nicholas | Alpha | | 7:00 | 3:00 |
| Laurenson | Samuel | Neal Electric | | | |
| Logan | Matthew | HPS | | | |
| Logan | Thomas | HPS | | | |
| Lombardi | Brian | Black Creek | | | |
| Lopez | Julian Chavez | HPS | | | |
| Lovin | Michael | Neal Electric | | | |
| Low | Mason | Shoreline | | | |
| Lujan | Anibal | Cbfloors,Inc | | | |
| Lumban Gutierrez | Javier | GGG Demolition | | | |
| Luque Lugo | Martiniano | GGG Demolition | | | |
| Maes | John | Shilpark | | | |
| Mejia | Manuel | Service Connected | | | |
| Mendez | Antonio | GGG Demolition | | | |
| Miramontes | Bryant | Wiline | | | |
| Mulhern | Matt | Neal Electric | | | |
| Munoz | Ruben | Bapko | | | |
| Murrell | Michael | Shoreline | | | |

# RMDF CHECK IN AND CHECK OUT

**DATE: 2/10/2023**

| Last Name | First Name | Company | Cell Number | Time In | Time Out |
|---|---|---|---|---|---|
| Newell | Andrew | HPS | | | |
| Niuatoa | Michael | Neal Electric | | | |
| Nuno | Michael | Pecoraro, Inc | | | |
| Osheroff | John | Penn Air Control | | | |
| Paredez | Carlos | Bapko | | 7ᵒᵒ | 330 |
| Parker | William | HPS | | | |
| Parks | George | Neal Electric | | | |
| Pecoraro | Jack | Pecoraro, Inc | | | |
| Penaloza | Alber Otero | HPS | | | |
| Perez | Alejandro | GGG Demolition | | | |
| Peters | Daniel | Neal Electric | | | |
| Peters | Jacob | Neal Electric | | | |
| Petrille | Anthony | Shoreline | | | |
| Petrille | Christopher | Shoreline | | | |
| Petrille | Aarron | Shoreline | | | |
| Phanakhon | William | Alpha | | 7am | 300 |
| Phelps | Digger | Bapko | | 7am | 330 |
| Pio-Luquin | Hugo | HPS | | | |
| Ponce | Horacio | GGG Demolition | | | |
| Preece | Andrew | Alpha | | | |
| Reedy | Darren | Black Creek | | | |
| Rodriguez | Agustin | GGG Demolition | | | |
| Rodriguez | Carlos | West Coast Firestopping | | | |
| Romero | Eduardo | West Coast Firestopping | | | |
| Romero | Luis | West Coast Firestopping | | | |
| Samarron | Juan | GGG Demolition | | | |
| Sanchez | Giancarlo Isaias | HPS | | | |
| Santana | Juan | GGG Demolition | | | |
| Schnatz | Dustin | Service Connected | | 7:00 | 2:00 |
| Taitano | Florencio | Williams&Son Masonary | | | |
| Tiscornia | Emerson | Neal Electric | | | |
| Tompkins | Jeffery | Penn Air Control | | 7:00 | 2:00 |
| Torres Artea | Rodolfo | Bapko | | | |
| Trebian | Victoria | Sundt | | | |
| Trout | Jeffery | Bapko | | | |
| Uribe Ordonez | Jorge Ivan | Pecoraro, Inc | | | |
| Vela | Matthew | HPS | | | |
| Villanueva Gallardo | Fernando | HPS | | | |
| Waddle | Robert | Neal Electric | | | |
| Walsh | Robert | Alpha | | | |
| Weik | Devin | HPS | | | |
| Wensley | Jason | Sundt | | | |
| Zaldivar | Jarrod | Williams&Son Masonary | | | |
| Zamora | Trevor | Shoreline Glazing | | | |

# RMDF CHECK IN AND CHECK OUT

**DATE: 2/10/2023**

| Last Name | First Name | Company | Cell Number | Time In | Time Out |
|-----------|-----------|---------|-------------|---------|----------|
| Zimerman | John | Fence Corp | ███████ | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# EXHIBIT L

RANDALL LAMB

DAVY
ARCHITECTURE
1053 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE   619.238.3811
WWW.DAVYARCHITECTURE.COM

ROCK MOUNTAIN
DETENTION
FACILITY
RENOVATION

COUNTY OF
SAN DIEGO
ROCK MOUNTAIN
DETENTION
FACILITY
CMAR RFP 9542 ROCK MOUNTAIN
PROJECT NO. MP16719

**Annotations (blue):**
Remove non ADA Bench
New grab bars,
Toilet plumbing box behind wall
TP holder

**Annotations (red) — Room 1051:**
Room 1051
Infill CMU wall between cells
Recess intercom
ADA, Anti-lig. grab bars for toilet
Remove toilet box plumbing behind wall
TP holder
ADA mirror
Remove bench
Add conduit path for phone to phone rm.
Install pass through to back hall 32" thru
plumbing chase. to the right of sink
top of "D" pull @ 42"

**Annotations (red) — Room 1050:**
Room 1050
Add roll up door or door
Move Thermostat to hallway
Remove outlet and data.
Add conduit path for phone to
phone room

1 ADMINISTRATION - BASEMENT LEVEL - FLOOR PLAN
SCALE 1/8" = 1'-0"

PLAN NORTH

DEMO NOTES
D5  REMOVE (E) CARPET FLOORING &
INSTALL NEW CARPET, PER
SPECIFICATIONS.

DATE:            8/10/2020
SCALE:           AS NOTED
PROJECT NO       MP16719
CAD DWG FILE
DRAWN BY:        EDR
DESIGN BY:       JM
CHECKED BY:      JM
SHEET TITLE:

ADMINISTRATION
BASEMENT LEVEL
FLOOR PLAN

A2.0.7



**MOB #1 Room 2058**
Remove tables
Move intercom to doorway, flush mount
Relocate toilet flush button above grab bar
Stainless toilet partition, go to floor.
Need ADA mirror
Shower work per job walk, add wall, grab bars, seat, flush controls, thresh hold moved and heads per ADA
Add conduit path to phone room

**MOB Day-room Room 2059**
Remove tables
Grab bars for toilet
TP holder
Remove wall switch by sink
Add conduit path to phone room

**MOB #2 Room 2060**
Remove tables
Shower work like others, wall, grab bars, seat, flush controls, Move thresh hold
shower Heads per ADA
Grab bars to toilet and shower
TP holder
ADA Mirrors 2 ea.
Add conduit path to phone room
Need detention cover plate at sink

**House 7**
Shower controls flush
move thresh hold in shower
Cell 2088 ADA mirror
cells 2087, 2086 add bunks
Cell 2079 remove bunk, install ADA bench

Grab Bars
TP Holder ADA Mirrors
Remove bed, Table and stool
Add ADA bench 48"x20

Add 1" to front of table for 19"
Add ADA mirror

Add one bunk to 2 cells, wall mount

SEE SHEET A2.19 FOR "PROCESSING" LEVEL 1 FLOOR PLAN

LEVEL 1 - FLOOR PLAN

PLAN NORTH

RANDALL LAMB

4757 Palm Avenue
La Mesa, California 91942-9252

(619) 713-5700
Fax (619) 713-5701



CONSULTANTS



D A V Y
Architecture
DISABLED VETERAN • EMPLOYEE OWNED
1053 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE 619.238.3811
WWW.DAVYARCHITECTURE.COM

PROJECT

ROCK MOUNTAIN
DETENTION
FACILITY
RENOVATION

FACILITY:
COUNTY OF
SAN DIEGO
ROCK MOUNTAIN
DETENTION
FACILITY
CMAR RFP 9542 ROCK MOUNTAIN
PROJECT NO. MP16719

KEY PLAN



NO.   Description         Date

REVISIONS:

DATE:          8/10/2020
SCALE:         AS NOTED
PROJECT NO:    MP16719
CAD DWG FILE:
DRAWN BY:      EDR
DESIGN BY:     JM
CHECKED BY:    JM
SHEET TITLE:

HOUSE 7
LEVEL 1
FLOOR PLAN

SHEET NO:

A2.1.8

DEMO NOTES

CONSTRUCTION NOTES





DEMO NOTES

D6  (E) CASEWORK TO BE REMOVED. SEE DTL A/– FOR ADDITIONAL INFORMATION.

CONSTRUCTION NOTES

6.1  INSTALL 1–½" STEEL TUBE HALF WELDED AND SECURITY CAULKED AT THE BOTTOM OF EXISTING DOORS. SEE DETAIL 19/A4.3

6.3  INSTALL DETENTION GRADE WINDOW WITH PASS THRU AT BOTTOM AND HANDCUFF RESTRAINT LOOP. SEE WINDOW TYPE. INSTALL CALL BUTTON TO PROVIDE AUDIBLE TONE AT CONTROL ROOM.

10.10  NEW HIGH QUALITY, DARK, COMMERCIAL GRADE WINDOW TINT TO BE INSTALLED ON ALL WINDOWS LOCATED IN CORRIDOR ADJACENT TO THE VISITOR AREA. TINT ALSO TO BE INSTALLED AT 60 SF WINDOWS VIEWING THE RECREATION YARD.

LEGEND

▬▬▬▬▬   NEW WINDOW

GENERAL NOTES

1.  NEW ROOM NUMBERS TO BE INSTALLED, AT THE TOP RIGHT CORNER OF DOOR FRAME. ROOM NUMBERS TO BE INSTALLED AT ALL ROOM LOCATIONS.

2.  NEW ROOM SIGNAGE TO BE INSTALLED, SEE DTL 13/A4.2. ROOM SIGNAGE TO ONLY BE INSTALLED IN THE ADMINISTRATION AREAS: E, F, AND G.

3.  NEW ADA LABELING TO BE INSTALLED, AT ALL ROOM NAMES IDENTIFIED IN ADA DRAWINGS. SEE DTL 13/A4.2 FOR ADD'L INFORMATION.

**All houses,1-5.**

**Provide pathway to mount phone box on each side of ADA spot, to the side wall. Visit and IP side**

RANDALL LAMB

4757 Palm Avenue
La Mesa, California 91942-9252
(619) 713-5700
Fax (619) 713-5701

CONSULTANTS

D A V Y
ARCHITECTURE
DISABLED VETERAN • EMPLOYEE OWNED
1053 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE  619.238.3811
WWW.DAVYARCHITECTURE.COM

PROJECT:

ROCK MOUNTAIN DETENTION FACILITY RENOVATION

FACILITY:

COUNTY OF SAN DIEGO ROCK MOUNTAIN DETENTION FACILITY

CMAR RFP 9542 ROCK MOUNTAIN
PROJECT NO. MP15719

KEY PLAN:



| NO. | Description | Date |
|-----|-------------|------|

REVISIONS:

| DATE: | 8/10/2020 |
| SCALE: | AS NOTED |
| PROJECT NO: | MP15719 |
| CAD DWG FILE: | |
| DRAWN BY: | RKL |
| DESIGN BY: | RG |
| CHECKED BY: | RB |

SHEET TITLE:

HOUSE 1 MEZZANINE LEVEL FLOOR PLAN

SHEET NO:

A2.1.1

1  HOUSE 1 MEZZANINE LEVEL - FLOOR PLAN
   SCALE 1/8" = 1'-0"

OPEN TO BELOW

C

B

A

PLAN NORTH



**1** HOUSE 1 LEVEL 1 - FLOOR PLAN
SCALE 1/8" = 1'-0"

Notes for Houses

All ADA Showers, move thresholds to 3" from bench

**H1**
B 104 Non compliant
C 103, No Anti-lig. grab bars
Shower wall, Fix tile to comply with bench being 1-1/2 max to wall

**H2**
A115, ADA Mirror
C103, ADA mirror

**H3**
A115, ADA mirror
A101, ADA mirror
B108, 2 mirrors ADA

**H4**

**H5**

**H6**

CONSTRUCTION NOTES

EXISTING CHAINLINK FENCE, ATTACH NEW ½" CHAINLINK MESH TO EXISTING CHAINLINK FENCE.

INSTALL 1-½" STEEL TUBE HALF WELDED AND SECURITY CAULKED AT THE BOTTOM OF EXISTING DOORS, PER DETAIL 19/A4.3

(E) CMU PHONE PEDESTAL LOCATIONS, ARE TO BE DEMOLISHED. DEMOLISH (E) CONDUIT STUBUP & REPAIR CONCRETE FLOOR TO BE LEVEL WITH EXISTING.

(E) CMU PHONE PEDESTAL LOCATIONS, ARE TO BE DEMOLISHED. (E) CONDUITS TO BE PROTECTED IN PLACE, AND TO REMAIN. NEW INTELESTATION STAINLESS STEEL ENCLOSED INTELL CABINET, TO BE INSTALLED AT (E) CONDUIT LOCATION. REPAIR CONCRETE FLOOR TO BE LEVEL WITH EXISTING.

GENERAL NOTES

1. NEW ROOM NUMBERS TO BE INSTALLED, AT THE TOP RIGHT CORNER OF DOOR FRAME. ROOM NUMBERS TO BE INSTALLED AT ALL ROOM LOCATIONS.
2. NEW ROOM SIGNAGE TO BE INSTALLED, SEE DTL 13/A4.2. ROOM SIGNAGE TO ONLY BE INSTALLED IN THE ADMINISTRATION AREAS: E, F, AND G.
3. NEW ADA LABELING TO BE INSTALLED, AT ALL ROOM NAMES IDENTIFIED IN DRAWINGS. SEE DTL 13/A4.2 FOR ADD'L INFORMATION.

