GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF HANNAH CHARTOFF IN SUPPORT OF PLAINTIFFS' MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Date: June 29, 2023<br>Time: 2:00 p.m.<br>Ctrm.: 4A |

I, Hannah Chartoff, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motion to File Under Seal Documents in Support of Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

2. Plaintiffs seek to seal narrow portions of the medical records of Nierobi Kuykendall submitted with Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification (the "Motions") in order to demonstrate the harm that incarcerated people have wrongfully faced at the San Diego County Jail (the "Jail"). Those medical records are contained in Exhibit A to the Reply Declaration of Nierobi Kuykendall. Based on my experience representing incarcerated people and my conversations with people incarcerated at the Jail, it is my understanding that disclosure of private medical and mental health information unrelated to the case would embarrass, inconvenience, and otherwise expose to harm the incarcerated people whose records are at issue.

3. All of the portions of medical records sought to be sealed through this motion contain private, sensitive information about Mr. Kuykendall's medical history, condition, diagnosis, and treatments that Plaintiffs have not put at issue in these Motions. The excerpts from the records include details of unrelated medical care Mr. Kuykendall received. Plaintiffs do not seek to seal information regarding conditions, communications, and custody and medical staff practices that they have put at issue in these Motions. Plaintiffs seek to seal only those portions of the medical records we believe contain unrelated confidential medical information.

4. The medical records Plaintiffs seek to seal were produced to my law firm by the Sheriff's Department upon request and submission of a signed medical release form.

5. My firm has confirmed the Motion to Seal complies with Civil Local Rule 79.2 and Electronic Case Filing Administrative Policies and Procedures Manual Section 2(j).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 26th day of May, 2023.

_Hannah Chartoff_