GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF HANNAH CHARTOFF IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Hearing: June 29, 2023<br>Time: 2:00 p.m.<br>Courtroom: 4A<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner |

Case No. 3:20-cv-00406-AJB-DDL

DECLARATION OF HANNAH CHARTOFF IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

I, Hannah Chartoff, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

2. Attached as **Exhibit A** is a true and correct copy of a screenshot I took of the Inmate Detail for Cristian Esquivel from the San Diego County Sheriff's Department "Who's In Jail" website. This screenshot reflects that Mr. Esquivel remains housed at George Bailey Detention Facility as of May 26, 2023.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego County Central Jail in San Diego, California this 26th day of May, 2023.

Hannah Chartoff

# EXHIBIT A

**SAN DIEGO COUNTY Sheriff's Department**

Restraining Order   Arrest Warrant   Who's In Jail   Jail Popul

# WHO IS IN JAIL - INMATE DETAIL

Information is current as of: 05/26/2023 09:50:58

Select Language
Powered by Google Translate

New Search

The data contained in this web site should not be relied upon for any type of legal action.

- Email Inmate
- Schedule a Visit
- Status Notification
- Shop Commissary

## PERSONAL INFORMATION

| | | |
|---|---|---|
| **Booking Nbr:** 22749556 | **Date of Birth:** [redacted] | **Hair:** BLK |
| **Last Name:** ESQUIVEL | **Sex:** M | **Eyes:** BRO |
| **First Name:** CRISTAIN | **Race/Ethnicity:** H | **Height:** 5' 08" |
| **Middle Name:** | **Age:** 28 | **Weight:** 150 lbs. |

## HOUSING LOCATION

| | |
|---|---|
| **Facility:** George Bailey Detention Facility | **Area/Housing Un...:** 1/A |
| **Address:** 446 Alta Road, Suite 5300 | **City:** San Diego |