GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **DECLARATION OF BRANTON STEWART IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** <br><br> Hearing: June 29, 2023 <br> Time: 2:00 p.m. <br> Courtroom: 4A <br><br> Judge: Hon. Anthony J. Battaglia <br> Magistrate: Hon. David D. Leshner |

[4295784.2]

I, Branton Stewart, declare:

1.     I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration in Support of Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification.

2.     I am a Certified Deaf Interpreter, registered with the Registry of Interpreters for the Deaf, Inc.  Certified Deaf Interpreter certifications require at least near-native fluency in American Sign Language, as well as specialized training and/or experience in the use of gesture and other tools to enhance communication.  I also hold a Conditional Legal Interpreting Permit-Relay credential from the Registry of Interpreters for the Deaf, Inc.

3.     I have met and interpreted for Cristian Esquivel on multiple occasions since February 2023, as part of the interviews conducted by Plaintiffs' counsel in this lawsuit.

4.     Mr. Esquivel has communicated to me that his reading and writing skills are minimal and that he does not understand English very well.  Based on those meetings, it is apparent to me that Mr. Esquivel requires a sign language interpreter to communicate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration is executed at _____Temecula_____, California this __26__ day of May, 2023.

_____
Branton Stewart