GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**REPLY DECLARATION OF JAMES CLARK IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Hearing: June 29, 2023<br>Time: 2:00 p.m.<br>Courtroom: 4A<br><br>Judge: Hon. Anthony J. Battaglia |

# DECLARATION OF JAMES CLARK

I, James Clark, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since March 27, 2023.

3. I am currently housed in 8C in Central Jail. One day during the week of May 8, 2023, everyone in 8C was taken out to yard for a few hours. When we came back into the dorm, one of the rows of triple bunk beds had been removed and replaced with single beds. I was placed in one of the single bunks. During the night of May 23, 2023, deputies moved everyone in Unit 8C to Unit 8D. A deputy told me this move was to give people with mobility disabilities access to lower bunks. However, throughout the day on May 24, 2023 deputies moved approximately 9 people with wheelchairs, walkers, or canes out of 8D. Deputies said there was not enough room in 8D, so people that "did not need" low bunks were moved.

4. Despite the changes to the beds in 8C, I still struggle to complete activities of daily life in the dorm. There is no functional grab bar that I can use to stabilize myself while showering. Although the shower has something that looks like a small shelf, it does not work as a grab bar, because it is not wide enough to hold onto, and it is only at the front of the shower. Most people use that "bar" or shelf to hold their shampoo, which makes it slippery if anyone tried to hold onto it.

//
//
//
//
//

[4298123.1]

1
DECLARATION OF JAMES CLARK

5. Like the shower "bar" or shelf, there is no functional grab bar near the toilet [Next to two of the three toilets,]. There is a small, narrow shelf, but it is not wide enough for me to hold onto and use as a support when I lower and raise myself onto the toilet. there is no grab bar at all next to the other two toilets.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego County Central Jail in San Diego, California this 24 day of MAY, 2023.

_____
James Clark

[4298123.1]

2
DECLARATION OF JAMES CLARK