GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**REPLY DECLARATION OF CRISTIAN ESQUIVEL IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Hearing: June 29, 2023<br>Time: 2:00 p.m.<br>Courtroom: 4A<br><br>Judge: Hon. Anthony J. Battaglia |

I, Cristian Esquivel, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since November 29, 2022.

3. I am deaf, and I can only read and write a little bit. Because I cannot read well, I generally do not understand the papers that are passed around the Jail. I generally need someone, like a Sign Language interpreter, to help explain to me information on forms and other papers. Although I was handed papers before the Jail staff removed my tooth, I did not understand what was stated in the papers nor what the staff around me said before my tooth was removed. I was very surprised and upset when they removed my tooth. There was no Sign Language Interpreter there to help me understand what was happening, and I was angry.

4. Sometimes, other incarcerated people at the Jail help me by writing health care requests for me. I do not write enough to ask for medical care on my own. And I cannot communicate requests to staff without an Interpreter.

5. When I go to court for my criminal case, they provide me a Sign Language Interpreter. It is very helpful for me to understand what is going on. But at the Jail, there is no Sign Language Interpreter, so I understand almost nothing that is being communicated.

6. I remember meeting with a Jail nurse, in 2019, who knew a little sign language. She was nowhere near fluent in sign language though. Our communications were not very good at all.

7. I cannot use the TTY or TDD phones because you have to read and type on them. It is not helpful or useful for me to communicate with my family or anyone else.

This declaration was read to me using a Certified Deaf Interpreter. I had the opportunity to clarify any statements I did not understand, and I reasonably believe I understand what is written in this declaration. Based on that belief, I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration is executed at San Diego City, California this 24th day of May, 2023.

_____
Cristian Esquivel

I declare that I am a qualified, certified sign language interpreter. I interpreted this entire declaration from English into sign language, and I reasonably believe that Cristian Esquivel understood the translation.

_____
Signature

M. Elizabeth Mendoza
Printed Name

24 May 2023
Date

[4297612.2]

3

Case No. 3:20-cv-00406-AJB-DDL

DECLARATION OF CRISTIAN ESQUIVEL IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION