GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**REPLY DECLARATION OF NIEROBI KUYKENDALL IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Hearing: June 29, 2023<br>Time: 2:00 p.m.<br>Courtroom: 4A<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>**[REDACTED]** |

# DECLARATION OF NIEROBI KUYKENDALL

I, Nierobi Kuykendall, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since June 30, 2022.

3. I experience extreme back pain, which frequently causes numbness in my hands and feet and makes it difficult for me to walk. Some days the pain is worse than it is on other days. Although I can sometimes stand and walk with the pain I experience on a given day, other days it is too unbearable and/or I am too unstable to walk at all.

4. I was transferred from George Bailey Detention Facility to Central Jail on April 26 or 27, 2023. However, I did not receive a permanent wheelchair until May 5, 2023, as reflected in the excerpt from my Jail medical records attached hereto as **Exhibit A**. During this time when I did not have a wheelchair, I was forced to limp if I needed to move around and suffered severe pain.

5. I am currently housed in a cell in 7B. Although there is something in the shower that I think is supposed to be a grab bar, it is very difficult to hold and use as a support to stabilize myself. Because of the way the bar is shaped, it is not possible for me to wrap my hand all the way around the grab bar to hold it. There are no toilet grab bars in my cell.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego County Central Jail in San Diego, California this 25 day of May, 2023.

_Nierobi Kuykendall_
Nierobi Kuykendall

[4298124.1]

1
DECLARATION OF NIEROBI KUYKENDALL

# EXHIBIT A



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

5/8/2023 3:02:58 PM PDT

## Progress Notes - KUYKENDALL, NIEROBI RASHEEN 100006094 (22726980)

---

**Lindsay Jameson RN POSTED ON 5/5/2023 1:26:18 PM PDT**    Type: RN NOTE

Wheelchair provided to patient per provider order.

Addendum:

---

**SOAP NOTE BY: Obel Borrajero NP POSTED ON 5/6/2023 3:59:17 PM PDT**    Type: NP NOTE

### Subjective

cc: Pt reports lightheadedness and dizziness with blood pressure medication.

S: says he only told that to the nurse to ensure his bp checks are done. He has no acute concerns. good bp med compliance. no falls. no CP, no SOB, no HA, no visual changes.

### Objective

| BP: 128/83 | Temp: 98.1 | Pulse: 87 | Resp: 19 | Wt: | Sa02: 97 | BS: NA | Pain: |

GEN: a/ox3, NAD, WDWN, speaking in complete sentences, Nontoxic appearance. Cooperative. Skin s dry. sitting upright in w/c, propels self using feet.

### Assessment

1) wellness check,

### Plan

> cont.. bp checks
> rx clinda wipes.

E: questions sought and answered, no guarantees given. IP educated to alert staff IMMEDIATELY for any worsening sx's, SOB, CP. IP encouraged to submit sick call form PRN for any new questions or nonurgent medical needs.

*Exam & interview are conducted in IP's preferred language. If language preference is English or Spanish, then exam conducted by this writer. If NOT English or Spanish, then translation services were utilized to ensure IP understanding.*

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Clindamycin Phosphate External | 1 % | 1 | 5/8/2023 8:00:00 AM | 5/17/2023 11:59:59 PM | Apply 1 % once in a.m. for 10 day(s). Dispense 10 solution. 0 Refill(s) Profile Only |

KUYKENDALL, NIEROBI RASHEEN   100006094 (22726980)