GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF FRANCISCO RIOS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Hearing: June 29, 2023<br>Time: 2:00 p.m.<br>Courtroom: 4A<br><br>Judge: Hon. Anthony J. Battaglia |

[4298367.1]

Case No. 3:20-cv-00406-AJB-DDL

DECLARATION OF FRANCISCO RIOS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION

# DECLARATION OF FRANCISCO RIOS

I, Francisco Rios, declare:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I have been incarcerated at the San Diego County Jail ("the Jail") since April 16, 2023.

3. I have a history of seizures and have been sent to and treated in the emergency room because of my seizures. I have previously had seizures while I was housed at George Bailey Detention Facility, so I assume that the Jail is aware that I have a seizure disorder.

4. Despite my history of seizures, when I was transferred to Central Jail last month, I was assigned to a top bunk. While I was in my assigned top bunk, I had a seizure that caused me to fall out of bed. I fell to the floor and hit my head, resulting in 2.5 inch gash and a chip in my spinal cord. I was treated at the hospital for my injuries, including receiving about a dozen staples in my head.

5. At the time of this incident, I was housed on the fourth floor at Central. After I returned from the hospital, I was transferred to Unit 8C. Then, at approximately 9:00 p.m. on May 23, 2023, deputies entered Unit 8C and moved everyone there to Unit 8D. I did not receive my anti-seizure medication the next morning. At around 9:30 a.m., I was moved to the fourth floor, but began feeling anxious, which causes me to have seizures. After I told a deputy this, I was placed in a cell in Medical and left alone for approximately 7 hours with no care, before being returned to 8C.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego County Central Jail in San Diego, California this 24 day of May, 2023.

_____
Francisco Rios

DECLARATION OF FRANCISCO RIOS