GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, Plaintiffs, v. SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, Defendants. | Case No. 3:20-cv-00406-AJB-DDL **REPLY DECLARATION OF RANDALL ROSIER IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** Hearing: June 29, 2023 Time: 2:00 p.m. Courtroom: 4A Judge: Hon. Anthony J. Battaglia Magistrate: Hon. David D. Leshner |

# DECLARATION OF RANDALL ROSIER

I, Randall Rosier, declare:

1.     I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.     I have been incarcerated at the San Diego County Jail ("the Jail") since December 29, 2022.

3.     I cannot walk at all and am awaiting surgery on my back. I use a wheelchair to get around.

4.     Until recently, I was housed in Cell 1 in Unit 4F of Central Jail. That cell does not have any grab bars and is not accessible, in part because of the concrete curb that made it impossible to roll my wheelchair up to the toilet. I also did not have access to an accessible shower. On May 15, 2023, someone who I was told worked for the Sheriff's Department came to my cell to take pictures of it. In particular, he took pictures of the curb that was blocking wheelchair access in my cell.

5.     On May 16, 2023, I was relocated to a cell in the medical observation unit of Central Jail, on the third floor. The medical observation cell is equipped with grab bars and a shower seat that is attached to the wall and folds down for use.

6.     Although I am housed in a medical observation cell, I am not currently receiving medical care. Nurses at the Jail told me that I am not going to receive medical care, but that I am an occupant of a medical observation cell so that I have access to an accessible shower.

//
//
//
//
//

[4298487.1]

1

DECLARATION OF RANDALL ROSIER

1      7.      In my experience at the Jail, grievances never receive a response.

2   Deputies always tell me that my concerns have already been addressed, even though

3   I know that they have not.  Because I know the grievance system is broken and that

4   my concerns will be ignored, I do not always submit grievances about things that

5   happen in the Jail.  For example, I did not submit grievances about times I have

6   fallen in the Jail, because I knew that the Jail would ignore them.

7        I declare under penalty of perjury under the laws of California and the United

8   States of America that the foregoing is true and correct, and that this declaration is

9   executed at San Diego County Central Jail in San Diego, California this _____ day of

10  May 25____ , 2023.

11                                                    _____

12                                                    Randall Rosier

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[4298487.1]

2

DECLARATION OF RANDALL ROSIER