

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore, et al

**Plaintiff,**

V.

State of California, et al

**Defendant.**

FILED

5/24/2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. Quinata, Deputy

Civil No. 20-cv-406-AJB-DDL

**STRICKEN DOCUMENT:**

Request for Judicial Notice

**Per Order #  323**

**321**