# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERRIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No.: 20-cv-406-AJB-DDL<br><br>**SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS** |

Pursuant to Rule 16.1(d) of the Local Rules, a Case Management Conference was held on **May 24, 2023**. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

1. All disputes concerning ESI custodians and search terms must be brought to the Court's attention, in accordance with the undersigned's discovery dispute procedures, by not later than **June 26, 2023**.

2. Any motion for leave to join other parties, to amend the pleadings, or to file additional pleadings shall be filed on or before **July 14, 2023**.

3. The following discovery limitations shall apply in this case:

| Discovery Type | Limitation (per side) |
| --- | --- |
| Depositions | No more than 10 |
| Requests for Admission | No more than 25 |
| Interrogatories | No more than 25 |

No party may exceed these discovery limitations without prior leave of Court, which will be granted only upon a showing of good cause. The parties shall meet and confer regarding the depositions that they each will seek to take, including any depositions under Federal Rule of Civil Procedure 30(b)(6). Following that meet and confer, the parties may file a joint motion to increase the number of depositions based on a showing of good cause.

4. All parties must serve all written discovery requests (interrogatories, requests for documents, requests to inspect premises, and requests for admission) by not later than **August 18, 2023**.

5. All parties must substantially complete production of documents by not later than **September 18, 2023**.

6. Fact and class discovery are not bifurcated; however, all discovery necessary for Plaintiffs' motion for class certification must be completed on or before **October 27, 2023**. "Completed" means that all discovery under Federal Rules of Civil Procedure 30-36 and 45, must be initiated sufficiently in advance of the cut-off date, so that it may be completed by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. Counsel shall promptly and in good faith meet and confer regarding all discovery disputes in compliance with Local Rule 26.1(a). The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process. The parties must follow the procedures

described in Judge Leshner's Chambers Rules with respect to any discovery dispute, including the deadlines for raising such disputes. Any failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the Court, no stipulation continuing or altering this requirement will be recognized by the Court. The Court acknowledges the parties' concern expressed at the Case Management Conference that this case involves multiple causes of action pertaining to seven facilities operated by the San Diego County Sheriff's Department. The October 27, 2023 deadline pertains to discovery necessary for Plaintiff's motion for class certification, and the Court will consider extending this deadline based on a showing of good cause. In addition, the Court will consider whether additional fact discovery is warranted following the ruling on Plaintiff's motion for class certification.

7. Plaintiffs' motion for class certification shall be filed on or before **November 27, 2023**. The parties must contact the chambers of the **Honorable Anthony J. Battaglia** for a hearing date on the motion. The District Judge will set the briefing schedule on the motion for class certification. *See* Civil Case Procedures for the Honorable Anthony J. Battaglia, § II.

8. The parties must contact the undersigned's chambers within three (3) days of a ruling on the motion for class certification, at which time the Court will convene a further Case Management Conference and set all remaining case management dates.

**IT IS SO ORDERED.**

Dated: May 30, 2023

Hon. David D. Leshner
United States Magistrate Judge