

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore, et al

**Plaintiff,**

V.

State of California, et al

**Defendant.**

**FILED**

5/24/2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. Quinata , Deputy

**Civil No.** 20-cv-0406-AJB-DDL

**STRICKEN DOCUMENT:**

Motion to Present Claim

**Per Order #  326**

**325**