GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**NOTICE OF MOTION AND MOTION TO PERMIT ERRATA TO MEMORANDUM OF POINTS AND AUTHORITIES AND REPLY IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND CLASS CERTIFICATION**<br><br>Date: June 29, 2023<br>Time: 2:00 p.m.<br>Crtrm.: 4A<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

[4306420.1]

Case No. 3:20-cv-00406-AJB-DDL

NOTICE OF MOTION AND MOTION TO PERMIT ERRATA TO MEMORANDUM OF POINTS AND
AUTHORITY AND REPLY ISO MOTIONS FOR PRELIMINARY INJUNCTION AND CLASS CERTIFICATION

Plaintiffs respectfully request that the Court permit the filing of this Errata to correct an editing error in the Memorandum of Points and Authorities in Support of Plaintiffs' Motions for Preliminary Injunction and Class Certification, filed on April 25, 2023 as Docket No. 281-1, as well as an editing error in the Reply in Support of Plaintiffs' Motions for Preliminary Injunction and Class Certification, filed on May 26, 2023, as Docket No. 320.

The first correction is to the text at page 24, line 15 of Docket No. 281-1, to insert the words "*Id.*; *see also*" after "typicality." and before "*Just Film, Inc.*".

For convenience, the entire corrected paragraph reads as follows, with the added text underlined to identify the correction:

> Rule 23(a)(3) requires that "the claims … of the representative parties [be] typical of the claims … of the class." Typicality is "satisfied when each class member's claim arises from the same course of events, and each class member makes similar legal arguments to prove the defendant's liability." *Armstrong*, 275 F.3d at 868 (internal citation and quotation marks omitted). When "plaintiffs all suffer a refusal or failure to afford them accommodations as required by statue, and are objects of discriminatory treatment on account of their disabilities," Rule 23(a)(3) is satisfied. *Id.* at 869. "[M]inor differences in the nature of the specific injuries suffered by the various class members … are insufficient to defeat typicality." <u>*Id.*; *see also*</u> *Just Film, Inc. v. Buono*, 847 F.3d 1108, 1116 (9th Cir. 2017).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 | The second correction is to the text at page 3, line 15 of Docket No. 320, to
2 | remove the citation "58 F.4th at 1298" and replace it with "58 F.4th at 1295".

4 | Dated:  June 8, 2023                          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay C. Grunfeld*
       Gay C. Grunfeld

Attorneys for Plaintiffs