# TRANSCRIPT ORDER

Please use one form per case
*Please read instructions on next page*

COURT USE ONLY
**DUE DATE:**

| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| **1a.** CONTACT PERSON FOR THIS ORDER: Kedra Chan | **2a.** CONTACT PHONE NUMBER: 415.433.6830 |
| **1b.** ATTORNEY NAME (if different): Gay Grunfeld | **2b.** ATTORNEY PHONE NUMBER: 415.433.6830 |
| **3a.** CONTACT EMAIL ADDRESS: kchan@rbgg.com | |
| **3b.** ATTORNEY EMAIL ADDRESS: ggrunfeld@rbgg.com | |
| **4.** MAILING ADDRESS: Rosen Bien Galvan & Grunfeld, 101 Mission St., 6th Floor, San Francisco, CA 94105 | **5.** CASE NAME: Dunsmore v. State of California et al |
| | **6.** CASE NUMBER: 3:20-cv-00406-AJB-DDL |

**7.** TRANSCRIPT(S) REQUESTED

**a.** HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION |
|---|---|---|---|
| 05/24/23 | DDL | CMC | |

**b.** SELECT FORMAT(S) — **PDF (email)**: ☒ (row 1); others unchecked.

**c.** DELIVERY TYPE — **ORDINARY (30-day $3.65 pp)**: ☒ (row 1); others unchecked.

**8.** ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, DCN #, ETC.

**9.** SIGNATURE: /s/ Gay Grunfeld

**10.** DATE: June 13, 2023