Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA  92101-8474
Tel:  619.814.5800      Fax:  619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail:  epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA  95113-2336
Tel:  408.606.6300      Fax:  408.606.6333

Attorneys for Defendant
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.<br><br>Defendants. | Case No.  3:20-cv-00406-AJB-DDL<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT [DKT. 335]**<br><br><br><br><br><br><br><br>District Judge Anthony J. Battaglia |

TO THIS HONORABLE COURT, PLAINTIFFS AND THEIR COUNSEL

OF RECORD:

Defendant COUNTY OF SAN DIEGO, SAN DIEGO COUNTY

SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION

1  DEPARTMENT hereby withdraws its Answer to Third Amended Complaint for

2  Declaratory and Injunctive Relief [Dkt. 335].

3  Dated:  June 14, 2023                    BURKE, WILLIAMS & SORENSEN, LLP

4

5

6  By: */s/  Elizabeth M. Pappy*
      Susan E. Coleman
      Elizabeth M. Pappy

7

8  Attorneys for Defendant
   COUNTY OF SAN DIEGO

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

3:20-CV-00406-AJB-DDL
NOTICE OF WITHDRAWAL OF DOCUMENT
[DKT. 335]