

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Dunsmore

Plaintiff,

V.

State of California et al

Defendant.

FILED

2023-06-15

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: D.Frank , Deputy

Civil No. 20-cv-00406-AJB-DDL

**STRICKEN DOCUMENT:**

Request to Intervene and Present Claim by Non-Party
Pedro Rodriguez

**Per Order #    346**

344