

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore, et al

                **Plaintiff,**

   V.

San Diego County Sheriff's Department, et al

                **Defendant.**

FILED

6/14/2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:      M. Quinata , Deputy

**Civil No.** 20-cv-406-AJB-DDL

**STRICKEN DOCUMENT:**

Request to Intervene

**Per Order #   352**

**348**