GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO ENTER STIPULATION AND [PROPOSED] ORDER RE ACCESSIBILITY AT CENTRAL JAIL, EFFECTIVE COMMUNICATION POLICY, AND PRACTICE AND PROVISIONAL CLASS CERTIFICATION**<br><br>*Filed Concurrently with Stipulation and Proposed Order*<br><br>Judge:    Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

[4311854.2]

Case No. 3:20-cv-00406-AJB-DDL

JOINT MOTION TO ENTER STIP. & [PROPOSED] ORDER RE ACCESSIBILITY AT CENTRAL JAIL,
EFFECTIVE COMMUNICATION POLICY & PRACTICE AND PROVISIONAL CLASS CERTIFICATION

TO THE HONORABLE ANTHONY J. BATTAGLIA:

WHEREAS, Plaintiffs filed Motions for Preliminary Injunction and Provisional Class Certification on April 25, 2023 [Dkt. 281] ("Plaintiffs' Motions"); and

WHEREAS, Defendants opposed Plaintiffs' Motions on May 17, 2023, [Dkt. 311]; and

WHEREAS, Plaintiffs filed a reply on May 26, 2023, [Dkt. 320]; and

WHEREAS, the parties participated in an Early Neutral Evaluation ("ENE") with their respective experts on May 24, 2023 with the Honorable David D. Leshner; and

WHEREAS, the parties continued the ENE discussions and exchange of drafts under the supervision of Judge Leshner; and

WHEREAS, the parties reached agreement on June 16, 2023;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that the concurrently filed Stipulation and [Proposed] Order will resolve Plaintiffs' Motions and the parties respectfully request that the Court enter the Order attached to the Stipulation.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: June 20, 2023          BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Elizabeth M. Pappy*
    Elizabeth M. Pappy

Attorneys for Defendant
COUNTY OF SAN DIEGO

| | | |
|---|---|---|
| 1 | DATED: June 20, 2023 | ROSEN BIEN GALVAN & GRUNFELD LLP |
| 2 | | |
| 3 | | By: */s/ Gay Crosthwait Grunfeld* |
| | | Gay Crosthwait Grunfeld |
| 4 | | |
| | | Attorneys for Plaintiffs |