| | |
|---|---|
| GAY C. GRUNFELD – 121944<br>VAN SWEARINGEN – 259809<br>PRIYAH KAUL – 307956<br>ERIC MONEK ANDERSON – 320934<br>HANNAH M. CHARTOFF – 324529<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>ggrunfeld@rbgg.com<br>vswearingen@rbgg.com<br>pkaul@rbgg.com<br>eanderson@rbgg.com<br>hchartoff@rbgg.com<br><br>AARON J. FISCHER – 247391<br>LAW OFFICE OF<br>AARON J. FISCHER<br>1400 Shattuck Square Suite 12 - #344<br>Berkeley, California 94709<br>Telephone: (510) 806-7366<br>Facsimile: (510) 694-6314<br>ajf@aaronfischerlaw.com | SUSAN E. COLEMAN – 171832<br>BURKE, WILLIAMS & SORENSEN, LLP<br>501 West Broadway, Suite 1600<br>San Diego, California 92101-8474<br>Telephone: (619) 814-5803<br>Facsimile: (619) 814-6799<br>scoleman@bwslaw.com<br><br>ELIZABETH M. PAPPY – 157069<br>BURKE, WILLIAMS & SORENSEN, LLP<br>60 South Market Street, Ste. 1000<br>San Jose, California 95113-2336<br>Telephone: (408) 606-6300<br>Facsimile: (408) 606-6333<br>epappy@bwslaw.com<br><br>Attorneys for Defendants |

(*additional counsel on following page*)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>         Plaintiffs,<br>    v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>         Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RAISE DISCOVERY DISPUTE**<br><br>Mag. Judge: Hon. David D. Leshner<br><br>Trial Date: None Set |

1  (*counsel continued from preceding page*)

2  CHRISTOPHER M. YOUNG – 163319
   ISABELLA NEAL – 328323
3  OLIVER KIEFER – 332830
   DLA PIPER LLP (US)
4  401 B Street, Suite 1700
   San Diego, California  92101-4297
5  Telephone:  (619) 699-2700
   Facsimile:  (619) 699-2701
6  Email:       christopher.young@dlapiper.com
                isabella.neal@dlapiper.com
7               oliver.kiefer@dlapiper.com

8  Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

|   |   |
|---|---|
| 1 | On May 30, 2023, the Court entered the Scheduling Order Regulating |
| 2 | Discovery and Other Pretrial Proceedings, in which it ordered that "[a]ll disputes |
| 3 | concerning ESI custodians and search terms must be brought to the Court's attention |
| 4 | … by not later than June 26, 2023." Dkt. 324.  The parties subsequently met and |
| 5 | conferred regarding various issues related to ESI discovery; however, the ESI |
| 6 | custodians and search terms remain unresolved.  On June 22, 2023, Plaintiffs sent |
| 7 | Defendants a revised custodian list and a list of proposed search terms.  Defendants |
| 8 | require additional time to respond and the parties anticipate meeting and conferring |
| 9 | thereafter. |
| 10 | Pursuant to this Court's order, June 26, 2023 is the last day to invoke the |
| 11 | Court's discovery dispute procedure.  Plaintiffs have agreed, however, to extend this |
| 12 | deadline to July 10, 2023, to afford Defendants additional time to respond, and to |
| 13 | allow the parties to attempt to reach agreement and/or identify areas of |
| 14 | disagreement.  Accordingly, the parties respectfully ask the Court to extend the |
| 15 | deadline to invoke the discovery dispute process for disputes concerning ESI |
| 16 | custodians and search terms. |

Respectfully submitted,

DATED: June 26, 2023

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

Attorneys for Plaintiffs

DATED: June 26, 2023

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan Coleman*
Susan Coleman

Attorneys for Defendants

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

DATED: June 26, 2023        ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

Attorneys for Plaintiffs