GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs

SUSAN E. COLEMAN – 171832
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Telephone: (619) 814-5800
Facsimile: (619) 814-6799
scoleman@bwslaw.com

ELIZABETH M. PAPPY – 157069
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, California 95113-2336
Telephone: (408) 606-6300
Facsimile: (408) 606-6333
epappy@bwslaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>　　　Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXTEND TIME TO FILE SECOND AMENDED ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Judge:　　Hon. Anthony J. Battaglia<br>Magistrate:　Hon. David D. Leshner<br><br>Trial Date: None Set |

Case No. 3:20-cv-00406-AJB-DDL

JOINT MOTION TO EXTEND TIME TO FILE SECOND AMENDED ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:  (858) 677-1400
Facsimile:  (858) 677-1401
Email:  christopher.young@dlapiper.com
         isabella.neal@dlapiper.com
         oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs

|   |   |
|---|---|
| 1 | Plaintiffs Darryl Dunsmore, Andree Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Lisa Landers, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, Jesse Olivares, Thomas Rowell, Gustavo Sepulveda, Michael Taylor, and Laura Zoerner (collectively, "Plaintiffs") and Defendants San Diego County Sheriff's Department ("Sheriff's Department"), San Diego County Probation Department ("Probation Department"), and the County of San Diego ("County" or "San Diego County") (collectively, "the Parties"), by and through their counsel of record hereby stipulate and agree as follows: |

Plaintiffs Darryl Dunsmore, Andree Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Lisa Landers, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, Jesse Olivares, Thomas Rowell, Gustavo Sepulveda, Michael Taylor, and Laura Zoerner (collectively, "Plaintiffs") and Defendants San Diego County Sheriff's Department ("Sheriff's Department"), San Diego County Probation Department ("Probation Department"), and the County of San Diego ("County" or "San Diego County") (collectively, "the Parties"), by and through their counsel of record hereby stipulate and agree as follows:

On November 18, 2022, Plaintiffs filed their Third Amended Complaint. (*See* Dkt. No. 231.) On May 22, 2023, Defendants filed their Answer to the Third Amended Complaint ("Answer"), asserting thirty-one affirmative defenses. (*See* Dkt. No. 316.) On June 9, 2023, Defendants filed an Amended Answer to Plaintiffs' Third Amended Complaint ("Amended Answer"), withdrawing twenty-three affirmative defenses as well as their demand for a jury trial. (*See* Dkt. No. 335.) On June 14, 2023, Defendants filed a Notice of Withdrawal of Document with respect to the Amended Answer, (Dkt. No. 341), and subsequently filed a notice of errata along with the operative Amended Answer. (Dkt. No. 342.)

The parties have a dispute regarding the propriety of Defendants' eight remaining affirmative defenses, including whether they provide fair notice to Plaintiffs. Defendants have agreed to file a Second Amended Answer as part of a meet and confer process and the parties have agreed upon Defendants' request that the time for Defendants to file a Second Amended Answer to the Third Amended Complaint may be extended to July 10, 2023.

Further, because Plaintiffs' current deadline to move to strike with respect to the Amended Answer is June 30, 2023, the parties agree that Plaintiffs' motion to strike the operative answer shall be due on July 31, 2023.

The parties submit that there is good cause to grant this joint motion. Defendants require additional time to prepare and file a Second Amended Answer.

Further, extending Plaintiffs' time to move to strike to twenty-one days after Defendants' deadline to file a Second Amended Answer would ensure that Plaintiffs are not required to move to strike the affirmative defenses in the operative Amended Answer, which motion may be obviated if Defendants' Second Amended Answer alleviates Plaintiffs' objections. Accordingly, granting this joint motion will conserve this Court's and the parties' resources by allowing Defendants time to file a Second Amended Answer and avoiding potentially unnecessary motion practice.

THEREFORE, the Parties jointly move this Court, and request that the Court extend the time for Defendants to file a Second Amended Answer to Plaintiffs' Third Amended Complaint to **July 10, 2023**, and that Plaintiffs' deadline to move to strike be extended to **July 31, 2023**.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  June 29, 2023                 DLA Piper LLP (US)

                                      By:  /s/ Christopher M. Young
                                           Christopher M. Young

                                      Attorneys for Plaintiffs


DATED:  June 29, 2023                 Burke, Williams & Sorenson, LLP

                                      By:  /s/ Elizabeth M. Pappy
                                           Elizabeth M. Pappy

                                      Attorneys for Defendants

# SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

Dated: June 29, 2023         */s/ Christopher M. Young*
                             Christopher M. Young