UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE SECOND AMENDED ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>(Doc. No. 360) |

The Court, having considered the parties' Joint Motion to Extend Time to File Second Amended Answer to Plaintiffs' Third Amended Complaint, and good cause appearing, **GRANTS** the motion and orders as follows:

1. The time for Defendants to file a Second Amended Answer is extended to **July 10, 2023**.
2. The time for Plaintiffs to move to strike the operative answer is extended to **July 31, 2023**.

**IT IS SO ORDERED.**

Dated: July 3, 2023

Hon. Anthony J. Battaglia
United States District Judge