# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 20-cv-00406-AJB-DDL<br><br>**FILED ON THE PUBLIC DOCKET**<br><br>**NOTICE OF VIDEOCONFERENCE INFORMATION FOR JULY 12, 2023 STATUS CONFERENCE** |

A Status Conference has been scheduled in this matter for **July 12, 2023** at **10:00 a.m.** Counsel must use the videoconference link below to appear at the Status Conference.

David Leshner is inviting you to a scheduled ZoomGov meeting.

Topic: Status Conference | Dunsmore et al. v. County of San Diego et al., No. 20-cv-406
Time: Jul 12, 2023 10:00 AM Pacific Time (US and Canada)

Join ZoomGov Meeting
https://casd-uscourts-gov.zoomgov.com/j/1619498303?pwd=N1cvSlZFT2dnNWNMb1haQ1lhQmFJQT09

Meeting ID: 161 949 8303

Passcode: 354113

One tap mobile
+16692545252,,1619498303# US (San Jose)
+16469641167,,1619498303# US (US Spanish Line)

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 964 1167 US (US Spanish Line)
• +1 646 828 7666 US (New York)
• +1 551 285 1373 US
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)

Meeting ID: 161 949 8303

Find your local number: https://casd-uscourts-gov.zoomgov.com/u/aVLAcJCTg

Join by SIP
• 1619498303@sip.zoomgov.com

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 161 949 8303
Passcode: 354113

The Status Conference is not a confidential proceeding and the Clerk of the Court is respectfully requested to file this notice on the public docket. Any questions regarding the Status Conference may be directed to the Court's staff at 619-837-6526.