FILED
Jul 3 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ BreanneChandler DEPUTY

SAN DIEGO CENTRAL JAIL
1173 FRONT ST.
SAN DIEGO CA 92101
5D-CELL 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PEDRO RODRIGUEZ
    PETITIONER

CASE # 20-CV-00406-AJB-DDL

DUNSMORE, et al.,
    PLAINTIFF
V.
SAN DIEGO COUNTY SHERIFFS
DEPARTMENT, et al.,

APPLICATION FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION

PETITIONER PEDRO RODRIGUEZ IN PRO SE RESPECTFULLY MOVES THIS COURT FOR A 30-DAY ENLARGEMENT OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION.

1. CURRENT DUE DATE: JULY 11, 2023
   PER COURT ORDER DOCUMENT 351 FILED 6/20/23
   PG. 7 OF 7 LINE 18.
2. LENGTH OF REQUESTED EXTENSION    30 DAYS
3. NEW DUE DATE IF EXTENSION GRANTED    8/10/23
4. NUMBER OF PREVIOUS EXTENSIONS    NONE
5. REASON FOR EXTENSION REQUEST
   a. PETITIONER A NON-VIOLENT PAROLEE HELD IN VIOLATE OF CAL CONST I § 32 ET SEQ AND CA PEN CODE 1170(h)(5)(A) (REALIGNMENT ACT). IS BEING ACTIVELY HARASSED WITH UNTRUE RULES VIOLATION REPORTS (RVR)

1 OF 3

1. THE MOST RECENT THE PETITIONER WAS WRITTEN UP BY A DEPUTY GONZALEZ FOR FOLLOWING DIRECTION OF SERGEANT MENDIOLA #3740 6/24/23 @ 9:00AM.

   b. PETITIONER IS BEING RETALIATED AGAINST FOR MAKING GRIEVANCE WITH THE COURTS AMOUNTING TO PSYCHOLOGICAL DEGRADATION UNDER TITLE 15 § 1083.

   c. PETITIONER IS DISCIPLINARY LOCKED DOWN 45 DAYS AGGREGATE NOW NOT INCLUDING ADDITIONAL LOCK DOWNS DUE TO STAFF SHORTAGES. PETITIONER SUFFERS MAJOR DEPRESSIVE DISORDER AND IS INTENTIONALLY BEING ISOLATED FROM FAMILY.

   d. 6/9/2023 @ OR ABOUT 8:00PM CORPORAL LABRADOR DID STATE ON BODY CAMERA THAT 7th FLOOR PRISONERS RECEIVE A "SPECIAL PROGRAM" SUCH AS TIME OUT THE CELL (PREFERENTIAL TREATMENT) IN SPITE OF BEING CONVICTED OF THE SAME CATEGORY CRIMES.

   e. IN A TERRIBLE ENVIRONMENT PETITIONER ACTUALLY RECEIVES WORST TREATMENT AS ACKNOWLEDGED BY CORPORAL LABRADOR

   f. PETITIONER IS ACTIVELY BEING HARASSED TO GET RID OF LEGAL MAIL

   g. PETITIONER IS IN UNIQUE HOUSING THAT IS FOR CASTOFFS AND DISSIDENTS.

   h. PETITIONER IS PRESENTLY FRUSTRATED FROM PRESENTING CLAIMS BY STAFF.

6. OPPOSING PARTY'S POSITION       NO OBJECTION EXPECTED.

2 OF 3

## CONCLUSION

BASED ON THE FOREGOING, PETITIONER RESPECTFULLY REQUESTS AN EXTENSION OF 30 DAYS TO AND INCLUDING 8/10/2023 TO FILE OBJECTION TO REPORT AND RECOMMENDATION

RESPECTFULLY SUBMITTED,
PEDRO MODRIKER
IN PRO SE

6/29/23

3 of 3

# VERIFICATION

FORM No. 2

### Verification of Pleading (Code Civ. Proc., § 446)
### Declaration under Penalty of Perjury Form (Code Civ. Proc., §§ 446, 2015.5)

by Party

CASE TITLE  DUNSMORE ETAL., V S.D SHERIFFS ETAL 3:20-CV00406

I, PEDRO RODRIGUEZ , declare:
(Name)

I am the PETITIONER in the above-entitled matter.

I have read the foregoing APPLICATION ENLARGEMENT OF TIME TO
(pleading, e.g., complaint) and know the contents thereof. FILE OBJECTIONS TO R&R.

The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true.

Executed on JUNE 29 , 20 23, at SAN DIEGO CENTRAL JAIL
SAN DIEGO County, California.

I declare (or certify) under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Party)

## PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __PEDRO RODRIGUEZ__, declare:

I am over 18 years of age and a party to this action. I am a PRISONER of __SAN DIEGO CENTRAL  SAJC__ Prison, in the county of __SAN DIEGO__ State of California. My prison address is: __SAN DIEGO CENTRAL SJC 1173 FRONT ST SAN DIEGO CA 92101 SD-C8__

On __6/29/23__
     (DATE)

I served the attached: __APPLICATION FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION__
     (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

__UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CA 333 WEST BROADWAY SUITE 420 SAN DIEGO CA 92101__

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on __6/29/27__
                 (DATE)                                   (DECLARANT'S SIGNATURE)

K:\COMMON\CSA FORMS\P_PRFSVC.WPD August 21, 2000 (2:11pm)

PEDRO RODRIGUEZ 14745493
SAN DIEGO CENTRAL JAIL
1173 FRONT ST.
SAN DIEGO CA 92101
5D-C8

LEGAL MAIL

SAN DIEGO CA 920
30 JUN 2023 PM 5 L

RECEIVED
JUL 03 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CA
333 WEST BROADWAY
SUITE 420
SAN DIEGO CA 92101
ATTN CLERK

92101-380620

RR 4760