1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11
12
13
14
15
16
17

DARRYL DUNSMORE, ANDREE
ANDRADE, ERNEST
ARCHULETA, JAMES CLARK,
ANTHONY EDWARDS, LISA
LANDERS, REANNA LEVY, JOSUE
LOPEZ, CHRISTOPHER NELSON,
CHRISTOPHER NORWOOD, JESSE
OLIVARES, GUSTAVO
SEPULVEDA, MICHAEL TAYLOR,
and LAURA ZOERNER, on behalf of
themselves and all others similarly
situated,

Plaintiffs,

18

v.

19
20
21
22

SAN DIEGO COUNTY SHERIFF'S
DEPARTMENT, COUNTY OF SAN
DIEGO, SAN DIEGO COUNTY
PROBATION DEPARTMENT, and
DOES 1 to 20, inclusive,

Defendants.

Case No.:  20-cv-00406-AJB-DDL

**ORDER ON NON-PARTY PEDRO
RODRIGUEZ'S APPLICATION FOR
ENLARGEMENT OF TIME TO FILE
OBJECTION TO REPORT AND
RECOMMENDATION**

**(Doc. No. 367)**

23
24
25
26
27
28

On June 20, 2023, Magistrate Judge David D. Leshner filed a Report and Recommendation ("R&R") recommending that the District Court deny non-party Pedro Rodriguez's renewed motion to intervene. (Doc. No. 351.) The deadline for Mr. Rodriguez to file an objection to the R&R was July 11, 2023. (*Id.* at 7.) However, instead of filing an objection to the R&R, Mr. Rodriguez has filed an application seeking an extension of time

1

to file an opposition. (Doc. No. 367.) Mr. Rodriguez asserts good cause is shown to extend the time to object because he "is being actively harrassed [sic] with untrue rules violation" and "is being retaliated against for making grievance with the courts amounting to psychological degradation . . . ." (*Id.* at 1–2.) Thus, Mr. Rodriguez requests a 30-day extension of time to file his Opposition Brief. (*Id.* at 3.) Mr. Rodriguez's request is unopposed.

"'Strict time limits . . . ought not to be insisted upon' where restraints resulting from a pro se . . . [party's] incarceration prevent timely compliance with court deadlines." *Eldridge v. Block*, 832 F.2d 1132, 1136 (9th Cir. 1987) (citing *Tarantino v. Eggers*, 380 F.2d 465, 468 (9th Cir. 1967)); *see also Bennett v. King*, 205 F.3d 1188, 1189 (9th Cir. 2000). Accordingly, the Court **GRANTS** Mr. Rodriguez's *ex parte* application. Mr. Rodriguez will have until **August 14, 2023** to file his opposition.

**IT IS SO ORDERED.**

Dated: July 13, 2023

Hon. Anthony J. Battaglia
United States District Judge

20-cv-00406-AJB-DDL