

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore

**Plaintiff,**

V.

State of California et al

**Defendant.**

**FILED**

7/06/2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. Quinata , Deputy

**Civil No.** 20-cv-406-AJB-DDL

**STRICKEN DOCUMENT:**
Ex-Parte Communication to Presidential Judge Battaglia

**Per Order #   373**

371