

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore

**Plaintiff,**

**V.**

State of California, et al

**Defendant.**

| FILED |
| :---: |
| 7/21/2023 |
| CLERK U.S. DISTRICT COURT |
| SOUTHERN DISTRICT OF CALIFORNIA |
| BY:            M. Quinata  , Deputy |

**Civil No.**  20-cv-406-AJB-DDL

**STRICKEN DOCUMENT:**

Request for Judicial Notice

**Per Order #    375**

**374**