GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the
Certified Subclass

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ANDREE
ANDRADE, ERNEST ARCHULETA,
JAMES CLARK, ANTHONY EDWARDS,
LISA LANDERS, REANNA LEVY,
JOSUE LOPEZ, CHRISTOPHER
NELSON, CHRISTOPHER NORWOOD,
JESSE OLIVARES, GUSTAVO
SEPULVEDA, MICHAEL TAYLOR, and
LAURA ZOERNER, on behalf of
themselves and all others similarly situated,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S
DEPARTMENT, COUNTY OF SAN
DIEGO, SAN DIEGO COUNTY
PROBATION DEPARTMENT, and DOES
1 to 20, inclusive,

Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**JOINT MOTION TO EXTEND
DEADLINES RE DISCOVERY
AND OTHER PRETRIAL
PROCEEDINGS**

Judge: Hon. Anthony J. Battaglia
Magistrate: Hon. David D. Leshner

Trial Date: None Set

On May 30, 2023, the Court entered a Scheduling Order Regulating Discovery and Other Pretrial Proceedings ("Scheduling Order").  Dkt. No. 324.  The Scheduling Order sets deadlines regarding discovery and Plaintiffs' anticipated class certification motion.  That motion is currently due November 27, the Monday after the Thanksgiving weekend.  Plaintiffs anticipate filing scores of declarations and thousands of pages of evidence in support of the motion.[1]

Since the Scheduling Order was issued, Plaintiffs have served written discovery, Fed. Rule Civ. Proc. 30(b)(6) deposition notices, and inspection notices upon Defendants.  Plaintiffs have also served subpoenas for documents on the San Diego District Attorney's Office and NaphCare of San Diego, LLC as well as served a deposition notice on NaphCare of San Diego, LLC.  Plaintiffs and Defendants have met and conferred numerous times about Plaintiffs' written discovery, Rule 30(b)(6) deposition notices, and inspection notices, and have identified several disputes for which they anticipate requesting an Informal Discovery Conference at the appropriate time.

Plaintiffs and Defendants are also in settlement discussions regarding class certification issues, and will participate in an Early Neutral Evaluation conference with the Court that has been continued to August 25, 2023.  In the meantime, the Parties are diligently working on discovery, compliance with the Joint Motion and

---

[1] Plaintiffs' counsel handled the last litigated motion for class certification regarding jail conditions within the California federal courts.  On April 29, 2014, plaintiffs Jesse Hernandez et al. filed their Notice of Motion and Motion for Class Certification, Dkt. Nos. 48 *et seq.*, in Case No. CV 13 2354 PSG in the United States District Court for Northern District of California.  The motion included 20 declarations from named plaintiffs, two declarations of counsel, an expert declaration, multiple neutral expert declarations, and approximately 50 exhibits.  After significant additional discovery and opposition and reply pleadings, the Honorable Paul Grewal granted class certification in *Hernandez v. County of Monterey* in an order dated January 29, 2015.  *See* Dkt. No. 431.  Monterey's jail system includes only one facility and then housed approximately 1000 incarcerated people.  As the San Diego County Jail system is much larger and more complex, Plaintiffs can anticipate that Plaintiffs' motion here will be commensurately more complex than in that case.

1  Order re [ADA issues] (Dkt. No. 355), and matters related to class certification.

2  Among other things, Plaintiffs are presently drafting another set of written discovery

3  with input from their retained experts.  Plaintiffs anticipate that it will be very

4  difficult to meet the current deadline for service of all written discovery by

5  August 18, 2023, only a few days from now, and impossible to complete discovery

6  and file a motion for class certification by November 27, 2023.

7        Given the status of settlement discussions, the volume of discovery already at

8  issue as well as the additional discovery that is anticipated, the number and

9  complexity of issues, and the existing case load of all counsel, Plaintiffs and

10  Defendants respectfully ask the Court to extend the discovery deadlines by

11  approximately one month and the class certification deadline by approximately two

12  months as follows:

13  •  Extend the time all parties must serve all written discovery requests (interrogatories, requests for documents, requests to inspect premises, and requests for admission) from August 18, 2023 to **September 22, 2023**.

15  •  Extend the time all parties must substantially complete production of documents from September 18, 2023 to **October 20, 2023.**

17  •  Extend the time all discovery necessary for Plaintiffs' motion for class certification must be completed from October 27, 2023 to **December 1, 2023**.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    • Extend the due date for Plaintiffs' motion for class certification from
2    November 27, 2023 to **January 29, 2024**.

3    DATED:  August 15, 2023          Respectfully submitted,

4                                     ROSEN BIEN GALVAN & GRUNFELD LLP

5

6                                     By:  */s Gay Crosthwait Grunfeld*

7                                          Gay Crosthwait Grunfeld

8                                     Attorneys for Plaintiffs and the
9                                     Certified Subclass

10   DATED:  August 15, 2023          BURKE, WILLIAMS & SORENSEN, LLP

11
                                      By:  */s/ Elizabeth M. Pappy*
12                                         Elizabeth M. Pappy

13                                    Attorneys for Defendants
14

15

16                        **SIGNATURE CERTIFICATION**

17        Pursuant to the Court's Electronic Case Filing Procedures Manual

18   Section 2(f)(4), I certify that I have obtained the consent of all signatories to the

19   electronic filing of the foregoing document.

20   DATED:  August 15, 2023          ROSEN BIEN GALVAN & GRUNFELD LLP

21                                    By:  */s Gay Crosthwait Grunfeld*

22                                         Gay Crosthwait Grunfeld

23                                    Attorneys for Plaintiffs and the
24                                    Certified Subclass

25

26

27

28