1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, | Case No.: 20-cv-00406-AJB-DDL |

DARRYL DUNSMORE, ANDREE
ANDRADE, ERNEST
ARCHULETA, JAMES CLARK,
ANTHONY EDWARDS, LISA
LANDERS, REANNA LEVY, JOSUE
LOPEZ, CHRISTOPHER NELSON,
CHRISTOPHER NORWOOD, JESSE
OLIVARES, GUSTAVO SEPULVEDA,
MICHAEL TAYLOR, and LAURA
ZOERNER, on behalf of themselves and
all others similarly situated,

                              Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S
DEPARTMENT, COUNTY OF SAN
DIEGO, SAN DIEGO COUNTY
PROBATION DEPARTMENT, and
DOES 1 to 20, inclusive,

                              Defendants.

Case No.:  20-cv-00406-AJB-DDL

**ORDER:**

**(1) ADOPTING THE REPORT AND RECOMMENDATION;**

**(2) DENYING NON-PARTY PEDRO RODRIGUEZ'S RENEWED MOTION TO INTERVENE**

**(Doc. Nos. 280, 351)**

        Presently before the Court is Non-Party Pedro Rodriguez's renewed motion to intervene. (Doc. No. 280.) The Court referred the matter to Magistrate Judge David D. Leshner for a Report and Recommendation ("R&R"), which was issued on June 20, 2023.

1

(Doc. No. 351.) The R&R recommends denying Mr. Rodriguez's motion to intervene. (*Id.* at 7.) The parties were instructed to file written objections with the Court on or before July 11, 2023. (*Id.*)

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district judge's duties in connection with a magistrate judge's R&R. The district judge must "make a de novo determination of those portions of the report . . . to which objection is made[,]" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of objection(s), the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

In his opposition, Mr. Rodriguez repeats many of the same grievances as in his renewed motion and does not object to any specific portion of the R&R. (*See* Doc. No. 379.) Having reviewed the R&R, the Court finds it thorough, well-reasoned, and contains no clear error. Accordingly, the Court hereby: (1) **ADOPTS** Magistrate Judge Leshner's R&R in its entirety; and (2) **DENIES** Mr. Rodriguez's renewed motion to intervene.

**IT IS SO ORDERED.**

Dated:  August 17, 2023

Hon. Anthony J. Battaglia
United States District Judge

2

20-cv-00406-AJB-DDL