UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERRIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No.:  20-cv-406-AJB-DDL<br><br>**ORDER GRANTING IN PART JOINT MOTION TO EXTEND DEADLINES;**<br><br>**and**<br><br>**AMENDED SCHEDULING ORDER**<br><br>**[Dkt. No. 381]** |

Before the Court is the parties' Joint Motion to Extend Deadlines re Discovery and Other Pretrial Proceedings.  Dkt. No. 381.  Good cause appearing, the Joint Motion is **GRANTED IN PART**.  The Court further **ORDERS** as follows:

1. All parties must substantially complete production of documents by not later than **October 20, 2023**.

2. Fact and class discovery are not bifurcated; however, all discovery necessary for Plaintiffs' motion for class certification must be completed on or before **December 1, 2023**.  The Court will consider whether additional fact

/ / /

1

discovery is warranted following the ruling on Plaintiff's motion for class certification.

3. Plaintiffs' motion for class certification shall be filed on or before **January 8, 2024**. The parties must contact the chambers of the **Honorable Anthony J. Battaglia** for a hearing date on the motion. The District Judge will set the briefing schedule on the motion for class certification.

4. Except as explicitly modified herein and in the August 16, 2023 Minute Order [Dkt. No. 382], all dates, deadlines and instructions in the Court's May 30, 2023 Scheduling Order [Dkt. No. 324] remain in effect. The parties must contact the undersigned's chambers within three (3) days of a ruling on the motion for class certification to schedule a further case management conference.

**IT IS SO ORDERED.**

Dated: August 28, 2023

_/s/ David Leshner_
Hon. David D. Leshner
United States Magistrate Judge