GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the
Certified Subclass

SUSAN E. COLEMAN – 171832
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Telephone: (619) 814-5803
Facsimile: (619) 814-6799
scoleman@bwslaw.com

ELIZABETH M. PAPPY – 157069
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, California 95113-2336
Telephone: (408) 606-6300
Facsimile: (408) 606-6333
epappy@bwslaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RAISE DISCOVERY DISPUTE**<br><br>Mag. Judge: Hon. David D. Leshner<br><br>Trial Date: None Set |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:   (858) 677-1400
Facsimile:    (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the
Certified Subclass

On June 15, 2023, Plaintiffs served their Third Set of Requests for Production of Documents and First Set of Special Interrogatories on Defendants.

Defendants responded in writing to Plaintiffs' discovery requests on August 14, 2023.  Thereafter, Plaintiffs identified alleged deficiencies with the written responses and production, which may require amendment of written responses, further productions, and production of a privilege log.  The parties have met and conferred multiple times to discuss these issues.  The parties have resolved their disputes regarding certain requests, while meet and confer discussions continue regarding other requests.  The parties also intend to request an IDC on certain overarching issues in an initial IDC, in the hopes such an IDC will assist the parties in streamlining the remaining issues and either avoid another IDC or streamline a further IDC on discrete issues.

Pursuant to this Court's rules, September 13, 2023 is the last day to invoke the Court's discovery dispute procedure.  The parties have agreed, however, to extend this deadline to October 13, 2023, to afford the parties additional time to meet and confer in the hopes of avoiding further Court involvement.  Accordingly, the parties respectfully ask the Court to extend the deadline to invoke the discovery

dispute process for Plaintiffs' Third Set of Requests for Production of Documents and First Set of Special Interrogatories from September 13, 2023 to October 13, 2023.

Respectfully submitted,

DATED: September 12, 2023     ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
Van Swearingen

Attorneys for Plaintiffs and the Certified Subclass

DATED: September 12, 2023     BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Elizabeth M. Pappy*
Elizabeth M. Pappy

Attorneys for Defendants

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

DATED: September 12, 2023     ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
Van Swearingen

Attorneys for Plaintiffs and the Certified Subclass