UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20-cv-00406-AJB-DDL<br><br>**FILED ON THE PUBLIC DOCKET**<br><br>**NOTICE OF VIDEOCONFERENCE INFORMATION FOR SEPTEMBER 18, 2023 DISCOVERY CONFERENCE** |

A Discovery Conference has been scheduled in this matter for **September 18, 2023** at **12:30 p.m.**  Counsel must use the videoconference link below to appear at the Discovery Conference and should log in five minutes prior to the scheduled start time.

David Leshner is inviting you to a scheduled ZoomGov meeting.

Topic: Discovery Conference | Dunsmore et al. v. County of San Diego et al., No. 20-cv-406
Time: Sep 18, 2023 12:30 PM Pacific Time (US and Canada)

Join ZoomGov Meeting
https://casd-uscourts-gov.zoomgov.com/j/1607859169?pwd=eGRMZjdlNkNNY1laOUdBR0hqT2VLUT09

1

20-cv-00406-AJB-DDL

|   |   |
|---|---|
| 1 | Meeting ID: 160 785 9169 |
| 2 | Passcode: 481417 |
|   | --- |
| 3 | One tap mobile |
| 4 | +16692545252,,1607859169# US (San Jose) |
|   | +16692161590,,1607859169# US (San Jose) |
| 5 | --- |
| 6 | Dial by your location |
|   | • +1 669 254 5252 US (San Jose) |
| 7 | • +1 669 216 1590 US (San Jose) |
| 8 | • +1 415 449 4000 US (US Spanish Line) |
|   | • +1 646 964 1167 US (US Spanish Line) |
| 9 | • +1 551 285 1373 US (New Jersey) |
| 10 | • +1 646 828 7666 US (New York) |
| 11 | Meeting ID: 160 785 9169 |
| 12 |   |
|   | Find your local number: https://casd-uscourts-gov.zoomgov.com/u/abffsRLP8o |
| 13 | --- |
| 14 | Join by SIP |
|   | • 1607859169@sip.zoomgov.com |
| 15 | --- |
| 16 | Join by H.323 |
|   | • 161.199.138.10 (US West) |
| 17 | • 161.199.136.10 (US East) |
| 18 |   |
|   | Meeting ID: 160 785 9169 |
| 19 | Passcode: 481417 |
| 20 |   |
| 21 | The Discovery Conference is not a confidential proceeding and the Clerk of the |
| 22 | Court is respectfully requested to file this notice on the public docket.  Any questions |
| 23 | regarding the Discovery Conference may be directed to the Court's staff at 619-837-6526. |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |