| | |
|---|---|
| GAY C. GRUNFELD – 121944<br>VAN SWEARINGEN – 259809<br>PRIYAH KAUL – 307956<br>ERIC MONEK ANDERSON – 320934<br>HANNAH M. CHARTOFF – 324529<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>ggrunfeld@rbgg.com<br>vswearingen@rbgg.com<br>pkaul@rbgg.com<br>eanderson@rbgg.com<br>hchartoff@rbgg.com | G. CRAIG SMITH – 265676<br>MANNING KASS<br>695 Town Center Dr., Suite 400<br>Costa Mesa, California 92626-7189<br>Telephone: (949) 440-6690<br>Facsimile: (949) 440-6691<br>craig.smith@manningkass.com<br><br>Attorneys for Non-Party<br>NaphCare of San Diego LLC |

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the
Certified Subclass

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br>    v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>    Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**<br><br>Judge: Hon. Anthony J. Battaglia<br>Mag. Judge: Hon. David D. Leshner<br>Trial Date: None Set |

1  (*counsel continued from preceding page*)

2  CHRISTOPHER M. YOUNG – 163319
   ISABELLA NEAL – 328323
3  OLIVER KIEFER – 332830
   DLA PIPER LLP (US)
4  4365 Executive Drive, Suite 1100
   San Diego, California 92121-2133
5  Telephone: (858) 677-1400
   Facsimile: (858) 677-1401
6  christopher.young@dlapiper.com
   isabella.neal@dlapiper.com
7  oliver.kiefer@dlapiper.com

8  Attorneys for Plaintiffs and the
   Certified Subclass

1 Plaintiffs DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST
2 ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS,
3 REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER
4 NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL
5 TAYLOR, and LAURA ZOERNER ("Plaintiffs") and non-party NAPHCARE OF
6 SAN DIEGO, LLC ("NaphCare") have agreed to be bound by the terms of the
7 Protective Order attached hereto as **Exhibit A** in this action.  Plaintiffs and
8 NaphCare recognize and agree that a Protective Order is appropriate to protecting
9 confidential information from improper disclosure and therefore move jointly for
10 entry of the proposed Protective Order attached hereto as **Exhibit A**.
11 The matter involves private medical and mental health information of
12 Plaintiffs and security and safety issues given the nature of the facilities at issue.
13 There may be other matters which Plaintiffs and NaphCare appropriately consider
14 confidential pursuant to State and Federal law and therefore seek entry of the
15 proposed Protective Order modelled after the Southern District of California model
16 order.  Additional language has been included to reference types of documents
17 specific to this matter.
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

  1    Therefore, the Parties respectfully request that the Court grant this motion and
  2  enter the attached Proposed Protective Order (Exhibit A).

                                          Respectfully submitted,

  DATED: September 14, 2023               ROSEN BIEN GALVAN & GRUNFELD LLP


                                          By: /s/ Van Swearingen
                                              Van Swearingen

                                          Attorneys for Plaintiffs and the
                                          Certified Subclass

  DATED: September 14, 2023               MANNING KASS


                                          By: /s/ G. Craig Smith
                                              G. Craig Smith

                                          Attorneys for Non-Party
                                          NAPHCARE OF SAN DIEGO, LLC


                        **SIGNATURE CERTIFICATION**

  Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.


  DATED: September 14, 2023               ROSEN BIEN GALVAN & GRUNFELD LLP


                                          By: /s/ Van Swearingen
                                              Van Swearingen

                                          Attorneys for Plaintiffs and the
                                          Certified Subclass