GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the Certified Subclass

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>  Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO AMEND PROTECTIVE ORDER**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Mag. Judge: Hon. David D. Leshner<br><br>Trial Date: None Set |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California  92101-4297
Telephone:  (619) 699-2700
Facsimile:  (619) 699-2701
Email:  christopher.young@dlapiper.com
 isabella.neal@dlapiper.com
 oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the Certified Subclass

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendants

G. CRAIG SMITH – 265676
MANNING KASS
695 Town Center Dr., Suite 400
Costa Mesa, California  92626-7189
Telephone:  (949) 440-6690
Facsimile:  (949) 440-6691
craig.smith@manningkass.com

Attorneys for Non-Party
NaphCare of San Diego LLC

Plaintiffs DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER ("Plaintiffs"); Defendants COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, and the SAN DIEGO COUNTY PROBATION DEPARTMENT ("Defendants"); and non-party NAPHCARE OF SAN DIEGO, LLC ("NaphCare") have agreed to amend the Protective Order previously approved by this Court, *see* Dkt. 255, to provide for the production of materials by NaphCare pursuant to the Protective Order.

The matter involves private medical and mental health information of incarcerated persons and security and safety issues given the nature of the facilities at issue. There may be other matters which the Parties and NaphCare appropriately consider confidential pursuant to State and Federal law. The Parties and NaphCare recognize and agree that amending the Protective Order is appropriate to protect confidential information from improper disclosure, and agree to be bound by the terms of the amended Protective Order. The Parties and NaphCare therefore move jointly for entry of the proposed amended Protective Order attached hereto as **Exhibit A**.

The proposed amended Protective Order is modelled after the Southern District of California model order. Additional language has been included to reference types of documents specific to this matter.

Respectfully submitted,

DATED: September 21, 2023            ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
　　　Van Swearingen

Attorneys for Plaintiffs and the
Certified Subclass

| | | |
|---|---|---|
| 1 | DATED: September 21, 2023 | BURKE, WILLIAMS & SORENSEN, LLP |
| 2 | | By: /s/ Susan E. Coleman |
| 3 | | Susan E. Coleman |
| 4 | | Attorneys for Defendants |
| 6 | DATED: September 21, 2023 | MANNING KASS |
| 7 | | By: /s/ G. Craig Smith |
| 8 | | G. Craig Smith |
| 9 | | Attorneys for Non-Party |
| 10 | | NAPHCARE OF SAN DIEGO, LLC |

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

| | | |
|---|---|---|
| 17 | DATED: September 21, 2023 | ROSEN BIEN GALVAN & GRUNFELD LLP |
| 18 | | By: /s/ Van Swearingen |
| 19 | | Van Swearingen |
| 20 | | Attorneys for Plaintiffs and the |
| 21 | | Certified Subclass |