GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the Certified Subclass

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Anthony J. Battaglia<br>Mag. Judge: Hon. David D. Leshner<br><br>Trial Date: None Set |

1 | (*counsel continued from preceding page*)

2 | CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
3 | OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4 | 401 B Street, Suite 1700
San Diego, California 92101-4297
5 | Telephone: (619) 699-2700
Facsimile: (619) 699-2701
6 | Email: christopher.young@dlapiper.com
isabella.neal@dlapiper.com
7 | oliver.kiefer@dlapiper.com

8 | Attorneys for Plaintiffs and the Certified Subclass

9 | Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
10 | BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
11 | San Diego, California 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

12 |

13 | Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
14 | 60 South Market Street, Suite 1000
San Jose, California 95113-2336
15 | Tel: 408.606.6300 Fax: 408.606.6333

16 | Attorneys for Defendants

# JOINT STATUS REPORT

Plaintiffs Darryl Dunsmore, Andree Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Lisa Landers, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, Jesse Olivares, Gustavo Sepulveda, Michael Taylor, and Laura Zoerner (collectively "Plaintiffs") and Defendants San Diego County Sheriff's Department, County of San Diego, and San Diego County Probation Department (collectively "Defendants") submit this joint status report to update the Court regarding the parties' disputes with respect to discovery issues in the above-referenced case.

## I. Disputes Requiring the Court's Involvement

### A. Requests for Production of Documents

1. **HIPAA/Privacy objections to production of incarcerated person medical information (Request Nos. 32, 33, 41, 47, 49, 51, 53, 66, 69, 70, 72, 76, 78, 80)**: The parties are continuing to meet and confer on this issue and anticipate filing a joint motion requesting the Court to order production of documents pursuant to the protective order in this case. As noted below, the parties continue to meet and confer regarding Defendants' other objections to these Requests.

2. **CIRB documents (Request No. 81)**: The parties are at an impasse and request that the Court set a schedule for briefing on this issue.

### B. Interrogatories

1. **HIPAA/Privacy objections to production of incarcerated person identities and medical information**: As noted above, the parties are continuing to meet and confer on this issue and anticipate filing a joint motion requesting the Court to order that the requested information be produced pursuant to the protective order in the case.

## II. Disputes for Which the Parties Are Continuing to Meet and Confer

The parties hope that the issues below will be resolved without Court intervention. However, if they are unable to resolve these issues informally, the parties request that the Court allow initiation of an IDC thereafter.

### A. Requests for Production of Documents

The issues still in dispute regarding Plaintiffs' Third and Fourth Sets of

Requests for Production of Documents are listed below. Those Requests are attached hereto as Exhibits A and B, respectively. Plaintiffs also served a Fifth Set of Requests for Production of Documents, and Defendants served Requests for Production of Documents as well; the parties' deadline to respond to that discovery is October 31, 2023.

1. **ESI search terms:** The parties are continuing to meet and confer on this issue, pending Defendants' response regarding the number of documents hit on by Plaintiffs' search terms (initially proposed June 22, 2023).

2. **Objection to production of Sheriff's Department memoranda (Request No. 28).**

3. **Objection to production of Post Orders (Request No. 29).**

4. **Objection to searching for communications amending policies and procedures (Request No. 31).**

5. **Objection to production of documents related to health care quality improvement (Request No. 41).**

6. **Objections to production of employee disciplinary information (Request No. 43).**

7. **Objection to production of superior court orders regarding health care (Request Nos. 44 and 45).**

8. **Completeness of production of health care forms (Request No. 52).**

9. **Objection to production of emails from the California Department of Corrections and Rehabilitation (Request No. 53).**

10. **Production of documents relating to ADA compliance (Request Nos. 59, 63).**

11. **Completeness of production of lower bunk / lower tier discrepancy reports (Request No. 67).**

12. **Objection to production of documents relating to incidents of violence involving incarcerated people (Request No. 75).**

13. **Objection to production of contractors' productivity reports (Request No. 78):** The parties are continuing to meet and confer on this issue.

14. **Objection to production of documents regarding complaints**

of excessive force (Request No. 80).

**15. Objection to production of documents relating to use of tactical teams (Request No. 82).**

**16. Objection to production of medical and custody files of certified subclass (Request Nos. 86 and 87).**

**17. Amendment of Written Responses:** The parties have agreed that Defendants will amend their written responses to Plaintiffs' requests following completed productions. Plaintiffs wish to reserve their rights to raise with the Court any issues that arise with respect to amendment.

B. <u>Interrogatories</u>

As noted above, the parties are at an impasse regarding Plaintiffs' First Set of Interrogatories. Plaintiffs also served a Second Set of Interrogatories, and Defendants served Interrogatories as well; the parties' deadline to respond to that discovery is October 31, 2023.

C. <u>Depositions</u>

The issues still in dispute regarding Plaintiffs' noticed Rule 30(b)(6) deposition of the San Diego County Sheriff's Department are as follows:

**1. Time limits for each witness.**

Respectfully submitted,

DATED: September 27, 2023    ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Subclass

/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | DATED:  September 27, 2023 | BURKE, WILLIAMS & SORENSEN, LLP |
| 2 | | By:  */s/ Susan E. Coleman* |
| 3 | | Susan E. Coleman |
| 4 | | Attorneys for Defendants |

**SIGNATURE CERTIFICATION**

Pursuant to the Court's Electronic Case Filings Procedures Manual Section 2(f)(4), I certify that I have obtained consent of all signatories to the electronic filings of the foregoing document.

DATED:  September 27, 2023          */s/ Gay Crosthwait Grunfeld*
                                                              Gay Crosthwait Grunfeld