1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600,
3  San Diego, CA 92101-8474
   Tel: 619.814.5800    Fax: 619.814.6799
4
   Elizabeth M. Pappy (SBN 157069)
5  E-mail: epappy@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
6  60 South Market Street, Ste. 1000
   San Jose, CA 95113-2336
7  Tel: 408.606.6300    Fax: 408.606.6333

8  Attorneys for Defendants
   COUNTY OF SAN DIEGO, SAN DIEGO
9  COUNTY SHERIFF'S DEPARTMENT
   and SAN DIEGO COUNTY PROBATION
10 DEPARTMENT

11             UNITED STATES DISTRICT COURT

12           SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13 DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 TO 20, inclusive.<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**SAN DIEGO SHERIFF'S DEPARTMENT ADA ACTION PLAN FOR THE COUNTY JAILS**<br><br>District Judge Anthony J. Battaglia<br><br>Magistrate Judge David D. Leshner |

27      The San Diego Sheriff's Department (SDSD) recognizes the need to ensure

28 Incarcerated Persons (IP) with disabilities have access to the same rights, privileges,

programs, and services as other incarcerated persons of a similar classification level, per the Americans with Disabilities Act (ADA).  In furtherance of that need and SDSD's goal to provide that access, SDSD provides the following plan.

**I.    General**

By **September 19, 2023**, SDSD will start providing monthly rosters to Plaintiffs' Counsel containing daily housing information for each IP who has been identified as having a hearing disability and each IP at San Diego Central Jail (SDCJ) who has been identified as having a mobility disability.

SDSD provided the first roster on September 19, 2023, containing information from August 19, 2023 through September 18, 2023. All of the following rosters will be provided on the 1st business day of each month and include information for the previous month. These rosters will continue to be provided for 12 months following the entry of the Order adopting SDSD's plan.

Each roster will contain information sufficient to describe:

- mobility disability (if any)
- hearing disability (if any)
- effective communication needs (if any)
- housing unit
- bed assignment (including top, middle, or lower bunk)
- whether the person's cell or housing unit has 2010 ADAS-compliant toilet grab bars, shower grab bars, and shower seat.

The roster will identify where the person was housed on the morning of each day.  Housing does not include intake, release, or temporary holding.  The rosters will be provided to Plaintiffs' Counsel and marked "Confidential – For Counsel Only".

**II.    Hearing Disabilities at All Facilities**

By **January 1, 2024,** SDSD will make updates to evaluate, identify, document, and track incarcerated persons with hearing disabilities and their primary

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4868-5793-4980 v2

2

3:20-cv-00406-AJB-DDL
ADA ACTION PLAN

method of communication. SDSD will track disability-related effective communication needs, including American Sign Language (ASL) Interpretation, through the Jail Information Management System (JIMS) and TechCare.

By **January 1, 2024**, SDSD will provide access to American Sign Language Interpretation services at all San Diego County jail facilities that house persons with hearing disabilities.  Each facility will have at least one type of communication assistive device for due process interactions and at least one type of communication assistive device for visits.  Each facility will have the ability to provide text communication and ASL interpretation via assistive devices.

SDSD intends to track the use of communication assistive devices.

SDSD will provide access to in-person American Sign Language Interpretation Services, as available, if virtual interpretation services are insufficient for the needs of the specific incarcerated person, as determined by SDSD health staff.

By **July 1, 2024**, SDSD will update policy to include the following:

During booking, SDSD will evaluate every person to determine whether they have a hearing or speaking disability and, if so, the person's primary method of communication. In determining a person's primary method of communication, SDSD must ensure that the incarcerated person is assessed by a nurse and must give deference to the preference of the incarcerated person. SDSD will document the preferred method of communication and require that staff and contractors use that method as appropriate when interacting with the incarcerated person during all medical and mental health encounters, booking, classification proceedings, available structured programming, investigative processes, and disciplinary proceedings.

SDSD will provide access to American Sign Language Interpretation services at all San Diego County jail facilities that house people with hearing disabilities who use American Sign Language Interpretation as their primary means of communication, including with a telecommunication service provider, videophones,

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4868-5793-4980 v2

3

3:20-cv-00406-AJB-DDL
ADA ACTION PLAN

VRS technology, and in-person American Sign Language Interpretation, as appropriate to ensure effective communication.

SDSD will provide American Sign Language Interpretation via in person or remote technology as appropriate to all incarcerated people with hearing disabilities who use American Sign Language Interpretation as their primary means of communication for all medical and mental health encounters, booking, classification proceedings, available structured programming, investigative purposes, and disciplinary proceedings.

By **July 1, 2024**, SDSD will memorialize the process for evaluating, identifying, tracking, and accommodating incarcerated persons with hearing disabilities and incorporate the process into policy.

