

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore, et al

                                  **Plaintiff,**

                    V.

State of California, et al

                                  **Defendant.**

**FILED** 10/4/2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. Quinata, Deputy

**Civil No.** 20-cv-406-AJB-DDL

## STRICKEN DOCUMENT:

Request for Judicial Notice

**Per Order #   413**

**410**