| | |
|---|---|
| GAY C. GRUNFELD – 121944<br>VAN SWEARINGEN – 259809<br>PRIYAH KAUL – 307956<br>ERIC MONEK ANDERSON – 320934<br>HANNAH M. CHARTOFF – 324529<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>ggrunfeld@rbgg.com<br>vswearingen@rbgg.com<br>pkaul@rbgg.com<br>eanderson@rbgg.com<br>hchartoff@rbgg.com | SUSAN E. COLEMAN – 171832<br>BURKE, WILLIAMS & SORENSEN, LLP<br>501 West Broadway, Suite 1600<br>San Diego, California 92101-8474<br>Telephone: (619) 814-5803<br>Facsimile: (619) 814-6799<br>scoleman@bwslaw.com<br><br>ELIZABETH M. PAPPY – 157069<br>BURKE, WILLIAMS & SORENSEN, LLP<br>60 South Market Street, Ste. 1000<br>San Jose, California 95113-2336<br>Telephone: (408) 606-6300<br>Facsimile: (408) 606-6333<br>epappy@bwslaw.com<br><br>Attorneys for Defendants |

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the
Certified Subclass

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION FOR ORDER REGARDING PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES SUBJECT TO PROTECTIVE ORDER**<br><br>Mag. Judge: Hon. David D. Leshner<br><br>Trial Date: None Set |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:  (858) 677-1400
Facsimile:   (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the
Certified Subclass

In their Third and Fourth Sets of Requests for Production of Documents and First Set of Special Interrogatories, Plaintiffs have propounded discovery requests seeking the production of information concerning individuals incarcerated in the San Diego County Jail.  Defendants object to numerous requests and interrogatories on Health Insurance Portability and Accountability Act ("HIPAA") and right to privacy grounds.

Pursuant to 45 C.F.R. § 164.512(e)(ii)(B), HIPAA provides that protected health information may be disclosed during a judicial proceeding where a covered entity receives satisfactory information from the party seeking the information that reasonable efforts have been made by such party to secure a "qualified protective order."  A qualified protective order is one that (A) prohibits the parties from using or disclosing the protected health information for any purpose other than the litigation, and (B) requires the return to the covered entity or destruction of the protected health information at the end of the litigation.  45 C.F.R. § 164.512(e)(1)(v).

The parties agree that the protective order in this case, *see* Dkt. No. 400, satisfies the requirements of 45 C.F.R. § 164.512(e)(1)(v), and is adequate to protect from public disclosure private information of incarcerated people.  The parties further agree that the Court may order the release of HIPAA-protected information

1  pursuant to 45 C.F.R. § 164.512(a).  Accordingly, the parties jointly and respectfully
2  request that the Court enter an Order requiring Defendants to produce protected
3  health information responsive to Plaintiffs' Third and Fourth Sets of Requests for
4  Production of Documents and First Set of Special Interrogatories under the terms of
5  the protective order, unless otherwise objected to by Defendants as burdensome.
6  Specifically, the parties request that the Court order production of responsive
7  information to the following discovery requests:  Requests for Production Nos. 32,
8  33, 41, 47, 49, 51, 53, 66, 69, 70, 72, 76, 78, 80, 83, 86, and 87, and Interrogatory
9  Nos. 1-6, 8, and 10.  The order being requested is without prejudice to and shall not
10 affect Defendants' burdensome objections which will be separately addressed by the
11 parties.

12       The parties enter into this joint motion without waiving the right to seek
13 additional orders from the Court regarding the production of HIPAA-protected or
14 private information of incarcerated people in later discovery, and without waiving
15 any other objections asserted in response to discovery requests, including burden as
16 set forth above.

18                                          Respectfully submitted,

19 DATED:  October 17, 2023               ROSEN BIEN GALVAN & GRUNFELD LLP

20                                          By:  */s/ Van Swearingen*
21                                               Van Swearingen

22                                          Attorneys for Plaintiffs and the
23                                          Certified Subclass

24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

| | | |
|---|---|---|
| DATED: October 17, 2023 | | BURKE, WILLIAMS & SORENSEN, LLP |

By: */s/ Elizabeth M. Pappy*
Elizabeth M. Pappy

Attorneys for Defendants

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

DATED: October 17, 2023            ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
Van Swearingen

Attorneys for Plaintiffs and the
Certified Subclass