# APPENDIX A
## ACKNOWLEDGMENT OF AND AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

I, __PEDRO RODRIGUEZ__, declare:

FILED
OCT 1 8 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DM                    DEPUTY

1. I have received a copy of the Protective Order in the action entitled *Dunsmore et al. v. San Diego County Sheriff's Department et al.*, U.S.D.C. (S.D. Cal.) 3:20-cv-00406-AJB-DDL (the "Protective Order"). I have carefully read and understand the provisions of the Protective Order.

2. I will comply with all of the provisions of the Protective Order. I will hold in confidence, and will not disclose to anyone other than those persons specifically authorized by the Protective Order, will not copy or use except for purposes of the Litigation, and will return or destroy pursuant to the terms of this Protective Order, any information designated "Confidential" which I receive in the Litigation.

3. I agree to submit to the continuing jurisdiction of the United States District Court for the Southern District of California for purposes of enforcement of the Protective Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed at __SAN DIEGO CENTRAL JAIL__ this __6__ day of __OCTOBER__, 2023.

1173 Front St.
San Diego CA 92101
5th Floor, D-Module
Cell #9

_____
[NAME]
PEDRO RODRIGUEZ
BK# 14745493
COOR # BC6583

11                                  Case No. 3:20-cv-00406-AJB-DDL
AMENDED STIPULATED PROTECTIVE ORDER

## PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, PEDRO RODRIGUEZ, declare:

I am over 18 years of age and a party to this action. I am a **PRISONER** resident of SAN DIEGO CENTRAL SHC Prison, in the county of SAN DIEGO, State of California. My prison address is: SAN DIEGO CENTRAL SHC, 1173 FRONT ST, SAN DIEGO CA 92101.

On 10/6/23 (DATE)

I served the attached: APPENDIX "A" ACKNOWLEDGEMENT OF AND AGREEMENT TO BE BOUND BY PROTECTIVE ORDER (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CA, 333 WEST BROADWAY SUITE 420 SAN DIEGO CA 92101

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on 10/6/2023
(DATE)

(DECLARANT'S SIGNATURE)

S:\COMMON\CSA FORMS\P_PRFSVC.WPD August 21, 2002 12:11pm

JH 3492



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

Pedro Romero #17959?
San Diego Central Jail
1173 Front St.
San Diego CA 92101
SD-CELL 9

LEGAL MAIL

RECEIVED
OCT 18 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

SAN DIEGO CA 921
-PM
16 OCT 2023

United States District Court
Southern District of California
333 West Broadway
Suite 420
San Diego CA 92101
Attn: Clerk