

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore

Plaintiff,

V.

State of California et al

Defendant.

FILED
10/18/2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. Quinata, Deputy

Civil No. 20-cv-406-AJB-DDL

**STRICKEN DOCUMENT:**

Motion to present written testimony evidence for discovery

**Per Order #   421**

418