GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California  94709
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the Certified Subclass

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **JOINT STATUS REPORT** <br><br> Judge: Hon. Anthony J. Battaglia <br> Mag. Judge: Hon. David D. Leshner <br><br> Trial Date:  None Set |

1  (*counsel continued from preceding page*)

2  CHRISTOPHER M. YOUNG – 163319
   ISABELLA NEAL – 328323
3  OLIVER KIEFER – 332830
   DLA PIPER LLP (US)
4  401 B Street, Suite 1700
   San Diego, California  92101-4297
5  Telephone:   (619) 699-2700
   Facsimile:   (619) 699-2701
6  Email:       christopher.young@dlapiper.com
                isabella.neal@dlapiper.com
7                oliver.kiefer@dlapiper.com

8  Attorneys for Plaintiffs and the Certified Subclass

9  SUSAN E. COLEMAN (SBN 171832)
   E-mail: scoleman@bwslaw.com
10 BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600
11 San Diego, California 92101-8474
   Tel: 619.814.5800 Fax: 619.814.6799

12
   ELIZABETH M. PAPPY (SBN 157069)
13 E-mail: epappy@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
14 60 South Market Street, Suite 1000
   San Jose, California 95113-2336
15 Tel: 408.606.6300 Fax: 408.606.6333

16 Attorneys for Defendants

17

18

19

20

21

22

23

24

25

26

27

28

# JOINT STATUS REPORT

Plaintiffs Darryl Dunsmore, Andree Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Lisa Landers, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, Jesse Olivares, Gustavo Sepulveda, Michael Taylor, and Laura Zoerner (collectively "Plaintiffs") and Defendants San Diego County Sheriff's Department, County of San Diego, and San Diego County Probation Department (collectively "Defendants") submit this joint status report to update the Court regarding the parties' disputes with respect to discovery issues in the above-referenced case.

## I. Disputes Requiring the Court's Involvement

### A. Deadline to Substantially Complete Document Production

The deadline to substantially complete production of documents was **October 20, 2023**. Dkt. 381. Plaintiffs served document requests on June 15, 2023 (Set 3) and August 16, 2023 (Set 4); Defendants have not completed production of documents in response to the RFP Sets. Plaintiffs and Defendants served document requests on September 1, 2023; neither party has produced documents in response to those requests.[1]

**Plaintiffs' Position**: Plaintiffs are amenable to an extension of this deadline to November 7, 2023 for any discovery requests served on September 1, 2023. However, given Defendants' substantial delays in supplying information to Plaintiffs during the meet and confer process, Plaintiffs do not agree that further extension of the deadlines for earlier-served discovery requests is appropriate. For example, on June 15, 2023, Plaintiffs served an RFP for production of "post orders issued by the SHERIFF'S DEPARTMENT." On August 14, 2023, Defendants objected to the request as vague and ambiguous because "the Sheriff's Department

---

[1] The parties agreed to extend each other's deadlines to October 31, 2023 for responding to all discovery served on September 1, 2023.

does not have documents titled 'Post Orders,'" despite the fact that the San Diego County Sheriff's Department Detention Services Bureau Policy I.29 defines "written Post Orders."  On August 24, 2023, Plaintiffs sent a letter to Defendants identifying the policy section defining Post Orders, but Defendants still have not provided additional information regarding whether such documents exist and will be produced.

**Defendants' Position:**

Defendants have been actively meeting and conferring with Plaintiffs regarding a substantial number of overbroad and harassing requests about RFPOD#3 and #4 for many weeks including the ones cited above, working back and forth with Plaintiffs to get them to narrow requests resulting in tens of thousands of responsive documents.  Defendants request that the deadline for production of all documents in response to requests for production of documents be extended to January of 2024 given the substantial and burdensome 88 requests already served and the 159 requests due in a few weeks.  This does not include the 20+ requests included in inspection notices throughout discovery.

B.     Privilege Logs

Defendants will not produce a privilege log for documents created in this litigation.  The parties are at an impasse on this issue.

**Plaintiffs' Position**:

Plaintiffs maintain that a privilege log is required for all responsive documents for which Defendants assert privilege.  For example, RFP No. 65 calls for Commander Bavencoff's notes regarding her examination of various County-based disability-access service providers that an incarcerated person may encounter, descriptions of the way ADA services are being provided, and areas for which she would like to see change or has already requested changes.  Defendants maintain these notes are privileged and refuse to produce a privilege log for them.

/ / /

**Defendants' Position:**

As the Court is aware, throughout the case, Defendants have been working with their attorneys to resolve issues raised in the complaint. As part of these efforts, attorneys have given instructions and communications numerous times with client regarding solving issues. All of such communications are privileged and notes and other information created in direct response to attorney instructions is privileged. Plaintiffs have never provided any legal authority that would permit a party to discover documents created at attorney direction as part of litigation or communications at attorney direction among employees.

## II. Present Disputes for Which the Parties Are Continuing to Meet and Confer

The parties hope that the issues below will be resolved without Court intervention. However, if they are unable to resolve these issues by November 7, 2023, the parties request that the Court allow initiation of an IDC thereafter.

A.    Requests for Production of Documents

Issues 1-14 and 16 below pertain to Plaintiffs' Third Set of Requests for Production of Documents, served June 15, 2023. Issues 15 and 16 below pertain to Plaintiffs' Fourth Set of Requests for Production of Documents, served and August 16, 2023. Those Requests are attached hereto as Exhibits A and B, respectively.

1. **ESI Search Terms (relates to several RFPs):** Plaintiffs provided these on June 22, and are waiting on hit reports for nearly all of the proposed terms. The segregation of all documents in response to the ESI search has been completed. Defendants have provided hit counts for some search terms. Plaintiffs are still waiting on hit reports for the remaining terms.

2. **RFP No. 28 (Sheriff's memoranda):** Pursuant to Defendants' request, Plaintiffs provided a narrowed definition of the term "memoranda" on August 24 and are waiting on Defendants' response as to whether the documents exist.

3. **RFP No. 29 (post orders):** Plaintiffs are waiting on Defendants' response whether such documents exist and will be produced.

4. **RFP No. 31 (communications amending policies and procedures):** The parties are continuing to meet and confer on

this issue.

5. **RFP No. 41 (documents related to health care quality):** Plaintiffs are waiting for Defendants' response following the parties' discussion of this request on August 22.

6. **RFP No. 43 (employee disciplinary information):** The parties are continuing to meet and confer on this issue.

7. **RFP No. 44 and 45 (superior court orders):** The parties are continuing to meet and confer on this issue.

8. **RFP No. 52 (health care forms):** The parties are continuing to meet and confer on this issue.

