Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA  92101-8474
Tel:  619.814.5800 Fax:  619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail:  epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA  95113-2336
Tel:  408.606.6300 Fax:  408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF MICHAEL BARANIC IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL CIRB REPORTS [RFP NO. 81]**<br><br>**[Concurrently filed with Opposition; Declaration of Elizabeth M. Pappy]**<br><br>Judge:   Anthony J. Battaglia<br><br>Magistrate Judge David D. Leshner |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Case No. 3:20-cv-00406-AJB-DDL
BARANIC DECL. ISO  DEFS' OPP TO PLTFS'
MOTION TO COMPEL CIRB REPORTS

## DECLARATION OF MICHAEL BARANIC

I, MICHAEL BARANIC, hereby declare as follows:

1.    I am an attorney licensed to practice law in the State of California and am the Chief Legal Advisor and Director of Sheriff's Legal Affairs for the County of San Diego Sheriff's Department. I have personal knowledge of all matters set forth herein, except for those matters which are based upon my information and belief. I am informed and believe that all such matters are true. If called upon as a witness, I could and would competently testify to the matters stated herein.

2.    This declaration is submitted in support of Defendant the County of San Diego's ("County") Opposition to Plaintiffs' Motion to Compel Production of CIRB Documents (RFP NO. 81)  [Dkt. 412].

3.    I have been employed with the San Diego County Sheriff's Department since 2018 and currently serve as the Chief Legal Advisor and Director of Sheriff's Legal Affairs to the Sheriff's Department. I was appointed Director of Legal Affairs and the Sheriff's Chief Legal Advisor by Sheriff Kelly Martinez in 2022.  I previously served as a Legal Advisor under Sheriff Bill Gore and Sheriff Anthony Ray.

4.    As the Chief Legal Advisor and Director of Legal Affairs, I am a member of the Sheriff's Executive Team and oversee the Sheriff's Legal Affairs Unit which provides legal advice to the Sheriff, Command Staff, and all Department employees. Additionally, as the Chief Legal Advisor, I am on the Sheriff's Department Critical Incident Review Board (CIRB) in which my role's primary purpose is providing legal advice, assessing civil liability and exposure, and preparing for possible litigation in my capacity as department legal counsel and Chief Legal Advisor.

5.    As part of my position, I am familiar with the policies and procedures for the Sheriff's Department, including specifically, the Sheriff's Department Critical Incident Review Board.  I am also familiar with the above-captioned lawsuit

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

2

Case No. 3:20-cv-00406-AJB-DDL
BARANIC DECL. ISO  DEFS' OPP TO PLTFS'
MOTION TO COMPEL CIRB REPORTS

1  entitled *Darryl Dunsmore, et al. vs San Diego County Sheriff's Department*, United

2  States District Court Case No. 3:20-cv-00406-AJB-DDL, filed March 20, 2020.

3  **The Instant Discovery and the CIRB Reports:**

4      6.      With respect to the above-entitled matter, I am informed that Plaintiffs

5  issued Request for Production No. 81 seeking "ALL reports generated by the

6  Critical Incident Review Board RELATING TO in-custody DEATHS at the JAIL

7  from January 1, 2021 to the present."

8      7.      I reviewed and am familiar with County's Amended Privilege Log re:

9  Critical Incident Review Board (CIRB)-Related Records, and the CIRB reports at

10  issue that are identified in the Amended Privilege Log (referenced in logs as "**Doc.**

11  **No. 1-26**").

12      8.      There are 25 CIRB reports identified in the Amended Privilege Log

13  (there are 26 items since Item 17, an email string, refers to the CIRB report at Item

14  16).

15      9.      The CIRB discovery items in the Amended Privilege Log, except for

16  Items 16 and 17, consist of: The Memo Packet with CIRB Report and Attachments

17  part of CIRB Report to Sheriff's Legal Counsel:

18      (A)    Confidential "Attorney-Client Privileged" Critical Incident Review

19              Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's

20              Legal of San Diego County Sheriff's Department; and

21      (B)    "Privileged Attorney-Client" County of San Diego CIRB Inter-

22              Departmental Correspondence and any attachments. (Generally

23              speaking, this is the CIRB report.)

