Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,

Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**DECLARATION OF ELIZABETH M. PAPPY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL CIRB REPORTS [RFP NO. 81]**

**[Concurrently filed with Opposition; Declaration of Michael Baranic]**

Judge: Anthony J. Battaglia

Magistrate Judge David D. Leshner

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Case No. 3:20-cv-00406-AJB-DDL
PAPPY DECL. ISO DEFS' OPP TO PLTFS'
MOTION TO COMPEL CIRB REPORTS

1    I, Elizabeth M. Pappy, declare:

2    1.    I am an attorney licensed to practice in all Courts of the State of

3  California and admitted in the Southern District of California.  I am a partner at

4  Burke, Williams & Sorensen, LLP, attorney of record for Defendants County of San

5  Diego, San Diego County Sheriff's Department and San Diego County Probation

6  Department's.  I make this declaration of my own personal knowledge and if called

7  upon to testify to the contents hereof, I could do so competently.

8    2.    Defendants served their privilege log for the CIRB Reports on October

9  18, 2023, and subsequently amended their privilege log.  A copy of Defendant's

10  Amended Privilege Log, served on October 23, 2023, is attached hereto as "**Exhibit**

11  **1**."

12    3.    Attached as "**Exhibit 2**" is a true and correct copy of the November 25,

13  2015 Order re: Joint Motion for Determination of Discovery Dispute in *Bush, et al.*

14  *v. Cnty. of San Diego, et al.* (Case No. 15-cv-686-L-JMA), upholding the privileged

15  nature of CIRB.

16    4.    Attached as "**Exhibit 3**" is a true and correct copy of the September 11,

17  2017 Order re: Joint Motion for Determination of Discovery Dispute in *Nunez, et al.*

18  *v. Cnty. of San Diego, et al.* (Case No. 16-cv-1412-BEN-MDD).

19    I declare under penalty of perjury under the laws of the United States of

20  America that the foregoing is true and correct.

21    Executed on October 23, 2023, at Fremont, California.

22

23

24  _____

25  ELIZABETH M. PAPPY

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

2

Case No. 3:20-cv-00406-AJB-DDL
PAPPY DECL. ISO  DEFS' OPP TO PLTFS'
MOTION TO COMPEL CIRB REPORTS

# EXHIBIT 1

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800    Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300    Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT
and SAN DIEGO COUNTY
PROBATION DEPARTMENT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et.al., | Case No. 3:20-cv-00406-AJB-DDL |
| Plaintiffs, | **COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG** |
| v. | |
| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al. | |
| Defendants. | District Judge Anthony J. Battaglia |
| | Magistrate Judge David D. Leshner |

Defendants the County of San Diego, San Diego County Sheriff's Department and San Diego County Probation Department ("County") submits the following Amended Privilege Log regarding Critical Incident Review Board (CIRB)-related records in response to Plaintiffs' Requests For Production of Documents (Sets 1-2) to County. County's Privilege Log refers to and fully incorporates by reference the information in the CIRB Chart Summary Tables 1-2, which are attached and provided together with this Privilege Log as Attachments, as set forth below:

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4896-1022-6313 v1                                     1
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY
PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| **TABLE OF CONTENTS FOR COUNTY'S AMENDED PRIVILEGE LOG RE: CIRB-RELATED RECORDS** | | |
|---|---|---|
| **Pages** | **Document Title** | **Doc. Nos.** |
| pp. 1-205 | County's Privilege Log Re: CIRB-Related Records | Doc. Nos. 1-26[1] |
| | | |
| **Table** | **Attachment Title** | **Description** |
| 1. | Chart Summary/Table Re: Necessary/County Privileged Persons listed in Privilege Log Re: Critical Incident Review Board (CIRB)-related records Corresponding Key re: Privilege Log Abbreviations for County/CIRB Privileged Persons listed for the identified CIRB Records | Table 1 details names, titles, and departments of the individuals listed in this Privilege Log re: CIRB-related records ("County Privileged Persons").[2] Table 1 has a "Key" column for the abbreviated titles/departments of each individual listed. [3] |

///

///

///

///

///

///

///

---

[1] The Privilege Log uses a Unique Identifying Number in lieu of a Bates Number

[2] The individuals listed in the Privilege Log "From/To" columns for identified CIRBRelated Records are referred to as "County Privileged Persons."

[3] For brevity, the Privilege Log uses abbreviated names, titles, and departments of the County Privileged Persons listed in the "From/To" columns.

