GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the Certified Subclass

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT STIPULATION OF FACTS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Anthony J. Battaglia<br>Mag. Judge: Hon. David D. Leshner<br><br>Trial Date: None Set |

1   (*counsel continued from preceding page*)

2   CHRISTOPHER M. YOUNG – 163319
    ISABELLA NEAL – 328323
3   OLIVER KIEFER – 332830
    DLA PIPER LLP (US)
4   401 B Street, Suite 1700
    San Diego, California  92101-4297
5   Telephone:   (619) 699-2700
    Facsimile:   (619) 699-2701
6   Email:       christopher.young@dlapiper.com
                 isabella.neal@dlapiper.com
7                oliver.kiefer@dlapiper.com

8   Attorneys for Plaintiffs and the Certified Subclass

9   SUSAN E. COLEMAN (SBN 171832)
    E-mail: scoleman@bwslaw.com
10  BURKE, WILLIAMS & SORENSEN, LLP
    501 West Broadway, Suite 1600
11  San Diego, California 92101-8474
    Tel: 619.814.5800 Fax: 619.814.6799
12
    ELIZABETH M. PAPPY (SBN 157069)
13  E-mail: epappy@bwslaw.com
    BURKE, WILLIAMS & SORENSEN, LLP
14  60 South Market Street, Suite 1000
    San Jose, California 95113-2336
15  Tel: 408.606.6300 Fax: 408.606.6333

16  Attorneys for Defendants

17

18

19

20

21

22

23

24

25

26

27

28

[4374887.3]

1    It is hereby stipulated, by and between the respective parties:

2    1.    The San Diego County Jails (the "Jails") are located in San Diego

3    County, California and houses all adults incarcerated in the custody of the County of

4    San Diego in all classification levels.  the average daily population of the Jails

5    between October 1, 2022, and September 30, 2023, was 3946, 43% of whom are

6    Latinx and 21% of whom are Black.  During this same period, 52,589 people were

7    booked in the Jails.  During this timeframe, an average of 1,363 of those incarcer-

8    ated individuals received psychotropic medications for a mental health disability.

9    2.    The Jails consist of seven facilities:  San Diego Central Jail, located in

10    San Diego, California; George Bailey Detention Facility, located in San Diego,

11    California; East Mesa Reentry Facility, located in San Diego, California; Rock

12    Mountain Detention Facility, located in San Diego, California; Vista Detention

13    Facility, located in Vista, California; Las Colinas Detention and Reentry Facility,

14    located in Santee, California; and South Bay Detention Facility, located in Chula

15    Vista, California.  Rock Mountain Detention Facility began housing incarcerated

16    people in July 2023.

17    3.    The Jails offer incarcerated people a variety of programs, services, and

18    activities including but not limited to: (1) care for sanitary needs and hygiene;

19    (2) food service; (3) recreation, including yard, dayroom, telephones, and reading;

20    (4) health care, including medical, mental health, dental, and vision care;

21    (5) religious services; (6) rehabilitative, therapeutic, educational, and work

22    programs; (7) access to a law library and other library services; (8) access to

23    visitation, including meetings with attorneys; and (9) provision of safety and

24    security of incarcerated individuals.

25    4.    Incarcerated people and staff at the Jails are subject to standardized

26    policies regarding inter alia intake procedures, tracking processes, grievance and

27    sick call request procedures, programming, classification, and the provision of

28    medical services, mental health services, dental care, vision care, responding to

security- and medical-related emergencies, disability-related accommodations, reentry services, safety checks, attorney and law library access, and housing assignments depending on classification and other needs.

5.    Defendant the San Diego County Sheriff's Department is responsible for employing, training, and supervising most staff who work in the Jails and Defendant the County of San Diego is responsible for providing the funding necessary to operate the Jails.  Staff are subject to centralized accountability and disciplinary processes and receive standardized training according to a curriculum developed or approved by the County on policies relevant to their respective disciplines applicable throughout the Jails.  Both professional staff and custody staff, which includes Deputies, Sergeants, Lieutenants, Captains, Commanders, and Assistant Sheriffs, are subject to a central chain of command and report to the Sheriff.  Defendant San Diego County Probation Department is responsible for supervising individuals on a grant of formal probation and/or on AB109 supervision and if ordered or needed, providing them with services related to their reentry into the community, as well as supervising and providing services to individuals granted behavioral health diversion.

6.    In order to operate and manage the Jails, Defendant San Diego County Sheriff's Department employs policies for staff including policies that govern (1) intake procedures; (2) tracking processes; (3) grievance and sick call request procedures; (4) programming; (5) classification; (6) out-of-cell time; (7) outdoor recreation; (8) professional visits; (9) access to law library materials; (10) disciplinary actions; (11) access to medical, mental health, dental and vision care; (12) security procedures; (13) emergency responses; (14) safety checks; (15) disability-related accommodations; and (16) housing assignments dependent on placement and other needs.  Defendants County of San Diego and the San Diego County Probation Department employ centralized policies governing pre-trial diversion and post-release services.  All policies are approved by the San Diego

1   County Sheriff's Department or San Diego County Probation Department.

2        7.     In order to provide medical, mental health, dental, and vision services

3   in the Jails, Defendants County of San Diego and San Diego County Sheriff's

4   Department contract with Naphcare, Inc. ("Naphcare") for certain health care

5   services.

6        8.     Individuals charged with crimes can be represented by the San Diego

7   County Public Defender, private counsel, or litigate their cases pro per.  Many

8   people each year are either represented by private counsel or litigate their cases pro

9   per.

10        9.     Defendants the County of San Diego and San Diego County Probation

11   Department are responsible for preparing presentence reports and recommendations

12   on the sentencing options and community interventions available to incarcerated

13   people.  Defendant San Diego County Probation Department is responsible for

14   preparing presentence reports and sentencing recommendations when ordered by the

15   Court.  Defendant San Diego County Probation Department completes a risk

16   assessment for each incarcerated person who willingly participates in an interview

17   and will be supervised by Probation, which is then used to determine the level of

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

supervision and available community interventions.  Defendant San Diego County Probation Department is also responsible for the supervision of individuals who are granted a behavioral health diversion program.

Respectfully submitted,

DATED:  October 24, 2023    ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
    Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the
Certified Subclass

DATED:  October 24, 2023    BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan E. Coleman*
    Susan E. Coleman

Attorneys for Defendants

**SIGNATURE CERTIFICATION**

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

DATED:  October 24, 2023    ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
    Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the
Certified Subclass