UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>         Defendants. | Case No.: 20-cv-00406-AJB-DDL<br><br>**FILED ON THE PUBLIC DOCKET**<br><br>**NOTICE OF VIDEOCONFERENCE INFORMATION FOR OCTOBER 30, 2023 DISCOVERY CONFERENCE** |

A Discovery Conference has been scheduled in this matter for **October 30, 2023** at **10:30 a.m.** Counsel must use the videoconference link below to appear at the Discovery Conference and should log in five minutes prior to the scheduled start time.

David Leshner is inviting you to a scheduled ZoomGov meeting.

Topic: Discovery Conference | Dunsmore v. COSD, No. 20cv406
Time: Oct 30, 2023 10:30 AM Pacific Time (US and Canada)

Join ZoomGov Meeting
https://casd-uscourts-
  gov.zoomgov.com/j/1610552714?pwd=N3hyV1lyQWdORDM3dFc5VzNN
  YURJZz09

Meeting ID: 161 055 2714

1

```
Passcode: 028298
---
One tap mobile
+16692545252,,1610552714# US (San Jose)
+14154494000,,1610552714# US (US Spanish Line)
---
Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)
• +1 669 216 1590 US (San Jose)
• +1 646 828 7666 US (New York)
• +1 646 964 1167 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)

Meeting ID: 161 055 2714

Find your local number: https://casd-uscourts-gov.zoomgov.com/u/acg9BlAiDe
---
Join by SIP
• 1610552714@sip.zoomgov.com
---
Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 161 055 2714
Passcode: 028298
```

The Discovery Conference is not a confidential proceeding and the Clerk of the Court is respectfully requested to file this notice on the public docket. Any questions regarding the Discovery Conference may be directed to the Court's staff at 619-837-6526.