| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | **TRANSCRIPT ORDER** **Please use one form per case** *Please read instructions on next page* | COURT USE ONLY **DUE DATE:** |
|---|---|---|

| **1a.** CONTACT PERSON FOR THIS ORDER | **2a.** CONTACT PHONE NUMBER | **3a.** CONTACT EMAIL ADDRESS |
|---|---|---|
| Lucy Gonzalez | 408-899-1517 | lgonzalez@bwslaw.com |

| **1b.** ATTORNEY NAME (if different) | **2b.** ATTORNEY PHONE NUMBER | **3b.** ATTORNEY EMAIL ADDRESS |
|---|---|---|
| Elizabeth M. Pappy | 408-606-6300 | epappy@bwslaw.com |

| **4.** MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | **5.** CASE NAME | **6.** CASE NUMBER |
|---|---|---|
| Burke, Williams & Sorensen, LLP | Dunsmore v. San Diego County Sheriff's Dept., et al. | 3:20-cv-00406-AJB-DDL |

**7.** TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

**a.** HEARING(S) (OR PORTIONS OF HEARINGS)

**b.** SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)*

**c.** DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | CD ($32) | ORDINARY (30-day $4.00 pp) | 14-DAY ($4.70 pp) | EXPEDITED (7-day $5.35 pp) | 3-DAY ($6.00 pp) | DAILY (Next Day $6.70 pp) | HOURLY (2 hrs $8.00 pp) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/23 | DDL | IDC | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**8.** ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, DCN #, ETC.

| ORDER & CERTIFICATION (9. & 10.) By signing below, I certify that I will pay all charges (deposit plus additional). **9.** SIGNATURE   /s/ Elizabeth M. Pappy | **10.** DATE October 31, 2023 |
|---|---|

Clear Form     Print to PDF

**INSTRUCTIONS**

Use this form to order the transcription of a record of proceedings.

1. Complete a separate order form for each case number for which transcripts are ordered.

2. Complete Items 1-10. Keep a copy of your completed order form for your records.

3. E-file this form in the U.S. District Court CM/ECF system. *Exceptions to e-filing:* (a) sealed cases/proceedings; (b) non-parties; (c) pro se parties who are not e-filers.

4. Next, the court reporter/supervisor will contact you to confirm estimated costs and delivery options. Deliver payment to the court reporter/supervisor promptly. Upon receipt of the deposit, the transcriber will begin work on the transcript.

5. Unless prepayment is waived, delivery time is computed from the date the transcriber receives the deposit, authorized CJA 24 Form, authorization from Federal Public Defender's Office or, for transcripts ordered by the U.S. government, from the date of receipt of the DCN number.

6. The deposit fee is an estimate. Any overage will be refunded; any shortage will be due from you.

**ITEM-BY-ITEM INSTRUCTIONS (ITEMS 1-10):**

Items 1-3:  In fields 1a, 2a & 3a, please provide the contact name and information for the person responsible for ordering the transcript. In a law office, this is usually a paralegal or administrative assistant, not the attorney. In fields 1b, 2b & 3b, provide the attorney name and contact info, if the attorney is not the contact person.

Items 5-6:  Only one case number may be listed per order.

Item 7a:  List specific date(s) of the proceedings for which transcript is requested. A transcript of only a portion of a proceeding may be ordered, if the description is clearly written to facilitate processing. Under "type," indicate briefly what type of proceeding it was, such as "motion," "sentencing," or "CMC."

Item 7b:  Select desired FORMAT(S) for transcript. There is an additional charge for each format ordered. Visit casd.uscourts.gov/transcripts/rates for details. Unlock ECF/web access is included at no extra charge with each of the other formats.

Item 7c:  There are 7 DELIVERY TYPES to choose from (times are computed from date of receipt of the deposit fee or DCN number). NOTE: Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, the 14-day delivery rate would be charged.

TRANSCRIPT DELIVERY TIMES:
- ORDINARY - 30 calendar days.
- 14-DAY - 14 calendar days.
- EXPEDITED - 7 calendar days.
- 3-DAY - 3 calendar days
- DAILY (NEXT DAY) - Following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day.
- HOURLY (SAME DAY) - within two (2) hours.

Item 9:  Sign in this space to certify that you will pay all charges (the deposit plus any additional charges.) An electronic or conformed (/s/) signature is acceptable.

Item 10:  Enter the date of signing the order and certification.