UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-cv-406-AJB-DDL<br><br>**ORDER FOLLOWING DISCOVERY CONFERENCE** |

The Court held a Discovery Conference in this matter on November 6, 2023 and now **ORDERS** as follows:

1. All parties must serve responses to all requests for production, interrogatories, and requests for admission by not later than **November 10, 2023** and shall promptly meet and confer thereafter.

2. By not later than **November 17, 2023**, the parties shall file a Joint Status Report via CM/ECF. The Joint Status Report shall describe in nonargumentative terms the disputes concerning written discovery that have not been resolved through good faith meet and confer efforts.

3. The Court will hold a Discovery Conference on **November 21, 2023** at **4:00 p.m.** by videoconference to address the parties' outstanding discovery disputes as stated in the Joint Status Report. Any discovery dispute concerning

1

written discovery not brought to the Court's attention in the Joint Status Report shall be deemed waived.

4. The parties shall continue to meet and confer regarding Plaintiffs' request to inspect County jail facilities and shall be prepared to advise the Court at the November 21, 2023 Discovery Conference whether any disputes remain. To the extent possible, the Court will resolve the disputes on the record at the Discovery Conference. However, the parties must be prepared to brief any remaining disputes concerning the jail inspections on an expedited schedule.

5. The parties are also ordered to continue to meet and confer regarding Plaintiffs' Rule 30(b)(6) deposition notice to Defendants and shall be prepared to provide an update to the Court at the November 21, 2023 Discovery Conference. To the extent possible, the Court will resolve the disputes on the record at the Discovery Conference. The parties must be prepared to brief any remaining disputes concerning the Rule 30(b)(6) deposition on an expedited schedule.

6. All documents responsive to outstanding requests for production must be produced by all parties by not later than **December 22, 2023**.

**IT IS SO ORDERED.**

Dated: November 8, 2022

_David Leshner_
Hon. David D. Leshner
United States Magistrate Judge