UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No.: 20-cv-406-AJB-DDL<br><br>**SECOND SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS** |

The Court held a Discovery Conference on November 6, 2023. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

1. All fact discovery must be completed by all parties on or before **February 16, 2024**. All expert discovery must be completed by all parties on or before **May 3, 2024**.

2. The parties must comply with the disclosure requirements of Federal Rule of Civil Procedure 26(a)(2)(A) through (C) by not later than **March 15, 2024**. Any party shall supplement its disclosure regarding contradictory or rebuttal evidence pursuant to Federal Rule of Civil Procedure 26(a)(2)(D) and (E) by not later than **April 5, 2024**. Please be advised that failure to comply with this

**section or any other discovery order of the court may result in the sanctions provided for in Federal Rule of Civil Procedure 37, including a prohibition on the introduction of experts or other designated matters in evidence.**

3. A Mandatory Settlement Conference will be conducted on **January 9, 2024** at **1:30 p.m.** before **Magistrate Judge David D. Leshner**. All participants must appear in person at the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101. All parties are ordered to comply with Judge Leshner's Mandatory Settlement Conference procedures, which are available on the Court's website.

4. All other dispositive motions, *including those addressing Daubert issues*, must be filed on or before **May 31, 2024**. Please be advised that counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. Motions *in limine* are to be filed as directed in the Local Rules, or as otherwise set by Judge Battaglia.

5. Counsel must comply with the pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before **September 12, 2024**.

6. This order replaces the requirements under Civil Local Rule 16.1.f.6.c. No Memoranda of Law or Contentions of Fact are to be filed.

7. The parties must meet and confer on or before **September 19, 2024** and prepare a proposed pretrial order in the form as set forth in Civil Local Rule 16.1.f.6. The Court encourages the parties to consult with the assigned magistrate judge to work out any problems in preparation of the proposed pretrial order. The court will entertain any questions concerning the conduct of the trial at the pretrial conference.

8. Objections to Pre-trial disclosures must be filed no later than **September 26, 2024**.

/ / /

/ / /

9. The Proposed Final Pretrial Conference Order as described above must be prepared, served and lodged with the assigned district judge on or before **October 3, 2024**.

10. The final Pretrial Conference is scheduled on the calendar of the **Honorable Anthony J. Battaglia** on **October 10, 2024** at **2:00 p.m**.

11. A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

12. The dates and times set forth herein will not be modified except for good cause shown.

13. Dates and times for hearings on motions must be approved by the Court's clerk before notice of hearing is served.

14. Briefs or memoranda in support of or in opposition to any pending motion must not exceed twenty-five (25) pages in length without leave of a district judge. No reply memorandum will exceed ten (10) pages without leave of a district judge. Briefs and memoranda exceeding ten (10) pages in length must have a table of contents and a table of authorities cited.

**IT IS SO ORDERED.**

Dated: November 8, 2022

Hon. David D. Leshner
United States Magistrate Judge