# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| DARRYL DUNSMORE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No.: 20-cv-406-AJB-DDL<br><br>**ORDER ON JOINT MOTION REGARDING PRODUCTION OF PROTECTED HEALTH INFORMATION**<br><br>**[Dkt. No. 440]** |
|---|---|

Before the Court is the parties' Amended Joint Motion for Order Regarding Production of Documents and Responses to Interrogatories Subject to Protective Order. Dkt. No. 440.

Under the Health Insurance Portability and Accountability Act ("HIPAA"), protected health information may be disclosed during a judicial proceeding where a covered entity receives satisfactory information from the party seeking the information that reasonable efforts have been made by such party to secure a "qualified protective order." 45 C.F.R. § 164.512(e)(1)(ii). A qualified protective order is one that (A) prohibits the parties from using or disclosing the protected health information for any purpose other than the litigation, and (B) requires the

///

return to the covered entity or destruction of the protected health information at the end of the litigation. 45 C.F.R. § 164.512(e)(1)(v).

The parties stipulate that the Protective Order in this case, *see* Dkt. No. 400, satisfies the requirements of 45 C.F.R. § 164.512(e)(1)(v), and is adequate to protect from public disclosure private information of incarcerated people. The parties further agree that the Court may order the release of HIPAA-protected information pursuant to 45 C.F.R. § 164.512(a).

The Court agrees that the Protective Order in this case constitutes a "qualified protective order" under 45 C.F.R. § 164.512(e)(1)(v) and **ORDERS** that Defendants shall produce protected health information to plaintiffs pursuant to the Protective Order.

Dated: November 9, 2022

*David Leshner*

Hon. David D. Leshner
United States Magistrate Judge