GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California  94709
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:  (858) 677-1400
Facsimile:   (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF PRIVILEGE LOG**<br><br>Judge:  Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set<br><br>**NO HEARING DATE PER DKT. 454** |

[4397689.1]

Case No. 3:20-cv-00406-AJB-DDL

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF PRIVILEGE LOG

1       Plaintiffs Darryl Dunsmore, Andree Andrade, Ernest Archuleta, James Clark,

2   Anthony Edwards, Lisa Landers, Reanna Levy, Josue Lopez, Christopher Nelson,

3   Christopher Norwood, Jesse Olivares, Gustavo Sepulveda, Michael Taylor, and

4   Laura Zoerner ("Plaintiffs") move this Court, pursuant to Federal Rule of Civil

5   Procedure 37(a), for an order compelling production of privilege logs from

6   Defendants San Diego County Sheriff's Department, the County of San Diego, and

7   the San Diego County Probation Department.  Plaintiffs seek an order compelling

8   Defendants to produce a privilege log identifying all responsive documents withheld

9   on the grounds of the attorney-client privilege or work product protection, with the

10  exception of post-complaint communications between outside counsel and their

11  client.

12      The Motion is based on this notice; the accompanying Memorandum of

13  Points and Authorities; the supporting Declaration of Van Swearingen; any evidence

14  and argument presented at any hearing on the motion, and all other papers and

15  pleadings on file in this action.

16

17  DATED:  November 30, 2023       Respectfully submitted,

18                    ROSEN BIEN GALVAN & GRUNFELD LLP

19

20                    By: */s/ Van Swearingen*

21                      Van Swearingen

22                    Attorneys for Plaintiffs

23                    and the Certified Class and Subclasses

24

25

26

27

28