1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600,
3  San Diego, CA 92101-8474
   Tel: 619.814.5800    Fax: 619.814.6799
4
   Elizabeth M. Pappy (SBN 157069)
5  E-mail: epappy@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
6  60 South Market Street, Ste. 1000
   San Jose, CA 95113-2336
7  Tel: 408.606.6300    Fax: 408.606.6333

8  Salayha K. Ghoury (SBN 315392)
   E-mail: sghoury@bwslaw.com
9  BURKE, WILLIAMS & SORENSEN, LLP
   1 California Street, Ste. 3050
10 San Francisco, CA 94111-5432
   Tel: 415.655.8100    Fax: 415.655.8099
11
   Attorneys for Defendants
12 COUNTY OF SAN DIEGO, SAN DIEGO
   COUNTY SHERIFF'S DEPARTMENT and
13 SAN DIEGO COUNTY PROBATION
   DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>        Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**NOTICE OF APPEARANCE**<br><br>Judge Anthony J. Battaglia |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

3:20-CV-00406-AJB-DDL
NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned, Salayha K. Ghoury, of Burke, Williams & Sorensen, LLP, hereby enters her appearance as counsel of record for Defendants COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT in this matter. The undersigned hereby respectfully requests to be added to the docket's list of counsel as attorneys to be noticed.

All further notice and copies of pleadings, papers, and notices should also be directed to and served upon:

>  Salayha K. Ghoury (SBN 315392)
>  Burke, Williams & Sorensen, LLP
>  1 California Street, Suite 3050
>  San Francisco, CA  94111
>  d - 415.655.8149 | t - 415.655.8100 | f - 415.655.8099
>  Email: sghoury@bwslaw.com
>  Email: pmruiz@bwslaw.com

Dated:  November 30, 2023              BURKE, WILLIAMS & SORENSEN, LLP


By: */s/  Salayha K. Ghoury*
  Susan E. Coleman
  Elizabeth M. Pappy
  Salayha K. Ghoury

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

## PROOF OF SERVICE

I, Paola Mendez-Ruiz, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1 California Street, Suite 3050, San Francisco, CA 94111. On November 30, 2023, I served a copy of the within document(s):

**NOTICE OF APPEARANCE (SALAYHA K. GHOURY)**

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

| | |
|---|---|
| Aaron J. Fischer<br>ajf@aaronfischerlaw.com | Christopher M. Young<br>Christopher.Young@us.dlapiper.com |
| Priyah Kaul<br>pkaul@rbgg.com | Hannah M. Chartoff<br>HChartoff@rbgg.com |
| Gay C. Grunfeld<br>GGrunfeld@rbgg.com | Eric Monek Anderson<br>EMonekAnderson@rbgg.com |
| Van Swearingen<br>VSwearingen@rbgg.com | Neal, Isabella<br>Isabella.Neal@us.dlapiper.com |
| | Kiefer, Oliver<br>Oliver.Kiefer@us.dlapiper.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 30, 2023, at San Francisco, California.

_____
Paola Mendez-Ruiz