

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore

**Plaintiff,**

V.

State of California et al

**Defendant.**

**FILED**

12/6/2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. Quinata, Deputy

Civil No. 20-cv-406-AJB-DDL

**STRICKEN DOCUMENT:**

Motion to Intervene and Present Claim FRCP 23(d)(1)(A)(B)

**Per Order #   470**

460