1 | Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
2 | BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
3 | San Diego, CA  92101-8474
Tel:  619.814.5800 Fax:  619.814.6799
4 |
Elizabeth M. Pappy (SBN 157069)
5 | E-mail:  epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
6 | 60 South Market Street, Ste. 1000
San Jose, CA  95113-2336
7 | Tel:  408.606.6300 Fax:  408.606.6333
8 | Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
9 | COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
10 | DEPARTMENT

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **NOTICE OF WITHDRAWAL OF DKT. NOS. [461] AND [462]** <br><br> Judge:   Anthony J. Battaglia <br><br> Magistrate Judge David D. Leshner |
| --- | --- |

27 | / / /

28 | / / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4888-2056-3094 v1

1

Case No. 3:20-cv-00406-AJB-DDL
NOTICE OF WITHDRAWAL OF DKT. NOS.
[461] AND [462

1      TO THE HONORABLE ANTHONY J. BATTAGLIA:

2      Defendants hereby withdraw Docket Nos. 461 and 462, filed December 8,

3 2023, under incorrect signature.

4 Dated: December 11, 2023           BURKE, WILLIAMS & SORENSEN, LLP

5

6

7                        By:       */s/ Elizabeth M. Pappy*

8                             Susan E. Coleman

9                             Elizabeth M. Pappy

10                             Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN

11                             DIEGO COUNTY SHERIFF'S
DEPARTMENT and SAN DIEGO

12                             COUNTY PROBATION
DEPARTMENT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4888-2056-3094 v1           2           Case No. 3:20-cv-00406-AJB-DDL
NOTICE OF WITHDRAWAL OF DKT. NOS.
[461] AND [462