GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO SERVE FIVE ADDITIONAL REQUESTS FOR PRODUCTION**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

I, Van Swearingen, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs and the Certified Class and Subclasses. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motion for Leave to Serve Five Additional Requests for Production.

2. On August 31, 2023, I emailed a paralegal in my office, attaching two documents: (1) a draft of Plaintiffs' Fifth Set of Requests for Production of Documents in this matter, and (2) a document titled "draft race claim RFPs.docx," comprising document requests related to Plaintiffs' Ninth Claim regarding racial disparities. In the body of the email, I asked the paralegal to "add in any" requests from "the attached 'race claim RFPs' document" that were not already included in the draft of Plaintiffs' Fifth Set of Requests.

3. The document titled "draft race claim RFPs.docx," includes, among other draft requests:

**REQUEST FOR PRODUCTION NO. xx:**

ALL POLICIES AND PROCEDURES RELATING TO patrol activities by the Sheriff's Department.

**REQUEST FOR PRODUCTION NO. xx:**

ALL POLICIES AND PROCEDURES RELATING TO stops, arrests, and bookings by the Sheriff's Department.

**REQUEST FOR PRODUCTION NO. xx:**

ALL electronic data relating to officer-initiated field contacts (i.e. traffic and pedestrian stops), searches, arrests, use of force, and criminal charges, from January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. xx:**

ALL electronic data relating to criminal incident reports, from

January 1, 2021 to the present.

**REQUEST FOR PRODUCTION NO. xx:**

ALL electronic data relating to calls for service (i.e. 911 calls) and associated dispatch logs, from January 1, 2021 to the present.

4. By sending this email on August 31, 2023, I intended that the above-referenced requests would be added to Plaintiffs' Fifth Set of Requests for Production of Documents and believed that they had been included in the same. However, the above five requests were not copied and pasted into Plaintiffs' Fifth Set of Requests for Production of Documents, which was served on Defendants.

5. On November 30, 2023, after discovering that the above-referenced requests had been accidentally omitted from Plaintiff's Fifth Set of Requests for Production as served, I emailed counsel for Defendants, asking that they accept service of the above-referenced requests. The same day, counsel for Defendants responded to my email, refusing to do so.

6. I understand that the types of data in three of these requests is regularly produced by law enforcement agencies throughout California and the country in response to Freedom of Information Act requests (or requests pursuant to similar state laws such as the California Public Records Act).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 12th day of December, 2023.

*/s/ Van Swearingen*
Van Swearingen