Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.  3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXTEND DEPOSITION, INSPECTION, AND EXPERT DISCOVERY DEADLINES**<br><br>Judge Anthony J. Battaglia<br><br>Magistrate Judge David D. Leshner |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

[4405847.3]

- 1 -

3:20-CV-00406-AJB-DDL
JOINT MOTION TO EXTEND DEPOSITION, INSPECTION, AND EXPERT DISCOVERY

On November 8, 2023, the Court issued an Order Following Discovery Conference requiring that documents responsive to outstanding requests for production must be produced by all parties by not later than December 22, 2023. Dkt. 441.  The same day, the Court entered a Second Scheduling Order Regulating Discovery and Other Pretrial Proceedings ("Scheduling Order").  Dkt. 442.  The Scheduling Order sets deadlines regarding discovery, including that fact discovery must be completed on or before February 15, 2024 and expert discovery must be completed on or before May 3, 2024.  The Scheduling Order further requires that the parties must comply with the disclosure requirements of Federal Rule of Civil Procedure 26(a)(2)(A) through (C) by not later than March 15, 2024, and that any party shall supplement its disclosure regarding contradictory or rebuttal evidence pursuant to Federal Rule of Civil Procedure 26(a)(2)(D) and (E) by not later than April 5, 2024.  The Scheduling Order further requires the parties to file dispositive motions, including those addressing *Daubert* issues, by May 31, 2024.

Despite diligently working to move matters forward on this case, the parties are concerned about their ability to conduct and complete discovery under the current deadlines set by the Court.  Plaintiffs have noticed five individual depositions for January 3-5 and 9-10, 2024; inspections of six Jail facilities for January 15-20, 2024; Fed. Rule Civ. Proc. 30(b)(6) depositions for January 25-26 and 29-31; and additional inspections of Jail facilities on February 7-9, 2024. Defendants have asked that certain of these inspections be moved to other dates to accommodate Jail personnel and defense counsel's schedules, including requesting that inspections not occur on holidays or weekends, and Plaintiffs have informed Defendants that their experts are not available to inspect the Jail on other dates prior to February 16, 2024, without having to arrange a third set of Jail inspections. Defendants have asked for more time to space the time between the depositions and inspections.  Plaintiffs also ask for more time to space the time between production of documents on December 22, 2023, and the timing of the depositions so that

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

[4405847.3]   - 2 -   3:20-CV-00406-AJB-DDL
JOINT MOTION TO EXTEND DEPOSITION,
INSPECTION, AND EXPERT DISCOVERY

Plaintiffs' counsel can adequately organize and review some of the voluminous documents expected to be produced on (or before) the December 22, 2023 deadline, in addition to those which have already been produced.

The parties have met and conferred numerous times about scheduling depositions and inspections both before and since the November 6 and 21, 2023 discovery conferences. The parties are continuing to meet and confer regularly on these issues, which involves coordinating numerous issues and managing the schedules of counsel, witnesses, and experts. At the same time, the parties continue to work to meet other deadlines set by the Court, including to prepare for and attend discovery conferences on December 20 (and potentially December 22) 2023; complete discovery productions by December 22, 2023; meet and confer about Plaintiffs' settlement proposal by December 26, 2023; submit Mandatory Settlement Conference Statements by December 29, 2023; and attend the in-person Mandatory Settlement Conference on January 9, 2024.

Given the number and complexity of issues to be resolved, and the need for depositions and inspections to be completed with sufficient time before the expert discovery deadline, Plaintiffs and Defendants respectfully request that the Court extend the discovery deadlines as follows:

- Extend the time for the parties to complete all depositions and inspections from **February 16, 2024,** to **April 16, 2024**.
- Extend the deadline for the parties to complete expert discovery from **May 3, 2024,** to **June 28, 2024**.
- Extend the deadline for expert disclosures from **March 15, 2024** to **May 10, 2024**, and for expert rebuttals from **April 5, 2024,** to **May 31, 2024**.

- Extend the deadline for the parties to file dispositive motions including those addressing *Daubert* issues from **May 31, 2024,** to **July 26, 2024**.

IT IS SO STIPULATED.

Dated:  December 15, 2023

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan E. Coleman*
Susan E. Coleman

Attorneys for Defendants

Dated:  December 15, 2023

ROSEN BIEN GALVAN & GRUNFELD, LLP
Gay Crosthwait Grunfeld
Van Swearingen
Priyah Kaul
Eric D. Monek Anderson
Hannah Chartoff

DLA PIPER US
Christopher M. Young
Isabella Maria Neal
Oliver M. Kiefer

LAW OFFICE OF AARON J. FISCHER
Aaron J. Fischer

By: */s/ Van Swearingen*
Van Swearingen

Attorneys for the Certified Class and Subclasses

**SIGNATURE CERTIFICATION**

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

Dated:  December 15, 2023

ROSEN BIEN GALVAN & GRUNFELD, LLP

By: */s/ Van Swearingen*
Van Swearingen

Attorneys for the Certified Class and Subclasses