UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-cv-406-AJB-DDL<br><br>**ORDER RE TENTATIVE RULINGS AND ISSUES TO ADDRESS AT DECEMBER 20 DISCOVERY HEARING** |

The Court has reviewed the pleadings and other documents for the discovery hearing on December 20, 2023, and directs the parties to be prepared to discuss the following:

**Plaintiffs' Subpoenas to NaphCare**

Plaintiffs shall address whether they timely raised this discovery dispute given that the subpoenas to NaphCare issued on August 9, 2023, and NaphCare responded on October 2, 2023.

/ / /

/ / /

/ / /

/ / /

**Plaintiffs' Motion to Compel Inspections [Dkt. No. 458]**

The Court's tentative ruling is to grant the motion to compel in part as follows:

1. Plaintiffs may inspect the Central, George Bailey and Las Colinas facilities with their medical, mental health and dental experts for up to four hours per facility.

2. Plaintiffs may inspect the George Bailey, Las Colinas, Vista, South Bay and East Mesa facilities with their ADA, safety and security, and environmental experts for up to eight hours per facility.

3. Plaintiffs may inspect the Central facility with their ADA, safety and security, and environmental experts for up to four hours given Plaintiffs' prior ADA inspection of this facility.

4. Plaintiffs shall have no more than six individuals, including attorneys and experts, attend each inspection.

5. Plaintiffs' experts are permitted to pose questions to employees during the inspections. Defense counsel is permitted to observe all questioning and may "advise County employees as they see fit." *United States v. Erie County, N.Y.*, 2010 WL 986505, at *3 (W.D.N.Y. March 17, 2010). Plaintiffs' counsel may not pose questions to County employees or direct the experts' questioning. *Id.*

6. Plaintiffs' experts and counsel may speak privately with consenting inmates and detainees. *Id.; Alvarez v. Larose*, 2020 WL 5594908, at *11 (S.D. Cal. Sept. 18, 2020).

7. As part of the inspection, Plaintiffs' experts may review with a designated County employee(s) the JIMS system and the tablets provided to detainees for up to two hours total. The County shall determine the location of the review.

8. Defendants will provide floor plans in advance of the inspections. The parties shall address at the hearing the remaining document requested in the notices of inspection.

**Plaintiffs' Motion to Compel Privilege Log [Dkt. No. 456]**

Paragraph 5 of the Pappy Declaration (Dkt. No. 465-1) describes the documents withheld on the basis of privilege.  Plaintiffs shall be prepared to address whether they contend defendants must include all these communications in a privilege log.

**Joint List of Disputes re Written Discovery [Dkt. No. 466]**

Plaintiffs move to compel further responses to approximately 133 requests for production ("RFPs").  The majority of the RFPs are overbroad and are not proportional to the needs of the case. Fed. R. Civ. P. 26(b)(1).  The parties shall be prepared to address RFP Nos. 199, 200, 201 and 202 that appear to seek information pertaining to specific events.

**Plaintiffs' Motion for Leave to Propound Additional RFPs [Dkt No. 467]**

The Court will address this motion at the December 20 hearing after Defendants have an opportunity to respond.

**IT IS SO ORDERED.**

Dated: December 18, 2023

*David Leshner*

Hon. David D. Leshner
United States Magistrate Judge