1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600,
3  San Diego, CA  92101-8474
   Tel:  619.814.5800     Fax:  619.814.6799
4
   Elizabeth M. Pappy (SBN 157069)
5  E-mail:  epappy@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
6  60 South Market Street, Ste. 1000
   San Jose, CA  95113-2336
7  Tel:  408.606.6300     Fax:  408.606.6333

8  Attorneys for Defendants
   COUNTY OF SAN DIEGO, SAN DIEGO
9  COUNTY SHERIFF'S DEPARTMENT and
   SAN DIEGO COUNTY PROBATION
10 DEPARTMENT

11                  UNITED STATES DISTRICT COURT

12                SOUTHERN DISTRICT OF CALIFORNIA

13

14

15 | DARRYL DUNSMORE, ANDREE
   | ANDRADE, ERNEST
   | ARCHULETA, JAMES CLARK,
16 | ANTHONY EDWARDS, LISA
   | LANDERS, REANNA LEVY,
17 | JOSUE LOPEZ, CHRISTOPHER
   | NELSON, CHRISTOPHER
18 | NORWOOD, JESSE OLIVARES,
   | GUSTAVO SEPULVEDA,
19 | MICHAEL TAYLOR, and LAURA
   | ZOERNER, on behalf of themselves
20 | and all others similarly situated,

21            Plaintiffs,

22 v.

23 SAN DIEGO COUNTY SHERIFF'S
   DEPARTMENT, COUNTY OF
24 SAN DIEGO, SAN DIEGO
   COUNTY PROBATION
25 DEPARTMENT, and DOES 1 to 20,
   inclusive,
26
             Defendants.
27

28

Case No.  3:20-cv-00406-AJB-DDL

**NOTICE OF LODGING
CONFIDENTIAL DOCUMENTS
FOR *IN CAMERA* REVIEW**

Hon. David D. Leshner

*IN CAMERA SUBMISSION*

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4864-9635-1384 v1 SD #4870-2866-7667 v1          - 1 -

3:20-CV-00406-AJB-DDL
NOTICE OF LODGING IN CAMERA

1   Defendants COUNTY OF SAN DIEGO, SAN DIEGO COUNTY

2   SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION

3   DEPARTMENT hereby submit for *in camera* review, pursuant to the Court's Order

4   (Dkt. #468), the specified CIRB Reports with the attorney-client privileged

5   communications highlighted for proposed redactions.  The proposed redactions are

6   consistent with the redactions authorized by the Court in *Morton v. County of San*

7   *Diego, et al.*, 21-cv-1428-MMA-DDL, and *Estate of Serna v. County of San Diego*,

8   20-cv-2096-LAB-DDL.

9

10  Dated:  December 20, 2023          BURKE, WILLIAMS & SORENSEN, LLP

11

12                                     By: */s/  Elizabeth M . Pappy*
                                          Susan E. Coleman
13                                        Elizabeth M. Pappy

14                                     Attorneys for Defendants
                                       COUNTY OF SAN DIEGO, SAN DIEGO
15                                     COUNTY SHERIFF'S DEPARTMENT
                                       and SAN DIEGO COUNTY PROBATION
16                                     DEPARTMENT

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4864-9635-1384 v1 SD #4870-2866-7667 v1          - 2 -          3:20-CV-00406-AJB-DDL
                                                               NOTICE OF LODGING IN CAMERA