

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore

**Plaintiff,**

V.

State of California et al

**Defendant.**

FILED
12/26/2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. Quinata, Deputy

Civil No. 20-cv-406-AJB-DDL

**STRICKEN DOCUMENT:**

Motion to Intervene and Present a Claim FRCP 23(d)(1)(B)(i)(ii)(iii)

**Per Order #   482**

481