CLAUDIA G. SILVA, County Counsel (SBN 167868)
BY: FERNANDO KISH, Senior Deputy (SBN 236961)
STEVEN INMAN, Senior Deputy (SBN 227748)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-4713; Fax: (619) 531-6005
E-mail: fernando.kish@sdcounty.ca.gov; steven.inman@sdcounty.ca.gov

Attorneys for Defendant County of San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>    Defendants. | No. 20cv-0406-AJB-DDL<br><br>**NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY**<br><br>Dept.: 4A - Courtroom of the Honorable Anthony J. Battaglia |

**TO: THE CLERK OF THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that Fernando Kish, Senior Deputy County Counsel, is withdrawn as attorney in this case. The Clerk is respectfully requested to update the docket accordingly, so that service is no longer directed to Mr. Kish.

DATED: January 4, 2024    CLAUDIA G. SILVA, County Counsel

    By   *s / Fernando Kish*, Senior Deputy
        E-mail: fernando.kish@sdcounty.ca.gov