GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the Certified
Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RAISE DISPUTES REGARDING PRODUCTION OF INDIVIDUAL MEDICAL AND CUSTODY RECORDS AND RESPONSE TO INTERROGATORY NO. 24**<br><br>Judge: Hon. Anthony J. Battaglia<br>Mag. Judge: Hon. David D. Leshner<br><br>Trial Date: None Set |

(*counsel continued from preceding page*)

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email:  christopher.young@dlapiper.com
  isabella.neal@dlapiper.com
  oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the Certified Class and Subclasses

SUSAN E. COLEMAN (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

ELIZABETH M. PAPPY (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendants

1    On September 1, 2023, Plaintiffs served their Fifth Set of Requests for
2 Production of Documents and Second Set of Interrogatories.  The parties
3 subsequently met and conferred regarding various issues related to the discovery,
4 during which Defendants indicated that Plaintiffs' Requests for Production ("RFPs")
5 in part sought information contained in individual medical and custody records.  The
6 parties have agreed that Defendants will produce a subset of medical and custody
7 records, however, the parties are continuing to meet and confer regarding the criteria
8 to be used to identify these records and the number of records to be produced.  At
9 the parties' January 11, 2024 meet and confer, the parties agreed that Plaintiffs'
10 counsel will review certain "sick call" lists and medication logs recently produced
11 by Defendants to determine which records Plaintiffs want produced and whether
12 Plaintiffs contend they contain sufficient information for Plaintiffs' counsel to
13 identify an adequate sample of specific individuals.  The parties agree that this
14 interim step may allow the parties to satisfy certain of Plaintiffs' RFPs in a manner
15 that reduces  the burden on Defendants of searching through individual files that
16 meet Plaintiffs' criteria and producing burdensome quantities of documents.

17    The parties also discussed Defendants' response to Interrogatory No. 24,
18 which asked Defendants to identify all audits relating to custody operations and
19 health care services at the Jail from January 1, 2020 to the present.  Defendants
20 intend to provide an amended response to this interrogatory.

21    On December 22, 2023, the Court ordered that Plaintiffs file any motion to
22 compel as to Interrogatory No. 24 and/or any of the Requests for Production
23 identified in the parties' joint list of discovery disputes by January 17, 2024, with
24 Defendants' opposition due by January 24, 2024.  Dkt. 478.  The parties agree that a
25 short extension to this deadline is warranted as to the individual medical and
26 custody records and Interrogatory No. 24 only, in the hopes of avoiding further
27 Court involvement.  Accordingly, the parties respectfully ask the Court to extend the
28 deadline to move to compel on the individual medical and custody records and

Interrogatory No. 24 from January 17, 2024 to February 7, 2024, with the deadline for any opposition due on February 14, 2024.

Respectfully submitted,

DATED: January 17, 2024         ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Hannah Chartoff*
Hannah Chartoff

Attorneys for Plaintiffs and the Certified Class and Subclasses

DATED: January 17, 2024         BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Elizabeth M. Pappy*
Elizabeth M. Pappy

Attorneys for Defendants

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filings Procedures Manual Section 2(f)(4), I certify that I have obtained consent of all signatories to the electronic filings of the foregoing document.

DATED: January 17, 2024         ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Hannah Chartoff*
Hannah Chartoff

Attorneys for Plaintiffs and the Certified Class and Subclasses