| | |
|---|---|
| GAY C. GRUNFELD – 121944 | CHRISTOPHER M. YOUNG – 163319 |
| VAN SWEARINGEN – 259809 | ISABELLA NEAL – 328323 |
| PRIYAH KAUL – 307956 | OLIVER KIEFER – 332830 |
| ERIC MONEK ANDERSON – 320934 | DLA PIPER LLP (US) |
| HANNAH M. CHARTOFF – 324529 | 4365 Executive Drive, Suite 1100 |
| ROSEN BIEN | San Diego, California 92121-2133 |
| GALVAN & GRUNFELD LLP | Telephone: (858) 677-1400 |
| 101 Mission Street, Sixth Floor | Facsimile: (858) 677-1401 |
| San Francisco, California 94105-1738 | christopher.young@dlapiper.com |
| Telephone: (415) 433-6830 | isabella.neal@dlapiper.com |
| Facsimile: (415) 433-7104 | oliver.kiefer@dlapiper.com |
| ggrunfeld@rbgg.com | |
| vswearingen@rbgg.com | |
| pkaul@rbgg.com | |
| eanderson@rbgg.com | |
| hchartoff@rbgg.com | |

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITION BY NAPHCARE OF SAN DIEGO LLC**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

[4419011.1]

Case No. 3:20-cv-00406-AJB-DDL

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Darryl Dunsmore, Andree Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Lisa Landers, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, Jesse Olivares, Gustavo Sepulveda, Michael Taylor, and Laura Zoerner, on behalf of themselves and all other similarly situated (collectively, "Plaintiffs"), move this Court, pursuant to Federal Rule of Civil Procedure 45(d)(2), for an order compelling NaphCare of San Diego LLC to produce documents and present a witness for deposition.

This Motion is based on this notice; the accompanying Memorandum of Points and Authorities; the supporting Declaration of Priyah Kaul and its exhibits; any evidence and argument presented at any hearing on the Motion; and all other papers and pleadings on file in this action.

DATED: January 17, 2024

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Priyah Kaul*
Priyah Kaul

Attorneys for Plaintiffs and the Certified Class and Subclasses

[4419011.1]

1

Case No. 3:20-cv-00406-AJB-DDL

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITION BY NAPHCARE OF SAN DIEGO LLC