GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>        Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF JAMES AUSTIN IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSE**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

I, James Austin, declare:

1. I am currently employed by the JFA Institute, a research organization that I founded in 2003. The JFA Institute works in partnership with federal, state, and local government agencies and philanthropic foundations to evaluate criminal justice practices and design research-based policy solutions related to, among other things, prison population modeling and projections, offender risk assessment and classification systems, and parole and probation guidelines.

2. I previously served as the Director of the Institute of Crime, Justice and Corrections at the George Washington University (1999 to 2003); and as the Executive Vice President for the National Council on Crime and Delinquency (1982-1998). From 1970 – 1975, I was employed by the Illinois Department of Corrections at Stateville and Joliet prisons as a correctional sociologist. I received my Ph.D. in sociology from the University of California, at Davis.

3. I have implemented inmate classification systems for juvenile and adult custody in over 30 local and state correctional systems. I have also collaborated with corrections officials in the States of Ohio, Mississippi, Colorado, Georgia, Illinois and New York to reduce the number of prisoners assigned to administrative segregation.

4. I served as an expert in the *Plata et al., v. Brown* case, where the California prison population has been safely and significantly reduced by over 40,000 prisoners. My expert opinions in that matter were cited by the three-judge court's decision, which mandated that the State of California must reduce its prison population. My expert opinions were also cited in the U.S. Supreme Court's decision, *Brown v. Plata*, which affirmed the three-judge court's order mandating a prison population reduction.

5. I have served as the project director of the corrections options technical assistance program of the Bureau of Justice Assistance (BJA), an arm of the US Department of Justice that provides a wide variety of assistance to local jails,

probation, parole, and prison systems. I directed two BJA projects that focused on juveniles in adult correctional facilities and a national assessment of adult and juvenile private correctional facilities.

6. In 1991, I was named by the American Correctional Association as its recipient of the Peter P. Leijins Research Award. In 1999, I received the Western Society of Criminology Paul Tappin award for outstanding contributions in the field of criminology. In 2009, I was the Recipient of the Marguerite Q. Warren and Ted B. Palmer Differential Intervention Award, American Society of Criminology, Corrections and Sentencing Division.

7. I served as the Chair of the National Policy Council for the American Society of Criminology. In 2007, I was appointed to the California Department of Corrections and Rehabilitation Expert Panel on Adult Offender Recidivism Reduction Programs.

8. I have been asked by the attorneys representing the plaintiffs in this action to provide my opinions regarding the policies and practices of the County of San Diego and the San Diego County Sheriff's Department, and their agents as they relate to safety and security of people incarcerated in the San Diego County jail system. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify. I make this declaration based in support of Plaintiff's Motion to Compel Production of Documents and Interrogatory Responses.

9. As part of my analysis of inmate classification systems in various correctional facilities, I routinely analyze a dataset which I refer to as "snapshot data." Snapshot data is a reflection of the current jail population, taken on any day after the request is made, with the following data elements: (1) inmate ID number; (2) inmate's official name (optional); (3) DOB; (4) gender; (5) race/ethnicity; (6) admission date and time; (7) primary charge/offense; (8) if multiple offenses or charges list up to 5 other charges or offenses; (9) current bail amount (total or by

charge); (10) custody level; (11) current classification record (initial or reclassification); (12) current facility, housing unit and bed assignment; (13) all special management flags (e.g., protective custody, gang, juvenile, etc.): (14) is the inmate currently on lockdown status; (15) if yes, date that lockdown began ; (16) if sentenced to jail, sentence length; (17) if sentenced to jail, current release date; (18) if pretrial risk assessment has been completed what is the risk level; (19) mental health care level; and (20) medical care level.

10. Within the last two years, I have received snapshot data from numerous California county jail systems, including Los Angeles, Alameda, Santa Clara, San Francisco, San Joaquin, Contra Costa, Santa Barbara, and Santa Cruz counties. Within the last year, I have received snapshot data from approximately 25-30 other jail systems across the county.

11. In 2014, I received snapshot data from San Diego County in connection with a study I conducted through the JFA Institute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration is executed at San Diego, California this 17th day of January, 2024.

_____
James Austin