GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSE**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

[4422749.1]                                                                                                     Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' MOTION TO FILE UNDER SEAL
DOCUMENTS IN SUPPORT OF NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF
DOCUMENTS AND INTERROGATORY RESPONSE

I, Van Swearingen, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Notice of Motion and Motion to Compel Production of Documents and Interrogatory Response.

2. Plaintiffs seek to seal narrow portions of two documents submitted with Plaintiffs' Motion to Compel Production of Documents and Interrogatory Response and contained within Exhibits JJ and KK to the Declaration of Van Swearingen. In particular, Plaintiffs seek to seal those portions that reflect the names and identifying information of incarcerated people in relation to their medical and mental health histories, conditions, diagnoses, and treatments. Based on my experience representing incarcerated people and my conversations with people incarcerated at the Jail, it is my understanding that disclosure of private medical and mental health information unrelated to the case could embarrass, inconvenience, and otherwise expose to harm the incarcerated people whose records are at issue.

3. However, consistent with the Amended Stipulated Protective Order in this litigation, *see* Dkt. 400, Plaintiffs move to seal the entirety of Exhibits JJ and KK as well as Exhibit NN to the Declaration of Van Swearingen, because all those documents were designated "Confidential" by Defendants.

4. Plaintiffs object to the confidentiality designation of Exhibit NN as well as to the majority of Exhibits JJ and KK. Plaintiffs' counsel reached out to Defendants' counsel by email regarding the confidentiality designations of these documents on January 16, 2024. On January 17, 2024, Defendants' counsel confirmed that, in their view, all three exhibits are confidential.

5. Staff at my firm have confirmed the motion to seal complies with Civil Local Rule 79.2 and Electronic Case Filing Administrative Policies and Procedures

Manual Section 2(j).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Anselmo, California this 17th day of January, 2024.

                               */s/ Van Swearingen*
                               Van Swearingen