

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore, et al

                              **Plaintiff,**

            V.

State of California, et al

                             **Defendant.**

FILED
1/16/2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. Quinata, Deputy

**Civil No.** 20-cv-406-AJB-DDL

**STRICKEN DOCUMENT:**

Motion to Intervene and Present Claim

**Per Order #  496**

492