Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel:  619.814.5800 Fax:  619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail:  epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel:  408.606.6300 Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT
and SAN DIEGO COUNTY
PROBATION DEPARTMENT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DEFENDANTS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE INMATE IDENTIFICATION DOCUMENT UNDER SEAL PURSUANT TO LEAVE OF COURT [DKT. 486]**<br><br>Judge:  Anthony J. Battaglia<br><br>Magistrate Judge David D. Leshner |

Pursuant to Civil Local Rule 79.2, Section 2(j) of the Electronic Case Filing

Administrative Policies and Procedures Manual, Defendants San Diego County

Sheriff's Department, County of San Diego, San Diego County Probation

1 Department hereby submit this motion to file under seal the Inmate Identification

2 information ordered by the Court in its Minute Order issued on January 16, 2016

3 ("Minute Order") [Dkt. 486].

4      The Court, in its Minute Order, granted leave to file this document under seal.

5 [Dkt. 486].

6

7 Dated:  January 18, 2024           BURKE, WILLIAMS & SORENSEN, LLP

8

9           By: */s/ Elizabeth M. Pappy*
             Susan E. Coleman

10              Elizabeth M. Pappy

11           Attorneys for Defendants
          County Of San Diego, San Diego County

12           Sheriff's Department And San Diego
          County Probation Department

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO