Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800      Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300      Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, (Also erroneously sued herein as SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, and SAN DIEGO COUNTY PROBATION DEPARTMENT)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF ELIZABETH M. PAPPY IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE INMATE IDENTIFICATION DOCUMENT UNDER SEAL [DKT. 486]**<br><br>Judge: Anthony J. Battaglia<br>Magistrate Judge David D. Leshner |

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4856-3544-5150 v1

- 1 -

3:20-CV-00406-AJB-DDL
DECLARATION IN SUPPORT OF MOTION
TO FILE DOCUMENTS UNDER SEAL

I, ELIZABETH M. PAPPY, declare as follows:

1. I am an attorney licensed to practice law before this Court, and a Partner with the law firm of Burke, Williams & Sorensen, LLP, counsel of record in this matter for Defendants San Diego County Sheriff's Department, County of San Diego, and San Diego County Probation Department. Unless otherwise stated, the following statements are true of my own personal knowledge, and if called upon to testify, I could and would testify competently thereto.

2. I make this declaration in support of the administrative motion to file under seal under seal the Inmate Identification information ordered by the Court in its Minute Order issued on January 16, 2016 ("Minute Order") [Dkt. 486].

3. The Court, in its Minute Order, granted leave for Defendants to submit the Inmate Identification under seal. [Dkt. 486] The Inmate Identification document submitted by Defendants pursuant to the Minute Order contains private and confidential information.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on January 18, 2024, at San Diego, California.

                               */s/   Elizabeth M. Pappy*
                                    Elizabeth M. Pappy

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4856-3544-5150 v1

- 2 -

3:20-CV-00406-AJB-DDL
DECLARATION IN SUPPORT OF MOTION
TO FILE DOCUMENTS UNDER SEAL