GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' INTERROGATORIES**<br><br>Judge: Hon. Anthony J. Battaglia<br>Mag. Judge: Hon. David D. Leshner<br><br>Trial Date: None Set |

[4424726.2]

Case No. 3:20-cv-00406-AJB-DDL

JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' INTERROGATORIES

1 | (*counsel continued from preceding page*)

2 | CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
3 | OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4 | 401 B Street, Suite 1700
San Diego, California 92101-4297
5 | Telephone: (619) 699-2700
Facsimile: (619) 699-2701
6 | Email:    christopher.young@dlapiper.com
            isabella.neal@dlapiper.com
7 |         oliver.kiefer@dlapiper.com

8 | Attorneys for Plaintiffs and the Certified Class and Subclasses

9 | SUSAN E. COLEMAN (SBN 171832)
10 | E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
11 | 501 West Broadway, Suite 1600
San Diego, California 92101-8474
12 | Tel: 619.814.5800 Fax: 619.814.6799

13 | ELIZABETH M. PAPPY (SBN 157069)
E-mail: epappy@bwslaw.com
14 | BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
15 | San Jose, California 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

16 | Attorneys for Defendants

1  On September 1, 2023, Defendants served their first set of interrogatories on Plaintiffs.  Plaintiffs responded on behalf of only Plaintiff Darryl Dunsmore on November 10, 2023.  On December 22, 2023, the Court issued an order directing Plaintiffs to respond to Defendants' interrogatories with information in the possession of each of the 13 other named Plaintiffs, by January 24, 2024. Dkt. No. 478.

Plaintiffs' counsel has worked diligently to prepare responses to Defendants' interrogatories for the 13 Plaintiffs, and anticipates being able to serve responses for eight of them by the January 24, 2024 deadline.  Plaintiffs' counsel have, however, encountered significant challenges communicating with five of those 13 Plaintiffs in the time required to prepare and serve their interrogatory responses.

Three of the Plaintiffs—Andree Andrade, Michael Taylor, and Gustavo Sepulveda—are incarcerated in California Department of Corrections and Rehabilitation facilities.  Plaintiffs' counsel have corresponded in writing with these Plaintiffs but, due to the nature of their incarceration, corresponding by mail takes longer than with non-incarcerated individuals given the prisons' practices with respect to the transmittal of mail in and out of the facilities.  Plaintiffs' counsel also repeatedly have requested confidential legal calls with these Plaintiffs, but either were scheduled for calls after the January 24, 2024 deadline or are still waiting for the litigation coordinator to schedule the calls.  As a result, Plaintiffs' counsel are unable to prepare and serve interrogatory responses on behalf of these three Plaintiffs by the January 24, 2024 deadline.  The parties respectfully request a two week extension of the Court's January 24, 2024 deadline to allow Plaintiffs' counsel adequate time to communicate with their incarcerated clients.

Plaintiffs' counsel further understands that two of the Plaintiffs—Ernest Archuleta and James Clark—are transient and/or, due to personal circumstances, currently do not have access to a telephone or other device to communicate with counsel in the short amount of time required to respond to the interrogatories.  The

parties respectfully request a four week extension of the Court's January 24 deadline to allow Plaintiffs' counsel adequate time to communicate with their clients whose difficult personal circumstances render communication particularly challenging.

Respectfully submitted,

DATED: January 22, 2024          ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
Van Swearingen

Attorneys for Plaintiffs and the Certified Class and Subclasses

DATED: January 22, 2024          BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Elizabeth M. Pappy*
Elizabeth M. Pappy

Attorneys for Defendants

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filings Procedures Manual Section 2(f)(4), I certify that I have obtained consent of all signatories to the electronic filings of the foregoing document.

DATED: January 22, 2024          ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
Van Swearingen

Attorneys for Plaintiffs and the Certified Class and Subclasses