Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DEFENDANTS' RESPONSE IN SUPPORT OF SEALING RE PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL [DKT. 490]**<br><br>[Filed concurrently with Declaration of Susan E. Coleman] |

Pursuant to Civil Local Rule 79.2, Section 2(j) of the Electronic Case Filing Administrative Policies and Procedures Manual, Defendants San Diego County Sheriff's Department, County of San Diego, San Diego County Probation

Department hereby submit the following Response in Support of Sealing Re Plaintiff's Motion to File Documents Under Seal [Dkt. 490].

### MEMORANDUM OF POINTS AND AUTHORITIES

On January 17, 2024, Plaintiffs filed their Notice of Motion and Motion To File Documents Under Seal In Support Of Plaintiffs' Motion To Compel Production of Documents and Interrogatory Response. [Dkt. 490] Plaintiffs moved to file under seal Exhibits JJ, KK, and NN to the Declaration of Van Swearingen submitted in support of Plaintiffs' Motion to Compel. [Dkt. 489-2]

The documents at issue for Plaintiffs' sealing request are:

- Exhibit JJ - "San Diego Central Jail Watch Commanders Log," which contains medical and other personal information of incarcerated individuals along with identifying information. [Bates numbers SD_704672 to SD_704735]

- Exhibit KK - Spreadsheet reflecting dental sick calls [Bates number SD_727540].

- Exhibit NN - August 20, 2022 email thread among Sheriff's Department staff discussing Deputy shift positions and staffing. [Bates numbers SD_704307 to SD_704308]

[Declaration of Susan E. Coleman ("Coleman Decl."), ¶¶3-4]

Exhibits JJ and KK contain private medical/dental information and other confidential information regarding incarcerated individuals. The documents are also replete with personal identifying information. Defendants join in Plaintiff's request to seal the entirety of Exhibits JJ and KK, or alternatively, redactions for private information and personal identifying information. Notably, Exhibit JJ is

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

2

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' RESPONSE ISO SEALING RE PLAINTIFFS'
MOTION TO FILE DOCUMENTS UNDER SEAL [DKT. 490]

voluminous [Bates numbers SD_704672 to SD_704735] with numerous redactions throughout the document that would be needed, thus, Defendants request that the exhibit, along with Exhibit KK, be sealed in its entirety. [Coleman Decl., ¶5]

Exhibit NN is an August 20, 2022 email thread among Sheriff's Department staff discussing Deputy shift positions and staffing. [Bates numbers SD_704307 to SD_704308]. The document should be placed under seal because it contains confidential, specific information concerning shifts, positions, and numbers of Deputies per team/shift, including locations, which for which public disclosure is not warranted due to the level of specificity involved. Disclosure of this information serves no purpose, especially for a discovery motion. Plaintiffs only submit this Exhibit to maintain to cite "an emergency staffing plan" referenced in one of the emails. [Dkt. 489-1, p. 13 of 17] Thus, to the extent Exhibit NN shall not be ordered filed under seal in its entirety, redactions are appropriate to redact the document, but leave the reference to the emergency staffing plan cited in Plaintiffs' motion. [Coleman Decl., ¶6]

Accordingly, Defendants request that Exhibits JJ, KK, and NN be filed under seal.

Dated: January 24, 2024        BURKE, WILLIAMS & SORENSEN, LLP


By: /s/ Susan E. Coleman
    Susan E. Coleman
    Elizabeth M. Pappy

Attorneys for Defendants
County Of San Diego, San Diego County Sheriff's Department And San Diego County Probation Department

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

3

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' RESPONSE ISO SEALING RE PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL [DKT. 490]