1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600
3  San Diego, California 92101-8474
   Tel: 619.814.5800      Fax: 619.814.6799
4
   Elizabeth M. Pappy (SBN 157069)
5  E-mail: epappy@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
6  60 South Market Street, Suite 1000
   San Jose, California 95113-2336
7  Tel: 408.606.6300      Fax: 408.606.6333

8  Attorneys for Defendants
   COUNTY OF SAN DIEGO, (Also
9  erroneously sued herein as SAN DIEGO
   COUNTY SHERIFF'S DEPARTMENT, and
10 SAN DIEGO COUNTY PROBATION
   DEPARTMENT)
11

12               UNITED STATES DISTRICT COURT

13             SOUTHERN DISTRICT OF CALIFORNIA

14

15 | DARRYL DUNSMORE, ANDREE | Case No. 3:20-cv-00406-AJB-DDL
   ANDRADE, ERNEST ARCHULETA, |
16 | JAMES CLARK, ANTHONY | **DECLARATION OF SUSAN E.**
   EDWARDS, LISA LANDERS, | **COLEMAN IN SUPPORT OF**
17 | REANNA LEVY, JOSUE LOPEZ, | **DEFENDANTS' RESPONSE IN**
   CHRISTOPHER NELSON, | **SUPPORT OF SEALING RE**
18 | CHRISTOPHER NORWOOD, JESSE | **PLAINTIFFS' MOTION TO FILE**
   OLIVARES, GUSTAVO | **DOCUMENTS UNDER SEAL [DKT.**
19 | SEPULVEDA, MICHAEL TAYLOR, | **490]**
   and LAURA ZOERNER, on behalf of |
20 | themselves and all others similarly |
   situated, |
21 |
                 Plaintiffs,
22
           v.
23
   SAN DIEGO COUNTY SHERIFF'S
24 DEPARTMENT, COUNTY OF SAN
   DIEGO, SAN DIEGO COUNTY
25 PROBATION DEPARTMENT, and
   DOES 1 to 20, inclusive,
26
                 Defendants.
27
   ///
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4855-2437-4944 v1          - 1 -
                                      3:20-CV-00406-AJB-DDL
                           DECLARATION IN SUPPORT OF MOTION
                            TO FILE DOCUMENTS UNDER SEAL

1    I, Susan E. Coleman, declare as follows:

2    1.    I am an attorney licensed to practice law before this Court, and a

3    Partner with the law firm of Burke, Williams & Sorensen, LLP, counsel of record

4    in this matter for Defendants San Diego County Sheriff's Department, County of

5    San Diego, and San Diego County Probation Department.  Unless otherwise stated,

6    the following statements are true of my own personal knowledge, and if called upon

7    to testify, I could and would testify competently thereto.

8    2.    I make this declaration in support of sealing Exhibits JJ, KK, and NN,

9    as requested in Plaintiff's Motion to File Documents Under Seal.  [Dkt. 490].

10    3.    On January 17, 2024, Plaintiffs filed their Notice of Motion and

11    Motion To File Documents Under Seal In Support Of Plaintiffs' Motion To Compel

12    Production of Documents and Interrogatory Response.  [Dkt. 490]   Plaintiffs

13    moved to file under seal Exhibits JJ, KK, and NN to the Declaration of Van

14    Swearingen submitted in support of Plaintiffs' Motion to Compel.  [Dkt. 489-2]

15    4.    The documents at issue for Plaintiffs' sealing request are:

16

17    Exhibit JJ - "San Diego Central Jail Watch Commanders Log," which
      contains medical and other personal information of incarcerated
18    individuals along with identifying information.  [Bates numbers
      SD_704672 to SD_704735]
19

20    Exhibit KK - Spreadsheet reflecting dental sick calls [Bates number
      SD_727540].
21

22    Exhibit NN - August 20, 2022 email thread among Sheriff's
      Department staff discussing Deputy shift positions and staffing.
23    [Bates numbers SD_704307 to SD_704308]

24    5.    Exhibits JJ and KK contain private medical/dental information and

25    other confidential information regarding incarcerated individuals.  The documents

26    are also replete with personal identifying information.  Defendants join in

27    Plaintiff's request to seal the entirety of Exhibits JJ and KK, or alternatively,

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4855-2437-4944 v1                    - 2 -

3:20-CV-00406-AJB-DDL
DECLARATION IN SUPPORT OF MOTION
TO FILE DOCUMENTS UNDER SEAL

1  redactions for private information and personal identifying information.  Notably,

2  Exhibit JJ is voluminous [Bates numbers SD_704672 to SD_704735] with

3  numerous redactions throughout the document that would be needed, thus,

4  Defendants request that the exhibit, along with Exhibit KK, be sealed in its entirety.

5        6.        Exhibit NN is an August 20, 2022 email thread among Sheriff's

6  Department staff discussing Deputy shift positions and staffing.  [Bates numbers

7  SD_704307 to SD_704308].  The document should be placed under seal because it

8  contains confidential, specific information concerning shifts, positions, and

9  numbers of Deputies per team/shift, including locations, which for which public

10  disclosure is not warranted due to the level of specificity involved.  Disclosure of

11  this information serves no purpose, especially for a discovery motion.  Plaintiffs

12  only submit this Exhibit to maintain to cite "an emergency staffing plan" referenced

13  in one of the emails.  [Dkt. 489-1, p. 13 of 17]  Thus, to the extent Exhibit NN shall

14  not be ordered filed under seal in its entirety, redactions are appropriate to redact

15  the document, but leave the reference to the emergency staffing plan cited in

16  Plaintiffs' motion.

17        I declare under penalty of perjury under the laws of California and the United

18  States of America that the foregoing is true and correct.

19        Executed on January 24, 2024, at San Diego, California.

20

21                            /s/   Susan E. Coleman
                              Susan E. Coleman
22

23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

4855-2437-4944 v1                    - 3 -

3:20-CV-00406-AJB-DDL
DECLARATION IN SUPPORT OF MOTION
TO FILE DOCUMENTS UNDER SEAL