Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
G. Craig Smith (State Bar No.)
*craig.smith@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Non-Defendant Third-Party,
NAPHCARE OF SAN DIEGO, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-CV-00406-AJB-DDL<br><br>**NAPHCARE OF SAN DIEGO, LLC.'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITION**<br><br>Judge: Hon. Anthony Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Hrg. Date: February 2, 2024<br><br>Trial Date: None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Non-Defendant Third-Party NAPHCARE OF SAN DIEGO, LLC. ("NaphCare") hereby oppose Plaintiffs' Motion to Compel

4873-2654-7233.1

1

**NAPHCARE OF SAN DIEGO, LLC, NOTICE OF OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITION**

Production of Documents and Deposition by NaphCare.

This motion is based on this notice; the accompanying memorandum of points and authorities; the supporting declaration of G. Craig Smith and its exhibits; any evidence and arguments presented at any hearing on the Motion; and all other papers and pleadings on file in this action.

DATED:  January 24, 2024

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:  */s/ G. Craig Smith*
G. Craig Smith
Attorneys for Non-Defendant Third-Party, NAPHCARE OF SAN DIEGO, LLC.

4873-2654-7233.1

2

**NAPHCARE OF SAN DIEGO, LLC, NOTICE OF OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITION**