EXHIBIT "B"

| From: | Priyah Kaul |
|---|---|
| To: | G. Craig Smith |
| Cc: | Van Swearingen; Eugene P. Ramirez; Mark R. Wilson; Angela Thompson; Julie Contreras; Holly Thomas; Robert E. Murphy |
| Subject: | RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena |
| Date: | Thursday, January 4, 2024 10:38:57 AM |
| Attachments: | image001.jpg |
| | image002.jpg |
| | SD_120680 (1).pdf |
| | SD_120686.pdf |

---

Craig,

Please see below for a list of outstanding issues, which in large part consolidates issues we have already raised repeatedly in prior meet and confer calls and correspondence. Absent resolution of these issues, we intend to move to compel.

Below is a list of the types of documents we anticipate may be responsive to our requests that were not produced. Note that this is not an exhaustive list but is intended to try to help NaphCare search for and collect additional responsive documents. If the below documents, including the ones specifically referenced in the contract and identified by Bates number below, do not exist or are no longer in NaphCare's possession, custody, or control, we ask that you please amend the written responses to reflect this.

- **RFP 2:** Additional responsive documents are likely to include internal communications relating to negotiations of contract terms.
- **RFP 5:** Defendants produced to us policies with a "draft" watermark that appear to be similar but not identical to those you produced. I previously sent you the first five pages of one of these documents. Simply re-producing the same five pages, which does not even constitute the complete set of draft policies, is insufficient to fulfill NaphCare's obligations under the subpoena.
- **RFPs 6, 74:** All agendas, meeting minutes, or other follow-up documentation from meetings should be produced, including but not limited to those referenced in NAPHCARE593, 594, and 611-612.
- **RFPs 8, 16-22, 24-27, 34, 44, 56:** These requests seek all documents relating to policies and procedures governing certain issues in the Jail. Responsive documents are likely to include any emails, memoranda, or guidance regarding changes to or clarification of policies and procedures. For example, if a member of the County or NaphCare's staff informs health care staff in writing that a particular drug is no longer on the Jail's formulary, that there has been a recent uptick in patients with a certain kind of medical condition, that a policy requires clarification or further explanation, that particular patients need to be treated in a particular way pursuant to policy, or that people need to aware of specific provisions in the policies and procedures when treating patients. Responsive documents are also likely to include those referenced at NAPHCARE000579, which refers to "Dental Screening and Hygiene Examination Dental Assessments for patients who request dental services for urgent/emergent needs." Note that although we agreed to forgo an ESI process involving negotiation over search terms, we expect relevant NaphCare custodians to search for responsive documents. The attached email and attachment (and NaphCare's internal discussions about it) are an example of the kinds of documents that should have been produced by your client. Please note these documents were produced by Defendants and designated as confidential under the protective order.
- **RFP 9:** Responsive documents may include calculations and analyses concerning caseloads, services provided, the timeliness of care, the adequacy of staffing for the jail's population, the portion of jail population with a medical/dental/mental health issue, the number of patients sent for outside care, and the costs of providing care to the jail population, as well as documents referenced at NAPHCARE597, 599, and 609.
- **RFPs 12-15:** The sick call chart you produced does not appear to show when requests are submitted. Please confirm whether this information is available to NaphCare, including on TechCare or another platform. If not, please amend your written responses to state that you do not have documents with this requested information.
- **RFP 30:** NaphCare did not produce any responsive document regarding the provision of sign language interpretation. If no such document exists, please amend your written responses accordingly.
- **RFPs 33, 35-41:** Responsive documents are likely to include logs or summaries (daily, weekly, etc.) of people

newly housed in mental health care settings and people with mental health concerns who are housed in general population, caseload task lists, audits of such housing determinations, evaluations or analyses of the sufficiency of the mental health housing units, analyses of available housing for such patients, assessments and evaluations used to determine housing placement for people with mental disorders, lists of incarcerated people scheduled to be seen in specialty mental health units on a particular day, memoranda or presentations provided to staff regarding mental health unit placements, data on mental health unit placements, meeting minutes and agendas regarding the provision of mental health care, and suicide prevention information related to housing, as well as documents referenced at NAPCHARE570 and 572, and internal communications relating to the identified issues.

- **RFP 42:** Please confirm whether this information is kept by NaphCare, including whether it is available on TechCare or another platform.  If not, please amend your written responses to state that you do not have documents with this requested information.
- **RFP 57:** Responsive documents are likely to include any guidance, memoranda, or emails regarding the availability of the listed dental care items.
- **RFP 58:** Responsive documents are likely to include referral/tracking logs; patient lists with provider notes; lists of outside care providers that provide care for incarcerated people; guidance provided by those providers regarding admission or the provision of follow-up care; invoices and payment receipts; and lists at regular intervals (daily, weekly, etc) documenting when referrals were made, when a person was transferred, when custody staff transports or accompanies a patient, and when the patient returns; as well as documents referenced at NAPHCARE568 and 569, and internal communications relating to the identified issues.
- **RFP 59:** Please confirm whether this information is kept by NaphCare, including whether it is available on TechCare or another platform.
- **RFP 66:** Responsive documents are likely to include documents showing the minimum number and types of employees intended to work at the Jail, communications with the Defendants regarding staffing requirements/needs, as well as schedules similar to the one referenced at NAPHCARE000608, which shows an "on site digital x-ray service clinic schedule."  Please provide this type of schedule for all other positions at the Jail other than "x-ray service[s]."
- **RFP 68:** Plaintiffs expect that NaphCare has conducted a staffing analysis, i.e., analyze the minimum number of staffing required in each Jail facility.  For example, we request any documents related to negotiations of staffing and compensation, including for Rock Mountain, as referenced at NAPHCARE566.  We also request internal communications relating to the identified issues.
- **RFP 70:** Please provide the license number and government licensing agency/board for all NaphCare employees who have worked in the Jail.
- **RFP 72:** Please confirm that the job descriptions recently produced cover <u>all</u> positions held by any NaphCare employee working in the Jail.
- **RFP 76:** Responsive documents are likely to include cleanliness reports or audits/inspections; medical equipment supply/tool counts; memoranda or emails regarding clinical treatment space, medical administration space, medical storage space and other medical support spaces such as pharmacy, medical records, and medical laboratories; memoranda or emails regarding the availability of confidential spaces or bed space in medical units, and waiting lists for beds in medical units.
- **RFP 83:** You produced the contract with the Sheriff's Department and the Electronic Medical Records Systems Agreement, but there is no indication of all systems actually used.
- **RFP 85:** We expect additional responsive documents exist, in part due to the many references to monitoring and auditing in the NaphCare contract, including at NAPHCARE594, 595, and 598.  Additional responsive documents are likely to include internal communications relating to monitoring and auditing.
- **RFP 88:** We expect additional documents exist, including screenshots and printouts of screens in TechCare as referenced in NAPHCARE565.

Further, while we appreciate the production of more user-friendly versions of certain of the documents, we maintain our request that you produce unredacted, native (excel) versions of the following documents identified by their beginning Bates numbers:

- NAPHCARE002024 ("Redacted Sick Calls")
- NAPCARE013138 ("Dental Appointments Report")

- NAPHCARE012742 ("San Diego Full Report"). For this document, we requested a sortable version largely for the purposes of creating a single, non-duplicative list of all trainings assigned to NaphCare employees, from which we could identify a sub-set to request training materials. If NaphCare can provide a list of these trainings, without the duplication in this 140+ page chart, that would be acceptable as well.
- NAPHCARE012715 ("San Diego NaphCare Roster")
- NAPHCARE009915 ("Time Detail Report")
- NAPHCARE015478 ("Dental Extractions")

The most recent production included three documents called "Protocols." Each of these had a list of medical symptoms/conditions. Are there more detailed protocols for each of the listed issues? If so, please produce.

The in-custody death records remain outstanding, and we look forward to receiving the privilege log and declaration to determine next steps.

Please also confirm the name of the new PMK witness you have identified, as well as whether February 2 will work for the deposition. As noted, if we move to compel, that date will need to be moved, but we would like to get something at least tentatively on calendar in the event we are able to resolve the document issues.

Thanks,

Priyah Kaul
Associate Attorney



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

---

**From:** Priyah Kaul
**Sent:** Tuesday, January 2, 2024 10:05 AM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena

Craig – Following up on the below. Are you available to talk this afternoon or tomorrow morning?

Thanks,

Priyah Kaul
Associate Attorney



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)

(415) 433-7104 (fax)
pkaul@rbgg.com

---

**From:** Priyah Kaul
**Sent:** Friday, December 29, 2023 10:45 AM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena

Thanks Craig. How about Tuesday at 11am for a call?

You represented at the hearing that there was not a "substantial amount" that NaphCare intended to produce but had not produced yet. But I'm glad to receive today's production and continue to meet-and-confer regarding outstanding requests. We also look forward to receiving the detailed privilege log and hopefully resolving the patient privacy objection.

