EXHIBIT "D"

1  Eugene P. Ramirez (State Bar No. 134865)
    *epr@manningllp.com*
2  Craig Smith (State Bar No. 265676)
    *gcs@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Third Party, NAPHCARE
   OF SAN DIEGO LLC

8              **UNITED STATES DISTRICT COURT**

9           **SOUTHERN DISTRICT OF CALIFORNIA,**

10

11 | DARRYL DUNSMORE, ANDREE    Case No. 3:20-cv-00406-AJB-DDL
   | ANDRADE, ERNEST ARCHULETA,
12 | JAMES CLARK, ANTHONY
   | EDWARDS, LISA LANDERS,       *[Assigned to the Honorable District
13 | REANNA LEVY, JOSUE LOPEZ,    Judge Anthony J. Battaglia, Magistrate
   | CHRISTOPHER NELSON,          Judge, David D. Leshner]*
14 | CHRISTOPHER NORWOOD, JESSE
   | OLIVARES, GUSTAVO
15 | SEPULVEDA, MICHAEL TAYLOR,   **NAPHCARE OF SAN DIEGO**
   | and LAURA ZOERNER, on behalf of  **LLC'S PRIVILEGE AND**
16 | themselves and all others similarly  **REDACTION LOGS, IN SUPPORT**
   | situated,                    **OF THIRD PARTY NAPHCARE OF**
17 |                              **SAN DIEGO LLC'S RESPONSE TO**
   |            Plaintiffs,        **SUBPOENA FOR PRODUCTION**
18 |                              **OF DOCUMENTS ISSUED BY**
   |       v.                     **PLAINTIFFS**
19 | SAN DIEGO COUNTY SHERIFF'S
   | DEPARTMENT, COUNTY OF SAN
20 | DIEGO, SAN DIEGO COUNTY
   | PROBATION DEPARTMENT, and
21 | DOES 1 to 20, inclusive,      *Complaint Filed:   01/08/2021*
   |            Defendants.
22

23        Pursuant to Federal Rule of Civil Procedure 45 and 26, NaphCare of San

24 Diego LLC ("Responding Party") submits this NAPHCARE OF SAN DIEGO

25 LLC'S PRIVILEGE AND REDACTION LOGS, IN SUPPORT OF THIRD PARTY

26 NAPHCARE OF SAN DIEGO LLC'S RESPONSE TO SUBPOENA FOR

27 PRODUCTION OF DOCUMENTS ISSUED BY PLAINTIFFS in support of

28 Responding Party's responses and objections to the Subpoena for Production of

4873-2654-7233.1
**PRIVILEGE AND REDACTION LOG IN SUPPORT OF RESPONSE TO SUBPOENA BY PLAINTIFFS**

1 | Documents propounded by Plaintiffs ("Propounding Party").

2

3

4 | DATED: January 5, 2024          **MANNING & KASS**
                                    **ELLROD, RAMIREZ, TRESTER LLP**

5

6

7                                   By: _____/s/ G. Craig Smith_____

8                                        Eugene P. Ramirez

9                                        G. Craig Smith

10                                       Attorneys for NAPHCARE OF SAN
                                         DIEGO LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| NAPH PRIVILEGE 0001 | Agenda | 7/18/22 | Corporate Morbidity & Mortality Review Committee Agenda | Agenda for 7/18/22 meeting presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The Agenda was prepared by Melissa Massengill, Paralegal within NaphCare's legal department, at the direction of Brad Cain, NaphCare's Chief Legal Officer. In light of Mr. Cain's absence, the meeting was chaired by Dr. Jefferey Alvarez, NaphCare's CMO, and was attended by NaphCare corporate providers and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San Diego Patient was on the agenda. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0002 | Presentation | 7/18/22 | Corporate Morbidity & Mortality Review Committee Meeting PowerPoint Slides | Presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The PowerPoint slides were prepared by Melissa Massengill, Paralegal within NaphCare Legal Department, at the direction of Brad Cain, NaphCare's Chief Legal Officer. In light of Mr. Cain's absence, the meeting was chaired by Dr. Jefferey Alvarez, NaphCare's CMO, and was attended by NaphCare corporate providers and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San Diego Patient was discussed during the meeting. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0003 | Meeting Minutes | 7/18/22 | Corporate Morbidity & Mortality | Minutes of meeting held in Birmingham, Alabama, prepared by Melissa Massengill, Paralegal within NaphCare Legal Department, at | Attorney-Client/Attorney Work-Product |

