EXHIBIT "E"

Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
Craig Smith (State Bar No. 265676)
  *gcs@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Third Party, NAPHCARE OF SAN DIEGO LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>*[Assigned to the Honorable District Judge Anthony J. Battaglia, Magistrate Judge, David D. Leshner]*<br><br>**DECLARATION OF JUSTIN BARKLEY, CHIEF LEGAL OFFICER, IN SUPPORT OF THIRD PARTY NAPHCARE OF SAN DIEGO LLC'S RESPONSE TO SUBPOENA FOR PRODUCTION OF DOCUMENTS ISSUED BY PLAINTIFFS**<br><br>*Complaint Filed:   01/08/2021* |

Pursuant to Federal Rule of Civil Procedure 45 and 26, NaphCare of San Diego LLC ("Responding Party") submits this declaration of Justin Barkley ins support of Responding Party's responses and objections to the Subpoena for Production of Documents propounded by Plaintiffs ("Propounding Party").

4873-2654-7233.1
1

|   |   |   |
|---|---|---|
| 1 | DATED:  January 5, 2024 | **MANNING & KASS** |
| 2 |   | **ELLROD, RAMIREZ, TRESTER LLP** |

By: _____/s/ G. Craig Smith_____
 Eugene P. Ramirez
 G. Craig Smith
 Attorneys for NAPHCARE OF SAN
 DIEGO LLC

4873-2654-7233.1

2

**DECLARATION OF JUSTIN BARKLEY, CHIEF LEGAL OFFICER, IN SUPPORT OF THIRD PARTY NAPHCARE OF SAN DIEGO LLC'S RESPONSE TO SUBPOENA FOR PRODUCTION OF DOCUMENTS ISSUED BY PLAINTIFFS**

I, JUSTIN BARKLEY, declare and state as follows:

1. I am more than eighteen (18) years of age and am the Chief Legal Officer of NaphCare. I am competent to testify. I base this declaration upon my personal knowledge, in addition to my information and belief where stated.

2. I have reviewed NaphCare's privilege and redaction logs in this case and the underlying documents.

3. Upon information and belief, the "Morbidity & Mortality Review Committee Meeting" PowerPoint agendas, presentations, and minutes ("Privileged Documents") prior to September 1, 2023 were prepared at the direction of the former Chief Legal Officer of NaphCare, Brad Cain, or a member of NaphCare's Legal Department. The Privileged Documents prepared after September 1, 2023 were prepared at either my direction or at the direction of a member of NaphCare's Legal Department. The Privileged Documents were developed to facilitate advice and counsel provided at the Morbidity and Mortality Review Committee Meetings ("Meetings"). Also included in the Privileged Documents are the death summaries prepared by the Health Services Administrator and a Physician which is sent to NaphCare's corporate office and legal department for notification of the death and in preparation for Corporate Morbidity & Mortality Review Committee Meetings.

4. The Meetings, which Brad Cain chaired prior to September 1, 2023 and which I have chaired since then, were held to assess litigation risk from specific medical incidents and provide legal advice in anticipation of litigation. Members of the NaphCare Legal Department, and NaphCare Clinical and Executive Leadership attended. The Meetings are considered executive

DECLARATION OF BRADLEY CAIN
(Case No. 3:21-cv-5800-DGE)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

162734973.2

meetings within NaphCare. Nobody from San Diego County has been invited to these meetings, and upon information and belief, no individuals outside of NaphCare has attended these meetings.

5. The Privileged Documents were intended to provide necessary background for discussions of either pending or anticipated litigation at the Meetings. They contain clinical information regarding NaphCare's interactions with numerous inmates (including those outside of San Diego), the history of the Committee's review, carefully selected segments of medical records chosen based on its relevancy to the legal advice discussed during the Meetings, questions that guided the discussion and advice during the Meetings, and previous and prospective recommendations.

6. As such, the Privileged Documents were prepared in anticipation of litigation and would not have been prepared absent the threat of litigation. The Privileged Documents' primary purpose was to facilitate the provision of legal advice, separate and apart from routine business matters.

7. The material within the Privileged Documents was compiled based on attorney impressions and analyses as to the relevancy to the Meetings, and are necessary for forming legal opinions and advice pertaining to NaphCare's legal risk and anticipated litigation. Legal department personnel determined how the facts should be organized and presented. Any facts within the Privileged Documents could also refresh the recollections of Meeting attendees and provide necessary context for the corresponding legal advice.

8. The Privileged Documents contain the labels "Attorney-Client Communication, Attorney Work Product" and "Privileged & Confidential." They also include warnings that "[t]his documentation contains attorney thoughts and mental impressions. The information provided herein is organized by topic, is not in chronological order and was prepared in anticipation of

1 litigation. It will be treated as privileged and confidential attorney work product. This information is not for distribution." These labels and warnings were intended to ensure that all recipients of Privileged Documents and Meeting attendees understood that the Privileged Documents were, in fact, privileged and would remain confidential. This understanding facilitated candid discussion with Meeting attendees, including NaphCare executives, during the provision of legal advice and counsel.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct.

Executed this 5th day of January, 2024, at Birmingham, Alabama.

By: _____
Justin Barkley

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On January 5, 2024, I served true copies of the following document(s) described as **DECLARATION OF JUSTIN BARKLEY, CHIEF LEGAL OFFICER, IN SUPPORT OF THIRD PARTY NAPHCARE OF SAN DIEGO LLC'S RESPONSE TO SUBPOENA FOR PRODUCTION OF DOCUMENTS ISSUED BY PLAINTIFFS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address angela.thompson@manningkass.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 5, 2024, at Los Angeles, California.

_____
Angela Thompson

**SERVICE LIST**
**Dunsmore v. County**
**Case No.**

| | |
|---|---|
| Van Swearingen, Esq.<br>Priyah Kaul, Esq.<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105-1738<br>Tel: (415) 433-6830<br>vswearingen@rbgg.com<br>pkaul@rbgg.com | *Attorneys for Plaintiff, DARRYL DUNSMORE* |

2