EXHIBIT "G"

# DUNSMORE, ET AL. V. SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, ET AL.

# EXHIBIT A

### DEFENDANT'S RRFP – DOCUMENTS LIST

PRIVILEGES/OBJECTIONS ASSERTION: Notwithstanding any production by defendant of any of the documents identified herein below, defendant incorporates by reference here, as to each and all of the documents identified herein below, all of the objections and privileges asserted in defendant's responses to plaintiff's set one requests for production, including but not limited to: the California official information privilege and related police officer personnel records privileges pursuant to California Penal Code sections 832.7 and 832.8 as well as California Evidence Code sections 1040, 1043, and 1045 and the associated case law; the police officer personnel records privileges under California Penal Code section 832.7(b) and/or California Evidence Code section 1045; and the federal and California constitutional right to privacy, to the fullest extent applicable.

| NO: | DOCUMENTS: |
|---|---|
| 1. | Consolidated Healthcare Delivery Contract.<br><br>County of San Diego and Naphcare, Inc. Contract No. 566117. 04/26/22.<br>Bates: **[NAPHCARE000001-000137 ]** |
| 2. | Electronic Medical Records System Agreement.<br><br>County of San Diego and Naphcare, Inc. Contract No. 558056. 08/02/18.<br>Bates: **[NAPHCARE000138-446]** |
| 3. | Department of Purchasing and Contracting. Contract No. 558056. Amendment 1.<br><br>County of San Diego and Naphcare, Inc. 01/24/20.<br>Bates: **[NAPHCARE000447-448]** |
| 4. | Language Line Services, Inc. Contract with Naphcare. 03/20/19.<br>Bates: **[NAPHCARE000449-459]** |

| | | |
|---|---|---|
| 5. | Laboratory Services Agreement Between Naphcare of San Diego, LLC and Quest Diagnostics. 05/27/22. Bates: **[NAPHCARE000460-482]** | |
| 6. | Laboratory Services Agreement Between Naphcare of San Diego, LLC and Quest Diagnostics. Amendment. 08/22/22. Bates: **[NAPHCARE000483-497]** | |
| 7. | Pharmacy Auditor Professional Services Agreement. Bates: **[NAPHCARE000498-541]** | |
| 8. | Consolidated Healthcare Delivery Contract. County of San Diego and Naphcare, Inc. Contract No. 566117. 04/26/22. Bates: **[NAPHCARE000542-678]** | |
| 9. | County of San Diego Health Care Policy and Procedure Manual. Bates: **[NAPHCARE000679-1030]** | |
| 10. | Naphcare and San Diego County Health Care Policy and Procedure Manual. 06/02/22. 001. Bates: **[NAPHCARE001031-1283]** | |
| 11. | Naphcare, Inc. Record Retention Schedule Policy. 2021. Bates: **[NAPHCARE001284-1287]** | |
| 12. | Naphcare and San Diego County Health Care Policy and Procedure Manual. 06/02/22. 002. Bates: **[NAPHCARE001288-1540]** | |
| 13. | Naphcare Full San Diego Policy Manual (With Site Addendums) Bates: **[NAPHCARE001541-1892]** | |
| 14. | NaphCare, Inc. Correspondence. re COSD Request for Proposals—Sheriff's Department Consolidated Health Care Delivery. 07/19/21. Bates: **[NAPHCARE001893]** | |
| 15. | COSD Correspondence re Request for Proposals—Sheriff's Department Consolidated Health Care Delivery. 04/05/21. Bates: **[NAPHCARE001894-1979]** | |
| 16. | COSD Correspondence re Request for Proposals. Addendum No. 04. 04/16/21. Bates: **[NAPHCARE001980-1982]** | |

