Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
G. Craig Smith (State Bar No.)
 *craig.smith@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Non-Defendant Third-Party,
NAPHCARE OF SAN DIEGO, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>  Defendants. | Case No. 3:20-CV-00406-AJB-DDL<br><br>**DECLARATION OF SEETAL TEJURA IN SUPPORT OF NAPHCARE OF SAN DIEGO, LLC.'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITION**<br><br>Judge:    Hon. Anthony Battaglia<br>Magistrate:  Hon. David D. Leshner<br><br>Trial Date:   None Set |

Pursuant to Federal Rule of Civil Procedure 45 and 26, Non-Defendant Third-Party NaphCare of San Diego LLC ("Responding Party") submits this declaration of SEETAL TEJURA in support Responding Party's Opposition to Plaintiffs' Motion

4873-2654-7253.1

1

**DECLARATION OF SEETAL TEJURA IN SUPPORT OF NAPHCARE OF SAN DIEGO, LLC, OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITION**

1 | to Compel Production of Documents and Deposition by NaphCare.

DATED: January 24, 2024

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: _____*/s/ G. Craig Smith*_____
G. Craig Smith
Attorneys for Non-Defendant Third-Party,
NAPHCARE OF SAN DIEGO, LLC.

4873-2654-7233.1

2

**DECLARATION OF SEETAL TEJURA IN SUPPORT OF NAPHCARE OF SAN DIEGO, LLC,
OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND
DEPOSITION**

# DECLARATION OF SEETAL TEJURA

I, **SEETAL TEJURA**, state and declare as follows:

1. I am more than eighteen (18) years of age and am the General Counsel-Litigation for NaphCare. I am competent to testify. I base this declaration on my personal knowledge, in addition to my information and belief where stated.

2. I have reviewed Plaintiffs' Motion to Compel Production of Documents and Opposition, filed January 17, 2024.

3. Previously, I reviewed Plaintiff's Subpoena and Request for Production of Documents, served on August 10, 2023. In response to the subpoena and upon retention of counsel, I coordinated the efforts to gather responsive information. This included searching the files maintained by the legal department and participating in several meetings with NaphCare's Health Services Administrator (HSA) for the County of San Diego facilities. Additionally, at my direction, one of the in-house paralegals regularly reached out to the HSA and individuals in the following departments to discuss the requests and to obtain any responsive documents in our possession: Human Resources, Accreditation and Compliance, NaphCare's Information and Technology Department, and NaphCare's Software Implementation Department.

4. I believe that we have made reasonable and diligent efforts to gather responsive documents, and upon information and belief, we have produced all responsive documents in NaphCare's possession within the confines of the stipulations between NaphCare and Plaintiffs.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 24, 2024, at Birmingham, Alabama.

*/s/ Seetal Tejura*

Seetal Tejura, Esq.
Declarant

4873-2654-7233.1