Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800    Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300    Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, (Also erroneously sued herein as SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, and SAN DIEGO COUNTY PROBATION DEPARTMENT)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF ELIZABETH M. PAPPY IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** |

///

I, ELIZABETH M. PAPPY, declare as follows:

1. I am an attorney licensed to practice law before this Court, and a Partner with the law firm of Burke, Williams & Sorensen, LLP, counsel of record in this matter for Defendants San Diego County Sheriff's Department, County of San Diego, and San Diego County Probation Department. Unless otherwise stated, the following statements are true of my own personal knowledge, and if called upon to testify, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a complete copy of the email exchange and my final response to Plaintiffs' counsel agreeing to follow up on the Dr. Montgomery memo about medical staff communicating via text and instant messaging. This portion of the exchange was omitted from Plaintiffs' declaration.

3. In working with my clients and conducting ESI searches for emails, the Sheriff's Department ESI search using Plaintiffs' original terms alone resulted in 7,679,096 hits and the final production based upon the significantly pared down list of terms and custodians resulted in 586,000 pages being produced.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on January 24, 2024, at San Jose, California.

                                                /s/ *Elizabeth M. Pappy*
                                                    Elizabeth M. Pappy

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4890-3151-8367 v2

- 2 -

3:20-CV-00406-AJB-DDL
DECLARATION IN SUPPORT OF
OPPOSITION TO MOTION TO COMPEL

# EXHIBIT A

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4890-3151-8367 v2

- 3 -

3:20-CV-00406-AJB-DDL
DECLARATION IN SUPPORT OF
OPPOSITION TO MOTION TO COMPEL

**Gonzalez, Lucy**

| | |
|---|---|
| **From:** | Pappy, Elizabeth M. |
| **Sent:** | Tuesday, January 16, 2024 8:50 PM |
| **To:** | Hannah Chartoff; Van Swearingen; Coleman, Susan E. |
| **Cc:** | Eric Monek Anderson |
| **Subject:** | RE: Dunsmore - Meet and Confer re Document Productions [IMAN-DMS.FID55015] |

As promised, I'm following up on 1 and 3.

Thank you.

**Elizabeth M. Pappy | Partner**
Pronouns: she, her, hers
60 South Market Street, Suite 1000 | San Jose, CA  95113
d - 408.606.6305 | t - 408.606.6300 | f - 408.606.6333
epappy@bwslaw.com | vCard | bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Hannah Chartoff <HChartoff@rbgg.com>
**Sent:** Tuesday, January 9, 2024 3:02 PM
**To:** Pappy, Elizabeth M. <EPappy@bwslaw.com>; Van Swearingen <VSwearingen@rbgg.com>; Coleman, Susan E. <SColeman@bwslaw.com>
**Cc:** Eric Monek Anderson <EMonekAnderson@rbgg.com>
**Subject:** RE: Dunsmore - Meet and Confer re Document Productions [IMAN-DMS.FID55015]

**[EXTERNAL]**

Hi Beth,

A few responses to your comments (identified by issue number):

1. Regarding metadata, the emails do not even contain basic metadata like to / from / cc / date, and the email recipient is frequently not available from the image of the email produced (e.g., SD_399225, SD_399262).

2. We requested approximately 570 medical and custody files for people who met certain criteria.  The production did not include responsive records.

3. Regarding texts and instant messages, please see the attached document, which appears to have been authored by Dr. Jon Montgomery (SD_227522 is the email circulating the document), which states:  "It is also worth noting that many

Ex. A-1

SDSD staff have direct communications/interaction with many of Naphcare employees/staff through phone, email, text, instant message, and other means."

