| | |
|---|---|
| 1 | Susan E. Coleman (SBN 171832) |
| | E-mail: scoleman@bwslaw.com |
| 2 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 501 West Broadway, Suite 1600, |
| 3 | San Diego, CA 92101-8474 |
| | Tel: 619.814.5800  Fax: 619.814.6799 |
| 4 | |
| | Elizabeth M. Pappy (SBN 157069) |
| 5 | E-mail: epappy@bwslaw.com |
| | BURKE, WILLIAMS & SORENSEN, LLP |
| 6 | 60 South Market Street, Ste. 1000 |
| | San Jose, CA 95113-2336 |
| 7 | Tel: 408.606.6300  Fax: 408.606.6333 |
| 8 | Attorneys for Defendants |
| | COUNTY OF SAN DIEGO, SAN DIEGO |
| 9 | COUNTY SHERIFF'S DEPARTMENT and |
| | SAN DIEGO COUNTY PROBATION |
| 10 | DEPARTMENT |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-00406-AJB-DDL |
| | | **NOTICE OF LODGING CONFIDENTIAL DOCUMENTS FOR *IN CAMERA* REVIEW [RFP NO. 81, PRIVILEGE LOG 2]** |
| | | Magistrate Judge David D. Leshner |
| | | ***IN CAMERA SUBMISSION*** |
| | Plaintiffs, | |
| | v. | |
| | SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, | |
| | Defendants. | |

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4868-2206-3776 v1      1      Case No. 3:20-cv-00406-AJB-DDL
NOTICE OF LODGING CONFIDENTIAL
DOCUMENTS FOR IN CAMERA REVIEW

Defendants COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT hereby submit for in camera review, pursuant to the Court's Order (Dkt. #501), the specified CIRB Report with the attorney-client privileged communications highlighted for suggested redaction, corresponding to the County's privilege log entry number 2 for Request for Production #81.

Dated: January 25, 2024

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ *Susan E. Coleman*
Susan E. Coleman
Elizabeth M. Pappy
Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4868-2206-3776 v1

2

Case No. 3:20-cv-00406-AJB-DDL
NOTICE OF LODGING CONFIDENTIAL DOCUMENTS FOR IN CAMERA REVIEW