UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　　　Defendants. | Case No.:  20-cv-406-AJB-DDL<br><br>**ORDER RE REDACTIONS TO CIRB REPORTS** |

On December 13, 2023, the Court granted Plaintiffs' motion to compel the production of 25 CIRB Reports pertaining to inmates who died in Sheriff's Department custody between January 1, 2021 and the present, finding the County of San Diego had not carried its burden to show that the documents were protected from disclosure by the attorney-client or official information privileges and the the work product doctrine.  Dkt. No. 468 (hereafter the "December 13 Discovery Order").

The December 13 Discovery Order concluded that the County had not carried its burden to establish the CIRB Reports are subject to the attorney-client privilege in their entirety.  However, the Court provided the County an opportunity to demonstrate that specific portions of the CIRB Reports should be redacted to

protect privileged communications by providing the CIRB Reports with proposed redactions for *in camera* review.

The County has submitted *in camera* the CIRB Reports with the same proposed redactions that the Court approved in *Estate of Elisa Serna, et al. v. County of San Diego, et al.*, 21-cv-2096-LAB-DDL and *Morton v. County of San Diego, et al.*, 21-cv-1428-MMA-DDL. The Court's *in camera* review indicates that the proposed redactions are narrowly tailored and are limited to communications between Chief Legal Advisor Michael Faigin and other CIRB members. The County's approach is consistent with the precept that the attorney-client privilege is "strictly construed," *United States v. Martin*, 278 F.3d 988, 999 (9th Cir. 2002), and "protects only those disclosures necessary to obtain informed legal advice which might not have been made absent the privilege." *Fisher v. United States*, 425 U.S. 391, 403 (1976).

For the foregoing reasons, the Court ORDERS that the County may maintain its proposed redactions to the CIRB Reports and must produce the redacted Reports to Plaintiffs by not later than January 31, 2024.

**IT IS SO ORDERED.**

Dated: January 26, 2024

Hon. David D. Leshner
United States Magistrate Judge