Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800     Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300     Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**REQUEST FOR STAY OF PRODUCTION OF CIRB REPORTS PENDING APPEAL/ OBJECTIONS TO DISTRICT COURT JUDGE BATTAGLIA**<br><br>Judge David D. Leshner |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4859-0777-7441 v1 SD #4870-2866-7667 v1      - 1 -      3:20-CV-00406-AJB-DDL
REQUEST FOR STAY OF CIRB REPORT PRODUCTION DUE TO APPEAL

On January 26, 2024, Magistrate Leshner ordered the County to produce the CIRB Reports pertaining to inmates who died in Sheriff's Department custody between January 1, 2021, and the present, after approving redaction of attorney-client communications in the documents. ECF 507.

The County intends to appeal this Order to the District Court Judge Anthony Battaglia for review. Therefore, Defendants request that this Court stay production of the CIRB Reports pending further determination of applicable privileges.

Dated: January 29, 2024

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan E. Coleman*
   Susan E. Coleman
   Elizabeth M. Pappy

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4859-0777-7441 v1 SD #4870-2866-7667 v1

- 2 -

3:20-CV-00406-AJB-DDL
REQUEST FOR STAY OF CIRB REPORT PRODUCTION DUE TO APPEAL