Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' BRIEF IN SUPPORT OF REQUEST TO STAY PRODUCTION OF CIRB REPORTS PENDING APPEAL TO DISTRICT COURT**<br><br>Magistrate Judge David D. Leshner |

4864-9010-3713 v1

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Case No. 3:20-cv-00406-AJB-DDL
REQUEST FOR JUDICIAL NOTICE ISO
DEFENDANTS' SUPPLEMENTAL BRIEF ISO
REQUEST TO STAY PRODUCTION

Pursuant to Federal Rule of Evidence 201, Defendants County of San Diego and San Diego Sheriff's Department hereby request that this Court to take judicial notice of the Southern District's own records, files, minute orders and docket entries in the below matters:

**Exhibit 1:** ECF 22 from the case of *Bush v. County of San Diego*, S.D. Cal. Case No. 15-cv-00686-L-JMA, Order re: Joint Motion for Determination of Discovery Dispute.

**Exhibit 2**: ECF 186 from the case of *Estate of Nunez v. County of San Diego*, Case No. 16-cv-1412- BEN MDD , Order on Joint Motion for Determination of Discovery Dispute Regarding Report of Critical Incident Review Board.

The court is permitted is take judicial notice of its own court records and files. *Shuttlesworth v. Birmingham*, 394 U.S. 147, 157 (1969); *Mack v. S. Bay Beer Distribs.*, 798 F.2d 1279, 1282 (9th Cir. 1986); *Valerio v. Boise Cascade Corp.*, 80 F.R.D. 626, 635 n.1 (N.D. Cal. 1978). Defendants respectfully request that this Court take judicial notice of these documents in consideration of Defendants Supplemental Brief in Support of Request for Stay Production of CIRB Reports Pending Appeal.

Dated: January 31, 2024         BURKE, WILLIAMS & SORENSEN, LLP

By: _____/s/ *Susan E. Coleman*_____
Susan E. Coleman
Elizabeth M. Pappy
Attorneys for Defendants
COUNTY OF SAN DIEGO et al