Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**NOTICE OF LODGING ADDITIONAL CONFIDENTIAL DOCUMENTS FOR *IN CAMERA* REVIEW [RFP NO. 81]**<br><br>Magistrate Judge David D. Leshner<br><br>***IN CAMERA SUBMISSION*** |

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4875-2695-2865 v1

1

Case No. 3:20-cv-00406-AJB-DDL
NOTICE OF LODGING CONFIDENTIAL
DOCUMENTS FOR IN CAMERA REVIEW

1     Defendants COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT hereby submit for *in camera* review, pursuant to the Court's Order (Dkt. #501), additional CIRB Reports responsive to Request for Production #81.

    Although the Court originally ordered 25 CIRB reports related to in-custody deaths to be lodged (Dkt. #422), a subsequent order asked whether all responsive CIRB reports have been provided (Dkt. 508).

    Defendants hereby lodge in camera the additional CIRB Reports for the in-custody deaths of Derek Baker, Raymond Dix, Joshua Fosbinder, Louis Gomez, James McCoy, Stephen Reynolds, Lonnie Rupard, Matthew Settles, and Leonel Villasenor.

    All Final CIRB Reports for deaths in custody from January 1, 2021 to present have now been lodged with this Court. There is no CIRB Report yet issued for the in-custody death of Vianna Granillo (and several others).

Dated: January 31, 2024      BURKE, WILLIAMS & SORENSEN, LLP

By:     /s/ *Susan E. Coleman*
    Susan E. Coleman
    Elizabeth M. Pappy
    Attorneys for Defendants
    COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT