GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**PLAINTIFFS' EX PARTE REQUEST FOR LEAVE TO FILE LIMITED REPLY BRIEF ADDRESSING FALSE STATEMENT IN DEFENDANTS' OPPOSITION**<br><br>Magistrate: Hon. David D. Leshner<br><br>Date: February 6, 2024<br>Time: 9:00 a.m.<br>Crtrm.: TBD |

[4429554.1]

1  Pursuant to the Court's December 22, 2023 Order (Dkt. 478 at 4), Plaintiffs filed a Motion to Compel Production of Documents and Interrogatory Response against Defendants on January 17, 2024.  Dkt. 489.  Defendants filed their Opposition to that Motion on January 24, 2024.  Dkt. 504.

Defendants' Opposition contained a false statement of fact.  Defendants asserted they had produced "[e]ach and every audit report identified" on pages 7 to 9 of their Opposition when that was not true.  Plaintiffs' counsel requested that the false statement be corrected; however, Defendants declined to do so.

After informing Defendants of their intent to do so, *see* S.D. Cal. L.R. 83.3(g)(2); Declaration of Hannah Chartoff, filed herewith, at ¶ 4 & Ex. B, Plaintiffs now seek leave to file a limited reply brief informing the Court of the false statement of fact and requesting that the record reflect the true facts.  Plaintiffs request permission because they are attempting to obtain important documents and information and have met with significant resistance.  To the extent Defendants are provided discretion in what to produce, highly relevant documents and information may be withheld to the detriment of the certified class and subclasses in this important civil rights case.  The limited brief Plaintiffs seek to file is attached hereto as **Exhibit A**.  Plaintiffs respectfully request leave to file the limited reply in support of their motion to compel.

DATED:  February 1, 2024                 Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Gay Crosthwait Grunfeld*
       Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses