UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DARRYL DUNSMORE, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 20-cv-406-AJB-DDL<br><br>**ORDER DIRECTING ALL COUNSEL OF RECORD TO APPEAR IN PERSON ON FEBRUARY 6, 2024** |
|---|---|

Civil Local Rule 2.1 "establishes the principles of civility and professionalism that will govern the conduct of all participants in cases and proceedings pending in this Court." The Rule provides, in relevant part:

> In seeking justice through the courts, attorneys and parties subject themselves to an inherently adversarial system. Although adversarial, the experience does not have to, and should not, be antagonistic or hostile. Civility is paramount and not to be confused with weakness. Civility in action and words is fundamental to the effective and efficient functioning of our system of justice and public confidence in that system.

*Id*.

/ / /

      Counsel adhered to these fundamental principles earlier in this case in working cooperatively to resolve issues, including joint motions regarding accessibility issues at the Central Jail and class certification. *See* Dkt. Nos. 355, 435. However, it is apparent from recent filings and communications with the Court that this case requires a course correction. The parties should be able to work cooperatively to schedule jail inspections as previously ordered, but they now assert they are unable to determine mutually agreeable dates. The briefing on Plaintiffs' motion to compel [Dkt. Nos. 489, 504] is rife with unsupported allegations of various counsel's bad faith. And the parties' communications regarding Defendants' production of audit reports have devolved into a request by Plaintiffs to file a reply brief on their pending motion to compel addressing a "false statement" in Defendants' opposition brief, which required the Court to review a slew of emails between counsel. Dkt. No. 516.

      Enough is enough. The Court will rule on disputes that the parties are unable to resolve notwithstanding good faith meet and confer efforts. But the Court will not countenance a lack of civility or professionalism between counsel. The Court ORDERS ***all counsel of record*** for Plaintiffs and Defendants to appear ***in person*** at the motion hearing on February 6, 2024, at 9:00 a.m., to address this issue.

**IT IS SO ORDERED.**

Dated: February 2, 2024

*/s/ David Leshner*

Hon. David D. Leshner
United States Magistrate Judge