# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>                              Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>                              Defendant. | Case No.: 20-cv-406-AJB-DDL<br><br>**FILED ON PUBLIC DOCKET**<br><br>**NOTICE OF VIDEOCONFERENCE INFORMATION FOR MOTION HEARING** |

The hearing on Plaintiffs' Motion to Compel Production of Documents and Deposition by NaphCare of San Diego, LLC [Dkt. No. 488] is set for **February 6, 2024** at **11:00 a.m.** Counsel for any nonparty may appear using the videoconference link below.

Topic: CASD 3
Time: This is a recurring meeting Meet anytime

Join ZoomGov Meeting
https://casd-uscourts-gov.zoomgov.com/j/1616446778?pwd=RUhTcmwzc3dPZDdDWGxXakQwalVJZz09

Meeting ID: 161 644 6778
Passcode: 2022

---
One tap mobile
+16692545252,,1616446778# US (San Jose)
+14154494000,,1616446778# US (US Spanish Line)

---
Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)
• +1 669 216 1590 US (San Jose)
• +1 646 828 7666 US (New York)
• +1 646 964 1167 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)

Meeting ID: 161 644 6778

Find your local number: https://casd-uscourts-gov.zoomgov.com/u/adFW5DLklR

---
Join by SIP
• 1616446778@sip.zoomgov.com

---
Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 161 644 6778
Passcode: 2022


The Clerk of Court is respectfully requested to file this notice on the public docket.