# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al., <br><br>  Defendants. | Case No.: 20-cv-406-AJB-DDL <br><br> **SUPPLEMENTAL ORDER RE REDACTIONS TO CIRB REPORTS** |

On January 31, 2024, defendant County of San Diego lodged nine additional CIRB Reports and represents that all final CIRB Reports for in-custody deaths from January 1, 2021 to the present have now been provided to the Court. Dkt. No. 514. The Court's *in camera* review indicates that the proposed redactions are narrowly tailored and are limited to communications between Chief Legal Advisor Michael Faigin and other CIRB members. The County's approach is consistent with the precept that the attorney-client privilege is "strictly construed," *United States v. Martin*, 278 F.3d 988, 999 (9th Cir. 2002), and "protects only those disclosures necessary to obtain informed legal advice which might not have been made absent the privilege." *Fisher v. United States*, 425 U.S. 391, 403 (1976).

/ / /

For the foregoing reasons, the Court **ORDERS** that the County may maintain its proposed redactions to the CIRB Reports. The deadline for Defendants to produce the CIRB Reports remains stayed pending the Court's order on Defendants' request for a stay. See Dkt. Nos. 510, 511.

**IT IS SO ORDERED.**

Dated: February 8, 2024

_David Leshner_
Hon. David D. Leshner
United States Magistrate Judge