Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800   Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300   Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF SUSAN E. COLEMAN IN SUPPORT OF DEFENDANT COUNTY OF SAN DIEGO'S EX PARTE APPLICATION TO STAY THE MAGISTRATE JUDGE'S ORDERS [DKT. 468, 529] FOR PRODUCTION OF CIRB REPORTS**<br><br>Hon. Judge Anthony J. Battaglia |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4864-0458-4869 v1 SD #4870-2866-7667 v1

3:20-CV-00406-AJB-DDL
DECL. OF SUSAN E. COLEMAN

I, SUSAN E. COLEMAN, declare:

1. I am an attorney duly licensed and authorized to practice law in the State of California. I am a partner at Burke, Williams & Sorensen LLP, counsel of record for defendants County of San Diego (the "County"), the County Sheriff's Department, and the County's Probation Department (collectively, the "County Defendants") in this case.

2. The facts set forth in this Declaration are true and correct based upon my own personal knowledge and, if called as a witness, I could and would testify competently to each of the facts set forth herein. This declaration is submitted pursuant to this Court's Local Rule 7.l(i)(l).

3. I asked Plaintiffs' counsel by email if they would agree to a stay on production of the CIRB Reports pending a ruling on the same issue in the Greer case, on appeal in the Ninth Circuit (Case No. 23-55607).  Plaintiffs' counsel Mr. Van Swearingen replied and indicated they would *not* stipulate.  Mr. Swearingen was not available to meet and confer until tomorrow, February 16, 2024, at which point we will meet and confer in more detail; however, I do not expect his position will change.

4. A stay on production of the CIRB reports is needed to preserve the County's arguments re confidentiality and privilege and to obtain reconsideration by the district court and/or input from the Ninth Circuit on the legal issues.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed on this 15th day of February 2024, in San Diego, California.

/s/ *Susan E. Coleman*
Susan E. Coleman