Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800    Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300    Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DEFENDANT COUNTY OF SAN DIEGO'S NOTICE OF OBJECTIONS TO DISCOVERY ORDER [DKT 468] AND REQUEST FOR RECONSIDERATION**<br><br>[FED. R. CIV. P. 72(A)]<br><br>[*No hearing date per chambers; to be submitted on the papers*]<br><br>Hon. Judge Anthony J. Battaglia |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4877-1287-9269 v1 SD #4870-2866-7667 v1

3:20-CV-00406-AJB-DDL
DEFENDANT COUNTY OF SAN DIEGO'S
NOTICE OF OBJECTIONS TO DISCOVERY

**TO THE COURT, PLAINTIFFS AND THEIR COUNSEL:**

PLEASE TAKE NOTICE THAT pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, defendant County of San Diego ("County") hereby objects to and moves this Court for an order reconsidering the Magistrate Judge Leshner's February 12, 2024 Order granting Plaintiffs' motion to compel production of Confidential Critical Incident Review Board ("CIRB") Reports (Dkt. 468) (the "Discovery Order"), on the following grounds:

The County respectfully submits that the Discovery Order is clearly erroneous and contrary to law for the following reasons:

1. The CIRB Reports are privileged and protected because the purpose of CIRB is to provide confidential legal advice to the Sheriff's Department;

2. If the CIRB Reports are determined to be a dual-purpose communication, the Magistrate Judge should have applied *Kellogg's* "A Primary Purpose" standard; and

3. It is fundamentally unfair to apply the *In re Grand Jury* "The Primary Purpose" standard retroactively to destroy the County's long-standing expectation that the CIRB Reports are privileged.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Susan E. Coleman as well as all pleadings and papers on file in this action.

Dated: February 15, 2024

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan E. Coleman*
Susan E. Coleman
Elizabeth M. Pappy

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4877-1287-9269 v1 SD #4870-2866-7667 v1

3:20-CV-00406-AJB-DDL
DEFENDANT COUNTY OF SAN DIEGO'S
NOTICE OF OBJECTIONS TO DISCOVERY