Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800   Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300   Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF SUSAN E. COLEMAN IN SUPPORT OF DEFENDANT COUNTY OF SAN DIEGO'S OBJECTIONS TO DISCOVERY ORDER AND MOTION FOR RECONSIDERATION**<br><br>[FED. R. CIV. P. 72(A)]<br><br>[*No hearing date per chambers; to be submitted on the papers*]<br><br>Hon. Judge Anthony J. Battaglia |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4862-1531-5877 v1

3:20-CV-00406-AJB-DDL
DECL. OF SUSAN E. COLEMAN

I, SUSAN E. COLEMAN, declare:

1. I am an attorney duly licensed and authorized to practice law in the State of California. I am a partner at Burke, Williams & Sorensen LLP, counsel of record for defendants County of San Diego (the "County"), the County Sheriff's Department, and the County's Probation Department (collectively, the "County Defendants") in this case. The facts set forth in this Declaration are true and correct based upon my own personal knowledge and, if called as a witness, I could and would testify competently to each of the facts set forth herein. This declaration is submitted pursuant to this Court's Local Rule 7.l(i)(l).

2. I am informed and believe that on December 13, 2023, Magistrate Judge Jan M. Adler held that the CIRB Reports are protected by the attorney-client privilege. *Bush v. County of San Diego, et al.,* United States District Court for the Southern District of California, Case No. 15-cv-00686-L-JMA [Dkt. No. 22.] I am further informed and believe that the CIRB procedures and reports have been substantially the same since this time.

3. I am informed and believe that on September 11, 2017, Magistrate Judge Mitchell D. Dembin determined that the CIRB Reports are protected by the attorney- client privilege. *Estate of Nunez v. County of San Diego, et al.,* Case No.: 16-cv-1412- BENMDD [Dkt. No. 186.]

4. I am informed and believe that on October 7, 2022, Magistrate Judge Daniel Butcher ruled that the CIRB Reports and related materials were not protected by the privilege. *Greer v. Cnty. of San Diego,* No. 19-CV-378-JO-DEB, 2022 WL 6258319, at *3 (S.D. Cal. Oct. 7, 2022). I am informed and believe that on January 4, 2023, Judge Ohta ordered the County to produce the CIRB Reports and materials by January 9, 2023, under the protection of the attorneys' eyes' only provision of the protective order in that case, while at the same time the County sought appellate relief. *Greer, supra,* at Dkt. 280. I am informed and believe that on January 6, 2023, the County sought a writ of mandamus from the Ninth Circuit to

obtain relief from the order to produce the CIRB Reports and materials, but the County's petition was denied the same day. *Id.,* at Dkt. 286 & 287. I am informed and believe that soon thereafter, the parties in *Greer* reached a settlement and the CIRB Reports and materials were not produced.

5. I am informed and believe that on March 20, 2023, the San Diego Union Tribune, LLC, Prison Legal News, and Voice of San Diego moved to intervene in the *Greer* case in an effort to obtain the CIRB Reports and materials. *Greer, supra,* at Dkt. 359. I am informed and believe that on July 10, 2023, Judge Ohta granted the media intervenors' motion to unseal the CIRB Reports and related material so that the County's privileged materials can be published. *Id.,* at Dkt. 379.

6. I am informed and believe that on July 11, 2023 the County filed a notice of appeal of Judge Ohta's July 10, 2023 order, and thereafter filed an emergency motion for a stay of that order pending appeal. *Greer, supra,* at Dkt. 380. I am informed and believe that on July 12, 2023, the Ninth Circuit granted the County's emergency motion to stay Judge Ohta's order pending appeal. *Greer v. County of San Diego,* Ninth Circuit Court of Appeals Case No. 23-55607, at Dkt. 6. The issue of confidentiality is still pending in the Ninth Circuit.

7. On December 13, 2023, Magistrate Judge Leshner entered an order on the *Dunsmore* Plaintiffs' motion to compel production of CIRB Reports from January 1, 2021 and the present. [Dkt. 468.] There was a subsequent Order approving proposed redactions to the Reports. [Dkt. 507, 529.] Although the County requested a Stay of production pending a ruling by the District Court, Magistrate Judge Leshner denied the request for a Stay on February 12, 2024, and ordered production by February 16, 2024. [Dkt. 533.]

///
///
///
///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4862-1531-5877 v1

- 2 -

3:20-CV-00406-AJB-DDL
DECL. OF SUSAN E. COLEMAN

8. Dating back from the decisions rendered in *Bush* in 2015 to the present, I am not aware of any change in the policy or procedure of the Sheriff's Department concerning the CIRB meetings or Reports.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed on this 15th day of February 2024, in San Diego, California.

/s/ *Susan E. Coleman*
Susan E. Coleman