# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: | 20-cv-406-AJB-DDL |
| TITLE: | Dunsmore v. State of California et. al. |
| FILED DATE: 2/12/2024 | DOCUMENT NO.: 538 |
| DOCUMENT TITLE: | Motion to Intervene and Present a Claim F.R.C.P. 23(d)(1)(B)(i), (ii)(iii) |
| DOCUMENT FILED BY: | Non-Party Pedro Rodriguez |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

OTHER: Non-compliance with local rule(s). LR 5(1)(h) Filer is not a party to the case.

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document will remain as filed despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| ☐ | The Clerk is directed to MODIFY the docket text of the filed document to the following: [          ] |
| ☒ | The document is REJECTED. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
| ☐ | Rejected documents will be returned to pro se filer. |

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: February 15, 2024     CHAMBERS OF: The Honorable Anthony J. Battaglia

cc: All Parties     By: Judge Battaglia