GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California  94709
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:  (858) 677-1400
Facsimile:   (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUEST FOR PRODUCTION NOS. 203 TO 207** <br><br> Judge:       Hon. Anthony J. Battaglia <br> Magistrate: Hon. David D. Leshner <br><br> Trial Date: None Set |

Case No. 3:20-cv-00406-AJB-DDL

DECL. OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLS.' MOTION TO COMPEL DOCUMENTS
RESPONSIVE TO REQUEST FOR PRODUCTION NOS. 203 TO 207

I, Gay Crosthwait Grunfeld, declare:

1.     I am an attorney duly admitted to practice before this Court.  I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs and the Certified Class and Subclasses.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration in support of Plaintiffs' Motion to Compel Documents Responsive to Request for Production Nos. 203 to 207.

2.     Attached hereto as **Exhibit A** is a true and correct copy of relevant excerpts of Defendants' Responses to Plaintiffs' Fifth Set of Requests for Production.

3.     Plaintiffs' Requests for Production Nos. 203 to 207 seek documents relating to "incidents, complaints, and investigations of" staff misconduct or use of force at the Jail, "regardless whether the allegation was sustained or unsustained." Each Request is specific to a type of staff conduct as defined in the California Penal Code:  "failure to intervene against another EMPLOYEE using force that is clearly unreasonable or excessive" (Request No. 203), "discharge of a firearm" (Request No. 204), "sexual assault" (Request No. 205), "dishonesty" (Request No. 206), and "investigations of prejudice or discrimination" (Request No. 207).  Those documents are relevant and material to this litigation, which concerns, among other things, the Sheriff's Department's failure to prevent its employees' misconduct against incarcerated people in the Jail by, at least in part, failing to hold employees accountable through an effective disciplinary system.

4.     Based on my experience litigating civil rights cases against correctional institutions in California, as well as my and my law firm's review of publicly available documents regarding the San Diego County Jail, I have a reasonable belief that Defendants in this action have records responsive to Plaintiffs' Request for Production Nos. 203 to 207.

5.     I am also counsel of record for the Plaintiffs in a due process,

Rehabilitation Act, and Americans with Disabilities Act ("ADA") lawsuit against the California Department of Corrections and Rehabilitation ("CDCR") entitled *Armstrong v. Newsom* (N.D. Cal. No. 4:94-cv-02307-CW). The *Armstrong* Plaintiffs have filed motions regarding CDCR's failures to hold its staff accountable through its ineffective discipline and investigation systems for failing to abide by the ADA, the *Armstrong* remedial plan, and the *Armstrong* court orders. *See Armstrong v. Newsom*, 484 F.Supp.3d 808, 816, 850 (N.D. Cal. 2020), *aff'd*, 58 F.4th 1283, 1301 (9th Cir. 2023).

6. As a result of that litigation, CDCR on a quarterly basis produces to my law firm CDCR's internal investigation files and videos for six of its prisons regarding staff misconduct and use of force against *Armstrong* class members and other people with disabilities, including investigations for which no misconduct was found. Those document productions occur pursuant to a protective order that allows the documents to be produced for "attorneys' eyes only."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 20th day of February, 2024.

Gay Crosthwait Grunfeld

Case No. 3:20-cv-00406-AJB-DDL

DECL. OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLS.' MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUEST FOR PRODUCTION NOS. 203 TO 207

# EXHIBIT A

Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA  92101-8474
Tel:  619.814.5800 Fax:  619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail:  epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA  95113-2336
Tel:  408.606.6300 Fax:  408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>        v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>            Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DEFENDANTS SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT'S RESPONSES TO PLAINTIFFS' FIFTH SET OF REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>Judge:   Anthony J. Battaglia<br><br>Magistrate Judge David D. Leshner |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4858-7878-1056 v1

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' RESPONSES REQUESTS FOR
PRODUCTION OF DOCUMENTS, SET FIVE

Ex. A-2

1  **REQUEST FOR PRODUCTION NO. 202:**

2      ALL DOCUMENTS, including but not limited to video footage captured by

3  body-worn cameras, of any incidents RELATING TO PLAINTIFFS.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 202:**

5      Objection.  The request is vague, ambiguous and overbroad.  Without a

6  specific date to enable a search, no response will be provided.

