Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800    Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300    Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**STIPULATION FOR LEAVE TO PERMIT THE DEPOSITIONS OF INCARCERATED PERSONS/ PLAINTIFFS**<br>[Fed. R. Civ. P. 30(a)(2)(B)]<br><br>[*Proposed Order filed concurrently herewith*]<br><br>Magistrate Judge: David D. Leshner |

TO THE HONORABLE COURT:

Plaintiffs DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER ("Plaintiffs") and Defendants SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT ("Defendants"), through their respective counsel of record, hereby enter into the following stipulation:

WHEREAS, ten (10) of the named Plaintiffs in this case are currently incarcerated in California State Prisons (CDCR) and/or County Jail, as follows:

**Darryl Dunsmore** – CDCR #AD6237 - California Health Care Facility, 7707 Austin Road, Stockton, CA 95215

**Christoper Nelson** – CDCR #BS4520 – Correctional Training Facility, Highway 101 North, Soledad, CA 93960

**Michael Taylor** – CDCR #BE3914 – San Quentin State Prison, San Quentin, CA 94964

**Anthony Edwards** – CDCR #BS8944 – California Men's Colony, Highway 1, San Luis Obispo, CA 93409

**Christopher Norwood** - CDCR #BR4074– California Men's Colony, Highway 1, San Luis Obispo, CA 93409

**Andree Andrade** – CDCR #BW7634 – California Institution for Men, 14901 Central Avenue, Chino, CA 91710

**Jesse Olivares** – CDCR #P96278 – High Desert State Prison, 475-750 Rice Canyon Rd., Susanville, CA 96127

**Lisa Landers** – CDCR #WH1229 – Central California Women's Facility, 23370 Road 22, Chowchilla, CA 93610

///

///

**Gustavo Sepulveda** – CDCR #BT3638– Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179

**James Clark** – Booking #23724947 – San Diego Central Jail, 1173 Front Street, San Diego, CA 92101

WHEREAS, Federal Rules of Civil Procedure Rule 30(a)(2) requires leave of court in order for the deposition of an incarcerated person to proceed;

WHEREAS, Defendants contend that the depositions of the named Plaintiffs are important and necessary to this litigation.

Accordingly, the parties hereby stipulate as follows:

1. Defendants SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, by and through their respective counsel of record, shall be entitled to take the above listed Plaintiffs' depositions so long as they occur on or prior to the discovery cutoff, while they are confined in penal institutions in accordance with Federal Rules of Civil Procedure Rule 30(a)(2);

2. The depositions shall proceed on dates and times mutually agreeable to counsel and which are acceptable to the personnel for the subject penal institution;

3. If an incarcerated Plaintiff moves to a different jail or prison, this Court's order granting leave to take that person's deposition will still be valid and a new stipulation is not necessary, so long as such deposition occurs on or prior to the discovery cutoff;

4. Any counsel attending the deposition(s) in person will be responsible for obtaining their own clearance and arrangements with the specific facility; and

5. Counsel taking the depositions remotely will be responsible for coordinating with the relevant penal institution(s) to schedule and arrange the depositions.

///

///

IT IS SO STIPULATED.

Dated: February 22, 2024

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan E. Coleman*
  Susan E. Coleman
  Elizabeth M. Pappy

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

Dated: February 22, 2024

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Grunfeld*
  Gay Grunfeld

Attorneys for Plaintiffs DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER

[4439035.2]

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4894-4134-6214 v1

- 4 -

3:20-CV-00406-AJB-DDL
STIPULATION FOR LEAVE TO DEPOSE INCARCERATED PLAINTIFFS