**FILED**

FEB 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: COUNTY OF SAN DIEGO.<br>_____<br><br>COUNTY OF SAN DIEGO,<br><br>      Petitioner,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO,<br><br>      Respondent,<br><br>DARRYL DUNSMORE, et al.;<br><br>      Real Parties in Interest. | No. 24-894<br><br>D.C. No.<br>20-cv-406-AJB-DDL<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: CLIFTON, CALLAHAN, and H.A. THOMAS, Circuit Judges.

Petitioner has filed a certificate indicating that petitioner has complied with the district court's orders and that the basis for emergency relief has passed. Petitioner further indicates that it still seeks mandamus relief.

By no later than 12:00 p.m. Pacific Time on February 27, 2024, petitioner and real parties in interest must file simultaneous letter briefs of no more than 5 pages, addressing whether the petition should be denied as moot.