UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  20-cv-406-AJB-DDL<br><br>**ORDER GRANTING LEAVE TO DEPOSE INCARCERATED PERSONS**<br><br>**[Dkt. No. 551]** |

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby **ORDERS** as follows:

1.　Defendants' request Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) to depose certain parties confined in prison is **GRANTED**. Defendants, through their counsel, may take the depositions of the named Plaintiffs, including the following incarcerated persons:

**Darryl Dunsmore** – CDCR #AD6237 - California Health Care Facility, 7707 Austin Road, Stockton, CA 95215

**Christopher Nelson** – CDCR #BS4520 – Correctional Training Facility, Highway 101 North, Soledad, CA 93960

**Michael Taylor** – CDCR #BE3914 – San Quentin State Prison, San Quentin, CA 94964

**Anthony Edwards** – CDCR #BS8944 – California Men's Colony, Highway 1, San Luis Obispo, CA 93409

**Christopher Norwood** – CDCR #BR4074– California Men's Colony, Highway 1, San Luis Obispo, CA 93409

**Andree Andrade** – CDCR #BW7634 – California Institution for Men, 14901 Central Avenue, Chino, CA 91710

**Jesse Olivares** – CDCR #P96278 – High Desert State Prison, 475-750 Rice Canyon Rd., Susanville, CA 96127

**Lisa Landers** – CDCR #WH1229 – Central California Women's Facility, 23370 Road 22, Chowchilla, CA 93610

**Gustavo Sepulveda** – CDCR #BT3638– Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179

**James Clark** – Booking #23724947 – San Diego Central Jail, 1173 Front Street, San Diego, CA 92101

2. The depositions shall occur on or prior to the discovery cutoff, on dates and times mutually agreeable to counsel and which are acceptable to the personnel for the relevant penal institution(s).

3. All counsel must comply with the relevant clearance and other requirements for the penal institution(s).

4. Any counsel attending the deposition(s) in person will be responsible for obtaining their own clearance and arrangements with the specific facility where the deposition(s) will take place.

5. Any counsel taking the deposition(s) remotely will be responsible for coordinating with the relevant penal institution(s) to schedule and arrange the depositions.

/ / /
/ / /
/ / /
/ / /

2

20-cv-406-AJB-DDL

6. If any of the above-named incarcerated Plaintiffs moves to a different jail or prison, this order granting Defendants leave to take that person's deposition remains valid and a new stipulation is not necessary, so long as such deposition occurs on or prior to the discovery cutoff.

**Pursuant to stipulation, IT IS SO ORDERED.**

Dated: February 26, 2024

*/s/ David Leshner*

Hon. David D. Leshner
United States Magistrate Judge