Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
Craig Smith (State Bar No. 265676)
  *gcs@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Third Party, NAPHCARE OF SAN DIEGO LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>*[Assigned to the Honorable District Judge Anthony J. Battaglia, Magistrate Judge, David D. Leshner]*<br><br>**NAPHCARE OF SAN DIEGO LLC'S NOTICE OF LODGING OF DOCUMENTS FOR IN-CAMERA REVIEW**<br><br>*Complaint Filed:   01/08/2021* |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

*///*

*///*

*///*

*///*

1

**NAPHCARE OF SAN DIEGO LLC'S NOTICE OF LODGING OF DOCUMENTS FOR IN-CAMERA REVIEW**

**PLEASE TAKE NOTICE THAT** third party NAPHCARE OF SAN DIEGO, ("NAPHCARE"), hereby provides notice of lodging of documents identified on its privilege log [Dkt. No. 503-6] for in-camera review, pursuant to this Court Order [Dkt. No. 526].

DATED: February 27, 2024

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: _/s/ Craig Smith_
Eugene P. Ramirez
Craig Smith
Attorneys for Third Party
NAPHCARE OF SAN DIEGO, LLC.