Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800   Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300   Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR CDCR TO RESPOND TO SUBPOENAS, TO AMEND PLACE FOR PRODUCTION, AND TO LIMIT SCOPE OF SUBPOENAS**<br><br>[*Proposed Order filed concurrently herewith*]<br><br>Magistrate Judge: David D. Leshner |

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4881-4853-0857 v2

- 1 -

3:20-CV-00406-AJB-DDL
JOINT MOTION RE: SUBPOENAS ISSUED TO CDCR FOR NAMED PLAINTIFFS

TO THE HONORABLE COURT:

Plaintiffs DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER ("Plaintiffs") and Defendants SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT ("Defendants"), through their respective counsel of record, hereby enter into the following stipulation:

WHEREAS, Defendants have issued subpoenas to a number of California State Prisons under the California Department of Corrections and Rehabilitation (CDCR) for 13 of the 14 named Plaintiffs (the "subpoenas")herein requesting the following records:

**Case Summary:** Chronological History, Legal Status Summary, Movement Printout, and Probation Report.

**Legal Documents:** Abstract of Judgment, Commitment Offense

**ERMS/SOMS File:** Entire ERMS file and Entire SOMS File

**MEDICAL RECORDS:** Entire medical file for various dates, including prior to March 1, 2017;

WHEREAS, the subpoenas list the "Place" for production as Titan Legal Services, Inc., 2050 W. 190th Street, Ste. 200, Torrance, CA 90504;

WHEREAS, Federal Rules of Civil Procedure Rule 45 requires that any Motion to Quash relating to the subpoenas must be filed in the Central District of California and the parties wish to have all matters regarding the subpoenas decided in the Southern District of California by the assigned Magistrate, the Honorable David Leshner; and

WHEREAS, Plaintiffs do not hereby waive any other objections and rights to seek to quash or modify the subpoenas or move for a protective order.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4881-4853-0857 v2

- 2 -

3:20-CV-00406-AJB-DDL
JOINT MOTION RE: SUBPOENAS ISSUED TO CDCR FOR NAMED PLAINTIFFS

1   Accordingly, the parties hereby stipulate as follows:

2   1.   The medical records of each named Plaintiff to be produced by CDCR in response to the subpoenas shall be limited to those records dated March 2, 2017 to the present.  The Protective Order governing this case shall be amended to include CDCR and all records produced pursuant to the subpoenas shall be considered confidential under that order. To the extent segregating by time period and producing documents for the restricted time period of March 2, 2017 to the present is deemed to be burdensome by CDCR as opposed to production of an entire file within name Plaintiffs' medical records files, CDCR may produce all records within any such file.  Defendants and Plaintiffs agree that any such medical records produced dated prior to March 2, 2017 shall not be relied upon by experts, in declarations or depositions and/or at trial or in any other manner in this litigation, and shall be designated  attorney' eyes only confidential pursuant to the Protective Order in this matter.

2.   The "Place" for production of documents shall be amended in each and every subpoena by virtue of this stipulation and order thereon, to be:

Titan Legal Service, Inc. c/o Dexter Odani

8861 Villa La Jolla Drive, Box No. 13475

La Jolla, CA 92039; and

///
///
///
///
///
///
///
///
///

Burke, Williams & Sorensen, LLP
Attorneys At Law
san diego

4881-4853-0857 v2

- 3 -

3:20-CV-00406-AJB-DDL
JOINT MOTION RE: SUBPOENAS ISSUED
TO CDCR FOR NAMED PLAINTIFFS

3. The date for production is hereby amended to be March 8, 2024.

IT IS SO STIPULATED.

Dated: February 26, 2024

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Elizabeth M. Pappy*
Susan E. Coleman
Elizabeth M. Pappy

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

Dated: February 26, 2024

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Grunfeld*
Gay Grunfeld

Attorneys for Plaintiffs DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4881-4853-0857 v2

- 4 -

3:20-CV-00406-AJB-DDL
JOINT MOTION RE: SUBPOENAS ISSUED TO CDCR FOR NAMED PLAINTIFFS