GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the
Certified Class and Subclasses

G. CRAIG SMITH – 265676
MANNING & KASS,
ELLROD, RAMIREZ, TRESTER LLP
695 Town Center Drive, Suite 400
Costa Mesa, California 92626-7189
Telephone: (949) 440-6690
Facsimile: (949) 440-6691
craig.smith@manningkass.com

Attorneys for Non-Party
NaphCare of San Diego LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,

        Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**JOINT DISCOVERY STATUS REPORT REGARDING PLAINTIFFS' MOTION TO COMPEL DOCUMENTS AND DEPOSITION TESTIMONY FROM NAPHCARE**

Judge:    Hon. Anthony J. Battaglia
Magistrate: Hon. David D. Leshner

Trial Date: None Set

[4440491.9]

1    (*counsel continued from preceding page*)

2    CHRISTOPHER M. YOUNG – 163319
     ISABELLA NEAL – 328323
3    OLIVER KIEFER – 332830
     DLA PIPER LLP (US)
4    4365 Executive Drive, Suite 1100
     San Diego, California 92121-2133
5    Telephone: (858) 677-1400
     Facsimile: (858) 677-1401
6    christopher.young@dlapiper.com
     isabella.neal@dlapiper.com
7    oliver.kiefer@dlapiper.com
     Attorneys for Plaintiffs and the
8    Certified Subclass

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[4440491.9]

Case No. 3:20-cv-00406-AJB-DDL

JOINT DISCOVERY STATUS REPORT REGARDING PLAINTIFFS' MOTION TO COMPEL DOCUMENTS
AND DEPOSITION TESTIMONY FROM NAPHCARE

# JOINT STATUS REPORT

Pursuant to the Court's February 7, 2024 Order (Dkt. 526), Plaintiffs Darryl Dunsmore, Andree Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Lisa Landers, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, Jesse Olivares, Gustavo Sepulveda, Michael Taylor, and Laura Zoerner, as representatives of the Certified Class and Subclasses ("Plaintiffs") and Third-Party Contractor NaphCare of San Diego LLC ("NaphCare") submit this Joint Discovery Status Report Regarding Plaintiffs' Motion to Compel Documents and Deposition Testimony From NaphCare regarding their outstanding disputes with respect to Plaintiffs' subpoenas, served August 9, 2023.

## I.    "Standalone" Documents (Non-ESI)

On February 13, 2024, Plaintiffs provided NaphCare with a list of the specific categories of documents that Plaintiffs believe are in NaphCare's possession, custody or control, and should be produced in response to the subpoena. *See* **Exhibit A** attached hereto.  NaphCare responded on February 20.  *See* **Exhibit B** attached hereto.  On February 22, Plaintiffs sent NaphCare a letter regarding the document production that included a copy of the County-NaphCare contract, highlighted to identify responsive documents and deliverables that Plaintiffs expected should have generated responsive documents (all cited in the chart at Exhibit A).  *See* **Exhibit C** attached hereto (with  the NaphCare contract removed due to Defendants' designation of it as Confidential).  On February 23, 2024 NaphCare produced 23 documents, an index of which is attached as **Exhibit D**.  On February 27, 2024 NaphCare responded to Plaintiff's February 22, 2024 letter, which is attached as **Exhibit E**  All other document requests and other documents referenced in the chart at **Exhibit A** remain in dispute.

## II.    ESI (Emails, Texts, and Teams Messages)

Plaintiffs' February 13, 2024 email proposed ESI search terms and custodians, requesting that the proposed search terms be run against emails, texts,

1  and Teams messages for the proposed custodians from June 1, 2022 to August 10,
2  2023.  **Exhibit A**.  On February 20, NaphCare rejected Plaintiffs' proposal.
3  **Exhibit B**.  Plaintiffs provided NaphCare with a revised ESI proposal on
4  February 22.  **Exhibit C**.

5  **III.    Issues Pending Resolution**

6         Plaintiffs and NaphCare have an agreement regarding (i) NaphCare's
7  production of a subset of training documents identified by Plaintiffs, *see* **Exhibit C**;
8  (ii) NaphCare's production of native versions of two documents produced in other
9  formats; (iii) and NaphCare producing a deponent in response to Plaintiffs'
10 deposition subpoena following the completion of document productions.  Plaintiffs
11 and NaphCare include these issues to make the Court aware that although there is
12 agreement, they are pending completion.

14                              Respectfully submitted,

15 DATED:  February 27, 2024        ROSEN BIEN GALVAN & GRUNFELD LLP

17                              By:  */s/ Gay Crosthwait Grunfeld*
18                                   Gay Crosthwait Grunfeld

19                              Attorneys for Plaintiffs and the Certified Class
20                              and Subclasses

22 DATED:  February 27, 2024        MANNING & KASS,
23                              ELLROD, RAMIREZ, TRESTER LLP

24
25                              By:  */s/ G. Craig Smith*
                                    G. Craig Smith

27                              Attorneys for Non-Party NaphCare of
                                San Diego LLC

28

JOINT DISCOVERY STATUS REPORT REGARDING PLAINTIFFS' MOTION TO COMPEL DOCUMENTS
AND DEPOSITION TESTIMONY FROM NAPHCARE

1

**SIGNATURE CERTIFICATION**

2     Pursuant to the Court's Electronic Case Filing Procedures Manual Section

3 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic

4 filing of the foregoing document.

5

6 DATED:  February 27, 2024        ROSEN BIEN GALVAN & GRUNFELD LLP

7

8                                By:  */s/ Gay Crosthwait Grunfeld*

9                                     Gay Crosthwait Grunfeld

10                               Attorneys for Plaintiffs and the Certified Class
                                 and Subclasses

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# TABLE OF CONTENTS
## EXHIBITS TO THE JOINT STATUS REPORT

| EXHIBIT | DESCRIPTION | PAGE NO. |
|---------|-------------|----------|
| A. | Plaintiffs' Counsel Email re: Dunsmore v. San Diego Sheriff's Dept et al – Document Requests, February 13, 2024 | 1 |
| B. | NaphCare Counsel's Email re: Dunsmore v. San Diego Sheriff's Dept et al – Document Requests, February 20, 2024 | 26 |
| C. | Plaintiffs' Counsel Meet and Confer Letter, February 22, 2024 (with NaphCare contract removed due to confidentiality designation) | 32 |
| D. | Index of Documents Produced by NaphCare, February 24, 2024 | 39 |
| E. | NaphCare Counsel's Email re: Dunsmore v. San Diego Sheriff's Dept et al – Document Requests, February 27, 2024 | 42 |

# EXHIBIT A

Ex. A-1

| From: | Priyah Kaul |
|---|---|
| To: | G. Craig Smith; Eugene P. Ramirez; Mark R. Wilson; Angela Thompson; Julie Contreras; Holly Thomas; Robert E. Murphy |
| Cc: | Van Swearingen |
| Subject: | Dunsmore v. San Diego County Sheriff"s Dept et al - Document Requests |
| Date: | Tuesday, February 13, 2024 2:11:58 PM |
| Attachments: | Chart Re_Documents Requested from NaphCare(4435632.4).pdf |

Hi Craig,

Per the Court's February 7, 2024 order, I am writing to provide you with a list of the specific categories of documents that we believe are in NaphCare's possession, custody, or control and should be produced in response to the subpoena.

The attached document contains a list of "standalone" documents that we are requesting, broken down by RFP number. By "standalone," I mean that this list does not include emails, texts, and Teams messages, which I discuss below. Where possible, I have tried to reference pages of the NaphCare contract that may provide further insight into the category of document sought. Also attached is the NaphCare contract with the relevant bates numbers.

In addition, we are re-requesting native versions of the following documents:
- NAPCARE013138 ("Dental Appointments Report")
- NAPHCARE012742 ("San Diego Full Report"). For this document, we requested a sortable version largely for the purposes of creating a single, non-duplicative list of all trainings assigned to NaphCare employees, from which we could identify a sub-set to request training materials. If NaphCare can provide a list of these trainings, without the duplication in this 140+ page chart, that would be acceptable as well.
- NAPHCARE009915 ("Time Detail Report")

With respect to emails, texts, and Teams messages, we understand that we previously stipulated to forgo negotiated search terms. However, given the Court's order that we provide more specificity regarding the documents sought, and NaphCare's claim in its opposition papers that it cannot produce ESI without search terms, we think using agreed-upon terms may actually make this process easier by providing NaphCare with specific direction regarding documents to produce. Below is a list of proposed search terms to be run against emails, texts, and Teams messages for the proposed custodians listed at the bottom of this email, from June 1, 2022 to the date of the subpoena. We have endeavored to make this list as streamlined as possible but remain open to discussing this list if these searches result in a high hit count.

Proposed search terms:
1. "understaff!" OR ("insufficient" /5 ("staff" OR "provide!" OR "doctor!" OR "nurs!"))
2. ("waiting" OR "wait!" OR "backlog") /10 ("medical" OR "MOB" OR "EOH" OR "PSU")
3. "sick call" /10 ("hours" OR "day!" OR "week!" OR "delay" OR "triage" OR "backlog")
4. ("delay") /10 ("offsite" OR "hospital" OR "refer!" OR "specialty" OR "doctor!" OR "ER" OR "clinic")
5. "corrective action notice!" OR "corrective action plan!"
6. "deficient" OR "deficiency" OR "inadequate" OR "problem!" OR misconduct

**Ex. A-2**

7. "withdrawal" OR "detox" OR "OUD" OR "suboxone" OR "MAT"
8. "peer review" OR "audit" OR "inspection" OR "quality"
9. dying OR dead OR die! OR death
10. "medical overflow" OR "med overflow"
11. "kill!" OR "murder!" OR "hang!" OR "suicide!" OR "overdose!" OR "OD"
12. "crazy" OR "psycho"
13. bypass! OR (by /3 pass!)
14. "root canal" OR extract!
15. (feces OR defecat! OR shit OR poop OR crap OR pee OR piss OR urine OR soil!)
16. nigger! OR nigga! OR negro! OR muslim! OR moslem! OR spic! OR spik!
17. gay! OR fag! OR queer! OR homo! OR LGBT! OR trans! OR trann!
18. gimp! OR crippl!

Finally, as discussed at the hearing on the motion to compel, I remain concerned about scope and extent of NaphCare's search for documents up to this point. Ms. Tejura's declaration, submitted with your opposition papers, shows that many NaphCare employees with information about health care in the Jail were not consulted about whether they have responsive documents. To address this concern, below is a proposed list of custodians, identified by title. We propose that the above-listed search terms be run across emails, texts, and Teams messages for these individuals. We also expect that these individuals would all be consulted about each of the documents listed in the attachment.

<u>Proposed custodians:</u>
1. Chief medical officer
2. Regional corporate medical director
3. Health services administrator
4. Medical director
5. Program manager
6. Mental health director
7. Director of Utilization Management
8. One nurse, one psychiatrist, and one dentist from each of the Jail facilities

Let me know when you're free to continue to meet and confer. Thanks.


Priyah Kaul
Senior Counsel



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

**Ex. A-3**

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at pkaul@rbgg.com.

