FILED

FEB 28 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: COUNTY OF SAN DIEGO.<br><br>_____<br><br>COUNTY OF SAN DIEGO,<br><br>        Petitioner,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO,<br><br>        Respondent,<br><br>DARRYL DUNSMORE, et al.;<br><br>        Real Parties in Interest. | No. 24-894<br><br>D.C. No. 20-cv-406-AJB-DDL<br>Southern District of California, San Diego<br><br>ORDER |

Before: CLIFTON, CALLAHAN, and H.A. THOMAS, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is

denied.[1]

Petitioner's motion for a stay pending a decision on the petition (Docket Entry No. 4) is denied as moot.

**DENIED.**

---

[1] We express no view as to the admissibility of the documents at issue.