

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore, et al

**Plaintiff,**

V.

State of California, et al

**Defendant.**

**FILED**

2/28/2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ M. Quinata _____, Deputy

**Civil No.** 20-cv-406-AJB-DDL

**STRICKEN DOCUMENT:**

Motion tto Intervene and Present Claim F.R.C.P. 23(d)(1)(B)(i),(ii),(iii)

**Per Order #   565**

564