GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER REGARDING DEFENDANTS' SUBPOENAS TO CDCR**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Date: March 6, 2024<br>Time: 2:15 p.m.<br>Crtrm.: 14A<br><br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Darryl Dunsmore, Andree Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Lisa Landers, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, Jesse Olivares, Gustavo Sepulveda, Michael Taylor, and Laura Zoerner, on behalf of themselves and the certified class and subclasses (collectively, "Plaintiffs") move this Court, pursuant to Federal Rules of Civil Procedure 26(b)(2)(C) & (c)(1) and the Court's March 1, 2024 Order (Dkt. 569), for a protective order regarding subpoenas issued by Defendants San Diego County Sheriff's Department, the County of San Diego, and San Diego County Probation Department to the California Department of Corrections and Rehabilitation.

This Motion is based on this Notice; the accompanying Memorandum of Points and Authorities; the supporting Declaration of Gay Crosthwait Grunfeld; all other papers and pleadings on file in this action; and argument to be presented.

DATED: March 5, 2024        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
    Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses

**CERTIFICATE OF COMPLIANCE WITH RULE 26**

The undersigned hereby certifies that, in compliance with Federal Rule of Civil Procedure 26(c)(1), Plaintiffs have in good faith conferred with Defendants on February 14, 21, and 28, 2024 in an effort to resolve the dispute without court action. The Parties were unable to resolve the dispute.

*/s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

[4439983.3]

2

Case No. 3:20-cv-00406-AJB-DDL
NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER REGARDING DEFENDANTS' SUBPOENAS TO CDCR