# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>                      Defendants. | Case No.: 20-cv-406-AJB-DDL<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**<br><br>**[Dkt. No. 574]** |

      Defendants issued subpoenas to the California Department of Corrections and Rehabilitation ("CDCR") and individual CDCR facilities for documents pertaining to the named plaintiffs in this action, including the "entire ERMS file" and "entire SOMS file" maintained by CDCR for each named plaintiff. Dkt. No. 574-2 at 9-140. The parties agree on the production of certain categories of documents sought in the subpoenas, but Plaintiffs move for a Protective Order precluding the production of the ERMS and SOMS files.

      For the reasons stated on the record at the hearing on March 6, 2024, the Court **GRANTS** Plaintiffs' Motion for a Protective Order [Dkt. No. 574]. CDCR shall not produce the ERMS file or SOMS file for plaintiffs Darryl Dunsmore, Andree

Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Lisa Landers, Reanna Levy, Christopher Nelson, Christopher Norwood, Jesse Olivares, Gustavo Sepulveda, Michael Taylor and Laura Zoerner.

Defendants must serve this Order on CDCR by not later than March 12, 2024. In the event CDCR inadvertently produces the ERMS or SOMS file for any named plaintiff, Defendants must immediately segregate that file and notify Plaintiffs of the inadvertent production.

**IT IS SO ORDERED.**

Dated: March 11, 2024

_____
Hon. David D. Leshner
United States Magistrate Judge