UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, et al.,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S
DEPARTMENT, et al.,

Defendants.

Case No.:  20-cv-406-AJB-DDL

**ORDER FOLLOWING
MARCH 6, 2024
DISCOVERY HEARING**

On March 6, 2024, the Court held a hearing to address discovery issues raised in the parties' Joint Status Conference Statements filed on March 5, 2024 [Dkt. No. 575] and February 20, 2024 [Dkt. No. 548].

For the reasons stated on the record at the March 6 hearing, the Court **ORDERS** as follows:

1.     **Search and production of text messages:**  Defendants shall search the County-issued cellular telephones for the 25 individuals identified by Plaintiffs for the time period January 1, 2023 to February 29, 2024, utilizing the ESI search terms from December 7, 2023.  Defendants shall produce all responsive text messages and all other messages "included in the conversation" to provide

1

1  appropriate context for each responsive text message.  Dkt. No. 575 at 3.

2      2.    **Plaintiffs' Interrogatory No. 25**:  Defendants shall produce the

3  documents they have located showing the dates of placement in administrative

4  separation.  Plaintiffs shall promptly notify the Court if these documents do not

5  show the date of placement for each individual identified in spreadsheets Bates-

6  numbered SD117761, SD117762, SD117763 and SD117764.

7      3.    **Medical and custody record production:**  The Court finds that

8  number of medical and custody records Defendants propose to produce for the

9  categories contained in Plaintiffs' request dated December 7, 2023 [Dkt. No. 512].

10      4.    **Document production deadline:**  By not later than **March 22, 2024**,

11  Defendants must complete their document production, including the foregoing

12  documents and all documents ordered to be produced on February 14, 2014 [Dkt.

13  No. 536].

14      5.    At the March 6 hearing, the parties jointly requested a three-week

15  continuance of the remaining pretrial dates.  Given the parties' renewed emphasis

16  on working cooperatively regarding discovery matters and their diligent efforts to

17  complete fact discovery, the Court **GRANTS** the request and will issue an

18  amended Scheduling Order.

19  **IT IS SO ORDERED.**

20  Dated: March 11, 2024

21

22

23                                          Hon. David D. Leshner
                                            United States Magistrate Judge
24

25

26

27

28

20-cv-406-AJB-DDL