UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, et al.,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,

Defendants.

Case No.:  20-cv-406-AJB-DDL

**ORDER FOLLOWING
MARCH 12, 2024 EVIDENTIARY
AND DISCOVERY HEARING**

On March 12, 2024, the Court held a further hearing on Plaintiffs' motion to compel compliance with a subpoena to non-party NaphCare of San Diego LLC [Dkt. No. 488].

The For the reasons stated on the record at the March 12 hearing, the Court **ORDERS** as follows:

1.    NaphCare of San Diego LLC ("NaphCare") shall produce "contracts between NaphCare and outside facilities and specialists regarding care for incarcerated persons" [Dkt. No. 588 at 15] designated as "Confidential – For Counsel Only" pursuant to the Protective Order [Dkt. No. 400].

/ / /

2.    NaphCare shall ascertain whether any "annual financial audit" was performed pursuant to section 3.17 of its contract with the County of San Diego and shall file a status report indicating whether any such audit(s) exist by not later than **March 15, 2024**.  The Court **DENIES** Plaintiffs' request to compel NaphCare to produce financial documents submitted to the County of San Diego during the contract bidding process, as such documents would not be responsive to Request for Production No. 85.

3.    The Court will not require NaphCare to utilize an ESI search protocol or to produce specific categories of ESI for the reasons stated at the March 12 hearing.

4.    NaphCare shall continue to produce responsive documents on a rolling basis and shall make diligent efforts to complete its production of documents as reflected in Dkt. No. 588 by not later than **March 22, 2024**.  NaphCare must produce all documents – with the exception of the Morbidity and Mortality Review Committee documents identified on its privilege log – by not later than **March 29, 2024**.

5.    The Court will issue an order on Plaintiffs' motion to compel production of the Morbidity and Mortality Review Committee documents after considering the parties' supplemental briefing.  *See* Dkt. No. 592.

**IT IS SO ORDERED.**

Dated: March 13, 2024

_____

Hon. David D. Leshner
United States Magistrate Judge