UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DARRYL DUNSMORE, et al., Plaintiffs, v. SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al., Defendants. | Case No.: 20-cv-406-AJB-DDL **ORDER GRANTING REQUEST TO CONTINUE PRETRIAL DEADLINES** |
|---|---|

For the reasons discussed on the record during the March 6, 2024 Discovery Hearing, the Court **GRANTS** the parties' joint request to continue all pretrial dates by three weeks.  The operative Scheduling Order is hereby amended as follows:

| **Event** | **Amended Deadline** |
|---|---|
| Fact Discovery Cutoff | May 7, 2024 |
| Expert Discovery Cutoff | July 19, 2024 |
| Deadline to serve disclosures required by Federal Rule of Civil Procedure 26(a)(2)(A) through (C) | May 31, 2024 |

| Event | Amended Deadline |
|---|---|
| Deadline to serve contradictory or rebuttal evidence pursuant to Federal Rule of Civil Procedure 26(a)(2)(D) and (E) | June 21, 2024 |
| Deadline to file dispositive motions, including *Daubert* motions | August 16, 2024 |
| Deadline to comply with pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) | November 7, 2024 |
| Deadline to meet and confer and prepare the proposed pretrial order in the form as set forth in Civil Local Rule 16.1.f.6. | November 14, 2024 |
| Deadline to file objections to pre-trial disclosures | November 21, 2024 |
| Deadline to serve and lodge the Proposed Final Pretrial Conference Order with the assigned district judge | December 5, 2024 |
| Final Pretrial Conference before the **Honorable Anthony J. Battaglia** | December 12, 2024 at 2:00 p.m. |

Except as modified herein, all dates, deadlines, instructions and mandatory procedures, including the consequences for failure to comply with same, remain in effect. The Court appreciates the parties' diligent efforts to complete discovery. The foregoing deadlines will not be further modified absent a showing of extraordinary circumstances.

**IT IS SO ORDERED.**

Dated: March 13, 2024

Hon. David D. Leshner
United States Magistrate Judge