1  Eugene P. Ramirez (State Bar No. 134865)
   *epr@manningllp.com*
2  Craig Smith (State Bar No. 265676)
   *gcs@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Third Party, NAPHCARE OF SAN DIEGO LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>            Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>*[Assigned to the Honorable District Judge Anthony J. Battaglia, Magistrate Judge, David D. Leshner]*<br><br>**NAPHCARE OF SAN DIEGO LLC'S SUPPLEMENTAL STATUS REPORT PURSUANT TO DOCKET 593**<br><br>*Complaint Filed:   01/08/2021* |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** third party NAPHCARE OF SAN DIEGO, LLC ("NAPHCARE") hereby submits this status report in accordance with Docket 593. Docket 593 required NaphCare to "ascertain whether any "annual financial audit" was performed pursuant to section 3.17 (sic) of its contract with the County of

1

San Diego and shall file a status report indicating whether any such audit(s) exist by not later than **March 15, 2024**"

NaphCare, Inc.'s 2022 Audited Financial Statements contain its Independent Auditors' Report and financial statements which consist of the combined balance sheets as of December 31, 2022 and 2021, as well as combined balance sheets for those years ended.

Said report is not performed pursuant to, nor has it been provided to the County pursuant to section 13.7 of the contract. The report contains confidential financial information regarding NaphCare, Inc. as a whole and is not specific to NaphCare San Diego LLC.[1] NaphCare objects to the production based upon the following grounds:

(1) Relevance: The report is irrelevant as it has no probative value as to any claim or defense in this matter. NaphCare is not a party to this action. The report contains no information probative as to the standard of care of health providers or whether any health care providers were deliberately indifferent. In fact, the Court has already denied Plaintiffs' request to compel NaphCare to produce financial documents submitted to the County of San Diego during the 2021/2022 contract bidding process, noting that such documents would not be responsive to RFP No. 85. That information, ruled non-responsive, is simply an abbreviated version of the more detailed Audited Financial Statements from 2018 and 2019;

(2) The report contains sensitive financial information, not related to the provision of healthcare at the San Diego County jails and unrelated to the original subpoena request. The report contains confidential and privileged financial information prepared by a CPA regarding NaphCare, Inc.'s financial condition that is

---

[1] Relevant to the argued basis for Plaintiffs' request, NaphCare can verify that it is not in possession of any documents or information pertaining to section 13.7(b) of the contract, which states, "Contractor shall immediately notify County upon learning that Contractor's independent Certified Public Accountant may or will issue a disclaimer of opinion due to substantial doubt of Contractor's ability to continue as a going concern."

1  not disclosed to the public.  Given the report contains privileged information and is
2  irrelevant, any argued relevancy is outweighed by NaphCare's privilege to maintain
3  this financial/accounting information as confidential;

4      (3)    The request for the report is an improper new request, not encompassed by the original RFP No. 85 (which was for "ALL DOCUMENTS RELATING TO monitoring and/or auditing of HEALTH CARE provided to INCARCERATED PERSONS, including but not limited to, quality improvement, quality assurance or clinical performance reviews, peer reviews, in-service trainings, internal or external audits, technical assistance reports, accreditations, contract monitoring reports, minutes from QUALITY ASSURANCE MEETINGS, and HEALTH CARE record reviews, from June 1, 2021 to the present").  The financial report is not related to the provision of or monitoring of health care at the San Diego County Jails, as called for in RFP No. 85.  Rather, the report contains the 2021 and 2022 profits and losses of NaphCare, Inc.;

    (4)    NaphCare has, or is in the process of, producing all information that has been requested regarding offsite appointments and the payment of claims, which the County alleged totaled $9.3M in the corrective action notice;  and

    (5)    Any alleged relevance, which there is none, is outweighed by the privileged nature of the report, is not proportionate to the needs of the case (FRCP 26(b)) and any argued relevancy that may be derived by the report showing NaphCare is solvent can generally be obtained through less intrusive means at the upcoming FRCP 30(b)(6) deposition.

///
///
///
///
///
///

1    NaphCare respectfully requests the Court deny plaintiff's motion to compel this
2 report for the above reasons, and those stated at the March 12, 2024 hearing.

DATED:  March 15, 2024         **MANNING & KASS**
                               **ELLROD, RAMIREZ, TRESTER LLP**


                               By:     */s/ Craig Smith*
                                       Eugene P. Ramirez
                                       Craig Smith
                                       Attorneys for Third Party
                                       NAPHCARE OF SAN DIEGO, LLC.