Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800    Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300    Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ANDREE
ANDRADE, ERNEST
ARCHULETA, JAMES CLARK,
ANTHONY EDWARDS, LISA
LANDERS, REANNA LEVY,
JOSUE LOPEZ, CHRISTOPHER
NELSON, CHRISTOPHER
NORWOOD, JESSE OLIVARES,
GUSTAVO SEPULVEDA,
MICHAEL TAYLOR, and LAURA
ZOERNER, on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S
DEPARTMENT, COUNTY OF
SAN DIEGO, SAN DIEGO
COUNTY PROBATION
DEPARTMENT, and DOES 1 to 20,
inclusive,

Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**JOINT MOTION FOR ORDER RE
PRODUCTION BY CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION (CDCR)
SUBJECT TO PROTECTIVE
ORDER**

Magistrate
Judge: David D. Leshner

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

[4454817.5] 4889-6515-3711 v1        - 1 -        3:20-CV-00406-AJB-DDL
JOINT MOTION FOR ORDER RE
PRODUCTION BY CDCR

TO THE HONORABLE COURT:

Plaintiffs DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER ("Plaintiffs"), Defendants SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT ("Defendants"), and Non-Party CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR"),  through their respective counsel of record, hereby enter into the following stipulation:

Defendants have issued subpoenas to a number of California State Prisons under the California Department of Corrections and Rehabilitation (CDCR)  for 13 of the 14 named Plaintiffs (the "subpoenas") herein requesting the following records:

    a.    Case Summary:

        (i)    Chronological History (112)

        (ii)    Legal Status Summary,

        (iii)    Movement Printout (KMHQ), and

        (iv)    Probation Report, commitment offense;

    b.    Legal Documents:

        (i)    Abstract of Judgment, commitment offense;

    c.    ERMS/SOMS File:  Entire ERMS file and Entire SOMS File; and

    d.    MEDICAL RECORDS:  Entire medical file for various dates;

Plaintiffs and Defendants subsequently agreed that medical records, including mental health records and substance abuse records responsive to the subpoenas' request for the "[e]ntire medical file," to be produced would be limited to records from March 2, 2017 to the present to the extent the segregation and non-

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

[4454817.5] 4889-6515-3711 v1

- 2 -

3:20-CV-00406-AJB-DDL
JOINT MOTION FOR ORDER RE
PRODUCTION BY CDCR

1    production of records prior to March 2, 2017 would not be unduly burdensome to

2    CDCR.  If the segregation and non-production of records prior to March 2, 2017

3    would pose an undue burden, CDCR would produce such medical records,

4    including mental health records and substance abuse records responsive to the

5    subpoenas' request for the "[e]ntire medical file" dated prior to March 2, 2017 (i.e.

6    the entirety of the medical/mental health/substance abuse records contained in the

7    medical file) and all parties agreed that said pre-March 2, 2017 records would not

8    be used by any party for any reason in the litigation and would be kept confidential;

9         Plaintiffs and Defendants subsequently agreed that the documents from the

10   Case Summary section and Legal Documents section in the CDCR files as defined

11   in the subpoenas would be produced by CDCR;

12        The Court ruled that "CDCR shall not produce the ERMS file[s] or SOMS

13   file[s], Dkt. 585; however, the Case summaries and Legal documents sections are

14   contained in the ERMS file and Plaintiffs' counsel agrees to their production; and

15        The parties agree that the Protective Order governing this case shall be

16   amended to include CDCR and all records produced pursuant to the subpoenas shall

17   be considered confidential under that order.  Accordingly, the parties and CDCR

18   submit the following as good cause for an order for CDCR's production of

19   documents subject to the Protective Order.

20        Pursuant to 45 C.F.R. § 164.512(e)(ii)(B), HIPAA provides that protected

21   health information may be disclosed during a judicial proceeding where a covered

22   entity receives satisfactory information from the party seeking the information that

23   reasonable efforts have been made by such party to secure a "qualified protective

24   order." A qualified protective order is one that (A) prohibits the parties from using

25   or disclosing the protected health information for any purpose other than the

26   litigation for which such information was requested, and (B) requires the return to

27   the covered entity or destruction of the protected health information at the end of

28   the litigation. 45 C.F.R. § 164.512(e)(1)(v).

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

[4454817.5] 4889-6515-3711 v1                    - 3 -                    3:20-CV-00406-AJB-DDL
JOINT MOTION FOR ORDER RE
PRODUCTION BY CDCR

1    Accordingly, the parties jointly and respectfully request that the Court enter

2    an Order requiring Non-Party CDCR to produce unredacted protected health

3    information responsive to requests contained in Defendants' subpoenas for the

4    production of documents, limited to medical records, including mental health

5    records and substance abuse records responsive to the subpoenas' request for the

6    "[e]ntire medical file," with a date indicating that the record concerns medical

7    treatment, mental health treatment and/or substance abuse treatment that was

8    initiated on or after March 2, 2017, to the extent such limitation is not unduly

9    burdensome to CDCR,  under the terms of the protective order.  CDCR need not

10    include HIV or other infectious disease portions of the medical file. The parties also

11    request that the Court order the release of the Case Summary files as defined by the

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

[4454817.5] 4889-6515-3711 v1                        - 4 -                        3:20-CV-00406-AJB-DDL
JOINT MOTION FOR ORDER RE
PRODUCTION BY CDCR

1   subpoenas and the Legal Documents files as defined by the subpoenas, also under

2   the terms of the protective order.

3          IT IS SO STIPULATED.

4

5   Dated:  March 19, 2024          CALIFORNIA DEPARTMENT OF
                                    JUSTICE
6
                                    By: /s/ Andrew Gibson
7                                       Andrew Gibson, Esq.
                                        Deputy Attorney General
8
                                    Attorneys for Third Party CALIFORNIA
9                                   DEPARTMENT OF CORRECTIONS

10  Dated:  March 18, 2024          BURKE, WILLIAMS & SORENSEN, LLP

11                                  By: /s/  Elizabeth M. Pappy
                                        Susan E. Coleman
12                                      Elizabeth M. Pappy

13                                  Attorneys for Defendants
                                    COUNTY OF SAN DIEGO, SAN DIEGO
14                                  COUNTY SHERIFF'S DEPARTMENT
                                    and SAN DIEGO COUNTY PROBATION
15                                  DEPARTMENT

16  Dated:  March 18, 2024          ROSEN BIEN GALVAN & GRUNFELD
                                    LLP
17
                                    By: /s/ Gay Grunfeld
18                                      Gay Grunfeld

19                                  Attorneys for Plaintiffs DARRYL
                                    DUNSMORE, ANDREE ANDRADE,
20                                  ERNEST ARCHULETA, JAMES
                                    CLARK, ANTHONY EDWARDS, LISA
21                                  LANDERS, REANNA LEVY, JOSUE
                                    LOPEZ, CHRISTOPHER NELSON,
22                                  CHRISTOPHER NORWOOD, JESSE
                                    OLIVARES, GUSTAVO SEPULVEDA,
23                                  MICHAEL TAYLOR, and LAURA
                                    ZOERNER
24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

[4454817.5] 4889-6515-3711 v1          - 5 -          3:20-CV-00406-AJB-DDL
JOINT MOTION FOR ORDER RE
PRODUCTION BY CDCR