UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>       Defendants. | Case No.: 20-cv-406-AJB-DDL<br><br>**ORDER ON JOINT MOTION FOR ORDER RE PRODUCTION BY CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**<br><br>**[Dkt. No. 598]** |

Before the Court is the parties' Joint Motion for Order re Production by California Department of Corrections and Rehabilitation (CDCR) Subject to Protective Order. Dkt. No. 598. The Joint Motion is **GRANTED**. The Court further **ORDERS** as follows:

The Court hereby reaffirms its prior rulings that the parties' stipulated protective order, both initially and as amended to include nonparty NaphCare of San Diego, LLC (the "Protective Order," Dkt. Nos. 255, 400), constitutes a "qualified protective order" under the Health Insurance Portability and Accountability Act ("HIPAA"), 45 C.F.R. § 164.512(e)(1)(v). *See* Dkt. Nos. 443, 485.

CDCR shall produce documents responsive to Defendants' subpoenas pursuant to the terms of the parties' stipulation. Dkt. No. 598.

All documents produced by CDCR shall be designated "Confidential" under the terms of the Protective Order.

Defendants shall serve a copy of this Order and the parties' stipulation on CDCR within 2 business days of its entry.

**IT IS SO ORDERED.**

Dated: March 21, 2024.

Hon. David D. Leshner
United States Magistrate Judge