1  GAY C. GRUNFELD – 121944
   VAN SWEARINGEN – 259809
2  PRIYAH KAUL – 307956
   ERIC MONEK ANDERSON – 320934
3  HANNAH M. CHARTOFF – 324529
   BEN HOLSTON – 341439
4  ROSEN BIEN
   GALVAN & GRUNFELD LLP
5  101 Mission Street, Sixth Floor
   San Francisco, California  94105-1738
6  Telephone:   (415) 433-6830
   Facsimile:    (415) 433-7104
7  ggrunfeld@rbgg.com
   vswearingen@rbgg.com
8  pkaul@rbgg.com
   eanderson@rbgg.com
9  hchartoff@rbgg.com
   bholston@rbgg.com
10
   AARON J. FISCHER – 247391
11 LAW OFFICE OF
   AARON J. FISCHER
12 1400 Shattuck Square Suite 12 - #344
   Berkeley, California  94709
13 Telephone:   (510) 806-7366
   Facsimile:    (510) 694-6314
14 ajf@aaronfischerlaw.com

   CHRISTOPHER M. YOUNG – 163319
   ISABELLA NEAL – 328323
   OLIVER KIEFER – 332830
   DLA PIPER LLP (US)
   4365 Executive Drive, Suite 1100
   San Diego, California  92121-2133
   Telephone:   (858) 677-1400
   Facsimile:    (858) 677-1401
   christopher.young@dlapiper.com
   isabella.neal@dlapiper.com
   oliver.kiefer@dlapiper.com

15 Attorneys for Plaintiffs and the
   Certified Class and Subclasses

16

17              UNITED STATES DISTRICT COURT

18             SOUTHERN DISTRICT OF CALIFORNIA

19 DARRYL DUNSMORE, ANDREE
   ANDRADE, ERNEST ARCHULETA,
20 JAMES CLARK, ANTHONY EDWARDS,
   LISA LANDERS, REANNA LEVY,
21 JOSUE LOPEZ, CHRISTOPHER
   NELSON, CHRISTOPHER NORWOOD,
22 JESSE OLIVARES, GUSTAVO
   SEPULVEDA, MICHAEL TAYLOR, and
23 LAURA ZOERNER, on behalf of
   themselves and all others similarly situated,
24             Plaintiffs,
25       v.
   SAN DIEGO COUNTY SHERIFF'S
26 DEPARTMENT, COUNTY OF SAN
   DIEGO, SAN DIEGO COUNTY
27 PROBATION DEPARTMENT, and DOES
   1 to 20, inclusive,
28             Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**DECLARATION OF PRIYAH KAUL IN SUPPORT OF PLAINTIFFS' POST-HEARING BRIEF REGARDING MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NAPHCARE OF SAN DIEGO LLC**

Judge:       Hon. Anthony J. Battaglia
Magistrate: Hon. David D. Leshner

Trial Date: None Set

[4458696.1] []

Case No. 3:20-cv-00406-AJB-DDL

DECLARATION OF PRIYAH KAUL IN SUPPORT OF PLAINTIFFS' POST-HEARING BRIEF REGARDING
MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NAPHCARE OF SAN DIEGO LLC

1    I, Priyah Kaul, declare:

2    1.    I am an attorney duly admitted to practice before this Court.  I am

3  senior counsel in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of

4  record for Plaintiffs and the Certified Class and Subclasses.  I have personal

5  knowledge of the facts set forth herein, and if called as a witness, I could

6  competently so testify.  I make this declaration in support of Plaintiffs' Post-Hearing

7  Brief Regarding Motion to Compel Production of Documents by NaphCare Of San

8  Diego LLC.

9    2.    Attached hereto as **Exhibit A** is a true and correct copy of the official

10 transcript of the March 12, 2024 evidentiary hearing, with portions of the transcript

11 cited in Plaintiffs' brief highlighted.

12   3.    Attached hereto as **Exhibit B** is a true and correct copy of an excerpt

13 from County Contract Number 566117, Agreement with NaphCare, Inc. for

14 Sheriff's Department Consolidated Health Care Delivery.  The full contract, bearing

15 Bates numbers NAPHCARE000542-678, was admitted into evidence as Exhibit 3

16 during the March 12, 2024 evidentiary hearing.

17   4.    Attached hereto as **Exhibit C** is a true and correct copy of an excerpt

18 from NaphCare's Health Care Policy & Procedure Manual for the San Diego

19 County Jail, entitled "A-09 Procedure In The Event Of A Patient Death."  The

20 excerpt, bearing Bates numbers NAPHCARE031065 and NAPHCARE031102-05,

21 was admitted into evidence as Exhibit 2 during the March 12, 2024 evidentiary

22 hearing.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

[4458696.1] []                                     1                  Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF PRIYAH KAUL IN SUPPORT OF PLAINTIFFS' POST-HEARING BRIEF REGARDING
MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NAPHCARE OF SAN DIEGO LLC

1        I declare under penalty of perjury under the laws of the United States of

2    America that the foregoing is true and correct, and that this declaration is executed

3    at San Francisco, California this 22nd day of March, 2024.

4

5

6                                  */s/ Priyah Kaul*
                              Priyah Kaul

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF PRIYAH KAUL IN SUPPORT OF PLAINTIFFS' POST-HEARING BRIEF REGARDING
MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY NAPHCARE OF SAN DIEGO LLC