1  GAY C. GRUNFELD – 121944
   VAN SWEARINGEN – 259809
2  PRIYAH KAUL – 307956
   ERIC MONEK ANDERSON – 320934
3  HANNAH M. CHARTOFF – 324529
   BEN HOLSTON – 341439
4  ROSEN BIEN
   GALVAN & GRUNFELD LLP
5  101 Mission Street, Sixth Floor
   San Francisco, California  94105-1738
6  Telephone:   (415) 433-6830
   Facsimile:    (415) 433-7104
7  ggrunfeld@rbgg.com
   vswearingen@rbgg.com
8  pkaul@rbgg.com
   eanderson@rbgg.com
9  hchartoff@rbgg.com
   bholston@rbgg.com
10
   AARON J. FISCHER – 247391
11 LAW OFFICE OF
   AARON J. FISCHER
12 1400 Shattuck Square Suite 12 - #344
   Berkeley, California  94709
13 Telephone:  (510) 806-7366
   Facsimile:   (510) 694-6314
14 ajf@aaronfischerlaw.com

15 Attorneys for Plaintiffs and the
   Certified Class and Subclasses

16

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:  (858) 677-1400
Facsimile:   (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

17          UNITED STATES DISTRICT COURT

18         SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, <br> 20  JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, <br> 21  JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, <br> 22  JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and <br> 23  LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br> 24                  Plaintiffs, <br> 25          v. <br> 26  SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY <br> 27  PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br> 28              Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS AND TO COMPEL DEPOSITIONS** <br><br> Date:    May 15, 2024 <br> Time:    9:00 a.m. <br> Crtrm.:  Via Remote Technology <br><br> Magistrate: Hon. David D. Leshner |

[4475248.4]

I, Gay Crosthwait Grunfeld, declare:

1.      I am an attorney duly admitted to practice before this Court.  I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs and the Certified Class and Subclasses.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration in support of Plaintiffs' Motion for Leave to Take Additional Depositions and to Compel Depositions.

2.      To date, Plaintiffs have noticed ten depositions and Defendants have agreed to permit nine depositions.

3.      As part of early and expedited discovery granted by the Court, *see* Dkt. 258, Plaintiffs conducted a 30(b)(6) deposition of the San Diego County Sheriff's Department ("Sheriff's Department") in March and April 2023 regarding the following topic, limited only to Central Jail and Rock Mountain Detention Facility: "All CURRENT POLICIES, PROCEDURES and practices regarding the accessibility of facilities, housing, programs, services, activities, EFFECTIVE COMMUNICATION, REASONABLE ACCOMMODATIONS, and assistive devices for INCARCERATED PERSONS with DISABILITIES."

          a.      From April 23, 2024 to May 3, 2024, Plaintiffs are conducting a 30(b)(6) deposition of the Sheriff's Department regarding topics related to the remaining aspects of the ADA cause of action and to the seven other causes of action.  Attached hereto as **Exhibit A** is a true and correct copy of a document prepared by Defendants identifying the 30(b)(6) deposition topics as ordered by the Court.

4.      The Sheriff's Department has designated 16 deponents to address the topics.  Those deponents are:

- Christopher Hodgkins was deposed on April 23, 2024 regarding records and databases;

- David Blackwell was also deposed on April 23, 2024 regarding records and databases;

DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE
TO TAKE ADDITIONAL DEPOSITIONS AND TO COMPEL DEPOSITIONS

- Chris Buchanan was deposed on April 23, 2024 regarding alternatives to incarceration and reentry programming;

- Patricia Ceballos was also deposed on April 23, 2024 regarding alternatives to incarceration and reentry programming;

- Michael Alvarado was deposed on April 23, 2024 regarding medical and mental health care staff hiring and vacancies;

- Jesse Johns was deposed on April 24, 2024 regarding fights and other violence related to video and audio surveillance as well as access to counsel and the courts;

- Reuben Medina was deposed on April 24, 2024 regarding racial classification and discrimination;

- Cesar Ceballos is scheduled to be deposed on April 25, 2024 regarding deaths, including drug overdoses, mortality reviews, and employee communications about deaths;

- Jon Montgomery is scheduled to be deposed on April 25, 2024 also regarding employee communications about deaths and on April 26, 2024 regarding health care;

- Darren Scott Bennett is scheduled to be deposed on May 1, 2024 on accessibility of facilities for incarcerated persons with disabilities, as well as environmental conditions and emergency intercom systems;

- Livian Cole is scheduled to be deposed on May 1, 2024 regarding incarcerated persons with disabilities;

- Michelle Aguinaldo is scheduled to be deposed on May 1, 2024 regarding environmental conditions;

- Melissa Quiroz is scheduled to be deposed on May 2, 2024 regarding mental health care;

- Isaac Alvarado is scheduled to be deposed on May 3, 2024 regarding substance use disorders, safety checks, staff responses to emergencies, and environmental conditions;

- Rita Diaz is scheduled to be deposed on May 3, 2024 regarding safety and security, including fights and other violence as well as racial discrimination related to classification;

- and Brendan Bourgeois is scheduled to be deposed on May 3, 2024 regarding drug and contraband interdiction, including body scanners.

5.     Kenneth Jones of the Sheriff's Department was deposed on January 5, 2024. Mr. Jones was formerly a Commander in charge of the Medical Services Division, Sheriff's Transportation Unit, County Parole and Alternative Custody, and the Detention Investigations Unit. Mr. Jones was promoted to Assistant Sheriff of

the Law Enforcement Services Bureau in December of 2023.

6. Christina Ralph, a former Commander of the Jail facilities who is now retired, was deposed on January 12, 2024 with time remaining scheduled for May 6, 2024. I am informed and believe that Ms. Ralph retired in March 2024.

7. Aseel Ross, formerly a mental health clinician at George Bailey, was deposed on February 13, 2024.

8. Serina Rognlien-Hood, Director of Nursing, was deposed on February 14, 2024.

9. NaphCare of San Diego LLC, which designated one PMK, Angela Nix, was deposed on April 16, 2024, with time remaining to be scheduled.

10. Theresa Adams-Hydar, the former Assistant Sheriff of the Detention Services Bureau, was deposed April 17, 2024. Ms. Adams-Hydar retired in March 2024.

11. Abigail Torres, a Deputy Chief Probation Officer of the San Diego County Probation Department, is scheduled to be deposed on May 7, 2024.

12. On April 9, 2024, I informed defense counsel via email that Plaintiffs sought to notice Sheriff Martinez for our tenth deposition on a mutually agreeable date between April 16, 2024 and May 7, 2024. As I explained to defense counsel, Sheriff Martinez, as the elected official running the jail system, has direct and personal knowledge of steps, if any, that her administration is taking to address the eight claims in Plaintiffs' Complaint. I also explained that, because Plaintiffs seek injunctive relief, they need to understand any efforts at reform with regard to these eight claims, including but not limited to the Sheriff's Department responses to the State Audit, the high death rate, the CLERB reports, the ADA Memo of 2016, RIPA data and the NaphCare Corrective Action Notices. Plaintiffs cannot obtain this information through other deponents since there has been tremendous turnover in the upper ranks of the Department since January 2021. For example, Commanders Adams-Hydar and Ralph have now retired. Our research shows extensive

1    leadership changes.  In fact, over the past three years, I am informed and believe
2    there have been:

- 3 different sheriffs
- 2 different undersheriffs
- 3 different assistant sheriffs for detention services
- 13 different employees assigned to three commander positions

7        13.    In my April 9 email, I also noted that, given Sheriff Martinez's stature
8    and applicable apex deposition standards, we would limit our questioning to four
9    hours.  Counsel for Defendants responded the same day, stating that "[t]here is no
10   dispute that the buck stops with the Sheriff," but insisting that Sheriff Martinez
11   lacked personal knowledge as to steps her administration was taking to address
12   Plaintiffs' claims.  Later that day, Plaintiffs noticed Sheriff Kelly Martinez for a
13   deposition on May 6, 2024.  Defendants have declined to produce Sheriff Martinez
14   for a deposition.

15       14.    On April 12, 2024, 25 days prior to the close of fact discovery, I
16   informed defense counsel that we were considering sending out additional
17   deposition subpoenas.  I suggested that we meet & confer regarding the potential
18   additional deposition subpoenas as well as the deposition of Sheriff Martinez.  I
19   recommended that the parties meet and confer on April 17, 2024, our weekly meet
20   and confer date.  Defendants' counsel declined to agree and the parties then initiated
21   an informal discovery conference by email to the Court dated April 15, 2024, with
22   this Motion ensuing.

23       15.    On April 17, 2024, following the deposition of NaphCare's 30(b)(6)
24   witness, I emailed counsel for Defendants to inform them that we had just learned
25   during the NaphCare deposition that Correctional Healthcare Partners would be
26   replacing NaphCare to some degree.  I requested further information about this
27   decision by the County to change the provision of medical care in the Jail.  As of the
28   date of this declaration, I have not received a response to that email.  I also brought

1  the issue up during the April 24, 2024 weekly meet-and-confer with Defendants'

2  counsel, but received no substantive information about the change.

3      16.    After this Court set the briefing schedule on this Motion, and further

4  meet-and-confer efforts, Plaintiffs determined that we would not pursue the

5  deposition of the former head of CLERB, as stated in the IDC email of April 15.

6  We determined instead to seek the deposition of Dr. Peter Freedland of Correctional

7  Health Partners, given his new role in providing medical care at the jail.

8      17.    Based on publicly available information, I understand that Kelly

9  Martinez was appointed Undersheriff in early 2021 by then Sheriff Bill Gore.

10 Attached hereto as **Exhibit B** is a true and correct copy of a February 2, 2021 Fox 5

11 San Diego article titled "Sheriff Gore names new second-in-command."

12     18.    While Undersheriff, Ms. Martinez oversaw the day-to-day operations

13 of the Sheriff's Department.  Attached hereto as **Exhibit C** is a true and correct copy

14 of Sheriff Martinez's bio from the San Diego Sheriff's Department website.

15     19.    Following Bill Gore's retirement, Ms. Martinez was appointed Acting

16 Sheriff on February 3, 2022 and served in that position until March 23, 2022, at

17 which point a new Acting Sheriff was appointed and Ms. Martinez returned to her

18 role as Undersheriff.  Attached hereto as **Exhibit D** is a true and correct copy of a

19 March 23, 2022 article from Chula Vista Today titled "Anthony Ray, San Diego's

20 new acting sheriff."

21     20.    Attached hereto as **Exhibit E** is a true and correct copy of SD_173414,

22 a February 3, 2022 email from Kelly Martinez to all staff  regarding the results of

23 the California State Auditor's audit of San Diego County jails.  Although these and

24 other emails attached to this declaration are marked "Confidential," counsel for

25 Defendants confirmed via email dated April 23, 2024 that the emails are not

26 confidential.

27     21.    Attached hereto as **Exhibit F** is a true and correct copy of a March 15,

28 2022 article ABC 10 News San Diego titled "Board of Supervisors to take action

DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE
TO TAKE ADDITIONAL DEPOSITIONS AND TO COMPEL DEPOSITIONS

1    after audit of county jails."

2        22.    Attached hereto as **Exhibit G** is a true and correct copy of SD_550125,

3    a September 22, 2022 email from Kelly Martinez to Theresa Adams, Chris Steffen,

4    Anthony Ray, Christina Bavencoff (aka Ralph), Greg Rylaarsdam, and Steve

5    Bodine regarding the drafting of a press release following an in custody overdose

6    death.

7        23.    Attached hereto as **Exhibit H** is a true and correct copy of SD_398576,

8    a June 16, 2022 email from Sheriff Martinez to several Sheriff's Department staff

9    regarding the drafting of a press release about Narcan in the jails.

10       24.    Attached hereto as **Exhibit I** is a true and correct copy of SD_550334,

11   an August 8, 2022 email from Kelly Martinez to Frank Motley, Theresa Adams, and

12   Josette Ford regarding cost estimates for implementing body scanners in the jails.

13       25.    Ms. Martinez was elected Sheriff in 2022 and assumed office as Sheriff

14   on January 2, 2023.  Attached hereto as **Exhibit J** is a true and correct copy of a

15   January 2, 2023 NBC San Diego article titled "Meet Kelly Martinez, San Diego

16   County's Newest Sheriff."

17       26.    Attached hereto as **Exhibit K** is a true and correct copy of SD_184331,

18   a January 5, 2023 email from Sheriff Martinez to all staff regarding a news release

19   about her efforts to improve the jails.

20       27.    On June 20, 2023, I participated in the finalization of the ADA

21   settlement in this case which was shortly thereafter approved by the district court.

22   *See* Dkt. 355.  Within minutes of my signing off on the settlement, Sheriff Martinez

23   issued a news release titled, "ADA Compliance in County Jails," a true and correct

24   copy of which is attached hereto as **Exhibit L**.  The release is publicly available on

25   the Sheriff's Department website.

26       28.    Attached hereto as **Exhibit M** is a true and correct copy of a July 5,

27   2023 Sheriff's Department news release titled, "State of San Diego County Jails,"

28   discussing a press conference Sheriff Martinez held that day.  According to the press

DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE
TO TAKE ADDITIONAL DEPOSITIONS AND TO COMPEL DEPOSITIONS

1  release, Sheriff Martinez held a news conference to report on construction projects,

2  technological advancements, health care services, accessibility, reentry services, and

3  keeping drugs out of our jails.  That same day, Sheriff Martinez invited reporters to

4  tour the newly-renovated Rock Mountain facility.  *See*

5  https://www.kpbs.org/news/local/2023/07/05/sheriff-announces-partial-reopening-

6  of-renovated-rock-mountain-jail.

7      29.     On November 7, 2023, the Sheriff appeared at the Board of Supervisors

8  in support of her request for their support of a county detention facility system

9  improvement plan.  Attached hereto as **Exhibit N** is a true and correct copy of the

10  agenda item for this request in which the Sheriff's Department states that it seeks to

11  respond to the California State Auditor report of February 3, 2022 in part by making

12  "further investments … to update the dated detention facilities and existing

13  infrastructure."  *Id.*  The Sheriff requested that the Board transfer $500,000 to fund a

14  study of the Vista Detention Facility modernization project as well as $500,000

15  towards that project.  The Sheriff's testimony is available at the following link:

16  https://sdcounty.granicus.com/player/clip/3493?view_id=2&meta_id=226808&redir

17  ect=true.

18      30.     After the Sheriff presented her testimony, the Board approved her

19  request in Minute Order No. 26 dated November 7, 2023, a true and correct copy of

20  which is attached hereto as **Exhibit O**.

21      31.     The Sheriff is now conducting meetings with the community to discuss

22  her infrastructure plan.  Attached hereto as **Exhibit P** is a true and correct copy of a

23  notice of the community meetings that are occurring with the Sheriff.

24      32.     Attached hereto as **Exhibit Q** is a true and correct copy of an April 17,

25  2024 NBC San Diego article titled "'It's like a relief': Mother speaks out after

26  evidence, videos released in 2019 jail death."  The article includes a statement from

27  Sheriff Martinez about alleged changes in Jail conditions following the death of

28  Elisa Serna.

DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE
TO TAKE ADDITIONAL DEPOSITIONS AND TO COMPEL DEPOSITIONS

1      33.    Attached hereto as **Exhibit R** is a true and correct copy of a webpage

2 titled "Ken Jones, Assistant Sheriff" on the San Diego County Sheriff's Department

3 website.

4      34.    Attached hereto as **Exhibit S** is a true and correct copy of a webpage

5 titled "Dustin Lopez, Assistant Sheriff" on the San Diego County Sheriff's

6 Department website.

7      I declare under penalty of perjury under the laws of the United States of

8 America that the foregoing is true and correct, and that this declaration is executed

9 at San Francisco, California this 24th day of April, 2024.

