# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>                    Defendants. | Case No.: 20-cv-406-AJB-DDL<br><br>**ORDER FOLLOWING DISCOVERY CONFERENCE** |

The Court held a Discovery Conference on April 24, 2024 to address a dispute between Plaintiffs and nonparty NaphCare of San Diego, LLC ("NaphCare") regarding the deposition of NaphCare's Rule 30(b)(6) designee. As discussed at the Discovery Conference, the Court **ORDERS** as follows:

    1.    By not later than **May 1, 2024**, Plaintiffs must provide NaphCare with a chart including (1) specific deposition questions Plaintiffs assert NaphCare's designee should have been prepared to answer; (2) the corresponding topic in Plaintiffs' deposition subpoena to NaphCare; and (3) one sentence explaining why the deponent should have been prepared to answer the question.

    2.    By not later than **May 6, 2024**, Plaintiffs and NaphCare must meet and confer in person or by Zoom regarding Plaintiffs' chart and must make a good faith effort to narrow the areas of dispute.

3. By not later than **May 9, 2024**, NaphCare must return the chart to Plaintiffs with an additional column containing a one-sentence description of NaphCare's position as to each issue that remains in dispute. NaphCare shall also indicate any questions as to which the parties have resolved the dispute.

4. By not later than **May 13, 2024**, to the extent Plaintiffs seek further testimony from NaphCare's designee, Plaintiffs may file a motion to compel of no more than 10 pages. The parties' chart, as referenced in paragraph 3 above, must be attached as an exhibit.

5. NaphCare's response to Plaintiffs' motion to compel, if any, must be filed by **May 20, 2024**, and must not exceed 10 pages.

6. The Court will hold a hearing on Plaintiffs' motion to compel on **June 3, 2024** at **9:00 a.m.** Counsel for Plaintiffs and NaphCare shall appear **in person**. Counsel for Defendants are not required to appear, but may elect to appear by videoconference if they provide notice to the Court of their intention to do so no less than two business days before the hearing.

**IT IS SO ORDERED.**

Dated: April 29, 2024

　　　　　　　　　　　　　　　　　　　　　　*David Leshner*
　　　　　　　　　　　　　　　　　　　　　　Hon. David D. Leshner
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge