Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Marguerite L. Jonak (State Bar No.
 *Marguerite.Jonak@manningkass.com*
Natalie Ortiz (State Bar No. 303869)
 *Natalie.Ortiz@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Non-Defendant Third-Party
NaphCare of San Diego, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**NON-DEFENDANT THIRD-PARTY NAPHCARE OF SAN DIEGO, LLC'S NOTICE OF CHANGE OF HANDLING ATTORNEY**<br><br>Judge:         Hon. Anthony Battaglia<br>Magistrate:  Hon. David D. Leshner<br><br>Hrg Date:<br><br>Trial Date:   None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that effective immediately G. Craig Smith (SBN 265676) will no longer be the handling attorney on this case for Non-Defendant

Third-Party NaphCare of San Diego, LLC in the above entitled action. Non-Defendant Third-Party NaphCare of San Diego, LLC will be represented by the below attorneys.

Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Marguerite L. Jonak (State Bar No. 143979)
*Marguerite.Jonak@manningkass.com*
Natalie Ortiz (State Bar No. 303869)
*Natalie.Ortiz@manningkass.com*
**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Please direct all pleadings, notices, correspondence, and other documents to the above counsels attention at the above listed address. Please remove attorney Craig Smith from any further notice.

Please update your service lists to reflect this change.

DATED: April 30, 2024         **MANNING & KASS
                               ELLROD, RAMIREZ, TRESTER LLP**


By:  ___*/s/ G. Craig Smith*___
     G. Craig Smith
     Attorneys for Non-Defendant Third-Party
     NaphCare of San Diego, LLC

**NON-DEFENDANT THIRD-PARTY NAPHCARE OF SAN DIEGO, LLC'S NOTICE OF CHANGE OF HANDLING ATTORNEY**