1   GAY C. GRUNFELD – 121944          CHRISTOPHER M. YOUNG – 163319
    VAN SWEARINGEN – 259809           ISABELLA NEAL – 328323
2   PRIYAH KAUL – 307956              OLIVER KIEFER – 332830
    ERIC MONEK ANDERSON – 320934      DLA PIPER LLP (US)
3   HANNAH M. CHARTOFF – 324529       4365 Executive Drive, Suite 1100
    BEN HOLSTON – 341439              San Diego, California  92121-2133
4   ROSEN BIEN                        Telephone:  (858) 677-1400
    GALVAN & GRUNFELD LLP             Facsimile:   (858) 677-1401
5   101 Mission Street, Sixth Floor   christopher.young@dlapiper.com
    San Francisco, California  94105-1738   isabella.neal@dlapiper.com
6   Telephone:  (415) 433-6830        oliver.kiefer@dlapiper.com
    Facsimile:    (415) 433-7104
7   ggrunfeld@rbgg.com
    vswearingen@rbgg.com
8   pkaul@rbgg.com
    eanderson@rbgg.com
9   hchartoff@rbgg.com
    bholston@rbgg.com
10
    AARON J. FISCHER – 247391
11  LAW OFFICE OF
    AARON J. FISCHER
12  1400 Shattuck Square Suite 12 - #344
    Berkeley, California  94709
13  Telephone:  (510) 806-7366
    Facsimile:   (510) 694-6314
14  ajf@aaronfischerlaw.com

15  (*additional counsel on following page*)

16  Attorneys for Plaintiffs and the
    Certified Class and Subclasses
17

18              UNITED STATES DISTRICT COURT

19            SOUTHERN DISTRICT OF CALIFORNIA

20  DARRYL DUNSMORE, ANDREE          Case No. 3:20-cv-00406-AJB-DDL
    ANDRADE, ERNEST ARCHULETA,
21  JAMES CLARK, ANTHONY EDWARDS,    **JOINT MOTION TO EXTEND**
    LISA LANDERS, REANNA LEVY,       **CERTAIN FACT DISCOVERY**
22  JOSUE LOPEZ, CHRISTOPHER         **DEADLINES**
    NELSON, CHRISTOPHER NORWOOD,
23  JESSE OLIVARES, GUSTAVO          Judge:      Hon. Anthony J. Battaglia
    SEPULVEDA, MICHAEL TAYLOR, and   Magistrate: Hon. David D. Leshner
24  LAURA ZOERNER, on behalf of
    themselves and all others similarly situated,   Trial Date: None Set
25                    Plaintiffs,
                 v.
26  SAN DIEGO COUNTY SHERIFF'S
    DEPARTMENT, COUNTY OF SAN
27  DIEGO, SAN DIEGO COUNTY
    PROBATION DEPARTMENT, and DOES
28  1 to 20, inclusive,
                    Defendants.

1    *(counsel continued from preceding page)*

2    SUSAN E. COLEMAN (SBN 171832)
     E-mail: scoleman@bwslaw.com
3    BURKE, WILLIAMS & SORENSEN, LLP
     501 West Broadway, Suite 1600
4    San Diego, California 92101-8474
     Tel: 619.814.5800 Fax: 619.814.6799
5
     ELIZABETH M. PAPPY (SBN 157069)
6    E-mail: epappy@bwslaw.com
     BURKE, WILLIAMS & SORENSEN, LLP
7    60 South Market Street, Suite 1000
     San Jose, California 95113-2336
8    Tel: 408.606.6300 Fax: 408.606.6333

9    Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[4480121.3]

Case No. 3:20-cv-00406-AJB-DDL

JOINT MOTION TO EXTEND CERTAIN FACT DISCOVERY DEADLINES

Fact discovery closes on May 7, 2024.  Dkt. 594.  Through this Joint Motion to Extend Certain Fact Discovery Deadlines, the Parties respectfully request that the Court permit (1) Plaintiffs' environmental expert to conduct inspections at Central Jail and South Bay Detention Facility on May 15, 2024, and (2) certain Rule 30(b)(6) witnesses to be deposed by May 17, 2024.

Plaintiffs and Defendants were unable to schedule Plaintiffs' environmental expert's inspections at Central Jail and South Bay Detention Facility prior to the fact discovery deadline due to scheduling difficulties on the part of their expert and counsel's availability.  The Parties have agreed that these inspections will take place on May 15, 2024.  These inspections have been noticed for that date.

Plaintiffs objected to the designation of certain 30(b)(6) witnesses during the April 23 and 24, 2024 depositions of Defendants' 30(b)(6) witnesses.  The Parties have met, conferred, and agreed that Defendants will designate additional witnesses to testify as to the following topics:

- All POLICIES, PROCEDURES AND PRACTICES RELATING TO fights and other violence, including those related to video and audio surveillance and body-worn cameras and footage from the cameras and the locations, functionality, testing, and repair/replacement of such video and audio surveillance systems (TAC § C) [52 minutes remaining for the topic];

- All POLICIES, PROCEDURES AND PRACTICES RELATING TO racial classification and allegations of racial discrimination at the JAIL (TAC § VII. D) [36 minutes remaining for the topic]; and

- All POLICIES, PROCEDURES AND PRACTICES, RELATING TO drug overdose DEATHS (TAC § I. D, E & § V. B) [approximately 15 minutes remaining for the topic].

Defendants are presently working to identify the person(s) who will serve as the 30(b)(6) witness for the first and second bullets above. Defendants have not agreed to another witness on the third bullet, and the parties are continuing to meet and confer about this issue. The Parties agree that Defendants' designations will be made by May 6, 2024, and that the depositions will be completed by May 17, 2024.

There are three additional days scheduled for Rule 30(b)(6) depositions (on

May 1-3, 2024). The parties will meet and confer if there are any additional witnesses Plaintiffs contend are not appropriately designated and if necessary attempt to schedule those topics within the same time period.

Commensurate with their agreements, the Parties respectfully request that this Court extend the fact discovery deadline for (1) Plaintiffs' environmental inspection of Central Jail and South Bay Detention Facility to May 15, 2024, and (2) completion of the 30(b)(6) witnesses depositions completed by May 17, 2024.

Respectfully submitted,

DATED:  April 30, 2024           ROSEN BIEN GALVAN & GRUNFELD LLP

By:  *Van Swearingen*
     Van Swearingen

Attorneys for Plaintiffs and the Certified Class and Subclasses

DATED:  April 30, 2024           BURKE, WILLIAMS & SORENSEN, LLP

By:  *Susan E. Coleman*
     Susan E. Coleman

Attorneys for Defendants

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

## SIGNATURE CERTIFICATION

2 Pursuant to the Court's Electronic Case Filings Procedures Manual Section

3 2(f)(4), I certify that I have obtained consent of all signatories to the electronic

4 filings of the foregoing document.

5

6 DATED:  April 30, 2024          ROSEN BIEN GALVAN & GRUNFELD LLP

7                                 By:  *Van Swearingen*

8                                      Van Swearingen

9                                 Attorneys for Plaintiffs and the Certified Class
10                                and Subclasses

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28