# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>        Defendants. | Case No.: 20-cv-406-AJB-DDL<br><br>**ORDER RE REDACTIONS TO DOCUMENTS PRODUCED BY NAPHCARE OF SAN DIEGO LLC** |

On April 23, 2024, the Court issued an Order granting Plaintiffs' motion to compel production of documents by NaphCare of San Diego LLC. Dkt. No. 617. The Order directed NaphCare to produce the documents identified in its privilege log as NAPH PRIVILEGE 0001-0082, but permitted NaphCare to "redact those portions of the documents pertaining solely to patient deaths at facilities not under the control of the San Diego Sheriff's Department." *Id.* at 14.

On April 29, 2024, NaphCare timely submitted its proposed redactions for *in camera* review. The Court's *in camera* review indicates that the proposed redactions are limited to information regarding patient deaths at facilities outside San Diego County. That information is not responsive to Plaintiffs' subpoena request number 77 and is properly redacted.

By not later than **May 3, 2024**, NaphCare must produce to Plaintiffs the documents identified in its privilege log as NAPH PRIVILEGE 0001-0082 with the approved redactions.

**IT IS SO ORDERED.**

Dated: May 1, 2024

_____
Hon. David D. Leshner
United States Magistrate Judge