Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800   Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300   Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, (Also erroneously sued herein as SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, and SAN DIEGO COUNTY PROBATION DEPARTMENT)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF SUSAN E. COLEMAN IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO TAKE ADDITIONAL DEPOSITIONS AND TO TAKE APEX DEPOSITION OF THE COUNTY SHERIFF [DOC. 621]** |

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4892-3033-5418 v2      - 1 -      3:20-CV-00406-AJB-DDL
DECLARATION ISO OPPOSITION TO
PLAINTIFFS' MOTION TO TAKE

I, SUSAN E. COLEMAN, declare as follows:

1. I am an attorney licensed to practice law before this Court, and a Partner with the law firm of Burke, Williams & Sorensen, LLP, counsel of record in this matter for Defendants San Diego County Sheriff's Department, County of San Diego, and San Diego County Probation Department. Unless otherwise stated, the following statements are true of my own personal knowledge, and if called upon to testify, I could and would testify competently thereto.

2. I make this declaration in support of Opposition To Plaintiffs' Motion To Take Additional Depositions and To Take Apex Deposition Of The County Sheriff [Doc. 621].

3. Attached as Exhibit "1" is a true copy of relevant portions of an email dated April 19, 2024 from Craig Smith of Manning & Kass, Ellrod, Ramirez, Trester LLP, counsel for Third Party, NaphCare of San Diego LLC in this matter, responding to Plaintiffs' counsel's meet and confer on the NaphCare subpoena and 30(b)(6) deposition issues.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on May 1, 2024, at San Diego, California.

*/s/   Susan E. Coleman*
Susan E. Coleman

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4892-3033-5418 v2

- 2 -

3:20-CV-00406-AJB-DDL
DECLARATION OPPOSITION TO
PLAINTIFFS' MOTION TO TAKE