Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Deann R. Rivard (SBN 177482)
E-mail: drivard@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Ste. 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>      Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF KELLY A. MARTINEZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO TAKE ADDITIONAL DEPOSITIONS AND TO TAKE APEX DEPOSITION OF THE COUNTY SHERIFF [DOC. 621]**<br><br>Judge: Anthony J. Battaglia<br>Magistrate Judge David D. Leshner<br><br>**Date:    May 15, 2024**<br>**Time:   9:00 a.m.**<br>**Judge:  Magistrate David Leshner** |

# DECLARATION OF KELLY A. MARTINEZ

I, KELLY A. MARTINEZ, hereby declare as follows:

1. I am the elected Sheriff of the County of San Diego. I was elected Sheriff of the County of San Diego ("County") in 2022 and took office on January 5, 2023. I have personal knowledge of all matters set forth herein, except for those matters which are based upon my information and belief. I am informed and believe that all such matters are true. If called upon as a witness, I could and would competently testify to the matters stated herein.

2. As the elected Sheriff, I oversee an expansive law enforcement agency that is one of the nation's largest Sheriff's Departments. The Department employs approximately 4,100 individuals and has a service area of approximately 4,200 square miles of unincorporated San Diego County which includes a 60-mile international border with Mexico, nine contract cities, seven jails, and security for the Courts.

3. The provision of services involves 20 patrol stations and substations.

4. Along with patrol operations and investigative functions, the Department provides air support, search and rescue service, and forensic support for the San Diego County region. The Department also operates seven detention facilities countywide, which house approximately 4,000 incarcerated persons at any given time, and provides security to seven Superior Court facilities.

5. The organization of the Department is aligned within five major components, known as Bureaus, providing for the separation functions. These are designated as: Detention Services Bureau, Law Enforcement Services Bureau, Human Resource Services Bureau, Management Services Bureau, Court Services Bureau, plus the Office of the Sheriff. Each of the Bureaus is commanded by an Assistant Sheriff or Executive Director who report directly to the Undersheriff. As the Sheriff of an agency with approximately 4,100 employees and numerous facilities, it is necessary that I delegate the day-to-day operational activities of each Bureau to Command staff and their subordinates.

6. The organizational structure of the Department necessarily involves the delegation of responsibilities to subordinate personnel. The duties and responsibilities of each organizational component and of each assignment within the Department are articulated in writing. Delegation of responsibilities, duties, and assignments results in core competencies of the personnel involved in various areas. The Undersheriff is responsible for overseeing all Department operations, including the Department's budget and employees. The Detention Services Bureau Assistant Sheriff manages the operation of the Detention Services Bureau, including the seven detention and reentry facilities. The Law Enforcement Services Bureau Assistant Sheriff manages the operation of the Law Enforcement Services Bureau, including patrol operations, investigations, Special Enforcement Detail, Crisis Negotiation Team, Bomb/Arson, Canine, Search and Rescue, air support, Railroad Enforcement, Crime Lab and Licensing. The Human Resource Services Bureau and Court Services Bureau Assistant Sheriff manages the Court Services Bureau, including the Civil Division, Court Security, Extraditions, Field Services, Investigations, and the County Administration Center, as well as the Human Resource Services Bureau which includes Recruiting/Hiring, Background Investigations, Regional Law Enforcement Academy, Detentions/Court Services Academy, In-Service Training, Weapons Training, Career Path, Employee Relations, Internal Affairs, Payroll, Personnel, Professional Staff Training, and Risk Management. The Management Services Bureau Executive Director manages the Management Services Bureau which includes Contracts, Grants, Data Services, Financial Services, Fleet, and Facilities. The Office of the Sheriff also includes my Director of Legal Affairs, a Special Assistant of Intergovernmental Affairs, and a Public Information Officer. Testimony about the Department's policies, procedures, training, supervision, and disciplining of staff have been obtainable directly from personnel who are directly involved in those matters.

7. I am familiar with the issues raised in Plaintiffs' operative Complaint. I have no unique, first-hand, non-repetitive knowledge regarding Plaintiffs or the

matters alleged in the operative Complaint.

8. If my deposition is allowed to go forward, it would impede my ability to perform my duties as the elected Sheriff. I would be required to devote substantial time over multiple days to prepare and appear for the deposition.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed this 1st day of May, at San Diego, California.

*[Signature]*
Sheriff Kelly A. Martinez