GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT STATUS REPORT RE PLAINTIFFS' REQUESTS FOR PRODUCTION NOS. 250-252**<br><br>Magistrate: Hon. David D. Leshner |

1    Pursuant to the Court's April 30, 2024 Order (Dkt. 628), the parties submit
2 this Joint Discovery Status Report identifying areas of disagreement regarding
3 Plaintiffs' RFPs No. 250-252.  Below, the parties identify the limited remaining
4 areas of disagreement regarding RFP Nos. 250-252.  Defendants state that reference
5 to "the parties" below does not mean Plaintiffs' and Defendants' counsel, but it
6 means Plaintiffs' expert Mr. Ross and the County's IT Person Brent Jordan.  These
7 two individuals held a recorded Zoom conference that did not involve the attendance
8 of any attorneys.

**I.   Use of Force Data**

"The parties" (as defined above) agree that all subcategories (a)-(g) in Mr. Ross's Use of Force request (Category 4 in the Court's April 30, 2024 order) will be produced, and that there are no areas of disagreement.

**II.   Search Terms**

"The parties" agree on the search terms that the Sheriff's Department will run:

Field Sobriety Tests:  A list of all cases where the narrative contains one of each of the following 24 terms:  "field sobriety" or "FST" or "SFST", "operating under the influence" or "OUI", "driving under the influence" or "DUI", "impaired operation" or "impaired driving", "Blood Alcohol Content" or "BAC", "Horizontal Gaze" or "Nystagmus", "Walk-and-Turn" or "Walk and Turn", "heel-to-toe" or "heel to toe", "one-leg-stand" or "one leg stand", "breathalyzer" or "breath test" or "PBT", "alcohol screening" or "PAS".

Search/Frisk:  A list of all cases where the narrative contains one of each of the following 8 terms:  "inventory search", "search incident to arrest", "consent search", "probable cause search", "reasonable suspicion search", "frisk", "pat down" or "pat-down".

Temporary Detentions:  A list of all cases where the narrative contains one of each of the following 3 terms:  "detention", "vehicle exit", "exit vehicle".  The

search will include the following additional terms if Mr. Jordan finds they are not included in use of force reports: "handcuff", "PlastiCuffs" or "FlexiCuffs" or "FlexCuffs" or "Plasti Cuffs" or "Flexi Cuffs" or "Flex Cuffs" or "Zip Cuffs", "Cuffs".

### III. Timing

"The parties" disagree about how long it should take for the Sheriff's Department to perform the searches and provide the data. Mr. Jordan states that this analysis will take 2-3 weeks. Plaintiffs' expert Mr. Ross believes, in his experience, that the analysis should take no more than a few days. Plaintiffs' expert requires this data as soon as possible in order to conduct his analysis, and likely will require additional time beyond the expert discovery cut-off deadline to perform the analysis and draft an expert report. Defendants do not oppose an extension of the report deadline, so long as the expert report deadline is mutually extended.

### IV. Suspect/Witness Data

The Court's April 30, 2024 Order does not specifically address witness or suspect data sought by Plaintiffs. The parties discussed that the data requested by Plaintiffs exists, but did not reach final agreement as to whether Defendants will produce it.

DATED: May 3, 2024                Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
    Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses

| | | |
|---|---|---|
| 1 | DATED: May 3, 2024 | BURKE, WILLIAMS & SORENSEN, LLP |
| 2 | | By: */s/ Susan E. Coleman* |
| 3 | | Susan E. Coleman |

Attorneys for Defendants
County of San Diego, San Diego County Sheriff's Department, and San Diego County Probation Department

### SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

DATED: May 3, 2024                    ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses