| | |
|---|---|
| GAY C. GRUNFELD – 121944 | CHRISTOPHER M. YOUNG – 163319 |
| VAN SWEARINGEN – 259809 | ISABELLA NEAL – 328323 |
| PRIYAH KAUL – 307956 | OLIVER KIEFER – 332830 |
| ERIC MONEK ANDERSON – 320934 | DLA PIPER LLP (US) |
| HANNAH M. CHARTOFF – 324529 | 4365 Executive Drive, Suite 1100 |
| BEN HOLSTON – 341439 | San Diego, California 92121-2133 |
| ROSEN BIEN | Telephone: (858) 677-1400 |
| GALVAN & GRUNFELD LLP | Facsimile: (858) 677-1401 |
| 101 Mission Street, Sixth Floor | christopher.young@dlapiper.com |
| San Francisco, California 94105-1738 | isabella.neal@dlapiper.com |
| Telephone: (415) 433-6830 | oliver.kiefer@dlapiper.com |
| Facsimile: (415) 433-7104 | |
| ggrunfeld@rbgg.com | |
| vswearingen@rbgg.com | |
| pkaul@rbgg.com | |
| eanderson@rbgg.com | |
| hchartoff@rbgg.com | |
| bholston@rbgg.com | |

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, Plaintiffs, v. SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, Defendants. | Case No. 3:20-cv-00406-AJB-DDL **JOINT MOTION REGARDING ATTENDANCE AT MAY 29 STATUS CONFERENCE** Judge: Hon. Anthony J. Battaglia Magistrate: Hon. David D. Leshner Trial Date: None Set |

(*counsel continued from preceding page*)

SUSAN E. COLEMAN (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

ELIZABETH M. PAPPY (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

DEANN R. RIVARD (SBN 177482)
E-mail: drivard@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants

Plaintiffs Darryl Dunsmore, Andree Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Lisa Landers, Reanna Levy, Josue Lopez, Christopher Nelson, Christopher Norwood, Jesse Olivares, Gustavo Sepulveda, Michael Taylor, and Laura Zoerner and the certified class and subclasses (collectively, "Plaintiffs") and Defendants County of San Diego, San Diego County Sheriff's Department, and San Diego County Probation Department (collectively, "Defendants"), hereby file this joint motion pursuant to the Court's April 26, 2024 Minute Order (Dkt. 624).

In the April 26, 2024 Minute Order, the Court set a further Status Conference for May 29, 2024 at 1:00 p.m. by Zoom, at which "[a]ll counsel of record are expected to appear." Dkt. 624. The Parties respectfully request that the following counsel be excused from the May 29 Status Conference, for the reasons below:

**Hannah Chartoff**, counsel for Plaintiffs, is currently scheduled to participate in an all-day facility inspection in another matter.

**Isabella Neal**, counsel for Plaintiffs, is currently scheduled to participate in an all-day administrative hearing in another matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: May 7, 2024 | ROSEN BIEN GALVAN & GRUNFELD LLP |
|  | By: */s/ Hannah Chartoff* <br> Hannah Chartoff |
|  | Attorneys for Plaintiffs and the Certified Class and Subclasses |
| DATED: May 7, 2024 | BURKE, WILLIAMS & SORENSEN, LLP |
|  | By: */s/ Susan E. Coleman* <br> Susan E. Coleman |
|  | Attorneys for Defendants |

1 **SIGNATURE CERTIFICATION**

2   Pursuant to the Court's Electronic Case Filings Procedures Manual
3 Section 2(f)(4), I certify that I have obtained consent of all signatories to the
4 electronic filings of the foregoing document.

6   Respectfully submitted,

7 DATED: May 7, 2024   ROSEN BIEN GALVAN & GRUNFELD LLP

9 By:  */s/ Hannah Chartoff*
       Hannah Chartoff

   Attorneys for Plaintiffs and the Certified Class
   and Subclasses