GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO CONTINUE PRETRIAL DEADLINES**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

(*counsel continued from preceding page*)

SUSAN E. COLEMAN (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

ELIZABETH M. PAPPY (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

DEANN R. RIVARD (SBN 177482)
E-mail: drivard@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants

Pursuant to (1) the discussion among counsel and the Court at the May 6, 2024 status conference and (2) the May 6, 2024 Minute Order (Dkt. 639) requiring the parties to meet and confer regarding the current pretrial schedule (Dkt. 594) and file a joint motion regarding any request to amend the pretrial dates, the parties respectfully submit this Joint Motion to Continue Pretrial Deadlines.

**Plaintiffs' Position:**

At the May 6, 2024 status conference, Plaintiffs' expert Matt Ross stated that he would require eight weeks to perform statistical analysis using the RFP 250-52 data that Defendants have been ordered to produce by May 20, 2024 and to draft his expert report. Eight weeks from May 20, 2024 is July 15, 2024.

Plaintiffs ask that the Court extend the deadline to serve disclosures required by Federal Rule of Civil Procedure 26(a)(2)(A) through (C) *for all experts* to the date requested by Mr. Ross—July 15, 2024. Good cause exists to support the extension for all experts. Throughout the past five months, Plaintiffs have worked diligently to meet all case and Court-imposed deadlines. Despite Plaintiffs' best efforts, Plaintiffs are not in a position to complete the expert reports by the current deadline, May 31, 2024. This is for several reasons: Defendants made numerous document productions well after the December 22, 2023 deadline (see Dkt. 441); many discovery disputes occurred over the course of the past five months, resulting in additional discovery being produced and/or still waiting to be produced (e.g., not all texts have been produced and Plaintiffs remain waiting for data responsive to RFPs 250-52); Rule 30(b)(6) depositions have been extended through May 17, 2024 due to Defendants' mis-designation of witnesses; further Defendant depositions may be allowed based on pending motions; deposition transcripts for completed depositions remain outstanding, and some will not likely be ready for several more weeks unless payment is made for expedited processing; and jail inspections will not be complete until May 15, 2024, in part due to defense counsel's inability to schedule the inspections. Due to the complexity of the case and the number of discovery

disputes, Plaintiffs have not had sufficient time to work with their experts to complete expert reports under the current deadline—and cannot do so.

In addition to moving the expert disclosure deadline to July 15, 2024, Plaintiffs respectfully request that the deadline to serve contradictory or rebuttal evidence pursuant to Federal Rule of Civil Procedure 26(a)(2)(D) and (E) be extended an additional three weeks to September 6, 2024. Plaintiffs believe that the additional time is warranted given the complexity of issues and number of claims at issue, as well as the time it will take to coordinate, draft, review, and finalize the rebuttal reports. Plaintiffs ask that the other pretrial deadlines be moved commensurately with the above requests, except for the parties' request that two weeks (instead of one week) separate the deadlines:

- to comply with pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3);
- to meet and confer and prepare the proposed pretrial order in the form as set forth in Civil Local Rule 16.1.f.6; and
- to file objections to pre-trial disclosures.

Below is a table showing the deadlines under the current pretrial schedule (Dkt. 594) as well as the amended deadlines proposed by Plaintiffs.

| **Event** | **Current Deadline** | **Proposed, Amended Deadline** |
|---|---|---|
| Deadline to serve disclosures required by Federal Rule of Civil Procedure 26(a)(2)(A) through (C) + 8 weeks from May 20 | May 31, 2024 | July 15, 2024 |
| Deadline to serve contradictory or rebuttal evidence pursuant to Federal Rule of Civil Procedure 26(a)(2)(D) and (E) | June 21, 2024 | September 6, 2023 |
| Expert Discovery Cutoff | July 19, 2024 | October 4, 2023 |

| Deadline to file dispositive motions, including *Daubert* motions | August 16, 2024 | November 1, 2024 |
|---|---|---|
| Deadline to comply with pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) | November 7, 2024 | January 23, 2025 |
| Deadline to meet and confer and prepare the proposed pretrial order in the form as set forth in Civil Local Rule 16.1.f.6. | November 14, 2024 | February 6, 2025 |
| Deadline to file objections to pre-trial disclosures | November 21, 2024 | February 20, 2025 |
| Deadline to serve and lodge the Proposed Final Pretrial Conference Order with the assigned district judge | December 5, 2024 | March 6, 2025 |
| Final Pretrial Conference before the **Honorable Anthony J. Battaglia** | December 12, 2024 at 2:00 p.m. | March 13, 2025 at 2:00 p.m. |

Plaintiffs' proposal to amend pretrial deadlines takes into consideration their strong desire to proceed with the case as quickly as possible as well as their commitment to presenting a complete factual record to the Court. Plaintiffs will continue working diligently on this matter and appreciate the Court's consideration of this request.

