GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California  94709
Telephone:   (510) 806-7366
Facsimile:   (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:   (858) 677-1400
Facsimile:   (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>　　　　　Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**NOTICE OF MOTION AND MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL ADDITIONAL NAPHCARE 30(b)(6) TESTIMONY; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Judge:　　Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

[4491554.1]

Case No. 3:20-cv-00406-AJB-DDL

1   **NOTICE OF MOTION**

2   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

3          PLEASE TAKE NOTICE that Plaintiffs Darryl Dunsmore, Andree Andrade,

4   Ernest Archuleta, James Clark, Anthony Edwards, Lisa Landers, Reanna Levy,

5   Josue Lopez, Christopher Nelson, Christopher Norwood, Jesse Olivares, Gustavo

6   Sepulveda, Michael Taylor, and Laura Zoerner, on behalf of themselves and the

7   Certified Class and Subclasses (collectively, "Plaintiffs"), pursuant to Civil Local

8   Rule 79.2 and Electronic Case Filing Administrative Policies and Procedures

9   Manual Section 2(j), hereby bring this motion to file under seal documents filed in

10  support of Plaintiffs' Motion to Compel Additional NaphCare 30(b)(6) Testimony.

11         This Motion is based on this Notice of Motion, the accompanying

12  Memorandum of Points and Authorities and the Declaration of Priyah Kaul filed

13  herewith.

14

15  DATED:  May 13, 2024          Respectfully submitted,

16                                ROSEN BIEN GALVAN & GRUNFELD LLP

17
                                  By: */s/ Priyah Kaul*
18                                    Priyah Kaul

19                                Attorneys for Plaintiffs and the Certified Class
20                                and Subclasses

21

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

[4491554.1]                          1                Case No. 3:20-cv-00406-AJB-DDL

NOTICE OF MOTION AND MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS'
MOTION TO COMPEL ADDITIONAL NAPHCARE 30(b)(6) TESTIMONY; MEM. OF P. & A.

# MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Civil Local Rule 79.2 and Electronic Case Filing Administrative Policies and Procedures Manual Section 2(j), and consistent with this Court's June 6, 2022 Order regarding sealing, Dkt. 161, this Court's May 15, 2023 Order regarding sealing, Dkt. 306, and the Amended Stipulated Protective Order, Dkt. 400, at the request of NaphCare of San Diego LLC ("NaphCare"), Plaintiffs move to file under seal the following documents or portions of documents filed in support of Plaintiffs' Motion to Compel Additional NaphCare 30(b)(6) Testimony:

(1)    the rough transcript from the deposition of Angela Nix; and

(2)    a chart excerpting the deposition testimony at issue in the motion to compel, with the parties' positions on the testimony, prepared by the parties pursuant to the Court's order at Dkt. 625.

The Amended Stipulated Protective Order in this case requires that a party seeking to file any material designated as confidential "must seek permission of the Court to file the material under seal." Dkt. 400 at ¶ 12.  This requirement applies even if another party has objected to the confidentiality designation, as the Amended Stipulated Protective Order requires that the "material[] at issue be treated as confidential information, as designated by the designating party, until the Court has ruled on the objection or the matter has been otherwise resolved." *Id.* ¶ 13.  With respect to deposition testimony, the Amended Protective Order provides that a party may designate portions of testimony as containing confidential information until 14 days after receipt of the transcript. *Id.* ¶ 6.

The parties met and conferred, and prepared the chart regarding Ms. Nix's testimony, using the rough transcript.  Declaration of Priyah Kaul In Support of Plaintiffs' Motion to File Documents Under Seal in Support of Plaintiffs' Motion to Compel Additional NaphCare 30(b)(6) Testimony ("Kaul Decl."), ¶ 2.  Although the final transcript recently became available, the 14-day time period to designate any portions of Ms. Nix's testimony confidential has not yet lapsed.  *Id*.  Plaintiffs have

1  reviewed the transcript, and the chart, and do not believe either document warrants

2  sealing.  *Id*. ¶ 3.  Plaintiffs also are cognizant of this Court's prior orders regarding

3  sealing in this litigation, which emphasized the "strong presumption in favor of

4  [public] access" to court records, and the importance of "narrowly tailor[ing]" any

5  requests to seal.  Dkt. 161 at 2–4; Dkt. 306 at 2–4.  Plaintiffs move to seal the

6  exhibits at issue in this motion solely at NaphCare's request and consistent with the

7  Amended Stipulated Protective Order.

8         Plaintiffs request that upon lapsing of the 14-day period for confidentiality

9  designations, Plaintiffs be permitted to file on the public docket the final, unredacted

10  version of the transcript, as well as the chart.  These documents implicate "the

11  public's demands for and interests in accountability within its county jails."  *Est. of*

12  *Nunez by & through Nunez v. Cnty. of San Diego*, 386 F. Supp. 3d 1334, 1338 (S.D.

13  Cal. 2019); *see also Agster v. Maricopa Cnty.*, 422 F.3d 836, 839 (9th Cir. 2005)

14  ("[I]n the prison context … it is peculiarly important that the public have access to the

15  assessment by peers of the care provided.").  Whatever NaphCare's reasons for

16  designating the exhibits confidential at any later point, they will need to overcome

17  that public interest.

18         Consistent with the Amended Stipulated Protective Order, Plaintiffs therefore

19  move to file under seal Exhibits B and C to the Declaration of Priyah Kaul In

20  Support of Plaintiffs' Motion to Compel Additional NaphCare 30(b)(6) Testimony.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

NOTICE OF MOTION AND MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS'
MOTION TO COMPEL ADDITIONAL NAPHCARE 30(b)(6) TESTIMONY; MEM. OF P. & A.

## CONCLUSION

For the foregoing reasons, Plaintiffs' respectfully request that the Court grant this motion to seal.

DATED: May 13, 2024                    Respectfully submitted,

                                       ROSEN BIEN GALVAN & GRUNFELD LLP

                                       By: */s/ Priyah Kaul*
                                           Priyah Kaul

                                       Attorneys for Plaintiffs and the Certified Class and Subclasses

NOTICE OF MOTION AND MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL ADDITIONAL NAPHCARE 30(b)(6) TESTIMONY; MEM. OF P. & A.