GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, Plaintiffs, v. SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, Defendants. | Case No. 3:20-cv-00406-AJB-DDL **DECLARATION OF PRIYAH KAUL IN SUPPORT OF PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL ADDITIONAL NAPHCARE 30(b)(6) TESTIMONY** Judge: Hon. Anthony J. Battaglia Magistrate: Hon. David D. Leshner Trial Date: None Set |

[4491705.1]

Case No. 3:20-cv-00406-AJB-DDL

DECL. OF PRIYAH KAUL ISO PLS.' MOTION TO FILE DOCUMENTS UNDER SEAL ISO PLS.' MOTION TO COMPEL ADDITIONAL NAPHCARE 30(b)(6) TESTIMONY

I, Priyah Kaul, declare:

1. I am an attorney duly admitted to practice before this Court. I am a senior counsel in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs and the Certified Class and Subclasses. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motion to File Documents Under Seal in Support of Plaintiffs' Motion to Compel Additional NaphCare 30(b)(6) Testimony.

2. Plaintiffs seek to seal two documents submitted with Plaintiffs' Motion to Compel Additional NaphCare 30(b)(6) Testimony and contained within Exhibits B and C to the Declaration of Priyah Kaul filed therewith. Exhibit B is a rough transcript from the deposition of Angela Nix, and Exhibit C is a chart prepared by the parties which quotes directly from the transcript. Although the final transcript recently became available, the 14-day time period to designate any portions of Ms. Nix's testimony confidential has not yet lapsed. Consistent with the Amended Stipulated Protective Order in this litigation, *see* Dkt. 400, Plaintiffs move to seal these exhibits at NaphCare's request and given that the 14-day period for designating as confidential portions of Ms. Nix's testimony has not yet lapsed.

3. Plaintiffs object to the confidentiality designations. Plaintiffs have reviewed the transcript, and the chart, and do not believe either document warrants sealing. I reached out to NaphCare's counsel by email regarding the filing of these documents on May 10, 2024. On May 13, 2024, NaphCare's counsel responded with its position that given that the 14-day period for confidentiality designations has not lapsed, the documents should be filed under seal for now.

/ / /
/ / /
/ / /
/ / /

4. Staff at my firm have confirmed the motion to seal complies with Civil Local Rule 79.2 and Electronic Case Filing Administrative Policies and Procedures Manual Section 2(j).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 13th day of May, 2024.

*/s/ Priyah Kaul*
Priyah Kaul