# PROOF OF SERVICE

*Dunsmore et al. v. San Diego County Sheriff's Dept., et al.*
Case No. 20-cv-00406 AJB DDL

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 101 Mission Street, Sixth Floor, San Francisco, CA 94105-1738.

On May 13, 2024, I served true copies of the following document(s) described as:

**DECLARATION OF PRIYAH KAUL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL ADDITIONAL NAPHCARE RULE 30(B)(6) TESTIMONY [UNDER SEAL]**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address lnewfeld@rbgg.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 13, 2024, at San Francisco, California.

*Lindsay Newfeld*
I. Lindsay Newfeld

[4492198.1]

1
PROOF OF SERVICE

Case No. 20-cv-00406 AJB DDL

# SERVICE LIST
*Dunsmore et al. v. San Diego County Sheriff's Dept., et al.*
Case No. 20-cv-00406 AJB DDL

BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, CA 92101

Susan E. Coleman
(SColeman@bwslaw.com)
Terri Mehra
(TMehra@bwslaw.com)
Diana Favela
(DFavela@bwslaw.com)

BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, CA 95113-2336

Elizabeth M. Pappy
(EPappy@bwslaw.com)
Lucy Gonzalez
(LGonzalez@bwslaw.com)

OFFICE OF COUNTY COUNSEL,
COUNTY OF SAN DIEGO
1600 Pacific Highway, Room 355
San Diego, CA 92101-2469

Steven Inman
(Steven.Inman@sdcounty.ca.gov)

Attorneys for Defendants County of San Diego, San Diego County Sheriff's Department, and San Diego County Probation Department

MANNING & KASS ELLROD RAMIREZ TRESTER LLP
225 Broadway, Suite 1200
San Diego, CA 92101

Eugene Ramirez
(Eugene.Ramirez@manningkass.com)
Marguerite Jonak
(Marguerite.Jonak@manningkass.com)
Natalie Ortiz
(Natalie.Ortiz@manningkass.com)

Attorneys for NaphCare of San Diego LLC