UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 20-cv-406-AJB-DDL<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE PRETRIAL DEADLINES**<br><br>**[Dkt. No. 642]** |

Before the Court is the parties' Joint Motion to Continue Pretrial Deadlines. Dkt. No. 642. The Court finds that despite the parties' appropriate diligence, a brief continuance of certain pretrial deadlines is necessary. Therefore, and for good cause appearing, the Joint Motion is **GRANTED IN PART**. The operative Scheduling Order is hereby amended as follows:

| **Event** | **Amended Deadline** |
|---|---|
| Expert Discovery Cutoff | October 11, 2024 |
| Deadline to serve disclosures required by Federal Rule of Civil Procedure 26(a)(2)(A) through (C) | July 31, 2024 |

| Event | Amended Deadline |
|---|---|
| Deadline to serve contradictory or rebuttal evidence pursuant to Federal Rule of Civil Procedure 26(a)(2)(D) and (E) | September 11, 2024 |
| Deadline to file dispositive motions, including *Daubert* motions | November 18, 2024 |
| Deadline to comply with pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) | February 21, 2025 |
| Deadline to meet and confer and prepare the proposed pretrial order in the form as set forth in Civil Local Rule 16.1.f.6. | February 27, 2025 |
| Deadline to file objections to pre-trial disclosures | March 6, 2025 |
| Deadline to serve and lodge the Proposed Final Pretrial Conference Order with the assigned district judge | March 13, 2025 |
| Final Pretrial Conference before the **Honorable Anthony J. Battaglia** | March 20, 2025 at 2:00 p.m. |

Except as modified herein, all dates, deadlines, instructions and mandatory procedures, including the consequences for failure to comply with same, remain in effect. All counsel must "take all steps necessary to bring [this] action to readiness for trial." CivLR 16.1.b.

**IT IS SO ORDERED.**

Dated: May 16, 2024

*David Leshner*

Hon. David D. Leshner
United States Magistrate Judge