GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:  (858) 677-1400
Facsimile:   (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California  94709
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, Plaintiffs, <br> v. <br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINES FOR COMPLETION OF RULE 30(b)(6) DEPOSITIONS** <br><br> Judge:  Hon. Anthony J. Battaglia <br> Magistrate: Hon. David D. Leshner <br><br> Trial Date: None Set |

(*counsel continued from preceding page*)

SUSAN E. COLEMAN – 171832
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Telephone: 619.814.5800
Facsimile: 619.814.6799

ELIZABETH M. PAPPY – 157069
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Telephone: 408.606.6300
Facsimile: 408.606.6333

Attorneys for Defendants

In the parties' May 1, 2024 Joint Motion to Extend Certain Fact Discovery Deadlines, the Parties respectfully requested that the Court permit (1) Plaintiffs' environmental expert to conduct inspections at Central Jail and South Bay Detention Facility on May 15, 2024, and (2) certain Rule 30(b)(6) witnesses to be deposed by May 17, 2024.  Dkt. No. 630.  The Court granted that Joint Motion and extended the fact discovery deadlines as requested by the parties.  Dkt. No. 635.

Plaintiffs' environmental expert's inspections at Central Jail and South Bay Detention Facility took place on May 15, 2024.

As to the Rule 30(b)(6) depositions, the Parties have met, conferred, and agreed that Defendants will designate additional Rule 30(b)(6) witnesses to testify as to the following topics for the following times:

- May 16, 2024 at 3:00 p.m.:  Topic 4(c) - Contraband interdiction including mail – Sgt. Aaron Brown – 30 minutes
- May 16 at 3:30 p.m.:  Topic 5(a-b) violence prevention – Sgt. Aaron Brown - 15 minutes
- May 21, 2024 at 9:30 a.m.:  Topic 13 - Police practices/arrest and incarceration disparities by race – Captain Tom Siever – 30 minutes
- May 21, 2024 at 10:15 a.m.:  Topic 5(a-b) - I/P assault rates – DIU analyst Diana Lopez Leon  - 15 minutes
- May 21, 2024 at 9:00 a.m. :  Topic 5(b) - Video/intercoms (facilities other than SDCJ) – Matt McArdle – 34 minutes
- TBD:  Topic 11 – Access to counsel/courts (other than SDCJ) – [witness not yet designated] – 30 minutes

Defendants are presently working to confirm the person, date, and time for the witness who will testify as to the last point above.  The Parties agree that Defendants will endeavor to designate and complete the depositions by May 24, 2024 and will ensure that it is completed no later than by May 31, 2024.

Because the Rule 30(b)(6) witnesses will not be completed by May 17, 2024,

the Parties respectfully request that this Court extend the fact discovery deadline for completion of the 30(b)(6) witnesses' depositions to May 31, 2024.

Respectfully submitted,

DATED: May 16, 2024     ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ *Van Swearingen*
Van Swearingen

Attorneys for Plaintiffs and the Certified Class and Subclasses

DATED: May 16, 2024     BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ *Susan E. Coleman*
Susan E. Coleman

Attorneys for Defendants

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filings Procedures Manual Section 2(f)(4), I certify that I have obtained consent of all signatories to the electronic filings of the foregoing document.

DATED: May 16, 2024     ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ *Van Swearingen*
Van Swearingen

Attorneys for Plaintiffs and the Certified Class and Subclasses