GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, Plaintiffs, v. SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION FOR DISMISSAL OF PLAINTIFFS LISA LANDERS AND CHRISTOPHER NELSON AND REQUEST FOR ORDER TO REMOVE CLASS REPRESENTATIVES**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

(*counsel continued from preceding page*)

SUSAN E. COLEMAN (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

ELIZABETH M. PAPPY (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

DEANN R. RIVARD (SBN 177482)
E-mail: drivard@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants

1  Plaintiffs' class counsel have recently learned that Lisa Landers and
2  Christopher Nelson, two of the fourteen designated class representatives in this case,
3  cannot continue as class representatives and therefore wish to withdraw.

4  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the
5  parties hereby stipulate to and move for the dismissal without prejudice of Plaintiff
6  Landers and Plaintiff Nelson's claims (in their individual capacities only) and the
7  removal of both Plaintiff Landers and Plaintiff Nelson as plaintiffs in this matter.
8  The parties further jointly request that the Court order the removal of Plaintiff
9  Landers and Plaintiff Nelson as class representatives.

10  After the dismissal of these two individuals, there will still be twelve
11  designated class representatives who Plaintiffs allege will adequately represent the
12  class, for the reasons explained in the parties' Joint Notice of Motion and Motion for
13  Class Certification. Dkt. 423; *see also* Dkt. 425 (Order Granting Joint Motion for
14  Class Certification).

Respectfully submitted,

DATED: May 20, 2024           ROSEN BIEN GALVAN & GRUNFELD LLP

                              By: */s/ Van Swearingen*
                                  Van Swearingen

                              Attorneys for Plaintiffs and the Certified Class
                              and Subclasses

DATED: May 20, 2024           BURKE, WILLIAMS & SORENSEN, LLP

                              By: */s/ Elizabeth M. Pappy*
                                  Elizabeth M. Pappy

                              Attorneys for Defendants

|     |     |     |
| --- | --- | --- |
| 1   | **SIGNATURE CERTIFICATION** | |
| 2   | Pursuant to the Court's Electronic Case Filings Procedures Manual | |
| 3   | Section 2(f)(4), I certify that I have obtained consent of all signatories to the | |
| 4   | electronic filings of the foregoing document. | |

DATED: May 20, 2024                ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
Van Swearingen

Attorneys for Plaintiffs and the Certified Class and Subclasses

[4491970.4]

2

Case No. 3:20-cv-00406-AJB-DDL

JOINT MOTION FOR DISMISSAL OF PLAINTIFFS LISA LANDERS AND CHRISTOPHER NELSON AND REQUEST FOR ORDER TO REMOVE CLASS REPRESENTATIVES