GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, Plaintiffs, v. SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, Defendants. | Case No. 3:20-cv-00406-AJB-DDL **JOINT MOTION REGARDING DEPOSING NAPHCARE ON-SITE PERSONNEL AND NAPHCARE 30(b)(6) WITNESS** Judge: Hon. Anthony J. Battaglia Magistrate: Hon. David D. Leshner Trial Date: None Set |

[4502253.1]

1  (*counsel continued from preceding page*)

2  ELIZABETH M. PAPPY – 157069
   BURKE, WILLIAMS & SORENSEN, LLP
3  60 South Market Street, Suite 1000
   San Jose, California 95113-2336
4  Telephone:  (408) 606-6300
   Facsimile:   (408) 606-6333
5  epappy@bwslaw.com

6  Attorneys for Defendants

7
   NATALIE ORTIZ – 303869
8  MANNING & KASS, ELLROD,
   RAMIREZ, TRESTER LLP
9  225 Broadway, Suite 1200
   San Diego, California 92101
10 Telephone:  (619) 515-0269
   Facsimile:   (619) 515-0268
11
   Attorneys for Non-Party NaphCare of San Diego LLC

On April 25, 2024, Plaintiffs filed their Motion for Leave to Take Additional Depositions and Compel Depositions, Dkt. No. 621 ("Motion for Leave").  On May 1, 2024, Defendants filed an opposition to the motion.  *See* Dkt. No. 633.  On that same date, non-party healthcare provider NaphCare of San Diego LLC ("NaphCare") also filed an opposition to the motion.  *See* Dkt. No. 632.  On May 13, 2024, Plaintiffs filed a motion to compel additional NaphCare Rule 30(b)(6) testimony, Dkt. No. 646 ("NaphCare Motion").  On May 15, 2024, the Court heard oral argument on the Motion for Leave.

By minute entry dated May 15, 2024, the Court ordered that "Plaintiff shall file any motion to compel additional depositions of NaphCare witnesses no later than May 20, 2024."  *See* Dkt. No. 650.

Plaintiffs' counsel have met and conferred with counsel for Defendants and NaphCare.  Plaintiffs and NaphCare have agreed that NaphCare will produce a Rule 30(b)(6) witness or witnesses on June 7, 2024 to testify for a total of 3.5 hours on the record to discuss (1) training, (2) death records, and (3) questions from the chart attached to the Declaration of Priyah Kaul in Support of the NaphCare Motion. In light of this agreement, Plaintiffs withdraw only the portion of the Motion for Leave that seeks additional NaphCare deponents but not the remainder of their motion.  // Plaintiffs also withdraw the NaphCare Motion, and any subsequently ordered briefing on additional NaphCare deponents is now moot.  The June 3, 2024 oral argument on Plaintiffs' NaphCare Motion may now be vacated.

| | | |
|---|---|---|
| 1 | DATED: May 20, 2024 | Respectfully submitted, |
| 2 | | ROSEN BIEN GALVAN & GRUNFELD LLP |
| 3 | | |
| 4 | | By: *s/Gay Crosthwait Grunfeld* |
| 5 | | Gay Crosthwait Grunfeld |
| 6 | | Attorneys for Plaintiffs and the Certified Class and Subclasses |
| 7 | | |
| 8 | | |
| 9 | DATED: May 20, 2024 | MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP |
| 10 | | |
| 11 | | By: *s/Natalie Ortiz* |
| 12 | | Natalie Ortiz |
| 13 | | Attorneys for Non-Party NaphCare of San Diego LLC. |
| 14 | | |
| 15 | DATED: May 20, 2024 | BURKE, WILLIAMS & SORENSEN, LLP |
| 16 | | |
| 17 | | By: *s/Elizabeth M. Pappy* |
| 18 | | Elizabeth M. Pappy |
| 19 | | Attorneys for Defendants |

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filings Procedures Manual Section 2(f)(4), I certify that I have obtained consent of all signatories to the electronic filings of the foregoing document.

DATED: May 20, 2024                           ROSEN BIEN GALVAN & GRUNFELD LLP

By: *s/Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses