UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF PLAINTIFFS LISA LANDERS AND CHRISTOPHER NELSON *ONLY* AND REQUEST FOR ORDER TO REMOVE CLASS REPRESENTATIVES** |

Case No. 3:20-cv-00406-AJB-DDL

ORDER GRANTING JOINT MOTION FOR DISMISSAL OF PLAINTIFFS LISA LANDERS AND CHRISTOPHER NELSON AND REQUEST FOR ORDER TO REMOVE CLASS REPRESENTATIVES

Having reviewed the parties' Joint Motion for Dismissal of Plaintiffs Lisa Landers and Christopher Nelson and Request for Order to Remove Class Representatives, and for good cause shown, the Court grants the Joint Motion.

Lisa Landers and Christopher Nelson, *only*, are dismissed without prejudice (in their individual capacities) and removed as class representatives.

**IT IS SO ORDERED.**

Dated: May 21, 2024

Hon. Anthony J. Battaglia
United States District Judge