GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California  94709
Telephone:   (510) 806-7366
Facsimile:    (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:   (858) 677-1400
Facsimile:    (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE FOR COMPLETION OF DEPOSITION OF DR. PETER FREEDLAND**<br><br>Judge:        Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

[4502048.1]

Case No. 3:20-cv-00406-AJB-DDL

1  (*counsel continued from preceding page*)

2  SUSAN E. COLEMAN – 171832
   E-mail: scoleman@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600
4  San Diego, California 92101-8474
   Telephone: 619.814.5800
5  Facsimile: 619.814.6799

6  ELIZABETH M. PAPPY – 157069
   E-mail: epappy@bwslaw.com
7  BURKE, WILLIAMS & SORENSEN, LLP
   60 South Market Street, Suite 1000
8  San Jose, California 95113-2336
   Telephone: 408.606.6300
9  Facsimile: 408.606.6333

10  Attorneys for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[4502048.1]                                                    Case No. 3:20-cv-00406-AJB-DDL

1    On April 25, 2024, Plaintiffs filed a Motion for Leave to Take Additional

2  Depositions and to Compel Depositions, Dkt. No. 621 ("Plaintffs' Motion").

3  Plaintiffs' Motion sought, inter alia, to take the deposition of Dr. Peter Freedland

4  who runs Correctional Healthcare Partners ("CHP").

5    On May 15, 2024, Defendants' counsel stated on the record that they have no

6  objection to this deposition going forward.  On May 17, 2024, Defendants' counsel

7  requested that the deposition not occur until approximately June 10, 2024, when

8  CHP's new contract with the County begins, to allow a smooth transition.

9    Because fact discovery has closed, the parties respectfully request that

10  Plaintiffs have leave to serve a deposition subpoena on Dr. Freedland seeking his

11  deposition of not to exceed four hours sometime between June 10 and 21, subject to

12  his availability.  This Joint Motion relieves the Court of the need to decide the

13  portion of Plaintiffs' Motion that relates to Dr. Freedland.

14

15    Respectfully submitted,

16  DATED:  May 21, 2024    ROSEN BIEN GALVAN & GRUNFELD LLP

17    By: */s/ Gay Crosthwait Grunfeld*

18    Gay Crosthwait Grunfeld

19    Attorneys for Plaintiffs and the Certified Class

20    and Subclasses

21

22  DATED:  May 21, 2024    BURKE, WILLIAMS & SORENSEN, LLP

23    By: */s/ Elizabeth M. Pappy*

24    Elizabeth M. Pappy

25    Attorneys for Defendants

26

27  / / /

28  / / /

1

**SIGNATURE CERTIFICATION**

2        Pursuant to the Court's Electronic Case Filings Procedures Manual Section

3  2(f)(4), I certify that I have obtained consent of all signatories to the electronic

4  filings of the foregoing document.

5

6  DATED:  May 21, 2024          ROSEN BIEN GALVAN & GRUNFELD LLP

7                              By:  */s/ Gay Crosthwait Grunfeld*

8                                   Gay Crosthwait Grunfeld

9                              Attorneys for Plaintiffs and the Certified Class
10                             and Subclasses

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28