Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et.al.<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DEFENDANTS' COURT ORDERED STATUS REPORT PER DKT. 620**_____<br>_____<br><br>Judge:  Anthony J. Battaglia<br><br>Magistrate Judge David D. Leshner |

Defendants San Diego County Sheriff's Department, County of San Diego, San Diego County Probation Department provide the following Status Report to the Court pursuant to this Court's Order re: Plaintiffs' Objections to Defendants' ADA

Plan, Dkt. 620:

### A. Updating Policy and Training Staff.

New ADA policies went into effect on May 30th, 2024, and training bulletins were distributed May 31st, 2024. In addition to the May 31st training bulletins, training will take place on an ongoing basis.

### B. Physical Plant Changes and Interim Accommodation Plan.

#### 1. Toileting Area Dimensions.

The available physical space for one toileting area in 8D is ¼ inch short of 60 inches (59.75"). The shower in the same area is part of the December 23, 2024 completion date remodel which will address the ¼ inch issue with regard to the toileting area. Plaintiffs contend that construction work should be undertaken now that would have to be demolished as part of the December 23, 2024 completion date remodel to provide the additional ¼ inch. A diagram of the area is attached hereto as Exhibit A.

#### 2. Feasible Restriction.

The objectionable language ("feasible" and "available") was removed from the policy on Effective Communications. A copy of the current policy is attached hereto as Exhibit B.

#### 3. Extended Period of Time Remedial Measures/Remedial Measures.

Any Incarcerated Person person with a mobility disability using a wheelchair

in a housing module/fulltime (as opposed to intermittent use referring to individuals who only need wheelchairs for transportation long distances and do not use them in housing modules) are assigned single or bottom bunk of a double bunk bed on the lower tier of two story modules. Individuals designated by medical staff as being intermittent wheelchair users are assigned a single bed or lower bunk of a double bunk bed on the lower or upper tier. A copy of the housing policy is attached hereto as Exhibit C.

### 4. Mobility Disability Housing Statistics

Attached hereto as Exhibit D are statistics on the median number of incarcerated non-wheelchair persons with mobility disabilities and the accessible beds identified in the ADA Plan at Page 15:6-24 will be available by December 23, 2024.

### 5. Intermittent Wheelchair Assignment to Lower Bunks/Single Bed.

Defendants have implemented a policy reflecting the assignment of both fulltime and intermittent wheelchair users to single or lower bunk beds in double bunks only. See Exhibit C hereto.

### 6. Plans and Specification.

The parties are meeting on June 3rd, 2024 at 9:00 a.m. for a full day Settlement Conference with Magistrate Judge David Leschner to meet and confer with party representatives, counsel and each side's experts regarding the specific

alterations underway pursuant to the ADA Plan. Plaintiffs have been provided the architectural plans, and two drawings specific to toileting measurements in 8C and 8D, one of which is attached hereto as Exhibit A.

### C. Sign Language Interpretation

#### 1. WiFi Availability for Video Services/Sign Language Services

The Effective Communication policy was amended and is attached hereto as Exhibit A. The ADA Plan will be amended in accordance with this Order.

Each housing module at every facility has a Video Kiosk which can be enabled to provide "Purple" (VRS system or Video relay system) or closed caption phone service. Purple is enabled for persons identified by medical as needing sign language services. Sworn staff with phones have access to Lionbridge which can be used to communicate with hearing impaired persons. Tablets with the VRI (Video Remote Interpreting) are also available at all facilities. Where there is a required need for a tablet, if Wi-Fi is not available the Defendants staff provide a temporary wireless access point. If a temporary wireless access point cannot be set up, the Incarcerated Person is transferred to alternate housing at the same or different facility in accordance with their classification and any other needs (ADA or otherwise).

#### 2. Sign Language formats and languages.

Defendants have one certified deaf interpreter available and is searching for an additional provider with more than one to increase capacity. Defendants are investigating online foreign language interpretation services but have not received any

specific information from Plaintiffs to assist in the search. Defendants will continue to meet and confer to see what other languages are being requested and are available.

### 3. Tracking.

Tracking is already taking place as set forth in the policy. See Exhibit B.

### D. The New Policies Attached to the ADA Plan

The ADA Plan will be so revised. The Phone draft policy and Effective Communication draft policy were provided to Plaintiffs on March 8, 2024, prior to issuance of the Court's April 22, 2024 Order pursuant to ongoing settlement negotiations about the entire Fifth Cause of Action (ADA). New drafts of the Effective Communication and Housing and Evacuation plans were provided on May 1, 2024, Plaintiffs' comments were received and Defendants' expert (highly regarded by Plaintiffs' counsel) approved the final versions attached hereto as Exhibits B and E.

Dated: May 31, 2024      BURKE, WILLIAMS & SORENSEN, LLP

By:     */s/ Elizabeth M. Pappy*
Susan E. Coleman
Elizabeth M. Pappy
Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

**PROOF OF SERVICE**

**Case No. 3:20-cv-00406-AJB-DDL**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 1 California Street, Suite 3050, San Francisco, CA 94111-5432.

On May 31, 2024, I served true copies of the following document(s) described as **DEFENDANTS' COURT ORDERED STATUS REPORT PER DKT. 620** on the interested parties in this action as follows:

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dzepeda@bwslaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 31, 2024, at San Francisco, California.

Daniel M. Zepeda