1  GAY C. GRUNFELD – 121944
   VAN SWEARINGEN – 259809
2  ERIC MONEK ANDERSON – 320934
   HANNAH M. CHARTOFF – 324529
3  BEN HOLSTON – 341439
   ROSEN BIEN
4  GALVAN & GRUNFELD LLP
   101 Mission Street, Sixth Floor
5  San Francisco, California  94105-1738
   Telephone:   (415) 433-6830
6  Facsimile:    (415) 433-7104
   ggrunfeld@rbgg.com
7  vswearingen@rbgg.com
   eanderson@rbgg.com
8  hchartoff@rbgg.com
   bholston@rbgg.com
9
   AARON J. FISCHER – 247391
10 LAW OFFICE OF
   AARON J. FISCHER
11 1400 Shattuck Square Suite 12 - #344
   Berkeley, California  94709
12 Telephone:  (510) 806-7366
   Facsimile:    (510) 694-6314
13 ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:   (858) 677-1400
Facsimile:    (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

14 Attorneys for Plaintiffs and the
   Certified Class and Subclasses

15

16                UNITED STATES DISTRICT COURT

17               SOUTHERN DISTRICT OF CALIFORNIA

18 | DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-00406-AJB-DDL |
|---|---|

**JOINT STATUS REPORT RE DEFENDANTS' ADA PLAN**

Plaintiffs,

          v.

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,

          Defendants.

Judge:       Hon. Anthony J. Battaglia
Magistrate: Hon. David D. Leshner

[4515747.9]

Case No. 3:20-cv-00406-AJB-DDL

1  (*counsel continued from preceding page*)

2  SUSAN E. COLEMAN – 171832
   BURKE, WILLIAMS & SORENSON, LLP
3  501 West Broadway, Suite 1600
   San Diego, CA 92101-8474
4  Telephone:   (619) 814-5800
   Facsimile:   (619) 814-6799
5  scoleman@bwslaw.com

6  ELIZABETH M. PAPPY – 157069
   BURKE, WILLIAMS & SORENSON, LLP
7  60 South Market Street, Suite 1000
   San Jose, CA 95113-2336
8  Telephone:   (408) 606-6300
   Facsimile:   (408) 606-6333
9  epappy@bwslaw.com

10  Attorneys for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[4515747.9]                                                Case No. 3:20-cv-00406-AJB-DDL

JOINT STATUS REPORT RE DEFENDANTS' ADA PLAN

The parties hereby submit this joint status report regarding Defendants' ADA Plan. Pursuant to the parties' Joint Motion and Order re Accessibility at Central Jail, Effective Communication Policy and Practice, and Provisional Class Certification (Dkt. 355) ("ADA Order"), Defendants submitted their ADA Plan on October 5, 2023. Dkt. 409. Plaintiffs filed objections to the ADA Plan on October 20, 2023. Dkt. 416. On April 24, 2024, the Court sustained in part and overruled in part Plaintiffs' objections. Dkt. 620. The Court required the parties to meet and confer about certain issues, required Defendants to amend their ADA Plan, and required Defendants to file a status report, which Defendants did on May 31, 2024. Dkt. 667. Following a meet and confer with Magistrate Judge David Leshner on June 3, 2024, the parties were required to file this joint status report to confirm the parties' compliance with the meet and confer requirement of the April 24, 2024 order and proposed timing for defendants' submission of an amended ADA Plan.

**I.    Meet and Confer Pursuant to April 24, 2024 Order**

On June 3, 2024, the parties met and conferred in person with the assistance of Magistrate Judge David Leshner regarding the ADA Plans' dimensions for accessibility renovations with the parties, their counsel and expert witnesses for both sides. The Parties also discussed the Defendants' efforts to add additional certified deaf interpreters and additional non-ASL sign language interpreters. The parties have continued to meet and confer about the plans and dimensions since then, with Plaintiffs providing a written list of issues from the plans on June 7, 2024, and Defendants providing a written response on June 14, 2024. Plaintiffs intend to provide a further response by June 21, 2024.

**II.    Timeline for Amended ADA Plan**

At the June 3, 2024 meet and confer, Judge Leshner also asked the parties to provide a status report on the timeline for Defendants to file an amended ADA Plan.

Defendants intend to provide the amended ADA Plan to Plaintiffs for review and comment before filing it with the Court. Defendants will provide the amended

1  ADA Plan to Plaintiffs no later than June 25, 2024.  Plaintiffs will review the

2  amended ADA Plan and continue to meet and confer over any issues.

3

4  DATED:  June 21, 2024                Respectfully submitted,

5                                       ROSEN BIEN GALVAN & GRUNFELD LLP

6

7                                       By:   */s/ Gay Crosthwait Grunfeld*

8                                             Gay Crosthwait Grunfeld

9                                       Attorneys for Plaintiffs and the Certified Class

10                                      and Subclasses

11

12  DATED:  June 21, 2024                BURKE, WILLIAMS & SORENSON, LLP

13

14                                      By:   */s/ Elizabeth M. Pappy*

15                                            Elizabeth M. Pappy

16                                      Attorneys for Defendants
                                        County of San Diego, San Diego County
17                                      Sheriff's Department, and San Diego County
                                        Probation Department
18

19                        **SIGNATURE CERTIFICATION**

20          Pursuant to the Court's Electronic Case Filing Procedures Manual

21  Section 2(f)(4), I certify that I have obtained the consent of all signatories to the

22  electronic filing of the foregoing document.

23  DATED:  June 21, 2024                ROSEN BIEN GALVAN & GRUNFELD LLP

24

25                                      By:   */s/ Gay Crosthwait Grunfeld*

26                                            Gay Crosthwait Grunfeld

27                                      Attorneys for Plaintiffs and the Certified Class
                                        and Subclasses
28

[4515747.9]                          2              Case No. 3:20-cv-00406-AJB-DDL
                    JOINT STATUS REPORT RE DEFENDANTS' ADA PLAN