# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER**
Please use one form per case
*Please read instructions on next page*

**COURT USE ONLY**
**DUE DATE:**

| | |
|---|---|
| **1a.** CONTACT PERSON FOR THIS ORDER: Kedra Chan | **2a.** CONTACT PHONE NUMBER: 415.433.6830 |
| **3a.** CONTACT EMAIL ADDRESS: kchan@rbgg.com | |
| **1b.** ATTORNEY NAME (if different): Gay Grunfeld | **2b.** ATTORNEY PHONE NUMBER: 415.433.6830 |
| **3b.** ATTORNEY EMAIL ADDRESS: ggrunfeld@rbgg.com | |
| **4.** MAILING ADDRESS: Rosen Bien Galvan & Grunfeld LLP, 101 Mission St. Sixth Floor San Francisco, CA 94105 | **5.** CASE NAME: Dunsmore et al. v. San Diego County Sheriff's Department, et al. |
| **6.** CASE NUMBER: 20-cv-00406-AJB-DDL | |

**7.** TRANSCRIPT(S) REQUESTED

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | CD ($32) | ORDINARY (30-day $4.00 pp) | 14-DAY ($4.70 pp) | EXPEDITED (7-day $5.35 pp) | 3-DAY ($6.00 pp) | DAILY (Next Day $6.70 pp) | HOURLY (2 hrs $8.00 pp) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2024 | DDL | IDC | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**8.** ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, DCN #, ETC.

Discovery Conference

**ORDER & CERTIFICATION (9. & 10.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**9.** SIGNATURE: /s/ Gay Grunfeld

**10.** DATE: July 1, 2024

[ Clear Form ]   [ Print to PDF ]