# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER**
Please use one form per case
*Please read instructions on next page*

**COURT USE ONLY**
**DUE DATE:**

| | |
|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER** | Kedra Chan |
| **2a. CONTACT PHONE NUMBER** | 415.433.6830 |
| **3a. CONTACT EMAIL ADDRESS** | kchan@rbgg.com |
| **1b. ATTORNEY NAME (if different)** | Gay Grunfeld |
| **2b. ATTORNEY PHONE NUMBER** | 415.433.6830 |
| **3b. ATTORNEY EMAIL ADDRESS** | ggrunfeld@rbgg.com |
| **4. MAILING ADDRESS** | Rosen Bien Galvan & Grunfeld LLP, 101 Mission St. Sixth Floor San Francisco, CA 94105 |
| **5. CASE NAME** | Dunsmore et al. v. San Diego County Sheriff's Department, et al. |
| **6. CASE NUMBER** | 20-cv-00406-AJB-DDL |

**7. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | CD ($32) | ORDINARY (30-day $4.00 pp) | 14-DAY ($4.70 pp) | EXPEDITED (7-day $5.35 pp) | 3-DAY ($6.00 pp) | DAILY (Next Day $6.70 pp) | HOURLY (2 hrs $8.00 pp) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/29/2024 | DDL | SC | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

**8. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, DCN #, ETC.**

Status Conference

**ORDER & CERTIFICATION (9. & 10.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**9. SIGNATURE:** /s/ Gay Grunfeld

**10. DATE:** July 11, 2024