| | |
|---|---|
| GAY C. GRUNFELD – 121944<br>VAN SWEARINGEN – 259809<br>ERIC MONEK ANDERSON – 320934<br>HANNAH M. CHARTOFF – 324529<br>BEN HOLSTON – 341439<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>ggrunfeld@rbgg.com<br>vswearingen@rbgg.com<br>eanderson@rbgg.com<br>hchartoff@rbgg.com<br>bholston@rbgg.com | CHRISTOPHER M. YOUNG – 163319<br>ISABELLA NEAL – 328323<br>OLIVER KIEFER – 332830<br>DLA PIPER LLP (US)<br>4365 Executive Drive, Suite 1100<br>San Diego, California 92121-2133<br>Telephone: (858) 677-1400<br>Facsimile: (858) 677-1401<br>christopher.young@dlapiper.com<br>isabella.neal@dlapiper.com<br>oliver.kiefer@dlapiper.com |

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>                Plaintiffs,<br>      v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>                Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br>**JOINT MOTION TO CONTINUE PRETRIAL DEADLINES**<br><br>Judge:      Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

(*counsel continued from preceding page*)

[4526145.2]

Case No. 3:20-cv-00406-AJB-DDL

JOINT MOTION TO CONTINUE PRETRIAL DEADLINES

SUSAN E. COLEMAN (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

ELIZABETH M. PAPPY (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

DEANN R. RIVARD (SBN 177482)
E-mail: drivard@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants

Pursuant to the discussion among counsel and the Court at the July 10, 2024 settlement conference, the parties respectfully submit this Joint Motion to Continue Pretrial Deadlines. The parties agree that all deadlines set forth in the Order Granting in Part Joint Motion to Continue Pretrial Deadlines, Dkt. No. 651, should be extended by three weeks (21 days).

The parties have been working in good faith to resolve the Third Claim for Relief regarding accommodations to incarcerated people with disabilities (see Dkt. 231 at 209–215). These efforts have included in-person settlement conferences on June 3, 2024, July 3, 2024 and July 10, 2024 under the auspices of the Honorable David D. Leshner. During the July 10, 2024 settlement conference, the parties agreed to further exchange information and drafts and conduct further negotiations, including with the Court again on July 29, 2024. Participating in these negotiations will make it difficult to complete and serve the expert disclosures required by Federal Rule 26(a)(2)(A)-(C) by the current deadline of July 31, 2024—less than three weeks from the date of the present motion. As a result, good cause exists to extend the deadline for those expert disclosures and all ensuing deadlines by a short period, three weeks, so that the parties can continue to devote substantial resources to their ongoing settlement negotiations while continuing to prepare expert disclosures. The proposed amended schedule would be:

| Event | Current Deadline | Proposed, Amended Deadline |
|---|---|---|
| Expert Discovery Cutoff | October 11, 2024 | November 1, 2024 |
| Deadline to serve disclosures required by Federal Rule of Civil Procedure 26(a)(2)(A) through (C) | July 31, 2024 | August 21, 2024 |
| Deadline to serve contradictory or rebuttal evidence pursuant to Federal Rule of Civil Procedure 26(a)(2)(D) and (E) | September 11, 2024 | October 2, 2024 |

| Event | Current Deadline | Proposed, Amended Deadline |
|---|---|---|
| Deadline to file dispositive motions, including *Daubert* motions | November 18, 2024 | December 9, 2024 |
| Deadline to comply with pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) | February 21, 2025 | March 14, 2025 |
| Deadline to meet and confer and prepare the proposed pretrial order in the form as set forth in Civil Local Rule 16.1.f.6. | February 27, 2025 | March 20, 2025 |
| Deadline to file objections to pre-trial disclosures | March 6, 2025 | March 27, 2025 |
| Deadline to serve and lodge the Proposed Final Pretrial Conference Order with the assigned district judge | March 13, 2025 | April 3, 2025 |
| Final Pretrial Conference before the Honorable Anthony J. Battaglia | March 20, 2025 at 2:00 p.m. | April 10, 2025 at 2:00 p.m. (subject to Court's schedule) |

The parties will continue working diligently on this matter and appreciate the Court's consideration of this request.

Respectfully submitted,

DATED: July 11, 2024

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses

| | | |
|---|---|---|
|1| DATED: July 11, 2024 | BURKE, WILLIAMS & SORENSEN, LLP |

By: */s/ Elizabeth M. Pappy*
　　　Elizabeth M. Pappy

Attorneys for Defendants

**SIGNATURE CERTIFICATION**

Pursuant to the Court's Electronic Case Filings Procedures Manual Section 2(f)(4), I certify that I have obtained consent of all signatories to the electronic filings of the foregoing document.

DATED: July 11, 2024　　　　ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
　　　Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses