UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-cv-406-AJB-DDL<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL DEADLINES**<br><br>**[Dkt. No. 679]** |

Before the Court is the parties' Joint Motion to Continue Pretrial Deadlines. Dkt. No. 679. The parties request that all impending pretrial deadlines be continued by approximately 21 days. Good cause appearing, the Joint Motion is **GRANTED**. The operative Scheduling Order is hereby amended as follows:

| Event | Amended Deadline |
|---|---|
| Expert Discovery Cutoff | November 1, 2024 |
| Deadline to serve disclosures required by Federal Rule of Civil Procedure 26(a)(2)(A) through (C) | August 21, 2024 |

| Event | Amended Deadline |
|---|---|
| Deadline to serve contradictory or rebuttal evidence pursuant to Federal Rule of Civil Procedure 26(a)(2)(D) and (E) | October 2, 2024 |
| Deadline to file dispositive motions, including *Daubert* motions | December 9, 2024 |
| Deadline to comply with pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) | March 14, 2025 |
| Deadline to meet and confer and prepare the proposed pretrial order in the form as set forth in Civil Local Rule 16.1.f.6. | March 20, 2025 |
| Deadline to file objections to pre-trial disclosures | March 27, 2025 |
| Deadline to serve and lodge the Proposed Final Pretrial Conference Order with the assigned district judge | April 3, 2025 |
| Final Pretrial Conference before the **Honorable Anthony J. Battaglia** | April 10, 2025 2:00 p.m. |

Except as modified herein, all dates, deadlines, instructions and mandatory procedures, including the consequences for failure to comply with same, remain in effect. All counsel must "take all steps necessary to bring [this] action to readiness for trial." CivLR 16.1.b.

**IT IS SO ORDERED.**

Dated: July 15, 2024

Hon. David D. Leshner
United States Magistrate Judge