

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Dunsmore et al

**Plaintiff,**

V.

San Diego County Sheriff's Department et al

**Defendant.**

FILED
7/25/2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: D.Frank , Deputy

Civil No. 20-cv-00406-AJB-DDL

### STRICKEN DOCUMENT:

MOTION to Intervene and Present Claim F.R.C.P. 23(d)

### Per Order #    685