1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10   DARRYL DUNSMORE, ANDREE              Case No. 3:20-cv-00406-AJB-DDL
     ANDRADE, ERNEST ARCHULETA,
11   JAMES CLARK, ANTHONY EDWARDS,        **ORDER GRANTING JOINT**
     REANNA LEVY, JOSUE LOPEZ,            **MOTION TO APPROVE SAN**
12   CHRISTOPHER NORWOOD, JESSE           **DIEGO SHERIFF'S OFFICE**
     OLIVARES, GUSTAVO SEPULVEDA,         **AMENDED ADA ACTION**
13   MICHAEL TAYLOR, and LAURA            **PLAN**
     ZOERNER, on behalf of themselves and all
14   others similarly situated,
                       Plaintiffs,        Judge:      Hon. Anthony J. Battaglia
15        v.                              Magistrate: Hon. David D. Leshner
     SAN DIEGO COUNTY SHERIFF'S
16   DEPARTMENT, COUNTY OF SAN            Trial Date: None Set
     DIEGO, SAN DIEGO COUNTY
17   PROBATION DEPARTMENT, and DOES
     1 to 20, inclusive,
18                     Defendants.

19
20
21
22
23
24
25
26
27
28

1      Having reviewed the parties' Joint Motion to Approve the (attached) San

2  Diego Sheriff's Office Amended ADA Action Plan for the County Jails, and good

3  cause appearing therefore, the Court approves the San Diego County Sheriff's

4  Office Amended ADA action Plan in the form attached hereto as Exhibit A, and

5  incorporated herein by this reference.

6

7     **IT IS SO ORDERED.**

8

9  DATED: _____, 2024

10                                  _____

Honorable Anthony J. Battaglia
United States District Court Judge

# EXHIBIT A

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800     Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300     Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT
and SAN DIEGO COUNTY PROBATION
DEPARTMENT

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 TO 20, inclusive. <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **SAN DIEGO SHERIFF'S OFFICE AMENDED ADA ACTION PLAN FOR THE COUNTY JAILS** <br><br> District Judge Anthony J. Battaglia <br><br> Magistrate Judge David D. Leshner |

The San Diego Sheriff's Department (SDSD) recognizes the need to ensure

Incarcerated Persons (IP) with disabilities have access to the same rights, privileges,

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

programs, and services as other incarcerated persons of a similar classification level, per the Americans with Disabilities Act (ADA). In furtherance of that need and SDSD's goal to provide that access, SDSD provides the following plan.

**I.    General**

By **September 19, 2023**, SDSD will start providing monthly rosters to Plaintiffs' Counsel containing daily housing information for each IP who has been identified as having a hearing disability and each IP at San Diego Central Jail (SDCJ) who has been identified as having a mobility disability.

SDSD provided the first roster on September 19, 2023, containing information from August 19, 2023 through September 18, 2023. All of the following rosters will be provided on the 1st business day of each month and include information for the previous month. These rosters will continue to be provided for 12 months following the entry of the Order adopting SDSD's plan.

Each roster will contain information sufficient to describe:

- mobility disability (if any)
- hearing disability (if any)
- effective communication needs (if any)
- housing unit
- bed assignment (including top, middle, or lower bunk)
- whether the person's cell or housing unit has 2010 ADAS-compliant toilet grab bars, shower grab bars, and shower seat.

The roster will identify where the person was housed on the morning of each day. Housing does not include intake, release, or temporary holding. The rosters will be provided to Plaintiffs' Counsel and marked "Confidential – For Counsel Only".

**II.    Hearing Disabilities at All Facilities**

By **January 1, 2024,** SDSD will make updates to evaluate, identify, document, and track incarcerated persons with hearing disabilities and their primary

method of communication. SDSD will track disability-related effective communication needs, including sign language interpretation, through the Jail Information Management System (JIMS) and TechCare.

By **January 1, 2024**, SDSD will provide access to sign language interpretation services at all San Diego County jail facilities that house persons with hearing disabilities.  Each facility will have at least one type of communication assistive device for due process interactions and at least one type of communication assistive device for visits.  Each facility will have the ability to provide text communication and sign language interpretation via assistive devices.

SDSD shall track the use of communication assistive devices for due process events, health care encounters, and structured programming.

SDSD will provide access to in-person sign language interpretation services if virtual interpretation services are insufficient for the needs of the specific incarcerated person, as determined by SDSD health staff.

