UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>Defendants. | Case No. 20-cv-00406-AJB-DDL<br><br>**ORDER GRANTING JOINT MOTION TO APPROVE SAN DIEGO SHERIFF'S OFFICE AMENDED ADA ACTION PLAN**<br><br>Judge:   Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

Having reviewed the parties' Joint Motion to Approve the San Diego Sheriff's Office Amended ADA Action Plan for the County Jails, and good cause appearing therefore, the Court approves the Joint Motion. (Doc. No. 695.)

**IT IS SO ORDERED.**

Dated: August 23, 2024

Hon. Anthony J. Battaglia
United States District Judge