Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Marguerite Jonak (State Bar No. 143979)
 *marguerite.jonak@manningkass.com*
Natalie Ortiz (State Bar No. 303869)
 *Natalie.Ortiz@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
225 Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

Attorneys for Non-Defendant Third-Party
NaphCare of San Diego, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and others similarly situated,<br><br>         Plaintiff,<br><br>     v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>         Defendant. | Case No. 3:20-CV-00406-AJB-DDL<br><br>**APPLICATION BY NAPHCARE OF SAN DIEGO, LLC FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Hon. Magistrate Judge David D. Leshner |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Non-Defendant Third-Party NAPHCARE OF

1  SAN DIEGO, LLC. ("NaphCare") hereby bring this Application for Leave to File
2  Under Seal, following its Motion for Order Approving Confidential Designations
3  (Doc. 693) under the protective order in this case. This Application is made pursuant
4  to the Court's order of August 20, 2024 (Doc. 694), and is based on the Points and
5  Authorities below and the Declaration of Natalie E. Ortiz filed herewith.

**POINTS AND AUTHORITIES**

Consistent with this Court's Order of August 20, 2024 (Doc. 694), and pursuant to Civil Local Rule 79.2 and Electronic Case Filing Administrative Policies and Procedures Manual Section 2(j), and in support of its Motion for Approval of Confidentiality Designations (Doc. 693), NaphCare moves to file under the seal certain portions of the transcript of Justin Barkley's 30(b)(6) deposition testimony and its Exhibits 16-23. The portions of the transcript to be filed under seal are as follows:

| Page/Line |
|---|
| p. 27 l. 5 - p. 28 l. 17 |
| p. 30 l. 7-22 |
| p. 31 l. 6-20 |
| p. 32 l. 5-20 |
| p. 33 l. 22 - p. 34, l. 15 |

| | |
|---|---|
| 1 | |
| 2 | p. 34 l. 20 |
| 3 | |
| 4 | |
| 5 | p. 35 l. 11 |
| 6 | |
| 7 | p. 36 l. 5 |
| 8 | |
| 9 | p. 38 l. 3 - p. 39, l. 5 |
| 10 | |
| 11 | p. 39 l. 12 - p. 40 l. 13 |
| 12 | |
| 13 | |
| 14 | P. 40 l. 21 (pt. name) |
| 15 | |
| 16 | p. 42, l. 8-16 |
| 17 | |
| 18 | p. 42, l.19 (pt. name) |
| 19 | |
| 20 | p. 42, l.22-p.43 l.20 |
| 21 | |
| 22 | |
| 23 | p. 44 l.2-p. 46 l. 19 |
| 24 | |
| 25 | p. 46 l. 19 (pt. name) |
| 26 | |
| 27 | p. 48 l. 13-14 (pt. name) |
| 28 | |

| |
|---|
| p. 48 l. 16-20 |
| p. 49 l. 6-8 |
| p. 49 l. 18-25 |
| p. 51 l. 5, 15 (pt. name) |
| p. 51 l. 16-p. 53 l. 10 |
| p. 54 l. 3-4 (pt. name) |
| p. 54 l. 6-p. 57 l. 15 |
| P. 57 l. 17-18, 22, 25 (pt. name and "dialysis patient") |
| p. 58 l. 1-24 |

After the subject transcript became available, NaphCare designated it confidential under the Amended Stipulated Protective Order ("Protective Order") in this case (Doc. 400). Within the appropriate time frame under the Protective Order, Plaintiffs objected to the designation. The parties met and conferred, and narrowed much of the testimony to be designated, but were not able to agree on all the material.

Following the provisions of the Protective Order, Plaintiffs requested an IDC, during which the Court ordered the parties to meet and confer further, and ordered NaphCare to bring a motion to uphold any remaining designations in dispute by August 16, 2024. That motion was filed by NaphCare to seek an order approving its confidentiality designations (Doc. 693).

NaphCare contends that the documents are appropriate for sealing based on the arguments set forth in its Motion for Approval of Confidentiality Designations in support of protecting the information therein from public disclosure.

NaphCare hereby requests that the referenced portions of the transcript and exhibits be approved for filing under seal so that the documents are not disclosed publicly prior to the Court's ruling on NaphCare's pending Motion. Until that ruling, the documents are still confidential under the protective order and, per its terms, should be treated as such. Thus, good cause exists to file the documents under seal.

## CONCLUSION

For the reasons set out above, NaphCare respectfully requests that the Court grant this Motion.

DATED: August 23, 2024

Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: _____/s/ Natalie Ortiz_____
EUGENE P. RAMIREZ
MARGUERITE L. JONAK
NATALIE E. ORTIZ
Attorneys for Non-Defendant Third-Party NaphCare of San Diego