Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Marguerite Jonak (State Bar No. 143979)
 *marguerite.jonak@manningkass.com*
Natalie Ortiz (State Bar No. 303869)
 *Natalie.Ortiz@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
225 Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

Attorneys for Non-Defendant Third-Party
NaphCare of San Diego, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>          Defendant. | Case No. 3:20-CV-00406-AJB-DDL<br><br>**DECLARATION OF NATALIE ORTIZ IN SUPPORT OF APPLICATION BY NAPHCARE oF SAN DIEGO, LLC FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Hon. Magistrate Judge David D. Leshner |

## DECLARATION OF NATALIE ORTIZ

I, Natalie Ortiz, declare as follows:

/ / /

**DECLARATION OF NATALIE ORTIZ IN SUPPORT OF APPLICATION BY NAPHCARE OF SAN DIEGO, LLC FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

1. I am an attorney duly admitted to practice before this court. I am an attorney at the law firm of Manning Kass Ellrod Ramirez Trester, LLP, counsel for non-party NaphCare of San Diego, LLC ("NaphCare"). I have personal knowledge of the facts set forth herein and, if called to testify as a witness, could do so competently. This declaration is made in support of NaphCare's Application to File Documents Under Seal ("Application").

2. On July 18, 2024, the Parties participated in an informal discovery conference ("IDC") in an attempt to resolve a dispute arising out of the Amended Stipulated Protective Order ("Protective Order") in this case. Specifically, NaphCare has designated as confidential several portions of the transcript of 30(b)(6) testimony given by its Chief Legal Officer, Justin Barkley, along with the exhibits to that transcript. Plaintiffs have challenged those designations. After attempts to meet and confer, the parties could not agree on suitable redactions, which resulted in the IDC.

3. Pursuant to the Court's Order at the IDC, I prepared a chart identifying the specific portions of the deposition and exhibits to be designated confidential, and produced said chart to Plaintiff counsel on July 25, 2024.

4. On Juy 29, 2024, I participated in a Zoom conference with Plaintiff counsel to discuss the designated materials. At that conference, Plaintiff counsel indicated that they are opposed to any designation of the testimony, but would agree to narrow redaction of the exhibits. Counsel thereafter sent their proposed redactions.

5. After review, NaphCare's position was that the proposed redactions to the exhibits were too narrow. I responded to counsel to indicate what NaphCare believes would be an appropriate scope for the redactions in the exhibits, and Plaintiff counsel indicated that said scope was too broad.

6. I then prepared an updated chart, further narrowing the designations in the testimony, and produced said chart to Plaintiff counsel, which then became the

basis for NaphCare's Motion for Approval of Confidential Designations filed on August 16, 2024 ("Motion").

7. NaphCare now seeks to file excerpts from the transcript of Justin Barkley's 30(b)(6) testimony, and accompanying exhibits, under seal, so that the documents are not made public prior to the Court's ruling on the pending Motion.

8. On August 21, 2024, I emailed all counsel to determine whether there had been any change in position regarding the designations, and to inquire whether anyone planned to oppose the Application. Counsel for San Diego County responded that they will not oppose it.

9. Counsel for San Diego County has indicated they will not oppose. Plaintiff counsel has indicated that their position with regard to the designations remains the same, and that they will oppose the Application.

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct.

Execute on August 23, 2024, at San Diego, California.

Respectfully submitted,

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: _/s/ Natalie Ortiz_
NATALIE E. ORTIZ
Attorneys for Non-Defendant Third-Party
NaphCare of San Diego