GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF ERIC MONEK ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO NAPHCARE MOTION FOR APPROVAL OF CONFIDENTIALITY**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Date: September 3, 2024<br>Time: 11:00 a.m.<br>Crtrm.: 3A<br><br>Trial Date: None Set |

[4548482.1]

Case No. 3:20-cv-00406-AJB-DDL

DECL. OF ERIC MONEK ANDERSON ISO PLS.' MOTION TO FILE DOCUMENTS UNDER SEAL ISO PLS.'
OPP. TO NAPHCARE MOTION FOR APPROVAL OF CONFIDENTIALITY

I, Eric Monek Anderson, declare:

1. I am an attorney duly admitted to practice before this Court. I am a an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs and the Certified Class and Subclasses. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motion to File Documents Under Seal in Support of Plaintiffs' Opposition to NaphCare's Motion for Approval of Confidentiality.

2. Plaintiffs seek to seal the documents attached as Exhibit E to the Anderson Declaration in Support of Plaintiffs' Opposition to NaphCare's Motion for Approval of Confidentiality. The documents in Exhibit E are four exhibits to the 30(b)(6) deposition of Justin Barkley for NaphCare, with Plaintiffs' proposed redactions. NaphCare has designated these documents confidential and that dispute is the subject of NaphCare's Motion for Approval of Confidentiality, as Plaintiffs dispute that the entirety of the documents should be confidential. Consistent with the Amended Stipulated Protective Order in this litigation, *see* Dkt. 400, Plaintiffs move to seal Exhibit E because the documents are currently designated confidential.

3. I reached out to NaphCare's counsel by email regarding the filing of these documents on August 23, 2024. NaphCare's counsel stated that NaphCare does not oppose sealing.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

    4.    Staff at my firm have confirmed the motion to seal complies with Civil Local Rule 79.2 and Electronic Case Filing Administrative Policies and Procedures Manual Section 2(j).

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 23rd day of August, 2024.

*/s/ Eric Monek Anderson*
Eric Monek Anderson