| | |
|---|---|
| GAY C. GRUNFELD – 121944 | CHRISTOPHER M. YOUNG – 163319 |
| VAN SWEARINGEN – 259809 | ISABELLA NEAL – 328323 |
| ERIC MONEK ANDERSON – 320934 | OLIVER KIEFER – 332830 |
| HANNAH M. CHARTOFF – 324529 | DLA PIPER LLP (US) |
| BEN HOLSTON – 341439 | 4365 Executive Drive, Suite 1100 |
| ROSEN BIEN | San Diego, California 92121-2133 |
| GALVAN & GRUNFELD LLP | Telephone: (858) 677-1400 |
| 101 Mission Street, Sixth Floor | Facsimile: (858) 677-1401 |
| San Francisco, California 94105-1738 | christopher.young@dlapiper.com |
| Telephone: (415) 433-6830 | isabella.neal@dlapiper.com |
| Facsimile: (415) 433-7104 | oliver.kiefer@dlapiper.com |
| ggrunfeld@rbgg.com | |
| vswearingen@rbgg.com | |
| eanderson@rbgg.com | |
| hchartoff@rbgg.com | |
| bholston@rbgg.com | |

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, Plaintiffs, v. SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, Defendants. | Case No. 3:20-cv-00406-AJB-DDL **JOINT MOTION TO EXTEND INTERIM FEES DEADLINE** Judge: Hon. Anthony J. Battaglia Magistrate: Hon. David D. Leshner Trial Date: None Set |

(*counsel continued from preceding page*)

SUSAN E. COLEMAN (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

ELIZABETH M. PAPPY (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendants

1   On August 23, 2024, Judge Battaglia granted the Parties' Joint Motion to Approve San Diego Sheriff's Office Amended ADA Action Plan which addressed a portion of the claims made by Plaintiffs under the Third Claim for Relief in the Third Amended Complaint (TAC).  Dkt. 695.  The Plaintiffs believe this Order may trigger a fourteen-day deadline by which they must file a motion for interim attorneys' fees, costs, and expenses to secure the partial settlement of the Third Claim for Relief (arising under the Americans with Disabilities Act, Rehabilitation Act, and California Government Code § 11135) evidenced by the Amended ADA Plan approved by the Court on August 23, 2024.  *See* Fed. R. Civ. Proc. 54(d)(2)(B (providing that "Unless a statute or a court order provides otherwise, the motion must (i) be filed no later than 14 days after the entry of judgment.").  Defendants dispute the right to file a motion prior to, at a minimum resolution of the entire Third Claim for Relief, and more likely, prior to final judgment in the case, based upon FRCP 54 which provides that a motion for fees shall be filed after entry of a judgment implying "final judgment."  Defendants dispute that there is any right to "interim" fees.

The Parties are continuing negotiations to settle the entire Third Claim for Relief with Magistrate Judge Leshner's assistance.  A settlement conference has been set for October 9, 2024.

Through this Joint Motion, and out of an abundance of caution, Plaintiffs request and Defendants do not oppose Plaintiffs' request that the Court enter an order (1) that any present deadline for Plaintiffs to file a motion for interim attorneys' fees, costs, and expenses is extended by 45 days to October 21, 2024

/ / /
/ / /
/ / /
/ / /
/ / /

without prejudice to further such extensions.

|  |  |
|---|---|
| | Respectfully submitted, |
| DATED: August 27, 2024 | ROSEN BIEN GALVAN & GRUNFELD LLP |
| | By: /s/ Van Swearingen |
| | Van Swearingen |
| | Attorneys for Plaintiffs and the Certified Class and Subclasses |
| DATED: August 27, 2024 | BURKE, WILLIAMS & SORENSEN, LLP |
| | By: /s/ Elizabeth M. Pappy |
| | Elizabeth M. Pappy |
| | Attorneys for Defendants |

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filings Procedures Manual Section 2(f)(4), I certify that I have obtained consent of all signatories to the electronic filings of the foregoing document.

|  |  |
|---|---|
| DATED: August 27, 2024 | ROSEN BIEN GALVAN & GRUNFELD LLP |
| | By: /s/ Van Swearingen |
| | Van Swearingen |
| | Attorneys for Plaintiffs and the Certified Class and Subclasses |