

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore

**Plaintiff,**

V.

State of California et al

**Defendant.**

FILED

8/28/2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:        M. Quinata , Deputy

Civil No.  20-cv-406-AJB-DDL


**STRICKEN DOCUMENT:**

Motion to Withdraw as Attorney


**Per Order #     705**

**704**