
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>                              Defendants. | Case No.: 20-cv-406-AJB-DDL<br><br>**ORDER GRANTING MOTION TO EXTEND INTERIM FEES DEADLINE**<br><br>**[Dkt. No. 703]** |

Before the Court is Plaintiffs' unopposed Motion to Extend Interim Fees Deadline. Dkt. No. 703. Plaintiffs explain that they believe Judge Battaglia's August 23, 2024 Order "trigger[s] a fourteen-day deadline by which they must file a motion for interim attorneys' fees, costs and expenses" related to their Third Claim for Relief. *Id.* at 3. Plaintiffs request a 45-day extension of any such deadline. *Id.* Defendants dispute that Plaintiffs have any right to "interim" fees, but do not oppose the requested extension. *Id*.

The Court **GRANTS** the unopposed motion and hereby extends the deadline to file a motion for interim fees, if any such deadline exists, to **October 21, 2024**. Nothing in this Order shall be construed as bearing on Plaintiffs' entitlement (or not) to interim fees, or whether any motion for fees must await resolution of the

Third Claim for Relief, final judgment in the case, or some other procedural milestone. *See* Dkt. No. 703 at 3. By agreement of the parties, this Order is without prejudice to further requests for an extension of Plaintiffs' deadline to seek attorneys' fees, costs and expenses. *See id.*

**IT IS SO ORDERED.**

Dated: August 30, 2024

*David Leshner*

Hon. David D. Leshner
United States Magistrate Judge