# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No.: 20-cv-406-AJB-DDL<br><br>**ORDER:**<br>  1) **GRANTING IN PART AND DENYING IN PART NAPHCARE'S MOTION TO APPROVE CONFIDENTIALITY DESIGNATIONS;**<br><br>  2) **GRANTING NAPHCARE'S MOTION TO SEAL; and**<br><br>  3) **DENYING PLAINTIFFS' MOTION TO SEAL AS MOOT**<br><br>**[Dkt. Nos. 693, 697, 700]** |

Before the Court is nonparty NaphCare of San Diego, LLC's ("NaphCare") Motion for Approval of Designation of Certain Materials as Confidential (the "Motion"). Dkt. No. 693. In connection with the Motion, NaphCare also moved to file certain supporting exhibits under seal. Dkt. No. 697. Plaintiffs filed a competing motion to seal. Dkt. No. 700. The Court held a hearing on the Motion and the motions to seal on September 3, 2024.

/ / /

For the reasons discussed on the record, the Court finds NaphCare has not established that that good cause exists to maintain the documents at issue subject to the Protective Order in their entirety or that "particularized harm will result from disclosure of information to the public." *In re Roman Cath. Archbishop of Portland in Or.*, 661 F.3d 417, 424 (9th Cir. 2011).  However, the Court concludes that limited redactions to the documents are appropriate to protect the privacy interests of the individuals to whom the documents pertain.  Accordingly, the Court **ORDERS** as follows:

    1. NaphCare's Motion [Dkt. No. 693] is **GRANTED IN PART** and **DENIED IN PART**.

    2. By not later than **September 17, 2024**, Plaintiffs shall provide NaphCare with their proposed redactions to the documents identified at Dkt. No. 693-1, in accordance with the Court's rulings as to appropriate redactions.

    3. By not later than **October 1, 2024**, NaphCare shall advise Plaintiffs whether it agrees with the proposed redactions.  If NaphCare does not agree, it must inform Plaintiffs of the specific basis for any additional requested redactions.

    4. In the event of a disagreement, NaphCare and Plaintiffs must meet and confer in person or by videoconference.  If NaphCare and Plaintiffs are unable to agree on the appropriate redactions on the basis of the Court's rulings, they shall jointly contact the undersigned's chambers to request a discovery conference by not later than **October 8, 2024**.

    5. If there is no disagreement, NaphCare shall produce the redacted documents to Plaintiffs by not later than **October 8, 2024**.  The redacted documents shall not be subject to the Protective Order and may be disseminated outside the litigation without further order of the Court.

///
///
///

6. NaphCare's motion to seal [Dkt. No. 697] is **GRANTED**.

7. Plaintiffs' motion to seal [Dkt. No. 700] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: September 3, 2024

*David Leshner*

Hon. David D. Leshner
United States Magistrate Judge