# TRANSCRIPT ORDER
*Please use one form per case*
*Please read instructions on next page*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**COURT USE ONLY**
**DUE DATE:**

| | |
|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER** Kedra Chan | **2a. CONTACT PHONE NUMBER** 415.433.6830 |
| **3a. CONTACT EMAIL ADDRESS** kchan@rbgg.com | |
| **1b. ATTORNEY NAME (if different)** Gay Grunfeld | **2b. ATTORNEY PHONE NUMBER** 415.433.6830 |
| **3b. ATTORNEY EMAIL ADDRESS** ggrunfeld@rbgg.com | |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Rosen Bien Galvan & Grunfeld LLP
101 Mission St. Sixth Floor San Francisco, CA 94105

**5. CASE NAME**
Dunsmore et al. v. San Diego County Sheriff's Department, et al.

**6. CASE NUMBER**
20-cv-00406-AJB-DDL

**7. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | CD ($32) | ORDINARY (30-day $4.00 pp) | 14-DAY ($4.70 pp) | EXPEDITED (7-day $5.35 pp) | 3-DAY ($6.00 pp) | DAILY (Next Day $6.70 pp) | HOURLY (2 hrs $8.00 pp) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/3/2024 | DDL | Motion | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**8. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, DCN #, ETC.**

**ORDER & CERTIFICATION (9. & 10.)** By signing below, I certify that I will pay all charges (deposit plus additional).
**9. SIGNATURE** /s/ Gay Grunfeld
**10. DATE** July 30, 2024