GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California  94709
Telephone:   (510) 806-7366
Facsimile:    (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:   (858) 677-1400
Facsimile:   (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,

Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**JOINT MOTION TO EXTEND DEADLINE TO RAISE DISPUTES REGARDING PLAINTIFFS' CONFIDENTIALITY OBJECTIONS**

Judge:      Hon. Anthony J. Battaglia
Magistrate: Hon. David D. Leshner

Trial Date: None Set

1    (*counsel continued from preceding page*)

2    SUSAN E. COLEMAN – 171832
      E-mail:  scoleman@bwslaw.com
3    BURKE, WILLIAMS & SORENSEN, LLP
      501 West Broadway, Suite 1600
4    San Diego, California 92101-8474
      Telephone:  619.814.5800
5    Facsimile:   619.814.6799

6    ELIZABETH M. PAPPY – 157069
      E-mail:  epappy@bwslaw.com
7    BURKE, WILLIAMS & SORENSEN, LLP
      60 South Market Street, Suite 1000
8    San Jose, California 95113-2336
      Telephone:  408.606.6300
9    Facsimile:   408.606.6333

10   Attorneys for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[4556641.1]

On August 30, 2024, Plaintiffs contend that pursuant to the protective order in this case, Dkt. 400, Plaintiffs notified Defendants of their objections to certain documents produced in this case designated as Confidential or Confidential – For Counsel Only.  Under the protective order, the deadline for the parties to initiate the Court's discovery dispute procedures is seven days from the date of the notice of objection and Plaintiffs contend the deadline is September 6, 2024.  *See* Dkt. 400, ¶ 13.

On September 5, 2024, at the parties' meet and confer on discovery matters, Defendants' counsel stated that they need more time to review the confidentiality objections due to obligations in another case and that the list provided of the documents at issue was part of a meet-and-confer process and not a trigger under the protective order such that submitting a motion to the Court was unnecessary. Defendants requested the list without success for a week and a half prior to Plaintiffs' actually providing it for meet-and-confer.  Plaintiffs disagree.  Defendants have no objection to the granting of the motion with the understanding that Defendants' position is that the process under the protective order has not started. Plaintiffs request and Defendants do not oppose an order granting Plaintiffs' requested short extension to the deadline they believe applies.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1       Accordingly, Plaintiffs request, and Defendants do not oppose, that the Court

2  extend the deadline to initiate the discovery dispute procedures from September 6,

3  2024 to September 16, 2024.

4

5                              Respectfully submitted,

6  DATED:  September 6, 2024      ROSEN BIEN GALVAN & GRUNFELD LLP

7                             By: */s/ Gay Crosthwait Grunfeld*

8                                 Gay Crosthwait Grunfeld

9                             Attorneys for Plaintiffs and the Certified Class

10                            and Subclasses

11

12 DATED:  September 6, 2024      BURKE, WILLIAMS & SORENSEN, LLP

13                            By: */s/ Elizabeth M. Pappy*

14                                Elizabeth M. Pappy

15                            Attorneys for Defendants

16

17

18 **SIGNATURE CERTIFICATION**

19      Pursuant to the Court's Electronic Case Filings Procedures Manual Section

20 2(f)(4), I certify that I have obtained consent of all signatories to the electronic

21 filings of the foregoing document.

22

23 DATED:  September 6, 2024      ROSEN BIEN GALVAN & GRUNFELD LLP

24                            By: */s/ Gay Crosthwait Grunfeld*

25                                Gay Crosthwait Grunfeld

26                            Attorneys for Plaintiffs and the Certified Class

27                            and Subclasses

28