UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　　　　　Defendants. | Case No.:  20-cv-406-AJB-DDL<br><br>**ORDER FOLLOWING SEPTEMBER 17, 2024 DISCOVERY CONFERENCE** |

The Court held a Discovery Conference on September 17, 2024.  For the reasons stated on the record, the Court **ORDERS** as follows:

　　1.　By not later than **September 20, 2024**, the parties must produce all materials relied upon by their designated experts.  Plaintiffs need not re-produce documents that have been previously produced in this litigation and that are specifically identified by Bates number on the indices discussed at the conference. Plaintiffs' oral motion for access to TechCare is denied.

　　2.　By not later than **September 24, 2024**, the parties must meet and confer regarding any document subpoenas to Defendants' experts that Plaintiffs

/ / /

/ / /

1

20-cv-406-AJB-DDL

believe are necessary in light of the September 20 document production. The parties shall promptly raise any disputes with the Court.

**IT IS SO ORDERED.**

Dated: September 17, 2024

*/s/ David Leshner*

Hon. David D. Leshner
United States Magistrate Judge