GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXTEND CERTAIN REBUTTAL REPORTS AND PARTIALLY EXTEND THE EXPERT DISCOVERY DEADLINES**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

Following the discovery conference held on September 17, 2024, the parties submit this Joint Motion to extend deadlines for certain rebuttal reports and to partially extend the expert discovery deadline. On August 21, 2024, Plaintiffs disclosed 12 experts and Defendants disclosed 8 experts. Pursuant to the Court's Order of September 18, 2024, Dkt. No. 718, the parties have until September 20, 2024 to produce all materials relied upon by their designated experts, with an exception as noted in the September 18 Order. Plaintiffs and Defendants contend that their medical, dental, mental health and substance use experts (Drs. Keller, Ramsey, Stewart and Shulman for Plaintiffs, and Drs. Murray, Penn and Reinecke for Defendants) need additional time to review the materials being produced on September 20, 2024 than the present October 2, 2024 rebuttal report deadline allows. The parties wish to depose the experts after service of their rebuttal reports. The parties propose that those seven disclosed experts' rebuttal reports, if any, will be due November 1 and the depositions of those seven expert depositions as well their reviewers, if any, must be completed by November 22, 2024.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The case deadlines set forth in the Court's Order of July 15, 2024, Dkt. No. 682, shall remain in full force and effect for the remaining thirteen experts, and in all other respects.

DATED: September 18, 2024        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
    Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses

DATED: September 18, 2024        BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Elizabeth Pappy*
    Elizabeth Pappy

Attorneys for Defendants

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

DATED: September 18, 2024        ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
    Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses