GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:  (858) 677-1400
Facsimile:   (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California  94709
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>　　　　　Plaintiffs,<br>　　v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>　　　　　Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXTEND DEADLINE TO MEET AND CONFER REQUIRED BY DKT. NO. 713**<br><br>Magistrate: Hon. David D. Leshner |

1 | Pursuant to the Court's chambers rules, the parties hereby submit this Joint
2 | Motion to extend the September 20, 2024 deadline for the parties to meet and confer
3 | about the parties' positions on Plaintiffs' objections to Defendants' confidentiality
4 | designations, as required by the Court's September 6, 2024 Order, Dkt. 713.

5 | **Defendants' Position:** It is necessary to extend the September 20, 2024
6 | deadline for the parties to meet and confer because Defendants have not been able to
7 | complete review of the estimated 603 documents, many of which are multiple pages
8 | long. The process requires locating the document in Defendants' counsel's database
9 | and reviewing the entire document. It has taken 6 hours thus far to review what
10 | Defendants were able to provide on September 18. All positions were due
11 | September 18, 2024. Dkt. 713. Defendants request additional time to provide
12 | positions on the disputed confidentiality designations.

13 | **Plaintiffs' Position:** Plaintiffs dispute whether Defendants' delay in
14 | providing the positions is justified, given that the volume of disputed documents
15 | results from Defendants' blanket designation of many productions, and Defendants
16 | did not raise the timing issue until the evening of September 18, 2024. Nonetheless,
17 | Plaintiffs do not oppose the request, as they recognize that the parties cannot meet
18 | and confer without all of Defendants' positions.

19 | Accordingly, the parties jointly request an extension of time to allow
20 | Defendants to complete the designations to Wednesday, September 25 and the
21 | deadline to meet and confer to Thursday, September 26. Plaintiffs agree to provide
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

the revised chart to Defendants within two business days of the meet and confer, rather than the three business days required by the Court's September 6, 2024 Order.

DATED: September 20, 2024        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Eric Monek Anderson*
    Eric Monek Anderson

Attorneys for Plaintiffs and the Certified Class and Subclasses

DATED: September 20, 2024        BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Elizabeth Pappy*
    Elizabeth Pappy

Attorneys for Defendants

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

DATED: September 20, 2024        ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Eric Monek Anderson*
    Eric Monek Anderson

Attorneys for Plaintiffs and the Certified Class and Subclasses