GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**NOTICE OF MOTION AND MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO MAINTAIN CONFIDENTIALITY**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Date: October 10, 2024<br>Time: 10:15 a.m.<br>Crtrm.: Via Zoom<br><br>Trial Date: None Set |

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Darryl Dunsmore, Andree Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Norwood, Jesse Olivares, Gustavo Sepulveda, Michael Taylor, and Laura Zoerner, on behalf of themselves and the Certified Class and Subclasses (collectively, "Plaintiffs"), pursuant to Civil Local Rule 79.2 and Electronic Case Filing Administrative Policies and Procedures Manual Section 2(j), hereby bring this motion to file under seal documents filed in support of Plaintiffs' Opposition to Defendants' Motion to Maintain Confidentiality.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, and the Declaration of Gay Crosthwait Grunfeld, all filed herewith.

DATED: October 8, 2024               Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
    Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

# MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Civil Local Rule 79.2 and Electronic Case Filing Administrative Policies and Procedures Manual Section 2(j), and consistent with this Court's June 6, 2022 Order regarding sealing, Dkt. 161, this Court's May 15, 2023 Order regarding sealing, Dkt. 306, and the Amended Stipulated Protective Order, Dkt. 400, Plaintiffs move to file under seal the following documents or portions of documents filed in support of Plaintiffs' Opposition to Defendants' Motion to Maintain Confidentiality ("Defendants' Motion"):

(1) Exhibits J, M, N, P, and R to the Declaration of Gay Crosthwait Grunfeld In Support of Plaintiffs' Opposition to Defendants' Motion to Maintain Confidentiality

The Amended Stipulated Protective Order in this case requires that a party seeking to file any material designated as confidential "must seek permission of the Court to file the material under seal." Dkt. 400 at ¶ 12. This requirement applies even if another party has objected to the confidentiality designation, as the Amended Stipulated Protective Order requires that the "material[] at issue be treated as confidential information, as designated by the designating party, until the Court has ruled on the objection or the matter has been otherwise resolved." *Id.* ¶ 13.

Plaintiffs have objected to Defendants' designation of the documents listed above as confidential. Declaration of Gay Crosthwait Grunfeld In Support of Plaintiffs' Motion to File Documents Under Seal in Support of Plaintiffs' Opposition to Defendants' Motion to Maintain Confidentiality ("Grunfeld Decl.), ¶¶ 18, 21, 22, 24, 26. The parties are briefing that issue, *see* Dkt. 713, 724, but the documents remain confidential until the Court has ruled on Defendants' motion. Accordingly, Plaintiffs must file the documents under seal. *See* Dkt. 400, ¶ 13. Plaintiffs believe the documents should not be sealed, for the same reasons stated in Plaintiffs' Opposition to Defendants' Motion to Maintain Confidentiality.

Plaintiffs also are cognizant of this Court's prior orders regarding sealing in this litigation, which emphasized the "strong presumption in favor of [public]

access" to court records, and the importance of "narrowly tailor[ing]" any requests to seal. Dkt. 161 at 2–4; Dkt. 306 at 2–4. Plaintiffs move to seal the exhibits at issue in this motion solely because Defendants have designated them confidential and consistent with the Amended Stipulated Protective Order.

Plaintiffs contend that if the Court denies Defendants' Motion and de-designates the documents at issue, that also necessitates unsealing the documents.

Consistent with the Amended Stipulated Protective Order, Plaintiffs therefore move to file under seal Exhibits J, M, N, P, and R to the Declaration of Gay Crosthwait Grunfeld In Support of Plaintiffs' Opposition to Defendants' Motion to Maintain Confidentiality.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion to seal.

DATED: October 8, 2024         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
       Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses