GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**PROOF OF SERVICE OF DOCUMENT FILED UNDER SEAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO MAINTAIN CONFIDENTIALITY**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

# PROOF OF SERVICE

**Dunsmore et al. v. San Diego County Sheriff's Dept., et al.**
Case No. 20-cv-00406 AJB DDL

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 101 Mission Street, Sixth Floor, San Francisco, CA 94105-1738.

On October 8, 2024, I served true copies of the following document(s) described as:

**Declaration of Gay Grunfeld in Support of Plaintiffs' Opposition to Defendants' Motion to Maintain Confidentiality, with Exhibits A – T  (Lodged Under Seal)**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address kstilber@rbgg.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 8, 2024, at San Francisco, California.

Karen Stilber

2

**SERVICE LIST**
*Dunsmore et al. v. San Diego County Sheriff's Dept., et al.*
Case No. 20-cv-00406 AJB DDL

| | |
|---|---|
| BURKE, WILLIAMS & SORENSEN, LLP<br>501 West Broadway, Suite 1600<br>San Diego, CA 92101<br><br>Susan E. Coleman<br>(SColeman@bwslaw.com)<br>Dee van Daalen Wetters<br>(DWetters@bwslaw.com)<br>Diana Favela<br>(DFavela@bwslaw.com) | BURKE, WILLIAMS & SORENSEN, LLP<br>60 South Market Street, Suite 1000<br>San Jose, CA 95113-2336<br><br>Elizabeth M. Pappy<br>(EPappy@bwslaw.com)<br>Daniel Zepeda<br>(Dzepeda@bwslaw.com) |
| BURKE, WILLIAMS & SORENSEN, LLP<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA 90071-2953<br><br>Deann R. Rivard<br>(DRivard@bwslaw.com) | OFFICE OF COUNTY COUNSEL,<br>COUNTY OF SAN DIEGO<br>1600 Pacific Highway, Room 355<br>San Diego, CA 92101-2469<br><br>Steven Inman<br>(Steven.Inman@sdcounty.ca.gov) |

Attorneys for Defendants County of San Diego, San Diego County Sheriff's Department, and San Diego County Probation Department