UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No.:  20-cv-406-AJB-DDL<br><br>**ORDER GRANTING MOTION TO EXTEND INTERIM FEES DEADLINE**<br><br>**[Dkt. No. 732]** |

Plaintiffs previously explained that they believe Judge Battaglia's August 23, 2024 Order "trigger[s] a fourteen-day deadline by which they must file a motion for interim attorneys' fees, costs and expenses" related to their Third Claim for Relief. Dkt. No. 703 at 3.  To that end, Plaintiffs filed an unopposed Motion to Extend Interim Fees Deadline.  *Id*.  Defendants disputed that Plaintiffs had any right to "interim" fees but did not oppose the requested extension.  *Id*.  The Court granted that Motion and extended the deadline to file a motion for interim fees, if any such deadline exists, to October 21, 2024.  Dkt. No. 706.

Currently before the Court is Plaintiffs' second unopposed Motion to Extend Interim Fees Deadline.  Dkt. No. 732.  The parties represent they are continuing negotiations to settle their Third Claim for Relief.  *Id.* at 1.  A Settlement Conference

is set before the undersigned on October 18, 2024.

The Court hereby **GRANTS** the unopposed motion and extends the deadline to file a motion for interim fees, if any such deadline exists, to **November 11, 2024**. Nothing in this Order shall be construed as bearing on Plaintiffs' entitlement (or not) to interim fees, or whether any motion for fees must await resolution of the Third Claim for Relief, final judgment in the case, or some other procedural milestone. By agreement of the parties, this Order is without prejudice to further requests for an extension of Plaintiffs' deadline to seek attorneys' fees, costs and expenses. *See id* at 2.

**IT IS SO ORDERED.**

Dated: October 11, 2024

/s/ David Leshner
Hon. David D. Leshner
United States Magistrate Judge