| | |
|---|---|
| 1 | Susan E. Coleman (SBN 171832) |
| 2 | E-mail: scoleman@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN, LLP |
| 3 | 501 West Broadway, Suite 1600,<br>San Diego, CA 92101-8474 |
| 4 | Tel: 619.814.5800  Fax: 619.814.6799 |
| 5 | Elizabeth M. Pappy (SBN 157069)<br>E-mail: epappy@bwslaw.com |
| 6 | BURKE, WILLIAMS & SORENSEN, LLP<br>60 South Market Street, Ste. 1000 |
| 7 | San Jose, CA 95113-2336<br>Tel: 408.606.6300  Fax: 408.606.6333 |
| 8 | Attorneys for Defendants |
| 9 | COUNTY OF SAN DIEGO, SAN DIEGO<br>COUNTY SHERIFF'S DEPARTMENT and |
| 10 | SAN DIEGO COUNTY PROBATION<br>DEPARTMENT |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>            Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXTEND TIME FOR DEPOSITION OF DEFENSE EXPERT PAUL JOELSON**<br><br>Judge:  Anthony J. Battaglia<br><br>Magistrate Judge David D. Leshner |

///
///

4894-9280-1776 v3

Defendants seek an extension of time for completion of the expert deposition of defense expert, Paul Joelson. The current deadline for completion of the deposition is November 1, 2024 pursuant to Dkt. 682 – Order Granting Joint Motion to Continue Pretrial Deadlines. Mr. Joelson is undergoing a medical procedure which requires the surgery itself and a period of recover to follow. He is available for his deposition on November 19, 2024. Plaintiffs have agreed to the requested extension. Defendants respectfully request that the Court extend the time to complete Mr. Joelson's deposition from November 1, 2024 to November 19, 2024.

DATED: October 15, 2024        Respectfully submitted,
                               BURKE, WILLIAMS & SORENSEN, LLP

                               By: */s/ Elizabeth M. Pappy*
                                   Elizabeth Pappy

                               Attorneys for Defendants

DATED: October 15, 2024        ROSEN BIEN GALVAN & GRUNFELD LLP

                               By: */s/ Gay Crosthwait Grunfeld*
                                   Gay Crosthwait Grunfeld

                               Attorneys for Plaintiffs and the Certified Class and Subclasses

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

4894-9280-1776 v3    2    Case No. 3:20-cv-00406-AJB-DDL
JOINT MOTION TO EXTEND TIME FOR DEPOSITION OF DEFENSE EXPERT PAUL JOELSON

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

Dated: October 15, 2024

BURKE, WILLIAMS & SORENSEN, LLP

By: _____*/s/ Elizabeth M. Pappy*_____
     Susan E. Coleman
     Elizabeth M. Pappy
     Attorneys for Defendants

4894-9280-1776 v3

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

3

Case No. 3:20-cv-00406-AJB-DDL
JOINT MOTION TO EXTEND TIME FOR DEPOSITION OF DEFENSE EXPERT PAUL JOELSON