GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:   (858) 677-1400
Facsimile:    (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California  94709
Telephone:   (510) 806-7366
Facsimile:    (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF ERIC MONEK ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION TO FILE UNDER SEAL SEAL EXAMPLE DOCUMENTS**<br><br>Magistrate: Hon. David D. Leshner |

[4590757.1]

Case No. 3:20-cv-00406-AJB-DDL

DECLARATION OF ERIC MONEK ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION TO FILE UNDER SEAL EXAMPLE DOCUMENTS

I, Eric Monek Anderson, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs and the Certified Class and Subclasses. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motion to File Under Seal Example Documents.

2. Plaintiffs seek to seal the documents attached hereto, which are documents Defendants produced in discovery and that Defendants have currently designated Confidential or Confidential – For Counsel Only. The Court directed the parties to file example documents for Defendants' Motion to Maintain Confidentiality under seal. Dkt. 731. Accordingly, consistent with that order and with the Amended Stipulated Protective Order in this litigation, Dkt. 400, Plaintiffs hereby move to file these documents under seal.

3. Staff at my firm have confirmed the motion to seal complies with Civil Local Rule 79.2 and Electronic Case Filing Administrative Policies and Procedures Manual Section 2(j).

4. Attached hereto as **Exhibit A** is the parties' example document for the SDSO Inspection Reports category.

5. Attached hereto as **Exhibit B** is the parties' example document for the Grievances category.

6. Attached hereto as **Exhibit C** are Plaintiffs' example documents for the Medical Records category.

7. Attached hereto as **Exhibit D** is Plaintiffs' example document for the SDSO Email Correspondence category.

8. Attached hereto as **Exhibit E** are Defendants' example documents for the SDSO Email Correspondence category.

9. Attached hereto as **Exhibit F** are the parties' example documents for

DECLARATION OF ERIC MONEK ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION TO FILE UNDER SEAL EXAMPLE DOCUMENTS

1    the SDSO Texts and Teams Messages category.

2        10.    Attached hereto as **Exhibit G** is the parties' example document for the

3    CLERB Decedent Reports category.

4        11.    Attached hereto as **Exhibit H** is Plaintiffs' example document for the

5    Decedent Custody Records category.

6        12.    Attached hereto as **Exhibit I** is Plaintiffs' example document for the

7    Dr. Montgomery Statements re: Decedents category.

8        13.    Attached hereto as **Exhibit J** is Defendants' example document for the

9    Dr. Montgomery Statements re: Decedents category.

10       14.    Attached hereto as **Exhibit K** is Plaintiffs' example document for the

11   Homicide Unit Reports category.

12       15.    Attached hereto as **Exhibit L** is the parties' example document for the

13   Decedent Case Review PowerPoints category.

14       16.    Attached hereto as **Exhibit M** is the parties' example document for the

15   Area Activities Summary category.

16       17.    Attached hereto as **Exhibit N** is the parties' example document for the

17   Rescue Reports category.

18       18.    Attached hereto as **Exhibit O** is Plaintiffs' example document for the

19   Incident Reports for Decedents category.

20       19.    Attached hereto as **Exhibit P** is the parties' example document for the

21   Corrective Action Plan category.

22       20.    Attached hereto as **Exhibit Q** is the parties' example document for the

23   SDSO Notes category.

24       21.    Attached hereto as **Exhibit R** is Plaintiffs' example document for the

25   Disciplinary Documents category.

26       22.    Attached hereto as **Exhibit S** is Defendants' example document for the

27   Disciplinary Documents category.

28       23.    Attached hereto as **Exhibit T** is Plaintiffs' example document for the

DECLARATION OF ERIC MONEK ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION TO FILE UNDER
SEAL EXAMPLE DOCUMENTS

1  Watch Commander Logs category.

2      24.    Attached hereto as **Exhibit U** is Plaintiffs' example document for the

3  End of Shift Reports category.

4      25.    Attached hereto as **Exhibit V** is Defendants' example document for the

5  End of Shift Reports category.

6      26.    Attached hereto as **Exhibit W** is the parties' example document for the

7  SDSO Semiweekly Reports category.

8      27.    Attached hereto as **Exhibit X** is the parties' example document for the

9  Intelligence Brief category.

10      28.     Attached hereto as **Exhibit Y** is the parties' example document for the

11  Safety Check Log category.

12      29.    Attached hereto as **Exhibit Z** is the parties' example document for the

13  Division of Inspectional Services Report category.

14      30.    Attached hereto as **Exhibit AA** is Plaintiffs' example document for the

15  Detention Investigation Unit Assault Weapons Drugs Reports category.

16      31.    Attached hereto as **Exhibit BB** is Defendants' example document for

17  the Detention Investigation Unit Assault Weapons Drugs Reports category.

18      32.    Attached hereto as **Exhibit CC** is the parties' example document for

19  the Staffing Documents category.

20      33.    Attached hereto as **Exhibit DD** are Plaintiffs' example documents for

21  the Incident Report Log category.

22      34.    Attached hereto as **Exhibit EE** is the parties' example document for the

23  Roster/Sick Call Log category.

24      35.    Attached hereto as **Exhibit FF** is Plaintiffs' example document for the

25  SDSO Occurrence Reports category.

26      36.    Attached hereto as **Exhibit GG** is Plaintiffs' example document for the

27  Quality Assurance Presentations, Agendas, Minutes category.

28      37.    Attached hereto as **Exhibit HH** is Defendants' example document for

DECLARATION OF ERIC MONEK ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION TO FILE UNDER
SEAL EXAMPLE DOCUMENTS

1   the Quality Assurance Presentations, Agendas, Minutes category.

2        38.    Attached hereto as **Exhibit II** is the parties' example document for the

3   CLERB Complaint category.

4        39.    Attached hereto as **Exhibit JJ** is Plaintiffs' example document for the

5   SDSO Meeting Agendas and Rosters category.

6        40.    Attached hereto as **Exhibit KK** is Defendants' example document for

7   the Staffing Documents category.

8        41.    Attached hereto as **Exhibit LL** is the parties' example document for the

9   Homicide Report category.

10       42.    Attached hereto as **Exhibit MM** is the parties' example document for

11  the Sick Call List category.

12       43.    Attached hereto as **Exhibit NN** is Plaintiffs' example document for the

13  Photographs category.

14       44.    Attached hereto as **Exhibit OO** is Defendants' example document for

15  the Photographs category.

16       45.    Attached hereto as **Exhibit PP** is the parties' example document for the

17  Detention Services Bureau Policies and Procedures category.

18

19       I declare under penalty of perjury under the laws of the United States of

20  America that the foregoing is true and correct, and that this declaration is executed

21  at Oakland, California this 21st day of October, 2024.

22

23                          */s/ Eric Monek Anderson*
                            Eric Monek Anderson

24

25

26

27

28

DECLARATION OF ERIC MONEK ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION TO FILE UNDER
SEAL EXAMPLE DOCUMENTS