| | |
|---|---|
| 1  GAY C. GRUNFELD – 121944<br>    VAN SWEARINGEN – 259809<br>2  MICHAEL FREEDMAN – 262850<br>    ERIC MONEK ANDERSON – 320934<br>3  HANNAH M. CHARTOFF – 324529<br>    BEN HOLSTON – 341439<br>4  ROSEN BIEN<br>    GALVAN & GRUNFELD LLP<br>5  101 Mission Street, Sixth Floor<br>    San Francisco, California  94105-1738<br>6  Telephone:  (415) 433-6830<br>    Facsimile:   (415) 433-7104<br>7  ggrunfeld@rbgg.com<br>    vswearingen@rbgg.com<br>8  mfreedman@rbgg.com<br>    eanderson@rbgg.com<br>9  hchartoff@rbgg.com<br>    bholston@rbgg.com | CHRISTOPHER M. YOUNG – 163319<br>ISABELLA NEAL – 328323<br>OLIVER KIEFER – 332830<br>DLA PIPER LLP (US)<br>4365 Executive Drive, Suite 1100<br>San Diego, California  92121-2133<br>Telephone:  (858) 677-1400<br>Facsimile:   (858) 677-1401<br>christopher.young@dlapiper.com<br>isabella.neal@dlapiper.com<br>oliver.kiefer@dlapiper.com |

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California  94709
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>        Plaintiffs,<br>  v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>        Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**NOTICE OF ERRATA RE: DKT. 739**<br><br>Magistrate: Hon. David D. Leshner |

[4592191.1]

Case No. 3:20-cv-00406-AJB-DDL

NOTICE OF ERRATA RE: DKT. 739

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On October 21, 2024, Plaintiffs filed a Motion to File Documents Under Seal example documents related to Defendants' Motion to Maintain Confidentiality. *See* Dkt. 738. Plaintiffs also lodged under seal the example documents. Dkt. 739. Due to a technical issue, Plaintiffs were unable to lodge Exhibit EE on October 21, 2024. Plaintiffs are hereby lodging under seal Exhibit EE to the Declaration of Eric Monek Anderson. Exhibit EE is a PDF of an Excel spreadsheet. It is necessary to zoom in on the PDF to view the material.

Plaintiffs respectfully submit this errata to correct this error.

DATED: October 22, 2024

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Eric Monek Anderson*
Eric Monek Anderson

Attorneys for Plaintiffs and the Certified Class and Subclasses