1  GAY C. GRUNFELD – 121944
   VAN SWEARINGEN – 259809
2  MICHAEL FREEDMAN – 262850
   ERIC MONEK ANDERSON – 320934
3  HANNAH M. CHARTOFF – 324529
   BEN HOLSTON – 341439
4  ROSEN BIEN
   GALVAN & GRUNFELD LLP
5  101 Mission Street, Sixth Floor
   San Francisco, California 94105-1738
6  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
7  ggrunfeld@rbgg.com
   vswearingen@rbgg.com
8  mfreedman@rbgg.com
   eanderson@rbgg.com
9  hchartoff@rbgg.com
   bholston@rbgg.com

   CHRISTOPHER M. YOUNG – 163319
   ISABELLA NEAL – 328323
   OLIVER KIEFER – 332830
   DLA PIPER LLP (US)
   4365 Executive Drive, Suite 1100
   San Diego, California 92121-2133
   Telephone: (858) 677-1400
   Facsimile: (858) 677-1401
   christopher.young@dlapiper.com
   isabella.neal@dlapiper.com
   oliver.kiefer@dlapiper.com

10
11 AARON J. FISCHER – 247391
   LAW OFFICE OF
   AARON J. FISCHER
12 1400 Shattuck Square Suite 12 - #344
   Berkeley, California 94709
13 Telephone: (510) 806-7366
   Facsimile: (510) 694-6314
14 ajf@aaronfischerlaw.com

15 (*additional counsel on following page*)

16 Attorneys for Plaintiffs and the
   Certified Class and Subclasses
17

18                    UNITED STATES DISTRICT COURT

19                   SOUTHERN DISTRICT OF CALIFORNIA

20 DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,
                   Plaintiffs,
         v.
   SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,
                   Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**JOINT MOTION TO EXTEND DEADLINES RE ADA DEPOSITIONS AND ADA DISPOSITIVE MOTIONS**

Judge:       Hon. Anthony J. Battaglia
Magistrate:  Hon. David D. Leshner

Trial Date: None Set

1  (*counsel continued from preceding page*)

2  SUSAN E. COLEMAN – 171832
   E-mail:  scoleman@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600
4  San Diego, California 92101-8474
   Telephone:  619.814.5800
5  Facsimile:  619.814.6799

6  ELIZABETH M. PAPPY – 157069
   E-mail:  epappy@bwslaw.com
7  BURKE, WILLIAMS & SORENSEN, LLP
   60 South Market Street, Suite 1000
8  San Jose, California 95113-2336
   Telephone:  408.606.6300
9  Facsimile:  408.606.6333

10 Attorneys for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The parties are conducting settlement negotiations with regard to the Third Claim for Relief, with the next settlement conference before Magistrate Judge Leshner scheduled for October 28, 2024.  Given the current schedule, significant time would need to be expended preparing for depositions the week of October 28 and drafting dispositive motions currently due December 9, 2024.  The parties therefore jointly request an extension of time for completion of the expert depositions of Julian Martinez and Syroun Sanossian until December 1, 2024.  Defendants' expert Paul Joelson's deposition was previously moved to November 19, 2024 for health reasons.  *See* Dkt. No. 735.

The parties further jointly request an extension of time from December 9, 2024 to January 17, 2025 to file (if necessary) any dispositive motions related to the Third Claim for Relief or any *Daubert* motions related to Mr. Joelson, Mr. Martinez, or Ms. Sanossian.

DATED:  October 22, 2024          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
    Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses

DATED:  October 22, 2024          BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Elizabeth M. Pappy*
    Elizabeth M. Pappy

Attorneys for Defendants

# SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filings Procedures Manual Section 2(f)(4), I certify that I have obtained consent of all signatories to the electronic filings of the foregoing document.

DATED: October 22, 2024

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses