Andrew Rhoads #BB1540
701 Scofield Ave
Wasco, C.A. 93280

United States District Court for the Southern District of California

Darryl Dunsmore et. al. | Case Number 20-cv-406-AJB-DDL
Plaintiffs

v.

San Diego Cnty. Sheriff's | Notice of intent to exclude from class action
Defendants

I Andrew Rhoads (Booking # 24712460) hereby exclude myself from the class certified in this case. (see Dkt # 435 at Page 10) I wish to presue my own case and relief. I respectfully request a copy of this motion and proof of requested excludtion be sent to me. Notice has been givin to Plaintiffs Councel.

Respectfully,

Date: 10/13/24

x [signature]

Andrew Armas
CDCR # BZ 510
W.S.P/B.2/B-238L
P O Box 5500
Wasco, CA 93280

SANTA CLARITA CA  913
16 OCT 2024 PM 3 L

As in past years,
USPS is
If you choose
please mail ea





OCT 22 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
         DEPUTY

92101-382599

(Clerk of the U.S)
 District Court
333 West Broadway
                ste 420
San Diego, CA 92101