
UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>                 Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>                 Defendants. | Case No.: 20-cv-406-AJB-DDL<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO EXTEND DEADLINES RE ADA DEPOSITIONS AND ADA DISPOSITIVE MOTIONS**<br><br>**[Dkt. No. 743]** |

      Before the Court is the parties' Joint Motion to Extend Deadlines Re ADA Depositions and ADA Dispositive Motions. Dkt. No. 743. The parties request an additional month to conduct certain expert witness depositions whose testimony concerns ADA compliance and a five-week extension of the deadline "to file (if necessary) any dispositive motions related to the Third Claim for Relief [i.e., ADA compliance]" or *Daubert* motions concerning the ADA expert witnesses. The Court does not find the requested continuances are necessary. However, to allow the parties to focus their efforts on the upcoming settlement conference, the Court will grant a limited extension of certain pretrial deadlines. The Joint Motion is **GRANTED IN PART** and **DENIED IN PART**.

The Court further **ORDERS** as follows:

1. The parties shall complete the depositions of Julian Martinez and Syroun Sanossian by not later than **November 19, 2024**. No other expert discovery beyond the November 1, 2024 expert discovery cutoff is authorized by this Order.[1]

2. The deadline to file dispositive motions, including *Daubert* motions, is continued to **December 16, 2024**. The parties are advised that the Court does not permit the filing of multiple or serial motions for summary judgment. Each side must present all issues and claims for which judgment as a matter of law is requested in a single motion. All such motions must comply with Civil Local Rule 7.1. Any request to file a brief in excess of 25 pages or to otherwise deviate from Civil Local Rule 7.1 must be directed to the assigned District Judge in accordance with his chambers rules and procedures.

3. Except as modified herein, all dates, deadlines, instructions and mandatory procedures, including the consequences for failure to comply with same, remain in effect. All counsel must "take all steps necessary to bring [this] action to readiness for trial." CivLR 16.1.b.

**IT IS SO ORDERED.**

Dated: October 23, 2024

Hon. David D. Leshner
United States Magistrate Judge

---

[1] Per the Court's October 15, 2024 order, the parties must also complete the deposition of Paul Joelson by not later than November 19, 2024. Dkt. No. 735.