GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:  (858) 677-1400
Facsimile:   (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California  94709
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br>       v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>              Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXTEND TIME FOR DEPOSITION OF DEFENSE EXPERT LENARD VARE**<br><br>Judge:       Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

[4593535.3]

Case No. 3:20-cv-00406-AJB-DDL

JOINT MOTION TO EXTEND TIME FOR DEPOSITION OF DEFENSE EXPERT LENARD VARE

1  The Parties seek an extension of time for completion of the expert deposition of defense expert Lenard Vare. The current deadline for completion of the deposition is November 1, 2024, pursuant to Dkt. 682 – Order Granting Joint Motion to Continue Pretrial Deadlines.  However, Mr. Vare has had a death in his close family and is unable to complete his deposition on October 28, 2024 as currently noticed.  He is available for his deposition on November 4, 2024.  The Parties thus respectfully request that this Court extend the time to complete Mr. Vare's deposition from November 1, 2024 to November 4, 2024.  Plaintiffs have agreed to the requested extension.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  October 28, 2024 | ROSEN BIEN GALVAN & GRUNFELD LLP |
|  | By: */s/ Van Swearingen* |
|  | Van Swearingen |
|  | Attorneys for Plaintiffs and the Certified Class and Subclasses |
| DATED:  October 28, 2024 | BURKE, WILLIAMS & SORENSEN, LLP |
|  | By: */s/ Susan E. Coleman* |
|  | Susan E. Coleman |
|  | Attorneys for Defendants |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

# SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

DATED: October 28, 2024

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
Van Swearingen

Attorneys for Plaintiffs and the Certified Class and Subclasses