GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone:  (858) 677-1400
Facsimile:   (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, Plaintiffs, <br> v. <br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br>  Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **JOINT MOTION TO EXTEND INTERIM FEES DEADLINE** <br><br> Judge:  Hon. Anthony J. Battaglia <br> Magistrate: Hon. David D. Leshner <br><br> Trial Date: None Set |

1   (*counsel continued from preceding page*)

2   SUSAN E. COLEMAN (SBN 171832)
    E-mail: scoleman@bwslaw.com
3   BURKE, WILLIAMS & SORENSEN, LLP
    501 West Broadway, Suite 1600
4   San Diego, California 92101-8474
    Tel: 619.814.5800 Fax: 619.814.6799
5

6   ELIZABETH M. PAPPY (SBN 157069)
    E-mail: epappy@bwslaw.com
7   BURKE, WILLIAMS & SORENSEN, LLP
    60 South Market Street, Suite 1000
8   San Jose, California 95113-2336
    Tel: 408.606.6300 Fax: 408.606.6333

9   Attorneys for Defendants

On August 23, 2024, Judge Battaglia granted the Parties' Joint Motion to Approve San Diego Sheriff's Office Amended ADA Action Plan which addressed a portion of the claims made by Plaintiffs under the Third Claim for Relief in the Third Amended Complaint (TAC). Dkt. 695. The Plaintiffs believe this Order may trigger a fourteen-day deadline by which they must file a motion for interim attorneys' fees, costs, and expenses to secure the partial settlement of the Third Claim for Relief (arising under the Americans with Disabilities Act, Rehabilitation Act, and California Government Code § 11135) evidenced by the Amended ADA Plan approved by the Court on August 23, 2024. *See* Fed. R. Civ. Proc. 54(d)(2)(B (providing that "Unless a statute or a court order provides otherwise, the motion must (i) be filed no later than 14 days after the entry of judgment."). Defendants dispute the right to file a motion prior to, at a minimum resolution of the entire Third Claim for Relief, and more likely, prior to final judgment in the case, based upon FRCP 54 which provides that a motion for fees shall be filed after entry of a judgment implying "final judgment." Defendants dispute that there is any right to "interim" fees.

On August 30, 2024, the Court extended the deadline to file a motion for interim fees, if any such deadline exists, to October 21, 2024. Dkt. 706. The Court noted that nothing in its Order shall be construed as bearing on Plaintiffs' entitlement (or not) to interim fees, or whether any motion for fees must await resolution of the Third Claim for Relief, final judgment in the case, or some other procedural milestone.

On October 11, 2024, the Court further extended any deadline to November 11, 2024. Dkt. 733.

The Parties are continuing negotiations to settle the entire Third Claim for Relief with Magistrate Judge Leshner's assistance. A further settlement conference has been set for November 4, 2024.

Through this Joint Motion, and out of an abundance of caution, the Parties

request that the Court enter an order (1) that any present deadline for Plaintiffs to file a motion for interim attorneys' fees, costs, and expenses is extended by 28 days to December 9, 2024 without prejudice to further such extensions.

Respectfully submitted,

DATED: October 30, 2024   ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Gay Crosthwait Grunfeld
    Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses

DATED: October 30, 2024   BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Elizabeth M. Pappy
    Elizabeth M. Pappy

Attorneys for Defendants

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filings Procedures Manual Section 2(f)(4), I certify that I have obtained consent of all signatories to the electronic filings of the foregoing document.

DATED: October 30, 2024   ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Gay Crosthwait Grunfeld
    Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses