
1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9         SOUTHERN DISTRICT OF CALIFORNIA
10
11   DARRYL DUNSMORE, et al.,              Case No.:  20-cv-406-AJB-DDL
12                        Plaintiffs,
                                          **ORDER GRANTING THIRD
13   v.                                   MOTION TO EXTEND INTERIM
                                          FEES DEADLINE**
14   SAN DIEGO COUNTY SHERIFF'S
     DEPARTMENT, et al.,
15
                         Defendants.      **[Dkt. No. 751]**
16
17
18        Before the Court is the parties' third Motion to Extend Interim Fees Deadline.
19   Dkt. No. 751.  As set forth in the parties' prior motions and the Court's orders
20   thereon, Plaintiffs believe Judge Battaglia's August 23, 2024 Order "trigger[s] a
21   fourteen-day deadline by which they must file a motion for interim attorneys' fees,
22   costs and expenses" related to their Third Claim for Relief.  *Id.* at 3.  Defendants
23   dispute that Plaintiffs have any right to "interim" fees, believing any request for fees
24   must be brought no earlier than after the resolution of the Third Claim for Relief
25   "and more likely" after final judgment.  *See id.*  Out of an "abundance of caution,"
26   however, the parties jointly move for a 28-day extension of any deadline to file a
27   motion for interim fees, to December 9, 2024.
28   / / /

The Court hereby **GRANTS** the unopposed motion and extends the deadline to file a motion for interim fees, *if any such deadline exists*, to **December 9, 2024**. Nothing in this Order shall be construed as bearing on Plaintiffs' entitlement (or not) to interim fees, or whether any motion for fees must await resolution of the Third Claim for Relief, final judgment in the case, or some other procedural milestone. By agreement of the parties, this Order is without prejudice to further requests for an extension of Plaintiffs' deadline to seek attorneys' fees, costs and expenses.

**IT IS SO ORDERED.**

Dated: October 31, 2024

Hon. David D. Leshner
United States Magistrate Judge

20-cv-406-AJB-DDL