Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXTEND TIME FOR DEPOSITION OF PLAINTIFFS' EXPERT JAMES AUSTIN**<br><br>Judge: Anthony J. Battaglia<br><br>Magistrate Judge David D. Leshner |

///

///

4883-5438-0278 v1 — 1 — Case No. 3:20-cv-00406-AJB-DDL  JOINT MOTION TO EXTEND TIME FOR DEPOSITION OF EXPERT JAMES AUSTIN

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

Defendants seek an extension of time for completion of the expert deposition of plaintiffs' expert James Austin. The current deadline for completion of the deposition is November 1, 2024 pursuant to Dkt. 682 – Order Granting Joint Motion to Continue Pretrial Deadlines. Defense Counsel, Susan Coleman, experienced catastrophic computer issues on the date of Mr. Austin's deposition such that the deposition could not timely proceed. He is available for his deposition on November 11, 2024. Plaintiffs have agreed to the date and the requested extension. The Parties thus respectfully request that this Court extend the time to complete Mr. Austin's deposition from November 1, 2024 to November 11, 2024.

DATED: November 5, 2024

Respectfully submitted,
BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan E. Coleman*
    Susan E. Coleman

Attorneys for Defendants

DATED: November 5, 2024

ROSEN BIEN GALVAN & GRUNFELD LLP

By: *Van Swearingen*
    Van Swearingen

Attorneys for Plaintiffs and the Certified Class and Subclasses

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4883-5438-0278 v1

2

Case No. 3:20-cv-00406-AJB-DDL
JOINT MOTION TO EXTEND TIME FOR DEPOSITION OF EXPERT JAMES AUSTIN

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

Dated: November 5, 2024

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan E. Coleman*
    Susan E. Coleman
    Elizabeth M. Pappy
    Attorneys for Defendants

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4883-5438-0278 v1

3

Case No. 3:20-cv-00406-AJB-DDL
JOINT MOTION TO EXTEND TIME FOR DEPOSITION OF EXPERT JAMES AUSTIN