| | |
|---|---|
| GAY C. GRUNFELD – 121944<br>VAN SWEARINGEN – 259809<br>MICHAEL FREEDMAN – 262850<br>ERIC MONEK ANDERSON – 320934<br>HANNAH M. CHARTOFF – 324529<br>BEN HOLSTON – 341439<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>ggrunfeld@rbgg.com<br>vswearingen@rbgg.com<br>mfreedman@rbgg.com<br>eanderson@rbgg.com<br>hchartoff@rbgg.com<br>bholston@rbgg.com | CHRISTOPHER M. YOUNG – 163319<br>ISABELLA NEAL – 328323<br>OLIVER KIEFER – 332830<br>DLA PIPER LLP (US)<br>4365 Executive Drive, Suite 1100<br>San Diego, California 92121-2133<br>Telephone: (858) 677-1400<br>Facsimile: (858) 677-1401<br>christopher.young@dlapiper.com<br>isabella.neal@dlapiper.com<br>oliver.kiefer@dlapiper.com |

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>　　　　　　Plaintiffs,<br>　v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>　　　　　　Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br>**JOINT MOTION TO EXTEND DEADLINES RE ADA DEPOSITIONS**<br>Judge:　　Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br>Trial Date: None Set |

[4601156.3]　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:20-cv-00406-AJB-DDL
JOINT MOTION TO EXTEND DEADLINES RE ADA DEPOSITIONS

1  (*counsel continued from preceding page*)

2  SUSAN E. COLEMAN – 171832
E-mail:  scoleman@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
4  San Diego, California 92101-8474
Telephone:  619.814.5800
5  Facsimile:   619.814.6799

6  ELIZABETH M. PAPPY – 157069
E-mail:  epappy@bwslaw.com
7  BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
8  San Jose, California 95113-2336
Telephone:  408.606.6300
9  Facsimile:   408.606.6333

10  Attorneys for Defendants

[4601156.3]

Case No. 3:20-cv-00406-AJB-DDL
JOINT MOTION TO EXTEND DEADLINES RE ADA DEPOSITIONS

The parties are conducting settlement negotiations with regard to the Third Claim for Relief, with the next settlement conference before Magistrate Judge Leshner scheduled for November 13, 2024.  Under the current schedule, depositions of the parties' ADA experts must be completed by November 19, 2024, *see* Dkt. 745, which would require the parties to spend significant time preparing for and conducting the ADA depositions the week of November 11, while also discussing settlement.  Counsel for Defendants also has an existing deposition and mediation on two days the week of November 25.  The parties therefore jointly request an extension of time for completion of the expert depositions of Julian Martinez, Syroun Sanossian, and Paul Joelson until December 4, 2024.

DATED:  November 7, 2024

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses

DATED:  November 7, 2024

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Elizabeth M. Pappy*
Elizabeth M. Pappy

Attorneys for Defendants

/ / /

/ / /

/ / /

/ / /

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filings Procedures Manual Section 2(f)(4), I certify that I have obtained consent of all signatories to the electronic filings of the foregoing document.

DATED: November 7, 2024

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses