GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>            Plaintiffs,<br>  v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>            Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO STAY ADA EXPERT DISCOVERY; EXTEND DEADLINE FOR INTERIM FEES MOTION**<br><br>Judge:     Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

1   (*counsel continued from preceding page*)

2   SUSAN E. COLEMAN – 171832
    E-mail: scoleman@bwslaw.com
3   BURKE, WILLIAMS & SORENSEN, LLP
    501 West Broadway, Suite 1600
4   San Diego, California 92101-8474
    Telephone: 619.814.5800
5   Facsimile: 619.814.6799

6   ELIZABETH M. PAPPY – 157069
    E-mail: epappy@bwslaw.com
7   BURKE, WILLIAMS & SORENSEN, LLP
    60 South Market Street, Suite 1000
8   San Jose, California 95113-2336
    Telephone: 408.606.6300
9   Facsimile: 408.606.6333

10   Attorneys for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  On November 21, 2024, the parties reached a settlement in principle resolving Plaintiffs' Third Claim for Relief, which seeks relief under the Americans with Disabilities Act, the Rehabilitation Act, and California state law.  The proposed settlement is subject to approval by the San Diego County Board of Supervisors, which meets next on December 10, 2024.

Under the current case schedule, depositions of the parties' ADA experts must be completed by December 4, 2024.  To provide time for the Board of Supervisors to consider the proposed settlement and to preserve party resources, the parties jointly request a stay of expert discovery related to Plaintiffs' Third Claim for Relief.

In addition, the current deadline for Plaintiffs to file a motion for interim attorneys' fees, costs, and expenses related to a portion of the clams under the Third Claim for Relief earlier resolved by the parties, *see* Dkt. 355, is currently December 9, 2024.  Defendants have disputed whether Plaintiffs have any right to interim fees.  *See* Dkt. 751.  The Court has previously extended the deadline to file a motion for interim fees, if any such deadline exists, and most recently extended the deadline to December 9, 2024.  Dkt. 753.

Assuming the entirety of the Third Claim for Relief is ultimately resolved by the settlement the parties have reached, the parties agree that it is most efficient for Plaintiffs to file a single motion for attorneys' fees, costs, and expenses related to the Third Claim for Relief.  The parties will not know whether the Third Claim for Relief is resolved until after the December 10, 2024 Board of Supervisors meeting.  Accordingly, the parties jointly request that the Court enter an order (1) that any present deadline for Plaintiffs to file a motion for attorneys' fees, costs, and expenses is extended to January 10, 2024.

/ / /

/ / /

/ / /

The parties will promptly inform the Court as to the status of settlement of the Third Claim for Relief following the December 10, 2024 San Diego County Board of Supervisors meeting, with a proposal as to next steps regarding the Third Claim for Relief.

DATED: November 22, 2024

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses

DATED: November 22, 2024

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Elizabeth M. Pappy*
Elizabeth M. Pappy

Attorneys for Defendants

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filings Procedures Manual Section 2(f)(4), I certify that I have obtained consent of all signatories to the electronic filings of the foregoing document.

DATED: November 22, 2024

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses