# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER**
Please use one form per case
*Please read instructions on next page*

COURT USE ONLY
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Kedra Chan |
| 2a. CONTACT PHONE NUMBER | 415.433.6830 |
| 3a. CONTACT EMAIL ADDRESS | kchan@rbgg.com |
| 1b. ATTORNEY NAME (if different) | Eric Monek Anderson |
| 2b. ATTORNEY PHONE NUMBER | 415.433.6830 |
| 3b. ATTORNEY EMAIL ADDRESS | emonekanderson@rbgg.com |
| 4. MAILING ADDRESS | Rosen Bien Galvan & Grunfeld LLP, 101 Mission St. Sixth Floor San Francisco, CA 94105 |
| 5. CASE NAME | Dunsmore et al. v. San Diego County Sheriff's Department, et al. |
| 6. CASE NUMBER | 20-cv-00406-AJB-DDL |

**7. TRANSCRIPT(S) REQUESTED**

| DATE | JUDGE | TYPE | PORTION | PDF | TEXT/ASCII | PAPER | CONDENSED | CM/ECF ACCESS | CD | ORDINARY | 14-DAY | EXPEDITED | 3-DAY | DAILY | HOURLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/5/24 | DDL | Motion | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

8. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, DCN #, ETC.

ORDER & CERTIFICATION (9. & 10.) By signing below, I certify that I will pay all charges (deposit plus additional).

9. SIGNATURE: /s/ Eric Monek Anderson

10. DATE: December 5, 2024