GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>　　　　　Plaintiffs,<br>　v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>　　　　　Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXCEED PAGE LIMIT FOR DISPOSITIVE AND DAUBERT MOTIONS**<br><br>Judge:　Hon. Anthony J. Battaglia |

(*counsel continued from preceding page*)

SUSAN E. COLEMAN – 171832
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Telephone: 619.814.5800
Facsimile: 619.814.6799

ELIZABETH M. PAPPY – 157069
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Telephone: 408.606.6300
Facsimile: 408.606.6333

Attorneys for Defendants

The parties hereby submit this joint motion to exceed the page limit for briefing on the parties' dispositive motions and motions under *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). Under the operative scheduling order, Dkt. 745, the deadline to file those motions is December 16, 2024. The civil local rules limit motions filed on a single day to 25 pages. Civil Local Rule 7.1(h). The local rules also limit oppositions to 25 pages and replies to 10 pages. *Id.*

Both parties anticipate requiring additional pages to present their arguments in support of these motions. Plaintiffs intend to seek to exclude some or all of the testimony of at least six of the eight experts disclosed by Defendants. In order to establish why this testimony is inadmissible, Plaintiffs must describe relevant portions of each expert's report and testimony, place that testimony in the context of the case, and provide the legal authority justifying exclusion. For some of the experts, Plaintiffs intend to present multiple arguments justifying exclusion. Defendants seek to move for summary judgment on multiple issues raised in the Complaint, in order to partly or wholly resolve those claims. The additional pages will allow the parties to more completely and effectively present facts and argument for the Court's consideration.

Accordingly, the parties respectfully request leave from the Court to exceed the page limits in Local Rule 7.1(h) in connection with the briefing on the parties' respective dispositive motions and motions under *Daubert*. The parties request an order permitting them no more than 35 pages for the memorandum in support of their motions, no more than 35 pages for any oppositions to the motions, and no more than 15 pages for replies.

| | | |
|---|---|---|
| 1 | DATED: December 5, 2024 | Respectfully submitted, |
| 2 | | ROSEN BIEN GALVAN & GRUNFELD LLP |
| 3 | | |
| 4 | | By: /s/ Michael Freedman |
| 5 | | Michael Freedman |
| 6 | | Attorneys for Plaintiffs and the Certified Class and Subclasses |
| 7 | | |
| 8 | | |
| 9 | DATED: December 5, 2024 | BURKE, WILLIAMS & SORENSEN, LLP |
| 10 | | By: /s/ Susan E. Coleman |
| 11 | | Susan E. Coleman |
| 12 | | Elizabeth M. Pappy |
| | | Attorneys for Defendants |
| 13 | | |
| 14 | / / / | |
| 15 | / / / | |
| 16 | / / / | |
| 17 | / / / | |

### SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filings Procedures Manual Section 2(f)(4), I certify that I have obtained consent of all signatories to the electronic filings of the foregoing document.

| | | |
|---|---|---|
| DATED: December 5, 2024 | | ROSEN BIEN GALVAN & GRUNFELD LLP |
| | | By: /s/ Michael Freedman |
| | | Michael Freedman |
| | | Attorneys for Plaintiffs and the Certified Class and Subclasses |

[4616205.3]

2    Case No. 3:20-cv-00406-AJB-DDL
JOINT MOTION TO EXCEED PAGE LIMIT FOR DISPOSITIVE AND DAUBERT MOTIONS