1   Susan E. Coleman (SBN 171832)
    E-mail: scoleman@bwslaw.com
2   Martin Kosla (SBN 247224)
    E-mail: mkosla@bwslaw.com
3   BURKE, WILLIAMS & SORENSEN, LLP
    501 West Broadway, Suite 1600,
4   San Diego, CA 92101-8474
    Tel: 619.814.5800 Fax: 619.814.6799
5
    Elizabeth M. Pappy (SBN 157069)
6   E-mail: epappy@bwslaw.com
    BURKE, WILLIAMS & SORENSEN, LLP
7   60 South Market Street, Ste. 1000
    San Jose, CA 95113-2336
8   Tel: 408.606.6300 Fax: 408.606.6333

9   Attorneys for Defendants
    COUNTY OF SAN DIEGO, SAN DIEGO
10  COUNTY SHERIFF'S DEPARTMENT and
    SAN DIEGO COUNTY PROBATION
11  DEPARTMENT

12              UNITED STATES DISTRICT COURT

13            SOUTHERN DISTRICT OF CALIFORNIA

14

15  DARRYL DUNSMORE, ANDREE          Case No. 3:20-cv-00406-AJB-DDL
    ANDRADE, ERNEST ARCHULETA,
16  JAMES CLARK, ANTHONY             **DEFENDANTS' EX PARTE
    EDWARDS, LISA LANDERS,           APPLICATION FOR ONE-WEEK
17  REANNA LEVY, JOSUE LOPEZ,        CONTINUANCE OF DISPOSITIVE
    CHRISTOPHER NELSON,              MOTION DEADLINE FOR
18  CHRISTOPHER NORWOOD, JESSE       DEFENDANTS TO FILE THEIR
    OLIVARES, GUSTAVO                MOTION FOR PARTIAL
19  SEPULVEDA, MICHAEL TAYLOR,       SUMMARY JUDGMENT AND FOR
    and LAURA ZOERNER, on behalf of  PLAINTIFFS TO FILE THEIR
20  themselves and all others similarly  *DAUBERT* MOTION**
    situated,
21                                   [*Declaration of Susan E. Coleman filed
                  Plaintiffs,        concurrently herewith*]
22
            v.
23                                   Magistrate Judge: David D. Leshner
    SAN DIEGO COUNTY SHERIFF'S
24  DEPARTMENT, COUNTY OF SAN
    DIEGO, SAN DIEGO COUNTY
25  PROBATION DEPARTMENT, and
    DOES 1 to 20, inclusive,
26
                  Defendants.
27

28  ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4925-6691-4564 v1                    1                  Case No. 3:20-cv-00406-AJB-DDL
                                                        EPA TO EXTEND MSJ DEADLINE

Defendants COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT ("Defendants"), as more fully set forth in the accompanying declaration of Susan E. Coleman, respectfully request that this Court extend the deadline by one-week for the parties to file their dispositive motions, including any *Daubert* motions, from December 16, 2024, to December 23, 2024.  (*See generally*, Coleman Decl.)

In particular, Defendants' attorneys are currently in the process of preparing a motion for partial summary judgment or adjudication, pursuant to Federal Rule of Civil Procedure 56.  The partial dispositive motion seeks to narrow down some of the issues at trial and save valuable judicial resources. For example, the partial dispositive motion will include facts related to increased medical staffing at Defendants' jails which should dispose of some aspects of Plaintiffs' Eighth and Fourteenth Amendment claims related to allegedly inadequate medical treatment. Because of the large amount of information and documentation in this case, Defendants' attorneys are still in the process of selecting and compiling the exhibits for the appendix of evidence in support of the partial dispositive motion, and preparing the necessary witness declarations for the motion.

Plaintiffs' counsel are also working on an extensive Daubert motion to exclude or limit defense expert witnesses, and they sought an increase in the page limits for their motion (which is also applicable to the summary judgment motion).

The parties have already met and conferred about the issues that will be raised in Defendants' partial dispositive motion and Plaintiffs' *Daubert* motion to exclude or limit defense expert witnesses.

