Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF SUSAN E. COLEMAN IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR ONE-WEEK CONTINUANCE OF DISPOSITIVE MOTION DEADLINE FOR DEFENDANTS TO FILE THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR PLAINTIFFS TO FILE THEIR *DAUBERT* MOTION** |

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4922-1564-1860 v1

1

Case No. 3:20-cv-00406-AJB-DDL
COLEMAN DECL RE EPA
TO EXTEND MSJ DEADLINE

I, SUSAN E. COLEMAN, declare as follows

1. I am admitted in this Court and the State of California. I am a partner at Burke, Williams & Sorenson, LLP, and I am counsel of record for Defendants COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT ("Defendants").

2. I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief, and would competently testify thereto if called and sworn as a witness.

3. I make this declaration in support of Defendants' request that this Court extend the deadline by <u>one-week</u> for the parties to file their dispositive motions, including any *Daubert* motions, from December 16, 2024, to December 23, 2024.

4. In particular, several of the attorneys at Burke are currently in the process of preparing a motion for partial summary judgment and/or summary adjudication, pursuant to Federal Rule of Civil Procedure 56. The partial dispositive motion focuses on several causes of action in the operative Complaint, including medical care, dental care, health/sanitation conditions, access to court, safety/security, and racially disparate incarceration. If these claims cannot be eliminated entirely, then Defendants are hopeful that portions of the claims can be eliminated such as drug interdiction allegations and increased medical staffing. This process will save time and make any subsequent trial and/or settlement processes more effective and efficient.

5. Because of the large amount of information and documentation in this case, several of the attorneys at Burke are still in the process of selecting and compiling the exhibits for the appendix of evidence in support of the partial dispositive motion. Defendants' attorneys are also in the process of preparing the necessary witness declarations for the partial dispositive motion, which takes a lot of coordination with the Sheriff's Department, Sheriff's Legal, County Counsel, and medical/ dental/ and custody staff.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4922-1564-1860 v1

2

Case No. 3:20-cv-00406-AJB-DDL
COLEMAN DECL RE EPA
TO EXTEND MSJ DEADLINE

6. Plaintiffs' counsel is planning to file an extensive *Daubert* motion, seeking to exclude or limit Defendants' expert witnesses. They asked for 35 pages to file their motion, indicating it will be extensive.

7. I have already met and conferred with Plaintiffs' counsel about the issues that will be raised in Defendants' partial dispositive motion and the issues to be raised in their *Daubert* motion.

8. I also met and conferred with Plaintiffs' counsel about this ex parte application and the requested one-week continuance. Plaintiffs' counsel indicated that they would <u>not oppose</u> the requested extension of the dispositive motion deadline. The requested extension will also extend the deadline for Plaintiffs to file their *Daubert* motions.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on December 7, 2024, at San Diego, California.

       /s/ *Susan E. Coleman*
       Susan E. Coleman

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4922-1564-1860 v1

3

Case No. 3:20-cv-00406-AJB-DDL
COLEMAN DECL RE EPA
TO EXTEND MSJ DEADLINE