# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>　　　　　Defendants. | Case No. 20-cv-00406-AJB-DDL<br><br>**ORDER GRANTING JOINT MOTION TO EXCEED PAGE LIMIT FOR DISPOSITIVE AND DAUBERT MOTIONS** |

Currently before the Court is the parties' Joint Motion to Exceed Page Limits for Dispositive and Daubert Motions. Having considered the joint motion, and the record in this case, the Court hereby **GRANTS** the motion. The parties may file briefs in support of any *Daubert* motions or dispositive motions, due December 16, 2024, not to exceed 35 pages in length. Any oppositions shall be no more than 35 pages in length and any replies shall be no more than 15 pages in length.

**IT IS SO ORDERED.**

Dated: December 9, 2024

Hon. Anthony J. Battaglia
United States District Judge