GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone:  (858) 677-1400
Facsimile:   (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ANDREE
ANDRADE, ERNEST ARCHULETA,
JAMES CLARK, ANTHONY EDWARDS,
REANNA LEVY, JOSUE LOPEZ,
CHRISTOPHER NORWOOD, JESSE
OLIVARES, GUSTAVO SEPULVEDA,
MICHAEL TAYLOR, and LAURA
ZOERNER, on behalf of themselves and all
others similarly situated,

          Plaintiffs,

    v.

SAN DIEGO COUNTY SHERIFF'S
DEPARTMENT, COUNTY OF SAN
DIEGO, SAN DIEGO COUNTY
PROBATION DEPARTMENT, and DOES
1 to 20, inclusive,

          Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**PLAINTIFFS' NOTICE OF
MOTION AND MOTION TO
EXCLUDE OPINIONS OF
DEFENDANTS' EXPERTS**

Judge:      Hon. Anthony J. Battaglia
Magistrate: Hon. David D. Leshner

Date:     March 6, 2025
Time:     2:00 p.m.
Crtrm.:  4A

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Darryl Dunsmore, Andree Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Norwood, Jesse Olivares, Gustavo Sepulveda, Michael Taylor, and Laura Zoerner, on behalf of themselves and the Certified Class and Subclasses (collectively, "Plaintiffs") move this Court, pursuant to Federal Rules of Evidence 702, 703, and 704, for an order excluding certain opinion testimony from Defendants' retained experts Owen Murray, Joseph Penn, Scott Reinecke, Brian Withrow, Lenard Vare, and  Henrietta Peters.

The Motion is based on this notice; the accompanying Memorandum of Points and Authorities; the supporting Declaration of Van Swearingen and the associated exhibits; any evidence and argument presented at any hearing on the Motion; and all other papers and pleadings on file in this action.

DATED:  December 16, 2024                Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Van Swearingen*
Van Swearingen

Attorneys for Plaintiffs and the Certified Class and Subclasses