GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>　　　　Plaintiffs,<br>　v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>　　　　Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE OPINIONS OF DEFENDANTS' EXPERTS**<br><br>Date:　March 6, 2025<br>Time:　2:00 p.m.<br>Crtrm.: 4A<br><br>Judge:　Hon. Anthony J. Battaglia |

[4618244.1]　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' MOTION TO
EXCLUDE OPINIONS OF DEFENDANTS' EXPERTS

I, Van Swearingen, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs and the Certified Class and Subclasses. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motion to Exclude Opinions of Defendants' Experts ("Plaintiffs' Motion").

2. Attached hereto as **Exhibit A** is a true and correct copy of the Rule 26 report of Defendants' expert Dr. Owen Murray. Plaintiffs omit the index of documents that Dr. Murray considered and the CVs of Dr. Murray and his reviewers (Appendices A-E), as these documents are not relevant to Plaintiffs' Motion.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Rule 26 report of Defendants' expert Dr. Joseph Penn. Plaintiffs omit the index of documents that Dr. Penn considered and Dr. Penn's CV (Appendices A and B), as these documents are not relevant to Plaintiffs' Motion.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Rule 26 report of Defendants' expert Dr. Scott Reinecke. Plaintiffs omit the index of documents that Dr. Reinecke considered and Dr. Reinecke's CV (Appendices A and B), as these documents are not relevant to Plaintiffs' Motion.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Rule 26 report of Defendants' expert Lenard Vare. Plaintiffs omit the index of documents that Mr. Vare considered, Mr. Vare's CV, and the other appendices (Appendices A-E), as these documents are not relevant to Plaintiffs' Motion.

6. Defendants did not designate the above expert reports, or any other of Defendants' expert reports, confidential. However, Plaintiffs observed that certain of the expert reports discussed information, such as the names of individual employees or the medical records of individual incarcerated people, that Defendants have previously designated as confidential in this case. On December 12, 2024, out

of an abundance of caution, Plaintiffs reached out to Defendants to ask whether Defendants considered any portion of the expert reports confidential. Defendants replied that they did not have time to identify any specific information as confidential and asked that we file the entirety of their expert reports under seal. Plaintiffs are thus filing the expert reports entirely under seal, even though Plaintiffs do not agree that the overwhelming majority of the information in those reports is sealable. Plaintiffs' motion cites from portions of the expert reports that are clearly not sealable, such as generalized opinions regarding the adequacy of care, which Defendants have never claimed are confidential.

7. Attached hereto as **Exhibit E** is a true and correct copy of Dr. Murray's August 1, 2018 declaration in the case *Plata v. Brown*, Case No. 4:01-cv-01351-JST (N.D. Cal.), at Dkt. 3059-5.

8. Attached hereto as **Exhibit F** is a true and correct copy of an August 22, 2024 email from Dr. Murray to counsel for Defendants, which Defendants produced to Plaintiffs and which is bates numbered SD_1580026.

9. Attached hereto as **Exhibit G** is a true and correct copy of a March 7, 2024 email from me to counsel for Defendants and the attached circulated notes from the parties' March 7, 2024 court-ordered meet and confer regarding discovery. The notes memorialize the parties' agreement that "Defendants may request to interview incarcerated people during Defendants' inspection. Plaintiffs' counsel will attend the inspections and have an opportunity to confidentially meet with people prior to being interviewed by Defendants' experts."

10. Attached hereto as **Exhibit H** is a true and correct copy of the California State Auditor's February 3, 2022 Report "San Diego County Sheriff's Department: It Has Failed to Adequately Prevent and Respond to the Deaths of Individuals in Its Custody," which was produced in this litigation as SD_744691.

11. Attached hereto as **Exhibit I** is a true and correct copy of the National Commission on Correctional Healthcare's 2017 Report on the San Diego County

1  Jail system, which is available publicly on the Sheriff's Department's website
2  (https://www.sdsheriff.gov/bureaus/detention-services-bureau/medical-mental-
3  health), and was also produced in this case as DUNSMORE0260618.

4      12.    Attached hereto as **Exhibit J** are true and correct copies of the San
5  Diego County Medical Examiner's reports on the deaths at the Jail of Lonnie
6  Rupard and Keith Galen Bach, both of which the Medical Examiner classified as
7  homicide by neglect, which are publicly available records.

8      13.    Attached hereto as **Exhibit K** is a true and correct copy of a
9  September 23, 2024 email from Defendants' counsel regarding the scope of records
10 in Dr. Penn's possession related to an overdose.

11     14.    Attached hereto as **Exhibit L** is a true and correct copy of an excerpt
12 from the Rule 26 report of Plaintiffs' expert Dr. James Austin. The document
13 screenshotted in the excerpt is SD_556541.

14     15.    Attached hereto as **Exhibit M** is a true and correct copy of excerpts
15 from the Rule 26 report of Plaintiffs' substance use expert Dr. Kelly Ramsey.

16     16.    Attached hereto as **Exhibit N** is a true and correct copy of the Rule 26
17 report of Plaintiffs' mental health care expert Dr. Pablo Stewart. Plaintiffs omit the
18 index of documents that Dr. Stewart considered and Dr. Stewart's CV, as these
19 documents are not relevant to Plaintiffs' Motion.

20     17.    Attached hereto as **Exhibit O** is a true and correct copy of
21 Dr. Stewart's rebuttal expert report.

22     18.    Attached hereto as **Exhibit P** is a true and correct copy of excerpts
23 from the Rule 26 report of Plaintiffs' medical care expert Dr. Jeffrey Keller.

24     19.    Attached hereto as **Exhibit Q** is a true and correct copy of Dr. Keller's
25 rebuttal expert report.

26     20.    Attached hereto as **Exhibit R** is a true and correct copy of excerpts
27 from the Rule 26 report of Plaintiffs' dental care expert Dr. Jay Shulman.

28     21.    Attached hereto as **Exhibit S** is a true and correct copy of excerpts from

the Rule 26 report of Plaintiffs' environmental conditions expert Debra Graham.

22. Attached hereto as **Exhibit T** is a true and correct copy of the Rule 26 report of Defendants' expert Dr. Brian Withrow. Plaintiffs omit Dr. Withrow's bibliography and CV, as these documents are not relevant to Plaintiffs' Motion.

23. Attached hereto as **Exhibit U** is a true and correct copy of the Rule 26 report of Defendants' expert Henrietta Peters. Plaintiffs omit the index of documents that Ms. Peters considered and her CV (Appendices A and B), as these documents are not relevant to Plaintiffs' Motion.

24. Attached hereto as **Exhibit V** is a true and correct copy of excerpts from the transcript of the October 30, 2024 deposition of Ms. Peters.

25. Attached hereto as **Exhibit W** is a true and correct copy of excerpts from the transcript of the November 12, 2024 deposition of Dr. Murray.

26. Attached hereto as **Exhibit X** is a true and correct copy of excerpts from the transcript of the November 18, 2024 deposition of Dr. Penn.

27. Attached hereto as **Exhibit Y** is a true and correct copy of excerpts from the transcript of the November 8, 2024 deposition of Dr. Reinecke.

28. Attached hereto as **Exhibit Z** is a true and correct copy of excerpts from the transcript of the November 4, 2024 deposition of Mr. Vare.

29. Attached hereto as **Exhibit AA** is a true and correct copy of Analytica Consulting's April 2022 Report "San Diego County: In-Custody Death Study," which Analytica prepared for the San Diego County Citizens' Law Enforcement Review Board ("CLERB"). The report was produced in this litigation as SD_817750.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 16th day of December, 2024.

*/s/ Van Swearingen*
Van Swearingen