GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br>**DECLARATION OF ERIC MONEK ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE OPINIONS OF DEFENDANTS' EXPERTS**<br>Date: March 6, 2025<br>Time: 2:00 p.m.<br>Crtrm.: 4A<br>Judge: Hon. Anthony J. Battaglia |

[4615747.4]

Case No. 3:20-cv-00406-AJB-DDL

DECL. OF ERIC MONEK ANDERSON ISO PLAINTIFFS' MOTION TO FILE UNDER SEAL DOCUMENTS IN
SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE OPINIONS OF DEFENDANTS' EXPERTS

I, Eric Monek Anderson, declare:

1. I am an attorney duly admitted to practice before this Court. I am a lawyer in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs and the Certified Class and Subclasses. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motion to File Under Seal Documents in Support of Plaintiffs' Motion to Exclude Opinions of Defendants' Experts.

2. Plaintiffs move to seal the following documents attached to the Declaration of Van Swearingen in Support of Plaintiffs' Motion to Exclude Opinions of Defendants' Experts ("Swearingen Declaration," filed concurrently herewith):

- The entirety of the Rule 26 reports of Defendants' experts Dr. Owen Murray, Dr. Joseph Penn, Dr. Scott Reinecke, Lenard Vare, Brian Withrow, and Henrietta Peters (Exs. A-D, T-U);

- Portions of the Rule 26 reports and rebuttal reports of Plaintiffs' experts Dr. Pablo Stewart, Dr. Jeffrey Keller, and Dr. Jay Shulman (Exs. N-R); and

- Portions of the deposition testimony of Defendants' experts Dr. Murray, Dr. Penn, and Dr. Reinecke (Exs. W-Y).

3. Defendants did not designate any of their expert reports confidential. However, Plaintiffs observed that certain of the expert reports discussed information, such as the names of individual employees or the medical records of individual incarcerated people, that Defendants have previously designated as confidential in this case. On December 12, 2024, out of an abundance of caution, I emailed Defendants' counsel to ask whether Defendants considered their expert reports or any portion of them confidential. The same day, Defendants' counsel replied that they did not have time to deal with this issue and asked that Plaintiffs' counsel file the entirety of their expert reports under seal.

4. In addition, Plaintiffs to seek to seal information in Plaintiffs' own expert reports and the deposition testimony of Defendants' excerpts, all of which are

exhibits to the Swearingen Declaration. Plaintiffs seek to seal the information in these exhibits largely because Defendants have designated information discussed in the exhibits as confidential, even though Plaintiffs do not agree that any information other than individual class member names should be sealed. Consistent with the Amended Stipulated Protective Order in this litigation, Dkt. 400, Plaintiffs therefore move to file these documents under seal.

5. Staff at my firm have confirmed the motion to seal complies with Electronic Case Filing Administrative Policies and Procedures Manual Section 2(j).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Oakland, California this 16th day of December, 2024.

DATED: December 16, 2024        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Eric Monek Anderson*
   Eric Monek Anderson

Attorneys for Plaintiffs and the Certified Class and Subclasses