# PROOF OF SERVICE

**Dunsmore et al. v. San Diego County Sheriff's Dept., et al.
Case No. 20-cv-00406 AJB DDL**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 101 Mission Street, Sixth Floor, San Francisco, CA 94105-1738.

On December 16, 2024, I served true copies of the following document(s) described as:

- **EXHIBITS A-D TO DECLARATION OF VAN SWEARINGEN ISO PLAINTIFFS' MOTION TO EXCLUDE OPINIONS OF DEFENDANTS' EXPERTS - VOLUME I**

- **EXHIBITS N-R, T-U, W-Y TO DECLARATION OF VAN SWEARINGEN ISO PLAINTIFFS' MOTION TO EXCLUDE OPINIONS OF DEFENDANTS' EXPERTS - VOLUME II**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address kchan@rbgg.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 16, 2024, at San Francisco, California.

_____
I. Kedra Chan

[4602760.2]

Case No. 3:20-cv-00406-AJB-DDL

PROOF OF SERVICE

**SERVICE LIST**
*Dunsmore et al. v. San Diego County Sheriff's Dept., et al.*
Case No. 20-cv-00406 AJB DDL

| | |
|---|---|
| BURKE, WILLIAMS & SORENSEN, LLP<br>501 West Broadway, Suite 1600<br>San Diego, CA 92101<br><br>Susan E. Coleman<br>(SColeman@bwslaw.com)<br>Dee van Daalen Wetters<br>(DWetters@bwslaw.com)<br>Diana Favela<br>(DFavela@bwslaw.com) | BURKE, WILLIAMS & SORENSEN, LLP<br>60 South Market Street, Suite 1000<br>San Jose, CA 95113-2336<br><br>Elizabeth M. Pappy<br>(EPappy@bwslaw.com)<br>Lucy Gonzalez<br>(LGonzalez@bwslaw.com) |
| BURKE, WILLIAMS & SORENSEN, LLP<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA 90071-2953<br><br>Deann R. Rivard<br>(DRivard@bwslaw.com) | OFFICE OF COUNTY COUNSEL,<br>COUNTY OF SAN DIEGO<br>1600 Pacific Highway, Room 355<br>San Diego, CA 92101-2469<br><br>Steven Inman<br>(Steven.Inman@sdcounty.ca.gov) |

Attorneys for Defendants County of San Diego, San Diego County Sheriff's Department, and San Diego County Probation Department