Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Deann Rivard (SBN 177482)
drivard@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DEFENDANTS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR AN ORDER TREATING SPECIFIED FACTS AS ESTABLISHED**<br><br>[Fed. R. Civ. P. 56]<br><br>[*Memorandum of Points and Authorities; Appendix of Evidence; and [Proposed] Order filed concurrently herewith*]<br><br>**Hearing**<br>Date: March 6, 2025<br>Time: 2:00 p.m.<br>Ctrm: 4A<br><br>Judge: Anthony J. Battaglia |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4897-4066-9443 v1

1

Case No. 3:20-cv-00406-AJB-DDL
NOTICE OF PARTIAL MSJ

TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 6, 2025, at 2:00 p.m., or as soon as this matter may be heard in the above-captioned Court, before the Honorable Anthony J. Battaglia, United States District Judge, in Courtroom 4A, United States District Court, located at 221 West Broadway, San Diego, CA 92101, Defendants COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT ("Defendants") motion for partial summary judgment or, in the alternative, for an order treating specified facts as established, under Federal Rule of Civil Procedure 56.

This motion is made on the grounds that the undisputed facts in this lawsuit establish that with regard to the convicted and pre-trial incarcerated persons being housed in its jail facilities, Defendants were not deliberately indifferent under the Eighth Amendment and the Fourteenth Amendment with respect to the provision of medical care (First Cause of Action) and dental care (Sixth Cause of Action) to these individuals; that Defendants did not provide these incarcerated persons with inadequate conditions of confinement including sanitation conditions (Fourth Cause of Action), and deny them safety and security (Fifth Cause of Action); that Defendants did not deny the incarcerated persons access to courts and counsel under the Sixth Amendment and the Fourteenth Amendment (Eight Cause of Action); and that Black and Latinx persons are not being disproportionately incarcerated in the jail facilities in violation of California Government Code §11135(a) (Ninth Cause of Action).[1]

///
///

---

[1] Defendants are not moving for relief as to the Second Claim regarding mental health care. Further, the Seventh Cause of Action was dismissed per this Court's ruling on Defendants' Motion to Dismiss. Also, Third Cause of Action is settled.

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4897-4066-9443 v1

2

Case No. 3:20-cv-00406-AJB-DDL
NOTICE OF PARTIAL MSJ

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities, the Appendix of Evidence, together with exhibits and declarations thereto, the pleadings and file in this action, and on such further oral or documentary evidence as may be presented at or before the hearing on this matter, if any.

The parties met and conferred about the issues being raised in this motion for partial summary judgment prior to filing the motion. (*See*, Coleman Decl.)

Dated: December 16, 2024         BURKE, WILLIAMS & SORENSEN, LLP

By:   */s/ Susan E. Coleman*
      Susan E. Coleman
      Elizabeth M. Pappy
      Deann Rivard
      Martin Kosla

      Attorneys for Defendants
      COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

# PROOF OF SERVICE

**Dunsmore, et al v. San Diego County Sheriff's Department, et al.**
**USDC Southern District Case No. 3:20-cv-00406-AJB-DDL**

**STATE OF CALIFORNIA, COUNTY OF VENTURA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Ventura, State of California. My business address is 2310 East Ponderosa Drive, Suite 25, Camarillo, CA 93010-4747.

On December 16, 2024, I served true copies of the following document(s) described as **DEFENDANTS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR AN ORDER TREATING SPECIFIED FACTS AS ESTABLISHED** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dwetters@bwslaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 16, 2024, at Camarillo, California.

/s/ Kathleen van Daalen Wetters
Kathleen van Daalen Wetters

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4897-4066-9443 v1

4

Case No. 3:20-cv-00406-AJB-DDL
NOTICE OF PARTIAL MSJ

# SERVICE LIST

***Dunsmore, et al v. San Diego County Sheriff's Department, et al.***
**USDC Southern District Case No. 3:20-cv-00406-AJB-DDL**

| | |
|---|---|
| Gay C. Grunfeld, Esq.<br>Van Swearingen, Esq.<br>Michael Freedman, Esq.<br>Eric Monek Anderson, Esq.<br>Hannah M. Chartoff, Esq.<br>Benjamin W. Holston, Esq.<br>Kedra Chan<br>Rosen Bien Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105-1738<br>Telephone: 415.433.6830<br>Facsimile: 415.433.7104<br>Email: ggrunfeld@rbgg.com<br>Email: vswearingen@rbgg.com<br>Email: mfreedman@rbgg.com<br>Email: eanderson@rbgg.com<br>Email: hcartoff@rbgg.com<br>Email: bholston@rbgg.com<br>Email: kchan@rbgg.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |
| Aaron J. Fischer, Esq.<br>Law Office of Aaron J. Fischer<br>1400 Shattuck Square Suite 12 - #344<br>Berkeley, California 94709<br>Telephone: 510.806.7366<br>Facsimile: 510.94.6314<br>Email: ajf@aaronfischerlaw.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |
| Christopher M. Young, Esq.<br>Isabella Neal, Esq.<br>Oliver Kiefer, Esq.<br>DLA Piper LLP<br>4365 Executive Drive, Suite 1100<br>San Diego, CA 92121<br>Telephone: 858.677.1400<br>Facsimile: 858.677.1401<br>Email: christopher.young@dlapiper.com<br>Email: isabella.neal@dlapiper.com<br>Email: oliver.kiefer@dlapiper.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4897-4066-9443 v1

5

Case No. 3:20-cv-00406-AJB-DDL
NOTICE OF PARTIAL MSJ