| | |
|---|---|
| GAY C. GRUNFELD – 121944<br>VAN SWEARINGEN – 259809<br>MICHAEL FREEDMAN – 262850<br>ERIC MONEK ANDERSON – 320934<br>HANNAH M. CHARTOFF – 324529<br>BEN HOLSTON – 341439<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>ggrunfeld@rbgg.com<br>vswearingen@rbgg.com<br>mfreedman@rbgg.com<br>eanderson@rbgg.com<br>hchartoff@rbgg.com<br>bholston@rbgg.com | CHRISTOPHER M. YOUNG – 163319<br>ISABELLA NEAL – 328323<br>OLIVER KIEFER – 332830<br>DLA PIPER LLP (US)<br>4365 Executive Drive, Suite 1100<br>San Diego, California 92121-2133<br>Telephone: (858) 677-1400<br>Facsimile: (858) 677-1401<br>christopher.young@dlapiper.com<br>isabella.neal@dlapiper.com<br>oliver.kiefer@dlapiper.com |

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>　　　　　Plaintiffs,<br>　v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>　　　　　Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>***EX PARTE* MOTION FOR EXTENSION OF BRIEFING DEADLINES**<br><br>Judge:　　Hon. Anthony J. Battaglia<br>Magistrate:Hon. David D. Leshner<br><br>Trial Date: None Set |

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs Darryl Dunsmore, Andree Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Norwood, Jesse Olivares, Gustavo Sepulveda, Michael Taylor, and Laura Zoerner, on behalf of themselves and the Certified Class and Subclasses (collectively, "Plaintiffs") hereby bring this *ex parte* Motion to extend the briefing deadlines set forth in this Court's Order dated December 17, 2024, Dkt. 783.

This Motion is brought pursuant to Federal Rule of Civil Procedure 6(b) and Rule II.C of this Court's Civil Case Procedures. It is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Van Swearingen (filed herewith), any evidence and argument presented at any hearing on this Motion, and all other papers and pleadings on file in this action.

DATED: December 17, 2024            Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
    Van Swearingen

Attorneys for Plaintiffs and the Certified Class and Subclasses

# MEMORANDUM OF POINTS AND AUTHORITIES

Defendants the County of San Diego, San Diego County Sheriff's Office, and the San Diego County Probation Department (collectively, "Defendants") yesterday filed a partial motion for summary judgment seeking to resolve six of the seven remaining claims in this litigation. *See* Dkt. 782. Plaintiffs also filed a motion yesterday to exclude expert testimony from six of Defendants' expert witnesses, as well as a related motion to seal. *See* Dkt. 779. Today, the Court set a briefing schedule for all three of those motions, under which all responses by the non-moving parties are due January 6, 2025, and all replies by the moving parties are due January 13, 2025. *See* Dkt. 783 ("December 17, 2024 Order").

Plaintiffs now seek a two-week extension of those deadlines. Under Plaintiffs' proposed briefing schedule, **responses would be due January 21, 2025** (accounting for the federal holiday on January 20, 2025), and **replies would be due January 27, 2025**. Plaintiffs have not previously requested any extensions of these briefing deadlines. Defendants have indicated they will oppose this request. Declaration of Van Swearingen (hereinafter "Swearingen Decl.") at ¶ 10.

Under Federal Rule of Civil Procedure 6(b), courts may extend the deadline for acts that "may or must be done within a specified time … for good cause." Good cause exists to extend these briefing deadlines for several reasons.

*First*, Plaintiffs' counsel have multiple other competing deadlines in other cases in the coming weeks. In particular, Gay Grunfeld, lead partner on this case, is unavailable due to other case obligations, including currently preparing for a trial in *Stiner v. Brookdale*, Case No. 17-cv-03962-HSG (N.D. Cal.) scheduled to start next month. Swearingen Decl. at ¶ 5. Undersigned counsel, Van Swearingen, has multiple filings in a state court matter due on December 29, 2024; some of those filings require obtaining declarations from witnesses located outside the country. *Id.* at ¶ 4. The lead author of Plaintiffs' opposition to Defendants' partial summary judgment motion, Michael Freedman, is working with experts to finalize expert

reports and preparing for expert depositions in advance of an impending expert discovery cutoff deadline in *Clancy v. The Salvation Army*, Case No. 22-cv-01250 (N.D. Ill.). *Id.* at ¶ 6. Because of these and still other competing commitments, though Plaintiffs' counsel have already begun working diligently on their response to Defendants' motion, Plaintiffs will have difficulty meeting the current January 6, 2025 response deadline.

*Second*, the materials associated with Defendants' partial summary judgment motion are voluminous and contain new evidence that was not produced in discovery. *See* Dkt. 782-2 ("Appendix of Evidence"). The 600-page Appendix associated with Defendants' partial summary judgment motion lacks any paginated Table of Contents as required by Local Civil Rule 5.1(e). *See id.* The Appendix also contains new declarations from Defendants' experts, which differ from the reports produced by those experts. *See id.* Plaintiffs' counsel have already begun working diligently to review this Appendix, but, given the volume of information, including evidence never produced in discovery (*e.g.*, Dkt. 782-2 at pp. 55-121 ("Disease Management Guidelines" that are currently in the process of being developed); *id.* at pp. 52-53 (a "provider triage pilot program at SDCJ" that was started on November 1, 2024)), Plaintiffs will have difficulty meeting the current January 6, 2025 response deadline.

*Third*, the current response deadline falls shortly after two major holidays, at a time when many have pre-existing travel and family commitments and many offices are closed. In particular, the office of Rosen Bien Galvan & Grunfeld, lead Plaintiffs' counsel, is closed on December 25 and January 1; it is also closed for half the day on December 24 and December 31. Swearingen Decl. at ¶ 8. All of the attorneys who will work on the opposition to Defendants' partial motion for summary judgment have preexisting holiday plans and travel schedules. *Id.* at ¶ 7. And, more importantly, some of Plaintiffs' experts, from whom Plaintiffs anticipate they may obtain declarations in order to oppose the new declarations from

Defendants' experts described above, have indicated that they have pre-existing holiday plans as well. *Id.* at ¶ 9. As a result of these preexisting time constraints, though Plaintiffs' counsel have already begun working diligently on their response to Defendants' motion, Plaintiffs will have difficulty meeting the current January 6, 2025 response deadline.

*Finally*, the Court has already set the hearing for each motion discussed in the December 17, 2024 Order for March 6, 2025. Under Plaintiffs' proposed extended schedule, briefing would be complete by January 27, 2025—over five weeks in advance of the hearing date. It is therefore unlikely that the hearing deadline would need to be moved to accommodate Plaintiffs' request for extension.

## CONCLUSION

For the foregoing reasons, Plaintiffs request that the Court GRANT this Motion and extend by two weeks the opposition and reply deadlines set forth in Docket 783.

DATED: December 17, 2024        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
    Van Swearingen

Attorneys for Plaintiffs and the Certified Class and Subclasses