GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>          Plaintiffs,<br>     v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>          Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR EXTENSION OF BRIEFING DEADLINES**<br><br>Judge:     Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

[4620885.1]                                                                                       Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR
EXTENSION OF BRIEFING DEADLINES

I, Van Swearingen, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs and the Certified Class and Subclasses. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' *Ex Parte* Motion for Extension of Briefing Deadlines.

2. On December 17, 2024, this Court issued an order setting the following briefing schedule for the three motions filed in this case on December 16, 2024: responses by the non-moving party are due on January 6, 2025; replies by the moving party are due on January 13, 2025.

3. Plaintiffs' counsel have already begun working diligently on our response to Defendants' motion for partial summary judgment, filed yesterday. *See* Dkt. 782. However, as set forth below, attorneys in my office and that of our co-counsel have a number of conflicts in the coming weeks, which we anticipate will make it difficult to meet the current briefing deadlines.

4. In particular, I have a December 29, 2024 briefing deadline in a state court case, in which I anticipate filing a demurrer, motion to strike, motion to stay, motion to seal, and request for judicial notice. I also anticipate filing multiple supporting declarations in that matter, some of which will need to be reviewed and signed by witnesses who are currently located in Peru.

5. My partner Gay Grunfeld, lead attorney for Plaintiffs in this case, is currently preparing for a trial scheduled to begin next month in *Stiner v. Brookdale*, Case No. 17-cv-03962-HSG, in the U.S. District Court for the Northern District of California.

6. My colleague Michael Freedman, who I anticipate will take a leading role in drafting Plaintiffs' response to Defendants' partial motion for summary judgment, has multiple expert discovery deadlines, including both completing expert

reports and taking and defending expert depositions, in *Clancy v. The Salvation Army*, Case No. 22-cv-01250, in the U.S. District Court for the Northern District of Illinois.

7. In addition to the professional conflicts outlined above, the attorneys and staff working on this case, as well as the offices of our co-counsel, have pre-existing travel plans and/or pre-planned days off with their families over the Christmas and New Year's holidays. Excluding the time between December 24 and January 1—when the majority of that travel is scheduled for—leaves only 8 business days, including today, before the opposition filing deadline.

8. My law firm, Rosen Bien Galvan & Grunfeld, is closed for a half day on December 24, for the full day on December 25, for a half day on December 31, and for the full day on January 1.

9. Plaintiffs' counsel have already begun reaching out to Plaintiffs' disclosed experts regarding their availability over this holiday period, given that Defendants' exhibits in support of their partial summary judgment motion appears to contain new declarations from Defendants' experts. Plaintiffs' counsel is waiting to hear back from several experts and at least one has indicated that he has limited availability over the holidays.

10. I emailed counsel for Defendants today asking whether they would agree to a request for a two-week extension. Counsel responded that they would not agree and would in fact oppose an extension request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 17th day of December, 2024.

*/s/ Van Swearingen*
Van Swearingen