| | |
|---|---|
| 1 | Susan E. Coleman (SBN 171832) |
| | E-mail: scoleman@bwslaw.com |
| 2 | Deann Rivard (SBN 177482) |
| | E-mail: drivard@bwslaw.com |
| 3 | Martin Kosla (SBN 247224) |
| | E-mail: mkosla@bwslaw.com |
| 4 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 501 West Broadway, Suite 1600, |
| 5 | San Diego, CA 92101-8474 |
| | Tel: 619.814.5800  Fax: 619.814.6799 |
| 6 | |
| 7 | Elizabeth M. Pappy (SBN 157069) |
| | E-mail: epappy@bwslaw.com |
| | BURKE, WILLIAMS & SORENSEN, LLP |
| 8 | 60 South Market Street, Ste. 1000 |
| | San Jose, CA 95113-2336 |
| 9 | Tel: 408.606.6300  Fax: 408.606.6333 |
| 10 | Attorneys for Defendants |
| | COUNTY OF SAN DIEGO, SAN DIEGO |
| 11 | COUNTY SHERIFF'S DEPARTMENT and |
| | SAN DIEGO COUNTY PROBATION |
| 12 | DEPARTMENT |

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **NOTICE OF MANUAL FILING OF DIGITAL EVIDENCE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR AN ORDER TREATING SPECIFIED FACTS AS ESTABLISHED** <br><br> [Fed. R. Civ. P. 56] <br><br> [*Notice*; *Memorandum of Points and Authorities; Appendix of Evidence; and [Proposed] Order previously filed*] <br><br> **Hearing** <br> Date: March 6, 2025 <br> Time: 2:00 p.m. <br> Ctrm: 4A <br><br> Judge: Anthony J. Battaglia |

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4914-8947-5848 v1

1

Case No. 3:20-cv-00406-AJB-DDL
NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that Defendants COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT ("Defendants") are manually filing a flash drive with the Court containing digital evidence that is referred to in the Appendix of Evidence [Doc. # 782-2] filed in support of Defendants' motion for partial summary judgment or, in the alternative, for an order treating specified facts as established, which has been set for hearing on March 6, 2025, at 2:00 p.m., by the Court's minute order [Doc. #783], as follows:

1. 2021 DSB Inmate Orientation Video (Bates No. SD 105823) attached as **Exhibit "R"** to the Declaration of Lt. Binsfield, which is attached to the Appendix of Evidence as Exhibit 10.

2. 2021 Inmate Orientation Video (Bates No. 105824) attached as **Exhibit "S"** to the Declaration of Lt. Binsfield, which is attached to the Appendix of Evidence as Exhibit 10.

Dated: December 16, 2024          BURKE, WILLIAMS & SORENSEN, LLP

By:    /s/ Susan E. Coleman
Susan E. Coleman
Elizabeth M. Pappy
Deann Rivard
Martin Kosla

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

# PROOF OF SERVICE

**Dunsmore, et al v. San Diego County Sheriff's Department, et al.**
**USDC Southern District Case No. 3:20-cv-00406-AJB-DDL**

**STATE OF CALIFORNIA, COUNTY OF VENTURA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Ventura, State of California. My business address is 2310 East Ponderosa Drive, Suite 25, Camarillo, CA 93010-4747.

On December 18, 2024, I served true copies of the following document(s) described as **NOTICE OF MANUAL FILING OF DIGITAL EVIDENCE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR AN ORDER TREATING SPECIFIED FACTS AS ESTABLISHED** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dwetters@bwslaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 18, 2024, at Camarillo, California.

/s/ Kathleen van Daalen Wetters
Kathleen van Daalen Wetters

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4914-8947-5848 v1

3

Case No. 3:20-cv-00406-AJB-DDL
NOTICE OF MANUAL FILING RE MSJ

# SERVICE LIST

*Dunsmore, et al v. San Diego County Sheriff's Department, et al.*
**USDC Southern District Case No. 3:20-cv-00406-AJB-DDL**

| | |
|---|---|
| Gay C. Grunfeld, Esq.<br>Van Swearingen, Esq.<br>Michael Freedman, Esq.<br>Eric Monek Anderson, Esq.<br>Hannah M. Chartoff, Esq.<br>Benjamin W. Holston, Esq.<br>Kedra Chan<br>Rosen Bien Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105-1738<br>Telephone: 415.433.6830<br>Facsimile: 415.433.7104<br>Email: ggrunfeld@rbgg.com<br>Email: vswearingen@rbgg.com<br>Email: mfreedman@rbgg.com<br>Email: eanderson@rbgg.com<br>Email: hcartoff@rbgg.com<br>Email: bholston@rbgg.com<br>Email: kchan@rbgg.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |
| Aaron J. Fischer, Esq.<br>Law Office of Aaron J. Fischer<br>1400 Shattuck Square Suite 12 - #344<br>Berkeley, California 94709<br>Telephone: 510.806.7366<br>Facsimile: 510.94.6314<br>Email: ajf@aaronfischerlaw.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |
| Christopher M. Young, Esq.<br>Isabella Neal, Esq.<br>Oliver Kiefer, Esq.<br>DLA Piper LLP<br>4365 Executive Drive, Suite 1100<br>San Diego, CA 92121<br>Telephone: 858.677.1400<br>Facsimile: 858.677.1401<br>Email: christopher.young@dlapiper.com<br>Email: isabella.neal@dlapiper.com<br>Email: oliver.kiefer@dlapiper.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4914-8947-5848 v1

4

Case No. 3:20-cv-00406-AJB-DDL
NOTICE OF MANUAL FILING RE MSJ