UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>　　　　Defendants. | Case No. 20-cv-00406-AJB-DDL<br><br>**ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **MOTION FOR EXTENSION OF BRIEFING DEADLINES** |

Currently before the Court is Plaintiffs' *Ex Parte* Motion for Extension of Briefing Deadlines. (Doc. No. 784.) Defendants County of San Diego, San Diego Sheriff's Department, and San Diego County Probation Department filed a response in opposition. (Doc. No. 789.) Having considered the parties' briefs, the supporting evidence, and the record in this case, the Court hereby finds good cause and **GRANTS** the motion and extends by two weeks the opposition and reply deadlines set forth in Docket 783.

The response deadline for the motions filed at Doc. Nos. 779, 780, and 782 is January 21, 2025. The reply deadline is January 27, 2025.

It is also noted that this extension does not impact the currently scheduled hearing date.

**IT IS SO ORDERED.**

Dated: December 19, 2024

Hon. Anthony J. Battaglia
United States District Judge