| | |
|---|---|
| GAY C. GRUNFELD – 121944 | CHRISTOPHER M. YOUNG – 163319 |
| VAN SWEARINGEN – 259809 | ISABELLA NEAL – 328323 |
| MICHAEL FREEDMAN – 262850 | OLIVER KIEFER – 332830 |
| ERIC MONEK ANDERSON – 320934 | DLA PIPER LLP (US) |
| HANNAH M. CHARTOFF – 324529 | 4365 Executive Drive, Suite 1100 |
| BEN HOLSTON – 341439 | San Diego, California 92121-2133 |
| ROSEN BIEN | Telephone: (858) 677-1400 |
| GALVAN & GRUNFELD LLP | Facsimile: (858) 677-1401 |
| 101 Mission Street, Sixth Floor | christopher.young@dlapiper.com |
| San Francisco, California 94105-1738 | isabella.neal@dlapiper.com |
| Telephone: (415) 433-6830 | oliver.kiefer@dlapiper.com |
| Facsimile: (415) 433-7104 | |
| ggrunfeld@rbgg.com | |
| vswearingen@rbgg.com | |
| mfreedman@rbgg.com | |
| eanderson@rbgg.com | |
| hchartoff@rbgg.com | |
| bholston@rbgg.com | |

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the Certified Class and Subclasses

(*defense counsel on following page*)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

[4627916.5]

Case No. 3:20-cv-00406-AJB-DDL

JOINT STATUS REPORT

(*counsel continued from preceding page*)

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S OFFICE and SAN DIEGO COUNTY PROBATION DEPARTMENT

1  Pursuant to the parties' December 11, 2024 Joint Status Report, Dkt. 774, the
2  parties hereby submit this further Joint Status Report regarding the parties' proposal
3  for next steps for settlement.

4  As noted in the December 11, 2024 Joint Status Report, the parties intend to
5  engage in settlement discussions regarding the remaining claims in Plaintiffs' Third
6  Amended Complaint.  Plaintiffs proposed starting with a proposal to resolve
7  Plaintiffs' first (medical care), second (mental health care), and sixth (dental care)
8  claims for relief; however, due to the pending summary judgment, Defendants
9  prefer to start with mental health care, and will discuss any remaining claims after
10 resolution of their summary judgment motion.  At present, the parties are working
11 diligently on completing briefing regarding Defendants' Partial Motion for
12 Summary Judgment, Dkt. 782, and Plaintiffs' Motion to Exclude Opinions of
13 Defendants' Experts, Dkt. 779.  Briefing on both motions will be completed on
14 January 27, 2025.  Dkt. 790.  The parties intend to resume settlement negotiations as
15 described above after briefing is completed and may request a settlement conference
16 with Magistrate Judge Leshner at that time.

18 DATED: January 8, 2025         Respectfully submitted,

                                ROSEN BIEN GALVAN & GRUNFELD LLP

                                By: */s/ Van Swearingen*
                                    Van Swearingen

                                Attorneys for Plaintiffs and the Certified Class
                                and Subclasses

25 / / /
26 / / /
27 / / /
28 / / /

DATED: January 8, 2025

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan E. Coleman*
Susan E. Coleman
Elizabeth M. Pappy
Attorneys for Defendants

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filings Procedures Manual Section 2(f)(4), I certify that I have obtained consent of all signatories to the electronic filings of the foregoing document.

DATED: January 8, 2025

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
Van Swearingen

Attorneys for Plaintiffs and the Certified Class and Subclasses