GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone:  (510) 806-7366
Facsimile:  (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone:  (858) 677-1400
Facsimile:  (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the Certified Class and Subclasses

(*defense counsel on following page*)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,

Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT RE: THIRD CLAIM FOR RELIEF AND PLAINTIFFS' MOTION FOR APPROVAL OF DISTRIBUTION METHOD FOR CLASS NOTICE**

Judge:      Hon. Anthony J. Battaglia

Date:      March 6, 2025
Time:      2:00 p.m.
Crtrm.:  4A

[4630707.1]

1 | (*counsel continued from preceding page*)

2 | Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
3 | BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
4 | San Diego, CA  92101-8474
Tel:  619.814.5800 Fax:  619.814.6799
5 |
Elizabeth M. Pappy (SBN 157069)
6 | E-mail:  epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
7 | 60 South Market Street, Ste. 1000
San Jose, CA  95113-2336
8 | Tel:  408.606.6300 Fax:  408.606.6333

9 | Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
10 | COUNTY SHERIFF'S OFFICE and SAN DIEGO COUNTY PROBATION
DEPARTMENT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[4630707.1]                                        2                    Case No. 3:20-cv-00406-AJB-DDL

NOTICE OF MOTION AND JT. MOTION FOR PRELIM. APPROVAL OF SETTLEMENT AGRMT. RE: 3D
CLAIM FOR RELIEF AND PLS.' MOTION FOR APPROVAL OF DISTRIB. METHOD FOR CLASS NOTICE

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on March 6, 2025, at 2:00 p.m., in Courtroom 4A, or as soon thereafter as the matter may be heard, the Parties to this action will and hereby do move the Court for entry of an Order:  (1) granting preliminary approval of the proposed class settlement agreement resolving Plaintiffs' Third Claim for Relief (the "Settlement Agreement") submitted herewith as Exhibit A to the Declaration of Gay Crosthwait Grunfeld in support of this Motion; (2) approving the form of notice of the Settlement Agreement to the Subclass Members; and (3) scheduling deadlines for objections and a fairness hearing regarding final approval of the Settlement Agreement.  These issues are subject to Joint Motion by Plaintiffs and Defendants.

Plaintiffs and the Certified Subclass additionally move the Court for entry of an Order approving the manner of distribution of the approved form of notice of the Settlement Agreement to the Subclass Members.  The manner of providing notice is disputed by the parties.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

[4630707.1]

1

Case No. 3:20-cv-00406-AJB-DDL

NOTICE OF MOTION AND JT. MOTION FOR PRELIM. APPROVAL OF SETTLEMENT AGRMT. RE: 3D CLAIM FOR RELIEF AND PLS.' MOTION FOR APPROVAL OF DISTRIB. METHOD FOR CLASS NOTICE

1    The Motion is based upon this Notice of Motion and Motion; the

2  accompanying Memorandum of Points and Authorities; the attached Declaration of

3  Gay Crosthwait Grunfeld and the exhibits attached thereto; all pleadings and papers

4  on file in this action; and any oral argument this Court permits.

5                                    Respectfully submitted,

6  DATED:  January 10, 2025        ROSEN BIEN GALVAN & GRUNFELD LLP

7                                    By: */s/ Gay Crosthwait Grunfeld*

8                                        Gay Crosthwait Grunfeld

9                                    Attorneys for Plaintiffs and the Certified Class
10                                   and Subclasses

11 DATED:  January 10, 2025        BURKE, WILLIAMS & SORENSEN, LLP
12
13                                   By: */s/ Elizabeth M. Pappy*
                                         Elizabeth M. Pappy
14
15                                   Attorneys for Defendants

16

17                      **SIGNATURE CERTIFICATION**

18    Pursuant to the Court's Electronic Case Filings Procedures Manual

19 Section 2(f)(4), I certify that I have obtained consent of all signatories to the

20 electronic filing of the foregoing document.

21

22 DATED:  January 10, 2025        ROSEN BIEN GALVAN & GRUNFELD LLP
23
24                                   By: */s/ Gay Crosthwait Grunfeld*
                                         Gay Crosthwait Grunfeld
25
26                                   Attorneys for Plaintiffs and the Certified Class
                                     and Subclasses
27

28

NOTICE OF MOTION AND JT. MOTION FOR PRELIM. APPROVAL OF SETTLEMENT AGRMT. RE: 3D
CLAIM FOR RELIEF AND PLS.' MOTION FOR APPROVAL OF DISTRIB. METHOD FOR CLASS NOTICE