GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

(*additional counsel on following page*)

Attorneys for Plaintiffs and the Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR INTERIM FEES MOTION**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

1  (*counsel continued from preceding page*)

2  SUSAN E. COLEMAN – 171832
   E-mail: scoleman@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600
4  San Diego, California 92101-8474
   Telephone: 619.814.5800
5  Facsimile: 619.814.6799

6  ELIZABETH M. PAPPY – 157069
   E-mail: epappy@bwslaw.com
7  BURKE, WILLIAMS & SORENSEN, LLP
   60 South Market Street, Suite 1000
8  San Jose, California 95113-2336
   Telephone: 408.606.6300
9  Facsimile: 408.606.6333

10 Attorneys for Defendants

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The current deadline for Plaintiffs to file a motion for interim attorneys' fees, costs, and expenses related to the Third Claim for Relief (the "ADA Claim") is January 24, 2025. *See* Dkt. 775. Defendants have disputed whether Plaintiffs have any right to interim fees. *See, e.g.,* Dkt. 751. The Court has previously extended the deadline to file a motion for interim fees, if any such deadline exists. *See* Dkt. 706, 733, 753, 766, 775.

Plaintiffs' counsel had a computer problem over the weekend that resulted in the loss of a substantial number of time entry notations that included billing judgment reductions to time entries. *See* Declaration of Van Swearingen ¶ 2, filed herewith. Through this Joint Motion, the Parties jointly request that the Court order that any present deadline for Plaintiffs to file a motion for interim attorneys' fees, costs, and expenses related to the Third Claim for Relief is extended by 10 days to February 3, 2025.

DATED: January 14, 2025          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
       Van Swearingen

Attorneys for Plaintiffs and the Certified Class and Subclasses

DATED: January 14, 2025          BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Elizabeth M. Pappy*
       Elizabeth M. Pappy

Attorneys for Defendants

[4631260.2]

1

Case No. 3:20-cv-00406-AJB-DDL

JOINT MOTION TO EXTEND DEADLINE FOR INTERIM FEES MOTION

# SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filings Procedures Manual Section 2(f)(4), I certify that I have obtained consent of all signatories to the electronic filings of the foregoing document.

DATED: January 14, 2025

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
Van Swearingen

Attorneys for Plaintiffs and the Certified Class and Subclasses