UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.:  20-cv-406-AJB-DDL<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND INTERIM FEES DEADLINE**<br><br>**[Dkt. No. 793]** |

　　　　Before the Court is the parties' Joint Motion to Extend Deadline for Interim Fees Motion. Dkt. No. 793. Good cause appearing, the Court **GRANTS** the motion and extends the deadline to file a motion for interim fees, if any such deadline exists, to **February 3, 2025**. Nothing in this Order shall be construed as bearing on Plaintiffs' entitlement (or not) to interim fees, or whether any motion for fees must await any particular procedural milestone in the case.

**IT IS SO ORDERED.**

Dated: January 15, 2025

　　　　　　　　　　　　　　　　　　　　　　　　／s／ David Leshner
　　　　　　　　　　　　　　　　　　　　　　　Hon. David D. Leshner
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge