Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
Deann R. Rivard (SBN 177482)
E-mail: drivard@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF ELIZABETH PAPPY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE OPINIONS OF DEFENDANTS' EXPERTS**<br><br>**Hearing**<br>Date: March 6, 2025<br>Time: 2:00 p.m.<br>Ctrm: 4A<br><br>Judge: Anthony J. Battaglia<br><br>Magistrate Judge: David D. Leshner |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4898-0274-2033 v1

1

Case No. 3:20-cv-00406-AJB-DDL
DECL. OF ELIZABETH PAPPY ISO MOTION TO EXCLUDE

I, ELIZABETH PAPPY, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice in the Southern District of California. I am a partner at Burke, Williams & Sorensen, LLP, counsel of record for Defendants in the above-referenced matter. am competent to testify to the matters set forth in this declaration, and if called to do so, would and could so testify.

2. Attached hereto as Exhibit A are relevant selections from Dr. Scott Reinecke DDS deposition taken on November 8, 2024 by Plaintiffs' counsel.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on January 21, 2024, at Fremont, California.

*/s/ Elizabeth M. Pappy*
ELIZABETH M. PAPPY

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

4898-0274-2033 v1

2

Case No. 3:20-cv-00406-AJB-DDL
DECL. OF ELIZABETH PAPPY ISO MOTION TO EXCLUDE

# EXHIBIT A

# Deposition Transcript

Case Number: 3:20-cv-00406-AJB-DDL
Date: November 8, 2024

In the matter of:

# DUNSMORE, et al. v SAN DIEGO COUNTY SHERIFF'S DEPT, et al.

# SCOTT E. REINECKE, DDS

**CERTIFIED COPY**

Reported by:
KATHERINE LENTI



Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

SCOTT E. REINECKE, DDS
NOVEMBER 08, 2024
JOB NO. 1220598

```
 1                 UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF CALIFORNIA

 3   DARRYL DUNSMORE, ANDREE                   )
     ANDRADE, ERNEST ARCHULETA,                )
 4   JAMES CLARK, ANTHONY EDWARDS,             )
     REANNA LEVY, JOSUE LOPEZ,                 )
 5   CHRISTOPHER NORWOOD, JESSE                )
     OLIVARES, GUSTAVO SEPULVEDA,              )
 6   MICHAEL TAYLOR, and LAURA                 )
     ZOERNER, on behalf of themselves          )
 7   And all others similarly situated,        )
                                               )
 8                  Plaintiffs,                )
                                               )
 9        v.                                   )
                                               )
10   SAN DIEGO COUNTY SHERIFF'S                )
     DEPARTMENT, COUNTY OF SAN                 )
11   DIEGO, SAN DIEGO COUNTY                   )
     PROBATION DEPARTMENT, and DOES            )
12   1 to 20, inclusive,                       )
                                               )
13                  Defendants.                )

14   Case No. 3:20-cv-00406-AJB-DDL

15

16         DEPOSITION OF SCOTT E. REINECKE, DDS

17

18              DATE: November 8th, 2024

19                 TIME: 9:00 a.m.

20         LOCATION: Via Zoom Video Conference

21

22

23

24

25
```

SCOTT E. REINECKE, DDS                                          JOB NO. 1220598
NOVEMBER 08, 2024

```
 1                  A P P E A R A N C E S:

 2              (Via Zoom / Steno Connect Videoconference)

 3

 4    ROSEN BIEN GALVAN & GRUNFELD LLP
      101 Mission Street, Sixth Floor
 5    San Francisco, California 94105
      415-433-6830
 6    Hchartoff@rbgg.com

 7              BY:  MS. HANNAH CHARTOFF, ESQ.
                On behalf of the Plaintiffs and
 8              the Certified Class and Subclasses;

 9

10    LAW OFFICE OF AARON J. FISCHER
      1400 Shattuck Square Suite 12 - #344
11    Berkeley, California 94709
      (510) 806-7366
12    Ajf@aaronfischerlaw.com

13              BY:  MR. AARON J. FISCHER, ESQ.
                On behalf of the Plaintiffs and
14              the Certified Class and Subclasses;

15

16    BURKE, WILLIAMS & SORENSEN LLP
      501 West Broadway, Suite 1600
17    San Diego, California
      (619) 814-5800
18    Scoleman@bwslaw.com

19              BY:  SUSAN E. COLEMAN, ESQ.
                On behalf of Defendants.
20

21

22

23

24

25
```

|    |                                                           |       |
|----|-----------------------------------------------------------|-------|
| 1  | I N D E X                                                 |       |
| 2  | WITNESS:                                                  | PAGE: |
| 3  | SCOTT EDWARD REINECKE, DDS                                |       |
| 4  |    DIRECT EXAMINATION BY MS. CHARTOFF      | 5     |
| 5  |                                                           |       |
| 6  | *****                                                     |       |
| 7  |                                                           |       |
| 8  | E X H I B I T S                                           |       |
| 9  | NO.                                                       | PAGE: |
| 10 | Exhibit No. 1 - Subpoena / Notice of Deposition           | 19    |
| 11 | Exhibit No. 2 - Report / Dr. Reinecke's CV                | 50    |
| 12 | Exhibit No. 3 - Notes by Dr. Reinecke                     | 73    |
| 13 | Exhibit No. 4 - Final Report by Dr. Reinecke              | 127   |
| 14 | Exhibit No. 5 - Rebuttal Export Report                    | 130   |
| 15 | Exhibit No. 6 - Staffing Plan Schedule                    | 151   |
| 16 |                                                           |       |
| 17 | *****                                                     |       |

