GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California  94709
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:  (858) 677-1400
Facsimile:   (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ANDREE
ANDRADE, ERNEST ARCHULETA,
JAMES CLARK, ANTHONY EDWARDS,
REANNA LEVY, JOSUE LOPEZ,
CHRISTOPHER NORWOOD, JESSE
OLIVARES, GUSTAVO SEPULVEDA,
MICHAEL TAYLOR, and LAURA
ZOERNER, on behalf of themselves and all
others similarly situated,

                Plaintiffs,

        v.

SAN DIEGO COUNTY SHERIFF'S
DEPARTMENT, COUNTY OF SAN
DIEGO, SAN DIEGO COUNTY
PROBATION DEPARTMENT, and DOES
1 to 20, inclusive,

                Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**PAGES 209-368 OF EXHIBIT 1
TO DECLARATION OF DEBRA
GRAHAM IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR
PARTIAL SUMMARY
JUDGMENT – VOLUME II**

Judge:  Hon. Anthony J. Battaglia

Date:    March 6, 2025
Time:    2:00 p.m.
Crtrm.:  4A

[4620326.1]



SD_745292

[4535443.1]



SD_745268

[4535443.1]



SD_744838



SD_745336

212



SD_744840

[4535443.1]



SD_744886

[4535443.1]



SD_744946

215



SD_745233

[4535443.1]



SD_745290



SD_745437



SD_744947

[4535443.1]



SD_745260

[4535443.1]



SD_745296

[4535443.1]



SD_745339

[4535443.1]



SD_745462

[4535443.1]



SD_744920



SD_744969

225

[4535443.1]



SD_745278

226



SD_745280

[4535443.1]



SD_745320



SD_745368

[4535443.1]



SD_744853

[4535443.1]



SD_744854

[4535443.1]



SD_744892

[4535443.1]



SD_745237



SD_745305

[4535443.1]



SD_745344

[4535443.1]



SD_745441

[4535443.1]



SD_1579355

[4535443.1]



SD_1579621

238



SD_1579304



SD_1579309

[4535443.1]



SD_1579354

241

[4535443.1]



SD_1579433

242



SD_1579511

[4535443.1]



SD_1579560

[4535443.1]



SD_1579369

[4535443.1]



SD_1579373

[4535443.1]



SD_1579472



SD_1579541

[4535443.1]



SD_1579577

249



SD_1579637

[4535443.1]



SD_1579655



SD_1579420

[4535443.1]



SD_1579468

253



SD_1579494

[4535443.1]



SD_1579540

[4535443.1]



SD_1579578

256



SD_1579639

257



SD_1579656

[4535443.1]



SD_1579371

[4535443.1]



SD_1579376



SD_1579470

[4535443.1]



SD_1579581

[4535443.1]



SD_1579583

[4535443.1]



SD_1579485

[4535443.1]



SD_1579486

265

[4535443.1]



SD_1579544

266



SD_1579554

[4535443.1]



SD_1579641

[4535443.1]



SD_1579564

269



SD_1579566

[4535443.1]



SD_1579568

[4535443.1]



SD_1579571

272

[4535443.1]



SD_1579442

[4535443.1]



SD_1579456

274



SD_1579548

[4535443.1]



SD_1579552

276

[4535443.1]



SD_1579562

277



SD_1579593

278



SD_1579670

[4535443.1]



SD_1579449

[4535443.1]



SD_1579519

[4535443.1]



SD_1579644



SD_1579653

[4535443.1]



SD_1579671

[4535443.1]



SD_1579509



SD_1579324

[4535443.1]



SD_1579299

[4535443.1]



SD_1579330

288

[4535443.1]



SD_1579431

[4535443.1]



SD_1579596

[4535443.1]



SD_1579300

[4535443.1]



SD_1579306

292



SD_1579428

[4535443.1]



SD_1579505

294



SD_1579535

[4535443.1]



SD_1579626

[4535443.1]



SD_1579423

[4535443.1]



SD_1579427

298



SD_1579437

[4535443.1]



SD_1579450

[4535443.1]



SD_1579484

[4535443.1]



SD_1579660

[4535443.1]



SD_1579326

303

[4535443.1]



SD_1579329

304



SD_1579321

305



SD_1579315

[4535443.1]



SD_1579308

307



SD_1579439

[4535443.1]



SD_1579441

[4535443.1]



SD_1579623

[4535443.1]



SD_1579447

[4535443.1]



SD_1579555

[4535443.1]



SD_1579516

313



SD_1579512

314



SD_1579238

315



SD_1579243

316

[4535443.1]



SD_1579259

[4535443.1]



SD_1579012

[4535443.1]



SD_1579199

[4535443.1]



SD_1579018

320



SD_1579019

321



SD_1579057

[4535443.1]



SD_1579058

[4535443.1]



SD_1579269

324



SD_1579020

[4535443.1]



SD_1579045

[4535443.1]



SD_1579056

[4535443.1]



SD_1579201

328



SD_1579266

[4535443.1]



SD_1579102

[4535443.1]



SD_1579114

[4535443.1]



SD_1579236

[4535443.1]



SD_1579009

333



SD_1579036



SD_1579133

335

[4535443.1]



SD_1579084

[4535443.1]



SD_1579054

337



SD_1979246

[4535443.1]



SD_1979274

[4535443.1]



SD_1579291

340

[4535443.1]



SD_1579021

[4535443.1]



SD_1579116

342

[4535443.1]



SD_1579130

343



SD_1579250

344



SD_1579260



SD_1579270

346



SD_1579271

[4535443.1]



SD_1579245

348



SD_1579080

349

[4535443.1]



SD_1579067

[4535443.1]



SD_1579070

351

[4535443.1]



SD_1579076

352



SD_1579194

[4535443.1]



SD_1579196

354

[4535443.1]



SD_1579030

355



SD_1579034

356



SD_1579240

357



SD_743203

358



SD_743207

[4535443.1]



SD_743205





SD_743214

[4535443.1]



SD_743217

[4535443.1]



SD_743215

363



SD_743216

364



SD_743800

[4535443.1]



SD_743803

[4535443.1]



SD_743805

367



SD_743804

[4535443.1]