GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF JAMES CLARK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: March 6, 2025<br>Time: 2:00 p.m.<br>Crtrm.: 4A |

[4623121.1]

Case No. 3:20-cv-00406-AJB-DDL

DECLARATION OF JAMES CLARK ISO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT

I, James Clark, declare:

1. I am a named plaintiff and class representative in the above-entitled action. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify.

2. I am a 64-year-old person with a disability and multiple health issues. I suffer from a hydrocele on one of my testicles. This is a very painful condition that causes swelling and makes it difficult for me to move around and sleep. I have told the jail medical staff about this issue many times, including in person and on sick call requests. When I was incarcerated at the Jail before, in March 2022, I saw a specialist who recommended surgery. It seemed like I was scheduled for surgery. But in or around July 2022, staff told me I would not get the surgery until I was released from the jail. The surgery never happened. In late 2023, I was incarcerated at the Jail again and continued to suffer from swelling in my testicles. I told staff about this issue but still did not get the surgery I needed.

3. During my most recent incarceration at the jail, I have been housed in a cell on the seventh floor and more recently in 8D, an ADA dorm. I have been again asking for the hydrocele surgery since July 2024 through sick call requests and grievances and talking to staff. I understand from talking with medical staff a couple weeks ago that I have been approved for this surgery, but I still have not had it. They just tell me that they are waiting for a date. I am worried that I will not get the surgery before I leave the jail on January 5, 2025.

4. Right now, the pain in my testicle is at 7 on a scale of 8. The hydrocele has been leaking for weeks, which requires me to wear diapers. I really want the surgery to fix my pain and so that I do not have to wear diapers anymore.

/ / /

/ / /

/ / /

/ / /

5. I also understand that my attorneys in this case were trying to get in touch with me for a few weeks in November and December 2024. They told me that they were placing callback requests and not getting calls back from me. I did not get any notifications about callback requests from my attorneys for a few weeks, until the morning of December 18, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration is executed at San Diego, California this 27th day of December, 2024.

_____
James Clark