GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF AMIE STANLEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: March 6, 2025<br>Time: 2:00 p.m.<br>Crtrm.: 4A |

[4630656.1]

Case No. 3:20-cv-00406-AJB-DDL

DECLARATION OF AMIE STANLEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Amie Stanley, declare:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify.

2. I am currently incarcerated in the San Diego County Jail system and am housed at Las Colinas Detention Facility. My booking number is 24704713.

3. On or around May 2024, I submitted a sick call request to receive treatment for a painful skin tag. On or around mid-June, I received a medical appointment to be seen for the growth. At the time, I estimate that the growth was the size of a dime. Medical staff informed me that the growth did not appear cancerous. Staff asked if I wanted to receive a numbing ointment that I could use on the growth. Staff did not offer or provide any other medication or proposed treatments for the growth.

4. On or around early August, I had another medical appointment for the growth. At the time, I estimate that the growth was the size of a quarter. This was the first time the medical staff measured the growth. Medical staff informed me that they would schedule me for an expedited biopsy. My understanding was that the biopsy would occur later in August.

5. I did not receive a biopsy until on or around December 3, 2024, at UCSD.

6. I received the biopsy results on or around December 13, 2024. I was informed that the biopsy indicated that the growth was cancerous and that I had squamous cell carcinoma.

7. After receiving this diagnosis, I expected that I would have a follow-up appointment very quickly. But that did not happen. So I filed grievances asking about my treatment for the cancer on December 14, 16, 19, and 30. I never received any response to any of these grievances.

8. Because I was not receiving any response from the Jail, I called Plaintiffs' counsel on or around December 30, 2024, to request help. I informed

them regarding my diagnosis and the fact that I had not received any follow up. It is my understanding that, on that same day, Plaintiffs' counsel contacted the County about my issues.

9. On or around January 8, 2025, I finally saw a cancer specialist at UCSD. The specialist informed me that the cancer had metastasized and that the growth was now 4 by 4 cm in size. The specialist also informed me that they could not remove the cancer and that the only treatments available to me are chemotherapy and radiation.

10. I believe that the Jail's delay in conducting the biopsy—from August to December 2024—led to a delay in the diagnosis of my cancer. I also believe that the Jail's delays in the diagnosis of my cancer and in scheduling follow-up care after I received the biopsy results may have made it such that removing the cancer was not an option. As I indicated above, in August 2024, when medical staff at the Jail decided I needed a biopsy, the growth was only about the size of a quarter. When I went to the specialist in January 2025, the growth had expanded to 4 cm. Though I am not a medical expert, I wonder if it may have been possible for doctors to remove the cancer if it was smaller at the time they realized it was cancer. I am especially worried about the treatment for the cancer, as I am already immunocompromised.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration is executed at Santee, California this 16th day of January, 2025.

*Amie Stanley*
Amie Stanley