GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF JAXEN DOLAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: March 6, 2025<br>Time: 2:00 p.m.<br>Crtrm.: 4A |

I, Jaxen Dolan, declare:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify.

2. I am currently incarcerated in the San Diego County Jail system and am housed at George Bailey Detention Facility in House 3C. Prior to George Bailey, I was incarcerated at San Diego Central Jail from August 6, 2024 until my transfer to George Bailey about five weeks later in September 2024. My booking number is 24732890.

3. While incarcerated in San Diego Central Jail, I was housed in Module 5B. While housed in Module 5B, I observed what appeared to be mold growing in my cell. I was not relocated to avoid the mold.

4. Also while incarcerated at Central Jail, I was regularly unable to shower for days at a time due to lockdowns. The only way to clean myself during those lockdowns was to use the water in the sink in my cell.

5. At George Bailey, I have experienced consistent issues with laundry. I was not provided clean underwear in my size for weeks beginning in October 2024. As a result, I had to wear the same pair of underwear until it became dirty and stiff. Eventually, on or around December 27, 2024, I put my one pair of underwear that fit in the dirty clothes bin. I also filed two grievances on or around that date explaining that I needed access to clean underwear in my size. But in the three weeks since, I have not received any clean underwear in my size. As a result, I have been forced to go without underwear.

6. I have also been provided with clothes that are dirty. I have previously received shirts with yellow staining, dried blood, or what appear to be coffee stains. I try to clean those shirts with items that I buy from the commissary, including shampoo and a bar of soap, but I am concerned that the clothes I receive are not being laundered properly.

7. In order to clean my cell, I have been provided with what is known as

"floor cleaner" in an unlabeled bottle. I do not know what chemicals are in that bottle.

8. The shower drains in House 3C at George Bailey are consistently clogged, which means I often have to shower in standing water. Those drains have been clogged since I came to George Bailey in September 2024.

9. In late December 2024, I was provided with a bag containing food that appeared to have bird feces on the outside of the bag. I recognized it as bird feces because there was a white splotch on the food bag with chunks in it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration is executed at San Diego, California this 18th day of January, 2025.

Jaxen Dolan