GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>     Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF MIGUEL ROSALES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: March 6, 2025<br>Time: 2:00 p.m.<br>Crtrm.: 4A |

[4629943.1]

Case No. 3:20-cv-00406-AJB-DDL

I, Miguel Rosales, declare:

1.    I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify.

2.    I am currently incarcerated in the San Diego County Jail system and am housed at Central Jail.  My booking number is 24744369.

3.    On or around November 16, 2024, I felt short of breath and dizzy. Prior to that time, I had never been diagnosed with high blood pressure. Nevertheless, given how I was feeling, I asked a nurse to have my blood pressure checked during medication rounds.  The nurse told me that she would come back, but she never did.

4.    On that day and the following day (November 17, 2024), I asked medical staff at least four times to have my blood pressure checked, as I continued to feel short of breath and dizzy.  No one ever checked my blood pressure.

5.    On or around the evening of November 17, 2024, I noticed that my symptoms had worsened.  In addition to shortness of breath and dizziness, my chest felt heavy.  I also started having sharp pains in my chest.  My eye was twitching, and I also started drooling.  I was having trouble standing without falling over.  I was very scared and thought I might be having a heart attack.  I tried to use the intercom to alert an officer, but no one answered.  During the next hourly check, an officer observed that I was not feeling well.  He brought me to the medical unit, where the nurse observed that my blood pressure had hit 181.  The nurse then called 911.  Staff escorted me on a wheelchair to an ambulance, which then took me to the emergency room at UCSD.

6.    The emergency room doctor told me that I was about to have a stroke and gave me medications to lower my blood pressure.  It is my understanding that if I had been taken to the emergency room even a few minutes later, I might have had a stroke and may have died.

7.    I have filed at least three grievances, including regarding this issue, but

[4629943.1]

1

Case No. 3:20-cv-00406-AJB-DDL

DECLARATION OF MIGUEL ROSALES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

1  have not received a response for any of them.  I have given up on filing grievances

2  because it feels like no one responds to my grievances.

3       I declare under penalty of perjury under the laws of the United States of

4  America that the foregoing is true and correct to the best of my knowledge, and that

5  this declaration is executed at San Diego, California this _17_ day of January, 2025.

6

7

Miguel Rosales

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  [4629943.1]                           2                    Case No. 3:20-cv-00406-AJB-DDL

27  DECLARATION OF MIGUEL ROSALES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
    MOTION FOR PARTIAL SUMMARY JUDGMENT