| | |
|---|---|
| GAY C. GRUNFELD – 121944<br>VAN SWEARINGEN – 259809<br>MICHAEL FREEDMAN – 262850<br>ERIC MONEK ANDERSON – 320934<br>HANNAH M. CHARTOFF – 324529<br>BEN HOLSTON – 341439<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>ggrunfeld@rbgg.com<br>vswearingen@rbgg.com<br>mfreedman@rbgg.com<br>eanderson@rbgg.com<br>hchartoff@rbgg.com<br>bholston@rbgg.com | CHRISTOPHER M. YOUNG – 163319<br>ISABELLA NEAL – 328323<br>OLIVER KIEFER – 332830<br>DLA PIPER LLP (US)<br>4365 Executive Drive, Suite 1100<br>San Diego, California 92121-2133<br>Telephone: (858) 677-1400<br>Facsimile: (858) 677-1401<br>christopher.young@dlapiper.com<br>isabella.neal@dlapiper.com<br>oliver.kiefer@dlapiper.com |

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF TYLER HAMILTON ISO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: March 6, 2025<br>Time: 2:00 p.m.<br>Crtrm.: 4A |

[4625705.4]

I, Tyler Hamilton, declare:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify.

2. I am currently incarcerated in the San Diego County Jail system. My booking number is 24737121. I was booked into the jail on September 2, 2024. I identify as a transgender female.

3. I was initially housed at San Diego Central Jail, which is a downtown men's jail. On or around October 14, 2024, I was attacked by another incarcerated person in my housing unit. I believe this occurred because of my gender identity. Staff took me out of the housing unit and into a cell in the rotunda area to separate me from the person who attacked me.

4. When I was in the cell, I was handcuffed by one hand to the bench. Two deputies were with me. The deputies started disparaging my transgender identity, including saying that I was a "disgrace to men" because I identify as female. Then one deputy hit me about 10-15 times, including in my face, stomach, and back. I did nothing to provoke this attack. I used my free hand to try to shield myself.

5. During this assault, the deputies were wearing body worn cameras. It is my understanding that when the cameras are activated, they have a red blinking light. I do not think either of the deputies' cameras were activated because I did not see a red blinking light on either deputy's body worn camera during the assault.

6. The deputies who were assaulting me then called for a sergeant and claimed I was resisting, although I was not resisting. To my knowledge, I have not received any writeup or other violation for the incident, which to me supports that I was not actually resisting.

/ / /

/ / /

/ / /

7. I have filed a grievance about the incident, but have not received any written response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration is executed at Vista, California this 7 day of January, 2025.

_____
Tyler Hamilton