GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF ERIC MONEK ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: March 6, 2025<br>Time: 2:00 p.m.<br>Crtrm.: 4A |

I, Eric Monek Anderson, declare:

1. I am an attorney duly admitted to practice before this Court. I am a lawyer in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs and the Certified Class and Subclasses. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motion to File Under Seal Documents in Support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment.

2. Plaintiffs move to seal information in the following documents filed with of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment, consistent with the Stipulated Protective Order in this case (Dkt. 400) and with Judge Leshner's orders on confidentiality designations in this case (Dkt. 709, Dkt. 785):

- The Rule 26 report and rebuttal report of Pablo Stewart, M.D. (Exs. 1-2 to the Declaration of Pablo Stewart, M.D.);
- The Rule 26 report and rebuttal report of Dr. Jeffrey Keller (Exs. 1-2 to the Declaration of Dr. Jeffrey Keller);
- The Rule 26 report and rebuttal report of Dr. Jay Shulman (Exs. 1-2 to the Declaration of Dr. Jay Shulman);
- The Rule 26 report and rebuttal report of Dr. Kelly Ramsey (Exs. 1-2 to the Declaration of Dr. Kelly Ramsey);
- The Rule 26 report of Gary Raney (Ex. 1 to the Declaration of Gary Raney);
- The Rule 26 report of James Austin, Ph.D. (Ex. 1 to the Declaration of James Austin, Ph.D.);
- The Rule 26 report of Debra Graham (Ex. 1 to the Declaration of Debra Graham);
- The Rule 26 report of Karen Snell (Ex. 1 to the Declaration of Karen Snell); and
- The Rule 26 report and rebuttal report of Paul Parker (Exs. 1-2 to the Declaration of Paul Parker).

3. The information sought to be sealed in the above expert and rebuttal

reports is primarily: 1) individual patient identification information from medical records, 2) information in death records about specific prior diagnoses or medications unrelated to the death, 3) information from Critical Incident Review Board documents, or 4) diagrams of the Jail facilities' layouts.

4. Third-party NaphCare has also designated certain information in this case confidential, including documents related to deaths at the jail. In 2024, Plaintiffs challenged the confidentiality of certain of NaphCare's death-related documents. After briefing and argument, Judge Leshner held that the documents could be public, subject to redactions, including to birth dates and prior unrelated medical information. Dkt. 709. NaphCare thereafter produced the redacted documents without a confidentiality designation. Some of the documents Plaintiffs submit in support of their Opposition to Defendants' Motion for Partial Summary Judgment refer to NaphCare death-related documents that were not addressed in the Court's September 4, 2024 order. Accordingly, on January 16, 2025, I contacted NaphCare's counsel to inquire whether NaphCare agreed that these additional death-related documents are public, subject to redactions consistent with Judge Leshner's order. NaphCare agreed that the documents are not confidential in their entirety; however, as of this filing, the parties are continuing to meet and confer about the scope of redactions. Accordingly, pending resolution of the meet and confer, Plaintiffs move to seal information in the expert reports from NaphCare's death-related documents that were not at issue in the September 4, 2024 order. Plaintiffs also move to seal additional information from documents that NaphCare has designated confidential, as specified in Plaintiffs' Motion to Seal.

5. Finally, Plaintiffs also move to seal the personal addresses or other personal contact information of their retained experts, to the extent such information appears in the expert reports that Plaintiffs file in support of the Opposition to Defendants' Motion for Partial Summary Judgment.

6. Staff at my firm have confirmed the motion to seal complies with

[4633832.2]

2

Case No. 3:20-cv-00406-AJB-DDL

DECL. OF ERIC MONEK ANDERSON ISO PLAINTIFFS' MOTION TO FILE UNDER SEAL DOCUMENTS ISO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

1  Electronic Case Filing Administrative Policies and Procedures Manual Section 2(j).
2      I declare under penalty of perjury under the laws of the United States of
3  America that the foregoing is true and correct, and that this declaration is executed
4  at San Francisco, California this 21st day of January, 2025.

                          */s/ Eric Monek Anderson*
                          Eric Monek Anderson