Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXTEND TIME BY ONE WEEK FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE OPINIONS OF DEFENDANTS' EXPERTS**<br><br>Judge: Anthony J. Battaglia |

///

///

4908-6463-9249 v1

1

Case No. 3:20-cv-00406-AJB-DDL
JOINT MTN TO EXT. TIME FOR DEFS. TO FILE REPLY ISO MPSJ & PLTFS TO FILE REPLY ISO MTN EXCL. OPIN OF DEFS.' EXPERTS

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1  The parties jointly seek an extension of one week for (1) Defendants to file their reply in support of their Motion for Partial Summary Judgment, and (2) Plaintiffs to file their reply in support of their Motion to Exclude Opinions of Defendants' Experts (the "Motions").  The current deadline for filing the replies is January 27, 2025 pursuant to Dkt. 790 – Order Granting Plaintiffs' Ex Parte Motion for Extension of Briefing Deadlines.  Plaintiffs' opposition brief is voluminous with 17 declarations and numerous exhibits and the reply briefs for both Motions are due in 6 days (3 business days).  The Parties have agreed to allow each other to file their respective reply briefs on February 3, 2025, the date of the requested extension. This will not affect any other dates in this case, as the hearing on the Motions is not scheduled until March 6, 2025.

The Parties thus respectfully jointly request that this Court extend the time for all Parties to file their reply briefs in support of the Motions from January 27, 2025 to February 3, 2025.

| | |
|---|---|
| DATED:  January 22, 2025 | Respectfully submitted,<br>BURKE, WILLIAMS & SORENSEN, LLP<br><br>By: */s/ Susan E. Coleman*<br>Susan E. Coleman<br><br>Attorneys for Defendants |
| DATED: January 22, 2025 | ROSEN BIEN GALVAN & GRUNFELD LLP<br><br>By: */s/ Van Swearingen*<br>Van Swearingen<br><br>Attorneys for Plaintiffs and the Certified Class and Subclasses |

4908-6463-9249 v1

2

Case No. 3:20-cv-00406-AJB-DDL
JOINT MTN TO EXT. TIME FOR DEFS. TO FILE REPLY ISO MPSJ & PLTFS TO FILE REPLY ISO MTN EXCL. OPIN OF DEFS.' EXPERTS

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

**SIGNATURE CERTIFICATION**

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

Dated: January 22, 2025

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan E. Coleman*
Susan E. Coleman
Elizabeth M. Pappy
Attorneys for Defendants

4908-6463-9249 v1

3

Case No. 3:20-cv-00406-AJB-DDL
JOINT MTN TO EXT. TIME FOR DEFS. TO FILE REPLY ISO MPSJ & PLTFS TO FILE REPLY ISO MTN EXCL. OPIN OF DEFS.' EXPERTS

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO