UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 20-cv-00406-AJB-DDL<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFFS TO FILE REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE OPINIONS OF DEFENDANTS' EXPERTS** |

///
///
///
///
///
///

1

  GOOD CAUSE APPEARING, this Court hereby **GRANTS** the parties' Joint Motion to extend the deadline for Defendants to file their Reply in support of their motion for partial summary judgment by one week, from January 27, 2025 to <u>February 3, 2025</u>, and Plaintiffs to file their reply in support of their Motion to Exclude Opinions of Defendants' Experts by one week, from January 27, 2025 to <u>February 3, 2025</u>.  No other deadlines or dates in this matter will be affected.

  **IT IS SO ORDERED.**

  **January 22, 2025**

                Hon. Anthony J. Battaglia
                United States District Judge