Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
Deann Rivard (SBN 177482)
drivard@bwslaw.com
Martin Kosla (SBN 247224)
E-mail:  mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, CA  92101-8474
Tel:  619.814.5800 Fax:  619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail:  epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA  95113-2336
Tel:  408.606.6300 Fax:  408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR AN ORDER TREATING SPECIFIED FACTS AS ESTABLISHED** <br><br> [Fed. R. Civ. P. 56] <br><br> [*Filed Concurrently with Reply*] <br><br> **Hearing** <br> Date:    March 6, 2025 <br> Time:    2:00 p.m. <br> Ctrm:   4A <br><br> Judge: Anthony J. Battaglia |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4896-7344-5653 v1

1

Case No. 3:20-cv-00406-AJB-DDL
APPENDIX OF EVID. ISO REPLY MPSJ

Defendants COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT ("Defendants") hereby submit the following appendix of evidence in support of their reply in support of motion for partial summary judgment or, in the alternative, for an order treating specified facts as established, as follows:

**Declarations**

1.    Declaration of Jesus Lizarraga, Lieutenant, Detention Services Bureau of the San Diego County Sheriff's Office.

    A.    George Bailey Detention Facility Laundry Schedule

    B.    Bottle Cleaner Labels

2.    Declaration of Jon Montgomery, D.O., Medical Director, Detention Services Bureau, Medical Services Division, San Diego County Sheriff's Office.

3.    Declaration of James Parent re Allegations of I/P Dolan, Sergeant, Detention Service Bureau of the San Diego County Sheriff's Office.

    A.    Housing Unit JIMS Records from August 6, 2024 to September 13, 2024

4.    Declaration of James Parent re Allegations of I/P Hamilton, Sergeant Detentions Service Bureau of the San Diego County Sheriff's Office.

    A.    I/P Hamilton's Housing History from JIMS

5.    Declaration of Frank Burkey, Sergeant, Detention Service Bureau of the San Diego County Sheriff's Office.

    A.    Vista Detention Facility Visitor Log for January 7, 2025

    B.    Vista Detention Facility Watch Commander's Log for January 7, 2025.

6.    Declaration of Maria Gonzalez, Detention Information Assistant, Detention Service Bureau of the San Diego County Sheriff's Office.

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4896-7344-5653 v1

2

Case No. 3:20-cv-00406-AJB-DDL
APPENDIX OF EVID. ISO REPLY MPSJ

7.    Declaration of Arturo Bernal Perales, Sergeant, Detention Support Division of the San Diego County Sheriff's Office.

8.    Declaration of Eunice Ramos, Chief Financial Officer, San Diego County Sheriff's Office.

    A.    List of Revenue received by the County Sheriff's Office from the State.

9.    Declaration of Brian Withrow, Ph.D., Defense Expert.

10.    Declaration of Susan E. Coleman, together with the following exhibits:

    A.    Excerpts of the deposition of Matthew B. Ross

    B.    Email regarding Plaintiff Josue Lopez

    C.    Letter from Plaintiffs' Interviews of Class Members by Defendants' Experts or Counsel dated February 20, 2024

Dated:  February 3, 2025          BURKE, WILLIAMS & SORENSEN, LLP

By:   /s/ Susan E. Coleman
Susan E. Coleman
Deann Rivard
Elizabeth M. Pappy
Martin Kosla

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN
DIEGO COUNTY SHERIFF'S
DEPARTMENT and SAN DIEGO
COUNTY PROBATION
DEPARTMENT

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4896-7344-5653 v1                    3                    Case No. 3:20-cv-00406-AJB-DDL
APPENDIX OF EVID. ISO REPLY MPSJ

# 1.
# DECLARATION OF LT. JESUS LIZARRAGA

1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  Martin Kosla (SBN 247224)
   E-mail: mkosla@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600,
4  San Diego, CA 92101-8474
   Tel: 619.814.5800    Fax: 619.814.6799
5
6  Elizabeth M. Pappy (SBN 157069)
   E-mail: epappy@bwslaw.com
7  BURKE, WILLIAMS & SORENSEN, LLP
   60 South Market Street, Suite 1000
   San Jose, California 95113-2336
8  Tel: 408.606.6300    Fax: 408.606.6333

9
   Attorneys for Defendants
10 COUNTY OF SAN DIEGO (Also
   erroneously sued herein as SAN DIEGO
11 COUNTY SHERIFF'S DEPARTMENT, and
   SAN DIEGO COUNTY PROBATION
12 DEPARTMENT)

13              UNITED STATES DISTRICT COURT

14             SOUTHERN DISTRICT OF CALIFORNIA

15

16 DARRYL DUNSMORE, ANDREE          Case No. 3:20-cv-00406-AJB-DDL
   ANDRADE, ERNEST ARCHULETA,
17 JAMES CLARK, ANTHONY             **DECLARATION OF JESUS**
   EDWARDS, LISA LANDERS,           **LIZARRAGA IN SUPPORT OF**
18 REANNA LEVY, JOSUE LOPEZ,        **DEFENDANTS' REPLY BRIEF**
   CHRISTOPHER NELSON,              **ON MOTION FOR SUMMARY**
19 CHRISTOPHER NORWOOD, JESSE       **JUDGMENT**
   OLIVARES, GUSTAVO SEPULVEDA,
20 MICHAEL TAYLOR, and LAURA        **Hearing**
   ZOERNER, on behalf of themselves and  Date:  March 6, 2025
21 all others similarly situated,   Time:  2:00 p.m.
                                    Ctrm:  4A
22         Plaintiffs,
                                    Judge: Anthony J. Battaglia
23         v.

24 SAN DIEGO COUNTY SHERIFF'S
   DEPARTMENT, COUNTY OF SAN
25 DIEGO, SAN DIEGO COUNTY
   PROBATION DEPARTMENT, and
26 DOES 1 to 20, inclusive,

27         Defendants.

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4938-5097-2180 v1                - 1 -              3:20-CV-00406-AJB-DDL
                                             LIZARRAGA DECL. ISO MSJ REPLY

I, JESUS LIZARRAGA, declare as follows:

1.      I have personal knowledge of the matters herein and would competently testify to them if called to do so. I am a Lieutenant in the Detention Services Bureau of the San Diego County Sheriff's Office, working at the George Bailey Detention Facility (GBDF).

2.      I reviewed the declaration of Incarcerated Person Jaxen Dolan (Booking #24732890).  Dolan is currently housed in Cell #231, Module 3C at the George Bailey Detention Facility. Dolan was arrested and booked into San Diego County Sheriff's custody on August 6, 2024.  Dolan was transferred to GBDF on September 13, 2024 and has been housed in Module 3C since that date.  On November 7, 2024, Dolan was moved from Cell #219 to Cell #231 at GBDF.

3.      There is a set schedule in place for laundry exchange to provide all incarcerated persons the opportunity to exchange clothing once a week for all housing units. Dolan, currently housed in Module 3C, claims he was not provided with clean underwear in his size for weeks beginning in October 2024. In reviewing laundry exchange records for House 3, laundry exchange was conducted in Module 3C on a consistent weekly basis on the following dates: 10/2/24, 10/9/24,10/23/24, 10/30/24, 11/06/24, 11/13/24, 11/20/24, 11/27/24.  Attached as Exhibit A is a true and correct copy of the GBDF laundry schedule for the relevant time period. If Dolan chose to keep his laundry and not exchange it, that is his choice but the opportunity to exchange his clothing is afforded weekly, per Title 15 standards.

4.      All deputies assigned to work at the GBDF have access to the general laundry room located in the south area of the facility. They can also request additional items from the main laundry headquarters located at the East Mesa Reentry Facility. If an I/P has problems with a laundry item that is expressed to a deputy, such as soiled clothing, that deputy can quickly replace the item.

5.      I/P Dolan expressed in his declaration concerns about clothing not being laundered properly. All dirty laundry gets picked up daily (Monday-Friday)

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4938-5097-2180 v1                                   - 2 -                          3:20-CV-00406-AJB-DDL
LIZARRAGA DECL. ISO MSJ REPLY

1    and washed at the East Mesa Central Laundry. After all items get washed, they get

2    sorted, inspected, and redistributed.  Any shortages in particular items get replaced

3    with new items. When particular items are in need of exchange, those items are

4    replaced by the deputies distributing laundry. I have personally witnessed this

5    during overtime shifts. I have personally distributed laundry myself, and when

6    incarcerated persons bring up a discrepancy or problem with a particular laundry

7    item, that item gets replaced instantly.

8         6.    Dolan alleges that while incarcerated at GBDF, he received floor

9    cleanser in a bottle which was not labeled. However, on October 10, 2024, GBDF

10   staff was informed that all bottles which contain cleaning products must be clearly

11   labeled. Immediately following this advisement, sworn staff was advised to remove

12   all containers that were not properly labeled and to discontinue the use of any

13   container not explicitly labeled or specified for the use of cleaning products. As of

14   December 13, 2024, all GBDF housing units were distributed clearly labeled bottles

15   which contained cleaning products. All bottles are labeled with identifying

16   information, and a true and correct copy of these labels are attached as Exhibit B.

17   All cleansers and other chemicals used at GBDF now include corresponding data

18   information sheets. The data information provided for the cleansers distributed to

19   GBDF incarcerated persons confirms that harmful chemicals or additives are not

20   present.

21        7.    With regard to the shower drains in Module 3C being clogged at

22   GBDF, on January 27, 2025, the water for both showers was turned on and it

23   drained with no deficiencies noted.  Several incarcerated persons in House Three,

24   Module C, were asked if they had any issues with clogged drains in either top or

25   bottom showers and they all replied "no." Further, a review of maintenance records

26   (Dep't of General Services) requests from October to the present for the showers in

27   House Three, Module C, shows there were no maintenance requests during this

28   time period for clogged showers.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4938-5097-2180 v1                                   - 3 -                3:20-CV-00406-AJB-DDL
                                                                    LIZARRAGA DECL. ISO MSJ REPLY

8.    A review of JIMS Jail Information Management System under incidents or grievances linked to I/P Dolan shows no related items (for shower drains, laundry, or cleaning products).

9.    With regard to the food served at GBDF, all meals are prepared daily at the Central Production Center (CPC) located at the Mesa Complex.  The meals are then delivered to GBDF so they can be heated and distributed. The cooks (professional staff) assigned to the kitchen are responsible for checking all meals prior to delivering the meals to the incarcerated persons.

10.    According to Food Services Supervisor Craig Carey, no complaints have been received pertaining to any meals being served contaminated with bird feces.  The Jail Information Management System (JIMS) shows no kitchen related grievances from I/P Dolan and there are no documented grievances pertaining to food conditions. Deputies assigned to the housing units at GBDF count all meals prior to them being distributed.  Deputies can exchange the meals if they are made aware of any discrepancies, problems or issues.

11.    Our sworn staff do their best to ensure all Title 15 mandates are afforded to I/Ps per our Department policies and procedures. We take pride in providing professional detention services in a safe and humane environment.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on January 30, 2025, at San Diego, California.


JESUS LIZARRAGA

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4924-6911-7703 v1                                  - 4 -                    3:20-CV-00406-AJB-DDL
LIZARRAGA DECL. ISO MSJ REPLY

# EXHIBIT A

# SAN DIEGO SHERIFFS DEPARTMENT

## Area Activities Summary Report

| Fac: 003 | Area: 3 | Hu: | | | | Type: LAUNDRY EXCHANGE | | |
|---|---|---|---|---|---|---|---|---|
| **Start Dt/Tm:** 10-02-2024 0600 | | **End Dt/Tm:** 01-29-2025 1452 | | | | | | |

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|---|---|---|---|---|---|---|---|---|
| LAUNDRY EXCHANGE<br>blankets/whites blues greens and white roll | 01-22-2025 1914 | 3 | 3 | ALL | 0 | started* | 01-22-2025 1916 | OQUIN, ERIC |
| LAUNDRY EXCHANGE<br>blues/greens white rolls | 01-15-2025 2255 | 3 | 3 | ALL | 0 | completed* | 01-15-2025 2343 | OQUIN, ERIC |
| LAUNDRY EXCHANGE<br>white rolls blues/greens | 01-15-2025 2105 | 3 | 3 | ALL | 0 | started* | 01-15-2025 2110 | OQUIN, ERIC |
| LAUNDRY EXCHANGE | 01-08-2025 2119 | 3 | 3 | ALL | 0 | COMPLETE | 01-08-2025 2119 | FERRANTE, ANDRE |
| LAUNDRY EXCHANGE | 01-08-2025 1912 | 3 | 3 | ALL | 0 | BLUES GREENS WHITES BLANKETS | 01-08-2025 1912 | FERRANTE, ANDRE |
| LAUNDRY EXCHANGE<br>white rolls/blues/greens | 01-01-2025 1912 | 3 | 3 | ALL | 0 | started* | 01-01-2025 1913 | OQUIN, ERIC |
| LAUNDRY EXCHANGE | 12-25-2024 2047 | 3 | 3 | ALL | 0 | Completed | 12-25-2024 2047 | GONZALEZJR, RUBEN |
| LAUNDRY EXCHANGE<br>laundry started with echange of white underwear, socks and shirt. Jail issued blues & greens. | 12-25-2024 1919 | 3 | 3 | ALL | 0 | Started ** | 12-25-2024 1920 | GONZALEZJR, RUBEN |
| LAUNDRY EXCHANGE<br>Jail Issued: Blues&Greens and whites<br>No Blankets | 12-18-2024 1913 | 3 | 3 | ALL | 0 | To All Mods** | 12-18-2024 1914 | CASTILLO, LOUI |
| LAUNDRY EXCHANGE<br>Jail Issued blues, whites, and blankets | 12-11-2024 2125 | 3 | 3 | ALL | 0 | Conducted** | 12-11-2024 2127 | CASTILLO, LOUI |
| LAUNDRY EXCHANGE<br>blues/greens & white roll | 12-04-2024 2250 | 3 | 3 | ALL | 0 | completed* | 12-05-2024 0235 | OQUIN, ERIC |

# SAN DIEGO SHERIFF'S DEPARTMENT

## Area Activities Summary Report

| Fac: 003 | Area: 3 | Hu: | Type: LAUNDRY EXCHANGE |
|---|---|---|---|
| Start Dt/Tm: 10-02-2024 0600 | | End Dt/Tm: 01-29-2025 1452 | |

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|---|---|---|---|---|---|---|---|---|
| LAUNDRY EXCHANGE<br>blues/greens/whites/white roll/blanket | 11-27-2024 2244 | 3 | 3 | ALL | 0 | complete* | 11-27-2024 2244 | OQUIN, ERIC |
| LAUNDRY EXCHANGE<br>WHITE TSHIRTS<br>UNDERWEAR/SOCKS<br>BLUE/GREEN TOP AND BOTTOMS<br>TOWELS | 11-20-2024 2221 | 3 | 3 | ALL | 0 | COMPLETED* | 11-20-2024 2221 | HERNANDEZ, CHRISTIAN |
| LAUNDRY EXCHANGE | 11-13-2024 2115 | 3 | 3 | ALL | 0 | COMPLETED | 11-13-2024 2116 | RAMOS, NICHOLAS |
| LAUNDRY EXCHANGE<br>ALL WHITE ROLLS AND JAIL ISSUED CLOTHING | 11-13-2024 1910 | 3 | 3 | ALL | 0 | STARTED** | 11-13-2024 1911 | RAMOS, NICHOLAS |
| LAUNDRY EXCHANGE<br>Blankets/Whites/Blues/Green exchange for all modules | 11-06-2024 2215 | 3 | 3 | ALL | 0 | Completed *** | 11-06-2024 2347 | CAMPOSROSALES, EDGAR |
| LAUNDRY EXCHANGE | 11-06-2024 1920 | 3 | 3 | ALL | 0 | Started | 11-06-2024 1921 | CAMPOSROSALES, EDGAR |
| LAUNDRY EXCHANGE<br>white rolls | 10-30-2024 2038 | 3 | 3 | ALL | 0 | color top, color bottoms,** | 10-30-2024 2039 | RODRIGUEZ, NOHE |
| LAUNDRY EXCHANGE<br>blankets | 10-23-2024 2212 | 3 | 3 | C | 0 | top and bottoms, whites** | 10-23-2024 2213 | RODRIGUEZ, NOHE |
| LAUNDRY EXCHANGE<br>blankets | 10-23-2024 2148 | 3 | 3 | B | 0 | top and bottoms,whites,** | 10-23-2024 2149 | RODRIGUEZ, NOHE |
| LAUNDRY EXCHANGE<br>blankets | 10-23-2024 2114 | 3 | 3 | A | 0 | Top and bottoms,whites** | 10-23-2024 2114 | RODRIGUEZ, NOHE |
| LAUNDRY EXCHANGE<br>Blues, whites, blankets | 10-09-2024 2222 | 3 | 3 | ALL | 0 | Completed* | 10-09-2024 2222 | HABERZETTL, RYAN |

# SAN DIEGO SHERIFFS DEPARTMENT

## Area Activities Summary Report

| Fac: 003 | Area: 3 | Hu: | Type: LAUNDRY EXCHANGE |
|---|---|---|---|
| Start Dt/Tm: 10-02-2024 0600 | End Dt/Tm: 01-29-2025 1452 | | |

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|---|---|---|---|---|---|---|---|---|
| LAUNDRY EXCHANGE Blues, Whites, Blankets | 10-09-2024 2024 | 3 | 3 | ALL | 0 | Started* | 10-09-2024 2025 | HABERZETTL, RYAN |
| LAUNDRY EXCHANGE | 10-02-2024 1000 | 3 | 3 | ALL | 0 | Jail issued blues and whites | 10-03-2024 0408 | VERMILLION, BRANDON |

# EXHIBIT B

**FOR DILUTED PRODUCT ONLY**

*The product in this container is diluted as directed on the pesticide label. Follow directions for use on the primary pesticide label when applying this product.*

**PRECAUTIONARY STATEMENTS**
**Hazards to Humans and Domestic Animals**

**DANGER.** Corrosive. Causes irreversible eye damage and skin burns. Do not get in eyes, on skin, or on clothing. Wear protective eyewear (goggles, safety glasses or face shield), protective clothing and protective gloves (rubber or chemical resistant) when handling. Do not breathe spray. May be fatal if swallowed. Avoid contamination of food. Wash thoroughly with soap and water after handling and before eating, drinking, using tobacco, chewing gum or using the toilet. Remove contaminated clothing and wash clothing before reuse.

SDS No. 314

©2020 Betco Corporation
400 Van Camp Road | Bowling Green, Ohio 43402
Made in U.S.A. | All Rights Reserved.

**888-GO BETCO** (888-462-3826) **| Betco.com**



7 00427 02141 0

RLB5544V1                          0931420



**BETCO** ®

**Sure Bet™ II**
READY-TO-USE

One-Step Acid Cleaner, Disinfectant, *Virucide, Mildewstat, Deodorizer with Organic Soil Tolerance

*Virucidal against HIV-1 (AIDS Virus) and Herpes Simplex Virus Types 1 & 2

**16**

Active Ingredients:
Octyl decyl dimethyl ammonium chloride ....0.75%
Dioctyl dimethyl ammonium chloride ..........0.30%
Didecyl dimethyl ammonium chloride ..........0.45%
Alkyl ($C_{14}$ 50%, $C_{12}$ 40%, $C_{16}$ 10%)
    dimethyl benzyl ammonium chloride .......1.00%
Inert Ingredients ..............................................97.50%
Total ..............................................................100.00%

**KEEP OUT OF REACH OF CHILDREN**

**DANGER PELIGRO**

See side panel for Precautionary Statements.

EPA REG. NO. 6836-86-4170

**BATHROOM CLEANER**          **314**



| Health | / | 3 |
| Flammability | | 0 |
| Physical hazards | | 4 |
| BETCO Sure Bet II | | |

**POUR PRODUITS DILUÉS UNIQUEMENT**
**SOLO PARA PRODUCTOS DILUIDOS**

**INGREDIENTS (CAS No.):** Water (7732-18-5); Butoxyethanol (111-76-2); Ammonium Hydroxide (1336-21-6); Sodium Laureth Sulfate (68585-34-2); Tetrasodium EDTA (64-02-8).

For more ingredient information visit **Betco.com**.
Pour plus d'informations sur les ingrédients, visitez **Betco.com**.
Para más información sobre ingredientes visite **Betco.com**.

This product is not regulated for GHS.
Ce produit n'est pas réglementé pour le GHS.
Este producto no está regulado para GHS.

**No Phosphates • Sans phosphate • Sin fosfatos**

SDS No. 181
©2020 Betco Corporation
400 Van Camp Road | Bowling Green OH 43402 US
1690 Huron Church Road | Suite 169 | Windsor ON N9C0AC CA
**888-GO BETCO (888-462-3826) | Betco.com**




7 00427 02104 5

RLB8272V1                    0718120





## Deep Blue Concentrate

READY-TO-USE • PRÊT À L'USAGE • LISTO PARA USAR

Ammoniated Glass and Surface Cleaner
Nettoyant de verre de surfaces ammoniaqué
Limpiador de superficies y vidrio amoniaco

KEEP OUT OF REACH OF CHILDREN.
FOR INSTITUTIONAL AND COMMERCIAL USE.

GARDER HORS DE LA PORTÉE DES ENFANTS. POUR USAGE
DANS LES INSTITUTIONS ET LES COMMERCES.

MANTENGA ESTE PRODUCTO FUERA DEL ALCANCE DE LOS
NIÑOS. PARA USO COMERCIAL Y EN INSTITUCIONES.

