GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California  94709
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:  (858) 677-1400
Facsimile:   (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF AARON J. FISCHER IN SUPPORT OF PLAINTIFFS' MOTION FOR INTERIM ATTORNEYS' FEES AND COSTS**<br><br>Judge:   Hon. Anthony J. Battaglia<br><br>Date:    March 27, 2025<br>Time:    2:00 p.m.<br>Crtrm.:  4A |

[4583314.5]

1     I, Aaron J. Fischer, declare:

2     1.     I am an attorney duly admitted to practice before this Court.  I am the

3 principal attorney in the Law Office of Aaron J. Fischer, counsel of record for

4 Plaintiffs and the Certified Class and Subclasses.  I have personal knowledge of the

5 facts set forth herein, and if called as a witness, I could competently so testify.  I

6 make this declaration in support of Plaintiffs' Motion for Interim Attorneys' Fees

7 and Costs.

8     2.     I maintain a diverse solo practice, representing clients on issues related

9 to civil and constitutional rights, disability rights, employment, and complex civil

10 and class action litigation.  I have extensive experience monitoring and investigating

11 public and private entities, including county jail systems, to ensure compliance with

12 relevant laws.

13     3.     I graduated from Columbia Law School and clerked for the Honorable

14 Jack B. Weinstein of the United States District Court for the Eastern District of New

15 York, and for the Honorable Kimba M. Wood of the United States District Court for

16 the Southern District of New York.  I became a member of the State Bar of

17 California in 2006, and am also an active member of the state bars of New York and

18 Washington D.C.  I am admitted to the Southern, Central, Eastern, and Northern

19 Districts of California, and to the Ninth Circuit and Eleventh Circuit Courts of

20 Appeals.  I previously served as Litigation Counsel for Disability Rights California,

21 where I worked on and litigated several complex criminal system- and disability-

22 related matters.  Prior to joining Disability Rights California, I was an associate

23 attorney at Rosen Bien Galvan & Grunfeld ("RBGG").  In 2014, I received the Jack

24 Berman Award of Achievement for Distinguished Service to the Profession and the

25 Public from the California State Bar Association (now the California Lawyers

26 Association).  I have repeatedly been named to the Northern California

27 SuperLawyers list.  My resume is attached hereto as **Exhibit A**.

28     4.     I am currently lead class counsel representing approximately 800

DECLARATION OF AARON J. FISCHER IN SUPPORT OF PLAINTIFFS' MOTION FOR
INTERIM ATTORNEYS' FEES AND COSTS

1  people incarcerated in Santa Barbara County Jail, in *Murray v. County of Santa*

2  *Barbara* (C.D. Cal. No. 2:17-cv-08805-GW-JPR), a case challenging systemic

3  deficiencies as to mental health and medical care, conditions of confinement

4  (including solitary confinement), environmental health and safety conditions, and

5  the treatment of people with disabilities.  The class was certified, and a

6  comprehensive settlement was approved by the court in 2021.  Remedial plan

7  implementation and monitoring are ongoing.  I am also class counsel representing

8  more than 3,000 people incarcerated in Sacramento County Jail, in *Mays v. County*

9  *of Sacramento* (E.D. Cal. No. Case 2:18-cv-02081-TLN-KJN), a case challenging

10  systemic deficiencies in the provision of mental health and medical care, conditions

11  of confinement, and the treatment of people with disabilities.  The class was

12  certified, and a comprehensive settlement was approved by the court in 2020.

13  Remedial plan implementation and monitoring are ongoing.  Other cases in which I

14  have served on the class counsel team include: *Coleman v. Newsom*, an Eighth

15  Amendment and ADA class action lawsuit against the California Department of

16  Corrections and Rehabilitation ("CDCR") on behalf of a class of more than 25,000

17  incarcerated people with serious mental illness (E.D. Cal. No. 2:90-cv-0520 KJM

18  DB P); *Armstrong v. Newsom*, an ADA Rehabilitation Act and due process class

19  action against CDCR on behalf of more than 10,000 incarcerated people and

20  parolees with mobility, hearing, vision, learning, kidney, and developmental

21  disabilities (N.D. Cal. No. 94-cv-02307 CW); *Valdivia v. Brown* (E.D. Cal. No. S-

22  94-671 LKK/GGH), on behalf of parolees regarding their constitutional due process

23  rights in parole revocation proceedings; *Hecker v. Brown* (E.D. Cal. No. 2:05-cv-

24  2441 LKK JFM P), on behalf of incarcerated people with a mental health disability;

25  *Hernandez v. County of Monterey*, a class action on behalf of all persons

26  incarcerated in the Monterey County Jail and a certified subclass of all qualified

27  individuals with a disability who are incarcerated in the Monterey County Jail; and

28  *Johnson v. County of Los Angeles* (C.D. Cal. No. 2:08-cv-03515-DDP-SH), on

behalf of people with mobility disabilities incarcerated in the Los Angeles County Jail system seeking improved accessibility, reasonable accommodations, and equitable treatment.

5.    I was principal investigator and author of Disability Rights California's 2018 report on inadequate mental healthcare in the San Diego County Jail system, entitled *Suicides in San Diego County Jail: A System Failing People with Mental Illness – A Disability Rights California Investigation Report*.

6.    The focus of my work in this case has been the San Diego County Jail's mental health care system and its system of disability access and accommodations under the Americans with Disabilities Act (ADA) and Government Code section 11135.  I have been actively involved in this litigation from its initial stages.  Of relevance to this motion, I have met with people incarcerated in the San Diego County Jail (the "Jail") about their needs under the ADA and California Government Code section 11135, and I have worked with such individuals to prepare and submit declarations in this case.  I have drafted legal and fact memos for use by counsel in this case regarding disability access at the Jail.  I regularly participated in discovery related to ADA issues, including by reviewing and revising written discovery propounded by Plaintiffs.  I contributed to Plaintiffs' motion for preliminary injunction regarding disability access, Dkt. No. 281-1, and participated in the settlement conferences that preceded the June 21, 2023 ADA settlement regarding effective communication for people with hearing disabilities and the housing of people with mobility disabilities at Central Jail.  *See* Dkt. No. 355.  I also participated in numerous settlement conferences, several in-person at the San Diego federal courthouse, that led to the global settlement of Plaintiffs' Third Claim for Relief.  *See* Dkt. No. 774, Ex A.  I helped draft, provided input, and played an active role in settlement negotiations with respect to both ADA settlement documents.

7.    My current hourly rate is $900 per hour.  My practice is to contemporaneously enter my time at or near the time the work is done.  My merits

time entries through January 20, 2025 for which Plaintiffs seek a fees award through their Motion for Interim Attorneys' Fees and Costs are attached hereto as **Exhibit B**. As shown in the time records and in the table immediately below, I applied 4.5 hours of discrete billing judgment reductions. In addition, I have applied an additional 5% across-the-board reduction. My merits fees billing reductions amount to $13,801.50, or 6.9% of my merits time. At this time, Plaintiffs are seeking an award of only 216.7 hours of my merits time, amounting to $185,278.50.

| Reductions to AJF Merits Work (through January 20, 2025) | | |
|---|---|---|
| Category | Hours | Amount |
| Time Records | | |
| Time Entries: Claimed | 216.7 | $195,030.00 |
| Time Entries: Billing Judgments | 4.5 | $4,050.00 |
| Total (Claimed Entries + Billing Judgment Entries) | 221.2 | $199,080.00 |
| Additional Billing Judgments | | |
| 5% Across-the-Board Reduction of Claimed Time | | $9,751.50 |
| Total Reduction | | $13,801.50 |
| % Reduction | | 6.9% |
| AJF Merits Work Lodestar | 216.7 | $185,278.50 |

8. My fees-for-fees time entries through January 20, 2025 for which Plaintiffs seek a fees award through their Motion for Interim Attorneys' Fees and Costs are attached hereto as **Exhibit C**. As shown in the time records and in the table immediately below, I applied a 5% across-the-board reduction. At this time, Plaintiffs are seeking an award of only 5.4 hours of my fees time, amounting to $4,617.00.

//

//

//

//

//

DECLARATION OF AARON J. FISCHER IN SUPPORT OF PLAINTIFFS' MOTION FOR
INTERIM ATTORNEYS' FEES AND COSTS

| Reductions to AJF Fees Work (through January 20, 2025) | | |
|---|---|---|
| Category | Hours | Amount |
| Time Records | | |
| Time Entries: Claimed | 5.4 | $4,860.00 |
| Time Entries: Billing Judgments | 0 | $0.00 |
| Total (Claimed Entries + Billing Judgment Entries) | 5.4 | $4,860.00 |
| Additional Billing Judgments | | |
| 5% Across-the-Board Reduction of Claimed Time | | $243.00 |
| Total Reduction | | $243.00 |
| % Reduction | | 5.0% |
| AJF Fees Work Lodestar | 5.4 | $4,617.00 |

9.     Attached as **Exhibit D** are my merits cost and expense entries through January 20, 2025 for which Plaintiffs seek an award through their Motion for Interim Attorneys' Fees and Costs.  The rightmost column identifies the page number of Exhibit D that contains the associated receipt.  As identified in the cost and expense records and the table immediately below, Plaintiffs are seeking an award of only $4,394.86 for my costs and expenses at this time.

| AJF Costs/Expenses | |
|---|---|
| Expenses for Merits Work | $4,394.86 |
| Expenses for Fees Work | $0.00 |
| Total Expenses | $4,394.86 |

10.     I expressly reserve all other time incurred in the case, which is significant, and all costs and expenses expended to date, which are also significant. In seeking this interim fee award, I expressly reserved significant amounts of time

//
//
//
//
//
//
//

spent on the case and costs invested unrelated to the issues addressed by the court-ordered ADA Plan and the ADA Settlement and Order. I will submit those to the Court at a later date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Berkeley, California this 27th day of January, 2025.


_____
Aaron J. Fischer

# TABLE OF CONTENTS

### EXHIBITS TO DECLARATION OF AARON J. FISCHER IN SUPPORT OF PLAINTIFFS' MOTION FOR INTERIM FEES AND COSTS

| DESCRIPTION | EXHIBIT NO. | PAGE NO. |
|---|---|---|
| Resume of Aaron J. Fischer | A | 1 - 5 |
| Time Entries Through Jan. 20, 2025 | B | 6 - 12 |
| Fees for Fees Time Entries | C | 13 - 14 |
| Aaron J. Fischer's Merit Costs and Expenses through Jan. 20, 2025 | D | 15 - 74 |

# Exhibit A

# Aaron J. Fischer, Esq.

**Aaron J. Fischer**
LAW OFFICE

1400 Shattuck Avenue, Ste. 12, #344
Berkeley, CA 94709

Email:     ajf@aaronfischerlaw.com
Phone:    (510) 806-7366
Website: www.aaronfischerlaw.com

## PROFESSIONAL PROFILE

*Experienced lawyer with specialty in disability rights, complex litigation, and the monitoring/investigation of public and private entities on compliance with legal and constitutional requirements. Significant experience with detention facility conditions, mental health care, and disability law compliance.*

## STATE BAR ADMISSIONS

- State Bar of California, No. 247391
- New York State Bar, No. 4835500
- District of Columbia Bar, No. 974555

## EXPERIENCE

**Law Office of Aaron J. Fischer**                    February 2021 - Present
San Francisco Bay Area-based law office representing individuals and organizations in civil litigation. Practice areas include: disability rights; class actions and complex litigation; detention facility conditions; employment counseling, contracts and litigation; education law; investigations and compliance management.

**Disability Rights California,** Oakland, CA          May 2016 – February 2021
*Litigation Counsel*
Led and oversaw class and complex litigation, with emphasis on treatment of people with psychiatric and other disabilities. Served as lead counsel in multiple class action litigations challenging conditions of confinement in detention facilities, state hospitals, and crisis care facilities. Managed investigations of treatment of people with disabilities. Provided testimony to state agencies and legislative bodies on policy issues affecting people with disabilities.

**Rosen Bien Galvan & Grunfeld LLP,** San Francisco, CA       October 2010 – May 2016
*Attorney*
General and complex civil litigation at trial court and appellate levels. Practice areas include civil rights, disability rights, employment, business, intellectual property, and attorneys' fees.

**Ex. A - 2**

Aaron J. Fischer, Esq. – Page 2

**U.S. District Court, Southern District of New York**        October 2009 – October 2010
*Law Clerk to the Honorable Kimba M. Wood*
Completed research and writing on motions and trial proceedings, with focus on civil litigation.  Prepared court memos for judge sitting by designation on Court of Appeals for Second Circuit.

**U.S. District Court, Eastern District of New York**        August 2008 – September 2009
*Law Clerk to the Honorable Jack B. Weinstein*
Completed research and writing pertaining to dispositive, discovery, evidentiary, and other motions in federal litigation.  Contributed to adjudication of numerous criminal and civil trials.

**The Children's Law Center,** Washington, D.C.        October 2006 – August 2008
*Skadden Fellow, Staff Attorney*
Represented teenage and child clients with disabilities and complex medical conditions in administrative due process hearings and in federal court.  Advocated for appropriate special education services and reasonable accommodations under ADA and Section 504.  Provided direct legal services related to school discipline, housing, and public benefits.

**Goldstein Demchak Baller Borgen & Dardarian,** Oakland, CA        Summer 2005
*Summer Associate*
Engaged in all aspects of class action litigation regarding wage/hour and employment matters.

