Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Deann Rivard (SBN 177482)
drivard@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**AMENDED DECLARATION OF SUSAN E. COLEMAN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR AN ORDER TREATING SPECIFIED FACTS AS ESTABLISHED**<br><br>[Fed. R. Civ. P. 56]<br><br>**Hearing**<br>Date: March 27, 2025<br>Time: 2:00 p.m.<br>Ctrm: 4A<br><br>Judge: Anthony J. Battaglia |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4911-9936-8726 v1

1

Case No. 3:20-cv-00406-AJB-DDL
AMENDED DECLARATION S. COLEMAN

I, SUSAN E. COLEMAN, declare as follows

1. I am competent to testify to the matters set forth in this declaration, and if called to do so, would and could so testify.

2. I am an attorney at law licensed to practice before this Court and all the courts of the State of California. I am a partner in the law firm of Burke, Williams & Sorensen, LLP, attorneys of record for Defendants COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT ("Defendants").

3. I make this declaration in support of the motion of Defendants' Reply brief in support of their Motion for partial summary judgment, or in the alternative, for an order treating specified facts as established.

4. Attached as Exhibit "A" are true and correct copies of excerpts from the transcript of the Deposition of Matthew B. Ross taken on October 17, 2024.

5. Mr. Swearingen states in his declaration that Defendants served no rebuttal reports for any of their experts. (ECF 796-1 ¶ 5) But rebuttal reports are not required. Plaintiffs' counsel asked the Defense experts at their depositions if they disagreed with their experts' opinions, and had the opportunity to ask for detail.

6. Because this is a case for injunctive relief and not for monetary damages, the current status of the Jail conditions and care is very important. The policies and procedures continually are updated, and the medical care and other aspects of the Jail have continued to evolve as well. It was not our intent to provide "new" evidence with the Motion for Summary Judgment; however, this is inevitable as the County continues to improve its facilities and services.

7. Plaintiffs' counsel often write to defense counsel to express concerns or questions about their clients' medical or psychiatric care, among other issues. They request that those issues be handled promptly and that they are updated on the status. Attached as Exhibit "B" is a true and correct copy of an email correspondence chain between counsel about antibiotics for Plaintiff Josue Lopez.

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4911-9936-8726 v1

2

Case No. 3:20-cv-00406-AJB-DDL
AMENDED DECLARATION S. COLEMAN

8.      Despite having a regular process in place to address concerns – if raised to Plaintiffs' counsel by their clients – Plaintiffs' counsel did not raise with us the same issues raised by Incarcerated Person Tyler Hamilton before submitting a declaration with their Opposition brief (ECF 796-20). They did previously raise a different issue regarding his medical treatment but nothing regarding his gender identity or any alleged assault by IPs or staff or any disparagement. Nor did they previously raise with us the concerns about the blood pressure of IP Miguel Rosales before submitting his declaration (ECF 796-19.

9.      Mr. Swearingen raises issues in his declaration about "medical records never provided to Plaintiffs" as the reason for obtaining more time on their rebuttal expert reports. Plaintiffs have obtained scores of records through the authorization process, PRA requests, and other methods - without sending those to the defense.

10.     Plaintiffs' experts noted in many of their rebuttal expert reports that the defense experts did not speak to incarcerated persons in forming their opinions; however, Plaintiffs' counsel sent us a letter on February 20, 2024, reminding us that all incarcerated persons were their clients and that our experts were <u>not permitted</u> to speak to them. Attached as Exhibit "C" is a true and correct copy of this letter.

11.     Articles about people's perceptions of their care (Ex. I to Swearingen Declaration – based on interviews of women incarcerated at Las Colinas), Newspaper articles (Ex. J – SD Union Tribune article), and NPR/PBS stories (Exhibit X – Advocates claim deaths under-reported) should be excluded as they contain significant hearsay and opinion.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on February 3, 2025, at San Diego, California.

                              *Susan E. Coleman*

                              SUSAN E. COLEMAN

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4911-9936-8726 v1

3

Case No. 3:20-cv-00406-AJB-DDL
AMENDED DECLARATION S. COLEMAN