Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Deann Rivard (SBN 177482)
drivard@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL [DKT. 797]**<br><br>**DATE: March 27, 2025**<br>**TIME:   2:00 p.m.**<br>**CTRM: 4A**<br><br>Judge:  Anthony J. Battaglia |

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4906-6127-7975 v1

1

Case No. 3:20-cv-00406-AJB-DDL
NON-OPP. TO PL.'S MOTION TO SEAL

Pursuant to Civil Local Rule 7.1(e)(2), and in accordance with the Court's order (Dkt. 802), Defendants hereby submit this statement of non-opposition to Plaintiffs' motion (Dkt. 797) to seal certain documents filed in support of Plaintiffs' opposition to Defendants' motion for partial summary judgment.

Defendants agree that compelling reasons exist to seal documents that have previously been designated as confidential in this case. Further, Defendants do not oppose Plaintiffs' request to seal the personal information of their experts.

Dated: February 7, 2025                              BURKE, WILLIAMS & SORENSEN, LLP

By: _____/s/ *Susan E. Coleman*_____
Susan E. Coleman
Elizabeth M. Pappy

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT