Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES [DKT. 807] TO MARCH 6, 2025; AND TO EXTEND TIME FOR REPLY BRIEF TO MARCH 20, 2025**<br><br>Judge: Anthony J. Battaglia |

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4918-3253-5063 v2

1

Case No. 3:20-cv-00406-AJB-DDL
JOINT MTN TO EXT. TIME FOR OPP'N AND REPLY ON PLAINTIFFS' ATTY FEES MOTION

1    The parties jointly seek an extension of time for: (1) Defendants to file their Opposition to Plaintiffs' Motion for Attorney's Fees to March 6, 2025, and (2) Plaintiffs to file their reply in support of their Motion for Attorney's Fees to March 20, 2025.  Plaintiffs' Motion for Attorneys' Fees is voluminous with numerous declarations and exhibits and the Opposition brief is currently due on February 18, 2025, with the Reply brief due on February 25, 2025.  Defendants need additional time to review and oppose the motion, with the help of an expert.

This will not affect any other dates in this case, as the hearing on Plaintiffs' Motion for Attorney's Fees is set for March 27, 2025, seven days prior to the parties' requested deadline for Plaintiffs' Reply brief.

The Parties thus respectfully jointly request that this Court extend the time for Defendants to file their Opposition to March 6, 2025, and (2) Plaintiffs to file their Reply brief to March 20, 2025.

DATED:  February 7, 2025            Respectfully submitted,
                                    BURKE, WILLIAMS & SORENSEN, LLP


                                    By: */s/ Susan E. Coleman*
                                        Susan E. Coleman

                                    Attorneys for Defendants

DATED: February 7, 2025             ROSEN BIEN GALVAN & GRUNFELD LLP

                                    By: */s/ Van Swearingen*
                                        Van Swearingen

                                    Attorneys for Plaintiffs and the Certified Class and Subclasses

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

4918-3253-5063 v2                         2              Case No. 3:20-cv-00406-AJB-DDL
                                                         JOINT MTN TO EXT. TIME FOR OPP'N AND
                                                         REPLY ON PLAINTIFFS' ATTY FEES MOTION

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filing Procedures Manual Section 2(f)(4), I certify that I have obtained the consent of all signatories to the electronic filing of the foregoing document.

Dated: February 7, 2025

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan E. Coleman*
Susan E. Coleman
Elizabeth M. Pappy
Attorneys for Defendants

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

4918-3253-5063 v2

3

Case No. 3:20-cv-00406-AJB-DDL
JOINT MTN TO EXT. TIME FOR OPP'N AND REPLY ON PLAINTIFFS' ATTY FEES MOTION