Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Deann Rivard (SBN 177482)
drivard@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF ELIZABETH M. PAPPY IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR DISTRIBUTION PLAN**<br><br>**Hearing**<br>Date:  March 27, 2025<br>Time:  2:00 p.m.<br>Ctrm:  4A<br><br>Judge: Anthony J. Battaglia |

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4911-9936-8726 v2

1

Case No. 3:20-cv-00406-AJB-DDL
DECLARATION E. PAPPY

I, ELIZABETH M PAPPY, declare as follows

1. I am competent to testify to the matters set forth in this declaration, and if called to do so, would and could so testify.

2. I am an attorney at law licensed to practice before this Court and all the courts of the State of California. I am a partner in the law firm of Burke, Williams & Sorensen, LLP, attorneys of record for Defendants COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT ("Defendants").

3. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Distribution Plan.

4. My clients did not have input into the font size chosen by Plaintiffs counsel. The notice in the exact form provided by Plaintiffs was used to create the transparencies. I am informed and believe that the notices in the form provided by Plaintiffs were sent to an outside vendor who copied them as is onto transparencies. The notice was posted as required on November 21, 2023 with the same font chosen by Plaintiffs. I notified Plaintiffs of the posting on November 22, 2023.  (Exhibit A)

5. I was most recently in San Diego Central Jail on January 29, 2025 for an inspection by Plaintiffs ADA expert and Plaintiffs' counsel. While on the inspection, I looked at several of the transparency notices posted and had no problems reading any of them.  They are clear, unobstructed and the font size gave me no problems. Some were placed lower and some higher but I had no problem reading them and the myriad of other notices on the glass.

6. Attached hereto as Exhibit B is the Consent Decree without exhibits in *Cole v. Santa Clara County*, a case in which Ms. Grunfeld was one of the lead attorneys.

7. Attached hereto as Exhibit C is the Order Granting Stipulated Motion for Preliminary Approval of Class Action Settlement in *Hernandez v. County of Monterey* (N.D. Cal. No. cv-02354-PSG), another case where Ms. Grunfeld is lead

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4911-9936-8726 v2

2

Case No. 3:20-cv-00406-AJB-DDL
DECLARATION E. PAPPY

1 counsel.

2     8.    In response to Plaintiffs' letter of April 2, 2024, I met and conferred with Plaintiffs' counsel regarding the concern about the ability of Incarcerated Persons in Administrative Separation to see the Class Notice. My client offered to put the notice on large poster board and place it in front of the restricted space allowed to Administrative Separation IP's because of security issues. Plaintiffs' counsel accepted the proposal and I have heard no complaints from Plaintiffs since resolution. Attached hereto as Exhibit D is an email from Mr. Swearingen that accepts the resolution.

    I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

    Executed on February 14, 2025, at Fremont, California.

*Elizabeth M Pappy*
ELIZABETH M PAPPY

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4911-9936-8726 v2

3

Case No. 3:20-cv-00406-AJB-DDL
DECLARATION E. PAPPY