# TABLE OF CONTENTS

## EXHIBITS TO DECLARATION OF ELIZABETH M. PAPPY IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR DISTRIBUTION PLAN

| DESCRIPTION | EXHIBIT NO. | PAGE NO. |
|---|---|---|
| Email from Elizabeth M. Pappy dated 11/22/2023 Re: Posting Class Notice in the Jail Facilities, Training Staff, and Providing the Complaint | A | A-1 – A-7 |
| [Proposed] Consent Decree re *David Cole, et al. v. County of Santa Clara, et al.* (N.D. Cal No. cv-06594-LHK) | B | B-1 – B-26 |
| Order Granting Stipulated Motion for Preliminary Approval of Class Action Settlement in *Hernandez v. County of Monterey* (N.D. Cal. No. cv-02354-PSG) | C | C-1 – C-5 |
| Email from Mr. Van Swearingen dated 6/11/2024 accepting the resolution re Class Notice | D | D-1 – D2 |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4932-0364-8539 v1

4

Case No. 3:20-cv-00406-AJB-DDL
DECLARATION E. PAPPY