# EXHIBIT A

| | |
|---|---|
| **From:** | Pappy, Elizabeth M. |
| **To:** | Gay C. Grunfeld; Coleman, Susan E. |
| **Cc:** | Aaron Fischer; Young, Christopher; San Diego County Jail Team - RBGG Only; Fernando Kish; Inman, Steven |
| **Subject:** | RE: Dunsmore; Posting Class Notice in the Jail Facilities, Training Staff, and Providing the Complaint [IMAN-DMS.FID55015] |
| **Date:** | Wednesday, November 22, 2023 11:25:21 AM |
| **Attachments:** | Class Notice.pdf<br>Class Notice_ES-US.pdf<br>Dunsmore Class Certification Notice 11-17-23.pdf |

The notices were posted yesterday afternoon at all facilities and a Training Bulletin was sent out last Friday by the Sheriff. The person who facilitated the postings is out until Monday and the client will confirm that there were no issues on Monday.

Thank you and Happy Thanksgiving.

**Elizabeth M. Pappy | Partner**
Pronouns: she, her, hers
60 South Market Street, Suite 1000 | San Jose, CA 95113
d - 408.606.6305 | t - 408.606.6300 | f - 408.606.6333
epappy@bwslaw.com | vCard | bwslaw.com
Burke, Williams & Sorensen, LLP



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Sent:** Tuesday, November 21, 2023 3:20 PM
**To:** Pappy, Elizabeth M. <EPappy@bwslaw.com>; Coleman, Susan E. <SColeman@bwslaw.com>
**Cc:** Aaron Fischer <ajf@aaronfischerlaw.com>; Young, Christopher <Christopher.Young@us.dlapiper.com>; San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>; Fernando Kish <Fernando.Kish@sdcounty.ca.gov>; Inman, Steven <Steven.Inman@sdcounty.ca.gov>
**Subject:** RE: Dunsmore; Posting Class Notice in the Jail Facilities, Training Staff, and Providing the Complaint [IMAN-DMS.FID55015]

**[EXTERNAL]**

Dear Beth and Susan,

A-1

Could you please confirm that notices are posted in English and Spanish throughout the jails?

Has any training regarding the obligation to read the notices and to provide the complaint occurred?

Thank you, Gay

Gay Crosthwait Grunfeld
Managing Partner
She/her
**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile

---

**From:** Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Sent:** Thursday, November 16, 2023 4:19 PM
**To:** Gay C. Grunfeld <GGrunfeld@rbgg.com>; Coleman, Susan E. <SColeman@bwslaw.com>
**Cc:** Aaron Fischer <ajf@aaronfischerlaw.com>; Young, Christopher <Christopher.Young@us.dlapiper.com>; San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>; Fernando Kish <Fernando.Kish@sdcounty.ca.gov>; Inman, Steven <Steven.Inman@sdcounty.ca.gov>
**Subject:** RE: Dunsmore; Posting Class Notice in the Jail Facilities, Training Staff, and Providing the Complaint [IMAN-DMS.FID55015]

[EXTERNAL MESSAGE NOTICE]

As I advised you when you last emailed, County Counsel already obtained a certified translation. The attached will not be used, nor do we expect this charge to appear in any motion for fees.

The Notices and Complaint will be in place next week.

Thank you.

**Elizabeth M. Pappy | Partner**
Pronouns: she, her, hers
60 South Market Street, Suite 1000 | San Jose, CA 95113
d - 408.606.6305 | t - 408.606.6300 | f - 408.606.6333
epappy@bwslaw.com | vCard | bwslaw.com

A-2

Burke, Williams & Sorensen, LLP

The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Sent:** Thursday, November 16, 2023 4:14 PM
**To:** Pappy, Elizabeth M. <EPappy@bwslaw.com>; Coleman, Susan E. <SColeman@bwslaw.com>
**Cc:** Aaron Fischer <ajf@aaronfischerlaw.com>; Young, Christopher <Christopher.Young@us.dlapiper.com>; San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>; Fernando Kish <Fernando.Kish@sdcounty.ca.gov>; Inman, Steven <Steven.Inman@sdcounty.ca.gov>
**Subject:** RE: Dunsmore; Posting Class Notice in the Jail Facilities, Training Staff, and Providing the Complaint [IMAN-DMS.FID55015]

[EXTERNAL]

Dear Beth,

We obtained a certified translation of the class notice, attached. Please let us know if the notices have been posted throughout the Jails in English and Spanish and are being read to individuals who are illiterate or have a disability that may affect their ability to read.

Please also let us know when all Jail staff have received training regarding their duties to read the class notice and provide the Third Amended Complaint upon request.

