# EXHIBIT D

| | |
|---|---|
| **From:** | Van Swearingen |
| **To:** | Pappy, Elizabeth M.; Gay C. Grunfeld; Aaron Fischer |
| **Cc:** | Coleman, Susan E. |
| **Subject:** | RE: Dunsmore v. COSD: Class Notice in George Bailey caged ad sep area |
| **Date:** | Tuesday, June 11, 2024 11:21:44 AM |

[EXTERNAL]

Beth,

Thank you for the proposal. Please do place the larger font notice on white paper, close enough to the caged area for individuals to read. We will continue to monitor class members' awareness of the lawsuit.

Van

**From:** Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Sent:** Sunday, June 9, 2024 6:52 PM
**To:** Gay C. Grunfeld <GGrunfeld@rbgg.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; Van Swearingen <VSwearingen@rbgg.com>
**Cc:** Coleman, Susan E. <SColeman@bwslaw.com>
**Subject:** Dunsmore v. COSD: Class Notice in George Bailey caged ad sep area

[EXTERNAL MESSAGE NOTICE]

Counsel,

My client cannot agree to hand out paper notices. There is too much risk involved given the population and it will be very difficult if not impossible to accurately track who has and has not received the notices.

Please see a larger font notice that will be place close enough to the caged area for individuals to read. It will be 18 x 18 and 33 pt font on a laminated poster.

Staff has confirmed that notices are posted in every other area of the facilities they should be posted.

Please confirm the larger notices will resolve this issue.

**Elizabeth M. Pappy | Partner**
Pronouns: she, her, hers
60 South Market Street, Suite 1000 | San Jose, CA  95113
d - 408.606.6305 | t - 408.606.6300 | f - 408.606.6333
epappy@bwslaw.com | vCard | bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee

D-1

named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.