Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800    Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel: 408.606.6300    Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO (Also erroneously sued herein as SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, and SAN DIEGO COUNTY PROBATION DEPARTMENT)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF SGT. ARTURO BERNAL PERALES IN SUPPORT OF DEFENDANTS' OPPOSITION TO DISTRIBUTION PLAN**<br><br>**Hearing**<br>Date:   March 27, 2025<br>Time:   2:00 p.m.<br>Ctrm:   4A<br><br>Judge: Anthony J. Battaglia |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4918-1426-5878 v2

- 1 -

3:20-CV-00406-AJB-DDL
BERNAL PERALES DECL. ISO OPPOSITION TO DISTRIBUTION PLAN

I, ARTURO BERNAL PERALES, declare as follows:

1. I have personal knowledge of the matters herein and would competently testify to them if called to do so. I am a Sergeant working in the Detentions Support Division of the San Diego County Sheriff's Office.

2. All of the San Diego County Sheriff's Jail facilities contain video kiosks available to all incarcerated persons which provides them access to the law library, access to his/her commissary, phone, video visitation, personal accounts, etc.

3. There are numerous required notices which must be provided to Incarcerated Persons in their housing units. Those include the notices for such matters as PREA, Facility rules, other State and Federally mandated notices, and the Class Notice in this case. Exemplar photos of the number of notices posted are attached hereto as Exhibit A. Given the number of required notices, they are put on transparencies when they have to be placed outside the module because of tear down issues, to preserve the line of site for the Deputies in the tower and patrolling the floor.

4. Depending upon the population in a housing module at any given time, notices are torn down on a frequent basis. One notice may be torn down, but another left up. Having a blanket rule requiring notices posted on paper where IP's can tear them down creates an additional task for staff to check every module, every day, all day to ensure the notices have not been torn down. If the notices were on one paper or a few pages only and the only notice that must be posted, it may not be an issue of putting up white paper but the number of required notices is substantial, covering large portions of the windows as can be seen in the photos in Exhibit A and would require deputies to memorize every notice that is required to know whether one has been torn down at any given time each time they pass through a housing module.

5. Some notices can and are posted in paper on walls and in bulletin

Burke, Williams & Sorensen, LLP
Attorneys At Law
San Diego

4918-1426-5878 v2

- 2 -

3:20-CV-00406-AJB-DDL
BERNAL PERALES DECL. ISO OPPOSITION
TO DISTRIBUTION PLAN

1  boards depending upon the population of the module without any or minimal issues
2  of destruction. Paper bail bonds lists tend not to be torn down because the
3  Incarcerated Persons need them.

4       6.     Attached hereto as Exhibit B are photos taken at the detention facilities
5  showing the notices in different types of housing modules. I was able to read the
6  transparency notices through the windows and any picture taken included some
7  distortion as would be expected because of the mirror effect showing the person
8  taking the photo which does not exist when standing there reading them.

9       7.     Attached hereto as Exhibit C, are photos of the posterboard used in Ad
10 Sep where individuals are limited in movement so that they can see the notices.

11      8.     Attached hereto as Exhibit D is a photograph of the video kiosk and
12 another of the Class Notice as it appears in the video Kiosk.

13    I declare under penalty of perjury under the laws of California and the United
14 States of America that the foregoing is true and correct.

15    Executed on February 14, 2025, at San Diego, California.

16
17
                                      _____
18                                   SGT. ARTURO BERNAL PERALES

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4918-1426-5878 v2

- 3 -

3:20-CV-00406-AJB-DDL
BERNAL PERALES DECL. ISO OPPOSITION
TO DISTRIBUTION PLAN