5. Some notices can and are posted in paper on walls and in bulletin boards depending upon the population of the module without any or minimal issues of destruction. Paper bail bonds lists tend not to be torn down because the Incarcerated Persons need them.

6. Attached hereto as Exhibit B are photos taken at the detention facilities showing the notices in different types of housing modules. I was able to read the transparency notices through the windows and any picture taken included some distortion as would be expected because of the mirror effect showing the person taking the photo which does not exist when standing there reading them.

7. Attached hereto as Exhibit C, are photos of the posterboard used in Ad Sep where individuals are limited in movement so that they can see the notices.

8. Attached hereto as Exhibit D is a photograph of the video kiosk and another of the Class Notice as it appears in the video Kiosk.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on 2/14/2025, at San Diego, California.

_____
SGT. ARTURO BERNAL PERALES

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4918-1426-5878 v2

3

3:20-CV-00406-AJB-DDL
BERNAL PERALES DECL. ISO OPPOSITION
TO DISTRIBUTION PLAN