# TABLE OF CONTENTS

## EXHIBITS TO DECLARATION OF SGT. ARTURO BERNAL PERALES IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR DISTRIBUTION PLAN

| DESCRIPTION | EXHIBIT NO. | PAGE NO. |
|---|---|---|
| Photos of windows | A | A-1 – A-5 |
| Photos of the detention facilities showing notices in different types of housing modules | B | B-1 – B-3 |
| Photos of the posterboard used in Ad Sep where individuals are limited in movement so that they can see the notices | C | C-1 – C-2 |
| Photos of the video kiosk and the Class Notice as it appears in the video kiosk | D | D-1 – D-2 |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4930-8031-1323 v1

- 4 -

Case No. 3:20-cv-00406-AJB-DDL
BERNAL PERALES DECL. ISO OPPOSITION TO DISTRIBUTION PLAN