# EXHIBIT A



A-1









A-5