# EXHIBIT B



B-1



B-2



B-3