# EXHIBIT C



C-1

**NOTICE OF CLASS ACTION CERTIFICATION**
Darryl Dunsmore et al. v. San Diego County Sheriff's Department,
et al.; S.D. Cal. No. 3:20-cv-00406-AJB-DDL

On November 3, 2023, the United States District Court for the Southern District of California certified a class and three subclasses in the pending case *Dunsmore v. San Diego County Sheriff's Department*. In the same order, the Court appointed the attorneys of Rosen Bien Galvan & Grunfeld LLP, DLA Piper LLP (US), and the Law Office of Aaron J. Fischer as class counsel. The certified Class and Subclasses are:

- All adults who are now, or will be in the future incarcerated in any of the San Diego County Jail facilities ("Incarcerated People Class");
- All adults who have a disability, as that term is defined in 42 U.S.C. § 12102, 29 U.S.C. § 705(9)(B), and California Government Code § 12926(j) and (m), and who are now, or will be in the future, incarcerated in all San Diego County Jail facilities ("Incarcerated People with Disabilities Subclass");
- All adults who are now, or will be in the future, incarcerated in any of the San Diego County Jail facilities and have private counsel or are pursuing state or federal claims on a *pro per* basis ("Incarcerated People with Private Counsel or *Pro Per* Claims Subclass"); and
- All Black and Latinx adults who are now, or will be in the future, incarcerated in any of the San Diego County Jail facilities ("Incarcerated Black and Latinx Persons Subclass").

You will not be entitled to any money as a result of this lawsuit; it is only about improving Jail conditions. If you are currently incarcerated in a San Diego County Jail facility, you are automatically part of this lawsuit.

The issues in this class action include:
- Mental health care and treatment including segregation, solitary confinement, lack of medication, and suicide prevention;
- Medical and dental health care and treatment;
- Environmental conditions including cleanliness and sanitation;
- Safety, security, and prevention of violence;
- Access to programs, services and activities for people with disabilities, including accommodations in disciplinary proceedings and in use of force incidents;
- Access to counsel and due process for people with private legal counsel or no legal counsel (pro se/pro per); and
- Overincarceration based on discrimination of Black and Latinx people.

You may view the class action complaint that was filed in federal court by submitting a request verbally or in writing to jail staff.

You are not required to do anything at this time. The Court will decide whether to issue an order regarding the conditions in the jail facilities based on evidence presented in court. If there is a settlement, the Court will decide whether to issue an order based on that settlement after notice is provided to people in the Class and Subclasses.

If you would like more information about this case, or if you have any information that you would like to communicate to class counsel attorneys, please write via LEGAL MAIL to:

Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105
Or call us at (415) 433-6830

---

**AVISO DE CERTIFICACIÓN DE DEMANDA COLECTIVA**
Darryl Dunsmore et al. contra el Departamento del Sheriff del Condado de San Diego et al.; S.D. Cal. N.º 3:20-cv-00406-AJB-DDL

El 3 de noviembre de 2023, el Tribunal de Distrito de los Estados Unidos para el Distrito Sur de California certificó una clase y tres subclases en el caso pendiente *Dunsmore contra el Departamento del Sheriff del Condado de San Diego*. En la misma orden, el Tribunal designó a los abogados de Rosen Bien Galvan & Grunfeld LLP, DLA Piper LLP (EE. UU.) y la Oficina de Asuntos Legales de Aaron J. Fischer como abogado de la clase. Las clases y subclases certificadas son:

- Todos los adultos que están o estarán en el futuro encarcelados en cualquiera de las instalaciones de la Cárcel del Condado de San Diego ("Clase de personas encarceladas");
- Todos los adultos que tienen una discapacidad, tal como se define ese término en el art. 12102 del título 42 del Código de los EE. UU. (U.S.C.), art. 705 (9) (B) del título 29 del U.S.C. y art. 12926 (j) y (m) del Código de Gobierno de California, y que están ahora, o estarán en el futuro, encarcelados en todas las instalaciones de la Cárcel del Condado de San Diego ("Subclase de personas encarceladas con discapacidades");
- Todos los adultos que están ahora, o estarán en el futuro, encarcelados en cualquiera de las instalaciones de la Cárcel del Condado de San Diego y tienen un abogado privado o están presentando reclamos estatales o federales *pro per* (en nombre propio) ("Subclase de personas encarceladas con abogado privado o que presentan reclamaciones *pro per*"); y
- Todos los adultos de origen latino o raza negra que están o estarán en el futuro encarcelados en cualquiera de las instalaciones de la Cárcel del Condado de San Diego ("Subclase de personas de origen latino o raza negra encarceladas").

No tendrá derecho a recibir ningún dinero como resultado de esta demanda; sólo se trata de mejorar las condiciones de las cárceles. Si actualmente está encarcelado en una instalación de la Cárcel del Condado de San Diego, automáticamente es parte de esta demanda.

Los asuntos en esta demanda colectiva son los siguientes:
- Atención y tratamiento de la salud mental, que incluye la discriminación, el aislamiento, la falta de medicamentos y la prevención del suicidio;
- Atención y tratamiento de la salud médica y dental;
- Condiciones ambientales, incluida la limpieza y el saneamiento;
- Seguridad, protección y prevención de la violencia;
- Acceso a programas, servicios y actividades para personas con discapacidades, incluidas adaptaciones en procedimientos disciplinarios y en incidentes de uso de la fuerza;
- Acceso a un abogado y al debido proceso para las personas con o sin asesoría legal privada (*"Pro se"/"pro per"*); y
- Encarcelamiento prolongado basado en la discriminación de las personas de origen latino y raza negra.

Puede ver la demanda colectiva que se presentó en un tribunal federal presentando una solicitud verbalmente o por escrito al personal de la cárcel.

No está obligado a hacer nada en este momento. El Tribunal decidirá si emite una orden sobre las condiciones en las instalaciones de la cárcel sobre la base de las pruebas presentadas ante el tribunal. Si hay un acuerdo, el Tribunal decidirá si emite una orden basada en ese acuerdo después de que se notifique a las personas de la clase y las subclases.

Si desea obtener más información sobre este caso, o si tiene alguna información que le gustaría comunicar a los abogados de la clase, escriba por CORREO LEGAL a:

Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105
O llámenos al (415) 433-6830

C-2