# EXHIBIT D



# NOTICE OF CLASS ACTION CERTIFICATION

## Darryl Dunsmore et al. v. San Diego County Sheriff's Department, et al.; S.D. Cal. No. 3:20-cv-00406-AJB-DDL

On November 3, 2023, the United States District Court for the Southern District of California certified a class and three subclasses in the pending case *Dunsmore v. San Diego County Sheriff's Department*. In the same order, the Court appointed the attorneys of Rosen Bien Galvan & Grunfeld LLP, DLA Piper LLP (US), and the Law Office of Aaron J. Fischer as class counsel. The certified Class and Subclasses are:

- All adults who are now, or will be in the future incarcerated in any of the San Diego County Jail facilities ("Incarcerated People Class");

- All adults who have a disability, as that term is defined in 42 U.S.C. § 12102, 29 U.S.C. § 705(9)(B), and California Government Code § 12926(j) and (m), and who are now, or will be in the future, incarcerated in all San Diego County Jail facilities ("Incarcerated People with Disabilities Subclass");

- All adults who are now, or will be in the future, incarcerated in any of the San Diego County Jail facilities and have private counsel or are pursuing state or federal claims on a *pro per* basis ("Incarcerated People with Private Counsel or *Pro Per* Claims Subclass"); and

- All Black and Latinx adults who are now, or will be in the future, incarcerated in any of the San Diego County Jail facilities ("Incarcerated Black and Latinx Persons Subclass").

