GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**REPLY DECLARATION OF AARON J. FISCHER IN SUPPORT OF PLAINTIFFS' PROPOSED NOTICE DISTRIBUTION PLAN FOR ADA SETTLEMENT**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: March 27, 2025<br>Time: 2:00 p.m.<br>Crtrm: 4A |

[4652034.2]

I, Aaron J. Fischer, declare:

1. I am an attorney duly admitted to practice before this Court. I am the principal attorney in the Law Office of Aaron J. Fischer, counsel of record for Plaintiffs and the Certified Class and Subclasses. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this reply declaration in support of Plaintiffs' Proposed Notice Distribution Plan for ADA Settlement.

2. I have served as class counsel on behalf of incarcerated populations in multiple jail cases, most recently in Sacramento and Santa Barbara counties. For each of the jail cases I have worked on (except the *Dunsmore* case), the notice of class certification and notice of class settlement (when applicable) are posted on white paper with dark ink. Often, the notices are laminated or placed inside a protective frame. The notices are typically posted at approximately eye-level. I am not aware of any case in which I have been involved (except the *Dunsmore* case) where a jail class action notice has been printed on a transparency film sheet.

3. I am aware of jail systems that have embedded the class notice and/or related case documents on an electronic device (*e.g.*, a tablet or a kiosk). In such cases, the electronic posting has supplemented – but not replaced – the posting of the hard copy notice on white paper, as described above.

4. Previously, I served as class counsel on behalf of people incarcerated in the California Department of Corrections and Rehabilitation, in the case *Coleman v. Newsom*, No. 2:90-cv-00520 (E.D. Cal.). The *Coleman* class notices were posted on white paper with dark ink, and were typically posted at approximately eye-level. I did not observe any court-ordered notices regarding the case that were posted on a transparency film sheet.

1    I declare under penalty of perjury under the laws of the United States of
2    America that the foregoing is true and correct, and that this declaration is executed
3    at Berkeley, California this 20th day of February, 2025.

*[signature]*

Aaron J. Fischer