# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER**
*Please use one form per case*
*Please read instructions on next page*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Kedra Chan |
| 2a. CONTACT PHONE NUMBER | 415.433.6830 |
| 3a. CONTACT EMAIL ADDRESS | kchan@rbgg.com |
| 1b. ATTORNEY NAME (if different) | Gay C. Grunfeld |
| 2b. ATTORNEY PHONE NUMBER | 415.433.6830 |
| 3b. ATTORNEY EMAIL ADDRESS | ggrunfeld@rbgg.com |
| 4. MAILING ADDRESS | Rosen Bien Galvan & Grunfeld LLP, 101 Mission St. Sixth Floor San Francisco, CA 94105 |
| 5. CASE NAME | Dunsmore et al. v. San Diego County Sheriff's Department, et al. |
| 6. CASE NUMBER | 20-cv-00406-AJB-DDL |

**7. TRANSCRIPT(S) REQUESTED**

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | CD ($32) | ORDINARY (30-day $4.00 pp) | 14-DAY ($4.70 pp) | EXPEDITED (7-day $5.35 pp) | 3-DAY ($6.00 pp) | DAILY (Next Day $6.70 pp) | HOURLY (2 hrs $8.00 pp) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/24/2025 | DDL | IDC | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

**8. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, DCN #, ETC.**

**9. SIGNATURE:** /s/ Gay C. Grunfeld

**10. DATE:** February 24, 2025