UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, et al.,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S
DEPARTMENT, et al.,

Defendants.

Case No.:  20-cv-406-AJB-DDL

**ORDER RE
FEBRUARY 24, 2025
DISCOVERY CONFERENCE**

The Court held a discovery conference on February 24, 2025.  Dkt. No. 821. The Court **ORDERS**:

1. The parties must promptly meet and confer regarding Plaintiffs' request to set a "fact cutoff date" limiting the presentation of evidence at trial.  The meet and confer must also address what effect, if any, Judge Battaglia's Order on Plaintiffs' Ex Parte Motion [Dkt. No. 824] has on Plaintiffs' contemplated request for additional discovery.

2. If the parties agree there should be a fact cutoff date, they must file a stipulation by not later than **March 7, 2025**, setting forth their agreement and any additional discovery they agree should take place.

3. If the parties do not reach agreement on a fact cutoff date, Plaintiffs must file a motion to set a fact cutoff date and re-open discovery for a limited

purpose by not later than **March 7, 2025**.  Defendants must file any opposition by **March 14, 2025**.  Plaintiffs may file an optional reply by **March 21, 2025**.  The motion shall address the effect, if any, of Judge Battaglia's Order [Dkt. No. 824] on the relief sought.

**IT IS SO ORDERED.**

Dated: February 26, 2025

Hon. David D. Leshner
United States Magistrate Judge

20-cv-406-AJB-DDL