Natalie Ortiz, Esq. (State Bar No. 303869)
**MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP**
225 Broadway, Suite 2000
San Diego, California 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

Attorneys for Non-Party NaphCare of San Diego LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> Judge:       Hon. Anthony J. Battaglia <br> Magistrate: Hon. David D. Leshner <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br> Trial Date:   None Set |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Non-Party NaphCare of San Diego LLC, hereby notify the Court that attorney Natalie Ortiz hereby withdraws as attorney of record for Non-Party NaphCare of San Diego LLC.

///

The following attorneys remain as attorney of record for Defendant:

Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Marguerite L. Jonak (State Bar No. 143979)
*marguerite.jonak@manningkass.com*
David Fleck (State Bar No. 192912)
*david.fleck@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

DATED: March 5, 2025

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: _____
Natalie Ortiz
Attorney for Non-Party NaphCare of San Diego LLC