David Fleck (State Bar No. 192912)
*David.Fleck@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900, Ext. 2222
Facsimile: (213) 624-6999

Natalie Ortiz (State Bar No. 303869)
*Natalie.Ortiz@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
225 Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

Attorneys for Non-Party, NaphCare of San Diego, LLP

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>**NOTICE OF APPEARANCE FOR DAVID L. FLECK AS COUNSEL OF RECORD FOR NON-PARTY, NAPHCARE OF SAN DIEGO, LLP**<br><br><br>Complaint Filed: 3/2/20<br>Trial Date: None Set |

Case No. 3:20-cv-00406-AJB-DDL

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that David L. Fleck of the Law Offices of Manning & Kass, who is permitted to practice in this District, hereby appears as counsel of record on behalf of Non-Party, Naphcare of San Diego, LLC. Effective immediately please add David L. Fleck as an attorney to be noticed on all matters at the following address:

> David L. Fleck
>
> Manning & Kass
>
> 801 S. Figueroa Street, 15th Floor
>
> Los Angeles, CA 90017
>
> Tel: [213] 624-6900, Ext. 2222
>
> Email: david.fleck@manningkass.com

DATED: March 7, 2025　　**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By: _____*/s/ David Fleck*_____
David Fleck
Attorneys for Non-Party, NaphCare of San Diego, LLP