

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore

                                                      **Plaintiff,**

                                        **V.**

State of California et al

                                                      **Defendant.**

|  |
| --- |
| **FILED** |
| 3/10/2025 |
| CLERK U.S. DISTRICT COURT |
| SOUTHERN DISTRICT OF CALIFORNIA |
| BY:             M. Quinata  , Deputy |

**Civil No.**  20-cv-406-AJB-DDL

## STRICKEN DOCUMENT:

Ex Parte Application to Continue Pretrial and PTC

### Per Order #     836

**835**