

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore

**Plaintiff,**

**V.**

State of California et al

**Defendant.**

| FILED |
|---|
| 3/10/2025 |

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:            M. Quinata , Deputy

**Civil No.**  20-cv-406-AJB-DDL

**STRICKEN DOCUMENT:**

Ex Parte Application to Continue Pretrial and PTC

**Per Order #    836**

**835**