# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: | 20-cv-00406-AJB-DDL |
| TITLE: | Dunsmore, et al. v. San Diego County Sheriff's Department, et al. |
| FILED DATE: 3/10/2025 | DOCUMENT NO.: 835 |
| DOCUMENT TITLE: | Defendants' Ex Parte Application to Continue Pretrial Deadlines and Pretrial Conference Until 30 Days After a Written Decision on the Pending Summary Judgment Motion Is Issued; Or in the Alternative to Stay Pretrial Dates Pending a Decision on the Motion |
| DOCUMENT FILED BY: | Susan E. Coleman on behalf of County of San Diego, San Diego County Sheriff's Department, and San Diego County Probation Department |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

OTHER: Non-compliance with Hon. Anthony J. Battaglia's Civil Case Procedure § III.1:
**Appropriate *ex parte* motions may be made at any time <u>after first contacting the law clerk</u>, but must ultimately be filed electronically on CM/ECF**.

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document will remain as filed despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| ☐ | The Clerk is directed to MODIFY the docket text of the filed document to the following: [          ] |
| ☒ | The document is REJECTED. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
| ☐ | Rejected documents will be returned to pro se filer. |

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: March 10, 2025          CHAMBERS OF: The Honorable Anthony J. Battaglia

cc: All Parties