GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California  94709
Telephone:  (510) 806-7366
Facsimile:    (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:  (858) 677-1400
Facsimile:    (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' SUR-REPLY RE: DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Judge:   Hon. Anthony J. Battaglia <br><br> Date:    March 27, 2025 <br> Time:    2:00 p.m. <br> Crtrm.:  4A |

[4657552.2]

I, Van Swearingen, declare:

1.    I am an attorney duly admitted to practice before this Court.  I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs and the Certified Class and Subclasses.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration in support of Plaintiffs' Sur-reply Re: Defendants' Motion for Partial Summary Judgment.

2.    On March 3, 2025, Defendants produced documents to Plaintiffs pursuant to the Court's February 3, 2025 order.  That production included the following materials:  (1) video surveillance footage from the Vista Detention Facility lobby from January 7, 2025, SD_1580221-229; (2) a training bulletin and policy about a 14-day health assessment, SD_1580230-240; and (3) excerpts from the medical records of three class members who submitted declarations with Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment, SD_1580241-317.  Defendants did not produce any further documents.

3.    Attached hereto as **Exhibit A** is a true and correct copy of the excerpts from the medical records of class representative James Clark that Defendants produced to Plaintiffs on March 3, 2025 as SD_1580241-244.

4.    Attached hereto as **Exhibit B** is a true and correct copy of the excerpts from the medical records of Amie Stanley that Defendants produced to Plaintiffs on March 3, 2025 as SD_1580303-317.

5.    Attached hereto as **Exhibit C** is a true and correct copy of the excerpts from the medical records of Miguel Rosales that Defendants produced to Plaintiffs on March 3, 2025 as SD_1580245-302.

6.    Attached hereto as **Exhibit D** is a true and correct copy of the Sheriff's Office's Medical Services Division's training bulletin titled "Health Assessment," dated March 6, 2023, and the Medical Services Division policy "Initial Health Assessment," dated July 24, 2024.  Defendants produced the documents to Plaintiffs

1    on March 3, 2025 as SD_1580230-240.

2        7.    Attached hereto as **Exhibit E** is a true and correct copy of the

3    surveillance videos from the Vista Detention Facility lobby on January 7, 2025,

4    which Defendants produced on March 3, 2025 as SD_1580221-229.  Based on the

5    time stamps in the names of the video files and from viewing the videos themselves,

6    the video footage runs from 2:10 p.m. to 3:50 p.m., although the period from 2:50

7    p.m. to 3:00 p.m. is not included.

8        8.    Attached hereto as **Exhibit F** is a true and correct copy of excerpts

9    from the transcript of the May 21, 2024 Federal Rule of Civil Procedure 30(b)(6)

10   deposition of Sheriff's Office Captain Thomas Seiver, who was designated to testify

11   about racial discrimination.

12       9.    Attached hereto as **Exhibit G** is a true and correct copy of the San

13   Diego County Sheriff's Office's February 18, 2025 written response to a Public

14   Records Act request submitted by my firm.  The response states, in part, that

15   "CPAC [County Parole and Alternative Custody] was implemented as part of Public

16   Safety Realignment and is funded by AB109-Community Corrections funding from

17   the State that goes into a trust fund that the San Diego County Public Safety Group

18   manages."

19       10.    Attached hereto as **Exhibit H** is a true and correct copy of a document

20   that the San Diego County Sheriff's Office produced on February 28, 2025 in

21   response to a Public Records Act request submitted by my firm, along with the

22   Sheriff's Office's written response stating that the document is the summary of

23   funds for the County Parole and Alternative Custody program from FY23-24 and

24   FY24-25.

25   / / /

26   / / /

27   / / /

28   / / /

DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' SUR-REPLY RE: DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

11. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the transcript of the October 14, 2024 deposition of Defendants' expert Dr. Brian Withrow.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 10th day of March, 2025.


_/s/ Van Swearingen_
Van Swearingen

# TABLE OF CONTENTS
## EXHIBITS TO DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' SUR-REPLY RE: DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

| DESCRIPTION | EXHIBIT NO. | PAGE NO. |
|---|---|---|
| Excerpt from James Clark Medical Records (SD_1580241-1580244) | A | 1 |
| Excerpt from Amie Stanley Medical Records (SD_1580303-1580317) - **REDACTED** | B | 6 |
| Excerpt from Miguel Rosales Medical Records (SD_1580245-1580302) - **REDACTED** | C | 22 |
| San Diego County Sheriff's Office Medical Services Division Training Bulletin re: Health Assessment (March 6, 2023) and Policy and Procedure re: Initial Health Assessment (July 24, 2024) (SD_1580230-1580240) | D | 81 |
| Surveillance Video from Vista Detention Facility Public Lobby (January 7, 2025) (SD_1580221-1580229) | E | 93 |
| Excerpt from Transcript of Deposition of Captain Thomas Seiver, Federal Rule of Civil Procedure 30(b)(6) Witness (May 21, 2024) | F | 94 |
| San Diego County Sheriff's Office Response to Public Records Act Request (February 18, 2025) | G | 99 |
| San Diego County Sheriff's Office Response to Public Records Act Request and Attachment (February 28, 2025) | H | 104 |
| Excerpt from Transcript of Deposition of Dr. Brian L. Withrow (October 14, 2024) | I | 109 |

[4662168.1]

# EXHIBIT A

## CONFIDENTIAL - FOR COUNSEL ONLY

From NothingSetup                    Tue 27 Aug 2024 11:50:17 PM EDT                    Page 1 of 1

Millennium Diagnostic Imaging Services
www.mdisultrasound.com
Email: mdisultrasound@ gmail. com
(877)-277-7848
FAX: (855)-464-4936

**MDIS**

| | | | |
|---|---|---|---|
| Patient Name: | CLARK, JAMES | Date of Service: | 08/27/2024 |
| MRN: | | Referring Facility: | SAN DIEGO CENTRAL JAIL NPC |
| Date of Birth: | 06/22/1960 (age: 64) | Referring Physician: | KAHL, NICHOLAS |
| Gender: | Male | Technologist: | |
| Accession No: | 3709254 / mdis.emsow.com | Reading Group: | Tushar Patel M.D. |

**PROCEDURE: Testicular**                                                    **CPT Code: 93975**

STUDY QUALITY:  Good

STUDY COMPLICATIONS:  none

TECHNIQUE: After informed consent, a real-time scrotal ultrasound with image documentation was performed.
REASON FOR EXAM: Bilateral scrotal swelling, prev dx of bilateral hydrocele

**FINDINGS:**
Homogenous right testicle measures 4 x 2 x 4 cm. Large right hydrocele. The right epididymis is not visualized.
Homogenous left testicle measures 5 x 2 x 3 cm.  Large left hydrocele. The left epididymis is not visualized.

**CONCLUSION:**
Large bilateral hydroceles. Normal testes.

Doctor comments:

Thank you for your kind referral of this patient.

| | |
|---|---|
| Electronically signed by: | Dr. Patel M.D., Tushar |
| Date Signed: | 08/27/2024 08:44:45 PM |

Please contact our office if there are any questions.

## CONFIDENTIAL - FOR COUNSEL ONLY    SD 1580241

**Ex. A - 2**

## CONFIDENTIAL - FOR COUNSEL ONLY

Page 1 of 1

 San Diego County Sheriff's Department                    2/27/2025 8:35:25 AM PST
9621 Ridgehaven Ct.
San Diego, CA 92123

**Progress Notes -CLARK, JAMES HAROLD 100040464 (24730879)**

---

Christine Padilla NP (CHP) POSTED ON 11/16/2024 5:41:21 PM PST                    Type: NP NOTE

MDCC cc: Please review TCMC urology clinic note 10/22/2024

Offsite Urology f/u referral ordered for procedure bilateral hydrocelectomy, flexible cystoscopy, expedited per urology request.

Addendum:

---

Patrick Evangelista NP POSTED ON 11/17/2024 11:30:14 AM PST                    Type: NP NOTE

11/17 Pending Urology referral

Addendum:

---

Michelle Mata NP (CHP) POSTED ON 11/17/2024 12:23:00 PM PST                    Type: NP NOTE

mdcc: [MDCC: Urology Referral]

recommendation: "Assessment/Plan
1. Acquired hydrocele N43.3
Please authorize for bilateral hydrocelectomy, flexible cystoscopy. Discussed
risks of the procedure including bleeding, infection, pain, recurrence of hydrocele,
need for drain, and any other indicated risks. Patient agreed with the plan was to
proceed at this time.
Please get stat authorization for this as he would like to get this done prior to
leaving facility"

urology referral in place, pending.

Addendum:

---

Dennis O'Connor MD POSTED ON 11/20/2024 11:48:48 AM PST                    Type: MD NOTE

Patient seen for chronic care visit 11/20/2024. Please see note for details. will plan to conintue current HTN/DM medication regimen. Will obtian EKG/UA per protocol.

Urology pending - hydrocele
PT referral placed for right hand lack of dexterity due to old stroke per patient

Addendum:

---

**CONFIDENTIAL - FOR COUNSEL ONLY**

Office Clinic Note Physician                                                          CLARK, JAMES HAROLD - 1390774
* Final Report *

Result Type:              Office Clinic Note Physician
Result Date:              October 22, 2024 9:51 PDT
Result Status:            Auth (Verified)
Result Title/Subject:     Office Visit Limited
Performed By/Author:      Boonjindasup, Aaron G MD on October 22, 2024 9:51 PDT
Verified By:              Boonjindasup, Aaron G MD on October 22, 2024 9:51 PDT
Encounter info:          7418894, Tri-City Outpatient Specialty Service, Clinic, 10/22/2024 - 10/22/2024

**\* Final Report \***

# CLARK, JAMES HAROLD

**DOB:** 06/22/1960
**Age:** 64 years
**Sex:** Male
**MRN:** 1390774
**Visit Date:** 10/22/2024
**Primary Care Physician:** SD Sheriff, PCP

**History of Present Illness**
SD Sheriff
21103075

Mr. Clark is a 62-year-old African-American male who notes a several month history
of scrotal swelling.  The patient had a scrotal ultrasound done that showed bilateral
hydroceles.  The patient notes that he is having pain which is about 7 out of 10.
He is using Tylenol for pain.  He denies any urinary changes.  He denies any
hernias in the past.  He would like to proceed with surgical management at this
time.

--
3/22/2022
Patient with worsening hydrocele.  He had a repeat ultrasound on 11/16/2021
which shows a large right hydrocele and small left hydrocele.  This is increasing in
size.  Patient has worsening pain.

--
4/11/2023

Patient with worsening hydrocele.  He has a recent scrotal ultrasound that
continues to show fluid collection and hydrocele.  No signs of hernia.  He states that
he is having pain with this.  He would like to have surgical management at this
time.

--
4/3/2024

Patient was recently released and then we will is back at County jail.  He continues
to have hydrocele and would like to have something done with this.  He has scrotal
pain.

--
10/22/2024

**Problem List/Past Medical History**
Underlined{Ongoing}
   Acquired hydrocele
   Diabetes mellitus
   Hypercholesterolemia
   Hypothyroid
   Pain in scrotum
   Wheelchair bound
Historical
   No qualifying data

**Medications**
No active medications

**Allergies**
Bactrim

Printed by: Arroyo, Emmylou M
Printed on: 11/15/2024 15:57 PST

Page 1  of 2

**CONFIDENTIAL - FOR COUNSEL ONLY     SD 1580243**

**Ex. A - 4**

**CONFIDENTIAL - FOR COUNSEL ONLY**

Office Clinic Note Physician                                    CLARK, JAMES HAROLD - 1390774

\* Final Report \*

Patient continues to have bilateral hydroceles.  He states that he does have some discomfort with this.  He does have a scrotal ultrasound performed on 8/27/2024 which shows homogenous right testicle measuring 4 x 2 x 4 cm.  He has a large right hydrocele.  On the left he has a left testicle measures 5 x 2 x 3 cm.  He does have a large left hydrocele as well.

He notes that he does have urinary issues where he feels as though he is not emptying his bladder well.  Does have incontinence after urination with postvoid dribbling.

**Review of Systems**
Constitutional - denies Fevers/chills,
Eyes - denies double vision, blurred vision, and headaches
ENT - denies chronic sinus problems, no change in hearing
CV - no chest pain, denies dizziness
Pulm - no SOB, no hemoptysis
GI -  denieschange in bowel habits, no emesis
GU - no gross hematuria, currently no dysuria
MSK -  denies joint pain and back pain
Skin - no skin changes
Neuro - denies weakness or numbness

**Physical Exam**
NAD/Alert, patient in wheelchair
warm and well perfused
no respiratory distress
Extraocular movements intact, no scleral icterus
No visible thyromegaly or cervical lymphadenopathy
Equal respirations bilateral without use of accessory muscles, nonlabored
No JVD
Moves all 4 extremities spontaneously, no focal defects.

**Assessment/Plan**
1. Acquired hydrocele N43.3
Please authorize for **bilateral hydrocelectomy, flexible cystoscopy.**  Discussed risks of the procedure including bleeding, infection, pain, recurrence of hydrocele, need for drain, and any other indicated risks.  Patient agreed with the plan was to proceed at this time.

Please get stat authorization for this as he would like to get this done prior to leaving facility

**Signature Line**
Electronically Signed on 10/22/2024 09:51 PDT

_____

Boonjindasup, Aaron G MD

**Completed Action List:**
\* Perform by Boonjindasup, Aaron G MD on October 22, 2024 9:51 PDT
\* Sign by Boonjindasup, Aaron G MD on October 22, 2024 9:51 PDT
\* VERIFY by Boonjindasup, Aaron G MD on October 22, 2024 9:51 PDT

Printed by: Arroyo, Emmylou M
Printed on: 11/15/2024 15:57 PST                                    Page 2  of 2

**CONFIDENTIAL - FOR COUNSEL ONLY     SD 1580244**

**Ex. A - 5**

# EXHIBIT B

# (REDACTED)

**CONFIDENTIAL - FOR COUNSEL ONLY**

1/9/25, 10:44 AM                         Stanley, Amie (MR#32416588) Printed by ARROYO, EMMYLOU [EMA6]

Stanley, Amie (MRN 32416588) DOB: 04/20/1974 Encounter Date: 01/08/2025

# Stanley, Amie

MRN: 32416588

 **McHale, Michael Thomas, MD**
Attending Physician
Specialty: Gyn Oncology

Progress Notes ⚠ 💬
Signed

Encounter Date: 1/8/2025

### GYN ONC STAFF

I have interviewed the patient and reviewed the patient history of present illness (HPI) regarding her indication for consultation.
I have reviewed the past medical history, family medical history, social history, allergy history, medications, review of systems (ROS) and problem list history as noted in the resident's note and electronic medical record.
I have seen and examined the patient and I concur with the resident's exam.

**Referring MD:** Resnik
**Referral indication:** Squamous cell carcinoma vulva

**ID:** Amie Stanley is a 50 year old G4P3013 with PMH notable for ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮ who presents today for her initial visit

**HPI:**
She reports approximately 30 year history of a perineal skin tag. The lesion started growing over the last 18 months . Additionally she was having more discomfort with sitting and bleeding. She was recently seen by general gynecology on 12/3 at which time biopsies were performed confirming diagnosis of squamous cell carcinoma.  She is currently incarcerated at Las Colinas.

In light of the above she was referred to GynOncology

Today she reports continued pain wit sitting and spotting daily.  She denies early satiety, abdominal pain/bloating, change in weight, change in appetite, lower extremity pain or swelling, nausea, vomiting, change in bowel habits

Path:
FINAL PATHOLOGIC DIAGNOSIS:
A: Vulva at 9 o'clock, biopsy:
-Invasive squamous cell carcinoma, HPV-associated, see comment.
-Depth of invasion at least 2.5 mm.
B: Vulva at 3 o'clock, biopsy:
-Invasive squamous cell carcinoma, HPV-associated, see comment.
-Depth of invasion at least 4 mm.
COMMENT: Parts A and B show invasive squamous cell carcinoma extending to the edges of the biopsies, with at least 4 mm depth of invasion in part B. Immunohistochemical stains for p16 (A1) show strong block positivity in tumor cells; while p53 shows wild-type expression and . GATA3 is negative. Overall findings are supporting the above interpretations.

REVIEW OF SYSTEMS
Constitutional: negative.
CV: negative.

