Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Deann Rivard (SBN 177482)
drivard@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, CA 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF SUSAN E. COLEMAN IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION TO CONTINUE PRETRIAL DEADLINES AND PRETRIAL CONFERENCE UNTIL 30 DAYS AFTER A WRITTEN DECISION ON THE PENDING SUMMARY JUDGMENT MOTION IS ISSUED; OR IN THE ALTERNATIVE TO STAY PRETRIAL DATES PENDING A DECISION ON THE MOTION**<br><br>*Filed concurrently with Ex Parte Application and [Proposed] Order*<br><br>[NO ORAL ARGUMENT REQUESTED]<br><br>Judge: Anthony J. Battaglia |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4903-0644-6374 v1

1    Case No. 3:20-cv-00406-AJB-DDL
COLEMAN DECLARATION ISO DEFTS' EPA
TO CONTINUE OR STAY PRETRIAL FILINGS

I, SUSAN E. COLEMAN state and declare as follows:

1. I am an attorney of law duly licensed to practice before all of the Courts of the state of California. I am a partner with the law firm of Burke, Williams & Sorensen LLP, attorneys of record for defendants COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT ("Defendants") in this action. If called and sworn as a witness to testify, I am competent to testify and would testify from my own personal knowledge as to the facts set forth in this declaration.

2. Defendants filed a Motion for Partial Summary Judgment on December 16, 2024 (Dkt. 782.) The motion was fully briefed, except that the court permitted Plaintiffs to file a supplemental brief responding to "new" evidence which is due on March 10, 2025, and Defendants may file a response by March 17, 2025, so the briefing will be completed then. The motion is scheduled to be heard on March 27, 2025.

3. The summary judgment motion is brought on all but one cause of action, and would significantly narrow the case if granted. If the motion is granted even in part, it will narrow the claims, witnesses, and exhibits. And even if not granted, the court's decision may be instructive to the parties.

4. The current pretrial filing deadlines are as follows, per the Order dated July 15, 2024 (ECF 682):

* Memorandum of Contentions of Fact/Law and Pretrial Disclosures pursuant to Fed. R. Civ. P. 26(a)(3) to be filed on March 14, 2025;

* Deadline to Meet and Confer to prepare the proposed Pretrial Order is set for March 20, 2025;

* Deadline to file Objections to Pretrial Disclosures is March 27, 2025;

* Deadline to lodge the proposed Final Pretrial Conference Order is April 3, 2025;

* Final Pretrial Conference is set for April 10, 2025, at 2:00 p.m.

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

4903-0644-6374 v1

2

Case No. 3:20-cv-00406-AJB-DDL
COLEMAN DECLARATION ISO DEFTS' EPA
TO CONTINUE OR STAY PRETRIAL FILINGS

5. Preparing and filing pre-trial papers such as a Memo of Contentions, Exhibit and Witness lists (as required by Pretrial Disclosures) and the like is very time-consuming, expensive, and burdensome, when the pending motion could be nearly dispositive. Additionally, even if denied, the court's ruling and opinion on the summary judgment motion papers could be instructive to the Parties.

6. Because the Parties will not have any ruling on the Motion for Summary Judgment before their exhibits and witness lists and the Memorandum of Contentions of Fact and Law are due, then Defendants must address all of Plaintiffs' causes of action, which are far-reaching and involve voluminous documents and innumerable witnesses. Plaintiffs are attacking the entire medical, dental, psychiatric care system at the county jails, as well as contending that policing practices on patrol are racially disparate and therefore the jails are racially disparate. Plaintiffs also contend the court/counsel access is unconstitutionally limited, that the jails are unsafe (under a variety of theories), and that health/safety is impacted. The broad reach of these claims – and evidence relied on by both parties – is massive.

7. For the above reasons, Defendants request a continuance of all pretrial dates and deadlines in this case, including the upcoming pre-trial filings and the Pretrial Conference. It would be inefficient and expensive to prepare pre-trial filings in light of the current procedural status of the case, and potentially unnecessary as to as many as 6 causes of action.

8. In the alternative, Defendant requests that the pretrial deadlines and pretrial conference be stayed until 30 days after receipt of a written Order ruling on the pending Motion for Summary Judgment and the Daubert Motion regarding expert witnesses. This request is made due to the expenditure of time and effort required for the pretrial filings and with the hope of making the pretrial filings more efficient and on-point, to address any remaining claims.

9. I met and conferred about this issue in person with Plaintiffs' counsel Gay Grunfeld on Friday March 7, 2010, following the conclusion of our Settlement

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

4903-0644-6374 v1

3

Case No. 3:20-cv-00406-AJB-DDL
COLEMAN DECLARATION ISO DEFTS' EPA
TO CONTINUE OR STAY PRETRIAL FILINGS

Conference; however, Ms. Grunfeld refused to agree to continue any pretrial deadlines and said "we're already working on the pretrial documents." I explained that it would be better to first have a ruling on the pending Motion for Summary Judgment, and that it would be difficult to continue attempting settlement efforts if we were preparing for trial, and Ms. Grunfeld still said no.

10. This motion is brought in good faith and not for reasons of delay. I would like to avoid spending the County's money to prepare for trial on claims that may well be dismissed soon via summary judgment.

Executed on March 10, 2025, at San Diego, California.

                                           /s/ *Susan E. Coleman*
                                           SUSAN E. COLEMAN

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4903-0644-6374 v1

4

Case No. 3:20-cv-00406-AJB-DDL
COLEMAN DECLARATION ISO DEFTS' EPA
TO CONTINUE OR STAY PRETRIAL FILINGS