GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF ERIC MONEK ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION TO FILE UNDER SEAL DOCUMENTS FILED WITH PLAINTIFFS' SUR-REPLY**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: March 27, 2025<br>Time: 2:00 p.m.<br>Crtrm.: 4A |

[4662334.1]

Case No. 3:20-cv-00406-AJB-DDL

1  I, Eric Monek Anderson, declare:

2  1. I am an attorney duly admitted to practice before this Court. I am a lawyer in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs and the Certified Class and Subclasses. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motion to File Under Seal Documents Filed With Plaintiffs' Sur-Reply.

2. Plaintiffs move to seal information in Exhibits B and C to the concurrently-filed Declaration of Van Swearingen in Support of Plaintiffs' Sur-Reply Re: Defendants' Motion for Partial Summary Judgment. Those exhibits consist of excerpts from the medical records of two class members, which Defendants produced to Plaintiffs on March 3, 2025.

3. Plaintiffs seek to seal only medical information in the medical records excerpts that is unrelated to the medical issues the class members put at issue in their underlying declarations submitted with Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment. *See* Dkt. 796-17, 796-19. The information Plaintiffs seek to seal is identified, in the versions lodged under seal, by red boxes.

4. Defendants produced the medical records excerpts as "Confidential – Counsel Only." However, on March 7, 2025, I confirmed in writing with Defendants' counsel that Defendants do not object to Plaintiffs filing the medical records in compliance with the Court's more narrow orders regarding the sealing of medical information.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

[4662334.1]     1     Case No. 3:20-cv-00406-AJB-DDL
DECL. OF ERIC MONEK ANDERSON ISO PLAINTIFFS' MOTION TO FILE UNDER SEAL DOCUMENTS FILED WITH PLAINTIFFS' SUR-REPLY

5.  Staff at my firm have confirmed the motion to seal complies with Electronic Case Filing Administrative Policies and Procedures Manual Section 2(j).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 10th day of March, 2025.

/s/ Eric Monek Anderson
Eric Monek Anderson

[4662334.1]                                    2                        Case No. 3:20-cv-00406-AJB-DDL
DECL. OF ERIC MONEK ANDERSON ISO PLAINTIFFS' MOTION TO FILE UNDER SEAL DOCUMENTS
FILED WITH PLAINTIFFS' SUR-REPLY