GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**PLAINTIFFS' APPLICATION FOR LEAVE TO ALLOW NON-ELECTRONIC FILING OF EXHIBIT**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: March 27, 2025<br>Time: 2:00 p.m.<br>Crtrm.: 4A |

Pursuant to Local Rule 5.1(e) and Electronic Case Filing Administrative Policies and Procedures Manual § 2(k), Plaintiffs Darryl Dunsmore, Andree Andrade, Ernest Archuleta, James Clark, Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Norwood, Jesse Olivares, Gustavo Sepulveda, Michael Taylor, and Laura Zoerner (collectively, "Plaintiffs") respectfully request leave from this Court to allow the non-electronic filing of exhibits.

Concurrently with this Application, Plaintiffs are filing their Sur-Reply Re: Defendants' Motion for Partial Summary Judgment (the "Sur-Reply"). In support of the Sur-Reply, Plaintiffs wish to file a series of videos as an exhibit to the Declaration of Van Swearingen ("Swearingen Decl."), as follows:

- **Exhibit E** to the Swearingen Declaration, SD_1580221-SD_1580229, which Defendants produced on March 3, 2025 and is surveillance footage from the public lobby of Vista Detention Facility.

Section 2(k) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual permits a party to "seek leave of court to allow the non-electronic filing of exhibits when they are not convertible to electronic form (e.g. videotapes, maps, etc.)." The exhibit Plaintiffs wish to file in support of their Sur-Reply is not convertible to *electronic* form, while at the same time maintaining the integrity of the evidence. The exhibit exceeds 35 megabytes in size, and therefore cannot be filed through the Court's Electronic Case Filing system. *See* Electronic Case Filing Administrative Policies and Procedures Manual § 2(k) ("If the entire exhibit exceeds thirty-five (35) megabytes, it must be submitted in multiple segments, not to exceed thirty-five (35) megabytes each."); *id.* § 1(d) ("Individual .pdf documents must not exceed thirty-five (35) megabytes (MB) in size.").

WHEREFORE, Plaintiffs respectfully request that the Court grant this application and allow Plaintiffs to lodge with the Court a thumb drive that contains a copy of the above Exhibit E. If the Court so permits, Plaintiffs will simultaneously provide a cover page and table of contents in accordance with

1 | Electronic Case Filing Administrative Policies and Procedures Manual § 2(k).

3 | DATED: March 10, 2025  Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Eric Monek Anderson*
   Eric Monek Anderson

Attorneys for Plaintiffs and the Certified Class and Subclasses