UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 20-cv-00406-AJB-DDL<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO ALLOW NON-ELECTRONIC FILING OF EXHIBIT** |

# ORDER

Pending before the Court is Plaintiffs' Application for Leave to Allow Non-Electronic Filing of Exhibit, filed in conjunction with Plaintiffs' Sur-Reply Re: Defendants' Motion for Partial Summary Judgment. Plaintiffs seek to file video files as Exhibit E to the Declaration of Van Swearingen. Having considered the Application, the Court finds there is good cause to allow Plaintiffs to lodge Exhibit E with the Court. The Court hereby **GRANTS** Plaintiffs' Application.

**IT IS SO ORDERED.**

Dated: March 11, 2025

Hon. Anthony J. Battaglia
United States District Judge