LEGEND

 (E) CMU PHONE PEDESTAL

 NEW INTELESTATION ORIENTATION

RANDALL LAMB
4757 Palm Avenue
La Mesa, California 91942-9252
(619) 713-5700
Fax (619) 713-5701



CONSULTANTS

DAVY
ARCHITECTURE
DISABLED VETERAN • EMPLOYEE OWNED
1053 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE 619.238.3811
WWW.DAVYARCHITECTURE.COM

PROJECT:

ROCK MOUNTAIN DETENTION FACILITY RENOVATION

FACILITY:
COUNTY OF SAN DIEGO ROCK MOUNTAIN DETENTION FACILITY
CMAR RFP 9542 ROCK MOUNTAIN
PROJECT NO. MP15719

KEY PLAN:

REVISIONS:

| NO. | Description | Date |
|-----|-------------|------|

DATE: 8/10/2020
SCALE: AS NOTED
PROJECT NO: MP15719
CAD DWG FILE:
DRAWN BY: EDR
DESIGN BY: JM
CHECKED BY: JM

SHEET TITLE:

HOUSE 1
LEVEL 1
FLOOR PLAN

SHEET NO:

**A2.0.1**

Shower work as described in Walk.
Wall, controls flush
Move shower thresh hold to 3" from bench max

Move raised cabinets and controls to opposite walls and put devices through wall.

Finish cell side as needed.

Remove plumbing box, redo grab bars
ADA Benches
Tile wall by toilet or move 1"/4" closer to wall

Remove toilet box plumbing to chase.
Grab bars, TP holder
Check benches for ADA

Tile wall or move toilet closer to wall.
Grab bars, plumbing box.
Move sink 18" from wall +/- 2"
Remove bench.
Add ADA bench 20x48

Remove stool in front of door opening.

Cover table supports for anti-ligature, both rooms

Make intercom ADA and Anti ligature compliant, both rooms

Provide pathway for phones on each end of the side walls, remove stools there

Remove stool in front of pass through

Provide pathway for phones on side wall where no stool is, visits and IP

Remove light switches, both rooms

Add pass through lock

Tile toilet wall. to far from toilet, 18" max

Scott's Crew to perform

Remove Intercom buttons from walls all 4 cells and patch with sika rubber room material to smooth finish.

Remove button from ceiling intercom. All 4 cells

## DEMO NOTES

D1  REMOVE (E) CARPET FLOORING & INSTALL NEW CARPET, PER SPECIFICATIONS.

## CONSTRUCTION NOTES

1.8  PROVIDE NEW ACT CEILING, TO MATCH EXISTING.

RANDALL LAMB

4757 Palm Avenue
La Mesa, California 91942-9252
(619) 713-5700
Fax (619) 713-5701

DAVY
ARCHITECTURE
DISABLED VETERAN • EMPLOYEE OWNED
1053 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE  619.238.3811
WWW.DAVYARCHITECTURE.COM

CONSULTANTS

PROJECT:

ROCK MOUNTAIN DETENTION FACILITY RENOVATION

FACILITY:
COUNTY OF SAN DIEGO
ROCK MOUNTAIN DETENTION FACILITY
CMAR RFP 9542 ROCK MOUNTAIN
PROJECT NO. MP16719



REVISIONS:

| NO. | Description | Date |
|-----|-------------|------|

DATE: 8/10/2020
SCALE: AS NOTED
PROJECT NO. MP16719
CAD DWG FILE:
DRAWN BY: EDR
DESIGN BY: JM
CHECKED BY: JM
SHEET TITLE:

MEDICAL LEVEL 1 FLOOR PLAN

SHEET NO.:

A2.1.7

1  MEDICAL - LEVEL 1 - FLOOR PLAN
   SCALE 1/8" = 1'-0"

SEE SHEET A2.1.8 FOR "HOUSE 7" LEVEL 1 FLOOR PLAN

**Cell 2139**
Remove plumbing box
TP holder
Grab bars
Fix ADA bench

**Cell 2157**
Remove plumbing box
Grab bars
TP holder

**Cell 2145**
Add HC Cell ID
Remove plumbing box
add new grab bars
TP Holder
Benches per ADA
Move Sink is 18" O.C. from wall?

**Shower 2140**
Move Thresh hold to 3" past bench

**Cell 2170**
Need ADA shower seat, Add wall space 4"+/-,
flush controls
ADA Bench

**Cell 2172**
Remove plumbing box
Grab bars
TP Holder
Run conduit through plumbing chase and
recess mount IC box.

SEE SHEET A2.1.8 FOR "HOUSING 7" LEVEL 1 FLOOR PLAN

1  PROCESSING - LEVEL 1 - FLOOR PLAN
SCALE 1/8" = 1'-0"

PLAN NORTH

RANDALL LAMB

DAVY
ARCHITECTURE
DISABLED VETERAN • EMPLOYEE OWNED
1053 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE 619.238.3811
WWW.DAVYARCHITECTURE.COM

ROCK MOUNTAIN
DETENTION
FACILITY
RENOVATION

FACILITY:
COUNTY OF
SAN DIEGO
ROCK MOUNTAIN
DETENTION
FACILITY
CMAR RFP 9542 ROCK MOUNTAIN
PROJECT NO. MP16719

KEY PLAN:

DATE: 8/10/2020
SCALE: AS NOTED
PROJECT NO: MP16719
CAD DWG FILE:
DRAWN BY: EDR
DESIGN BY: JM
CHECKED BY: JM
SHEET TITLE:

PROCESSING
LEVEL 1
FLOOR PLAN

SHEET NO:

A2.1.9

RANDALL LAMB
4757 Palm Avenue
La Mesa, California 91942-9202
Tel (619) 713-5700
Fax (619) 713-5701

CONSULTANTS

DAVY
ARCHITECTURE
DISABLED VETERAN + EMPLOYEE OWNED
1053 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE 619.238.3811
WWW.DAVYARCHITECTURE.COM

## CONSTRUCTION NOTES

NOTES ARE GENERAL - NOT ALL ITEMS REFERENCED ON SHEET. SEE GATE SCHEDULE ON A-8 FOR ADDITIONAL INFORMATION

## GENERAL NOTE

* "ALL OPERABLE EXTERIOR WINDOWS AND MECHANICAL LOUVERED OPENINGS TO THE EXTERIOR, PER BLDG IN SCOPE SHALL BE EQUIPPED WITH A FIXED 16 MESH FLY SCREENING"

### LEGEND

- EXISTING FENCING OR GATE
- FENCING OR GATE TO BE REMOVED
- NEW FENCING OR GATE
- NEW RAZOR WIRE
- EXISTING LIGHT POLE
- GATE TAG. SEE EXTERIOR GATE SCHEDULE PER SHEET A-8

### Building Labels

- BUILDING H-NORTH
- BUILDING H-SOUTH
- HOUSE 1
- HOUSE 2
- HOUSE 3
- HOUSE 4
- HOUSE 5
- HOUSE 6 (FACILITY 8)
- HOUSE 7 (LEVEL 1)
- ADMINISTRATION (BASEMENT)
- MEDICAL (LEVEL 1)
- PROCESSING (LEVEL 1)
- EXIT
- ENTRY

### Annotations (green callout box)

ADA Ramp

Remove plastic strips from joints

Grind down existing concrete high edges.

Fill joints with Sika self leveling Sealant

REFER TO ACC. SHEETS FOR PARKING LOT ACCESSIBILITY.



## PROJECT

ROCK MOUNTAIN DETENTION FACILITY RENOVATION

FACILITY:
COUNTY OF SAN DIEGO ROCK MOUNTAIN DETENTION FACILITY

CMAR RFP 9542 ROCK MOUNTAIN
PROJECT NO. MP16719

KEY PLAN:

| | | |
|---|---|---|
| NO. | Description | Date |

REVISIONS:

| | |
|---|---|
| DATE: | 8/10/2020 |
| SCALE: | AS NOTED |
| PROJECT NO: | MP16719 |
| CAD DWG FILE: | |
| DESIGN BY: | EDR |
| DESIGN BY: | JM |
| CHECKED BY: | JM |
| SHEET TITLE: | |

OVERALL
SITE PLAN

SHEET NO:

A1.0

A  SITE PLAN
   SCALE 1" = 30'-0"

PLAN NORTH

# EXHIBIT M

## ADDENDUM 5 SHEET LIST

**ARCHITECTURAL**
- A0.0  GENERAL NOTES
- A2.0.1  HOUSING UNIT 1 - ARCHITECTURAL - LEVEL 1
- A2.0.2  HOUSING UNIT 2 - ARCHITECTURAL - LEVEL 1
- A2.0.3  HOUSING UNIT 3 - ARCHITECTURAL - LEVEL 1
- A2.0.5  HOUSING UNIT 5 - ARCHITECTURAL - LEVEL 1
- A2.0.6  HOUSING UNIT 6 - ARCHITECTURAL - LEVEL 1
- A3.1  ENLARGED PLANS AND ELEVATIONS
- A4.1  INTERIOR ELEVATIONS
- A6.2  WALL DETAILS

**STRUCTURAL**
- S5.2.7  STRUCTURAL HVAC MOUNTING DETAILS

**MECHANICAL**
- M2.0.6  MECHANICAL HOUSE 6 - LEVEL 1 FLOOR PLAN
- M8.1  MECHANICAL SCHEDULES

**PLUMBING**
- P0.0  PLUMBING LEGEND, NOTES & SCHEDULE
- P2.0.1  PLUMBING PLAN HOUSING UNIT 1 - LEVEL 1
- P2.0.2  PLUMBING PLAN HOUSING UNIT 2 - LEVEL 1
- P2.0.3  PLUMBING PLAN HOUSING UNIT 3 - LEVEL 1
- P2.0.4  PLUMBING PLAN HOUSING UNIT 4 - LEVEL 1
- P2.0.5  PLUMBING PLAN HOUSING UNIT 5 - LEVEL 1
- P2.0.6  PLUMBING PLAN HOUSING UNIT 6 - LEVEL 1
- P2.1.7  PLUMBING ADMIN BUILDING - LEVEL 1 FLOOR PLAN
- P2.1.8  PLUMBING ADMIN BUILDING - LEVEL 1 FLOOR PLAN
- P2.1.9  PLUMBING ADMIN BUILDING - LEVEL 1 FLOOR PLAN

**ELECTRICAL**
- E0.0  ELECTRICAL SYMBOL LIST AND GENERAL NOTES
- E2.0.7  ADMINISTRATION BUILDING - ELECTRICAL PLANS

## ADDENDUM 8 SHEET LIST

**T0.1  SHEET INDEX**

**ARCHITECTURAL**
- AC2.0.1  HOUSING UNIT 1 - ACCESSIBILITY - LEVEL 1
- AC2.0.1  HOUSING UNIT 1 - ACCESSIBILITY - MEZZANINE
- AC2.0.2  HOUSING UNIT 2 - ACCESSIBILITY - LEVEL 1
- AC2.0.2  HOUSING UNIT 2 - ACCESSIBILITY - MEZZANINE
- AC2.1.2  HOUSING UNIT 2 - ACCESSIBILITY - MEZZANINE
- AC2.0.3  HOUSING UNIT 3 - ACCESSIBILITY - LEVEL 1
- AC2.1.3  HOUSING UNIT 3 - ACCESSIBILITY - MEZZANINE
- AC2.0.5  HOUSING UNIT 5 - ACCESSIBILITY - LEVEL 1
- AC2.0.5  HOUSING UNIT 5 - ACCESSIBILITY - MEZZANINE
- AC2.0.6  HOUSING UNIT 6 - ACCESSIBILITY - LEVEL 1
- AC2.1.7  ADMINISTRATION - ACCESSIBILITY - FLOOR PLAN - BASEMENT
- AC2.2.7  MEDICAL - ACCESSIBILITY - FLOOR PLAN - LEVEL 1
- AC3.1.0  HOUSE 1 - ACCESSIBILITY - FLOOR PLAN - LEVEL 1
- AC4.1  ACCESSIBILITY INTERIOR ELEVATIONS
- AC6.1  DETAILS

**PLUMBING**
- ACCP2.0.6  PLUMBING HOUSE 6 - LEVEL 1 PLUMBING PLAN
- ACCP2.1.7  PLUMBING ADMIN BUILDING - LEVEL 1 FLOOR PLAN
- ACCP2.1.8  PLUMBING ADMIN BUILDING - LEVEL 1 FLOOR PLAN
- ACCP2.1.9  PLUMBING PROCESSING - LEVEL 1 PLAN

**ELECTRICAL**
- ACCE2.0.7  PROCESSING HOUSE 4 ELECTRICAL PLAN - LEVEL 1
- ACCE2.1.4  HOUSE 1,2,3 & 4 ELECTRICAL PLAN - MEZZANINE
- ACCE2.2.3  HOUSE 3 ELECTRICAL PLAN & DETAILS - MEZZANINE

## SHEET  ADDENDUM 9

**ARCHITECTURAL**
- A2.0.1  HOUSING UNIT 1 - ARCHITECTURAL - LEVEL 1
- A2.0.1  HOUSING UNIT 1 - ARCHITECTURAL - MEZZANINE
- A2.1.1  HOUSING UNIT 1 - ARCHITECTURAL - MEZZANINE
- A2.1.2  HOUSING UNIT 2 - ARCHITECTURAL - MEZZANINE
- A2.0.3  HOUSING UNIT 3 - ARCHITECTURAL - LEVEL 1
- A2.1.3  HOUSING UNIT 3 - ARCHITECTURAL - MEZZANINE
- A2.0.4  HOUSING UNIT 4 - ARCHITECTURAL - LEVEL 1
- A2.1.4  HOUSING UNIT 4 - ARCHITECTURAL - MEZZANINE
- A2.0.5  HOUSING UNIT 5 - ARCHITECTURAL - LEVEL 1
- A2.1.5  HOUSING UNIT 5 - ARCHITECTURAL - MEZZANINE
- A2.0.6  HOUSING UNIT 6 - ARCHITECTURAL - LEVEL 1
- A2.1.6  HOUSING UNIT 6 - ARCHITECTURAL - MEZZANINE
- A2.1.7  ADMINISTRATION - ARCHITECTURAL - FLOOR PLAN - BASEMENT
- A2.2.7  MEDICAL - ARCHITECTURAL - FLOOR PLAN - LEVEL 1
- A3.1  ENLARGED PLANS AND ELEVATIONS
- A4.1  PROCESSING - ARCHITECTURAL - FLOOR PLAN - LEVEL 1
- A4.1  INTERIOR ELEVATIONS
- A4.2  INTERIOR ELEVATIONS
- A6.2  WALL DETAILS