By **July 1, 2024,** SDSD will train all deputies, health care staff, and other relevant staff, as determined by SDSD, on the above policy changes.

SDSD will provide the above identified written policies and training materials after they are completed and implemented.  Materials will be provided on an ongoing basis until completion of the relevant deadline, as identified above.

## III.    Mobility Disabilities at SDCJ

SDCJ currently has 1,150 beds.  These beds are located throughout SDCJ in a combination of cells and dormitories. The removal of triple bunks would lower this number to approximately 931 beds.  The average daily housing population between January 1, 2023 and July 18, 2023 was approximately 720.  By the end of construction in 2026, SDSD intends to have at least 35 wheelchair accessible beds with accessible toileting and shower access at SDCJ.

SDSD identifies the following statistical information about incarcerated persons with identified mobility disabilities: **Exhibit A**, ADA Statistics.

SDSD identifies the following statistical information about the use of holding cells, intake and jail population data: *See* Exh. A.

SDSD identifies the following current policies related to the intake and

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4868-5793-4980 v2                    4                    3:20-cv-00406-AJB-DDL
ADA ACTION PLAN

housing of persons with a mobility disability: **Exhibit B**, SDCJ GS M.9.C.1, Policy M.39, and Policy I.22

By **September 19, 2023**, SDSD implemented 30 wheelchair accessible beds and toileting at SDCJ.

o   Module 8 C – 15 wheelchair accessible beds, 2 toilets, 2 sinks, and interim portable shower chairs

- 15 beds
  - 36"+ space between beds along an accessible path leading to an area for turnaround with 60" x 60" clear floor space.
  - Each bed will have at least 1 side with 36" x 48" clear floor space.
  - 15 single bunks approximately 18" from the ground
- Shower
  - Have portable shower chairs available for use
- Toileting
  - 2 toilets with appropriate grab bars
    - o   Back grab bars 36"
    - o   Side grab bars 42" long with end of bar 54" from back wall
    - o   Toilet 17"-19" from ground
  - 2 sinks height to 29" AFF
  - 2 mirrors height to 40" AFF at most to reflective surface
  - 60" x 60" clear floor space – The current toilet clearance space is under 60" x 60". Full 60" x 60" clear floor space will be complete with shower remodel by December 23, 2024.
- Dayroom
  - Long table 20" D by approximately 16' L with 30" H clearance under

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4868-5793-4980 v2                          5                          3:20-cv-00406-AJB-DDL
                                                                      ADA ACTION PLAN

- Boxes at 46"
- o Module 8 D – 15 wheelchair accessible beds, 2 toilets, 2 sinks, and interim portable shower chairs
  - ▪ 15 beds
    - 36" space between beds along an accessible path leading to an area for turnaround with 60" x 60" clear floor space.
    - Each bed will have at least 1 side with 36" x 48" clear floor space.
    - 15 single bunks approximately 18" from the ground
  - ▪ Shower
    - Have portable shower chairs available for use
  - ▪ Toileting
    - 2 toilets with appropriate grab bars
      - o Back grab bars 36"
      - o Side grab bars 42" long with end of bar 54" from back wall
      - o Toilet 17" from ground
    - 2 sinks height to 29"
    - 2 mirrors height to 40" AFF at most to reflective surface
    - 60" x 60" clear floor space – The current toilet clearance space is under 60"x60". Full 60" x 60" clear floor space will be complete with shower remodel by December 23, 2024.
  - ▪ Dayroom
    - Long table 20" D by approximately 16' L with 30" H clearance under
    - Boxes at 46"

By **January 1, 2024**, SDSD will make updates to evaluate, identify, document, and track incarcerated people with mobility disabilities and what

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4868-5793-4980 v2                     6                     3:20-cv-00406-AJB-DDL
ADA ACTION PLAN

accessibility features and accommodations each person requires. SDSD will track disability-related mobility needs through the Jail Information Management System (JIMS) and TechCare.

By **July 1, 2024**, SDSD will update policy to include the following:

o   During booking, and at the request of any incarcerated person, SDSD will evaluate every person to determine whether they have a mobility disability and, if so, what accessibility features and accommodations each person requires.

- SDSD will document the reasonable accommodations and ensure that the person is housed accessibly with their accommodations when feasible.

o   Persons who require wheelchair accessible accommodations will be assisted through the booking and intake process.

o   Incarcerated persons with identified mobility disabilities will be assigned to accessible housing, based on their accessibility needs as feasible or available, including:

- No person with a mobility disability using a wheelchair in housing will be assigned to any bed in a triple bunk.

  - This applies to a person who uses a wheelchair in a housing unit.  If a person only uses a wheelchair for transport outside the housing unit and does not have a wheelchair inside the housing unit, they will be identified as an "intermittent wheelchair" user and this rule does not apply.

- No person with a mobility disability will be assigned to the top bed of a triple bunk.