9. **RFP No. 53 (emails from CDCR):** The parties are continuing to meet and confer on this issue.

10. **RFP No. 67 (lower bunk/lower tier discrepancy reports):** The parties are continuing to meet and confer on this issue.

11. **RFP No. 75 (incidents of violence involving incarcerated people):** Defendants agreed to provide additional information about the format of the search results that came up with 3,477 incidents on September 4. The volume of responsive information must be searched by hand and the parties are working on alternatives to production of entire files.

12. **RFP No. 78 (contractors' productivity reports):** Plaintiffs provided information requested by Defendants on September 1 and are still waiting on Defendants' response.

13. **RFP No. 80 (use of force incidents):** See No. 75.

14. **RFP No. 82 (tactical teams):** Plaintiffs provided additional information on August 24 and are waiting on Defendants' response.

15. **RFP Nos. 86 and 87 (certified subclass custody and medical records):** The parties are continuing to meet and confer on this issue.

16. **Amendment of Written Responses:** The parties have agreed that Defendants will amend their written responses to Plaintiffs' requests as required following completed productions. Plaintiffs wish to reserve their rights to raise with the Court any issues that arise with respect to amendment.

B. <u>Depositions</u>

The parties have agreed that depositions of Defendants' 30(b)(6) witnesses will begin on December 4, 2023, though that date may need to be pushed out given the status of document productions. The parties are continuing to meet and confer

1 | regarding time limits for each witness, categories and location.

2

3 | Respectfully submitted,

4 | DATED:  October 23, 2023          ROSEN BIEN GALVAN & GRUNFELD LLP

5

6 | By:  */s/ Van Swearingen*
     Van Swearingen

7

8 | Attorneys for Plaintiffs and the
   Certified Subclass

9

10 | DATED:  October 23, 2023          BURKE, WILLIAMS & SORENSEN, LLP

11 | By: */s/ Elizabeth M. Pappy*
      Elizabeth M. Pappy

12

13 | Attorneys for Defendants

14

15

16 | **SIGNATURE CERTIFICATION**

17 | Pursuant to the Court's Electronic Case Filings Procedures Manual Section

18 | 2(f)(4), I certify that I have obtained consent of all signatories to the electronic

19 | filings of the foregoing document.

20

21

22 | DATED:  October 23, 2023          */s/ Van Swearingen*
      Van Swearingen

# TABLE OF CONTENTS
## EXHIBITS TO THE JOINT STATUS REPORT

| EXHIBIT | DESCRIPTION | PAGE NO. |
|---------|-------------|----------|
| A | Plaintiffs' Third Set of Requests for Production of Documents to Defendants San Diego County Sheriff's Department, County Of San Diego, San Diego County Probation Department | A-1 |
| B | Plaintiffs Fourth Set of Requests for Production of Documents to Defendants San Diego County Sheriff S Department, County Of San Diego, San Diego County Probation Department | B-22 |

[4374832.1]

# EXHIBIT A

GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**PLAINTIFFS' THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

PROPOUNDING PARTY:  PLAINTIFFS

RESPONDING PARTY:   DEFENDANTS SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT

SET NO.:            THREE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 34, Plaintiffs Darryl Dunsmore, Andree Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Lisa Landers, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, Jesse Olivares, Gustavo Sepulveda, Michael Taylor, and Laura Zoerner ("Plaintiffs"), on behalf of themselves and all persons similarly situated, by their attorneys, hereby demand that Defendants San Diego County Sheriff's Department, County of San Diego, and San Diego County Probation Department respond under oath to the following document requests, and produce and permit inspection or copying of the original documents and materials described below at Rosen Bien Galvan & Grunfeld LLP, 30 days after service of this demand.

**INSTRUCTIONS**

1.      In responding to this Request for Production of Documents, you are requested to furnish all documents which are in your possession, custody, or control, including information in the possession of your attorneys, or other persons directly or indirectly employed or retained by you, or connected with you or your attorneys, or anyone else acting on your behalf or otherwise subject to your control.

2.      In responding to this Request for Production of Documents, if any responsive document is maintained electronically, the document shall be produced on disc in native format and with metadata intact. You are also requested to furnish print-outs of documents which may not currently exist in "hard copy" paper form but which exist in electronic form as electronic mail or as a document or file generated by word processing, data base, or spreadsheet software, and which are

PLAINTIFFS' THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Ex. A-3

stored electronically on a "floppy" disc, a compact disc, a zip drive, a personal computer hard drive, a network server, a back-up tape or disc, text message, or any other electronic medium.

3. If an electronically-generated document does not currently exist as a "hard copy" and if it has been deleted from the hard drives of personal computers, you are requested to retrieve it from any other electronic medium (e.g., a network server or a backup tape disc) from which it is retrievable.

4. If you cannot respond to any document request in full, respond to the fullest extent possible, explain why you cannot respond to the remainder, and describe the nature of the documents which you cannot furnish.

5. If you object to part of a request and refuse to answer that part, state your objection and respond to the remaining portion of that request. If you object to the scope or time period of a request and refuse to respond for that scope or time period, state your objection and respond to the request for the scope or time period you believe is appropriate.

6. With respect to any requested document that you refuse to produce in response to these Requests for Production on the basis of any asserted privilege, please state:

    a. the full identity of the document including:

        i. the nature of the document (e.g., letter, memorandum, etc.);

        ii. date of the document;

        iii. its title (if any);

        iv. its authors, addressees, recipients, or parties;

        v. the identity of any other individuals to whom the document was disseminated and their relationship to Defendants;

        vi. whether the document includes any attachments and, if so,

1    a description of the attachments; and

2    vii.    its present location and identity of its custodian;

3    b.    whether your objection or refusal is directed to the entire

4    document or part thereof;

5    c.    if your objection or refusal goes to part of the document, specify

6    the specific part(s) of the document to which your objection or

7    refusal is directed; and

8    d.    the specific factual basis which gives rise to the objection or

9    refusal and the specific legal ground on which the objection or

10    refusal is based.

11    7.    If any of the following requested documents cannot be located or

12    produced after exercising due diligence to secure the information, please so state

13    and respond to the extent possible, specifying your inability to respond fully, and

14    stating whatever information you have relating to the non-produced documents.  If

15    your response is qualified in any particular manner, please set forth the details of

16    such qualification.

17    **DEFINITIONS**

18    Unless otherwise indicated, the following definitions and terms shall apply to

19    these requests for production:

20    1.    The terms "ANY" and "ALL," as used herein, shall include "each" and

21    "every" and are not to be construed to limit a request.

22    2.    The term "ADA" means the Americans with Disabilities Act, 42 U.S.C.

23    §§ 12101 *et seq.* as well as related federal and state laws that require

24    accommodation of disabilities and prohibit discrimination on the basis of disability.