24      10.    The CIRB Report and its contents were prepared for the purpose of

25  communicating to Sheriff's Legal Counsel and for counsel's review during the

26  attorney-client relationship and confidential transmittal to counsel. The CIRB

27  Reports are marked "Privileged Attorney-Client" and they are confidential

28  documents prepared in anticipation of litigation and contain attorney-client

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

3

Case No. 3:20-cv-00406-AJB-DDL
BARANIC DECL. ISO DEFS' OPP TO PLTFS'
MOTION TO COMPEL CIRB REPORTS

1    privileged information.

2        11.    The CIRB privileged review and communications, including the CIRB

3    cover sheets, reports and attachments, are confidential, and all occur within the

4    attorney-client relationship, and are protected from disclosure as confidential

5    attorney-client and work product privileged communications and/or documents

6    transmitted or generated for the primary purpose of Sheriff's Legal attorney review

7    and legal advice to the Department regarding liability and exposure resulting from a

8    given incident, as explained below.

9    **Critical Incident Review Board (CIRB):**

10        12.    In my role as Chief Legal Advisor, I am a member of the Sheriff's

11    Department Critical Incident Review Board (CIRB).  The purpose of the CIRB is

12    specified in the San Diego County Sheriff's Department Policy and Procedure

13    ("P&P") section 4.23.  A true and correct copy is attached as **Exhibit "A"** to this

14    Declaration.  The attached **Exhibit "A"** is a true and correct copy of the relevant SD

15    Sheriff P&P section 4.23 that was in effect in 2020 and 2021.

16        13.    The CIRB review is triggered for a given incident when a "critical

17    incident" occurs or when requested by the Sheriff, the Undersheriff, an Assistant

18    Sheriff, or a CIRB board member.  Critical incidents include in-custody deaths

19    (other than natural causes) such as a jail inmate's suicide.  An inmate's death

20    triggers anticipated litigation and CIRB privileged review for the primary purpose of

21    legal advice provided by the Sheriff's Legal Advisor to the Department on liability

22    and exposure. The authorized DIS representative in the role of CIRB liaison

23    facilitates the preparation of information from necessary privileged persons within

24    the Department to assist with Sheriff's Legal Counsel's attorney review for the

25    primary purpose of providing legal advice for the CIRB privileged review.

26        14.    The CIRB is comprised of department leadership and the Sheriff's

27    Legal Advisor and performs a critical review of each incident. The CIRB Board

28    consists of the Chief Legal Advisor and 4 commanders (one from each bureau). The

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Camarillo

4

Case No. 3:20-cv-00406-AJB-DDL
BARANIC DECL. ISO  DEFS' OPP TO PLTFS'
MOTION TO COMPEL CIRB REPORTS

primary purpose of the CIRB is to gather information and consult with department legal counsel to assess the department's civil exposure when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident. The review may identify potential misconduct, criminal negligence or behavior, policy violations, training deficiencies, or other areas where the Department can improve and make facilities safer for staff and those in custody.

15.     As described in SD Sheriff P&P 4.23 Department Committees and Review Boards, communications and documents generated as part of the privileged CIRB review are confidential and protected from disclosure. The confidential CIRB privileged review and communications occur within the attorney-client relationship between necessary privileged persons and/or the CIRB Board for the purpose of obtaining legal advice and assisting Sheriff's Legal counsel in rendering legal advice.

16.     As part of my prior role as Legal Advisor and current role as Chief Legal Advisor, I have knowledge of and am familiar with the CIRB review of the 26 identified matters.

17.     In my role as Chief Legal Advisor, I participate in the CIRB and maintain the confidential CIRB reports in the Legal Affairs Section of the Office of the Sheriff. In my role on the CIRB Board, I provide legal advice in my capacity as the Chief Legal Advisor for the Sheriff's Department, with the expectation that all communications are made in confidence and shall remain so, and in the course of the attorney-client relationship with necessary privileged persons for the primary purpose of providing legal advice to the Department on critical incident matters triggering anticipated litigation, assessing the Department's liability and exposure, and protecting the Department against potential litigation from a given incident.