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4896-1022-6313 v1                                                           2
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY
PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

# SAN DIEGO COUNTY SHERIFF'S AMENDED PRIVILEGE LOG RE: CIRB-RELATED RECORDS

*Darryl Dunsmore, et al., v. San Diego County Sheriff's Department, et.al.*

## Case No. 3:20-cv-00406-AJB-DDL

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| 1. | 1/12/2022-7/26/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 7/26/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 7/26/2022 and Attachments: Inner-office correspondence from DSB | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Anthony Ray, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department | RFPOD #81 included in RFP #3 |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights.  Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 2. | 12/17/2021-2/9/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 2/9/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 12/28/2021, Manual of Policies and Procedures I.64 | Critical Incident Review Board (CIRB) Kristin Brayman, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Kelly Martinez, Undersheriff, Acting Sheriff (OTS) Michelle Craig, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 3. | 5/11/2022-5/20/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Anthony Ray, Sheriff (OTS) Kelly Martinez, | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | Department dated 5/19/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 5/19/2022 | Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | OTS) | counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights.  Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP# |
|---|---|---|---|---|---|---|
| 4. | 5/10/2022-5/20/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 5/11/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 5/10/2022 and Inner-office correspondence from DSB, dated 5/9/2022 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Anthony Ray, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the | RFPOD #81 included in RFP #3 |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 5. | 2/10/2021-5/20/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 4/27/2021<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 4/27/2021 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>William Gore, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Michelle Craig, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 6. | 5/12/2021-5/21/2021 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 5/18/2021<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 5/14/2021 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>William Gore, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Michelle Craig, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights.  Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 7. | 3/10/2021-4/5/2021 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel: | Critical Incident Review Board (CIRB) Kenneth Lawrence, Sgt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | (A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 4/5/2021<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 3/30/2021 | Endorsement Page Signed by:<br><br>William Gore, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Michelle Craig, Lt. (DIS, OTS) | Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges | |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 8. | 1/19/2022-5/11/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 5/11/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 5/10/2022 Inner-office correspondence from DSB, dated 5/9/2022 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Anthony Ray, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights.  Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 9. | 5/11/2022-5/20/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 5/20/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 5/19/2022 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Anthony Ray, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights.  Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 10. | 11/18/2020-2/24/2021 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>William Gore, Sheriff (OTS) Kelly Martinez, | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | Department dated 2/24/2021<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 2/17/2021 and Attachments: Attendance Roster (Pre-CIRB 11/18/2020) and Inter-Departmental Correspondence from DSB | Undersheriff (OTS) Scott Amos, Lt. (DIS, OTS) | OTS) | counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| 11. | 1/20/2021-2/22/2021 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 2/22/2021<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 1/22/2021 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>William Gore, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Scott Amos, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights.  Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 12. | 11/18/2021-2/24/2021 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 2/24/2021<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 1/21/2021 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>William Gore, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Scott Amos, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal | RFPOD #81 included in RFP #3 |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 13. | 4/13/2022- 6/27/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 6/27/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Anthony Ray, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are | |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | 6/23/2022 | | | privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights.  Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 14. | 4/13/2022-6/27/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work- | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 6/27/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 6/23/2022 | Endorsement Page Signed by:<br><br>Anthony Ray, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights.  Also, protected from disclosure pursuant to California state law and federal law under official | |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 15. | 4/14/2022-4/19/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:

(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 4/19/2022

(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 4/15/2022 | Critical Incident Review Board (CIRB) Kristin Brayman, Sgt. (DIS, OTS)

Endorsement Page Signed by:

Anthony Ray, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)

Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to | RFPOD #81 included in RFP #3 |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights.  Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030). | |
| 16. | 1/19/2022-3/21/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:

 "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 3/21/2022 | Critical Incident Review Board (CIRB) Michael Tingley, Sgt. (DIS, OTS)

Endorsement Page Signed by:

Kelly Martinez, Acting -Sheriff (OTS) Michelle Craig, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)

Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental | RFPOD #81 included in RFP #3 |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights.  Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 17. | 3/9/2022 | CIRB-related Email String (Native) re: Policy Revision for Sheriff's Legal Counsel CIRB Review | Michael Tingley, Sgt. (DIS)

Christopher Buchanon (MSD/DSB)

Aaron Boorman, Lt. (DSD) | Christopher Buchanon, Cmdr. (MSD/DSD)

Michael Tingley, Sgt. (DIS)