Attached is the court's order following the discovery conference.

Priyah Kaul
Associate Attorney



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

---

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Friday, December 29, 2023 9:24 AM
**To:** Priyah Kaul <pkaul@rbgg.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena

[EXTERNAL MESSAGE NOTICE]

Hi Priyah-

Thank you for the email. I am available Tuesday for a further meet and confer conference. What time are you available?

The joint motion is a likely resolution for production of the un-redacted documents and production of records in native format i.e. the excel version. I will forward the draft to my client and work to have a substantive response as to whether we agree to proceed on Tuesday.

Importantly, I didn't represent that a supplemental production would not be significant. We are cooperating to

produce existing documents. Enclosed on the below link is NaphCare's supplemental production. I am available to meet and confer Tuesday regarding the outstanding requests and will clarify what does not exist for production. We similarly would like to conclude the production of documents and have a shared interest in finalizing this without the need for motion practice.

With respect to the death reviews, the County does not invite NaphCare to attend and we have no responsive documents. The only records that exist are internal records done at the direction of counsel, with counsel present, and in anticipation of litigation. My client has been working on preparing a detailed privilege log and declaration as to the process so you can further analyze our assertion and understand that indeed the records are privileged.

Please let me know when an order of the Court issues regarding the IDC as I am not on the ECF notification.

https://manningkass.sendsafely.com/receive/?thread=R3C8-Z58M&packageCode=rvRXmg9LFX0ivRkjcoP0Pfsy8ifQwGz48yHcllqfP9Q#keyCode=CummXCh7S-WrhLwFr4wll0Qh-iVDXtF8fnjwXtqtj7c

Best Regards,

**G. Craig Smith**
Partner



695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Priyah Kaul <pkaul@rbgg.com>
**Sent:** Thursday, December 28, 2023 9:33 PM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena

Craig,

Hope you had a nice holiday. Following last week's discovery conference, I wanted to touch base on two issues.

First, attached is a draft joint motion for production of documents under the protective order, and a draft proposed order, which confirms that the protective order in this case is HIPAA-compliant and allows for the production of unredacted patient information by NaphCare. This is nearly identical to the joint motion we entered into with Defendants, who raised the same patient privacy concerns as NaphCare. I sent you the Court's order granting our

joint motion with defendants prior to the discovery conference.  We hope you will consider this approach to avoid motion practice on redacted documents.

Second, are you available to meet and confer on Tuesday regarding unresolved document requests?  At the conference, you represented that additional documents would be produced shortly, but that the production would not be significant.  If NaphCare is not producing, at a minimum, the documents listed in my prior meet and confer emails, we would like to understand the basis for withholding.

Thanks,

Priyah Kaul
Associate Attorney



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

---

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Thursday, December 14, 2023 3:37 PM
**To:** Priyah Kaul <pkaul@rbgg.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

[EXTERNAL MESSAGE NOTICE]

Good afternoon-

I have one addition to defendants portion in red below.  With this addition you have our permission to send to Chambers.


**G. Craig Smith**
Partner



695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged.
The information transmitted in or with this message is intended only for the person or entity to which it is addressed and

may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Priyah Kaul <pkaul@rbgg.com>
**Sent:** Thursday, December 14, 2023 3:03 PM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

Craig – Thanks for the call just now.  As discussed, below is a slightly revised draft of the email, with our edits highlighted.  If this is okay with you, I will send to chambers, copying everyone on this email thread as well as defendants' counsel, and attaching the relevant subpoenas and responses.

***

To the Chambers of Judge Leshner:

We represent the Plaintiffs in *Dunsmore et al. v County of San Diego et al.*, Case No. 3:20-cv-00406-AJB-DDL.  A dispute has arisen between Plaintiffs and non-party NaphCare of San Diego LLC ("NaphCare") regarding NaphCare's responses to Plaintiffs' subpoenas for the production of documents and deposition testimony, which are attached.  After attempting to meet and confer, we would like to request a conference with the Court pursuant to Chambers Rule III(C).  Please see below for additional information as required under the Rule.

**(1) Proposed times mutually agreed upon by the parties for the conference**

December 19, 2023, 9:00 am to 10 am or 11:30 am to 5 pm
December 21, 2023, 9:00 am to 12 pm

If the above times do not work for the Court, please let us know, and we will propose additional mutually agreed upon dates and times.

**(2) Neutral statement of the dispute**

On August 10, 2023, Plaintiffs served NaphCare with a subpoena for the production of documents by September 8, 2023 related to NaphCare's contract, employees, policies, procedures, and provision of health care services in the Jail; as well as a deposition subpoena noticing a deposition for September 20, 2023.  On August 31, 2023, Plaintiffs agreed to extend the time for NaphCare to produce documents to September 22, 2023, and agreed to push back the deposition to a mutually-agreeable date in late September or early October.  To facilitate the production, on September 21, 2023, the parties and NaphCare filed a joint motion seeking to amend the protective order in the case to incorporate NaphCare.  Dkt. 397.  The Court entered the amended stipulated protective order on September 27, 2023.  Dkt. 400.  On September 29, 2023, in response to Plaintiffs' 87 document requests, NaphCare produced approximately 60 documents, totaling 15,428 pages.  Pursuant to a stipulation of the parties, on October 2, 2023, NaphCare served written responses to the document subpoena.

Plaintiffs challenged the completeness and adequacy of the production and responses while attempting to clarify the scope and meaning of the requests, and Plaintiffs and NaphCare continued to meet-and-confer in an effort to resolve their outstanding disputes.  On November 16, 2023, NaphCare provided Plaintiffs with a supplemental production consisting of four documents. On December 13, 2023, NaphCare provided Plaintiffs with a supplemental production consisting of eight documents.  The total production to date consists of 16,624 pages, some of which are a re-production of documents already produced.  Plaintiffs and NaphCare are now at an impasse on the following issues:

- Plaintiffs object to the completeness of NaphCare's responses to the majority of Plaintiffs' document requests.

NaphCare does not object to supplementing its productions  however, Plaintiffs and NaphCare are at a dispute regarding the timing and scope of the supplemental production.

- NaphCare objects on patient privacy grounds to producing unredacted documents with the names and booking numbers of incarcerated persons that were produced by NaphCare prior to this Court's class certification Order, due to the inability to determine if the persons are Class members.

- NaphCare objects on privilege grounds to the production of its internal Corporate-level in-custody death records.  NaphCare responded with a privilege log stating that "[a]ll in custody death reviews are done at the direction of responding party's counsel and all meetings are attended by counsel.  Plaintiffs have requested a more detailed privilege log listing the withheld documents, which it has not received, and further objects to the withholding of these documents.  NaphCare agrees to provide a more detailed privilege log and is in the process of drafting said log.

**(3) One sentence describing each party's position**

Plaintiffs' position:  NaphCare's delay and untimely objections to producing all responsive documents, which in turn has delayed the scheduling of a critical deposition, is harming Plaintiffs' ability to prosecute their claims; NaphCare can produce unredacted copies of records as it has already agreed to the HIPAA-qualified protective order entered in this case.

NaphCare's position:  NaphCare objects to producing unredacted documents which contain private patient health information without an ability to determine if the patient is a class member, and objects to producing documents related to its internal Corporate-level in-custody death reviews based on applicable privileges, including attorney work-product and attorney-client privileges. NaphCare timely asserted objections and privileges pursuant to a stipulation of the parties reached in September of 2023 that in lieu of a motion to quash NaphCare may assert objections/privileges to the requests for production.

Priyah Kaul
Associate Attorney



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

---

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Thursday, December 14, 2023 2:01 PM
**To:** Priyah Kaul <pkaul@rbgg.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

[EXTERNAL MESSAGE NOTICE]

Good afternoon-

Below is our proposed version to chambers.  I think we need to include County Counsel on this.

To the Chambers of Judge Leshner:

We represent the Plaintiffs in *Dunsmore et al. v County of San Diego et al.*, Case No. 3:20-cv-00406-AJB-DDL. A dispute has arisen between Plaintiffs and non-party NaphCare of San Diego LLC ("NaphCare") regarding NaphCare's responses to Plaintiffs' subpoenas for the production of documents and deposition testimony. After attempting to meet and confer, we would like to request a conference with the Court pursuant to Chambers Rule III(C). Please see below for additional information as required under the Rule.

**(1) Proposed times mutually agreed upon by the parties for the conference**

December 19, 2023, 9:00 am to 10 am or 11:30 am to 5 pm
[We have another discovery conference before Judge Leshner on December 20, and I anticipate he may not have time for this as well. Do you have any availability at all on December 18? If not, do you have availability on December 21?]

If the above times do not work for the Court, please let us know, and we will propose additional mutually agreed upon dates and times.