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| | | | Review Committee Meeting Minutes | the direction of Brad Cain, NaphCare's Chief Legal Officer. In light of Mr. Cain's absence, the meeting was chaired by Dr. Jefferey Alvarez, NaphCare's CMO, and was attended by NaphCare corporate providers and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San Diego Patient was discussed at the meeting. | |
| NAPH PRIVILEGE 0004 | HSA Death Summary for Patient E.W. | 7/12/22 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient E.W., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 7/18/22. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0005 | Physician Death Summary for Patient E.W. | 7/6/22 | Physician Death Summary | Death Summary Prepared by Physician related to Patient E.W., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 7/18/22. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0006 | Agenda | 8/15/22 | Corporate Morbidity & Mortality Review Committee Agenda | Agenda for 8/15/22 meeting presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The Agenda was prepared by Melissa Massengill, Paralegal within NaphCare's legal department. The meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate providers and other in-house attorneys who provided legal advice related to anticipated litigation. 3 San Diego Patients were on the agenda. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0007 | Presentation | 8/15/22 | Corporate Morbidity & Mortality | Presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and | Attorney-Client/Attorney Work-Product |

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| | | | Review Committee Meeting PowerPoint Slides | management team attended. The PowerPoint slides were prepared by Melissa Massengill, Paralegal within NaphCare Legal Department. Meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 3 San Diego Patients were on the agenda. | |
| NAPH PRIVILEGE 0008 | Meeting Minutes | 8/15/22 | Corporate Morbidity & Mortality Review Committee Meeting Minutes | Minutes of meeting held in Birmingham, Alabama, prepared by Melissa Massengill, Paralegal within NaphCare Legal Department. Meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 3 San Diego patients were discussed at the meeting. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0009 | HSA Death Summary for Patient V.G. | 7/18/22 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient V.G., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 8/15/22. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0010 | Physician Death Summary for Patient V.G. | 7/14/22 | Physician Death Summary | Death Summary Prepared by Physician related to Patient V.G., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 8/15/22. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0011 | HSA Death Summary for Patient A.S. | 7/26/22 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient A.S., sent to NaphCare's corporate office and legal department for notification of death and in preparation for | Attorney-Client/Attorney Work-Product |

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| | | | | Corporate Morbidity & Mortality Review Committee Meeting of 8/15/22. | |
| NAPH PRIVILEGE 0012 | Physician Death Summary for Patient A.S. | 7/25/22 | Physician Death Summary | Death Summary Prepared by Physician related to Patient A.S., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 8/15/22. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0013 | HSA Death Summary for Patient J.B. | 8/2/22 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient J.B., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 8/15/22. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0014 | Physician Death Summary for Patient J.B. | 7/28/22 | Physician Death Summary | Death Summary Prepared by Physician related to Patient J.B.., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 8/15/22. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0015 | Agenda | 9/19/22 | Corporate Morbidity & Mortality Review Committee Agenda | Agenda for 9/19/22 meeting presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The Agenda was prepared by Melissa Massengill, Paralegal within NaphCare's legal department. The meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate providers and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San Diego Patient was on the agenda. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0016 | Presentation | 9/19/22 | Corporate Morbidity & Mortality Review Committee | Presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The PowerPoint slides were prepared by Melissa Massengill, | Attorney-Client/Attorney Work-Product |