| | |
|---|---|
| 17. | COSD—Request for Proposals. Attachment A. Statement of Objectives—Addendum 5.<br>Bates: **[NAPHCARE001983-2003]** |
| 18. | COSD Correspondence re Request for Proposals—Addendum No. 7. 04/30/21.<br>Bates: **[NAPHCARE002004-2015]** |
| 19. | COSD Correspondence re Request for Proposals—Addendum No. 8. 05/12/21.<br>Bates: **[NAPHCARE002016-2022]** |
| 20. | Naphcare. Utilization Management Policy. 2023.<br>Bates: **[NAPHCARE002023]** |
| 21. | Email Corr. re SDCJ Folder. 07/13/23.<br>Bates: **[NAPHCARE015427-15428]** |
| 22. | Email Corr. re Sharefile Activity Notification. 06/14/23.<br>Bates: **[NAPHCARE015429-15431]** |
| 23. | Email Corr. re NCCHS Folders Sampe. 06/14/23.<br>Bates: **[NAPHCARE015432-15433]** |
| 24. | Email Corr. re Medical Services Share Folder. 06/16/23.<br>Bates: **[NAPHCARE015434-15435]** |
| 25. | Email Corr. re ShareFile Confirmation Email. 06/15/23.<br>Bates: **[NAPHCARE015436-15437]** |
| 26. | Email Corr. re Sharefile Folder. 06/16/23.<br>Bates: **[NAPHCARE015438-15440]** |
| 27. | Email Corr. re Policies. 06/15/23.<br>Bates: **[NAPHCARE015441-15442]** |
| 28. | Email Corr. re File Request. 06/14/23.<br>Bates: **[NAPHCARE015443-15444]** |
| 29. | Email Corr. re Section A. 06/13/23.<br>Bates: **[NAPHCARE015445-15446]** |
| 30. | Email Corr. re SD P&P. 06/08/23.<br>Bates: **[NAPHCARE015447-15451]** |

| | |
|---|---|
| 31. | Email Corr. re SD P&P. 06/07/23. 001.<br>Bates: **[NAPHCARE015452-15456]** |
| 32. | Email Corr. re SD P&P. 06/07/23. 002.<br>Bates: **[NAPHCARE015457-15460]** |
| 33. | Email Corr. re SD P&P. 06/07/23. 003.<br>Bates: **[NAPHCARE015461-15464]** |
| 34. | Email Corr. re SD P&P. 06/07/23. 004.<br>Bates: **[NAPHCARE015465-15468]** |
| 35. | Email Corr. re. NCCHC Folders Sample. 05/15/23.<br>Bates: **[NAPHCARE015469-15470]** |
| 36. | Email Corr. re SD P&P. 06/18/23.<br>Bates: **[NAPHCARE015471-15476]** |
| 37. | Redacted Sick Calls<br>Bates: **[NAPHCARE002024-9637]** |
| 38. | Time Detail. Employee Borquez, Randolph Anthony. 01/01/23-09/14/23.<br>Bates: **[NAPHCARE009638-9639]** |
| 39. | Time Detail. Employee Patel, Divya. 01/01/23-09/14/23.<br>Bates: **[NAPHCARE009640-9653]** |
| 40. | Time Detail. Employee Polanco, Justin D. 01/01/23-09/14/23.<br>Bates: **[NAPHCARE009654-9664]** |
| 41. | Time Detail. Employee Epps-Robbins, De'Andra Colette. 01/01/23-09/14/23.<br>Bates: **[NAPHCARE009665-9690]** |
| 42. | Time Detail. Employee Panganiban, Destiny Monique. 01/01/23-09/14/23.<br>Bates: **[NAPHCARE009691-9702]** |
| 43. | Dental Equipment.<br>Bates: **[NAPHCARE009703]** |
| 44. | Naphcare, Inc. Pharmacist Inspection Report. San Diego Central. 2022.<br>Bates: **[NAPHCARE009704-9721]** |

| | |
|---|---|
| 45. | Naphcare, Inc. Pharmacist Inspection Report. San Diego Central. 2023.<br>Bates: **[NAPHCARE009622-9739]** |
| 46. | Naphcare, Inc. Pharmacist Inspection Report. Vista. 2022.<br>Bates: **[NAPHCARE009740-9751]** |
| 47. | Naphcare, Inc. Pharmacist Inspection Report. Vista. 2023.<br>Bates: **[NAPHCARE009752-9763]** |
| 48. | Naphcare, Inc. Pharmacist Inspection Report. East Mesa. 2022.<br>Bates: **[NAPHCARE009764-9775]** |
| 49. | Naphcare, Inc. Pharmacist Inspection Report. East Mesa. 2023.<br>Bates: **[NAPHCARE009776-9787]** |
| 50. | Naphcare, Inc. Pharmacist Inspection Report. George Bailey. 2022.<br>Bates: **[NAPHCARE009788-9805]** |
| 51. | Naphcare, Inc. Pharmacist Inspection Report. George Bailey. 2023.<br>Bates: **[NAPHCARE009806-9817]** |
| 52. | Naphcare, Inc. Pharmacist Inspection Report. Los Colinas. 2022.<br>Bates: **[NAPHCARE009818-9835]** |
| 53. | Naphcare, Inc. Pharmacist Inspection Report. Los Colinas. 2023.<br>Bates: **[NAPHCARE009836-9847]** |
| 54. | Dates of Incarceration<br>Bates: **[NAPHCARE009848-9849]** |
| 55. | HSR Infection Control. San Diego. 01/22-12/22.<br>Bates: **[NAPHCARE009850-9888]** |
| 56. | HSR Infection Control. San Diego. 01/23-07/23.<br>Bates: **[NAPHCARE009889-9914]** |
| 57. | Time Detail Report. CA San Diego.<br>Bates: **[NAPHCARE009915-12714]** |
| 58. | San Diego Naphcare Roster<br>Bates: **[NAPHCARE012715-12741]** |