8. Regarding confidentiality, the number of incorrectly marked confidential documents is so extensive, that Plaintiffs cannot provide a complete list.  As an example only, based on only a handful of minutes reviewing the production:
- SD_399101 is a compendium of newspaper articles circulated with the sheriff's department
- SD_399145 is a publicly filed document in this litigation
- SD_399190 is a publicly filed document in this litigation
- SD_399193 is a publicly filed document in this litigation
- SD_399215 is a newspaper article
- SD_399227 is a report from a think tank
- SD_399386 & SD_399388 are a publicly available CLERB meeting agenda and an email attaching the same
- SD_413429 is an email containing only the words "a few revisions"
- SD_413434 is Sheriff's DSB policy I.50
- SD_413443 is a blank DSB form

Thanks,
Hannah

**From:** Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Sent:** Tuesday, January 9, 2024 2:18 PM
**To:** Van Swearingen <VSwearingen@rbgg.com>; Hannah Chartoff <HChartoff@rbgg.com>; Coleman, Susan E. <SColeman@bwslaw.com>
**Cc:** Eric Monek Anderson <EMonekAnderson@rbgg.com>
**Subject:** RE: Dunsmore - Meet and Confer re Document Productions

[EXTERNAL MESSAGE NOTICE]

Yes please.  It's not on there now.

**Elizabeth M. Pappy | Partner**
Pronouns: she, her, hers
60 South Market Street, Suite 1000 | San Jose, CA  95113
d - 408.606.6305 | t - 408.606.6300 | f - 408.606.6333
epappy@bwslaw.com | vCard | bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Van Swearingen <VSwearingen@rbgg.com>
**Sent:** Tuesday, January 9, 2024 2:17 PM
**To:** Pappy, Elizabeth M. <EPappy@bwslaw.com>; Hannah Chartoff <HChartoff@rbgg.com>; Coleman, Susan E. <SColeman@bwslaw.com>
**Cc:** Eric Monek Anderson <EMonekAnderson@rbgg.com>
**Subject:** RE: Dunsmore - Meet and Confer re Document Productions

Ex. A-2

[EXTERNAL]

Hi Beth.  I had sent an invite for 9am on Thursday to discuss RFP Set 6.  You appear to have rescheduled for 9:30.  I'll re-send the invite so that you have the login for 9:30.  Thanks.
Van

**From:** Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Sent:** Tuesday, January 9, 2024 12:46 PM
**To:** Hannah Chartoff <HChartoff@rbgg.com>; Coleman, Susan E. <SColeman@bwslaw.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eric Monek Anderson <EMonekAnderson@rbgg.com>
**Subject:** RE: Dunsmore - Meet and Confer re Document Productions [IMAN-DMS.FID55015]

[EXTERNAL MESSAGE NOTICE]

Happy to discuss.  Please see my notes in response in preparation for a call.

I can talk Thursday at 10:00 until 1:00 p.m.  I thought I had a call with Van around the same time but I don't see it on my calendar?

**Elizabeth M. Pappy | Partner**
Pronouns: she, her, hers
60 South Market Street, Suite 1000 | San Jose, CA  95113
d - 408.606.6305 | t - 408.606.6300 | f - 408.606.6333
epappy@bwslaw.com | vCard | bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Hannah Chartoff <HChartoff@rbgg.com>
**Sent:** Tuesday, January 9, 2024 12:02 PM
**To:** Coleman, Susan E. <SColeman@bwslaw.com>; Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Eric Monek Anderson <EMonekAnderson@rbgg.com>
**Subject:** Dunsmore - Meet and Confer re Document Productions [IMAN-DMS.FID55015]

[EXTERNAL]

Hi Susan and Beth,

Plaintiffs would like to discuss our concerns with Defendants' document production, which include but are not limited to:

1. The production appears to lack the metadata required by the Stipulated ESI Order (Dkt. 368) Part IV.1 and Exhibit A.  <span style="color:red">Everything that we were able to produce with Metadata was produced as such.  There is no metadata "lacking".</span>

3

Ex. A-3

2. The production does not include a selection of custody and medical records, as Defendants previously committed to producing.  I don't know what "selection" you are talking about.  All medical records that we agreed to produce were produced.  Please clarify.