7  **REQUEST FOR PRODUCTION NO. 203:**

8      ALL DOCUMENTS RELATING TO incidents, complaints, and

9  investigations of EMPLOYEES' failure to intervene against another EMPLOYEE

10 using force that is clearly unreasonable or excessive, as described in California

11 Penal Code Section 832.7(b)(1)(A)(iv), at the JAIL, regardless whether the

12 allegation was sustained or unsustained.

13 **RESPONSE TO REQUEST FOR PRODUCTION NO. 203:**

14     Objection.  The records are equally available and have previously been

15 requested in #80 and will not be reproduced.

16 **REQUEST FOR PRODUCTION NO. 204:**

17     ALL DOCUMENTS RELATING TO incidents, complaints, and

18 investigations of discharge of a firearm by YOUR EMPLOYEES at the JAIL, as

19 described in California Penal Code Section 832.7(b)(1)(A)(i).

20 **RESPONSE TO REQUEST FOR PRODUCTION NO. 204:**

21     Objection.  The records are equally available and have previously been

22 requested in #80 and will not be reproduced.

23 **REQUEST FOR PRODUCTION NO. 205:**

24     ALL DOCUMENTS RELATING TO incidents, complaints, and

25 investigations of sexual assault, as that term is defined in California Penal Code

26 Section 832.7(b)(1)(B)(ii), by YOUR EMPLOYEES at the JAIL, regardless whether

27 the allegation was sustained or unsustained.

28

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Camarillo

4858-7878-1056 v1                     43                  Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' RESPONSES REQUESTS FOR
PRODUCTION OF DOCUMENTS, SET FIVE
Ex. A-3

**RESPONSE TO REQUEST FOR PRODUCTION NO. 205:**

Objection. The records are equally available and have previously been requested in #80 and will not be reproduced.

**REQUEST FOR PRODUCTION NO. 206:**

ALL DOCUMENTS RELATING TO incidents, complaints, and investigations of dishonesty by YOUR EMPLOYEES, as described in California Penal Code Section 832.7(b)(1)(C), at the JAIL, regardless whether the allegation was sustained or unsustained.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 206:**

Objection. The request seeks documents which are irrelevant to any issues raised in the Third Amended Complaint and the request is intended for no purpose other than to harass and annoy responding parties. No response will be provided.

**REQUEST FOR PRODUCTION NO. 207:**

ALL DOCUMENTS RELATING TO incidents, complaints, and investigations of prejudice or discrimination by YOUR EMPLOYEES at the JAIL, as described in California Penal Code Section 832.7(b)(1)(C), regardless whether the allegation was sustained or not sustained.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 207:**

Objection. The request seeks documents which are irrelevant to any issues raised in the Third Amended Complaint and the request is intended for no purpose other than to harass and annoy responding parties. No response will be provided.

**REQUEST FOR PRODUCTION NO. 208:**

ALL DOCUMENTS RELATING TO tracking incidents of YOUR EMPLOYEES using force against INCARCERATED PERSONS at the JAIL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 208:**

Objection. The request seeks documents which have already been requested multiple times including #80. No response will be provided.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4858-7878-1056 v1

44

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' RESPONSES REQUESTS FOR
PRODUCTION OF DOCUMENTS, SET FIVE

**Ex. A-4**

1  Dated:  November 10, 2023          BURKE, WILLIAMS & SORENSEN, LLP

2

3

4                                     By:  _____

5                                          Susan E. Coleman
                                           Elizabeth M. Pappy
6                                          Attorneys for Defendants
                                           COUNTY OF SAN DIEGO, SAN
7                                          DIEGO COUNTY SHERIFF'S
                                           DEPARTMENT and SAN DIEGO
8                                          COUNTY PROBATION
                                           DEPARTMENT
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Camarillo

4858-7878-1056 v1          57          Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' RESPONSES REQUESTS FOR
PRODUCTION OF DOCUMENTS, SET FIVE
Ex. A-5