Ex. A-4

**Plaintiffs' List of Requested Standalone Documents (Excluding Emails, Texts, and Teams Messages)**

| Request | Specific Documents Sought |
|---|---|
| **RFP 5:** ALL drafts of POLICIES AND PROCEDURES RELATING TO HEALTH CARE at the JAIL. | • Drafts of policies that have been or are in the process of being amended or finalized as referenced in the NaphCare-County contract at sections 2.1.1, 2.1.3, 2.3.2.1, 2.3.4.3, 2.3.7.9, 2.3.9.7.9, 2.3.10.4, 2.3.11.3, 2.3.12.2, 2.3.25.6, 2.3.28.1, 2.3.30.1, 2.3.30.25, 2.3.36.1, and 2.6.18.<br><br>• Policies drafted to bring care into compliance with NCCHC standards. |
| **RFP 6:** ALL DOCUMENTS and minutes RELATING TO meetings attended by HEALTH CARE STAFF or custody staff at which the HEALTH CARE of INCARCERATED PERSONS, HEALTH CARE POLICIES AND PROCEDURES, HEALTH CARE staffing, or ANY issue related to JAIL HEALTH CARE was discussed. | • Agendas, meeting minutes, meeting notes, and presentations from meetings between NaphCare and the County, which we understand from the deposition testimony of Assistant Sheriff Kenneth Jones have occurred weekly at times during the period of the contract.<br><br>• Agendas, meeting minutes, meeting notes, and presentations from any internal NaphCare meetings at which the County's Corrective Action Notices were discussed.<br><br>• NaphCare's responses to all Corrective Action Notices.<br><br>• Minutes of and findings reported by the Continuous Quality Improvement (CQI) committee as referenced in the NaphCare-County contract at SD_122512.<br><br>• The results/findings from chart reviews discussed and shared with the Sheriff's Department as referenced in the NaphCare-County contract at SD_122513. |

1

**Ex. A-5**

| Request | Specific Documents Sought |
|---|---|
|  | • Agendas, minutes, and reports from the Medical Audit Committee as referenced in the NaphCare-County contract at SD_122513. <br><br> • Metrics and follow-up action items from Service Delivery Meetings as referenced in the NaphCare-County contract at SD_122530. <br><br> • Agendas, meeting minutes, meeting notes, and presentations from Multidisciplinary Collaboration Team Meetings as referenced in the NaphCare-County contract at SD_122530. <br><br> • Minutes from all quarterly meetings, or whenever an infection control issue requires immediate or continuing attention, as provided in section 2.3.25.7 of the NaphCare-County contract. <br><br> • Minutes from meetings referenced in sections 2.3.38.5 – 2.3.38.7 of the NaphCare-County contract. |
| **RFP 8:**  ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES for the provision of medication to INCARCERATED PEOPLE, including both formulary and non-formulary medications. | • List of all formulary medications available to incarcerated people, as referenced in section 2.3.30.33 of the NaphCare-County contract. <br><br> • Blank copies of all forms completed to obtain non-formulary medications for incarcerated people. <br><br> • Memoranda regarding the unavailability or shortages of medication for incarcerated people. <br><br> • Metrics and performance indicators regarding medication errors as referenced in the NaphCare-County contract at SD_122516. |

Ex. A-6

| Request | Specific Documents Sought |
| --- | --- |
| | • Reports generated by SureScripts reflecting the unavailability or shortages of medication for incarcerated people, or medication errors.<br><br>• Medication variance reports as referenced in the NaphCare-County contract at SD_122535.<br><br>• Daily medication inventories pursuant to section 2.3.30.4 of the NaphCare-County contract. |
| **RFP 9:** DOCUMENTS RELATING TO HEALTH CARE statistics of ANY kind at the JAIL. | • Metrics and performance indicators developed, implemented, or discussed with the Sheriff's Department as referenced in sections 2.3.28.2 and 2.3.29 of the NaphCare-County contract at SD_122516.<br><br>• Statistical reports generated by NaphCare as referenced in the NaphCare-County contract at SD_122528 under the header "Reports."<br><br>• Statistical daily reports pertaining to medical services rendered and monthly contract compliance reports as referenced in the NaphCare-County contract at sections 2.3.29.2 and 2.3.29.5.<br><br>• Standard management reports as referenced in section 2.3.29.3 of the NaphCare-County contract at SD_122517.<br><br>• Reports generated by TechCare reflecting aspects of care such as sick call trends and issues, and timely completion of sick calls, as referenced in the NaphCare-County contract at SD_122518. |

| Request | Specific Documents Sought |
|---|---|
| | <ul><li>Monthly, quarterly, and annual reports used to show trends and drive decision making as referenced in the NaphCare-County contract at SD_122517.</li><li>Reports generated by TechCare reflecting evaluations of ER sendouts/hospital visits, as referenced in the NaphCare-County contract at SD_122518.</li><li>Reports generated by TechCare reflecting evaluations of statistical daily reports (SDRs) as referenced in the NaphCare-County contract at SD_122518.</li><li>Monthly contract compliance reports as referenced in the NaphCare-County contract at SD_122517.</li><li>Daily Hospitalization Report, including reason for admission and length of stay, for the last six months, as referenced in the NaphCare-County contract at SD_122518.</li><li>Detailed Monthly Utilization Report for the last six months as referenced in the NaphCare-County contract at SD_122518.</li><li>Inpatient and Outpatient Statistical Report for the last six months as referenced in the NaphCare-County contract at SD_122518.</li><li>Specialty Services and ER Trips Reports for the last six months as referenced in the NaphCare-County contract at SD_122518.</li></ul> |

**Ex. A-8**

| Request | Specific Documents Sought |
|---|---|
| | • Utilization Review Reports for the last six months as referenced in the NaphCare-County contract at SD_122518.<br><br>• Reports generated to address operational and administrative concerns as referenced in the NaphCare-County contract at SD_122518. |
| **RFP 16:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES for maintaining the privacy of the HEALTH INFORMATION of people incarcerated at the JAIL, including the confidentiality of patient-provider discussions. | • All documents relating to patient confidentiality as described in sections 2.3.22.2 and 2.3.25.6.4 of the NaphCare-County contract. |
| **RFP 17:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES RELATING TO housing and classification of INCARCERATED PERSON with serious HEALTH CARE issues. | • Blank copies of all forms and evaluations completed for health providers and professionals to make recommendations regarding housing placement.<br><br>• End of shift reports regarding incarcerated people with serious health issues for the last six months.<br><br>• Reports generated by TechCare reflecting housing placement referrals as referenced in the NaphCare-County contract at SD_122489. |
| **RFP 18:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES for screening of INCARCERATED PERSONS to identify HEALTH CARE needs. | • Statistical Daily Reports regarding "completed intake screens," as referenced in section 2.3.29.5.1 of the NaphCare-County contract.<br><br>• Memoranda regarding the failure to properly screen incarcerated persons for health care needs. |

**Ex. A-9**

| Request | Specific Documents Sought |
|---|---|
| | • Blank copies of all forms and evaluations regarding screening incarcerated people to identify health care needs.<br><br>• Protocols integrated into TechCare that guide nurses through screening and intake, as referenced in the NaphCare-County contract at SD_122484. |
| **RFP 19:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES for responding to emergency HEALTH CARE needs. | • Incident and occurrence reports regarding emergency patient transports as referenced in the NaphCare-County contract at SD_122535.<br><br>• DSH emergency notifications as referenced in the NaphCare-County contract at section 1.8.3.6.<br><br>• Notifications and reviews of emergency cases as referenced in the NaphCare-County contract at section 2.3.16.9.<br><br>• Blank copies of all forms and evaluations completed for emergency health care.<br><br>• Memoranda regarding the failure to properly screen incarcerated persons for health care needs.<br><br>• Communications between NaphCare staff and sworn staff regarding the need for emergency department (ED) services as referenced in the NaphCare-County contract at SD_122506. |
| **RFP 20:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES for access to outside | • Documents reflecting any denials of care by outside facilities or specialists due to NaphCare's unpaid invoices. |

**Ex. A-10**

| Request | Specific Documents Sought |
|---|---|
| medical facilities, specialists, and follow-up care. | • Documents reflecting whether NaphCare has paid the $9.3 million in unpaid invoices referenced in the Corrective Action Notices, and if so, when.<br><br>• All contracts between NaphCare and outside facilities and specialists regarding care for incarcerated persons.<br><br>• Watch list for offsite visits as referenced in the NaphCare-County contract at SD_122505.<br><br>• Incident and occurrence reports regarding emergency patient transports as referenced in the NaphCare-County contract at SD_122535.<br><br>• Memoranda regarding the unavailability of or difficulty scheduling appointments with outside facilities or specialists.<br><br>• All offsite reports referenced in the NaphCare-County contract at SD_122506.<br><br>• Blank copies of all forms and evaluations completed for incarcerated people to access outside medical facilities, specialists, and follow-up care. |
| **RFP 21:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES governing the provision of prescription medications, medical devices, and medical diets. | • List of all medical devices available to incarcerated people.<br><br>• Blank copies of all forms completed to obtain medical devices for incarcerated people. |

**Ex. A-11**

| Request | Specific Documents Sought |
|---|---|
| | • Blank copies of all forms completed to address medical diets for incarcerated people.<br><br>• Memoranda regarding the unavailability or shortages of medical devices for incarcerated people.<br><br>• Memoranda regarding implementation of a process for providing prostheses and other orthopedic devices to incarcerated people as referenced in the NaphCare-County contract at SD_122549. |
| **RFP 22:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES governing the treatment and monitoring of INCARCERATED PERSONS with chronic medical conditions. | • Blank copies of all forms and evaluations completed to identify and monitor individuals with chronic conditions in TechCare as referenced in the NaphCare-County contract at SD_122486.<br><br>• A list of all individuals enrolled in a chronic care clinic, as referenced in the NaphCare-County contract at SD_122499.<br><br>• A list of chronic care visits and refusals for the last six months as referenced in the NaphCare-County contract at SD_122500.<br><br>• Memoranda regarding establishment of the chronic care program as referenced in the NaphCare-County contract at SD_122499.<br><br>• Disease-specific information that may be printed from TechCare and provided to incarcerated people with chronic illnesses as referenced in the NaphCare-County contract at SD_122500. |

**Ex. A-12**

| Request | Specific Documents Sought |
|---|---|
| | • All quality assurance activity documents related to chronic care patients, as referenced in the NaphCare-County contract at section 2.3.11.15. |
| **RFP 23:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES governing the treatment and monitoring of pregnant persons. | • Blank copies of all forms and evaluations completed to treat and monitor pregnant persons.<br><br>• Memoranda regarding implementation of a program for women's health as referenced in the NaphCare-County contract at SD_122502. |
| **RFP 24:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES governing the treatment and monitoring of INCARCERATED PERSONS with known or suspected withdrawals from prescription or illegal drugs or substances, including but not limited to medications and alcohol. | • Memoranda and reports related to Naphcare's "medically supervised withdrawal and MAT program," as referenced in the NaphCare-County contract at section 2.3.12.1.<br><br>• Blank copies of all forms and evaluations completed to treat and monitor individuals in withdrawal and for MAT.<br><br>• A list of all individuals currently in withdrawal and MAT protocols.<br><br>• Quality assurance studies to monitor the efficacy and consistency of the drug and alcohol withdrawal program as referenced in the NaphCare-County contract at SD_122513. |
| **RFP 25:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES governing requests for HEALTHCARE ASSISTIVE DEVICES. | • The "Operations Manual section approved by the SDSD to provide medically necessary splints, braces, and prosthetics, including, but not limited to dentures, eyeglasses and hearing aids when medically indicated and ordered by Contractor's medical, oral care, and optometric personnel," as referenced in section 2.6.14.1 of the Naphcare-County contract. |