10

11                               */s/ Gay Crosthwait Grunfeld*

12                               Gay Crosthwait Grunfeld

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# TABLE OF CONTENTS
## DECLARATION OF GAY GRUNFELD IN SUPPORT OF MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS AND TO COMPEL DEPOSITIONS

| DESCRIPTION | EXHIBIT | PAGE NO. |
|---|---|---|
| Final Category List Per Court with Client identified witnesses | A | 1 |
| *San Diego County Undersheriff role filled by Kelly Martinez* | B | 7 |
| Kelly A. Martinez, Sheriff, San Diego County Sheriff | C | 10 |
| *Anthony Ray, San Diego's new acting sheriff,* Chula Vista Today | D | 12 |
| February 3, 2022 email from Kelly Martinez to all staff (SD_173414) | E | 17 |
| Board of Supervisors to take action after audit of county jails, ABC 10 News San Diego | F | 21 |
| September 22, 2022 email from Kelly Martinez to Theresa Adams, Chris Steffen, Anthony Ray, Christina Bavencoff (aka Ralph), Greg Rylaarsdam, and Steve Bodine (SD_550125) | G | 25 |
| June 16, 2022 email from Sheriff Martinez to several Sheriff's Department staff (SD_398576) | H | 28 |
| August 8, 2022 email from Kelly Martinez to Frank Motley, Theresa Adams, and Josette Ford (SD_550334) | I | 36 |
| San Diego's New Sheriff Now in Office – NBC 7 San Diego | J | 44 |
| January 5, 2023 email from Sheriff Martinez to all staff regarding a news release (SD_184331) | K | 49 |

## TABLE OF CONTENTS
### DECLARATION OF GAY GRUNFELD IN SUPPORT OF MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS AND TO COMPEL DEPOSITIONS

| DESCRIPTION | EXHIBIT | PAGE NO. |
|---|---|---|
| *ADA Compliance In County Jails*, News Release, San Diego County Sheriff | L | 51 |
| *State of San Diego County Jails*, News Release, San Diego County Sheriff | M | 55 |
| November 7, 2023 Board of Supervisors Agenda No. 26 | N | 71 |
| Minute Order No. 26 dated November 7, 2023 | O | 79 |
| *Engagement on Public Safety Projects*, News Release San Diego County Sheriff | P | 83 |
| *Mother speaks out after evidence, videos released in 2019 jail death* – NBC 7 San Diego | Q | 90 |
| Ken Jones, Assistant Sheriff, San Diego County Sheriff Website | R | 95 |
| Dustin Lopez, Assistant Sheriff, San Diego County Sheriff Website | S | 97 |

[4137051.2]

# EXHIBIT A

| Issue | Subject |
|---|---|
| 1.a. | All POLICIES, PROCEDURES AND PRACTICES RELATING TO HEALTH CARE AT THE JAIL, including RELATING TO custody staff decisions affecting the delivery of HEALTH CARE; screening and intake processes; HEALTH CARE for people entering the JAIL under the influence of alcohol and drugs; continuing HEALTH CARE medications and treatment for people arriving at the JAIL; provision of ways to alert HEALTH CARE staff about medical needs; maintenance of medical records; contracts with community HEALTH CARE providers; confidential settings for the provision of HEALTH CARE; diagnostic care and referrals to outside specialists; the provision of eyeglasses; follow-up medical treatment; discharge planning services and medication; quality assurance/quality improvement processes; and dental care (TAC § I. B-O & § VI). Jon Montgomery |
| 1b | All POLICIES, PROCEDURES AND PRACTICES RELATING TO hiring and vacancy levels of HEALTH CARE STAFF (TAC § I. A). Michael Alvarado |
| 2a | All POLICIES, PROCEDURES AND PRACTICES RELATING TO MENTAL HEALTH CARE AT THE JAIL, including RELATING TO identification and tracking of people in need of MENTAL HEALTH CARE; custody staff decisions affecting the delivery of MENTAL HEATH CARE; continuing MENTAL HEATH CARE medications and treatment for people arriving at the Jail; provision of timely access to MENTAL HEATH CARE; providing Mental Health Treatment to people with ongoing mental illness; provision of MENTAL HEATH CARE to people with acute MENTAL HEATH CARE needs; housing placements; MENTAL HEATH CARE discharge planning and resources (TAC § II. A, C-F, L) Melissa Quiroz |

1

**Ex. A-2**

| Issue | Subject |
|---|---|
| 2 b. | All POLICIES, PROCEDURES AND PRACTICES RELATING TO MENTAL HEALTH CARE AT THE JAIL for people at risk of suicide, including as to their housing identification, treatment, tracking, supervision, and monitoring; and the provision of follow-up care to people at risk of suicide (TAC § II. H & I). Melissa Quiroz |
| 2 c. | All POLICIES, PROCEDURES AND PRACTICES RELATING TO the placement of INCARCERATED PERSONS in EOH, PSU, SAFETY CELLS, or other restrictive housing (TAC § II. C, H, J, K).     Melissa Quiroz |
| 2 d. | All POLICIES, PROCEDURES AND PRACTICES RELATING TO confidential settings for the provision of MENTAL HEALTH CARE (TAC § II. G).   Melissa Quiroz |
| 2 e. | All POLICIES, PROCEDURES AND PRACTICES RELATING TO hiring and vacancy levels of MENTAL HEALTH CARE STAFF (TAC § II. B).  Michael Alvarado |
| 3 a. | All POLICIES, PROCEDURES AND PRACTICES RELATING TO accessibility of facilities, housing, programs, services, activities, effective communication, reasonable accommodations and assistive devices by facility for INCARCERATED PERSONS with DISABILITIES (other than accessibility of facilities and housing for people with mobility DISABILITIES at SDCJ), including as to the identification and tracking of people DISABILITIES; the accommodation of people with substance use disorders; the provision of assistive devices; accessibility of programs, services, and facilities; requesting disability accommodations; and provision of accommodations for DISABILITY-related needs (TAC § III. A-G). Livian Cole |
| 3 b. | Physical, structural, and design plans RELATING TO the accessibility of facilities, housing, programs, services, and activities for all facilities for INCARCERATED PERSONS with DISABILITIES other than hearing DISABILITIES (TAC § III. E). Scott Bennett and Livian Cole |

| | |
|---|---|
| 3 c. | Programs, services, and activities for INCARCERATED PERSONS with DISABILITIES except as to SDCJ. Livian Cole |
| 3 d. | Effective communication (except as to hearing impairments), reasonable accommodations, and assistive devices for INCARCERATED PERSONS with DISABILITIES other than hearing DISABILITIES (TAC § III. B, D, F-G). Livian Cole |
| 4 a. | All POLICIES, PROCEDURES AND PRACTICES RELATING TO drug overdoses, including overdose prevention, treatments for substance use disorders, medication assisted treatment ("MAT"), and Narcan accessibility (TAC § I. D, E & § V. B). Isaac Alvarado |
| 4 b. | All POLICIES, PROCEDURES AND PRACTICES, RELATING TO drug overdose DEATHS (TAC § I. D, E & § V. B). Shane Watts and Stefan Kopchak |
| 4 c. | All POLICIES, PROCEDURES AND PRACTICES RELATING TO the functionality and use of body scanners, and drug and contraband interdiction at the JAIL (TAC § V. B). Brendan Bourgeois |
| 5 a. | All POLICIES, PROCEDURES AND PRACTICES RELATING TO fights and other violence, including those related to classification and housing assignment policies (TAC § V. A). Ofelia Rodriguez |
| 5 b. | All POLICIES, PROCEDURES AND PRACTICES RELATING TO fights and other violence, including those related to video and audio surveillance and body-worn cameras and footage from the cameras and the locations, functionality, testing, and repair/replacement of such video and audio surveillance systems (TAC § C). Jesse Johns |

Ex. A-4

| Issue | Subject |
|---|---|
| 6 a | All POLICIES, PROCEDURES AND PRACTICES RELATING TO safety checks and staff response to emergencies (TAC § C, D). Isaac Alvarado |
| 6 b | All POLICIES, PROCEDURES AND PRACTICES RELATING TO the locations, functionality, testing, and repair/replacement of emergency intercom systems, including buttons or systems used by INCARCERATED PERSONS to notify EMPLOYEES of emergencies, at the JAIL (TAC § C, D). Scott Bennett |
| 7. | All POLICIES, PROCEDURES AND PRACTICES, RELATING TO DEATHS at the JAIL, including prevention attempts and mortality reviews (TAC § I. O ). Stefan Kopchak |
| 8. | All DEATHS of INCARCERATED PERSONS since January 1, 2021 and how JAIL EMPLOYEES use COMMUNICATIONS RELATING TO DEATHS of INCARCERATED PERSONS since January 1, 2021 (TAC). Jon Montgomery (and Stefan Kopchak as to "how JAIL EMPLOYEES use communications relating to DEATHS . . . .) |
| 9. | All POLICIES, PROCEDURES AND PRACTICES RELATING TO the safety and security of INCARCERATED PERSONS (TAC § V). Ofelia Rodriguez |
| 10. | All POLICIES, PROCEDURES AND PRACTICES and physical, structural, and design plans RELATING TO cleanliness and environmental conditions at the JAIL, including vermin and other infestations, mold, sewage backups and spread, cleaning and laundry schedules and protocols, and plumbing and electrical hazards (TAC § IV. A-C). Isaac Alvarado; Scott Bennett; Michelle Aguinaldo |

4

| Issue | Subject |
|-------|---------|
| 11. | All POLICIES, PROCEDURES AND PRACTICES RELATING TO the INCARCERATED PERSONS' access to their counsel and to the courts, including legal mail, confidential phone calls and attorney call backs, professional visiting spaces, legal forms, and library access (TAC § VIII. A-B).  Jesse Johns |
| 12. | All POLICIES, PROCEDURES AND PRACTICES RELATING TO alternatives to incarceration and reentry programming at the JAIL (TAC § VII. B, C, D). Chris Buchanan and Patricia Ceballos |
| 13. | All POLICIES, PROCEDURES AND PRACTICES RELATING TO racial classification and allegations of racial discrimination at the JAIL (TAC § VII. D).Ruben Medina and Ofelia Rodriguez |
| 14. | All POLICIES, PROCEDURES AND PRACTICES RELATING TO record retention and document systems and databases at the JAIL (TAC). David Blackwell and Christopher Hodgkins |

**Ex. A-6**

# EXHIBIT B

62°

SIGN UP          WATCH NOW

BREAKING NEWS
Missing Camp Pendleton Marine contacted, NCIS says, but family still searching

2 MORE ALERTS



LOCAL

## Sheriff Gore names new second-in-command

by: [City News Service](#)
Posted: Feb 22, 2021 / 06:55 PM PST
Updated: Feb 24, 2021 / 05:23 PM PST

SHARE     

*This is an archived article and the information in the article may be outdated. Please look at the time stamp on the story to see when it was last updated.*

SAN DIEGO (CNS) – Sheriff Bill Gore Monday announced the promotion of Assistant Sheriff Kelly Martinez to the second-in-command post of

Ex. B -8

LOCAL NEWS

| **Escondido officer shot during manhunt expected to …**

| **Marine helicopter makes emergency landing in marshy …**

| **Hundreds of vaccination appointments available this …**



A 36-year member of the regional law enforcement agency, Martinez initially was a deputy assigned to the Descanso and Las Colinas detention facilities. Three years into her career with the department, she was posted in 1988 to the Fallbrook Sheriff's Substation, where she worked as a patrol deputy.

Martinez went on to assignments in investigations and worked narcotics, gang crimes and several intelligence-related matters, according to sheriff's public affairs. In 2007 she was promoted to sergeant, and over the next several years earned the ranks of lieutenant, captain, commander and, in 2017, assistant sheriff.

Sheriff Bill Gore Monday announced the promotion of …

*Read More*

"Kelly brings to the position exceptional work ethic and commitment to the mission of the department," Gore said. "I am confident her wealth of experience and passion for community outreach will keep San Diego the safest urban county in the nation."

Copyright 2021 City News Service, Inc.

[ Suggest a Correction ]

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SPONSORED CONTENT

Privacy Policy

**Travel Oregon this Spring**

Travel Oregon

[ Learn More ]

**Beckham Marries One Of The Richest Heiress In The World**

investing.com

**Reviewing the Best Blood Pressure Monitors of 2024**

DocReviews

[ Learn More ]

**View Photos of the All-New Toyota Tacoma Tacozilla**

Car & Driver

**Military strategy game criticized for being 'too realistic'**

History Strategy Game

[ Play Game ]

The Bewitched scene that caused it to be cancelled

READ NEXT >

**Missing Camp Pendleton Marine contacted, NCIS says, but family still searching**

READ NEXT >

**Next story in 5**                    Cancel

Ex. B -9

# EXHIBIT C

## Kelly A. Martinez, Sheriff



Sheriff Martinez has served the residents of San Diego County and the Sheriff's Department since 1985. She began her career as a deputy working in the jails and then began her first patrol assignment serving the community of Fallbrook. Sheriff Martinez spent 22 years at the rank of Deputy Sheriff working in several assignments. Those assignments included gang investigations, narcotic investigations, and criminal intelligence investigator. As a sergeant, Sheriff Martinez served the city of San Marcos before her selection to supervise in the Special Investigations Division. Her next assignment was to investigate employee misconduct in the Sheriff's Internal Affairs Unit before promoting to lieutenant. As a lieutenant, Sheriff Martinez served the cities of Encinitas, Del Mar, and Solana Beach. She also served the communities of Rancho Santa Fe and Valley Center. Before promoting to Captain, she oversaw the Sheriff's participation in the Drug Enforcement Administration's Narcotic Task Force. As a Captain, she served the communities of Alpine and the back country of San Diego County. Sheriff Martinez promoted to Commander and was assigned to oversee the Sheriff's Investigations Units. Her appointment to Assistant Sheriff put her in charge of the Law Enforcement Services Bureau. As Undersheriff, she oversaw the day-to-day operations of the Sheriff's Department. Sheriff Martinez was elected Sheriff in 2022.

Sheriff Martinez is responsible for providing law enforcement services to 4,200 square miles of unincorporated San Diego County, nine contract cities, seven jails, and security for the court houses. She is responsible for the department's $1.165 billion budget and more than 4,700 authorized employees.

Sheriff Martinez has Bachelor of Science degree in Criminal Justice Administration. She holds several POST Certificates including a basic, advanced, supervisory and management POST. She is a graduate of the POST Command College and the National Sheriff's Institute Jail Management Course. Sheriff Martinez is a member of the International Association of Chiefs of Police, the San Diego Police Chiefs' and Sheriff's Association, a lifetime member of the California State Sheriff's Association, Major County Sheriff's Association, and the Southwest Border Sheriff's Coalition. She is a San Diego native and committed to public safety. Sheriff Martinez is married with one adult son.

*Return to Command Staff*

**Ex. C-11**

# EXHIBIT D



Sign in ›

**NEWS HIGHLIGHTS:**   Otay Ranch Medical Center to Add New Building in $86M Expansion   Sesame Place San Diego Kicks Of

**COMMUNITY, LOCAL NEWS, POLICE BEAT**

# Anthony Ray, San Diego's new acting sheriff

The San Diego County Board of Supervisors unanimously elected Officer Anthony Ray Tuesday as acting sheriff. Supervisors decided to have Ray finish out former Sheriff Bill Gore's term during a public hearing.

by **Sarah Berjan**
March 23, 2022

Privacy - Terms

**Ex. D -13**

by Photo courtesy of San Diego County Sheriff's Department

The San Diego County Board of Supervisors unanimously elected Officer Anthony Ray Tuesday as acting sheriff.

Supervisors decided to have Ray finish out former Sheriff Bill Gore's term during a public hearing. Gore retired on February 3. Deputy Sheriff Kelly Martinez has served as the acting deputy since Gore's retirement.

Ray has been the deputy sheriff overseeing the courts and human resources for the sheriff's office; he will now fill the position previously held by Bill Gore, who resigned after serving twelve years on the job.

Ray will be in the position until he takes over the winner of the elections next November. Gore, 74, announced last summer that he would not seek re-election this year.

The now-acting sheriff has more than 30 years of law enforcement experience, patrolling and making arrests.