**Defendants' Position:**

Defendants request a 60 day extension from the currently scheduled deadline of May 31, 2024 to provide expert disclosures and extension of all other related deadlines in addition to Plaintiffs' suggested two week staggering of certain date. The dates proposed by Defendants are as set forth in the below chart and are approximately two weeks more for each date than Plaintiffs' chart set forth above.

Plaintiffs' environmental expert would not make herself available for inspection until May 15th, 2024 adding more work to Defendants when they were to be preparing expert reports. Plaintiffs waited to schedule Defendants' 30(b)(6)

1  depositions until the two weeks prior to the current fact discovery cut off and held
2  one deposition of one of Defendants' employees on the cutoff date of May 7th.  The
3  parties are missing numerous deposition transcripts which must be reviewed,
4  considered and included within the experts' reports.

5       Plaintiffs refused to appear for two depositions of named Plaintiffs scheduled
6  before the discovery cutoff and refused to provide new dates for the two they
7  unilaterally canceled and a third that had yet to be taken.  After meet and confer,
8  Plaintiffs finally agreed to schedule one for May 14th.  As of yesterday, Plaintiffs
9  have still refused to provide new dates for the two who did not show up for their
10 depositions and Plaintiffs advised Defendants that the two are likely to be
11 withdrawn as named Plaintiffs.  This has yet to happen.  If it does not, their
12 depositions will need to take place and it takes a minimum of two weeks or more to
13 schedule depositions through CDCR where both of the Plaintiffs are located.

14      Plaintiffs are seeking to take 5 more depositions of Defendants' witnesses
15 which will not take place until the end of May *if allowed by the Court.* Plaintiffs
16 also seek duplicate depositions of NaphCare individuals through a motion to compel
17 against NaphCare for allegedly not designating the correct 30(b)(6) witness, and that
18 motion is not scheduled to be heard until June 3, 2024.  I*f granted*, it will result in
19 additional medical, mental health and dental related testimony in June of 2024 with
20 deposition transcripts to follow which will duplicate the deposition testimony of 3 of
21 those at issue in the motion against defendants to exceed the limit of 10 depositions.

22      The parties are not done with the 30(b)(6) depositions of Defendants'
23 employees as a result of overbroad categories drafted by Plaintiffs, requiring the
24 defendants to designate additional witnesses as part of a meet and confer process.
25 Those depositions will not take place until after the May 15th hearing on Plaintiffs'
26 Motion to Compel.

27      Once Plaintiffs' heard Dr. Ross state that he needed 8 weeks to complete his
28 report after May 20th, they decided that they too wanted an extension of time for

production of expert disclosures.  The parties are only two weeks apart on their request for extension.  Given the limited window of dispute and the amount of additional discovery being conducted and requested by Plaintiffs and necessitated by Plaintiffs removal/non-removal of named Plaintiffs, Defendants' requested extension of 60 days from May 31st should be granted.

Below is a table showing the deadlines under the current pretrial schedule (Dkt. 594) as well as the amended deadlines proposed by Defendants.

| Event | Current Deadline | Proposed, Amended Deadline |
|---|---|---|
| Deadline to serve disclosures required by Federal Rule of Civil Procedure 26(a)(2)(A) through (C) + 8 weeks from May 20 | May 31, 2024 | July 31, 2024 |
| Deadline to serve contradictory or rebuttal evidence pursuant to Federal Rule of Civil Procedure 26(a)(2)(D) and (E) | June 21, 2024 | September 20, 2023 |
| Expert Discovery Cutoff | July 19, 2024 | October 21, 2023 |
| Deadline to file dispositive motions, including *Daubert* motions | August 16, 2024 | November 18, 2024 |
| Deadline to comply with pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) | November 7, 2024 | February 6, 2025 |
| Deadline to meet and confer and prepare the proposed pretrial order in the form as set forth in Civil Local Rule 16.1.f.6. | November 14, 2024 | February 20, 2025 |
| Deadline to file objections to pre-trial disclosures | November 21, 2024 | March 6, 2025 |
| Deadline to serve and lodge the Proposed Final Pretrial Conference Order with the assigned district judge | December 5, 2024 | March 20, 2025 |

| Final Pretrial Conference before the **Honorable Anthony J. Battaglia** | December 12, 2024 at 2:00 p.m. | April 24, 2025 at 2:00 p.m. |
|---|---|---|

Respectfully submitted,

DATED: May 10, 2024         ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
   Van Swearingen

Attorneys for Plaintiffs and the Certified Class and Subclasses

DATED: May 10, 2024         BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Elizabeth M. Pappy*
   Elizabeth M. Pappy

Attorneys for Defendants

# SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filings Procedures Manual Section 2(f)(4), I certify that I have obtained consent of all signatories to the electronic filings of the foregoing document.

DATED: May 10, 2024         ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
   Van Swearingen

Attorneys for Plaintiffs and the Certified Class and Subclasses