By **June 1, 2024**, SDSD will update policy to include the following:

During booking, SDSD will evaluate every person to determine whether they have a hearing or speaking disability and, if so, the person's primary method of communication. In determining a person's primary method of communication, SDSD must ensure that the incarcerated person is assessed by a nurse and must give deference to the preference of the incarcerated person. SDSD will document the preferred method of communication and require that staff and contractors use that method as appropriate when interacting with the incarcerated person during all medical and mental health encounters, booking, classification proceedings, available structured programming, investigative processes, and disciplinary proceedings.

SDSD will provide access to sign language interpretation services at all San Diego County jail facilities that house people with hearing disabilities who use sign language interpretation as their primary means of communication, including with a telecommunication service provider, videophones, VRS technology, and in-person

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

3

3:20-cv-00406-AJB-DDL
AMENDED ADA ACTION PLAN

1  sign language interpretation , as appropriate to ensure effective communication. In-
2  person sign language interpretation shall be required if virtual interpretation services
3  are insufficient and/or unavailable.

4         SDSD will provide sign language interpretation via in person or remote
5  technology as appropriate to all incarcerated people with hearing disabilities who
6  use sign language interpretation as their primary means of communication for all
7  medical and mental health encounters, booking, classification proceedings, available
8  structured programming, investigative purposes, and disciplinary proceedings. In-
9  person sign language interpretation shall be required if virtual interpretation services
10 are insufficient and/or unavailable.

11        By **June 1, 2024**, SDSD will memorialize the process for evaluating,
12 identifying, tracking, and accommodating incarcerated persons with hearing
13 disabilities and incorporate the process into policy.

14        By **June 1, 2024,** SDSD will train all deputies, health care staff, and other
15 relevant staff, as determined by SDSD, on the above policy changes.

16        SDSD will provide the above identified written policies and training materials
17 after they are completed and implemented.  Materials will be provided on an
18 ongoing basis until completion of the relevant deadline, as identified above.

19 **III.    Mobility Disabilities at SDCJ**

20        SDCJ currently has 1,150 beds.  These beds are located throughout SDCJ in a
21 combination of cells and dormitories. The removal of triple bunks would lower this
22 number to approximately 931 beds.  The average daily housing population between
23 January 1, 2023 and July 18, 2023 was approximately 720.  By the end of
24 construction in 2026, SDSD intends to have at least 50 wheelchair accessible
25 housing beds with accessible toileting and shower access at SDCJ.

26        SDSD identifies the following statistical information about incarcerated
27 persons with identified mobility disabilities: **Exhibit A**, ADA Statistics.

28        SDSD identifies the following statistical information about the use of holding

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4

3:20-cv-00406-AJB-DDL
AMENDED ADA ACTION PLAN

1   cells, intake and jail population data: *See* Exh. A.

2       SDSD identifies the following current policies related to the intake and

3   housing of persons with a mobility disability: **Exhibit B**, SDCJ GS M.9.C.1, Policy

4   M.39, and Policy I.22

5       By **September 19, 2023**, SDSD implemented 30 wheelchair accessible beds

6   and toileting at SDCJ.

7      o  Module 8 C – 15 wheelchair accessible beds, 2 toilets, 2 sinks, and interim

8         portable shower chairs

9           ■  15 beds

10              •  36"+ space between beds along an accessible path leading to

11                an area for turnaround with 60" x 60" clear floor space.

12              •  Each bed will have at least 1 side with 36" x 48" clear floor

13                space.

14              •  15 single bunks approximately 18" from the ground

15           ■  Shower

16              •  Have portable shower chairs available for use

17           ■  Toileting

18              •  2 toilets with appropriate grab bars

19                o  Back grab bars 36"

20                o  Side grab bars 42" long with end of bar 54" from back

21                   wall

22                o  Toilet 17"-19" from ground

23              •  2 sinks height to 29" AFF

24              •  2 mirrors height to 40" AFF at most to reflective surface

25              •  60" x 60" clear floor space – The current toilet clearance

26                space is under 60" x 60". Full 60" x 60" clear floor space will

27                be complete with shower remodel by December 23, 2024.