Further, Defendants' counsel met and conferred with Plaintiffs' counsel about this ex parte application and the requested one-week continuance.  Plaintiffs' counsel indicated that they would not oppose the requested extension of the dispositive motion deadline.  The requested extension will also extend the deadline

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4925-6691-4564 v1

2

Case No. 3:20-cv-00406-AJB-DDL
EPA TO EXTEND MSJ DEADLINE

1    for Plaintiffs to file their *Daubert* motions.

2         For the foregoing reasons, Defendants respectfully request that this Court

3    extend the dispositive motion deadline, including the deadline for filing any *Daubert*

4    motions, by one-week from December 16, 2024, to December 23, 2024.

5

6    Dated:  December 7, 2024                    BURKE, WILLIAMS & SORENSEN, LLP

7

8

9                                               By:        /s/ *Susan E. Coleman*
                                                       Susan E. Coleman
10                                                     Elizabeth M. Pappy
                                                       Martin Kosla
11
                                                       Attorneys for Defendants
12                                                     COUNTY OF SAN DIEGO, SAN
                                                       DIEGO COUNTY SHERIFF'S
13                                                     DEPARTMENT and SAN DIEGO
                                                       COUNTY PROBATION
14                                                     DEPARTMENT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4925-6691-4564 v1                    3                    Case No. 3:20-cv-00406-AJB-DDL
                                                         EPA TO EXTEND MSJ DEADLINE

**PROOF OF SERVICE**

**Dunsmore, et al v. San Diego County Sheriff's Department, et al.
USDC Southern District Case No. 3:20-cv-00406-AJB-DDL**

**STATE OF CALIFORNIA, COUNTY OF VENTURA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Ventura, State of California.  My business address is 2310 East Ponderosa Drive, Suite 25, Camarillo, CA 93010-4747.

On December 7, 2024, I served true copies of the following document(s) described as **DEFENDANTS' EX PARTE APPLICATION FOR ONE-WEEK CONTINUANCE OF DISPOSITIVE MOTION DEADLINE FOR DEFENDANTS TO FILE THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR PLAINTIFFS TO FILE THEIR *DAUBERT* MOTION** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address dwetters@bwslaw.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 7, 2024, at Camarillo, California.


/s/ Kathleen van Daalen Wetters
Kathleen van Daalen Wetters

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4925-6691-4564 v1

4

Case No. 3:20-cv-00406-AJB-DDL
EPA TO EXTEND MSJ DEADLINE

**SERVICE LIST**

***Dunsmore, et al v. San Diego County Sheriff's Department, et al.***
**USDC Southern District Case No. 3:20-cv-00406-AJB-DDL**

| | |
|---|---|
| Gay C. Grunfeld, Esq.<br>Van Swearingen, Esq.<br>Michael Freedman, Esq.<br>Eric Monek Anderson, Esq.<br>Hannah M. Chartoff, Esq.<br>Benjamin W. Holston, Esq.<br>Kedra Chan<br>Rosen Bien Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105-1738<br>Telephone: 415.433.6830<br>Facsimile: 415.433.7104<br>Email: ggrunfeld@rbgg.com<br>Email: vswearingen@rbgg.com<br>Email: mfreedman@rbgg.com<br>Email: eanderson@rbgg.com<br>Email: hcartoff@rbgg.com<br>Email: bholston@rbgg.com<br>Email: kchan@rbgg.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |
| Aaron J. Fischer, Esq.<br>Law Office of Aaron J. Fischer<br>1400 Shattuck Square Suite 12 - #344<br>Berkeley, California 94709<br>Telephone: 510.806.7366<br>Facsimile: 510.94.6314<br>Email: ajf@aaronfischerlaw.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |
| Christopher M. Young, Esq.<br>Isabella Neal, Esq.<br>Oliver Kiefer, Esq.<br>DLA Piper LLP<br>4365 Executive Drive, Suite 1100<br>San Diego, CA 92121<br>Telephone: 858.677.1400<br>Facsimile: 858.677.1401<br>Email: christopher.young@dlapiper.com<br>Email: isabella.neal@dlapiper.com<br>Email: oliver.kiefer@dlapiper.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4925-6691-4564 v1                    5                    Case No. 3:20-cv-00406-AJB-DDL
EPA TO EXTEND MSJ DEADLINE