1  you'd seen?
2       A.   It's the first that was provided to me.  I
3  was given a verbal description by one of the dentists.
4  I forget which.  And it was just for that dentist.
5       Q.   Did you look at a staffing plan or anything
6  like that?
7       A.   I was not provided with a staffing plan.
8       Q.   Did you ask for one?
9       A.   I did.
10      Q.   What other documents did you ask for?
11      A.   Patient charts.
12      Q.   Were there any other documents that you
13  asked for that you did not receive?
14      A.   That I recall, no.
15      Q.   So the patient charts that you reviewed,
16  how many did you review?
17      A.   I believe it, the final number was 30, I
18  believe, or close to 30.
19      Q.   Did you -- are those the 30 charts that are
20  listed as Appendix C, summarized as Appendix C to your
21  report?
22      A.   Yes, they should be.
23      Q.   Did you review any charts that you did not
24  summarize in Appendix C?
25      A.   No.  Sorry.  You paused.  You caught me off

1          THE COURT REPORTER:  Thank you.

2          THE WITNESS:  Sorry.

3   BY MS. CHARTOFF:

4       Q.   And is this sentence appropriately included

5   in your final report?

6       A.   Yes.

7       Q.   All right.  Now I want to turn to the

8   section about staffing.

9       A.   Staffing.  Okay.

10      Q.   I see it on page three.

11      A.   I'm there.

12      Q.   Okay.  "Currently, there are four total

13  dentists, including two new hires, two dental

14  hygienists, and two dental assistants on staff."

15          Is that your understanding of the current

16  staffing for the San Diego County Jail System?

17      A.   When I visited?

18      Q.   Yeah, let's start with when you visited.

19      A.   Yes.  That was what I understand to be

20  their current staffing, when I visited.

21      Q.   Okay.  And at the time you submitted this

22  report, was that also your understanding?

23      A.   Yes.

24      Q.   And, in your opinion, that staffing level

25  is sufficient for the San Diego County Jail System?

```
 1            A.   I'm trying to recall the actual -- remember
 2   we spoke about FTEs?  So I don't recall, honestly, what
 3   the total FTE coverage for the dentists and the
 4   hygienists is.  But I believe that their coverage
 5   level was acceptable for the number of inmates in the
 6   system.
 7            Q.   Did you -- so did you look at a staffing
 8   plan in drafting this report?
 9            A.   It came from that phone call with
10   Dr. Pandit.
11            Q.   So I'll stop sharing this for now.
12            So Dr. Pandit informed you of the staffing level
13   at the San Diego County Jail System?
14            A.   That's correct.
15            Q.   And did he specifically state that number
16   of FTE dentists?
17            A.   Did not.  I don't know if he -- I don't
18   know.  He did not.
19            Q.   So when you were -- did you find out
20   through any other means what the total FTE number of
21   dentists was at the jail?
22            A.   I would say that when we had the phone
23   call, he told me -- and I'm using this as an example.
24   And I'm actually kind of surprised that I didn't write
25   it in here specifically.
```

SCOTT E. REINECKE, DDS
NOVEMBER 08, 2024
JOB NO. 1220598

1            But he would say, for example, Dr. Polanco works
2   Monday, Wednesday, Friday, 7:30 to 4, or 7:30 to 5, or
3   something along those lines, right?  And I don't know
4   why I didn't write that here.
5            So, in that discussion, I'm sure I added up the
6   hours of coverage, which is where this came from.
7       Q.   So your understanding of the staffing plan
8   was that there were four FTE dentists at the jail?
9       A.   No, that's incorrect.
10      Q.   So how many FTE dentists did you think were
11  at the jail?
12      A.   At the time of this writing, I honestly
13  don't recall.  I know it was more than one.  It was
14  probably closer to 1.8, which would give us -- remember
15  we discussed earlier the ratio of dentists to patients
16  at 1 to 2,500.  If there's 4,000 inmates inside this
17  system, that's appropriate staffing.
18      Q.   So, 1.8 FTE dentists for this system is
19  the number that you think is appropriate dental
20  staffing?
21      A.   As with any system, more is better.
22      Q.   I'm going to introduce this as Exhibit 6.
23               (Exhibit No. 6 was marked for
24                identification.)
25  BY MS. CHARTOFF:

```
 1              Q.    How many FTE dental assistants did you
 2    understand that the jail had when you drafted this
 3    report?
 4              A.    Two.
 5              Q.    You understood there was two FTE dental
 6    assistants when you drafted this report?
 7              A.    Yes.
 8              Q.    But you didn't understand -- is that why
 9    you wrote that there were two dental assistants working
10    at the jail?
11              A.    I believe so, yes.
12              Q.    But you didn't write that there were 1.8
13    dentists working at the jail, even though that was your
14    understanding of the number of FTE dentists working at
15    the jail?
16              A.    That question is phrased incorrectly.  The
17    1.8 is a number I'm drawing from memory.  So that is not
18    -- don't consider that set in stone as to what the
19    situation was.  I'm basing that on recollection.
20              I did not write it in the report.  That is
21    something that I omitted.  That's on me.  In retrospect,
22    I wish I would have put it specifically in my report,
23    and I did not.
24              Q.    But 1.8 -- your testimony today is that 1.8
25    dentists is the appropriate dental staffing level for
```