**GLASS CLEANER                    181**



Health                    0
Flammability              0
Physical hazards          0
BETCO Deep Blue Concentrate

**FOR DILUTED PRODUCT ONLY**

### PRECAUTIONARY STATEMENTS
### HAZARDS TO HUMANS AND
### DOMESTIC ANIMALS

Harmful if inhaled. Remove contaminated clothing and
wash clothing before reuse. This container is not for sale
or distribution of the diluted product.

SDS No. 316

©2018 Betco Corporation
400 Van Camp Road | Bowling Green, Ohio 43402
Made in U.S.A. | All Rights Reserved.

**888-GO BETCO** (888-462-3826) | **Betco.com**



7 00427 02344 5

RLB9136V1                                    0431619



# BETCO®

## pH7Q
### READY-TO-USE

One Step Disinfectant • Germicidal
Detergent • Deodorizer

The product in this container is diluted as directed on the pesticide
label. Follow directions for use on the primary pesticide label when
applying this product.

**ACTIVE INGREDIENTS:**
Didecyl dimethyl ammonium chloride .... 2.54%
n-Alkyl ($C_{14}$ 50%, $C_{12}$ 40%, $C_{16}$ 10%)
  dimethyl benzyl ammonium chloride... 1.69%
Inert Ingredients: ................................. 95.77%
TOTAL ............................................. 100.00%

**KEEP OUT OF REACH
OF CHILDREN**

EPA REG. NO. 47371-131-4170

## DISINFECTANT                    316



| Health | / | 3 |
|---|---|---|
| Flammability | | 1 |
| Physical hazards | | 0 |

| BETCO PH7Q - DISINFECTANT | |

# 2.
# DECLARATION OF JON MONTGOMERY, D.O.

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF JON MONTGOMERY, D.O., IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Hearing**<br>Date: March 6, 2025<br>Time: 2:00 p.m.<br>Ctrm: 4A<br><br>Judge: Anthony J. Battaglia |

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4931-5520-8707 v4                                1                Case No. 3:20-cv-00406-AJB-DDL
DR. MONTGOMERY DECL.ISO MSJ REPLY

1       I, JON MONTGOMERY, D.O., declare as follows

2       1.     I am competent to testify to the matters set forth in this declaration, and

3 if called to do so, would and could so testify.

4       2.     I am the Medical Director for the Detention Services Bureau, Medical

5 Services Division, of the San Diego County Sheriff's Office ("Sheriff's Office"). I

6 have worked for the Detention Services Bureau since 2019. I am also licensed as a

7 physician in the State of California.

8       3.     As the Medical Director, I oversee the medical services provided to the

9 incarcerated individual being housed in the seven jail facilities maintained and

10 operated by the Sheriff's Office.

11       **James Clark**

12       4.     I reviewed the declaration submitted by James Clark dated December

13 27, 2024, stating that he has requested hydrocele surgery since July 2024.

14       5.     A hydrocele is a collection of clear fluid in the sac surrounding a

15 testicle. This urogenital condition of hydrocele can be conservatively managed such

16 as with cold compresses, the use of a "jockstrap" for scrotal support, and with

17 medication such as antibiotics and anti-inflammatory drugs. If the condition persists

18 and is painful, surgical intervention for repair is recommended.

19       6.     The determination of whether a surgery is indicated and the subsequent

20 scheduling of the procedure lies with the community specialty provider. Mr. Clark

21 has been seen by both on site providers and community specialty (urology)

22 providers multiple times for evaluation and care.

23       7.     Mr. Clark is not currently in custody. He has been in and out of custody

24 numerous times, including the following periods since 2023: 3/27/23 to 6/16/23;

25 6/23/23 to 8/23/23; 10/02/23 to 12/22/23; 2/03/24 to 4/24/24; 4/26/24 to 5/31/24;

26 6/04/24 to 6/14/24; and 7/25/24 to 1/05/25.

27 ///

28 ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4931-5520-8707 v4                2               Case No. 3:20-cv-00406-AJB-DDL
DR. MONTGOMERY DECL.ISO MSJ REPLY

1    8.    Each time Mr. Clark is released, the scheduled/ pending appointments

2    are canceled, and the referral/scheduling process begins anew. Each time Mr. Clark

3    returns to custody, new appointments need to be scheduled and specialty care needs

4    to be reestablished.

5    9.    After Mr. Clark returned to County custody on July 25, 2024, he had an

6    ultrasound performed on August 27, 2024, which confirmed bilateral hydroceles. On

7    October 22, 2024, Dr. Boonjindasup at the TriCity Medical Center urology clinic

8    noted authorization for bilateral hydrocelectomy, with flexible cystoscopy.

9    10.    The most recent medical notes from November 17 and November 20,

10    2024, indicate that the offsite urology referral was made and Mr. Clark's surgery

11    was scheduled for January 20, 2025.

12    11.    Mr. Clark's procedure required that his care be re-established with the

13    urologist after I/P Clark returned to custody and appropriate visits including an

14    ultrasound appointment, urology referral and consult appointment, and surgery

15    authorizations had to be obtained to schedule the surgery. The procedure was

16    approved; however, Mr. Clark was released before the surgery date.

17    12.    Medical staff is not typically aware of an incarcerated person's

18    projected release date. Some individuals may have a "prospective release date"

19    listed in the medical record if known; however, in most cases, that section is left

20    blank. The "referral authorization" section in TechCare does not contain information

21    about the patient's prospective release date.   The one or two office staff members

22    involved with scheduling are not concerned about release dates. They routinely

23    work with community providers to identify the earliest available date. Ultimately,

24    scheduling is determined by the community provider.

25    **Miguel Rosales**

26    13.    I reviewed the declaration submitted by Mr. Miguel Rosales signed on

27    January 17th, 2025.  In this document, he expressed his concerns about possible

28    elevated blood pressures and symptoms concerning for a heart attack. Based on the

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4931-5520-8707 v4                3                Case No. 3:20-cv-00406-AJB-DDL
DR. MONTGOMERY DECL.ISO  MSJ REPLY

1    medical record, it appears that Mr. Rosales had been seen by clinical staff and

2    started on medications, and that he was brought to a medical center/ER when his

3    blood pressure was elevated.

4         14.    On October 31, 2024, Mr. Rosales was seen by nursing for a health

5    assessment. His blood pressure (BP) at that time was 161/114. STAT care was

6    notified and medication was ordered. Medication was provided to Mr. Rosales, and

7    his blood pressure subsequently came his BP came down to 131/81.

8         15.    On November 2, 2024, Mr. Rosales was seen on-site by a Nurse

9    Practitioner (NP) Evangelista who indicated "BP stable, continue current meds, and

10   BP check every week." On November 15, 2024, a Nurse Practitioner ordered labs

11   to be done. Mr. Rosales denied experiencing any symptoms.

12        16.    On November 16, 2024, Mr. Rosales reported he had chest pain and he

13   had a blood pressure of 181/121. His blood pressure was re-checked twice and was

14   153/11 and 150/100. Mr. Rosales was sent out via ambulance to the hospital.

15        17.    UCSD emergency department records documented the encounter for

16   November 17th. The HPI states "Miguel Rosales is a 49 year old male who has no

17   past medical history on file. 49-year-old male presents with elevated blood pressure.

18   Patient reports that he was recently incarcerated, and since then he has had issues

19   with elevated blood pressure, currently is on amlodipine 10 mg daily. He reports

20   that earlier today he was walking down the stairs when he had an episode of blurry

21   vision and lightheadedness with some shortness a breath. He took his blood pressure

22   and it was 180s systolic, thus he was sent here for additional evaluation. Patient is

23   currently asymptomatic at this time."

24        18.   There were further comments under 'assessment'… apparently Mr.

25   Rosales opted to decline further evaluation. Per note, "…Given patient's reported

26   episode of lightheadedness, vision changes, and chest pain, decision was made to

27   check basic labs to evaluate for end-organ damage. Patient declined lab work

28   evaluation at this time, expressed understanding that would be difficult to evaluate

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4931-5520-8707 v4                    4              Case No. 3:20-cv-00406-AJB-DDL
                                                    DR. MONTGOMERY DECL. ISO  MSJ REPLY

1  for end-organ damage without blood work. He also declined CT imaging of his head

2  as well as chest x-ray. Patient reports that he just wanted documented that his blood

3  pressure was elevated. Given that he is currently asymptomatic and his vital signs

4  are stable, he was discharged back to jail."

5        19.    It appears that Mr. Rosales' EKG was stable, with a regular sinus

6  rhythm and slight left axis deviation.  No ischemic changes or signs of infarction.

7  There is no indication of an MI or heart attack, and the ER medical notes do not

8  mention any risk or concern for a possible stroke.

9        20.    Following his return from the ER, Mr. Rosales has been seen by

10  medical staff, to include on-site physicians as well as psychiatric clinicians.  Serial

11  EKGs were conducted, with no notable changes.  Medication compliance has been

12  an issue; he has routinely refused his evening medication doses. Based on the chart,

13  he has a number of documented medication refusals or modifications to dosing:

14  11/14, 11/26, 11/28, 12/1-12/12, 12/15-12/19, 12/22, 12/27, 1/5/25, 1/08- 1/10/25,

15  and 1/12 through 1/30/25. As many of his hypertensive medications are either dosed

16  twice a day (morning/night) or administered in the evening, the subsequent

17  medication level would be subtherapeutic and the effectiveness of the treatment

18  could be affected.

19        **Amie Stanley**

20        21.    I reviewed the declaration submitted by Amie Stanley signed on

21  January 16, 2025, indicating that she had a growth starting in May 2024 that was

22  undiagnosed by Las Colinas medical staff, but in December 2024 she had a biopsy

23  at UCSD and was told the growth was squamous cell carcinoma. Ms, Stanley states

24  she was told in January 2025 that the cancer had metastasized and she needed

25  chemotherapy or radiation. She alleges that a 4-month delay in obtaining a biopsy

26  led to growth of her cancer. (Dkt. 796-17.) However, my review of the medical

27  records indicates this was not a recently developed condition nor has it metastasized.

28  ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4931-5520-8707 v4      5      Case No. 3:20-cv-00406-AJB-DDL
DR. MONTGOMERY DECL.ISO  MSJ REPLY

22.    First, this is not a readily identified skin condition but is a gynecologic lesion that required a referral to UCSD gynecology for an evaluation and initial biopsy. Based on the comments from that initial Ob/Gyn note in December 2024, it indicates Patient "…reports a 30-year history of a perineal skin tag. The lesion started growing over the last 18 months, and she was most recently seen by general gynecology on 12/3 (2024) at which time biopsies were performed confirming a diagnosis of squamous cell carcinoma."

23.    Second, this is an HPV (Human Papillomavirus) associated lesion, with a reported depth of invasion of at least 4 mm. "Invasive" is a descriptor indicating that the cancer has slowly increased in thickness/depth, not that it has become metastatic. That determination requires additional testing (e.g. PET scans).

24.    The UCSD Cancer center discussed with Ms. Stanley medical treatment options, to include WLE (wide local excision), versus chemotherapy or radiation therapy. The concern is that an attempt at an excision may disrupt the external anal sphincter and cause complications with voluntary defecation, etc.

25.    It is worth noting that there does not appear to be any indication of metastasis at the present time. The reason why the obstetrician/oncologist was recommending chemotherapy/radiation therapy was not due to a concern for spread so much as it was due to the anatomic location and the high likelihood of disrupting sphincter function (*i.e.* possibly causing incontinence).

**Other Medical Issues – Raised by Dr. Keller**

26.    Currently at SDCJ, medical clinicians (N.P. or M.D.) are conducting acute medical assessments and performing (14 day) medical screenings during the booking process. This program is imminently being expanded to Las Colinas and Vista also, and discussions have taken place in the last two weeks to prepare for this rollout.

///

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4931-5520-8707 v4          6          Case No. 3:20-cv-00406-AJB-DDL
DR. MONTGOMERY DECL.ISO  MSJ REPLY

1    ///

2      27.   There are contractual agreements in place for several community

3    medical groups and organizations, to include Tri Cities Medical center (TCMC) as

4    well as the University of California San Diego (UCSD) medical system. Numerous

5    medical specialists are represented, including such fields as physical therapy/

6    rehabilitation, rheumatology, cardiology, dermatology, orthopedics, gastro-

7    enterology, oncology, obstetrics/gynecology, etc.

8      I declare under penalty of perjury under the laws of California and the United

9    States of America that the foregoing is true and correct.

10     Executed on January __, 2025, at San Diego, California.

11

12

13   _____ 1/31/2025

14       JON MONTGOMERY, D.O.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4931-5520-8707 v4         7       Case No. 3:20-cv-00406-AJB-DDL
DR. MONTGOMERY DECL.ISO  MSJ REPLY

# 3.
# DECLARATION OF SGT. JAMES PARENT
# (I/P DOLAND)

1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  Martin Kosla (SBN 247224)
   E-mail: mkosla@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600,
4  San Diego, CA 92101-8474
   Tel: 619.814.5800    Fax: 619.814.6799
5
   Elizabeth M. Pappy (SBN 157069)
6  E-mail: epappy@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
7  60 South Market Street, Suite 1000
   San Jose, California 95113-2336
8  Tel: 408.606.6300    Fax: 408.606.6333

9
   Attorneys for Defendants
10 COUNTY OF SAN DIEGO (Also
   erroneously sued herein as SAN DIEGO
11 COUNTY SHERIFF'S DEPARTMENT, and
   SAN DIEGO COUNTY PROBATION
12 DEPARTMENT)

13              UNITED STATES DISTRICT COURT

14             SOUTHERN DISTRICT OF CALIFORNIA

15

16 DARRYL DUNSMORE, ANDREE          Case No.  3:20-cv-00406-AJB-DDL
   ANDRADE, ERNEST ARCHULETA,
17 JAMES CLARK, ANTHONY             **DECLARATION OF SGT. JAMES
   EDWARDS, LISA LANDERS,           PARENT (RE ALLEGATIONS OF
18 REANNA LEVY, JOSUE LOPEZ,        I/P DOLAN) IN SUPPORT OF
   CHRISTOPHER NELSON,              DEFENDANTS' REPLY BRIEF
19 CHRISTOPHER NORWOOD, JESSE       ON MOTION FOR SUMMARY
   OLIVARES, GUSTAVO SEPULVEDA,     JUDGMENT**
20 MICHAEL TAYLOR, and LAURA
   ZOERNER, on behalf of themselves and  **Hearing**
21 all others similarly situated,       Date:   March 6, 2025
                                        Time:   2:00 p.m.
22              Plaintiffs,             Ctrm:   4A

23        v.                         Judge: Anthony J. Battaglia

24 SAN DIEGO COUNTY SHERIFF'S
   DEPARTMENT, COUNTY OF SAN
25 DIEGO, SAN DIEGO COUNTY
   PROBATION DEPARTMENT, and
26 DOES 1 to 20, inclusive,

27              Defendants.

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4896-4880-1299 v2                - 1 -              3:20-CV-00406-AJB-DDL
                                          PARENT DECLARATION ISO MSJ REPLY

1    I, JAMES PARENT, declare as follows:

2    1.    I have personal knowledge of the matters herein and would

3    competently testify to them if called to do so. I am a Sergeant working in the

4    Detentions Services Bureau of the San Diego County Sheriff's Office.

5    2.    I reviewed the Declaration of Mr. Dolan who states he was unable to

6    shower for days at a time due to lockdowns. However, review of the JIMS records

7    for I/P Dolan's housing unit, Module 5B, demonstrate that it was not on lockdown.

8    A true and correct copy of these records are attached as Exhibit A.  The records

9    show that from August 6, 2024, to September 13, 2024, neither I/P Dolan nor

10   Module 5B was subject to any lockdown. Also, JIMS records clearly indicate daily

11   dayroom access for Module 5B throughout the period from August 6, 2024 to

12   September 13, 2024. Also, Dayroom access includes access to showers. Therefore,

13   lockdowns could not have prevented I/P Dolan from showering.

14   3.    Mr. Dolan also alleges that while housed in Module 5B, he observed

15   what appeared to be mold growing in his cell and not being relocated to avoid the

16   mold. I have researched to see if I/P Dolan filed any grievance or told any sworn

17   staff about having mold in his cell; however, he did not submit any grievance or

18   request on the issue and there were no status reports related to mold.  The absence

19   of any record regarding this alleged mold issue strongly suggests that this claim is

20   not true.

21   I declare under penalty of perjury under the laws of California and the United

22   States of America that the foregoing is true and correct.

23   Executed on January 30, 2025, at San Diego, California.

24

25

26   SGT. JAMES PARENT

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4896-4880-1299 v2                - 2 -                3:20-CV-00406-AJB-DDL
                                                      PARENT DECLARATION ISO MSJ REPLY

# EXHIBIT A

# SAN DIEGO SHERIFF'S DEPARTMENT

## Area Activities Summary Report

| **Fac:** 001 | **Area:** 5 | **Hu:** | **Type:** DAYROOM / PHONE TIME |
|---|---|---|---|
| **Start Dt/Tm:** 08-06-2024 0000 | | **End Dt/Tm:** 09-14-2024 0000 | |

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|---|---|---|---|---|---|---|---|---|
| DAYROOM / PHONE TIME | 09-13-2024 2138 | 1 | 5 | ALL | 0 | Started Top Tier | 09-13-2024 2139 | AMADO, JEFF |
| DAYROOM / PHONE TIME | 09-13-2024 2008 | 1 | 5 | ALL | 0 | Dayroom started bottom tier | 09-13-2024 2010 | AMADO, JEFF |
| DAYROOM / PHONE TIME | 09-13-2024 1330 | 1 | 5 | | 0 | OPEN TOP TIER | 09-13-2024 1603 | MATA, ROBERT |
| DAYROOM / PHONE TIME | 09-13-2024 1213 | 1 | 5 | ALL | 0 | A,B,C,D Top tier End | 09-13-2024 1214 | DJORDJEVIC, SASA |
| DAYROOM / PHONE TIME | 09-13-2024 1053 | 1 | 5 | ALL | 0 | A, B, C, D Top Tier Start | 09-13-2024 1054 | DJORDJEVIC, SASA |
| DAYROOM / PHONE TIME | 09-13-2024 1052 | 1 | 5 | ALL | 0 | A,B,C,D Lower tier End | 09-13-2024 1053 | DJORDJEVIC, SASA |
| DAYROOM / PHONE TIME | 09-13-2024 0739 | 1 | 5 | ALL | 0 | A, B, C, D Lower tier start | 09-13-2024 0740 | DJORDJEVIC, SASA |
| DAYROOM / PHONE TIME once complete bottom Tier will start | 09-13-2024 0700 | 1 | 5 | | 0 | delayed due to transfers**** | 09-13-2024 0727 | MATA, ROBERT |
| DAYROOM / PHONE TIME | 09-12-2024 1913 | 1 | 5 | ALL | 0 | Started for all | 09-12-2024 1913 | KLAUS, WESTIN |
| DAYROOM / PHONE TIME | 09-12-2024 1300 | 1 | 5 | | 0 | unavaialable due to 243 | 09-12-2024 1708 | SAELENS, JACOB |
| DAYROOM / PHONE TIME | 09-12-2024 0700 | 1 | 5 | | 0 | unavaialable due to search | 09-12-2024 1705 | SAELENS, JACOB |

# SAN DIEGO SHERIFFS DEPARTMENT

## Area Activities Summary Report

**Fac:** 001    **Area:** 5    **Hu:**    **Type:** DAYROOM / PHONE TIME

**Start Dt/Tm:** 08-06-2024 0000    **End Dt/Tm:** 09-14-2024 0000

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|------|----------------|-----|------|-----|-------|-------------|-------------|------------|
| DAYROOM / PHONE TIME | 09-11-2024 2300 | 1 | 5 | ALL | 0 | Ended for Mods A-D | 09-12-2024 0000 | MARTINEZMANCILLAS, JORGE |
| DAYROOM / PHONE TIME | 09-11-2024 2136 | 1 | 5 | A | 0 | Started for top tier of A Module | 09-11-2024 2136 | MARTINEZMANCILLAS, JORGE |
| DAYROOM / PHONE TIME | 09-11-2024 2134 | 1 | 5 | ALL | 0 | Started B-D, Top Tier | 09-11-2024 2134 | MARTINEZMANCILLAS, JORGE |
| DAYROOM / PHONE TIME | 09-11-2024 2126 | 1 | 5 | ALL | 0 | Ended for Mods A-D Bottom tier | 09-11-2024 2127 | MARTINEZMANCILLAS, JORGE |
| DAYROOM / PHONE TIME | 09-11-2024 2042 | 1 | 5 | D | 0 | Dayroom ressumed | 09-11-2024 2042 | MARTINEZMANCILLAS, JORGE |
| DAYROOM / PHONE TIME | 09-11-2024 2010 | 1 | 5 | D | 0 | Ended for D Module temporarily | 09-11-2024 2010 | MARTINEZMANCILLAS, JORGE |
| DAYROOM / PHONE TIME | 09-11-2024 1933 | 1 | 5 | ALL | 0 | Started A-D Bottom tier | 09-11-2024 1934 | MARTINEZMANCILLAS, JORGE |
| DAYROOM / PHONE TIME | 09-11-2024 1400 | 1 | 5 | ALL | 0 | Open A-D* | 09-11-2024 1446 | GUEVARA, JUAN |
| A Module is on Lockdown Until 1700 Hours Today 9/11/24 E - is cleared of inmates | | | | | | | | |
| DAYROOM / PHONE TIME | 09-11-2024 0800 | 1 | 5 | | 0 | delayed due to hygiene cleaning in moc | 09-11-2024 0844 | LITTLEWOOD, ANDREW |
| DAYROOM / PHONE TIME | 09-11-2024 0700 | 1 | 5 | | 0 | delayed due to transfers | 09-11-2024 0738 | LITTLEWOOD, ANDREW |
| DAYROOM / PHONE TIME | 09-10-2024 2222 | 1 | 5 | D | 0 | Ended Bottom Tier Mod D | 09-10-2024 2223 | SOMMER, BRYSON |