## EDUCATION

**Columbia Law School**        J.D. 2006
*Honors*: Skadden Fellowship, Harlan Fiske Stone Scholar
Teaching Assistant, Law & Education

**University of California, Berkeley**        B.A. 2003
*Awards*: Departmental Commencement Speaker*,* Dean's List, Phi Beta Kappa
Sociology Honors Program Thesis: *Unequal Participation, Unequal Outcomes: Minority Participation in Diabetes Care*

## PROFESSIONAL MEMBERSHIPS & COMMUNITY SERVICE

- American Diabetes Association: Member of National Advocacy Committee; Chair of Legal Advocacy Subcommittee
- Jewish Community Center-East Bay: Immediate Past President & Executive Committee Member, Board of Directors
- University of California-San Francisco: Institutional Review Board (IRB) Member, Committee on Human Research

**Ex. A - 3**

## PROFESSIONAL HONORS & AWARDS

- Jack Berman Award of Achievement for Distinguished Service to the Profession and the Public, 2014, California State Bar Association (now the California Lawyers Association)
- Northern California Super Lawyers, Rising Star, 2012, 2013, 2014, 2015, 2016

## REPRESENTATIVE AND PUBLISHED CASES

- *Guerra v. Los Angeles Community College District,* 812 Fed. Appx. 612 (9th Cir. 2020); (on remand: --- F.Supp.3d ---- 2024 WL 3582320 (C.D. Cal. July 30, 2024) (on behalf of students with mobility disabilities denied accommodations/access)
- *Disability Rights California v. County of Alameda* (N.D. Cal., filed 2020) (*Olmstead* lawsuit on behalf of people with mental health disabilities at risk of unnecessary institutionalization)
- *Mays v. County of Sacramento* (E.D. Cal., filed 2018) (Consent Decree in disability/conditions class action on behalf of ~4,000 people detained in county jail)
- *Murray v. County of Santa Barbara* (C.D. Cal., filed 2017) (Stipulated Judgment in disability/conditions class action on behalf of ~1,000 people detained in county jail)
- *Hernandez v. County of Monterey*, 305 F.R.D. 132 (N.D. Cal. 2015)
- *Coleman v. Brown*, 28 F. Supp. 3d 1068 (E.D. Cal. 2014) (re: Solitary Confinement of Prisoners with Mental Illness)
- *Coleman v. Brown*, 938 F. Supp. 2d 955 (E.D. Cal. 2013) (re: Denial of State's Motion to Terminate Prisoners' Access to Mental Health Treatment Class Action)
- *Prasad v. County of Sutter*, 958 F. Supp. 2d 1101 (E.D. Cal. 2013)

## SELECT PRESENTATIONS AND SPEAKING ENGAGEMENTS

- "Working for Free? The Future of Class Representative Service Payments," Impact Fund Class Action Conference, February 25, 2021.
- "Perspectives on Serving Sentences in Jails and Prisons," Committee on Revision of the Penal Code of the California Law Revision Commission (Cal. Gov't Code § 8280), July 23, 2020.
- "Preventing Adult Mis-incarceration: Community-Based Service Models and Advocacy for Jail Inmates," National Disability Rights Network Annual Conference, June 9, 2020.
- Conflicts of Interests and Ethics Training, Continuing Legal Education Seminar, February 12, 2020.
- Presentation to the Judicial Council of California, Pretrial Reform and Operations Workgroup, February 10, 2020.

Aaron J. Fischer, Esq. – Page 4

- "Disability Rights and Immigrants," Plenary Session, Jacobus tenBroek Law Symposium (Baltimore, MD), March 26, 2019.
- Presentation on Immigration Detention Conditions Investigation, California State Senate Mental Health Caucus (Sacramento, CA), March 13, 2019.
- Keynote Address, American Diabetes Association Napa Valley Tour de Cure Champions Dinner, May 5, 2018.
- "Pretrial Detention: Offenders with Special Needs," Judicial Council of California, Pretrial Detention Reform Workgroup, May 16, 2017.
- "Disability Law and Diabetes In the Workplace & Beyond," San Francisco General Hospital, September 13, 2016.
- "From Prison to Reentry: The Rights of Individuals with Disabilities," Legal Aid Society-Employment Law Center Elizabeth J. Cabraser Series, July 28, 2015.
- "Litigating Diabetes Discrimination under the ADA," National Bar Association Annual Conference, Los Angeles, July 21, 2015.
- "Diabetes and Disability Rights: Working Effectively with Medical Providers to Achieve Success in Addressing Accommodation Needs and Discrimination," The Bar Association San Francisco, Continuing Legal Education, August 26, 2014.
- "Legal Advocacy 101 for Health Care Professionals," National Webinar Training, June 18, 2013.

## **SELECT PUBLICATIONS**

- Opinion: Failure to provide insulin to inmate was reckless and deadly, San Diego Union-Tribune, October 8, 2024.
- Opinion: San Diego Still Needs Effective Jail Oversight, *San Diego Union-Tribune*, July 14, 2021.
- Jack Weinstein at 100: A Visionary for Our Legal Institutions in 2021, *Daily Journal* (Los Angeles & San Francisco), March 3, 2021.
- There Is No Safety Here: The Dangers for People with Mental Illness and Other Disabilities in Immigration Detention at GEO Group's Adelanto ICE Processing Center, *Disability Rights California Investigation Report*, March 2019.
- Suicides in San Diego County Jail: A System Failing People with Mental Illness, *Disability Rights California Investigation Report*, April 2018.
- Disabled lives matter, too, *Sacramento Bee*, February 5, 2018.
- The Rights of Transgender Prisoners, *Los Angeles Daily Journal*, June 17, 2015.
- Working with Diabetes, *Oakland Business Review*, November 2012.
- How Businesses Can Protect Their Valuable Trade Secrets," *San Francisco Daily Journal*, September 26, 2011.

# Exhibit B

| Date | Description | Hours Worked | Discount | Claimed Hours | Claimed amount ($) |
|---|---|---|---|---|---|
| 2/4/2022 | Draft notes re witness interviews; revise complaint; memo re factual developments to team (attention to ADA, MH) | 1.1 | | 1.1 | $990.00 |
| 2/8/2022 | Call w/ VS re MH/ADA/disability discrimination claims, legal strategy | 0.2 | | 0.2 | $180.00 |
| 2/8/2022 | Draft/revise complaint; review/analyze memos/case law re MH/ADA/disability discrimination claims for same | 1.4 | | 1.4 | $1,260.00 |
| 3/11/2022 | Follow-up investigation and legal research on behalf of incarcerated individual facing ADA/disability and related discrimination | 0.4 | | 0.4 | $360.00 |
| 3/16/2022 | Review and draft letter to cty counsel re urgent/serious concerns about client at jail w/ ADA disability; emails w/ co-counsel re same | 0.3 | | 0.3 | $270.00 |
| 4/25/2022 | Review/draft ADA/Disability expert declarations; emails w/ co-counsel re same | 0.5 | | 0.5 | $450.00 |
| 5/3/2022 | Call w/ putative class member re inadequate care/ADA accommodations at jail; notes to co-counsel/file re same | 0.3 | | 0.3 | $270.00 |
| 5/19/2022 | Comms w/ putative class members re care and ADA accommodation problems; coordination w/ co-counsel and former jail staff contacts re client contacts, key issues | 0.4 | | 0.4 | $360.00 |
| 5/24/2022 | Emails re putative CM facing ADA/disability discrimination, fact gathering and declaration | 0.2 | | 0.2 | $180.00 |
| 7/12/2022 | Call w/ putative CM loved one re individual care/conditions concerns and ADA accommodation problems at SD Jail; memo to file and f/u email w/ co-counsel re CM contact | 0.9 | | 0.9 | $810.00 |
| 11/17/2022 | Review and provide input on discovery requests related to ADA/disability claims; research for same | 0.5 | | 0.5 | $450.00 |
| 12/15/2022 | Review team memo re ENE on ADA claims, case strategy/planning; notes to file | 0.2 | | 0.2 | $180.00 |
| 12/19/2022 | Draft memo for co-counsel re ADA discrimination legal issues and case strategy | 0.4 | | 0.4 | $360.00 |
| 1/12/2023 | Draft/send emails re investigation of individual examples of unmet ADA accom needs, other system failures | 0.3 | | 0.3 | $270.00 |
| 2/13/2023 | Memo to team re jail ADA policies, case developments | 0.2 | | 0.2 | $180.00 |
| 2/16/2023 | Emails w/ co-counsel and outside counsel re client w/ unmet effective comm needs (ADA) | 0.4 | | 0.4 | $360.00 |
| 4/21/2023 | Draft/revise brief ISO motion for PI on ADA/disability legal claims; comms w/ co-counsel re same | 0.9 | | 0.9 | $810.00 |
| 5/9/2023 | Call w/ VS re case tasks, ENE/Status conference prep/strategy re ADA claims/class certification | 0.1 | | 0.1 | $90.00 |
| 5/9/2023 | Emails and prep for ENE/Status conference re ADA claims/class certification, related tasks | 0.3 | | 0.3 | $270.00 |
| 5/10/2023 | Review court order ENE/Status conference re re ADA claims/class certification, notes to file | 0.2 | | 0.2 | $180.00 |
| 5/16/2023 | Review/respond to team emails re ENE/CMC and ADA motion for PI briefing, evidence/declarations; draft declaration for case filing | 0.6 | | 0.6 | $540.00 |
| 5/17/2023 | Meeting w/ witness JA re ADA issues, MH care deficiencies for CMs w/ hearing disabilities | 1.0 | | 1.0 | $900.00 |
| 5/18/2023 | Call w/ co-counsel VS re opposition to ADA PI Motion pleadings and evidence, next steps/strategy | 0.3 | 0.3 | 0.0 | $0.00 |
| 5/18/2023 | Review/analyze Defs' opposition briefs on Mot for ADA PI, supporting declarations; memo to team re key evidentiary/legal issues | 1.0 | | 1.0 | $900.00 |
| 5/19/2023 | Work w/ witness JA re declaration on mh care for people w/ ADA/disabilities and related issues; draft decl and email to team | 2.4 | | 2.4 | $2,160.00 |
| 5/21/2023 | Emails w/ co-counsel re ADA Motion for PI evidence, declarations; draft/revise witness declaration | 0.4 | | 0.4 | $360.00 |
| 5/22/2023 | Emails w/ co-counsel re ADA Motion for PI evidence, declarations; finalize witness declaration | 0.3 | | 0.3 | $270.00 |
| 5/22/2023 | Prepare for ENE meet/confer conference re ADA claims/class certification; comms w/ co-counsel re same | 0.3 | | 0.3 | $270.00 |
| 5/22/2023 | Participate in pre-ENE/CMC experts' meet/confer w/ counsel and experts re ADA claims/class certification (not for entire time) | 1.5 | | 1.5 | $1,350.00 |
| 5/23/2023 | Co-counsel meeting to prep for pre-ENE Call w/ J. Leshner re ADA claims/class certification | 0.5 | | 0.5 | $450.00 |
| 5/23/2023 | Pre-ENE teleconference w/ J. Leshner re ADA claims/class certification | 0.6 | | 0.6 | $540.00 |

**Ex. B - 7**

| Date | Description | Hours Worked | Discount | Claimed Hours | Claimed amount ($) |
|---|---|---|---|---|---|
| 5/23/2023 | Prepare witness declarations and prepare for client meetings & CMC/ENE re ADA claims/class certification | 0.5 | | 0.5 | $450.00 |
| 5/24/2023 | Travel to SD and prepare for client/witness meetings, CMC and ENE conference re ADA claims/class certification | 3.9 | | 3.9 | $3,510.00 |
| 5/24/2023 | Travel from SD following client/witness meetings, CMC and ENE conference re ADA claims/class cert | 3.5 | | 3.5 | $3,150.00 |
| 5/24/2023 | Client and witness meetings (ADA + MH), review/signing of declarations | 2.5 | | 2.5 | $2,250.00 |
| 5/24/2023 | Participate in CMC and ENE conference re ADA claims/class certification | 3.8 | | 3.8 | $3,420.00 |
| 5/25/2023 | Draft/revise Stipulation and Proposed Order to resolve ADA PI motion; emails w/ co-counsel re same | 1.7 | | 1.7 | $1,530.00 |
| 5/25/2023 | Review and draft/revise reply brief ISO Motions for PI/class cert re ADA issues; email to team re same | 0.6 | | 0.6 | $540.00 |
| 5/25/2023 | Call w/ co-counsel VS re Stipulation and Proposed Order to resolve ADA PI motion (.3); review/respond to emails re same (.2) | 0.5 | | 0.5 | $450.00 |
| 5/26/2023 | Review and help finalize Stipulation and Proposed Order to resolve ADA PI motion; emails w/ co-counsel re same | 0.3 | | 0.3 | $270.00 |
| 5/31/2023 | Emails re discovery and expert declarations per scheduling order, attention to class and ADA subclass certification | 0.3 | | 0.3 | $270.00 |
| 6/2/2023 | Meet/confer re ADA motion stipulation negotiations | 0.2 | | 0.2 | $180.00 |
| 6/2/2023 | Call w/ co-counsel VS, GCG re ADA motion stipulation negotiations, case strategy | 0.4 | 0.2 | 0.2 | $180.00 |
| 6/15/2023 | Review defs' redlines to stipulation; emails and call w/ VS re comments and key issues for settlement of PI motion on ADA claims | 0.8 | | 0.8 | $720.00 |
| 6/27/2023 | Review/analyze Stip/Order re ADA and related case filings and discovery materials | 1.0 | | 1.0 | $900.00 |
| 8/15/2023 | Review/draft letter to defs re ADA Order implementation | 0.2 | | 0.2 | $180.00 |
| 8/24/2023 | Review defs' counsel correspondence re class certification; review/analyze TAC and team memo to prepare for ENE re ADA claims/class certification | 0.3 | | 0.3 | $270.00 |
| 8/24/2023 | Co-counsel meeting re class and ADA subclass certification ENE - key legal issues and next steps | 0.5 | 0.3 | 0.2 | $180.00 |
| 8/24/2023 | Call w/ GCG re prep for class and ADA subclass certification ENE | 0.2 | 0.2 | 0.0 | $0.00 |
| 8/24/2023 | Research re class definition legal issue; prep for class and ADA subclass certification ENE | 0.3 | | 0.3 | $270.00 |
| 8/24/2023 | Review/analyze Defs' proposed ADA action plan; email to team re feedback for same | 0.5 | | 0.5 | $450.00 |
| 8/25/2023 | Participate in settlement conference re class and ADA subclass certification | 1.8 | 0.3 | 1.5 | $1,350.00 |
| 8/25/2023 | Prepare for settlement conference re re class and ADA subclass certification, review case materials and correspondence | 0.2 | | 0.2 | $180.00 |
| 8/25/2023 | Call w. GCG re class and ADA subclass certification negotiations, next steps | 0.1 | | 0.1 | $90.00 |
| 8/25/2023 | Draft/revise letter to defs re ADA subclass definition, areas for ADA-related remedial measures; emails w/ co-counsel re same | 0.5 | | 0.5 | $450.00 |
| 8/25/2023 | Review/respond to emails re client w/ unmet ADA/disability needs, follow-up advocacy/investigation | 0.2 | | 0.2 | $180.00 |
| 9/1/2023 | Prepare for and participate in settlement conference re re class and ADA subclass certification | 1.0 | | 1.0 | $900.00 |
| 9/1/2023 | Draft/send correspondence to defs re class and ADA subclass certification definitions; call w/ counsel re same | 0.4 | | 0.4 | $360.00 |
| 9/5/2023 | Review County ADA plan and draft/revise Plaintiffs' comments for same | 0.5 | | 0.5 | $450.00 |
| 9/7/2023 | Participate in ENE session w/ counsel, Judge Leshner re ADA claims/class certification | 0.3 | | 0.3 | $270.00 |
| 9/12/2023 | Review/respond to cty legal counsel and co-counsel re class and ADA subclass certification negotiations | 0.2 | | 0.2 | $180.00 |
| 9/13/2023 | Participate in class cert ENE session w/ counsel, J. Leshner re ADA claims/class certification | 0.5 | | 0.5 | $450.00 |
| 9/13/2023 | Emails/memo to team re next steps w/ class certification, next ENE topics re ADA claims; notes to file | 0.3 | | 0.3 | $270.00 |
| 9/13/2023 | Comms w/ GCG re class and ADA subclass certification, attention to class notice | 0.3 | | 0.3 | $270.00 |
| 9/19/2023 | Prepare for meet/confer re Defs' ADA Plan to comply w/ Stipulation/Order | 0.3 | | 0.3 | $270.00 |
| 9/19/2023 | Participate in meet/confer re Defs' ADA Plan to comply w/ Stipulation/Order | 1.0 | | 1.0 | $900.00 |