Thanks, Gay

Gay Crosthwait Grunfeld
Managing Partner
She/her
**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone

A-3

(415) 433-7104 facsimile

**From:** Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Sent:** Friday, November 10, 2023 1:17 PM
**To:** Gay C. Grunfeld <GGrunfeld@rbgg.com>; Coleman, Susan E. <SColeman@bwslaw.com>
**Cc:** Aaron Fischer <ajf@aaronfischerlaw.com>; Young, Christopher <Christopher.Young@us.dlapiper.com>; San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>; Fernando Kish <Fernando.Kish@sdcounty.ca.gov>; Inman, Steven <Steven.Inman@sdcounty.ca.gov>
**Subject:** RE: Dunsmore; Posting Class Notice in the Jail Facilities, Training Staff, and Providing the Complaint [IMAN-DMS.FID55015]

[EXTERNAL MESSAGE NOTICE]

Of course.

**Elizabeth M. Pappy | Partner**
Pronouns: she, her, hers
60 South Market Street, Suite 1000 | San Jose, CA  95113
d - 408.606.6305 | t - 408.606.6300 | f - 408.606.6333
epappy@bwslaw.com | vCard | bwslaw.com

Burke, Williams & Sorensen, LLP


The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Sent:** Friday, November 10, 2023 1:16 PM
**To:** Pappy, Elizabeth M. <EPappy@bwslaw.com>; Coleman, Susan E. <SColeman@bwslaw.com>
**Cc:** Aaron Fischer <ajf@aaronfischerlaw.com>; Young, Christopher <Christopher.Young@us.dlapiper.com>; San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>; Fernando Kish <Fernando.Kish@sdcounty.ca.gov>; Inman, Steven <Steven.Inman@sdcounty.ca.gov>
**Subject:** RE: Dunsmore; Posting Class Notice in the Jail Facilities, Training Staff, and Providing the Complaint [IMAN-DMS.FID55015]

[EXTERNAL]

Thanks.  Could  you please send us a copy of the Spanish translation?  And let

A-4

us know when the notice is posted?

Gay Crosthwait Grunfeld
Managing Partner
She/her
**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile

---

**From:** Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Sent:** Friday, November 10, 2023 1:05 PM
**To:** Gay C. Grunfeld <GGrunfeld@rbgg.com>; Coleman, Susan E. <SColeman@bwslaw.com>
**Cc:** Aaron Fischer <ajf@aaronfischerlaw.com>; Young, Christopher <Christopher.Young@us.dlapiper.com>; San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>; Fernando Kish <Fernando.Kish@sdcounty.ca.gov>; Inman, Steven <Steven.Inman@sdcounty.ca.gov>
**Subject:** RE: Dunsmore; Posting Class Notice in the Jail Facilities, Training Staff, and Providing the Complaint [IMAN-DMS.FID55015]

[EXTERNAL MESSAGE NOTICE]

We do not need the notice translated. It is being done by County counsel's office.

Thank you.


**Elizabeth M. Pappy | Partner**
Pronouns: she, her, hers
60 South Market Street, Suite 1000 | San Jose, CA  95113
d - 408.606.6305 | t - 408.606.6300 | f - 408.606.6333
epappy@bwslaw.com | vCard | bwslaw.com

Burke, Williams & Sorensen, LLP


The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

---

**From:** Gay C. Grunfeld <GGrunfeld@rbgg.com>

**Sent:** Friday, November 10, 2023 1:04 PM
**To:** Coleman, Susan E. <SColeman@bwslaw.com>; Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Cc:** Aaron Fischer <ajf@aaronfischerlaw.com>; Young, Christopher <Christopher.Young@us.dlapiper.com>; San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>; Fernando Kish <Fernando.Kish@sdcounty.ca.gov>; Inman, Steven <Steven.Inman@sdcounty.ca.gov>
**Subject:** Dunsmore; Posting Class Notice in the Jail Facilities, Training Staff, and Providing the Complaint [IMAN-DMS.FID55015]

[EXTERNAL]

Dear Susan and Beth,

Pursuant to the attached order, the attached class notice must be posted throughout the Jails in English and Spanish and read to individuals who are illiterate or have a disability that may affect their ability to read. In addition, copies of the Third Amended Complaint are to be provided to class members upon request.

We are in the process of having the class notice translated into Spanish for you and expect to provide it to you early next week.

Please also let us know when all Jail staff have received training regarding their duties to read the class notice and provide the Complaint.

Thank you, Gay

**Gay Crosthwait Grunfeld**
Managing Partner
Pronouns: she/her
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
ggrunfeld@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at ggrunfeld@rbgg.com.