Stanley, Amie (MRN 32416588) Printed by Arroyo, Emmylou [EMA6] at 1/9/2025 10:43 AM

**CONFIDENTIAL - FOR COUNSEL ONLY       SD 1580303**

**Ex. B - 7**

**CONFIDENTIAL - FOR COUNSEL ONLY**

Stanley, Amie (MRN 32416588) DOB: 04/20/1974 Encounter Date: 01/08/2025

Resp: negative.
GI: negative.
GU: negative.
Musculoskeletal: negative.
Psych: negative.
Endo: negative.
Heme/Lymphatic: negative.
GYN: see HPI

PHYSICAL EXAMINATION:

Physical Exam: General Appearance: healthy, alert, no distress, pleasant affect, cooperative.
Mouth: normal.
Neck: Neck supple. No adenopathy,
Heart: normal rate and regular rhythm, no murmurs, clicks, or gallops.
Lungs: clear to auscultation and percussion, no chest deformities noted.
Abdomen: Abdomen soft, non-tender. No masses or organomegaly. Bowel sounds normal.
Extremities: no cyanosis, clubbing, or edema.
Pelvic: external genitalia: 4x4cm exophytic lesion arising from perineal body within millimeters of anus
Vagina: normal
Cervix: no lesions

ASSESSMENT/PlAN:

Briefly this is a 50 year old  with PMH notable for
▮▮▮▮▮▮▮▮▮▮▮▮ and now vulvar cancer

I discussed with her that typically  surgical management is recommended however in light of the
location of this lesion and the need for radical resection there is a significant risk for injury to the anal
sphincter.
As such I have recommended pursuing primary radiation therapy.
We will send a consult to Radiation Oncology. Also a request for a PET-CT. In light of her rising
creatinine (per her report) and her past history of dialysis post a previous CT we will not administer
contrast.

She had multiple questions which were addressed in detail.  She will follow up again after she has
been seen by radiation oncology

Electronically signed by McHale, Michael Thomas, MD at 1/8/2025  3:40 PM

Office Visit on 1/8/2025     *Note shared with patient*

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 140/77 (BP Location: Left arm, BP Patient Position: Sitting, BP cuff size: Regular) Pulse 59 |
| | Temp 96.9 °F (36.1 °C) (Temporal) Resp 16 Ht 5' 9" (1.753 m) Wt 117 kg (258 lb) LMP 03/06/2023 |
| | SpO2 98% BMI 38.10 kg/m² BSA 2.39 m²   More Vitals |
| Flowsheets: | Recent Travel, Intake, Malnutrition Screening, Chaperone |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

**CONFIDENTIAL - FOR COUNSEL ONLY        SD 1580304**

**Ex. B - 8**

**CONFIDENTIAL - FOR COUNSEL ONLY**

Stanley, Amie (MRN 32416588) DOB: 04/20/1974 Encounter Date: 01/08/2025

## Orders Placed

CT Abdomen And Pelvis W/O Contrast
PET/CT Skull Base To Mid Thigh (Non Diag CT For AC)
Consult/Referral to Radiation Oncology New Request

## Medication Changes

None

## Visit Diagnoses

◆ Vulvar cancer (CMS-HCC)

Malignant neoplasm of vulva (CMS-HCC)

Stanley, Amie (MRN 32416588) Printed by Arroyo, Emmylou [EMA6] at 1/9/2025 10:43 AM

**CONFIDENTIAL - FOR COUNSEL ONLY     SD 1580305**

**Ex. B - 9**

**CONFIDENTIAL - FOR COUNSEL ONLY**

Stanley, Amie (MR#32416588) Printed by ARROYO, EMMYLOU [EMA6]

Stanley, Amie (MRN 32416588) DOB: 04/20/1974 Encounter Date: 01/08/2025

# Stanley, Amie

MRN: 32416588

| Rajan, Allison Elizabeth, MD | Progress Notes ⚠ 💬 | Encounter Date: 1/8/2025 |
|---|---|---|
| Resident | Signed | |

## Gynecologic Oncology New Patient Visit

**Referring MD**: Resnik
**Attending MD**: McHale
**Referral indication:** Squamous cell carcinoma vulva

**ID**: Amie Stanley is a 50 year old G4P3013 with PMH ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ who presents today for her initial visit with Dr. McHale for the indication above.

**HPI:**
She reports approximately 30 year history of a perineal skin tag. The lesion started growing over the last 18 months and she was most recently seen by general gynecology on 12/3 at which time biopsies were performed confirming diagnosis of squamous cell carcinoma. The lesion is painful and bleeds periodically. She is currently incarcerated at Las Colinas.

**Subjective**:
She denies early fullness, abdominal pain/bloating, change in weight, change in appetite, lower extremity pain or swelling, nausea, vomiting, change in bowel habits

**Cancer history:**
12/3/24: vulvar biopsies demonstrated squamous cell carcinoma

**Last CA-125**
No results found for: "CA125"

**Pathology:**
**12/3/24**
FINAL PATHOLOGIC DIAGNOSIS:
A: Vulva at 9 o'clock, biopsy:
-Invasive squamous cell carcinoma, HPV-associated, see comment.
-Depth of invasion at least 2.5 mm.
B: Vulva at 3 o'clock, biopsy:
-Invasive squamous cell carcinoma, HPV-associated, see comment.
-Depth of invasion at least 4 mm.

**Imaging:**
N/A

**GYN History**
Age at menarche: 11
Age at menopause: LMP 2023
Regular menses: yes
H/o abnormal pap smears: no, reports regular screening
H/o STIs: no
Irregular bleeding: no
H/o OCPs: no
H/o HRT: no
Cervical procedures: no

**CONFIDENTIAL - FOR COUNSEL ONLY**     **SD 1580306**

**Ex. B - 10**

# CONFIDENTIAL - FOR COUNSEL ONLY

1/9/25, 10:43 AM                    Stanley, Amie (MR#32416588) Printed by ARROYO, EMMYLOU [EMA6]

Stanley, Amie (MRN 32416588) DOB: 04/20/1974 Encounter Date: 01/08/2025

### Cancer Screening:
**Mammogram:** unknown
**Colonoscopy:** unknown
**Pap smear:** 01/2022 , no history of abnormals

Past Medical History:
Diagnosis                                                                     Date



Past Surgical History:
Procedure                                              Laterality      Date
  • CESAREAN SECTION, UNKNOWN SCAR


No family history on file.

## OB History

| Gravida | Para | Term | Preterm | AB | Living |
|---------|------|------|---------|-----------|--------|
| 4 | 3 | 3 | 0 | 1 | 3 |
| SAB | IAB | Ectopic | Multiple | Live Births | |
| 0 | 0 | 0 | 0 | 0 | |

Socioeconomic History
  • Marital status:                    Other


Allergies
Allergen                               Reactions
  • Hydrocodone                        Unspecified
     *dizziness*


Current Outpatient Medications on File Prior to Visit
Medication                         Sig              Dispense     Refill



Take 1 tablet (81 mg) by mouth daily.
Take 1 tablet (20 mg) by mouth.
Take 1 tablet by mouth daily.

Take 1 capsule (20 mg) by mouth every morning (before breakfast).

No current facility-administered medications on file prior to visit.

**Review of systems**: as per HPI


Stanley, Amie (MRN 32416588) Printed by Arroyo, Emmylou [EMA6] at 1/9/2025 10:43 AM

# CONFIDENTIAL - FOR COUNSEL ONLY         SD 1580307

**Ex. B - 11**

**CONFIDENTIAL - FOR COUNSEL ONLY**

Stanley, Amie (MRN 32416588) DOB: 04/20/1974 Encounter Date: 01/08/2025

**Physical exam:**
BP 140/77 (BP Location: Left arm, BP Patient Position: Sitting, BP cuff size: Regular) **|** Pulse 59 **|** Temp 96.9 °F (36.1 °C) (Temporal) **|** Resp 16 **|** Ht 5' 9" (1.753 m) **|** Wt 117 kg (258 lb) **|** LMP 03/06/2023 **|** SpO2 98% **|** BMI 38.10 kg/m²
General: no acute distress, pleasant, cooperative
Neck: supple, no lymphadenopathy
CV: regular rate and rhythm, no murmurs, rubs or gallops
Resp: clear to auscultation bilaterally
Abdomen: soft, non-tender, non-distended, normal active bowel sounds, lymphadenopathy appreciated in left groin
Extremity: no edema; no calf tenderness, erythema
Pelvic: perineal mass measuring approximately 4 cm immediately adjacent to the anus, normal vaginal mucosa, normal cervix without lesions

**Assessment and Plan**

Amie Stanley is a 50 year old G4P3013 with ███████████████████████████████████
████████████████████████████████████████████████████ presents today for her initial visit with Dr. McHale for squamous cell carcinoma of the vulva

\#.  Squamous cell carcinoma of the vulva
- discussed diagnosis today and treatment options including WLE versus chemo-RT
- significant concern that attempt at WLE would result in disruption of external anal sphincter given location of lesion, and therefore favor treatment with chemo-RT
- CT non-contrast given CKD and PET scan ordered today
- Referred to RT
- Follow-up after RT consultation

Patient seen and examined with Dr. McHale, attending physician.

Allison Rajan, MD
Resident Physician, PGY-3
Obstetrics, Gynecology, and Reproductive Sciences
PID: 808898
Electronically signed by McHale, Michael Thomas, MD at 1/8/2025  3:40 PM

Office Visit on 1/8/2025        *Note shared with patient*

## Additional Documentation

| Vitals: | BP 140/77 (BP Location: Left arm, BP Patient Position: Sitting, BP cuff size: Regular) Pulse 59 |
| --- | --- |
| | Temp 96.9 °F (36.1 °C) (Temporal) Resp 16 Ht 5' 9" (1.753 m) Wt 117 kg (258 lb) LMP 03/06/2023 |
| | SpO2 98% BMI 38.10 kg/m² BSA 2.39 m²   More Vitals |
| Flowsheets: | Recent Travel, Intake, Malnutrition Screening, Chaperone |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

### Orders Placed
CT Abdomen And Pelvis W/O Contrast
PET/CT Skull Base To Mid Thigh (Non Diag CT For AC)
Consult/Referral to Radiation Oncology New Request

### Medication Changes

**CONFIDENTIAL - FOR COUNSEL ONLY        SD 1580308**

**Ex. B - 12**

**CONFIDENTIAL - FOR COUNSEL ONLY**

Stanley, Amie (MRN 32416588) DOB: 04/20/1974 Encounter Date: 01/08/2025

None

### Visit Diagnoses

◆ Vulvar cancer (CMS-HCC)

  Malignant neoplasm of vulva (CMS-HCC)

Stanley, Amie (MRN 32416588) Printed by Arroyo, Emmylou [EMA6] at 1/9/2025 10:43 AM

**CONFIDENTIAL - FOR COUNSEL ONLY**      **SD 1580309**

Ex. B - 13

**CONFIDENTIAL - FOR COUNSEL ONLY**

**SAN DIEGO COUNTY SHERIFF'S OFFICE**
Medical Services Division
Authorization for Use and Disclosure of Protected Health Information
(Release of Information Request)

**STAT/URGENT** *PLEASE*

FAXED 12/4/24

| I authorize (releasing party): | To disclose to (receiving party): |
|---|---|
| Name  UCSD HILLCREST GYNECOLOGY | Name  SHERIFF'S MEDICAL RECORDS UNIT  Las Colinas Detention & Re-Entry Facility |
| Address  4168 Front St 2nd floor | Address  451 Riverview Parkway |
| City/State  San Diego, CA 92103 | City/State  Santee, CA 92071 |
| Phone | Phone  Staff.MedicalRecords@SDSheriff.org |
| Fax  619 543-7128 | Fax  Ph: (619) 258-3170 Fax: (619) 258-3243 |

**This disclosure may be used for the following purpose(s):**
☑ Continuity of Healthcare   ☐ Personal Use   ☐ Public Benefit Program/Disability Claim
☐ Legal   ☐ Other specific uses or limitations:

**Indicate one of the following:**
☑ Date(s) of service requested:   12/3/24   MRN# 32416588
☐ or Booking number(s) requested:

I authorize the use and disclosure of my protected health information (PHI) for health care received for any illnesses, conditions, and injuries for the date(s) of service or booking number(s) indicated above; **OR** release only the following specific medical records for the date(s) of service or booking number(s) indicated above: _____

I further understand sensitive PHI such as mental health records, alcohol/drug abuse records, and HIV test results will not be included in this authorization for release of information request unless the sensitive information is specifically indicated below.

**Please check the boxes of the sensitive information you authorize with this release of information request:**

☑ **ALCOHOL/SUBSTANCE ABUSE**         ☑ **HIV** test results
☑ **MENTAL HEALTH RECORDS**           ☑ Other: MEDICAL RECORDS ME: RECENT VISIT

Note: a separate written authorization is required for each disclosure of HIV test results.

**Duration:** This authorization will expire in twelve (12) months or on this date:

**Medical Records Format:** ☐ Paper (default)   ☐ Electronic (CD)

**COPY OF ROI:** I understand I am entitled to a copy of this Release of Information Request and a completed copy of this form is as valid as the original.
**REDISCLOSURE:** California law prohibits the person receiving my health information from making further disclosure of it unless another authorization for such disclosure is obtained or unless such disclosure is specifically required or permitted by law.

SCANNED

| SAN DIEGO COUNTY SHERIFF'S OFFICE  MEDICAL SERVICES DIVISION  Authorization For Use and Disclosure of PHI  Initial:        Page 1 of 2 | LCDR (LAS COLINAS DETENTION AND REENTRY FACILITY)  Patient's Name:  STANLEY, AMIE RAE  D.O.B.  4/20/1974 |

Form J224 Rev 01/2021          24704713          12/3/2024

**CONFIDENTIAL - FOR COUNSEL ONLY          SD 1580310**

**Ex. B - 14**

**CONFIDENTIAL - FOR COUNSEL ONLY**



**SAN DIEGO COUNTY SHERIFF'S OFFICE**

Medical Services Division

Authorization for Use and Disclosure of Protected Health Information

(Release of Information Request)

**REVOCATION:** I understand I may revoke this authorization at any time by notifying San Diego County Sheriff's Department, Medical Services Division in writing.

**NOTICES:**

- I understand that the San Diego County Sheriff's Department may not condition treatment on whether I sign this authorization.
- Medical records released pursuant to this written authorization may contain references related to mental health, alcohol/substance abuse, and HIV.
- This authorization will be invalid if: not signed by the patient or patient's personal representative; the expiration date has passed; the form is incomplete; or if the authorization form has been revoked in writing by patient or patient's personal representative.
- If medical records are required for continuity of care with your provider upon release, indicate them as the receiving party and they shall receive the medical records specified by the signed Release of Information Request form at no cost.
- Requests for mental health records may be denied. However, the mental health records may be provided to other providers as designated by your release of information request at no cost.
- A completed and signed Release of Information Request form may be mailed or faxed to:

**San Diego County Sheriff's Office**
**Attn: Medical Services Division**
**of the releasing /receiving party located on the first page.**

- Fees may apply to certain medical record requests. A fee of twenty cents ($0.20) per page will be charged for paper records requested for personal use (or $5 for copies on CD). If fees apply, an invoice will be sent to you. Please arrange to have a cashier's check or money order sent to the address above and made payable to the San Diego County Sheriff's Department. The medical records requested will be sent to the authorized party once payment is received.

| AMIE RAE STANLEY | | | | 400526987 |
|---|---|---|---|---|
| Patient's Name *X Amie Stanley* | AKA *12-3-24* | | 4/20/1974 | JIMS Number |
| Patient's Signature (or Other Authorized Representative) | Date | Social Security Number | Date of Birth | CDCR Number (if available) |
| If not signed by patient, specify basis for authority to sign: | | | | |
| ☐ Attorney-In-Fact for Health Care (attach copy to this authorization) | | | | |
| ☐ Conservator, Beneficiary, or Personal Representative (attach copy of legal document) | | | | |
| ☐ Other (attach copy of document) | | | | |

SAN DIEGO COUNTY SHERIFF'S OFFICE
MEDICAL SERVICES DIVISION
Authorization For Use and Disclosure of PHI
Page 2 of 2

LCDR (LAS COLINAS DETENTION AND REENTRY FACILITY)

Patient's Name:    STANLEY, AMIE RAE

D.O.B:    4/20/1974

    

Form J224 Rev 01/2021    24704713    12/3/2024

**CONFIDENTIAL - FOR COUNSEL ONLY    SD 1580311**

**Ex. B - 15**

**CONFIDENTIAL - FOR COUNSEL ONLY**

UCSD-05           12/4/2024 9:47:44 AM   PAGE   1/006   Fax Server

# UC San Diego Health

**FAX COVER SHEET**

CONFIDENTIAL – UC San Diego Health – Restricted Information

| | |
|---|---|
| Submission Date: | 12/4/24, 9:24 AM |

| | |
|---|---|
| Sender Fax Number: | |
| Sender Name/Department: | Leah N Duran / Medical Records |
| Sender Phone Number: | 619-543-6704 |

| | |
|---|---|
| Recipient Fax Number: | 619-258-3243 |
| Recipient Name: | LAS COLINAS WOMEN'S DETENTION FACILITY |
| Recipient Phone Number: | 619-258-3170 |

*Restricted Information is confidential information that is protected by law or University policy and that may include medical information related to a person's health care. It is being faxed to you under appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Re-disclosure without additional patient authorization or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.*

**Confidentiality Notice:** This fax contains confidential restricted information. If you received this fax in error, please notify the UC San Diego Health – Compliance Advisory Services, Privacy Program immediately by calling the phone number 858-657-7487 to arrange for return of these documents. If you received the fax electronically in error, send the fax to the Privacy Program. The Privacy Program fax number is: 858-657-7488. If you do not receive all pages, please call the sender at the sender's number above.