**STRUCTURAL**
- S5.2.7  STRUCTURAL HVAC MOUNTING DETAILS

**MECHANICAL**
- M2.0.1  MECHANICAL HOUSE 1 - LEVEL 1 MEZZANINE
- M2.0.1  MECHANICAL HOUSE 1 - LEVEL 1 MEZZANINE
- M2.0.2  MECHANICAL HOUSE 2 - LEVEL 1 MEZZANINE
- M2.0.3  MECHANICAL HOUSE 3 - LEVEL 1 MEZZANINE
- M2.0.4  MECHANICAL HOUSE 4 - LEVEL 1 MEZZANINE
- M2.0.5  MECHANICAL HOUSE 5 - LEVEL 1 MEZZANINE
- M2.0.6  MECHANICAL HOUSE 6 - LEVEL 1 MEZZANINE
- M2.0.7  MECHANICAL ADMIN BLDG - BASEMENT LEVEL FLOOR PLAN
- M2.0.8  MECHANICAL ADMIN BLDG - LEVEL 1 FLOOR PLAN
- M2.0.9  MECHANICAL ADMIN BLDG - LEVEL 1 FLOOR PLAN
- M8.1  MECHANICAL SCHEDULES

**PLUMBING**
- P0.0  PLUMBING LEGEND, NOTES & SCHEDULE
- P2.0.1  PLUMBING PLAN HOUSING UNIT 1 - LEVEL 1
- P2.0.2  PLUMBING PLAN HOUSING UNIT 2 - LEVEL 1
- P2.0.3  PLUMBING PLAN HOUSING UNIT 3 - LEVEL 1
- P2.0.4  PLUMBING PLAN HOUSING UNIT 4 - MEZZANINE
- P2.0.5  PLUMBING PLAN HOUSING UNIT 5 - LEVEL 1
- P2.0.6  PLUMBING PLAN HOUSING UNIT 6 - LEVEL 1
- P2.1.7  PLUMBING ADMIN BLDG - BASEMENT LEVEL FLOOR PLAN
- P2.1.8  PLUMBING MEDICAL BLDG - LEVEL 1 FLOOR PLAN
- P2.1.9.8  PROCESSING MEDICAL AND ADMIN. LEVEL 1 AND 2 - ELECTRICAL PLANS

**ELECTRICAL**
- E2.1.7.8  PROCESSING MEDICAL AND ADMIN. LEVEL 1 AND 2 - ELECTRICAL PLANS
- E5.1  ELECTRICAL ENLARGED PLANS

## ADDENDUM 2 SHEET LIST

**T0.0  TITLE SHEET**
**T0.1  SHEET INDEX**

**ARCHITECTURAL**
*(hatched / struck out list — N.I.C.)*

**STRUCTURAL**
- S2.2.7  STRUCTURAL ROOF - HOUSE 7 DINING TRELLIS *(N.I.C.)*
- S5.2.7  STRUCTURAL HVAC MOUNTING DETAILS

**MECHANICAL**
*(hatched / struck out list — N.I.C.)*

**PLUMBING**
*(hatched / struck out list — N.I.C.)*

**ELECTRICAL**
*(hatched / struck out list — N.I.C.)*

**FIRE PROTECTION**
*(hatched / struck out — N.I.C.)*

## ADDENDUM 1 SHEET LIST

**T0.0  TITLE SHEET**
**T0.1  SHEET INDEX**

**ARCHITECTURAL**
- A0.0  GENERAL NOTES
- A2.0.1  HOUSING UNIT 1 - ARCHITECTURAL - LEVEL 1
- A2.1.1  HOUSING UNIT 1 - ARCHITECTURAL - MEZZANINE
- A2.0.2  HOUSING UNIT 2 - ARCHITECTURAL - LEVEL 1
- A2.1.2  HOUSING UNIT 2 - ARCHITECTURAL - MEZZANINE
- A2.0.3  HOUSING UNIT 3 - ARCHITECTURAL - LEVEL 1
- A2.1.3  HOUSING UNIT 3 - ARCHITECTURAL - MEZZANINE
- A2.0.4  HOUSING UNIT 4 - ARCHITECTURAL - LEVEL 1
- A2.1.4  HOUSING UNIT 4 - ARCHITECTURAL - MEZZANINE
- A2.0.5  HOUSING UNIT 5 - ARCHITECTURAL - LEVEL 1
- A2.1.5  HOUSING UNIT 5 - ARCHITECTURAL - MEZZANINE
- A2.0.6  HOUSING UNIT 6 - ARCHITECTURAL - LEVEL 1
- A2.1.6  HOUSING UNIT 6 - ARCHITECTURAL - MEZZANINE
- A2.1.7  ADMINISTRATION - ARCHITECTURAL - FLOOR PLAN - BASEMENT
- A2.2.7  MEDICAL - ARCHITECTURAL - FLOOR PLAN - LEVEL 1
- A2.3.7  PROCESSING - ARCHITECTURAL - FLOOR PLAN - LEVEL 1
- A3.1.8  HOUSE 7 - ARCHITECTURAL - FLOOR PLAN - LEVEL 1
- A3.1.9  PROCESSING - ARCHITECTURAL - FLOOR PLAN - LEVEL 1
- A4.1  INTERIOR ELEVATIONS
- A5.1  ACCESSIBILITY DETAILS
- A6.1  WALL DETAILS *(N.I.C.)*

**STRUCTURAL**
- S2.2.7  STRUCTURAL ROOF - HOUSE 7 DINING TRELLIS *(N.I.C.)*
- S5.2.7  STRUCTURAL HVAC MOUNTING DETAILS

**MECHANICAL**
- M0.0  MECHANICAL COVER SHEET & CALCULATIONS
- M1.0  MECHANICAL PARTIAL SITE PLAN
- M2.0.1  MECHANICAL HOUSE 1 - LEVEL 1 FLOOR PLAN
- M2.0.1  MECHANICAL HOUSE 1 - LEVEL 1 MEZZANINE
- M2.0.2  MECHANICAL HOUSE 2 - LEVEL 1 FLOOR PLAN
- M2.1.2  MECHANICAL HOUSE 2 - LEVEL 1 MEZZANINE
- M2.0.3  MECHANICAL HOUSE 3 - LEVEL 1 FLOOR PLAN
- M2.1.3  MECHANICAL HOUSE 3 - LEVEL 1 MEZZANINE
- M2.0.4  MECHANICAL HOUSE 4 - LEVEL 1 FLOOR PLAN
- M2.1.4  MECHANICAL HOUSE 4 - LEVEL 1 MEZZANINE
- M2.0.5  MECHANICAL HOUSE 5 - LEVEL 1 FLOOR PLAN
- M2.1.5  MECHANICAL HOUSE 5 - LEVEL 1 MEZZANINE
- M2.0.6  MECHANICAL HOUSE 6 - LEVEL 1 FLOOR PLAN
- M2.1.6  MECHANICAL HOUSE 6 - ROOF PLAN - DEMOLITION
- M2.2.6  MECHANICAL HOUSE 6 - ROOF PLAN
- M2.0.7  MECHANICAL ADMIN BLDG - BASEMENT LEVEL FLOOR PLAN
- M2.1.7  MECHANICAL ADMIN BLDG - LEVEL 1 FLOOR PLAN
- M2.1.8  MECHANICAL ADMIN BLDG - LEVEL 1 FLOOR PLAN
- M2.1.9  MECHANICAL ADMIN BLDG - LEVEL 1 FLOOR PLAN
- M5.1  MECHANICAL ENLARGED PLANS
- M8.1  MECHANICAL DETAILS
- M8.2  MECHANICAL SCHEDULES
- M8.3  MECHANICAL SCHEDULES

**PLUMBING**
- P0.0  PLUMBING LEGEND & SCHEDULE
- P0.0  PLUMBING SITE PLAN
- P2.0.1  PLUMBING PLAN HOUSING UNIT 1 - FLOOR MEZZANINE
- P2.1.1  PLUMBING PLAN HOUSING UNIT 1 - MEZZANINE
- P2.0.2  PLUMBING PLAN HOUSING UNIT 2 - LEVEL 1
- P2.1.2  PLUMBING PLAN HOUSING UNIT 2 - MEZZANINE
- P2.0.3  PLUMBING PLAN HOUSING UNIT 3 - LEVEL 1
- P2.1.3  PLUMBING PLAN HOUSING UNIT 3 - MEZZANINE
- P2.0.4  PLUMBING PLAN HOUSING UNIT 4 - LEVEL 1
- P2.1.4  PLUMBING PLAN HOUSING UNIT 4 - MEZZANINE
- P2.0.5  PLUMBING PLAN HOUSING UNIT 5 - LEVEL 1
- P2.1.5  PLUMBING PLAN HOUSING UNIT 5 - MEZZANINE
- P2.0.6  PLUMBING PLAN HOUSING UNIT 6 - LEVEL 1
- P2.1.7  PLUMBING ADMIN BLDG - BASEMENT LEVEL FLOOR PLAN
- P2.1.8  PLUMBING ADMIN BLDG - LEVEL 1 FLOOR PLAN
- P2.1.9  PLUMBING ADMIN BLDG - LEVEL 1 FLOOR PLAN
- P5.1  PLUMBING ENLARGED PLANS

**ELECTRICAL**
- E0.0  ELECTRICAL SYMBOL LIST AND GENERAL NOTES
- E1.00  ELECTRICAL SITE PLAN
- E2.0.1-4  HOUSES 1, 2 & 4 LEVEL 1 - ELECTRICAL PLANS
- E2.1.1-4  HOUSES 1 & 4 LEVEL 1 - ELECTRICAL PLANS
- E2.0.7  ADMINISTRATION BUILDING - ELECTRICAL PLANS
- E2.1.7-9  PROCESSING MEDICAL & ADMIN BLDGS LEVEL 1 & 2 - ELECTRICAL PLANS
- E5.0  PANEL SCHEDULES AND ENLARGED PLANS
- E5.1  ELECTRICAL ENLARGED PLANS
- E6.1  SINGLE LINE DIAGRAM HOUSE 4, 5 & 6 AND BUILDINGS 7, 8 & 9
- E6.2  SINGLE LINE DIAGRAM HOUSE 1, 2 & 3 AND BUILDING H NORTH & SOUTH
- E6.3  SINGLE LINE DIAGRAM HOUSE 6 AND VISITOR BUILDING

**FIRE PROTECTION**
- FP2.0.7  FIRE SPRINKLER SYSTEM ADMINISTRATION BASEMENT FLOOR PLAN

## SHEET INDEX

**T0.0  TITLE SHEET**
**T0.1  SHEET INDEX**

**ARCHITECTURAL**
- A0.0  GENERAL NOTES
- A1.0  SITE PLAN
- A2.0.1  HOUSING UNIT 1 - ARCHITECTURAL - LEVEL 1
- A2.1.1  HOUSING UNIT 1 - ARCHITECTURAL - MEZZANINE
- A2.0.2  HOUSING UNIT 2 - ARCHITECTURAL - LEVEL 1
- A2.1.2  HOUSING UNIT 2 - ARCHITECTURAL - MEZZANINE
- A2.0.3  HOUSING UNIT 3 - ARCHITECTURAL - LEVEL 1
- A2.1.3  HOUSING UNIT 3 - ARCHITECTURAL - MEZZANINE
- A2.0.4  HOUSING UNIT 4 - ARCHITECTURAL - LEVEL 1
- A2.1.4  HOUSING UNIT 4 - ARCHITECTURAL - MEZZANINE
- A2.0.5  HOUSING UNIT 5 - ARCHITECTURAL - LEVEL 1
- A2.1.5  HOUSING UNIT 5 - ARCHITECTURAL - MEZZANINE
- A2.0.6  HOUSING UNIT 6 - ARCHITECTURAL - LEVEL 1
- A2.1.6  HOUSING UNIT 6 - ARCHITECTURAL - MEZZANINE
- A2.1.7  ADMINISTRATION - ARCHITECTURAL - FLOOR PLAN - BASEMENT
- A2.2.7  MEDICAL - ARCHITECTURAL - FLOOR PLAN - LEVEL 1
- A2.3.7  PROCESSING - ARCHITECTURAL - FLOOR PLAN - LEVEL 1
- A3.1.8  HOUSE 7 - ARCHITECTURAL - FLOOR PLAN - LEVEL 1
- A3.1.9  PROCESSING - ARCHITECTURAL - FLOOR PLAN - LEVEL 1
- A4.1  INTERIOR ELEVATIONS
- A4.1  ENLARGED PLANS AND ELEVATIONS
- A5.1  ACCESSIBILITY DETAILS
- A6.1  WALL DETAILS
- A6.2  WALL DETAILS

**STRUCTURAL**
- S2.2.7  STRUCTURAL ROOF - HOUSE 7 DINING TRELLIS
- S5.0.6  FENCING TYPICAL STRUCTURAL DETAILS
- S5.2.7  STRUCTURAL HVAC MOUNTING DETAILS