- Anyone assigned by medical to a lower bunk/lower tier will be assigned to a single or a bottom bunk.

///

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4868-5793-4980 v2

7

3:20-cv-00406-AJB-DDL
ADA ACTION PLAN

- People with mobility disabilities will be assigned to accessible housing, as available, based on their accessibility needs, which may include accessible beds, grab bars and clearance space.
- People with mobility disabilities will be provided accessible toileting, as available, based on their accessibility needs, which if appropriate shall have 2010 ADAS-compliant grab bars and other features.
- People with mobility disabilities will be provided accessible showers, as available, based on their accessibility needs which if appropriate shall have 2010 ADAS-compliant grab bars and shower chairs.
  - During renovations, portable shower chairs will be authorized as an interim solution.
- A middle bunk does not qualify as a lower bunk.
- A lower bunk/lower tier placement is required, rather than recommended, when input by medical staff.

o If a person with a mobility disability refuses to accept any of the above accommodations that apply to the person or to move to a cell with accessible features, the ADA Unit will interview the person in an attempt to provide them with accessible housing. JPMU or line staff may also facilitate the interview if the ADA Unit is not available. The Unit will document the interaction, via body worn camera as available, and ask the person to sign a refusal document if they still refuse accommodation after the interview.

By **July 1, 2024**, SDSD will memorialize the process for evaluating, identifying, tracking, and accommodating incarcerated persons with mobility disabilities and incorporate the process into policy.

By **July 1, 2024**, SDSD will train all deputies, health care staff, and other

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4868-5793-4980 v2

8

3:20-cv-00406-AJB-DDL
ADA ACTION PLAN

relevant staff, as determined by SDSD, on the above policy changes.

SDSD will provide the aboveidentified written policies and training materials after they are completed and implemented.  Materials will be provided on an ongoing basis until completion of the relevant deadline, as identified above.

By **December 23, 2024**, all renovations and changes required to make wheelchair accessible booking and intake available at SDCJ shall be complete. These are the intended construction changes, pending architectural approval:

- o Construction Modifications
  - ▪ 1st Floor
    - • Modify Intake Holding 2 – can accommodate up to 2 persons with wheelchairs
      - o Toilet
      - o Add side grab bar 42" with end of bar 54" from back wall
      - o Add 36" back grab bar
      - o Add 2 benches, 48" x 20"
      - o Sink with 29" clearance
      - o Lower intercom to 48" max
      - o Lower phone to 48" max
      - o 60" x 60" floor space
    - • Modify Intake Holding 5 – can accommodate up to 2 persons with wheelchairs
      - o Add side grab bar 42" with end of bar 54" from back wall
      - o Add sink/toilet combination with 36" back grab bar
      - o Remove wall
      - o Add 2 benches, 48" x 20"
      - o Lower intercom to 48" max

- o Lower phone to 48" max
- o 60" x 60" floor space
  - ▪ 2nd Floor
    - • Modify Prebook Holding 3 – can accommodate up to 2 persons with wheelchairs
      - o Add side grab bar 42" with end of bar 54" from back wall
      - o Add sink/toilet combination with 36" back grab bar
      - o Add 2 benches, 48" x 20"
      - o 60" x 60" floor space
      - o Lower intercom to 48" max
      - o Lower phone to 48" max
    - • Modify Classification 5 – can accommodate up to 1 person with a wheelchair
      - o Add side grab bar 42" with end of bar 54" from back wall
      - o Add sink/toilet combination with 36" back grab bar
      - o Add 1 bench, 48" x 20"
      - o 60" x 60" floor space
      - o Lower intercom to 48" max
      - o Lower phone to 48" max
    - • Modify Search Room 1 – can accommodate up to 1 person with a wheelchair
      - o Remove 1 bench and add 1 bench 48" x 20"
      - o Modify curtains
    - • Modify Release 3 – can accommodate 2 persons with wheelchairs

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4868-5793-4980 v2

10

3:20-cv-00406-AJB-DDL
ADA ACTION PLAN

1          o   Add side grab bar 42" with end of bar 54" from back
2               wall
3          o   Add sink/toilet combination with 36" back grab bar
4          o   Add 2 benches, 48" x 20"
5          o   60" x 60" floor space
6          o   Intercom 48"

7          By **December 23, 2024**, all renovations and changes required to make
8     accessible housing available to all incarcerated people with mobility disabilities that
9     require ADA compliant housing at SDCJ shall be completed. This phase of
10    modifications will provide 8 additional wheelchair accessible beds with access to
11    accessible toileting and showers.  Additionally, this phase will provide wheelchair
12    accessible showers for the 30 beds in 8C and 8D.  This phase does not include
13    modifications to Medical Observation beds (MOB), Psychiatric Stabilization Unit
14    (PSU), Outpatient Stepdown (OP Stepdown and Jail Based Competency Treatment
15    (JBCT). These are the intended construction changes, pending architectural
16    approval:

17         o   Interim Accommodation Plan
18              ▪   During construction on a cell or dormitory, IPs with identified
19                   mobility disabilities will be assigned to housing within SDCJ or
20                   another facility.  Assignment to alternate accessible housing will be
21                   based on their individual accessibility needs and availability.
22                   Portable shower chairs will be provided as an interim solution if an
23                   ADA compliant shower is not available.  SDSD currently has 5
24                   wheelchair accessible beds with toileting and showers at Rock
25                   Mountain Detention Facility.  More wheelchair accessible beds at
26                   Rock Mountain Detention Facility will become available as more
27                   housing units are cleared to open by BSCC.  At a minimum, IPs will
28                   be provided with a compliant bed and a portable shower chair.

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4868-5793-4980 v2                    11                    3:20-cv-00406-AJB-DDL
                                                          ADA ACTION PLAN

- o Construction Modifications for wheelchair accessible housing:
    - ▪ 3rd Floor - Accommodate 1 wheelchair user
        - • Modify 1 MOB cell – Cell 5
            - o Toilet 18" center and 17" from ground
            - o Sink height 29"
            - o Add 36" back grab bar
            - o Add side grab bar 42" with end of bar 54" from back wall
            - o 60" x 60" floor space
        - • Modify 1 shower on MOB floor
            - o Alternate roll in shower in compliance with 2022 California Building Code

    - ▪ 4th – 8th Floor – Accommodate 7 additional wheelchair users
        - • Modify 1 Cell in E modules on floors 4-8 to create 5 wheelchair accessible beds with toileting and showers
            - o Modify Cell 5 in Module E on each floor
                - ▪ 60" x 60" clear floor space
                    - • 1 Double Bunk
                        - o Space between bunks: 55-60"
                        - o Height of bottom bunk and floor: 17-18"
                        - o Bed will have at least 1 side with 36" x 48" clear floor space
                - ▪ 36" back grab bar
                - ▪ Side grab bar 42" with end of bar 54" from back wall
                - ▪ Toilet 18" center

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4868-5793-4980 v2

3:20-cv-00406-AJB-DDL
ADA ACTION PLAN

- Modify sink height to 29"
- Modify mirror to 40" max
- Move intercom to 46" max
- Desk depth at least 19", height between 27"-32"
  - o Modify Module E on each floor
    - Tables 32"
    - Phones 48" max
    - Videophone 48" max
    - Move intercoms to 46" max
    - Boxes 46"
    - Modify 1 shower in module on each floor
      - Standard roll in shower in compliance with 2022 California Building Code
- Modify 1 EOH cell in Module 6A to provide 2 wheelchair accessible beds with toileting and showers
  - o Cell 9 & 10
    - Remove wall between cells 9 and 10. Create 1 cell with 2 single beds.
      - Beds will have at least 1 side with 36" x 48" clear floor space
      - 60" x 60" clear floor space
    - Add sink/toilet combo with 36" back grab bar
    - Add side grab bar 42" with end of bar 54" from back wall
    - Mirror 40" at most or 36" if not over sink
  - o Module 6 A
    - Phone 48" at most
    - Video phone 48" at most

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4868-5793-4980 v2

13

3:20-cv-00406-AJB-DDL
ADA ACTION PLAN

- Remove stool
  - Modify 2 intercoms to 46"
  - Boxes at 46"
  - Modify 1 shower in module
    - Alternate roll in shower in compliance with 2022 California Building Code
- Modify 8C to provide showers for 15 already wheelchair accessible beds (identified above)
  - Complete 60" x 60" clear floor space
  - Modify intercoms to 46"
  - Modify 2 showers
    - Standard roll in shower in compliance with 2022 California Building Code
- Modify 8D to provide showers for 15 already wheelchair accessible beds (identified above)
  - Complete 60" x 60" clear floor space
  - Modify intercoms to 46"
  - Modify 2 showers
    - Standard roll in shower in compliance with 2022 California Building Code
- Construction Modifications for additional beds to accommodate non-wheelchair persons with mobility disabilities:
  - SDSD intends to modify over 3% (48) of the beds at SDCJ to comply with the 2010 ADAS. Additionally, SDSD is in the process of fully opening Rock Mountain Detention Facility which will have approximately 42 ADA beds once cleared to open by BSCC.
  - SDSD recognizes that persons with non-wheelchair mobility disabilities may exceed the 90 beds between SDCJ and RMDF that

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4868-5793-4980 v2

14

3:20-cv-00406-AJB-DDL
ADA ACTION PLAN

will meet the 2010 ADAS standards. Every person with a non-wheelchair mobility disability requires individualized assessment to determine the appropriate accommodations for that person. SDSD will continue to track and monitor all persons with identified mobility disabilities that require accommodations.