25    3.    The term "COMMUNICATIONS" means any transmittal of

26    information from one person or entity to another by any means, including letters,

27    correspondence, notes, memoranda, records,  reports, papers, facsimiles, electronic

28    mail (whether to, from, copied or blind copied), electronic mail generated from a

1   hand held personal device including an Android or iPhone, instant messaging,

2   electronic mail generated from business or personal email accounts, internet relay

3   chat, news group, group or collaboration servers, electronic bulletin boards,

4   electronic discussion boards, text messages, dictation tapes, video recordings, audio

5   recordings, digital recordings, memoranda, telegrams, telecopies and telexes,

6   teleconference, collaboration servers (including share point servers), web-based or

7   software virtual meetings including Web-X, Zoom, and any other meeting software

8   and share point servers, and oral contact such as face-to-face discussions or

9   meetings, telephone conversations, and voice mail messages.

10        4.    The term "CONTRACTOR" includes any individual or entity, or an

11  EMPLOYEE of the same, who is hired, retained, or otherwise authorized by YOU

12  to undertake any task, service, role, or job on YOUR behalf.  The term includes but

13  is not limited to NaphCare, Inc. and NaphCare of San Diego, LLC.

14        5.    The term "COUNTY" means Defendant San Diego County and anyone

15  acting on its behalf.

16        6.    The term "CURRENT" means in effect and not superseded and/or

17  issued on or after January 1, 2022.

18        7.    The term "DEATH(S)" means the action or fact of dying or being

19  killed, including by suicide.

20        8.    The terms "DEFENDANTS," "YOU," or "YOUR" means the San

21  Diego County Sheriff's Department, San Diego County, and the San Diego County

22  Probation Department, and anyone acting on their behalf.

23        9.    The terms "DISABILITY" and "DISABILITIES" mean any physical,

24  cognitive, developmental, intellectual, mental, or sensory impairment that limits one

25  or more major life activities, including but not limited to, eating, sleeping, speaking,

26  breathing, walking, standing, lifting, bending, thinking, concentrating, seeing,

27  hearing, working, reading, learning, communicating, reading, caring for oneself, and

28  performing manual tasks, as well as the operation of major bodily functions such as

circulation, reproduction, and the functioning of individual organs.  The terms also include having a history or record of such impairment or being perceived by others as having such an impairment.

10.    The term "DOCUMENT" means any writing, however produced or reproduced, of every kind and regardless of where located, which is in YOUR possession, custody, or control, including drafts; or in the possession, custody or control of any servant or agent of YOU or of YOUR attorneys.  The terms include the following: electronically recorded information such as electronic mail, html files, databases, data processing cards or tapes, computerized data, computer diskettes, or information otherwise contained on a computer's hard drive, disks or backup tapes; video tapes, audio tapes, view-graphs, or any information maintained on digital, electronic, magnetic or other media; and any other summary, schedule, memorandum, note, statement, letter, telegram, interoffice communication, report, diary, worksheet, list, graph, chart, or index, tape record, partial or complete report of telephone or oral conversation, transcript or minutes, compilation, tabulation, study, analysis, or other such writing or recording.  The terms "DOCUMENT" and "DOCUMENTS" include any originals, all file copies, all other copies, no matter how prepared, and all drafts prepared in connection with such DOCUMENTS, whether or not used, as well as the file in which the DOCUMENTS are maintained. A draft or non-identical copy of a DOCUMENT, including a copy or duplicate of a DOCUMENT which has any nonconforming notes, marginal annotations or other markings, and any preliminary version, draft or revision of the foregoing, is a separate DOCUMENT within the meaning of these terms.  The term "DOCUMENT" does not include any writing that constitutes a privileged or otherwise protected communication between YOU and YOUR attorneys.

11.    The term "EMPLOYEE" means any employee, director, officer, owner, CONTRACTOR, agent, or any other person working for or on behalf of an entity, such as the COUNTY, the SHERIFF'S DEPARTMENT, or the PROBATION

Ex. A-7

1   DEPARTMENT.

2       12.    The term "EOH" means Enhanced Observation Housing, as defined in

3   SHERIFF'S DEPARTMENT Detention Policy & Procedure J.4.

4       13.    The term "GRIEVANCE" means a written complaint completed by or

5   on behalf of an INCARCERATED PERSON.

6       14.    The term "HEALTH CARE" means the provision of care or services,

7   to identify and/or address health needs of an INCARCERATED PERSON in the

8   JAIL (including medical, mental health, dental care, and vision care needs), whether

9   those needs arise as a result of injury, illness, disease, age, or trauma, or care or

10  services provided for diagnostic or preventive purposes.

11      15.    The term "HEALTH CARE STAFF" means any person or entity

12  providing HEALTH CARE services, or providing administrative and/or support

13  services related to HEALTH CARE at the JAIL.

14      16.    The terms "INCARCERATED PERSON(S)" or "INCARCERATED

15  PEOPLE" mean any person incarcerated, detained, or in the custody of the

16  SHERIFF'S DEPARTMENT.

17      17.    "IDENTIFY," with respect to an INCARCERATED PERSON or

18  formerly INCARCERATED PERSON, means to state the INCARCERATED

19  PERSON's full name, booking number, date of birth, booking date, and CURRENT

20  housing location (if still in custody) or date of release (if no longer in custody).

21      18.    "IDENTIFY," with respect to a non-INCARCERATED PERSON,

22  means to state the person's name, professional title, credentials and licensing

23  information if applicable, and professional address.

24      19.    The term "JAIL" means the San Diego County Jail, including all of its

25  facilities.

26      20.    The term "MENTAL HEALTH CARE" means the provision of care or

27  services, to identify and/or address the mental health needs of an INCARCERATED

28  PERSON in the JAIL, whether those needs arise as a result of injury, illness,

disease, age, or trauma, or care or services provided for diagnostic or preventive purposes.

21.    The term "MOB" means Medical Observation Bed, as defined in SHERIFF'S DEPARTMENT Medical Services Division Policy & Procedure M-13.

22.    The term "PLAINTIFFS" means Plaintiffs Darryl Dunsmore, Andree Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Lisa Landers, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, Jesse Olivares, Gustavo Sepulveda, Michael Taylor, and Laura Zoerner.

23.    The term "POLICIES AND PROCEDURES" means policies, procedures, handbooks, advice, directives, training materials, forms, instructions, and guidelines that comprise established standards, regardless of the author.

24.    The term "PROBATION DEPARTMENT" means Defendant San Diego County Probation Department and anyone acting on its behalf.

25.    The term "PSU" means Psychiatric Stabilization Unit or Psychiatric Security Unit, as defined in SHERIFF'S DEPARTMENT Detention Policy & Procedure M.25.