18.     In the CIRB privileged review, I provide legal advice to the Board, necessary privileged personnel within the Department, and the Sheriff and

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Camarillo

5

Case No. 3:20-cv-00406-AJB-DDL
BARANIC DECL. ISO DEFS' OPP TO PLTFS'
MOTION TO COMPEL CIRB REPORTS

Command Staff in my capacity as department legal counsel and Chief Legal
Advisor, for the primary purpose of advising the Department regarding legal
liability and exposure for incidents triggering anticipated litigation, assessing the
Department's liability and risk, and to protect the Department against possible
litigation. The confidential CIRB privileged review and communications occur
during the attorney-client relationship with the Department.

19.    The CIRB privileged review of a given incident is a bifurcated process.
The critical point is *when* the privileged communications and documents transmitted
or generated as part of the confidential CIRB privileged process occurred:

A)    Critical Incident Event Triggering CIRB Review, Preparation For
CIRB;

B)    Presentation session CIRB meeting with Privileged Persons CIRB
Attendees;

C)    Closed session CIRB meeting;

D)    Action Items via Chain of affected Command via Division of
Inspectional Services (DIS) in capacity as CIRB liaison; and

E)    "Confidential Attorney-Client Privileged" CIRB Report to Sheriff's
Legal.

20.    For the CIRB meetings at which the 25 incidents were discussed, the
CIRB Board would have met in closed session  to discuss the given incident. The
purpose of the Board is to consult with legal counsel to assess the department's civil
exposure as a result of a given incident. See attached Exhibit "A," which more fully
explains the purpose and procedures.[1]

---

[1] A bifurcated process occurs with a Presentation session and Closed session:

• First, the confidential privileged "Presentation" session meeting is held with necessary
privileged persons (CIRB Attendees) for the purpose of relaying information to the CIRB
members to assist Sheriff's Legal for the primary purpose of providing legal advice to the

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Camarillo

6

Case No. 3:20-cv-00406-AJB-DDL
BARANIC DECL. ISO  DEFS' OPP TO PLTFS'
MOTION TO COMPEL CIRB REPORTS

21.    Before my appointment in 2022, Robert Faigin, Esq., the former Chief Legal Advisor and Director of Legal Affairs for the Department, served as head of the Sheriff's Legal Affairs Unit. As the Chief Legal Advisor, Mr. Faigin was a member of the CIRB Board. I was involved with and participated in CIRB reviews in the role of a Legal Advisor and department counsel.

22.    Mr. Faigin as the Chief Legal Advisor participated in the CIRBs and maintained the confidential CIRB reports in the Legal Affairs Section of the Office of the Sheriff.  In his role on the CIRB Board, Mr. Faigin provided legal advice in his capacity as the Chief Legal Advisor for the Sheriff's Department, with the expectation that all communications are made in confidence and shall remain so, and in the course of the attorney-client relationship and for the primary purpose of advising the Department and assessing the Department's legal liability and civil exposure related to the incidents.

23.    Prior to my appointment as Chief Legal Advisor and Director of Legal Affairs, I would attend the Presentation session of a CIRB review.  At the conclusion of the Presentation session, I, along with the other attendees, would be dismissed in order for the CIRB Board members to convene in Closed session.  The only attendees at the Closed sessions were the CIRB Board members and one necessary privileged representative from DIS for purposes of transcribing and memorializing the discussions at the CIRB Closed sessions in the role as CIRB liaison.

_____

Department on liability and exposure. After the Presentation session, all invited attendees leave.

• Sheriff's Legal and the rest of the CIRB Board meet for the confidential privileged Closed session. An authorized DIS Lieutenant representative attends in the capacity of CIRB liaison and to transcribe and memorialize the discussion for Sheriff's Legal.

• Then, the confidential attorney-client privileged CIRB report is prepared by an authorized DIS representative for transmittal to Sheriff's Legal.