Michael | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)). CIRB-related email transmitted in preparation for the pre-CIRB Meeting, solely for the purpose of communicating to Sheriff's Legal and for counsel's review in furtherance of the CIRB | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | Tingley, Sgt. (DIS) / Matthew Jensen (VDF/DSB) | Process and during the attorney-client relationship. This is a confidential communication to County Privileged Persons that was made for the purpose of obtaining legal advice, assisting counsel in rendering legal advice, and relay information for counsel review; and, for privileged CIRB review, which is confidential under attorney-client privilege and protected from disclosure per Department P&P § 4.23. (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident.) Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 18. | 10/17/2021-10/19/2021 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 10/19/2021<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 10/14/2021 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>William Gore, Sheriff (OTS) Kelly Martinez, Acting -Sheriff (OTS) Michelle Craig, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights.  Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 19. | 6/9/2021-12/7/2021 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel: | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | (A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 12/7/2021<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 12/1/2021 and Training Bulletin 6/18/2021 | Endorsement Page Signed by:<br><br>William Gore, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Michelle Craig, Lt. (DIS, OTS) | Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges | |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 20. | 4/20/2022-4/26/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 4/26/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 4/22/2022 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Anthony Ray, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights.  Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 21. | 2/9/2022-4/5/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 4/5/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 4/5/2022 and Training Bulletin 3/30/2022 | Critical Incident Review Board (CIRB) Kristin Brayman, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Kelly Martinez, Acting Sheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights.  Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030). | |
| 22. | 4/13/2022-4/20/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's | Critical Incident Review Board (CIRB) Kristin Brayman, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Anthony Ray, Sheriff (OTS) Kelly Martinez, | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to | RFPOD #81 included in RFP #3 |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | Department dated 4/20/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 4/15/2022 | Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | OTS) | counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights.  Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| 23. | 4/20/2022-4/26/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 4/26/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 4/22/2022 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Anthony Ray, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights.  Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 24. | 5/172023-6/29/2023 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 6/29/2023<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 6/16/2023 | Critical Incident Review Board (CIRB) Gerardo Cortes-Garcia, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Kelly Martinez, Sheriff (OTS), Richard Williams, Undersheriff (OTS) David Perkins, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Michael Baranic, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 25. | 3/2/2023-6/3/2023 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 3/17/2023<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 3/2/2023, Training Bulletin 6/3/2023, | Critical Incident Review Board (CIRB) Isaac White, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Kelly Martinez, Sheriff (OTS) Richard Williams, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Michael Baranic, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product | RFPOD #81 included in RFP #3 |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | Operation Manual A.1.3 11/4/2022 | | | doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 26. | 5/17/2023-6/29/2023 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel: | Critical Incident Review Board (CIRB) Gerardo Cortes-Garcia, Sgt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of | RFPOD #81 included in RFP #3 |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | (A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 6/29/2023<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 6/29/2023 | Endorsement Page Signed by:<br><br>Kelly Martinez, Sheriff (OTS), Richard Williams, Undersheriff (OTS) David Perkins, Lt. (DIS, OTS) | Michael Baranic, Esq. Dir. (Legal Affairs, OTS) | litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure as a result of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights.  Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges | |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

## ATTACHMENT "CHART SUMMARY TABLE 1"

### TABLE 1 RE: "COUNTY PRIVILEGED PERSONS" FOR COUNTY'S AMENDED PRIVILEGE LOG RE: CIRB-RELATED RECORDS

**1. Chart Summary/Table re: Necessary/County Privileged Persons listed in Privilege Log Re: Critical Incident Review Board (CIRB)-related records**

| Office of the Sheriff | | | Abbreviation |
|---|---|---|---|
| Office of the Sheriff | Sheriff | William Gore | (OTS) |
| Office of the Sheriff | Sheriff | Anthony Ray | (OTS) |
| Office of the Sheriff | Undersheriff | Mike Barnett | (OTS) |
| Office of the Sheriff | Undersheriff/ Assistant Sheriff /Acting Sheriff/ Sheriff | Kelly Martinez | (OTS) |
| Office of the Sheriff | Undersheriff | Richard Williams | (OTS) |
| Office of the Sheriff | Lieutenant | John Boyce | (OTS) |
| Legal Affairs | Director | Robert Faigin, Esq. | (Legal Affairs, OTS) |
| Legal Affairs | Legal Advisor | Michael Baranic, Esq. | (Director Legal Affairs, OTS) |
| Legal Affairs | Legal Advisor | Sanford A. Toyen, Esq. | (Legal Affairs, OTS) |
| Legal Affairs | Administrative Secretary III | Kristen Tyson | (Legal Affairs, OTS) |
| Division of Inspectional Services | Lieutenant | Michelle Craig | (DIS, OTS) |
| Division of Inspectional Services | Lieutenant | David Perkins | (DIS, OTS) |
| Division of Inspectional Services | Lieutenant | Scott Amos | (DIS, OTS) |
| Division of Inspectional Service | Sergeant | Daniel Dennis | (DIS, OTS) |
| Division of Inspectional Service | Sergeant | Aaron Meleen | (DIS, OTS) |
| Division of Inspectional Service | Sergeant | Kristin T. Brayman | (DIS, OTS) |
| Division of Inspectional Service | Sergeant | Kenneth Lawrence | (DIS, OTS) |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4896-1022-6313 v1