**(2) Neutral statement of the dispute**

On August 10, 2023, Plaintiffs served NaphCare with a subpoena for the production of documents by September 8, 2023 related to NaphCare's contract, employees, policies, procedures, and provision of health care services in the Jail; as well as a deposition subpoena noticing a deposition for September 20, 2023. On August 31, 2023, Plaintiffs agreed to extend the time for NaphCare to produce documents to September 22, 2023, and agreed to push back the deposition to a mutually-agreeable date in late September or early October. To facilitate the production, on September 21, 2023, the parties and NaphCare filed a joint motion seeking to amend the protective order in the case to incorporate NaphCare. Dkt. 397. The Court entered the amended stipulated protective order on September 27, 2023. Dkt. 400. On September 29, 2023, in response to Plaintiffs' 87 document requests, NaphCare produced approximately 60 documents, totaling 15,428 pages. Pursuant to a stipulation of the parties, on October 2, 2023, NaphCare served written responses to the document subpoena.

Plaintiffs challenged the completeness and adequacy of the production and responses while attempting to clarify the scope and meaning of the requests, and Plaintiffs and NaphCare continued to meet-and-confer in an effort to resolve their outstanding disputes. On November 16, 2023, NaphCare provided Plaintiffs with a supplemental production consisting of four documents. On December 13, 2023 NaphCare provided Plaintiffs with a supplemental production consisting of eight documents. The total production to date consists of 16,624 pages. Plaintiffs and NaphCare are now at an impasse on the following issues:

- Plaintiffs object to the completeness of NaphCare's responses to the majority of Plaintiffs' document requests. NaphCare does not object to supplementing its productions however, Plaintiffs and NaphCare are at a dispute regarding the timing and scope of the supplemental production.
- NaphCare objects on patient privacy grounds to producing unredacted documents with the names and booking numbers of incarcerated persons that were produced by NaphCare prior to this Court's class certification Order, due to the inability to determine if the persons are Class members.
- NaphCare objects on privilege grounds to the production of its internal Corporate-level in-custody death records. NaphCare responded with a privilege log. Plaintiffs have requested a more detailed privilege log listing the withheld documents, which it has not received, and further objects to the withholding of these documents. NaphCare agrees to provide a more detailed privilege log and is in the process of drafting said log.

**(3) One sentence describing each party's position**

Plaintiffs' position: NaphCare's delay in producing all responsive documents in unredacted form, which in turn has delayed the scheduling of a critical deposition, is harming Plaintiffs' ability to prosecute their claims.

NaphCare's position: NaphCare objects to producing unredacted documents which contain private patient health information without an ability to determine if the patient is a class member, and objects to producing documents related to its internal Corporate-level in-custody death reviews based on applicable privileges, including attorney work-product and attorney-client privileges.

**G. Craig Smith**
Partner



695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Thursday, December 14, 2023 11:34 AM
**To:** 'Priyah Kaul' <pkaul@rbgg.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

Good morning-

Our ETA is 2:30 p.m. My client is reviewing and is tied up in meetings until 2:00 p.m. Thank you for your patience. We will be able to forward midafternoon to chambers.

**G. Craig Smith**
Partner



695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Priyah Kaul <pkaul@rbgg.com>
**Sent:** Thursday, December 14, 2023 11:31 AM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>

**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

Craig, checking in on this. Do you have an ETA on your response? Thanks.

Priyah Kaul
Associate Attorney



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

---

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Wednesday, December 13, 2023 12:53 PM
**To:** Priyah Kaul <pkaul@rbgg.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** Re: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

[EXTERNAL MESSAGE NOTICE]

Good afternoon-

I will review and work on our edits/additions and attempt to get this to you this afternoon but have a 1:30 pm appointment.

G. Craig Smith, Esq.
Dictated from I-phone. Thus, please excuse minor grammatical errors or misspellings.

Confidentiality-this message is intended for the review by only the recipients to the message and may contain attorney client confidential communications. If this message was sent to you in error please immediately notify the sender and delete the message.

**G. Craig Smith**
Partner



695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged.
The information transmitted in or with this message is intended only for the person or entity to which it is addressed and
may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the
intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are
hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in
reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us
immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod,
Ramirez, Trester, LLP

On Dec 13, 2023, at 11:58 AM, Priyah Kaul <pkaul@rbgg.com> wrote:

Hi Craig,

Per our conversation yesterday, please see below for a draft email to the Court to initiate an IDC.  We
would appreciate if you could provide your edits and inserts as soon as possible so that we can send this
to the Court today.  For your reference, Magistrate Judge Leshner's chambers rules, which describe his
process for handling discovery disputes, are located here:
https://www.casd.uscourts.gov/judges/leshner/docs/Leshner%20Chambers%20Rules.pdf.

Also, as discussed, I've attached the Court's order on the parties' joint motion regarding the production
of documents covered by the protective order.  Note that it states that the protective order in this case
constitutes a "qualified protective order" under HIPAA and "is adequate to protect from public
disclosure private information of incarcerated people."

I'm available to discuss by phone today if needed.  Thanks.

***

To the Chambers of Judge Leshner:

We represent the Plaintiffs in *Dunsmore et al. v County of San Diego et al.*, Case No. 3:20-cv-00406-
AJB-DDL.  A dispute has arisen between Plaintiffs and third-party NaphCare of San Diego LLC
("NaphCare") regarding NaphCare's responses to Plaintiffs' subpoenas for the production of documents
and deposition testimony.  After attempting to meet and confer, we would like to request a conference
with the Court pursuant to Chambers Rule III(C).  Please see below for additional information as
required under the Rule.

**(1) Proposed times mutually agreed upon by the parties for the conference**

December 19, 2023, 9:00 am to 10 am or 11:30am to 5 pm
[We have another discovery conference before Judge Leshner on December 20, and I anticipate he may
not have time for this as well.  Do you have any availability at all on December 18?  If not, do you have
availability on December 21?]

If the above times do not work for the Court, please let us know, and we will propose additional
mutually agreed upon dates and times.

**(2) Neutral statement of the dispute**

On August 10, 2023, Plaintiffs served NaphCare with a subpoena for the production of documents
related to NaphCare's provision of health care services in the Jail, as well as a deposition subpoena
noticing a deposition for September 20, 2023.  NaphCare did not timely object.  On August 31, 2023,
Plaintiffs agreed to extend the time for NaphCare to produce documents to September 22, 2023, and
agreed to push back the deposition to a mutually-agreeable date in late September or early October.  To
facilitate the production, on September 21, 2023, the parties and NaphCare filed a joint motion seeking
to amend the protective order in the case to incorporate NaphCare. Dkt. 397.  The Court entered the
amended stipulated protective order on September 27, 2023. Dkt. 400.  On September 29, 2023, in
response to Plaintiffs' 87 document requests, NaphCare produced approximately 60 documents.   On
October 2, 2023, NaphCare served written responses to the document subpoena.  Plaintiffs challenged
the completeness and adequacy of the production and responses, and Plaintiffs and NaphCare continued

to meet-and-confer in an effort to resolve their outstanding disputes. On November 16, 2023, NaphCare provided Plaintiffs with a supplemental production consisting of four documents. Plaintiffs and NaphCare are now at an impasse on the following issues:

1. Plaintiffs object to the completeness of NaphCare's responses to the majority of Plaintiffs' document requests. NaphCare does not object to supplementing its productions with all documents responsive to the requests, however, Plaintiffs and NaphCare are at a dispute regarding the timing of the supplemental production.
2. NaphCare objects on privacy grounds to producing documents with the names and booking numbers of incarcerated persons unredacted, however, may be amenable to doing so should the Court issue an order covering NaphCare similar to the Order Regarding Production of Documents and Responses to Interrogatories Subject to Protective Order, *see* Dkt. 443.
3. NaphCare objects on privilege grounds to the production of in-custody death records. Plaintiffs have requested a detailed privilege log listing the withheld documents, which it has not received, and further objects to the withholding of these documents.

**(3) One sentence describing each party's position**

Plaintiffs' position: NaphCare's delay in producing all responsive documents in unredacted form, which in turn has delayed the scheduling of a critical deposition, is harming Plaintiffs' ability to prosecute their claims.

Defendants' position: [INSERT]


Priyah Kaul
Associate Attorney


<image001.jpg>
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

---

**From:** Priyah Kaul
**Sent:** Monday, December 4, 2023 2:31 PM
**To:** 'G. Craig Smith' <Craig.Smith@manningkass.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; 'Eugene P. Ramirez' <Eugene.Ramirez@manningkass.com>; 'Mark R. Wilson' <Mark.Wilson@manningkass.com>; 'Angela Thompson' <Angela.Thompson@manningkass.com>; 'Julie Contreras' <Julie.Contreras@manningkass.com>; 'Holly Thomas' <Holly.Thomas@manningkass.com>; 'Robert E. Murphy' <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

Craig, further to the below email, can you please provide us with additional deposition dates for the week of 12/18? Thank you.