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| | | | Meeting PowerPoint Slides | Paralegal within NaphCare Legal Department. Meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San Diego Patient was on the agenda. | |
| NAPH PRIVILEGE 0017 | Meeting Minutes | 9/19/22 | Corporate Morbidity & Mortality Review Committee Meeting Minutes | Minutes of meeting held in Birmingham, Alabama, prepared by Melissa Massengill, Paralegal within NaphCare Legal Department. Meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San Diego patient was discussed at the meeting. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0018 | HSA Death Summary for Patient M.S. | 8/22/22 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient M.S., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 9/19/22. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0019 | Physician Death Summary for Patient M.S. | 8/19/22 | Physician Death Summary | Death Summary Prepared by Physician related to Patient M.S., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 9/19/22. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0020 | Agenda | 10/17/22 | Corporate Morbidity & Mortality Review Committee Agenda | Agenda for 10/17/22 meeting presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The Agenda was prepared by Melissa Massengill, Paralegal within NaphCare's legal department. The meeting chaired by Brad Cain, NaphCare's | Attorney-Client/Attorney Work-Product |

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| | | | | Chief Legal Officer, and attended by NaphCare corporate providers and other in-house attorneys who provided legal advice related to anticipated litigation. 3 San Diego Patients are on the agenda. | |
| NAPH PRIVILEGE 0021 | Presentation | 10/17/22 | Corporate Morbidity & Mortality Review Committee Meeting PowerPoint Slides | Presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The PowerPoint slides were prepared by Melissa Massengill, Paralegal within NaphCare Legal Department. Meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 3 San Diego Patients were discussed at this meeting. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0022 | Meeting Minutes | 10/17/22 | Corporate Morbidity & Mortality Review Committee Meeting Minutes | Minutes of meeting held in Birmingham, Alabama, prepared by Melissa Massengill, Paralegal within NaphCare Legal Department. Meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 3 San Diego Patients were discussed at this meeting. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0023 | HSA Death Summary for Patient R.D. | 9/19/22 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient R.D., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 10/17/22. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0024 | Physician Death | 9/14/22 | Physician Death Summary | Death Summary Prepared by Physician related to Patient R.D., sent to NaphCare's corporate office and legal department for notification of death and | Attorney-Client/Attorney Work-Product |

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| | Summary for Patient R.D. | | | in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 10/17/22. | |
| NAPH PRIVILEGE 0025 | HSA Death Summary for Patient J.F. | 9/26/22 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient J.F., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 10/17/22. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0026 | Physician Death Summary for Patient J.F. | 9/23/22 | Physician Death Summary | Death Summary Prepared by Physician related to Patient J.F., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 10/17/22. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0027 | HSA Death Summary for Patient R.V. | 10/10/22 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient R.V., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 10/17/22. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0028 | Physician Death Summary for Patient R.V. | 10/11/22 | Physician Death Summary | Death Summary Prepared by Physician related to Patient R.V., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 10/17/22. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0029 | Agenda | 11/21/22 | Corporate Morbidity & Mortality Review Committee Agenda | Agenda for 11/21/22 meeting presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The Agenda was prepared by Melissa Massengill, Paralegal within NaphCare's legal department. The meeting chaired by Brad Cain, NaphCare's | Attorney-Client/Attorney Work-Product |

7

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| | | | | Chief Legal Officer, and attended by NaphCare corporate providers and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San Diego Patient is on the agenda. | |
| NAPH PRIVILEGE 0030 | Presentation | 11/21/22 | Corporate Morbidity & Mortality Review Committee Meeting PowerPoint Slides | Presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The PowerPoint slides were prepared by Melissa Massengill, Paralegal within NaphCare Legal Department. Meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San Diego Patient was discussed at this meeting. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0031 | Meeting Minutes | 11/21/22 | Corporate Morbidity & Mortality Review Committee Meeting Minutes | Minutes of meeting held in Birmingham, Alabama, prepared by Melissa Massengill, Paralegal within NaphCare Legal Department. Meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San Diego Patient was discussed at this meeting | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0032 | HSA Death Summary for Patient A.B. | 11/7/22 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient A.B., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 11/21/22. | Attorney-Client/Attorney Work-Product |