| | |
|---|---|
| 59. | San Diego Full Report. 01/01/22-Present.<br>Bates: **[NAPHCARE012742-13137]** |
| 60. | Dental Appointments Report.<br>Bates: **[NAPHCARE013138-15426]** |
| 61. | Privilege Log: (1) In Custody Death Reviews. Privilege: Attorney Client Privilege/Attorney Work Product. All in custody death reviews are done at the direction of responding party's counsel and all meetings are attended by counsel. |
| 62. | Privilege Log: (2) Individual Medical Records of Inmates. Privilege: Privacy Rights of Thousands of Third Party inmates. HIPPA privacy rights. No waiver or authorization from each inmate has been received. |
| 63. | Privilege Log: (3) Training Materials of Responding Party: Privilege: Attorney Client Privilege/Attorney Work Product and Proprietary Information. The material is extensive in nature, has been prepared in house by Responding Party and gives Responding Party a competitive edge over competitors. |
| 64. | Privilege Log: (4) Non Health Care Related Disciplinary Records: Privilege: Privacy Rights of Third Party Employees |
| 65. | Privilege Log: (5) Document Evidencing Costs of Responding Party/Profits: Privilege: Proprietary Information of Responding Party that is not relevant to any claim or defense of the parties and is proprietary in nature in that it provides competitive advantages over competitors. |
| 66. | Employee Discipline Report. Redacted. 11/04/22.<br>**[NAPHCARE015965]** |
| 67. | Naphcare Master Staff Roster<br>**[NAPHCARE015963-15964]** |
| 68. | Time Detail Report. CA SD. 06/2022- 09/2023.<br>**[NAPHCARE015489-15962]** |
| 69. | SD Dental Extractions with Facility. 2023.<br>**[NAPHCARE015477-15488]** |
| 70. | Columbia Suicide Screening Form. Central Jail.<br>**[NAPHCARE015966-15967]** |
| 71. | Health Assessment Form. Central Jail.<br>**[NAPHCARE015968-15975]** |

| | |
|---|---|
| 72. | W/PSU Transfer/ Discharge Form. Central Jail.<br>**[NAPHCARE015976-15984]** |
| 73. | Mental Health Screening Form. Central Jail.<br>**[NAPHCARE015985-15989]** |
| 74. | Dental Form. Central Jail.<br>**[NAPHCARE015990-15995]** |
| 75. | San Diego Naphcare Roster. 69A.<br>**[NAPHCARE015996-16009]** |
| 76. | San Diego Full Report. 01/01/22. to Present.<br>**[NAPHCARE016010-16150]** |
| 77. | Time Detail Report. CA San Diego.<br>**[NAPHCARE016151-16624]** |
| 78. | NaphCare Organizational Chart for San Diego.<br>**[NAPHCARE016633]** |
| 79. | Mental Health Rehabilitation Specialist/Recreational Therapist Job Description.<br>**[NAPHCARE016634-16636]** |
| 80. | Mental Health Professional Job Description.<br>**[NAPHCARE016637-16639]** |
| 81. | Mental Health Discharge Planner Job Description.<br>**[NAPHCARE016640-16642]** |
| 82. | Mental Health Director Job Description.<br>**[NAPHCARE016643-16647]** |
| 83. | Limited Radiology Technologist Job Description.<br>**[NAPHCARE016648-16650]** |
| 84. | Health Services Administrator Job Description.<br>**[NAPHCARE016651-16655]** |
| 85. | Limited Radiology Technologist Job Description.<br>**[NAPHCARE016656-16658]** |