3. The production does not contain any text messages or instant message ESI, despite the fact that Defendants' staff use those forms of communication to discuss issues relevant to Plaintiffs' complaint (e.g., medical care).  There are none because they don't use those forms of communication.  It would be impossible to use text since there is terrible wifi in the jails as you know.  If I'm not mistaken, I specifically advised the Court of this at the hearing (or maybe it was to you folks in a call) and I also verified it personally with the client before making that representation.

4. The production does not include any ESI related to numerous search terms.  For example, there are no ESI documents related to MAT (search term #3), despite representing on 11/15/23 that there were over 165,000 items containing Plaintiffs' Proposed MAT search term.  Similarly, the production does not include ESI related to broken or muted intercom buttons (search term #41), despite representing on 11/15/23 that there were over 34,000 items containing Plaintiffs' Proposed search term #41.  Other so-called ESI produced by Defendants is effectively non-responsive; for example, Plaintiffs' proposed search term #35 <pocket OR thunderdome> was revised by Defendants to <thunderdome AND jail>, which resulted in 15 documents, all of which are news articles, bulletins, Plaintiffs' complaint, duplicates of autospsy reports, or similar—not internal correspondence.  The search terms run and emails produced are as indicated in the December 7th submissions to you. We are not running any others.  The judge's repeated statements to Plaintiffs that the requests are some of the most overbroad he's seen appears not to have been heard or resonated.

5. The production does not contain training materials, audits/quality assurance documents, and documents evidencing practice in response to several RFPs, including but not limited to Nos. 47, 99, 109, 110, 113, 114, 121, 126, 127, 138, 147, 164, 165, 167, 172, 175, 176, 177, 179, 182, 190, 191, 193, 195, 196, 220, 225, and 231.  The judge's repeated statements to Plaintiffs that the requests are some of the most overbroad he's seen appears not to have been heard or resonated.  We produced what Defendants consider to be responsive and tailored to meet the standards of proportionality.  You will have to file a motion because we stand on our objections.  Happy to walk through them with you but the objections will remain.  I'm puzzled by the "quality assurance documents" claim because it is untrue.  Defendants produced numerous quality assurance documents in response to RFP#41. Plaintiffs' claim that no such documents were produced in response to other duplicate requests speaks to the overbreadth of your requests which ask for the same information over and over.  As to audits, we will be amending SROG#24 (23 and 25 are coming your way today or tomorrow… I believe my assistant is out today).  I will have to figure out which RFP I believe the audit documents themselves are responsive to, and I am no way agreeing that they are responsive to any of the above.

6. The production does not include staffing plans, as called for by at least RFP Nos. 39 and 191.  The judge's repeated statements to Plaintiffs that the requests are some of the most overbroad he's seen appears not to have been heard or resonated.  We produced what Defendants consider to be responsive and tailored to meet the standards of proportionality.  You will have to file a motion because we stand on our objections.  Happy to walk through them with you but the objections will remain.

7. The production does not appear to include the contractor productivity reports referenced in SD 120686, as responsive to RFP No. 78.  The judge's repeated statements to Plaintiffs that the requests are some of the most overbroad he's seen appears not to have been heard or resonated.  We produced what Defendants consider to be responsive and tailored to meet the standards of proportionality.  You will have to file a motion because we stand on our objections.  Happy to walk through them with you but the objections will remain.

8. Many documents are designated "CONFIDENTIAL" despite not meeting the requirements under the Protective Order.  Please provide a list of every document by Bates Stamp you feel falls in this category.  Once I receive the list, we will determine if we agree.

Please let us know your availability to meet and confer on Thursday at 11:30 or noon.

Thanks,
Hannah


**Hannah Chartoff**
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830
hchartoff@rbgg.com | she/her | rbgg.com

5

Ex. A-5