**Ex. A-13**

| Request | Specific Documents Sought |
|---|---|
| | • List of all healthcare assistive devices available to incarcerated people.<br><br>• Blank copies of all forms completed to obtain healthcare assistive devices for incarcerated people.<br><br>• Memoranda regarding the unavailability or shortages of healthcare assistive devices for incarcerated people, including memoranda and reports maintained pursuant to section 2.3.36.2 of the Naphcare-County contract. |
| **RFP 26:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES governing disagreements between NAPHCARE employees and DEFENDANTS' employees REGARDING HEALTH CARE for INCARCERATED PERSONS. | • Documents created or reviewed in connection with any disputes arising under section 2.3.62 of the NaphCare-County contract at SD_122541. |
| **RFP 27:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES governing the continuity of care from the community to the JAIL and from the JAIL to the community. | • "Protocols for bridging medications," described in section 2.3.30.7 of the NaphCare-County contract.<br><br>• Blank copies of all forms and evaluations completed as part of discharge planning activities.<br><br>• Blank copy of "Release Summary" page of TechCare as referenced in the NaphCare-County contract at SD_122488. |

**Ex. A-14**

| Request | Specific Documents Sought |
|---|---|
| | • Educational information provided to incarcerated people as part of discharge planning as referenced in the NaphCare-County contract at SD_122506.<br><br>• Documents reflecting Naphcare's "system of discharge planning" as discussed in section 2.3.4.1 of the Naphcare-County contract.<br><br>• Documents reflecting costs billed back to the County for discharge medication, as discussed in sections 2.3.30.38 and 2.3.40.1.3 of the Naphcare-County contract.<br><br>• Naphcare's "plan to address key issues such as continued medical and mental healthcare, housing, medical insurance, transportation, Social Security Disability, and employment" as discussed in section 2.3.4.3.2 of the Naphcare-County contract.<br><br>• Reports of discharge planning activities as maintained in the "Release/Discharge Summary" report for all people for the last six months, as discussed in section 2.3.4.8 of the Naphcare-County contract. |
| **RFP 28:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES governing reviews of in-custody deaths. | • N/A – Plaintiffs do not seek any standalone documents beyond what NaphCare has identified in its privilege log. |
| **RFP 30:** ALL DOCUMENTS RELATING TO the provision of foreign language and sign language interpretation | • Documents reflecting Naphcare's provision of "interpreting over the phone in more than 240 languages, as well as video remote |

[4435632.3]

**Ex. A-15**

| Request | Specific Documents Sought |
|---|---|
| services for INCARCERATED PERSONS whose primary language is not English during visits with HEALTH CARE STAFF. | interpreting for the deaf and hard of hearing," as described in section 2.3.36.8 of the Naphcare-county contract. |
| **RFP 31:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES governing diagnostic or laboratory testing and follow-up for INCARCERATED PERSONS. | • Reviews of diagnostics by Naphcare's UM team, as described in section 2.3.16.4.4 of the NaphCare-County contract.<br><br>• Biweekly Specialty Services reports regarding "consults, procedures, and diagnostic services" as described in section 2.3.16.11.4 of the NaphCare-County contract.<br><br>• Compliance reviews of "Laboratory and diagnostic data and thoroughness of the care plan which should address all abnormal finding" as referenced in the NaphCare-County contract at section 2.3.27.6.4.<br><br>• Blank copies of all forms completed to for diagnostic or laboratory testing for incarcerated people.<br><br>• Inspections and audits of x-ray units as referenced in the NaphCare-County contract at SD_122523.<br><br>• Quality control/assurance documentation for radiation equipment as referenced in the NaphCare-County contract at SD_122523.<br><br>• Documentation of the "workflow" for "diagnostic services" as referenced in the NaphCare-County contract at SD_122523. |

**Ex. A-16**

| Request | Specific Documents Sought |
|---|---|
| **RFP 33:** ALL DOCUMENTS RELATING TO the housing of INCARCERATED PERSONS with MENTAL DISORDERS or who are receiving mental HEALTH CARE, including but not limited to determinations of need for housing; evaluations of housing; POLICIES AND PROCEDURES for moving INCARCERATED PERSONS to appropriate housing; and requests for funding for mental health housing. | • Blank copies of all forms and evaluations completed for mental health providers and professionals to make recommendations regarding housing placement.<br><br>• End of shift reports regarding incarcerated people mental disorders for the last six months.<br><br>• Reports generated by TechCare reflecting housing placement referrals as referenced in the NaphCare-County contract at SD_122489.<br><br>• Audits or reviews of determinations for placement in mental health housing.<br><br>• Memoranda regarding mental health housing placement. |
| **RFP 34:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES REGARDING suicide prevention. | • Materials from mental health training referenced in section 2.5.11 of the NaphCare-County contract.<br><br>• Materials created or distributed as part of the suicide prevention plan referenced in section 2.5.12 of the NaphCare-County contract.<br><br>• All daily reports related to suicide watch, as referenced in section 2.3.29.5.9 of the NaphCare-County contract.<br><br>• All suicide attempt occurrence reporting, as referenced in section 2.3.47.2.2 of the NaphCare-County contract.<br><br>• Critical Incident Debriefing related to suicide and suicide attempts, as referenced in section 2.3.47.16 of the NaphCare-County contract. |

**Ex. A-17**

| Request | Specific Documents Sought |
|---|---|
| | • The "suicide prevention plan" referenced in section 2.6.18 of the NaphCare-County contract. |
| **RFP 35:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES REGARDING housing placements for INCARCERATED PERSONS with MENTAL DISORDERS or who are receiving mental HEALTH CARE. | • Documentation of costs billed back to the County for mental health offsite costs for participants in the JBCT program as referenced in section 2.3.9.7.2 of the NaphCare-County contract.<br><br>• "[Q]uality control indicators from program data which [are] reported to the Stakeholder's Board" as referenced in section 2.3.9.7.8 of the NaphCare-County contract.<br><br>• Any written notice provided to Naphcare regarding the termination or reduction of the size of the JBCT program as referenced in section 2.3.9.7.12 of the NaphCare-County contract.<br><br>• Minutes from the weekly reviews of JBCT individuals as referenced in section 2.3.9.8.2 of the NaphCare-County contract.<br><br>• Training materials for professionals involved in the competency restoration treatment and evaluation process as referenced in section 2.3.9.8.5 of the NaphCare-County contract.<br><br>• All written notices to the DSH Contract Manager and the PMU that a person is not suitable for admission into the JBCT program, as referenced in section 1.2.1 of Exhibit A-1 to the NaphCare-County contract. |

**Ex. A-18**

| Request | Specific Documents Sought |
|---|---|
| | • Documentation provided to PMU after determination that a male Patient Inmate should be removed from the JBCT program, pursuant to section 1.3.3 of Exhibit A-1 to the NaphCare-County contract. |
| **RFP 36:** ALL DOCUMENTS RELATING TO INCARCERATED PEOPLE being housed in sobering cells. | • Blank copies of all forms and evaluations completed for placement in sobering cells.<br><br>• Audits or reviews of determinations for placement in sobering cells.<br><br>• Memoranda regarding sobering cell placement.<br><br>• Quality assurance studies for monitoring the efficacy and consistency of the drug and alcohol withdrawal program as referenced in the NaphCare-County contract at SD_122513. |
| **RFP 37:** ALL DOCUMENTS RELATING TO INCARCERATED PEOPLE being housed in safety cells. | • Blank copies of all forms and evaluations completed for placement in a safety cells.<br><br>• Audits or reviews of determinations for placement in safety cells.<br><br>• Memoranda regarding safety cell placement. |
| **RFP 38:** ALL DOCUMENTS RELATING TO INCARCERATED PEOPLE being housed in Psychiatric Stabilization Unit or Psychiatric Security Unit. | • Written information provided to "all patients" in the PSU, as referenced in section 2.3.8.1 of the NaphCare-County contract. |

**Ex. A-19**

| Request | Specific Documents Sought |
|---|---|
| **RFP 42:** DOCUMENTS sufficient to show the number of INCARCERATED PERSONS with MENTAL DISORDERS or who are receiving mental HEALTH CARE in Enhanced Observation Housing or Outpatient Step Down unit housing, by month since June 1, 2022. | • Lists from TechCare of all people incarcerated in enhanced observation housing or outpatient step down unit housing since June 1, 2022. |
| **RFP 44:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES for the distribution of medications for INCARCERATED PERSONS with MENTAL DISORDERS or who are receiving mental HEALTH CARE. | • All "documentation and reporting pursuant to all current and new regulations pertaining to handling of all pharmaceuticals e.g., procurement, dispensing, packaging/repackaging, return/disposals, chain of custody as well as the operational deployment (prescribing/ordering/administering) of medications/pharmaceuticals" pursuant to section 2.3.30.1.3 of the NaphCare-County contract. |
| **RFP 56:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES REGARDING the sterilization of instruments and equipment used for providing DENTAL CARE at the JAIL. | • Blank copies of all forms and evaluations regarding the sterilization of instruments and equipment used for providing dental care.<br><br>• Audits or reviews of sterilization of instruments and equipment used for providing dental care.<br><br>• Dental screening and hygiene examination dental assessments for patients who request dental services for urgent/emergent needs as referenced in the NaphCare-County contract at SD_122498. |
| **RFP 57:** ALL DOCUMENTS RELATING TO POLICIES AND PROCEDURES REGARDING | • Documentation of Naphcare's "oral care program" including "medically necessary dental-related prescriptions" as referenced in the NaphCare-County contract at section 2.3.10.6 and 10.3.10.6.1.8. |

[4435632.3]

16

**Ex. A-20**

| Request | Specific Documents Sought |
|---|---|
| INCARCERATED PERSONS' access to oral health items, including but not limited to toothbrushes, toothpaste, and dental floss or equivalent. | <ul><li>List of all oral health items available to incarcerated people.</li><li>Memoranda regarding the unavailability or shortages of oral health items for incarcerated people.</li></ul> |
| **RFP 63:** ALL DOCUMENTS RELATED TO inspections of HEALTH CARE facilities or practices at the JAIL by an entity other than YOU. | <ul><li>Reports issued by entities other than NaphCare regarding inspections of NaphCare's policies and practices in the Jail.</li><li>Inspections of health care clinic areas and environmental inspections, as referenced in sections 2.3.58.1 and 2.3.58.2 of the NaphCare-County contract.</li><li>Corrective Action Plans to remedy areas of non-compliance found by NCCHC, as referenced in section 2.3.58.2 of the NaphCare-County contract.</li><li>Copies of "Inspections/Audits: Maintain documentation of required physicist testing and calibration of each X-ray producing unit" as described in section 2.3.31.2.2 of the NaphCare-County contract.</li><li>Copies of Edge Biomed's inspections, as referenced in section 2.3.45.6 of the NaphCare-County contract.</li></ul> |
| **RFP 66:** ALL STAFFING PLANS RELATING TO the JAIL. | <ul><li>Any revisions to staffing as referenced in sections 2.1.7.1, 2.3.59.2 and 2.3.60.1 of the NaphCare-County contract.</li><li>NaphCare's staffing matrix, referenced in section 3.9.7.13 of the NaphCare-County contract.</li></ul> |