Ray joined the Sheriff's Department in August 1991. He graduated from the 11th Correctional Academy. In 1995, he graduated from the 28th Regional Law Enforcement Academy.

As an officer, Ray was in charge at the Las Colinas Men's Detention Center, George Bailey Detention Center, and the Santee Sheriff's Station and Police Support.

In 2005, the sheriff named Ray sergeant. Ray worked at the Santee Sheriff's Station and the Inspection Services Division. In 2008, he was lieutenant and in charge of the Sheriff's Communications Center, the Lemon Grove Sheriff's Substation, and the San Diego Law Enforcement Coordination Center.

Ray was promoted to Captain in 2014 and oversaw the Sheriff's Staff Division and the Santee Sheriff's Station.

In 2017, the sheriff named him commander in the Sheriff's Office of Law Enforcement Services. He oversaw the Offices of Human Resources and Court Services as Deputy Sheriff in 2020.

Ex. D -15

Ray's appointment as acting sheriff will take effect on April 5. At that time, Sheriff Kelly Martinez will resume her duties as deputy.

Upon learning of the board of supervisors' decision, the new in-house sheriff pledged to "continue to serve communities, expand our partnerships with local advocacy groups, continue improvements to our jails, and keep public safety at the forefront of our operations".

© 2024 ChulaVistaToday.com.

Powered by Newspack

**Ex. D -16**

# EXHIBIT E

Message

| | |
|---|---|
| **From**: | Martinez, Kelly [Kelly.Martinez@sdsheriff.org] |
| **Sent**: | 2/3/2022 3:18:29 PM |
| **To**: | Everyone [AllSDSOStaff@sdsheriff.org] |
| **Subject**: | Response to State Audit of County Jails |
| **Attachments**: | CSA Response.pdf |

Hi Everyone,

Today the results of a state audit into the deaths in our jails was released. This audit was conducted at the direction of the California Joint Legislative Audit Committee (JLAC). This audit was extensive and included every aspect of the Sheriff's Department's record of in-custody deaths, policies, procedures, facility maintenance and staff records. The

audit findings are difficult to read. Many of the recommendations by the auditors were provided by us. Some have already been implemented. For those that we are moving to implement, we stand by our commitment to see them through. I want you all to know that I appreciate all the work you do every day. I particularly want to highlight the

hard work, heroic efforts, dedication and compassion on display every day in our Detentions Services Bureau. I am sending this to you directly so that you hear and see it internally and know how much I appreciate you.

Thank you for all you do.

Kelly



🅾🅾🅾🅾

**Kelly A. Martinez**
Undersheriff
Email: Kelly.Martinez@SDSheriff.org
Phone: 858 974-2250
www.sdsheriff.net
**SAN DIEGO COUNTY**
**SHERIFF'S DEPARTMENT**

## Response to State Audit of County Jails
*Recommendations already in place or underway.*

**Post Date:** 02/03/2022 10:20 AM

CONFIDENTIAL

**Ex. E-18** SD_173414



San Diego County Sheriff's Department

# MEDIA RELATIONS

The California State Auditor (CSA) has released its report on San Diego County Jails.

The independent review was conducted at the request of the California Joint Legislative Audit Committee (JLAC) after state legislators presented an audit request to JLAC on June 30, 2021. The evaluation reviewed in-custody deaths at San Diego County Sheriff's Department jails over the last 15 years, as well as the protocol and prevention procedures.

State auditors conducted their review of the Sheriff's Department from July 2021 to December 2021. The audit was extensive and included every aspect of Sheriff's Department's record of in-custody deaths, policies, procedures, facility maintenance and staff records. The department was open and transparent during the audit. We participated and cooperated throughout the entire process. We take the findings of the audit seriously and are taking action to implement the recommendations.

Many of JLAC's recommendations are ones that we provided and completely support. They also align with our existing practices, current and future plans, as well as proactive efforts to continuously improve health care services and the safety of our jails.

These recommendations will require substantial investment in the existing jail system. They include, but are not limited to, hiring more personnel and renovations at our detention facilities. The County Board of Supervisors has already approved funding for more healthcare staff and we are actively working to fill these positions. Infrastructure and technology investments to the existing jails are planned and moving forward. The addition of programs such as medication-assisted treatment and mental health evaluations at intake are already in process or in place.

The full text of our response to the audit can be accessed here.

Sheriff's Department jail staff and medical personnel are some of the finest, most dedicated, compassionate and committed county employees. We support change and know the recommendations will improve our jail system for the people in our custody and employees.

To learn more about the medical and mental health care we provide to people in custody, click here.

Undersheriff Kelly Martinez is available for comment or interviews related to the report on Thursday, February 3 between 3:30 p.m. and 5:00 p.m. or Friday, February 4 between 2:00 p.m. and 4:00 p.m. To schedule an interview, send an email request to MediaRelations@sdsheriff.org.




www.sdsheriff.gov/newsroom

mediarelations@sdsheriff.org

(858) 974-2259






**STAY CONNECTED** @SDSheriff

Click here for more information

**Ex. E-19** SD_173415

## SUBSCRIBER SERVICES:

Manage Subscriptions | Unsubscribe All | Help

This email was sent to amber.baggs@sdsheriff.org using govDelivery Communications Cloud on behalf of: San Diego County Sheriff, CA · PO Box 939062 San Diego, CA 92193



CONFIDENTIAL

**Ex. E-20** SD_173416

# EXHIBIT F



 

Quick links...

Watch Now

NEWS  >  **LOCAL NEWS**



# Board of Supervisors to take action after audit of county jails



San Diego County discusses jail reforms

 

By: Ciara Encinas

*Posted at 1:10 PM, Mar 15, 2022 and last updated 9:09 PM, Mar 15, 2022*

SAN DIEGO (KGTV) — The County Board of Supervisors voted unanimously to take action

ADVERTISEMENT

20% off
Your first pharmacy order.
Code: RX20

Shop now

*Exclusions apply.

CLOSE

Ex. F-22

through 2020, a total of 185 people died in San Diego County jails.



[The board](#)called on state lawmakers to pass legislation to implement the Auditor's recommendations of reforms inside county jails and committed to work with the Citizens' Law Enforcement Review Board to implement oversight recommendations.

**Previous: [Audit: Sheriff's Dept. failed to adequately prevent deaths of individuals in its custody](#)**

The audit also detailed a lack of medical checks and significant deficiencies in policies and procedures. That is leading to change in the San Diego County Sheriff's Department.

"Certainly the state audit is, you know, was very direct, very honest," said Acting Sheriff Kelly Martinez.

ADVERTISEMENT



Acting Sheriff Martinez said she's embracing the recommended changes.

"A lot of it makes sense our jails should be as safe as possible. We should have the best health care possible for the individuals who are in our custody. And that's my intention," she said.

She said some of the recommendations include:

- Better security checks by deputies
- Making sure inmates are healthy, proof of life checks

ADVERTISEMENT

**Ex. F-23**

"One of the biggest changes that we really need is more staff. The Board of Supervisors was very generous last budget cycle, providing us with more healthcare positions, mental health and medical positions," she said.

She said once all positions are filled they will be able to implement more full medical evaluations.

The Acting Sheriff said while implementing these changes, communication will be vital.

"Communication is often where we have a failure point. So, we're working harder on communication—the ability to communicate not only with the deputies but also with the healthcare staff better. [We are working on] more uniform policies that everyone understands and training [so] all of our individuals that everyone universally understands all of those policies," she said.

Copyright 2022 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Sign up for the **Breaking News Newsletter** and receive up to date information.

E-mail                    Submit

---

CURATION BY                                          Recommended by Outbrainl





**Protect your property with DefenseLite.**

DefenseLite engineered glazing retrofits helps protect your...

Paid Content: 3M Dlr Window Film De...

**This Game is So Beautiful, It's Worth Installing (Even For Non-Gamers!)**

Paid Content: Raid: Shadow Legends

**Dominate The Galaxy in the #1 Star Trek Game Now!**

Paid Content: Star Trek Fleet Command

**Safe water improves health and saves lives.**

Paid Content: Water.org





**Game simulates alternative history**

Paid Content: History Strategy Game



**If you're over 40 years old, this realistic game is a must!**

Paid Content: RAID: Shadow Legends

**India-Pakistan battle for basmati rice turns acrimonious**

Paid Content: Nikkei Asia







ADVERTISEMENT

CLOSE

**Ex. F-24**

# EXHIBIT G

Message

| | |
|---|---|
| **From:** | Martinez, Kelly [Kelly.Martinez@sdsheriff.org] |
| **Sent:** | 9/22/2022 10:40:38 AM |
| **To:** | Adams, Theresa [Theresa.Adams@sdsheriff.org]; Steffen, Chris [Chris.Steffen@sdsheriff.org]; Ray, Anthony [Anthony.Ray@sdsheriff.org]; Bavencoff, Christina [Christina.Bavencoff@sdsheriff.org]; Rylaarsdam, Greg [Greg.Rylaarsdam@sdsheriff.org]; Bodine, Steve [Steve.Bodine@sdsheriff.org] |
| **Subject:** | Re: 22141855 2022 09 21 - SDCJ ICD Fosbinder |

Good input. If it hasn't already gone out that's a good addition.

Get Outlook for iOS

**From:** Adams, Theresa <Theresa.Adams@sdsheriff.org>
**Sent:** Thursday, September 22, 2022 10:22:04 AM
**To:** Martinez, Kelly <Kelly.Martinez@sdsheriff.org>; Steffen, Chris <Chris.Steffen@sdsheriff.org>; Ray, Anthony <Anthony.Ray@sdsheriff.org>; Bavencoff, Christina <Christina.Bavencoff@sdsheriff.org>; Rylaarsdam, Greg <Greg.Rylaarsdam@sdsheriff.org>; Bodine, Steve <Steve.Bodine@sdsheriff.org>
**Subject:** RE: 22141855 2022 09 21 - SDCJ ICD Fosbinder

No issues. The only thing I would offer as something else to include was the other IP did respond to the Naloxone deployment and was sent to the hospital for further medical treatment. I think it is nice to show that it was the actions of the deputies that saved the second IP. My input below for consideration.

*On September 18, 2022, deputies at the Central Jail were notified that two incarcerated persons were unresponsive in their cell. Deputies and medical staff immediately responded and provided medical aid. They performed CPR and administered Naloxone to the men in an effort to save their lives. One of the individuals responded immediately to the Naloxone administered by deputies. Paramedics arrived and continued with life saving measures on the second individual. Both men (33-years old and 38-years-old) were transported to a local hospital for further treatment. The 38-year-old man made a full recovery and was sent back to the San Diego Central Jail. The 33-year-old man remained at the hospital under treatment of hospital staff.*

**From:** Martinez, Kelly <Kelly.Martinez@sdsheriff.org>
**Sent:** Thursday, September 22, 2022 9:24 AM
**To:** Steffen, Chris <Chris.Steffen@sdsheriff.org>; Ray, Anthony <Anthony.Ray@sdsheriff.org>; Adams, Theresa <Theresa.Adams@sdsheriff.org>; Bavencoff, Christina <Christina.Bavencoff@sdsheriff.org>; Rylaarsdam, Greg <Greg.Rylaarsdam@sdsheriff.org>; Bodine, Steve <Steve.Bodine@sdsheriff.org>
**Subject:** RE: 22141855 2022 09 21 - SDCJ ICD Fosbinder

I made some changes. Hoping this flows better and tells the story a little more clearly. Thank you.

**From:** Steffen, Chris <Chris.Steffen@sdsheriff.org>
**Sent:** Thursday, September 22, 2022 9:02 AM
**To:** Ray, Anthony <Anthony.Ray@sdsheriff.org>; Martinez, Kelly <Kelly.Martinez@sdsheriff.org>; Adams, Theresa <Theresa.Adams@sdsheriff.org>; Bavencoff, Christina <Christina.Bavencoff@sdsheriff.org>; Rylaarsdam, Greg <Greg.Rylaarsdam@sdsheriff.org>; Bodine, Steve <Steve.Bodine@sdsheriff.org>
**Subject:** 22141855 2022 09 21 - SDCJ ICD Fosbinder

Good morning,

CONFIDENTIAL

**Ex. G-26**

Attached is the press release I plan on sending regarding last night's ICD. Let me know if you have any changes to the release.

Thank you,

Chris



**Chris Steffen**
Lieutenant
Homicide Unit
Email: Chris.Steffen@SDSheriff.org
Phone: 858-285-6330
www.sdsheriff.net
**SAN DIEGO COUNTY
SHERIFF'S DEPARTMENT**

CONFIDENTIAL

**Ex. G-27** SD_550126

# EXHIBIT H

Message

| | |
|---|---|
| **From:** | Martinez, Kelly [Kelly.Martinez@sdsheriff.org] |
| **Sent:** | 6/16/2022 1:17:23 PM |
| **To:** | Cinnamo, Charles [Charles.Cinnamo@sdsheriff.org]; Aquino, Melissa [Melissa.Aquino@sdsheriff.org]; Ray, Anthony [Anthony.Ray@sdsheriff.org]; Adams, Theresa [Theresa.Adams@sdsheriff.org]; Buchanan, Christopher [Christopher.Buchanan@sdsheriff.org]; Bavencoff, Christina [Christina.Bavencoff@sdsheriff.org]; Adamos, Jovin [Jovin.Adamos@sdsheriff.org]; Bibel, Kyle [Kyle.Bibel@sdsheriff.org]; Sadler, Malinda [Malinda.Sadler@sdsheriff.org]; Montgomery, Jon [Jon.Montgomery@sdsheriff.org]; Mendoza, Ernie [Ernie.Mendoza@sdsheriff.org]; Jensen, Matthew [Matthew.Jensen@sdsheriff.org]; Hernandez, Martha [Martha.Hernandez@sdsheriff.org]; Baggs, Amber [Amber.Baggs@sdsheriff.org] |
| **Subject:** | Re: Draft News Release - Narcan |

Good point

Get Outlook for iOS

---

**From:** Cinnamo, Charles <Charles.Cinnamo@sdsheriff.org>
**Sent:** Thursday, June 16, 2022 1:08:23 PM
**To:** Aquino, Melissa <Melissa.Aquino@sdsheriff.org>; Ray, Anthony <Anthony.Ray@sdsheriff.org>; Martinez, Kelly <Kelly.Martinez@sdsheriff.org>; Adams, Theresa <Theresa.Adams@sdsheriff.org>; Buchanan, Christopher <Christopher.Buchanan@sdsheriff.org>; Bavencoff, Christina <Christina.Bavencoff@sdsheriff.org>; Adamos, Jovin <Jovin.Adamos@sdsheriff.org>; Bibel, Kyle <Kyle.Bibel@sdsheriff.org>; Sadler, Malinda <Malinda.Sadler@sdsheriff.org>; Montgomery, Jon <Jon.Montgomery@sdsheriff.org>; Mendoza, Ernie <Ernie.Mendoza@sdsheriff.org>; Jensen, Matthew <Matthew.Jensen@sdsheriff.org>; Hernandez, Martha <Martha.Hernandez@sdsheriff.org>; Baggs, Amber <Amber.Baggs@sdsheriff.org>
**Subject:** RE: Draft News Release - Narcan

Sorry for the delay, I was in another meeting.  My only concern was this line: "Putting Narcan in the hands of individuals in custody will cut down on response times if an overdose happens." It comes off like a guarantee more than an intended outcome.

**From:** Aquino, Melissa <Melissa.Aquino@sdsheriff.org>
**Sent:** Thursday, June 16, 2022 11:53 AM
**To:** Ray, Anthony <Anthony.Ray@sdsheriff.org>; Martinez, Kelly <Kelly.Martinez@sdsheriff.org>; Adams, Theresa <Theresa.Adams@sdsheriff.org>; Cinnamo, Charles <Charles.Cinnamo@sdsheriff.org>; Buchanan, Christopher <Christopher.Buchanan@sdsheriff.org>; Bavencoff, Christina <Christina.Bavencoff@sdsheriff.org>; Adamos, Jovin <Jovin.Adamos@sdsheriff.org>; Bibel, Kyle <Kyle.Bibel@sdsheriff.org>; Sadler, Malinda <Malinda.Sadler@sdsheriff.org>; Montgomery, Jon <Jon.Montgomery@sdsheriff.org>; Mendoza, Ernie <Ernie.Mendoza@sdsheriff.org>; Jensen, Matthew <Matthew.Jensen@sdsheriff.org>; Hernandez, Martha <Martha.Hernandez@sdsheriff.org>; Baggs, Amber <Amber.Baggs@sdsheriff.org>
**Subject:** Draft News Release - Narcan

Hello,

Below is a preview of our news release for the media and public about Narcan being made available to people in custody.