28           ■  Dayroom

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

5

3:20-cv-00406-AJB-DDL
AMENDED ADA ACTION PLAN

- Long table 20" D by approximately 16' L with 30" H clearance under
- Boxes at 46"

o Module 8 D – 15 wheelchair accessible beds, 2 toilets, 2 sinks, and interim portable shower chairs

- 15 beds
  - 36" space between beds along an accessible path leading to an area for turnaround with 60" x 60" clear floor space.
  - Each bed will have at least 1 side with 36" x 48" clear floor space.
  - 15 single bunks approximately 18" from the ground
- Shower
  - Have portable shower chairs available for use
- Toileting
  - 2 toilets with appropriate grab bars
    - o Back grab bars 36"
    - o Side grab bars 42" long with end of bar 54" from back wall
    - o Toilet 17" from ground
  - 2 sinks height to 29"
  - 2 mirrors height to 40" AFF at most to reflective surface
  - 60" x 60" clear floor space – The current toilet clearance space is under 60"x60". Full 60" x 60" clear floor space will be complete with shower remodel by December 23, 2024.
- Dayroom
  - Long table 20" D by approximately 16' L with 30" H clearance under
  - Boxes at 46"

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

6

3:20-cv-00406-AJB-DDL
AMENDED ADA ACTION PLAN

By **January 1, 2024**, SDSD will make updates to evaluate, identify, document, and track incarcerated people with mobility disabilities and what accessibility features and accommodations each person requires. SDSD will track disability-related mobility needs through the Jail Information Management System (JIMS) and TechCare.

By **June 1, 2024**, SDSD will update policy to include the following:

o   During booking, and at the request of any incarcerated person, SDSD will evaluate every person to determine whether they have a mobility disability and, if so, what accessibility features and accommodations each person requires.

▪   SDSD will document the reasonable accommodations and ensure that the person is housed accessibly with their accommodations.

o   Persons who require wheelchair accessible accommodations will be assisted through the booking and intake process.

o   Incarcerated persons with identified mobility disabilities will be assigned to accessible housing, based on their accessibility needs, including:

▪   No person with a mobility disability using a wheelchair in housing will be assigned to any bed in a triple bunk.

▪   No person with a mobility disability will be assigned to the top bed of a triple bunk, and no person with an INTERMITTENT WHEELCHAIR medical instruction and ADA MOBILITY medical instruction will be assigned to any bed in a triple bunk.

▪   Anyone assigned by medical to a lower bunk/lower tier will be assigned to a single or a bottom bunk.

▪   People with mobility disabilities will be assigned to accessible housing based on their accessibility needs, which may include accessible beds, grab bars and clearance space.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

7

3:20-cv-00406-AJB-DDL
AMENDED ADA ACTION PLAN

- People with mobility disabilities will be provided accessible toileting based on their accessibility needs, which if appropriate shall have 2010 ADAS-compliant grab bars and other features.
- People with mobility disabilities will be provided accessible showers based on their accessibility needs which if appropriate shall have 2010 ADAS-compliant grab bars and shower chairs.
  - During renovations, portable shower chairs will be authorized as an interim solution.
- A middle bunk does not qualify as a lower bunk.
- A lower bunk/lower tier placement is required, rather than recommended, when input by medical staff.

o If a person with a mobility disability refuses to accept any of the above accommodations that apply to the person or to move to a cell with accessible features, the ADA Unit will interview the person in an attempt to provide them with accessible housing.  JPMU or line staff may also facilitate the interview if the ADA Unit is not available. The Unit will document the interaction, via body worn camera as available, and ask the person to sign a refusal document if they still refuse accommodation after the interview.

By **June 1, 2024**, SDSD will memorialize the process for evaluating, identifying, tracking, and accommodating incarcerated persons with mobility disabilities and incorporate the process into policy.

By **June 1, 2024**, SDSD will train all deputies, health care staff, and other relevant staff, as determined by SDSD, on the above policy changes.

SDSD will provide the above identified written policies and training materials after they are completed and implemented.  Materials will be provided on an ongoing basis until completion of the relevant deadline, as identified above.

By **December 23, 2024**, all renovations and changes required to make

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

8

3:20-cv-00406-AJB-DDL
AMENDED ADA ACTION PLAN

1  wheelchair accessible booking and intake available at SDCJ shall be complete.