SCOTT E. REINECKE, DDS                                       JOB NO. 1220598
NOVEMBER 08, 2024

```
 1   the San Diego County Jail?
 2          A.   When we say 1.8 --
 3               MS. COLEMAN:   Object to vague as to time.
 4               THE WITNESS:   Sorry.
 5               MS. COLEMAN:   Are we still talking about the
 6   time when he visited or just generally?
 7   BY MS. CHARTOFF:
 8          Q.   Does it change --
 9          A.   The times --
10          Q.   You can tell us your question.
11          A.   Yeah, at the time that I visited, and
12   again, it's based on memory, because I literally don't
13   know exactly.  But I would say 1.8 would be an
14   appropriate staffing of a dentist to that population --
15   1.8 FTE.
16          Q.   I'm going to introduce as Exhibit 6, the
17   dentist staffing plan schedule that you shared this
18   morning.  And you previously testified, this is the
19   first schedule -- written schedule, you have seen?
20          A.   Yes.
21          Q.   Okay.  And how many FTE dentists appear in
22   this schedule?
23          A.   This appears to be 1.4 FTE, and I do not
24   see Dr. Patel on here, so I don't know if maybe she's
25   not working there.
```

```
 1                    REPORTER'S CERTIFICATION

 2           I, Katherine Lenti, Certified Shorthand Reporter and

 3    Notary Public for the State of Illinois, do hereby certify

 4    the following:

 5           That the foregoing is a correct transcript of

 6    the digitally-recorded audio of the deposition of

 7    SCOTT REINECKE, DDS, in the above-entitled matter;

 8           That the amount of time used by each party at the

 9    deposition is as follows:

10           Ms. Hannah Chartoff       - 04:45
             Ms. Susan Coleman         - 00:00
11           Mr. Aaron Fischer         - 00:00

12           That pursuant to information given to the

13    deposition officer at the time said testimony was taken,

14    the following includes all parties of record.

15             I further certify that I am neither counsel for,

16    related to, nor employed by any of the parties or attorneys

17    in the action in which this proceeding was taken, and

18    further that I am not financially or otherwise interested

19    in the outcome of the action.

20             Certified to by me this 9th day of December, 2024.

21

22                      _____
                        KATHERINE LENTI
23                      Illinois CSR 084.004958
                        Expiration Date:  05/31/25
24                      Steno Agency
                        Concierge@steno.com
25                      (888) 707-8366
```

SCOTT E. REINECKE, DDS  
NOVEMBER 08, 2024

JOB NO. 1220598

```
 1        I, SCOTT REINECKE, have read the foregoing
 2   deposition and hereby affix my signature that same is true
 3   and correct, except as noted above.
 4
 5                          _____
                                   SCOTT REINECKE, DDS
 6
 7
 8   THE STATE OF  TEXAS         )
 9   COUNTY OF  BEXAR            )
10        Before me,  Scott Reinecke           , on
11   this day personally appeared SCOTT REINECKE, known to me
12   (or proved to me under oath or through  TXDL           )
13   (description of identity card or other document) to be the
14   person whose name is subscribed to the foregoing instrument
15   and acknowledged to me that they executed the same for the
16   purposes and consideration therein expressed.
17        Given under my hand and seal of office this
18   27 day of December        , 2024    .
19
20                          _____
21                          NOTARY PUBLIC IN AND FOR
                            THE STATE OF  TEXAS
22
23                          MARCUS BARBER
                            Notary ID #134091837
24                          My Commission Expires
                            December 5, 2026
25
```

SCOTT E. REINECKE, DDS  
NOVEMBER 08, 2024                                          JOB NO. 1220598

```
1                      CHANGES AND SIGNATURE

2    WITNESS NAME:  SCOTT REINECKE         DATE:  11/08/2024

3    Reason Codes: (1) to clarify the record; (2) to conform to
     the facts; (3) to correct a transcription error; (4) other
4    (please explain).

5    PAGE    LINE    CHANGE                     REASON CODE:

6     25             "General" to "Dental"           3
```