# SAN DIEGO SHERIFF'S DEPARTMENT
## Area Activities Summary Report

| | | | | |
|---|---|---|---|---|
| **Fac:** 001 | **Area:** 5 | **Hu:** | **Type:** DAYROOM / PHONE TIME | |
| **Start Dt/Tm:** 08-06-2024 0000 | | **End Dt/Tm:** 09-14-2024 0000 | | |

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|---|---|---|---|---|---|---|---|---|
| DAYROOM / PHONE TIME | 09-10-2024 2205 | 1 | 5 | ALL | 0 | Ended Bottom Tier B-C | 09-10-2024 2206 | SOMMER, BRYSON |
| DAYROOM / PHONE TIME | 09-10-2024 2128 | 1 | 5 | D | 0 | Open Bottom Tier Mod D | 09-10-2024 2128 | SOMMER, BRYSON |
| DAYROOM / PHONE TIME | 09-10-2024 2128 | 1 | 5 | D | 0 | Ended Top Tier Mod D | 09-10-2024 2128 | SOMMER, BRYSON |
| DAYROOM / PHONE TIME | 09-10-2024 2107 | 1 | 5 | ALL | 0 | Open Bottom Tier B-C | 09-10-2024 2108 | SOMMER, BRYSON |
| DAYROOM / PHONE TIME | 09-10-2024 2107 | 1 | 5 | ALL | 0 | Ended B-C Top Tier | 09-10-2024 2107 | SOMMER, BRYSON |
| DAYROOM / PHONE TIME | 09-10-2024 2042 | 1 | 5 | D | 0 | Open Top Tier Mod D | 09-10-2024 2042 | SOMMER, BRYSON |
| DAYROOM / PHONE TIME | 09-10-2024 2020 | 1 | 5 | ALL | 0 | Open Top Tier B-C | 09-10-2024 2020 | SOMMER, BRYSON |
| DAYROOM / PHONE TIME | 09-10-2024 1910 | 1 | 5 | ALL | 0 | Delayed Due to Laundry Exchange | 09-10-2024 1910 | SOMMER, BRYSON |
| DAYROOM / PHONE TIME | 09-10-2024 1407 | 1 | 5 | | 0 | Bottom Tier BCD | 09-10-2024 1407 | TAGABAN, DANNIEL |
| DAYROOM / PHONE TIME | 09-10-2024 0900 | 1 | 5 | ALL | 0 | dayrooms started B/C/D top tier | 09-10-2024 0935 | LITTLEWOOD, ANDREW |
| DAYROOM / PHONE TIME | 09-10-2024 0725 | 1 | 5 | ALL | 0 | restricted movement | 09-10-2024 0725 | LITTLEWOOD, ANDREW |

# SAN DIEGO SHERIFF'S DEPARTMENT

## Area Activities Summary Report

| **Fac:** 001 | **Area:** 5 | **Hu:** | **Type:** DAYROOM / PHONE TIME |
|---|---|---|---|
| **Start Dt/Tm:** 08-06-2024 0000 | | **End Dt/Tm:** 09-14-2024 0000 | |

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|---|---|---|---|---|---|---|---|---|
| DAYROOM / PHONE TIME | 09-09-2024 1300 | 1 | 5 | ALL | 0 | Delayed due to transfers | 09-09-2024 1335 | AVILA, EDGAR |
| DAYROOM / PHONE TIME | 09-09-2024 0833 | 1 | 5 | | 0 | ab bottom Tier | 09-09-2024 0834 | TAGABAN, DANNIEL |
| DAYROOM / PHONE TIME Delayed due to transfer to pull | 09-09-2024 0700 | 1 | 5 | ALL | 0 | *** | 09-09-2024 0730 | AVILA, EDGAR |
| DAYROOM / PHONE TIME | 09-08-2024 2043 | 1 | 5 | ALL | 0 | Mods A-D top tier | 09-08-2024 2044 | CROFT, PETER |
| DAYROOM / PHONE TIME | 09-08-2024 1911 | 1 | 5 | ALL | 0 | Mods A-D bottom Tier | 09-08-2024 1912 | CROFT, PETER |
| DAYROOM / PHONE TIME | 09-08-2024 1911 | 1 | 5 | | 0 | Started in ABCD | 09-08-2024 1912 | MCCOY, BRAYDEN |
| DAYROOM / PHONE TIME | 09-08-2024 1300 | 1 | 5 | ALL | 0 | ABCD Upper tier started | 09-08-2024 1321 | TAGABAN, DANNIEL |
| DAYROOM / PHONE TIME | 09-08-2024 0741 | 1 | 5 | ALL | 0 | ABCD Bottom Tier started | 09-08-2024 0741 | TAGABAN, DANNIEL |
| DAYROOM / PHONE TIME | 09-07-2024 1910 | 1 | 5 | ALL | 0 | Started | 09-07-2024 1910 | WEISHAR, LUCAS |
| DAYROOM / PHONE TIME | 09-07-2024 1334 | 1 | 5 | | 0 | Delayed due to restricted movement | 09-07-2024 1513 | TAGABAN, DANNIEL |
| DAYROOM / PHONE TIME | 09-07-2024 0755 | 1 | 5 | | 0 | Delayed due to inspections | 09-07-2024 0755 | TAGABAN, DANNIEL |

# SAN DIEGO SHERIFF'S DEPARTMENT

## Area Activities Summary Report

**Fac:** 001    **Area:** 5    **Hu:**    **Type:** DAYROOM / PHONE TIME

**Start Dt/Tm:** 08-06-2024 0000    **End Dt/Tm:** 09-14-2024 0000

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|---|---|---|---|---|---|---|---|---|
| DAYROOM / PHONE TIME | 09-06-2024 2042 | 1 | 5 | A | 0 | Lower tier | 09-06-2024 2045 | WEIKEL, MASON |
| DAYROOM / PHONE TIME | 09-06-2024 1323 | 1 | 5 | | 0 | bottom tier ABCD Modules | 09-06-2024 1323 | WELDON, JOHN |
| DAYROOM / PHONE TIME | 09-06-2024 1057 | 1 | 5 | | 0 | ended for top tier ABCD modules | 09-06-2024 1058 | WELDON, JOHN |
| DAYROOM / PHONE TIME | 09-06-2024 0725 | 1 | 5 | ALL | 0 | Offered to all on top tier | 09-06-2024 0725 | RODRIGUEZ, ANDREW |
| DAYROOM / PHONE TIME | 09-05-2024 1552 | 1 | 5 | ALL | 0 | ended for all modules | 09-05-2024 1552 | ORDONEZ, SALVADOR |
| DAYROOM / PHONE TIME | 09-05-2024 1314 | 1 | 5 | ALL | 0 | ABCD Top Tier | 09-05-2024 1315 | ORDONEZ, SALVADOR |
| DAYROOM / PHONE TIME | 09-05-2024 0937 | 1 | 5 | ALL | 0 | Finished | 09-05-2024 0937 | ORDONEZ, SALVADOR |
| DAYROOM / PHONE TIME ABCD Lower Tier | 09-05-2024 0747 | 1 | 5 | ALL | 0 | Started | 09-05-2024 0747 | ORDONEZ, SALVADOR |
| DAYROOM / PHONE TIME | 09-04-2024 2128 | 1 | 5 | ALL | 0 | Offered to upper tier A-D | 09-04-2024 2128 | OLIVER, ANTHONY |
| DAYROOM / PHONE TIME | 09-04-2024 1920 | 1 | 5 | ALL | 0 | Offered to bottom tier A-D | 09-04-2024 1958 | OLIVER, ANTHONY |
| DAYROOM / PHONE TIME | 09-04-2024 0945 | 1 | 5 | ALL | 0 | top tier A-D end | 09-04-2024 0945 | CARPENTER, BEAU |

# SAN DIEGO SHERIFF'S DEPARTMENT

## Area Activities Summary Report

| | | | | |
|---|---|---|---|---|
| **Fac:** 001 | **Area:** 5 | **Hu:** | **Type:** DAYROOM / PHONE TIME | |
| **Start Dt/Tm:** 08-06-2024 0000 | | **End Dt/Tm:** 09-14-2024 0000 | | |

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|---|---|---|---|---|---|---|---|---|
| DAYROOM / PHONE TIME | 09-04-2024 0743 | 1 | 5 | ALL | 0 | top tier A-D start | 09-04-2024 0744 | CARPENTER, BEAU |
| DAYROOM / PHONE TIME | 09-03-2024 2207 | 1 | 5 | ALL | 0 | Ended Bottom Tier A-D | 09-03-2024 2207 | SOMMER, BRYSON |
| DAYROOM / PHONE TIME | 09-03-2024 2025 | 1 | 5 | D | 0 | Open Bottom Tier Mod D | 09-03-2024 2026 | SOMMER, BRYSON |
| DAYROOM / PHONE TIME | 09-03-2024 2009 | 1 | 5 | ALL | 0 | Open Bottom Tier A-C | 09-03-2024 2009 | SOMMER, BRYSON |
| DAYROOM / PHONE TIME Delayed Due to Laundry Exchange in Mods A-D | 09-03-2024 1907 | 1 | 5 | ALL | 0 | See Notes*** | 09-03-2024 1908 | SOMMER, BRYSON |
| DAYROOM / PHONE TIME | 09-03-2024 1600 | 1 | 5 | ALL | 0 | ABCD Upper tier ended | 09-03-2024 1606 | MORALES, ISAI |
| DAYROOM / PHONE TIME | 09-03-2024 1300 | 1 | 5 | ALL | 0 | ABCD Upper tier only | 09-03-2024 1426 | MORALES, ISAI |
| DAYROOM / PHONE TIME | 09-03-2024 0715 | 1 | 5 | ALL | 0 | Unavailable - Restricted movement | 09-03-2024 0716 | GUTIERREZ, LINDA |
| DAYROOM / PHONE TIME | 09-03-2024 0713 | 1 | 5 | | 0 | Delayed due to restricted movement | 09-03-2024 0713 | TAGABAN, DANNIEL |
| DAYROOM / PHONE TIME | 09-02-2024 2113 | 1 | 5 | ALL | 0 | started lower tier C | 09-02-2024 2114 | FISHER, JACOB |
| DAYROOM / PHONE TIME | 09-02-2024 2113 | 1 | 5 | ALL | 0 | ended top tier C | 09-02-2024 2113 | FISHER, JACOB |

# SAN DIEGO SHERIFF'S DEPARTMENT

## Area Activities Summary Report

| | | | | | |
|---|---|---|---|---|---|
| **Fac:** 001 | **Area:** 5 | **Hu:** | | **Type:** DAYROOM / PHONE TIME | |
| **Start Dt/Tm:** 08-06-2024 0000 | | **End Dt/Tm:** 09-14-2024 0000 | | | |

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|---|---|---|---|---|---|---|---|---|
| DAYROOM / PHONE TIME | 09-02-2024 2103 | 1 | 5 | ALL | 0 | started lower tier D | 09-02-2024 2104 | FISHER, JACOB |
| DAYROOM / PHONE TIME | 09-02-2024 2051 | 1 | 5 | ALL | 0 | started bottom tier A,B | 09-02-2024 2051 | FISHER, JACOB |
| DAYROOM / PHONE TIME | 09-02-2024 2050 | 1 | 5 | ALL | 0 | top tier dayroom ended | 09-02-2024 2051 | FISHER, JACOB |
| DAYROOM / PHONE TIME | 09-02-2024 1911 | 1 | 5 | ALL | 0 | started top tier Mods A-D | 09-02-2024 1911 | FISHER, JACOB |
| DAYROOM / PHONE TIME | 09-02-2024 1315 | 1 | 5 | ALL | 0 | all mods BOTTOM TIER | 09-02-2024 1315 | MCANANY, PATRICK |
| DAYROOM / PHONE TIME | 09-02-2024 0658 | 1 | 5 | ALL | 0 | Upper Tier All Modules | 09-02-2024 0658 | MCANANY, PATRICK |
| DAYROOM / PHONE TIME | 09-01-2024 2236 | 1 | 5 | ALL | 0 | Ended for bottom tier A,B,C, and D | 09-01-2024 2237 | GONZALEZ, SERGIO |
| DAYROOM / PHONE TIME | 09-01-2024 2108 | 1 | 5 | ALL | 0 | Open bottom tier A,B,C, and D | 09-01-2024 2109 | GONZALEZ, SERGIO |
| DAYROOM / PHONE TIME | 09-01-2024 2107 | 1 | 5 | ALL | 0 | Ended for top tier A,B,C, and D | 09-01-2024 2107 | GONZALEZ, SERGIO |
| DAYROOM / PHONE TIME | 09-01-2024 1945 | 1 | 5 | ALL | 0 | Top tier A, B, C, and D | 09-01-2024 1945 | GONZALEZ, SERGIO |
| DAYROOM / PHONE TIME | 09-01-2024 1625 | 1 | 5 | ALL | 0 | End Top tier A-D | 09-01-2024 1625 | CARPENTER, BEAU |

# SAN DIEGO SHERIFF'S DEPARTMENT

## Area Activities Summary Report

**Fac:** 001          **Area:** 5          **Hu:**          **Type:** DAYROOM / PHONE TIME
**Start Dt/Tm:** 08-06-2024 0000          **End Dt/Tm:** 09-14-2024 0000

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|------|----------------|-----|------|-----|-------|-------------|-------------|------------|
| DAYROOM / PHONE TIME | 09-01-2024 1510 | 1 | 5 | ALL | 0 | Start Top tier A-D | 09-01-2024 1510 | CARPENTER, BEAU |
| DAYROOM / PHONE TIME | 09-01-2024 1500 | 1 | 5 | ALL | 0 | End bottom tier | 09-01-2024 1510 | CARPENTER, BEAU |
| DAYROOM / PHONE TIME | 09-01-2024 1309 | 1 | 5 | ALL | 0 | Start bottom tier A-D | 09-01-2024 1310 | CARPENTER, BEAU |
| DAYROOM / PHONE TIME | 08-31-2024 2303 | 1 | 5 | ALL | 0 | Dayrooms ended for all mods | 08-31-2024 2304 | CABANA, ELMER |
| DAYROOM / PHONE TIME | 08-31-2024 2052 | 1 | 5 | ALL | 0 | Dayroom started for bottom tier all mod | 08-31-2024 2053 | CABANA, ELMER |
| DAYROOM / PHONE TIME | 08-31-2024 2048 | 1 | 5 | ALL | 0 | dayroom ended for top tier all mods | 08-31-2024 2048 | CABANA, ELMER |
| DAYROOM / PHONE TIME | 08-31-2024 1920 | 1 | 5 | ALL | 0 | Dayrooms started Top Tier all mods | 08-31-2024 1921 | CABANA, ELMER |
| DAYROOM / PHONE TIME | 08-31-2024 1556 | 1 | 5 | ALL | 0 | End dayroom BOTTOM tier A-D | 08-31-2024 1556 | CARPENTER, BEAU |
| DAYROOM / PHONE TIME | 08-31-2024 1325 | 1 | 5 | ALL | 0 | Start dayroom BOTTOM tier A-D | 08-31-2024 1325 | CARPENTER, BEAU |
| DAYROOM / PHONE TIME | 08-31-2024 1004 | 1 | 5 | ALL | 0 | End dayroom TOP tier A-D | 08-31-2024 1004 | CARPENTER, BEAU |
| DAYROOM / PHONE TIME | 08-31-2024 0800 | 1 | 5 | ALL | 0 | Start TOP tier A-D | 08-31-2024 0806 | CARPENTER, BEAU |

# SAN DIEGO SHERIFFS DEPARTMENT

## Area Activities Summary Report

| **Fac:** 001 | **Area:** 5 | **Hu:** | **Type:** DAYROOM / PHONE TIME |
|---|---|---|---|

**Start Dt/Tm:** 08-06-2024 0000          **End Dt/Tm:** 09-14-2024 0000

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|---|---|---|---|---|---|---|---|---|
| DAYROOM / PHONE TIME<br>Due to Cover call/Staffing on floor | 08-30-2024 2007 | 1 | 5 | ALL | 0 | delayed**** | 08-30-2024 2008 | SCHMITZ, DANIEL |
| DAYROOM / PHONE TIME | 08-30-2024 1909 | 1 | 5 | ALL | 0 | Top Tier A-D | 08-30-2024 1909 | SCHMITZ, DANIEL |
| DAYROOM / PHONE TIME | 08-30-2024 1015 | 1 | 5 | ALL | 0 | END BOTTOM TIER A-D | 08-30-2024 1106 | CARPENTER, BEAU |
| DAYROOM / PHONE TIME | 08-30-2024 0808 | 1 | 5 | ALL | 0 | START BOTTOM TIER A | 08-30-2024 0808 | CARPENTER, BEAU |
| DAYROOM / PHONE TIME | 08-30-2024 0750 | 1 | 5 | ALL | 0 | Start bottom tier B,C,D | 08-30-2024 0751 | CARPENTER, BEAU |
| DAYROOM / PHONE TIME | 08-29-2024 2305 | 1 | 5 | ALL | 0 | Ended for bottom tier A-D | 08-29-2024 2306 | MARTINEZMANCILLAS, JORGE |
| DAYROOM / PHONE TIME | 08-29-2024 2127 | 1 | 5 | C | 0 | Started for bottom tier of C Module | 08-29-2024 2127 | MARTINEZMANCILLAS, JORGE |
| DAYROOM / PHONE TIME | 08-29-2024 2122 | 1 | 5 | ALL | 0 | Dayroom started Mods A, B, D bottom t | 08-29-2024 2123 | MARTINEZMANCILLAS, JORGE |
| DAYROOM / PHONE TIME | 08-29-2024 2110 | 1 | 5 | ALL | 0 | Dayrooms ended for top tier A-D | 08-29-2024 2122 | MARTINEZMANCILLAS, JORGE |
| DAYROOM / PHONE TIME | 08-29-2024 1910 | 1 | 5 | ALL | 0 | Dayroom started A-D, Top tier. | 08-29-2024 1910 | MARTINEZMANCILLAS, JORGE |

# SAN DIEGO SHERIFF'S DEPARTMENT
## Area Activities Summary Report

| **Fac:** 001 | **Area:** 5 | **Hu:** | **Type:** DAYROOM / PHONE TIME |
|---|---|---|---|

**Start Dt/Tm:** 08-06-2024 0000          **End Dt/Tm:** 09-14-2024 0000

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|---|---|---|---|---|---|---|---|---|
| DAYROOM / PHONE TIME<br>A 49<br>B 51<br>C 49<br>D 56<br>E 10<br>TOTAL 215 | 08-29-2024 1908 | 1 | 5 | ALL | 215 | Opening Count Completed * | 08-29-2024 1909 | MARTINEZMANCILLAS, JORGE |
| DAYROOM / PHONE TIME | 08-29-2024 1500 | 1 | 5 | ALL | 0 | End bottom tier A-D | 08-29-2024 1721 | CARPENTER, BEAU |
| DAYROOM / PHONE TIME | 08-29-2024 1300 | 1 | 5 | ALL | 0 | Start bottom tier A-D | 08-29-2024 1720 | CARPENTER, BEAU |
| DAYROOM / PHONE TIME | 08-29-2024 0957 | 1 | 5 | ALL | 0 | End dayroom top tier A-D | 08-29-2024 0958 | CARPENTER, BEAU |
| DAYROOM / PHONE TIME | 08-29-2024 0746 | 1 | 5 | ALL | 0 | Start dayroom top tier A-D | 08-29-2024 0747 | CARPENTER, BEAU |
| DAYROOM / PHONE TIME | 08-28-2024 2106 | 1 | 5 | ALL | 0 | A-D bottom tier | 08-28-2024 2106 | FRANCO, BRYANT |
| DAYROOM / PHONE TIME | 08-28-2024 2105 | 1 | 5 | ALL | 0 | A-D top tier ended | 08-28-2024 2105 | FRANCO, BRYANT |
| DAYROOM / PHONE TIME | 08-28-2024 1924 | 1 | 5 | ALL | 0 | A-D Module Top tier | 08-28-2024 1926 | FRANCO, BRYANT |
| DAYROOM / PHONE TIME | 08-28-2024 1300 | 1 | 5 | ALL | 0 | Restricted movement | 08-28-2024 1515 | TOVAR, DAVID |
| DAYROOM / PHONE TIME | 08-28-2024 0730 | 1 | 5 | ALL | 0 | Wellness Checks, Delayed | 08-28-2024 0730 | TOVAR, DAVID |

# SAN DIEGO SHERIFF'S DEPARTMENT

## Area Activities Summary Report

| **Fac:** 001 | **Area:** 5 | **Hu:** | **Type:** DAYROOM / PHONE TIME |
|---|---|---|---|