**Ex. B - 8**

| Date | Description | Hours Worked | Discount | Claimed Hours | Claimed amount ($) |
|---|---|---|---|---|---|
| 9/20/2023 | Draft/revise letter to defs re feedback on draft ADA Action Plan; emails w/ co-counsel re same | 0.4 | | 0.4 | $360.00 |
| 9/21/2023 | Review/analyze ADA/disability sub-class lists; review/respond to team email re class lists and IDC/discovery dispute updates | 0.4 | | 0.4 | $360.00 |
| 9/22/2023 | Review/supplement draft class and ADA subclass notice; review/respond to team emails re ENE preparation and discovery matters re ADA claims | 0.5 | | 0.5 | $450.00 |
| 9/23/2023 | Review/revise draft class notice for class and ADA subclass certification | 0.3 | | 0.3 | $270.00 |
| 9/25/2023 | Finalize proposed ADA/Substance Use ENE topics and draft/send letter to def counsel, MJ Leshner; review/respond to def counsel email re same | 0.6 | | 0.6 | $540.00 |
| 9/25/2023 | Mtg w/ co-counsel re ADA/Substance Use ENE topics | 0.3 | | 0.3 | $270.00 |
| 9/28/2023 | Call w/ GCG to prep for ENE conference re ADA claims | 0.1 | 0.1 | 0.0 | $0.00 |
| 9/29/2023 | Comms w/ def counsel and co-counsel re ENE on ADA claims | 0.5 | | 0.5 | $450.00 |
| 9/29/2023 | Prepare for ENE conference re ADA claims | 0.4 | | 0.4 | $360.00 |
| 9/29/2023 | Participate in ENE conference re ADA claims w/ J. Leshner | 1.2 | | 1.2 | $1,080.00 |
| 10/3/2023 | Review comms re ADA plan, class cert pleadings; notes to team and file | 0.3 | | 0.3 | $270.00 |
| 10/17/2023 | Review/respond to emails re site inspection and ENE planning re ADA claims; notes to file | 0.3 | | 0.3 | $270.00 |
| 10/20/2023 | Review/draft/revise Pltfs' Objections to ADA Plan, email to co-counsel re same | 0.5 | | 0.5 | $450.00 |
| 10/24/2023 | Draft/revise memo w/ ENE updates and info/planning requests re ADA claims; comms w/ co-counsel re same | 0.6 | | 0.6 | $540.00 |
| 10/24/2023 | Comms w/ co-counsel re deaf class member and investigation re ADA SLI provision requirements | 0.3 | | 0.3 | $270.00 |
| 10/25/2023 | Memo to team re ADA Deaf accoms issues and prep for CM interview; emails re same | 0.6 | | 0.6 | $540.00 |
| 10/26/2023 | Meeting w/ co-counsel re outreach to deaf ADA class members, key case issues (.3); review and share ADA case materials for same (.1) | 0.4 | | 0.4 | $360.00 |
| 11/1/2023 | Mtg w/ co-counsel VS re discovery/inspections and ENE conference preparation re ADA claims; review case materials and correspondence for same | 0.7 | | 0.7 | $630.00 |
| 11/1/2023 | Draft proposal for ADA/disability ENE process; emails w/ team re same | 0.9 | | 0.9 | $810.00 |
| 11/1/2023 | Mtg w/ co-counsel VS and GCG re ENE proposal re ADA claims and correspondence w/ def counsel | 0.3 | | 0.3 | $270.00 |
| 11/2/2023 | Emails/comms w/ co-counsel re Joint Status Report and preparation for ENE sessions (ADA claim); draft/revise JSR | 0.7 | | 0.7 | $630.00 |
| 11/6/2023 | Travel time for SD for discovery hearing and ENE conference re ADA claims; review case materials and prep for conference | 3.8 | | 3.8 | $3,420.00 |
| 11/6/2023 | Participate in ENE conference re ADA claims w/ counsel and MJ Leshner | 1.0 | | 1.0 | $900.00 |
| 12/4/2023 | Call w/ co-counsel VS and GCG re experts, violations of ADA plan/stipulation/order and next steps | 0.3 | 0.3 | 0.0 | $0.00 |
| 12/8/2023 | Draft/revise letter re dispute resolution on ADA Order, rosters; legal research for same | 0.5 | | 0.5 | $450.00 |
| 12/11/2023 | Draft/revise proposed ADA settlement agreement; research for same | 1.1 | | 1.1 | $990.00 |
| 12/12/2023 | Draft/revise proposed ADA settlement agreement; and cover ltr to defs; research for same | 1.8 | | 1.8 | $1,620.00 |
| 1/2/2024 | Emails re Deaf ADA class members, investigation and testimony; memo to co-counsel re evidence on ADA Plan violations | 0.5 | | 0.5 | $450.00 |
| 2/27/2024 | Review court orders related ADA claims and settlement conferences and related pleadings; comms w/ co-counsel | 0.5 | | 0.5 | $450.00 |
| 2/27/2024 | Interview individual CM w/ recent denial of ADA accom issues at SD Cty Jail; memo to file and team | 0.6 | | 0.6 | $540.00 |
| 3/3/2024 | Meeting w/ co-counsel GCG, VS re prep for ADA settlement conference and status conference | 1.0 | 0.2 | 0.8 | $720.00 |
| 3/3/2024 | Review case memos, depo transcripts, other docs to prep for status conference and ADA settl conference | 0.5 | | 0.5 | $450.00 |
| 3/4/2024 | Comms and research to prep for settlement conference, memo to team/file - attn to ADA and substance use issues | 1.5 | | 1.5 | $1,350.00 |
| 3/5/2024 | Review case materials and prepare for ADA settl conference, status conference | 1.0 | | 1.0 | $900.00 |
| 3/6/2024 | Participate in ADA settlement conference at SD Cal | 3.9 | | 3.9 | $3,510.00 |
| 3/6/2024 | Travel to and prepare for ADA settlement conference at SD Cal | 3.6 | | 3.6 | $3,240.00 |

**Ex. B - 9**

| Date | Description | Hours Worked | Discount | Claimed Hours | Claimed amount ($) |
|---|---|---|---|---|---|
| 3/6/2024 | Travel from (and follow up meetings, comms, tasks) following ADA settlement conference and status conf at SD Cal | 3.3 | | 3.3 | $2,970.00 |
| 3/8/2024 | Review/respond to cty counsel and co-counsel emails re discovery meet/confer agenda, draft Eff Communication policies, and jail policies requiring ADA/disability revisions | 0.8 | | 0.8 | $720.00 |
| 3/11/2024 | Review and prepare feedback on ADA Eff Comm policy.(.5); Draft/revise proposed ADA stipulation/settlement proposal (.9) | 1.4 | | 1.4 | $1,260.00 |
| 3/13/2024 | Meeting w/ co-counsel GCG and EMA re draft Effective Comm policy feedback, next steps for ADA/Disability claim negotiations | 0.5 | 0.1 | 0.4 | $360.00 |
| 3/14/2024 | Draft feedback to county ADA-effective communication policy; notes to team re same | 2.1 | | 2.1 | $1,890.00 |
| 3/15/2024 | Draft/revise letter to def counsel re ADA Eff Comm policy; research and comms w/ co-counsel for same | 0.6 | | 0.6 | $540.00 |
| 3/20/2024 | Meet/confer re ADA discovery and ADA settlement matters w/ all counsel | 0.9 | | 0.9 | $810.00 |
| 4/2/2024 | Call w/ co-counsel GCG re correspondence to defs, attention to ADA effective comm failures and class notice deficiencies | 0.2 | | 0.2 | $180.00 |
| 4/2/2024 | Review and assist in drafting correspondence to defs re ADA effective comm failures and class notice deficiencies | 0.6 | | 0.6 | $540.00 |
| 4/19/2024 | Prepare for and attend ADA Settlement conference w/ J Leshner, parties | 1.3 | 0.1 | 1.2 | $1,080.00 |
| 5/7/2024 | Review draft ADA policies and draft comments/feedback; email to co-counsel re same | 0.8 | | 0.8 | $720.00 |
| 5/7/2024 | Research and draft memo re SLI service issue, ADA Plan Order II.C; prep for discovery meet/confer | 0.4 | | 0.4 | $360.00 |
| 5/9/2024 | Review/analyze ADA tracking information production and info re expert findings of deficiencies; notes to team/file | 0.5 | | 0.5 | $450.00 |
| 5/10/2024 | Review and help finalize feedback to SDSD ADA policies, letter for same | 1.4 | | 1.4 | $1,260.00 |
| 5/24/2024 | Review Cty ADA plan and related counsel comms; calls w/ EMA and PK re ADA and other case updates | 0.8 | | 0.8 | $720.00 |
| 5/29/2024 | Meeting w/ co-counsel re ADA settlement conference and status conference prep | 0.3 | | 0.3 | $270.00 |
| 5/30/2024 | Call w/ family member of class member re conditions and ADA accommodation concerns, class case information; notes to team/file | 0.4 | | 0.4 | $360.00 |
| 5/30/2024 | Draft/review proposed ADA settlement document; prep for settlement conference; mtg/comms w/ co-counsel re same | 3.4 | | 3.4 | $3,060.00 |
| 6/3/2024 | Participate in Settlement conference on ADA issues, comms w cocounsel | 7.5 | 0.2 | 7.3 | $6,570.00 |
| 6/3/2024 | Travel to and prepare for Settlement conference on ADA issues, review case materials for prep | 3.5 | | 3.5 | $3,150.00 |
| 6/3/2024 | Travel from Settlement conference on ADA issues, draft follow-up correspondence to def counsel | 3.0 | | 3.0 | $2,700.00 |
| 6/4/2024 | Draft/prepare follow-up emails to def counsel re ADA settlement negotiations and case issues; comms w/ co-counsel re same | 1.1 | | 1.1 | $990.00 |
| 6/25/2024 | Review materials re discovery meet/confer, ADA negotiations issues; notes to file | 0.5 | | 0.5 | $450.00 |
| 6/25/2024 | Call w/ loved one of class member re treatment, ADA disability accommodation, and conditions concerns; comms w/ co-counsel re follow-up tasks | 0.5 | | 0.5 | $450.00 |
| 6/28/2024 | Review Defs' redline of ADA joint motion/order; draft/revise letter w/ questions to def counsel re same | 0.7 | | 0.7 | $630.00 |
| 7/1/2024 | Mtg w/ EMA and GCG re prep for ADA settlement conference | 0.8 | 0.3 | 0.5 | $450.00 |
| 7/2/2024 | Prepare for ADA settlement conference; review parties' proposal and comms, and prepare notes for conference | 1.5 | | 1.5 | $1,350.00 |
| 7/3/2024 | Travel to and prep for ADA settlement conference | 4.0 | | 4.0 | $3,600.00 |
| 7/3/2024 | Participate in ADA settlement conference | 3.0 | | 3.0 | $2,700.00 |
| 7/3/2024 | Travel from ADA settlement conference and post-conf case memo, tasks; work on expert report draft | 4.0 | | 4.0 | $3,600.00 |
| 7/7/2024 | Draft/revise ADA settlement proposal; email to co-counsel re same; prep for 7/10 settlement conference | 2.4 | | 2.4 | $2,160.00 |
| 7/8/2024 | Draft/revise ADA settlement proposal and comms w/ co-counsel re same | 0.6 | | 0.6 | $540.00 |
| 7/9/2024 | Prepare for ADA settlement conference; review docs/materials for same | 0.7 | | 0.7 | $630.00 |
| 7/10/2024 | Travel to and prep for ADA settlement conference | 4.0 | 0.3 | 3.7 | $3,330.00 |