**CONFIDENTIAL - FOR COUNSEL ONLY      SD 1580312**

**Ex. B - 16**

**CONFIDENTIAL - FOR COUNSEL ONLY**

UCSD-05          12/4/2024 9:47:44 AM  PAGE  2/006  Fax Server

UC San Diego Health | Health Information Services · ·Stanley, Amie
MC8825 | MRN: 32416588, DOB: 4/20/1974, Legal Sex: F
200 W Arbor Dr | Enc Date: 12/3/2024
San Diego CA 92103-1911

**12/03/2024 - Office Visit in UCSD HILLCREST MOB WOMENS HEALTH SERVICES**

**Notes - Progress Notes**

**12/03/2024**

**Progress Notes by Gutierrez-Palominos, Leilani, MD at 12/3/2024 1400**

| Author: Gutierrez-Palominos, Leilani, MD | Service: — | Author Type: Resident |
| Filed: 12/03/24 1511 | Encounter Date: 12/3/2024 | Status: Attested Addendum |
| Editor: Gutierrez-Palominos, Leilani, MD (Resident) | | Cosigner: Resnik, Jamie Layne, MD at 12/03/24 1537 |

Attestation signed by Resnik, Jamie Layne, MD at 12/03/24 1537 (Updated)

**Attending Attestation:**

I personally interviewed and examined the patient on 12/3/2024 , and I have reviewed the note by Dr. Gutierrez-Palominos from 12/3/2024 .

I agree w/ the resident history, exam, assessment, and plan with the following additions:

Additional attending documentation: patient w/ fungating vulvar mass approx 4x5 cm in size - worrisome for vulvar cancer

A time out was conducted immediately prior to the procedure in agreement with the patient and team, confirming the following: patient name, MRN, date of birth, consent, procedure, site, side, marking, and correct equipment/implant, if applicable.

Hibiclens prep, lidocaine w/ epi injected in 2 sites
Biopsy of lesion at 3 o'clock and 9 o'clock
Hemostasis with silver nitrate
Referral gyn onc for f/u pending biopsy results
Plan of care reviewed with patient

Jamie Layne Resnik, MD
Signature Derived From Controlled Access Password, December 3, 2024, 3:29 PM

**NEW GYN VISIT**

**Reason for Consult:** Left sided vulvar lesion
Referring Provider: SD Sheriff
Primary Care Provider: Wycoco, Frederick

**HPI:** Amie Stanley is a 50 year old G4P3013 postmenopausal woman w/ h/o growing mass since the laceration repair of her son born 30 years ago, now notices some leakage. Referred for exam and biopsy that was not able to be preferred at Medical Clinic at Las Colinas. Reports that vulvar ulceration bleeds and is very uncomfortable, she has noticed he size increase over the past year. Denies burning, itching, or abnormal discharge from vaginal. Reports burning with urination. Denies diarrhea or constipation. Denies fevers or chills.

Denies any postmenopausal bleeding. LMP 3/6/2023.

**OB History:**
G4P3013

**GYN History:**

**CONFIDENTIAL - FOR COUNSEL ONLY      SD 1580313**

Ex. B - 17

**CONFIDENTIAL – FOR COUNSEL ONLY**

UCSD-05                12/4/2024 9:47:44 AM   PAGE   3/006   Fax Server

**UC San Diego Health**      Health Information Services    Stanley, Amie
                             MC8825                         MRN: 32416588, DOB: 4/20/1974, Legal Sex: F
                             200 W Arbor Dr                 Enc Date: 12/3/2024
                             San Diego CA 92103-1911

**12/03/2024 - Office Visit in UCSD HILLCREST MOS WOMENS HEALTH SERVICES (continued)**

**Notes - Progress Notes (continued)**

**Gyn History**

LMP: 03/06/2023, Postmenopausal
Age at Menarche:
Age at First Pregnancy:
Age at Menopause:
Gyn History Comments
Sexual Activity: No sexual activity data on record; No partner data on record
Contraception: No contraception data on record


1st C section (term), 2nd vaginal (term), 3rd vaginal (term), ███████

LMP Patient's last menstrual period was 03/06/2023.
Sexually active: none
STIs: none
Pap smear: last in 2022

**Past Medical and Surgical History:**
Denies any relevant hx of gyn issues or malignancy

**Allergies:**
Hydrocodone
IV contrast

**Medications:**
**Current Outpatient Medications on File Prior to Visit**



| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ███████ | Take 1 tablet (81 mg) by mouth daily. | | |
| • ███████ | Take 1 tablet (20 mg) by mouth. | | |
| • ███████ | Take 1 tablet by mouth daily. | | |
| • ███████ | Take 1 capsule (20 mg) by mouth every morning (before breakfast). | | |

No current facility-administered medications on file prior to visit.

**Social History:**
Socioeconomic History
• Marital status:              Other


**Family Hx:**
No fam hx of breast, uterine, cervical, vulvar cancer.
Mother: ovarian cancer at 51.

**Review of Systems:** as per HPI

**CONFIDENTIAL – FOR COUNSEL ONLY**      SD 1580314

Ex. B - 18

**CONFIDENTIAL - FOR COUNSEL ONLY**

UCSD-05            12/4/2024 9:47:44 AM  PAGE   4/006   Fax Server

UC San Diego Health | Health Information Services | Stanley, Amie
| MC8825 | MRN: 32416588, DOB: 4/20/1974, Legal Sex: F
| 200 W Arbor Dr | Enc Date: 12/3/2024
| San Diego CA 92103-1911 |

**12/03/2024 - Office Visit in UCSD HILLCREST MOS WOMENS HEALTH SERVICES (continued)**

Notes - Progress Notes (continued)

**OBJECTIVE**
**Vitals:**
BP 125/81 | Pulse 65 | Temp 96.5 °F (35.8 °C) | Resp 16 | Ht 5' 9" (1.753 m) | Wt 113.4 kg (250 lb) | LMP
03/06/2023 | SpO2 99% | BMI 36.92 kg/m²
**Physical Exam:**
**Gen:** NAD, appears well
**Chest:** Normal WOB
**Abdomen:** Abdomen soft, non-tender
**Pelvic exam:** External exam significant for fungating L vulvar mass, easily friable tissue, areas of white
discoloration noted as pictured below



**CONFIDENTIAL - FOR COUNSEL ONLY      SD 1580315**

**Ex. B - 19**

**CONFIDENTIAL - FOR COUNSEL ONLY**

UCSD-05          12/4/2024 9:47:44 AM   PAGE   5/006   Fax Server

UC San Diego Health | Health Information Services | Stanley, Amie
MC8825 | MRN: 32416588, DOB: 4/20/1974, Legal Sex: F
200 W Arbor Dr | Enc Date: 12/3/2024
San Diego CA 92103-1911

**12/03/2024 - Office Visit in UCSD HILLCREST MOS WOMENS HEALTH SERVICES (continued)**

**Notes - Progress Notes (continued)**



**IMAGING:**
None

**LABS:**
None

**ASSESSMENT/PLAN**
Amie Stanley is a 50 year old G4P3013 postmenopausal woman w/ h/o enlarging L vulvar fungating mass c/f
malignancy s/p biopsy today.

#. L vulvar fungating mass
- Mass is concerning for malignancy
- After informed consent was obtained, area was cleaned and 8cc of epi w/ lido were used on the area for numbing,
then two punch biopsies on the enlarged mass (at 3' and 9' o'clock position) were obtained and sent to pathology
- F/u pathology results
- Referral to gyn onc placed
- Strong follow-up advised with clear instructions written to SD Sheriff for appropriate follow-up (please see below)

**AVS instructions given to SD Sheriff personnel:**
*"A vulvar biopsy was performed today of patient's left vulvar mass*
*The mass biopsied today is strongly concerning for cancer. It is important patient receives follow-up regarding the final*
*pathology diagnosis and appropriate treatment afterwards.*

*A referral has been placed to gynecology oncology for potential removal of the mass if it does result to be cancer.*

*If it does not result to be cancer patient will still need the mass removed given significant discomfort.*

***SD Sheriff department MUST call MOS clinic to make an appointment for our patient the week of December***

Printed on 12/4/24 9:24 AM                                                                    Page 4

**CONFIDENTIAL - FOR COUNSEL ONLY**          **SD 1580316**

**Ex. B - 20**

**CONFIDENTIAL - FOR COUNSEL ONLY**

UCSD–05              12/4/2024 9:47:44 AM  PAGE  6/006  Fax Server

UC San Diego Health

Health Information Services          Stanley, Amie
MC8825                               MRN: 32416588, DOB: 4/20/1974, Legal Sex: F
200 W Arbor Dr                       Enc Date: 12/3/2024
San Diego CA 92103-1911

12/03/2024 - Office Visit in UCSD HILLCREST MOS WOMENS HEALTH SERVICES (continued)

Notes - Progress Notes (continued)

*16th 2024 for appropriate follow-up and next steps to be discussed.*

*Additionally, please assure patient has access to receiving the care listed below:*

**Instructions following a Vulvar Biopsy for Vulvar Biopsy Care**
*1. Some women will notice that their biopsy site will feel irritated. This may be up to a week. If you are experiencing pain or irritation, you can take Ibuprofen (Advil or Motrin) or acetaminophen (Tylenol). A cold pack against the biopsy site can also soothe these symptoms.*
*2. You may have a small amount of bleeding from the site for the first 2-3 days after the biopsy*
*3. You may have some clear yellow discharge from the site as it heals. It's rare for these small biopsies to become infected.*
*4. If a chemical cautery stick was used to seal bleeding, you may notice some grey or black flecks in your underwear.*

**#. HCM:**
-- Limited records given SD Sheriff care
-- PAP Smear: Last pap Nov 2022, normal per pt
-- Mammogram: Nov 2022, normal per pt
-- Colonoscopy: 2021, normal per pt
-- STI Screening: no hx of STIs per pt
-- Vax: UTD per pt

**Follow up:**  Once biopsy results return, likely will be f/u with gyn onc for further management of suspected vulvar cancer; if benign, RTC and plan for removal with benign gyn

Discussed with Dr. Resnik, attending physician

Leilani Gutierrez-Palominos MD MPH
OBGYN Resident PGY-1

Electronically signed by Gutierrez-Palominos, Leilani, MD at 12/03/24 1511
Electronically signed by Resnik, Jamie Layne, MD at 12/03/24 1537

**CONFIDENTIAL - FOR COUNSEL ONLY      SD 1580317**

**Ex. B - 21**

# EXHIBIT C

# (REDACTED)

# CONFIDENTIAL - FOR COUNSEL ONLY

Page 1 of 1



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

2/27/2025 11:23:15 AM PST

**Progress Notes -ROSALES, MIGUEL 100032477 (24744369)**

---

SOAP NOTE BY: Joy Irwin RN POSTED ON 11/16/2024 11:30:02 PM PST                    Type: SEGREGATION NURSING

## Subjective

Elevated BP per med nurse 181/121

Patient report " chest discomfort and lightheadedness"

## Objective

| BP: 150/100 | Temp: 97.1 | Pulse: 92 | Resp: 18 | Wt: NA | Sa02: 99 | BS: NA | Pain: NA |
|---|---|---|---|---|---|---|---|

Seen patient at clinic. Awake, alert and oriented. BP re-checked 153/111 HR- 92, Temp 97.1 o2 sat 99%; re-checked manually 150/100. Respiration even and unlabored. Reports lightheadedness and chest discomfort. denies tenderness or numbness. Able to speak in complete sentences. No edema or confusion observed. Able to ambulate with steady gait.

## Assessment

Altered health maintenance

Risk for Cerebral perfusion

Risk for cardiac perfusion

## Plan

EKG done

Statcare alerted.

MDSC follow up.

Pt. instructed to notify medical staff for dizziness, headache, chest pain and back pain. Pt verbalized understanding or compliance.

---

Addendum: Joy Irwin RN on 11/17/2024 4:45:40 AM

IP returned to facility. VSS with no acute distress.. IP went back to mainline. Statcare alerted. MDSC scheduled

---

Jorge Menjivar Corporate NP POSTED ON 11/16/2024 11:47:42 PM PST                    Type: STATCARE

alert received, pt with continued chest discomfort, elevated VS and abnormal EKGS on 11/15 and 11/16

will send to ED via EMS for evaluation

Addendum:

---

ROSALES, MIGUEL 100032477 (24744369)

## CONFIDENTIAL - FOR COUNSEL ONLY    SD 1580245

**Ex. C - 23**





CONFIDENTIAL - FOR COUNSEL ONLY     SD 1580246

Prior
Unchanged c/w
Sinus.

Heart rate:       95 bpm
P/QRST axis:   85/-99/-54 deg
QT/QTc:         344/432 ms
QRS:            92 ms                    Uncomfirmed Report
P/PR:           110/148 ms               ECG without significant abnormalities
                                         left axis deviation
11/20/2024 09:57:16AM                    sinus rhythm (rapid)
Gender:  Unknown                         warning: sex not available, assumed male

ID:     2474369
Name:   ROSALES, MIGUEL
DOB:    09/27/1975 (49 yr)

CONFIDENTIAL - FOR COUNSEL ONLY

Ex. C - 24



CONFIDENTIAL - FOR COUNSEL ONLY



CONFIDENTIAL - FOR COUNSEL ONLY

CONFIDENTIAL - FOR COUNSEL ONLY          SD 1580248

**Ex. C - 26**

## CONFIDENTIAL - FOR COUNSEL ONLY



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

2/27/2025 1:47:53 PM PST

### Drug Administrations - ROSALES, MIGUEL 24744369

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** anthony.carlos

**Date:** 11/23/2024 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** rene.manaig

**Date:** 11/25/2024 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**hydroCHLOROthiazide Oral 12.5 MG X1 once in a.m.**

**Username:** alexandra.kritsikokas

**Date:** 11/28/2024 8:00:00 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 12.5 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule. 0 Refill(s)

---

ROSALES, MIGUEL   100032477 (24744369)
## CONFIDENTIAL - FOR COUNSEL ONLY    SD 1580249

**Ex. C - 27**

**CONFIDENTIAL - FOR COUNSEL ONLY**

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** alexandra.kritsikokas

**Date:** 11/28/2024 8:00:00 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**amLODIPine Besylate Oral 10 MG X1 once in a.m.**

**Username:** alexandra.kritsikokas

**Date:** 11/28/2024 8:00:00 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 10 mg by mouth once in a.m. for 60 day(s). Dispense 60 tablet. 0 Refill(s)

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** alexandra.kritsikokas

**Date:** 11/28/2024 8:00:00 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

## CONFIDENTIAL - FOR COUNSEL ONLY

**hydroCHLOROthiazide Oral 12.5 MG X1 once in a.m.**

**Username:** alexandra.kritsikokas

**Date:** 11/28/2024 1:39:32 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 12.5 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule. 0 Refill(s)

---

**amLODIPine Besylate Oral 10 MG X1 once in a.m.**

**Username:** alexandra.kritsikokas

**Date:** 11/28/2024 1:39:32 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 10 mg by mouth once in a.m. for 60 day(s). Dispense 60 tablet. 0 Refill(s)

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** alexandria.rivera

**Date:** 11/30/2024 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

**CONFIDENTIAL - FOR COUNSEL ONLY**

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** alexandra.kritsikokas

**Date:** 12/1/2024 8:00:00 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**hydroCHLOROthiazide Oral 12.5 MG X1 once in a.m.**

**Username:** alexandra.kritsikokas

**Date:** 12/1/2024 12:40:19 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 12.5 mg by mouth once in a.m for 60 day(s). Dispense 60 capsule. 0 Refill(s)

---

**amLODIPine Besylate Oral 10 MG X1 once in a.m.**

**Username:** alexandra.kritsikokas

**Date:** 12/1/2024 12:40:20 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 10 mg by mouth once in a.m. for 60 day(s). Dispense 60 tablet. 0 Refill(s)