**MECHANICAL**
- M0.0  MECHANICAL COVER SHEET & CALCULATIONS
- M1.0  MECHANICAL PARTIAL SITE PLAN
- M2.1.1  MECHANICAL HOUSE 1 - LEVEL 1 FLOOR PLAN
- M2.1.1  MECHANICAL HOUSE 1 - LEVEL 1 MEZZANINE
- M2.1.2  MECHANICAL HOUSE 2 - LEVEL 1 FLOOR PLAN
- M2.1.2  MECHANICAL HOUSE 2 - LEVEL 1 MEZZANINE
- M2.1.3  MECHANICAL HOUSE 3 - LEVEL 1 FLOOR PLAN
- M2.1.3  MECHANICAL HOUSE 3 - LEVEL 1 MEZZANINE
- M2.1.4  MECHANICAL HOUSE 4 - LEVEL 1 FLOOR PLAN
- M2.1.4  MECHANICAL HOUSE 4 - LEVEL 1 MEZZANINE
- M2.1.5  MECHANICAL HOUSE 5 - LEVEL 1 FLOOR PLAN
- M2.1.5  MECHANICAL HOUSE 5 - LEVEL 1 MEZZANINE
- M2.1.6  MECHANICAL HOUSE 6 - ROOF PLAN - DEMOLITION
- M2.2.6  MECHANICAL HOUSE 6 - ROOF PLAN
- M2.0.7  MECHANICAL ADMIN BLDG - BASEMENT LEVEL FLOOR PLAN
- M2.1.7  MECHANICAL ADMIN BLDG - LEVEL 1 FLOOR PLAN
- M2.1.8  MECHANICAL ADMIN BLDG - LEVEL 1 FLOOR PLAN
- M2.1.9  MECHANICAL ADMIN BLDG - LEVEL 1 FLOOR PLAN
- M5.1  MECHANICAL ENLARGED PLANS
- M8.1  MECHANICAL SCHEDULES
- M8.2  MECHANICAL SCHEDULES
- M8.3  MECHANICAL SCHEDULES

**PLUMBING**
- P0.0  PLUMBING LEGEND, NOTES & SCHEDULE
- P1.0  PLUMBING SITE PLAN
- P2.0.1  PLUMBING PLAN HOUSING UNIT 1 - FLOOR MEZZANINE
- P2.1.1  PLUMBING PLAN HOUSING UNIT 1 - MEZZANINE
- P2.0.2  PLUMBING PLAN HOUSING UNIT 2 - LEVEL 1
- P2.1.2  PLUMBING PLAN HOUSING UNIT 2 - MEZZANINE
- P2.0.3  PLUMBING PLAN HOUSING UNIT 3 - LEVEL 1
- P2.1.3  PLUMBING PLAN HOUSING UNIT 3 - MEZZANINE
- P2.0.4  PLUMBING PLAN HOUSING UNIT 4 - LEVEL 1
- P2.1.4  PLUMBING PLAN HOUSING UNIT 4 - MEZZANINE
- P2.0.5  PLUMBING PLAN HOUSING UNIT 5 - LEVEL 1
- P2.1.5  PLUMBING PLAN HOUSING UNIT 5 - MEZZANINE
- P2.0.6  PLUMBING PLAN HOUSING UNIT 6 - LEVEL 1
- P2.1.7  PLUMBING ADMIN BLDG - BASEMENT LEVEL FLOOR PLAN
- P2.1.8  PLUMBING ADMIN BLDG - LEVEL 1 FLOOR PLAN
- P2.1.9  PLUMBING ADMIN BLDG - LEVEL 1 FLOOR PLAN
- P5.1  PLUMBING ENLARGED PLANS

**ELECTRICAL**
- E0.0  ELECTRICAL SYMBOL LIST AND GENERAL NOTES
- E1.00  ELECTRICAL SITE PLAN
- E2.0.1-4  HOUSES 1, 2 & 4 LEVEL 1 - ELECTRICAL PLANS
- E2.1.1-4  HOUSES 1 & 4 LEVEL 1 - ELECTRICAL PLANS
- E2.0.7  ADMINISTRATION BUILDING - ELECTRICAL PLANS
- E2.1.7-9  PROCESSING MEDICAL & ADMIN BLDGS LEVEL 1 & 2 - ELECTRICAL PLANS
- E5.0  PANEL SCHEDULES AND ENLARGED PLANS
- E5.1  ELECTRICAL ENLARGED PLANS
- E6.1  SINGLE LINE DIAGRAM HOUSE 4, 5 & 6 AND BUILDINGS 7, 8 & 9
- E6.2  SINGLE LINE DIAGRAM HOUSE 1, 2 & 3 AND BUILDING H NORTH & SOUTH
- E6.3  SINGLE LINE DIAGRAM HOUSE 6 AND VISITOR BUILDING

**FIRE PROTECTION**
- FP2.0.7  FIRE SPRINKLER SYSTEM ADMINISTRATION BASEMENT FLOOR PLAN
- FP2.1.11  FIRE SPRINKLER SYSTEM PROCESSING LEVEL 1 FLOOR PLAN

## ADDENDUM 3 SHEET LIST

**ELECTRICAL**
- E6.1  SINGLE LINE DIAGRAM HOUSES 4, 5 & 6 AND BUILDINGS 7, 8 & 9
- E6.2  SINGLE LINE DIAGRAM HOUSES 1, 2 & 3 AND BUILDING H NORTH & SOUTH
- E6.3  SINGLE LINE DIAGRAM HOUSE 6 AND VISITOR BUILDING

## ADDENDUM 4 SHEET LIST

**ARCHITECTURAL**
- A0.0  GENERAL NOTES
- A2.0.7  HOUSING UNIT 1 - ARCHITECTURAL - LEVEL 1
- A2.2.7  ADMINISTRATION ENLARGED PLANS
- A4.2  INTERIOR ELEVATIONS
- A5.1  ACCESSIBILITY DETAILS
- A6.2  WALL DETAILS

**MECHANICAL**
- M2.0.7  MECHANICAL ADMIN BLDG - BASEMENT LEVEL FLOOR PLAN
- M5.1  MECHANICAL ENLARGED PLANS

**PLUMBING**
- P2.0.7  PLUMBING ADMIN BUILDING - BASEMENT LEVEL FLOOR PLAN
- P5.1  PLUMBING ENLARGED PLANS

**ELECTRICAL**
- E2.0.7  ADMINISTRATION BUILDING - ELECTRICAL PLANS



**RANDALL LAMB**

3131 Camino del Rio N, Suite 800,
San Diego, CA 92108

(619) 713-5700
Fax (619) 713-5701

CONSULTANTS

07/01/2022
RL #02018501.01

**PROJECT:**
ROCK MOUNTAIN DETENTION FACILITY UPGRADES
COUNTY PROJECT NO. MP16179

**FACILITY:**
COUNTY OF SAN DIEGO
ROCK MOUNTAIN DETENTION FACILITY

KEY PLAN

| | | |
|---|---|---|
| DATE: | 07/01/2022 | |
| SCALE: | AS NOTED | |
| PROJECT NO. | SD18051.01 | |
| DRAWN BY: | | |
| DESIGN BY: | ELEC | |
| CHECKED BY: | ELEC | |

**SHEET TITLE:**

SHEET INDEX

**SHEET NO:**

# T0.1



# ARCHITECTURAL ABBREVIATIONS

# LEGEND

# ARCHITECTURAL SHEET INDEX

| | |
|---|---|
| A0.0 | GENERAL NOTES |
| A1.0 | SITE PLAN |
| A2.0.1 | HOUSING UNIT 1 - ARCHITECTURAL - LEVEL 1 |
| A2.1.1 | HOUSING UNIT 1 - ARCHITECTURAL - MEZZANINE |
| A2.0.2 | HOUSING UNIT 2 - ARCHITECTURAL - LEVEL 1 |
| A2.1.2 | HOUSING UNIT 2 - ARCHITECTURAL - MEZZANINE |
| A2.0.3 | HOUSING UNIT 3 - ARCHITECTURAL - LEVEL 1 |
| A2.1.3 | HOUSING UNIT 3 - ARCHITECTURAL - MEZZANINE |
| A2.0.4 | HOUSING UNIT 4 - ARCHITECTURAL - LEVEL 1 |
| A2.1.4 | HOUSING UNIT 4 - ARCHITECTURAL - MEZZANINE |
| A2.0.5 | HOUSING UNIT 5 - ARCHITECTURAL - LEVEL 1 |
| A2.1.5 | HOUSING UNIT 5 - ARCHITECTURAL - MEZZANINE |
| A2.0.6 | HOUSING UNIT 6 - ARCHITECTURAL - LEVEL 1 |
| A2.1.6 | HOUSING UNIT 6 - ARCHITECTURAL - MEZZANINE |
| A2.0.7 | ADMINISTRATION - ARCHITECTURAL - FLOOR PLAN - BASEMENT |
| A2.1.7 | MEDICAL - ARCHITECTURAL - FLOOR PLAN - LEVEL 1 |
| A2.1.8 | HOUSE 7 - ARCHITECTURAL - FLOOR PLAN - LEVEL 1 |
| A2.1.9 | PROCESSING - ARCHITECTURAL - FLOOR PLAN - LEVEL 1 |
| A3.1 | ENLARGED PLANS AND ELEVATIONS |
| A4.1 | INTERIOR ELEVATIONS |
| A4.2 | INTERIOR ELEVATIONS |
| A5.1 | ACCESSIBILITY DETAILS |
| A5.2 | DETAILS |
| A5.3 | DETAILS |
| ACC2.0.1 | HOUSING UNIT 1 - ACCESSIBILITY - LEVEL 1 |
| ACC2.1.1 | HOUSING UNIT 1 - ACCESSIBILITY - MEZZANINE |
| ACC2.0.2 | HOUSING UNIT 2 - ACCESSIBILITY - LEVEL 1 |
| ACC2.1.2 | HOUSING UNIT 2 - ACCESSIBILITY - MEZZANINE |
| ACC2.0.3 | HOUSING UNIT 3 - ACCESSIBILITY - LEVEL 1 |
| ACC2.1.3 | HOUSING UNIT 3 - ACCESSIBILITY - MEZZANINE |
| ACC2.0.4 | HOUSING UNIT 4 - ACCESSIBILITY - LEVEL 1 |
| ACC2.1.4 | HOUSING UNIT 4 - ACCESSIBILITY - MEZZANINE |
| ACC2.0.5 | HOUSING UNIT 5 - ACCESSIBILITY - LEVEL 1 |
| ACC2.1.5 | HOUSING UNIT 5 - ACCESSIBILITY - MEZZANINE |
| ACC2.1.7 | ADMINISTRATION - ACCESSIBILITY - FLOOR PLAN - BASEMENT |
| ACC2.1.7 | MEDICAL - ACCESSIBILITY - FLOOR PLAN - LEVEL 1 |
| ACC2.1.8 | HOUSE 7 - ACCESSIBILITY - FLOOR PLAN - LEVEL 1 |
| ACC2.1.9 | PROCESSING - ACCESSIBILITY - FLOOR PLAN - LEVEL 1 |
| ACC5.1 | ACCESSIBILITY INTERIOR ELEVATIONS |

## PLAN CHECK NOTES

### Fire Department Access

### Safeguard During Construction

### Fire-Resistant Construction

### ARCHITECTURAL SCOPE OF WORK

### Portable Fire Extinguishers

### Means of Egress

### ALLOWANCES

### APPLICABLE CODES

2019 CALIFORNIA BUILDING CODE
2019 CALIFORNIA FIRE CODE
2019 CALIFORNIA GREEN BUILDING STANDARDS CODE

## RANDALL LAMB
ARCHITECTURE

3131 Camino del Rio N, Suite 600,
San Diego, CA 92108

(619) 713-6700
Fax (619) 713-6701

CONSULTANTS:

## DAVY
ARCHITECTURE

1053 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE  619.238.3811
www.davyarchitecture.com

PROJECT:

## ROCK MOUNTAIN DETENTION FACILITY UPGRADES

FACILITY:

## COUNTY OF SAN DIEGO
ROCK MOUNTAIN DETENTION FACILITY



| | | |
|---|---|---|
| | ADDENDUM 6 REV 1 - RFI RESPONSES | 03/09/2023 |
| | ADDENDUM 6 REV 1 - ACK SCOPE ADD | 02/10/2023 |
| | ADDENDUM 5 - RFI RESPONSES | 02/10/2023 |
| | ADDENDUM 4 - ACK SCOPE ADD | 01/20/2023 |
| | ADDENDUM 3 - ANTI-LIGATURE ADD | 12/01/2022 |
| | ADDENDUM 2 - LOBBY ALTERATIONS | 11/30/2022 |
| | ADDENDUM 1 - RFI RESPONSES | 10/28/2022 |
| | ADDENDUM 1 - REDUCED SCOPE | 10/28/2022 |
| | PHASE 2 CONSTRUCTION SET | 07/01/2022 |
| NO. | Description | Date |

REVISIONS:

DATE: 07/01/2022
SCALE: AS NOTED
PROJECT NO: SD18051.01
DRAWN BY: HH
CHECKED BY: DAVY
CHECKED BY: JZ

SHEET TITLE:

## GENERAL NOTES

SHEET NO.:

## A0.0



GENERAL NOTES:

1. SEE MECHANICAL, ELECTRICAL, PLUMBING, STRUCTURAL AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION

2. SEE ACCESSIBILITY DETAILS SHEET AS.1 FOR ADDITIONAL INFORMATION

CONSTRUCTION KEYNOTES:

1. REMOVE EXISTING THRESHOLD AND INSTALL NEW (SOL-1) AT 3-IN MAX FROM ACCESSIBLE SHOWER SEAT. FLOAT CONCRETE TO MAX SLOPE OF 2% AND PATCH AND REPAIR CERAMIC FLOOR TILE (CT-1) AND SANDED TRAFFIC EPOXY COATING (EP-1). SEE DETAIL 11/ACC3.1. FOR FINISHES, SEE ACC4.1

2. COSD: RELOCATE EXISTING MIRROR

LEGEND:

COSD: WORK TO BE COMPLETED BY COUNTY OF SAN DIEGO

RANDALL LAMB

DAVY
ARCHITECTURE
1055 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE   819.238.3811
www.davyarchitecture.com

CONSULTANTS:

PROJECT:

ROCK MOUNTAIN
DETENTION
FACILITY
UPGRADES
COUNTY PROJECT NO. MP16179

FACILITY:

COUNTY OF
SAN DIEGO
ROCK MOUNTAIN
DETENTION
FACILITY

KEY PLAN:



| | |
|---|---|
| ADDENDUM 8 - ADA SCOPE ADD | 03/24/2023 |
| PHASE 2 CONSTRUCTION SET | 10/10/2022 |
| NO. | Description | Date |

REVISIONS:

| DATE: | 07/01/2022 |
|---|---|
| SCALE: | AS NOTED |
| PROJECT NO: | SD18051.01 |
| DRAWN BY: | HH |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |

SHEET TITLE:

ACCESSIBLITY
HOUSING UNIT 1
ARCHITECTURAL
LEVEL1

SHEET NO:

ACC2.0.1







GENERAL NOTES:

1. SEE MECHANICAL, ELECTRICAL, PLUMBING, STRUCTURAL AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION

2. SEE ACCESSIBILITY DETAILS SHEET AS.1 FOR ADDITIONAL INFORMATION.

CONSTRUCTION KEYNOTES:

◇ REMOVE EXISTING PHONE. INSTALL NEW BLANK BOX. SEE ELECTRICAL.