- The Sheriff's Department intends to modify additional cells at SDCJ to have a side grab bar and double bunk beds. These proposed 12 cells would provide an additional 24 beds to accommodate non-wheelchair persons with mobility disabilities. An assessment of housing populations will determine which specific locations are best to modify to provide this additional housing. These are the proposed cells, subject to change, pending further architectural assessment:

  - 4A Cell 10
  - 4B Cell 1
  - 4C Cell 10
  - 4D Cell 1
  - 5A Cell 10
  - 5B Cell 1
  - 5C Cell 10
  - 5D Cell 1
  - 7A Cell 10
  - 7B Cell 1
  - 7C Cell 10
  - 7D Cell 1

By **June 22, 2026**, remaining modification to MOB, PSU, OP Stepdown and JBCT shall be completed. This phase currently provides 10 additional wheelchair accessible beds with access to accessible toileting and showers, as follows:

  o Modify 2 MOB Cells

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4868-5793-4980 v2

15

3:20-cv-00406-AJB-DDL
ADA ACTION PLAN

- Cell 7 – accommodate 1 wheelchair user
  - Toilet 18" center and 17" from ground
  - Sink height 29"
  - Add 36" back grab bar
  - Add side grab bar 42" with end of bar 54" from back wall
  - 60" x 60" floor space
- Cell 8 – accommodate 1 wheelchair user
  - Toilet 18" center and 17" from ground
  - Sink height 29"
  - Add 36" back grab bar

  - Add side grab bar 42" with end of bar 54" from back wall
  - 60" x 60" floor space
- The exact number of cells for PSU, OP Stepdown, and JBCT will be reassessed at the time of construction. SDSD will make modifications to have 3% of the total number of beds in PSU, OP Stepdown, and JBCT in compliance with ADA mobility standards.
  - Modify 1 PSU Cell
    - Cell A2 – accommodate up to 4 wheelchair users
      - Remove and relocate wall
      - Add sink/toilet combo with 36" back grab bar
      - Add side grab bar 42" with end of bar 54" from back wall
      - Lower intercom to 48"
      - Move mirror to 40" at most
      - 4 single beds with 36" x 48" clear floor space and 60" x 60" floor space
    - Modify 1 shower in PSU

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4868-5793-4980 v2

16

3:20-cv-00406-AJB-DDL
ADA ACTION PLAN

    ○ Standard roll in shower in compliance with 2022 California Building Code
- Lower phone to 48"
- Modify/provide table in dayroom to provide accessibility
- Modify water fountain
- Lower intercoms to 48"

▪ Modify 4 OP Stepdown beds
- Module 6B, Cells 1 & 2 to provide 2 wheelchair accessible beds with toileting and showers
  - ○ Cell 1 & 2
    - ▪ Remove wall between cells 1 and 2. Create 1 cell with 2 single beds.
      - Beds will have at least 1 side with 36" x 48" clear floor space
      - 60" x 60" clear floor space
    - ▪ Add sink/toilet combo with 36" back grab bar
    - ▪ Add side grab bar 42" with end of bar 54" from back wall
    - ▪ Mirror 40" at most
  - ○ Module 6B
    - ▪ Phone 48" at most
    - ▪ Video phone 48" at most
    - ▪ Modify intercoms to 46"
    - ▪ Boxes at 46"
    - ▪ Modify 1 shower in module
      - Alternate roll in shower in compliance with 2022 California Building Code

///

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4868-5793-4980 v2

17

3:20-cv-00406-AJB-DDL
ADA ACTION PLAN

- Module 6C, Cells 9 & 10 to provide 2 wheelchair accessible beds with toileting and showers
  - Cell 9 & 10
    - Remove wall between cells 9 and 10. Create 1 cell with 2 single beds.
      - Beds will have at least 1 side with 36" x 48" clear floor space
      - 60" x 60" clear floor space
    - Add sink/toilet combo with 36" back grab bar
    - Add side grab bar 42" with end of bar 54" from back wall
    - Mirror 40" at most
  - Module 6C
    - Phone 48" at most
    - Video phone 48" at most
    - Modify intercoms to 46"
    - Boxes at 46"
    - Modify 1 shower in module
      - Alternate roll in shower in compliance with 2022 California Building Code
- Modify 2 JBCT beds in module 6D to provide 2 wheelchair accessible beds, 1 toilet, 1 sink and 1 shower
  - Module 6D, Cells 1 & 2 to provide 2 wheelchair accessible beds with toileting and showers
    - Cell 1 & 2
      - Remove wall between cells 1 and 2. Create 1 cell with 2 single beds.