26.    The terms "RELATED TO," "RELATING TO," or "REGARDING" means, without limitation, anything that, in whole or in part, analyzes, comments upon, comprises, concerns, constitutes, contains, describes, discusses, embodies, evidences, explains, identifies, manifests, mentions, pertains to directly or indirectly to, reflects, refers to, regards, relates to, responds to, states, summarizes, or in any way relevant to the particular subject matter identified.

27.    The term "SAFETY CELL" means a temporary housing cell with a padded surface, as defined in SHERIFF'S DEPARTMENT Detention Policy & Procedure J.1.

28.    The term "SHERIFF'S DEPARTMENT" means Defendant San Diego County Sheriff's Department and anyone acting on its behalf.

29.    The term "SOBERING CELL" means JAIL cells used to house

INCARCERATED PERSONS away from other INCARCERATED PERSONS for the specific purposes of detoxification or sobering up; the term includes sobering cells and detoxification cells.

30.    The term "STAFFING PLAN" means any DOCUMENT showing the minimum number and types of EMPLOYEES DEFENDANTS intend to work in the JAIL and the minimum number of hours DEFENDANTS intend those EMPLOYEES to work to staff the JAIL, including EMPLOYEES of CONTRACTORS.

31.    The words "and" and "or" should be construed disjunctively or conjunctively as necessary to make the Request inclusive rather than exclusive.

### REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 25**

ALL CURRENT POLICIES AND PROCEDURES RELATING TO the JAIL, including but not limited to ALL operations manuals and standard operating procedures.

**REQUEST FOR PRODUCTION NO. 26:**

ALL amendments to POLICIES AND PROCEDURES RELATING TO the JAIL from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 27:**

ALL drafts of POLICIES AND PROCEDURES used or developed by CONTRACTORS, including but not limited to NaphCare, Inc., from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 28:**

ALL memoranda issued by YOU RELATING TO the JAIL from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 29:**

ALL post orders issued by the SHERIFF'S DEPARTMENT RELATING TO the JAIL from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 30:**

ALL Green Sheets issued by the SHERIFF'S DEPARTMENT RELATING TO the JAIL from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 31:**

ALL COMMUNICATIONS sent or issued by any EMPLOYEES of the SHERIFF'S DEPARTMENT that altered, amended, modified, or otherwise affected any POLICIES AND PROCEDURES RELATING TO the JAIL from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 32:**

ALL DOCUMENTS and COMMUNICATIONS RELATING TO identifying, responding to, housing, treating, monitoring, and/or tracking INCARCERATED PERSONS covered by the SHERIFF'S DEPARTMENT's alcohol and opiate withdrawal protocols from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 33:**

ALL DOCUMENTS and COMMUNICATIONS RELATING TO identifying, responding to, housing, treating, monitoring, and/or tracking INCARCERATED PERSONS in the SHERIFF'S DEPARTMENT's medication-assisted treatment ("MAT") program from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 34:**

ALL COMMUNICATIONS from EMPLOYEES of NaphCare, Inc. RELATING TO HEALTH CARE and/or MENTAL HEALTH CARE at the JAIL from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 35:**

ALL GRIEVANCES, inmate requests, and sick call requests submitted by PLAINTIFFS.

**REQUEST FOR PRODUCTION NO. 36:**

ALL responses to GRIEVANCES, inmate requests, and sick call requests submitted by PLAINTIFFS.

**REQUEST FOR PRODUCTION NO. 37:**

ALL COMMUNICATIONS RELATING TO PLAINTIFFS from January 1, 2019 to the present.

**REQUEST FOR PRODUCTION NO. 38:**

ALL DOCUMENTS RELATING TO HEALTH CARE screening and intake procedures at the JAIL from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 39:**

ALL DOCUMENTS RELATING TO the following for each existing HEALTH CARE STAFF position (e.g., M.D., R.N., L.P.N.) at the JAIL:  the number of allocated positions, the number of hours required for each position, the number of vacancies and the duration of vacancies for each position, and STAFFING PLANS RELATING TO each position at the JAIL from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 40:**

ALL DOCUMENTS sufficient to show training completed by HEALTH CARE STAFF from January 1, 2021 to the present, including but not limited to attendance sheets for each identified training module/session.

**REQUEST FOR PRODUCTION NO. 41:**

ALL DOCUMENTS RELATING TO monitoring and/or auditing of HEALTH CARE provided to INCARCERATED PERSONS, including but not limited to, quality improvement, quality assurance or clinical performance reviews, peer reviews, in-service trainings, internal or external audits, technical assistance reports, accreditations, contract monitoring reports, minutes from quality assurance meetings, and HEALTH CARE record reviews, from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 42:**

ALL DOCUMENTS RELATING TO agreements entered into by DEFENDANTS and ANY hospitals or other outside health care facilities for the transfer, acceptance, or scheduling of INCARCERATED PERSONS for the purpose

1  of providing HEALTH CARE from January 1, 2021 to the present.

2  **REQUEST FOR PRODUCTION NO. 43:**

3      ALL DOCUMENTS and COMMUNICATIONS RELATING TO

4  disciplinary actions taken by DEFENDANTS with respect to an EMPLOYEE of

5  DEFENDANTS or a CONTRACTOR who provided inappropriate, insufficient, or

6  substandard HEALTH CARE at the JAIL from January 1, 2021 to the present.

7  **REQUEST FOR PRODUCTION NO. 44:**

8      ALL requests or orders issued by a superior court judge RELATING TO

9  HEALTH CARE services in the JAIL or seeking HEALTH CARE on behalf of any

10  INCARCERATED PERSON, including but not limited to minute orders specifying

11  actions to be taken by YOU RELATING TO HEALTH CARE for

12  INCARCERATED PERSONS, from January 1, 2021 to the present.

13  **REQUEST FOR PRODUCTION NO. 45:**

14      ALL DOCUMENTS RELATING TO requests or orders issued by a superior

15  court judge RELATING TO HEALTH CARE services in the JAIL or seeking

16  HEALTH CARE on behalf of any INCARCERATED PERSON, including but not

17  limited to YOUR responses to such requests or orders, COMMUNICATIONS about

18  such requests or orders, and DOCUMENTS used to track such requests or orders,

19  from January 1, 2021 to the present.

20  **REQUEST FOR PRODUCTION NO. 46:**

21      DOCUMENTS sufficient to show how HEALTH CARE and DISABILITY-

22  related information can be stored in JIMS, including descriptions of the databases,

23  drop-down menus, and options used to store such information and training on the

24  same.