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Camarillo

7

Case No. 3:20-cv-00406-AJB-DDL
BARANIC DECL. ISO  DEFS' OPP TO PLTFS'
MOTION TO COMPEL CIRB REPORTS

24.     The confidential attorney-client privileged CIRB Reports regarding the incidents giving rise to this lawsuit were generated, concerning the discussions at the CIRB Closed sessions. The reports are kept confidential and are maintained in my office in the Legal Affairs section of the Office of the Sheriff.

25.     The CIRB Memo Packets with the CIRB Reports and their contents were prepared by DIS for attorney review by Sheriff's Legal. The CIRB Memo Packets include cover sheets signed by the CIRB Chair and transmitted to Sheriff's Legal, via the DIS Lieutenant, the Undersheriff and the Sheriff and were prepared on forms that state in bold letters at the top "Privileged Attorney-Client" and were sent to Sheriff's Legal for purpose of transmitting the CIRB Reports prepared by the authorized DIS representative in the role as CIRB liaison.

26.     The CIRB Reports and their contents, which state in bold letters at the top "Privileged Attorney-Client," are confidential documents prepared in anticipation of litigation and contain attorney-client privileged information. Confidentiality and privilege are maintained over the documents. The CIRB reports are seen only by Sheriff's Legal, the Undersheriff, the Sheriff, and the DIS Lieutenant and authorized DIS representative who assisted in preparation of the reports.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Camarillo

8

Case No. 3:20-cv-00406-AJB-DDL
BARANIC DECL. ISO  DEFS' OPP TO PLTFS'
MOTION TO COMPEL CIRB REPORTS

27.    Governmental or privacy interests would be threatened by disclosure of the CIRB reports to Plaintiffs and/or their lawyers.  Disclosure, even with a protective order, would create a substantial risk of harm to significant governmental or privacy interests.  The release of CIRB reports, without any privilege protection or order limiting admissibility, could chill the frank deliberations that occur to render advice and formulate a strategy as part of the CIRB process to address concerns related to potential or anticipated civil litigation regarding an incident. The interests of the County as to protecting confidential communications and work product could be impacted by a significant magnitude if disclosure without redactions of all the CIRB reports is ordered.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 23rd day of October, 2023, at San Diego, California.

MICHAEL P. BARANIC

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

9

Case No. 3:20-cv-00406-AJB-DDL
BARANIC DECL. ISO  DEFS' OPP TO PLTFS'
MOTION TO COMPEL CIRB REPORTS

# EXHIBIT A



# *San Diego County Sheriff's Department*

# Policy and Procedure Manual

Last updated 5/16/23

**San Diego County Sheriff's Department - Policy Section**

---

**4.20 CITIZEN VOLUNTEER PROGRAM**

This Department will develop and use citizen volunteers to enhance and expand law enforcement services to the citizens of San Diego County.  Division managers and station/facility commanders are responsible for ensuring that maximum benefits are derived from the use of volunteers in accordance with this and related county policies.  (04-01-98) (Reviewed 3-6-2013)

**4.21 DEPARTMENT CORRESPONDENCE**

All Sheriff's Department personnel preparing or processing Department correspondence will comply with the procedure listed as described in this manual.  (07-13-98) (Reviewed 4-11-2011)

**4.23 DEPARTMENT COMMITTEES AND REVIEW BOARDS**

The Sheriff will establish committees and review boards to accomplish specific Departmental assignments, as well as on-going tasks and functions.  (03-29-22)

**4.24 RISK MANAGEMENT UNIT**

The Risk Management Unit will coordinate all work related and non-work related injuries and illnesses in compliance with Cal/OSHA regulations relating to workplace health and safety.  It is our departmental philosophy that risk management activities shall take place at all levels of the Sheriff's Department; however, the Risk Management Unit shall primarily handle issues of employee health and safety in the workplace and the conditions that may cause employee injuries.