37

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY
PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Division of Inspectional Service | Sergeant | Andrew Mowins | (DIS, OTS) |
|---|---|---|---|
| Division of Inspectional Service | Sergeant | Joseph Navarro | (DIS, OTS) |
| Division of Inspectional Service | Sergeant | Michael Tingley | (DIS, OTS) |
| Division of Inspectional Service | Sergeant | Isaac White | (DIS, OTS) |
| Division of Inspectional Service | Sergeant | Aaron Meleen | (DIS, OTS) |
| Division of Inspectional Service | Administrative Secretary II | Cynthia Wright | (DIS, OTS) |
| Media Relations | Lieutenant/Director | Ricardo Lopez | (Media, OTS) |
| **Law Enforcement Services Bureau** | | | **Abbreviation** |
| Law Enforcement Services | Assistant Sheriff | Kelly Martinez | (LES, LESB) |
| Law Enforcement Investigations | Commander | Charles Cinnamo | (LE Invest., LESB) |
| Law Enforcement Services Bureau | LESB Community Inclusion Director | Nadia Moshirian Binderup | (LESB) |
| Patrol | Commander | David Brown | (Patrol, LESB) |
| Law Enforcement Support | Commander | Theresa Adams | (LE Supp., LESB) |
| Major Crimes | Commander | Patrick Gardner | (Maj. Crimes, LESB) |
| Major Crimes/Homicide Unit | Lieutenant | Thomas Seiver | (Hom. Unit. LESB) |
| Major Crimes/Homicide Unit | Sergeant | Felix Santiesteban | (Hom. Unit, LESB) |
| Major Crimes/Homicide Unit | Detective | Brian Simpson | (Hom. Unit, LESB) |
| **Detention Services Bureau** | | | **Abbreviation** |
| Detention Services Bureau | Assistant Sheriff | Frank Clamser | (DSB) |
| Detention Services Bureau | Commander | Hank Turner | (DSB) |
| Detention Services Bureau | Commander | Erika Frierson | (DSB) |
| Detention Services Bureau | Commander | William Brown | (DSB) |
| Detention Services Bureau | Commander | Billy Duke | (DSB) |
| Vista Detention Facility | Captain | Sonia Manning | (VDF, DSB) |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4896-1022-6313 v1                                    38
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY
PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Vista Detention Facility | Captain | Lena Lovelace | (VDF, DSB) |
| Vista Detention Facility | Lieutenant | Kevin Kamoss | (VDF, DSB) |
| Vista Detention Facility | Sergeant | Katrina San Nicolas | (VDF, DSB) |
| Medical Services Division | Chief Medical Officer | Jon Montgomery | (MSD, DSB) |
| Medical Services Division | Captain | Alan Kneeshaw | (MDS, DSB) |
| Medical Services Division | Lieutenant | Kyle Bibel | (MSD, DSB) |
| Medical Services Division | Sergeant | Malinda Sadler | (MSD, DSB) |
| Medical Services Division | Mental Health Program Manager | Melissa Quiroz, LMFT | (MSD, DSB) |
| Medical Services Division | Director of Nursing | Nancy Booth | (MDS, DSB) |
| Medical Services Division | Medical Services Officer | Christopher Miedico | (MSD, DSB) |
| Medical Services Division | Sergeant | Matthew Jensen | (MSD, DSB) |
| Detention Support | Commander | Christopher Buchanan | (MSD, DSB) |
| Detention Support | Lieutenant | Aaron Boorman | (DSD) |
| Detention Investigations Unit | Lieutenant | Jack Reynolds | (DIU, DSB) |
| Detention Investigations Unit | Sergeant | Aaron Brown | (DIU, DSB) |
| Detentions In-service Training | Lieutenant | Gloria Soto-Meza | (DTU, DSB) |
| | | | |
| Detentions In-service Training | Sergeant | Mayraflor Stiles | (DTU, DSB) |

///

///

///

///

///

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4896-1022-6313 v1                                  39

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY
PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Court Services Bureau/Human Resource Services Bureau | | | Abbreviation |
|---|---|---|---|
| Human Resources/Court Services Bureau | Assistant Sheriff | Anthony Ray | (HRSB, CSB) |
| Human Resource Services | Commander | John Mayron, CIRB Chair | (HRS, HRSB) |
| Human Resource Services | Administrative Secretary III | Jennifer Sewell | (HRS, HRSB) |
| Court Services | Commander | David Moss | (CSB) |

Dated:  October 23, 2023          BURKE, WILLIAMS & SORENSEN, LLP

By: _____
        Susan E. Coleman
        Elizabeth M. Pappy
        Attorneys for Defendants
        COUNTY OF SAN DIEGO, SAN
        DIEGO COUNTY SHERIFF'S
        DEPARTMENT and SAN DIEGO
        COUNTY PROBATION
        DEPARTMENT

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4896-1022-6313 v1                    40
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY
PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

1

## **PROOF OF SERVICE**

2

**Dunsmore v. San Diego County Sheriff's Department**
**Case No. 3:20-cv-00406-AJB-DDL**

3

**STATE OF CALIFORNIA, COUNTY OF SANTA CLARA**

4

5      At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Santa Clara, State of California.  My business address is 60 South Market Street, Suite 1000, San Jose, CA 95113-2336.