Priyah Kaul
Associate Attorney


<image001.jpg>
101 Mission Street, Sixth Floor
San Francisco, CA 94105

(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

---

**From:** Priyah Kaul
**Sent:** Wednesday, November 29, 2023 12:41 PM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eugene P. Ramirez
<Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela
Thompson <Angela.Thompson@manningkass.com>; Julie Contreras
<Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E.
Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief
Extension re Pleading Response

Craig,

Per my voicemail yesterday, we are still awaiting substantive responses on the many issues raised in my
prior emails and on our calls.  It has now been approximately four months since we served the
subpoena, and approximately three months that we have been attempting to meet and confer to
resolve issues informally.  At this point, it seems that we are either unable to make meaningful progress
or at an impasse on many of the document requests.  We therefore request that you please all
responsive documents, including all documents discussed in the emails below, by no later than
**December 13** (two weeks from today).  If there are outstanding issues after this date, we intend to raise
them with the Court.

Please let me know if you'd like to discuss by phone.  Thanks.

Priyah Kaul
Associate Attorney

<image001.jpg>
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

---

**From:** Priyah Kaul
**Sent:** Friday, November 17, 2023 5:03 PM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eugene P. Ramirez
<Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela
Thompson <Angela.Thompson@manningkass.com>; Julie Contreras
<Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E.
Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief
Extension re Pleading Response

Craig,

Thanks for the call today and for the supplemental production.

As discussed, the supplemental production does not completely resolve issues #1, 3, and 5 in my email. While we appreciate the more user-friendly versions of certain of the documents, we maintain our request that you produce unredacted, native (excel) versions of the following documents identified by their beginning Bates numbers:

1. NAPHCARE002024 ("Redacted Sick Calls")
2. NAPCARE013138 ("Dental Appointments Report")
3. NAPHCARE012742 ("San Diego Full Report")
4. NAPHCARE012715 ("San Diego NaphCare Roster")
5. NAPHCARE009915 ("Time Detail Report")
6. NAPHCARE015478 ("Dental Extractions")

With respect to redactions, attached is the Court's order appointing my firm as class counsel; class member information need not be redacted from the documents now that they officially are our clients. Further, as to the "Naphcare Master Staff Roster" produced at NAPHCARE015963, what time period does this cover?

During the call, I also clarified that as to issues #2, 4, 5, and 7 in my email, we have attempted to provide you with as much information as possible about the kinds of documents we anticipate exist but have not yet been produced. Our follow-up questions and comments are not intended to be an exhaustive list of responsive documents. On #2 for example, we are not asking for numbers of patients treated in specialty mental health units only; RFPs 33-42 request various documents relating to patients with mental disorders or receiving mental health care in the Jail. We ask that you take another look at the RFPs and produce all responsive documents.

Otherwise, please provide responses regarding the other issues identified in my last email. We would like to square away all outstanding document issues ASAP and proceed with the deposition the week of December 11. Look forward to your updates when we speak on Tuesday afternoon. Thanks.

Priyah Kaul
Associate Attorney

<image001.jpg>
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Thursday, November 16, 2023 1:42 PM
**To:** Priyah Kaul <pkaul@rbgg.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

[EXTERNAL MESSAGE NOTICE]

Good afternoon-

I would like to provide you with the supplemental. This supplemental production includes the dental extraction records; discipline record; and should address 1; 3 and 5 below by providing user friendly staff rosters and time details.

I am available to discuss these issues further tomorrow.

Best Regards,

**G. Craig Smith**
Partner

<image002.jpg>

695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Priyah Kaul <pkaul@rbgg.com>
**Sent:** Wednesday, November 15, 2023 2:42 PM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

Hi Craig,

I am writing to follow up on a number of outstanding issues related to the subpoena.  Please see below, and let me know if you have time for a call this week to discuss; given how much there is to resolve, we think it's important that we speak before the Thanksgiving holiday.

First, we haven't received any supplemental productions or any additional information as promised since your last email.  Please advise as soon as possible on the timeline for this.

Second, below are responses in light blue to the points raised in your email:

1. agreed to provide us with an excel version of the sick call chart. Can you provide the same for the dental appointment chart at Index No. 37 and the report at Index. No 59? I misspoke about being able to provide an excel version as we have been unable to redact the personal identifiers in excel, i.e. the patient/inmate names.  The pdf versions are complete and searchable.  I am working with my paralegal to determine if we can complete redactions within excel but so far have not had any success with this.  To be clear, we requested that these records be produced in native.  To the extent that means excel, in our experience, a document like the sick call spreadsheet can be redacted in excel.  Separately, the format of production for the documents beginning at NAPHCARE012742 ("San Diego Full Report"), NAPHCARE012715 ("San Diego NaphCare

Roster"), and NAPHCARE009915 ("Time Detail Report") are not workable. Specifically, for each of these spreadsheets, not all columns appear on a single page. This means that, for example, that the first row of the spreadsheet often continues hundreds of pages later. Happy to discuss by phone how to correct the formatting so they can be reproduced.

2. RFP 33: This and several other requests ask for documents relating to the housing of incarcerated people with mental disorders. Your responses generally state that you do not have responsive documents. Does your response also mean NaphCare does not have any documents regarding the number of patients it treats in each of the specialty mental health units at the Jail? Naphcare does not have documents that reflect the number of patients treated per housing unit. Understood. However, this and the other requests that seek documents relating to the housing of incarcerated people with mental disorders are broad: they seek documents like, for example, forms, assessments, and evaluations used to determine housing placement for people with mental disorders, lists of incarcerated people scheduled to be seen in specialty mental health units on a particular day, memoranda or presentations provided to staff regarding mental health unit placements, data on mental health unit placements, meeting minutes and agendas regarding the provision of mental health care, and suicide prevention information related to housing. Thus far, your client, which is charged with providing mental health care in the Jail, has produced almost no documents related to the provision of mental health care in the Jail. I'm happy to discuss by phone so that we can determine what may exist that should be produced.

3. RFP 45: How are extractions documented? Presumably some of the dental appointments listed in the chart at Index No. 37 resulted in extractions. Can that type of information be produced by whatever system was used to create the dental appointments chart? Extractions are documented within the patient's chart. However, we have a list of extractions for 2023 that we are bates stamping and will be sending as a supplemental production. We look forward to receiving these documents promptly.

4. RFPs 52, 53, 54, 67, 71: Your response cites employee time details. Which employees are covered by the time details? If it is everyone who works in the Jail, as you mentioned it might be, we likely have the data we need to extrapolate the requested information. But if not, and these are time details for a subset of all employees, we suggest we continue to meet and confer regarding what other responsive information may exist. For example, is there an employee schedule that would provide information about how many days per week NaphCare employees in certain positions are present at the Jail? The County/NaphCare contract contains exhibits with staffing charts; our request encompasses documents showing whether the staffing matrix reflects actual staffing in the Jail. The time details covers NaphCare employees and contractors working at the SD facilities only. However, Naphcare is researching whether there exists any additional responsive records. We look forward to receiving additional responsive documents promptly.

5. RFP 66: Your response cites a San Diego/NaphCare roster. Can you confirm these are all NaphCare employees who have worked at the Jail during the relevant period? Further, the response does not seem complete. We would anticipate there may be information in NaphCare's possession regarding vacant positions, plans to hire, and understaffing in the Jail, which would be responsive to this request regarding "staffing plans." We produced both the time detail reports and the roster. These two documents are not responsive to the issues of vacancies, hiring plans, and understaffing. Please produce such responsive documents as soon as possible. Let me know if we need to meet and confer further as to this outstanding request.

6. RFP 72: Your response cites a San Diego/NaphCare roster, but this does not seem complete. We requested NaphCare's organizational charts. The roster does not clearly convey the chain of command, which is relevant to our claims in the case. Please produce the requested organizational charts. We don't have one an organization chart. The Contract does reference a chain of command. If no organization charts exist, can you please provide job descriptions for each position held by a NaphCare employee at the Jail?

7. RPF 85: Your response states that you do not have documents relating to monitoring and/or auditing of health care provided to incarcerated persons. But in our experience, typically after a death or serious health care incident, the incident is reviewed by health care providers. Please

provide any responsive documents regarding these types of reviews, whether they be memoranda, meeting notes, directives, corrective action, or messages from leadership or management. Naphcare does not have any further audit records. There exists only privileged records regarding in house death review. Naphcare does not participate in death reviews with the County. I am working with Naphcare to obtain more information about this process that supports Naphcare's claim of attorney/client privilege. With respect to death reviews, see our response to #8 below. With respect to other monitoring and/or auditing documents, we expect other documents exist, in part due to the many references to monitoring and auditing in the NaphCare contract. Please see the list at the bottom of this email.