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| NAPH PRIVILEGE 0033 | Physician Death Summary for Patient A.B. | 11/2/22 | Physician Death Summary | Death Summary Prepared by Physician related to Patient A.B., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 11/21/22. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0034 | Agenda | 3/20/23 | Corporate Morbidity & Mortality Review Committee Agenda | Agenda for 3/20/23 meeting presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The Agenda was prepared by Melissa Massengill, Paralegal within NaphCare's legal department. The meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate providers and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San Diego Patient is on the agenda. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0035 | Presentation | 3/20/23 | Corporate Morbidity & Mortality Review Committee Meeting PowerPoint Slides | Presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The PowerPoint slides were prepared by Melissa Massengill, Paralegal within NaphCare Legal Department. Meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San Diego Patient was discussed at this meeting. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0036 | Meeting Minutes | 3/20/23 | Corporate Morbidity & Mortality | Minutes of meeting held in Birmingham, Alabama, prepared by Melissa Massengill, Paralegal within NaphCare Legal Department. | Attorney-Client/Attorney Work-Product |

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| | | | Review Committee Meeting Minutes | Meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San Diego Patient was discussed at this meeting | |
| NAPH PRIVILEGE 0037 | HSA Death Summary for Patient R.S. | 2/22/23 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient R.S., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 3/20/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0038 | Physician Death Summary for Patient R.S. | 2/22/23 | Physician Death Summary | Death Summary Prepared by Physician related to Patient R.S., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 3/20/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0039 | Agenda | 5/15/23 | Corporate Morbidity & Mortality Review Committee Agenda | Agenda for 5/15/23 meeting presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The Agenda was prepared by Melissa Massengill, Paralegal within NaphCare's legal department. The meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate providers and other in-house attorneys who provided legal advice related to anticipated litigation. 2 San Diego Patients were on the agenda. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0040 | Presentation | 5/15/23 | Corporate Morbidity & Mortality Review Committee | Presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The PowerPoint slides were prepared by Melissa Massengill, | Attorney-Client/Attorney Work-Product |

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| | | | Meeting PowerPoint Slides | Paralegal within NaphCare Legal Department. Meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 2 San Diego Patients were discussed at this meeting. | |
| NAPH PRIVILEGE 0041 | Meeting Minutes | 5/15/23 | Corporate Morbidity & Mortality Review Committee Meeting Minutes | Minutes of meeting held in Birmingham, Alabama, prepared by Melissa Massengill, Paralegal within NaphCare Legal Department. Meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 2 San Diego Patients were discussed at this meeting | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0042 | HSA Death Summary for Patient E.F. | 4/17/23 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient E.F., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 5/15/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0043 | Physician Death Summary for Patient E.F. | 4/18/23 | Physician Death Summary | Death Summary Prepared by Physician related to Patient E.F., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 5/15/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0044 | HSA Death Summary for Patient A.P. | 5/5/23 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient A.P., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 5/15/23. | Attorney-Client/Attorney Work-Product |

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| NAPH PRIVILEGE 0045 | Physician Death Summary for Patient A.P. | 5/4/23 | Physician Death Summary | Death Summary Prepared by Physician related to Patient A.P., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 5/15/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0046 | Agenda | 6/19/23 | Corporate Morbidity & Mortality Review Committee Agenda | Agenda for 6/19/23 meeting presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The Agenda was prepared by Melissa Massengill, Paralegal within NaphCare's legal department. The meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate providers and other in-house attorneys who provided legal advice related to anticipated litigation. 2 San Diego Patients were on the agenda. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0047 | Presentation | 6/19/23 | Corporate Morbidity & Mortality Review Committee Meeting PowerPoint Slides | Presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The PowerPoint slides were prepared by Melissa Massengill, Paralegal within NaphCare Legal Department. Meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 2 San Diego Patients were discussed at this meeting. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0048 | Meeting Minutes | 6/19/23 | Corporate Morbidity & Mortality Review Committee | Minutes of meeting held in Birmingham, Alabama, prepared by Honey Lee Walker, Legal Nurse within NaphCare Legal Department. Meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare | Attorney-Client/Attorney Work-Product |