| | |
|---|---|
| 86. | Health Services Administrator Job Description.<br>**[NAPHCARE016659-16661]** |
| 87. | Dentist Job Description.<br>**[NAPHCARE016662-16665]** |
| 88. | Dental Assistant Job Description. .<br>**[NAPHCARE016666-16667]** |
| 89. | Corporate Psych Nurse Practitioner Job Description.<br>**[NAPHCARE016668-16669]** |
| 90. | Corporate Physician Assistance Job Description.<br>**[NAPHCARE016670-16672]** |
| 91. | Corporate Nurse Practitioner Job Description.<br>**[NAPHCARE016673-16674]** |
| 92. | Corporate Clinical Auditor I Job Description.<br>**[NAPHCARE016675-16676]** |
| 93. | Behavioral Mental Health Technician Job Description.<br>**[NAPHCARE016677-16679]** |
| 94. | Administrative Assistant Job Description.<br>**[NAPHCARE016680-16681]** |
| 95. | Medication Order Date and First Dose Administered.<br>**[NAPHCARE016682-25975]** |
| 96. | ER Provider Sendouts.<br>**[NAPHCARE025976-26023]** |
| 97. | Offsite Status Detail.<br>**[NAPHCARE026024-31036]** |
| 98. | Peer Review One. By G.M. Zilberman, Ph. D. 05/10/23.<br>**[NAPHCARE031037-31038]** |
| 99. | Peer Review Two. By G.M. Zilberman, Ph. D. 05/19/23.<br>**[NAPHCARE031039-31040]** |

| | |
|---|---|
| 100. | Peer Review Three. By G.M. Zilberman, Ph. D. 05/23/23.<br>**[NAPHCARE031041-31042]** |
| 101. | Peer Review Four. By G.M. Zilberman, Ph. D. 05/15/23.<br>**[NAPHCARE031043-31044]** |
| 102. | Peer Review Five. By G.M. Zilberman, Ph. D. 05/14/23.<br>**[NAPHCARE031045-31046]** |
| 103. | Peer Review Six. By G.M. Zilberman, Ph. D. 05/15/23.<br>**[NAPHCARE031047-31048]** |
| 104. | Peer Review Seven. By G.M. Zilberman, Ph. D. 05/24/23.<br>**[NAPHCARE031049-31050]** |
| 105. | Peer Review Eight. By G.M. Zilberman, Ph. D. 05/23/23.<br>**[NAPHCARE031051-31052]** |
| 106. | Peer Review Nine. By G.M. Zilberman, Ph. D. 05/22/23.<br>**[NAPHCARE031053-31054]** |
| 107. | Peer Review Ten. By G.M. Zilberman, Ph. D.<br>**[NAPHCARE031055-31056]** |
| 108. | San Diego Naphcare Roster—Unredacted.<br>**[NAPHCARE031057]** |
| 109. | Completed Sick Calls. 09/07/23. Unredacted.<br>**[NAPHCARE031058]** |
| 110. | ER Provider Sendouts. 12/19/23. Unredacted.<br>**[NAPHCARE031059]** |
| 111. | Medication Order Date and First Dose Administered. Unredacted.<br>**[NAPHCARE031060]** |
| 112. | Naphcare Master Staff Roster. Unredacted.<br>**[NAPHCARE031061]** |
| 113. | Offsite Status Detail. 01/03/24. Unredacted.<br>**[NAPHCARE031062]** |

| | |
|---|---|
| 114. | Offsite Watch List. 06/01/2022-12/19/2023. Unredacted.<br>**[NAPHCARE031063]** |
| 115. | San Diego Dental Extractions with facility for 2023. Unredacted.<br>**[NAPHCARE031064]** |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On January 5, 2024, I served true copies of the following document(s) described as
**EXHIBIT A**
**DEFENDANT'S RRFP – DOCUMENTS LIST AND LINK**
https://manningkass.sendsafely.com/receive/?thread=G84K-YURD&packageCode=hTQN6J0jfP0qe36123TsePalCgMqF3p4ENqeCQiRI0M#keyCode=1AsgwZtvlTugWnAme-Oa5b9cxp-97Z74kSHT_PFMtL8 on the interested parties in this action as follows:
**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address angela.thompson@manningkass.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 5, 2024, at Los Angeles, California.

_____
Angela Thompson

**SERVICE LIST**
**Dunsmore v. County**
**Case No.**

| | |
|---|---|
| Van Swearingen, Esq.<br>Priyah Kaul, Esq.<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105-1738<br>Tel: (415) 433-6830<br>vswearingen@rbgg.com<br>pkaul@rbgg.com | *Attorneys for Plaintiff, DARRYL DUNSMORE* |

2