[4435632.3]

17

**Ex. A-21**

| Request | Specific Documents Sought |
|---|---|
| | • Documents regarding Naphcare's "specialty staffing for onsite MAT services," as referenced in sections 2.3.14.4 of the NaphCare-County contract.<br><br>• Documents identifying vacant staff positions in the Jail.<br><br>• Proposals for filling vacant staff positions in the Jail.<br><br>• Agendas, meeting minutes, meeting notes, and presentations from meetings regarding staffing needs as referenced in the NaphCare-County contract at SD_122485. |
| **RFP 70:** DOCUMENTS sufficient to show the LICENSING CREDENTIALS of ALL NAPHCARE EMPLOYEES who have worked at the JAIL. | • Documents reflecting the license number, government licensing agency/board, and licensure status for all NaphCare employees who have worked in the Jail. |
| **RFP 74:** ALL minutes from QUALITY ASSURANCE MEETINGS RELATING TO the JAIL. | • Meeting minutes from all quality assurance or quality improvement meetings, including meetings held as part of the continuous quality improvement program as referenced in the NaphCare-County contract at SD_122511-122512. |
| **RFP 76:** ALL DOCUMENTS RELATING TO the ADEQUACY of the CLINICAL FACILITIES at the JAIL. | • Cleanliness reports, evaluations, audits, or inspections.<br><br>• Medical equipment counts or assessments.<br><br>• Reports regarding a lack of medical equipment. |

**Ex. A-22**

| Request | Specific Documents Sought |
|---|---|
| | • Memoranda regarding the cleanliness of clinical treatment space, medical administration space, and other medical support spaces such as pharmacy, medical records, and medical laboratories;<br><br>• Memoranda regarding the availability of confidential spaces or bed space in medical units. |
| **RFP 77:** ALL DOCUMENTS RELATING to DEATHS of people incarcerated at the JAIL from June 1, 2022 to the present. | • N/A – Plaintiffs do not seek any standalone documents beyond what NaphCare has identified in its privilege log. |
| **RFP 84:** ALL DOCUMENTS RELATING TO formal and informal HEALTH CARE training provided to HEALTH CARE STAFF, including but not limited to training RELATING TO (a) the provision of HEALTH CARE, (b) administrative responsibilities RELATING TO the provision of HEALTH CARE, (c) the processing of sick call requests, and (d) POLICIES AND PROCEDURES to ensure that INCARCERATED PERSONS have access to HEALTH CARE. | • Excel version of "Full Report" produced at NAPHCARE016010 or, alternatively, a list of trainings required to be completed by all NaphCare employees working in the Jail. |
| **RFP 85:** ALL DOCUMENTS RELATING TO monitoring and/or auditing of HEALTH CARE provided to | • Audits and other documents identified in section 11.1 ("Audit and Inspection") of the NaphCare-County contract. |

**Ex. A-23**

| Request | Specific Documents Sought |
|---|---|
| INCARCERATED PERSONS, including but not limited to, quality improvement, quality assurance or clinical performance reviews, peer reviews, in-service trainings, internal or external audits, technical assistance reports, accreditations, contract monitoring reports, minutes from QUALITY ASSURANCE MEETINGS, and HEALTH CARE record reviews, from June 1, 2021 to the present. | • Audits and other documents identified in section 11.2 ("External Audits") of the NaphCare-County contract.<br><br>• Audits and other documents identified in section 13.7 ("Audit Requirement") of the NaphCare-County contract.<br><br>• All reports identified in section 13.8 ("Reports") of the NaphCare-County contract.<br><br>• All monthly quality assurance analyses of data identified in section 2.3.21.2 of the NaphCare-County contract.<br><br>• Chart reviews of all licensed/credentialed providers on a semi-annual basis, as provided by section 2.3.26.3 of the NaphCare-County contract.<br><br>• All results of Ongoing Quality Assurance activities as described in section 2.3.26.6 of the NaphCare-County contract.<br><br>• All CQI Program "reviews and studies" as described in section 2.3.26.7 of the NaphCare-County contract.<br><br>• Peer reviews completed pursuant to sections 2.3.16.12, 2.3.26.2.2, 2.3.26.7.2, 2.3.27 of the NaphCare-County contract.<br><br>• The pharmacist's comprehensive medication review and reporting of duplicate therapy orders as described in sections 2.3.26.8 and 2.3.26.9 of the NaphCare-County contract. |

**Ex. A-24**

| Request | Specific Documents Sought |
|---------|---------------------------|
|         | <ul><li>Reports of Continuous Monitoring of Medicated Patients, as described in section 2.3.26.12 of the NaphCare-County contract.</li><li>Reports of "key metrics and performance indicators," as described in sections 2.3.28.2 and 2.3.29.1 of the NaphCare-County contract.</li><li>Verifications of provider's competency and ongoing compliance, as described in section 2.3.28.3 of the NaphCare-County contract.</li><li>Reports completed pursuant to section 2.3.35.10 of the NaphCare-County contract.</li><li>All Corrective Action Notices (CANs) and Corrective Action Plans (CAPs).</li></ul> |

**Ex. A-25**

# EXHIBIT B

| From: | G. Craig Smith |
|---|---|
| To: | Priyah Kaul; Eugene P. Ramirez; Mark R. Wilson; Angela Thompson; Julie Contreras; Holly Thomas; Robert E. Murphy |
| Cc: | Van Swearingen |
| Subject: | RE: Dunsmore v. San Diego County Sheriff"s Dept et al - Document Requests |
| Date: | Tuesday, February 20, 2024 4:44:51 PM |

<div style="background-color: #FCE6A0; border: 1px solid #000; padding: 4px;">

**[EXTERNAL MESSAGE NOTICE]**

</div>

Counsel-

I write in accordance with the Court's February 7, 2024 order to provide a formal response by today. To begin, I appreciate the time spent last Friday for over an hour to meet and confer via zoom. As a preliminary matter, and as discussed on the zoom conference, we believe Plaintiffs' request is unduly burdensome, outside the scope of what the Court had contemplated to resolve the overbroad, vague and ambiguous objections, would constitute a new subpoena, and largely is not part of the meet and confer efforts expended in 2023 and in 2024. Indeed, this is the first time we have received such a list and/or chart from your office.

The chart you have provided has 150 bullet points of categories of records, not stand alone documents, that you are requesting NaphCare produce. These requests are not seeking standalone documents, but are seeking new types of records that span over different timeframes, some of which are facility-specific, making the task of retrieval, if they exist, exporting and production an overly burdensome endeavor. This is especially true given the condensed timeframe of which NaphCare is to work on promptly researching these issues and making production. Moreover, we agreed to forego ESI searches which you had stipulated to and conceded was unnecessary. As discussed below, the statement in NaphCare's opposition regarding ESI was taken out of context.

Nevertheless, NaphCare has been working around the clock to research, locate and produce records.

Native Versions of Documents Produced

- NAPCARE013138 ("Dental Appointments Report") - We will produce the native format in excel.
- NAPHCARE012742 ("San Diego Full Report"). For this document, we requested a sortable version largely for the purposes of creating a single, non-duplicative list of all trainings assigned to NaphCare employees, from which we could identify a sub-set to request training materials. If NaphCare can provide a list of these trainings, without the duplication in this 140+ page chart, that would be acceptable as well. — We have produced the native format in excel.
- NAPHCARE009915 ("Time Detail Report") - We will produce the native format in excel.

Chart of 150 new requests for production/bullet points

The Court's primary concern with the requests for production of documents was the overbroad nature, an objection submitted by NaphCare. The Court's tentative ruling was to deny the requests

**Ex. B-27**

on that basis.  NaphCare received this chart for the first time on  February 13, 2024 at 2:12 PM, and has had a week to review and analyze the contents.  At this time, we are unable to provide a bullet point by bullet point response to each request.

Regardless, NaphCare has reviewed the chart and contract, including but not limited to bates stamps SD 122506; 122513 and 122516-122518, discussed on our zoom teleconference.  NaphCare has made efforts to locate responsive records to items listed within the chart, and citations within.  NaphCare is endeavoring to make a supplemental production this week.  However, as discussed on the zoom conference the chart, on its face, is not reflective of a list of specific "stand alone" records that fall within the requests for production of documents, but rather could properly be considered a new subpoena in which NaphCare would be entitled to file a motion to quash, serve objections and have the entire response time to compile and produce records.  Your response on our conference that you would not have known what to ask for when the subpoena was issued does not remedy this issue.

ESI

As discussed on our zoom conference, NaphCare is unable to do a search "within" i.e. "/10 hours".

The ESI search terms are extremely overboard and generate close to a million, 795,238 hits/results when run against just five custodians' emails.  The emails would have to be exported, culled through, and reviewed for privilege.  This would be a tremendous task that if only took one minute for review of each email would take 13,253 hours.  However, each email would likely take at least five minutes to cull, make a determination of privilege and if it was privileged add to a privilege log.  This would result in a minimum of 66,269 hours of review, or 8,283+ business days.

In sum, we have reached a stipulation to forego an ESI search due to the obvious undue burden.  It is unnecessary to run an ESI search to locate the records requested in the RFP/chart.  The statement in the opposition regarding ESI, "NaphCare cannot produce **emails, minutes** or other records absent ESI search terms" is taken out of context.  NaphCare does not maintain agenda meeting minutes, the County does.  NaphCare has already produced emails, but a full and complete production of all emails that plausibly fall within the overbroad requests would take an ESI search.  "Other records" simply refers to other records not maintained by NaphCare, but rather the County that would have potentially been sent in an email to NaphCare at some point in time via email.  These are "defendant County of San Diego" records and should have already been produced by the County or could be requested from the County.  These are equally accessible to plaintiff through discovery from the County, a party to this action, that maintains the records and should bear the burden.

As shown above, conducting an ESI search would take months and months of labor to extract, cull, log and produce.  The cost to third party NaphCare would be exorbitant.  We reached a stipulation prior to the hearing on the motion to compel to forego such a search.  NaphCare is unwilling to now change the stipulation to conduct ESI as plaintiffs propose, especially since it is unnecessary to locate records that NaphCare maintains.

I look forward to our meet and confer conference tomorrow to discuss further.

**Ex. B-28**

Respectfully,

**G. Craig Smith**
Partner



695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Priyah Kaul <pkaul@rbgg.com>
**Sent:** Tuesday, February 13, 2024 2:12 PM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>
**Subject:** Dunsmore v. San Diego County Sheriff's Dept et al - Document Requests

Hi Craig,

Per the Court's February 7, 2024 order, I am writing to provide you with a list of the specific categories of documents that we believe are in NaphCare's possession, custody, or control and should be produced in response to the subpoena.

The attached document contains a list of "standalone" documents that we are requesting, broken down by RFP number.  By "standalone," I mean that this list does not include emails, texts, and Teams messages, which I discuss below.  Where possible, I have tried to reference pages of the NaphCare contract that may provide further insight into the category of document sought.  Also attached is the NaphCare contract with the relevant bates numbers.