Here's a private link to the instructional video for people in custody on how to administer Narcan:

**Ex. H-29**
SD_398576

https://youtu.be/CXwQx0Fo9Po

The above link will be made public and embedded in the news release once you approve.

Please let me know if you have changes or concerns. Our goal is to post the news release and videos today.

---

# Overdose-Reversing Medication in Jails

*Narcan readily available to people in custody.*

Beginning today, people in custody at six San Diego County Sheriff's Department Jails will have easy access to lifesaving medication to help prevent overdoses.



Also known as Narcan, Naloxone is a nasal spray that rapidly reverses and blocks the effects of opioids or narcotics in the body so a person can breathe normally again.

CONFIDENTIAL

**Ex. H-30**
SD_398577



The Narcan kits are placed in the common areas of the housing units, as well as visitation areas of detention facilities. Putting Narcan in the hands of individuals in custody will cut down on response times if an overdose happens.





Individuals will watch an instructional video on administering the medication during the booking process. The instructional video will also be shown repeatedly in the housing units as a reminder for people in custody on how to administer the lifesaving drug. The medication in housing units also come with a photo instruction. To watch the video, click here or the photo below.



Ex. H-32

SD_398579

The Sheriff's Department started research on the implementation of this program in 2021 by consulting and visiting various detention facilities across California.

Narcan is not a substitute for medical treatment. We will always call 9-1-1 once alerted to an overdose emergency. Deputies and medical staff will continue administering Narcan, perform CPR or chest compressions and monitor the person until paramedics arrive.



All detention deputies already carry doses of Naloxone. Since 2020 to now, deputies in our jails have used Naloxone more than 400 times in suspected overdose cases. More than 1,200 doses of Naloxone were used in these incidents with some individuals needing more than a dozen medication before starting to wake up from an overdose.

Substance abuse treatment programs are also offered to individuals while in custody to begin a path towards recovery. Upon release, those with substance use issues and at risk for opioid overdose are given free Naloxone kits and connected to treatment programs in the community for continuity of care.

Making Narcan readily available to people in custody is part of our ongoing efforts and comprehensive plan to increase safety and healthcare in our jails. To watch a video message from Undersheriff Kelly Martinez, click here or the photo below.

THUMBNAIL IMAGE AND LINK TO VIDEO HERE

We have also implemented **new medical protocols** to screen all individuals being booked into our custody for substance abuse. To read our news release, click here.

CONFIDENTIAL

Ex. H-33
SD_398580

This is in addition to other preventive measures already in place to keep illegal drugs from coming into our jails:

- Body Scanners
- X-Rays
- Six drug sniffing K-9s
- Pat downs
- Surprise checks of housing units
- Mail Processing Center





Ex. H-34

SD_398581







**Melissa Aquino**
Media Relations Office
Email: melissa.aquino@sdsheriff.org
Phone: 858-974-2259
www.sdsheriff.net/newsroom
**SAN DIEGO COUNTY**
**SHERIFF'S DEPARTMENT**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately. Thank you.

**Ex. H-35**
SD_398582

# EXHIBIT I

Message

---

**From:** Martinez, Kelly [Kelly.Martinez@sdsheriff.org]
**Sent:** 8/8/2022 11:26:28 AM
**To:** Motley, Frank [Frank.Motley@sdsheriff.org]; Adams, Theresa [Theresa.Adams@sdsheriff.org]; Ford, Josette [Josette.Ford@sdsheriff.org]
**Subject:** Re: Sheriff's Information for Board Letter

Thanks - Josette will you provide $1.5 million to Sarah please

Get Outlook for iOS

**From:** Motley, Frank <Frank.Motley@sdsheriff.org>
**Sent:** Monday, August 8, 2022 11:01:06 AM
**To:** Martinez, Kelly <Kelly.Martinez@sdsheriff.org>; Adams, Theresa <Theresa.Adams@sdsheriff.org>; Ford, Josette <Josette.Ford@sdsheriff.org>
**Subject:** RE: Sheriff's Information for Board Letter

I believe the new units (TEK-84) are listed at $159k each. I would estimate a little over $1M for a full implementation.

Best regards,

Frank

**From:** Martinez, Kelly <Kelly.Martinez@sdsheriff.org>
**Sent:** Monday, August 8, 2022 10:59 AM
**To:** Adams, Theresa <Theresa.Adams@sdsheriff.org>; Ford, Josette <Josette.Ford@sdsheriff.org>; Motley, Frank <Frank.Motley@sdsheriff.org>
**Subject:** Re: Sheriff's Information for Board Letter

Can we guess? Up to $1 million?

Get Outlook for iOS

**From:** Adams, Theresa <Theresa.Adams@sdsheriff.org>
**Sent:** Monday, August 8, 2022 10:55:22 AM
**To:** Martinez, Kelly <Kelly.Martinez@sdsheriff.org>; Ford, Josette <Josette.Ford@sdsheriff.org>; Motley, Frank <Frank.Motley@sdsheriff.org>
**Subject:** Re: Sheriff's Information for Board Letter

We have no quote from the new vendor at this time, only the cost of our current system. I would hate to provide a cost so prematurely.

Get Outlook for iOS

**From:** Martinez, Kelly <Kelly.Martinez@sdsheriff.org>
**Sent:** Monday, August 8, 2022 10:35:36 AM
**To:** Ford, Josette <Josette.Ford@sdsheriff.org>; Adams, Theresa <Theresa.Adams@sdsheriff.org>; Motley, Frank <Frank.Motley@sdsheriff.org>
**Subject:** Fwd: Sheriff's Information for Board Letter

For costing

CONFIDENTIAL

**Ex. I-37**
SD_550334

Get Outlook for iOS

---

**From:** Dawe, Sarah <Sarah.Dawe@sdcounty.ca.gov>
**Sent:** Monday, August 8, 2022 9:56 AM
**To:** Ford, Josette <Josette.Ford@sdsheriff.org>
**Cc:** Adams, Theresa <Theresa.Adams@sdsheriff.org>; Martinez, Kelly <Kelly.Martinez@sdsheriff.org>
**Subject:** RE: Sheriff's Information for Board Letter

Thank you Josette, this is very helpful. I should have a draft to you by the end of today. Do you have any specific numbers or money amounts for the following recommendation? *The Board directs the CAO to explore better technology related to body scanners, imaging and other avenues which will support the Sheriff's efforts to intercept and interdict dangerous drugs, in particular, fentanyl from entering the jail system.*

I know the Chair wants some immediate action to happen from the board letter and we thought that might be the best avenue rather than a direction to explore.

Thanks so much again,

Sarah



**Sarah E. Dawe, Esq.** *(She/Her/Hers)*
Senior Policy Advisor
Office of Chair Nathan Fletcher
County of San Diego, Fourth District

✉ supervisornathanfletcher.com
☎ (619) 531-5245 | Cell (619) 372-6402
✉ sarah.dawe@sdcounty.ca.gov
**FB:** @SupervisorNathanFletcher
**Twitter:** @SupFletcher
1600 Pacific Highway, Rm. 335, San Diego, CA 92101

---

**From:** Ford, Josette <Josette.Ford@sdsheriff.org>
**Sent:** Monday, August 8, 2022 9:49 AM
**To:** Dawe, Sarah <Sarah.Dawe@sdcounty.ca.gov>
**Cc:** Adams, Theresa_SDSO <Theresa.Adams@sdsheriff.org>; Martinez, Kelly_SDSO <Kelly.Martinez@sdsheriff.org>
**Subject:** [External] Sheriff's Information for Board Letter
**Importance:** High

Good morning Sarah,

We hope that the below information meets your information needs to build off the outline you provided last Thursday. In addition, the below information incorporates points and recommendations resulting from the discussion Undersheriff Martinez had with Paul last Friday.

The Sheriff has instituted a number of improvements and investments in jail operations with the goal of eliminating in-custody deaths. However, deaths continue to occur and more needs to be done.

Security Checks:

o        New procedures have been established to ensure staff accountability in performing quality security and safety checks of individuals in the jail.

o        Supervisors in the jail are now required to conduct compliance reviews of safety checks.

o        These compliance reviews verify that effective security and safety checks are made and that during each check the staff member spends enough time observing every individual for any obvious signs of medical distress, trauma, or criminal activity.

o        This policy is being codified in the Detentions Policy and Procedures manual and is currently undergoing the review process.

o        The policy has been instituted and is in effect prior to the official placement of the policy

Critical Incident Review

A Lieutenant has been assigned as the advocate for incarcerated individuals during critical incident revies

This position reports directly to the Office of the Sheriff

The lieutenant investigates and coordinates all available information and provides a critical assessment of any in-custody death

This assessment is designed to identify gaps in training, procedures, and the identification of administrative or criminal violations by staff

Immediate action is taken when any gaps are identified

Wellness Checks

A comprehensive review of jail operations identified a gap in our process for engaging with individuals who are unable to care for themselves.  The resultant wellness check program was developed. This program has been ongoing for about six weeks.

o        The Sheriff's Department Wellness Program augments existing security checks.  Wellness checks are defined as supplemental care and engagement with particularly vulnerable incarcerated populations.

o        These checks include individuals who are diagnosed with mental illness, behavioral issues or have demonstrated that they are unable to follow general population norms of behavior.

o        Individuals who are housed in Psychiatric Stabilization Units (PSU), Outpatient Step Down Housing Units (OP Step Down)  and in the Administrative Separation (AD Sep) Units are the focus of the program.

o        A multi-disciplinary team, comprised of mental health staff, nurses, correctional counselors, and deputies, conduct these health and welfare assessments.

o        These assessments are conducted at least once weekly and at the larger men's facilities, twice weekly.

o        Wellness checks focus on the physical and mental health, hygiene, nutrition, and overall cleanliness of an incarcerated person who may not be able to properly care for themselves, even while incarcerated.

o        Included in this welfare review, is a cell sanitation and cleaning, trash collection and immediate needs assessment.

o        This more holistic approach and engagement, better informs detentions staff and identifies health related concerns more quickly, allows more immediate care response, and supports vulnerable individuals.

Staffing

The Sheriff is critically understaffed in detentions, particularly in hard to recruit classifications in the medical field.  Low staffing levels impinge on the Sheriff's ability to support efforts related to drug interdiction, medical response, health care monitoring and other ongoing operations.  While the Sheriff employees have maintained high quality care and life saving during this time, the Board supports the Sheriff's efforts to hire, retain and recruit high-quality health care workers and deputies.  These efforts include competitive wages, hiring bonuses and incentives, and training.

CONFIDENTIAL

Ex. I-39
SD_550336

Proposed language:

The Board directs the CAO to explore further enhancing the types and quality of security checks which ensure the health and welfare of incarcerated persons.

The Board directs the CAO to explore better technology related to body scanners, imaging and other avenues which will support the Sheriff's efforts to intercept and interdict dangerous drugs, in particular, fentanyl from entering the jail system.


Thank you!  I hope you are well!

Cheers,
Josette


**Josette V. Ford**
Sheriff's Senior Policy Advisor
Strategic Planning
San Diego County Sheriff's Department
(Mobile) 619-851-4793
(Desk) 858-974-2127


**From:** Dawe, Sarah <Sarah.Dawe@sdcounty.ca.gov>
**Sent:** Thursday, August 4, 2022 11:54 AM
**To:** Ford, Josette <Josette.Ford@sdsheriff.org>
**Subject:** RE: Notes - Thank you!

Sure thing,

This is the rough outline I am working with.


Intro: Setting stage: 5 deaths in July, 15 for the year.

Context for Board intervention, increased role/limitations

What measures have been undertaken in the past few years

How the deaths have shifted in recent months/years
a.Fentanyl/drug overdose

What emergency measures could be put in place to prevent further deaths
a.Staffing
b.Technology

How they emergency measures will fit into the more long-term strategies related to jails

Conclusion


**From:** Ford, Josette <Josette.Ford@sdsheriff.org>
**Sent:** Thursday, August 4, 2022 11:16 AM

**Ex. I-40**

**To:** Dawe, Sarah <Sarah.Dawe@sdcounty.ca.gov>
**Subject:** [External] RE: Notes - Thank you!

Hello Sarah,

We are working on getting that information to you by COB, today.  Also, did those notes map/track to what the Chair is hoping to move towards?

I am not sure of your complete outline, but that would likely help us better tailor the information.

Cheers,
Josette

*Josette V. Ford*
Sheriff's Senior Policy Advisor
Strategic Planning
San Diego County Sheriff's Department
(Mobile) 619-851-4793
(Desk) 858-974-2127

**From:** Dawe, Sarah <Sarah.Dawe@sdcounty.ca.gov>
**Sent:** Thursday, August 4, 2022 10:47 AM
**To:** Ford, Josette <Josette.Ford@sdsheriff.org>
**Subject:** RE: Notes - Thank you!

Hi Josette,

Do you know when the information will be available?

Thanks,

Sarah

**From:** Ford, Josette <Josette.Ford@sdsheriff.org>
**Sent:** Wednesday, August 3, 2022 2:06 PM
**To:** Dawe, Sarah <Sarah.Dawe@sdcounty.ca.gov>
**Subject:** [External] RE: Notes - Thank you!

Hello Sarah!

Some updated notes with more specificity to the appropriate semantics; it is attached as a ppt slide.  We will be providing a more detailed package of information soon.

Thank you!

Cheers,
Josette

*Josette V. Ford*
Sheriff's Senior Policy Advisor
Strategic Planning
San Diego County Sheriff's Department

**Ex. I-41**
SD_550338

(Mobile) 619-851-4793
(Desk) 858-974-2127

---

**From:** Ford, Josette
**Sent:** Wednesday, August 3, 2022 12:30 PM
**To:** Dawe, Sarah <Sarah.Dawe@sdcounty.ca.gov>
**Subject:** Notes - Thank you!

Good morning Sarah,

Congratulations again on your pending delivery 😄 What a blessing!

Thank you for the very productive meeting this morning! If it helps, I mapped out my understanding of my take on the conceptual foundation for board letter.  It also helps us on our end for the preparation and information needs as per our meeting this morning.  Please review and amend/add to help us better assist.

Thank you again!

## D4 BOARD LETTER RELATED TO DETENTION FACILITIES

### Focus is to mitigate risks

**STAFFING RISKS:** Vacancies

- RECRUITMENT STRATEGIES
  - Incentives
    - This in addition to sworn, the medical / mental health positions
  - Recruitment
    - Expansion and saturation
- RETENTION
  - Mandatory Overtime

**HEALTH RISKS:** Overdose, Medical/Mental Health Conditions, Suicide

1. DRUG INTERDICTION PROGRAMS
   - Body Scanners
   - Canine
   - Mail Processing Center
   - Deputy Training
2. WELLNESS
   - LIDAR
   - Biometric Monitoring
   - Multi-Disciplinary Teams Conducting Wellness Checks on Administrative Separation Ips
   - Physical Observation

**BL Preparation Needs**

1. INFORMATION
   - Facility Improvements
   - NCCHC Accreditation Standards in place
   - Counter Drug Program Implementation Scope
   - Multi-Disciplinary Teams Conducting Wellness Checks on Administrative Separation IPs
   - Staffing
     - Naphcare Contract
2. TECHNOLOGY PLAN (WITH COST ESTIMATES)
   - Body Scanners
   - LIDAR (estimated for facility wide)
   - Biometric Monitoring (pilot information with presentation)
   - Body Worn Camera
   ** PRESENTERS / SMEs on TECHNOLOGY

08-03-2022



**Josette V. Ford, MPP**
Sheriff's Senior Policy Advisor
Strategic Planning
*Office of the Sheriff*
Desk: 858-974-2127
Mobile: 619-851-4793
www.sdsheriff.net
**SAN DIEGO COUNTY
SHERIFF'S DEPARTMENT**

"Plurality of thought.  Singularity in mission."