2  These are the intended construction changes, pending architectural approval:

3    o  Construction Modifications

4      ▪  1st Floor

5        •  Modify Intake Holding 2 – can accommodate up to 2 persons

6         with wheelchairs

7          o  Toilet

8          o  Add side grab bar 42" with end of bar 54" from back

9           wall

10          o  Add 36" back grab bar

11          o  Add 2 benches, 48" x 20"

12          o  Sink with 29" clearance

13          o  Lower intercom to 48" max

14          o  Lower phone to 48" max

15          o  60" x 60" floor space

16        •  Modify Intake Holding 5 – can accommodate up to 2 persons

17         with wheelchairs

18          o  Add side grab bar 42" with end of bar 54" from back

19           wall

20          o  Add sink/toilet combination with 36" back grab bar

21          o  Remove wall

22          o  Add 2 benches, 48" x 20"

23          o  Lower intercom to 48" max

24          o  Lower phone to 48" max

25          o  60" x 60" floor space

26      ▪  2nd Floor

27        •  Modify Prebook Holding 3 – can accommodate up to 2 persons

28         with wheelchairs

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

9

3:20-cv-00406-AJB-DDL
AMENDED ADA ACTION PLAN

- o Add side grab bar 42" with end of bar 54" from back wall
- o Add sink/toilet combination with 36" back grab bar
- o Add 2 benches, 48" x 20"
- o 60" x 60" floor space
- o Lower intercom to 48" max
- o Lower phone to 48" max
- Modify Classification 5 – can accommodate up to 1 person with a wheelchair
  - o Add side grab bar 42" with end of bar 54" from back wall
  - o Add sink/toilet combination with 36" back grab bar
  - o Add 1 bench, 48" x 20"
  - o 60" x 60" floor space
  - o Lower intercom to 48" max
  - o Lower phone to 48" max
- Modify Search Room 1 – can accommodate up to 1 person with a wheelchair
  - o Remove 1 bench and add 1 bench 48" x 20"
  - o Modify curtains
- Modify Release 3 – can accommodate 2 persons with wheelchairs
  - o Add side grab bar 42" with end of bar 54" from back wall
  - o Add sink/toilet combination with 36" back grab bar
  - o Add 2 benches, 48" x 20"
  - o 60" x 60" floor space
  - o Intercom 48"

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

10

3:20-cv-00406-AJB-DDL
AMENDED ADA ACTION PLAN

By **December 23, 2024**, all renovations and changes required to make accessible housing available to all incarcerated people with mobility disabilities that require ADA compliant housing at SDCJ shall be completed. This phase of modifications will provide 8 additional wheelchair accessible beds with access to accessible toileting and showers.  Additionally, this phase will provide wheelchair accessible showers for the 30 beds in 8C and 8D.  This phase does not include modifications to Medical Observation beds (MOB), Psychiatric Stabilization Unit (PSU), Outpatient Stepdown (OP Stepdown and Jail Based Competency Treatment (JBCT). These are the intended construction changes, pending architectural approval:

- o Interim Accommodation Plan
  - ▪ During construction on a cell or dormitory, IPs with identified mobility disabilities will be assigned to housing within SDCJ or another facility.  Assignment to alternate accessible housing will be based on their individual accessibility needs and availability. SDSD currently has 5 wheelchair accessible beds with toileting and showers at Rock Mountain Detention Facility.  More wheelchair accessible beds at Rock Mountain Detention Facility will become available as more housing units are cleared to open by BSCC.  At a minimum:
    - Portable shower chairs will be provided as an interim solution if an ADA compliant shower is not available.
    - Incarcerated persons with a mobility disability shall not be assigned to the top bed of a triple bunk.
    - A person with a mobility disability using a wheelchair, including "intermittent wheelchair" user, shall not be assigned to any bed in a triple bunk.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

- All incarcerated persons who use wheelchairs in housing shall be assigned to a low tier single bunk or a bottom bunk of a double. This does not apply to an "intermittent wheelchair" user, defined as a person who does not have or use a wheelchair in housing and is only provided a wheelchair for assisted transport or long-distance movement.

- A bottom bunk on a low tier shall be provided to all incarcerated persons with a mobility disability that medical staff determines require lower bunk/lower tier placement.

  o Construction Modifications for wheelchair accessible housing:
    ▪ 3rd Floor - Accommodate 1 wheelchair user
      • Modify 1 MOB cell – Cell 6
        o Toilet 18" center and 17" from ground
        o Sink height 29"
        o Add 36" back grab bar
        o Add side grab bar 42" with end of bar 54" from back wall
        o 60" x 60" floor space
      • Modify 1 shower on MOB floor
        o Alternate roll in shower in compliance with 2022 California Building Code
    ▪ 4th – 8th Floor – Accommodate 7 additional wheelchair users
      • Modify 1 Cell in E modules on floors 4-8 to create 5 wheelchair accessible beds with toileting and showers
        o Modify Cell 5 in Module E on each floor
          ▪ 60" x 60" clear floor space
            • 1 Double Bunk
              o Space between bunks: 55-60"