**Start Dt/Tm:** 08-06-2024 0000     **End Dt/Tm:** 09-14-2024 0000

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|---|---|---|---|---|---|---|---|---|
| DAYROOM / PHONE TIME | 08-28-2024 0700 | 1 | 5 | ALL | 0 | Started | 08-28-2024 0729 | TOVAR, DAVID |
| DAYROOM / PHONE TIME | 08-27-2024 1900 | 1 | 5 | ALL | 0 | See Notes*** | 08-27-2024 2127 | SOMMER, BRYSON |
| | | | | | | Dayroom not offered due to Laundry Exchange and 2 separate 243's between IP's on the 5th Floor | | |
| DAYROOM / PHONE TIME | 08-27-2024 1337 | 1 | 5 | ALL | 0 | UPPER tier all mods | 08-27-2024 1337 | MCANANY, PATRICK |
| DAYROOM / PHONE TIME | 08-27-2024 1319 | 1 | 5 | ALL | 0 | to occur when maintenance DGS leave | 08-27-2024 1319 | MCANANY, PATRICK |
| DAYROOM / PHONE TIME | 08-27-2024 0802 | 1 | 5 | ALL | 0 | started BOTTOM tier | 08-27-2024 0802 | MCANANY, PATRICK |
| DAYROOM / PHONE TIME | 08-27-2024 0733 | 1 | 5 | ALL | 0 | once transfers are completed | 08-27-2024 0733 | MCANANY, PATRICK |
| DAYROOM / PHONE TIME | 08-26-2024 2117 | 1 | 5 | | 0 | Offered to A-D Top Tier | 08-26-2024 2118 | FOX, DEVON |
| DAYROOM / PHONE TIME | 08-26-2024 1926 | 1 | 5 | ALL | 0 | Bottom Tier Modules A-D | 08-26-2024 1926 | ABRAMS, DARREN |
| DAYROOM / PHONE TIME | 08-26-2024 1321 | 1 | 5 | | 0 | top tier abcd | 08-26-2024 1321 | WELDON, JOHN |
| DAYROOM / PHONE TIME | 08-26-2024 0930 | 1 | 5 | | 0 | Delayed due to housing new bodies | 08-26-2024 0932 | WELDON, JOHN |
| DAYROOM / PHONE TIME | 08-25-2024 2031 | 1 | 5 | ALL | 0 | Offered to all mods-lower tier | 08-25-2024 2032 | GREEN, TERRANCE |

# SAN DIEGO SHERIFF'S DEPARTMENT

## Area Activities Summary Report

| **Fac:** 001 | **Area:** 5 | **Hu:** | **Type:** DAYROOM / PHONE TIME |
|---|---|---|---|
| **Start Dt/Tm:** 08-06-2024 0000 | | **End Dt/Tm:** 09-14-2024 0000 | |

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|------|---------------|-----|------|-----|-------|-------------|-------------|------------|
| DAYROOM / PHONE TIME | 08-25-2024 1913 | 1 | 5 | ALL | 0 | Offered to all mods-top tier | 08-25-2024 1913 | GREEN, TERRANCE |
| DAYROOM / PHONE TIME | 08-25-2024 1315 | 1 | 5 | ALL | 0 | bottom tier A-D, E individually | 08-25-2024 1335 | HAMILTON, TREY |
| DAYROOM / PHONE TIME | 08-25-2024 0712 | 1 | 5 | ALL | 0 | Top tier A-D, individually in E | 08-25-2024 0713 | HAMILTON, TREY |
| DAYROOM / PHONE TIME | 08-24-2024 2042 | 1 | 5 | ALL | 0 | ABCD TOP TIER OPEN | 08-24-2024 2042 | PARAMO, JUAN |
| DAYROOM / PHONE TIME | 08-24-2024 2042 | 1 | 5 | ALL | 0 | ABCD CLOSED BOTTOM TIER | 08-24-2024 2042 | PARAMO, JUAN |
| DAYROOM / PHONE TIME | 08-24-2024 1916 | 1 | 5 | ALL | 0 | ABCD Open upper tier | 08-24-2024 1916 | PARAMO, JUAN |
| DAYROOM / PHONE TIME | 08-24-2024 1258 | 1 | 5 | | 0 | A-D Upper tier, E05 | 08-24-2024 1259 | TAGABAN, DANNIEL |
| DAYROOM / PHONE TIME | 08-24-2024 0823 | 1 | 5 | | 0 | Delayed due to restricted movement | 08-24-2024 0938 | TAGABAN, DANNIEL |
| DAYROOM / PHONE TIME | 08-23-2024 1400 | 1 | 5 | | 0 | A module upper tier started | 08-23-2024 1420 | TAGABAN, DANNIEL |
| DAYROOM / PHONE TIME   A module delayed due to maintenance | 08-23-2024 1315 | 1 | 5 | | 0 | BCD Modules Top tier, E04* | 08-23-2024 1316 | TAGABAN, DANNIEL |
| DAYROOM / PHONE TIME | 08-23-2024 0713 | 1 | 5 | ALL | 0 | Offered to all lower tier modules | 08-23-2024 0713 | THURMAN, ZACHARY |

# SAN DIEGO SHERIFF'S DEPARTMENT

## Area Activities Summary Report

| | | | | | |
|---|---|---|---|---|---|
| **Fac:** 001 | **Area:** 5 | **Hu:** | **Type:** DAYROOM / PHONE TIME | | |
| **Start Dt/Tm:** 08-06-2024 0000 | | **End Dt/Tm:** 09-14-2024 0000 | | | |

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|---|---|---|---|---|---|---|---|---|
| DAYROOM / PHONE TIME | 08-23-2024 0709 | 1 | 5 | | 0 | Started ABCD Bottom Tier | 08-23-2024 0709 | TAGABAN, DANNIEL |
| DAYROOM / PHONE TIME | 08-22-2024 2137 | 1 | 5 | | 0 | Upper tiers | 08-22-2024 2137 | ESTRADA, ANGEL |
| DAYROOM / PHONE TIME | 08-22-2024 2010 | 1 | 5 | | 0 | Lower Tier (A,B,C,D)** | 08-22-2024 2011 | ESTRADA, ANGEL |
|  Delayed due to body movement | | | | | | | | |
| DAYROOM / PHONE TIME | 08-22-2024 1300 | 1 | 5 | | 0 | started A-D bottom tier | 08-22-2024 1523 | CACHO, MIGUEL |
| DAYROOM / PHONE TIME | 08-22-2024 0715 | 1 | 5 | ALL | 0 | Open for All | 08-22-2024 0717 | VIZCARRA, GARRETT |
| DAYROOM / PHONE TIME | 08-21-2024 1930 | 1 | 5 | ALL | 0 | OFFERED TO ALL MODULES** | 08-22-2024 0239 | WILSON, JAMES |
|  DAY ROOM STARTED IN ALL MODULES, RELEASED BY TIER, BACKLOGGED DUE TO WORKLOAD | | | | | | | | |
| DAYROOM / PHONE TIME | 08-21-2024 1401 | 1 | 5 | ALL | 0 | Delayed Due to Search | 08-21-2024 1401 | GORGEES, YOUSIF |
| DAYROOM / PHONE TIME | 08-21-2024 0744 | 1 | 5 | ALL | 0 | Started for A/B/C/D Top teir | 08-21-2024 0745 | GORGEES, YOUSIF |
| DAYROOM / PHONE TIME | 08-20-2024 2318 | 1 | 5 | ALL | 0 | Closed | 08-20-2024 2318 | MARTINEZ, RYAN |
| DAYROOM / PHONE TIME | 08-20-2024 2100 | 1 | 5 | ALL | 0 | Top Tier Closed; Bottom Out | 08-20-2024 2120 | MARTINEZ, RYAN |
| DAYROOM / PHONE TIME | 08-20-2024 1859 | 1 | 5 | E | 0 | ADSEG Schedule Open | 08-20-2024 1859 | LEE, WESLEY |

# SAN DIEGO SHERIFF'S DEPARTMENT

## Area Activities Summary Report

| | | | | | |
|---|---|---|---|---|---|
| **Fac:** 001 | **Area:** 5 | **Hu:** | | **Type:** DAYROOM / PHONE TIME | |
| **Start Dt/Tm:** 08-06-2024 0000 | | **End Dt/Tm:** 09-14-2024 0000 | | | |

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|---|---|---|---|---|---|---|---|---|
| DAYROOM / PHONE TIME | 08-20-2024 1830 | 1 | 5 | | 0 | Top Tier Open | 08-20-2024 2003 | LEE, WESLEY |
| DAYROOM / PHONE TIME | 08-20-2024 1350 | 1 | 5 | | 0 | A-D Bottom Tier | 08-20-2024 1435 | TAGABAN, DANNIEL |
| DAYROOM / PHONE TIME Transfer pull | 08-20-2024 1300 | 1 | 5 | ALL | 0 | Delayed** | 08-20-2024 1342 | AVILA, EDGAR |
| DAYROOM / PHONE TIME Delayed due to transfer and VCON pull | 08-20-2024 0700 | 1 | 5 | ALL | 0 | Offered to all** | 08-20-2024 0824 | AVILA, EDGAR |
| DAYROOM / PHONE TIME | 08-19-2024 2044 | 1 | 5 | ALL | 0 | Open A-D Bottom Tier | 08-19-2024 2045 | SOMMER, BRYSON |
| DAYROOM / PHONE TIME | 08-19-2024 2044 | 1 | 5 | ALL | 0 | Ended A-D | 08-19-2024 2044 | SOMMER, BRYSON |
| DAYROOM / PHONE TIME | 08-19-2024 1920 | 1 | 5 | ALL | 0 | Open E Mod Single Cell | 08-19-2024 1920 | SOMMER, BRYSON |
| DAYROOM / PHONE TIME | 08-19-2024 1920 | 1 | 5 | ALL | 0 | Open Top Tier A-D | 08-19-2024 1920 | SOMMER, BRYSON |
| DAYROOM / PHONE TIME | 08-19-2024 1300 | 1 | 5 | | 0 | Unavailable due to restricted movemen | 08-19-2024 1529 | TAGABAN, DANNIEL |
| DAYROOM / PHONE TIME | 08-19-2024 0800 | 1 | 5 | ALL | 0 | bcd bottom tier* | 08-19-2024 0800 | WELDON, JOHN |
| DAYROOM / PHONE TIME | 08-18-2024 2122 | 1 | 5 | D | 0 | Top tier open | 08-18-2024 2122 | GERE, BRANDON |

# SAN DIEGO SHERIFF'S DEPARTMENT

## Area Activities Summary Report

| **Fac:** 001 | **Area:** 5 | **Hu:** | **Type:** DAYROOM / PHONE TIME |
| --- | --- | --- | --- |
| **Start Dt/Tm:** 08-06-2024 0000 | | **End Dt/Tm:** 09-14-2024 0000 | |

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DAYROOM / PHONE TIME | 08-18-2024 2107 | 1 | 5 | C | 0 | Top tier open | 08-18-2024 2108 | GERE, BRANDON |
| DAYROOM / PHONE TIME | 08-18-2024 2046 | 1 | 5 | B | 0 | Top tier open | 08-18-2024 2047 | GERE, BRANDON |
| DAYROOM / PHONE TIME<br>A is on security lockdown | 08-18-2024 1913 | 1 | 5 | ALL | 0 | Lower tier B,C and D | 08-18-2024 1913 | GERE, BRANDON |
| DAYROOM / PHONE TIME | 08-18-2024 1319 | 1 | 5 | ALL | 0 | OPEN TOP TIERS | 08-18-2024 1319 | CHOY, AUSTIN |
| DAYROOM / PHONE TIME | 08-18-2024 0705 | 1 | 5 | ALL | 0 | OPEN Bottom tiers | 08-18-2024 0705 | CHOY, AUSTIN |
| DAYROOM / PHONE TIME | 08-17-2024 2326 | 1 | 5 | ALL | 0 | | 08-17-2024 2326 | BROCK, QUENTIN |
| DAYROOM / PHONE TIME | 08-17-2024 1921 | 1 | 5 | ALL | 0 | started in all mods | 08-17-2024 1922 | BROCK, QUENTIN |
| DAYROOM / PHONE TIME | 08-17-2024 1300 | 1 | 5 | | 0 | dayrooms continued A/B/C/D | 08-17-2024 1339 | DJORDJEVIC, SASA |
| DAYROOM / PHONE TIME | 08-17-2024 1031 | 1 | 5 | ALL | 0 | ABCD ended    E still ongoing | 08-17-2024 1032 | ORDONEZ, SALVADOR |
| DAYROOM / PHONE TIME<br>ABCD top Tier<br>E cell by cell | 08-17-2024 0748 | 1 | 5 | ALL | 0 | Dayroom started* | 08-17-2024 0749 | ORDONEZ, SALVADOR |
| DAYROOM / PHONE TIME | 08-17-2024 0700 | 1 | 5 | | 0 | delayed due to transfers | 08-17-2024 0727 | CACHO, MIGUEL |

# SAN DIEGO SHERIFF'S DEPARTMENT

## Area Activities Summary Report

| | | | | |
|---|---|---|---|---|
| **Fac:** 001 | **Area:** 5 | **Hu:** | **Type:** DAYROOM / PHONE TIME | |
| **Start Dt/Tm:** 08-06-2024 0000 | **End Dt/Tm:** 09-14-2024 0000 | | | |

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|---|---|---|---|---|---|---|---|---|
| DAYROOM / PHONE TIME | 08-16-2024 2338 | 1 | 5 | ALL | 0 | Bottom Tier Ended | 08-16-2024 2339 | HORN, BRIAN |
| DAYROOM / PHONE TIME | 08-16-2024 2056 | 1 | 5 | ALL | 0 | Bottom Tier Started | 08-16-2024 2057 | HORN, BRIAN |
| DAYROOM / PHONE TIME | 08-16-2024 2056 | 1 | 5 | ALL | 0 | Top Tier Ended | 08-16-2024 2056 | HORN, BRIAN |
| DAYROOM / PHONE TIME | 08-16-2024 1918 | 1 | 5 | ALL | 0 | Top Tier Started | 08-16-2024 1919 | HORN, BRIAN |
| DAYROOM / PHONE TIME | 08-16-2024 1421 | 1 | 5 | B | 0 | Bottom Tier | 08-16-2024 1421 | JANSEN, COLTON |
| DAYROOM / PHONE TIME | 08-16-2024 1413 | 1 | 5 | ALL | 0 | Modules C, D- Bottom Tier | 08-16-2024 1414 | JANSEN, COLTON |
| DAYROOM / PHONE TIME | 08-16-2024 1408 | 1 | 5 | A | 0 | Bottom Tier | 08-16-2024 1408 | JANSEN, COLTON |
| DAYROOM / PHONE TIME | 08-16-2024 1300 | 1 | 5 | A | 0 | Dayroom delayed due to incident | 08-16-2024 1408 | JANSEN, COLTON |
| DAYROOM / PHONE TIME A/B/C/D E started according to schedule | 08-15-2024 1925 | 1 | 5 | ALL | 0 | Dayroom Started**** | 08-15-2024 1927 | WIER, TYLER |
| DAYROOM / PHONE TIME | 08-15-2024 0752 | 1 | 5 | ALL | 0 | Top tier A-D, individually in E | 08-15-2024 0752 | HAMILTON, TREY |
| DAYROOM / PHONE TIME | 08-15-2024 0700 | 1 | 5 | | 0 | delayed for transfers | 08-15-2024 0729 | AGUILA, NATZUKO |

# SAN DIEGO SHERIFFS DEPARTMENT

## Area Activities Summary Report

**Fac:** 001          **Area:** 5          **Hu:**          **Type:** DAYROOM / PHONE TIME

**Start Dt/Tm:** 08-06-2024 0000          **End Dt/Tm:** 09-14-2024 0000

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|------|----------------|-----|------|-----|-------|-------------|-------------|------------|
| DAYROOM / PHONE TIME<br>Due to incidents on other floors / restricted movement | 08-15-2024 0100 | 1 | 5 | ALL | 0 | Delayed** | 08-15-2024 1607 | HAMILTON, TREY |
| DAYROOM / PHONE TIME | 08-14-2024 2111 | 1 | 5 | ALL | 0 | Top Tier started A,B,C,D | 08-14-2024 2112 | ARELLANO, PEDRO |
| DAYROOM / PHONE TIME<br>MODULE-A,B,C,D | 08-14-2024 2108 | 1 | 5 | ALL | 0 | Modules Opened for dayroom time** | 08-14-2024 2111 | CARDENASSMITH, JOSHUA |
| DAYROOM / PHONE TIME | 08-14-2024 1925 | 1 | 5 | | 0 | Started for all modules | 08-14-2024 2053 | ZAMARRIPA, ADAM |
| DAYROOM / PHONE TIME | 08-14-2024 1406 | 1 | 5 | ALL | 0 | top tier all mods | 08-14-2024 1406 | MCANANY, PATRICK |
| DAYROOM / PHONE TIME | 08-14-2024 1404 | 1 | 5 | ALL | 0 | started all mods after med pass | 08-14-2024 1404 | MCANANY, PATRICK |
| DAYROOM / PHONE TIME | 08-14-2024 0733 | 1 | 5 | ALL | 0 | Started bottom tier | 08-14-2024 0734 | AGUILA, NATZUKO |
| DAYROOM / PHONE TIME | 08-13-2024 2018 | 1 | 5 | ALL | 0 | Given to A-E | 08-13-2024 2021 | FOX, DEVON |
| DAYROOM / PHONE TIME | 08-13-2024 1304 | 1 | 5 | ALL | 0 | Offered to all | 08-13-2024 1305 | AVILA, EDGAR |
| DAYROOM / PHONE TIME<br>Delayed due to being unable to clear count and transfers | 08-13-2024 0849 | 1 | 5 | | 0 | ***** | 08-13-2024 0850 | HAMILTON, TREY |
| DAYROOM / PHONE TIME<br>Will begin after transfers are completed | 08-13-2024 0701 | 1 | 5 | ALL | 0 | Delayed** | 08-13-2024 0701 | AVILA, EDGAR |

# SAN DIEGO SHERIFF'S DEPARTMENT

## Area Activities Summary Report

| | | | | | |
|---|---|---|---|---|---|
| **Fac:** 001 | **Area:** 5 | **Hu:** | **Type:** DAYROOM / PHONE TIME | | |
| **Start Dt/Tm:** 08-06-2024 0000 | | **End Dt/Tm:** 09-14-2024 0000 | | | |

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|---|---|---|---|---|---|---|---|---|
| DAYROOM / PHONE TIME | 08-12-2024 1918 | 1 | 5 | | 0 | Bottom Tier in A-D | 08-12-2024 1919 | MCCOY, BRAYDEN |
| DAYROOM / PHONE TIME | 08-12-2024 1452 | 1 | 5 | | 0 | A-D Upper Tier, E05 | 08-12-2024 1453 | TAGABAN, DANNIEL |
| DAYROOM / PHONE TIME<br>Bottom tier in A-D modules | 08-12-2024 0716 | 1 | 5 | | 0 | started* | 08-12-2024 0718 | HUGHES2, AARON |
| DAYROOM / PHONE TIME | 08-11-2024 2100 | 1 | 5 | ALL | 0 | A-D TOP CLOSED | 08-11-2024 2100 | MARTINEZ, RYAN |
| DAYROOM / PHONE TIME | 08-11-2024 1909 | 1 | 5 | E | 0 | ADSEG Dayroom Open | 08-11-2024 1909 | MARTINEZ, RYAN |
| DAYROOM / PHONE TIME | 08-11-2024 1909 | 1 | 5 | ALL | 0 | A-D Top Open | 08-11-2024 1909 | MARTINEZ, RYAN |
| DAYROOM / PHONE TIME | 08-11-2024 1357 | 1 | 5 | ALL | 0 | closed early due to fight in B module | 08-11-2024 1357 | HAMILTON, TREY |
| DAYROOM / PHONE TIME | 08-11-2024 1315 | 1 | 5 | ALL | 0 | Started for top tier A-D | 08-11-2024 1329 | HAMILTON, TREY |
| DAYROOM / PHONE TIME | 08-11-2024 1000 | 1 | 5 | ALL | 0 | Bottom tier ended | 08-11-2024 1056 | HAMILTON, TREY |
| DAYROOM / PHONE TIME | 08-11-2024 0750 | 1 | 5 | ALL | 0 | Bottom Tier A-D open | 08-11-2024 0803 | HAMILTON, TREY |
| DAYROOM / PHONE TIME | 08-10-2024 2102 | 1 | 5 | ALL | 0 | Top tier only A-D | 08-10-2024 2102 | AGUILERA, BENJAMIN |

# SAN DIEGO SHERIFF'S DEPARTMENT

## Area Activities Summary Report

**Fac:** 001        **Area:** 5        **Hu:**        **Type:** DAYROOM / PHONE TIME
**Start Dt/Tm:** 08-06-2024 0000        **End Dt/Tm:** 09-14-2024 0000