Ex. B - 10

| Date | Description | Hours Worked | Discount | Claimed Hours | Claimed amount ($) |
|---|---|---|---|---|---|
| 7/10/2024 | Participate in ADA settlement conference, comms w co-counsel and cty counsel | 7.8 | | 7.8 | $7,020.00 |
| 7/10/2024 | Travel from ADA settlement conference and work on post-conf tasks and comms w/ counsel | 5.0 | | 5.0 | $4,500.00 |
| 7/11/2024 | Follow-up tasks, legal research following ADA settl conference; comms w/ team re same | 0.8 | | 0.8 | $720.00 |
| 7/12/2024 | Comms w/ experts and co-counsel re expert reports, ADA Plan feedback | 0.3 | | 0.3 | $270.00 |
| 7/19/2024 | Review defs' draft revised ADA settlement agreement; emails w/ co-counsel | 0.3 | | 0.3 | $270.00 |
| 7/22/2024 | Review/analyze Defs' revisions to ADA settlement draft; prepare proposed revisions and memo to team re next steps | 1.4 | | 1.4 | $1,260.00 |
| 7/22/2024 | Meeting w/ co-counsel EMA re Defs' revisions to ADA settlement draft and pltfs' counsel positions, next steps | 1.3 | | 1.3 | $1,170.00 |
| 7/23/2024 | Mtg w/ GCG, EMA re ADA settlement negotiations, draft revisions and case strategy | 0.3 | | 0.3 | $270.00 |
| 7/24/2024 | Revise draft passages for ADA settlement provide edits/feedback to co-counsel; emails re same | 0.4 | | 0.4 | $360.00 |
| 7/26/2024 | Meeting w/ def counsel re ADA settlement terms | 1.2 | 0.2 | 1.0 | $900.00 |
| 7/26/2024 | Prepare for meeting w/ def counsel re ADA settlement terms | 0.4 | | 0.4 | $360.00 |
| 7/28/2024 | Research re ADA request/response procedures and notes to co-counsel, related to ADA evidence and settl negotiations | 0.5 | | 0.5 | $450.00 |
| 7/29/2024 | ADA Settlement conference (via Zoom) w/ mag judge | 1.7 | | 1.7 | $1,530.00 |
| 7/29/2024 | Prepare for ADA Settlement conference, comms w/ co-counsel re same | 0.4 | | 0.4 | $360.00 |
| 7/29/2024 | Research re duration and terms of remedial plan/ADA Settlement conference; notes to co-counsel | 0.3 | | 0.3 | $270.00 |
| 7/30/2024 | Review/analyze defs' revisions for ADA settlement draft | 0.3 | | 0.3 | $270.00 |
| 8/8/2024 | Counsel call w/ MJ Leshner re ADA settlement negotiations, planning | 0.3 | | 0.3 | $270.00 |
| 8/16/2024 | Draft/revise ADA settlement document redline; emails w/ co-counsel re same | 1.0 | | 1.0 | $900.00 |
| 8/17/2024 | Draft/revise ADA settlement document redline; emails w/ co-counsel re same | 1.2 | | 1.2 | $1,080.00 |
| 8/23/2024 | Comms w/ co-counsel re ADA plan and next steps | 0.3 | | 0.3 | $270.00 |
| 8/28/2024 | Review Defs' draft revisions to ADA settlement agreement document; notes to file and co-counsel; prepare for meet/confer re same | 0.5 | | 0.5 | $450.00 |
| 8/30/2024 | Call w/ co-counsel MLF re case strategy tasks, key ADA issues in case/negotiations | 0.5 | | 0.5 | $450.00 |
| 8/30/2024 | Review team memos, notes re ADA negotiations + expert reports & summaries; notes to file and comms to co-counsel | 0.7 | | 0.7 | $630.00 |
| 10/2/2024 | Participate in ADA settlement negotiations meet/confer among counsel | 1.5 | 0.3 | 1.2 | $1,080.00 |
| 10/4/2024 | Draft/revise ADA settlement conference agenda and email to def counsel re ADA/disability pop data; prep for settl conference | 0.5 | | 0.5 | $450.00 |
| 10/7/2024 | Review CM correspondence re conditions, ADA accommodation, and related concerns; comms w/ co-counsel re same | 0.3 | | 0.3 | $270.00 |
| 10/7/2024 | Pre-ADA settlement conference meeting w/ Judge Leshner, co-counsel GCG | 0.6 | 0.1 | 0.5 | $450.00 |
| 10/7/2024 | Prepare for ADA settlement conference, review draft settl doc, correspondence, and case materials | 0.4 | | 0.4 | $360.00 |
| 10/8/2024 | Travel to and prepare for ADA Settlement conference; review ADA case materials for same | 3.2 | | 3.2 | $2,880.00 |
| 10/9/2024 | Participate in ADA Settlement Conference; meetings w/ co-counsel re case strategy and priority issues/remedial measures for same | 9.2 | 0.2 | 9.0 | $8,100.00 |
| 10/15/2024 | Review defs' revisions to ADA settlement agreement draft; prepare feedback and comms to co-counsel re same | 1.5 | | 1.5 | $1,350.00 |
| 10/16/2024 | Review ADA negotiations notes and draft agreement in preparation of meet/confer call w/ def counsel re same | 0.4 | | 0.4 | $360.00 |
| 10/16/2024 | All counsel meeting re ADA negotiations and draft settlement agreement (via Zoom) | 0.8 | | 0.8 | $720.00 |
| 10/16/2024 | Review and finalize draft ADA settlement agreement document proposed revisions; comms w/ co-counsel re same | 0.7 | | 0.7 | $630.00 |
| 10/17/2024 | Prepare for ADA settlement conference (.4); call w/ co-counsel EMA re same (.1) | 0.5 | | 0.5 | $450.00 |
| 10/18/2024 | Travel to and prepare for ADA Settlement conference; review ADA case materials and mtg w cocounsel GCG | 3.5 | | 3.5 | $3,150.00 |
| 10/18/2024 | Participate in ADA Settlement Conference; meetings w/ co-counsel re case strategy and ADA remedial provisions | 7.7 | 0.2 | 7.5 | $6,750.00 |

**Ex. B - 11**

| Date | Description | Hours Worked | Discount | Claimed Hours | Claimed amount ($) |
|---|---|---|---|---|---|
| 10/18/2024 | Travel home from ADA Settlement conference; post-conference tasks and notes with attention to compliance provisions | 3.8 | | 3.8 | $3,420.00 |
| 10/21/2024 | Review/respond to team emails re ADA deposition extension stipulation, related ADA discovery/settlement matters | 0.3 | | 0.3 | $270.00 |
| 10/23/2024 | Review Defs' revisions to draft ADA settlement agreement draft document; prepare feedback for same | 0.5 | | 0.5 | $450.00 |
| 10/24/2024 | Review Defs' revisions to draft ADA settlement agreement draft document; prepare feedback for same | 2.2 | | 2.2 | $1,980.00 |
| 10/26/2024 | Research and comms re ADA neutral candidates | 0.4 | | 0.4 | $360.00 |
| 10/28/2024 | Participate in ADA Settlement Conference (via Zoom) | 3.4 | | 3.4 | $3,060.00 |
| 10/30/2024 | Review defs' updated draft ADA settlement agreement, prepare edits/response and comms w/ co-counsel re same | 0.8 | | 0.8 | $720.00 |
| 10/31/2024 | Counsel meet/confer re ADA settlement agreement terms (.4); call w/ co-counsel re unresolved issues and next steps (.4) | 0.8 | 0.4 | 0.4 | $360.00 |
| 10/31/2024 | Research re legal issues for ADA settlement agreement terms; prep for settlement conference | 0.7 | | 0.7 | $630.00 |
| 11/1/2024 | Research re legal issues for ADA settlement agreement terms; prep for settlement conference | 0.3 | | 0.3 | $270.00 |
| 11/4/2024 | Mtg w/ co-counsel EMA and GCG to prep for ADA settlement conference (3); review/analyze drat revisions, comms, and SC prep tasks (.4) | 0.7 | | 0.7 | $630.00 |
| 11/4/2024 | Participate in ADA settlement conference (Zoom) | 2.0 | | 2.0 | $1,800.00 |
| 11/5/2024 | Review and provide additions/edits to memo on ADA settlement negotiations | 0.5 | | 0.5 | $450.00 |
| 11/5/2024 | Call w/ co-counsel EMA re ADA settlement conference prep (.2); prepare for ADA settlement conference and prep/review materials for same (.5) | 0.7 | | 0.7 | $630.00 |
| 11/6/2024 | Call w/ co-counsel EMA re ADA settlement conference prep | 0.1 | | 0.1 | $90.00 |
| 11/6/2024 | Participate in ADA Settlement Conference (Zoom) | 1.0 | | 1.0 | $900.00 |
| 11/12/2024 | Review/analyze Defs' revisions to ADA settlement agreement draft; gather information/research re unresolved issues and memo to co-counsel re same | 0.5 | | 0.5 | $450.00 |
| 11/13/2024 | Participate in ADA Settlement Conference (via Zoom) | 0.7 | | 0.7 | $630.00 |
| 11/14/2024 | Review/respond to emails w/ co-counsel re ADA settlement, fees provision proposal and prep for ADA settlement conference | 0.4 | | 0.4 | $360.00 |
| 11/15/2024 | Review/respond to emails w/ co-counsel re ADA settlement conference | 0.2 | | 0.2 | $180.00 |
| 11/19/2024 | Call w/ co-counsel GCG, EMA re ADA settlement terms; prep for settlement conference on ADA | 0.4 | 0.1 | 0.3 | $270.00 |
| 11/20/2024 | Participate in ADA Settlement Conference | 0.7 | 0.1 | 0.6 | $540.00 |
| 11/20/2024 | Comms w/ team re ADA Settlement terms, next steps | 0.3 | | 0.3 | $270.00 |
| 11/21/2024 | Review and draft/revise draft Joint stipulation re ADA settlement and stay of claim; email to team re same | 0.2 | | 0.2 | $180.00 |
| 11/22/2024 | Emails/comms w/ co-counsel re finalizing ADA settlement document; stipulation re ADA settlement, stay of 3rd COA | 0.3 | | 0.3 | $270.00 |
| 12/5/2024 | Comms w/ ADA expert re remedial plan implementation, neutral assessment role; | 0.5 | | 0.5 | $450.00 |
| 12/10/2024 | Review/draft announcement/public info re ADA settlement | 0.4 | | 0.4 | $360.00 |
| 1/6/2025 | Draft/revise motion for preliminary approval re ADA settlement, class notice | 0.7 | | 0.7 | $630.00 |
| 1/7/2025 | Draft/revise JSR re settlement/case proceedings and review/analyze defs' input to joint motion re settlement of ADA claim; comms w/ co-counsel re same | 1.5 | | 1.5 | $1,350.00 |
| 1/8/2025 | Emails w/ co-counsel re ADA settlement joint motion and class notice, ADA fees application | 0.3 | | 0.3 | $270.00 |
| 1/10/2025 | Review draft ADA settlement preliminary approval motion pleadings; conduct research and provide materials/edits to co-counsel for same | 0.6 | | 0.6 | $540.00 |
| 1/13/2025 | Review/respond to team emails re ADA policy neutral for settlement implementation process | 0.2 | | 0.2 | $180.00 |
| 1/14/2025 | Review/respond to emails and conduct research re ADA policies/practices neutral | 0.3 | | 0.3 | $270.00 |
| | **Totals** | **221.2** | **4.5** | **216.7** | **$195,030.00** |

Hourly Rate:  $900

**Ex. B - 12**

# Exhibit C

| Date | Description | Hours Worked | Discount | Claimed Hours | Claimed amount ($) |
|---|---|---|---|---|---|
| 11/7/2024 | Review and compile attorney's fees logs/information for ADA cause of action, settlement of same | 1.5 | | 1.5 | $1,350.00 |
| 12/3/2024 | Prepare Fees/Costs for ADA Claim/Cause of Action 3 | 2.5 | | 2.5 | $2,250.00 |
| 12/4/2024 | Prepare Fees/Costs for ADA Claim/Cause of Action 3; comms w/ co-counsel re sa | 0.8 | | 0.8 | $720.00 |
| 1/10/2025 | Review/analyze and update billing records for ADA interim fees application (.4); call w/ co-counsel VS re same (.2) | 0.6 | | 0.6 | $540.00 |
| | **Totals** | **5.4** | **0.0** | **5.4** | **$4,860.00** |