---

**hydroCHLOROthiazide Oral 12.5 MG X1 once in a.m.**

**Username:** macarizajoy.agpaoa

**Date:** 12/2/2024 3:03:03 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 12.5 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule. 0 Refill(s)

---

ROSALES, MIGUEL   100032477 (24744369)

**CONFIDENTIAL - FOR COUNSEL ONLY     SD 1580252**

**Ex. C - 30**

CONFIDENTIAL - FOR COUNSEL ONLY

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** macarizajoy.agpaoa

**Date:** 12/2/2024 3:03:03 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**amLODIPine Besylate Oral 10 MG X1 once in a.m.**

**Username:** macarizajoy.agpaoa

**Date:** 12/2/2024 3:03:03 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 10 mg by mouth once in a.m. for 60 day(s). Dispense 60 tablet. 0 Refill(s)

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** eric.banuelos

**Date:** 12/2/2024 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

CONFIDENTIAL - FOR COUNSEL ONLY     SD 1580253

Ex. C - 31

## CONFIDENTIAL - FOR COUNSEL ONLY

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** Markailene.Teng

**Date:** 12/3/2024 11:02:47 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**hydroCHLOROthiazide Oral 12.5 MG X1 once in a.m.**

**Username:** Markailene.Teng

**Date:** 12/3/2024 11:02:47 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 12.5 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule. 0 Refill(s)

---

**amLODIPine Besylate Oral 10 MG X1 once in a.m.**

**Username:** Markailene.Teng

**Date:** 12/3/2024 11:02:47 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 10 mg by mouth once in a.m. for 60 day(s). Dispense 60 tablet. 0 Refill(s)

**CONFIDENTIAL - FOR COUNSEL ONLY**

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** anthony.carlos

**Date:** 12/3/2024 11:35:10 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**hydroCHLOROthiazide Oral 12.5 MG X1 once in a.m.**

**Username:** zaldy.benos

**Date:** 12/4/2024 10:50:36 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 12.5 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule. 0 Refill(s)

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** zaldy.benos

**Date:** 12/4/2024 10:50:36 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**amLODIPine Besylate Oral 10 MG X1 once in a.m.**

**Username:** zaldy.benos

**Date:** 12/4/2024 10:50:36 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 10 mg by mouth once in a.m. for 60 day(s). Dispense 60 tablet. 0 Refill(s)

CONFIDENTIAL - FOR COUNSEL ONLY

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** renee.hall

**Date:** 12/4/2024 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**hydroCHLOROthiazide Oral 12.5 MG X1 once in a.m.**

**Username:** catherine.banguilan

**Date:** 12/5/2024 11:31:49 AM

**Type:** Not Administered - Refused

**Reason:** None provided

**Complete Sig:** Take 12.5 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule. 0 Refill(s)

---

**amLODIPine Besylate Oral 10 MG X1 once in a.m.**

**Username:** catherine.banguilan

**Date:** 12/5/2024 11:31:49 AM

**Type:** Not Administered - Refused

**Reason:** None provided

**Complete Sig:** Take 10 mg by mouth once in a.m. for 60 day(s). Dispense 60 tablet. 0 Refill(s)

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** catherine.banguilan

**Date:** 12/5/2024 11:31:49 AM

**Type:** Not Administered - Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

CONFIDENTIAL - FOR COUNSEL ONLY

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** gloria.rodriguez

**Date:** 12/5/2024 11:47:44 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** jawan.habib

**Date:** 12/6/2024 10:08:56 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** fontaine.mccrary

**Date:** 12/7/2024 10:48:51 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

CONFIDENTIAL - FOR COUNSEL ONLY

**amLODIPine Besylate Oral 10 MG X1 once in a.m.**

**Username:** miriam.concepcion

**Date:** 12/8/2024 1:50:18 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 10 mg by mouth once in a.m. for 60 day(s). Dispense 60 tablet. 0 Refill(s)

---

**hydroCHLOROthiazide Oral 12.5 MG X1 once in a.m.**

**Username:** miriam.concepcion

**Date:** 12/8/2024 1:50:18 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 12.5 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule. 0 Refill(s)

---

**████ Oral 20 MG X1 once in a.m.**

**Username:** miriam.concepcion

**Date:** 12/8/2024 1:50:18 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 20 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule delayed release. 0 Refill(s)

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** miriam.concepcion

**Date:** 12/8/2024 1:50:18 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

CONFIDENTIAL - FOR COUNSEL ONLY     SD 1580258

Ex. C - 36

CONFIDENTIAL - FOR COUNSEL ONLY

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** manuel.nozawa

**Date:** 12/8/2024 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**hydroCHLOROthiazide Oral 12.5 MG X1 once in a.m.**

**Username:** miriam.concepcion

**Date:** 12/9/2024 1:43:51 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 12.5 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule. 0 Refill(s)

---

**amLODIPine Besylate Oral 10 MG X1 once in a.m.**

**Username:** miriam.concepcion

**Date:** 12/9/2024 1:43:51 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 10 mg by mouth once in a.m. for 60 day(s). Dispense 60 tablet. 0 Refill(s)

---

**▮▮▮▮ Oral 20 MG X1 once in a.m.**

**Username:** miriam.concepcion

**Date:** 12/9/2024 1:43:51 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 20 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule delayed release. 0 Refill(s)

**CONFIDENTIAL - FOR COUNSEL ONLY**

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** miriam.concepcion

**Date:** 12/9/2024 1:43:51 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** voni.lazaro

**Date:** 12/9/2024 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** manuel.nozawa

**Date:** 12/10/2024 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**CONFIDENTIAL - FOR COUNSEL ONLY**

**amLODIPine Besylate Oral 10 MG X1 once in a.m.**

**Username:** jane.ferrer

**Date:** 12/12/2024 12:42:19 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 10 mg by mouth once in a.m. for 60 day(s). Dispense 60 tablet. 0 Refill(s)

---

**hydroCHLOROthiazide Oral 12.5 MG X1 once in a.m.**

**Username:** jane.ferrer

**Date:** 12/12/2024 12:42:19 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 12.5 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule. 0 Refill(s)

---

**▆▆▆▆▆ Oral 20 MG X1 once in a.m.**

**Username:** jane.ferrer

**Date:** 12/12/2024 12:42:19 PM

**Type:** Not Administered - Refused

**Reason:** None provided

**Complete Sig:** Take 20 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule delayed release. 0 Refill(s)

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** jane.ferrer

**Date:** 12/12/2024 12:42:19 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

ROSALES, MIGUEL   100032477 (24744369)
**CONFIDENTIAL - FOR COUNSEL ONLY**    **SD 1580261**

CONFIDENTIAL - FOR COUNSEL ONLY

**▮▮▮▮  Oral 20 MG X1 once in a.m.**

**Username:** jennifer.masidat

**Date:** 12/14/2024 1:05:20 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 20 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule delayed release. 0 Refill(s)

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** jennifer.masidat

**Date:** 12/14/2024 1:05:20 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**hydroCHLOROthiazide Oral 12.5 MG X1 once in a.m.**

**Username:** jennifer.masidat

**Date:** 12/14/2024 1:05:20 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 12.5 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule. 0 Refill(s)

---

**amLODIPine Besylate Oral 10 MG X1 once in a.m.**

**Username:** jennifer.masidat

**Date:** 12/14/2024 1:05:20 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 10 mg by mouth once in a.m. for 60 day(s). Dispense 60 tablet. 0 Refill(s)

## CONFIDENTIAL - FOR COUNSEL ONLY

**hydroCHLOROthiazide Oral 12.5 MG X1 once in a.m.**

**Username:** Jack.Adamos

**Date:** 12/15/2024 8:00:00 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 12.5 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule. 0 Refill(s)

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** Jack.Adamos

**Date:** 12/15/2024 8:00:00 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**amLODIPine Besylate Oral 10 MG X1 once in a.m.**

**Username:** Jack.Adamos

**Date:** 12/15/2024 8:00:00 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 10 mg by mouth once in a.m. for 60 day(s). Dispense 60 tablet. 0 Refill(s)

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** karen.bituin

**Date:** 12/15/2024 11:52:30 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

ROSALES, MIGUEL   100032477 (24744369)

## CONFIDENTIAL - FOR COUNSEL ONLY     SD 1580263

**Ex. C - 41**

**CONFIDENTIAL - FOR COUNSEL ONLY**

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** anthony.carlos

**Date:** 12/16/2024 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** Markailene.Teng

**Date:** 12/17/2024 11:14:36 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** danielle.truba

**Date:** 12/17/2024 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

## CONFIDENTIAL - FOR COUNSEL ONLY

██████  Oral 20 MG X1 once in a.m.

**Username:** eric.banuelos

**Date:** 12/18/2024 4:44:01 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 20 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule delayed release. 0 Refill(s)

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** eric.banuelos

**Date:** 12/18/2024 4:44:01 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

██████  Oral 20 MG X1 once in a.m.

**Username:** alexandra.kritsikokas

**Date:** 12/19/2024 11:36:32 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 20 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule delayed release. 0 Refill(s)

CONFIDENTIAL - FOR COUNSEL ONLY

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** alexandra.kritsikokas

**Date:** 12/19/2024 11:36:32 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

████ **HCl Oral 15 MG X1 twice a day**

**Username:** Normita.Delossantos

**Date:** 12/22/2024 11:27:25 AM

**Type:** Not Administered - Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** Normita.Delossantos

**Date:** 12/22/2024 11:27:25 AM

**Type:** Not Administered - Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

███████ **Oral 20 MG X1 once in a.m.**

**Username:** Normita.Delossantos

**Date:** 12/22/2024 11:27:25 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 20 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule delayed release. 0 Refill(s)

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** haydn.christensen

**Date:** 12/22/2024 11:29:25 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

███████ **HCl Oral 15 MG X1 twice a day**

**Username:** anthony.carlos

**Date:** 12/27/2024 11:39:39 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** anthony.carlos

**Date:** 12/27/2024 11:39:39 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

## CONFIDENTIAL - FOR COUNSEL ONLY

████████  Oral 5 MG X1 once in p.m.

**Username:** anthony.carlos

**Date:** 12/27/2024 11:39:39 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 5 mg by mouth once in p.m. for 60 day(s). Dispense 60 tablet. 2 Refill(s)

████████  Oral 5 MG X1 once in p.m.

**Username:** analiza.roxas

**Date:** 1/5/2025 11:12:10 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 5 mg by mouth once in p.m. for 60 day(s). Dispense 60 tablet. 2 Refill(s)

████████ HCl Oral 15 MG X1 twice a day

**Username:** Markailene.Teng

**Date:** 1/8/2025 12:50:28 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

Propranolol HCl Oral 40 MG X1 twice a day

**Username:** Markailene.Teng

**Date:** 1/8/2025 12:50:28 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

ROSALES, MIGUEL   100032477 (24744369)

CONFIDENTIAL - FOR COUNSEL ONLY

�altHeader ████████ **Oral 20 MG X1 once in a.m.**

**Username:** Markailene.Teng

**Date:** 1/8/2025 12:50:28 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 20 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule delayed release. 0 Refill(s)

████████ **HCl Oral 15 MG X1 twice a day**

**Username:** alexandra.kritsikokas

**Date:** 1/9/2025 12:05:10 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

████████ **Oral 20 MG X1 once in a.m.**

**Username:** alexandra.kritsikokas

**Date:** 1/9/2025 12:05:10 PM

**Type:** Not Administered - Refused

**Reason:** None provided

**Complete Sig:** Take 20 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule delayed release. 0 Refill(s)

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** alexandra.kritsikokas

**Date:** 1/9/2025 12:05:10 PM

**Type:** Not Administered - Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

ROSALES, MIGUEL   100032477 (24744369)
CONFIDENTIAL - FOR COUNSEL ONLY   SD 1580269

Ex. C - 47

## CONFIDENTIAL - FOR COUNSEL ONLY

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** alexandra.kritsikokas

**Date:** 1/10/2025 11:35:27 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**▓▓▓ HCl Oral 15 MG X1 twice a day**

**Username:** alexandra.kritsikokas

**Date:** 1/10/2025 11:35:27 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

**▓▓▓ Oral 20 MG X1 once in a.m.**

**Username:** alexandra.kritsikokas

**Date:** 1/10/2025 11:35:27 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 20 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule delayed release. 0 Refill(s)

---

**▓▓▓ Oral 5 MG X1 once in p.m.**

**Username:** alexandria.rivera

**Date:** 1/11/2025 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 5 mg by mouth once in p.m. for 60 day(s). Dispense 60 tablet. 2 Refill(s)

**CONFIDENTIAL - FOR COUNSEL ONLY**

███████ HCl Oral 15 MG X1 twice a day

**Username:** alexandria.rivera

**Date:** 1/11/2025 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** alexandria.rivera

**Date:** 1/11/2025 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

███████ HCl Oral 15 MG X1 twice a day

**Username:** alexandra.kritsikokas

**Date:** 1/14/2025 11:44:09 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

███████ Oral 20 MG X1 once in a.m.

**Username:** alexandra.kritsikokas

**Date:** 1/14/2025 11:44:09 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 20 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule delayed release. 0 Refill(s)

## CONFIDENTIAL - FOR COUNSEL ONLY

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** alexandra.kritsikokas

**Date:** 1/14/2025 11:44:09 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** analiza.roxas

**Date:** 1/14/2025 11:46:02 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

███████ **HCl Oral 15 MG X1 twice a day**

**Username:** analiza.roxas

**Date:** 1/14/2025 11:46:02 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

███████ **Oral 5 MG X1 once in p.m.**

**Username:** analiza.roxas

**Date:** 1/14/2025 11:46:02 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 5 mg by mouth once in p.m. for 60 day(s). Dispense 60 tablet. 2 Refill(s)

---

ROSALES, MIGUEL   100032477 (24744369)
## CONFIDENTIAL - FOR COUNSEL ONLY    SD 1580272

**Ex. C - 50**

## CONFIDENTIAL - FOR COUNSEL ONLY

███████ HCl Oral 15 MG X1 twice a day

**Username:** catherine.banguilan

**Date:** 1/15/2025 11:55:33 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** renee.hall

**Date:** 1/15/2025 11:40:03 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** nataly.jimenez

**Date:** 1/16/2025 11:23:03 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

 Oral 5 MG X1 once in p.m.

**Username:** nataly.jimenez

**Date:** 1/16/2025 11:23:03 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 5 mg by mouth once in p.m. for 60 day(s). Dispense 60 tablet. 2 Refill(s)

CONFIDENTIAL - FOR COUNSEL ONLY

███████ HCl Oral 15 MG X1 twice a day

**Username:** nataly.jimenez

**Date:** 1/16/2025 11:23:03 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

███████████ Mouth/Throat 0.12 % X1 twice a day

**Username:** catherine.banguilan

**Date:** 1/17/2025 12:07:09 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 1 ml by mouth twice a day for 30 day(s). Dispense 60 solution. 3 Refill(s) PRN for oral hygiene *ATE

███████ HCl Oral 15 MG X1 twice a day

**Username:** catherine.banguilan

**Date:** 1/17/2025 12:07:09 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

████████ 4-10-30 % X1 twice a day

**Username:** catherine.banguilan

**Date:** 1/17/2025 12:07:09 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Apply 4-10-30 % twice a day for 30 day(s). Dispense 1 cream. 1 Refill(s) PRN MSK pain *ATE

**CONFIDENTIAL - FOR COUNSEL ONLY**

███████ Oral 20 MG X1 once in a.m.

**Username:** catherine.banguilan

**Date:** 1/17/2025 12:07:09 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 20 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule delayed release. 0 Refill(s)

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** catherine.banguilan

**Date:** 1/17/2025 12:07:09 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

███████ HCl Oral 15 MG X1 twice a day

**Username:** renee.hall

**Date:** 1/17/2025 11:44:54 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

███████ Oral 5 MG X1 once in p.m.

**Username:** renee.hall

**Date:** 1/17/2025 11:44:54 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 5 mg by mouth once in p.m. for 60 day(s). Dispense 60 tablet. 2 Refill(s)

CONFIDENTIAL - FOR COUNSEL ONLY

███████ **Oral 20 MG X1 once in a.m.**

**Username:** JAMES.OBISPO

**Date:** 1/18/2025 5:00:17 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 20 mg by mouth once in a.m. for 60 day(s). Dispense 60 capsule delayed release. 0 Refill(s)

---

███████ **HCl Oral 15 MG X1 twice a day**

**Username:** alexandra.kritsikokas

**Date:** 1/19/2025 8:00:00 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

███████ **HCl Oral 15 MG X1 twice a day**

**Username:** analiza.roxas

**Date:** 1/19/2025 11:08:49 PM

**Type:** Not Administered - Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

███████ **HCl Oral 15 MG X1 twice a day**

**Username:** alexandra.kritsikokas

**Date:** 1/20/2025 8:00:00 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

**CONFIDENTIAL - FOR COUNSEL ONLY**

███████ Oral 5 MG X1 once in p.m.