◇ REMOVE EXISTING STOOLS

◇ EXISTING INTERCOM TO REMAIN IN PLACE, SEE ELECTRICAL.

◇ INSTALL NEW PHONE BOX, MOUNT, AND INSTALL NEW SURFACE MOUNTED CONDUIT THROUGH EXISTING PHONE BOX. SEE ELECTRICAL.

RANDALL LAMB

3131 Camino del Rio N, Suite 800,
San Diego, CA 92108

(619) 713-0756
Fax (619) 713-0751

CONSULTANTS:

DAVY
ARCHITECTURE

1055 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE 619.239.3911
www.davyarchitecture.com

PROJECT:

ROCK MOUNTAIN
DETENTION
FACILITY
UPGRADES
COUNTY PROJECT NO. MP16179

FACILITY:

COUNTY OF
SAN DIEGO
ROCK MOUNTAIN
DETENTION
FACILITY

KEY PLAN

| DATE: | 07/01/2022 |
| SCALE: | AS NOTED |
| PROJECT NO.: | SD18051.01 |
| DRAWN BY: | HH |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |

REVISIONS:

| NO. | Description | Date |
| | ADDENDUM B - ADA SCOPE ADD | 03/24/2023 |
| | PHASE 2 CONSTRUCTION SET | 10/10/2022 |

SHEET TITLE:

ACCESSIBLITY
HOUSING UNIT 1
ARCHITECTURAL
MEZZANINE

SHEET NO.:

ACC2.1.1



GENERAL NOTES:

1. SEE MECHANICAL, ELECTRICAL, PLUMBING, STRUCTURAL AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION

2. SEE ACCESSIBILITY DETAILS SHEET A5.1 FOR ADDITIONAL INFORMATION

CONSTRUCTION KEYNOTES:

1. REMOVE EXISTING THRESHOLD AND INSTALL NEW (SOL-1) AT 3-IN MAX FROM ACCESSIBLE SHOWER SEAT. FLOAT CONCRETE TO MAX SLOPE OF 2% AND PATCH AND REPAIR CERAMIC FLOOR TILE (CT-1) AND SANDED TRAFFIC EPOXY COATING (EP-1). SEE DETAIL 11/ACC3.1. FOR FINISHES, SEE ACC4.1

2. INSTALL NEW 11.3" X 38" MIRROR (NORIX #R565-420 OR EQ) AT 40" AFF

3. EXISTING MIRROR TO REMAIN

RANDALL LAMB

DAVY
ARCHITECTURE
1055 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE   819.238.3811
www.davyarchitecture.com

PROJECT:

ROCK MOUNTAIN
DETENTION
FACILITY
UPGRADES
COUNTY PROJECT NO. MP16179

FACILITY:

COUNTY OF
SAN DIEGO
ROCK MOUNTAIN
DETENTION
FACILITY

KEY PLAN



| | ADDENDUM B - ADA SCOPE ADD | 03/04/2023 |
| | PHASE 2 CONSTRUCTION SET | 10/10/2022 |
| NO. | Description | Date |

REVISIONS:

| DATE: | 07/01/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD18051.01 |
| DRAWN BY: | HH |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |

SHEET TITLE:

ACCESSIBILITY
HOUSING UNIT 2
ARCHITECTUAL
LEVEL1

ACC2.0.2



GENERAL NOTES:

1. SEE MECHANICAL, ELECTRICAL, PLUMBING, STRUCTURAL AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION

2. SEE ACCESSIBILITY DETAILS SHEET AS.1 FOR ADDITIONAL INFORMATION.

CONSTRUCTION KEYNOTES:

◇ REMOVE EXISTING PHONE. INSTALL NEW BLANK BOX. SEE ELECTRICAL.

◇ REMOVE EXISTING STOOLS

◇ EXISTING INTERCOM TO REMAIN IN PLACE, SEE ELECTRICAL

◇ INSTALL NEW PHONE BOX, MOUNT, AND INSTALL NEW SURFACE MOUNTED CONDUIT THROUGH EXISTING PHONE BOX. SEE ELECTRICAL.

RANDALL LAMB

3131 Camino del Rio N. Suite 800,
San Diego, CA 92108

(619) 713-5756
Fax (619) 713-5751

CONSULTANTS:

DAVY
ARCHITECTURE

1055 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE   619.238.3811
www.davyarchitecture.com

PROJECT:

ROCK MOUNTAIN DETENTION FACILITY UPGRADES
COUNTY PROJECT NO. MP16179

FACILITY:

COUNTY OF SAN DIEGO ROCK MOUNTAIN DETENTION FACILITY

KEY PLAN:

REVISIONS:

| No. | Description | Date |
|---|---|---|
| △ | ADDENDUM 8 - ADA SCOPE ADD | 03/24/2023 |
| | PHASE 2 CONSTRUCTION SET | 12/10/2022 |

| | |
|---|---|
| DATE: | 07/01/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD18051.01 |
| DRAWN BY: | HH |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |

SHEET TITLE:

ACCESSIBILITY HOUSING UNIT 2 ARCHITECTURAL MEZZANINE

SHEET NO.

ACC2.1.2



GENERAL NOTES:

1.   SEE MECHANICAL, ELECTRICAL, PLUMBING, STRUCTURAL AND FIRE PROTECTION
     DRAWINGS FOR ADDITIONAL INFORMATION

2.   SEE ACCESSIBILITY DETAILS SHEET AS.1 FOR ADDITIONAL INFORMATION

CONSTRUCTION KEYNOTES:

1   REMOVE EXISTING THRESHOLD AND INSTALL NEW (SOL-1) AT 3-IN MAX FROM
    ACCESSIBLE SHOWER SEAT. FLOAT CONCRETE TO MAX SLOPE OF 2% AND PATCH AND
    REPAIR CERAMIC FLOOR TILE (CT-1) AND SANDED TRAFFIC EPOXY COATING (EF-1). SEE
    DETAIL 11/ACD3.1. FOR FINISHES, SEE ACC4.1

2   INSTALL NEW 11.3" X 38" MIRROR (NORIX #R565-420 OR EQ) AT 40" AFF

3   EXISTING MIRROR TO REMAIN

4   REPLACE EXISTING LOWER MIRROR WITH NEW 11.3" X 38" MIRROR (NORIX #R565-420
    OR EQ) AT 40" AFF

5   REMOVE EXISTING MIRRORS

RANDALL LAMB

3131 Camino del Rio N, Suite 800,
San Diego, CA 92108

(619) 713-0700
Fax (619) 713-0701

CONSULTANTS:

D A V Y
ARCHITECTURE

1055   TENTH   AVENUE
SAN DIEGO, CA 92101
PHONE   619.239.3811
www.davyarchitecture.com

PROJECT:

ROCK MOUNTAIN
DETENTION
FACILITY
UPGRADES
COUNTY PROJECT NO. MP16179

FACILITY:

COUNTY OF
SAN DIEGO
ROCK MOUNTAIN
DETENTION
FACILITY

KEY PLAN:



| | | ADDENDUM 6 - ADA SCOPE ADD | 03/24/2023 |
| | | PHASE 2 CONSTRUCTION SET | 10/10/2022 |
| NO. | | Description | Date |

REVISIONS:

| DATE: | 07/01/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD18051.01 |
| DRAWN BY: | HH |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |

SHEET TITLE:

ACCESSIBILITY
HOUSING UNIT 3
ARCHITECTURAL
LEVEL1

SHEET NO:

ACC2.0.3



GENERAL NOTES:

1. SEE MECHANICAL, ELECTRICAL, PLUMBING, STRUCTURAL AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION

2. SEE ACCESSIBILITY DETAILS SHEET AS.1 FOR ADDITIONAL INFORMATION

CONSTRUCTION KEYNOTES:

1. REMOVE EXISTING THRESHOLD AND INSTALL NEW (SOL-1) AT 3-IN MAX FROM ACCESSIBLE SHOWER SEAT. FLOAT CONCRETE TO MAX SLOPE OF 2% AND PATCH AND REPAIR CERAMIC FLOOR TILE (CT-1) AND SANDED TRAFFIC EPOXY COATING (EP-1). SEE DETAIL 11/ACC3.1. FOR FINISHES, SEE ACC4.1

2. INSTALL NEW 11.3" X 38" MIRROR (NORIX #R565-420 OR EQ) AT 40" AFF

3. EXISTING MIRROR TO REMAIN

4. REMOVE AND REPLACE EXISTING LOWER MIRROR WITH NEW 11.3" X 38" MIRROR (NORIX #R565-420 OR EQ) AT 40" AFF

5. COSD: RELOCATE EXISTING MIRROR

LEGEND:

COSD: WORK TO BE COMPLETED BY COUNTY OF SAN DIEGO

RANDALL LAMB

3131 Camino del Rio N, Suite 900,
San Diego, CA 92108

(619) 713-0700
Fax (619) 713-0701

CONSULTANTS:

DAVY
ARCHITECTURE

1255 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE   619.239.3811
www.davyarchitecture.com

PROJECT:

ROCK MOUNTAIN
DETENTION
FACILITY
UPGRADES
COUNTY PROJECT NO. MP16179

FACILITY:

COUNTY OF
SAN DIEGO
ROCK MOUNTAIN
DETENTION
FACILITY

KEY PLAN



| ADDENDUM B - ADA SCOPE ADD | 03/24/2023 |
| PHASE 2 CONSTRUCTION SET | 10/10/2022 |
| NO. | Description | Date |

REVISIONS:

| DATE: | 07/01/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD18051.01 |
| DRAWN BY: | HH |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |

SHEET TITLE:

ACCESSIBILITY
HOUSING UNIT 4
ARCHITECTURAL
LEVEL1

SHEET NO.

ACC2.0.4



GENERAL NOTES:

1. SEE MECHANICAL, ELECTRICAL, PLUMBING, STRUCTURAL AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION

2. SEE ACCESSIBILITY DETAILS SHEET AS.1 FOR ADDITIONAL INFORMATION.

CONSTRUCTION KEYNOTES:

REMOVE EXISTING PHONE. INSTALL NEW BLANK BOX. SEE ELECTRICAL

REMOVE EXISTING STOOLS

EXISTING INTERCOM TO REMAIN IN PLACE, SEE ELECTRICAL

INSTALL NEW PHONE BOX, MOUNT, AND INSTALL NEW SURFACE MOUNTED CONDUIT THROUGH EXISTING PHONE BOX. SEE ELECTRICAL

RANDALL LAMB

3131 Camino del Rio N, Suite 800,
San Diego, CA 92108

(619) 713-0756
Fax (619) 713-0751

CONSULTANTS:

DAVY
ARCHITECTURE
LEVELED VETERAN / EMPLOYEE OWNED
1 0 5 3   T E N T H   A V E N U E
S A N   D I E G O ,   C A   9 2 1 0 1
P H O N E   8 1 9 . 2 3 8 . 3 8 1 1
www.davyarchitecture.com

PROJECT:
ROCK MOUNTAIN
DETENTION
FACILITY
UPGRADES
COUNTY PROJECT NO. MP16179

FACILITY:
COUNTY OF
SAN DIEGO
ROCK MOUNTAIN
DETENTION
FACILITY

KEY PLAN:



| | ADDENDUM 8 - ADA SCOPE ADD | 03/24/2023 |
| | PHASE 2 CONSTRUCTION SET | 10/10/2022 |
| NO. | Description | Date |

REVISIONS:

| DATE: | 07/01/2022 |
| SCALE: | AS NOTED |
| PROJECT NO.: | SD18051.01 |
| DRAWN BY: | HH |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |

SHEET TITLE:
ACCESSIBILITY
HOUSING UNIT 3
ARCHITECTURAL
MEZZANINE

SHEET NO.:
ACC2.1.3



GENERAL NOTES:

1. SEE MECHANICAL, ELECTRICAL, PLUMBING, STRUCTURAL AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION

2. SEE ACCESSIBILITY DETAILS SHEET AS.1 FOR ADDITIONAL INFORMATION.

CONSTRUCTION KEYNOTES:

1. REMOVE EXISTING PHONE. INSTALL NEW BLANK BOX. SEE ELECTRICAL.

2. REMOVE EXISTING STOOLS

3. EXISTING INTERCOM TO REMAIN IN PLACE, SEE ELECTRICAL

4. INSTALL NEW PHONE BOX, MOUNT, AND INSTALL NEW SURFACE MOUNTED CONDUIT THROUGH EXISTING PHONE BOX. SEE ELECTRICAL.

RANDALL LAMB

3131 Camino del Rio N, Suite 800,
San Diego, CA 92108

(619) 713-0700
Fax (619) 713-0701



CONSULTANTS:

DAVY
ARCHITECTURE

1055 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE  619.238.3811
www.davyarchitecture.com

PROJECT:

ROCK MOUNTAIN
DETENTION
FACILITY
UPGRADES
COUNTY PROJECT NO. MP16179

FACILITY:

COUNTY OF
SAN DIEGO
ROCK MOUNTAIN
DETENTION
FACILITY

KEY PLAN:



| | ADDENDUM B - ADA SCOPE ADD | 03/24/2023 |
| | PHASE 2 CONSTRUCTION SET | 10/10/2022 |
| NO. | Description | Date |

REVISIONS:

| DATE: | 07/01/2022 |
| SCALE: | AS NOTED |
| PROJECT NO. | SD18051.01 |
| DRAWN BY: | HH |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |

SHEET TITLE:

ACCESSIBILITY
HOUSING UNIT 4
ARCHITECTURAL
MEZZANINE

SHEET NO:

ACC2.1.4



GENERAL NOTES:

1. SEE MECHANICAL, ELECTRICAL, PLUMBING, STRUCTURAL AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION

2. SEE ACCESSIBILITY DETAILS SHEET AS.1 FOR ADDITIONAL INFORMATION

CONSTRUCTION KEYNOTES:

1. REMOVE EXISTING THRESHOLD AND INSTALL NEW (SOL-1) AT 3-IN MAX FROM ACCESSIBLE SHOWER SEAT. FLOAT CONCRETE TO MAX SLOPE OF 2% AND PATCH AND REPAIR CERAMIC FLOOR TILE (CT-1) AND SANDED TRAFFIC EPOXY COATING (EP-1). SEE DETAIL 11/ACD3.1. FOR FINISHES, SEE ACC4.1

2. INSTALL NEW 11.3" X 38" MIRROR (NORIX #R565-420 OR EQ) AT 40" AFF

3. EXISTING MIRROR TO REMAIN

4. REMOVE AND REPLACE EXISTING LOWER MIRROR WITH NEW 11.3" X 38" MIRROR (NORIX #R565-420 OR EQ) AT 40" AFF

RANDALL LAMB



DAVY
ARCHITECTURE
1055 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE 619.239.3911
www.davyarchitecture.com

PROJECT:
ROCK MOUNTAIN DETENTION FACILITY UPGRADES
COUNTY PROJECT NO. MP16179

FACILITY:
COUNTY OF SAN DIEGO ROCK MOUNTAIN DETENTION FACILITY



DATE: 07/01/2022
SCALE: AS NOTED
PROJECT NO: SD18051.01
DRAWN BY: HH
DESIGN BY: DAVY
CHECKED BY: JZ

SHEET TITLE:
ACCESSIBILITY HOUSING UNIT 5 ARCHITECTURAL LEVEL1

ACC2.0.5





GENERAL NOTES:

1. SEE MECHANICAL, ELECTRICAL, PLUMBING, STRUCTURAL AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION

2. SEE ACCESSIBILITY DETAILS SHEET A5.1 FOR ADDITIONAL INFORMATION

CONSTRUCTION KEYNOTES:

1. REMOVE EXISTING PHONE. INSTALL NEW BLANK BOX. SEE ELECTRICAL
2. REMOVE EXISTING STOOLS
3. EXISTING INTERCOM TO REMAIN IN PLACE, SEE ELECTRICAL
4. INSTALL NEW PHONE BOX, MOUNT, AND INSTALL NEW SURFACE MOUNTED CONDUIT THROUGH EXISTING PHONE BOX. SEE ELECTRICAL.

RANDALL LAMB

CONSULTANTS:

DAVY
ARCHITECTURE
1055 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE   619.239.3811
www.davyarchitecture.com

PROJECT:
ROCK MOUNTAIN DETENTION FACILITY UPGRADES
COUNTY PROJECT NO. MP16179

FACILITY:
COUNTY OF SAN DIEGO ROCK MOUNTAIN DETENTION FACILITY

KEY PLAN

ADDENDUM 8 - ADA SCOPE ADD     03/24/2023
PHASE 2 CONSTRUCTION SET     10/10/2022
NO.     Description     Date
REVISIONS:

DATE:     07/01/2022
SCALE:     AS NOTED
PROJECT NO.     SD18051.01
DRAWN BY:     HH
DESIGN BY:     DAVY
CHECKED BY:     JZ

SHEET TITLE:
ACCESSIBILITY HOUSING UNIT 5 ARCHITECTURAL MEZZANINE

SHEET NO.
ACC2.1.5



Case 3:20-cv-00406-AJB-DDL   Document 312   Filed 05/17/23   PageID 14432   Page
392 of 404   Page

RANDALL LAMB

DAVY
ARCHITECTURE
1055 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE 619.238.3811
www.davyarchitecture.com

CONSULTANTS:

PROJECT:
ROCK MOUNTAIN DETENTION FACILITY UPGRADES
COUNTY PROJECT NO. MP16179

FACILITY:
COUNTY OF SAN DIEGO
ROCK MOUNTAIN DETENTION FACILITY

KEY PLAN

DATE: 07/01/2022
SCALE: AS NOTED
PROJECT NO: SD18051.01
DRAWN BY: HH
DESIGN BY: DAVY
CHECKED BY: JZ

SHEET TITLE:
ACCESSIBILITY
ARCHITECTURAL
ADMINISTRATION
BASEMENT

ACC2.0.7

CONSTRUCTION KEYNOTES:

1. RELOCATE EXISTING BENCH SEATING BY MOVING SEAT, LEGS, AND BASE PLATES TO BE FLUSH TO THE BACK WALL. REMOVE EXISTING BOLTS AND REPLACE WITH NEW ANCHORAGE TO MATCH EXISTING ANCHOR BOLT, SIZE, LENGTH, EMBED DEPTH. PROVIDE CONTINUOUS PICK-RESISTANT CAULKING, AND PATCH HOLES

2. DEMOLISH EXISTING NON ACCESSIBLE BENCH AND BASE PLATES. PATCH AND REPAIR EXISTING FLOORING AND FILL HOLES

3. INSTALL NEW SURFACE-MOUNTED TOILET PAPER HOLDER, SEE DETAIL 10/ACC5.1

4. INSTALL NEW 11.5" x 38" MIRROR (NORIX #R565-420 OR EQ.) AT 40" AFF

5. EXISTING BENCH TO REMAIN. PROVIDE CONTINUOUS PICK-RESISTANT CAULK TO FILL IN ALL GAPS AT SIDE AND BACK WALL, AS OCCURS

6. INSTALL NEW ANTI-LIGATURE SHROUD OVER EXISTING INTERCOM, SEE DETAIL 1/ACC5.1

GENERAL NOTES:

1. SEE MECHANICAL, ELECTRICAL, PLUMBING, STRUCTURAL AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION

2. SEE ACCESSIBILITY DETAILS SHEET AS.1 FOR ADDITIONAL INFORMATION

REVISIONS:
ADDENDUM 8 - ADA SCOPE ADD   03/24/2023
PHASE 2 CONSTRUCTION SET   10/10/2022



GENERAL NOTES:

1. SEE MECHANICAL, ELECTRICAL, PLUMBING, STRUCTURAL AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION

2. SEE ACCESSIBILITY DETAILS SHEET AS.1 FOR ADDITIONAL INFORMATION.

CONSTRUCTION KEYNOTES:

1. RELOCATE EXISTING BENCH SEATING BY MOVING SEAT, LEGS, AND BASE PLATES TO BE FLUSH TO THE BACK WALL. REMOVE EXISTING BOLTS AND REPLACE WITH NEW ANCHORAGE TO MATCH EXISTING ANCHOR BOLT, SIZE, LENGTH, EMBED DEPTH. PROVIDE CONTINUOUS PICK-RESISTANT CAULKING, AND PATCH HOLES

2. REMOVE EXISTING BENCH. INSTALL NEW 60"W X 20"D X 18"H BENCH. PATCH AND REPAIR FINISHES AND FILL HOLES

3. REMOVE STOOL, PATCH AND REPAIR FINISHES AND FILL HOLES

4. INSTALL NEW ANTI-LIGATURE SHROUD OVER EXISTING INTERCOM. SEE DETAIL 4/ACC5.1

5. REMOVE EXISTING PHONE. INSTALL NEW BLANK BOX. SEE ELECTRICAL

6. INSTALL NEW PHONE BOX, MOUNT, AND INSTALL NEW SURFACE MOUNTED CONDUIT THROUGH EXISTING PHONE BOX, SEE ELECTRICAL

RANDALL LAMB

3131 Camino del Rio N, Suite 800,
San Diego, CA 92108

(619) 713-0700
Fax (619) 713-0701

CONSULTANTS:

DAVY
ARCHITECTURE

1055 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE   619.238.3811
www.davyarchitecture.com

PROJECT:

ROCK MOUNTAIN
DETENTION
FACILITY
UPGRADES
COUNTY PROJECT NO. MP16179

FACILITY:

COUNTY OF
SAN DIEGO
ROCK MOUNTAIN
DETENTION
FACILITY

KEY PLAN:



| | ADDENDUM 6 - ADA SCOPE ADD | 03/24/2023 |
| | PHASE 2 CONSTRUCTION SET | 10/16/2022 |
| NO. | Description | Date |

REVISIONS:

| DATE: | 07/01/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD18051.01 |
| DRAWN BY: | HH |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |

SHEET TITLE:

MEDICAL
ACCESSIBILTY
ARCHITECTURAL
LEVEL 1

ACC2.1.7

GENERAL NOTES:

1. SEE MECHANICAL, ELECTRICAL, PLUMBING, STRUCTURAL AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION

2. SEE ACCESSIBILITY DETAILS SHEET A5.1 FOR ADDITIONAL INFORMATION.

CONSTRUCTION KEYNOTES:

1. INSTALL NEW SINGLE FREESTANDING NON-STEEL, ANTI-LIGATURE BED (NORIX #ATN150 OR EQ) SECURED TO THE FLOOR WITH WEDGE ANCHORS AND 3/8" BOLTS. PROVIDE CONTINUOUS, PICK-RESISTANT CAULKING AND FIELD-LOCATE PER SHERIFF DIRECTION

2. INSTALL NEW FREESTANDING NON-STEEL ANTI-LIGATURE NIGHTSTAND TABLE (NORIX #ATN250 OR EQ) SECURED TO THE FLOOR WITH WEDGE ANCHORS AND 3/8" BOLTS. PROVIDE CONTINUOUS, PICK-RESISTANT CAULKING AND FIELD-LOCATE PER SHERIFF DIRECTION

3. DEMO EXISTING BENCH. INSTALL NEW 60"W X 20"D X 18"H BENCH

4. INFILL WINDOW WITH STEEL. SEE DETAIL 12/A5.2

5. REMOVE EXISTING MIRROR AND INSTALL NEW 11.3" X 36" MIRROR (NORIX #R565-420 OR EQ), MOUNT PER DETAIL 13/A5.1

6. RELOCATE EXISTING TABLES AND PATCH FLOOR WITH EPOXY GROUT

7. RELOCATE INTERCOM TO DOORWAY AND FLUSH MOUNT

8. RELOCATE TOILET FLUSH BUTTON TO 1-1/2" ABOVE GRAB BAR, 44" MAX AFF

9. INSTALL NEW 48" x 20" x 18"H  ACCESSIBLE BENCH

10. INSTALL NEW SURFACE MOUNTED TOILET PAPER HOLDER, SEE DETAIL 10/ACC5.1

11. INSTALL NEW L-SHAPED ANTI-LIGATURE ACCESSIBLE GRAB BARS

12. INSTALL NEW ACCESSIBLE TABLES (NORIX #44200 OR EQ)

13. REMOVE EXISTING THRESHOLD AND INSTALL NEW (SDL-1) AT 3-IN MAX FROM ACCESSIBLE SHOWER SEAT. FLOAT CONCRETE TO MAX SLOPE OF 2% AND PATCH AND REPAIR CERAMIC FLOOR TILE (CT-1) AND SANDED TRAFFIC EPOXY COATING (EP-1). SEE DETAIL 11/ACC5.1. FOR FINISHES, SEE ACC4.1

14. REMOVE EXISTING FLOOR TILE, REMOVE EXISTING THRESHOLD, SCARIFY CONCRETE, SLOPE FLOOR 2% TO DRAIN (CT) 1' X 1' DALTILE, INSTALL NEW FLANGE (SEE PLUMBING DRAWINGS), DRAIN BODY EXISTING TO REMAIN, EPOXY GROUT SLOPE TO THRESHOLD. INSTALL NEW THRESHOLD AT 3" MAX FROM SEAT

15. REMOVE EXISTING GRAB BARS AND INSTALL NEW L-SHAPED ANTI-LIGATURE ACCESSIBLE GRAB BARS WITH CUSTOM ATTACHMENT POINT

16. CUT CONCRETE FOR PIPE ACCESS AND INSTALL NEW CHASE DOOR AND INSTALL NEW FLUSH MOUNTED SHOWER CONTROLS

RANDALL LAMB



CONSULTANTS:

DAVY
ARCHITECTURE
1055  TENTH  AVENUE
SAN  DIEGO,  CA  92101
PHONE   619.239.3911
www.davyarchitecture.com

PROJECT:

**ROCK MOUNTAIN DETENTION FACILITY UPGRADES**
COUNTY PROJECT NO. MP16179

FACILITY:

**COUNTY OF SAN DIEGO ROCK MOUNTAIN DETENTION FACILITY**

KEY PLAN



| | | |
|---|---|---|
| ⚠ | ADDENDUM B - ADA SCOPE ADD | 03/24/2023 |
| | PHASE 2 CONSTRUCTION SET | 10/10/2022 |
| NO. | Description | Date |

REVISIONS:

| | |
|---|---|
| DATE: | 07/01/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD18051.01 |
| DRAWN BY: | HH |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |

SHEET TITLE:

**HOUSING UNIT 7 ACCESSIBLITY ARCHITECTURAL LEVEL 1**

SHEET NO.