///

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4868-5793-4980 v2

18

3:20-cv-00406-AJB-DDL
ADA ACTION PLAN

1  
          • Beds will have at least 1 side with 36" x 48"

2  
           clear floor space

3  
            • 60" x 60" clear floor space

4  
       ▪ Add sink/toilet combo with 36" back grab bar

5  
       ▪ Add side grab bar 42" with end of bar 54" from

6  
         back wall

7  
       ▪ Mirror 40" at most

8  
     o Module 6D

9  
       ▪ Phone 48" at most

10  
       ▪ Video phone 48" at most

11  
       ▪ Modify intercoms to 46"

12  
       ▪ Boxes at 46"

13  
       ▪ Modify 1 shower in module

14  
          • Alternate roll in shower in compliance with

15  
           2022 California Building Code ("CBC") or

16  
           then applicable CBC.

17

18  DATED: October 5, 2023     BURKE, WILLIAMS & SORENSEN, LLP

19

20                 By:    s/ *Susan E. Coleman*

21                        Susan E. Coleman  
                      Elizabeth M. Pappy

22                 Attorneys for Defendants  
               COUNTY OF SAN DIEGO, SAN DIEGO

23                 COUNTY SHERIFF'S DEPARTMENT and  
               SAN DIEGO COUNTY PROBATION

24                 DEPARTMENT

25

26

27

28

# EXHIBIT A

**San Diego County Sheriff's Department**
**Mobility-Related Population Statistics**

| Bookings Between 1/1/23 and 7/18/23 | San Diego Central Jail | |
|---|---|---|
| Total Facility Bookings *(Excluding Not Fit for Jail)* | 14,764 Bookings | Min 43<br>Max 103<br>Avg 74<br>Per Day |
| Bookings with a wheelchair <u>AND/OR</u> intermittent wheelchair medical instruction added within 2 days of book date | 116 Bookings | Min 0<br>Max 4<br>Per Day |

| Average Daily Facility Population* Between 1/1/23 and 7/18/23 | San Diego Central Jail Excluding Floors 1 & 2 | | |
|---|---|---|---|
| | **ADP** | Min ADP | Max ADP |
| Average Daily Population (ADP) | **720** | 638 | 865 |
| Average daily population of individuals with an active wheelchair <u>AND/OR</u> intermittent wheelchair medical instruction | **38** | 29 | 50 |
| *Wheelchair <u>OR</u> Both Wheelchair & Intermittent* | **29** | 20 | 37 |
| *Intermittent Wheelchair <u>w/out</u> Wheelchair* | **9** | 5 | 15 |

*-Averages may not add up due to rounding. ADP is based on a snapshot of the population taken daily at 12:00 a.m*
*-Wheelchair/Intermittent Wheelchair: These individuals may have other mobility-related medical instructions in addition to the wheelchair/intermittent wheelchair flag.*
*\* These statistics identify individuals who were placed in an area designated for housing at San Diego Central Jail during the specific date/time the daily population snapshot was taken.*

# EXHIBIT B

San Diego County Sheriff's Department Detention Services Bureau – Manual of Policies and Procedures

| | |
|---|---|
| DATE: | JULY 24, 2023 |
| NUMBER: | I.22 |
| SUBJECT: | LOWER BUNK / LOWER TIER ASSIGNMENT |
| RELATED SECTIONS: | I.21; M.9; M.39 |

PURPOSE:

To establish minimum standards for the assignment and review of incarcerated persons to lower bunk and/or lower tier housing.

POLICY:

Lower bunk and/or lower tier requirements are determined by detention facility health staff due to physical impairments or mobility issues caused by a disability, medical condition or drug/alcohol withdrawal. Sworn staff will review and resolve any discrepancies in housing/bunk assignments due to the lower bunk and/or lower tier restriction.

PROCEDURE

I.      LOWER BUNK/LOWER TIER HOUSING ASSIGNMENT

     A.      Sheriff's health staff will ensure incarcerated persons with physical impairments or mobility issues are accommodated for their safety and appropriate bed assignment. People with mobility disabilities will be assigned to accessible housing, based on their accessibility needs, which may include accessible beds and clearance space.

          1.      The recommendation for a lower bunk and/or lower tier will be determined by health staff and entered into the medical instructions.

          2.      The health staff's order for lower bunk and/or lower tier housing is considered a housing restriction to minimize the risk of injury to the incarcerated person.

          3.      Incarcerated persons without an instruction for lower bunk and/or lower tier may submit a Sick Call Request (J-212) form to request this type of bed assignment. A medical evaluation is required to determine the need to establish or reinstate an instruction for lower bunk and/or lower tier.

     B.      If the health staff requirement for a lower bunk and/or lower tier housing restriction is established during the intake process, Jail Population Management Unit (JPMU) deputies will notate such housing restriction on the incarcerated person's face card. If the restriction is determined after the incarcerated person has been housed, health staff will notify the housing deputies of the restriction.