25  **REQUEST FOR PRODUCTION NO. 47:**

26      ALL DOCUMENTS and COMMUNICATIONS RELATING TO identifying,

27  responding to, housing, treating, monitoring, and tracking INCARCERATED

28  PERSONS at risk for suicide or self-harm from June 1, 2018 to the present.

**REQUEST FOR PRODUCTION NO. 48:**

ALL DOCUMENTS and COMMUNICATIONS RELATING TO the JAIL's identification and/or elimination of suicide hazards from June 1, 2018 to the present.

**REQUEST FOR PRODUCTION NO. 49:**

ALL logs RELATING TO INCARCERATED PERSONS placed in EOH, PSU, and SAFETY CELLS from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 50:**

ALL DOCUMENTS and COMMUNICATIONS THAT IDENTIFY ALL CURRENT housing units and cells at the JAIL, including but not limited to those designated as booking, administrative segregation, EOH, PSU, SAFETY CELLS, and SOBERING CELLS.

**REQUEST FOR PRODUCTION NO. 51:**

ALL DOCUMENTS RELATING TO evaluations and assessments of INCARCERATED PERSONS placed in SAFETY CELLS, EOH, or PSU from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 52:**

A blank example of ALL forms, including but not limited to suicide risk assessment and intake assessment forms, used to evaluate INCARCERATED PERSONS with known or possible HEALTH CARE needs from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 53:**

ALL COMMUNICATIONS, including but not limited to all emails from EISDECSSupport@cdcr.ca.gov from January 1, 2021 to the present that contain the following terms: "EOP," "CCCMS," "DPW," "DPV," "DPO," "DLT," "DPS," or "DPH," REGARDING INCARCERATED PEOPLE with DISABILITIES.

**REQUEST FOR PRODUCTION NO. 54:**

ALL schematic, design, or construction DOCUMENTS RELATING TO DISABILITY ACCESS at the JAIL, including but not limited to specification

1 DOCUMENTS that detail fixtures, furniture, and equipment to be installed in the

2 JAIL.

3 **REQUEST FOR PRODUCTION NO. 55:**

4     ALL self-evaluations under Title II of the ADA.

5 **REQUEST FOR PRODUCTION NO. 56:**

6     ALL ADA transition plans.

7 **REQUEST FOR PRODUCTION NO. 57:**

8     DOCUMENTS sufficient to show a schedule of ALL CURRENT programs

9 offered to INCARCERATED PEOPLE in the Jail, including but not limited to

10 recreational, religious, educational, job training, substance use, reentry, and veterans

11 programs.

12 **REQUEST FOR PRODUCTION NO. 58:**

13     All DOCUMENTS and COMMUNICATIONS RELATING TO the job

14 description and duties of the JAIL's ADA Coordinator.

15 **REQUEST FOR PRODUCTION NO. 59:**

16     ALL DOCUMENTS including tracking sheets RELATING TO

17 implementation of ADA POLICIES AND PROCEDURES, and amendments or

18 updates to ADA POLICIES AND PROCEDURES, at the JAIL from January 1,

19 2021 to the present, including but not limited to the tracking sheet Commander

20 Christina Bavencoff states she created on January 20, 2023.  See Bavencoff Decl.,

21 ¶ 2.

22 **REQUEST FOR PRODUCTION NO. 60:**

23     ALL "binders and archive materials" as described in the Bavencoff

24 Declaration RELATING TO DEFENDANTS' ADA accessibility POLICIES AND

25 PROCEDURES from January 1, 2021 to the present.

26 **REQUEST FOR PRODUCTION NO. 61:**

27     ALL DOCUMENTS and COMMUNICATIONS RELATING TO the

28 proposed "ADA Unit" allegedly being developed by the SHERIFF'S

1  DEPARTMENT.

2  **REQUEST FOR PRODUCTION NO. 62:**

3      ALL contracts for the provision of services for INCARCERATED PEOPLE

4  with hearing DISABILITIES at the JAIL, including but not limited to those with

5  Purple, Lionsbridge, Language Line Services, and United Language Group, and to

6  provide internet and tablet service, from January 1, 2021 to the present.

7  **REQUEST FOR PRODUCTION NO. 63:**

8      ALL DOCUMENTS and COMMUNICATIONS RELATED TO lists of

9  projects RELATING TO ADA compliance and accessibility at the JAIL, including

10  but not limited to the list of ADA projects allegedly kept by Commander Christina

11  Bavencoff, from January 1, 2021 to the present.

12  **REQUEST FOR PRODUCTION NO. 64:**

13      ALL  orientation videos AND handbooks shown or provided to

14  INCARCERATED PEOPLE at the JAIL from January 1, 2021 to the present.

15  **REQUEST FOR PRODUCTION NO. 65:**

16      The "notes" kept by Commander Christina Bavencoff regarding services

17  provided to INCARCERATED PEOPLE at the JAIL and ANY changes to those

18  services that she has requested.  See Bavencoff Decl., ¶ 7.

19  **REQUEST FOR PRODUCTION NO. 66:**

20      ALL email messages sent to the SHERIFF'S DEPARTMENT staff when an

21  INCARCERATED PERSON has a JIMS alert related to a DISABILITY from

22  January 1, 2021 to the present.

23  **REQUEST FOR PRODUCTION NO. 67:**

24      ALL lower bunk and lower tier discrepancy reports for the JAIL from January

25  1, 2021 to the present.

26  **REQUEST FOR PRODUCTION NO. 68:**

27      ALL DOCUMENTS and COMMUNICATIONS RELATING TO the

28  procurement of an RFID-based network connected system from January 1, 2021 to

1   the present.

2   **REQUEST FOR PRODUCTION NO. 69:**

3     ALL DOCUMENTS and COMMUNICATIONS showing referrals to Reentry

4   Services staff of INCARCERATED PERSONS with DISABILITIES from January

5   1, 2021 to the present.

6   **REQUEST FOR PRODUCTION NO. 70:**

7     ALL DOCUMENTS from Offender 360 RELATING TO reasonable

8   accommodations that reentry services staff provided to INCARCERATED

9   PERSONS from January 1, 2021 to the present.

10   **REQUEST FOR PRODUCTION NO. 71:**

11     ALL training required by the JAIL regarding DISABILITY accommodations.

12   **REQUEST FOR PRODUCTION NO. 72:**

13     ALL DOCUMENTS and COMMUNICATIONS RELATING TO

14   DISABILITY accommodations at the JAIL, including but not limited to pocket

15   talkers, hearing aids. screen readers, optilec or similar readers, video relay services,

16   video interpreter services, Sign Language Interpretation, TTY, TDD, video phones,

17   magnifiers, glasses, crutches, walkers, wheelchairs, canes, and other

18   accommodations.