For detailed compliance information, refer to Safety Procedures posted on the Medical Liaison Unit's (MLU) intranet site. The Department Safety Coordinator will update and maintain the Safety Procedures. (01-23-18)

**4.25 DIVISION OF INSPECTIONAL SERVICES**

The Division of Inspectional Services shall assess internal processes and review high-risk events in order to promote a more efficient, effective and economical operational environment throughout the Department.

The Division of Inspectional Services (DIS) will coordinate liability issues related to use of force, vehicle operations, application of law, jail conditions, and any action by staff that causes an injury. Additionally, they will liaison with the Citizens' Law Enforcement Review Board and County Counsel Claims Division. DIS will work with department-wide subject matter experts to review and facilitate updates to Department Policy and Procedure. It is our Department's philosophy that risk management activities shall take place at all levels of the Sheriff's Department.  However, the Division of Inspectional Services shall primarily handle issues of liability in the workplace and actions that may cause injury and/or property damage.
(04-21-22)

**SECTION 4 Organization**

**San Diego County Sheriff's Department – Procedure Section**

---

**4.23 DEPARTMENT
COMMITTEES AND
REVIEW BOARDS**

### Definitions

- Committee:  A committee is a group of people delegated to perform a particular task or on-going function.

  Standing Committee:  A committee that has on-going responsibilities and functions.

  Ad Hoc Committee:  A committee formed for a specific purpose, case, or situation.

- Review Board:  A review board is an organized body of investigators who review specific incidents and report their findings to a higher authority.

### Responsibility

Each committee/review board shall have an assigned task and scope of responsibility.

### Membership

Each committee/review board shall have a defined membership and a chairperson appointed by the Sheriff or Undersheriff. When indicated, a committee or review board may add other Department staff to its membership. A committee chair may select temporary committee members to establish membership rules for the formation of the committee.

### Decision Making Authority

- Each committee shall have a reviewing officer with final decision-making authority.

- Each review board shall report its findings to the Office of the Sheriff, which shall have final decision-making authority.

### Record of Proceedings

- Each committee chairperson shall keep a record of their proceedings on file.

- Reports generated by review boards shall be kept on file in the Office of the Sheriff, Legal Affairs.

The Committees and Review Boards of the Sheriff's Department are as follows:

### Uniform and Safety Equipment Committee

Responsibility:

Consider any changes in the uniform, dress standards, safety equipment and personal equipment worn or used by Department personnel and making recommendations to the Sheriff relative thereto.

**San Diego County Sheriff's Department – Procedure Section**

Maintaining and publishing, semiannually, a roster of authorized uniform dealers and their addresses and publishing, without delay, the names and addresses of any dealers added to or deleted from the list.

Supplying authorized dealers with copies of the Department's uniform, safety and personal equipment specifications and Department directives pertaining to the same.

Originating and maintaining correspondence concerning uniform, safety and personal equipment matters.

Membership:

Chairperson - Assistant Sheriff, Human Resource Services Bureau, or designee.

Commander, Law Enforcement Support Command, or designee.

Three (3) members from the Law Enforcement Services Bureau, one of the rank of Captain or above, one Sergeant, and one Deputy Sheriff.

Three (3) members from the Court Services Bureau, one of the rank of Captain or above, one Sergeant, and one Deputy Sheriff or Detention/Courts Deputy Sheriff;

Three (3) members from the Detentions Services Bureau, one of the rank of Captain or above, one Sergeant-Detentions, and one Deputy Sheriff Detentions/Courts.

One Community Service Officer.

One (1) representative from the Deputy Sheriff's Association; and,

Others as approved by the chairperson.

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the jurisdiction of the Uniform and Safety Equipment Committee.

**Strategic Planning Committee**

Responsibility:

The Office of the Sheriff's Strategic Planning Manager shall be responsible for advising the Sheriff and Undersheriff on all matters of major Department concern; including:

Charting the Department's future strategy.

Reviewing and revising priorities and goals of the Department.

Directing a management planning system to devise long-range plans to enhance Department effectiveness.

Establishing task forces on an ad-hoc basis to formulate specific long-range plans.

Assigning Department command staff as task force leaders.