6

7      On October 23, 2023, I served true copies of the following document(s) described as **County of San Diego, San Diego County Sheriff's Department and San Diego County Probation Department's Amended Privilege Log** on the interested parties in this action as follows:

8

9    Aaron J. Fischer                          Christopher M. Young
     ajf@aaronfischerlaw.com                   Christopher.Young@us.dlapiper.com

10

     Priyah Kaul
11   pkaul@rbgg.com                            Hannah M. Chartoff
                                               HChartoff@rbgg.com
12   Gav C. Grunfeld
     GGrunfeld@rbgg.com
13                                             Eric Monek Anderson
     Van Swearingen                           EMonekAnderson@rbgg.com
14   VSwearingen@rbgg.com

15   Neal, Isabella
     Isabella.Neal@us.dlapiper.com
16
     Kiefer, Oliver
17   Oliver.Kiefer@us.dlapiper.com

18

19      **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address lgonzalez@bwslaw.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

20

21      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

22

23      Executed on October 23, 2023, at San Jose, California.

24

25

26

27   _____
     Lucy Gonzalez

28

# EXHIBIT 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MARK BUSH; JASON RUSSEL BUSH; and PIETRA MARIE McCOTTER,<br><br>                    Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; GERARDO PEREZ; and KEVIN PRICE,<br><br>                    Defendants. | Case No.:  15CV686-L(JMA)<br><br>**ORDER RE: JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE** |

Pursuant to the Court's *Procedures for Obtaining Internal Law Enforcement Documents*, the parties have filed a Joint Motion for Determination of Discovery Dispute regarding the production of internal law enforcement documents by Defendants County of San Diego ("the County") and Sheriff Deputies Gerardo Perez ("Perez") and Kevin Price ("Price") to Plaintiffs Roger Mark Bush, Jason Russel Bush and Pietra Marie McCotter. Doc. No. 19. Plaintiffs move the Court to compel the production of documents identified in Defendants' privilege log, pursuant to the stipulated protective order in this action. The documents at issue are 1) performance evaluations of Perez and Price for the past five years and 2)

the "SDSO Critical Incident Review Board Report," dated August 20, 2014. [Doc. No. 19, p. 3.]  As explained below, Plaintiffs' motion is GRANTED IN PART and DENIED IN PART.

## I.    BACKGROUND

This action is brought under 42 U.S.C. § 1983. Plaintiffs allege that on May 26, 2014, Perez and Price trespassed onto Plaintiff's residential property and, once on the property, Perez utilized excessive force when he shot and killed Plaintiff's pet dog, Odin.

## II.    LEGAL STANDARDS

### A.    Relevance

The scope of discovery under the Federal Rules of Civil Procedure is broad.  *See, e.g., Kelly v. City of San Jose*, 114 F.R.D. 653, 668 (N.D. Cal. 1987).  Federal Rule of Civil Procedure 26 currently states:

> Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense–including the existence, description, nature, custody, condition, and location of any documents or other tangible things and the identity and location of persons who know of any discoverable matter. For good cause, the court may order discovery of any matter relevant to the subject matter involved in the action. Relevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence. All discovery is subject to the limitations imposed by Rule 26(b)(2)(C).

Fed. R. Civ. P. 26(b)(1).[1]  "The party who resists discovery has the burden to show that discovery should not be allowed, and has the burden of clarifying,

---

[1]  Rule 26(b)(1) will be amended effective December 1, 2015, to incorporate a proportionality requirement into the definition of relevance. While the Court analyzes the issues before it based on the current version of Rule 26(b)(1), its ruling would not be different under the amended version of the rule.

15CV686-L(JMA)

explaining, and supporting its objections." *Oakes v. Halvorsen Marine Ltd.*, 179 F.R.D. 281, 283 (C.D. Cal. 1998).

### B.    Applicable Law for Review of Privilege Objections

"[I]n federal question cases where pendent state claims are raised the federal common law of privileges should govern all claims of privilege raised in the litigation." *Perrignon v. Bergen Brunswig Corp.*, 77 F.R.D. 455, 459 (N.D. Cal. 1978). "State privilege doctrine, whether derived from statutes or court decisions, is not binding on federal courts in these kinds of cases." *Kelly*, 114 F.R.D. at 655.

### C.    Privacy Rights

With respect to a party's assertion of privacy rights as a means to protect documents from discovery, federal courts ordinarily recognize that a constitutionally-based right of privacy can be raised in response to discovery requests. *Soto v. City of Concord*, 162 F.R.D. 603, 616 (N.D. Cal. 1995). The resolution of a privacy objection involves a balancing of the need for the information sought against the privacy right asserted. *Id.* (*citing Perry v. State Farm Fire & Cas. Co.*, 734 F.2d 1441, 1447 (11th Cir. 1984)). "In the context of the disclosure of police files, courts have recognized that privacy rights are not inconsequential." *Soto*, 162 F.R.D. at 616. "Federal courts should generally give some weight to privacy rights that are protected by state constitutions or state statutes." *Kelly*, 114 F.R.D. 653, 656 (N.D. Cal. 1987). "However, these privacy interests must be balanced against the great weight afforded to federal law in civil rights cases against police departments." *Soto*, 162 F.R.D. at 616.