8. In-custody death reviews: We object to the withholding of these documents. That reviews may be "at the direction of counsel" or meetings may be "attended by counsel" cannot be used to shield these documents from disclosure. Death reviews are a medical function, and they are highly relevant to this case. We also have a protective order in place to limit the further disclosure of the records. Can you provide us with additional information about the nature of any reviews performed by NaphCare, including when they are done, who is involved, and any policies/procedures describing how they are conducted, so that we may determine whether we would agree to any limitation or need to raise the issue with the Court? Death reviews are privileged and conducted with and at the direction of Naphcare's chief legal officer in anticipation of potential litigation. There are no non-privileged documents. Again, I am working with Naphcare to provide a narrative as to the process that supports the privilege and would be included in a declaration should we have to get the Magistrate Judge involved. Please provide us with this narrative as soon as possible so that we can meet and confer regarding next steps. Please include in it a discussion of whether you are contending that the morbidity and mortality reviews discussed at NAPHCARE000616-618 are privileged. Note these reviews are supposed to be conducted pursuant to contract, and there is no discussion of legal. Also note that the Magistrate Judge already ordered that Defendants produce death records in their possession over their objections. We also request a detailed privilege log listing the withheld documents. That log should list the full identity of any withheld document including: i. the nature of the document (e.g., letter, memorandum, etc.); ii. date of the document; iii. its title (if any); iv. its authors, addressees, recipients, or parties; v. the identity of any other individuals to whom the document was disseminated and their relationship to Naphcare; vi. whether the document includes any attachments and, if so, a description of the attachments; and vii. its present location and identity of its custodian.

9. Training materials: We agreed to continue to discuss potentially limiting this request. We will get back to you with a proposal for limits. The materials should be able to be produced pursuant to the protective order as well. We will continue to meet and confer, but in order to propose limits, we need the document beginning at NAPHCARE012742 to be produced in a usable format as discussed above.

10. Non-Health Care Related Disciplinary Records: We propose that responsive records be produced with staff names redacted. Please confirm if you are amenable to this approach." NaphCare agrees to redact the staff name within the disciplinary record and produce it. We look forward to receiving these documents promptly.

Third, your email did not respond to one issue I previously raised. As to RFP 2, your response cites the requests for proposals/addendums that were produced, which are not consecutively numbered. Can you confirm that you have produced all responsive documents? Further, the request seeks all documents related to contract negotiations, and other than the proposals/addendums, you have produced emails in which individuals are simply distributing policies. Please produce any other documents, including communications, relating to negotiations of contract terms.

Fourth, we want to follow up on a number of documents and information referenced in the contract between NaphCare and the County. As you can see below, there are a significant number of documents referenced that are responsive to our requests but have not been produced. We request that you produce these documents as soon as possible.

1. NAPHCARE000565: refers to "automated processes" and "protocols … integrated into the TechCare system at all facilities." Please produce screenshots or printouts of these screens in TechCare that "guide nurses through a course of care."

2. NAPHCARE000566: states that the parties will "meet and negotiate appropriate staffing and compensation to meet the needs of the County …. Current pricing and staffing do not encompass any staffing or services provided at RMDF at this time." Please produce any documents related to negotiations of staffing and compensation, including for Rock Mountain.

3. NAPHCARE000568: refers to "annual health assessments" and "transfer screening process." Please produce any related forms and documents. Note that RFP 58 requests all documents regarding health care for incarcerated people who were referred for outside care. No responsive documents were produced other than the health care policies. Given the contract language, please re-evaluate your response to this RFP and produce all responsive documents.

4. NAPHCARE000569: states that patients are provided "educational information" and a "comprehensive packet" related to discharge. It also refers to a "Release/Discharge Summary screen" in TechCare. Please produce these materials provided to patients, as well as screenshots of the relevant TechCare screen.

5. NAPHCARE000570: refers to "screening and comprehensive mental health assessments." Please produce these.

6. NAPHCARE000572: states "Contractor and SDSD Staff shall develop a Suicide Prevention Plan consistent with NCCHC standards." Please produce this plan.

7. NAPHCARE000579: refers to "Dental Screening and Hygiene Examination Dental Assessments for patients who request dental services for urgent/emergent needs." Please produce these screening and assessment forms.

8. NAPHCARE000593: states that "[a] committee shall be established" as part of the "Continuous Quality Improvement (CQI) program." "Findings from this committee shall be reported to SDSD management following each meeting." Please produce documentation of these findings.

9. NAPHCARE000594: states NaphCare will conduct "chart reviews," with "[r]esults/findings to be discussed and shared with SDSD in a protected forum." Please produce documentation of these findings.

10. NAPHCARE000594: states NaphCare will institute a "Medical Audit Committee" that "shall keep meeting minutes and distribute them with an agenda prior to all meetings." Please produce all meeting minutes and agendas, as well as any "reports … submitted to all committee members." Further, in response to RFP 6, you wrote that NaphCare "does not maintain minutes relating to meetings." Given the terms of the contract, we request that you please re-evaluate your response to this RFP and produce all responsive meeting minutes.

11. NAPHCARE000594: states that NaphCare will conduct quarterly medical audits to include: Chart Reviews, Occurrence Screens, Indicator-Driven Reviews, Drug Usage Evaluations, Morbidity and Mortality Review. Please produce these audits.

12. NAPHCARE000595: states that the Continuous Quality Improvement Program will be comprised of Process Quality Improvement Study and Outcome Quality Improvement Study. Please produce any reports from these studies.

13. NAPHCARE000597: states NaphCare "shall work in collaboration with the SDSD to develop and implement key metrics and performance indicators" including "timeliness of care," "triage response time," specialty referral response time," "chronic care management," "preventative care," "grievance types and response types," "suicide and self-harm," "behavioral health ED send outs," "medication errors," "infectious disease," and "health care compliance." Please produce documentation of these metrics and indicators.

14. NAPHCARE000597: refers to "quality assurance studies," "contract compliance reports," "health assessments," "yearly evaluations," and "detoxification numbers," among other "key metrics and performance indicators." Please produce these documents.

15. NAPHCARE000598: refers to "standard management reports" showing the status of "workload, productivity, and patient activity at each facility." It goes on to state that the reports will be "aggregated to form monthly, quarterly, and annual reports that clearly show trends and drive

decision making."  Please produce the monthly, quarterly, and annual reports for the relevant period.

16. NAPHCARE000599: states that "SDSD can build reports within TechCare…."  It provides examples of reports that may be generated, including as to "sick call trends and issues" and "timely completion of sick calls."  Your production included only one TechCare report (NAPHCARE009850).  Please provide us with information about what reports can be built by the Sheriff's Department within TechCare.  If any were generated during the relevant period, please produce them.

17. NAPHCARE000608: shows an "on site digital x-ray service clinic schedule."  Please provide this type of schedule for all other positions at the Jail other than "x-ray service[s]."

18. NAPHCARE000609: refers to "complete statistical reports" that must be generated by NaphCare.  Please produce any such reports.

19. NAPHCARE000611-612: refers to coordination and communication between NaphCare and the Sheriff's Department, including "Service Delivery Meetings with tangible metrics and clear follow-up action items" and "regular Multidisciplinary Collaboration Team (MCT) meetings," for example.  Please produce any agendas, meeting minutes, or other follow-up documentation from meetings referenced in these pages.

Finally, what dates are you available the week of December 11 for the deposition?  I think we will need the extra time to resolve all document issues, including the ones set forth below.  Please also provide us with the name and title of the deponent as discussed.

Priyah Kaul
Associate Attorney

<image001.jpg>
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

---

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Thursday, November 2, 2023 11:41 AM
**To:** Priyah Kaul <pkaul@rbgg.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

[EXTERNAL MESSAGE NOTICE]

Good morning-

Below is our substantive response to the issues you have raised.

1. agreed to provide us with an excel version of the sick call chart. Can you provide the same for the dental appointment chart at Index No. 37 and the report at Index. No 59? I misspoke about being able to provide an excel version as we have been unable to redact the personal identifiers in excel, i.e. the patient/inmate names.  The pdf versions are complete and searchable.  I am working with my paralegal to determine if we can complete redactions

within excel but so far have not had any success with this.

2. RFP 33: This and several other requests ask for documents relating to the housing of incarcerated people with mental disorders. Your responses generally state that you do not have responsive documents. Does your response also mean NaphCare does not have any documents regarding the number of patients it treats in each of the specialty mental health units at the Jail? Naphcare does not have documents that reflect the number of patients treated per housing unit.

3. RFP 45: How are extractions documented? Presumably some of the dental appointments listed in the chart at Index No. 37 resulted in extractions. Can that type of information be produced by whatever system was used to create the dental appointments chart? Extractions are documented within the patient's chart. However, we have a list of extractions for 2023 that we are bates stamping and will be sending as a supplemental production.