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| | | | Meeting Minutes | corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 2 San Diego Patients were discussed at this meeting | |
| NAPH PRIVILEGE 0049 | HSA Death Summary for Patient M.A. | 5/17/23 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient M.A., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 6/19/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0050 | Physician Death Summary for Patient M.A. | 5/18/23 | Physician Death Summary | Death Summary Prepared by Physician related to Patient M.A., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 6/19/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0051 | HSA Death Summary for Patient R.B. | 5/30/23 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient R.B., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 6/19/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0052 | Physician Death Summary for Patient R.B. | 5/30/23 | Physician Death Summary | Death Summary Prepared by Physician related to Patient R.B., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 6/19/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0053 | Agenda | 7/17/23 | Corporate Morbidity & Mortality Review Committee Agenda | Agenda for 7/17/23 meeting presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The Agenda was prepared by Honey Lee Walker, Legal Nurse within NaphCare's legal department. The meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare | Attorney-Client/Attorney Work-Product |

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| | | | | corporate providers and other in-house attorneys who provided legal advice related to anticipated litigation. 2 San Diego Patients were on the agenda. | |
| NAPH PRIVILEGE 0054 | Presentation | 7/17/23 | Corporate Morbidity & Mortality Review Committee Meeting PowerPoint Slides | Presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The PowerPoint slides were prepared by Honey Lee Walker, Legal Nurse within NaphCare's legal department. Meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 2 San Diego Patients were discussed at this meeting. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0055 | Meeting Minutes | 7/17/23 | Corporate Morbidity & Mortality Review Committee Meeting Minutes | Minutes of meeting held in Birmingham, Alabama, prepared by Honey Lee Walker, Legal Nurse within NaphCare Legal Department. Meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 2 San Diego Patients were discussed at this meeting | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0056 | HSA Death Summary for Patient P.H. | 6/27/23 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient P.H., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 7/17/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0057 | Physician Death | 6/27/23 | Physician Death Summary | Death Summary Prepared by Physician related to Patient P.H., sent to NaphCare's corporate office and legal department for notification of death and | Attorney-Client/Attorney Work-Product |

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| | Summary for Patient P.H. | | | in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 7/17/23. | |
| NAPH PRIVILEGE 0058 | HSA Death Summary for Patient P.O. | 7/10/23 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient P.O., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 7/17/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0059 | Physician Death Summary for Patient P.O. | 7/11/23 | Physician Death Summary | Death Summary Prepared by Physician related to Patient P.O., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 7/17/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0060 | Psychological Autopsy for Patient P.O. | 6/29/23 | Psychological Autopsy | Psychological Autopsy Prepared by NaphCare's San Diego Mental Health Director related to Patient P.O., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 7/17/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0061 | Agenda | 8/21/23 | Corporate Morbidity & Mortality Review Committee Agenda | Agenda for 8/21/23 meeting presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The Agenda was prepared by Honey Lee Walker, Legal Nurse within NaphCare's legal department. The meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate providers and other in-house attorneys who provided legal advice related to anticipated litigation. 3 San Diego Patients were on the agenda, but due to time constraints, discussion of 1 was moved to the September Meeting. | Attorney-Client/Attorney Work-Product |