In addition, we are re-requesting native versions of the following documents:
- NAPCARE013138 ("Dental Appointments Report")
- NAPHCARE012742 ("San Diego Full Report").  For this document, we requested a sortable

**Ex. B-29**

version largely for the purposes of creating a single, non-duplicative list of all trainings
assigned to NaphCare employees, from which we could identify a sub-set to request training
materials.  If NaphCare can provide a list of these trainings, without the duplication in this
140+ page chart, that would be acceptable as well.

- NAPHCARE009915 ("Time Detail Report")

With respect to emails, texts, and Teams messages, we understand that we previously stipulated to
forgo negotiated search terms.  However, given the Court's order that we provide more specificity
regarding the documents sought, and NaphCare's claim in its opposition papers that it cannot
produce ESI without search terms, we think using agreed-upon terms may actually make this process
easier by providing NaphCare with specific direction regarding documents to produce.  Below is a list
of proposed search terms to be run against emails, texts, and Teams messages for the proposed
custodians listed at the bottom of this email, from June 1, 2022 to the date of the subpoena.  We
have endeavored to make this list as streamlined as possible but remain open to discussing this list if
these searches result in a high hit count.

Proposed search terms:
1. "understaff!" OR ("insufficient" /5 ("staff" OR "provide!" OR "doctor!" OR "nurs!"))
2. ("waiting" OR "wait!" OR "backlog") /10 ("medical" OR "MOB" OR "EOH" OR "PSU")
3. "sick call" /10 ("hours" OR "day!" OR "week!" OR "delay" OR "triage" OR "backlog")
4. ("delay") /10 ("offsite" OR "hospital" OR "refer!" OR "specialty" OR "doctor!" OR "ER" OR
   "clinic")
5. "corrective action notice!" OR "corrective action plan!"
6. "deficient" OR "deficiency" OR "inadequate" OR "problem!" OR misconduct
7. "withdrawal" OR "detox" OR "OUD" OR "suboxone" OR "MAT"
8. "peer review" OR "audit" OR "inspection" OR "quality"
9. dying OR dead OR die! OR death
10. "medical overflow" OR "med overflow"
11. "kill!" OR "murder!" OR "hang!" OR "suicide!" OR "overdose!" OR "OD"
12. "crazy" OR "psycho"
13. bypass! OR (by /3 pass!)
14. "root canal" OR extract!
15. (feces OR defecat! OR shit OR poop OR crap OR pee OR piss OR urine OR soil!)
16. nigger! OR nigga! OR negro! OR muslim! OR moslem! OR spic! OR spik!
17. gay! OR fag! OR queer! OR homo! OR LGBT! OR trans! OR trann!
18. gimp! OR crippl!

Finally, as discussed at the hearing on the motion to compel, I remain concerned about scope and
extent of NaphCare's search for documents up to this point.  Ms. Tejura's declaration, submitted
with your opposition papers, shows that many NaphCare employees with information about health
care in the Jail were not consulted about whether they have responsive documents.  To address this
concern, below is a proposed list of custodians, identified by title.  We propose that the above-listed
search terms be run across emails, texts, and Teams messages for these individuals.  We also expect
that these individuals would all be consulted about each of the documents listed in the attachment.

**Ex. B-30**

Proposed custodians:

1. Chief medical officer
2. Regional corporate medical director
3. Health services administrator
4. Medical director
5. Program manager
6. Mental health director
7. Director of Utilization Management
8. One nurse, one psychiatrist, and one dentist from each of the Jail facilities

Let me know when you're free to continue to meet and confer.  Thanks.


Priyah Kaul
Senior Counsel



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at pkaul@rbgg.com.

**Ex. B-31**

# EXHIBIT C



ROSEN BIEN
GALVAN & GRUNFELD LLP

101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
T: (415) 433-6830 ▪ F: (415) 433-7104
www.rbgg.com

Priyah Kaul
Email: PKaul@rbgg.com

February 22, 2024

<u>VIA ELECTRONIC MAIL ONLY</u>

G. Craig Smith
Manning & Kass, Ellrod,
  Ramirez, Trester LLP
695 Town Center Drive, Suite 400
Costa Mesa, CA  92626-7189
Craig.Smith@manningkass.com

　　　　　Re:　　NaphCare Meet and Confer
　　　　　　　　*Dunsmore et al. v. San Diego County Sheriff's Department et al.*,
　　　　　　　　S.D. Cal. No. 3:20-cv-00406-AJB-DDL
　　　　　　　　<u>Our File No. 1730-01</u>

Dear Craig:

　　　　　Thanks for speaking with us yesterday.  Below is a list of what we believe to be the outstanding issues.

　　　　　**(1) Trainings** – We appreciate you producing a native version of the "Full Report."  Based on a review of that document, we request that NaphCare produce training materials for the courses highlighted in the attached spreadsheet as soon as possible.

　　　　　**(2) "Standalone" Documents** – We disagree with your assertion that this is the first time you have received such a list and/or chart from us.  On November 15, 2023, for example, I sent you a long list identifying pages of the NaphCare-County contract that referenced certain specific documents that should have been produced.  *See* Kaul Decl. ISO Plaintiffs' Motion to Compel, Ex. I.  We included with our motion to compel a chart listing these same documents, and further elaborating on documents we believed to be missing.  *See id*., Ex. A.  The chart we produced most recently lists **the same** documents, and per the Court's order, provides more specifics about the other documents we believed to be missing.

　　　　　Your email also takes out of context my statement during our meet and confer that we would not have known what to ask for when the subpoena was issued.  I made that

**Ex. C-33**

G. Craig Smith
February 22, 2024
Page 2

statement to explain specifically why we did not use the words "Corrective Action Notice" in our subpoena, before we knew such a document existed. In no way does that support your claim that the chart is comparable to a "new subpoena."

We will review the supplemental production as soon as possible when we receive it. In the meantime, in order to further assist you in reviewing our document requests with your client, attached is a copy of the NaphCare-County contract, highlighted to identify responsive documents and deliverables that we expect should have generated responsive documents. We reference these same pages/sections of the contract in our chart. Note, however, that our chart also asks for a limited set of documents not referenced in the contract. As discussed, please let us know which of these documents are in NaphCare's possession, custody, or control and will be produced, so that we can narrow our list of disputes as much as possible in advance of the Joint Status Report due to the Court on February 27, 2024.

**(3) ESI** – We understand from your email and yesterday's call that NaphCare is refusing to run any searches for emails, texts, or Teams messages. Nevertheless, we considered the issues you raised during our calls on February 16 and 21, and your written response of February 20, including limitations on search capabilities and burden, and are providing the revised proposal below. We ask that the revised proposed search terms be run against emails, texts, and Teams messages for the revised proposed custodians listed at the bottom of this email, from June 1, 2022 to the date of the subpoena, August 10, 2023.

As discussed on yesterday's call, it would be helpful if you could let us know exactly what search terms were run to generate the numbers referenced in your email. It also would be helpful if you could provide us with information about which search terms/custodians generated the highest hit counts.

Our original proposal to allow you to conduct your own searches does not relieve NaphCare of its obligation to search for and produce ESI. The 16 non-substantive cover emails produced do not satisfy this obligation. Given NaphCare's intransigence, we believe agreeing to search terms/custodians ultimately will make this process easier. We have further narrowed our proposed search terms below.

**Revised proposed search terms:**

1.   ~~"understaff!" OR ("insufficient" /5 ("staff" OR "provide!" OR "doctor!" OR "nurs!"))~~ understaff OR (staff AND insufficient)

[4441957.2]

**Ex. C-34**

G. Craig Smith
February 22, 2024
Page 3

2.  ~~("waiting" OR "wait!" OR "backlog") /10 ("medical" OR "MOB" OR "EOH" OR "PSU")~~ (wait AND medical) OR (wait AND "mental health") OR backlog

3.  ~~"sick call" /10 ("hours" OR "day!" OR "week!" OR "delay" OR "triage" OR "backlog")~~ ("sick call" AND delay) OR ("sick call" AND triage)

4.  ~~("delay") /10 ("offsite" OR "hospital" OR "refer!" OR "specialty" OR "doctor" OR "ER" OR "clinic")~~ (offsite AND delay) OR (hospital AND delay)

5.  "corrective action notice!" ~~OR "corrective action plan!"~~

6.  "deficient" OR "deficiency" OR ~~"inadequate" OR "problem!" OR~~ misconduct

7.  "withdrawal" OR "detox" ~~OR "OUD" OR "suboxone" OR~~ "MAT"

8.  "peer review" OR "audit" OR "inspection" OR "quality"

9.  dying OR dead OR die! OR death

10. ~~"medical overflow" OR "med overflow"~~

11. ~~"kill!" OR "murder!" OR "hang!" OR~~ "suicide!" OR "overdose!" ~~OR "OD"~~

12. ~~"crazy" OR "psycho"~~

13. ~~bypass! OR (by /3 pass!)~~

14. ~~"root canal" OR~~ extract!

15. ~~(feces OR defecat! OR shit OR poop OR crap OR pee OR piss OR urine OR soil!)~~

16. ~~nigger! OR nigga! OR negro! OR muslim! OR moslem! OR spic! OR spik!~~

17. ~~gay! OR fag! OR queer! OR homo! OR LGBT! OR trans! OR trann!~~

18. gimp! OR crippl!

**Revised proposed custodians:**

1.  Chief medical officer

2.  Regional corporate medical director

3.  Health services administrator

4.  Medical director

5.  Program manager

6.  Mental health director

7.  Director of Utilization Management

[4441957.2]

**Ex. C-35**

G. Craig Smith
February 22, 2024
Page 4

8.    One nurse, one psychiatrist, and one dentist from each of the Jail facilities

    We look forward to receiving additional responsive documents, including ESI, in the near future.

<div style="text-align: right">

Sincerely,

ROSEN BIEN
GALVAN & GRUNFELD LLP

*/s/ Priyah Kaul*

By:   Priyah Kaul

</div>

PK:cg
Enclosures

[4441957.2]