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**Ex. I-43**

# EXHIBIT J



 TRENDING     Watch 24/7    2024 Paris Olympics     News Podcast     Breakfast Buz...

SDSO

# Meet Kelly Martinez, San Diego County's Newest Sheriff

Martinez has been with the San Diego County Sheriff's Department since 1985, beginning her career as a deputy working in county jails

By **City News Service** • Published January 2, 2023 • Updated on January 3, 2023 at 5:52 pm

NBC 7's Priya Sridhar sat down with San Diego County's new sheriff about her priorities near and long-term.

Kelly A. Martinez officially took office as the new San Diego County Sheriff Monday at noon.

**Ex. J-45**

On Dec. 16, the San Diego native took the formal oath as the 31st Sheriff of San Diego County. A ceremonial swearing-in event, during which Martinez will take her oath of office before the public, will take place Jan. 9.



Telemundo 20's Tania Luviano sat down with Kelly Martinez to talk about her priorities and challenges ahead.

"I am honored to have been elected as the next sheriff of San Diego County," Martinez said. "There is no greater responsibility than to be entrusted with the safety of the public. I am committed to fulfilling that obligation and I am grateful for the opportunity. I will continue to carry out my promise to improve San Diego jails, hire and retain staff and keep our communities safe."

> ### *Get San Diego local news, weather forecasts, sports and lifestyle stories to your inbox. Sign up for NBC San Diego newsletters.*

Martinez has been with the San Diego County Sheriff's Department since 1985, beginning her career as a deputy working in county jails. Her first patrol assignment was in Fallbrook, where she was an investigator and worked several assignments, including drug and gang enforcement in the North County and the Criminal Intelligence Detail.

**Ex. J-46**

SDSO



**DEC 23, 2022**
San Diego Sheriff's Department Offering Free Home Protection Program



**NOV 8, 2022**
Voters to Name San Diego County's Next Sheriff: Here Are the Election Results

As a sergeant, Martinez supervised a patrol team in San Marcos before being selected to supervise investigators in the Criminal Intelligence Detail. Her next assignment involved investigating employee misconduct in the Sheriff's Internal Affairs Unit before being promoted to lieutenant. As a lieutenant, she also oversaw the Sheriff's Department's participation in the Drug Enforcement Administration's Narcotics Task Force.

Martinez served in the cities of Encinitas, Del Mar and Solana Beach, as well as the communities of Rancho Santa Fe and Valley Center.



What will a sheriff's department look like Kelly Anne Martinez if she wins the race?

As a captain, Martinez served in unincorporated Alpine and the rural areas of San Diego County. She was promoted to commander and led the Sheriff's Investigation Units. Martinez' appointment to

**Ex. J-47**

Assistant Sheriff put her in charge of the Law Enforcement Services Bureau, which encompasses the Sheriff's patrol operations, investigative units, Regional Crime Laboratory, Communications Center and Emergency Services Division.

In 2021, Martinez was appointed as the Undersheriff. In that capacity, she was in charge of the day-to-day operations of the Sheriff's Department.

As Sheriff, Martinez will lead a department that is responsible for providing law enforcement services to 4,200 square miles of unincorporated San Diego County, nine contract cities, seven jails and security for the courthouses. She is also responsible for the Sheriff's Department's $1.65 billion budget and more than 4,700 employees.

Copyright CNS - City News Service

This article tagged under:

**SDSO • POLITICS • SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**

**AMAZON ADVISER** | SPONSORED
**Lee Radziwill left all her $50 million to her daughter**

**SPORTZBONANZA** | SPONSORED                                    Read More
**After 220 Years They Found The Oak Island Treasure**

**HEALTHDISCOVER** | SPONSORED                                   Read More
**The Most Beautiful Actress Of All-Time Is Not Who You Think It Is**

**PLAYJUNKIE** | SPONSORED                     Read More
**Pawn Star Pleads Guilty, Goodbye Pawn Stars**

**SCIENCEA2Z** | SPONSORED                                       Read More
**Ryan Reynolds had to go through a lot of girlfriends before finding Lively.**

**Ex. J-48**

# EXHIBIT K

Message

| | |
|---|---|
| **From**: | Martinez, Kelly [Kelly.Martinez@sdsheriff.org] |
| **Sent**: | 1/5/2023 9:41:59 AM |
| **To**: | Everyone [AllSDSOStaff@sdsheriff.org] |
| **Subject**: | Jail Improvements |
| **Attachments**: | Jail Improvements January 2022- Final.pdf |

Good morning everyone,

I am extremely impressed and grateful for all the work being done in the Detentions Services Bureau. I am committed to continuing to improve the jails, support our staff, and provide everyone working in our facilities the tools they need to keep our environments safe. Along with those commitments, I also believe in better internal communication. In that effort, I have attached a media release that will go out this morning. I will continue to keep our public informed of the great work being done every day by our staff. In spite of your many challenges, DSB has done incredible work saving lives, and improving the conditions of our jails. I want our entire department to see the amount of amazing work being done by you every day. I commend and thank you all for this hard work. Stay safe.

Kelly



**Kelly A. Martinez**
Sheriff
Email: Kelly.Martinez@SDSheriff.org
Phone: 858 974-2240
www.sdsheriff.net
**SAN DIEGO COUNTY**
**SHERIFF'S DEPARTMENT**

CONFIDENTIAL

**Ex. K-50** SD_184331

# EXHIBIT L

# Most Recent News Releases
# ADA Compliance In County Jails
### *Changes continue to make jails ADA compliant.*

**Post Date:**                    06/20/2023 1:00 PM

A settlement agreement was reached today regarding the motions for preliminary injunction in the case of Dunsmore v. County of San Diego. This case focused on the Americans with Disabilities Act (ADA) which protects people with disabilities from discrimination. Disability rights are civil rights and the Sheriff holds the rights of all individuals in county jails as paramount.

The San Diego County Sheriff's Department has taken significant steps to increase access for persons with disabilities, while still complying with all other state laws and constitutionally protected rights for incarcerated individuals.

Sheriff Kelly A. Martinez is grateful for the work that went into this mutually agreed upon settlement. She is appreciative that the Court recognized the amount of work that has already been done by the Sheriff's Department to gain ADA compliance in our jail system.

While this court order is not a consent decree, Sheriff Martinez and her team are committed to compliance with all the terms.

Some of the changes that will be made to our detention facilities include:

- Modifications to jail showers, toilets, and beds to comply with the ADA
- Provide more information during the booking process about jail accommodations for individuals with mobility disabilities
- Provide sign language interpretation, either in person or remote, for individuals in our custody who use sign language as their primary means of communication
- Evaluating every person booked into jail to determine if they have a hearing or speaking disability to determine appropriate method of communication
- Update policies and procedures regarding individuals with disabilities in our custody

Anyone in our custody with mobility or hearing disabilities will be provided safe and accessible housing, as well as services that will accommodate their needs.

The Sheriff's Department operates a system of seven detention facilities throughout San Diego County with a combined average daily population of approximately 4,000 incarcerated persons.

Virtually every aspect of jail operations is subject to careful oversight. The California Board of State and Community Corrections (BSCC) sets the standards for the operation of local detention facilities. Regular BSCC inspections are conducted to ensure compliance with those standards.

**Ex. L-52**

Additional oversight is provided by the San Diego County Grand Jury, state and local fire marshals, County Environmental Health, medical authorities, the San Diego County Citizen's Law Enforcement Review Board (CLERB), as well as the Sheriff's own administrative staff including the Division of Inspectional Services (DIS).

Together, they ensure the community can enjoy a high degree of confidence that local detention facilities are being operated safely and responsibly.

We have plans in place and are committed to making much needed improvements to county jails that will incorporate renovations to aging facilities and anticipated changes that will improve healthcare and reduce returns to custody.

To read more about the many improvements that have been made in our jails, click here and here.

# Cumplimiento de ADA en las Cárceles del Condado

*Los cambios continúan para que las cárceles cumplan con la ADA.*

Hoy se llegó a un acuerdo conciliatorio con respecto a las mociones de interdicto preliminar en el caso de Dunsmore v. County of San Diego. Este caso se centró en la Ley de Estadounidenses con Discapacidades (ADA), que protege a las personas con discapacidades de la discriminación. Los derechos de discapacidad son derechos civiles y la Alguacil tiene como primordiales los derechos de todas las personas en las cárceles del condado.

El Departamento del Alguacil del Condado de San Diego ha tomado medidas significativas para aumentar el acceso de las personas con discapacidades, sin dejar de cumplir con todas las demás leyes estatales y los derechos constitucionalmente protegidos para las personas encarceladas.

La Alguacil Kelly A. Martínez está agradecida por el trabajo realizado en este acuerdo mutuo. Ella agradece que el Tribunal haya reconocido la cantidad de trabajo que ya ha realizado el Departamento del Alguacil para lograr el cumplimiento de la ADA en nuestro sistema penitenciario.

Si bien esta orden judicial no es un decreto de consentimiento, la Alguacil Martínez y su equipo se comprometen a cumplir con todos los términos.

Algunos de los cambios que se realizarán en nuestros centros de detención incluyen:

- Modificaciones a las duchas, baños y camas de la cárcel para cumplir con la ADA
- Proporcione más información durante el proceso de reserva sobre alojamiento en la cárcel para personas con discapacidades de movilidad.
- Brindar interpretación de lenguaje de señas, ya sea en persona o de forma remota, para las personas nuestra custodia que usan el lenguaje de señas como su principal medio de comunicación.

**Ex. L-53**

- Evaluar a cada persona encarcelada para determinar si tiene una discapacidad auditiva o del habla para determinar el método de comunicación apropiado.
- Actualizar las políticas y los procedimientos con respecto a las personas con discapacidades bajo nuestra custodia.

A cualquier persona bajo nuestra custodia con discapacidades de movilidad o auditivas se le proporcionará una vivienda segura y accesible, así como servicios que se adapten a sus necesidades.

El Departamento del Alguacil opera un sistema de siete centros de detención en todo el Condado de San Diego con una población diaria promedio combinada de aproximadamente 4,000 personas encarceladas.

Prácticamente todos los aspectos de las operaciones de la cárcel están sujetos a una cuidadosa supervisión. La Junta de Correccionales Comunitarias y Estatales de California (BSCC, por sus siglas en inglés) establece los estándares para el funcionamiento de los centros de detención locales. Se realizan inspecciones regulares de BSCC para garantizar el cumplimiento de esos estándares.

El Gran Jurado del Condado de San Diego, los jefes de bomberos estatales y locales, el Departamento de Salud Ambiental del Condado, las autoridades médicas, la Junta de Revisión de Cumplimiento de la Ley de los Ciudadanos del Condado de San Diego (CLERB), así como el propio personal administrativo del Alguacil, incluida la División de Servicios de Inspección (DIS).

Juntos, aseguran que la comunidad pueda disfrutar de un alto grado de confianza de que los centros de detención locales funcionan de manera segura y responsable.

Tenemos planes implementados y estamos comprometidos a realizar mejoras muy necesarias en las cárceles del condado que incorporarán renovaciones a las instalaciones envejecidas y cambios anticipados que mejorarán la atención médica y reducirán los retornos a la custodia.

Para leer más sobre las muchas mejoras que se han realizado en nuestras cárceles, haga clic _aquí_ y _aquí_.

_Return to full list >>_

## SUBSCRIBE

Subscribe to receive updates.

| Email ▾ |

| Email Address |

| SUBMIT |

**Ex. L-54**

# EXHIBIT M

# News List

## State of San Diego County Jails

**Post Date:**              07/05/2023 5:30 PM





We recognize the significance of sharing information with the people we serve. Today, Sheriff Kelly Martinez and members of the Sheriff's Detention Services Bureau held a news conference to report on the State of our Jails. Sheriff Martinez provided a thorough update on construction projects, technological advancements, healthcare services, accessibility, reentry services and keeping drugs out of our jails.

## Rock Mountain Detention Facility

**Ex. M-56**                                    1/15



The Sheriff's Department will soon be opening the Rock Mountain Detention Facility in Otay Mesa. The facility was built in 1998 and operated by a private company for federal agencies, which was not subject to California Board of State and Community Corrections (BSCC) standards and inspections. When the facility was turned over to the Sheriff's Department, Rock Mountain had to undergo further renovations to meet requirements set forth by BSCC and the Americans with Disabilities Act (ADA). The Rock Mountain renovation project cost $48 million.

Rock Mountain is located at the same complex as our George Bailey Detention and East Mesa Reentry Facilities. The first housing unit is set to open this month. Additional work on the rest of the housing units is expected to be completed in 2024.

## ADA Compliance



We have taken significant steps to increase access for persons with disabilities in our county jails. To make our facilities compliant with the Americans with Disabilities Act (ADA), we have started making changes such as:

- Modifications to jail showers, toilets, and beds to comply with the ADA.
- Provide more information during the booking process about jail accommodations for individuals with mobility disabilities.
- Provide sign language interpretation, either in person or remote, for individuals in our custody who use sign language as their primary means of communication.
- Created the ADA Unit to update policies and procedures regarding individuals with disabilities in our custody, as well as oversee renovation projects for ADA compliance.

## Keeping Drugs Out Of Jails

**Ex. M-58**    3/15



The Sheriff's Department continues to find effective ways to prevent drugs from getting into our jails.

Specially trained deputies make up the Sheriff's Narcotics and Contraband Interdiction Unit. They are stationed in the booking areas of our jails. By using basic and more sophisticated investigative techniques, these deputies can uncover drugs before they get inside our detention facilities.

**Ex. M-59** 4/15



We have purchased new body scanners to screen people coming into our custody. These scanners are more accurate in identifying drugs hidden on or in the bodies of people being booked.



Naloxone has been placed inside all our detention facilities and is available to individuals who are in our custody. This harm reduction measure has saved lives and reversed the effects of overdoses in jail.

## Medical and Mental Health Care



We continue to make progress in enhancing the healthcare services we provide to ensure the safety of people in our custody.

Everyone who is booked into our jails undergoes a medical evaluation, including a voluntary urine screening. This helps us identify any substances people have in their system when they come into our facilities. The information guides the treatment plan they will receive from Sheriff's Medical Services.

Ex. M-61



We have expanded the Medication-Assisted Treatment (MAT) Program. We can better help people in our facilities through treatment programs that work with medication and counseling to reduce addiction. When someone is released, they are provided resources for continuing care in the community.



We know a large portion of our jail population needs mental health services. We provide those mental assessments at intake so we can provide the appropriate treatment plan as soon as possible.

4/24/24, 3:34 PM
State of San Diego County Jails 2 News - Times of San Diego County Sheriff
Case 3:20-cv-00406-AJB-DDL Document 621-2 Filed 04/24/24 PageID.22834 Page 74 of 109

Individuals who are unable to take care of themselves undergo Wellness Checks from a multi-disciplinary group of our staff that includes sworn staff, medical and mental health providers, as well as correctional counselors. This group visits these individuals weekly in their cells, to assess if the person is eating, bathing, sleeping and generally taking care of themselves. We can identify concerns and risks earlier and get people the help they need.

We continue to improve the electronic health record system which makes medical and mental health information easier to access and available to providers.

## Jail Construction Projects



There are several projects underway to renovate and improve many of our detention facilities:

- A nearly $12 million elevator project at the San Diego Central Jail.
- A $2.5 million intercom project is in the planning stages at the Vista Detention Facility, as well as upgrades in wireless connections for body-worn cameras. A planning study is also in the works for the construction of a new facility.
- A $1.5 million renovation of our Central Production Center at the East Mesa Reentry Facility is currently in the design stage. This remodel includes all the preparation areas where meals are cooked for people in our custody.
- Work is underway on renovating the George Bailey Detention Facility. Housing units will be remodeled from top to bottom. During construction, incarcerated individuals at George Bailey will be transferred to the newly renovated Rock Mountain Detention Facility next door.