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

12

3:20-cv-00406-AJB-DDL
AMENDED ADA ACTION PLAN

- - - Height of bottom bunk and floor: 17-18"
  - - Bed will have at least 1 side with 36" x 48" clear floor space
  - 36" back grab bar
  - Side grab bar 42" with end of bar 54" from back wall
  - Toilet 18" center
  - Modify sink height to 29"
  - Modify mirror to 40" max
  - Move intercom to 46" max
  - Desk depth at least 19", height between 27"-32"
  - Modify Module E on each floor
    - Tables 32"
    - Phones 48" max
    - Videophone 48" max
    - Move intercoms to 46" max
    - Boxes 46"
    - Modify 1 shower in module on each floor
      - Standard roll in shower in compliance with 2022 California Building Code
- Modify 1 EOH cell in Module 6A to provide 2 wheelchair accessible beds with toileting and showers
  - Cell 9 & 10
    - Remove wall between cells 9 and 10. Create 1 cell with 2 single beds.
      - Beds will have at least 1 side with 36" x 48" clear floor space

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

13

3:20-cv-00406-AJB-DDL
AMENDED ADA ACTION PLAN

- 60" x 60" clear floor space
  - Add sink/toilet combo with 36" back grab bar
  - Add side grab bar 42" with end of bar 54" from back wall
  - Mirror 40" at most or 36" if not over sink
- Module 6 A
  - Phone 48" at most
  - Video phone 48" at most
    - Remove stool
  - Modify 2 intercoms to 46"
  - Boxes at 46"
  - Modify 1 shower in module
    - Alternate roll in shower in compliance with 2022 California Building Code
- Modify 8C to provide showers for 15 already wheelchair accessible beds (identified above)
  - Complete 60" x 60" clear floor space
  - Modify intercoms to 46"
  - Modify 2 showers
    - Standard roll in shower in compliance with 2022 California Building Code
- Modify 8D to provide showers for 15 already wheelchair accessible beds (identified above)
  - Complete 60" x 60" clear floor space
  - Modify intercoms to 46"
  - Modify 2 showers
    - Standard roll in shower in compliance with 2022 California Building Code

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

14

3:20-cv-00406-AJB-DDL
AMENDED ADA ACTION PLAN

o Construction Modifications for additional beds to accommodate non-wheelchair persons with mobility disabilities:

- SDSD intends to modify over 3% (48) of the beds at SDCJ to comply with the 2010 ADAS. Additionally, SDSD is in the process of fully opening Rock Mountain Detention Facility which will have approximately 42 ADA beds once cleared to open by BSCC.

- SDSD recognizes that persons with non-wheelchair mobility disabilities may exceed the 90 beds between SDCJ and RMDF that will meet the 2010 ADAS standards. Every person with a non-wheelchair mobility disability requires individualized assessment to determine the appropriate accommodations for that person. SDSD will continue to track and monitor all persons with identified mobility disabilities that require accommodations.

- The Sheriff's Department intends to modify additional cells at SDCJ to have a side grab bar and double bunk beds. These proposed 12 cells would provide an additional 24 beds to accommodate non-wheelchair persons with mobility disabilities. An assessment of housing populations will determine which specific locations are best to modify to provide this additional housing. These are the proposed cells, subject to change, pending further architectural assessment:

    - 4A Cell 10
    - 4B Cell 1
    - 4C Cell 10
    - 4D Cell 1
    - 5A Cell 10
    - 5B Cell 1
    - 5C Cell 10
    - 5D Cell 1

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

15

3:20-cv-00406-AJB-DDL
AMENDED ADA ACTION PLAN

- 7A Cell 10
- 7B Cell 1
- 7C Cell 10
- 7D Cell 1

By **June 22, 2026**, remaining modification to MOB, PSU, OP Stepdown and JBCT shall be completed. This phase currently provides 10 additional wheelchair accessible beds with access to accessible toileting and showers, as follows:

- Modify 2 MOB Cells
  - Cell 7 – accommodate 1 wheelchair user
    - Toilet 18" center and 17" from ground
    - Sink height 29"
    - Add 36" back grab bar
    - Add side grab bar 42" with end of bar 54" from back wall
    - 60" x 60" floor space
  - Cell 8 – accommodate 1 wheelchair user
    - Toilet 18" center and 17" from ground
    - Sink height 29"
    - Add 36" back grab bar
    - Add side grab bar 42" with end of bar 54" from back wall
    - 60" x 60" floor space
- The exact number of cells for PSU, OP Stepdown, and JBCT will be reassessed at the time of construction. SDSD will make modifications to have 3% of the total number of beds in PSU, OP Stepdown, and JBCT in compliance with ADA mobility standards.
  - Modify 1 PSU Cell
    - Cell A2 – accommodate up to 4 wheelchair users
      - Remove and relocate wall
      - Add sink/toilet combo with 36" back grab bar