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|------|----------------|-----|------|-----|-------|-------------|-------------|------------|
| DAYROOM / PHONE TIME | 08-10-2024 1913 | 1 | 5 | ALL | 0 | A-D Bottom Tier | 08-10-2024 1913 | AGUILERA, BENJAMIN |
| DAYROOM / PHONE TIME | 08-10-2024 0724 | 1 | 5 | ALL | 0 | top tier ABCD Modules | 08-10-2024 0725 | WELDON, JOHN |
| DAYROOM / PHONE TIME | 08-09-2024 2235 | 1 | 5 | ALL | 0 | Ended | 08-09-2024 2235 | TAYLOR, CALEB |
| DAYROOM / PHONE TIME | 08-09-2024 2040 | 1 | 5 | ALL | 0 | Started lower tier | 08-09-2024 2040 | TAYLOR, CALEB |
| DAYROOM / PHONE TIME | 08-09-2024 1908 | 1 | 5 | ALL | 0 | Upper tier started A/B/C/D | 08-09-2024 1909 | OSTER, BRYSON |
| DAYROOM / PHONE TIME | 08-09-2024 1505 | 1 | 5 | | 0 | ABCD modules* | 08-09-2024 1507 | WELDON, JOHN |
| DAYROOM / PHONE TIME Bottom tier mods A-C E02 | 08-09-2024 0830 | 1 | 5 | ALL | 0 | started* | 08-09-2024 1053 | HUGHES2, AARON |
| DAYROOM / PHONE TIME | 08-08-2024 1930 | 1 | 5 | | 0 | dayroom started A-C | 08-08-2024 2336 | BROCK, QUENTIN |
| DAYROOM / PHONE TIME Bottom tier A-C and single cell E | 08-08-2024 0700 | 1 | 5 | ALL | 0 | Open** | 08-08-2024 0808 | AGUILA, NATZUKO |
| DAYROOM / PHONE TIME | 08-07-2024 1923 | 1 | 5 | ALL | 0 | Dayrooms started in A-C. | 08-07-2024 1924 | SCHWETTMANN, CODY |
| DAYROOM / PHONE TIME | 08-07-2024 1643 | 1 | 5 | E | 0 | E04 Start | 08-07-2024 1643 | KRYUCHKOV, MAXIMILLIAN |

# SAN DIEGO SHERIFF'S DEPARTMENT

## Area Activities Summary Report

**Fac:** 001          **Area:** 5          **Hu:**          **Type:** DAYROOM / PHONE TIME
**Start Dt/Tm:** 08-06-2024 0000          **End Dt/Tm:** 09-14-2024 0000

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|---|---|---|---|---|---|---|---|---|
| DAYROOM / PHONE TIME | 08-07-2024 1642 | 1 | 5 | E | 0 | E09 End | 08-07-2024 1643 | KRYUCHKOV, MAXIMILLIAN |
| DAYROOM / PHONE TIME | 08-07-2024 1451 | 1 | 5 | E | 0 | E09 Start | 08-07-2024 1451 | KRYUCHKOV, MAXIMILLIAN |
| DAYROOM / PHONE TIME | 08-07-2024 1451 | 1 | 5 | E | 0 | E08 End | 08-07-2024 1451 | KRYUCHKOV, MAXIMILLIAN |
| DAYROOM / PHONE TIME | 08-07-2024 1240 | 1 | 5 | ALL | 0 | E04 End | 08-07-2024 1758 | KRYUCHKOV, MAXIMILLIAN |
| DAYROOM / PHONE TIME | 08-07-2024 1240 | 1 | 5 | ALL | 0 | E06 Start | 08-07-2024 1759 | KRYUCHKOV, MAXIMILLIAN |
| DAYROOM / PHONE TIME | 08-07-2024 1108 | 1 | 5 | E | 0 | E04 Start | 08-07-2024 1109 | KRYUCHKOV, MAXIMILLIAN |
| DAYROOM / PHONE TIME | 08-07-2024 1108 | 1 | 5 | E | 0 | E01 End | 08-07-2024 1108 | KRYUCHKOV, MAXIMILLIAN |
| DAYROOM / PHONE TIME | 08-07-2024 1018 | 1 | 5 | E | 0 | E01 Start | 08-07-2024 1019 | KRYUCHKOV, MAXIMILLIAN |
| DAYROOM / PHONE TIME | 08-07-2024 1018 | 1 | 5 | E | 0 | E03 End | 08-07-2024 1018 | KRYUCHKOV, MAXIMILLIAN |
| DAYROOM / PHONE TIME | 08-07-2024 0855 | 1 | 5 | E | 0 | E03 Start | 08-07-2024 0856 | KRYUCHKOV, MAXIMILLIAN |
| DAYROOM / PHONE TIME | 08-07-2024 0830 | 1 | 5 | E | 0 | E04 End | 08-07-2024 0854 | KRYUCHKOV, MAXIMILLIAN |

# SAN DIEGO SHERIFF'S DEPARTMENT

## Area Activities Summary Report

| | | | | |
|---|---|---|---|---|
| **Fac:** 001 | **Area:** 5 | **Hu:** | **Type:** DAYROOM / PHONE TIME | |
| **Start Dt/Tm:** 08-06-2024 0000 | | **End Dt/Tm:** 09-14-2024 0000 | | |

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|---|---|---|---|---|---|---|---|---|
| DAYROOM / PHONE TIME | 08-07-2024 0723 | 1 | 5 | E | 0 | E04 Start | 08-07-2024 0723 | KRYUCHKOV, MAXIMILLIAN |
| DAYROOM / PHONE TIME | 08-07-2024 0147 | 1 | 5 | ALL | 0 | E06 End | 08-07-2024 1800 | KRYUCHKOV, MAXIMILLIAN |
| DAYROOM / PHONE TIME | 08-07-2024 0147 | 1 | 5 | ALL | 0 | E08 Start | 08-07-2024 1801 | KRYUCHKOV, MAXIMILLIAN |
| DAYROOM / PHONE TIME | 08-06-2024 2117 | 1 | 5 | D | 0 | Started. top tier | 08-06-2024 2117 | PASQUAL, KIPP |
| DAYROOM / PHONE TIME | 08-06-2024 2046 | 1 | 5 | C | 0 | Started. top tier | 08-06-2024 2046 | PASQUAL, KIPP |
| DAYROOM / PHONE TIME | 08-06-2024 2023 | 1 | 5 | B | 0 | Started. top tier | 08-06-2024 2023 | PASQUAL, KIPP |
| DAYROOM / PHONE TIME | 08-06-2024 1940 | 1 | 5 | A | 0 | Started. bottom tier | 08-06-2024 1940 | PASQUAL, KIPP |
| DAYROOM / PHONE TIME | 08-06-2024 1921 | 1 | 5 | E | 0 | ADSEP schedule | 08-06-2024 1921 | PASQUAL, KIPP |
| DAYROOM / PHONE TIME | 08-06-2024 1909 | 1 | 5 | ALL | 0 | Mods B-C bottom tier | 08-06-2024 1909 | PASQUAL, KIPP |
| DAYROOM / PHONE TIME | 08-06-2024 1909 | 1 | 5 | D | 0 | Started. bottom tier | 08-06-2024 2024 | PASQUAL, KIPP |
| DAYROOM / PHONE TIME | 08-06-2024 1330 | 1 | 5 | ALL | 0 | Delayed due to transfers | 08-06-2024 1346 | TAGABAN, DANNIEL |

# SAN DIEGO SHERIFF'S DEPARTMENT

## Area Activities Summary Report

**Fac:** 001          **Area:** 5          **Hu:**          **Type:** DAYROOM / PHONE TIME

**Start Dt/Tm:** 08-06-2024 0000          **End Dt/Tm:** 09-14-2024 0000

| Type | Activity Dt/Tm | Fac | Area | Hu | Count | Description | Entry Dt/Tm | Entered By |
|------|---------------|-----|------|-----|-------|-------------|-------------|------------|
| DAYROOM / PHONE TIME | 08-06-2024 0940 | 1 | 5 | ALL | 0 | ended | 08-06-2024 1312 | HUGHES2, AARON |
| DAYROOM / PHONE TIME<br>Bottom tier A-D<br>E04 | 08-06-2024 0715 | 1 | 5 | ALL | 0 | started for all modules* | 08-06-2024 0716 | HUGHES2, AARON |

# 4.
# DECLARATION OF SGT. JAMES PARENT
# (I/P HAMILTON)

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800    Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300    Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO (Also
erroneously sued herein as SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT, and
SAN DIEGO COUNTY PROBATION
DEPARTMENT)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF SGT. JAMES PARENT IN SUPPORT OF DEFENDANTS' REPLY BRIEF ON MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing**<br>Date: March 6, 2025<br>Time: 2:00 p.m.<br>Ctrm: 4A<br><br>Judge: Anthony J. Battaglia |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4896-4880-1299 v2                - 1 -                3:20-CV-00406-AJB-DDL
PARENT DECLARATION ISO MSJ REPLY

1    I, JAMES PARENT, declare as follows:

2    1.    I have personal knowledge of the matters herein and would

3    competently testify to them if called to do so. I am a Sergeant working in the

4    Detention Services Bureau of the San Diego County Sheriff's Office.

5    2.    I reviewed the Declaration of Tyler Hamilton (Booking #24737121),

6    who states she identifies as a transgender female.  She states she was housed at the

7    Central Jail initially and "[o]n or around October 14, 2024, . . . was attacked by

8    another incarcerated person."

9    3.    I have reviewed JIMS, the Watch Commander's Log for SDCJ, and

10    NicheRMS (our case report repository), and I was unable to find mention of any

11    attack of I/P Hamilton in October 2024, or any staff response to an incident

12    involving Hamilton. If an attack was witnessed and/or reported, there should be an

13    incident report. An incident or other written report would also trigger the retrieval

14    and retention of any surveillance video of the incident.

15    4.    I/P Hamilton does not specify the exact date, time, or location of the

16    incident.  Nor does Hamilton identify the alleged assailant or the deputies who

17    allegedly responded. The lack of any specifics makes it much more difficult to find

18    a record of the purported incident, if any exists.

19    5.    In theory, I could review surveillance video from the housing unit

20    where I/P Hamilton was housed on October 14, 2024; however, due to the phrase

21    "on or about" and the lack of any time of day or even a specific date, I would need

22    to review approximately 72-120 hours of video or more.

23    6.    I have reviewed JIMS and verified that I/P Hamilton did not submit a

24    grievance or any other written document to custody staff about any alleged attack

25    by another I/P in October 2024. Nor did I/P Hamilton submit a grievance or any

26    other written document to custody staff about any gender disparagement and/or

27    physical assault by staff in October 2024.

28    ///

Burke, Williams &
Sorensen, LLP
Attorneys At Law
San Diego

4896-4880-1299 v2                    - 2 -                    3:20-CV-00406-AJB-DDL
PARENT DECLARATION ISO MSJ REPLY

7.      I also checked housing records and determined that I/P Hamilton was housed at the Vista Detention Facility in October 2024, and was <u>not</u> at the Central Jail during that time period. Attached as Exhibit A is a true and correct copy of Hamilton's housing history from JIMS.

8.      Finally, I/P Hamilton did not report as transgender at booking. Below is a screenshot of his response to the relevant intake questions:

RECEIVING SCREENING

Completed by: Rizalina Bautista RN on 9/2/2024 3:14:51 PM

| Patient: HAMILTON, TYLER | #: 100017425 (24737121) | Class: 4 |
| DOB: 2/22/1983 (Age=41) | Sex: M | Race: W |
| Housing: - - - - | Court Date: | |
| Status: NOT ACTIVE | Booking Date: 9/2/2024 2:53:56 PM | Release: 1/11/2025 9:08:00 AM |

GENDER IDENTITY--Select and Document all that apply

Do You Identify as Transgender?                              ☐ Yes  ● No

☐ Transgender - Male Gender      ☐ Transgender - Female      ☐ Transgender - Non-Binary

CHRONIC CONDITIONS--Select and Document all that apply

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on January 28, 2025, at San Diego, California.

SGT. JAMES PARENT

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4924-6911-7703 v1                              - 3 -                    3:20-CV-00406-AJB-DDL
                                                        PARENT DECLARATION ISO MSJ REPLY

# EXHIBIT A

JIMS - E000015      San Diego County Sheriff      Page: 1 of 2
Inmate History Report
Run Date: 28-JAN-2025        Show all event types        Effective Date:
Run Time: 13:08                               24-SEP-2024
                                                TO 01-NOV-2024

Booknum: 24737121      Name: HAMILTON, TYLER      Fac: 921   Area:     Hu:

Event Dt: 07-OCT-24 09:22   Event Type: MOVE    Destination: NEW HOUSING        Entered by: DXOCHISH   Entry Dt: 07-OCT-24 09:22
Comments:
  Moved Book #24737121 FROM fac 7 area N hu 3 cell 18 bed B TO fac 7 area N hu 3 cell 26 bed B.
Event Dt: 05-OCT-24 10:49   Event Type: MOVE    Destination: NEW HOUSING        Entered by: CKLOPOSH   Entry Dt: 05-OCT-24 10:49
Comments:
  Moved Book #24737121 TO fac 7 area N hu 3 cell 18 bed B.
Event Dt: 05-OCT-24 10:46   Event Type: MOVE    Destination: NEW HOUSING        Entered by: CKLOPOSH   Entry Dt: 05-OCT-24 10:46
Comments:
  Moved Book #24737121 FROM fac 7 area N hu 3 cell 23 bed B TO fac 7 area X .
Event Dt: 04-OCT-24 16:26   Event Type: MOVE    Destination: NEW HOUSING        Entered by: TTHOM3SH   Entry Dt: 04-OCT-24 16:26
Comments:
  Moved Book #24737121 FROM fac 7 area N hu 3 cell 27 bed B TO fac 7 area N hu 3 cell 23 bed B.
Event Dt: 28-SEP-24 08:10   Event Type: MOVE    Destination: NEW HOUSING        Entered by: KMCGARSH   Entry Dt: 28-SEP-24 08:10
Comments:
  Moved Book #24737121 FROM fac 7 area N hu 3 cell 28 bed B TO fac 7 area N hu 3 cell 27 bed B.

JIMS - E000015

Case 3:20-cv-00406-AJB-DDL    Document 606-1    Filed 02/03/25    PageID.39393    Page: 2 of 2

San Diego County Sheriff
Inmate History Report
Page 57 of 112

Show all event types

Run Date:  28-JAN-2025
Run Time:  13:08

Effective Date:
24-SEP-2024
TO 01-NOV-2024

**Booknum:** 24737121    **Name:** HAMILTON, TYLER    **Fac:** 921 **Area:**    **Hu:**

Event Dt: 24-SEP-24 18:39  Event Type: TRNR    Destination: 007    Entered by: JRODR6SH  Entry Dt:  24-SEP-24 18:39
Comments:
  Inmate Entering VDF (Vista Detention Facility). DAILY TRANSFERS
Event Dt: 24-SEP-24 18:38  Event Type: TRNR    Destination: 007    Entered by: JRODR6SH  Entry Dt:  24-SEP-24 18:38
Comments:
  Inmate Entering VDF (Vista Detention Facility). DAILY TRANSFERS
Event Dt: 24-SEP-24 18:29  Event Type: MOVE    Destination: NEW HOUSING    Entered by: JBENN3SH  Entry Dt:  24-SEP-24 18:29
Comments:
  Moved Book #24737121 TO fac 7 area N hu 3 cell 28 bed B.
Event Dt: 24-SEP-24 16:20  Event Type: MOVE    Destination: NEW HOUSING    Entered by: BPROSPSH  Entry Dt:  24-SEP-24 16:20
Comments:
  Moved Book #24737121 TO fac 7 area X .
Event Dt: 24-SEP-24 16:20  Event Type: XVIS    Destination: NEW HOUSING    Entered by: BPROSPSH  Entry Dt:  24-SEP-24 16:20
Comments:
  Deleted future visits because of facility transfer
Event Dt: 24-SEP-24 16:19  Event Type: TRNL    Destination: 007    Entered by: BPROSPSH  Entry Dt:  24-SEP-24 16:19
Comments:
  Inmate Leaving SDCJ (San Diego Central Jail).  Next stop:  VDF (Vista Detention Facility)DAILY TRANSFERS
Event Dt: 24-SEP-24 15:26  Event Type: MOVE    Destination: NEW HOUSING    Entered by: ZTHURMSH  Entry Dt:  24-SEP-24 15:26
Comments:
  Moved Book #24737121 FROM fac 1 area 7 hu A cell 13 bed B TO fac 1 area X .
Event Dt: 24-SEP-24 08:00  Event Type: RELSTO Destination: RELEASE STORAGE    Entered by: GREYE2SH  Entry Dt:  24-SEP-24 08:00
Comments:
  CJHANGER: 000729

# 5.
# DECLARATION SGT. FRANK BURKEY

1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  Martin Kosla (SBN 247224)
   E-mail: mkosla@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600
4  San Diego, CA 92101-8474
   Tel: 619.814.5800    Fax: 619.814.6799
5
   Elizabeth M. Pappy (SBN 157069)
6  E-mail: epappy@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
7  60 South Market Street, Suite 1000
   San Jose, California 95113-2336
8  Tel: 408.606.6300    Fax: 408.606.6333

9
   Attorneys for Defendants
10 COUNTY OF SAN DIEGO (Also
   erroneously sued herein as SAN DIEGO
11 COUNTY SHERIFF'S DEPARTMENT, and
   SAN DIEGO COUNTY PROBATION
12 DEPARTMENT)

13            UNITED STATES DISTRICT COURT

14          SOUTHERN DISTRICT OF CALIFORNIA

15

16 DARRYL DUNSMORE, ANDREE            Case No. 3:20-cv-00406-AJB-DDL
   ANDRADE, ERNEST ARCHULETA,
17 JAMES CLARK, ANTHONY               **DECLARATION OF SGT. FRANK**
   EDWARDS, LISA LANDERS,             **BURKEY IN SUPPORT OF**
18 REANNA LEVY, JOSUE LOPEZ,          **DEFENDANTS' REPLY BRIEF**
   CHRISTOPHER NELSON,                **ON MOTION FOR SUMMARY**
19 CHRISTOPHER NORWOOD, JESSE         **JUDGMENT**
   OLIVARES, GUSTAVO SEPULVEDA,
20 MICHAEL TAYLOR, and LAURA          **Hearing**
   ZOERNER, on behalf of themselves and   Date:   March 6, 2025
21 all others similarly situated,        Time:   2:00 p.m.
                                       Ctrm:   4A
22            Plaintiffs,

23       v.                            Judge: Anthony J. Battaglia

24 SAN DIEGO COUNTY SHERIFF'S
   DEPARTMENT, COUNTY OF SAN
25 DIEGO, SAN DIEGO COUNTY
   PROBATION DEPARTMENT, and
26 DOES 1 to 20, inclusive,

27            Defendants.

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4924-6911-7703 v1                - 1 -           3:20-CV-00406-AJB-DDL
                                          BURKEY DECLARATION ISO MSJ REPLY

1    I, FRANK BURKEY, declare as follows:

2       1.    I have personal knowledge of the matters herein and would

3    competently testify to them if called to do so. I am a Sergeant working in the

4    Detention Services Bureau of the San Diego County Sheriff's Office.

5       2.    I work at the Vista Detention Facility. In response to an inquiry about

6    an allegation that attorney Arameh Vartomian waited 3.5 hours on January 7, 2025,

7    to see a client, I reviewed CCTV footage of the Vista Detention Facility (VDF)

8    Lobby, the Visitor Log, and the Watch Commander's Log for January 7, 2025. I

9    also spoke to the Information Assistant who worked that day. The information I

10   gathered showed the claim to be inaccurate. Mr. Vartomian waited at Vista for just

11   over an hour, in part due to a restriction in movement for a search.

12      3.    The CCTV footage revealed that Mr. Vartomian and an associate

13   arrived to the Vista Detention Facility Lobby on January 7, 2025, at approximately

14   1216 hours and spoke with the information assistant. At approximately 1225 hours,

15   Mr. Vartomian and his associate exited the VDF Information Lobby.

16      4.    At approximately 1411 hours, Mr. Vartomian and his associate

17   returned to the Vista Detention Facility Information Lobby and again spoke with

18   the information assistant. Mr. Vartomian and his associate sat in the lobby until

19   approximately 1534 hours, when they were able to enter the facility.

20      5.    I reviewed the VDF Visitor Log, which shows Mr. Vartomian and his

21   associate Rita Kuckertz checked in to VDF at 1430 hours. Attached as Exhibit A is

22   a true and correct copy of the relevant visitor log page for January 7, 2025.

23      6.    I reviewed the Watch Commander's Log for January 7, 2025, a true

24   and correct copy of which is attached as Exhibit B. At approximately 1300 hours on

25   January 7, 2025, Vista Detention Facility was placed in restricted movement due to

26   an unscheduled search in Upper West, one of the housing units.

27   ///

28   ///

Burke, Williams &
Sorensen, LLP
Attorneys At Law
san diego

4930-9042-3571 v1                          - 2 -                    3:20-CV-00406-AJB-DDL
                                                          BURKEY DECLARATION ISO MSJ REPLY

1        7.    I spoke with Information Assistant Maria Sandoval Gonzalez who said

2    she was working when Mr. Vartomian and his associate came in on January 7,

3    2025. Ms. Gonzalez advised Mr. Vartomian when he arrived at 1216 hours that all

4    of the professional visit rooms were occupied and she offered for them to return

5    later in the day. According to Ms. Gonzalez, Mr. Vartomian and his associate said

6    they would get lunch and come back later. When they returned around 1411 hours,

7    they were checked in.