**Hourly Rate:  $900**

**Ex. C - 14**

# Exhibit D

| Date | Description | Expense | Supporting Documentation Pages |
|---|---|---|---|
| 1/28/2022 | Printing costs, Jail policies/procedures (ADA/Disability/MH) | $34.92 | 1-2 |
| 5/9/2023 | Flights to/from SAN for 5/24 ENE/Status Conference on ADA issues | $207.97 | 3-4 |
| 5/16/2023 | Flight fee to SAN for 5/24 ENE/Status Conference on ADA issues | $29.99 | 5-6 |
| 5/23/2023 | OAK airport parking - Trip to SD for client meeting and CMC/ENE at SD Cal. (ADA/Disability) | $19.00 | 7-8 |
| 5/24/2023 | Lunch-trip to SD for client meeting (ADA/Disability), case mgmt conference | $11.74 | 58 |
| 5/24/2023 | Lyft to George Bailey -Trip to SD for client meeting (ADA/Disability), case mgmt conference | $49.99 | 9 |
| 5/24/2023 | Flight fee from SAN for 5/24 ENE/Status Conference on ADA issues | $150.00 | 10-11 |
| 5/24/2023 | Dinner - trip to SD for client meeting (ADA/Disability), case mgmt conference | $34.24 | 58 |
| 10/27/2023 | Flights to/from SD for Nov 6 discovery conference and ENE on ADA/Disability claim | $337.97 | 12-13 |
| 11/6/2023 | Parking at OAK airport (discovery conference & ENE re ADA/Disability) | $21.00 | 14-15 |
| 11/6/2023 | Breakfast  (discovery conference & ENE re ADA/Disability) | $15.64 | 16 |
| 2/29/2024 | Flights to/from SD for March 6 ADA settlement conference & status conference | $643.97 | 17-18 |
| 3/6/2024 | Lyft from SAN to court - ADA settlement conference & status conference | $28.50 | 19-21 |
| 3/6/2024 | Breakfast/Lunch - ADA settlement conference & status conference | $24.22 | 58 |
| 3/6/2024 | Lyft from court to airport - March 6 ADA settlement conference & status conference | $16.99 | 22 |
| 3/6/2024 | OAK Airport parking - March 6 settlement conference & status conference | $19.00 | 23 |
| 5/16/2024 | Flights to/from SD for Jun 3 ADA settlement conference, discovery hearing | $289.97 | 24-25 |
| 5/24/2024 | Flight change fee - Travel, ADA Settlement Conference | $29.99 | 26 |
| 6/2/2024 | Parking @ OAK - Travel, ADA Settlement Conference | $23.00 | 27-29 |
| 6/3/2024 | Dinner - Travel, ADA Settlement Conference | $30.44 | 30 |
| 6/4/2024 | Flights - Travel, ADA Settlement Conference (July 3) | $471.96 | 31-32 |
| 7/2/2024 | Parking @ OAK - Travel, ADA Settlement Conference #2 | $23.00 | 33-35 |
| 7/3/2024 | Breakfast - Travel, ADA Settlement Conference | $17.29 | 58 |
| 7/4/2024 | Flight from SAN, ADA settlement conference (July 10) | $326.98 | 36-37 |
| 7/4/2024 | Flight to SAN, ADA settlement conference (July 10) | $217.08 | 38-39 |
| 7/10/2024 | Uber to SFO - Travel, ADA Settlement Conference | $67.77 | 40-41 |
| 7/10/2024 | Breakfast - Travel, ADA Settlement Conference | $8.37 | 42-43 |
| 7/10/2024 | Lyft from OAK - Travel, ADA Settlement Conference | $51.58 | 44 |
| 7/29/2024 | Plane tickets, ADA Settlement Conference (Aug 16) | $262.96 | 45-46 |
| 9/9/2024 | Plane tickets, ADA Settlement Conference (Oct 9) | $115.66 | 47-48 |
| 10/8/2024 | Lyft from SAN Airport to hotel (ADA Settlement conference) | $29.70 | 49 |
| 10/9/2024 | Hotel (one night, ADA Settlement conference) | $261.34 | 50 |
| 10/9/2024 | Breakfast (ADA Settlement conference) | $5.25 | 58 |
| 10/10/2024 | Plane tix - SD Jail ADA Settlement conference 10/18 | $385.96 | 51-52 |
| 10/10/2024 | Parking at OAK Airport (ADA Settlement Conf) | $39.00 | 58 |
| 10/17/2024 | Parking at OAK Airport (ADA Settlement Conference 10/18) | $22.00 | 53 |
| 10/18/2024 | Breakfast (ADA Settlement conference) | $14.66 | 54-55 |
| 10/18/2024 | Lyft from SAN Airport to court (ADA Settlement conference) | $29.70 | 56 |
| 10/18/2024 | Dinner (ADA Settlement conference) | $26.06 | 57 |
| | **TOTAL** | **$4,394.86** | |

**Ex. D - 16**

| | |
|---|---|
| **From:** | Copy Central Shattuck Commons via Square |
| **To:** | ajf@aaronfischerlaw.com |
| **Subject:** | Receipt from Copy Central Shattuck Commons |
| **Date:** | Friday, January 28, 2022 5:37:58 PM |

Square automatically sends receipts to the email address you used at any Square seller. Learn more



Copy Central Shattuck Commons

Let Copy Central Shattuck Commons know how your experience was

Positive        Negative

$34.92

| Express × 186 | $27.90 |
|---|---|
| 8.5x11 B&W Express | |
| Reg Price | ~~$37.20~~ |
| Discount: Express Discount (Ltr) | -$9.30 |
| **Drilling × 93** | **$2.79** |
| paper, per sheet | |
| **File Setup × 1** | **$1.00** |
| Express File Print | |
| Envlp Print 2 cents off at 1000 | -$0.02 |
| Purchase Subtotal | $31.67 |
| Berkeley Tax (10.25%) | $3.25 |



Total                                          **$34.92**

Copy Central Shattuck Commons
510-549-2561

MasterCard ▉ (Chip)          Jan 28 2022 at 5:32 PM
                                                      #Tnzo
AARON FISCHER                          Auth code: 07126J

AID: A0000000041010

Signature Verified

**Receipt Settings**

Not your receipt?    Turn off automatic receipts
Manage preferences

© 2022 Block, Inc. Privacy Policy
1455 Market Street, Suite 600
San Francisco, CA 94103

**Ex. D - 18**

Hi, Aaron  60,603 points  **My Account**  |  **Log out**    Español 

 **Southwest**

FLIGHT | HOTEL | CAR | VACATIONS    **SPECIAL OFFERS**    **RAPID REWARDS**®    🔍

# Thanks for flying with us!

✓ Price    ✓ Payment    ✓ Confirmation

## ✓ Your flight is booked!

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
ajf@aaronfischerlaw.com

## Trip summary

🖨 Print

### ✈ Flight

CONFIRMATION #

██████████████████

**MAY 24**
## OAK ✈ SAN

**FLIGHT TOTAL**
## $207.97

🚗 Add a car      Add a hotel



The perfect stay is moments away

**Book now. Pay later!**
From **$71.24**\*/day in
San Diego

*Taxes and fees excl. Terms apply.

[ Book now ]

**WHERE ARE YOU HEADED?**
San Diego

**CHECK-IN**  05/24/2023 📅    **CHECK-OUT**  05/24/2023 📅

Search 🔎

 VISA

# Earn 50,000 points.

Learn more ›

The account information is only an estimate for a specific point in time. Please reference your Rapid Rewards® account for the most up-to-date information.

| | |
|---|---|
| Your current balance: | 60,603 |
| +50,000 points: | 50,000 |
| **Estimated total points:** | **111,599** |

## 5/24 - San Diego



💻 **100% free inflight entertainment\* — all on your devices.**    [ Learn more ]

*Download the Southwest app to view movies and on-demand content. Inflight messaging only allows access to iMessage and WhatsApp. Apps must be downloaded before the flight.

**MAY 24**
## Oakland, CA *to* San Diego, CA

**Confirmation #** ████████

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|

**Ex. D - 19**



| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| Aaron Fischer | + 996 PTS | — | Wanna Get Away |

Edit Known Traveler # / Redress #   ›
Special Assistance   ›

**$ Transfarency®: Defined**
Low fares. Nothing to hide. ☑

**⇄ Change fees don't fly with us**
Flexibility for your travel plans. ☑

🌅 **Add EarlyBird Check-In®**

## Departing   5/24/23 Wednesday

**Wanna Get Away** $82.87
*(Passenger x1)*

✈ DEPARTS **8:45** AM   **OAK**
Oakland, CA - OAK

**FLIGHT**
**1227** 🛜 + 📺

**SCHEDULED AIRCRAFT**
Boeing 737-700
*Subject to change*

*Nonstop*

✈ ARRIVES **10:10** AM   **SAN**
San Diego, CA - SAN

**TRAVEL TIME**
1hr 25min

**SUBTOTAL**
$**82.87**

## Returning   5/24/23 Wednesday

**Wanna Get Away** $82.87
*(Passenger x1)*

✈ DEPARTS **5:45** PM   **SAN**
San Diego, CA - SAN

**FLIGHT**
**1966** 🛜 + 📺

**SCHEDULED AIRCRAFT**
Boeing 737 MAX8
*Subject to change*

*Nonstop*

✈ ARRIVES **7:15** PM   **OAK**
Oakland, CA - OAK

**TRAVEL TIME**
1hr 30min

**SUBTOTAL**
$**82.87**

Taxes & fees   $42.23

**Flight total**   $**207.97**

**Icon legend**

🛜 WiFi available     📺 Live TV available

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ award travel reservations: if you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your award travel reservation. For Anytime or Business Select® award travel reservation: the points used for booking will continue to be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with your award travel reservation will be converted into a flight credit for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- **REAL ID Requirement:** Do you have a REAL ID? Beginning May 7, 2025, you will need a state-issued REAL ID compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding REAL ID requirement.

**Ex. D - 20**

**Aaron Fischer**

| | |
|---|---|
| **From:** | Southwest Airlines <southwestairlines@ifly.southwest.com> on behalf of Southwest Airlines |
| **Sent:** | Tuesday, May 16, 2023 4:33 PM |
| **To:** | ajf@aaronfischerlaw.com |
| **Subject:** | Aaron Fischer's 05/24 San Diego trip ▮▮▮▮): Your change is confirmed. |

Here's your updated itinerary and trip receipt.


 **Southwest**    **Manage Flight** | **Flight Status** | **My Account**

 ## Hi Aaron,

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt. See you onboard soon!

**MAY 24 - MAY 24**

# OAK ✈ SAN

Oakland to San Diego

Confirmation ▮▮▮▮▮                    Confirmation date: 05/16/2023

**PASSENGER**        Aaron Fischer
RAPID REWARDS #      ▮▮▮▮
TICKET #             ▮▮▮▮
EST. POINTS EARNED   1,163

Rapid Rewards® points are only estimations.

# Your itinerary

| **Flight 1:** Wednesday, 05/24/2023 | **Est. Travel Time: 1h 35m** | Wanna Get Away® |
|---|---|---|
| FLIGHT # 2172 | **DEPARTS** **OAK 06:30**AM Oakland | **ARRIVES** **SAN 08:05**AM San Diego |

| **Flight 2:** Wednesday, 05/24/2023 | **Est. Travel Time: 1h 30m** | Wanna Get Away® |

1

**Ex. D - 21**

| FLIGHT # 1966 | **DEPARTS** **SAN 05:45**PM San Diego |  | **ARRIVES** **OAK 07:15**PM Oakland |
| --- | --- | --- | --- |

## Payment information

| **Total cost** | | |
| --- | --- | --- |
| **Air -** ▓▓▓▓ | | |
| Base Fare | $ | 193.64 |
| U.S. Transportation Tax | $ | 14.52 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| U.S. Flight Segment Tax | $ | 9.60 |
| **Total** | **$** | **237.96** |

| **Payment** |
| --- |
| Mastercard ending in ▓▓▓▓ |
| Date: May 16, 2023 |
| **Payment Amount: $29.99** |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262454865816

## All your perks, all in one place. (Plus a few reminders.)

 **Wanna Get Away® fare:** Your two bags fly free®², no change³ or cancel⁴ fees, and 6X Rapid Rewards® points. Learn more.

 Make sure you know when to arrive at your airport. Times vary by city.

 If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a flight credit.⁶ If you don't cancel your reservation in time, your funds will be forfeited.

## Prepare for takeoff

**Use our app to make changes to your trip, get a boarding pass, & more.**



 

 **Don't miss out on automatic check-in**

**Ex. D - 22**

 Gmail

**Aaron Fischer <aaronjfischer23@gmail.com>**

---

## Your Parking Confirmation - OAK Daily Parking Lot
1 message

**Oakland International Airport** <noreply@oaklandairport.com>       Tue, May 23, 2023 at 8:20 PM
To: aaronjfischer23@gmail.com



### Reservation Confirmation

Hi Aaron,

Thank you for reserving parking in the Daily Parking Lot at Oakland International Airport. Click for directions.

**Do not take a ticket when you arrive. Please save this email and review scan guide below.**

Changes and cancellations must be made here at least 4 hours ahead of your reservation entry time.









---

Your Reservation

Reference Number:   OWD222558

Parking Location:    Daily Parking

Entry:    05/24/2023 at 05:00 AM

Exit:    05/24/2023 at 11:30 PM

Booking date:    05/23/2023 at 08:19 PM

Total:    $ 19.00

Card:

---

If you have any questions, don't hesitate to call us at 510-563-3200.

To enter and exit, scan the QR code at the top of this email. For easy scanning, turn the **brightness to 100% and hold phone horizontally**, as shown below. If you have any trouble, watch this step-by-step video or press the HELP button.



Thanks for parking with us. We hope you enjoy your trip!

See you soon,
Oakland International Airport

Manage Reservation

© 2022 Oakland Airport. All rights reserved

Privacy Policy

**Ex. D – 24**

| From: | no-reply@lyftmail.com on behalf of Lyft Receipts |
| To: | ajf@aaronfischerlaw.com |
| Subject: | Your ride with Gerald on May 24 |
| Date: | Thursday, May 25, 2023 8:57:40 AM |



**MAY 24, 2023 AT 8:16 AM**

# Thanks for riding with Gerald!

100% of tips go to drivers. Add a tip

| | |
|---|---|
| Lyft fare (28.81mi, 35m 53s) | $39.74 |
| Service Fee, includes a $0.50 Lyft California Driver Benefits Fee | $4.25 |
| Tip | $6.00 |

 MasterCard *▉▉▉▉    **$49.99**

The fare above includes any other Fees and Other Charges, as applicable.

**From:** Southwest Airlines
**To:** ajf@aaronfischerlaw.com
**Subject:** Aaron Fischer"s 05/24 Oakland trip (█████): Your change is confirmed.
**Date:** Wednesday, May 24, 2023 4:39:17 PM

Here's your updated itinerary and trip receipt.
View our mobile site | View in browser

## Southwest Airlines



Manage Flight | Flight Status | My Account

# Hi Aaron,

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt. See you onboard soon!

**MAY 24**

# SAN ⊡ OAK

San Diego to Oakland

Confirmation #  ████████          Confirmation date: 05/24/2023

**PASSENGER**      **Aaron Fischer**
RAPID REWARDS #   ████████
TICKET #          ████████0
EST. POINTS EARNED  1,163

Rapid Rewards® points are only estimations.

## Your itinerary

| **Flight:** Wednesday, 05/24/2023 | Est. Travel Time: **1h 35m** | Wanna Get Away® |
|---|---|---|
| | **DEPARTS** | **ARRIVES** |
| **FLIGHT** | | |

# 0578    **SAN 07:00**PM        **OAK 08:35**PM
San Diego        Oakland

## Payment information

| Total cost | | |
|---|---|---|
| Air - █████████ | | |
| Base Fare | $ | 333.17 |
| U.S. Transportation Tax | $ | 24.99 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| U.S. Flight Segment Tax | $ | 9.60 |
| **Total** | **$** | **387.96** |

| Payment |
|---|
| Mastercard ending █████ |
| Date: May 24, 2023 |
| **Payment Amount: $150.00** |
| ████████████████ |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number is: 5262457674270

## All your perks, all in one place. (Plus a few reminders.)

**Wanna Get Away® fare:** Your two bags fly free®[2], no change[3] or cancel[4] fees, and 6X Rapid Rewards® points. Learn more.

Make sure you know when to arrive at your airport. Times vary by city.