**Username:** athena.hughes

**Date:** 1/20/2025 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 5 mg by mouth once in p.m. for 60 day(s). Dispense 60 tablet. 2 Refill(s)

---

███████ HCl Oral 15 MG X1 twice a day

**Username:** athena.hughes

**Date:** 1/20/2025 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

███████ HCl Oral 15 MG X1 twice a day

**Username:** alexandra.kritsikokas

**Date:** 1/21/2025 8:00:00 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

███████ Oral 5 MG X1 once in p.m.

**Username:** diana.rico

**Date:** 1/21/2025 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 5 mg by mouth once in p.m. for 60 day(s). Dispense 60 tablet. 2 Refill(s)

CONFIDENTIAL - FOR COUNSEL ONLY

██████ HCl Oral 15 MG X1 twice a day

**Username:** diana.rico

**Date:** 1/21/2025 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

██████ HCl Oral 15 MG X1 twice a day

**Username:** julia.guanga

**Date:** 1/22/2025 11:58:39 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

hydrALAZINE HCl Oral 25 MG X1 twice a day

**Username:** anthony.carlos

**Date:** 1/22/2025 11:54:21 PM

**Type:** Not Administered - Refused

**Reason:** None provided

**Complete Sig:** Take 25 mg by mouth twice a day for 7 day(s). Dispense 14 tablet. 2 Refill(s)

---

Propranolol HCl Oral 40 MG X1 twice a day

**Username:** anthony.carlos

**Date:** 1/22/2025 11:54:21 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

**CONFIDENTIAL - FOR COUNSEL ONLY**

███████ HCl Oral 15 MG X1 twice a day

**Username:** anthony.carlos

**Date:** 1/22/2025 11:54:21 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

███████ Oral 5 MG X1 once in p.m.

**Username:** anthony.carlos

**Date:** 1/22/2025 11:54:21 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 5 mg by mouth once in p.m. for 60 day(s). Dispense 60 tablet. 2 Refill(s)

---

███████ HCl Oral 15 MG X1 twice a day

**Username:** Markailene.Teng

**Date:** 1/23/2025 8:00:00 AM

**Type:** Not Administered - Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

███████ HCl Oral 25 MG X1 twice a day

**Username:** anthony.carlos

**Date:** 1/23/2025 11:47:44 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 25 mg by mouth twice a day for 7 day(s). Dispense 14 tablet. 2 Refill(s)

CONFIDENTIAL - FOR COUNSEL ONLY

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** anthony.carlos

**Date:** 1/23/2025 11:47:44 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**████ HCl Oral 15 MG X1 twice a day**

**Username:** anthony.carlos

**Date:** 1/23/2025 11:47:44 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

**████ Oral 5 MG X1 once in p.m.**

**Username:** anthony.carlos

**Date:** 1/23/2025 11:47:44 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 5 mg by mouth once in p.m. for 60 day(s). Dispense 60 tablet. 2 Refill(s)

---

**████ HCl Oral 15 MG X1 twice a day**

**Username:** julia.guanga

**Date:** 1/24/2025 11:49:37 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

CONFIDENTIAL - FOR COUNSEL ONLY

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** anthony.carlos

**Date:** 1/24/2025 11:43:52 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

**█████ HCl Oral 15 MG X1 twice a day**

**Username:** anthony.carlos

**Date:** 1/24/2025 11:43:52 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

**█████ Oral 5 MG X1 once in p.m.**

**Username:** anthony.carlos

**Date:** 1/24/2025 11:43:52 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 5 mg by mouth once in p.m. for 60 day(s). Dispense 60 tablet. 2 Refill(s)

---

**█████ HCl Oral 15 MG X1 twice a day**

**Username:** catherine.banguilan

**Date:** 1/25/2025 12:00:50 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

**CONFIDENTIAL - FOR COUNSEL ONLY**

 HCl Oral 15 MG X1 twice a day

**Username:** catherine.banguilan

**Date:** 1/26/2025 11:10:33 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

**hydrALAZINE HCl Oral 25 MG X1 twice a day**

**Username:** rene.manaig

**Date:** 1/26/2025 11:45:43 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 25 mg by mouth twice a day for 7 day(s). Dispense 14 tablet. 2 Refill(s)

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** rene.manaig

**Date:** 1/26/2025 11:45:43 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

---

 HCl Oral 15 MG X1 twice a day

**Username:** rene.manaig

**Date:** 1/26/2025 11:45:43 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

**CONFIDENTIAL - FOR COUNSEL ONLY**

████████ HCl Oral 15 MG X1 twice a day

**Username:** Markailene.Teng

**Date:** 1/27/2025 8:00:00 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

hydrALAZINE HCl Oral 25 MG X1 twice a day

**Username:** analiza.roxas

**Date:** 1/27/2025 11:49:05 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 25 mg by mouth twice a day for 7 day(s). Dispense 14 tablet. 2 Refill(s)

---

████████ Mouth/Throat 0.12 % X1 twice a day

**Username:** analiza.roxas

**Date:** 1/27/2025 11:49:05 PM

**Type:** Not Administered - Refused

**Reason:** None provided

**Complete Sig:** Take 1 ml by mouth twice a day for 30 day(s). Dispense 60 solution. 3 Refill(s) PRN for oral hygiene *ATE

---

Propranolol HCl Oral 40 MG X1 twice a day

**Username:** analiza.roxas

**Date:** 1/27/2025 11:49:05 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

CONFIDENTIAL - FOR COUNSEL ONLY

**▉▉▉▉ Oral 5 MG X1 once in p.m.**

**Username:** analiza.roxas

**Date:** 1/27/2025 11:49:05 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 5 mg by mouth once in p.m. for 60 day(s). Dispense 60 tablet. 2 Refill(s)

---

**▉▉▉▉ HCl Oral 15 MG X1 twice a day**

**Username:** analiza.roxas

**Date:** 1/27/2025 11:49:05 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

**▉▉▉▉ HCl Oral 15 MG X1 twice a day**

**Username:** Markailene.Teng

**Date:** 1/28/2025 11:03:26 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** renee.hall

**Date:** 1/28/2025 11:05:32 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

CONFIDENTIAL - FOR COUNSEL ONLY

███████ HCl Oral 15 MG X1 twice a day

**Username:** renee.hall

**Date:** 1/28/2025 11:05:32 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

███████ Oral 5 MG X1 once in p.m.

**Username:** renee.hall

**Date:** 1/28/2025 11:05:32 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 5 mg by mouth once in p.m. for 60 day(s). Dispense 60 tablet. 2 Refill(s)

███████ HCl Oral 15 MG X1 twice a day

**Username:** catherine.banguilan

**Date:** 1/29/2025 11:20:48 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

███████ Oral 5 MG X1 once in p.m.

**Username:** renee.hall

**Date:** 1/29/2025 11:29:23 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 5 mg by mouth once in p.m. for 60 day(s). Dispense 60 tablet. 2 Refill(s)

## CONFIDENTIAL - FOR COUNSEL ONLY

███████ HCl Oral 15 MG X1 twice a day

**Username:** renee.hall

**Date:** 1/29/2025 11:29:23 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

███████ HCl Oral 15 MG X1 twice a day

**Username:** alexandra.kritsikokas

**Date:** 1/30/2025 8:00:00 AM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

---

███████ Oral 5 MG X1 once in p.m.

**Username:** dustine.doan

**Date:** 1/30/2025 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 5 mg by mouth once in p.m. for 60 day(s). Dispense 60 tablet. 2 Refill(s)

---

███████ HCl Oral 15 MG X1 twice a day

**Username:** dustine.doan

**Date:** 1/30/2025 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 15 mg by mouth twice a day for 60 day(s). Dispense 120 tablet. 2 Refill(s)

ROSALES, MIGUEL   100032477 (24744369)
**CONFIDENTIAL - FOR COUNSEL ONLY**     SD 1580286

**Ex. C - 64**

CONFIDENTIAL - FOR COUNSEL ONLY

**Propranolol HCl Oral 40 MG X1 twice a day**

**Username:** dustine.doan

**Date:** 1/30/2025 8:00:00 PM

**Type:** Not Administered – Refused

**Reason:** None provided

**Complete Sig:** Take 40 mg by mouth twice a day for 30 day(s). Dispense 60 tablet. 0 Refill(s). *Hold if HR < 60 or SBP < 110mmHg or DBP < 60mmHg (for Anxiety).

ROSALES, MIGUEL   100032477 (24744369)

CONFIDENTIAL - FOR COUNSEL ONLY    SD 1580287

**Ex. C - 65**

# CONFIDENTIAL - FOR COUNSEL ONLY

Page 1 of 2



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

2/27/2025 11:15:52 AM PST

## Progress Notes -ROSALES, MIGUEL 100032477 (24744369)

SOAP NOTE BY: Patrick Evangelista NP POSTED ON 11/2/2024 8:46:57 AM PDT                                    Type: NP NOTE

### Subjective

mdsc ****** Problem 1 of 1 *****

Entered by: Whitley Wells RN on 11/02/2024 02:19 scheduled for 11/02/2024 00:00 waiting for less than 1 day

Please review scanned medical court order: "Court requests defendant be seen by jail lmedical. Court hears bail review arguments from counsel. Defendant's motion for bail reduction is denied."

Denies any other chronic medical conditions or medications taken.

ROS negative except mentioned in HPI.

- 49 male w/ no known PMH seen today at his cell per court order. ANOx4, non-labored breathing, non-diaphoretic, speaking in full sentences, + aggressive behaviour, ambulatng w/ a steady gait. IP reports foot pain, back pain and concerned about his blood pressure but does not want to talk about his medical issues at the time of NP rouonds.

### Objective

| BP: NA/NA | Temp: NA | Pulse: NA | Resp: NA | Wt: NA | Sa02: NA | BS: NA | Pain: NA |
|---|---|---|---|---|---|---|---|

-afebrile, rest of vitals stable

-healthy nourished, well appearing, nontoxic

-calm, cooperative, no acute distress

-atraumatic, normocephalic, anicteric sclera, eomi, pupils symmetrical and reactive to light, no nasal flaring, no oral ulcer/rash, oral mucosa moist

-AxOx3, hearing intact to conversational voice, moves all extremities, no gross motor deficits noted, CN XII grossly intact

-breathing comfortably on room air, chest rise and fall, breaths easy and non labored, normal respiratory effort.

-RRR, no mumurs, no legs edema, +2 pedis pulse, no cyanosis

abdomen - non obese

-no acute skin rash, generalized skin color normal

- No injury, no deformity noted.

- Well-developed, well nourished. No acute distress

- Extremities are intact, no redness or edema noted of upper or lower extremity.

### Assessment

# Foot and back pain stable

- Tramadol ordered PRN

# Blood pressure stable

- continue current meds

- BP check every week

### Plan

ROSALES, MIGUEL 100032477 (24744369)

## CONFIDENTIAL - FOR COUNSEL ONLY          SD 1580288

**Ex. C - 66**

**CONFIDENTIAL - FOR COUNSEL ONLY**

Page 2 of 2

- Education provided: diet/med compliance, disease process, s/s of worsening illness/complication, med side effects/risks/benefits, treatment goals

- pt advised to notify staff/medical if sx fail to improve, worsen or new sx develop.

mdsc prn

- Monitor BP every week, notify staff for abnormal reading

- May give Tramadol for pain

- Discussed plan with Dr. V

Addendum:

ROSALES, MIGUEL 100032477 (24744369)

**CONFIDENTIAL - FOR COUNSEL ONLY**    **SD 1580289**

**Ex. C - 67**

## CONFIDENTIAL - FOR COUNSEL ONLY

Page 1 of 1



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

2/27/2025 11:21:08 AM PST

### Progress Notes -ROSALES, MIGUEL 100032477 (24744369)

| | |
|---|---|
| Patrick Evangelista NP POSTED ON 11/15/2024 4:54:15 PM PST | Type: NP NOTE |

Was asked by clinic RN to order BP checks once daily for 5 days per IP request.

BP checks ordered daily for 5 days and will check BP trends via MDCC

Labs ordered - CBC, CMP, Lipid panel, TSH, A1C

Addendum:

| | |
|---|---|
| SOAP NOTE BY: Patrick Evangelista NP POSTED ON 11/15/2024 4:51:48 PM PST | Type: NP NOTE |

**Subjective**

Lab Orders: Needing labs for full eval of pt's Metabolic Medical HX / issue

**Objective**

| BP: NA/NA | Temp: NA | Pulse: NA | Resp: NA | Wt: NA | Sa02: NA | BS: NA | Pain: NA |
|---|---|---|---|---|---|---|---|

**Assessment**

Screening for HTN, DM

**Plan**

> Please draw labs

| Diagnostic Name | Scheduled Date | Doctor |
|---|---|---|
| CBC (INCLUDES DIFF/PLT) | 11/15/2024 12:00:00 AM PST | Evangelista, Patrick NP |
| COMPREHENSIVE METABOLIC PANEL | 11/15/2024 12:00:00 AM PST | Evangelista, Patrick NP |
| HEMOGLOBIN A1c | 11/15/2024 12:00:00 AM PST | Evangelista, Patrick NP |
| LIPID PANEL | 11/15/2024 12:00:00 AM PST | Evangelista, Patrick NP |
| TSH W/REFLEX TO FT4 | 11/15/2024 12:00:00 AM PST | Evangelista, Patrick NP |

Addendum:

ROSALES, MIGUEL 100032477 (24744369)

## CONFIDENTIAL - FOR COUNSEL ONLY    SD 1580290

**Ex. C - 68**

# CONFIDENTIAL - FOR COUNSEL ONLY

Page 1 of 1



Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

2/27/2025 11:14:25 AM PST

**Progress Notes -ROSALES, MIGUEL 100032477 (24744369)**

---

Bryan Merlonghi RN POSTED ON 10/31/2024 1:48:06 AM PDT                    Type: RN NOTE

Clonidine 0.1 mg given per Statcare @ 0145, endorsed to clinic to re-check pt BP and report results to StatCare @ 0245.

Addendum:

---

Cecelia Lipscomb Corporate Mental Health POSTED ON 10/31/2024 1:19:59 AM PDT          Type: STATCARE

Be advised, during a routine HA pt presented with BP 161/114 with PR 72, denied headache or additional symptoms. Pt BP has been trending high recently but this is the highest BP pt has recorded.

Now order clonidine 0.1mg, recheck when able, alert with the results

Addendum:

---

Bryan Merlonghi RN POSTED ON 10/31/2024 12:46:06 AM PDT                    Type: RN NOTE

During HA, pt presented with BP 161/114 and PR 72, denied headache or any other symptoms, vitals reviewed, appears like BP trending high but this is the highest BP recorded to date. Statcare made aware.

Addendum:

---

Bryan Merlonghi RN POSTED ON 10/31/2024 12:43:43 AM PDT                    Type: Unknown Role

Abnormal Vital Signs/Readings: Statcare made aware

Blood Pressure Diastolic: 114

Addendum:

---

ROSALES, MIGUEL 100032477 (24744369)

**Ex. C - 69**

## CONFIDENTIAL - FOR COUNSEL ONLY

#247443609

# AFTER VISIT SUMMARY

**UC San Diego Health**

**Miguel Rosales** MRN: 32667689 DoB: 9/27/1975

📅 11/17/2024  ♀ Hillcrest Emergency 619-543-6222

## Instructions

You were seen at UCSD Emergency Department today for elevated blood pressure. Please follow-up with your primary care provider as soon as possible.

You are medically cleared to return to jail.

Please return to the emergency deparment if you have worsening symptoms, severe pain, or have any additional questions or concerns.

 **Read the attached information**
ELEVATED BLOOD PRESSURE (ENGLISH)

 Why: As needed

## What's Next

You currently have no upcoming appointments scheduled.

## Your Medication List

You have not been prescribed any medications.

## Today's Visit

You were seen by Kirill Shishlov, MD, MPH

**Reason for Visit**
Dizziness

**Diagnosis**
Elevated blood pressure reading

📋 **Imaging Tests**
ECG 12 Lead

| Blood Pressure | Temperature |
|---|---|
| 145/91 | 98.3 °F |

| Pulse | Respiration |
|---|---|
| 73 | 10 |

Oxygen Saturation
100%

## MyChart

Sign up for access to our MyUCSDChart patient web portal. With an account, you can access your health information online, view lab test results, securely exchange messages with your clinic, request appointments, access our free mobile app, and more.