**ACC2.1.8**



RANDALL LAMB

PROJECT:

ROCK MOUNTAIN
DETENTION
FACILITY
UPGRADES

COUNTY PROJECT NO. MP16179

FACILITY:

COUNTY OF
SAN DIEGO
ROCK MOUNTAIN
DETENTION
FACILITY

KEY PLAN

CONSTRUCTION KEYNOTES:

1  REMOVE EXISTING THRESHOLD AND INSTALL NEW (SGL-1) AT 3-IN MAX FROM
   ACCESSIBLE SHOWER SEAT. FLOAT CONCRETE TO MAX SLOPE OF 2% AND PATCH AND
   REPAIR CERAMIC FLOOR TILE (CT-1) AND SANDED TRAFFIC EPOXY COATING (EP-X).
   SEE DETAIL 13/A6.2 (SIM). FOR FINISHES, SEE A3.1

2  RUN CONDUIT THROUGH PLUMBING CHASE AND RECESS MOUNT INTERCOM BOX

3  INSTALL NEW 48" X 20" X 19"H. ACCESSIBLE BENCH

4  COSD: INSTALL NEW HOLDING CELL SIGNAGE

5  INSTALL NEW SURFACE MOUNTED TOILET PAPER HOLDER, SEE DETAIL 10/ACC5.1

GENERAL NOTES:

1.  SEE MECHANICAL, ELECTRICAL, PLUMBING, STRUCTURAL AND FIRE PROTECTION
    DRAWINGS FOR ADDITIONAL INFORMATION

2.  SEE ACCESSIBILITY DETAILS SHEET A5.1 FOR ADDITIONAL INFORMATION

3.  COSD: WORK TO BE PERFORMED BY COUNTY OF SAN DIEGO

DATE:          07/01/2022
SCALE:         AS NOTED
PROJECT NO:    SD18051.01
DRAWN BY:      HH
DESIGN BY:     DAVY
CHECKED BY:    JZ

SHEET TITLE:

PROCESSING
ACCESSIBILITY
ARCHITECTURAL
LEVEL 1

ACC2.1.9

## Detail Titles

- 4 — HC ISOLATION (2014) - NEW — SCALE: 1/4" = 1'-0"
- 3 — HC ISOLATION (2014) - DEMO — SCALE: 1/4" = 1'-0"
- 2 — HU 4 SHOWERS (B109, C109) - NEW — SCALE: 1/4" = 1'-0"
- 1 — HU 4 SHOWERS (B109, C109) - DEMO — SCALE: 1/4" = 1'-0"
- 12A — HU4 (C110)
- 12 — 2013
- 11 — 2014
- 10 — B109
- 9 — B109
- 8 — B109
- 7 — C109
- 6 — C109
- 5 — C109
- 16 — HC ISOLATION (2025) - NEW — SCALE: 1/4" = 1'-0"
- 15 — HC ISOLATION (2025) - DEMO — SCALE: 1/4" = 1'-0"
- 14 — MED OBSERV 2 (2060) - NEW — SCALE: 1/4" = 1'-0"
- 13 — MED OBSERV 2 (2060) - DEMO — SCALE: 1/4" = 1'-0"
- 21 — 2030
- 20 — 2025
- 19 — 2060
- 18 — 2060
- 17 — 2060
- 27 — 2069
- 26 — 2081
- 25 — HU 7 (2081) - NEW — SCALE: 1/4" = 1'-0"
- 24 — HU 7 (2081) - DEMO — SCALE: 1/4" = 1'-0"
- 23 — SEARCH SHOWER (2170) - NEW — SCALE: 1/4" = 1'-0"
- 22 — SEARCH SHOWER (2170) - DEMO — SCALE: 1/4" = 1'-0"
- 33 — TYP TOILET WALL - NEW — SCALE: 1/4" = 1'-0"
- 32 — TYP TOILET WALL - NEW — SCALE: 1/4" = 1'-0"
- 31 — TYP TOILET WALL - DEMO — SCALE: 1/4" = 1'-0"
- 30 — 2170
- 29 — 2170
- 28 — 2170
- 35 — 2058
- 34 — MED OBSERV 1 (2058) — SCALE: 1/4" = 1'-0"
- 35 — TYP HOLD CELL - NEW — SCALE: 1/4" = 1'-0"
- 34 — TYP HOLD CELL - DEMO — SCALE: 1/4" = 1'-0"

## GENERAL NOTES

1. SEE MECHANICAL, ELECTRICAL, PLUMBING, STRUCTURAL AND FIRE PROTECTION DRAWINGS FOR ADDITIONAL INFORMATION
2. SEE ACCESSIBILITY DETAILS SHEET AS.1 FOR ADDITIONAL INFORMATION

## CONSTRUCTION KEYNOTES

1. REMOVE EXISTING GRAB BAR FROM SIDE WALL AND SALVAGE FOR REINSTALLATION
2. INSTALL NEW 12GA STAINLESS STEEL PANEL WITH 3/4" J-MOLD AND FLAT STEEL AT 18" OC AND AS REQUIRED FOR GRAB BAR BACKING, SEE DETAIL 9/ACCS.1
3. REINSTALL EXISTING GRAB BAR, SEE DETAIL 13/AS.1
4. MODIFY ESCUTCHEON AT EXISTING GRAB BAR ON REAR WALL TO ALLOW FURRED WALL PANEL
5. RELOCATE EXISTING CERAMIC FLOOR TILE AND THRESHOLD. SCARIFY CONCRETE TO ALLOW 2% MAX SLOPE TO FLOOR DRAIN
6. INSTALL NEW FLANGE AT FLOOR DRAIN, SEE PLUMBING DRAWINGS
7. INSTALL NEW CERAMIC FLOOR TILE (CT-1) AT 2% MAX SLOPE
8. INSTALL NEW THRESHOLD (SOL-1) AT 3-IN MAX FROM ACCESSIBLE SHOWER SEAT. FLOAT CONCRETE TO MAX SLOPE OF 2% AND PATCH AND REPAIR SANDED EPOXY COATING (EP-1). SEE DETAIL 11/ACCS.1
9. DEMOLISH PORTION OF CMU WALL AS NEEDED FOR PIPE ACCESS
10. INSTALL NEW CHASE DOOR
11. RELOCATE SHOWER CONTROLS TO BE FLUSH MOUNT AT NEW LOCATION, PATCH AND REPAIR CERAMIC WALL TILE (CT-2)
12. EXISTING ACCESSORIES TO REMAIN
13. RELOCATE EXISTING 6-IN CMU WALL TO BE 18-IN MIN FROM CENTER OF LAVATORY
14. RELOCATE EXISTING 6-IN CMU TO BE 48-IN MIN FROM FRONT OF TOILET
15. INSTALL NEW SURFACE-MOUNTED TOILET PAPER HOLDER, SEE DETAIL 10/ACCS.1
16. REMOVE CERAMIC FLOOR TILE AND CERAMIC WALL TILE AND PREP FOR NEW WALL INSTALLATION
17. REMOVE EXISTING GRAB BARS
18. REMOVE EXISTING THRESHOLD
19. REMOVE SURFACE-MOUNTED SHOWER BENCH AND SALVAGE FOR REINSTALLATION
20. REMOVE AND RELOCATE SHOWER HEADS AND CONTROLS
21. INSTALL NEW CERAMIC FLOOR TILE (CT-1) AT 2% MAX SLOPE TO FLOOR DRAIN AND CERAMIC WALL TILE (CT-2) AND PAINT CEILING AND EXPOSED GYPSUM WALLBOARD (PT-1)
22. TERMINATE CERAMIC TILE WITH VERTICAL BULLNOSE EDGE AT SHOWER ENTRY
23. INSTALL NEW METAL STUD WALL AS SHOWN IN HATCH PATTERN
24. INSTALL NEW RECESSED ACCESSIBLE SHOWER BENCH
25. INSTALL NEW THRESHOLD (SOL-1) AT 3-IN MAX FROM SHOWER SEAT
26. INSTALL NEW ANTI-LIGATURE L-SHAPED GRAB BARS
27. NEW LOCATION OF SHOWER HEAD, SEE PLUMBING DRAWINGS
28. NEW LOCATION OF SHOWER CONTROLS, SEE PLUMBING DRAWINGS
29. REMOVE CURTAIN ROD HOLDERS
30. REMOVE EXISTING BENCH AND SALVAGE FOR REINSTALLATION
31. REINSTALL BENCH AT NEW LOCATION PER SHERIFF FACILITIES PERMISSION
32. RELOCATE FLUSH MOUNT INTERCOM. INSTALL NEW RECESSED BACK BOX, SEE ELECTRICAL
33. REMOVE EXISTING INTERCOM AND SALVAGE FOR REINSTALLATION, INSTALL NEW BLANK BOX, SEE ELECTRICAL

## FINISH SCHEDULE

| | ITEM | PORCELAIN FLOOR TILE |
|---|---|---|
| CT-1 | MANUFACTURER: | DALTILE |
| | STYLE: | PORCELAIN 2 x 2 |
| | COLOR/NO: | D209 - DESERT GREY SPECKLE (1) |
| | GROUT: | CUSTOM BUILDING PRODUCTS: 09 - NATURAL GRAY (SANDED) CEG-IG INDUSTRIAL GRADE 100% SOLIDS EPOXY GROUT |

| | ITEM | GLAZED CERAMIC FULL-HEIGHT WALL TILE |
|---|---|---|
| CT-2 | MANUFACTURER: | DALTILE |
| | STYLE: | CLASSIC 4 x 4 |
| | COLOR/NO: | CUSTOM BUILDING PRODUCTS: 09 - NATURAL GRAY (UNSANDED) CEG-IG INDUSTRIAL GRADE 100% SOLIDS EPOXY GROUT |

| | ITEM | PAINT - CEILING |
|---|---|---|
| PT-1 | MANUFACTURER: | SHERWIN WILLIAMS |
| | STYLE: | EGGSHELL FINISH |
| | COLOR/NO: | SW 7007 - CEILING BRIGHT WHITE |

| | ITEM | SOLID SURFACE THRESHOLD |
|---|---|---|
| SOL-1 | MANUFACTURER: | AVONITE |
| | STYLE: | ACRYLIC SURFACE |
| | COLOR/NO: | 8938 CALM |

| | ITEM | EPOXY FLOOR COATING |
|---|---|---|
| EP-1 | MANUFACTURER: | WESTCOAT |
| | COLOR/NO: | EC-98 100% SOLIDS EPOXY |

## Title Block

RANDALL LAMB

DAVY ARCHITECTURE
1053 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE: 619.236.3911
www.davyarchitecture.com

PROJECT:
ROCK MOUNTAIN DETENTION FACILITY UPGRADES
COUNTY PROJECT NO. MF16179

FACILITY:
COUNTY OF SAN DIEGO
ROCK MOUNTAIN DETENTION FACILITY

KEY PLAN

| NO. | Description | Date |
|---|---|---|
| | ADDENDUM 8 - ADA SCOPE ADD | 02/24/2023 |
| | PHASE 2 CONSTRUCTION SET | 10/1/2023 |

DATE: 07/01/2022
SCALE: AS NOTED
PROJECT NO: SD18051.01
DRAWN BY: HH
DESIGN BY: DAVY
CHECKED BY: JZ

SHEET TITLE:
ACCESSIBILITY INTERIOR ELEVATIONS

ACC4.1



MARBLE THRESHOLD 11

SCALE: 6" = 1'-0"

ACCESSIBLE PHONES 6

SCALE: 1" = 1'-0"

WALL DETAIL 1

SCALE: 1/2" = 1'-0"

ACCESSIBLE PHONES 7

SCALE: 1" = 1'-0"

WALL DETAIL 2

SCALE: 1/2" = 1'-0"

ACCESSIBLE PHONES 8

SCALE: 1" = 1'-0"

WALL DETAIL 3

SCALE: 1/2" = 1'-0"

WALL - FURRED PANEL FOR ADA COMPLIANCE 9

SCALE: 3" = 1'-0"

ANTI-LIGATURE INTERCOM SHROUD 4

SCALE: 1/2" = 1'-0"

SURFACE-MOUNTED TOILET PAPER HOLDER 10

SCALE: NOT TO SCALE

ANTI-LIGATURE PLATE AT WINDOW 5

SCALE: 1/2" = 1'-0"