          1.      Housing deputies will be responsible for assigning these incarcerated persons in the Jail Information Management System (JIMS) to either a lower bunk ("LOWER BUNK"), lower tier ("LOWER TIER") or a lower bunk on the lower tier ("LOWER BUNK/LOWER TIER"). Note: A middle bunk in a triple bunk does not qualify as a bottom bunk.

2.      Incarcerated persons with the lower bunk and lower tier medical instructions will only be housed on bottom bunks. Incarcerated persons with only lower tier instructions may be housed on the bottom/middle of a triple bunk or the bottom/top of a double bunk.

3.      No person with a mobility disability using a wheelchair will be assigned to any bed in a triple bunk.

4.      No person with a mobility disability will be assigned to the top bed of a triple bunk.

C.      At the beginning of each shift, the watch commander or designee will review the "LOWER BUNK / LOWER TIER DISCREPANCIES" report in JIMS.

1.      The watch commander or designee shall direct housing deputies to resolve any discrepancies.

2.      Bunk and/or housing moves may be required to accommodate incarcerated persons with a lower bunk and/or lower tier designation.

3.      In the event the number of incarcerated persons requiring a lower bunk and/or lower tier placement is greater than the beds available, JPMU deputies will be notified.

4.      Housing deputies will log the report review and reconciliation in the JIMS Area Activity Log utilizing the "LOW BUNK/TIER REVIEW" drop-down. Any discrepancies that remain unresolved due to an incarcerated person not being present in the housing area (e.g., court, medical appointment, etc.) will be noted in the "Notes" section of the log entry and the watch commander shall be notified.

D.      Incarcerated persons shall accept bunk assignments as directed by staff. Incarcerated persons are not entitled to bunk location of choice and shall be subject to disciplinary action in accordance with Detention Services Bureau Policies and Procedures section O.1 for refusing a bunk assignment, including any lower bunk and/or lower tier restriction.

San Diego County Sheriff's Department Detention Services Bureau – Manual of Policies and Procedures

| DATE: | JULY 24, 2023 |
|---|---|
| NUMBER: | M.39 |
| SUBJECT: | DISABLED INCARCERATED PERSONS |
| RELATED SECTIONS: | C.1, M.9, CCR TITLE 15, SEC, 1057, CA Penal Code 2656, Americans with Disabilities Act |

PURPOSE

To establish uniform procedures to identify, evaluate and house disabled incarcerated persons in the safest manner possible while ensuring the accommodation of major life activities.

POLICY

The department recognizes disabled incarcerated persons are entitled to the same rights, privileges, and services as other incarcerated persons of the same classification level per the Americans with Disabilities Act (ADA). An incarcerated person is covered by the ADA when the incarcerated person has a permanent, temporary, or intermittent condition that impacts a major life activity.

Qualified incarcerated persons with disabilities shall not be excluded from participation in, denied the benefits of, or subjected to discrimination in any detention facility's services, programs, work assignments or activities, based on a disability. Each incarcerated person identified as having a disability must be reasonably accommodated through some means.

ADA DEFINITIONS

DISABILITY - An individual has a disability if there is a physical or mental impairment that substantially limits one or more major life activities. The ADA also recognizes individual s with a record of impairment, or individual s regarded as having an impairment, as meeting the definition of disabled. Generally, such individual s will not require special accommodations.

PHYSICAL IMPAIRMENT - Includes any physiological disorder or condition, cosmetic disfigurement, or anatomical loss affecting one or more of the following body systems: neurological, musculoskeletal, special sense organs, respiratory including speech organs, cardiovascular, reproductive, digestive, genitourinary, hemic and lymphatic, skin and endocrine.

MENTAL IMPAIRMENT - Includes any mental or psychological disorder, such as mental retardation, organic brain syndrome, emotional or mental illness, and specific learning disabilities.

MAJOR LIFE ACTIVITIES - Includes but not limited to such functions as caring for oneself, reading, communicating, performing manual tasks, walking, seeing, hearing, speaking, and thinking.

CARING FOR ONESELF - Personal care such as toileting, dressing, bathing and feeding.

COGNITIVE DISABILITY - A broad term to describe conditions affecting types of mental tasks such as problem solving, reading comprehension, attention, and/or remembering. A cognitive disability is not the same as a mental disorder.

M.39 DISABLED INCARCERATED PERSONS

#23/06

MENTAL DISABILITY - An individual who has a past medical record of, or is regarded as, having one or more mental disorders as defined in the American Psychiatric Association's Diagnostic Manual.

BLIND - An individual whose visual acuity in their best eye has an acuity of 20/200 or worse and/or if their peripheral vision is less than 20 degrees.

DEAF - An individual who cannot readily understand spoken language through hearing alone and who may have a speech defect that renders them unintelligible to most normal hearing people.