19   **REQUEST FOR PRODUCTION NO. 73:**

20     ALL GRIEVANCES RELATING TO lack of access to attorneys, the law

21   library, legal materials or the courts.

22   **REQUEST FOR PRODUCTION NO. 74:**

23     ALL DOCUMENTS and COMMUNICATIONS RELATING TO cleanliness

24   and sanitation at the JAIL from January 1, 2021 to present, including any reports,

25   memoranda or emails regarding mold, vermin, trash, overcrowding, clogged toilets,

26   and clogged showers.

27   **REQUEST FOR PRODUCTION NO. 75:**

28     ALL DOCUMENTS and COMMUNICATIONS RELATING TO incidents

of violence by or against INCARCERATED PEOPLE at the JAIL from January 1, 2021 to present.

**REQUEST FOR PRODUCTION NO. 76:**

Rosters of INCARCERATED PEOPLE with mobility DISABILITIES in Las Colinas and Central Jails for the month preceding YOUR response showing the area, housing unit, cell and bed placement, and accommodation need for each person, in a format similar to SD 000467.

**REQUEST FOR PRODUCTION NO. 77:**

ALL invoices for Sign Language Interpretation services provided in the JAIL from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 78:**

ALL DOCUMENTS RELATING TO workload, productivity, or daily services provided by CONTRACTORS at the JAIL from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 79:**

ALL use of force logs for each facility in the JAIL from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 80:**

ALL DOCUMENTS AND COMMUNICATIONS RELATING TO complaints RELATING TO excessive force, including but not limited to use of force AND claims of physical harm by JAIL staff, from INCARCERATED PERSONS between January 1, 2021 and the present.

**REQUEST FOR PRODUCTION NO. 81:**

ALL reports generated by the Critical Incident Review Board RELATING TO in-custody DEATHS at the JAIL from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. 82:**

ALL DOCUMENTS RELATING TO use of tactical teams at the JAIL from January 1, 2021 to the present, including but not limited to documentation of

1  debriefs after use of force or weapons by the JAIL's tactical teams.

2  **REQUEST FOR PRODUCTION NO. 83:**

3      DOCUMENTS sufficient to show the percentages of INCARCERATED

4  PERSONS at the JAIL annually who are detained for less than one week, for less

5  than one month, for less than six months, for over a year, and for over two years,

6  from January 1, 2021 to the present.

7

8  DATED:  June 15, 2023              ROSEN BIEN GALVAN & GRUNFELD LLP

9

10                                   By: */s/ Van Swearingen*

11                                        Van Swearingen

12                                   Attorneys for Plaintiffs

1    *Dunsmore et al. v. San Diego County Sheriff's Dept., et al.*
      20-cv-00406 AJB DDL
2

3    **STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

4         At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of San Francisco, State of California.  My business address is 101 Mission Street, Sixth Floor, San Francisco, CA 94105-1738.

5         On June 15, 2023, I served a true copy of the following documents described as:

6

7    **PLAINTIFFS' THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT**

8

9

10   on the interested parties in this action as follows:

11                        **SEE ATTACHED SERVICE LIST**

12        **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent in PDF from e-mail address kchan@rbgg.com to the persons at the e-mail addresses listed in the attached Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the e-mail transmission was unsuccessful.

13

14

15

         I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

16        Executed on June 15, 2023, at San Francisco, California.

17

18                                            _Kedra C_____

19                                            Kedra Chan

20

21

23

24

25

26

27

28

[4311028.1]

                                                              **Ex. A-20**

**SERVICE LIST**
***Dunsmore et al. v. San Diego County Sheriff's Dept., et al.***
**20-cv-00406 AJB DDL**

Susan E. Coleman, Esq. (SColeman@bwslaw.com)
Terri Mehra (TMehra@bwslaw.com)
Diana Favela (DFavela@bwslaw.com)

BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, CA  92101

Elizabeth M. Pappy (EPappy@bwslaw.com)
Lucy Gonzalez (LGonzalez@bwslaw.com)

BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, CA  95113-2336

Fernando Kish (Fernando.Kish@sdcounty.ca.gov)
Steven Inman (Steven.Inman@sdcounty.ca.gov)

OFFICE OF COUNTY COUNSEL,
COUNTY OF SAN DIEGO
1600 Pacific Highway, Room 355
San Diego, CA 92101-2469

Attorneys for Defendants County of San Diego, San
Diego County Sheriff's Department, and San Diego
County Probation Department

[4311028.1]

Ex. A-21

# EXHIBIT B

GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California  94709
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:  (858) 677-1400
Facsimile:   (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the
Certified Subclass

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **PLAINTIFFS' FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT** <br><br> Judge:      Hon. Anthony J. Battaglia <br> Magistrate: Hon. David D. Leshner <br><br> Trial Date: None Set |

Ex. B-23

PROPOUNDING PARTY:   PLAINTIFFS

RESPONDING PARTY:    DEFENDANTS SAN DIEGO COUNTY SHERIFF'S
                     DEPARTMENT, COUNTY OF SAN DIEGO, SAN
                     DIEGO COUNTY PROBATION DEPARTMENT

SET NO.:             FOUR (4)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

 PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 34, Plaintiffs Darryl Dunsmore, Andree Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Lisa Landers, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, Jesse Olivares, Gustavo Sepulveda, Michael Taylor, and Laura Zoerner ("Plaintiffs"), on behalf of themselves and all persons similarly situated and the Certified Subclass, by their attorneys, hereby demand that Defendants San Diego County Sheriff's Department, County of San Diego, and San Diego County Probation Department respond under oath to the following document requests, and produce and permit inspection or copying of the original documents and materials described below at Rosen Bien Galvan & Grunfeld LLP, 30 days after service of this demand.

## INSTRUCTIONS

 1. In responding to this Request for Production of Documents, you are requested to furnish all documents which are in your possession, custody, or control, including information in the possession of your attorneys, or other persons directly or indirectly employed or retained by you, or connected with you or your attorneys, or anyone else acting on your behalf or otherwise subject to your control.

 2. In responding to this Request for Production of Documents, if any responsive document is maintained electronically, the document shall be produced on disc in native format and with metadata intact. You are also requested to furnish print-outs of documents which may not currently exist in "hard copy" paper form

2

Ex. B-24

but which exist in electronic form as electronic mail or as a document or file generated by word processing, data base, or spreadsheet software, and which are stored electronically on a "floppy" disc, a compact disc, a zip drive, a personal computer hard drive, a network server, a back-up tape or disc, text message, or any other electronic medium.

3.    If an electronically-generated document does not currently exist as a "hard copy" and if it has been deleted from the hard drives of personal computers, you are requested to retrieve it from any other electronic medium (e.g., a network server or a backup tape disc) from which it is retrievable.