Membership:

**San Diego County Sheriff's Department – Procedure Section**

Strategic Planning Manager/Senior Policy Advisor

Others as approved by the Strategic Planning Manager
Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the jurisdiction of the Long-Range Strategic Planning Ad-Hoc Committee.

**Critical Incident Review Board (CIRB)**

Responsibility:

The purpose of this board is to consult with department legal counsel when an incident occurs which may give rise to litigation.  The focus of the CIRB will be to assess the department's civil exposure because of a given incident.  The CIRB will carefully review those incidents from multiple perspectives, including training, tactics, policies, and procedures with the goal of identifying problem areas and recommending remedial actions so that potential liability can be avoided in the future.

The Lieutenant of the Division of Inspectional Services (DIS) shall ensure that a copy of all related reports, as well as audio and video recordings are placed in a shared drive for CIRB board members within 30 days of the completion of an investigation, and no later than seven (7) days prior to the date of the Critical Incident Review Board convening.

Membership:

The Critical Incident Review Board shall consist of voting and non-voting members.

Voting members:

- A Commander from Law Enforcement or another designated commander
- A Commander from Court Services or another designated commander
- A Commander from Detention Services or another designated commander

Non-voting members:

- The Director of Legal Affairs, or another designated legal advisor
- Commander from Human Resources, who shall serve as the chair of the meetings

The following people will attend a Pre-CIRB: the Director of Legal Affairs, the HRSB Commander, the three (3) commanders representing each bureau, the DIS Lieutenant, and the applicable DIS Sergeants for the cases being presented.

The following people will attend a CIRB: the attendees of a Pre-CIRB, plus a representative from the Facility or Unit Commander from the employee's chain of command, Weapons Training Unit, In-Service Training Unit and Detention Training Unit.

Other representatives may be requested to attend a CIRB at the discretion of the chair.

**San Diego County Sheriff's Department – Procedure Section**

**The Critical Incident Review Board shall convene as follows:**

Preliminary Critical Incident Review Board (Pre-CIRB)

Within one month (30 days) of the occurrence of a critical incident for a preliminary assessment.

Final Critical Incident Review Board (Final CIRB):

Within sixty (60) days of a District Attorney's review letter involving a critical incident; and within thirty (30) days of the completion of the investigation of a critical incident.

When requested by the Sheriff, Undersheriff, Assistant Sheriff, or a board member.

**The following incidents are deemed critical incidents and shall be reviewed by the CIRB:**

In custody death;
Use of deadly force by a department employee;
Pursuits resulting in any injury requiring hospital admittance or major property damage;
Death or serious injury resulting from action of a member of this Department;

Note:  Serious injury means a serious impairment of physical condition, including but not limited to: loss of consciousness, concussion, bone fracture, protracted loss or impairment of function of any bodily member or organ, a wound requiring extensive suturing, and serious disfigurement.

Law Enforcement related injuries requiring hospital admittance;
Discharge of a firearm by sworn personnel;
Any other incident involving the discharge of a firearm, major property damage, or major vehicle damage by a member of this Department or other critical incident which, in the judgment of the Sheriff, Undersheriff, Assistant Sheriff, or board member warrants review.

Presentation:

Pre-CIRB

At the beginning of the Pre-CIRB the DIS Sergeants will present facts and circumstances to the members of the CIRB.

Final CIRB

At the beginning of the CIRB, the investigators involved in the investigation of the critical incident will present facts and circumstances to the members of the CIRB.

At the conclusion of the presentation each board member will have an opportunity to question the investigator regarding the specific facts and circumstances surrounding the critical incident.

Additional Investigation:

If after a presentation, additional investigation is determined to be necessary, the CIRB will continue the proceedings and return the case to the DIS Lieutenant for further follow up.  The Division of Inspectional Services is responsible for working with the investigators involved in the case to ensure that all follow up investigations are completed appropriately and timely.

**San Diego County Sheriff's Department – Procedure Section**

The matter shall be reset for hearing before the CIRB within 30 days of being returned for follow up.