### D.    California Penal Code § 832.7

The privilege set forth in California Penal Code § 832.7, upon which Defendants rely in part to protect the subject documents from discovery, provides as follows:

15CV686-L(JMA)

> Peace officer or custodial officer personnel records and records
> maintained by any state or local agency pursuant to Section 832.5, or
> information obtained from these records, are confidential and shall
> not be disclosed in any criminal or civil proceeding except by
> discovery pursuant to Sections 1043 and 1046 of the Evidence Code.

Cal. Penal Code § 832.7(a). Federal courts, however, have found that section 832.7 is not applicable in evaluating discovery disputes in 42 U.S.C. § 1983 claims. *See, e.g., Green v. Baca*, 226 F.R.D. 624, 643-44 (C.D. Cal. 2005); *see also Miller v. Pancucci*, 141 F.R.D. 292, 298-99 (C.D. Cal. 1992) (finding California rules for discovery and privileges, including California Evidence Code section 1043, referenced in sections of California Penal Code, to be "fundamentally inconsistent" with federal law and the liberal federal policy on discovery). The Court therefore will not apply California Penal Code section 832.7 to its analysis of this matter. *See Soto*, 162 F.R.D. at 609 (refusing to apply California privilege law to similar discovery dispute involving police files).

### E. Official Information Privilege

Federal common law recognizes a qualified privilege for official information. *Kerr v. United States Dist. Ct. for the Northern Dist. of Cal.*, 511 F.2d 192, 198 (9th Cir. 1975). The discoverability of official documents is determined under the "balancing approach that is moderately pre-weighted in favor of disclosure." *Kelly*, 114 F.R.D. at 661. The party asserting the privilege must properly invoke the privilege by making a "substantial threshold showing." *Id.* at 669. The party must file an objection and submit a declaration or affidavit from a responsible official with personal knowledge of the matters attested to in the affidavit. *Id.* The affidavit must include: (1) an affirmation that the agency has generated or collected all of the subject material and that it has maintained its confidentiality; (2) a statement that the official has personally reviewed the material in question; (3) a specific identification of the governmental or privacy interests that would be threatened by disclosure of the material to the plaintiff and/or his or her attorney;

4

(4) a description of how disclosure subject to a carefully crafted protective order would create a substantial risk of harm to significant governmental or privacy interests; and (5) a projection of how much harm would be done to the threatened interest or interests if disclosure were made.  *Id.* at 670.

### F.    Attorney Client Privilege

The attorney client privilege arises under Federal common law and protects confidential communications between attorneys and clients that are made for the purpose of giving legal advice. *Upjohn Co. v. United States*, 449 U.S. 383, 389, 101 S. Ct. 677, 66 L. Ed. 2d 584 (1981). The attorney-client privilege exists where: "(1) [ ] legal advice of any kind is sought (2) from a professional legal adviser in his capacity as such, (3) the communications relating to that purpose, (4) made in confidence (5) by the client, (6) are at his instance permanently protected (7) from disclosure by himself or by the legal adviser, (8) unless the protection be waived." *United States v. Graf*, 610 F.3d 1148, 1156. Voluntary disclosure of privileged communications constitutes waiver of the privilege for all other communications on the same subject. *Weil v. Inv./Indicators, Research & Mgmt., Inc.*, 647 F.2d 18, 24 (9th Cir. 1981).

The purpose of the attorney client privilege is to encourage candid communications between client and counsel.  *See Upjohn Co.*, 449 U.S. at 390-91.  The Supreme Court has explained, "[t]he lawyer-client privilege rests on the need for the advocate and counselor to know all that relates to the client's reason for seeking representation if the professional mission is to be carried out." *Trammel v. United States*, 445 U.S. 40, 51 (1980).  The privilege protects the giving of professional advice by the lawyer and the giving of information to the lawyer to enable him to give sound and informed advice.  *See Id*.

/ /

/ /

/ /

5

## III.   **DISCUSSION**

### A.   **Performance Evaluations**

Defendants have withheld from production Perez and Smith's performance evaluations on asserted grounds of (1) relevance; (2) Penal Code section 832.7; (3) official information privilege; and (4) right to privacy.