4. RFPs 52, 53, 54, 67, 71: Your response cites employee time details. Which employees are covered by the time details? If it is everyone who works in the Jail, as you mentioned it might be, we likely have the data we need to extrapolate the requested information. But if not, and these are time details for a subset of all employees, we suggest we continue to meet and confer regarding what other responsive information may exist. For example, is there an employee schedule that would provide information about how many days per week NaphCare employees in certain positions are present at the Jail? The County/NaphCare contract contains exhibits with staffing charts; our request encompasses documents showing whether the staffing matrix reflects actual staffing in the Jail. The time details covers Naphcare employees and contractors working at the SD facilities only.  However, Naphcare is researching whether there exists any additional responsive records.

5. RFP 66: Your response cites a San Diego/NaphCare roster. Can you confirm these are all NaphCare employees who have worked at the Jail during the relevant period? Further, the response does not seem complete. We would anticipate there may be information in NaphCare's possession regarding vacant positions, plans to hire, and understaffing in the Jail, which would be responsive to this request regarding "staffing plans." We produced both the time detail reports and the roster.

6. RFP 72: Your response cites a San Diego/NaphCare roster, but this does not seem complete. We requested NaphCare's organizational charts. The roster does not clearly convey the chain of command, which is relevant to our claims in the case. Please produce the requested organizational charts. We don't have one an organization chart.  The Contract does reference a chain of command.

7. RPF 85: Your response states that you do not have documents relating to monitoring and/or auditing of health care provided to incarcerated persons. But in our experience, typically after a death or serious health care incident, the incident is reviewed by health care providers. Please provide any responsive documents regarding these types of reviews, whether they be memoranda, meeting notes, directives, corrective action, or messages from leadership or management. Naphcare does not have any further audit records.  There exists only privileged records regarding in house death review.  Naphcare does not participate in death reviews with the County.  I am working with Naphcare to obtain more information about this process that supports Naphcare's claim of attorney/client privilege.

We also propose the parties continue to meet-and-confer regarding the following categories of documents listed in your privilege log:

8. In-custody death reviews: We object to the withholding of these documents. That reviews may be "at the direction of counsel" or meetings may be "attended by counsel" cannot be used to shield these documents from disclosure. Death reviews are a medical function, and they are highly relevant to this case. We also have a protective order in place to limit the further disclosure of the records. Can you provide us with additional information about the nature of any reviews performed by NaphCare, including when they are done, who is involved, and any policies/procedures describing how they are conducted, so that we may

determine whether we would agree to any limitation or need to raise the issue with the Court?  Death reviews are privileged and conducted with and at the direction of Naphcare's chief legal officer in anticipation of potential litigation.  There are no non-privileged documents.  Again, I am working with Naphcare to provide a narrative as to the process that supports the privilege and would be included in a declaration should we have to get the Magistrate Judge involved.

9. Training materials: We agreed to continue to discuss potentially limiting this request. We will get back to you with a proposal for limits. The materials should be able to be produced pursuant to the protective order as well.

10. Non-Health Care Related Disciplinary Records: We propose that responsive records be produced with staff names redacted. Please confirm if you are amenable to this approach." NaphCare agrees to redact the staff name within the disciplinary record and produce it.

I hope to have the supplemental production regarding the extractions to you today.  NaphCare is working on compiling the disciplinary record(s) and is researching issue no. 4 but does not believe there exists any further records.

With respect to deposition dates we are available on December 6 and 7 and have some availability for the following week.

Best Regards,

**G. Craig Smith**
Partner

<image003.jpg>

695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Priyah Kaul <pkaul@rbgg.com>
**Sent:** Thursday, November 2, 2023 10:09 AM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

Thank you.

Priyah Kaul
Associate Attorney

<image001.jpg>
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

---

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Thursday, November 2, 2023 9:55 AM
**To:** Priyah Kaul <pkaul@rbgg.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** Re: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

[EXTERNAL MESSAGE NOTICE]

I will be sending the response to you today and have a supplemental production to go with it that I was waiting on being bates stamped.  Sorry for the short delay.

G. Craig Smith, Esq.
Dictated from I-phone.  Thus, please excuse minor grammatical errors or misspellings.

Confidentiality-this message is intended for the review by only the recipients to the message and may contain attorney client confidential communications.  If this message was sent to you in error please immediately notify the sender and delete the message.

**G. Craig Smith**
Partner

<image004.jpg>

695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

On Nov 2, 2023, at 9:39 AM, Priyah Kaul <pkaul@rbgg.com> wrote:

Hi Craig – When can we expect to receive substantive responses to my October 9 email and proposed deposition dates for early December?  Let me know if it would be helpful to discuss by phone, as we were expecting to receive that information yesterday.  Thanks.

Priyah Kaul
Associate Attorney

<image001.jpg>
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Wednesday, October 25, 2023 2:56 PM
**To:** Priyah Kaul <pkaul@rbgg.com>; Van Swearingen <VSwearingen@rbgg.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

[EXTERNAL MESSAGE NOTICE]

Additionally, we can touch base by phone later this afternoon if that works for you.  I am also available Friday.

**G. Craig Smith**
Partner

<image002.jpg>

695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Wednesday, October 25, 2023 2:41 PM
**To:** 'Priyah Kaul' <pkaul@rbgg.com>; Van Swearingen <VSwearingen@rbgg.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras

<Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>;
Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for
Brief Extension re Pleading Response

Hi Priyah-

I have a meeting with my clients scheduled for today at 3:00 p.m. and expect to have
deposition dates for your shortly thereafter.

**G. Craig Smith**
Partner

<image003.jpg>

695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged.
The information transmitted in or with this message is intended only for the person or entity to which it is addressed and
may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the
intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are
hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in
reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us
immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod,
Ramirez, Trester, LLP

**From:** Priyah Kaul <pkaul@rbgg.com>
**Sent:** Wednesday, October 25, 2023 2:40 PM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>; Van Swearingen
<VSwearingen@rbgg.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson
<Mark.Wilson@manningkass.com>; Angela Thompson
<Angela.Thompson@manningkass.com>; Julie Contreras
<Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>;
Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for
Brief Extension re Pleading Response

Hi Craig,

Following up on the emails below and my earlier voicemail, please let me know when you
available for a call.  We hope that we can continue to work together cooperatively to
resolve the outstanding issues, and I think touching base by phone would be helpful to
keep the meet-and-confers moving in the right direction.  Thanks.

Priyah Kaul
Associate Attorney

<image001.jpg>
101 Mission Street, Sixth Floor
San Francisco, CA 94105

(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

---

**From:** Priyah Kaul
**Sent:** Thursday, October 19, 2023 1:37 PM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>; Van Swearingen <VSwearingen@rbgg.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

Thanks for the update. Please let us know as soon as possible when you have more information about the deposition and documents.

Priyah Kaul
Associate Attorney

<image001.jpg>
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

---

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Thursday, October 19, 2023 1:16 PM
**To:** Priyah Kaul <pkaul@rbgg.com>; Van Swearingen <VSwearingen@rbgg.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

[EXTERNAL MESSAGE NOTICE]

Hi Priyah-

I just received your voice mail. I am working on getting available dates for the PMK deposition and forwarded the correspondence you sent to Naphcare. They are going over it and we will be meeting again to discuss.

Best Regards,

**G. Craig Smith**
Partner

695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Priyah Kaul <pkaul@rbgg.com>
**Sent:** Tuesday, October 17, 2023 10:05 AM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>; Van Swearingen <VSwearingen@rbgg.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

Hi Craig – Following up on the below.  Please advise as soon as you can.  Thanks.

Priyah Kaul
Associate Attorney

<image001.jpg>
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Friday, October 13, 2023 8:28 AM
**To:** Priyah Kaul <pkaul@rbgg.com>; Van Swearingen <VSwearingen@rbgg.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

[EXTERNAL MESSAGE NOTICE]

Good morning-

I will attempt to get a you some firm dates today.

**G. Craig Smith**
Partner

\<image003.jpg\>

695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Priyah Kaul <pkaul@rbgg.com>
**Sent:** Thursday, October 12, 2023 7:43 PM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>; Van Swearingen <VSwearingen@rbgg.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

Hi Craig – Checking in to see if you have any updates on the issues raised below. Are you able to provide proposed deposition dates?

Thanks,

Priyah Kaul
Associate Attorney

\<image001.jpg\>
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

**From:** Priyah Kaul
**Sent:** Monday, October 9, 2023 8:40 PM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>; Van Swearingen <VSwearingen@rbgg.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>

**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response

Craig,

Thanks for the call on Friday.

With respect to depositions, to confirm, your client has identified a witness who they believe can cover all topics in the notice. You will provide us with his name, title, and specific dates the witness/you are available for the deposition this week, with the goal of completing the deposition in the last week of October. The deposition will take place at the noticed address, which is the San Diego office of our co-counsel, DLA Piper. If there is an issue with the witness not being prepared to testify about all topics, we will meet and confer about it.