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| NAPH PRIVILEGE 0062 | Presentation | 8/21/23 | Corporate Morbidity & Mortality Review Committee Meeting PowerPoint Slides | Presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The PowerPoint slides were prepared by Honey Lee Walker, Legal Nurse within NaphCare's legal department. Meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 3 San Diego Patients were on the agenda, but due to time constraints, discussion of 1 was moved to the September Meeting. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0063 | Meeting Minutes | 8/21/23 | Corporate Morbidity & Mortality Review Committee Meeting Minutes | Minutes of meeting held in Birmingham, Alabama, prepared by Honey Lee Walker, Legal Nurse within NaphCare Legal Department. Meeting chaired by Brad Cain, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 3 San Diego Patients were on the agenda, but due to time constraints, discussion of 1 was moved to the September Meeting. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0064 | HSA Death Summary for Patient Z.D. | 7/10/23 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient Z.D., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 8/21/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0065 | Physician Death | 7/10/23 | Physician Death Summary | Death Summary Prepared by Physician related to Patient Z.D., sent to NaphCare's corporate office and legal department for notification of death and | Attorney-Client/Attorney Work-Product |

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| | Summary for Patient Z.D. | | | in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 8/21/23. | |
| NAPH PRIVILEGE 0066 | HSA Death Summary for Patient T.C. | 7/21/23 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient T.C., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 8/21/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0067 | Physician Death Summary for Patient T.C. | 7/21/23 | Physician Death Summary | Death Summary Prepared by Physician related to Patient T.C., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 8/21/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0068 | HSA Death Summary for Patient J.M. | 7/31/23 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient J.M., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 8/21/23. (Carried over to September meeting). | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0069 | Physician Death Summary for Patient J.M. | 7/31/23 | Physician Death Summary | Death Summary Prepared by Physician related to Patient J.M., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 8/21/23. (Carried over to September meeting). | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0070 | Psychological Autopsy for Patient J.M. | 8/1/23 | Psychological Autopsy | Psychological Autopsy Prepared by NaphCare's San Diego Mental Health Director related to Patient P.O., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 8/21/23. (Carried over to September meeting). | Attorney-Client/Attorney Work-Product |

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| NAPH PRIVILEGE 0071 | Agenda | 9/18/23 | Corporate Morbidity & Mortality Review Committee Agenda | Agenda for 9/18/23 meeting presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The Agenda was prepared by Honey Lee Walker, Legal Nurse within NaphCare's legal department. The meeting chaired by Justin Barkley, NaphCare's Chief Legal Officer, and attended by NaphCare corporate providers and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San Diego Patient was on the agenda due to time constraints at the August Meeting. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0072 | Presentation | 9/18/23 | Corporate Morbidity & Mortality Review Committee Meeting PowerPoint Slides | Presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The PowerPoint slides were prepared by Honey Lee Walker, Legal Nurse within NaphCare's legal department. Meeting chaired by Justin Barkley, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San Diego Patient was on the agenda due to time constraints at the August Meeting. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0073 | Meeting Minutes | 9/18/23 | Corporate Morbidity & Mortality Review Committee Meeting Minutes | Minutes of meeting held in Birmingham, Alabama, prepared by Honey Lee Walker, Legal Nurse within NaphCare Legal Department. Meeting chaired by Justin Barkley, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San | Attorney-Client/Attorney Work-Product |

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| | | | | Diego Patient was on the agenda due to time constraints at the August Meeting. | |
| NAPH PRIVILEGE 0074 | Agenda | 10/16/23 | Corporate Morbidity & Mortality Review Committee Agenda | Agenda for 10/16/23 meeting presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The Agenda was prepared by Honey Lee Walker, Legal Nurse within NaphCare's legal department. The meeting chaired by Justin Barkley, NaphCare's Chief Legal Officer, and attended by NaphCare corporate providers and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San Diego Patient was on the agenda. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0075 | Presentation | 10/16/23 | Corporate Morbidity & Mortality Review Committee Meeting PowerPoint Slides | Presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The PowerPoint slides were prepared by Honey Lee Walker, Legal Nurse within NaphCare's legal department. Meeting chaired by Justin Barkley, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San Diego Patient was on the agenda. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0076 | Meeting Minutes | 10/16/23 | Corporate Morbidity & Mortality Review Committee Meeting Minutes | Minutes of meeting held in Birmingham, Alabama, prepared by Honey Lee Walker, Legal Nurse within NaphCare Legal Department. Meeting chaired by Justin Barkley, NaphCare's Chief Legal Officer, and attended by NaphCare corporate clinical team, corporate management, and other in-house attorneys who provided legal | Attorney-Client/Attorney Work-Product |