**Ex. C-36**

| Last Name | First Name | Department | Job Title | Course Name | Enrollment Status | Date Enrolled | Date Completed | Course Status |
|---|---|---|---|---|---|---|---|---|
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Needlestick Prevention | Complete | 3/29/2023 | 4/6/2023 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Corporate Compliance Program | Complete | 6/13/2022 | 7/1/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | NetCE | Complete | 2/3/2023 | 3/16/2023 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | HIPAA Security Policies and Procedures Acknowledgement | Complete | 11/14/2021 | 12/4/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Emergency Response Bag - Standardization Process | Complete | 6/26/2023 | 6/29/2023 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Infection Control Manual | Complete | 6/13/2022 | 7/1/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Business Travel Policy & Procedure Acknowledgment | Complete | 6/9/2023 | 6/22/2023 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Urine Drug Screen | Complete | 3/8/2023 | 3/16/2023 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | PREA:Standards and Trauma Informed Care - INACTIVE | Not Started | 6/13/2022 | | Inactive |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Utilization Management - TechCare | Complete | 7/13/2023 | 7/13/2023 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | CQI Manual | Complete | 6/13/2022 | 7/1/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | HIPAA Refresher Training Course | Complete | 7/1/2023 | 7/24/2023 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Medication Refusals, Patient Rights, and Our Responsibilities | Complete | 6/13/2022 | 7/5/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Suicide Prevention in Jails: Basics & Beyond | Complete | 6/13/2022 | 7/5/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | NaphCare Policy and Procedure Review | Complete | 6/13/2022 | 7/5/2022 | Inactive |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | IT Self Service Instructions | Complete | 6/13/2022 | 7/1/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Annual Preventative Care Visits | Complete | 6/28/2023 | 6/29/2023 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Bloodborne Pathogens | Complete | 6/13/2022 | 6/30/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Splint Training | Complete | 6/13/2022 | 7/5/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | HIPAA; HITECH Orientation Training | Complete | 6/13/2022 | 6/30/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Sick Call & Chronic Care Training for Providers | Complete | 7/5/2023 | 7/13/2023 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | PREA: Standards and Informed Trauma Care | Complete | 6/19/2022 | 7/5/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Whistleblower Information | Complete | 6/13/2022 | 7/8/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Code of Business Ethics and Conduct Guide | Complete | 7/1/2023 | 7/13/2023 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Mental Health Scheduling | Complete | 12/28/2022 | 5/16/2023 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Universal Precautions to Infection Control | Complete | 7/8/2023 | 7/13/2023 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Delirium Tremens | Complete | 6/13/2022 | 7/1/2022 | Inactive |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | A Proactive Approach to Suicide Prevention in a Jail Setting | Complete | 6/30/2023 | 7/13/2023 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Preventing Slips, Trips, & Falls | Complete | 6/13/2022 | 7/5/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Columbia-Suicide Severity Risk Scale | Complete | 6/13/2022 | 7/1/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Substance Abuse Care & Treatment | Complete | 7/5/2023 | 7/13/2023 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | NaphCare Annual Refreshment Security Awareness Training | Complete | 6/13/2022 | 7/5/2022 | Inactive |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | eConsults | Complete | 6/13/2022 | 7/1/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Segregation Rounds | Complete | 6/13/2022 | 7/5/2022 | Inactive |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Entering Off-Site Orders for Providers | Complete | 6/13/2022 | 7/1/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | NaphCare Drug Diversion Policy | Complete | 2/14/2023 | 2/16/2023 | Inactive |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Hot Topics in Suicide Prevention in Jail Settings | Complete | 6/13/2022 | 7/1/2022 | Inactive |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Monkeypox in the United States | Complete | 8/8/2022 | 8/12/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Self-Harm Behaviors (Head Striking) | Complete | 4/28/2023 | 5/18/2023 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Tuberculosis | Complete | 6/13/2022 | 7/8/2022 | Inactive |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Social Media Policy | Complete | 6/13/2022 | 7/5/2022 | Inactive |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Sexual Harassment | Complete | 6/13/2022 | 7/5/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Correctional Orientation | Complete | 6/13/2022 | 7/1/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | NaphCare Employee Handbook | Complete | 6/13/2022 | 7/5/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Nursing Protocols - Sleep Disturbance and Anxiety | Complete | 4/3/2023 | 4/6/2023 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Preventing Slips, Trips and Falls | Complete | 6/13/2022 | 7/5/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Suicide Prevention Training for Clinical Staff | Complete | 6/13/2022 | 7/8/2022 | Inactive |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Clinical Perspective: Restraint Chair | Complete | 6/13/2022 | 6/30/2022 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | NaphCare IT Security Awareness | Complete | 8/3/2023 | 8/10/2023 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Initial Safety Assessment | Complete | 3/29/2023 | 4/6/2023 | Active |
| A Professional Corporation | Kathryn Alexis Langham | 005109 - San Diego County, CA | Psychiatrist | Mental Health Provider Portal | Complete | 3/28/2023 | 8/2/2023 | Active |
| Abbo | Michael | 005109 - San Diego County, CA | Non NaphCare Staff Physician | California Consumer Privacy Act | Not Started | 4/30/2023 | | Inactive |
| Balingit | Jason | 005109 - San Diego County, CA | Psych Nurse Practitioner | Cultural Competence & Understanding Bias | Complete | 7/31/2022 | 7/31/2022 | Active |
| Balingit | Jason | 005109 - San Diego County, CA | Psych Nurse Practitioner | TechCare Session A Training - Instructional | Not Started | 1/4/2023 | | Active |
| Barnes | Sophia | 005109 - San Diego County, CA | Corporate Nurse Practitioner | Effective Documentation | Complete | 6/28/2022 | 1/20/2023 | Active |
| Barnes | Sophia | 005109 - San Diego County, CA | Corporate Nurse Practitioner | AZ TechCare Super User | Complete | 10/1/2022 | 10/10/2022 | Inactive |
| Baun | Mary Jane | 005109 - San Diego County, CA | Psych Nurse Practitioner | HIPAA For Covered Entities | Not Started | 11/14/2022 | | Inactive |
| Beaston | Lacey | 005109 - San Diego County, CA | Non NaphCare NP CHP | Multi Dose and Single Dose Vials | Not Started | 7/10/2023 | | Active |
| Beaston | Lacey | 005109 - San Diego County, CA | Non NaphCare NP CHP | Nursing Assessment Protocols | Not Started | 7/10/2023 | | Active |
| Beaston | Lacey | 005109 - San Diego County, CA | Non NaphCare NP CHP | Dental Screening in the Correctional Facility | Not Started | 7/10/2023 | | Active |
| Beaston | Lacey | 005109 - San Diego County, CA | Non NaphCare NP CHP | Medication Administration Training | Pending Evaluation Re | 7/10/2023 | | Active |
| Beaston | Lacey | 005109 - San Diego County, CA | Non NaphCare NP CHP | Mental Health Screening | Not Started | 7/27/2023 | | Active |
| Beaston | Lacey | 005109 - San Diego County, CA | Non NaphCare NP CHP | Health Assessment Training | Not Started | 7/10/2023 | | Active |
| Beaston | Lacey | 005109 - San Diego County, CA | Non NaphCare NP CHP | Utilization Review Training Manual | Not Started | 7/10/2023 | | Active |
| Beaston | Lacey | 005109 - San Diego County, CA | Non NaphCare NP CHP | Taser Education | Not Started | 7/10/2023 | | Active |

**Ex. C-37**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bryant | Ashley | 005109 - San Diego County, CA | Mental Health Discharge | TechCare: An Overview | Complete | 8/2/2022 | 8/4/2022 | Inactive |
| Bryant | Ashley | 005109 - San Diego County, CA | Mental Health Discharge | Introduction to Jail based Mental Health | Complete | 8/2/2022 | 8/2/2022 | Active |
| Bryant | Ashley | 005109 - San Diego County, CA | Mental Health Discharge | TechCare Training for Mental Health Staff | Complete | 8/2/2022 | 8/4/2022 | Inactive |
| Bueno | Angela | 005109 - San Diego County, CA | Administrative Assistant | Suicide Prevention | Complete | 6/13/2022 | 6/16/2022 | Inactive |
| Bueno | Angela | 005109 - San Diego County, CA | Administrative Assistant | TechCare: Training for Administrative Assistants | Complete | 6/13/2022 | 6/16/2022 | Inactive |
| Bueno | Angela | 005109 - San Diego County, CA | Administrative Assistant | NCCHC and Sharepoint | Complete | 6/13/2022 | 6/16/2022 | Active |
| Bueno | Angela | 005109 - San Diego County, CA | Administrative Assistant | Taleo Requisition Job Aid Training Materials | In Progress | 4/12/2023 | | Active |
| Bueno | Angela | 005109 - San Diego County, CA | Administrative Assistant | UM for Administrative Assistants | Not Started | 7/13/2023 | | Active |
| Bueno | Angela | 005109 - San Diego County, CA | Administrative Assistant | Staff Profile Form | Complete | 4/17/2023 | 4/19/2023 | Active |
| Bueno | Angela | 005109 - San Diego County, CA | Administrative Assistant | Shifthound Training for Admin Users | Not Started | 5/3/2023 | | Active |
| Bueno | Angela | 005109 - San Diego County, CA | Administrative Assistant | Attestation Toolkit for Time Managers | Complete | 8/15/2022 | 8/30/2022 | Inactive |
| Bueno | Angela | 005109 - San Diego County, CA | Administrative Assistant | ADP Time Training for Managers | Complete | 6/13/2022 | 6/16/2022 | Active |
| Bueno | Angela | 005109 - San Diego County, CA | Administrative Assistant | SHIFThound Attendance Module for Administrative Staff | Complete | 6/13/2022 | 6/13/2022 | Inactive |
| Bueno | Angela | 005109 - San Diego County, CA | Administrative Assistant | Legal Procedures and Forms | Complete | 6/13/2022 | 6/16/2022 | Inactive |
| Clonts | Cristina | 005109 - San Diego County, CA | Non NaphCare Supervising RN | QC Data Entry - Professional | Pending Evaluation Re | 7/31/2023 | | Active |
| Clonts | Cristina | 005109 - San Diego County, CA | Non NaphCare Supervising RN | EKG Training | Complete | 5/8/2023 | 7/11/2023 | Active |
| Clonts | Cristina | 005109 - San Diego County, CA | Non NaphCare Supervising RN | Vocantis Workshop Training - ADP | In Progress | 4/6/2023 | | Active |
| Clonts | Cristina | 005109 - San Diego County, CA | Non NaphCare Supervising RN | TechCare Mental Health Forms – Progress Notes and Mental Status Exam | In Progress | 7/31/2023 | | Active |
| Cornejo | Emiliza | 005109 - San Diego County, CA | Nurse Practitioner | Course Name | In Progress | 6/19/2022 | | Active |
| Cruz | Anthony | 005109 - San Diego County, CA | Psychiatrist | TechCare Session C Training - Workflows | Complete | 1/10/2023 | 1/10/2023 | Active |
| Cruz | Anthony | 005109 - San Diego County, CA | Psychiatrist | TechCare Session B Training - Workshops | Complete | 1/10/2023 | 1/12/2023 | Active |
| Dai | Nhi | 005109 - San Diego County, CA | Physician Assistant | 3M Fit Test Apparatus Training | Not Started | 6/28/2022 | | Inactive |
| Epps-Robbins | De'Andra | 005109 - San Diego County, CA | Dental Assistant | Substance Abuse Training - Quiz | Complete | 11/15/2022 | 11/18/2022 | Inactive |
| Epps-Robbins | De'Andra | 005109 - San Diego County, CA | Dental Assistant | NaphCare Auto Fleet Policy | Not Started | 7/24/2023 | | Active |
| Evans | Miranda | 005109 - San Diego County, CA | Mental Health Professional | ADP Scheduler - Employee Self Service Training | Complete | 8/19/2022 | 8/19/2022 | Inactive |
| Farr | Vickie | 005109 - San Diego County, CA | Psych Nurse Practitioner | TechCare Training: eMAR_4 | Not Started | 9/12/2023 | | Active |
| Farr | Vickie | 005109 - San Diego County, CA | Psych Nurse Practitioner | TechCare Training: Progress - Notes | Complete | 9/12/2023 | 9/12/2023 | Active |
| Farr | Vickie | 005109 - San Diego County, CA | Psych Nurse Practitioner | TechCare Training: Main Screen_2 | Complete | 9/12/2023 | 9/12/2023 | Active |
| Farrier | Michael | 005109 - San Diego County, CA | Health Services Administrator | Infection Prevention in Dialysis Settings | Complete | 7/1/2022 | 7/19/2022 | Active |
| Farrier | Michael | 005109 - San Diego County, CA | Health Services Administrator | PICC Care | Complete | 4/16/2022 | 4/19/2022 | Active |
| Farrier | Dawn | 005109 - San Diego County, CA | Mental Health Professional | COVID -19 Vaccine Training | In Progress | 4/16/2022 | | Inactive |
| Farrier | Dawn | 005109 - San Diego County, CA | Mental Health Professional | TechCare - An Overview | In Progress | 8/15/2022 | | Inactive |
| Farrier | Dawn | 005109 - San Diego County, CA | Mental Health Professional | Detox Scoring Challenges | Complete | 10/17/2022 | 12/26/2022 | Active |
| Farrier | Michael | 005109 - San Diego County, CA | Health Services Administrator | Detox Champions Series - Addiction & Opiates, Dr. Elliot Wade | In Progress | 12/27/2022 | | Active |
| Farrier | Dawn | 005109 - San Diego County, CA | Mental Health Professional | PREA: Medical Health Care for Sexual Assault Victims in Confinement Se | Complete | 2/11/2022 | 2/22/2022 | Active |
| Farrier | Michael | 005109 - San Diego County, CA | Health Services Administrator | AZ CGAR Training | Complete | 9/27/2022 | 9/30/2022 | Inactive |
| Farrier | Michael | 005109 - San Diego County, CA | Health Services Administrator | ADP Schedule Planner Overview Training | Not Started | 6/6/2022 | | Inactive |
| Farrier | Michael | 005109 - San Diego County, CA | Health Services Administrator | Budget Management | Complete | 4/16/2022 | 4/19/2022 | Active |
| Farrier | Michael | 005109 - San Diego County, CA | Health Services Administrator | Detox Documentation | Complete | 12/23/2022 | 12/23/2022 | Active |
| Farrier | Dawn | 005109 - San Diego County, CA | Mental Health Professional | TechCare Training: Appointments - Sick Call | Complete | 4/20/2023 | 4/25/2023 | Active |
| Farrier | Dawn | 005109 - San Diego County, CA | Mental Health Professional | Suicide & Self-Harm Behavior Case Report -TechCare | Complete | 4/20/2023 | 4/25/2023 | Inactive |
| Farrier | Dawn | 005109 - San Diego County, CA | Mental Health Professional | TechCare Training: Drug - Treatment - Orders | Complete | 4/20/2023 | 4/25/2023 | Active |
| Farrier | Michael | 005109 - San Diego County, CA | Health Services Administrator | TechCare Receiving Screening | Not Started | 4/16/2022 | | Inactive |
| Farrier | Michael | 005109 - San Diego County, CA | Health Services Administrator | Alcohol Detox and CIWA-Ar | Not Started | 12/23/2022 | | Inactive |
| Farrier | Dawn | 005109 - San Diego County, CA | Mental Health Professional | TechCare 5.0 Bootcamp | Complete | 8/31/2022 | 9/30/2022 | Active |
| Farrier | Dawn | 005109 - San Diego County, CA | Mental Health Professional | Cultural Competency & Humility | Not Started | 10/17/2022 | | Inactive |
| Farrier | Michael | 005109 - San Diego County, CA | Health Services Administrator | Detox Champions Series - Detox Documentation | Complete | 12/23/2022 | 12/27/2022 | Active |
| Farrier | Dawn | 005109 - San Diego County, CA | Mental Health Professional | Code of Conduct: Healthcare | Not Started | 10/17/2022 | | Inactive |
| Farrier | Dawn | 005109 - San Diego County, CA | Mental Health Professional | TechCare Training: Group - Notes | Complete | 4/20/2022 | 4/25/2022 | Active |
| Farrier | Michael | 005109 - San Diego County, CA | Health Services Administrator | Detox Champions Training Series | In Progress | 12/27/2022 | | Active |
| Farrier | Dawn | 005109 - San Diego County, CA | Mental Health Professional | Diversity, Inclusion, & Sensitivity with Racial Bias | Not Started | 10/17/2022 | | Inactive |
| Farrier | Dawn | 005109 - San Diego County, CA | Mental Health Professional | Workplace Diversity, Inclusion, Sensitvity & Racism | Not Started | 10/17/2022 | | Inactive |
| Fuller-Christie | Jennifer | 005109 - San Diego County, CA | Non Naphcare NP CHP | RN Medication Calculation Exam | Not Started | 4/30/2023 | | Inactive |
| Hood | Serina | 005109 - San Diego County, CA | Non Naphcare Director of Nurs | Title VII of the Civil Rights Act | Not Started | 3/30/2023 | | Inactive |
| Payne | Tiffany | 005109 - San Diego County, CA | Corporate Psychiatric Nurse Pr | COVID -19 Vaccine Training: General Overview | Not Started | 8/13/2022 | | Inactive |
| Reisdorf | Sonia | 005109 - San Diego County, CA | Corporate Nurse Practitioner | Cultural Competency | Complete | 3/27/2023 | 3/27/2023 | Active |