## Jail Technological Improvements

Ex. M-63



Great strides continue to be made in rolling out body worn cameras at our county jails.

All deputies at the Las Colinas Detention and Reentry Facility in Santee have been equipped and trained to use body cameras. We are in the process of doing the same at the San Diego Central Jail. From there, we will bring body-worn cameras to the Vista Detention Facility later this year once the electrical and network infrastructure has been updated.

The Sheriff's Department is also looking into implementing radio-frequency identification (RFID) wristbands in our county jails. An RFID system will significantly improve the health and safety of individuals in our custody by providing real-time access to essential information about each person. This will give our jail staff immediate access to critical medical information such as allergies, chronic conditions and other known issues.

## Reentry Services



Sheriff's Reentry Services provides opportunity, education and job training to people in our jails.



With more than three dozen reentry programs ranging from gardening to construction trades to culina
individuals are given a second chance to prepare for their return to our communities.

**Ex. M-65**

Our nationally recognized Veterans Moving Forward program for former military servicemembers has been so successful it is being used as a model for implementation by other counties in their jails

The Sheriff's Department partners with more than 40 agencies to connect individuals with various resources for a successful transition back into society.



For media resources such as b-roll and photos for broadcast or publication, scan the QR Code above or click here.

Media Contact:
mediarelations@sdsheriff.org
Media Relations Office (858) 974-2259
San Diego County Sheriff's Department



# Estado de las Cárceles del Condado de San Diego

*Actualización sobre nueva instalación, proyectos de mejora.*

Reconocemos la importancia de compartir información con las personas a las que servimos. Hoy, la Alguacil Kelly Martínez y los miembros de la Oficina de Servicios de Detención del Alguacil realizaron una conferencia de prensa para informar sobre el estado de nuestras cárceles. La Alguacil Martínez proporcionó una actualización completa sobre proyectos de construcción, avances tecnológicos, servicios de atención médica, accesibilidad, servicios de reingreso y cómo mantener las drogas fuera de nuestras cárceles.

# Centro de Detención Rock Mountain

El Departamento del Alguacil pronto abrirá el Centro de Detención Rock Mountain en Otay Mesa. La instalación fue construida en 1998 y operada por una empresa privada para agencias federales, que no estaba sujeta a las normas e inspecciones de la Junta de Correccionales Comunitarias y Estatales de California (BSCC). Cuando la instalación fue entregada al Departamento del Alguacil, Rock Mountain tuvo que someterse a más renovaciones para cumplir con los requisitos establecidos por BSCC y la Ley de Estadounidenses con Discapacidades (ADA). El proyecto de renovación de Rock Mountain costó $ 48 millones.

Rock Mountain está ubicado en el mismo complejo que nuestras Instalaciones de Detención de George Bailey y Reingreso de East Mesa. La primera unidad de vivienda está programada para abrir este mes. Se espera que el trabajo adicional en el resto de las unidades de vivienda se complete en 2024.

## Cumplimiento de ADA

Hemos tomado medidas significativas para aumentar el acceso de las personas con discapacidades en las cárceles de nuestro condado. Para que nuestras instalaciones cumplan con la Ley de Estadounidenses con Discapacidades (ADA), hemos comenzado a realizar cambios como:

• Modificaciones a las duchas, inodoros y camas de la cárcel para cumplir con la ADA.
• Proporcione más información durante el proceso de reserva sobre alojamiento en la cárcel para personas con discapacidades de movilidad.
• Proporcionar interpretación de lenguaje de señas, ya sea en persona oa distancia, para las personas bajo nuestra custodia que usan el lenguaje de señas como su principal medio de comunicación.
• Crear la Unidad de ADA para actualizar las políticas y los procedimientos relacionados con las personas con discapacidades bajo nuestra custodia, así como para supervisar los proyectos de renovación para el cumplimiento de ADA.

## Mantener las Drogas Fuera de las Cárceles

El Departamento del Alguacil sigue buscando formas eficaces de evitar que las drogas entren en nuestras cárceles.

Oficiales especialmente capacitados conforman la Unidad de Interdicción de Narcóticos y Contrabando del Alguacil. Están estacionados en las áreas de reserva de nuestras cárceles. Mediante el uso de técnicas de investigación básicas y más sofisticadas, estos oficiales pueden descubrir drogas antes de que ingresen a nuestros centros de detención.

Hemos comprado nuevos escáneres corporales para examinar a las personas que están bajo nuestra custodia.

Ex. M-67

Estos escáneres son más precisos para identificar drogas escondidas en los cuerpos de las personas fichadas.

La naloxona se ha colocado dentro de todos nuestros centros de detención y está disponible para las personas que están bajo nuestra custodia. Esta medida de reducción de daños ha salvado vidas y revertido los efectos de las sobredosis en la cárcel.

## Atención Médica y de Salud Mental

Seguimos avanzando en la mejora de los servicios de atención médica que brindamos para garantizar la seguridad de las personas bajo nuestra custodia.

Todos los que ingresan en nuestras cárceles se someten a una evaluación médica, incluido un examen de orina voluntario. Esto nos ayuda a identificar cualquier sustancia que las personas tengan en su sistema cuando ingresan a nuestras instalaciones. La información guía el plan de tratamiento que recibirán de los Servicios Médicos del Alguacil.

Hemos ampliado el Programa de Tratamiento Asistido por Medicamentos (MAT). Podemos ayudar mejor a las personas en nuestras instalaciones a través de programas de tratamiento que funcionan con medicamentos y asesoramiento para reducir la adicción. Cuando alguien es dado de alta, se le proporcionan recursos para la atención continua en la comunidad.

Sabemos que una gran parte de nuestra población carcelaria necesita servicios de salud mental. Proporcionamos esas evaluaciones de salud mental en la admisión para que podamos proporcionar el plan de tratamiento adecuado lo antes posible.

Las personas que no pueden cuidar de sí mismas se someten a controles de bienestar de un grupo multidisciplinario de nuestro personal que incluye personal jurado, proveedores médicos y de salud mental, así como consejeros correccionales. Este grupo visita semanalmente a estas personas en sus celdas, para evaluar si la persona está comiendo, bañándose, durmiendo y cuidándose en general. Podemos identificar las preocupaciones y los riesgos antes y brindarles a las personas la ayuda que necesitan.

Continuamos mejorando el sistema de registro de salud electrónico que hace que la información médica y de salud mental sea más fácil de acceder y esté disponible para los proveedores.

## Proyectos de Construcción de Cárceles

Hay varios proyectos en marcha para renovar y mejorar muchas de nuestras instalaciones de detención:

• Un proyecto de ascensor de casi $12 millones en la Cárcel Central de San Diego.
• Un proyecto de intercomunicación de $2.5 millones está en las etapas de planificación en el Centro de Detención de Vista, así como actualizaciones en las conexiones inalámbricas para cámaras corporales. También se está trabajando en un estudio de planificación para la construcción de una nueva instalación.
• Una renovación de $1.5 millones de nuestro Centro de Producción Central en la Instalación de Reing           ast

**Ex. M-68**

Mesa se encuentra actualmente en la etapa de diseño. Esta remodelación incluye todas las áreas de preparación donde se cocinan las comidas para las personas bajo nuestra custodia.

• Se está trabajando en la renovación del Centro de Detención George Bailey. Las unidades de vivienda serán remodeladas de arriba a abajo. Durante la construcción, las personas encarceladas en George Bailey serán transferidas al recientemente renovado Centro de Detención de Rock Mountain, al lado.

## Mejoras Tecnológicas en las Cárceles

Se siguen logrando grandes avances en el despliegue de cámaras corporales en las cárceles de nuestro condado.

Todos los oficiales del Centro de Detención y Reingreso de Las Colinas en Santee han sido equipados y capacitados para usar cámaras corporales. Estamos en el proceso de hacer lo mismo en la Cárcel Central de San Diego. A partir de ahí, traeremos cámaras corporales al Centro de Detención de Vista a finales de este año una vez que se haya actualizado la infraestructura eléctrica y de red.

El Departamento del Alguacil también está estudiando la implementación de pulseras de identificación por radiofrecuencia (RFID) en las cárceles de nuestro condado. Un sistema RFID mejorará significativamente la salud y la seguridad de las personas bajo nuestra custodia al proporcionar acceso en tiempo real a información esencial sobre cada persona. Esto le dará a nuestro personal de las cárceles acceso inmediato a información médica crítica, como alergias, condiciones crónicas y otros problemas conocidos.

## Servicios de Reingreso

Los Servicios de Reingreso del Alguacil brindan oportunidades, educación y capacitación laboral a las personas en nuestras cárceles.

Con más de tres docenas de programas de reingreso que van desde la jardinería hasta los oficios de la construcción y las artes culinarias, las personas tienen una segunda oportunidad de prepararse para su regreso a nuestras comunidades.

Nuestro programa Veterans Moving Forward, reconocido a nivel nacional para ex miembros del servicio militar, ha tenido tanto éxito que otros condados lo utilizan como modelo para su implementación en sus cárceles.

El Departamento del Alguacil se asocia con más de 40 agencias para conectar a las personas con diversos recursos para una transición exitosa de regreso a la sociedad.

Para recursos de medios como material de archivo y fotos para transmisión o publicación, haga clic aquí.

Para Más Información:
mediarelations@sdsheriff.org
Media Relations Office (858) 974-2259
San Diego County Sheriff's Department

Ex. M-69

## SUBSCRIBE

Subscribe to receive updates.

| Email ▾ |

| Email Address |

SUBMIT

# EXHIBIT N



# COUNTY OF SAN DIEGO

## AGENDA ITEM

**BOARD OF SUPERVISORS**

NORA VARGAS
First District

JOEL ANDERSON
Second District

TERRA LAWSON-REMER
Third District

VACANT
Fourth District

JIM DESMOND
Fifth District

**26**

**DATE:**    November 7, 2023

**TO:**    Board of Supervisors

**SUBJECT**

**SHERIFF REQUEST FOR SUPPORT OF COUNTY DETENTION FACILITY SYSTEM IMPROVEMENTS (DISTRICTS: ALL)**

**OVERVIEW**

The San Diego County Sheriff's Department (Sheriff's Department) has the legal and moral obligation to care for individuals in its custodial setting. The department operates a system of seven uniquely designed detention facilities located throughout San Diego County, with a combined average daily population of more than 4,000 incarcerated persons.

On February 3, 2022, the California State Auditor issued a report on San Diego County jails, specifically on in-custody deaths, and recommendations on how to improve health care services and safety in jails. The recommendations impact not only operational and policy conformance but substantial investment in the existing jail system in order for outcomes to materialize as suggested in the report.  Since the release of the audit report, the Sheriff's Department has been making intentional efforts to improve service delivery to those in its custodial care. This has been achieved through focused and extraordinary changes to existing systems and processes. The department has significantly moved the needle toward improved and enhanced care. Despite the improvements, further investments are necessary to update the dated detention facilities and existing infrastructure. Existing facilities are not conducive to optimal delivery of care and rehabilitation services, therefore significant investment in systems that have reached end-of-life, including upgrades to plumbing, security, and electrical building infrastructure, is needed in many of the detention facilities. The Sheriff's Department and the County of San Diego (County) have studied the facility needs and developed a systemwide plan to renovate and/or rebuild aging infrastructure.

Today's requested actions seek the Board's support to receive the Sheriff's Department's presentation on the state of County detention facilities; receive the recommendations of the Detention Facility Strategic Framework Plan – Executive Summary (Attachment A); transfer appropriations of $500,000 to Capital Project 1026161, Vista Detention Facility Modernization, to provide additional funds for the Vista Detention Facility study; and  issue a competitive solicitation for consulting services to advise and assist the County on available revenue measures to achieve the needed improvements in the region's jail system.

**RECOMMENDATION(S)**

**Ex. N-72**

SUBJECT:     SHERIFF REQUEST FOR SUPPORT OF COUNTY DETENTION
FACILITY SYSTEM IMPROVEMENTS (DISTRICTS: ALL)

**SHERIFF**

1. Receive the Sheriff's Department's presentation on the state of County detention facilities.

2. Receive the Detention Facility Strategic Framework Plan detailing Sheriff's detention facility and infrastructure needs assessment.

3. Transfer appropriations of $500,000 from the Sheriff's Department, Services & Supplies, to Contributions to Capital Outlay Fund, Operating Transfers Out, to Capital Project 1026161, Vista Detention Facility Modernization, to provide additional funding for the study. **(4 VOTES)**

4. Establish appropriations of $500,000 in the Justice Facility Capital Outlay Fund, for Capital Project 1026161, Vista Detention Facility Modernization, based on an Operating Transfers In, the Contributions to Capital Outlay Fund. **(4 VOTES)**

5. In accordance with Section 401, Article XXIII of the County Administrative Code, authorize the Director, Department of Purchasing and Contracting, to issue Competitive Solicitations for consulting services to advise and assist the County on the various aspects of available revenue measures, to include but not be limited to research, outreach activities, preparation for approval, and implementation/operation of the revenue measure(s), and upon successful negotiations and determination of a fair and reasonable price, award a contract for one year, with four option years, and to amend the contract as needed to reflect changes to services and funding, subject to the approval of the Sheriff.

**EQUITY IMPACT STATEMENT**
The Sheriff is statutorily required to provide for the health and safety of those in its custodial care. It is a Constitutional right for incarcerated individuals to have access to quality healthcare. Therefore, the Sheriff's Department prioritizes providing quality medical and mental health care to everyone in custody beginning at intake. Facility recommendations and requirements offer a baseline of the infrastructure necessary to enhance delivery of services which will improve outcomes and reduce health disparities. Above and beyond the Constitutional minimum requirements, jail facilities should reflect the community standard of integrated healthcare and support incarcerated persons with a holistic approach. The Sheriff's Department is continually enhancing technology and programs in County detention facilities to enhance the level of care and increase access, thus creating a physical environment conducive to the health and well-being of all incarcerated persons. This approach maximizes the overall health and life trajectory of incarcerated persons, and better supports reentry to the community upon release.

**SUSTAINABILITY IMPACT STATEMENT**
The proposed actions to support and seek funding for the necessary facility replacements and facility improvements systemwide contributes to the County of San Diego's sustainability goal to provide just and equitable access to County services. The Sheriff's Department has been committed

**Ex. N-73**

**SUBJECT:**     **SHERIFF REQUEST FOR SUPPORT OF COUNTY DETENTION
FACILITY SYSTEM IMPROVEMENTS (DISTRICTS: ALL)**

to improving its service delivery to those in its custodial care. This effort will provide more coordinated medical and mental health care service delivery, with a person-centered approach to rehabilitate individuals, as well as provide equitable access for family members and collaborative spaces for criminal justice and community-based partners. By investing in modern infrastructure, the Sheriff's Department will be able to provide enhanced care and resources to individuals in custody.

**FISCAL IMPACT**

Funds for these requests are included in the Fiscal Year 2023-24 Operational Plan for the Sheriff's Department. These requests will result in Fiscal Year 2023-24 costs and revenue of $500,000 in the Justice Facility Construction Fund for Capital Project 1026161, Vista Detention Facility Modernization, for a total project budget of $1,500,000. The funding sources are Proposition 172 revenue ($1,000,000) and existing General Purpose Revenue ($500,000). In addition, estimated costs and revenue of $250,000 have been budgeted in Fiscal Year 2023-24 for procurement of consultant contracts. The funding source is existing General Purpose Revenue. Total estimated costs for the Vista Detention Facility is $316 million based on the Strategic Facility Plan and not the comprehensive study underway which will assess costs for a replacement or renovation. There will be no change in net General Fund cost and no additional staff years.

**BUSINESS IMPACT STATEMENT**

N/A

**ADVISORY BOARD STATEMENT**

N/A

**BACKGROUND**

The San Diego County Sheriff's Department currently operates seven adult detention facilities in five locations throughout San Diego County with a combined average daily population of more than 4,000 incarcerated persons. The seven detention facilities vary in age, size, design, and operation. Some are in urban areas, co-located with regional court complexes providing high levels of security; and others are medium security facilities located in rural settings, serving the needs of lower risk incarcerated persons.