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

16

3:20-cv-00406-AJB-DDL
AMENDED ADA ACTION PLAN

- o Add side grab bar 42" with end of bar 54" from back wall
- o Lower intercom to 48"
- o Move mirror to 40" at most
- o 4 single beds with 36" x 48" clear floor space and 60" x 60" floor space
- Modify 1 shower in PSU
  - o Standard roll in shower in compliance with 2022 California Building Code
- Lower phone to 48"
- Modify/provide table in dayroom to provide accessibility
- Modify water fountain
- Lower intercoms to 48"
  - ▪ Modify 4 OP Stepdown beds
    - Module 6B, Cells 1 & 2 to provide 2 wheelchair accessible beds with toileting and showers
      - o Cell 1 & 2
        - ▪ Remove wall between cells 1 and 2. Create 1 cell with 2 single beds.
          - Beds will have at least 1 side with 36" x 48" clear floor space
          - 60" x 60" clear floor space
        - ▪ Add sink/toilet combo with 36" back grab bar
        - ▪ Add side grab bar 42" with end of bar 54" from back wall
        - ▪ Mirror 40" at most
      - o Module 6B
        - ▪ Phone 48" at most

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

17

3:20-cv-00406-AJB-DDL
AMENDED ADA ACTION PLAN

- ▪ Video phone 48" at most
- ▪ Modify intercoms to 46"
- ▪ Boxes at 46"
- ▪ Modify 1 shower in module
  - Alternate roll in shower in compliance with 2022 California Building Code
- Module 6C, Cells 9 & 10 to provide 2 wheelchair accessible beds with toileting and showers
  - o Cell 9 & 10
    - ▪ Remove wall between cells 9 and 10. Create 1 cell with 2 single beds.
      - Beds will have at least 1 side with 36" x 48" clear floor space
      - 60" x 60" clear floor space
    - ▪ Add sink/toilet combo with 36" back grab bar
    - ▪ Add side grab bar 42" with end of bar 54" from back wall
    - ▪ Mirror 40" at most
  - o Module 6C
    - ▪ Phone 48" at most
    - ▪ Video phone 48" at most
    - ▪ Modify intercoms to 46"
    - ▪ Boxes at 46"
    - ▪ Modify 1 shower in module
      - Alternate roll in shower in compliance with 2022 California Building Code
- ▪ Modify 2 JBCT beds in module 6D to provide 2 wheelchair accessible beds, 1 toilet, 1 sink and 1 shower

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

18

3:20-cv-00406-AJB-DDL
AMENDED ADA ACTION PLAN

- Module 6D, Cells 1 & 2 to provide 2 wheelchair accessible beds with toileting and showers
  - Cell 1 & 2
    - Remove wall between cells 1 and 2. Create 1 cell with 2 single beds.
      - Beds will have at least 1 side with 36" x 48" clear floor space
      - 60" x 60" clear floor space
    - Add sink/toilet combo with 36" back grab bar
    - Add side grab bar 42" with end of bar 54" from back wall
    - Mirror 40" at most
  - Module 6D
    - Phone 48" at most
    - Video phone 48" at most
    - Modify intercoms to 46"
    - Boxes at 46"
    - Modify 1 shower in module
      - Alternate roll in shower in compliance with 2022 California Building Code ("CBC") or then applicable CBC.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

19

3:20-cv-00406-AJB-DDL
AMENDED ADA ACTION PLAN

1  DATED: August 23, 2024         BURKE, WILLIAMS & SORENSEN, LLP

2

3                                 By:  s/ *Susan E. Coleman*

4                                      Susan E. Coleman
                                       Elizabeth M. Pappy

5                                 Attorneys for Defendants
                                  COUNTY OF SAN DIEGO, SAN DIEGO
6                                 COUNTY SHERIFF'S DEPARTMENT and
                                  SAN DIEGO COUNTY PROBATION
7                                 DEPARTMENT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

20

3:20-cv-00406-AJB-DDL
AMENDED ADA ACTION PLAN