8        I declare under penalty of perjury under the laws of California and the United

9    States of America that the foregoing is true and correct.

10       Executed on January 28, 2025, at San Diego, California.

11

12

13       SGT. FRANK BURKEY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4924-6911-7703 v1    - 3 -    3:20-CV-00406-AJB-DDL
BURKEY DECLARATION ISO MSJ REPLY

# EXHIBIT A

| Date | Pass # | Visitor's Name | Agency/Purpose | Inmate Name | Booking No. | H.U. | Check-In ARJIS # | Check-In Time | Check-Out ARJIS # | Check-Out Time |
|------|--------|----------------|----------------|-------------|-------------|------|------------------|---------------|-------------------|----------------|
| 1/07/2025 | 1 | ▓▓▓ | COUNSELING | | | | 6731 | 1304 | 7042 | 1545 |
| 1/07/2025 | 2 | ▓▓▓ALD | CHURCH SERVICES | | | | 6731 | 1310 | 7042 | 1534 |
| 1/07/2025 | CHAP | | CHAPLAIN | | | | 6731 | 1334 | 7042 | 1620 |
| 1/07/2025 | 17 18 | VATOMIAN ARAMEH KUCKERTZ RITA | ATTY | HAMILTON TYLER | 24737121 | N3 | 7042 | 1430 | 7042 | 1607 |
| | | | | | | | | | | |
| 1/07/2025 | 19 | ▓▓▓ | ATTY | ▓▓▓ | ▓▓ | S1 | 7042 | 1442 | 7042 | 1619 |
| 1/07/2025 | 8 | ▓▓▓ | DEP PUBLIC DEF | ▓▓▓ | ▓▓ | S1 | 7042 | 1506 | 7042 | 1639 |
| 1/07/2025 | MED 2 | MEDICAL | | | | | 7042 | 1720 | 6731 | 0546 |
| 1/07/2025 | 7 | ▓▓▓ | PUBLIC DEF | | | | 7042 | 2035 | 7042 | 2120 |
| 1/07/2025 | 20 | JACKSON DESMOND | XRAY | | | | 7042 | 2001 | ? | ? |
| 1/08/2025 | 1 | ▓▓▓ | PATH | ▓▓▓ | ▓▓ | S 4 01 | 7148 | 0905 | 7148 | 1000 |
| 1/08/2025 | 2 | | CO OF SD | ▓▓▓ LOS | ▓▓ | E 5 12 UW 1 44 S 1 06 | 7148 | 1048 | 7148 | 1410 |
| 1/08/2025 | 3 | ▓▓▓NIA | CO OF SD | ▓▓▓ | ▓▓ | UW 3 48 | 7148 | 1148 | 7148 | 1225 |
| 1/08/2025 | MED 2 | ▓▓▓ | NAPHCARE | | | | 7148 | 0636 | 5802 | 1659 |
| 1/08/2025 | MED 3 | ▓▓▓ | PHYSICIAN | | | | 7148 | 0640 | 5802 | 1755 |
| 1/08/2025 | MED 4 | ▓▓▓ | MEDICAL | | | | 7148 | 0657 | 5802 | 1542 |
| 1/08/2025 | MED 5 | ▓▓▓ | MEDICAL | | | | 7148 | 0726 | 5802 | 1810 |
| 1/08/2025 | MED 1 | ▓▓▓ | PHYSICIAN | | | | 7148 | 0806 | 5802 | 1554 |
| 1/08/2025 | MED 6 | ▓▓▓ | MEDICAL | | | | 7148 | 0812 | 5802 | 1616 |
| 1/08/2025 | 20 | ▓▓▓ | XRAY | | | | 7148 | 0813 | 5802 | 1630 |
| 1/08/2025 | 4 | ▓▓▓ | CHURCH SVC | | | | 7148 | 0819 | 7148 | 1004 |
| 1/08/2025 | CHAP | ▓▓▓ | CHAPLAIN | | | | 7148 | 0826 | 5802 | 1808 |
| 1/08/2025 | 5 | ▓▓▓ | CANTEEN | | | | 7148 | 0904 | 7148 | 1110 |
| 1/08/2025 | 6 | ▓▓▓ | MH CLINICIAN | ▓▓▓ | ▓▓ | E 5 26 | 7148 | 1256 | 7148 | 1336 |
| 1/08/2025 | 1 | ▓▓▓ | BHC | ▓▓▓AN | ▓▓ | RELS | 7148 | 1003 | 7148 | 1010 |
| 1/08/2025 | 4 | ▓▓▓ | CO OF SD | ▓▓▓ | ▓▓ | LW 1 11 | --- | --- | --- | CANCELED |

# EXHIBIT B

0500    Relieved by Lt. Bejarano

| Vista Detention Facility Watch Commanders Log | Watch Commander | Sergeants | |
|---|---|---|---|
| | Day Shift 0600-1830 | Processing | Security |
| Team 1 | Lt. D. Bejarano #4018 | Sgt. L. Rodriguez #3886 | Sgt. B. Richardson #5464 |
| Tuesday | | - | |
| January 7, 2025 | | - | |

0500    10-8 briefed by Lt. Kamoss. Reviewed W/C log from previous shift: (0) RM Safety Cells, (0 RM, 0 RF) Sobering Cells, (1) EOH, (0) CW, (0) incarcerated person(s) at the area hospitals.

W/C Office Inventory – (1) WC key set, (3) Digital recorders, (1) GoPro camera, (9) Naloxone accounted for.

VDF Staff totals:        26        Phase training:        1        Total deputies:        **26**

0500    JIMS Reports reviewed: (2) DNA, (11) Pages re-rolls, (0) pending grievances, and (0) bed placement discrepancies.

0510    W/C check of (0) Medical EOH – Safety Cell: (0) Med / (0) RM / (0) RF Safety Cells. Sobering Cell: (1) RM / (0) RF.

0600    **Overtime Authorized –** (75) OT hours to cover (0) VAC, (1) SPT, (2) TRN, (1) CTL/CTT/FHT, (1) VAT, (0) MIL, (2) TTD, (2) TAD, (2) FML, (2) 2.5 E, (2) 2.5 L.

0600    Team Briefing:

0652    ADA Reports Reviewed for all housing units.

0709    Orientation/ Infectious Disease Prevention / COVID-19 Video playing.

0715    Naloxone accounted for on all housing floors.

0728    Facility key and radio count complete.

1007    W/C Facility rounds/Supervisor inspections of all housing areas and EOH (0) completed.

1136    Facility hard count completed: **603** Incarcerated Persons.

1226    Perimeter Check completed by Deputy Aberle.

1300    **Restricted Movement/Search UW-4** Search conducted due to information DIU received pertaining to a possible jail made weapon in the module. All Ips were removed from the module

and searched. All cells in the module were searched with negative results for weapons. A pruno kicker, excess laundry and various items of contraband were removed.

1615    W/C log review completed.

1630    EOS totals: (0) RF SAF, (0) RM SOB, (0) RF SOB, (0) EOH, (0) CW, (0) DNA completed, (26) X-Rays completed, (0) additional bookings completed, (0) LB to be resolved, and (0) facility floor sleepers. The team has (0) deputy on (0) incarcerated person(s) at the hospital.

1700    Lt. Bejarano 10-7, briefed Lt. Kamoss

| Vista Detention Facility Watch Commanders Log | Watch Commander | Sergeants | |
|---|---|---|---|
| | **Night Shift 1800-0630** | Processing | Security |
| Team 2 | Lt. K. Kamoss #4468 | Sgt. Talamantez #6351 | Sgt. A. Castorena #3042 |
| **Tuesday** | - | | |
| **January 7, 2025** | | | |

1700    10-8 briefed. Reviewed W/C log from previous shift: (0) Safety Cells, (0 RM, 0 RF) Sobering Cells, (0) EOH, (0) CW, (0) inmate(s) at the area hospitals.

W/C Office Inventory – (1) WC key set, (3) Digital recorders, (1) GoPro camera, (54) Naloxone accounted for.

VDF Staff totals:        26        Phase training:        2        Total deputies: **25**

1700    JIMS Reports reviewed: (6) DNA, (10) Pages re-rolls, (0) pending grievances, and (0) lower bunk discrepancies.

1755    W/C check of Medical, RM, and RF – Safety Cell: (0) Med / (0) RM / (0) RF Safety Cells. Sobering Cell: (0) RM / (0) RF.

1800    Team Briefing:

1820    Stairwell Check conducted by Sanders

1842    Facility key and radio count complete.

1913    Naloxone accounted for on all housing floors.

2030    W/C rounds of all housing and operational areas completed. EOH (0).

# 6.
# DECLARATION MARTIA GONZALEZ

1 | Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
2 | Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
3 | BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
4 | San Diego, CA 92101-8474
Tel: 619.814.5800     Fax: 619.814.6799
5 |
6 | Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
7 | BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
8 | San Jose, California 95113-2336
Tel: 408.606.6300     Fax: 408.606.6333
9 |
10 | Attorneys for Defendants
COUNTY OF SAN DIEGO (Also
11 | erroneously sued herein as SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT, and
12 | SAN DIEGO COUNTY PROBATION
DEPARTMENT)

13 | UNITED STATES DISTRICT COURT

14 | SOUTHERN DISTRICT OF CALIFORNIA

15 |

16 | DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,

Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**DECLARATION OF MARIA GONZALEZ IN SUPPORT OF DEFENDANTS' REPLY BRIEF ON MOTION FOR SUMMARY JUDGMENT**

**Hearing**
Date:     March 6, 2025
Time:     2:00 p.m.
Ctrm:    4A

Judge: Anthony J. Battaglia

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4924-6911-7703 v1

- 1 -

3:20-CV-00406-AJB-DDL
GONZALEZ DECLARATION ISO MSJ REPLY

1      I, MARIA SANDOVAL GONZALEZ, declare as follows:

2      1.    I have personal knowledge of the matters herein and would

3 competently testify to them if called to do so. I am a Detentions Information

4 Assistant (DIA) working in the Detentions Services Bureau of the San Diego

5 County Sheriff's Office.

6      2.    I work at the Vista Detention Facility in the front lobby. I was working

7 when Mr. Vartomian and his associate came in on January 7, 2025.

8      3.    I advised Mr. Vartomian when he arrived at 12:16 p.m. that all of the

9 professional visit rooms were occupied, and suggested they return later in the day.

10 Mr. Vartomian and his associate said they would go get lunch and come back later.

11 I booked an appointment for them at 2:30 p.m.

12      4.    When Mr. Vartomian and his assistant returned to the Vista lobby

13 around 2:11 p.m., they got in line and DIA Maritza Maron checked them in at 2:30

14 p.m. This involves obtaining their driver's license, bar card (as applicable for

15 professional visits), and the name/number of the incarcerated person they wish to

16 meet with.

17      I declare under penalty of perjury under the laws of California and the United

18 States of America that the foregoing is true and correct.

19      Executed on January 28, 2025, at San Diego, California.

20

21

22                      MARIA S. GONZALEZ

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO
    4924-6911-7703 v1    - 2 -    3:20-CV-00406-AJB-DDL
GONZALEZ DECLARATION ISO MSJ REPLY

# 7.
# DECLARATION SGT. ARTURO BERNAL PERALES

1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  Martin Kosla (SBN 247224)
   E-mail: mkosla@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600,
4  San Diego, CA 92101-8474
   Tel: 619.814.5800    Fax: 619.814.6799
5
   Elizabeth M. Pappy (SBN 157069)
6  E-mail: epappy@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
7  60 South Market Street, Suite 1000
   San Jose, California 95113-2336
8  Tel: 408.606.6300    Fax: 408.606.6333

9
   Attorneys for Defendants
10 COUNTY OF SAN DIEGO (Also
   erroneously sued herein as SAN DIEGO
11 COUNTY SHERIFF'S DEPARTMENT, and
   SAN DIEGO COUNTY PROBATION
12 DEPARTMENT)

13              UNITED STATES DISTRICT COURT

14            SOUTHERN DISTRICT OF CALIFORNIA

15

16 DARRYL DUNSMORE, ANDREE              Case No. 3:20-cv-00406-AJB-DDL
   ANDRADE, ERNEST ARCHULETA,
17 JAMES CLARK, ANTHONY                 **DECLARATION OF SGT.**
   EDWARDS, LISA LANDERS,               **ARTURO BERNAL PERALES IN**
18 REANNA LEVY, JOSUE LOPEZ,            **SUPPORT OF DEFENDANTS'**
   CHRISTOPHER NELSON,                  **REPLY BRIEF ON MOTION FOR**
19 CHRISTOPHER NORWOOD, JESSE           **SUMMARY JUDGMENT**
   OLIVARES, GUSTAVO SEPULVEDA,
20 MICHAEL TAYLOR, and LAURA            **Hearing**
   ZOERNER, on behalf of themselves and Date:   March 6, 2025
21 all others similarly situated,       Time:   2:00 p.m.
                                        Ctrm:   4A
22           Plaintiffs,
                                        Judge: Anthony J. Battaglia
23           v.

24 SAN DIEGO COUNTY SHERIFF'S
   DEPARTMENT, COUNTY OF SAN
25 DIEGO, SAN DIEGO COUNTY
   PROBATION DEPARTMENT, and
26 DOES 1 to 20, inclusive,

27           Defendants.

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
San Diego

4918-1426-5878 v1                - 1 -         3:20-CV-00406-AJB-DDL
                                               BERNAL PERALES DECL. ISO MSJ REPLY

1        I, ARTURO BERNAL PERALES, declare as follows:

2        1.      I have personal knowledge of the matters herein and would

3    competently testify to them if called to do so. I am a Sergeant working in the

4    Detentions Support Division of the San Diego County Sheriff's Office.

5        2.      All of the San Diego County Sheriff's Jail facilities contain video

6    kiosks available to all incarcerated persons.

7        3.      Law library access is now active in the kiosks, such that all

8    incarcerated persons have access to the electronic law library resources available

9    through Fastcase, Inc., from the kiosk just as each incarcerated person has access to

10   his/her commissary, phone, video visitation, personal accounts, etc.

11       4.      On January 23, 2025, I took three digital pictures depicting the kiosk's

12   law library access icon, the law library research screen, and the copyright

13   information for the law library research which is "© 1999-2024 Fastcase, Inc."  A

14   true and correct copy of the three pictures I took is attached as Exhibit A.

15       I declare under penalty of perjury under the laws of California and the United

16   States of America that the foregoing is true and correct.

17       Executed on February 3, 2025, at San Diego, California.

18

19

20                                           SGT. ARTURO BERNAL PERALES

# EXHIBIT A







Reset Inte
Smart
Communications
Welcome SAMPLE ACCOUNT (00000000)
Contacts
Messages
Phone
Commissary
Law Library
Visitation
Notices
Information
My Account
Language
Log Out

Search
Results
Document
Help
Quick Caselaw Search
Switch to advanced caselaw search
All Jurisdictions
CA
Search
Start a New Search
Advanced Caselaw Search
Search Statutes & Codes
Search Regulations
Search Constitutions
Search Court Rules
Search Attorney General Opinions
Search Bouvier Law Dictionary
Search Dahl's Spanish-English Law Dictionary
Search Jury Instructions
Search Nolo Books
Search American Bar Association Books
Search Jailhouse Lawyer Handbook (CCR)
Search A Jailhouse Lawyer's Manual (Columbia)
Federal Criminal Law QuickSearch
Search Fundamentals of Criminal Law and
Help Options
User Guide
Quick Reference Guide
Spanish User Guide
Spanish Quick Reference Guide

Arturo Bernal Perales
2/03/25

# 8.
# DECLARATION OF EUNICE RAMOS

1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  Martin Kosla (SBN 247224)
   E-mail: mkosla@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600,
4  San Diego, CA 92101-8474
   Tel: 619.814.5800      Fax: 619.814.6799
5
   Elizabeth M. Pappy (SBN 157069)
6  E-mail: epappy@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
7  60 South Market Street, Suite 1000
   San Jose, California 95113-2336
8  Tel: 408.606.6300      Fax: 408.606.6333

9
   Attorneys for Defendants
10 COUNTY OF SAN DIEGO (Also
   erroneously sued herein as SAN DIEGO
11 COUNTY SHERIFF'S DEPARTMENT, and
   SAN DIEGO COUNTY PROBATION
12 DEPARTMENT)

13                UNITED STATES DISTRICT COURT

14               SOUTHERN DISTRICT OF CALIFORNIA

15

16
   DARRYL DUNSMORE, ANDREE          Case No.  3:20-cv-00406-AJB-DDL
17 ANDRADE, ERNEST ARCHULETA,
   JAMES CLARK, ANTHONY             **DECLARATION OF EUNICE
18 EDWARDS, LISA LANDERS,           RAMOS IN SUPPORT OF
   REANNA LEVY, JOSUE LOPEZ,        DEFENDANTS' REPLY MOTION
19 CHRISTOPHER NELSON,              FOR SUMMARY JUDGMENT**
   CHRISTOPHER NORWOOD, JESSE
20 OLIVARES, GUSTAVO                **Hearing**
   SEPULVEDA, MICHAEL TAYLOR,       Date:    March 6, 2025
21 and LAURA ZOERNER, on behalf of  Time:    2:00 p.m.
   themselves and all others similarly  Ctrm:   4A
22 situated,
                                    Judge: Anthony J. Battaglia
23              Plaintiffs,

24       v.

25 SAN DIEGO COUNTY SHERIFF'S
   DEPARTMENT, COUNTY OF SAN
26 DIEGO, SAN DIEGO COUNTY
   PROBATION DEPARTMENT, and
27 DOES 1 to 20, inclusive,

28              Defendants.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4931-6636-8022 v1                    - 1 -              3:20-CV-00406-AJB-DDL
                                                        DECLARATION EUNIE RAMOS

I, Eunice Ramos, declare as follows:

1.      I have personal knowledge of the matters herein and would competently testify to them if called to do so. I am the Chief Financial Officer for the San Diego County Sheriff's Office. I have worked the Sheriff's Office for 7.5 years.

2.      I have access to revenue data for the County and have personally reviewed the database. The Sheriff's Office receives revenue from the State of California for various programs related to law enforcement and corrections.  These funds are targeted for the following SDSO programs:

* Green sticker fee for ID tags to off-road vehicle users

* Narcotics task force for fentanyl transnational investigations related to smuggling

* Crime lab per implementation of Prop. 69, DNA Identification

* Fraud-elder catch – to combat high technology and identity theft crime

* Alcohol-policing partnership – for overtime/ training funds

* Cannabis tax fund toxicology grant program

* Off-highway motor vehicle recreation grant program for student workers, training and testing, and off-road vehicles and trailer

* Backfill revenue for AB 199 committee on budget, courts – to offset analyst costs

* Communications – reimbursement for duties performed by 911 coordinator

* Narcotics tasks force, Arson – COPS

* Multi-jurisdictional methamphetamine enforcement team – offsets overtime costs

* TEW Unit – AB109 revenue to offset overtime for regional realignment response group

* Sheriff's analysis group – AB109 revenue to offset costs for analyst positions

Burke, Williams &
Sorensen, LLP
Attorneys At Law
san diego

4931-6636-8022 v1                                    - 2 -                          3:20-CV-00406-AJB-DDL
DECLARATION EUNIE RAMOS

1    * Respect Program – AB109 revenue to offset costs for 2 deputies, 1 Sgt., 1

2    Office support specialist

3        3.    A true and correct copy of the list of revenue received by the County

4    Sheriff's Office from the State is attached as Exhibit A.

5        4.    The Sheriff's Office can also receive state funds for state mandated

6    programs.  The Sheriff's Office has received reimbursements for the Racial and

7    Identity Profiling mandate (RIPA), SB 127 Domestic Violence, and SB 167 Rape

8    Victims.

9        I declare under penalty of perjury under the laws of California and the United

10   States of America that the foregoing is true and correct.

11       Executed on February 3, 2025, at San Diego, California.

13   EUNICE RAMOS

Burke, Williams &
Sorensen, LLP
Attorneys At Law
san diego
4931-6636-8022 v1                               - 3 -                3:20-CV-00406-AJB-DDL
DECLARATION EUNIE RAMOS