If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a flight credit.[6] If you don't cancel your reservation in time, your funds will be forfeited.

## Prepare for takeoff

## Use our app to make changes to your trip, get a boarding pass, & more.



**From:** Southwest Airlines
**To:** ajf@aaronfischerlaw.com
**Subject:** You"re going to San Diego on 11/06 ▮)!
**Date:** Friday, October 27, 2023 5:40:17 PM

Here's your itinerary & receipt. See ya soon!
View our mobile site | View in browser

## Southwest Airlines

Manage Flight | Flight Status | My Account

### Hi Aaron,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**NOVEMBER 6 - NOVEMBER 6**

# OAK 🔄 SAN

Oakland to San Diego

Confirmation # ▮▮▮                              Confirmation date: 10/27/2023

**PASSENGER**         **Aaron Fischer**
RAPID REWARDS #     ▮▮▮
TICKET #            ▮▮▮
EST. POINTS EARNED  1,554

Rapid Rewards® points are only estimations.

## Your itinerary

| **Flight 1:** Monday, 11/06/2023 | Est. Travel Time: **1h 30m** | Wanna Get Away® |
|---|---|---|

|  | **DEPARTS** | **ARRIVES** |
|---|---|---|
| **FLIGHT** | AM | AM |

**Ex. D - 28**



| # 1198 | **OAK 06:40** | | **SAN 08:10** |
| | Oakland | | San Diego |

**Flight 2:** Monday, 11/06/2023    Est. Travel Time: 1h 35m    Wanna Get Away®

| | DEPARTS | | ARRIVES |
| FLIGHT # 1869 | **SAN 03:10**PM | | **OAK 04:45**PM |
| | San Diego | | Oakland |

## Payment information

| Total cost | | |
| --- | --- | --- |
| **Air -** ▮▮▮▮ | | |
| Base Fare | $ | 258.76 |
| U.S. Transportation Tax | $ | 19.41 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Flight Segment Tax | $ | 9.60 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| EarlyBird | $ | 30.00 |
| **Total** | **$** | **337.97** |

**Payment**

Fare rules: If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number is: 5262218184391

## All your perks, all in one place. (Plus a few reminders.)



**Wanna Get Away® fare:** Your two bags fly free®, no change or cancel fees, and 6X Rapid Rewards® points. **NEW** ◆ Free same-day standby (taxes and fees may apply). Learn more.

Make sure you know when to arrive at your airport. Times vary by city.

If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a flight credit. If you don't cancel your reservation in time, your funds will be forfeited.

## Prepare for takeoff

**Ex. D - 29**

## Aaron Fischer

| | |
|---|---|
| **From:** | Oakland International Airport <noreply@oaklandairport.com> on behalf of Oakland International Airport |
| **Sent:** | Sunday, November 5, 2023 8:03 PM |
| **To:** | ajf@aaronfischerlaw.com |
| **Subject:** | Your Parking Confirmation - OAK Daily Parking Lot |



### Reservation Confirmation

Hi Aaron,

Thank you for reserving parking in the Daily Parking Lot at Oakland International Airport. Click for directions.

**Do not take a ticket when you arrive. Please save this email and review scan guide below.**

Changes and cancellations must be made here at least 4 hours ahead of your reservation entry time.





### Your Reservation

| | |
|---|---|
| Reference Number: | OWD300860 |
| Parking Location: | Daily Parking |
| Entry: | 11/06/2023 at 05:00 AM |

**Ex. D - 30**

| | |
|---|---|
| Exit: | 11/06/2023 at 07:30 PM |
| Booking date: | 11/05/2023 at 08:02 PM |
| Total: | $ 21.00 |
| Card: | ***********■■■■ |

If you have any questions, don't hesitate to call us at 510-563-3200.

To enter and exit, scan the QR code at the top of this email. For easy scanning, turn the **brightness to 100% and hold phone horizontally**, as shown below. If you have any trouble, watch this step-by-step video or press the HELP button.



Thanks for parking with us. We hope you enjoy your trip!

See you soon,
Oakland International Airport

**Manage Reservation**

© 2022 Oakland Airport. All rights reserved

Privacy Policy

**Ex. D - 31**



OAKLANDISH
coffee collective

Oaklandish Coffee Collective
1 Airport Dr
Oakland, CA 94621

Server: Anita L
Check #118                           Eric
Guest Count: 1
Ordered:              11/6/23 6:11 AM

1 BLUEBERRY MUFFIN              $5.45
1 16oz LATTE                    $6.30
 Oat Milk                       $0.90
 Extra Hot
5% Emp Benefit Surcharge (5.00%) $0.63

Subtotal                       $13.28
Tax                             $1.36
Tip                             $1.00
Total                          $15.64

Input Type
MASTERCARD

Transaction Type                  Sale
Authorization                 Approved
Approval Code                   04039E
Payment ID              K9LhxswTTPfR
Application ID         A0000000041010
Application Label           MASTERCARD
Terminal ID           e87e7aaf79be215f
Card Reader                      BBPOS

Effective September 2021, a 5% Airport EE
Benefits Surcharge
will apply to all pre-tax food and
beverage purchases.

**Ex. D - 32**

Hi, Aaron  24,787 points   My Account  |  Log out     Español

 **Southwest**

FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS®     🔍

# Thanks for flying with us!

## Trip summary



✈ **Flight**

**MAR 6**
**OAK** ✈ **SAN**

**FLIGHT TOTAL**
**$643.97**

---

### 3/6 - San Diego

**MAR 6**
# Oakland, CA *to* San Diego, CA

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| Aaron Fischer | + 3,260ᴾᵀˢ | | Wanna Get Away |



| **Departing** 3/6/24 Wednesday | | | **Wanna Get Away** *(Passenger x1)* | **$271.52** |
|---|---|---|---|---|
| ✈ DEPARTS | **6:20** AM | **OAK** Oakland, CA - OAK | **FLIGHT 2547** 📶 + 🔋 SCHEDULED AIRCRAFT Boeing 737-800 *Subject to change* | **EarlyBird Check-In®** *(One-way trip x1)* $15.00 |
| | *Nonstop* | | | |
| ✈ ARRIVES | **7:45** AM | **SAN** San Diego, CA - SAN | **TRAVEL TIME 1hr 25min** | **SUBTOTAL** **$286.52** |

**Ex. D - 33**



## Returning  3/6/24 Wednesday

**Wanna Get Away**  $271.52
*(Passenger x1)*

✈ DEPARTS  **3:35** PM  **SAN**
San Diego, CA - SAN

FLIGHT
**246** 📶 + ▣

SCHEDULED AIRCRAFT
Boeing 737-700
*Subject to change*

**EarlyBird Check-In®**  $15.00
*(One-way trip x1)*

*Nonstop*

✈ ARRIVES  **5:10** PM  **OAK**
Oakland, CA - OAK

TRAVEL TIME
**1hr 35min**

SUBTOTAL
$ **286.52**

Taxes & fees  $70.93

**Flight total**  $ **643.97**

### Icon legend

 WiFi available     Live TV available    👜 EarlyBird Check-In®

### Helpful information:

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any ta es and fees associated with your reward travel reservation For Anytime or Business Select® reward travel reservations the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account
- REAL ID Requirement: Do you have a REAL ID? Beginning May 7, 2025, you will need a state-issued REAL ID compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding REAL ID requirement.

## Payment summary



| PAYMENT INFORMATION | | AMOUNT PAID |
|---|---|---|
| 💳 ▮▮▮▮ | CARD HOLDER **Aaron fischer** | |
| | BILLING ADDRESS ▮▮▮▮ | $ **643.97** |

## Total charged

| | |
|---|---|
| SUBTOTAL | $ 573.04 |
| TAXES & FEES | $ 70.93 |
| **TOTAL DOLLARS** | $ **643.97** |

Show price breakdown

From: **Oakland International Airport**
To: **ajf@aaronfischerlaw.com**
Subject: **Parking Confirmation - OAK Daily Parking Lot**
Date: **Tuesday, March 5, 2024 7:20:13 AM**



Hi Aaron,

Thank you for reserving parking in the Daily Lot at Oakland International Airport.

Do not take a ticket when you arrive. Please save this email and review the

guidance below. Changes and cancellations must be made at least 4 hours ahead

of your reservation entry time using the Manage Reservation Button below.

**Ex. D - 35**



FAQ    Directions    Manage Reservation

If you have any questions, don't hesitate to call us at **510-563-3200.**

## Scanning Tips

QR code

To enter and exit, scan the QR code at the top of this email. For easy scanning, lock your screen orientation and turn brightness to 100%.

Hold your phone horizontally with the screen facing up. Don't hesitate to press the HELP button at the top of the machine.

phone orientation

Scanning Guide Video

## Your Reservation

| | |
|---|---|
| **Reference Number** | OWD361310 |
| **Parking Location** | Daily |
| **Entry** | 03/06/2024 at 05:00 AM |
| **Exit** | 03/06/2024 at 09:30 PM |
| **Booking Date** | 03/05/2024 at 07:19 AM |

**Ex. D - 36**

**Total**            $19.00
**Card**             ▮▮▮

*Changes and cancellations must be made at least 4 hours ahead of your reservation entry time*

Thanks for parking with us. We hope you enjoy your trip!

See you soon,

Oakland International Airport

**Manage Reservation  • Contact Us  • Directions  • Privacy Policy**

**Terms and Conditions  • Frequently Asked Questions**

© 2024 Oakland Airport. All rights reserved

**Ex. D - 37**

| From: | no-reply@lyftmail.com on behalf of Lyft Receipts |
|---|---|
| To: | ajf@aaronfischerlaw.com |
| Subject: | Your ride with Briseida on March 6 |
| Date: | Thursday, March 7, 2024 8:42:07 AM |



**MARCH 6, 2024 AT 1:30 PM**

# Thanks for riding with Briseida!

100% of tips go to drivers. Add a tip

| | |
|---|---|
| Lyft fare (2.65mi, 8m 38s) | $9.69 |
| Service Fee, includes a $0.50 Lyft California Driver Benefits Fee | $4.30 |
| Tip | $3.00 |

 MasterCard *■■■■  **$16.99**

The fare above includes any other Fees and Other Charges, as applicable.

**Ex. D - 38**

| From: | no-reply@lyftmail.com on behalf of Lyft Receipts |
| To: | ajf@aaronfischerlaw.com |
| Subject: | Your ride with Armando on March 6 |
| Date: | Wednesday, March 6, 2024 8:17:17 AM |



**MARCH 6, 2024 AT 7:57 AM**

# Thanks for riding with Armando!

100% of tips go to drivers. <u>Add a tip</u>

| | |
|---|---|
| Lyft fare (2.73mi, 8m 55s) | $19.30 |
| Service Fee, includes a $0.50 Lyft California Driver Benefits Fee | $4.45 |
| Tip | $4.75 |

---

 MasterCard ██████          **$28.50**

The fare above includes any other Fees and Other Charges, <u>as applicable.</u>

**Ex. D - 39**

**From:** Southwest Airlines
**To:** ajf@aaronfischerlaw.com
**Subject:** You"re going to San Diego on 06/03 (███████)!
**Date:** Thursday, May 16, 2024 4:41:45 PM

Here's your itinerary & receipt. See ya soon!

View our mobile site | View in browser

## Southwest Airlines



**Manage Flight | Flight Status | My Account**

### Hi Aaron,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**JUNE 3 - JUNE 3**

# OAK 🔲 SAN

Oakland to San Diego

Confirmation # ███████████         Confirmation date: 05/16/2024

**PASSENGER**         **Aaron Fischer**

RAPID REWARDS #      ████████

TICKET #             █████████

EST. POINTS EARNED   1,284

Rapid Rewards® points are only estimations. Cash + Points bookings will not earn Rapid Rewards points, tier qualifying points for A-List or A-List preferred status or Companion Pass qualifying points.

# Your itinerary

**Flight 1:**  Monday, 06/03/2024    Est. Travel Time: **1h 35m**    Wanna Get Away®

|  | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT |  |  |

**Ex. D - 40**



**# 3413**   **OAK 07:50**AM       **SAN 09:25**AM
Oakland                            San Diego

**Flight 2:** Monday, 06/03/2024    Est. Travel Time: 1h 30m    Wanna Get Away®

**FLIGHT** | **DEPARTS** | **ARRIVES**
**# 0155** | **SAN 05:25**PM | **OAK 06:55**PM
| San Diego | Oakland

## Payment information



| Total cost | | |
|---|---|---|
| **Air -** ▮▮▮▮ | | |
| Base Fare | $ | 213.74 |
| U.S. Transportation Tax | $ | 16.03 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Flight Segment Tax | $ | 10.00 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| EarlyBird | $ | 30.00 |
| **Total** | **$** | **289.97** |

| Payment |
|---|

Fare rules: If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number : 5262294672339

## All your perks, all in one place. (Plus a few reminders.)



**Wanna Get Away® fare:** Your two bags fly free®, no change or cancel fees, and 6X Rapid Rewards® points. **NEW** ◆ Free same-day standby (taxes and fees may apply). Learn more.

Make sure you know when to arrive at your airport. Times vary by city.

If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a flight credit. If you don't cancel your reservation in time, your funds will be forfeited.

## Prepare for takeoff

## Use our app to make changes to

**Ex. D - 41**



Hi, Aaron  19,355 points   My Account  |  Log out    Español 🌐

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®   🔍

# Change flight: Step 5 of 5

| ✓ | ✓ | ✓ | ✓ | ✓ |
|---|---|---|---|---|
| Change | Select flights | Price | Review | Confirmation |

## ⊘ Your change is complete! No need to call to confirm.

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
**ajf@aaronfischerlaw.com**

## Trip summary

 **Flight**



| **6/3** Monday | **OAK** 6:00 AM | ✈ | **SAN** 7:30 AM |
|---|---|---|---|
| RETURN **6/3** Monday | **SAN** 5:25 PM | ✈ | **OAK** 6:55 PM |

**PASSENGERS**
**Aaron Fischer**
See more passenger details ❯

AMOUNT PAID
**$29.99**

[ **Go to My Account** ]

 **There was no fee to change your flight today.**

It's our way of saying thank you...today, and everyday.