To sign up for MyUCSDChart, visit myucsdchart.ucsd.edu, and click the Sign-Up button. You can use the code below or answer a few questions to verify your identity. If you need any help, our Customer Support team is available 24/7 at (619) 543-5220.

D2MM9-NF8F5
Expires: 2/15/2025 3:36 AM

## CONFIDENTIAL - FOR COUNSEL ONLY    SD 1580292

**Ex. C - 70**

**CONFIDENTIAL - FOR COUNSEL ONLY**

Ⓢ Attached Information                    ELEVATED BLOOD PRESSURE (ENGLISH)

**Elevated Blood Pressure**

During your visit today your blood pressure was higher than normal.

Check your blood pressure several times over the next several days, then follow up with your regular doctor. If you do not have a doctor, ask the medical staff to refer you to one.

You may need medication for your blood pressure if it stays high. Untreated high blood pressure can cause damage to your heart and kidneys and may lead to a heart attack or stroke. It is *VERY IMPORTANT* to follow up with your doctor.
- Check your blood pressure daily and follow up with your doctor.
- A doctor will diagnose high blood pressure only if your blood pressure is high for several days. Many pharmacies have machines that let you check your own blood pressure. You can also check with a fire station to see whether a paramedic will take your blood pressure. Another option is to purchase a blood pressure monitor to use at home. These are available at most pharmacies.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:
- You have a sudden or severe headache.
- You are numb, tingly, or weak on one side of your body, half of your face droops, or you have trouble speaking.
- You have chest pain.
- You are short of breath.

## Allergies as of 11/17/2024
No Known Allergies

## Be Fast! Know stroke warning signs

**CONFIDENTIAL - FOR COUNSEL ONLY    SD 1580293**

Ex. C - 71

**CONFIDENTIAL - FOR COUNSEL ONLY**

Be Fast! Know stroke warning signs (continued)

# B E F A S T

| BALANCE | EYES | FACE | ARM | SPEECH | TERRIBLE HEADACHE |
|---------|------|------|-----|--------|-------------------|
|  |  |  |  |  |  |
| Sudden loss of balance? | Loss of vision in one or both eyes? | Face looks uneven? | Arm or leg weak/ hanging down? | Speech slurred? Trouble speaking or seem confused? | Thunder clap headache? Worst headache of your life? |

Remember **BE FAST** for warning signs of stroke. These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call 911. Do not drive yourself to the hospital. Get help right away if you or a loved one has any of these signs.

Hang this image on your fridge for quick and easy reference!

## Additional Information

For more information about any of your health conditions, log on to your MyUCSDChart and search our Health Library section or visit our website at myhealth.ucsd.edu.

For resources on:
- How to quit smoking - Kick It California (Smoking and Vaping Cessation): 1-800-300-8086 or visit kickitca.org
- Suicide prevention
  - National Suicide Prevention Lifeline: call 800-273-TALK (8255)
  - San Diego Access and Crisis Line: call 888-724-7240
  - Suicide & Crisis Lifeline: call or text 988, or visit 988lifeline.org
- Interpersonal violence
  - National Domestic Violence Hotline: call 800-799-SAFE (7233), text START to 88788, or visit thehotline.org
  - San Diego Your Safe Place: call 619-533-6000 or visit sandiego.gov/yoursafeplace
  - North County One Safe Place: call 760-290-3690 or visit onesafeplacenorth.org
- Human trafficking
  - National Human Trafficking Hotline: call 888-373-7888, text HELP to 233733 (BEFREE), or visit humantraffickinghotline.org

## Prepare For Your Care

UC San Diego Health asks all of our patients to have a voice in your medical care by spending a few moments on https://prepareforyourcare.org where you can learn about and complete your advance directives in just a few easy steps.

## Billing and Insurance Information

We're here to help.  For billing questions. Call **855-827-3633**, 9a.m. to 6 p.m. Weekdays, or email askus@ucsd.edu

**CONFIDENTIAL - FOR COUNSEL ONLY        SD 1580294**

**Ex. C - 72**

**CONFIDENTIAL - FOR COUNSEL ONLY**

## Your feedback is important to us

We strive to provide every patient with an exceptional patient care experience. In the next few days, you may receive a paper, email or phone survey about your most recent visit. Your feedback is important to us, and we ask that you please complete this survey to help us improve the experience at UC San Diego Health for all of our patients. You may also call our We Listen line at (619) 543-5678 if you want to share a positive experience you had at our facility or if you have suggestions about how we can improve our services. Please call your physician's office for any medical concerns. **If you have a medical emergency, call 911.** Thank you!

## Additional Billing Information

Pursuant to California law, the following notice must be provided to you in a hardcopy format.

### Discharge Notice

The University of California San Diego Health offers a range of options for patients who are uninsured and underinsured. These include uninsured discounts, no-interest payment plans, and financial assistance or charity. If you are experiencing financial difficulties, we encourage you to consider applying for Medi-Cal or exploring other government assistance programs. If you do not qualify for these programs, or if you still have significant financial burdens despite having insurance, you may be eligible for our financial assistance program.

You may qualify for financial assistance based on your family size and income, even if you have health insurance. Financial assistance may not cover all health care costs, including services provided by other organizations. Assistance is awarded if you meet the financial assistance guidelines which includes if your household income is 400% or less of the Federal Poverty Level.

**How to Apply**
To apply for the Financial Assistance Program, you need to:
- Fill out a financial screening form. You can get a copy of the form from our website or by contacting the Financial Assistance Office.
- Provide copies of supporting documents, including proof of income, assets, and liabilities. The Financial Assistance Office can help you find what documents you need.

**Discount Payment and Charity Care Policies**
View our financial assistance policies and related information at the following website, https://health.ucsd.edu/insurance-billing/financial-assistance/
You may also request a copy by calling Customer Service 1(855) 827-3633, Mon-Fri 9 am -6 pm

**Shoppable Services**
The online tool offers an intuitive way to estimate your out-of-pocket cost of care for common exams, procedures, tests, and services, empowering you to make informed financial decisions about your treatment. The online tool can be found at https://health.ucsd.edu/insurance-billing/standard-charges/

**Help Paying Your Bill**
There are free consumer advocacy organizations that will help you understand the billing and payment process. You may call the Health Consumer Alliance at 1(888) 804-3536 or go to healthconsumer.org for more information.

**Hospital Bill Complaint Program**
The Hospital Bill Complaint Program is a state program, which reviews hospital decisions about whether you qualify for help paying your hospital bill. If you believe you were wrongly denied financial assistance, you may file a complaint with

**CONFIDENTIAL - FOR COUNSEL ONLY   SD 1580295**

Ex. C - 73

**CONFIDENTIAL - FOR COUNSEL ONLY**

## Additional Billing Information (continued)

the Hospital Bill Complaint Program. Go to HospitalBillComplaintProgram.hcai.ca.gov for more information and to file a complaint.

### Language Assistance

| English | ATTENTION: If you need help in your language, please call 1-855-827-3633 or visit any UC San Diego Health Medical Center location. You can also call 1-855-827-3633 to make an appointment, Monday – Friday, 8 a.m. – 4 p.m., at our Shared Business Office located at 6200 Greenwich Drive, San Diego, CA 92122. People with disabilities who need aids and services, such as documents in braille, large print, audio, and other accessible electronic formats, can request them for free. |
|---|---|
| Spanish | ATENCIÓN: Si necesita ayuda en su idioma, llame al 1-855-827-3633, o visite cualquiera de las ubicaciones del UC San Diego Health Medical Center. También puede llamar al 1-855-827-3633 para hacer una cita de lunes a viernes, de 8 a.m. a 4 p.m., en nuestra oficina compartida que se encuentra en la 6200 Greenwich Drive, San Diego, CA 92122. Las personas con discapacidades que necesiten ayudas y servicios, como documentos en Braille, letra grande, audio y otros formatos electrónicos accesibles, pueden solicitarlos sin costo alguno. |
| Vietnamese | CHÚ Ý: Nếu cần thông dịch, vui lòng gọi 1-855-827-3633 hoặc đến bất kỳ địa điểm nào của Trung tâm Y tế UC San Diego. Quý vị cũng có thể gọi 1-855-827-3633 để đặt lịch hẹn, Thứ Hai - Thứ Sáu, 8 giờ sáng - 4 giờ chiều, tại Văn phòng đại diện của chúng tôi tọa lạc tại 6200 Greenwich Drive, San Diego, CA 92122. Hỗ trợ và dịch vụ dành cho người khuyết tật, như yêu cầu tài liệu bằng chữ nổi, chữ in lớn, tài liệu dưới dạng âm thanh, và các định dạng điện tử có thể truy cập khác đều có thể được đáp ứng hoàn toàn miễn phí. |
| Chinese Simplified | 请注意：如果您需要以您的语言获得帮助，请致电1-855-827-3633或访问任何UC San Diego Health医疗中心地点。您也可以在周一至周五上午8时至下午4时致电1-855-827-3633，在位于6200 Greenwich Drive San Diego, CA 92122的共享业务办公室进行预约。需要盲文、大字体、音频和其他无障碍电子格式文档等辅助工具和服务的残疾人士，可以免费索取。 |
| Chinese Traditional | 請注意：如果您需要以您的語言獲得幫助，請致電1-855-827-3633或前往任何UC San Diego Health醫療中心地點。您也可以在週一至週五上午8點至下午4點致電1-855-827-3633，在位於6200 Greenwich Drive San Diego, CA 92122的共享業務辦公室進行預約。需要點字、大字體、音訊和其他無障礙電子格式文件等輔助工具和服務的殘障人士，可以免費索取。 |
| Korean | 주의: 귀하의 모국어로 도움이 필요하시면 1-855-827-3633 전화하거나 UC San Diego Health Medical Center에 방문하십시오. 또한 1-855-827-3633으로 전화하여 월요일부터 금요일, 오전 8시부터 오후 4시까지 6200 Greenwich Drive, San Diego, CA 92122에 위치한 공유 비즈니스 사무실에서 예약할 수도 있습니다. 점자, 큰 활자, 오디오 및 기타 접근 가능한 전자 형식의 문서와 같은 |

**CONFIDENTIAL - FOR COUNSEL ONLY   SD 1580296**

Ex. C - 74

**CONFIDENTIAL - FOR COUNSEL ONLY**

| | 지원과 서비스를 필요로 하는 장애인은 무료로 제공되는 지원과 서비스를 요청할 수 있습니다. |
|---|---|
| Russian | ВНИМАНИЕ: Если вам нужна помощь на вашем языке, позвоните по телефону 1-855-827-3633 или посетите любое учреждение медицинского центра UC San Diego Health. Вы также можете позвонить по тел. 1-855-827-3633 для назначения приёма с понедельника по пятницу, с 8 утра до 4:00 дня в нашем общем деловом офисе по адресу 6200 Greenwich Drive San Diego, CA 92122. Лица с инвалидностью, нуждающиеся во вспомогательных средствах и услугах, таких как напечатанные шрифтом Брайля документы, документы с крупным шрифтом, аудио, и другие доступные электронные форматы, могут запросить их бесплатно. |
| Arabic | تنبيه: إذا كنت بحاجة إلى مساعدة بلغتك الأم، فيرجى الاتصال بالرقم (855)1 827-3633UC San Diego Health Medical Center) أو زيارة أي موقع لمركز طبي يمكنك أيضا الاتصال بالرقم 1-855-827-3633 من الاثنين إلى الجمعة من الساعة 8:00 صباحاً حتى 4:00 مساءً لتحديد موعد لدى مكتب الأعمال المشترك الكائن في 6200 Greenwich Drive, San Diego, CA 92122. تتوفر أيضاً وسائل مساعدة وخدمات للأشخاص ذوي الإعاقة، كالمستندات المكتوبة بطريقة برايل، طباعة بخط كبير، تعليمات صوتية، وغيرها من التنسيقات الإلكترونية القابلة للوصول، يمكنهم طلبها مجانا. |
| Farsi | توجه: اگر به زبان خود نیاز به کمک دارید، لطفا با شماره 855-827-3633 تماس بگیرید یا از هر مرکز پزشکی بهداشت UC San Diego Health Medical Center بازدید نمایید یا شماره 855-827-3633-1 تماس بگیرید تا از دوشنبه تا جمعه، از ساعت 8 صبح تا 4 بعد از ظهر، در دفتر تجاری مشترک ما واقع در 6200 Greenwich Drive San Diego, CA 92122 قرار ملاقات بگذارید. افراد دارای معلولیت که به به وسایل کمکی و خدماتی مانند اسناد با خط بریل، چاپ درشت، توانند آنها را به های الکترونیکی قابل دسترس نیاز دارند، صوت و سایر قالب صورت رایگان درخواست کنند. |
| Tagalog | ATENSYON: Kung kailangan niyo ng tulong sa inyong wika, mangyaring tumawag sa 1-855-827-3633 o pumunta sa anumang lokasyon ng UC San Diego Health Medical Center. Maaari ka ring tumawag sa 1-855-827-3633 para makipag-appointment, Lunes – Biyernes, 8 a.m. – 4 p.m., sa aming Shared Business Office na nasa 6200 Greenwich Drive San Diego, CA 92122. Ang mga taong may kapansanan na nangangailangan ng mga pantulong at serbisyo, tulad ng mga dokumento sa braille, malaking print, audio, at mga ibang maa-access na elektronikong format ay maaaring humiling nang mga ito nang libre. |

**CONFIDENTIAL - FOR COUNSEL ONLY    SD 1580297**

Ex. C - 75

**CONFIDENTIAL - FOR COUNSEL ONLY**

| Japanese | 注意: 日本語でのサポートが必要な場合は、1(855) 827-3633 に電話するか、UC San Diego Health Medical Centerのいずれかの場所にアクセスしてしてください。また、1(855) 827-3633 に電話をして予約をすることもできます。オフィスは、月曜から金曜の午前 8 時から午後 4 時まで開いており、住所は 6200 Greenwich Drive San Diego, CA 92122 となります。また、障害によりサポートの必要な方は点字、大きな活字、音声、その他の使用可能なな電子用紙も利用できます。また、これらのサービスは無料となっています。 |
|---|---|
| Portuguese (Brazil) | ATENÇÃO: Se precisar de ajuda no seu idioma, favor ligar para 1(855) 827-3633 ou visite qualquer unidade do UC San Diego Health Medical Center. Favor marcar uma hora para comparecer a este escritório, das 8h00 às 16h00, de segunda a sexta-feira no nosso <u>Shared</u> Business Office localizado em 6200 Greenwich Drive San Diego, CA 92122. Há disponibilidade de auxílios e serviços para pessoas com deficiência, tais como documentos em <u>braille</u>, letras em tamanho grande, áudio e outros formatos eletrônicos acessíveis, que podem ser solicitados gratuitamente. |
| Portuguese (Europe) | ATENÇÃO: Se precisar de ajuda no seu idioma, ligue para 1(855) 827-3633 ou visite qualquer unidade do UC San Diego Health Medical Center. Solicita-se agendar um horário para comparecer a este escritório, das 8:00 às 16:00 horas, de segunda a sexta-feira no nosso <u>Shared</u> Business Office localizado em 6200 Greenwich Drive San Diego, CA 92122. Disponibilizamos ajudas e serviços para pessoas com deficiência, como documentos em <u>braille</u>, letras em tamanho grande, áudio e outros formatos <u>eletrónicos</u> acessíveis que podem ser solicitados gratuitamente. |
| Haitian Creole | ATANSYON: Si w <u>bezwen</u> <u>èd</u> nan lang ou, <u>tanpri</u> <u>rele</u> 1-855-827-3633 <u>oswa</u> <u>vizite</u> <u>lokal</u> <u>nenpòt</u> UC San Diego Health Medical Center. Ou ka <u>rele</u> <u>tou</u> 1-855-827-3633 <u>pou</u> <u>pran</u> yon <u>randevou</u>, <u>lendi</u> – <u>vandredi</u>, 8è a.m. – 4è p.m., nan <u>lokal</u> <u>Biwo</u> <u>Biznis</u> <u>nou</u> an <u>ke</u> <u>nou</u> <u>Pataj</u> e <u>ke</u> ki w ap <u>jwenn</u> li nan 6200 Greenwich Drive, San Diego, CA 92122. Moun ki gen <u>andikap</u> e ki <u>bezwen</u> <u>èd</u> <u>ak</u> <u>sèvis</u>, <u>tankou</u> <u>dokiman</u> <u>an</u> <u>lang</u> bray, <u>ekriti</u> an <u>gwo</u> <u>lèt</u>, <u>odyo</u>, ak <u>lòt</u> <u>fòma</u> <u>elektwonik</u> <u>aksesib</u>, <u>kapab</u> <u>mande</u> <u>yo</u> gratis. |
| French | <u>ATTENTION</u> : Si <u>vous</u> <u>avez</u> <u>besoin</u> <u>d'aide</u> dans <u>votre</u> langue, <u>appelez</u> le 1 (855) 827-3633 ou <u>rendez-vous</u> dans un <u>centre</u> de <u>soins</u> de <u>santé</u> UC San Diego Health Medical Center. Vous <u>pouvez</u> <u>également</u> <u>appeler</u> le 1-855-827-3633 pour prendre un <u>rendez-vous</u>, du <u>lundi</u> au <u>vendredi</u> de 08h00 à 16h00, dans <u>notre</u> bureau <u>commun</u> Shared Business Office, <u>situé</u> au 6200 Greenwich Drive San Diego, CA 92122. Les <u>personnes</u> <u>souffrant</u> <u>d'un</u> <u>handicap</u> qui <u>ont</u> <u>besoin</u> de <u>dispositifs</u> <u>d'aide</u> et de <u>services</u>, <u>comme</u> des <u>documents</u> en braille, en <u>police</u> de grande <u>taille</u>, en <u>version</u> audio ou en <u>autre</u> format <u>électronique</u> <u>accessible</u>, <u>peuvent</u> les <u>obtenir</u> gratuitement. |