RANDALL LAMB
Integrated Services - MEP Engineering | Technical Services | Building Sciences | Building Commissioning | Clean Energy Solutions | Energy Services | SAN DIEGO - SAN FRANCISCO
3131 Camino del Rio N. Suite 800,
San Diego, CA 92108.
(619) 713-5700
Fax (619) 713-5701

CONSULTANTS

DAVY
ARCHITECTURE
DISABLED VETERAN • EMPLOYEE OWNED
1053 TENTH AVENUE
SAN DIEGO, CA 92101
PHONE 619.238.3811
www.davyarchitecture.com

PROJECT:

ROCK MOUNTAIN DETENTION FACILITY UPGRADES

COUNTY PROJECT NO. MP16179

FACILITY:

COUNTY OF SAN DIEGO ROCK MOUNTAIN DETENTION FACILITY

KEY PLAN

| NO. | Description | Date |
|---|---|---|
| 8 | ADDENDUM 8 - ADA SCOPE ADD | 03/24/2023 |
| | PHASE 2 CONSTRUCTION SET | 10/10/2022 |

REVISIONS:

| | |
|---|---|
| DATE: | 07/01/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD18051.01 |
| DRAWN BY: | HH |
| DESIGN BY: | DAVY |
| CHECKED BY: | JZ |

SHEET TITLE:

DETAILS

SHEET NO.: 8

ACC5.1

File path: I:\PROJECTS\RLA_2203_George Bailey Renovation\05 Design\05 RMDF_Drawings\ACC5.1_DETAILS.dwg 3/23/2023 4:13 PM hhorton



RANDALL LAMB

CONSULTANTS

PROJECT:

**ROCK MOUNTAIN DETENTION FACILITY UPGRADES**

COUNTY PROJECT NO. MP16179

FACILITY:

**COUNTY OF SAN DIEGO ROCK MOUNTAIN DETENTION FACILITY**

KEY PLAN

| ⚠ | ADDENDUM II – ADA | 03/24/2023 |
| | PHASE 2 CONSTRUCTION SET | 10/10/2022 |
| NO. | Description | Date |

REVISIONS:

| DATE: | 07/01/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD18051.01 |
| DRAWN BY: | EA |
| DESIGN BY: | RD |
| CHECKED BY: | RB |

SHEET TITLE:

**PLUMBING HOUSE 4 LEVEL 1 PLUMBING PLAN**

**ACCP2.0.4**

REMOVE SHOWER PANEL FROM
REAR WALL AND RELOCATE TO NEW SIDE
WALL. PROVIDE FOR WATER PIPING ROUGH
IN ADJUSTMENT TO NEW PANEL LOCATION.
TYPICAL FOR B109 & C109.

1. **PLUMBING HOUSE 4 LEVEL 1 PLUMBING PLAN**
   SCALE: 1/8"=1'

NORTH



RANDALL LAMB

2101 Camino del Rio N, Suite 600,
San Diego, CA 92108

(619) 713-5700
Fax (619) 713-5701

RL #SD18051.01

CONSULTANTS

PROJECT:

**ROCK MOUNTAIN
DETENTION
FACILITY
UPGRADES**

COUNTY PROJECT NO. MP16179

FACILITY:

**COUNTY OF
SAN DIEGO
ROCK MOUNTAIN
DETENTION
FACILITY**

KEY PLAN



| | ADDENDUM II - ADA | 03/24/2023 |
| | PHASE 2 CONSTRUCTION SET | 10/10/2022 |
| NO. | Description | Date |
| REVISIONS: | | |

| DATE: | 07/01/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD18051.01 |
| DRAWN BY: | EA |
| DESIGN BY: | RD |
| CHECKED BY: | RB |

SHEET TITLE:

PLUMBING ADMIN BLDG -
LEVEL 1 PLAN



**1  PLUMBING ADMIN BLDG - LEVEL 1 PLAN**
SCALE: 1/8"=1'-0"


NORTH

**ACCP2.1.7**



1 PLUMBING ADMIN BLDG - LEVEL 1 PLAN

SCALE: 1/8"=1'-0"

NORTH

RANDALL LAMB
Integrated Services - MEP Engineering | Technical Services | Building Sciences | Building Commissioning | Clean Energy Solutions | Energy Services | SAN DIEGO - SAN FRANCISCO
3131 Camino del Rio N, Suite 800, San Diego, CA 92108.
(619) 713-5700
Fax (619) 713-5701

RL #SD18051.01

CONSULTANTS

PROJECT:

ROCK MOUNTAIN DETENTION FACILITY UPGRADES

COUNTY PROJECT NO. MP16179

FACILITY:

COUNTY OF SAN DIEGO ROCK MOUNTAIN DETENTION FACILITY

KEY PLAN

| NO. | Description | Date |
|---|---|---|
| 8 | ADDENDUM 8 - ADA | 03/24/2023 |
| | PHASE 2 CONSTRUCTION SET | 10/10/2022 |

REVISIONS:

| | |
|---|---|
| DATE: | 07/01/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD18051.01 |
| DRAWN BY: | EA |
| DESIGN BY: | RD |
| CHECKED BY: | RB |

SHEET TITLE:

PLUMBING ADMIN BLDG - LEVEL 1 PLAN

SHEET NO.:

ACCP2.1.8

File path: Z:\SD18051.01\CAD\P\ACC\ACCP2.1.8.dwg 3/28/2023 2:30 PM rgilgore



1 PLUMBING PROCESSING LEVEL 1 FLOOR PLAN

SCALE: 1/8"=1'-0"

NORTH

RANDALL LAMB
Integrated Services - MEP Engineering | Technical Services | Building Sciences | Building Commissioning | Clean Energy Solutions | Energy Services | SAN DIEGO - SAN FRANCISCO
3131 Camino del Rio N. Suite 800,
San Diego, CA 92108.
(619) 713-5700
Fax (619) 713-5701

RL #SD18051.01

CONSULTANTS

PROJECT:

ROCK MOUNTAIN DETENTION FACILITY UPGRADES

COUNTY PROJECT NO. MP16179

FACILITY:

COUNTY OF SAN DIEGO ROCK MOUNTAIN DETENTION FACILITY

KEY PLAN

| NO. | Description | Date |
|---|---|---|
| 8 | ADDENDUM 8 - ADA | 03/24/2023 |
| | PHASE 2 CONSTRUCTION SET | 10/10/2022 |

REVISIONS:

| | |
|---|---|
| DATE: | 07/01/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD18051.01 |
| DRAWN BY: | EA |
| DESIGN BY: | RD |
| CHECKED BY: | RB |

SHEET TITLE:

PLUMBING PROCESSING LEVEL 1 FLOOR PLAN

SHEET NO.:

ACCP2.1.9

File path: Z:\SD18051.01\CAD\P\ACC\ACCP2.1.9.dwg 3/28/2023 2:30 PM rgilgore



PROCESSING LEVEL 1 - ELECTRICAL PLAN

SCALE: 3/32" = 1'-0" (1)

NOTES:

1. REPLACE EXISTING SURFACE MOUNTED LINEAR LIGHTING FIXTURE WITH NEW SURFACE MOUNTED TYPE D LED DOWNLIGHT. EXISTING LIGHTING CONTROL SCHEME TO REMAIN.

HOUSE 4 - LEVEL 1 - ELECTRICAL PLAN

SCALE: 1/16" = 1'-0" (2)

NOTES:

1. REMOVE EXISTING INTERCOM FOR RELOCATION. PROVIDE BLANK COVERPLATE WITH TAMPERPROOF SCREWS.
2. CORE DRILL CONCRETE BLOCK TO BACKBOX.
3. CORE DRILL CONCRETE BLOCK AND INSTALL RECESSED BACKBOX FOR INSTALLATION OF EXISTING INTERCOM IN NEW LOCATION.

PROCESSING LEVEL 1 RM 2172 - ELECTRICAL PLAN

SCALE: 1/4" = 1'-0" (3)

NOTES:

1. REMOVE EXISTING RECESSED INTERCOM FOR RELOCATION. PROVIDE BLANK COVERPLATE WITH TAMPERPROOF SCREWS.
2. EXISTING RECESSED INTERCOM IN NEW LOCATION. SEE ARCHITECTURAL ELEVATIONS FOR RECESSED BACKBOX HEIGHT. INTERCEPT EXISTING CONCEALED CONDUIT AND CONDUCTORS AND EXTEND TO NEW LOCATION.

MEDICAL LEVEL 1 RM 2058 - ELECTRICAL PLAN

SCALE: 1/4" = 1'-0" (4)

RANDALL LAMB
Integrated Services - MEP Engineering | Technical Services | Building Sciences | Building Commissioning | Clean Energy Solutions | Energy Services |
SAN DIEGO - SAN FRANCISCO
3131 Camino del Rio N, Suite 800,
San Diego, CA 92108.
(619) 713-5700
Fax (619) 713-5701

REGISTERED PROFESSIONAL ENGINEER KURT R. KOHLER NO: 10987 ELECTRICAL STATE OF CALIFORNIA

07/01/2022
RL #SD018051.01

CONSULTANTS

PROJECT:

ROCK MOUNTAIN DETENTION FACILITY UPGRADES

COUNTY PROJECT NO. MP16179

FACILITY:

COUNTY OF SAN DIEGO ROCK MOUNTAIN DETENTION FACILITY

KEY PLAN

| NO. | Description | Date |
|---|---|---|
| 8 | ADDENDUM 8 - ADA PACKAGE | 03/24/2023 |
| | PHASE 2 CONSTRUCTION SET | 10/10/2022 |

REVISIONS:

| | |
|---|---|
| DATE: | 07/01/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD18051.01 |
| DRAWN BY: | |
| DESIGN BY: | ELEC |
| CHECKED BY: | ELEC |

SHEET TITLE:

PROCESSING, MEDICAL AND HOUSE 4 ELECTRICAL PLAN - LEVEL 1

SHEET NO.

ACCE2.0.7

File path: Z:\SD18051.01\CADE\ACCACCE2.0.7.dwg 3/24/2023 10:02 AM FGarcia



HOUSE 1 - MEZZANINE - ELECTRICAL PLAN

SCALE: 1/16" = 1'-0" (1)

HOUSE 2 - MEZZANINE - ELECTRICAL PLAN

SCALE: 1/16" = 1'-0" (2)

HOUSE 3 - MEZZANINE - ELECTRICAL PLAN

SCALE: 1/16" = 1'-0" (3)

HOUSE 4 - MEZZANINE - ELECTRICAL PLAN

SCALE: 1/16" = 1'-0" (4)

RANDALL LAMB
Integrated Services - MEP Engineering | Technical Services | Building Sciences | Building Commissioning | Clean Energy Solutions | Energy Services | SAN DIEGO - SAN FRANCISCO
3131 Camino del Rio N. Suite 800,
San Diego, CA 92108.
(619) 713-5700
Fax (619) 713-5701

07/01/2022
RL #SD18051.01

CONSULTANTS

PROJECT:

ROCK MOUNTAIN DETENTION FACILITY UPGRADES
COUNTY PROJECT NO. MP16179

FACILITY:

COUNTY OF SAN DIEGO ROCK MOUNTAIN DETENTION FACILITY

KEY PLAN

| NO. | Description | Date |
|---|---|---|
| 8 | ADDENDUM 8 - ADA PACKAGE | 03/24/2023 |
| | PHASE 2 CONSTRUCTION SET | 10/10/2022 |

REVISIONS:

| | |
|---|---|
| DATE: | 07/01/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD18051.01 |
| DRAWN BY: | |
| DESIGN BY: | ELEC |
| CHECKED BY: | ELEC |

SHEET TITLE:

HOUSE 1, 2 ,3 & 4 ELECTRICAL PLAN - MEZZANINE

SHEET NO.:

E2.2.1-4 (8)

File path: Z:\SD18051.01\CAD\E ACC\ACCE2.1-4.dwg 3/24/2023 9:58 AM FGarcia



HOUSE 5 - MEZZANINE - ELECTRICAL PLAN

SCALE: 1/16" = 1'-0" (1)

TYPICAL - MEZZANINE INMATE VISIT/VISITOR ELECTRICAL ENLARGED PLAN

SCALE: 1/4" = 1'-0" (2)

DETAIL "A"

INMATE/VISITOR ADA STATION DETAIL

NOT TO SCALE (3)

RANDALL LAMB
Integrated Services - MEP Engineering | Technical Services | Building Sciences | Building Commissioning | Clean Energy Solutions | Energy Services | SAN DIEGO - SAN FRANCISCO
3131 Camino del Rio N. Suite 800, San Diego, CA 92108.
(619) 713-5700
Fax (619) 713-5701

REGISTERED PROFESSIONAL ENGINEER — ELECTRICAL — STATE OF CALIFORNIA
07/01/2022
RL #SD018051.01

CONSULTANTS

PROJECT:
ROCK MOUNTAIN DETENTION FACILITY UPGRADES
COUNTY PROJECT NO. MP16179

FACILITY:
COUNTY OF SAN DIEGO ROCK MOUNTAIN DETENTION FACILITY

KEY PLAN

| NO. | Description | Date |
|---|---|---|
| 8 | ADDENDUM 8 - ADA PACKAGE | 03/24/2023 |
| | PHASE 2 CONSTRUCTION SET | 10/10/2022 |

REVISIONS:

| | |
|---|---|
| DATE: | 07/01/2022 |
| SCALE: | AS NOTED |
| PROJECT NO: | SD18051.01 |
| DRAWN BY: | |
| DESIGN BY: | ELEC |
| CHECKED BY: | ELEC |

SHEET TITLE:
HOUSE 5 ELECTRICAL PLAN & DETAILS - MEZZANINE

SHEET NO:
ACCE2.2.5

File path: Z:\SD18051.01\CAD\E ACC\ACCE2.5-6.dwg 3/24/2023 10:07 AM FGarcia