REASONABLE ACCOMMODATION - Any modification or adjustment that is effective in enabling an individual to perform the major life activities. Any change in the facility, policies, procedures, or the manner in which tasks are completed that enables a qualified individual with a disability to participate in and receive the same benefits from a program or service. Reasonable accommodation does not require fundamental alteration of the nature of a program or activity.

<u>PROCEDURE</u>

I.    IDENTIFICATION AND SCREENING

    A.    The identification of an incarcerated person with a disability generally will occur during the receiving screening process.  However, the identification of an incarcerated person with a disability can occur at any point during an individual's incarceration (e.g., Jail Population Management Unit (JPMU) interview, outside agency, by the advisement of a family member, etc.).

    B.    Sheriff's health staff will evaluate and determine if an incarcerated person qualifies as 'disabled.'

    C.    All incarcerated persons who have been screened and determined to be disabled will be housed in a facility with the appropriate accommodations. Based on their disability, each incarcerated person covered under the ADA must be reasonably accommodated through some means, such as but not limited to modified housing for wheelchair access, grab bars in bathrooms, shower chairs, closed captioning on the television, interpreter services, telecommunications device for the deaf, assistive listening devices, magnification devices, large, printed materials, and braille materials. Health screening staff shall enter health instructions into the incarcerated person's health record. The shift charge nurse or designee will inform JPMU of the health instructions. They will also inform the Reentry Services Division (RSD) Manager or their designee via email with the names of those incarcerated persons who have an identified need for accommodations for adaptive or programming services.

    D.    Medical instructions for housing requirements (e.g., "lower bunk," "lower tier") shall be initiated and entered into the incarcerated person's health record upon determination by health staff that the required instructions are necessary for the safety and/or welfare of a disabled incarcerated person.

    E.    If sworn staff is unable to accommodate the aforementioned housing requirement, health staff shall be notified.

M.39 DISABLED INCARCERATED PERSONS

#23/06

F.      Re-evaluation of functional performance will be conducted by the registered nurses/designee once a month for those incarcerated persons identified as having a temporary medical disability.  A possible reassignment of housing unit and/or facility may be recommended.


II.     ACCOMMODATIONS

Incarcerated persons requiring ADA accommodations will be assisted in receiving access to the following by either the Medical Services Division (MSD) or RSD staff:

A.      Medical services

B.      Psychiatric services

C.      Adaptive services to assist in participation in programs or services

D.      Adaptive services to report to health and/or sworn staff if they have been sexually assaulted.

III.    REQUEST FOR ACCOMMODATIONS

A.      A request for reasonable accommodation may be initiated by the incarcerated person, their family members, or an outside agency.

B.      A request for an assessment of accommodations will be forwarded to the MSD ADA case manager for review.  Assessments can be completed by either a registered nurse or by a physician. The findings and disposition will be documented in the incarcerated person's health record.

C.      Requests will be acted upon within 72 hours

IV.     ADA GRIEVANCE PROCEDURE

Grievances will be handled according to Detention Services Bureau Policies and Procedures section N.1 and forwarded to a MSD supervisor or designee. All ADA related grievances will be forwarded to the MSD ADA case manager for processing.

M.39 DISABLED INCARCERATED PERSONS

#23/06

SDSD Detention Services Bureau—San Diego Central Jail Green Sheet

| | |
|---|---|
| **DATE:** | **February 21, 2023** |
| **NUMBER:** | **M.9.C.1** |
| **SUBJECT:** | **RECEIVING SCREENING** |

<u>PROCEDURE</u>

If intake medical triage becomes backed up with new arrestees, deputies may request an additional registered nurse from the nursing supervisor. If an additional nurse arrives, they will occupy the 3rd triage station.

After the initial triage assessment, if the arrestee does not require an additional evaluation, the nurse will stamp the J-15 "Medical Cleared." If the arrestee requires an additional evaluation, a "2nd Stage Medical" stamp will be placed onto the J-15. Wheelchairs and gurneys are available at the facility to use by those incarcerated persons who are triaged and found to need such devices to complete the booking process.

Incarcerated persons with a red medical wristband will be expedited through the fingerprinting and booking process on the 1st floor. An intake deputy will escort all incarcerated persons who are being medically expedited to the 2nd stage medical screening area on the 2nd floor.

Incarcerated persons that have any mobility limitations and/or need assistance, shall be assisted through the fingerprinting, booking, search, and classification process by sworn staff.

Mentally unstable arrestees or those arrestees who refuse to answer the initial medical questions will be referred to the gatekeeper or the watch commander to make the decision to receive the incarcerated person or reject them. Under no circumstances will an arrestee be placed into a safety cell based solely on their refusal to answer the initial medical questions.

The triage nurse will notify the detentions processing technician and the intake control deputy of rejected incarcerated persons.