4.    If you cannot respond to any document request in full, respond to the fullest extent possible, explain why you cannot respond to the remainder, and describe the nature of the documents which you cannot furnish.

5.    If you object to part of a request and refuse to answer that part, state your objection and respond to the remaining portion of that request.  If you object to the scope or time period of a request and refuse to respond for that scope or time period, state your objection and respond to the request for the scope or time period you believe is appropriate.

6.    With respect to any requested document that you refuse to produce in response to these Requests for Production on the basis of any asserted privilege, please state:

      a.    the full identity of the document including:

            i.    the nature of the document (e.g., letter, memorandum, etc.);

            ii.    date of the document;

            iii.    its title (if any);

            iv.    its authors, addressees, recipients, or parties;

            v.    the identity of any other individuals to whom the document was disseminated and their relationship to

3

Ex. B-25

1            Defendants;

2            vi.    whether the document includes any attachments and, if so,

3               a description of the attachments; and

4            vii.   its present location and identity of its custodian;

5       b.   whether your objection or refusal is directed to the entire

6           document or part thereof;

7       c.   if your objection or refusal goes to part of the document, specify

8           the specific part(s) of the document to which your objection or

9           refusal is directed; and

10      d.   the specific factual basis which gives rise to the objection or

11          refusal and the specific legal ground on which the objection or

12          refusal is based.

13     7.    If any of the following requested documents cannot be located or

14 produced after exercising due diligence to secure the information, please so state

15 and respond to the extent possible, specifying your inability to respond fully, and

16 stating whatever information you have relating to the non-produced documents.  If

17 your response is qualified in any particular manner, please set forth the details of

18 such qualification.

19                   **DEFINITIONS**

20     Unless otherwise indicated, the following definitions and terms shall apply to

21 these requests for production:

22     1.    The terms "ANY" and "ALL," as used herein, shall include "each" and

23 "every" and are not to be construed to limit a request.

24     2.    The term "ADA" means the Americans with Disabilities Act, 42 U.S.C.

25 §§ 12101 *et seq.* as well as related federal and state laws that require

26 accommodation of disabilities and prohibit discrimination on the basis of disability.

27     3.    The term "COMMUNICATIONS" means any transmittal of

28 information from one person or entity to another by any means, including letters,

4

Case No. 3:20-cv-00406-AJB-DDL

PLS.' FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFS. SAN DIEGO COUNTY SHERIFF'S DEPT., COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPT.

Ex. B-26

1  correspondence, notes, memoranda, records,  reports, papers, facsimiles, electronic

2  mail (whether to, from, copied or blind copied), electronic mail generated from a

3  hand held personal device including an Android or iPhone, instant messaging,

4  electronic mail generated from business or personal email accounts, internet relay

5  chat, news group, group or collaboration servers, electronic bulletin boards,

6  electronic discussion boards, text messages, dictation tapes, video recordings, audio

7  recordings, digital recordings, memoranda, telegrams, telecopies and telexes,

8  teleconference, collaboration servers (including share point servers), web-based or

9  software virtual meetings including Web-X, Zoom, and any other meeting software

10  and share point servers, and oral contact such as face-to-face discussions or

11  meetings, telephone conversations, and voice mail messages.

12      4.    The term "CONTRACTOR" includes any individual or entity, or an

13  EMPLOYEE of the same, who is hired, retained, or otherwise authorized by YOU

14  to undertake any task, service, role, or job on YOUR behalf.  The term includes but

15  is not limited to NaphCare, Inc. and NaphCare of San Diego, LLC.

16      5.    The term "COUNTY" means Defendant San Diego County and anyone

17  acting on its behalf.

18      6.    The term "CURRENT" means in effect and not superseded and/or

19  issued on or after January 1, 2022.

20      7.    The term "DEATH(S)" means the action or fact of dying or being

21  killed, including by suicide.

22      8.    The terms "DEFENDANTS," "YOU," or "YOUR" means the San

23  Diego County Sheriff's Department, San Diego County, and the San Diego County

24  Probation Department, and anyone acting on their behalf.

25      9.    The terms "DISABILITY" and "DISABILITIES" mean any physical,

26  cognitive, developmental, intellectual, mental, or sensory impairment that limits one

27  or more major life activities, including but not limited to, eating, sleeping, speaking,

28  breathing, walking, standing, lifting, bending, thinking, concentrating, seeing,

Ex. B-27

hearing, working, reading, learning, communicating, reading, caring for oneself, and performing manual tasks, as well as the operation of major bodily functions such as circulation, reproduction, and the functioning of individual organs. The terms also include having a history or record of such impairment or being perceived by others as having such an impairment.

10. The term "DOCUMENT" means any writing, however produced or reproduced, of every kind and regardless of where located, which is in YOUR possession, custody, or control, including drafts; or in the possession, custody or control of any servant or agent of YOU or of YOUR attorneys. The terms include the following: electronically recorded information such as electronic mail, html files, databases, data processing cards or tapes, computerized data, computer diskettes, or information otherwise contained on a computer's hard drive, disks or backup tapes; video tapes, audio tapes, view-graphs, or any information maintained on digital, electronic, magnetic or other media; and any other summary, schedule, memorandum, note, statement, letter, telegram, interoffice communication, report, diary, worksheet, list, graph, chart, or index, tape record, partial or complete report of telephone or oral conversation, transcript or minutes, compilation, tabulation, study, analysis, or other such writing or recording. The terms "DOCUMENT" and "DOCUMENTS" include any originals, all file copies, all other copies, no matter how prepared, and all drafts prepared in connection with such DOCUMENTS, whether or not used, as well as the file in which the DOCUMENTS are maintained. A draft or non-identical copy of a DOCUMENT, including a copy or duplicate of a DOCUMENT which has any nonconforming notes, marginal annotations or other markings, and any preliminary version, draft or revision of the foregoing, is a separate DOCUMENT within the meaning of these terms. The term "DOCUMENT" does not include any writing that constitutes a privileged or otherwise protected communication between YOU and YOUR attorneys.

11. The term "EMPLOYEE" means any employee, director, officer, owner,

PLS.' FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFS. SAN DIEGO COUNTY SHERIFF'S DEPT., COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPT.

**Ex. B-28**

1  CONTRACTOR, agent, or any other person working for or on behalf of an entity,

2  such as the COUNTY, the SHERIFF'S DEPARTMENT, or the PROBATION

3  DEPARTMENT.

4      12.    The term "EOH" means Enhanced Observation Housing, as defined in

5  SHERIFF'S DEPARTMENT Detention Policy & Procedure J.4.

6      13.    The term "GRIEVANCE" means a written complaint completed by or

7  on behalf of an INCARCERATED PERSON.