Policy Violations:

After hearing from all necessary parties, the three voting Commanders will vote to make a determination as to whether or not a policy violation may exist.

If a majority of the voting members determine that a policy violation may have occurred, the case will be forwarded to Internal Affairs, assigned an Internal Affairs case number and investigated.  After the case is investigated by Internal Affairs, the case will be forwarded to the command for review consistent with the Department's policies and procedures.

If, during the Critical Incident Review Board, the majority of the voting members determine that no policy violations have occurred, the CIRB case will be forwarded to the DIS Lieutenant for the generation of a report, consistent with the Board's findings, at the conclusion of the CIRB.

Training:

The CIRB is also tasked with making recommendations for training based upon the analysis of critical incidents.  If the Board identifies significant training issues, the Board will direct those issues to the Training Lieutenant.  The Training Lieutenant will be required to prepare a written report to the DIS Lieutenant within thirty (30) days outlining the actions taken based upon the Boards direction.

Policies:

If the CIRB identifies policy issues of concern while reviewing a critical incident, the Board will direct its concerns to the Standards and Compliance Manager of the Division of Inspectional Services.  The Standards and Compliance Manager will ensure that the proposed policy recommendations are prepared and present them for approval to SOPC within thirty (30) days of the CIRB.

Distribution of Reports:

Within seven (7) days of the CIRB, the Facility or Unit Commander, from the employee's chain of command, will meet with the employee and provide them with any feedback generated as a result of the CIRB presentation.

Within forty-five (45) days of a Pre-CIRB or Final CIRB, the DIS Lieutenant will prepare a report summarizing the actions and conclusions of the board.  The CIRB report shall contain specific findings regarding whether the review board found any policy violations, and training or policy issues, as well as what actions were taken by the department.  A copy of the CIRB Confidential Report and other related reports shall be filed in the Legal Affairs Section, Office of the Sheriff.

Within forty-five (45) days of a Pre-CIRB or Final CIRB, the DIS will prepare a public report detailing the facts reviewed by the CIRB Board at a CIRB meeting.  The public report will be posted on the Sheriff's internet website.

**San Diego County Sheriff's Department – Procedure Section**

**Awards and Recognition Board**

Responsibility:

The Awards and Recognition Board shall make determinations regarding the appropriateness of all Departmental awards, with the exception of the Report of Exemplary Performance. (Related section 3.23)

Membership:

Chairperson: Commander, Human Resource Services Bureau

Commander, Law Enforcement Services Bureau

Commander, Detention Services Bureau

Commander, Court Services Bureau

Public Information Officer, Public Affairs

Representative, Management Services Bureau

Representative, Deputy Sheriff's Association

Other Departmental personnel may participate on this board at the request of the chairperson.

Reviewing Officer:

The Undersheriff is the reviewing officer on all matters within the purview of the Awards and Recognition Board.


**Employee Recognition Committee**

Responsibility:

The Employee Recognition Committee shall ensure nominations meet the criteria and determine the award limits for cash awards and leave awards at the beginning of each fiscal year. (Related section 3.49)

Membership:

Chairperson:  To be elected by members of the committee.

Membership consists of one professional staff member from the following:

Detention Services Bureau

Law Enforcement Services Bureau

Court Services Bureau

Management Services Bureau

Human Resource Services Bureau

**San Diego County Sheriff's Department – Procedure Section**

Office of the Sheriff

Public Affairs

Reviewing Officer:

The Assistant Sheriff of the Human Resource Services Bureau is the reviewing officer for all matters within the purview of the Employee Recognition Committee.

Management Services Bureau

Human Resource Services Bureau

Office of the Sheriff

Public Affairs

Reviewing Officer:

The Assistant Sheriff of the Human Resource Services Bureau is the reviewing officer for all matters within the purview of the Employee Recognition Committee.