■ *Relevance*

In cases involving section 1983 claims, courts have repeatedly held that police personnel files are relevant and discoverable. *See Green*, 226 F.R.D. at 644; *Soto*, 162 F.R.D. at 614-15. This includes any periodic performance evaluations by superiors. *See Unger v. Cohen*, 125 F.R.D. 67, 70 (S.D.N.Y. 1989) (finding such information to be "clearly relevant" in a section 1983 action arising out of alleged on-duty conduct). Such information may be necessary to proving a defendant's history or pattern of behavior. *See Soto*, 162 F.R.D. at 614-15. Information of this type may also be relevant on issues of "credibility, notice to employer, ratification by the employer and motive of the officers." *See, e.g. Hampton v. City of San Diego*, 147 F.R.D. 227, 229 (S.D. Cal. 1993). Additionally, employee performance appraisals may contain information on an officer defendant's "ethics, interpersonal relationships, decision making abilities, work and safety habits, and crime scene management techniques." *Soto*, 162 F.R.D. at 615. In accordance with these authorities, the Court finds these documents are relevant and responsive to Plaintiffs' discovery requests.

■ *Privacy Interests*

As set forth above, resolution of a privacy objection requires a balancing of the need for the information sought against the privacy right asserted. Here, the Court finds Plaintiff's need for the information sought is great. This information is unlikely to be available from any source other than Defendants' records. As the court in *Kelly* stressed, there is a strong public interest in uncovering civil rights violations of the type at issue in this case. *Soto*, 162 F.R.D. at 617; *Kelly*, 114

15CV686-L(JMA)

F.R.D. at 667. After considering "the great weight that is afforded to federal civil rights laws" (*see Soto*, 162 F.R.D. at 617) and the case law discussed above, the Court finds the privacy interests asserted by Defendants with respect to these documents on the whole are outweighed by Plaintiffs' need for the information. Moreover, a stipulated protective order was entered in this case on November 5, 2015, which limits the dissemination of any documents ordered disclosed. See Doc. No. 18. The protective order and, as discussed below, the redaction of any highly personal information for which Plaintiff has not shown a need, will amply protect Defendants' privacy interests. *See, e.g., Soto*, 162 F.R.D. at 616 (stating that "[a] carefully drafted protective order could minimize the impact of . . . disclosure").

### ■ *Official Information Privilege*

Defendants fail to demonstrate the requirements necessary to establish the official information privilege applies to the performance evaluations at issue. *Kelly*, 114 F.R.D. at 669. Furthermore, as previously mentioned, a protective order has been entered that mitigates against a risk of harm to Defendants' interests. The Court, thus, concludes the official information privilege does not bar discovery of the information sought.

### ■ *Redactions*

To the extent personal information of Defendants Perez and Price– i.e., home address, telephone number, family members, etc. – or the name or personal information of other law enforcement officers exists within the documents to be produced – such information may be redacted prior to production, as Plaintiffs have not shown a need for such information.

### B. SDSO Critical Incident Review Board Report

Defendants have withheld the SDSO Critical Incident Review Board Report based on grounds of (1) vagueness as to the term "investigation;" (2) self-critical analysis privilege; (3) official information privilege; and (4) attorney client privilege

15CV686-L(JMA)

and attorney work product doctrine. In support of their objections, Defendants provide a declaration by Robert Faigin, the Chief Legal Advisor of the San Diego Sheriff's Department. Declaration of Robert P. Faigin ("*Faigin Decl.*"). In his role of Chief Legal Adviser, Mr. Faigin chairs the Critical Incident Review Board. *Id.*, ¶ 3. The purpose of the Board is to consult with legal counsel to assess the Sheriff Department's civil exposure as a result of a given incident. *Id.*, ¶ 4, Ex. A - San Diego County Sheriff's Department Procedure 4.23. The Critical Incident Review Board Report Plaintiffs seek to have produced is a report of a discussion between San Diego County Sheriff's Department command staff and Mr. Faigin about the incident that gave rise to this litigation and is maintained as a confidential document in his office. *Id.*, ¶¶ 4 & 5.

Plaintiffs rely on *Medina v. County of San Diego*, 2014 U.S. Dist. LEXIS 135672 (S.D. Cal. 2014), a recent case also arising under 28 U.S.C. § 1983, in which the court held that the Critical Incident Review Board Report at issue in that case was discoverable. In that case, however, the court was not presented with any evidence of an attorney-client relationship. *Id.* *43. Here, Mr. Faigin's declaration sufficiently establishes the SDSO Critical Incident Review Board Report is a confidential communication involving the County's employees and Mr. Faigin, in his capacity as a legal advisor, and that it was prepared for the purpose of obtaining legal advice related to the subject incident. Furthermore, the County has protected the report from disclosure. Because this document is an attorney-client privileged communication, for which the privilege has not been waived, and is protected from disclosure, it is not necessary to examine Defendants' remaining objections.

## IV. **CONCLUSION**

Based on the foregoing, the Court ORDERS Defendants to produce Perez and Price's performance evaluations for the past five years. Any personal information of Perez and Price, other law enforcement officers, and other non-

15CV686-L(JMA)

parties may be redacted consistent with Section III. B., above. If, after receipt of the documents, Plaintiffs question Defendants' redaction of a document(s), counsel are to meet and confer regarding the particular redaction(s).