We also discussed NaphCare's document production. As I flagged on the call, based on our review thus far, we have the following questions and issues regarding the production:

1. RFP 2: Your response cites the requests for proposals/addendums that were produced, which are not consecutively numbered. Can you confirm that you have produced all responsive documents?

2. RFP 11: You agreed to provide us with an excel version of the sick call chart. Can you provide the same for the dental appointment chart at Index No. 37 and the report at Index. No 59?

3. RFP 33: This and several other requests ask for documents relating to the housing of incarcerated people with mental disorders. Your responses generally state that you do not have responsive documents. Does your response also mean NaphCare does not have any documents regarding the number of patients it treats in each of the specialty mental health units at the Jail?

4. RFP 45: How are extractions documented? Presumably some of the dental appointments listed in the chart at Index No. 37 resulted in extractions. Can that type of information be produced by whatever system was used to create the dental appointments chart?

5. RFPs 52, 53, 54, 67, 71: Your response cites employee time details. Which employees are covered by the time details? If it is everyone who works in the Jail, as you mentioned it might be, we likely have the data we need to extrapolate the requested information. But if not, and these are time details for a subset of all employees, we suggest we continue to meet and confer regarding what other responsive information may exist. For example, is there an employee schedule that would provide information about how many days per week NaphCare employees in certain positions are present at the Jail? The County/NaphCare contract contains exhibits with staffing charts; our request encompasses documents showing whether the staffing matrix reflects actual staffing in the Jail.

6. RFP 66: Your response cites a San Diego/NaphCare roster. Can you confirm these are all NaphCare employees who have worked at the Jail during the relevant period? Further, the response does not seem complete. We would anticipate there may be information in NaphCare's possession regarding vacant positions, plans to hire, and understaffing in the Jail, which would be responsive to this request regarding "staffing plans."

7. RFP 72: Your response cites a San Diego/NaphCare roster, but this does not seem complete. We requested NaphCare's organizational charts. The roster does not clearly convey the chain of command, which is relevant to our claims in the case. Please produce the requested organizational charts.

8. RPF 85: Your response states that you do not have documents relating to monitoring

and/or auditing of health care provided to incarcerated persons. But in our experience, typically after a death or serious health care incident, the incident is reviewed by health care providers. Please provide any responsive documents regarding these types of reviews, whether they be memoranda, meeting notes, directives, corrective action, or messages from leadership or management.

We also propose the parties continue to meet-and-confer regarding the following categories of documents listed in your privilege log:

9. In-custody death reviews: We object to the withholding of these documents. That reviews may be "at the direction of counsel" or meetings may be "attended by counsel" cannot be used to shield these documents from disclosure. Death reviews are a medical function, and they are highly relevant to this case. We also have a protective order in place to limit the further disclosure of the records. Can you provide us with additional information about the nature of any reviews performed by NaphCare, including when they are done, who is involved, and any policies/procedures describing how they are conducted, so that we may determine whether we would agree to any limitation or need to raise the issue with the Court?

10. Training materials: We agreed to continue to discuss potentially limiting this request. We will get back to you with a proposal for limits. The materials should be able to be produced pursuant to the protective order as well.

11. Non-Health Care Related Disciplinary Records: We propose that responsive records be produced with staff names redacted. Please confirm if you are amenable to this approach.

Please let me know if you have anything to add to the above. I also suggest we set up another time to meet-and-confer to keep this discovery on track. Are you available to talk and will you be able to discuss the above with your client by next week?

Thanks,

Priyah Kaul
Associate Attorney

<image001.jpg>
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

---

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Friday, September 29, 2023 3:39 PM
**To:** Priyah Kaul <pkaul@rbgg.com>; Van Swearingen <VSwearingen@rbgg.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena - Request for Brief Extension re Pleading Response
**Importance:** High

[EXTERNAL MESSAGE NOTICE]

Good Afternoon-

Below is the link that contains the document production re: subpoena for production of documents served upon NaphCare of San Diego LLC. I am working on the formal responses to each request and identification of corresponding responsive documents i.e. index numbers that correspond with each request. Additionally, I am drafting an index that goes with the responses.

Can you please provide the professional courtesy of an extension until Monday October 2, 2023 to provide the formal pleading response to the request for production of documents. Indeed, the actual production is contained on the link below:

Thank you in advance for this professional courtesy!

https://manningkass.sendsafely.com/receive/?thread=9V12-GR3N&packageCode=Uk21mNOX8dsisxqkyDj6qE0kFGwNgR2QuHX0ldp9Vpg#keyCode=G0olcIU06o-XCGiCZ84Ys9mpB-dSmT_uYcUVuB2JUNY

**G. Craig Smith**
Partner

<image005.jpg>

695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Priyah Kaul <pkaul@rbgg.com>
**Sent:** Wednesday, September 27, 2023 10:21 PM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>; Van Swearingen <VSwearingen@rbgg.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena

Thanks Craig. I'm available for a call tomorrow at 10am to touch base. Telephone would be better than zoom this time, as I may be in transit. What is the best number to reach you?

Priyah Kaul
Associate Attorney

101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

---

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Wednesday, September 27, 2023 2:58 PM
**To:** Van Swearingen <VSwearingen@rbgg.com>; Priyah Kaul <pkaul@rbgg.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson
<Mark.Wilson@manningkass.com>; Angela Thompson
<Angela.Thompson@manningkass.com>; Julie Contreras
<Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>;
Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena [IMAN-
DMS.FID55015]

[EXTERNAL MESSAGE NOTICE]

Good afternoon-

Thank you. We are working on the production and are on schedule for Friday, September
29, 2023. My client is trying to determine what dates work best. I am available tomorrow
morning at 10:00 a.m. if you would like to discuss further.

Best Regards,


**G. Craig Smith**
Partner

<image003.jpg>

695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged.
The information transmitted in or with this message is intended only for the person or entity to which it is addressed and
may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the
intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are
hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in
reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us
immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod,
Ramirez, Trester, LLP

---

**From:** Van Swearingen <VSwearingen@rbgg.com>
**Sent:** Wednesday, September 27, 2023 2:53 PM
**To:** Priyah Kaul <pkaul@rbgg.com>; G. Craig Smith <Craig.Smith@manningkass.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson
<Mark.Wilson@manningkass.com>; Angela Thompson
<Angela.Thompson@manningkass.com>; Julie Contreras
<Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>;
Robert E. Murphy <Robert.Murphy@manningkass.com>

**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena [IMAN-DMS.FID55015]

Hi Craig. The Court entered the protective order earlier today (attached). Please let us know if you require technical assistance on our end for the production. Please let us know about the deposition date as well as when you are available to discuss the requests for which you were going to get more information from your client. Thank you,
Van

**From:** Priyah Kaul <pkaul@rbgg.com>
**Sent:** Monday, September 25, 2023 10:06 AM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>; Van Swearingen <VSwearingen@rbgg.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena

Hi Craig – As we await the Court's entry of the protective order, I wanted to circle back on a few of the other issues you raised below. In general, we are in agreement, subject to a few clarifications:

(2) We continue to think redactions are not necessary given that documents will be produced under the protective order, but we agree that names may be redacted in the first production, and we will meet and confer further if the need for unredacted documents arises.
(5) We agree to continue to meet and confer regarding depositions. When can you get back to us on your client's availability and the number of witnesses who will be designated? I believe we tentatively discussed scheduling depositions for the week of October 16.
(7) We understand that you are objecting to producing certain cost information. We will review the contract and other documents produced, and reserve our right to seek to continue to meet and confer if we would like to pursue the cost information.

It also was my understanding that there were a few requests on which you were going to get more information from your client. Let us know when is a good time to touch base on the status of those.

Thanks,

Priyah Kaul
Associate Attorney

<image001.jpg>
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Thursday, September 21, 2023 10:46 AM

**To:** Priyah Kaul <pkaul@rbgg.com>; Van Swearingen <VSwearingen@rbgg.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson
<Mark.Wilson@manningkass.com>; Angela Thompson
<Angela.Thompson@manningkass.com>; Julie Contreras
<Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>;
Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** Dunsmore (PC) Meet and Confer Efforts re NaphCare Subpoena

[EXTERNAL MESSAGE NOTICE]

Good morning-

     Thank you for engaging in several continual meet and confer discussions regarding
the subject subpoena for records and PMK depositions.