19

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| | | | | advice related to anticipated litigation. 1 San Diego Patient was on the agenda. | |
| NAPH PRIVILEGE 0077 | HSA Death Summary for Patient K.G. | 9/29/23 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient K.G., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 10/16/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0078 | Physician Death Summary for Patient K.G. | 9/28/23 | Physician Death Summary | Death Summary Prepared by Physician related to Patient K.G., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 10/16/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0079 | Agenda | 12/18/23 | Corporate Morbidity & Mortality Review Committee Agenda | Agenda for 12/18/23 meeting presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The Agenda was prepared by Honey Lee Walker, Legal Nurse within NaphCare's legal department. The meeting chaired by Justin Barkley, NaphCare's Chief Legal Officer, and attended by NaphCare corporate providers and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San Diego Patient was on the agenda. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0080 | Presentation | 12/18/23 | Corporate Morbidity & Mortality Review Committee Meeting PowerPoint Slides | Presentation at meeting held in Birmingham, Alabama, where members of NaphCare's corporate clinical team, legal department and management team attended. The PowerPoint slides were prepared by Honey Lee Walker, Legal Nurse within NaphCare's legal department. Meeting chaired by Justin Barkley, NaphCare's Chief Legal Officer, and attended by NaphCare | Attorney-Client/Attorney Work-Product |

| Document No. | Type | Date | Title | Description | Privilege/Basis |
|---|---|---|---|---|---|
| | | | | corporate clinical team, corporate management, and other in-house attorneys who provided legal advice related to anticipated litigation. 1 San Diego Patient was on the agenda. | |
| NAPH PRIVILEGE 0081 | HSA Death Summary for Patient J.M. | 11/20/23 | HSA Death Summary | Death Summary Prepared by Health Services Administrator related to Patient J.M., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 12/18/23. | Attorney-Client/Attorney Work-Product |
| NAPH PRIVILEGE 0082 | Physician Death Summary for Patient J.M. | 11/14/23 | Physician Death Summary | Death Summary Prepared by Physician related to Patient J.M., sent to NaphCare's corporate office and legal department for notification of death and in preparation for Corporate Morbidity & Mortality Review Committee Meeting of 12/18/23. | Attorney-Client/Attorney Work-Product |

1

**PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

4

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

5

6

7

On January 5, 2024, I served true copies of the following document(s) described as **NAPHCARE OF SAN DIEGO LLC'S PRIVILEGE AND REDACTION LOGS, IN SUPPORT OF THIRD PARTY NAPHCARE OF SAN DIEGO LLC'S RESPONSE TO SUBPOENA FOR PRODUCTION OF DOCUMENTS ISSUED BY PLAINTIFFS** on the interested parties in this action as follows:

8

**SEE ATTACHED SERVICE LIST**

9

10

11

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address angela.thompson@manningkass.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

12

13

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

14

15

Executed on January 5, 2024, at Los Angeles, California.

16

17

18

19

Angela Thompson

20

21

22

23

24

25

26

27

28

1

**SERVICE LIST**
**Dunsmore v. County**
**Case No.**

2

3    Van Swearingen, Esq.                    *Attorneys for Plaintiff, DARRYL*
     Priyah Kaul, Esq.                        *DUNSMORE*
4    ROSEN BIEN GALVAN &
     GRUNFELD LLP
5    101 Mission Street, Sixth Floor
     San Francisco, CA 94105-1738
6    Tel: (415) 433-6830
     vswearingen@rbgg.com
7    pkaul@rbgg.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MK MANNING | KASS