**Ex. C-38**

# EXHIBIT D

| 121. | Approvals of CQI Manual. **[NAPHCARE031374-31446]** |
|------|------|
| 122. | County Contract with Naphcare. 02/16/23. **[NAPHCARE031447-31583]** |
| 123. | CQI Meetings. 2022-2023. **[NAPHCARE031584-31708]** |
| 124. | Dental Instrument Inventory. (Nov. 2 and 16, 2022; Dec. 12 and 21, 2022) **[NAPHCARE031709-31713]** |
| 125. | Dental Instrument Inventory. (Month of October, November and December 2022) **[NAPHCARE031714-31716]** |
| 126. | Dental Instrument Inventory.  (Various jails, random months) **[NAPHCARE031717-31739]** |
| 127. | Infection Control Approval Page. 2020. **[NAPHCARE031740]** |
| 128. | Infection Control Manual. **[NAPHCARE031741-31868]** |
| 129. | Infection Control Meeting. 2023. **[NAPHCARE031869-31905]** |
| 130. | Infection Disease Report.  Central Jail 2022. **[NAPHCARE031906-31909]** |
| 131. | Infectious Disease Report.  Central Jail 2023. **[NAPHCARE031910-31926]** |
| 132. | Jail Commander Daily Report. 2023. **[NAPHCARE031927-32270]** |
| 133. | Monthly Transport Logs. 2022.  Central Jail **[NAPHCARE032271-32281]** |
| 134. | Monthly Transport Logs. 2023.  Central Jail **[NAPHCARE032282-32334]** |
| 135. | MSD Quality Improvement Committee Meeting Minutes. 10/17/23. **[NAPHCARE032335-32336]** |
| 136. | Naphcare Staff Daily Report.  (March 13, 2023 to December 30, 2023. **[NAPHCARE032337-34519]** |
| 137. | SD Sheriff Medical Diet Manual. (2022-2023) **[NAPHCARE034520-34548]** |
| 138. | SDCJ. MHC Meeting Agenda and Roster. (Oct. 12, 2022 to Jan. 11, 2023) **[NAPHCARE034549-34556]** |
| 139. | SDCJ MHC Monthly Meetings. May 2023 to July 2023 **[NAPHCARE034557-34561]** |
| 140. | Sterilization Log and Spore Counts. 2022. **[NAPHCARE034562-34565]** |

| 141. | Sterilization Log and Spore Counts. 2023. **[NAPHCARE034566-34577]** |
|------|------------------------------------------------------------------------|
| 142  | Suicide and Self-Harm Behavior Case Report.  (BLANK form) **[NAPHCARE034578-34580]** |
| 143. | TechCare Monthly Report. HSR. (Central Jail:  October, 2022 to November 2023) **[NAPHCARE034581-34622]** |

**Ex. D-41**

# EXHIBIT E

| | |
|---|---|
| **From:** | G. Craig Smith |
| **To:** | Gay C. Grunfeld; Eugene P. Ramirez; Mark R. Wilson; Angela Thompson; Julie Contreras; Holly Thomas; Robert E. Murphy |
| **Cc:** | Van Swearingen; Priyah Kaul |
| **Subject:** | RE: Dunsmore v. San Diego County Sheriff"s Dept et al - Document Requests [IMAN-DMS.FID55015] |
| **Date:** | Tuesday, February 27, 2024 11:39:00 AM |
| **Attachments:** | image001.jpg<br>image002.jpg<br>mklogo_1c562d7a-88f7-4f52-8a84-c77cc6114d82.jpg<br>Plaintiff-NaphCare Joint Status Report 02-27-2024 - NaphCare Additions.docx |

> **[EXTERNAL MESSAGE NOTICE]**

Good morning-

Attached is one proposed addition to the joint statement, which is a request to include this email thread as an exhibit. We are working on making a further production today and are continuing to receive documents from our client for additional production. We expect to have the records in native format to you with today's production. However, this production may take until tomorrow morning, depending on IT's ability to create the link for access and indexing. I do not have a number of documents at this time because the number is continuing to increase.

Best Regards,


**G. Craig Smith**
Partner



695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Sent:** Tuesday, February 27, 2024 11:08 AM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Priyah Kaul <pkaul@rbgg.com>

**Ex. E-43**

**Subject:** RE: Dunsmore v. San Diego County Sheriff's Dept et al - Document Requests [IMAN-DMS.FID55015]

Dear Craig,

I have carefully reviewed your statements below.  We respectfully disagree with your description of the history of meet and confer discussions and agreements.

Please rest assured that Plaintiffs' counsel would never "alter[]" documents produced in Native format.  We appreciate a rolling production.

At the present time, we have no information about the following:  when will you produce, including re-producing in native format the incomplete documents produced February 23?  When and how many additional documents will be provided? Will any include ESI? What changes do you request to the joint statement?

We look forward to your prompt response.  Gay

Gay Crosthwait Grunfeld
Managing Partner
She/her
**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Tuesday, February 27, 2024 10:58 AM
**To:** Gay C. Grunfeld <GGrunfeld@rbgg.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Priyah Kaul <pkaul@rbgg.com>
**Subject:** RE: Dunsmore v. San Diego County Sheriff's Dept et al - Document Requests

[EXTERNAL MESSAGE NOTICE]

**Ex. E-44**

Good morning-

I write to respond to your letter of February 22, 2024 by each category.

**(1) Trainings:**
We are working on pulling the trainings that were highlighted in the spreadsheet as soon as possible. Please be advised that these trainings are highly proprietary in nature and will be marked confidential subject to the protective order. We ask the plaintiffs' counsel use caution when utilizing them in deposition or Court filings.

**(2) "Standalone Documents"**
The subpoena was responded to on October 2, 2023. The new list contained in the chart of February 13, 2024 includes 150 bullet point items that are overboard, voluminous requests, most of which were not identified/requested in the controlling subpoena. The overboard nature of the subpoena was a concern the Court expressed at the time of the hearing. Now, the chart/list has been expanded to beyond what would reasonably be considered responsive, or what the parties met and conferred upon prior to the filing of the motion. The email of November 15, 2023 cannot be properly characterized as asking for all of these documents.

While we understand the Court's order that plaintiffs provide a list of specific categories of documents, what was provided in the chart is essentially a new subpoena for records in which NaphCare would be entitled to all remedies related thereto, and a full response time. It wasn't until the motion to compel was filed that any similar chart was provided. With that said, and a reservation of all of NaphCare's objections and arguments, NaphCare has been working overtime to review the highlighted contract, chart and subpoena, obtain documents that exist and produce them. In prior meet and confers we have discussed conducting rolling productions. We have begun a rolling production as of yesterday and will be continuing to do so. Also, to facilitate the process we are willing to produce native format excel versions despite the concern that the data within can be altered.