These seven detention facilities support intake, housing, medical/psychiatric units, and reentry services for six levels of male and female incarcerated populations. They are classified as Type II Facilities by the Board of State and Community Corrections. Type II Facilities are defined as a local facility used for the detention of persons pending arraignment, during trial, and upon a sentence of commitment. The Sheriff's Department has the legal obligation to care for persons held in custody and is responsible for booking arrestees and releasing incarcerated persons, ensuring court appearances, and providing necessary daily care for those in custody. The Sheriff's Department provides a wide array of onsite services and programs at the detention facilities, including medical, mental health, food services, counseling, recreation, religious accommodations, education, and reentry services.

On February 3, 2022, the California State Auditor issued a report on San Diego County jails, specifically on in-custody deaths, and recommendations on how to improve health care services

**Ex. N-74**

**SUBJECT:**       **SHERIFF REQUEST FOR SUPPORT OF COUNTY DETENTION FACILITY SYSTEM IMPROVEMENTS (DISTRICTS: ALL)**

and safety in jails. The recommendations impact not only operational and policy conformance but substantial investment in the existing jail system in order for outcomes to materialize as suggested in the report. Since the release of the audit report, the Sheriff's Department has been making intentional efforts to improve service delivery to those in its custodial care. This has been achieved through focused and extraordinary changes to existing systems and processes. The department has significantly moved the needle toward improved and enhanced care. Despite the improvements, further investments are necessary to update the dated detention facilities and existing infrastructure. Existing facilities are not conducive to optimal delivery of care and rehabilitation services, therefore significant investment in systems that have reached end-of-life, including upgrades to plumbing, security, and electrical building infrastructure, is needed in many of the detention facilities.

On August 16, 2022 (23) the Board of Supervisors (Board) directed a series of actions focused on supporting the Sheriff's Department in fulfilling the County of San Diego's (County) duty of providing sufficient care for incarcerated persons. The approved actions included emergency measures designed to keep individuals safe from drug overdoses in San Diego County detention facilities. Among the measures were the expeditious roll out of staffing incentives, exploration of innovative strategies to promote security and wellness, and the acquisition of the latest body scanner technology and other investments to support the Sheriff's efforts to intercept and interdict dangerous drugs, especially fentanyl, from entering the jail system. On October 11, 2022 (07) the Board received an update from the Sheriff's Department on its progress regarding efforts to implement emergency measures designed to prevent in-custody deaths. These measures included more thorough security checks, critical incident reviews, multi-disciplinary wellness checks, voluntary urine screenings at intake to identify individuals coming into custody with illicit drugs in their system, utilizing Medication Assisted Treatment (MAT) for individuals with substance use disorders, and the deployment of naloxone in detention facilities, among other efforts.

In January 2023, I began my term as Sheriff with a commitment to improve jail conditions and a focus that will incorporate renovations to aging facilities, adding staff to support the current workforce and existing programs, as well as implementing changes that will improve healthcare and reduce returns to custody. As part of my commitment to improving service delivery for those in the Sheriff's Department's custodial care, and to uphold transparency and communication with the community, I, along with members of my leadership team and Detention Services Bureau, held a State of the Jails press conference in July 2023 and provided a comprehensive update on construction projects, technological advancements, healthcare services, accessibility, reentry services and drug interdiction within our jails.

County detention facilities are not equipped to accommodate the standards and level of care for today's incarcerated population. Additionally, many of the necessary infrastructure changes, including those related to the Americans with Disability Act (ADA) requirements are extensive in scope or are difficult to complete in current facilities. For example, Rock Mountain Detention Facility (RMDF) was partially opened and staffed in July 2023, which allowed for renovations to begin at the George Bailey Detention Facility (GBDF). As of October 2023, one housing module at the GBDF has been completed and renovations are scheduled to continue through 2025. The Sheriff's Department has taken significant steps to increase accessibility for persons with mobility disabilities, while complying with all other state laws and constitutionally protected rights for

**Ex. N-75**

**SUBJECT:    SHERIFF REQUEST FOR SUPPORT OF COUNTY DETENTION
FACILITY SYSTEM IMPROVEMENTS (DISTRICTS: ALL)**

incarcerated individuals. ADA modifications are underway at the San Diego Central Jail and should be complete by June 2026. Additionally, body worn cameras (BWC) have been implemented at the Las Colinas Detention and Reentry Facility, the San Diego Central Jail, Sheriff's Transportation Unit, and will be introduced at the Vista Detention Facility and Rock Mountain Detention Facility early next year, with the remaining facilities to follow.

Pursuant to Board of Supervisors Policy G-16 Capital Facilities Planning, the Department of General Services (DGS) and the Sheriff's Department, prepared a Detention Facility Strategic Framework Plan – Executive Summary (Detention Facility SFP) (Attachment A) to bring the County of San Diego's detention facility portfolio in line with County, DGS and Sheriff's Departments' strategic goals and objectives. In addition, DGS and the Sheriff's Department created a long-range plan that will provide the basis for a multi-year capital facility program implemented through the Capital Improvement Needs Assessment (CINA). The Detention Facility SFP provides a system-level review of the Sheriff's Department's seven adult detention facilities and a long-term vision for the detention facility system that will support asset and equity management planning and decision making for a 10-year period.

One of the key assessments from the Detention Facility SFP is that the Sheriff's Department has aged facilities. The detention facilities range in age from 9 to over 50 years, with an average age of 29 years. With constant occupancy and use, detention facilities typically exceed their useful life after 30 years and are due for major renovations or replacement. The facilities not only physically deteriorate but require programmatic updates to provide sufficient space for contemporary medical and mental health treatment, programming, and educational/vocational services for those in custody. As these facilities age, maintenance needs compound and replacement parts for critical facility components become increasingly difficult to source. Changes in the law related to detention operations, and policies reflecting best practices, also render older jail facilities functionally obsolete.

Among the recommendations from the Detention Facility SFP is to renovate or replace the Vista Detention Facility (VDF).  A VDF-specific study is underway by DGS and their consultant, Kitchell, to determine the best course of action.  The VDF study will include a detailed needs assessment, programming analysis, which includes reentry services, basis of design with concept drawings to address the existing space limitations, and scoping documents for both replacement and renovation of VDF. The study will further review the identified deficiencies in incarcerated populations' program space, medical and mental health services, and intake and booking operations. The study is anticipated to take one year to complete.

The study will develop preliminary master plans and a rough order of cost estimates for both renovation and replacement options with all required programming elements to enable an informed decision on the future of VDF.  The renovation option will be thoroughly explored to include the necessary upgrades to the central plant at the North County Regional Center.  A complete replacement option involving demolition of the existing facility and constructing a newly designed facility to modern standards will also be studied. Additional funding is being requested for DGS and Kitchell to conduct additional master planning, which would include transition planning, an implementation plan, environmental analysis, and community engagement. The funding source for these additional planning efforts will be Sheriff's Services and Supplies.

**Ex. N-76**

**SUBJECT:    SHERIFF REQUEST FOR SUPPORT OF COUNTY DETENTION
FACILITY SYSTEM IMPROVEMENTS (DISTRICTS: ALL)**

VDF is the oldest detention facility in the Sheriff network at over 50 years of age and the facility has surpassed its useful life.  The facility and its major systems represent three different eras of justice facility design and construction technology.  Design, building systems, and material specifications spanning 30 years are co-mingled into a single facility.  The current space allocated to services and programs for incarcerated people is extremely limited, and these spaces were not built with contemporary programs or uses in mind. The evolution of detention facility design and incorporation of evidence-based solutions related to correctional reentry services, is largely infeasible at VDF in its current configuration.

VDF has been identified as a priority for the Sheriff's Department not just for the concerns provided, but since it is the only north county detention facility serving the region and allows neighboring law enforcement agencies to book both male and female incarcerated persons in a facility close to their cities.  Maintaining a north county booking option results in decreased booking times, allowing for law enforcement to return to their communities sooner for increased patrol and public safety.

As the facility study is underway, the Sheriff's Department would like to simultaneously explore funding mechanisms for a new or renovated VDF, as the cost for either option is anticipated in the hundreds of millions of dollars. The County of San Diego last received state funding in 2007 through Assembly Bill 900, Local Jail Construction Financing Program which helped fund the construction of Las Colinas Detention and Reentry Facility. This facility has been the only detention facility to be constructed and fully operational post Assembly Bill 109 realignment which transferred responsibility of felony lower-level offenders from the state prison system to county jails. Realignment's intent was to reduce the prospective prison population as well as encourage counties to invest in rehabilitative programming for its offenders to reduce recidivism. However, the County's detention facility infrastructure was not designed to accommodate such programming especially based on today's modern needs. Today's Board action seeks approval to issue a competitive solicitation to advise and assist the County on the various aspects and options of available revenue measures, to include but not limited to research, outreach activities, preparation for approval, and implementation/operation of the revenue measure(s). Results from the contracting service(s) will be reported back to the Board in the fourth quarter of Fiscal Year 2023-24.

The Sheriff's Department recognizes the ongoing support of the Board, and the department is steadfast in its efforts to deliver enhanced care and services. Today's board actions not only serve as another opportunity to inform the Board and the community of the ongoing efforts of the Sheriff's Department, but to convey the significance of the Vista Detention Facility and it serving as a linchpin for the transformative care that needs to take place in the Sheriff's service delivery model.

**LINKAGE TO THE COUNTY OF SAN DIEGO STRATEGIC PLAN**
Today's board actions advance the Equity and Justice Strategic Initiatives in the County of San Diego's 2023-2028 Strategic Plan by taking steps to increase the overall well-being of individuals who are currently in custody in San Diego County detention facilities and ensuring we have modern facilities to deliver quality care, reduce recidivism, and improve public safety.

**Ex. N-77**

**SUBJECT:     SHERIFF REQUEST FOR SUPPORT OF COUNTY DETENTION FACILITY SYSTEM IMPROVEMENTS (DISTRICTS: ALL)**

Respectfully submitted,

KELLY A. MARTINEZ
Sheriff

**ATTACHMENT(S)**
      A. DETENTION FACILITY STRATEGIC FRAMEWORK PLAN

**Ex. N-78**

# EXHIBIT O

**COUNTY OF SAN DIEGO**
**BOARD OF SUPERVISORS**
**TUESDAY, NOVEMBER 07, 2023**

**MINUTE ORDER NO. 26**

**SUBJECT:    SHERIFF REQUEST FOR SUPPORT OF COUNTY DETENTION FACILITY
SYSTEM IMPROVEMENTS (DISTRICTS: ALL)**

**OVERVIEW**

The San Diego County Sheriff's Department (Sheriff's Department) has the legal and moral obligation
to care for individuals in its custodial setting. The department operates a system of seven uniquely
designed detention facilities located throughout San Diego County, with a combined average daily
population of more than 4,000 incarcerated persons.

On February 3, 2022, the California State Auditor issued a report on San Diego County jails,
specifically on in-custody deaths, and recommendations on how to improve health care services and
safety in jails. The recommendations impact not only operational and policy conformance but
substantial investment in the existing jail system in order for outcomes to materialize as suggested in
the report.   Since the release of the audit report, the Sheriff's Department has been making intentional
efforts to improve service delivery to those in its custodial care. This has been achieved through focused
and extraordinary changes to existing systems and processes. The department has significantly moved
the needle toward improved and enhanced care. Despite the improvements, further investments are
necessary to update the dated detention facilities and existing infrastructure. Existing facilities are not
conducive to optimal delivery of care and rehabilitation services, therefore significant investment in
systems that have reached end-of-life, including upgrades to plumbing, security, and electrical building
infrastructure, is needed in many of the detention facilities. The Sheriff's Department and the County of
San Diego (County) have studied the facility needs and developed a systemwide plan to renovate and/or
rebuild aging infrastructure.

Today's requested actions seek the Board's support to receive the Sheriff's Department's presentation on
the state of County detention facilities; receive the recommendations of the Detention Facility Strategic
Framework Plan - Executive Summary (Attachment A); transfer appropriations of $500,000 to Capital
Project 1026161, Vista Detention Facility Modernization, to provide additional funds for the Vista
Detention Facility study; and issue a competitive solicitation for consulting services to advise and
assist the County on available revenue measures to achieve the needed improvements in the region's
jail system.

**RECOMMENDATION(S)**
**SHERIFF**

1.    Receive the Sheriff's Department's presentation on the state of County detention facilities.

2.    Receive the Detention Facility Strategic Framework Plan detailing Sheriff's detention
facility and infrastructure needs assessment.

3.    Transfer appropriations of $500,000 from the Sheriff's Department, Services & Supplies, to
Contributions to Capital Outlay Fund, Operating Transfers Out, to Capital Project 1026161,
Vista Detention Facility Modernization, to provide additional funding for the study.
**(4  VOTES)**

**Ex. O-80**

4.  Establish appropriations of $500,000 in the Justice Facility Capital Outlay Fund, for Capital Project 1026161, Vista Detention Facility Modernization, based on an Operating Transfers In, the Contributions to Capital Outlay Fund. **(4 VOTES)**

5.  In accordance with Section 401, Article XXIII of the County Administrative Code, authorize the Director, Department of Purchasing and Contracting, to issue Competitive Solicitations for consulting services to advise and assist the County on the various aspects of available revenue measures, to include but not be limited to research, outreach activities, preparation for approval, and implementation/operation of the revenue measure(s), and upon successful negotiations and determination of a fair and reasonable price, award a contract for one year, with four option years, and to amend the contract as needed to reflect changes to services and funding, subject to the approval of the Sheriff.

**EQUITY IMPACT STATEMENT**

The Sheriff is statutorily required to provide for the health and safety of those in its custodial care. It is a Constitutional right for incarcerated individuals to have access to quality healthcare. Therefore, the Sheriff's Department prioritizes providing quality medical and mental health care to everyone in custody beginning at intake. Facility recommendations and requirements offer a baseline of the infrastructure necessary to enhance delivery of services which will improve outcomes and reduce health disparities. Above and beyond the Constitutional minimum requirements, jail facilities should reflect the community standard of integrated healthcare and support incarcerated persons with a holistic approach. The Sheriff's Department is continually enhancing technology and programs in County detention facilities to enhance the level of care and increase access, thus creating a physical environment conducive to the health and well-being of all incarcerated persons. This approach maximizes the overall health and life trajectory of incarcerated persons, and better supports reentry to the community upon release.

**SUSTAINABILITY IMPACT STATEMENT**

The proposed actions to support and seek funding for the necessary facility replacements and facility improvements systemwide contributes to the County of San Diego's sustainability goal to provide just and equitable access to County services. The Sheriff's Department has been committed to improving its service delivery to those in its custodial care. This effort will provide more coordinated medical and mental health care service delivery, with a person-centered approach to rehabilitate individuals, as well as provide equitable access for family members and collaborative spaces for criminal justice and community-based partners. By investing in modern infrastructure, the Sheriff's Department will be able to provide enhanced care and resources to individuals in custody.

**FISCAL IMPACT**

Funds for these requests are included in the Fiscal Year 2023-24 Operational Plan for the Sheriff's Department. These requests will result in Fiscal Year 2023-24 costs and revenue of $500,000 in the Justice Facility Construction Fund for Capital Project 1026161, Vista Detention Facility Modernization, for a total project budget of $1,500,000. The funding sources are Proposition 172 revenue ($1,000,000) and existing General Purpose Revenue ($500,000). In addition, estimated costs and revenue of $250,000 have been budgeted in Fiscal Year 2023-24 for procurement of consultant contracts. The funding source is existing General Purpose Revenue. Total estimated costs for the Vista Detention Facility is $316 million based on the Strategic Facility Plan and not the comprehensive study underway which will assess costs for a replacement or renovation. There will be no change in net General Fund cost and no additional staff years.