# EXHIBIT A

| Oracle Acct | Account Description | Bureau | Org # | Org Name | Revenue Source | 2024-25 Budget by Revenue Source |
|---|---|---|---|---|---|---|
| 45045 | St. Off - Highway Motor Vehicle In-lieu | | | | | |
| | | LES | 39720 | ORET | Green Sticker Fee, collected by the State through the issuance of ID tags to off-road vehicle users. Per Public Resource Code 5090, the Off-Highway Recreation Act of 2003 provides funding to manage and sustain areas for motor vehicle recreation. | |
| 45351 | State Aid For Corrections | | | | | |
| | | LES | 39595 | Narcotics Task Force | $1M Cal FAF was received from the Board of State and Community Corrections (BSCC) in support of fentanyl investigations to target transnational smuggling and trafficking. $1M units will be used for Pe/Pi ($750K), equipment ($150K), and overtime ($100K). $250k is expected to be spent in FY 23-24. Remaining $50K overtime is budgeted for FY 24-25. | |
| 45408 | State Aid Other | | | | | |
| | | LES | 39680 | Crime Lab | Per the "Implementation of Proposition 69 and DNA Identification Agency Fund Agreement with the City of San Diego" B/L on 01/30/07 (1), revenue offsets S&B costs for 1 Lab Assistant (pos # 21658). | |
| 45414 | St. Aid - Other State Grants | | | | | |
| | | LES | 39600 | Fraud-Elder-Catch (Central Ops) | Computer and Technology Crime High Technology (CATCH) grant revenue offsets partial S&B for 2 Deputies & 1 Sergeant (pos #s 3181, 3710 & 20386), who are part of a specialized regional task force organized to combat high technology and identity theft crime. Sergeant pos # 20386 is underfilled with a deputy. This grant is passed through the District Attorney's Office. | |
| | | LES | 39768 | Non-HS Grants | 2024 Alcohol Policing Partnership (APP) Program grant funded by the CA Dept. of Alcoholic Beverage Control (ABC). Grant funds will be used for overtime and training. Grant project period is 07/01/24 - 06/30/25. | |
| | | LES | 39768 | Non-HS Grants | Rebudget of 2022 Cannabis Tax Fund Toxicology grant program received from the Department of California Highway Patrol. Per BL 02/09/21 (1) grant funds are used for minor equipment, training and upgrades to existing infrastructure and instrumentation. Grant project period is 07/01/23 - 06/30/25. | |
| | | LES | 39768 | Non-HS Grants | 2023 Cannabis Tax Fund Toxicology grant program received from the Department of California Highway Patrol. Grant funds will be used for 2 student workers, training, and testing services for the project period 07/01/24 - 06/30/26. | |
| | | LES | 39768 | Non-HS Grants | Rebudget of FY 23-24 Off-Highway Motor Vehicle Recreation (OHMVR) grant program funded by the CA Dept. of Parks and Recreation. Grant funds are used for overtime costs associated with off-highway motor vehicle related law enforcement activities, training, and supplies associated with providing services to create a safe off-road environment. Grant project period is 10/01/23 - 09/30/24. | |
| | | LES | 39768 | Non-HS Grants | FY 24-25 Off-Highway Motor Vehicle Recreation (OHMVR) grant program funded by the CA Dept. of Parks and Recreation. Grant funds will be used for overtime costs associated with off-highway motor vehicle related law enforcement activities associated with providing services to create a safe off-road environment. Grant project period is 10/01/24 - 09/30/25. | |
| | | LES | 39768 | Non-HS Grants | FY 24-25 Off-Highway Motor Vehicle Recreation (OHMVR): Education & Safety grant program funded by the CA Dept. of Parks and Recreation. Grant funds will be used for off-road vehicles and trailer for safety patrols and search and rescue missions and instructor costs to teach state certified off-road quad courses to search and rescue volunteers. Grant project period is 10/01/24 - 09/30/25. | |
| 45457 | ST Backfill From Fee Elimination | | | | | |
| | | LES | 39735 | Sheriff's Analysis Group (Crime Analysis Unit) | Backfill revenue from the state due to AB 199 Committee on Budget, Courts for revenue loss from the implementation of AB 177, Public safety. This revenue offsets S&B costs for a Crime & Intelligence Analyst (pos # 29081). | |
| 45511 | State Miscellaneous | | | | | |
| | | LES | 39675 | Communications | Reimbursement for duties performed by the 911 Coordinator | |
| 45562 | St. Aid LLES COPS | | | | | |
| | | LES | 39595 | Narcotics Task Force | Citizens Options for Public Safety (COPS Brulte) | |
| | | LES | 39640 | Arson | Citizens Options for Public Safety (COPS Brulte) | |
| 45564 | St. Aid LLES CalEma | | | | | |
| | | LES | 39768 | Non-HS Grants | California Multi-Jurisdictional Methamphetamine Enforcement Team (Cal-MMET) program revenue offsets overtime costs associated with conducting narcotic investigations involving methamphetamine. | |
| 45568 | St. Aid Local Community Corrections (CCSA/AB 109 Revenue) | | | | | |
| | | LES | 39591 | TEW Unit | Public Safety Realignment (AB109) revenue to offset overtime funding for the Regional Realignment Response Group (RRRG) used by participating law enforcement agencies to monitor and address high-risk targets identified by Criminal Intelligence Analysts. | |
| | | LES | 39735 | Sheriff's Analysis Group (Crime Analysis Unit) | Public Safety Realignment (AB109) revenue to offset S&B costs for 3 Sr. Crime & Intelligence Analyst positions (pos #s 22638, 22639 & 22640) with the Regional Realignment Response Group (RRRG). 1 Sr. Crime & Intelligence Analyst (pos # 22641) that was held vacant starting FY 20-21 due to the economic impacts of the COVID-19 pandemic has been deleted effective FY 24-25. | |
| | | LES | 39769 | RESPECT Program | Public Safety Realignment (AB109) revenue to offset S&B costs for 2 Deputy Sheriffs, 1 Sheriff's Sergeant and 1 Office Support Specialist (pos #s 23774, 23775, 23776 & 23777), overtime, ongoing S&S and case management services. | |

# 9.
# DECLARATION OF BRIAN WITHROW, Ph.D.

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendant
COUNTY OF SAN DIEGO (Also
erroneously sued herein as SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT
and SAN DIEGO COUNTY
PROBATION DEPARTMENT

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ERNEST ARCHULETA, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, CORRECTIONAL HEALTHCARE PARTNERS, INC., TRI-CITY MEDICAL CENTER, LIBERTY HEALTHCARE, INC., MID-AMERICA HEALTH, INC., LOGAN HAAK, M.D., INC., SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 TO 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **DECLARATION OF BRIAN WITHROW, Ph.D IN SUPPORT OF DEFENDANTS' REPLY BRIEF ON MOTION FOR SUMMARY JUDGMENT** <br><br> **Hearing** <br> Date:    March 6, 2025 <br> Time:    2:00 p.m. <br> Ctrm:    4A <br><br> Judge: Anthony J. Battaglia |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4930-9138-9974 v1

1

3:20-cv-00406-AJB-DDL
WITHROW DECL. ISO DEFTS' MSJ

1    I, BRIAN WITHROW, declare as follows:

2    1.    I have personal knowledge of the matters herein and would

3    competently testify to them if called to do so.  I am a Professor in the School of

4    Criminal Justice and Criminology at Texas State University in San Marcos,

5    Texas.  For the past 43 years I have been actively engaged in the criminal justice

6    field as either a practitioner (18 years) or as a scholar (25 years).  The primary focus

7    of my research agenda is racial profiling and police systems and practices.  I have

8    authored three books, many scholarly articles and numerous technical reports on the

9    issue of racial profiling.  I am often asked to advise police agencies on how to

10   evaluate the potential for racial discrimination in routine police operations.  I hold

11   an earned Doctorate of Philosophy degree in Criminal Justice from Sam Houston

12   State University, a Masters of Public Administration from Texas State University

13   and a Bachelors of Criminal Justice from Stephen F. Austin State University in

14   Nacogdoches, Texas.  I am also the author of a widely used textbook on Research

15   Methods in Crime and Justice and a coauthor of a textbook on Police Ethics.

16   2.    I have reviewed the declaration of Plaintiffs' expert witness Matthew

17   Ross, submitted in support of Plaintiffs' Opposition to Defendants' Motion for

18   Summary Judgment.  While Dr. Ross states that there were "numerous inaccuracies"

19   in my declaration (Ross Decl., ECF 796-14), this is erroneous.

20   3.    Ross refers to my use of a benchmark based on the residential

21   population as "one of the most outdated and criticized approaches in the field."

22   (Ross Rebuttal Report, ECF 796-14 at 84.) It is true that this type of benchmark is

23   largely discredited in the relevant research literature, but so are the other types of

24   benchmarks commonly used within this research agenda. Moreover, in this

25   particular analysis, I used the most current residential population data (reflecting the

26   proportional representation by race and ethnicity of the residential population in San

27   Diego county) "for comparative purposes" rather than as a benchmark.

28   ///

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4930-9138-9974 v1                    2                    3:20-cv-00406-AJB-DDL
WITHROW DECL. ISO DEFTS' MSJ

4.    Benchmarks are a standard point of reference against which things may be compared or assessed. To use the racial and ethnic group proportional representations within any benchmark as a standard upon which to evaluate the alleged overrepresentation of racial and ethnic groups within the subpopulation (*i.e.* sample) of individuals contacted by the police is erroneous. In order for this outcome to be possible, all individuals within the population must have an equal and non-zero probability of being contacted by a police officer during an enforcement event (*e.g.* traffic stop). We know this (*i.e.* random selection) is not a valid practice in routine police practices as they are focused on criminal activity.

5.    The manner in which California defines racial or identity profiling (California Penal Code section 13519.4(e)) prohibits "…the consideration of, or reliance on, to any degree, actual or perceived race, color, ethnicity, national origin, age, religion, gender identity or expression, sexual orientation, or mental or physical disability in deciding which persons to subject to a stop or in deciding upon the scope of substance of law enforcement activities following a stop…" In order to sustain a violation of this law one must, at minimum, establish that the officer **knew the operative characteristics** (listed in the statute) ***prior* to making an enforcement decision**. This issue is most relevant during the initial traffic stop, wherein it is not likely the officer is aware of the individual's race or ethnicity. Nothing in the data supplied by the San Diego Sheriff's Office indicated whether or not the deputies were aware of an individual's race or ethnicity prior to the stop.

6.    In contrast, in the analysis of enforcement decisions occurring <u>after</u> the stop, it is likely the officer is aware of an individual's race or ethnicity. Plaintiffs' expert Dr. Ross used "…more advanced techniques, such as multivariate models and dynamic benchmarks" and found "disparate impact."  However, the statistical models used by Dr. Ross were deficient for several reasons, as follows:

a.    They relied exclusively on the use of control rather than independent variables. Control variables are used to assess consistency throughout a

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4930-9138-9974 v1                                3                    3:20-cv-00406-AJB-DDL
                                                                    WITHROW DECL. ISO DEFTS' MSJ

statistical analysis.  Independent variables are used to calculate the relative influence of factors on an outcome. Control variables do not measure the actual effects of factors that are known, for example, to influence an officer's decision to arrest. These factors include; the quality and availability of evidence known to the arresting officer, the presence and input of witnesses.

b.      Plaintiffs' expert neither considered nor separated non-discretionary events from his analysis and was misleading in his conceptualization of discretionary decisions made by police officers.  Dr. Ross routinely defined various enforcement decisions as 'discretionary' when they are not. For example, he includes searches predicated by officer safety and the presence of suspected weapons as discretionary when, from an officer safety perspective, they are not.

c.      Arrests required by California law (*e.g.* domestic violence) are not discretionary.  These and similar events were not removed from the analysis. Arrests arising from contacts predicated by citizen calls for service (a non-discretionary contact) were also not removed from the analysis.

d.      Plaintiffs' expert did not consider the effect of differential rates of officer deployment to patrol beats. None of the variables in the plaintiff's expert's analysis considered the effect of officer deployment on the frequency of stops or arrests. Police resources are routinely assigned on the basis of demand, often measured by citizen calls for service, a measure of victimization. Sometimes this inadvertently results in an increased presence of police resources (*e.g.* patrol officers) in neighborhoods that experience high crime and which may also be populated principally by racial and ethnic minorities.

7.      Dr. Ross alleges that I erroneously stated that I analyzed CAD data in my report.  (ECF 796-14, Ross Decl., ¶ 5.)  I am unable to find the phrase ("analyzed CAD data") that Dr. Ross refers to in his criticism. However, I used the terms "CAD" and "computer aided dispatch" generically to include arrest as well as other data collected by the San Diego Sheriff's Office.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4930-9138-9974 v1                4                3:20-cv-00406-AJB-DDL
WITHROW DECL. ISO DEFTS' MSJ

8.      Dr. Ross alleges, in response to my criticism that he did not use independent variables to measure the relative influence of each factor on the outcome (*e.g.* race of the driver stopped or arrested), that he used 80 variables to develop Figures 1-5, 265 independent variables to develop figures 2-4, 843 independent variables to develop Figure 9, and that these independent variables are listed in the footnote. (ECF 796-14, Ross Decl., ¶.) However, no such list of independent variables exists, even in his appendices. Further, the words "independent variable" do not exist in his report, while the words "controls" and "control variable" appear numerous times.

9.      In response to paragraph 9 of Dr. Ross's declaration, if independent variables were used, even if they were used to construct the control variables, then a lot more explanation is necessary. I was looking for  statements, within the context of his analysis, indicating the effect of variables (other than race or ethnicity) that might explain a deputy's decision to stop, arrest or search an individual.  Such findings would indicate the relative influence of these variables on the events related to a stop. Dr. Ross makes the same mistake many other researchers do in this field, that is, they find an overrepresentation of racial and ethnic minorities and then fail to consider that other variables might influence a police officer's decisions.

10.      In paragraph 10 of Dr. Ross's declaration, he responds to my criticism that his analysis does not consider how differential rates of police resource allocation (*e.g.* patrol officers) between patrol districts, beats or neighborhoods affect the probability of residents in these areas for getting stopped. This is important because if a large proportion of police resources are allocated to these areas (on the basis of measures of demand for policing services) and these areas are populated principally by racial or ethnic minorities then the residents of these areas have a higher probability of being stopped.  Ross argues that he did control for this. Unfortunately, none of his control variables measure the actual *allocation* of police resources and compare this to the proportional representation of residents in these

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4930-9138-9974 v1                                                    5                                     3:20-cv-00406-AJB-DDL
WITHROW DECL. ISO DEFTS' MSJ

1    locations.  His control variables measure police *activity* within an area, which is not

2    the same thing as allocation.  Furthermore, the use of police activity in this context

3    is likely tautological, *i.e.* circular reasoning.

4        11.    Dr. Ross argues, in response to my criticism that he did not consider

5    contextual information relating to the contacts, that "[b]oth CAD and RIPA datasets

6    include detailed reasons for why a stop was initiated, as well as the information

7    about the crime in the underlying case and arrests data." (ECF 796-14, Ross Decl., ¶

8    11.) This is not the contextual information I was referring to and it is not enough to

9    fully explain police officer decision making.  *Why* a person was stopped or what

10   crime is alleged at the time of an arrests is interesting but of little contextual value.

11   The data provided is insufficient in measuring the *severity* of the alleged behavior or

12   crime within the relative context of public safety.  Speeding in an active school zone

13   is very different from speeding on a rural highway.  Also, other contextual factors

14   like the quality and availability of evidence, the presence of witnesses, the presence

15   of victims, etc. all are known to affect an officer's decision to initiate an arrest.

16   These data were neither present in the datasets nor considered by Dr. Ross.

17       12.    Dr. Ross contests language he states is in my report, referring to data

18   that did not contain "[t]evidence available to the officer in the field."  (ECF 796-14,

19   Ross Decl., ¶ 12.)  I am not able to find the phrase "[t]he evidence available to the

20   officer in the field" in my expert report.  I argue that contacts containing elements

21   that require a police officer to make certain decisions (either by law or policy)

22   should be evaluated separately from non-discretionary actions. In these types of

23   cases, the officer had no discretion. In these situations (e.g. domestic violence,

24   vehicle impoundment, etc.) the decisions to stop, arrest, or search are already made

25   by the governing authority of the officer's agency.

26       13.    Dr. Ross states that I suggested 5 factors that might "influence the

27   outcome of a police/citizen contact."  (ECF 796-14, Ross Decl., ¶ 13.) I am unclear

28   what "five factors" Dr. Ross is referring to here.  Even so, his explanation is

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4930-9138-9974 v1                          6                      3:20-cv-00406-AJB-DDL
                                                          WITHROW DECL. ISO DEFTS' MSJ

1  insufficient. He agrees that these factors are important but does not explain in his

2  report how they were "subsumed by the geographic controls included in many of

3  [his] analyses." (*See* id.) How are we to know the effects of these "five factors"

4  unless he explains his analytical methodology?

5         14.    Dr. Ross misunderstands my point about non-discretionary contacts

6  and the need to exclude those from RIPA data. (*See* ECF 796-14, Ross Decl., ¶ 14.)

7  A contact predicated on a call for service, regardless of how many additional

8  contacts it produces, is still not discretionary. When a person calls a law

9  enforcement agency for assistance, the agency in turn directs an officer's attention

10  to that person and usually at a specific location, who requested assistance. Further,

11  there is an expectation on the part of a citizen that, when dispatched, the officer will

12  show up and take some action to mitigate the risk of further victimization.

13  Additional contacts with individuals associated with this call for service are also

14  non-discretionary, because the officer's attention is directed not by his own

15  discretion but by information from the individual that requested his assistance.

16         15.    California law specifically excludes from its definition of racial

17  profiling situations in which an officer used the race or ethnicity of an individual

18  contained within a list of descriptors of a known suspect to initiate a contact. But Dr.

19  Ross's analysis does not exclude these contacts from his data analysis.

20         16.    Dr. Ross states that I was incorrect in noting that he excluded arrest

21  warrants as discretionary. (ECF 796-14, Ross Decl. ¶ 15.) I originally misread his

22  footnote here. The comma after the phrase "*i.e.* arrests not coded as cite and

23  release," suggested that he considered custodial arrests pursuant to an arrest were

24  considered discretionary. Even so, during deposition he did depart from this when

25  he shared that during his limited observation (ride along) of police officers, he

26  witnessed police officers ignoring active arrest warrants. He then shared, based on

27  his limited observation, that he assumed these arrests to be discretionary.

28  ///

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4930-9138-9974 v1            7            3:20-cv-00406-AJB-DDL
WITHROW DECL. ISO DEFTS' MSJ

17.    Dr. Ross misquotes me in stating that my report said "it is not possible to conclude that the data showing overrepresentation in some areas is anything other than unintentional" (ECF 796-14, Ross Decl., ¶ 16.) I am not able to find the phrase "it is not possible to conclude that the data showing overrepresentation in some areas is anything other than unintentional" in my final report.  My analysis that there is no basis for concluding the overrepresentation of racial and ethnic minorities in routine police activities is based on the lack of data, within the available datasets, that would eliminate alternative explanations, a necessary element in establishing cause.  Despite the rigor Dr. Ross alleges in his analysis, he did not attempt to consider alternative explanations for the outcome.

18.    Dr. Ross next states that he does not agree with the temporal order causal order. (ECF 796-14, Ross Decl., ¶ 17.) The causal rules referred to in my analysis are a cornerstone of research methodology in the social sciences (which includes Economics) and have been a methodological standard for decades. There are three causal rules: temporal order (cause happens before effect), correlation (a consistent relationship between the cause and effect), and the elimination of plausible alternative explanations.

19.    Dr. Ross' analysis fails to establish that being a racial or ethnic minority *causes* a deputy from the San Diego Sheriff's Office to initiate a contact, conduct a search, make an arrest, or anything else because he failed to follow this methodological standard.  This is not merely my opinion as an experienced social researcher.  This rule was validated in a similar case (*United States v. Mesa-Rocha*, 288 F. Supp. 2d 1172 (D. Kan. 2003)).

20.    During his deposition on October 17, 2024, which I observed, Dr. Ross agreed that Economics is a social science.  Further, he testified under oath that he recognized the validity of the causal rules (Ross Depo., 80:2-22.).

            2   Q.  And how do economists establish causal

            3   relationships?

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4930-9138-9974 v1                                    8                        3:20-cv-00406-AJB-DDL
WITHROW DECL. ISO DEFTS' MSJ

4    A.  Using causal inference methods.

5    Q.  Are there methodological rules?

6    A.  There is a set of techniques that the field and

7 other disciplines have adopted that can rigorously

8 identify cause and effect, yes.

9    Q.  Is the temporal order important?

10    MR. SWEARINGEN:  Objection.  Vague and

11 ambiguous.

12  BY MS. COLEMAN:

13    Q.  Do you understand the question?

14    A.  Temporal order I guess of what?  I mean, does

15 temporal ordering matter, sure.

16    Q.  Would you agree that the cause has to precede

17 the effect?

18    A.  Generally, yes.

19    Q.  And does establishing causation, does that also

20 include the elimination of explanations that are

21 alternative to the hypothesis of the cause?

22    A.  Yes.

21.    Dr. Ross argues that in a case alleging disparate impact, cause is
irrelevant. I disagree. At a minimum, it is incumbent to separate from the analysis
any alleged behaviors committed by deputies that are predicated on a requirement
imposed upon them by law or policy, such as a felony arrest warrant. The failure to
remove these non-discretionary contacts inflates the percentage of contacts that
involve racial and ethnic minorities in some years. For example, the 2024 RIPA
report analyzed contacts occurring in 2022 and found 12.7 percent of all contacts
involving Black individuals were based on a call for service, 8.6 percent of all

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4930-9138-9974 v1                    9                    3:20-cv-00406-AJB-DDL
WITHROW DECL. ISO DEFTS' MSJ

1  contacts involving Hispanic individuals were based on a call for service; 10.2

2  percent of all contacts involving Multiracial individuals were based on a call for

3  service; and 10.2 percent of all contacts involving White individuals were based on

4  a call for service.

5      22.    As a result of the above, it is not possible to conclude that the data

6  showing overrepresentation in some areas is anything other than unintentional.

7  Without information and data about whether race was known to the deputy <u>before</u>

8  the contact, a finding of racially discriminate policing is not possible. Even

9  Plaintiffs' expert Mr. Ross agreed with the causal model, to wit, temporal order. If

10  one alleges that the police are stopping individuals on the basis of their race or

11  ethnicity, then it is essential that you first prove that the police officers have some

12  knowledge of the race or ethnicity of the driver.

13      23.    Plaintiffs and Dr. Ross point out that "even I" admit that minorities are

14  overrepresented in stops and arrests <u>when compared to the County population</u>

15  <u>makeup</u>. The problem is the racial composition of the County's population is not a

16  proper benchmark, nor is it a fair comparison to use to conclude "over-

17  representation" of minorities occurs in stops and arrests. The proper benchmark (or

18  comparison group) would be the population within the County that is most likely to

19  be stopped and/or arrested. That may be correlated with certain areas of the County

20  that have a high volume of calls for service, as those are often equated with

21  victimization.