---

## 6/3 - San Diego

JUN 3
# Oakland, CA *to* San Diego, CA

**Confirmation #** ▮▮▮▮▮▮

| PASSENGERS | EXTRAS | FARE |
|---|---|---|
| **Aaron Fischer** Rapid Rewards® Acct # 626107926 Known Traveler # On file | 🌅 | Wanna Get Away |


**From:** Park OAK
**To:** ajf@aaronfischerlaw.com
**Subject:** Parking Confirmation - OAK DAILY Parking Lot
**Date:** Sunday, June 2, 2024 6:09:17 AM



Hi Aaron,

Thank you for reserving parking in the DAILY Lot at San Francisco Bay Oakland International Airport. Do not take a ticket when you arrive. Please save this email and review the guidance below. Changes and cancellations must be made at least 4 hours ahead of your reservation entry time using the Manage Reservation Button below.



If you have any questions, don't hesitate to call us at **510-563-3200**.



## Your Reservation

| | |
|---|---|
| **Reference Number** | OWD411684 |
| **Parking Location** | DAILY |
| **Entry** | 06/03/2024 at 04:30 AM |
| **Exit** | 06/03/2024 at 10:00 PM |
| **Booking Date** | 06/02/2024 at 06:08 AM |

**Total**          $23.00
**Card**

*Changes and cancellations must be made at least 4 hours ahead of your reservation entry time*

Thanks for parking with us. We hope you enjoy your trip!

See you soon,

San Francisco Bay Oakland International Airport

**Manage Reservation  • Contact Us  • Directions  • Privacy Policy**

**Terms and Conditions  • Frequently Asked Questions**

© 2024 San Francsico Bay Oakland International Airport. All rights reserved

**Ex. D - 45**



SSP America
Pacifica Restaurant
San Diego Int'l. Airport

609934 Emerson

Tbl 401/1        Chk 1686        Gst  1
        Jun03'24 05:41PM

Eat  In
1 Power Veggie Sal          14.95
    Schicken                 5.50

Subtotal                    20.45
Tax                          1.58
EMP BEN                      0.41
05:30PM Total               22.44

LOCATION: 6251394

Customer Care 1-888-310-0583

---

SSP America
PACIFICA RESTAURANT T1W
SAN Int'l. Airport
San Diego CA 92101
1-888-310-0583

** TRANSACTION RECORD **
Tran. #: 715
Lookup #: 0071588553044
RVC: SAN PACIFICA T1W
Table #: 401
Check #: 1686
Group #: 1
Employee #: 609934
Employee: Emerson

MasterCard Purchase
XXXXXXXXXXXX     P
AID: A000000     010
App Name: CAPITAL ONE

Amount     $22.44
Tip      $8.00
=========
TOTAL USDS30.44

APPROVED 03643P
00-AA (001) 03643P
ESAN06CS52/ESAN06CC52
G04013121
06/03/2024     6:31:21 PM
Mode: Issuer
TAD:
0110A04001220000000000-
000000000000FF
TVR: 0000008001
TSI: E800

No signature required

Customer Copy

THANK YOU
Come Again



A-List    *Hi, Aaron*  32,675 points    **My Account  |  Log out**    Español 🌐

# Southwest®

**FLIGHT | HOTEL | CAR | VACATIONS | CRUISES**    **SPECIAL OFFERS**    **RAPID REWARDS®**    🔍

## My Account

Trips        Rapid Rewards        Payment        Profile

ℹ️ Southwest's transformational journey: **See what's new, next, and coming soon.**

---

### Hi, Aaron

███████████

A-List through 12/31/2025

███████████████████████████████

---

## Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

| JUN 03 2024 | **Oakland, CA to San Diego, CA** |
|---|---|
| | **Confirmation** ████████ |

### Summary

**PASSENGER**
**Aaron Fischer**

**POINTS EARNED**                 **FARE TOTAL**
**+2,466PTS**                     **$471.96**

### Pricing Details

TAXES & FEES                             $0.00

---

**Ex. D - 47**

ROUTING

**OAK to SAN**

DATE

**1/24/2025**

FARE TYPE

**Wanna Get Away**

POINTS EARNED

**+809PTS**

FARE

**$134.77**

ROUTING

**SAN to OAK**

DATE

**6/3/2024**

FARE TYPE

**Wanna Get Away**

POINTS EARNED

**+1,657PTS**

FARE

**$276.17**

| TAXES & FEES ⓘ | $61.02 |
|---|---|
| **TOTAL** | **$471.96** |
| **TOTAL POINTS EARNED** | **+2,466PTS** |

Where's my inflight total? ⧉

**Rebook Flight**

🖶 **Print**

**From:** Park OAK
**To:** ajf@aaronfischerlaw.com
**Subject:** Parking Confirmation - OAK DAILY Parking Lot
**Date:** Tuesday, July 2, 2024 5:09:12 PM



Hi Aaron,

Thank you for reserving parking in the DAILY Lot at San Francisco Bay Oakland International Airport. Do not take a ticket when you arrive. Please save this email and review the guidance below. Changes and cancellations must be made at least 4 hours ahead of your reservation entry time using the Manage Reservation Button below.



If you have any questions, don't hesitate to call us at **510-563-3200.**



## Your Reservation

| | |
|---|---|
| **Reference Number** | OWD429157 |
| **Parking Location** | DAILY |
| **Entry** | 07/03/2024 at 04:30 AM |
| **Exit** | 07/03/2024 at 05:30 PM |
| **Booking Date** | 07/02/2024 at 05:08 PM |

**Ex. D - 50**

**Total**          $23.00
**Card**

*Changes and cancellations must be made at least 4 hours ahead of your
reservation entry time*

Thanks for parking with us. We hope you enjoy your trip!

See you soon,

San Francisco Bay Oakland International Airport

**Manage Reservation   • Contact Us   • Directions   • Privacy Policy**

**Terms and Conditions   • Frequently Asked Questions**

© 2024 San Francsico Bay Oakland International Airport. All rights reserved

**Ex. D - 51**

**From:** Southwest Airlines
**To:** ajf@aaronfischerlaw.com
**Subject:** You"re going to Oakland on 07/10 (███████)!
**Date:** Thursday, July 4, 2024 10:33:13 AM



Here's your itinerary & receipt. See ya soon!
View our mobile site | View in browser

## Southwest Airlines

**Manage Flight | Flight Status | My Account**

### Hi Aaron,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**JULY 10**

# SAN ▣ OAK

San Diego to Oakland

**Confirmation #** ████████          Confirmation date: 07/04/2024

**PASSENGER**        **Aaron Fischer**
RAPID REWARDS #      ██████
TICKET #             ███████
EST. POINTS EARNED   1,658

Rapid Rewards® points are only estimations. Cash + Points bookings will not earn Rapid Rewards points, tier qualifying points for A-List or A-List preferred status or Companion Pass qualifying points.

## Your itinerary

**Flight:** Wednesday, 07/10/2024    Est. Travel Time: **1h 30m**    Wanna Get Away®

|          | **DEPARTS** | **ARRIVES** |
| -------- | ----------- | ----------- |
| **FLIGHT** |           |             |

**Ex. D - 52**



**# 4433**   **SAN 06:00**PM    **OAK 07:30**PM
San Diego                        Oakland

## Payment information

| Total cost | | |
|---|---|---|
| **Air** | | |
| Base Fare | $ | 276.17 |
| U.S. Transportation Tax | $ | 20.71 |
| U.S. 9/11 Security Fee | $ | 5.60 |
| U.S. Flight Segment Tax | $ | 5.00 |
| U.S. Passenger Facility Chg | $ | 4.50 |
| EarlyBird | $ | 15.00 |
| **Total** | **$** | **326.98** |

| Payment |
|---|
| Mastercard ending ▮ |

Fare rules: If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number ▮

## All your perks, all in one place. (Plus a few reminders.)

**Wanna Get Away® fare:** Your two bags fly free®, no change or cancel fees, and 6X Rapid Rewards® points. NEW ◆ Free same-day standby (taxes and fees may apply). Learn more.

Make sure you know when to arrive at your airport. Times vary by city.

If your plans change, cancel your reservation at least 10 minutes before the original scheduled departure time of your flight to receive a flight credit. If you don't cancel your reservation in time, your funds will be forfeited.

## Prepare for takeoff

## Use our app to make changes to your trip, get a boarding pass, & more.

**Ex. D - 53**



**MANAGE TRIP**

Confirmation code:

---

**Alaska**
Flight 3427
Embraer ERJ 175

**Traveler(s)**
Aaron Fischer
Seat: 9D   Class: V (Coach)

Flight Operated by SkyWest Airlines as AlaskaSkyWest.

**Wed, Jul 10**
**06:00 AM**

# SFO

San Francisco



**Wed, Jul 10**
**07:38 AM**

# SAN

San Diego

Premium Class seat has been selected for this flight.

---

## Summary of airfare charges

Aaron Fischer
*Mileage Plan* # ****
Ticket

Base fare and surcharges                                    $179.53

| | |
|---|---|
| Taxes and other fees | $28.56 |
| Per-person total | $208.09 |

**Total charges for air travel**                                    **$208.09**

View all taxes, fees and charges.

### Summary of additional item charges

Seat upgrade purchase

| | |
|---|---|
| Aaron Fischer | $8.36 |
| Tax | $0.63 |
| Per-person total | $8.99 |

**Total charges for additional items**                              **$8.99**

Nonrefundable fare of $217.08 to be charged to the MasterCard card with number ********** ▮▮▮ held by Aaron Fischer on Jul 4, 2024.

### Trip insurance by Allianz Global Assistance

Purchase travel insurance benefits and travel assistance services for your trip from Allianz Global Assistance. Learn more.

**Aaron Fischer**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> on behalf of Uber Receipts |
| **Sent:** | Wednesday, July 10, 2024 4:59 AM |
| **To:** | ajf@aaronfischerlaw.com |
| **Subject:** | [LO AJF] Your Wednesday morning trip with Uber |

# Uber

Total **$67.77**
July 10, 2024

# Total                                    $67.77

Trip fare                                                        $32.07

Subtotal                                                        $32.07

Reservation Fee                                                  $7.97

Bay Bridge Westbound  ?                                          $7.00

Booking Fee  ?                                                   $9.28

Berkeley Ridesharing Tax  ?                                      $0.53

CA Driver Benefits  ?                                            $0.32

Access for All Fee  ?                                            $0.10

Uber Airport Surcharge                                           $5.50

1

Ex. D - 56

| Tip | $5.00 |
|-----|-------|

---

## Payments

| | Mastercard •• ████ | $62.77 |
| | 7/10/24 4:49 AM | |

| | Mastercard •████ | $5.00 |
| | 7/10/24 4:59 AM | |

Trip ID: 0240ff2f-4d68-4169-897f-ca29b8c83740

**Switch Payment Method**

**Download PDF**

████████████████

██ ★ ████          ██  ████████████████

License Plate: 8WEH885

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more >**

2

**Ex. D - 57**

**Aaron Fischer**

| | |
|---|---|
| **From:** | Ritual Coffee at SFO - San Francisco Airport Terminal 1B <no-reply@toasttab.com> on behalf of Ritual Coffee at SFO - San Francisco Airport Terminal 1B |
| **Sent:** | Wednesday, July 10, 2024 5:08 AM |
| **To:** | ajf@aaronfischerlaw.com |
| **Subject:** | Tell us how we did! Receipt for Order #79 at Ritual Coffee at SFO - San Francisco Airport Terminal 1B |

Thank you for your order. Below is a receipt for your recent visit to Ritual Coffee at SFO.

trouble viewing this email?

# CULINARY HEIGHTS

## · HOSPITALITY ·

Operated by Culinary Heights Hospitality
Ritual Coffee at SFO

---

## Kiosk

---

aaron

---

Server: Pedro A
Check #79                    aaron
                        7/10/24 5:07
Ordered:                          AM

How was your visit?



**Ex. D - 58**

| | |
|---|---|
| 1 Latte | $6.30 |
| Extra Hot | |
| ADD 1 Shot | $1.00 |
| Whole | |
| Employee Health Benefits Surcharge (5.00%) | $0.36 |
| | |
| Subtotal | $7.66 |
| Tax | $0.71 |
| Total | $8.37 |
| | |
| Credit Card | Swiped |
| Mastercard | xxxxxxx ▇ |
| | |
| Transaction Type | Sale |
| Authorization | Approved |
| Approval Code | 02629Q |
| Payment ID | ▇ |
| Card Reader | BBPOS |

AARON FISCHER

For comments or questions please email us
at service@chhritual.com
San Francisco Airport Terminal 1B
San Francisco, CA 94128

**Download the Toast Takeout app**
Food you love without the wait.




powered by ⌂toast
© Toast, Inc. 2024. All Rights Reserved.
Privacy Statement | Terms of Service

Ex. D - 59

**From:** no-reply@lyftmail.com on behalf of Lyft Receipts
**To:** ajf@aaronfischerlaw.com
**Subject:** Your ride with Seng on July 10
**Date:** Wednesday, July 10, 2024 10:21:29 PM



**JULY 10, 2024 AT 9:39 PM**

# Thanks for riding with Seng!

100% of tips go to drivers. Add a tip

| | |
|---|---|
| Lyft fare (15.59mi, 23m) | $40.19 |
| Service Fee, includes a $0.30 Lyft California Driver Benefits Fee | $3.80 |
| Priority Pickup Upgrade | $2.59 |
| Tip | $5.00 |

 MasterCard ▮▮▮    **$51.58**

The fare above includes any other Fees and Other Charges, as applicable.