**CONFIDENTIAL - FOR COUNSEL ONLY    SD 1580298**

**Ex. C - 76**

## CONFIDENTIAL - FOR COUNSEL ONLY

Page 1 of 2

Central Jail
1173 Front Street
San Diego, CA 92101
619-6152454

11/17/2024 12:23:16 AM PST

**ER REFERRAL** - Created on 11/17/2024 12:23:16 AM PST

| Patient:ROSALES, MIGUEL | #:100032477 (24744369) | Class:5 |
| DOB:9/27/1975 (Age=49) | Sex:M | Race:H |
| Housing:SDCJ-7-D-17-B | Court Date:11/18/2024 1:30:00 PM | Type: |
| Status:ACTIVE | | |

### Mode of Transportation:

☐ Squad Car             ☑ 911/Paramedics             ☐ Other (please describe)

Other:

### Chief Complaint:

Hypertension

### Provide Details:

Patient with episodes of elevated Blood pressure 181/121;Patient report " chest discomfort and lightheadedness". BP re-checked 153/111 HR- 92, Temp 97.1 o2 sat
89%; re-checked manually 150/100 Denies tenderness or numbness. Able to speak in complete sentences.  No edema or confusion observed.

| ☐ Patient Refused | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BP | Temp | Pulse | Resp | SaO2 | BS | Pain | Height(ft) | Height(in) |
| 150/ 100 | 97.1 | 92 | 18 | 99% | — | | 0 | 0 |
| Weight | BMI | MAP | | | | | | |

| Current Allergies |
| --- |
| Ibuprofen |

Current Medications:

Acetaminophen Oral 500 MG (QTY: 2) PRN (BID: 0800 2000) 11/3/2024 - 1/31/2025

amLODIPine Besylate Oral 10 MG (QTY: 1) (QAM: 0800) 10/31/2024 - 12/29/2024

Ultra Strength External 4-10-30 % (QTY: 1) PRN (BID: 0800 2000) 10/25/2024 - 12/23/2024

ROSALES, MIGUEL 100032477 (24744369)

## CONFIDENTIAL - FOR COUNSEL ONLY          SD 1580299

Ex. C - 77

**CONFIDENTIAL - FOR COUNSEL ONLY**

Page 2 of 2

HCl Oral 4 MG (QTY: 1) PRN (QFM: 2000) 11/3/2024 - 1/1/2025

**Referring Provider:**

Stat, Care

**Destination ER/Hospital:**

UCSD

Name of "Other" Hospital:

**JAIL CLINIC STAFF:**

Send a CD copy of imaging studies, a printed copy of this form and any relevant progress notes, labs, and studies with EMS or the transporting officer.

**EMERGENCY DEPARTMENT PROVIDER:**

For continuity of care, PLEASE GIVE THE OFFICER A COPY OF YOUR EVALUATION AND TREATMENT RECOMMENDATIONS TO RETURN WITH THE PATIENT TO THE JAIL FACILITY.

Responsible Party:
NaphCare (Be advised, if the patient has Medicaid or private insurance, the payor may not be NaphCare)

Electronic:
EDI 5010 Format Payer ID 58182

Mail:
NaphCare, Inc.
Attn: Claims Department
2090 Columbiana Rd, Suite 4000
Birmingham, AL 35216

**It is necessary that the patient is not made aware of any appointment scheduling information**

ROSALES, MIGUEL 100032477 (24744369)

**CONFIDENTIAL - FOR COUNSEL ONLY**   **SD 1580300**

Ex. C - 78

**CONFIDENTIAL - FOR COUNSEL ONLY**



## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
### MEDICAL DISCHARGE / CLEARANCE FOR BOOKING

**PATIENT NAME:**   MIGUEL   ROSALES          **DOB:**   9/27/1975   **GENDER:**   MALE

**REASON/COMPLAINT(S):**_ Elevated  BP  √] lightheadedness   ☐ Body Scan Abnormality (See Attached)
_chest discomfort_

**PROVIDER INFORMATION**

The incarcerated patient above is being referred to you by a law enforcement agency and/or detention facility for evaluation and treatment at your healthcare facility as detailed above. **IT IS IMPERATIVE THIS FORM IS COMPLETED AND ALL RELATED DOCUMENTATION IS RETURNED WITH THE INCARCERATED PATIENT TO THE FACILITY UPON THEIR RELEASE. THIS WILL HELP US TO ENSURE THEIR HEALTH, SAFETY, AND CONTINUITY OF CARE.**

Please note, HIPAA authorizes health plans, clearinghouses, and certain health care providers to disclose protected health information to a law enforcement official or correctional institution having lawful custody of an incarcerated person for the purpose of transporting or transferring incarcerated persons, or other individuals, if necessary for the provision of healthcare or for the safety and security of other incarcerated persons, staff, or the facility under 45 CFR § 164.512(k)(5).

**PERSON TREATING PATIENT:** _____ ☐ MD ☐ DO ☐ NP ☐ PA ☐ Other

**TREATING FACILITY:**_____ **DATE:**_____

**FINDINGS/DISCHARGE DIAGNOSIS:** _____

**RECORDS RELATED TO YOUR EVALUATION (PLEASE CHECK AND ATTACH ALL THAT APPLY)**

☐ AMA     ☐ Discharge Summary  ☐ Lab Results   ☐ Radiology/Imaging Results  ☐ Prescriptions

☐ Vitals _____ ☐ Other_____

**SPECIFY ANY FOLLOW-UP TREATMENT/APPOINTMENT INFORMATION**

**FOR SECURITY REASONS DO NOT GIVE PATIENTS ANY DATES FOR FOLLOW-UP VISITS**

Detentions On-site Clinic: ☐ Yes  ☐ No Specialty Follow-Up: ☐ Yes  ☐ No Specialty Type:

Follow-Up With: ☐ MD ☐ DO ☐ NP ☐ PA ☐ Other

Time Frame: ☐ within 24 hours ☐ 48 hours ☐ greater than 72 hours

**COMMENTS** (Please include concerns, recommendations for continued care/follow-up actions as appropriate)

_____

_____

_____

| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT | SDCJ (SAN DIEGO CENTRAL JAIL) |
|---|---|
| MEDICAL SERVICES DIVISION | |
| **Medical Discharge - Clearance for Booking** | Patient's Name:   **ROSALES, MIGUEL** |
| Page 1 of 1 | |
| | D.O.B:   9/27/1975 |

Form J207 Rev 01/2021          24744369          11/17/2024

**CONFIDENTIAL - FOR COUNSEL ONLY   SD 1580301**

**Ex. C - 79**

## CONFIDENTIAL – FOR COUNSEL ONLY



| Name: | ROSALES, MIGUEL | P/PR: | 126/160 ms | sinus rhythm |
| DOB: | 09/27/1975 (49 yr) | QRS: | 96 ms | left axis deviation |
| | | QT/QTc: | 370/416 ms | ECG without significant abnormalities |
| | | P/QRS/T axis: | 82/-90/44 deg | Unconfirmed Report |
| | | Heart rate: | 76 bpm | |

25 mm/s    10 mm/mV Frequency Response [0.5-35] Hz 60Hz    Version 2.10.09    105353    2

**CONFIDENTIAL - FOR COUNSEL ONLY**                SD 1580302

**Ex. C - 80**

# EXHIBIT D



**San Diego County Sheriff's Department**

# MEDICAL SERVICES DIVISION
TRAINING UNIT

## T R A I N I N G   B U L L E T I N

**WHEN**: 3/6/23

### HEALTH ASSESSMENT

**WHATS NEW:** The initial health assessment will now be completed by nursing staff within 14 days of booking.

**WHAT DOES THIS MEAN**: Reporting tools and the health assessment form in Techcare will be utilized to identify the patients needing a health assessment, while the form will record the clinical information in the patient chart.  The health assessments will be done daily for patients on day number ten since booking.

**WHAT YOU NEED TO DO**:

- Run the outlined report to identify the patients.
- Verify that the patient has not had a health assessment in the last year.  If the patient has had a health assessment less than a year old, review chart for any change in health status this incarceration. If none, you do not need to repeat the health assessment and you will need to chart that it was not done because patient had health assessment in the last year and there is no current change in health status.
- Once confirmed that health assessment is needed, retrieve the health assessment form as outlined to record your assessment.
- Ensure that you also include the oral screening, heart and lung sounds, oral exam

See Attached guides for running the report and accessing the form

This Training Bulletin was prepared by Medical Services Division Training Unit. Published February 2023

**SD 1580230**

**Ex. D - 82**



From the reports tab select reports, then select the date range for beginning of time. Then select Missed H&P (5 days) and click generate.



This Training Bulletin was prepared by Medical Services Division Training Unit. Published February 2023

SD 1580231



Export the report to excel by right clicking in the field highlighted below and then selecting export



This Training Bulletin was prepared by Medical Services Division Training Unit. Published February 2023

SD 1580232



Then sort by booking date from newest to oldest and select patients who have been in custody for ten days.  Example, if you are doing health assessments on 2/27/2023 you will select the patients on your report booked on 02/17/2023 to assess.



When ready to perform the health assessment select health assessment from the patient record (it is also available under the forms tab)



This Training Bulletin was prepared by Medical Services Division Training Unit. Published February 2023

SD 1580233



The health assessment form will pop for you to complete. You will select initial and complete your assessment. Upon completion you will be prompted for patient signature.



SD 1580234

**Ex. D - 86**



The whole assessment is copied here for your review



This Training Bulletin was prepared by Medical Services Division Training Unit. Published February 2023

SD 1580235



**HEENT:**

☐ PERRLA ☐ TMs with no fluid or erythema ☐ No trauma to head, face, or neck
☐ External canals normal ☐ Pharynx normal ☐ Neck supple, normal range of motion

**Notes:**

**DENTAL:**

| | | |
|---|---|---|
| Mouth Pain | | ☐ Yes ☑ No ☐ NA |
| Infection/Abscess | | ☐ Yes ☑ No ☐ NA |
| Describe | | |
| Bad Taste | | ☐ Yes ☑ No ☐ NA |
| Fever | | ☐ Yes ☑ No ☐ NA |
| Intraoral examination completed? | | ☐ Yes ☑ No ☐ NA |
| Refer abnormal exams to Dentist. | | ☐ Yes ☑ No ☐ NA |
| Educational material provided to inmate | | ☐ Yes ☑ No ☐ NA |

**Other dental notes:**

**CARDIOVASCULAR:**

☐ Regular rate, normal s1 and s2

**Abnormal findings:**

This Training Bulletin was prepared by Medical Services Division Training Unit. Published February 2023

SD 1580236

Ex. D - 88



**RESPIRATORY:**

- [ ] Respirations even, unlabored, and normal rate
- [ ] Lung sounds clear and equal in all lung fields

**Abnormal findings:**

**ABDOMINAL:**

- [ ] Abdomen soft, nontender, nondistended
- [ ] No hernia or masses palpated
- [ ] Bowel sounds active and normally pitched
- [ ] NA

**Abnormal findings:**

**MUSCULOSKELETAL/SKIN**

- [ ] Grossly normal strength and function of all extremities
- [ ] Gait normal with no limitations for ADL's
- [ ] No injuries or infections on extremities

**Abnormal findings:**

**TUBERCULOSIS SYMPTOMS:**

Chronic Cough Longer than 4 weeks, night sweats, blood in sputum?    [ ] Yes [✓] No [ ] NA

Ever been tested for TB?    [ ] Yes [✓] No [ ] NA

Results:

Positive

Neg

CXR done

**Other Comments**

**Last Menstrual Period:**

This Training Bulletin was prepared by Medical Services Division Training Unit. Published February 2023

**SD 1580237**

**Ex. D - 89**

# San Diego County Sheriff's Department
# MEDICAL SERVICES DIVISION
## TRAINING UNIT

**CONSENT**

I have answered all questions on the Comprehensive Nurse Exam forms truthfully to the best of my knowledge and ability. I have been told and shown how to obtain medical and mental health services. I hereby give consent for professional services to be provided to me by and through San Diego County Sheriff's Department Medical Services.

**GENDER SPECIFIC PREVENTATIVE SCREENING**

| | |
|---|---|
| GENDER: Male<br>AGE: 65-75<br>PREVENTATIVE SCREENING: Aortic Aneurysm Screening<br>PROVIDER ORDERS: Abdominal Ultrasound<br>FREQUENCY: Once *Only if Hx of smoking | GENDER: Male and Female<br>AGE: All<br>PREVENTATIVE SCREENING: STD Screening<br>PROVIDER ORDERS:<br>FREQUENCY: Upon request |
| GENDER: Female<br>AGE: 50-74<br>PREVENTATIVE SCREENING: Breast Cancer Screening<br>PROVIDER ORDERS: Mammography<br>FREQUENCY: Every 2 years | GENDER: Male and Female<br>AGE: All<br>PREVENTATIVE SCREENING: LTBI Screening<br>PROVIDER ORDERS:<br>FREQUENCY: Every 2 years |
| GENDER: Female<br>AGE: 21-65<br>PREVENTATIVE SCREENING: Cervical Cancer Screening<br>PROVIDER ORDERS:<br>FREQUENCY: Every 3 years | GENDER: Male and Female<br>AGE: 40-70<br>PREVENTATIVE SCREENING: Diabetes Screening<br>PROVIDER ORDERS: FBS<br>FREQUENCY: Yearly |
| GENDER: Female<br>AGE: 65 and Older<br>PREVENTATIVE SCREENING: Osteoporosis Screening<br>PROVIDER ORDERS: Bone Scan<br>FREQUENCY: Once | GENDER: Male and Female<br>AGE: 40-75<br>PREVENTATIVE SCREENING: Lipid Screening<br>PROVIDER ORDERS: Lipid Panel<br>FREQUENCY: |

This Training Bulletin was prepared by Medical Services Division Training Unit. Published February 2023

**SD 1580238**

**Ex. D - 90**

| **SAN DIEGO SHERIFF'S OFFICE** **MEDICAL SERVICES DIVISION** | **POLICY AND PROCEDURE** | |
|---|---|---|
| SUBJECT:          INITIAL HEALTH ASSESSMENT | DATE: SECTION: PAGE: | 07/24/2024 MSD.E.4.1 1 |

| RELATED SECTIONS: | MSD.A.1.3, E.2.1, MSD.E.9.1 |
|---|---|
| IN COMPLIANCE WITH: | NCCHC-J-E-04 |

POLICY

Incarcerated persons will receive an initial health assessment to evaluate their health status and initiate timely care plans.

PROCEDURE

I.     The standardized health assessment contains all the following components and is approved by the CMO:

   A.     The health staff assessing the incarcerated person will complete a review of the receiving screening and health history for indications that will significantly impact the incarcerated person's health.

   B.     A registered nurse (RN) or higher licensure will perform a physical exam using inspection, palpation, auscultation, percussion, and an oral screening.

   C.     A qualified health professional (QHP) will obtain vital signs that include height, weight, pulse, blood pressure, temperature, and oxygen saturation.

   D.     A tuberculosis screening unless it was completed during the receiving screening process.

II.    An RN or higher licensure will complete an initial health assessment within fourteen (14) days of booking.

   A.     A health assessment may be deferred if there is previous one on file within twelve (12) months and the most recent intake screening documentation indicates no change in health status. Notation  must be made in the   comments field of the health assessment form indicating why the health assessment was deferred.