8      14.    The term "HEALTH CARE" means the provision of care or services,

9  to identify and/or address health needs of an INCARCERATED PERSON in the

10  JAIL (including medical, mental health, dental care, and vision care needs), whether

11  those needs arise as a result of injury, illness, disease, age, or trauma, or care or

12  services provided for diagnostic or preventive purposes.

13      15.    The term "HEALTH CARE STAFF" means any person or entity

14  providing HEALTH CARE services, or providing administrative and/or support

15  services related to HEALTH CARE at the JAIL.

16      16.    The terms "INCARCERATED PERSON(S)" or "INCARCERATED

17  PEOPLE" mean any person incarcerated, detained, or in the custody of the

18  SHERIFF'S DEPARTMENT.

19      17.    "IDENTIFY," with respect to an INCARCERATED PERSON or

20  formerly INCARCERATED PERSON, means to state the INCARCERATED

21  PERSON's full name, booking number, date of birth, booking date, and CURRENT

22  housing location (if still in custody) or date of release (if no longer in custody).

23      18.    "IDENTIFY," with respect to a non-INCARCERATED PERSON,

24  means to state the person's name, professional title, credentials and licensing

25  information if applicable, and professional address.

26      19.    The term "JAIL" means the San Diego County Jail, including all of its

27  facilities.

28      20.    The term "MENTAL HEALTH CARE" means the provision of care or

7

**Ex. B-29**

services, to identify and/or address the mental health needs of an INCARCERATED

PERSON in the JAIL, whether those needs arise as a result of injury, illness,

disease, age, or trauma, or care or services provided for diagnostic or preventive

purposes.

21.    The term "MOB" means Medical Observation Bed, as defined in

SHERIFF'S DEPARTMENT Medical Services Division Policy & Procedure M-13.

22.    The term "PLAINTIFFS" means Plaintiffs Darryl Dunsmore, Andree

Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Lisa Landers, Reanna

Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, Jesse Olivares,

Gustavo Sepulveda, Michael Taylor, and Laura Zoerner.

23.    The term "POLICIES AND PROCEDURES" means policies,

procedures, handbooks, advice, directives, training materials, forms, instructions,

and guidelines that comprise established standards, regardless of the author.

24.    The term "PROBATION DEPARTMENT" means Defendant San

Diego County Probation Department and anyone acting on its behalf.

25.    The term "PSU" means Psychiatric Stabilization Unit or Psychiatric

Security Unit, as defined in SHERIFF'S DEPARTMENT Detention Policy &

Procedure M.25.

26.    The terms "RELATED TO," "RELATING TO," or "REGARDING"

means, without limitation, anything that, in whole or in part, analyzes, comments

upon, comprises, concerns, constitutes, contains, describes, discusses, embodies,

evidences, explains, identifies, manifests, mentions, pertains to directly or indirectly

to, reflects, refers to, regards, relates to, responds to, states, summarizes, or in any

way relevant to the particular subject matter identified.

27.    The term "SAFETY CELL" means a temporary housing cell with a

padded surface, as defined in SHERIFF'S DEPARTMENT Detention Policy &

Procedure J.1.

28.    The term "SHERIFF'S DEPARTMENT" means Defendant San Diego

1  County Sheriff's Department and anyone acting on its behalf.

2      29.    The term "SOBERING CELL" means JAIL cells used to house

3  INCARCERATED PERSONS away from other INCARCERATED PERSONS for

4  the specific purposes of detoxification or sobering up; the term includes sobering

5  cells and detoxification cells.

6      30.    The term "STAFFING PLAN" means any DOCUMENT showing the

7  minimum number and types of EMPLOYEES DEFENDANTS intend to work in the

8  JAIL and the minimum number of hours DEFENDANTS intend those

9  EMPLOYEES to work to staff the JAIL, including EMPLOYEES of

10  CONTRACTORS.

11      31.    The words "and" and "or" should be construed disjunctively or

12  conjunctively as necessary to make the Request inclusive rather than exclusive.

13  **REQUESTS FOR PRODUCTION**

14  **REQUEST FOR PRODUCTION NO. 84**

15      The complete custody file of each PLAINTIFF.

16  **REQUEST FOR PRODUCTION NO. 85:**

17      ALL medical records of each PLAINTIFF.

18  **REQUEST FOR PRODUCTION NO. 86:**

19      The complete custody files of ALL members of the Certified Subclass who

20  are in custody on the date this request is served.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

PLS.' FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFS. SAN DIEGO COUNTY
SHERIFF'S DEPT., COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPT.

**Ex. B-31**

1  **REQUEST FOR PRODUCTION NO. 87:**

2       ALL medical records of ALL members of the Certified Subclass who are in

3  custody on the date this request is served.

4

5  DATED:  August 16, 2023                ROSEN BIEN GALVAN & GRUNFELD LLP

6

7                                          By: *Gay Crosthwait Grunfeld*

8                                              Gay Crosthwait Grunfeld

9                                          Attorneys for Plaintiffs and the

10                                         Certified Subclass

10

Case No. 3:20-cv-00406-AJB-DDL

PLS.' FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFS. SAN DIEGO COUNTY SHERIFF'S DEPT., COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPT.

Ex. B-32

# PROOF OF SERVICE

***Dunsmore et al. v. San Diego County Sheriff's Dept., et al.***
**Case No. 20-cv-00406 AJB DDL**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 101 Mission Street, Sixth Floor, San Francisco, CA 94105-1738.

On August 16, 2023, I served true copies of the following document(s) described as:

**PLAINTIFFS' FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address kchan@rbgg.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 16, 2023, at San Francisco, California.

I. Kedra Chan

**Ex. B-33**

1
2

**SERVICE LIST**
*Dunsmore et al. v. San Diego County Sheriff's Dept., et al.*
**Case No. 20-cv-00406 AJB DDL**

3
4

BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, CA 92101

BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, CA 95113-2336

5
6
7

Susan E. Coleman
  (SColeman@bwslaw.com)
Terri Mehra
  (TMehra@bwslaw.com)
Diana Favela
  (DFavela@bwslaw.com)

Elizabeth M. Pappy
  (EPappy@bwslaw.com)
Lucy Gonzalez
  (LGonzalez@bwslaw.com)

8
9
10

OFFICE OF COUNTY COUNSEL,
COUNTY OF SAN DIEGO
1600 Pacific Highway, Room 355
San Diego, CA 92101-2469

11
12

Fernando Kish
  (Fernando.Kish@sdcounty.ca.gov)
Steven Inman
  (Steven.Inman@sdcounty.ca.gov)

13
14

Attorneys for Defendants County of San Diego, San Diego County Sheriff's Department, and San Diego County Probation Department

15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Ex. B-34**