**Information Technology Policies and Priorities Committee**

Responsibility:

The Information Technology Policies and Priorities Committee (ITPPC) is the review body for the proposal and institution of information technology related policies, procedures, and project priorities.  Additionally, the committee:

- Evaluates the IT strategies and initiatives

- Scrutinizes the scope and priorities of projects

- Visualizes the importance of short- and long-term IT objectives

- Balances automated business process needs against fiscal constraints

- Factors in architectural and infrastructure related impacts

- Clearly identifies staffing requirements short and long term

- Makes informed recommendations to the Executive Management Team (EMT)

- Reviews and recommends IT policies, procedures, and priorities for EMT adoption and approval

Membership:

The committee is comprised of Commanders from each bureau that are knowledgeable about the importance of information technology and the importance of specific initiatives as they relate to the mission of the Sheriff's Department.

**San Diego County Sheriff's Department – Procedure Section**

Sub-Committee:

The ITPPC shall establish an Information Technology Sub-Committee responsible for reviewing and making recommendations to the ITPPC relative to new projects and/or technologies as they become available.

Sub-Committee Membership:
The sub-committee will be chaired by a Captain and will have representatives assigned from each bureau as necessary.

Reviewing Body:

The Executive Management Team shall be the reviewing body for all matters under the purview of this committee.

**Sheriff's Operational Planning Committee (SOPC)**

The Chairperson shall be responsible for developing the agenda for the SOPC meetings. Recommendations will be presented to the Sheriff and Undersheriff at the weekly standing meeting with the Assistant Sheriffs and the Executive Director by the Chairperson. The responsibility for documenting the activities of the SOPC shall fall to the person serving as the Chairperson. Meetings will be held twice a month.

Responsibility:

Act as a clearinghouse for the development of department-wide plans relating to the acquisition and deployment of financial resources.

To review and make recommendations to the Sheriff, Undersheriff and Assistant Sheriffs/Executive Director concerning major projects, re-organizations of Department bureaus, and revisions to Department policies and procedures.

To support the development of the Department's five-year financial forecast by reviewing and recommending operational priorities, funding sources and where necessary, program reductions.

To serve as the Department's Unfunded Needs Committee in order to set priorities and allocate funding for one-time and/or short term projects or equipment acquisition with the independent authority to allocate funds for projects up to $250,000 with the concurrence of the Chief Financial Officer. Recommendations for higher amounts shall be forwarded to the Sheriff, Undersheriff and Assistant Sheriffs/Executive Director.

To serve as the Department's Grants Committee, wherein grant funded programs are reviewed, monitored and usage of grant funds are discussed, prioritized, approved or disapproved as appropriate. The grant programs to be reviewed shall include but not be limited to those related to program enhancement, homeland security, routine equipment acquisition and technology.

To serve as the implementing body for the Sheriff's project and/or program reviews as outlined in the Sheriff's Business Planning System (SBPS). SOPC participants shall nominate projects and/or programs suitable for review from their respective bureaus. The intent of the reviews is to establish project priorities, make resource allocation decisions or recommendations and to ensure proper adherence to the Department's mission, vision, values and policies and procedures.

**San Diego County Sheriff's Department – Procedure Section**

Membership:

The chairperson and vice chairperson positions shall rotate amongst the voting members every two years.  All decisions by the SOPC, including the selection of the chairperson and vice chairperson shall be made on a consensus basis.

A quorum, comprised of 50% +1of the voting committee members, must be met to hold a meeting.

Voting SOPC members shall include:

All Sheriff's Commanders

Chief Financial Officer

Director of Support Services

Sheriff's Senior Policy Advisor

Technology Manager

Others as approved by the Chairperson

Reviewing Officer:

The Undersheriff shall be the reviewing officer for all matters under the purview of the Sheriff's Operational Planning Committee.

**Forms Committee**

Responsibility:

The Forms Committee is responsible for:

Ensuring a centralized forms control function within the Department through design, modification, consolidation, and print approval of all Department forms.

Purging of all unnecessary, duplicative, or outmoded forms.

Membership:

Chairperson – Executive Director, Management Services Bureau, or designee

Other members as appointed by the chair, upon approval of the Executive Director, Management Services Bureau.

Reviewing Officer:

The reviewing officer for the Forms Committee is the Executive Director, Management Services Bureau. (03-29-22)