All documents shall be produced to Plaintiffs within ten days of the date of this Order and shall be subject to the Protective Order entered by the Court on November 5, 2015.

Dated:  November 24, 2015

Honorable Jan M. Adler
United States Magistrate Judge

15CV686-L(JMA)

# EXHIBIT 3

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11   THE ESTATE OF RUBEN NUNEZ,        Case No.:  16cv1412-BEN-MDD
     by and through its successor-in-
12   interest LYDIA NUNEZ, ALBERT      **ORDER ON JOINT MOTION FOR**
     NUNEZ, and LYDIA NUNEZ,           **DETERMINATION OF**
13                                     **DISCOVERY DISPUTE**
                              Plaintiffs, **REGARDING REPORT OF**
14                                     **CRITICAL INCIDENT REVIEW**
     v.                                **BOARD**
15
     COUNTY OF SAN DIEGO, et al.,
16
       Defendants, Third-Party Plaintiffs, **[ECF NO. 176]**
17
     v.
18
     CORRECTIONAL PHYSICIANS
19   MEDICAL GROUP, INC., et al.,
20
                Third-Party Defendants.
21

22

23       Before the Court is the Joint Motion of the parties to determine a

24   discovery dispute filed on September 1, 2017.  (ECF NO. 176).  The dispute

25   involves Plaintiffs' Request for Production (Set Two) No. 37 which, among

26   other things, calls for Defendant County of San Diego to produce "critical

1

1  incident reports" relating to the death of Ruben Nunez.  (ECF No. 176 at 2).

2  Defendant County identified a Critical Incident Review Board ("CIRB")

3  report regarding the death of Ruben Nunez but has withheld the report from

4  disclosure on the basis of attorney-client privilege.  As provided below,

5  Defendant County's objection to disclosure is **SUSTAINED.**

LEGAL STANDARD

7       The Ninth Circuit consistently has described the attorney-client

8  privilege as protecting communications: (a) where legal advice of any kind is

9  sought; (b) from a professional legal advisor in his capacity as such; (c)

10  relating to that purpose; (d) made in confidence; (e) by the client; (f) that are

11  at the client's insistence permanently protected; (g) from disclosure by

12  himself or the legal advisor; (h) unless the protection be waived. *United*

13  *States v. Ruehle,* 583 F.3d 600, 607 (9th Cir. 2009); *United States v. Martin,*

14  278 F.3d 988, 999 (9th Cir. 2002). The party asserting the privilege has the

15  burden of establishing all of its elements and, even if established, the

16  privilege is strictly construed. *Id.* at 999-1000.

DISCUSSION

18       In support of its assertion of attorney-client privilege to protect against

19  disclosure of the CIRB report regarding the death of Ruben Nunez,

20  Defendant County submitted the Declaration of Robert P. Faigin.  (ECF No.

21  176-6).  Mr. Faigin is the Chief Legal Advisor for the San Diego County

22  Sheriff's Department.  (*Id.* at ¶ 1).  Mr. Faigin asserts that the purpose of the

23  CIRB is to consult with department legal counsel when an incident occurs

24  which may give rise to litigation.  (*Id.* at ¶ 5, *also see Exh. A to Faigin*

25  *Declaration, San Diego County Sheriff's Department Procedure § 4.23* (*Id.* at

26  176-6 at 4)).  According to Mr. Faigin, the report is kept confidential and is

2

1 maintained in his office. (*Id.* at ¶ 6).

2    Plaintiff challenges the assertion of privilege because Procedure § 4.23

3 allows for the CIRB to refer matters to the Internal Affairs section of the

4 Sheriff's Office. (*See* ECF No. 176-6 at 7-8). In that regard, Plaintiff suggests

5 that the CIRB report is akin to an internal investigative report found not to

6 be protected in *Anderson v. Marsh,* 312 F.R.D. 584, 591-92 (E.D. Cal. 2015).

7 The Court disagrees. The investigative report at issue in *Anderson* was

8 created by a non-attorney and was not created for the purpose of obtaining

9 legal advice. Only after the report was created, was it disseminated to

10 general counsel for review. *Id.*

11    Such is not the case here. Mr. Faigin attended the meeting

12 memorialized in the report and both the procedural manual and Mr. Faigin

13 assert that the purpose of the meeting was to obtain legal advice in advance

14 of potential litigation. The Court is satisfied that attorney-client privilege

15 properly is asserted to protect the CIRB report.

16                         CONCLUSION

17    Defendant County's assertion of attorney-client privilege to protect from

18 disclosure the CIRB report regarding the death of Ruben Nunez is

19 **SUSTAINED.**

20    **SO ORDERED.**

21 Dated:   September 11, 2017

22

23                         Hon. Mitchell D. Dembin
                           United States Magistrate Judge
24

25

26

3

16cv1412-BEN-MDD