    I want to memorialize our meet and confer efforts and agreements reached to avoid
the necessity of NaphCare filing a motion to quash. Plaintiffs have agreed to the following:

1. The requests do not seek each inmate's individual medical record;
2. Inmate names may be redacted due to privacy concerns;
3. A stipulated protective order has been executed and filed to protected the propriety
   interests of NaphCare and also medical information of third parties and plaintiffs;
4. At the time of first production NaphCare does not need to produce individual
   training materials for each training course, some of which NaphCare contends are
   proprietary in nature and that production would be overly burdensome and
   voluminous. Rather, production of the list of training courses attended by NaphCare
   employees is sufficient at the time of first production. The parties agree to hold open
   reasonable meet and confer effort regarding potential topic areas in which plaintiffs
   may be requesting specific training materials.
5. Plaintiffs will accept a privilege log to protect any attorney client
   communications/privileged documents of NaphCare.
6. We will continue discussions regarding scheduling of the PMK deposition(s) in
   October and are hopeful it can be done in person in San Diego.
7. Additionally NaphCare objects to providing plaintiffs with the costs incurred for
   services as by deduction the request is seeking to determine the profit made by
   NaphCare which is proprietary in nature and irrelevant. NaphCare will be producing
   the contract with San Diego County that evidences that amount the County pays for
   services.

    Importantly, Plaintiffs have agreed that NaphCare does not need to file a motion to
quash to preserve the above objections that were raised and agreements reached related
thereto. To summarize, NaphCare maintains the following objections at the time of
production subject to further meet and confer discussions after production: (1) Attorney
Client Privilege [a privilege log will be provided]; (2) Invasion of privacy of third parties,
including inmates. The requests are agreed to not be seeking each individual record and
NaphCare is permitted to redact inmate names; (3) NaphCare's objection related to
records that are proprietary in nature.

    Has the Court issued the protective order yet or any order related thereto? Do we need
to include the County as a signatory to the stipulation?

    We are working diligently to compile the records responsive to the subpoena, which
will be a voluminous document production. Unfortunately, this process is taking a little
longer than expected. Additionally, without the protective order in place NaphCare is

unable to serve a complete production.

Therefore, NaphCare is respectfully requesting **a one week extension until September 28, 2023** for production of documents. Once, the protective order is in place NaphCare will begin a rolling production of records that it currently has been able to compile.

I look forward to the anticipated ongoing professional and reasonable courtesy in confirming the requested extension of time and the above agreements that have been reached by the parties. I am available this afternoon to discuss.

Best Regards,

**G. Craig Smith**
Partner

<image006.jpg>

695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Priyah Kaul <pkaul@rbgg.com>
**Sent:** Tuesday, September 19, 2023 5:13 PM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>; Van Swearingen <VSwearingen@rbgg.com>
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore v. County of San Diego - check in re NaphCare Subpoena

Craig, are you available later this week for a call to touch base on the status of the requests, including some of those for which you were going to get more information from your client?

Thanks,

Priyah Kaul
Associate Attorney

<image001.jpg>
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)

(415) 433-7104 (fax)
pkaul@rbgg.com

---

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Wednesday, September 13, 2023 11:06 AM
**To:** Van Swearingen <VSwearingen@rbgg.com>
**Cc:** Priyah Kaul <pkaul@rbgg.com>; Eugene P. Ramirez
<Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>;
Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras
<Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>;
Robert E. Murphy <Robert.Murphy@manningkass.com>
**Subject:** Re: Dunsmore v. County of San Diego - check in re NaphCare Subpoena [IMAN-
DMS.FID55015]

[EXTERNAL MESSAGE NOTICE]

I have been able to shift some items around and can meet Thursday at 1.

G. Craig Smith, Esq.
Dictated from I-phone. Thus, please excuse minor grammatical errors or misspellings.

Confidentiality-this message is intended for the review by only the recipients to the
message and may contain attorney client confidential communications. If this message was
sent to you in error please immediately notify the sender and delete the message.

**G. Craig Smith**
Partner

<image003.jpg>

695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged.
The information transmitted in or with this message is intended only for the person or entity to which it is addressed and
may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the
intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are
hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in
reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us
immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod,
Ramirez, Trester, LLP

On Sep 13, 2023, at 9:49 AM, Van Swearingen <VSwearingen@rbgg.com>
wrote:


Hi Craig. You had suggested below that a Thursday meeting would work. If it
no longer does, can we instead meet sometime later today after you meet
with your client? Or can one of the other Manning Kass lawyers on this email
chain take the call on Thursday? We still have not received any documents as
part of a rolling production and have not heard your position on the
protective order. We also need confirmation that the deposition will take
place on October 5 or 6. We understand that you are discussing these issues
with your client but ask that you meet with us later today or tomorrow if

possible. Thank you.
Van

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Wednesday, September 13, 2023 9:32 AM
**To:** Van Swearingen <VSwearingen@rbgg.com>; Priyah Kaul
<pkaul@rbgg.com>; Eugene P. Ramirez
<Eugene.Ramirez@manningkass.com>; Mark R. Wilson
<Mark.Wilson@manningkass.com>; Angela Thompson
<Angela.Thompson@manningkass.com>; Julie Contreras
<Julie.Contreras@manningkass.com>; Holly Thomas
<Holly.Thomas@manningkass.com>; Robert E. Murphy
<Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore v. County of San Diego - check in re NaphCare
Subpoena

| [EXTERNAL MESSAGE NOTICE] |
|---|

I unfortunately cannot confirm tomorrow. I have Friday after 1:30 p.m.
available.


**G. Craig Smith**
Partner
<image002.jpg>

695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Van Swearingen <VSwearingen@rbgg.com>
**Sent:** Wednesday, September 13, 2023 8:25 AM
**To:** Priyah Kaul <pkaul@rbgg.com>; G. Craig Smith
<Craig.Smith@manningkass.com>; Eugene P. Ramirez
<Eugene.Ramirez@manningkass.com>; Mark R. Wilson
<Mark.Wilson@manningkass.com>; Angela Thompson
<Angela.Thompson@manningkass.com>; Julie Contreras
<Julie.Contreras@manningkass.com>; Holly Thomas
<Holly.Thomas@manningkass.com>; Robert E. Murphy
<Robert.Murphy@manningkass.com>
**Subject:** RE: Dunsmore v. County of San Diego - check in re NaphCare
Subpoena

Hi Craig. Can you confirm Thursday at 1pm? Thanks,
Van

**From:** Priyah Kaul <pkaul@rbgg.com>
**Sent:** Tuesday, September 12, 2023 2:07 PM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>; Van Swearingen <VSwearingen@rbgg.com>
**Subject:** RE: Dunsmore v. County of San Diego - check in re NaphCare Subpoena

Does Thursday at 1pm work for a call?

Priyah Kaul
Associate Attorney

<image004.jpg>
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Tuesday, September 12, 2023 1:51 PM
**To:** Priyah Kaul <pkaul@rbgg.com> Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>; Van Swearingen <VSwearingen@rbgg.com>
**Subject:** RE: Dunsmore v. County of San Diego - check in re NaphCare Subpoena

[EXTERNAL MESSAGE NOTICE]

Good afternoon-

I am going to have to re-schedule this meeting. I will be meeting with my client Naphcare tomorrow afternoon and it would be more productive if we spoke on Thursday. I am reviewing the draft stipulated protective order for comment as well.

**G. Craig Smith**
Partner

695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted is or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

-----Original Appointment-----
**From:** Priyah Kaul <pkaul@rbgg.com>
**Sent:** Friday, September 8, 2023 10:16 AM
**To:** G. Craig Smith; Eugene P. Ramirez; Mark R. Wilson; Angela Thompson; Julie Contreras; Holly Thomas; Robert E. Murphy; Van Swearingen
**Subject:** Dunsmore v. County of San Diego - check in re NaphCare Subpoena
**When:** Wednesday, September 13, 2023 9:00 AM-9:30 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** https://us02web.zoom.us/j/89042945937

Priyah Kaul is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://us02web.zoom.us/j/89042945937

Meeting ID: 890 4294 5937

---

One tap mobile
+14086380968,,89042945937# US (San Jose)
+16694449171,,89042945937# US

---

Dial by your location
• +1 408 638 0968 US (San Jose)
• +1 669 444 9171 US
• +1 669 900 6833 US (San Jose)
• +1 719 359 4580 US
• +1 253 205 0468 US
• +1 253 215 8782 US (Tacoma)
• +1 346 248 7799 US (Houston)
• +1 301 715 8592 US (Washington DC)
• +1 305 224 1968 US
• +1 309 205 3325 US
• +1 312 626 6799 US (Chicago)
• +1 360 209 5623 US
• +1 386 347 5053 US
• +1 507 473 4847 US
• +1 564 217 2000 US

- +1 646 876 9923 US (New York)
- +1 646 931 3860 US
- +1 689 278 1000 US

Meeting ID: 890 4294 5937

Find your local number:
https://us02web.zoom.us/u/kF9e15Hkm

_____

<[Dkt 443] Order on Joint Motion re Production of Protected Health Information (Dkt 440), 11-09-2023, 1730-1(4389158.1).pdf>