**(3) ESI –**
The parties reached a stipulation that ESI search terms were not required. The change in direction and breach of the stipulation post hearing on motion to compel is improper. The exact search terms we ran were the ones included in your proposed list. We are running the new proposed search terms to see if this softens the burden but are of the position that this will be highly burdensome to extract, cull, review, identify privilege, log, index and produce, such that it will cripple NaphCare's operations. If such an ESI search was to be conducted, it is something that should have been discussed and conferred upon back in early October, not post hearing on the motion to compel, after the parties reached a stipulation it was not needed.

We look forward to continuing to work with you on these issues and make rolling productions of documents as we receive them from our client.

**Ex. E-45**

Best Regards,

## G. Craig Smith
Partner



695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Priyah Kaul <pkaul@rbgg.com>
**Sent:** Thursday, February 22, 2024 12:25 PM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>; Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Subject:** RE: Dunsmore v. San Diego County Sheriff's Dept et al - Document Requests

Craig – Please see attached.  Note I will be sending a second email with a version of the contract, as referenced in the letter, as I am continuing to get bounce-backs.

Priyah Kaul
Senior Counsel



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

**Ex. E-46**

**From:** G. Craig Smith <Craig.Smith@manningkass.com>
**Sent:** Tuesday, February 20, 2024 4:44 PM
**To:** Priyah Kaul <pkaul@rbgg.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark
R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson
<Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly
Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy
<Robert.Murphy@manningkass.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>
**Subject:** RE: Dunsmore v. San Diego County Sheriff's Dept et al - Document Requests

[EXTERNAL MESSAGE NOTICE]

Counsel-

I write in accordance with the Court's February 7, 2024 order to provide a formal response by today.
To begin, I appreciate the time spent last Friday for over an hour to meet and confer via zoom.  As a
preliminary matter, and as discussed on the zoom conference, we believe Plaintiffs' request is
unduly burdensome, outside the scope of what the Court had contemplated to resolve the
overbroad, vague and ambiguous objections, would constitute a new subpoena, and largely is not
part of the meet and confer efforts expended in 2023 and in 2024.  Indeed, this is the first time we
have received such a list and/or chart from your office.

The chart you have provided has 150 bullet points of categories of records, not stand alone
documents, that you are requesting NaphCare produce.  These requests are not seeking standalone
documents, but are seeking new types of records that span over different timeframes, some of
which are facility-specific, making the task of retrieval, if they exist, exporting and production an
overly burdensome endeavor.  This is especially true given the condensed timeframe of which
NaphCare is to work on promptly researching these issues and making production.  Moreover, we
agreed to forego ESI searches which you had stipulated to and conceded was unnecessary.  As
discussed below, the statement in NaphCare's opposition regarding ESI was taken out of context.

Nevertheless, NaphCare has been working around the clock to research, locate and produce
records.

Native Versions of Documents Produced

- NAPCARE013138 ("Dental Appointments Report") - We will produce the native format in
excel.
- NAPHCARE012742 ("San Diego Full Report").  For this document, we requested a sortable
version largely for the purposes of creating a single, non-duplicative list of all trainings
assigned to NaphCare employees, from which we could identify a sub-set to request training
materials.  If NaphCare can provide a list of these trainings, without the duplication in this
140+ page chart, that would be acceptable as well.  – We have produced the native format in
excel.
- NAPHCARE009915 ("Time Detail Report") - We will produce the native format in excel.

<u>Chart of 150 new requests for production/bullet points</u>

The Court's primary concern with the requests for production of documents was the overbroad nature, an objection submitted by NaphCare.  The Court's tentative ruling was to deny the requests on that basis.  NaphCare received this chart for the first time on  February 13, 2024 at 2:12 PM, and has had a week to review and analyze the contents.  At this time, we are unable to provide a bullet point by bullet point response to each request.

Regardless, NaphCare has reviewed the chart and contract, including but not limited to bates stamps SD 122506; 122513 and 122516-122518, discussed on our zoom teleconference.  NaphCare has made efforts to locate responsive records to items listed within the chart, and citations within.  NaphCare is endeavoring to make a supplemental production this week.  However, as discussed on the zoom conference the chart, on its face, is not reflective of a list of specific "stand alone" records that fall within the requests for production of documents, but rather could be considered a new subpoena in which NaphCare would be entitled to file a motion to quash, serve objections and have the entire response time to compile and produce records.  Your response on our conference that you would not have known what to ask for when the subpoena was issued does not remedy this issue.

<u>ESI</u>

As discussed on our zoom conference, NaphCare is unable to do a search "within" i.e. "/10 hours".

The ESI search terms are extremely overboard and generate close to a million, 795,238 hits/results when run against just five custodians' emails.  The emails would have to be exported, culled through, and reviewed for privilege.  This would be a tremendous task that if only took one minute for review of each email would take 13,253 hours.  However, each email would likely take at least five minutes to cull, make a determination of privilege and if it was privileged add to a privilege log.  This would result in a minimum of 66,269 hours of review, or 8,283+ business days.

In sum, we have reached a stipulation to forego an ESI search due to the obvious undue burden.  It is unnecessary to run an ESI search to locate the records requested in the RFP/chart.  The statement in the opposition regarding ESI, "NaphCare cannot produce **emails, minutes** or other records absent ESI search terms" is taken out of context.  NaphCare does not maintain agenda meeting minutes, the County does.  NaphCare has already produced emails, but a full and complete production of all emails that plausibly fall within the overbroad requests would take an ESI search.  "Other records" simply refers to other records not maintained by NaphCare, but rather the County that would have potentially been sent in an email to NaphCare at some point in time via email.  These are "defendant County of San Diego" records and should have already been produced by the County or could be requested from the County.  These are equally accessible to plaintiff through discovery from the County, a party to this action, that maintains the records and should bear the burden.

As shown above, conducting an ESI search would take months and months of labor to extract, cull, log and produce.  The cost to third party NaphCare would be exorbitant.  We reached a stipulation prior to the hearing on the motion to compel to forego such a search.  NaphCare is unwilling to now

<div align="right"><b>Ex. E-48</b></div>

change the stipulation to conduct ESI as plaintiffs propose, especially since it is unnecessary to locate records that NaphCare maintains.

I look forward to our meet and confer conference tomorrow to discuss further.

Respectfully,

**G. Craig Smith**
Partner



695 Town Center Dr., Suite 400
Costa Mesa, CA 92626
Main: (949) 440-6690
Mobile: (949) 370-5893
Craig.Smith@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Priyah Kaul <pkaul@rbgg.com>
**Sent:** Tuesday, February 13, 2024 2:12 PM
**To:** G. Craig Smith <Craig.Smith@manningkass.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Mark R. Wilson <Mark.Wilson@manningkass.com>; Angela Thompson <Angela.Thompson@manningkass.com>; Julie Contreras <Julie.Contreras@manningkass.com>; Holly Thomas <Holly.Thomas@manningkass.com>; Robert E. Murphy <Robert.Murphy@manningkass.com>
**Cc:** Van Swearingen <VSwearingen@rbgg.com>
**Subject:** Dunsmore v. San Diego County Sheriff's Dept et al - Document Requests

Hi Craig,

Per the Court's February 7, 2024 order, I am writing to provide you with a list of the specific categories of documents that we believe are in NaphCare's possession, custody, or control and should be produced in response to the subpoena.

The attached document contains a list of "standalone" documents that we are requesting, broken down by RFP number. By "standalone," I mean that this list does not include emails, texts, and Teams messages, which I discuss below. Where possible, I have tried to reference pages of the

NaphCare contract that may provide further insight into the category of document sought.  Also attached is the NaphCare contract with the relevant bates numbers.

In addition, we are re-requesting native versions of the following documents:
- NAPCARE013138 ("Dental Appointments Report")
- NAPHCARE012742 ("San Diego Full Report").  For this document, we requested a sortable version largely for the purposes of creating a single, non-duplicative list of all trainings assigned to NaphCare employees, from which we could identify a sub-set to request training materials.  If NaphCare can provide a list of these trainings, without the duplication in this 140+ page chart, that would be acceptable as well.
- NAPHCARE009915 ("Time Detail Report")

With respect to emails, texts, and Teams messages, we understand that we previously stipulated to forgo negotiated search terms.  However, given the Court's order that we provide more specificity regarding the documents sought, and NaphCare's claim in its opposition papers that it cannot produce ESI without search terms, we think using agreed-upon terms may actually make this process easier by providing NaphCare with specific direction regarding documents to produce.  Below is a list of proposed search terms to be run against emails, texts, and Teams messages for the proposed custodians listed at the bottom of this email, from June 1, 2022 to the date of the subpoena.  We have endeavored to make this list as streamlined as possible but remain open to discussing this list if these searches result in a high hit count.

Proposed search terms:
1. "understaff!" OR ("insufficient" /5 ("staff" OR "provide!" OR "doctor!" OR "nurs!"))
2. ("waiting" OR "wait!" OR "backlog") /10 ("medical" OR "MOB" OR "EOH" OR "PSU")
3. "sick call" /10 ("hours" OR "day!" OR "week!" OR "delay" OR "triage" OR "backlog")
4. ("delay") /10 ("offsite" OR "hospital" OR "refer!" OR "specialty" OR "doctor!" OR "ER" OR "clinic")
5. "corrective action notice!" OR "corrective action plan!"
6. "deficient" OR "deficiency" OR "inadequate" OR "problem!" OR misconduct
7. "withdrawal" OR "detox" OR "OUD" OR "suboxone" OR "MAT"
8. "peer review" OR "audit" OR "inspection" OR "quality"
9. dying OR dead OR die! OR death
10. "medical overflow" OR "med overflow"
11. "kill!" OR "murder!" OR "hang!" OR "suicide!" OR "overdose!" OR "OD"
12. "crazy" OR "psycho"
13. bypass! OR (by /3 pass!)
14. "root canal" OR extract!
15. (feces OR defecat! OR shit OR poop OR crap OR pee OR piss OR urine OR soil!)
16. nigger! OR nigga! OR negro! OR muslim! OR moslem! OR spic! OR spik!
17. gay! OR fag! OR queer! OR homo! OR LGBT! OR trans! OR trann!
18. gimp! OR crippl!

Finally, as discussed at the hearing on the motion to compel, I remain concerned about scope and extent of NaphCare's search for documents up to this point.  Ms. Tejura's declaration, submitted

**Ex. E-50**

with your opposition papers, shows that many NaphCare employees with information about health care in the Jail were not consulted about whether they have responsive documents. To address this concern, below is a proposed list of custodians, identified by title. We propose that the above-listed search terms be run across emails, texts, and Teams messages for these individuals. We also expect that these individuals would all be consulted about each of the documents listed in the attachment.

Proposed custodians:
1. Chief medical officer
2. Regional corporate medical director
3. Health services administrator
4. Medical director
5. Program manager
6. Mental health director
7. Director of Utilization Management
8. One nurse, one psychiatrist, and one dentist from each of the Jail facilities

Let me know when you're free to continue to meet and confer. Thanks.


Priyah Kaul
Senior Counsel



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
pkaul@rbgg.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at pkaul@rbgg.com.

**Ex. E-51**