**Ex. O-81**

**BUSINESS IMPACT STATEMENT**
N/A

**ACTION:**
ON MOTION of Supervisor Desmond, seconded by Supervisor Anderson, the Board of Supervisors took action as recommended.

AYES: Vargas, Anderson, Lawson-Remer, Desmond
ABSENT: (District 4 Seat Vacant)

State of California)
County of San Diego) §

I hereby certify that the foregoing is a full, true and correct copy of the Original entered in the Minutes of the Board of Supervisors.

ANDREW POTTER
Clerk of the Board of Supervisors

*Andrew Potter*

**Signed
by**   Andrew Potter

NOVEMBER 07, 2023                                                                                                3

**Ex. O-82**

# EXHIBIT P

4/24/24, 5:34 PM    Engagement on Public Safety Projects | News Release | San Diego County Sheriff Dept.

Case 3:20-cv-00406-AJB-DDL    Document 631-2    Filed 04/24/24    PageID.22855
Page 95 of 109

## Most Recent News Releases

# Engagement on Public Safety Projects

### *Sheriff's Department hosting five community sessions.*

**Post Date:**    04/15/2024 8:00 AM

The San Diego County Sheriff's Department is hosting a series of public meetings to solicit community feedback on potential infrastructure projects and assess funding solutions to enhance public safety in their communities.

**Your Voice Matters**

We conducted a thorough assessment of our detention facilities in 2022 and developed a plan to improve aging infrastructure.

We want to hear the community's thoughts about potential detention infrastructure projects, public safety services and proposed funding sources for these projects.



As part of our commitment to community engagement and transparency, we are hosting five community forums designed to give the public an opportunity to express their opinions and priorities:

**Tuesday, April 16**
**6:00 p.m. to 8:00 p.m.**
**Escondido City Hall (Mitchell Room)**
**201 N Broadway, Escondido**

**Wednesday, April 17**
**6:00 p.m. to 8:00 p.m.**
**Clairemont High School (Cafeteria)**
**4150 Ute Drive, San Diego**

Ex. P-84

**Tuesday, April 23**

**6:00 p.m. to 8:00 p.m.**

**Chase Avenue Elementary School (Cafeteria)**

**195 E Chase Avenue, El Cajon**

**Wednesday, April 24**

**6:00 p.m. to 8:00 p.m.**

**La Jolla Community Center (Great Room)**

**6811 La Jolla Boulevard, La Jolla**

**Tuesday, April 30**

**6:00 p.m. to 8:00 p.m.**

**Mar Vista Academy (Cafeteria)**

**1267 Thermal Avenue, San Diego**

The community meeting series is part of the Sheriff's Department's public engagement efforts toward identifying revenue sources for potential public safety enhancements and infrastructure throughout communities in the San Diego region.

The public will have conversations with Sheriff Kelly Martinez and Sheriff's Department staff about the following topics:

- Public Safety Infrastructure
- Current Public Safety Needs
- Funding Options and more

Ex. P-85



The public will engage in small group discussions and listening sessions to share ideas on the most pressing challenges, what our next priorities should be and other important factors we should consider in planning for the future.

*"Our goal is to provide the people we serve with the public safety services and support they truly need,"* says Sheriff Martinez. *"We encourage the public to participate in these forums because your voice matters and your insights are invaluable in guiding our efforts to enhance our services and direction of public safety initiatives."*

Activities will be provided for children while their parents attend the community forums. Refreshments will be provided.

Spanish interpretation services will be available. The Sheriff's Department will make reasonable modifications to ensure people with disabilities have an equal opportunity to participate in these meetings. Individuals with service animals are welcome at the forum locations. Those requiring accommodations for this meeting should send an email to info@swspr.com at least 72-hours prior to the meeting.

Documents related to the infrastructure projects will be shared at www.sdsheriff.gov/publicforums. Those unable to attend the public forums can share their comments at communityforums@sdsheriff.org.

Media Contact: Sheriff's Media Relations
MediaRelations@sdsheriff.org
(858) 974-2259

# Participación en Proyectos de Seguridad Pública

*El Departamento del Alguacil organiza cinco sesiones comunitarias.*

**Ex. P-86**

El Departamento del Alguacil del Condado de San Diego está organizando una serie de reuniones públicas para solicitar comentarios de la comunidad sobre posibles proyectos de infraestructura y evaluar soluciones de financiación para mejorar la seguridad pública en sus comunidades.

**Tu Voz Importa**

Realizamos una evaluación exhaustiva de nuestras instalaciones de detención en 2022 y desarrollamos un plan para mejorar la infraestructura antigua.

Queremos escuchar la opinión de la comunidad sobre posibles proyectos de infraestructura de detención, servicios de seguridad pública y fuentes de financiamiento propuestas para estos proyectos.

Como parte de nuestro compromiso con la participación y la transparencia de la comunidad, organizaremos cinco foros comunitarios diseñados para brindarle al público la oportunidad de expresar sus opiniones y prioridades:

**Martes 16 de Abril**
**6:00 p.m. a 8:00 p.m.**
**Escondido City Hall (Mitchell Room)**
**201 N Broadway, Escondido**

**Miercoles 17 de Abril**
**6:00 p.m. a 8:00 p.m.**
**Clairemont High School (Cafeteria)**
**4150 Ute Drive, San Diego**

**Martes 23 de Abril**
**6:00 p.m. a 8:00 p.m.**
**Chase Avenue Elementary School (Cafeteria)**
**195 E Chase Avenue, El Cajon**

**Miercoles 24 de Abril**
**6:00 p.m. a 8:00 p.m.**
**La Jolla Community Center (Great Room)**
**6811 La Jolla Boulevard, La Jolla**

**Martes 30 de Abril**
**6:00 p.m. a 8:00 p.m.**
**Mar Vista Academy (Cafeteria)**
**1267 Thermal Avenue, San Diego**

La serie de reuniones comunitarias es parte de los esfuerzos de participación pública del Departamento del Alguacil para identificar fuentes de ingresos para posibles mejoras de seguridad pública e infraestructura para las comunidades de la región de San Diego.

Ex. P-87

El público tendrá conversaciones con la Alguacil Kelly Martinez y el personal del Departamento del Alguacil sobre los siguientes temas:

- Infraestructura de Seguridad Pública
- Necesidades Actuales de Seguridad Pública
- Opciones de Financiación y Más

El público participará en discusiones en grupos pequeños y sesiones de escucha para compartir ideas sobre los desafíos más apremiantes, cuáles deberían ser nuestras próximas prioridades y otros factores importantes que debemos considerar al planificar el futuro.

*"Nuestro objetivo es brindar a las personas a las que servimos los servicios de seguridad pública y el apoyo que realmente necesitan," dice la Alguacil Martínez. "Alentamos al público a participar en estos foros porque su voz es importante y sus ideas son invaluables para guiar nuestros esfuerzos por mejorar nuestros servicios y la dirección de las iniciativas de seguridad pública."*

Se proporcionarán actividades para los niños mientras sus padres asisten a los foros comunitarios. Se proporcionarán refrescos.

Habrá servicios de interpretación en Español disponibles. El Departamento del Alguacil hará modificaciones razonables para garantizar que las personas con discapacidades tengan igualdad de oportunidades para participar en estas reuniones. Las personas con animales de servicio son bienvenidas en las ubicaciones del foro. Aquellos que requieran adaptaciones para esta reunión deben enviar un correo electrónico a info@swspr.com al menos 72 horas antes de la reunión.

Los documentos relacionados con los proyectos de infraestructura se compartirán en www.sdsheriff.gov/publicforums. Aquellos que no puedan asistir a los foros públicos pueden compartir sus comentarios en communityforums@sdsheriff.org.

Para Más Información: Sheriff's Media Relations
MediaRelations@sdsheriff.org
(858) 974-2259

*Return to full list >>*

## SUBSCRIBE

Subscribe to receive updates.

| Email ⌄ |
| --- |

Email Address

**SUBMIT**

# EXHIBIT Q



61°

TRENDING    📺 Watch 24/7    🏅 2024 Paris Olympics    🎧 News Podcast    🔍 Breakfast Buzz    📷 Send us phot...

**CRIME AND COURTS**

# 'It's like a relief': Mother speaks out after evidence, videos released in 2019 jail death

A pregnant Elisa Serna died shortly after she collapsed in her cell in the jail's medical observation unit on Nov. 11, 2019 — five days after being incarcerated

By **Dave Summers** • Published April 17, 2024 • Updated on April 17, 2024 at 11:25 pm

The details of Elisa Serna's death, what was done for her and not done and who was involved can be found in the thousands of pages of documents and eight hours of video unsealed by court order on April 17, 2024. NBC 7's Dave Summers reports.

More than 3,100 pages of federal court documents and eight hours of video connected to the death of a pregnant San Diego County jail inmate have been released.

**Ex. Q-91**

The judge in the wrongful death case against the sheriff's department filed by the family of 24-year-old Elisa Serna ordered the documents and video from jail cameras unsealed prior to trial.

A pregnant Elisa Serna died shortly after she collapsed in her cell in the jail's medical observation unit on Nov. 11, 2019 — five days after being incarcerated. Her mother says she was arrested for stealing liquor from a store.

"It makes me very sad, frustrated," Elisa Serna's mother, Paloma Serna, told NBC 7. "I still cry to this day about it."

> **Get San Diego local news, weather forecasts, sports and lifestyle stories to your inbox. Sign up for NBC San Diego newsletters.**

**Previous coverage:**



**APR 6**
Judge orders to unseal videos in 2019 death of Elisa Serna at Las Colinas jail



**FEB 9**
Jury acquits nurse, hung on doctor accused in death of inmate at San Diego jail

Paloma Serna says her daughter was addicted to drugs and alcohol but did not deserve to die in jail. She says the details of her daughter's death and circumstances while incarcerated deserve the public's scrutiny.

"It is very important for the public to see and hear themselves, instead of just hearing it from us or the San Diego Sheriff," Paloma Serna said.

The details of her death, what was done for her and not done and who was involved can be found in the thousands of pages of documents and eight hours of video unsealed by court order Wednesday.

Paloma Serna says her daughter died from the effects of withdrawal and that she suffered seizures while jail personnel stood by.

"People will see her dying, but, you know, they will also see as a nurse and two deputies are standing there watching her," Paloma Serna said.

In part of a statement sent to NBC 7 by email, Sheriff's Kelly Martinez wrote:

"The video and other evidence in this case is disturbing and the actions of some staff on that day do not reflect the values of the Sheriff's Department. Since becoming Sheriff last year, I have made substantial changes improving the conditions in our county's jails. Those changes are ongoing, and I am committed to seeing them through."

**Ex. Q-92**

"That's very frustrating to hear her say that. It does reflect on the sheriff's department's actions, what they do and don't do," Paloma Serna said.

Trial is underway for a doctor and nurse accused in the death of 24-year-old Elisa Serna inside Las Colinas Detention Center. NBC 7's Dana Williams reports.

In addition to the Serna family attorney, Tim Blood, who represents some local media outlets, filed a motion for the release of these documents and video.

"It is about shining light on really what has become a scandalous situation," Blood said.

Blood says the outcome of Elisa Serna's wrongful death case is larger than just a monetary settlement.

"Once we know what was done wrong, then we can bring about change, and that's mostly what the goal of the civil trial is," Blood said.

Also in Wednesday's statement, the Sheriff defends current jail policies and procedures pertaining to inmates with substance use disorder.

"We have increased the Medication-Assisted Treatment Program in our jails and now have over 600 individuals who are involved in the program. Other significant improvements have been made," Martinez said.

Unsealing the documents and video of her daughter's death may be as disturbing as the Sheriff says, but for Paloma Serna it serves a greater purpose.

**Ex. Q-93**

"To know the truth, to let the public know what really happened, it's like a relief in a way," she said.

The county filed a motion for summary judgement, which could close the case without trial.

For now, the trial is scheduled for August.

---

This article tagged under:

**CRIME AND COURTS**

---

▶ Replay Video

▤ Learn More

DEXC

CARS
Mar

ARIZC
**Earn a social & behavioral sciences degree online.**

CARSON WEALTH | SPONSORED                                    Learn More
**Start 2024 Strong: Carson Wealth Helps Pave the Way Towards Your Financial Freedom!**

**Ex. Q-94**

# EXHIBIT R

Case 3:20-cv-00406-AJB-DDL    Document 621-2    Filed 04/24/24    PageID.22867
Page 107 of 109

## Ken Jones, Assistant Sheriff

Ken Jones began his law enforcement career in March 1994 as a Corrections Deputy Sheriff Cadet. Upon completing the academy, he was assigned to the South Bay Detention Facility. In 1995, he returned to the academy to become a Deputy Sheriff. As a Deputy Sheriff, he worked at the George Bailey Detention Facility before being transferred to the North Coastal Station. While at the North Coastal Station, he held various assignments to include patrol and working within the Community Oriented Policing and Problem Solving Unit (COPPS). In August 2004, he transferred to the Vista Patrol Station as an Area Detective. Ken spent several more years within investigations as a Domestic Violence and Sexual Assault Detective, Child Abuse Detective, and as a detective in the Criminal Intelligence Detail.



Ken was promoted to the rank of Sergeant in November 2012 and transferred to the Ramona Substation. While there, he worked as a supervisor in patrol and area investigations. In April 2014, Ken transferred to Internal Affairs and later worked within the Child Abuse Unit and the SAFE Task Force as a sergeant.

After being promoted to Lieutenant in April 2018, he was assigned to the Information Led Policing and Sheriff's Analysis Driven Law Enforcement Team. In November 2018, Ken transferred to be the Lieutenant of the Ramona Substation where he oversaw its personnel and managed the daily operations. He was then assigned to be the Internal Affairs Lieutenant before promoting to Captain in March 2021. As a Captain, he was assigned to manage the Major Crimes Division which incorporates Homicide, Child Abuse, Sexual Assault, Elder/Financial Crimes, the RESPECT Project, and the Juvenile Services Group. Ken then served as the Captain of the San Marcos Sheriff's Station which also includes the Valley Center Substation.  He was promoted to Commander in March 2023 and managed the Medical Services Division, Sheriff's Transportation Unit, County Parole and Alternative Custody, and the Detention Investigations Unit. In December of 2023, he was promoted to Assistant Sheriff of the Law Enforcement Services Bureau.

Ken graduated from Mount Carmel High School before attending college. He holds a bachelor's degree in Political Science from San Diego State University.

# EXHIBIT S

## Dustin Lopez, Assistant Sheriff



Dustin Lopez grew up in Lake Tahoe, California, and joined the United States Marine Corp in 1988. After four years of active-duty service, and several overseas assignments, including Panama and Japan, Dustin was honorably discharged in October of 1992.

Dustin joined the San Diego County Sheriff's Department as a Correctional Deputy one week after being discharged from the Marine Corp. He attended the 14th Corrections Academy and was assigned to the Vista Detention Facility upon graduation. He was later transferred to Otay Mesa for the opening of the George Bailey Detention Facility.

In 1995, Dustin was hired as a Deputy Sheriff and graduated from the 25th Regional Law Enforcement Academy. As a Deputy Sheriff, he was assigned to the Vista Station, Vista COPPS Unit, San Marcos Area Detectives, S.A.F.E Task Force, Child Abuse Unit, and Homicide.

In December of 2012, Dustin was promoted to the rank of sergeant. He worked at the Vista Patrol Station, North Coastal Station, and Child Abuse before promoting to lieutenant in April 2018. After his promotion he was assigned to the Vista Courthouse, San Marcos Station, and the North County Regional Gang Task Force.

In August of 2021, he was promoted to Captain, and assigned to the North Coastal Station. He served as the station commander for the cities of Encinitas, Solana Beach, Del Mar, and Rancho Santa Fe.

In March of 2023, Dustin was promoted to the rank of Commander. He oversaw the Law Enforcement Operations Support within the Law Enforcement Services Bureau.

In March of 2024, he was promoted to Assistant Sheriff and currently leads the Detention Services Bureau.

Dustin possesses a bachelor's degree of science in Criminal Justice Administration and is a graduate of the FBI National Academy.

**Ex. S-98**