22      24.    Similar to LAPD's COMPAS system, which attempts to use crime

23  statistics to allocate officer staffing, San Diego County necessarily has to allocate its

24  patrol deputies to geographic areas in order to best address crime.  But the racial

25  makeup of the areas with the most patrol resources allocated is not separately

26  tracked.  Further, the physical boundaries of patrol beats and census statics are

27  seldom synonymous. The result of this is that the proportional representation of

28  residents by race or ethnicity within a patrol beat are not definitively known.

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4930-9138-9974 v1                                    10                    3:20-cv-00406-AJB-DDL
                                                                  WITHROW DECL. ISO DEFTS' MSJ

25.     In order to address the measurement deficiencies associated with benchmarks and fully evaluate the potential for over-representation throughout a jurisdiction, the analysis must consider two important measures: (a) the level of allocation of policing resources (*e.g.* patrol officers) to each patrol beat; and (b) the proportional representation of residents by race or ethnicity within each patrol beat.

26.     Allocation is a measure of the policing resources assigned to a patrol beat. It is not the same thing as police activity within a beat because police officers assigned to beats may initiate activities in another beat. Allocation is based on the demand for policing services, and is often based on a measure of potential victimization like the crime rate or citizen calls for service within each beat. Importantly, as the allocation of police officers increases within a beat, the probability of being routinely observed by a police officer increases for the residents of that beat. Unfortunately, in most situations actual allocation decisions are neither recorded nor stable for very long. They may change based on crime statistics, calls for service, funding for deputy positions, demand for deputies in other areas, and many other reasons. Even so, when known, a variable can be created to measure overall allocation and used to calculate how this changes the probability of residents of being stopped. In this particular case, the datasets available do not contain information that would enable an analysis of this rigor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on February 1, 2025 at Medicine Lodge, Kansas.

*Brian Withrow*
_____
BRIAN WITHROW, Ph.D

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4930-9138-9974 v1                                11                        3:20-cv-00406-AJB-DDL
                                                                     WITHROW DECL. ISO DEFTS' MSJ

# 10.
# DECLARATION OF SUSAN E. COLEMAN

1  Susan E. Coleman (SBN 171832)
   E-mail:  scoleman@bwslaw.com
2  Deann Rivard (SBN 177482)
   drivard@bwslaw.com
3  Martin Kosla (SBN 247224)
   E-mail:  mkosla@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600,
5  San Diego, CA  92101-8474
   Tel:  619.814.5800 Fax:  619.814.6799
6
   Elizabeth M. Pappy (SBN 157069)
7  E-mail:  epappy@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
8  60 South Market Street, Ste. 1000
   San Jose, CA  95113-2336
9  Tel:  408.606.6300 Fax:  408.606.6333

10  Attorneys for Defendants
    COUNTY OF SAN DIEGO, SAN DIEGO
11  COUNTY SHERIFF'S DEPARTMENT and
    SAN DIEGO COUNTY PROBATION
12  DEPARTMENT

13              UNITED STATES DISTRICT COURT

14            SOUTHERN DISTRICT OF CALIFORNIA

15

16  DARRYL DUNSMORE, ANDREE          Case No. 3:20-cv-00406-AJB-DDL
    ANDRADE, ERNEST ARCHULETA,
17  JAMES CLARK, ANTHONY             **DECLARATION OF SUSAN E.
    EDWARDS, LISA LANDERS,           COLEMAN IN SUPPORT OF
18  REANNA LEVY, JOSUE LOPEZ,        DEFENDANTS' REPLY IN
    CHRISTOPHER NELSON,              SUPPORT OF MOTION FOR
19  CHRISTOPHER NORWOOD, JESSE       PARTIAL SUMMARY
    OLIVARES, GUSTAVO                JUDGMENT, OR IN THE
20  SEPULVEDA, MICHAEL TAYLOR,       ALTERNATIVE, FOR AN ORDER
    and LAURA ZOERNER, on behalf of  TREATING SPECIFIED FACTS AS
21  themselves and all others similarly  ESTABLISHED**
    situated,
22                                   [Fed. R. Civ. P. 56]
               Plaintiffs,
23                                   [*Filed Concurrently with Reply,
         v.                          Appendix of Evidence*]
24
    SAN DIEGO COUNTY SHERIFF'S       **Hearing**
25  DEPARTMENT, COUNTY OF SAN        Date:   March 6, 2025
    DIEGO, SAN DIEGO COUNTY          Time:   2:00 p.m.
26  PROBATION DEPARTMENT, and        Ctrm:   4A
    DOES 1 to 20, inclusive,
27                                   Judge: Anthony J. Battaglia
               Defendants.
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

1    I, SUSAN E. COLEMAN, declare as follows

2    1.    I am competent to testify to the matters set forth in this declaration, and

3    if called to do so, would and could so testify.

4    2.    I am an attorney at law licensed to practice before this Court and all the

5    courts of the State of California.  I am a partner in the law firm of Burke, Williams

6    & Sorensen, LLP, attorneys of record for Defendants COUNTY OF SAN DIEGO,

7    SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY

8    PROBATION DEPARTMENT ("Defendants").

9    3.    I make this declaration in support of the motion of Defendants' Reply

10   brief in support of their Motion for partial summary judgment, or in the alternative,

11   for an order treating specified facts as established.

12   4.    Attached as Exhibit "A" are true and correct copies of excerpts from

13   the transcript of the Deposition of Matthew B. Ross taken on October 17, 2024.

14   5.    Mr. Swearingen states in his declaration that Defendants served no

15   rebuttal reports for any of their experts. (ECF 796-1 ¶ 5)  But rebuttal reports are not

16   required. Plaintiffs' counsel asked the Defense experts at their depositions if they

17   disagreed with their experts' opinions, and had the opportunity to ask for detail.

18   6.    Because this is a case for injunctive relief and not for monetary

19   damages, the current status of the Jail conditions and care is very important.  The

20   policies and procedures continually are updated, and the medical care and other

21   aspects of the Jail have continued to evolve as well. It was not our intent to provide

22   "new" evidence with the Motion for Summary Judgment; however, this is inevitable

23   as the County continues to improve its facilities and services.

24   7.    Plaintiffs' counsel often write to defense counsel to express concerns or

25   questions about their clients' medical or psychiatric care, among other issues. They

26   request that those issues be handled promptly and that they are updated on the

27   status.  Attached as Exhibit "B" is a true and correct copy of an email

28   correspondence chain between counsel about antibiotics for Plaintiff Josue Lopez.

Burke, Williams &
Sorensen, LLP
Attorneys at Law
san diego

4911-9936-8726 v1                    2                    Case No. 3:20-cv-00406-AJB-DDL
DECLARATION S. COLEMAN

8.      Despite having a regular process in place to address concerns – if raised to Plaintiffs' counsel by their clients – Plaintiffs' counsel did not raise with us the same issues raised by Incarcerated Person Tyler Hamilton before submitting a declaration with their Opposition brief (ECF 796-20). They did previously raise a different issue regarding his medical treatment but nothing regarding his gender identity or any alleged assault by IPs or staff or any disparagement. Nor did they previously raise with us the concerns about the blood pressure of IP Miguel Rosales before submitting his declaration (ECF 796-19), or the medical care IP Amie Stanley, though she submitted a declaration (ECF 796-17).

9.      Mr. Swearingen raises issues in his declaration about "medical records never provided to Plaintiffs" as the reason for obtaining more time on their rebuttal expert reports. Plaintiffs have obtained scores of records through the authorization process, PRA requests, and other methods - without sending those to the defense.

10.     Plaintiffs' experts noted in many of their rebuttal expert reports that the defense experts did not speak to incarcerated persons in forming their opinions; however, Plaintiffs' counsel sent us a letter on February 20, 2024, reminding us that all incarcerated persons were their clients and that our experts were <u>not permitted</u> to speak to them. Attached as Exhibit "C "is a true and correct copy of this letter.

11.     Articles about people's perceptions of their care (Ex. I to Swearingen Declaration – based on interviews of women incarcerated at Las Colinas), Newspaper articles (Ex. J – SD Union Tribune article), and NPR/PBS stories (Exhibit X – Advocates claim deaths under-reported) should be excluded as they contain significant hearsay and opinion.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on February 3, 2025, at San Diego, California.

*Susan E. Coleman*

SUSAN E. COLEMAN

Burke, Williams &
Sorensen, LLP
Attorneys at Law
san diego

4911-9936-8726 v1                          3                    Case No. 3:20-cv-00406-AJB-DDL
DECLARATION S. COLEMAN

# EXHIBIT A

CERTIFIED COPY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:20-cv- |
| ) | 00406-AJB-DDL |
| ) | |
| VS. ) | |
| ) | |
| ) | |
| SAN DIEGO COUNTY SHERIFF'S ) | |
| DEPARTMENT, COUNTY OF SAN ) | |
| DIEGO, SAN DIEGO COUNTY ) | |
| PROBATION DEPARTMENT, and ) | |
| DOES 1 to 20, inclusive, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

DEPOSITION OF MATTHEW B. ROSS

TAKEN ON

THURSDAY, OCTOBER 17, 2024

DONNA TIERNEY, CSR NO. 13159

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF CALIFORNIA

3

4     DARRYL DUNSMORE, et al.,       )
                                     )
5                Plaintiffs,         )   Case No. 3:20-cv-
                                     )   00406-AJB-DDL
6                                    )
                                     )
7          VS.                       )
                                     )
8                                    )
      SAN DIEGO COUNTY SHERIFF'S     )
9     DEPARTMENT, COUNTY OF SAN      )
      DIEGO, SAN DIEGO COUNTY        )
10    PROBATION DEPARTMENT, and      )
      DOES 1 to 20, inclusive,       )
11                                   )
                                     )
12               Defendants.         )
      _____)

13

14

15

16          Deposition of MATTHEW B. ROSS, taken on behalf of

17    the Defendants, utilizing ZOOM Cloud platform to host

18    all participants from their respective locations,

19    commencing at 9:00 A.M., on Thursday, October 17, 2024,

20    before DONNA TIERNEY, CSR No. 13159, for the State of

21    California, pursuant to Notice.

22

23                        --oOo--

24

25

                                                          2

1   Appearances:

2

3

4   FOR THE PLAINTIFF:

5       ROSEN BIEN GALVAN & GRUNFELD LLP
        BY:  VAN SWEARINGEN, ESQ.
6       101 Mission Street
        Sixth Floor
7       San Francisco, California 94105
        (415) 433-6830
8       Email: Vsearingen@rbgg.com

9

    FOR THE DEFENDANT:
10
        BURKE WILLIAMS & SORENSEN LLP
11      BY:  SUSAN E. COLEMAN, ESQ.
        501 West Broadway
12      Suite 1600
        San Diego, California 92101
13      (619) 814-5800
        Email: Scoleman@bwslaw.com
14

15  ALSO PRESENT:

16          Dr. Brian L. Withrow

17

    ZOOM HOST:
18
            Norman Schall & Associates
19

20

21

22

23

24

25

                                                3

1     A.   Yes.

2     Q.  And how do economists establish causal

3 relationships?

4     A.   Using causal inference methods.

5     Q.  Are there methodological rules?

6     A.   There is a set of techniques that the field and

7 other disciplines have adopted that can rigorously

8 identify cause and effect, yes.

9     Q.  Is the temporal order important?

10     MR. SWEARINGEN:  Objection.  Vague and

11 ambiguous.

12 BY MS. COLEMAN:

13     Q.  Do you understand the question?

14     A.   Temporal order I guess of what?  I mean, does

15 temporal ordering matter, sure.

16     Q.  Would you agree that the cause has to precede

17 the effect?

18     A.   Generally, yes.

19     Q.  And does establishing causation, does that also

20 include the elimination of explanations that are

21 alternative to the hypothesis of the cause?

22     A.   Yes.

23     Q.  Let's say, for example, that the cause of

24 inflation is hypothesized to be government spending,

25 would you have to first establish the government

80

1    I, DONNA TIERNEY, a Certified Shorthand Reporter

2    for the State of California, do hereby certify:

3    That the foregoing proceedings were taken before me

4    at the time and place herein set forth; that any witness

5    in the foregoing proceedings, prior to testifying, was

6    administered an oath; that a record of the proceedings

7    was made by me using machine shorthand which was

8    thereafter transcribed under my direction; that the

9    foregoing transcript is a true record of the testimony

10   given.

11   Further, that if the foregoing pertains to the

12   original transcript of a deposition in a Federal Case,

13   before completion of the proceedings, review of the

14   transcript was requested.

15   I further certify that I am neither financially

16   interested in the action nor a relative or employee of

17   any attorney or any party to this action.

18   IN WITNESS WHEREOF, I have this date subscribed my

19   name.

20   Dated: November 1, 2024

21

22

23

24   _____
     *Donna Tierney*

25   DONNA TIERNEY
     CSR NUMBER 13159

233

# EXHIBIT B

| From: | Coleman, Susan E. |
|---|---|
| To: | Pappy, Elizabeth M.; Eric Monek Anderson; steven.inman@sdcounty.ca.gov |
| Cc: | Kedra Chan |
| Subject: | RE: Dunsmore v. San Diego Sheriff's Office - Urgent Issue re: Josue Lopez, 24722123 [IMAN-DMS.FID55015] |
| Date: | Monday, February 3, 2025 2:44:00 PM |

<u>Follow up on this</u>:

Cyclosporine is a chronic long-term maintenance medication, and it was prescribed to Lopez accordingly.  Based on the EMAR, the current active prescription was written on 12/7/2024 and would be up for renewal in June of 2025.

Based on the EMAR, I/P Lopez received medications on February 1st.  Based on a physical check of the medications, there were actually five doses remaining... one for yesterday evening (2/02) and covering the next two days (2/03 & 2/04).  Medical staff followed up with the pharmacy this Monday morning for additional medication doses.

Best,

Susan

**Susan E. Coleman** | Partner
*she, her, hers*

**Burke, Williams & Sorensen, LLP**
501 West Broadway - Suite 1600, San Diego, CA 92101
**D** 619.814.5803  |  **O** 619.814.5800  |  **F** 619.814.6799
scoleman@bwslaw.com  |  vCard  |  Bio  |  LinkedIn  |  bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Sent:** Friday, January 31, 2025 4:19 PM
**To:** Eric Monek Anderson <EMonekAnderson@rbgg.com>; Coleman, Susan E. <SColeman@bwslaw.com>; steven.inman@sdcounty.ca.gov
**Cc:** Kedra Chan <KChan@rbgg.com>
**Subject:** RE: Dunsmore v. San Diego Sheriff's Office - Urgent Issue re: Josue Lopez, 24722123 [IMAN-DMS.FID55015]

**Have Mr. Lopez advise staff immediately.**  Sending us one of these emails late on a Friday

afternoon does not get him the immediate help that contacting staff will.

I am forwarding your email to medical right now.

**Elizabeth M. Pappy** | **Partner**
*she, her, hers*

**Burke, Williams & Sorensen, LLP**
60 South Market Street - Suite 1000, San Jose, CA 95113
**D** 408.606.6305 | **O** 408.606.6300 | **F** 408.606.6333 | **M** 408.888.3223
epappy@bwslaw.com | vCard | Bio | LinkedIn | bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Eric Monek Anderson <EMonekAnderson@rbgg.com>
**Sent:** Friday, January 31, 2025 4:09 PM
**To:** Coleman, Susan E. <SColeman@bwslaw.com>; Pappy, Elizabeth M. <EPappy@bwslaw.com>; steven.inman@sdcounty.ca.gov
**Cc:** Kedra Chan <KChan@rbgg.com>
**Subject:** Dunsmore v. San Diego Sheriff's Office - Urgent Issue re: Josue Lopez, 24722123 [IMAN-DMS.FID55015]

[EXTERNAL]

Dear Counsel,

Class representative Josue Lopez, 24722123, takes cyclosporine to ensure that his body does not reject his kidney transplant. Mr. Lopez reports that there is only one cyclosporine pill remaining for tonight. He has put in a request to refill the medication but staff have not indicated that the medication has come in yet. Mr. Lopez is very concerned about the potential impact on his health if the medication is not refilled for tomorrow. Out of abundance of caution, we're writing to ask that you ensure a supply of cyclosporine is available for Mr. Lopez tomorrow.

Thank you,
Eric

**Eric Monek Anderson** (he/him)

Associate Attorney



**Rosen Bien Galvan & Grunfeld LLP**
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
T: (415) 433-6830  ▪  F: (415) 433-7104
eanderson@rbgg.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at eanderson@rbgg.com.

# EXHIBIT C



ROSEN BIEN
GALVAN & GRUNFELD LLP

101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
T: (415) 433-6830 • F: (415) 433-7104
www.rbgg.com

Gay Crosthwait Grunfeld
Email: ggrunfeld@rbgg.com

February 20, 2024

<u>VIA ELECTRONIC MAIL ONLY</u>

Susan E. Coleman                    Elizabeth M. Pappy
Burke Williams & Sorensen, LLP      Burke, Williams & Sorensen, LLP
501 West Broadway, Suite 1600       60 South Market Street, Suite 1000
San Diego, California 92101-8474    San Jose, California 95113-2336
scoleman@bwslaw.com                 epappy@bwslaw.com

Re:    *Dunsmore et al. v. San Diego County Sheriff's Department et al.*,
       S.D. Cal. No. 3:20-cv-00406-AJB-DDL
       Interviews of Class Members by Defendants' Experts or Counsel
       <u>Our File No. 1730-01</u>

Dear Counsel:

Because we did not meet any experts for Defendants during our recent expert inspections of the jail facilities, we write regarding an important issue related to Defendants conducting separate jail facility inspections with their experts.

We need to remind you that all people incarcerated at Defendants' jail facilities are members of the certified class represented by class counsel. As such, neither Defendants' experts nor counsel may interview any incarcerated person. *See Coleman v. Brown*, 938 F. Supp. 2d 955, 962-66 (E.D. Cal. 2013). Should Defendants conduct such interviews with represented parties, Plaintiffs will move to strike any expert report completed by an expert involved in or relying on such communications, as warranted.

Please confirm that there have not been any and will be no interviews of or discussions with class members by your experts, employees or counsel with regard to the subject matter of Plaintiffs' Third Amended Complaint, unless Plaintiffs' counsel are present and each class member provides informed consent.

[4439118.2]

**PRIVILEGED AND CONFIDENTIAL**
Susan E. Coleman
Elizabeth M. Pappy
February 20, 2024
Page 2

      Thank you for your ongoing courtesy and cooperation in this matter.

                    Very truly yours,

                    ROSEN BIEN
                    GALVAN & GRUNFELD LLP

                    */s/ Gay Crosthwait Grunfeld*

                By:  Gay Crosthwait Grunfeld

GCG:kc
cc:    Steven Inman
        Co-Counsel

[4439118.2]

## PROOF OF SERVICE

**Dunsmore, et al v. San Diego County Sheriff's Department, et al.**
**USDC Southern District Case No. 3:20-cv-00406-AJB-DDL**

**STATE OF CALIFORNIA, COUNTY OF VENTURA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Ventura, State of California. My business address is 2310 East Ponderosa Drive, Suite 25, Camarillo, CA 93010-4747.

On February 3, 2025, I served true copies of the following document(s) described as **APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR AN ORDER TREATING SPECIFIED FACTS AS ESTABLISHED** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dwetters@bwslaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 3, 2025, at Camarillo, California.

/s/ Kathleen van Daalen Wetters

Kathleen van Daalen Wetters

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4896-7344-5653 v1

4

Case No. 3:20-cv-00406-AJB-DDL
APPENDIX OF EVID. ISO REPLY MPSJ

1

**SERVICE LIST**

2

*Dunsmore, et al v. San Diego County Sheriff's Department, et al.*
**USDC Southern District Case No. 3:20-cv-00406-AJB-DDL**

3

4      Gay C. Grunfeld, Esq.                              *Attorneys for Plaintiffs and the Certified*
       Van Swearingen, Esq.                             *Class and Subclasses*
5      Michael Freedman, Esq.
       Eric Monek Anderson, Esq.
6      Hannah M. Chartoff, Esq.
       Benjamin W. Holston, Esq.
7      Kedra Chan
       Rosen Bien Galvan & Grunfeld LLP
8      101 Mission Street, Sixth Floor
       San Francisco, CA 94105-1738
9      Telephone: 415.433.6830
       Facsimile: 415.433.7104
10     Email: ggrunfeld@rbgg.com
       Email: vswearingen@rbgg.com
11     Email: mfreedman@rbgg.com
       Email: eanderson@rbgg.com
12     Email: hcartoff@rbgg.com
       Email: bholston@rbgg.com
13     Email: kchan@rbgg.com

14

15     Aaron J. Fischer, Esq.                            *Attorneys for Plaintiffs and the Certified*
       Law Office of Aaron J. Fischer                   *Class and Subclasses*
16     1400 Shattuck Square Suite 12 - #344
       Berkeley, California 94709
17     Telephone: 510.806.7366
       Facsimile: 510.94.6314
18     Email: ajf@aaronfischerlaw.com

19

20     Christopher M. Young, Esq.                        *Attorneys for Plaintiffs and the Certified*
       Isabella Neal, Esq.                              *Class and Subclasses*
21     Oliver Kiefer, Esq.
       DLA Piper LLP
22     4365 Executive Drive, Suite 1100
       San Diego, CA 92121
23     Telephone: 858.677.1400
       Facsimile: 858.677.1401
24     Email: christopher.young@dlapiper.com
       Email: isabella.neal@dlapiper.com
25     Email: oliver.kiefer@dlapiper.com

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4896-7344-5653 v1                                       5                    Case No. 3:20-cv-00406-AJB-DDL
                                                                             APPENDIX OF EVID. ISO REPLY MPSJ