**Ex. D - 60**



Hi, Aaron  25,360 points   **My Account**  |  Log out   Español 🌐

FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS®    🔍

# Thanks for flying with us!

## Trip summary



✈️  **Flight**

▮▮▮▮▮

AUG 16
## OAK ✈ SAN

FLIGHT TOTAL
**$262.96**



## 8/16 - San Diego

AUG 16
## Oakland, CA *to* San Diego, CA

**Confirmation #** ▮▮▮▮

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Aaron Fischer** | + 1,300 PTS | — | Wanna Get Away |

▮▮▮▮▮

| **Departing** 8/16/24 Friday | | | Wanna Get Away (Passenger x1) | $105.00 |
|---|---|---|---|---|
| ✈️ DEPARTS **6:10** AM | **OAK** Oakland, CA - OAK | FLIGHT **469** 📶 + 📺 SCHEDULED AIRCRAFT Boeing 737-700 *Subject to change* | | |
| Nonstop | | | | |
| ✈️ ARRIVES **7:45** AM | **SAN** San Diego, CA - SAN | TRAVEL TIME **1hr 35min** | SUBTOTAL | **$105.00** |

**Ex. D - 61**

## Returning  8/16/24 Friday

| | | | | Wanna Get Away | $111.52 |
| | | | | *(Passenger x1)* | |

✈ **DEPARTS**  **6:55**PM  **SAN**
San Diego, CA - SAN

**FLIGHT**
**2870** 📶 + ▣

**SCHEDULED AIRCRAFT**
Boeing 737-700
*Subject to change*

*Nonstop*

✈ **ARRIVES**  **8:25**PM  **OAK**
Oakland, CA - OAK

**TRAVEL TIME**
1hr 30min

**SUBTOTAL**
$ **111.52**

| | |
|---|---|
| **Taxes & fees** | **$46.44** |
| **Flight total** | $ **262.96** |

### Icon legend

📶  WiFi available        ▣  Live TV available

### Helpful Information:

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- Cash + Points bookings will not earn Rapid Rewards points, tier qualifying points for A-List or A-List Preferred status, or Companion Pass qualifying points.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

## Payment summary

| PAYMENT INFORMATION | AMOUNT PAID |
|---|---|
| ████████████████ | $262.96 |

## Total charged

| | |
|---|---|
| SUBTOTAL | $216.52 |
| TAXES & FEES | $46.44 |
| **TOTAL DOLLARS** | $262.96 |

Show price breakdown



A-List    *Hi, Aaron*  32,675 points    **My Account** |  **Log out**    Español 🌐

## SOUTHWEST®

**FLIGHT | HOTEL | CAR | VACATIONS | CRUISES**    **SPECIAL OFFERS**    **RAPID REWARDS®**    🔍

# My Account

Trips        Rapid Rewards        Payment        Profile

ℹ️ Southwest's transformational journey: **See what's new, next, and coming soon.**

### Hi, Aaron

▬▬▬▬▬▬▬▬▬

A-List through 12/31/2025

███████████████████████████████████

## Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight cancellations, or in-flight purchases.

| OCT 08 2024 | **Oakland, CA to San Diego, CA** |
|---|---|
| | **Confirmation** ████ |

### Summary

**PASSENGER**
Aaron Fischer

| **POINTS EARNED** | **FARE TOTAL** |
|---|---|
| +557PTS | $115.66 |

### Pricing Details

| **ROUTING** | **DATE** |
|---|---|
| **OAK to SAN** | **10/8/2024** |

**FARE TYPE**
**Wanna Get Away**
**POINTS EARNED**
**+557PTS**

| | **FARE** |
|---|---|
| | **$74.31** |

| **TAXES & FEES** ℹ️ | **$41.35** |
|---|---|

**Ex. D - 63**

Case 3:20-cv-00406-AJB-DDL     Document 807-5     Filed 02/03/25     PageID.40544     Page 72 of 82

| | |
|---|---|
| **TOTAL** | **$115.66** |
| **TOTAL POINTS EARNED** | **+557PTS** |

Where's my inflight total? ↗

| Rebook Flight |
|---|

| 🖨 Print |
|---|

| From: | no-reply@lyftmail.com on behalf of Lyft Receipts |
|---|---|
| To: | ajf@aaronfischerlaw.com |
| Subject: | Your ride with Kevin on October 8 |
| Date: | Tuesday, October 8, 2024 9:39:52 PM |



**OCTOBER 8, 2024 AT 9:02 PM**

# Thanks for riding with Kevin!

100% of tips go to drivers. Add a tip

| | |
|---|---|
| Lyft fare (3.03mi, 12m 58s) | $18.30 |
| Service Fee, includes a $0.50 Lyft California Driver Benefits Fee | $4.45 |
| Priority Pickup Upgrade | $2.00 |
| Tip | $4.95 |

 MasterCard ███ **$29.70**

The fare above includes any other Fees and Other Charges, as applicable.



*The Westgate Hotel*

10-09-24

**Aaron Fischer**

████████████████

**INVOICE**
Membership No.    :
A/R Number        :
Group Code        :
Company Name      :

| | |
|---|---|
| Room No. | : 0792 |
| Arrival | : 10-08-24 |
| Departure | : 10-09-24 |
| Page No. | : 1 of 1 |
| Folio No. | : 389231 |
| Conf. No. | : ████ |
| Cashier No. | : 1780 |
| User ID | : MELIHATEB |
| Invoice No. | : |

| Date | Description | Additional Information | Charges | Credits |
|---|---|---|---|---|
| 10-08-24 | Room Charge | | 191.20 | |
| 10-08-24 | Taxes Transient Occupancy | | 20.08 | |
| 10-08-24 | San Diego Tourism Mktg Assessm | | 3.82 | |
| 10-08-24 | CA Tourism Assessment Fee | | 0.37 | |
| 10-09-24 | Westgate Room Breakfast | Room# 0792 : CHECK# 13122072 | 45.87 | |
| 10-09-24 | MasterCard Payment | | | 261.34 |
| | | XXXXXXXX█████    XX/XX | | |
| | | **Total** | **261.34** | **261.34** |
| | | **Balance** | **0.00** | |

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part of the full amount of these charges.

Guest Signature: _____

**Ex. D - 66**



A-List    *Hi, Aaron*  29,574 points    **My Account**  |  Log out    Español 🌐

FLIGHT | HOTEL | CAR | VACATIONS | CRUISES    SPECIAL OFFERS    RAPID REWARDS®    🔍

# Thanks for flying with us!

## Trip summary



✈ **Flight**

CONFIRMATION #

▮▮▮▮▮▮▮▮▮▮▮▮

OCT 18
## OAK ✈ SAN

FLIGHT TOTAL
## $385.96



## 10/18 - San Diego

OCT 18
## Oakland, CA *to* San Diego, CA

### Confirmation # ▮▮▮▮▮

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Aaron Fischer** | + 1,987 PTS | — | Wanna Get Away |

| Departing  10/18/24 Friday | | | Wanna Get Away<br>*(Passenger x1)* | $144.07 |
|---|---|---|---|---|
| ✈ DEPARTS  **6:10** AM | **OAK**<br>Oakland, CA - OAK | FLIGHT<br>**974** 🛜 + 📱<br>SCHEDULED AIRCRAFT<br>Boeing 737 MAX8<br>*Subject to change* | | |
| *Nonstop* | | | | |
| ✈ ARRIVES  **7:45** AM | **SAN**<br>San Diego, CA - SAN | TRAVEL TIME<br>**1hr 35min** | SUBTOTAL<br>$144.07 | |

## Returning    10/18/24 Friday

**Wanna Get Away**     $186.87
*(Passenger x1)*

✈ **DEPARTS**    **6:40** PM    **SAN**
San Diego, CA - SAN

**FLIGHT**
**2565** 🛜 + 📷

**SCHEDULED AIRCRAFT**
Boeing 737-700
*Subject to change*

*Nonstop*

✈ **ARRIVES**    **8:10** PM    **OAK**
Oakland, CA - OAK

**TRAVEL TIME**
1hr 30min

**SUBTOTAL**
$ **186.87**

---

**Taxes & fees**     $55.02

**Flight total**     $ **385.96**

---

**Icon legend**

🛜   WiFi available     📷   Live TV available

**Helpful Information:**

- Starting July 1, 2023 (12:00 a.m. CT), for Wanna Get Away® or Wanna Get Away Plus™ reward travel reservations (booked with points): If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your reward travel reservation. For Anytime or Business Select® reward travel reservations: the points used for booking will be redeposited to the purchaser's Rapid Rewards® account, and any taxes and fees associated with the reward travel reservation will be converted into a Transferable Flight Credit™ for future use.
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards points, your points balance may not immediately update in your account.
- Cash + Points bookings will not earn Rapid Rewards points, tier qualifying points for A-List or A-List Preferred status, or Companion Pass qualifying points.
- **REAL ID Requirement:** Do you have a **REAL ID**? Beginning May 7, 2025, you will need a state-issued **REAL ID** compliant license or identification card, or another acceptable form of ID (such as a U.S. Passport), to fly within the United States. Visit www.tsa.gov for a list of acceptable forms of ID and additional information regarding **REAL ID** requirement.

## Payment summary

| | AMOUNT PAID |
|---|---|
| ████████████████████████████ | $385.96 |

## Total charged

| | |
|---|---|
| SUBTOTAL | $330.94 |
| TAXES & FEES | $55.02 |
| **TOTAL DOLLARS** | $ **385.96** |

Show price breakdown

**Ex. D - 68**

## Reservation Confirmation

Hi Aaron,

Thank you for reserving parking in the DAILY Lot at Oakland International Airport. Click for directions.

**Do not take a ticket when you arrive. Please save this email and review scan guide below.**

Changes and cancellations must be made here at least 4 hours ahead of your reservation entry time.

 Download PDF



### Your Reservation

| | |
|---:|:---|
| Reference Number: | OWD483048 |
| Parking Location: | DAILY |
| Entry: | 10/18/2024 at 04:30 AM |
| Exit: | 10/18/2024 at 10:30 PM |
| Booking date: | 10/17/2024 at 08:15 AM |
| Total: | $ 22.00 |
| Card: | ***********▮ |

If you have any questions, don't hesitate to call us at 510-563-3200.

To enter and exit, scan the QR code at the top of this email. For easy scanning, turn the **brightness to 100% and hold phone horizontally**, as shown below. If you have any trouble, watch this step-by-step video or press the HELP button.

| | |
|---|---|
| **From:** | Blue Bottle Coffee |
| **To:** | ajf@aaronfischerlaw.com |
| **Subject:** | Receipt from Blue Bottle Coffee |
| **Date:** | Friday, October 18, 2024 8:06:01 AM |

Square automatically sends receipts to the email address you used at any Square seller. Learn more



$ **14.66**

| | |
|---|---|
| Caffè Latte | $7.25 |
| 16oz | |
| Hayes Valley Espresso | |
| Oat (Default) | |
| No Sugar | |
| Extra Hot | |
| Banana Bread | $5.50 |
| w/ Pecans, Bakers Kneaded | |
| Purchase Subtotal | $12.75 |
| Tip | $1.91 |

**Ex. D - 70**



**Total**                                    **$14.66**

Blue Bottle Coffee
180 Broadway, Suite 101
San Diego, CA 92101

Shop Online

Oct 18 2024 at 8:05 AM

(Contactless)

#RuDy

AID: A0000000041010

No CVM

Return Policy: At Blue Bottle coffee, we want you to be happy. Our goal is to provide our guests with impeccable service, and delicious coffee and food. If you are dissatisfied with your Blue Bottle purchase, please let us know.

For a refund on merchandise purchased in our cafes, we ask that you return the item to the cafe where it was purchased in new condition, with a receipt, and within 30 days. We are happy to offer exchanges or store credit if an item is returned at a different store location.

If you purchased your merchandise online, please email support@bluebottlecoffee.com to learn about online returns.

**From:** no-reply@lyftmail.com on behalf of Lyft Receipts
**To:** ajf@aaronfischerlaw.com
**Subject:** Your ride with Jason on October 18
**Date:** Friday, October 18, 2024 8:18:46 AM



**OCTOBER 18, 2024 AT 7:49 AM**

# Thanks for riding with Jason!

100% of tips go to drivers. Add a tip

| | |
|---|---:|
| Lyft fare (2.98mi, 9m 41s) | $18.30 |
| Service Fee, includes a $0.50 Lyft California Driver Benefits Fee | $4.45 |
| Priority Pickup Upgrade | $2.00 |
| Tip | $4.95 |

 MasterCard ▮▮▮ **$29.70**

The fare above includes any other Fees and Other Charges, as applicable.

| From: | SAN - The Counter - SAN - The Counter |
| To: | ajf@aaronfischerlaw.com |
| Subject: | Tell us how we did! Receipt for Order #790 at SAN - The Counter - SAN - The Counter |
| Date: | Friday, October 18, 2024 5:25:57 PM |

Thank you for your order. Below is a receipt for your recent visit to SAN - The Counter.
trouble viewing this email?



The Counter Burger
3665 N. Harbor Dr.
T1E 2004
San Diego, CA 92101

Server: Tamisha H
Check #790                              Max
Guest Count: 1
Ordered:              10/18/24 5:25 PM

**How was your visit?**

*The restaurant tracks feedback and may reach out using the contact info you previously provided.*

| 1 CHIPOTLE CHICKEN SANDWICH | $15.95 |
| $CMBO FRIES | $5.95 |
| Surcharge (2.00%) | $0.44 |
| Subtotal | $22.34 |
| Tax | $1.72 |
| Tip | $2.00 |
| Total | $26.06 |

| Input Type | C (EMV Chip Read) |
| MASTERCARD | ██████████ |

| Transaction Type | Sale |
| Authorization | Approved |

**Dunsmore**

**A. Fischer Receipts (ADA Expenses)**

| Date | Travel Expenses (No receipt provided) | Amount | Payee |
|------|----------------------------------------|--------|-------|
| 5/24/2023 | Lunch-trip to SD for client meeting (ADA/Disability), case mgmt conference | $11.74 | Starbucks (no receipt) |
| 5/24/2023 | Dinner - trip to SD for client meeting (ADA/Disability), case mgmt conference | $34.24 | Airport Dining (no receipt) |
| 3/6/2024 | Breakfast/Lunch - ADA settlement conference & status conference | $24.22 | Starbucks/Peets (no receipts) |
| 7/3/2024 | Breakfast - Travel, ADA Settlement Conference | $17.29 | Peets (no receipt) |
| 10/9/2024 | Breakfast (ADA Settlement conference) | $5.25 | Starbucks (no receipt) |
| 10/10/2024 | Parking at OAK Airport (ADA Settlement Conf) | $39.00 | Airport Lot (no receipt) |