   B.     Health staff will provide education as applicable to incarcerated persons regarding health assessments.

SD 1580239

Ex. D - 91

| SAN DIEGO SHERIFF'S OFFICE MEDICAL SERVICES DIVISION | POLICY AND PROCEDURE | |
|---|---|---|
| SUBJECT: INITIAL HEALTH ASSESSMENT | DATE: SECTION: PAGE: | 07/24/2024 MSD.E.4.1 2 |

RELATED SECTIONS:     MSD.A.1.3, E.2.1, MSD.E.9.1
IN COMPLIANCE WITH:     NCCHC-J-E-04

    C.    Referrals to MDSC, dental, or mental health will be scheduled based on the findings of the initial health assessment.

III.    All completed health assessments are reviewed and signed off by providers using the History& Physical (H&P) queue in the health record.

    A.    This review will require  providers to create a problem list and treatment plan for any identified clinical findings using the standardize health assessment form.

    B.    The provider will schedule any additional testing or diagnostics as needed.

Implemented:    07/24/2024
Revised:
Reviewed:

# EXHIBIT E

# (SUBMITTED WITH PLAINTIFFS' APPLICATION FOR LEAVE TO ALLOW NONELECTRONIC FILING)

# EXHIBIT F

```
 1              UNITED STATES DISTRICT COURT

 2            SOUTHERN DISTRICT OF CALIFORNIA

 3
     DARRYL DUNSMORE, ANDREE
 4   ANDRADE, ERNEST ARCHULETA,
     JAMES CLARK, ANTHONY EDWARDS,
 5   LISA LANDERS, REANNA LEVY,
     JOSUE LOPEZ, CHRISTOPHER
 6   NELSON, CHRISTOPHER NORWOOD,
     JESSE OLIVARES, GUSTAVO          CASE NO.
 7   SEPULVEDA, MICHAEL TAYLOR, and
     LAURA ZOERNER, on behalf of      3:20-cv-00406-AJB-DDL
 8   themselves and all others
     similarly situated,
 9
                  Plaintiffs,
10
          v.
11
     SAN DIEGO COUNTY SHERIFF'S
12   DEPARTMENT, COUNTY OF SAN
     DIEGO, SAN DIEGO COUNTY
13   PROBATION DEPARTMENT, and DOES
     1 to 20, inclusive,
14
                  Defendants.
15   _____

16

17        REMOTE VIDEOCONFERENCE DEPOSITION OF

18                  THOMAS SEIVER

19              TUESDAY, MAY 21, 2024

20

21

22

23   REPORTED BY:  JULIA LENNAN
                   CSR NO. 12843      STENO.COM
24                                    (310) 573-8380

     JOB NO. 995581
25
```

1  BY ATTORNEY SWEARINGEN:

2     Q    What other factors go in besides population

3  size and number of radio calls?

4     A    That would be a question for our contracts

5  people to specifically cite how they decide to staff a

6  particular area.  That's outside of my ability to

7  understand.  I'm given a certain amount of people to

8  patrol in my area, and how that formula comes up is

9  complex and it has a lot of moving pieces to it.  And

10  what we'd like to staff and what we do staff, those are

11  also two different questions.

12     Q    Is the policing program of the Sheriff's

13  Department funded in part with state funds?

14          ATTORNEY COLEMAN:  May call for speculation.

15          You can answer, if you know.

16          THE WITNESS:  There are certain grants that we

17  receive for -- from the state to provide certain

18  functions.  We have Alcoholic Beverage Control who gives

19  us a specific grant for us to do things, to do

20  undercover operations in bars.

21          Office of Traffic Safety gives us a certain

22  amount of money to do enforcement -- traffic

23  enforcement.  And there's an off-road vehicle grant.

24  These are just the grants that I'm aware of.

25

```
 1   BY ATTORNEY SWEARINGEN:
 2       Q    So it does receive at least some state funds?
 3       A    Yes.
 4       Q    Okay.  Does the Sheriff's Department conduct
 5   its own analysis of RIPA data?
 6       A    Yes.
 7            ATTORNEY SWEARINGEN:  And when I say "RIPA,"
 8   that's R-I-P-A, for the court reporter.
 9            ATTORNEY COLEMAN:  Racial Profiling and
10   Identification, but we just -- R-I-P-A.
11   BY ATTORNEY SWEARINGEN:
12       Q    Who conducts that analysis?
13       A    Our crime intelligence unit will -- our
14   analysis -- or analysis with -- the Crime Analysis Unit
15   will do that.
16       Q    Okay.  And how often does it conduct analyses?
17   Is it annually or is it ongoing?
18       A    Well, it was supposed to be annual, and it
19   sounds like COVID -- we produced the 2018 and a 2019
20   report that we posted on our public website.  And we're
21   attempting to come up with the draft versions of reports
22   for 2020, '21, '22, and '23.  It appears that it fell
23   off during COVID.
24       Q    What do you mean by "fell off"?
25       A    Means that COVID -- our focus on COVID was
```

STENO.COM
(310) 573-8380

**Ex. F - 97**

```
 1                    REPORTER'S CERTIFICATION

 2

 3           I, Julia Lennan, a certified stenographic

 4    reporter for the State of California, CSR No. 12843, do

 5    hereby certify:

 6           That the witness in the foregoing remote video

 7    deposition was first duly sworn by me to testify to tell

 8    the truth in the foregoing cause; that the said

 9    deposition was reported stenographically and transcribed

10    by me; and that the foregoing is a true record of the

11    testimony elicited.

12           I do further certify that I am in no way

13    interested in the outcome of this action or connected

14    with or related to any of the parties or to their

15    respective counsel.

16           The dismantling, unsealing, or unbinding of the

17    original transcript, other than by order of the Court,

18    renders this reporter's certificate null and void.

19           In witness whereof I have hereunto set my hand

20    this 29th day of May 2024.

21

22    _____

23              JULIA LENNAN, CSR NO. 12843
                        STENO.COM
                      (310) 573-8380
24

25
```

Ex. F - 98

# EXHIBIT G

**From:** SDCSO Public Records <sdsheriff@govqa.us>
**Sent:** Tuesday, February 18, 2025 4:03 PM
**To:** Eric Monek Anderson <EMonekAnderson@rbgg.com>
**Subject:** [Records Center] Public Records Request :: S000491-020525

[EXTERNAL MESSAGE NOTICE]



**Do NOT REPLY to this email. To monitor the progress, update this request, or communicate with the San Diego County Sheriff's Office, please log into the Records Request System. If you have not previously created a password for this system, follow this link: Create a Password**

RE: Public Records Request of February 05, 2025, Reference # S000491-020525

Dear Eric Monek Anderson,

On February 05, 2025, the San Diego County Sheriff's Office received your request for records pursuant to the California Public Records Act (CPRA) wherein you requested the following:

**Ex. G - 100**

**1. Any and all documents, writings, or investigation materials maintained by the San Diego Sheriff's Department relating to the August 29, 2024, incident involving Deputy Jeremiah Manuyag Flores and a man identified as "J.P." at the San Diego Central Courthouse.**

Response:

Records of a law enforcement investigation, or any investigatory or security files compiled by a law enforcement agency are exempt from disclosure. Cal. Gov't. Code § 7923.600; Haynie v. Superior Court, 26 Cal. 4th 1061, 1071-72 (2001). Therefore, your request is denied pursuant to Government Code sections 7923.600 and 7927.705, incorporating the Official Information Privilege identified in Evidence Code section 1040. The requested records are related to an active, pending, law enforcement investigation or criminal proceeding.  The San Diego County Sheriff's Office previously released a media statement related to your request.  Please visit the San Dieog County Sheriff's Public website: https://www.sdsheriff.gov/Home/Components/News/News/3201/16.

**2. Any and all requests for proposal issued since July 1, 2024 related to the provision of medical, mental health, and/or dental care at the Jail.**

**3. Any and all contracts or amendments to contracts with NaphCare, Inc. since February 5, 2024.**

**4. Any and all contracts or amendments to contracts relating to the provision of medical, mental health, and/or dental care at the Jail.**

Response:

In response to your request 2, 3 and 4, pursuant to Government Code section 7922.535(c), "The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.", the Sheriff's

Office is extending the response by 14 days. You will receive the Sheriff's Office response no later than March 4, 2025.

**5. Any and all documents related to the funding of the County Parole and Alternative Custody ("CPAC") programs.**

**6. Identification of any and all reimbursements to the Sheriff's Office from the State of California received in the year 2024.**

Response:

In response to your request 5 and 6, additional clarification is needed in order to fulfill your request.

Regarding request 5, CPAC was implemented as part of Public Safety Realignment and is funded by AB109-Community Corrections funding from the State that goes into a trust fund that the San Diego County Public Safety Group manages. Therefore, each fiscal year the San Diego County Sheriff's Office compiles the costs for and develops a summary for the program. Therefore, are you seeking the budget or are you seeking claims for actuals? Also, can you provide a time frame or fiscal year(s) you seek records for?

Regarding request 6, can you clarify if your request for reimbursements is for budget or actual revenue received?

Please respond in writing via the Records Request System so that there is a record of your response.

Upon receipt of your response, the San Diego County Sheriff's Office will further respond to your request as required by law.

Sincerely,



Erica Duarte, Administrative Analyst

San Diego County Sheriff's Office

# EXHIBIT H

**From:** SDCSO Public Records <sdsheriff@govqa.us>
**Sent:** Friday, February 28, 2025 3:29 PM
**To:** Eric Monek Anderson <EMonekAnderson@rbgg.com>
**Subject:** [Records Center] Public Records Request :: S000491-020525

[EXTERNAL MESSAGE NOTICE]



**Do NOT REPLY to this email. To monitor the progress, update this request, or communicate with the San Diego County Sheriff's Office, please log into the Records Request System. If you have not previously created a password for this system, follow this link: Create a Password**

RE: Public Records Request of February 05, 2025, Reference # S000491-020525

Dear Eric Monek Anderson,

On February 21, 2025, the San Diego County Sheriff's Office received your updated request.

*Regarding No. 1, the request is for "documents, writings, or investigation*

*materials." Please provide a reason for withholding documents and writings that are related to the incident, but are not investigation materials. The cited exemption in Government Code 7923.600 refers only to investigation records. Can you please provide more information about the reason for withholding the other documents and writings?*

Response:

The San Diego County Sheriff's Office did not identify other documents or writings that are not part of the investigation.  We encourage you to work with the Sheriff's Office towards making a focused and effective request for non-exempt records. Are you able to specify or clarify what your definition or interpretation of 'documents, and writings but are not investigation materials' are?

**2. Any and all requests for proposal issued since July 1, 2024, related to the provision of medical, mental health, and/or dental care at the Jail.**

Response:

The San Diego County Sheriff's Office conducted a search and there are no requests for proposals related to the medical, mental health, and/or dental care at the Jails, that were issued on or after July 1, 2024

**3. Any and all contracts or amendments to contracts with NaphCare, Inc. since February 5, 2024.**

Response:

The San Diego County Sheriff's Office is providing the NaphCare Inc. Contract 566117 Amendment dated February 1, 2025.

**5.Any and all documents related to the funding of the County Parole and Alternative Custody ("CPAC") programs- we are seeking the budget for 2023 and 2024.**

Response:

The San Diego County Sheriff's Office is providing the CPAC Summary of Funds FY 23-24 Through FY 24-25.

Please log into your account and retrieve the records.

**Ex. H - 106**



Sincerely,

Erica Duarte, Administrative Analyst

San Diego County Sheriff's Office

Community Corrections (AB109) - FY 23-24 to FY 24-25

**CPAC**

| ORG | CLASS | DESCRIPTION | FY 23-24 FTEs | FY 23-24 Adopted Budget | FY 24-25 FTEs | FY 24-25 Adopted Budget |
|---|---|---|---|---|---|---|
| 39805 | 5050 | Correctional Counselor | 2 | $333,195 | 2 | $355,799 |
| 39811 | 2303 | Admin Analyst II | 1 | $145,013 | 1 | $158,155 |
| | 5746 | Dep Sheriff | 8 | $1,753,290 | 8 | $1,994,865 |
| | 5780 | Sheriff's Lieutenant | 1 | $349,583 | 1 | $338,238 |
| | 5790 | Sheriff's Sergeant | 2 | $516,950 | 2 | $679,129 |
| | | On-going Overtime | | $80,000 | | $80,000 |
| | | S&B | 14 | $3,178,032 | 14 | $3,606,186 |
| | | Services & Supplies (including uniforms) | | $565,656 | | $539,964 |
| | | **CPAC Total** | **14** | **$3,743,688** | **14** | **$4,146,150** |

**Ex. H - 108**

# EXHIBIT I

```
 1              UNITED STATES DISTRICT COURT

 2            SOUTHERN DISTRICT OF CALIFORNIA

 3

 4  DARRYL DUNSMORE, ANDREE        )
    ANDRADE, ERNEST ARCHULETA,     )
 5  JAMES CLARK, ANTHONY EDWARDS,  )
    REANNA LEVY, JOSUE LOPEZ,      )
 6  CHRISTOPHER NORWOOD, JESSE     )
    OLIVARES, GUSTAVO SEPULVEDA,   )
 7  MICHAEL TAYLOR, and LAURA      )
    ZOERNER, on behalf of          )
 8  themselves and all others      )
    similarly situated,            )
 9                                 ) CASE NO.
                                   ) 3:20-CV-00406-AJB-DDL
10          Plaintiffs,            )
                                   )
11  v.                             )
                                   )
12                                 )
                                   )
13  SAN DIEGO COUNTY SHERIFF'S     )
    DEPARTMENT, COUNTY OF          )
14  SAN DIEGO, SAN DIEGO COUNTY    )
    PROBATION DEPARTMENT, and      )
15  DOES 1 to 20, INCLUSIVE,       )
                                   )
16          Defendants.            )
    _____)
17

18

19               REMOTE DEPOSITION OF:

20        BRIAN L. WITHROW, Ph.D, 30(b)(4), and

21        produced as a witness at the instance of the

22        Plaintiffs, commencing at 9:04 A.M. PDT on Monday,

23        October 14, 2024, before PATRICK STEPHENS,

24        Certified National Court Reporter, NVRA 5462.

25
```

Ex. I - 110

```
 1              Go ahead.  Sorry.
 2    BY THE WITNESS (resuming):
 3    A.      I -- I think that covers the -- the main
 4    things that I had -- the main questions that I had.
 5    Q.      Why did you not submit a rebuttal report in
 6    this case?
 7    A.      Because I wasn't aware of when the deadline
 8    was and I -- and I missed it.
 9              MS. COLEMAN:  Also it's not required, Van.
10    BY THE WITNESS (resuming):
11    A.      I was -- my notes were inadvertent.  I made a
12    mistake.  I thought the -- I thought the response to
13    Dr. Ross's report were due sometime in December but in
14    fact they were early October, and I just -- I -- I
15    made -- that was a miscommunication on my part.
16    Q.      Did you attempt to run the analyses that
17    Dr. Ross performed in his report?
18    A.      I did not.
19    Q.      Do you believe that you could have rerun his
20    analysis?
21    A.      Not with the data that I have available,
22    because I think Dr. Ross got some additional data after
23    I did.
24    Q.      What data did Dr. Ross receive after you
25    received your data?
```

**Ex. I - 111**

BRIAN L. WITHROW, PH.D.                                    JOB NO. 1220594
OCTOBER 14, 2024

```
1                   CERTIFICATE OF REPORTER

2              I, the undersigned, a Nationally Certified

3     Court Reporter, being empowered to administer oaths and

4     affirmations remotely, do hereby certify:

5              That the foregoing proceedings were taken

6     remotely before me at the time and place herein set

7     forth; that any witness in the foregoing proceedings,

8     prior to testifying, were placed under oath; that a

9     verbatim record of the proceedings was made by me using

10    oral shorthand which was thereafter transcribed under my

11    direction; further, that the foregoing is an accurate

12    transcription thereof.

13             I further certify that I am neither

14    financially interested in the action nor a relative or

15    employee of any attorney or any of the parties.

16             Further, that if the foregoing pertains to the

17    original transcript of a deposition in a Federal Case,

18    before completion of the proceedings, review of the

19    transcript was not requested.

20             IN WITNESS WHEREOF, I have this date

21    subscribed my name.

22    DATED:  OCTOBER 28, 2024

23                                 PATRICK A. STEPHENS
                                   NVRA NO. 5462
24                                 Expiration:  06/01/2025
                                   Steno Agency, Inc.
25                                 Del Valle, Texas 78617
```

Ex. I - 112