GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF GAY C. GRUNFELD IN OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION TO CONTINUE PRETRIAL DEADLINES AND PRETRIAL CONFERENCE UNTIL 30 DAYS AFTER A WRITTEN DECISION ON THE PENDING SUMMARY JUDGMENT MOTION IS ISSUED; OR IN THE ALTERNATIVE TO STAY PRETRIAL DATES PENDING A DECISION ON THE MOTION**<br><br>Judge: Hon. Anthony J. Battaglia |

I, Gay Crosthwait Grunfeld, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in opposition to Defendants' Ex Parte Application to Continue Pretrial Deadlines and Pretrial Conference Until 30 Days After A Written Decision on the Pending Summary Judgment Motion is Issued; or in The Alternative to Stay Pretrial Dates Pending a Decision on The Motion ("Ex Parte Application").

2. Weeks ago, Plaintiffs' counsel began working on the pre-trial disclosures, including of their witnesses, exhibits, and deposition excerpts, as required by the Southern District Local Rules and the Court's scheduling orders.

3. On March 3, 2025, Plaintiffs' counsel sent an email, a true and correct copy of which is attached hereto as **Exhibit A**, to counsel for Defendants, asking to set up the meet-and-confer required under the local rules prior to submitting the pre-trial order. Defendants' counsel's response, also included in Exhibit A, stated in pertinent part:

> we should discuss the viability of prepping for trial while conducting settlement negotiations and whether one should be postponed to focus on the other. I understand that you have not been amenable to continuation of the trial date to further settlement; however, settlement negotiations will be affected as we prep for trial. If you are not amenable to this, we will address it with the court.

Defendants' counsel have never responded to the request to conduct the pre-trial meet-and-confer on March 20, 2025.

4. Defendants' counsel did not specifically ask us to extend the pre-trial deadlines until the afternoon of March 7, 2025. I declined to agree to extending those deadlines. I do not believe it is in our clients' best interest to delay the trial given the unconstitutional and illegal conditions they are forced to endure on a daily basis. I was also not provided with any explanation of the need for a delay, other

1. than the hope that Defendants might defeat one or more of our claims through their Motion for Partial Summary Judgment.

5. I previously considered filing a motion for partial summary judgment in this case. But as counsel for the defense stated at that time, "[a]ll I have to do is to dispute one material fact you put in your motion and all you have to do on mine is the same. Then we both lose and spend a bunch of money for nothing (which will be an issue on a request for fees)." Attached hereto as **Exhibit B** is a true and correct copy of this October 29, 2024 email from Defendants' counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 11th day of March, 2025.

/s/ Gay Crosthwait Grunfeld
Gay Crosthwait Grunfeld

# EXHIBIT A

**From:** Coleman, Susan E. <SColeman@bwslaw.com>
**Sent:** Monday, March 3, 2025 5:53 PM
**To:** Gay C. Grunfeld <GGrunfeld@rbgg.com>; Pappy, Elizabeth M. <EPappy@bwslaw.com>; Favela, Diana <dfavela@bwslaw.com>; van Daalen Wetters, Dee <DWetters@bwslaw.com>
**Cc:** San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; Christopher.Young@us.dlapiper.com; Oliver.Kiefer@us.dlapiper.com
**Subject:** RE: Dunsmore v. San Diego; Pre-trial Meet and Confer Meeting of the Parties [IMAN-DMS.FID55015]

[EXTERNAL MESSAGE NOTICE]

Counsel – please include me on <u>all</u> emails – I see that you omitted me from your email to Judge Leshner and my co-counsel Ms. Pappy about the CIRB documents.

Also, we should discuss the viability of prepping for trial while conducting settlement negotiations and whether one should be postponed to focus on the other. I understand that you have not been amenable to continuation of the trial date to further settlement; however, settlement negotiations will be affected as we prep for trial. If you are not amenable to this, we will address it with the court.

Best,

Susan

**Susan E. Coleman | Partner**
*she, her, hers*

**Burke, Williams & Sorensen, LLP**
501 West Broadway - Suite 1600, San Diego, CA 92101
**D** 619.814.5803  |  **O** 619.814.5800  |  **F** 619.814.6799
scoleman@bwslaw.com  |  vCard  |  Bio  |  LinkedIn  |  bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and

any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

---

**From:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Sent:** Monday, March 3, 2025 4:54 PM
**To:** Coleman, Susan E. <SColeman@bwslaw.com>; Pappy, Elizabeth M. <EPappy@bwslaw.com>; Favela, Diana <dfavela@bwslaw.com>; van Daalen Wetters, Dee <DWetters@bwslaw.com>
**Cc:** San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; Christopher.Young@us.dlapiper.com; Oliver.Kiefer@us.dlapiper.com
**Subject:** Dunsmore v. San Diego; Pre-trial Meet and Confer Meeting of the Parties [IMAN-DMS.FID55015]

[EXTERNAL]

Dear Susan and Beth,

Pursuant to Local Rule 16.1(f)4 and 6c, we need to schedule the meeting of the parties. Given that our disclosures are due March 14, we recommend conducting this meeting on March 20. Please let us know if you are available that date and if zoom is acceptable. We would like to start at 9 a.m. –**does that work for you?**

We are considering different ways to streamline the trial and make it more efficient. These include:

*Are you willing to stipulate that documents produced in discovery with bates numbers are authentic and admissible? What about documents produced in response to Public Records Requests?
*Would you consider allowing the experts to testify at least in part via their reports?
*Are you amenable to FRE 1006 summaries of voluminous evidence?

If possible, please let us know your views on these concepts as soon as possible. Please also confirm a time/date for the meeting and I will send a zoom.

Thanks, Gay

**Gay Crosthwait Grunfeld**
Managing Partner
Pronouns: she/her
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)

ggrunfeld@rbgg.com

CONFIDENTIALITY NOTICE

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at ggrunfeld@rbgg.com.

# EXHIBIT B

| | |
|---|---|
| **From:** | Van Swearingen |
| **To:** | Van Swearingen |
| **Subject:** | FW: RE: Dunsmore v. San Diego; Dispositive and Daubert Motions Due December 9 |
| **Date:** | Monday, March 10, 2025 3:02:15 PM |

**From:** Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Sent:** Tuesday, October 29, 2024 10:58 AM
**To:** Gay C. Grunfeld <GGrunfeld@rbgg.com>; SColeman@bwslaw.com
**Cc:** Christopher.Young@us.dlapiper.com; Aaron Fischer <ajf@aaronfischerlaw.com>; Van Swearingen <VSwearingen@rbgg.com>
**Subject:** RE: Dunsmore v. San Diego; Dispositive and Daubert Motions Due December 9 [IMAN-DMS.FID55015]

We haven't had a chance to talk about page limit but I promise we will.

Is there logic to talking about why we are filing MSJ's? All I have to do is dispute one material fact you put in your motion and all you have to do on mine is the same. Then we both lose and spent a bunch of money for nothing (which will be an issue on a request for fees).

Are there discrete issues we agree could be decided by MSJ? Should we seek an order from the judge about moving on discrete issues?

Filing motions for the sake of filing motions doesn't seem wise or a good use of money in this case because your expert will say "x" and mine will say "y". The judge isn't going to and cannot make any credibility calls on MSJ's.

Thoughts?

**Elizabeth M. Pappy** | **Partner**
*she, her, hers*

**Burke, Williams & Sorensen, LLP**
60 South Market Street, Suite 1000, San Jose, CA 95113
**D** 408.606.6305  |  **O** 408.606.6300  |  **F** 408.606.6333  |  **M** 408.888.3223
epappy@bwslaw.com  |  vCard  |  Bio  |  LinkedIn  |  bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU

RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Sent:** Tuesday, October 29, 2024 10:25 AM
**To:** Pappy, Elizabeth M. <EPappy@bwslaw.com>; Coleman, Susan E. <SColeman@bwslaw.com>
**Cc:** Young, Christopher <Christopher.Young@us.dlapiper.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; Van Swearingen <VSwearingen@rbgg.com>
**Subject:** RE: Dunsmore v. San Diego; Dispositive and Daubert Motions Due December 9 [IMAN-DMS.FID55015]

[EXTERNAL]

Hi Susan and Beth,

After internal discussion, we have reduced our request to 35 pages on the opening, 25 pages in opposition, and 15 on reply. Are you amenable to this proposal or would you like to have a zoom to discuss?

Thanks, Gay

Gay Crosthwait Grunfeld
Managing Partner
She/her
**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile

**From:** Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Sent:** Wednesday, October 23, 2024 5:56 PM
**To:** Gay C. Grunfeld <GGrunfeld@rbgg.com>; Coleman, Susan E. <SColeman@bwslaw.com>
**Cc:** Young, Christopher <Christopher.Young@us.dlapiper.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; Van Swearingen <VSwearingen@rbgg.com>
**Subject:** RE: Dunsmore v. San Diego; Dispositive and Daubert Motions Due December 9 [IMAN-DMS.FID55015]

[EXTERNAL MESSAGE NOTICE]

Susan and I will talk and reach out Monday. Thanks.

**Elizabeth M. Pappy** | **Partner**
*she, her, hers*

**Burke, Williams & Sorensen, LLP**
60 South Market Street, Suite 1000, San Jose, CA 95113
**D** 408.606.6305  |  **O** 408.606.6300  |  **F** 408.606.6333  |  **M** 408.888.3223
epappy@bwslaw.com  |  vCard  |  Bio  |  LinkedIn  |  bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Sent:** Wednesday, October 23, 2024 5:48 PM
**To:** Coleman, Susan E. <SColeman@bwslaw.com>; Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Cc:** Young, Christopher <Christopher.Young@us.dlapiper.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; Van Swearingen <VSwearingen@rbgg.com>
**Subject:** RE: Dunsmore v. San Diego; Dispositive and Daubert Motions Due December 9 [IMAN-DMS.FID55015]

[EXTERNAL]

When would you like to meet?

Gay Crosthwait Grunfeld
Managing Partner
She/her
**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile

**From:** Coleman, Susan E. <SColeman@bwslaw.com>
**Sent:** Wednesday, October 23, 2024 5:47 PM
**To:** Gay C. Grunfeld <GGrunfeld@rbgg.com>; Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Cc:** Young, Christopher <Christopher.Young@us.dlapiper.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; Van Swearingen <VSwearingen@rbgg.com>
**Subject:** RE: Dunsmore v. San Diego; Dispositive and Daubert Motions Due December 9 [IMAN-DMS.FID55015]

[EXTERNAL MESSAGE NOTICE]

Let's work out a mutually agreeable time instead of telling me it's court ordered.  This isn't a discovery issue and we are no longer ordered to confer weekly.

**Susan E. Coleman** | Partner
*she, her, hers*

**Burke, Williams & Sorensen, LLP**
501 West Broadway, Suite 1600, San Diego, CA 92101
**D** 619.814.5803  |  **O** 619.814.5800  |  **F** 619.814.6799
scoleman@bwslaw.com  |  vCard  |  Bio  |  LinkedIn  |  bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Sent:** Wednesday, October 23, 2024 5:45 PM
**To:** Coleman, Susan E. <SColeman@bwslaw.com>; Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Cc:** Young, Christopher <Christopher.Young@us.dlapiper.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; Van Swearingen <VSwearingen@rbgg.com>
**Subject:** RE: Dunsmore v. San Diego; Dispositive and Daubert Motions Due December 9 [IMAN-DMS.FID55015]

[EXTERNAL]

Dear Susan, this is your notice of a court-ordered zoom meet and confer for the usual time, Wednesday, October 30.  The agenda is page limits for dispositive and Daubert motions.  Thanks, Gay

Gay Crosthwait Grunfeld
Managing Partner
She/her
**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone

(415) 433-7104 facsimile

---

**From:** Coleman, Susan E. <SColeman@bwslaw.com>
**Sent:** Wednesday, October 23, 2024 5:40 PM
**To:** Gay C. Grunfeld <GGrunfeld@rbgg.com>; Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Cc:** Young, Christopher <Christopher.Young@us.dlapiper.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; Van Swearingen <VSwearingen@rbgg.com>
**Subject:** RE: Dunsmore v. San Diego; Dispositive and Daubert Motions Due December 9 [IMAN-DMS.FID55015]

[EXTERNAL MESSAGE NOTICE]

We are not currently amenable to this but we will meet and confer with you. Notably, you previously refused to allow any extra pages to oppose your preliminary injunction motions.

Further, you have not stated the specific causes of action on which you seek to move for MSJ, or the grounds therefor.

Susan

**Susan E. Coleman** | **Partner**
*she, her, hers*

**Burke, Williams & Sorensen, LLP**
501 West Broadway, Suite 1600, San Diego, CA 92101
**D** 619.814.5803  |  **O** 619.814.5800  |  **F** 619.814.6799
scoleman@bwslaw.com  |  vCard  |  Bio  |  LinkedIn  |  bwslaw.com



---

The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Sent:** Wednesday, October 23, 2024 5:36 PM
**To:** Coleman, Susan E. <SColeman@bwslaw.com>; Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Cc:** Young, Christopher <Christopher.Young@us.dlapiper.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; Van Swearingen <VSwearingen@rbgg.com>
**Subject:** RE: Dunsmore v. San Diego; Dispositive and Daubert Motions Due December 9 [IMAN-DMS.FID55015]

[EXTERNAL]

Dear Susan and Beth,

In light of the attached order, our proposal needs to be adjusted. We recommend asking for 12 pages per cause of action, for a total of 96 pages per side for the moving papers and opposition, with 4 pages per cause of action for reply, or 48 pages. If this is acceptable to you, we will prepare the joint motion.

Best, Gay

Gay Crosthwait Grunfeld
Managing Partner
She/her
**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile

**From:** Gay C. Grunfeld
**Sent:** Tuesday, October 22, 2024 8:46 PM
**To:** Susan E. Coleman (scoleman@bwslaw.com) <scoleman@bwslaw.com>; Elizabeth (Beth) M. Pappy (epappy@bwslaw.com) <epappy@bwslaw.com>
**Cc:** Young, Christopher <Christopher.Young@us.dlapiper.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; Van Swearingen <VSwearingen@rbgg.com>
**Subject:** Dunsmore v. San Diego; Dispositive and Daubert Motions Due December 9 [IMAN-DMS.FID55015]

Dear Susan and Beth,

We are pleased that the parties are making progress on settling the Third Claim for Relief. We hope Judge Leshner agrees with the joint motion to move the dispositive motion deadline on that claim to January 17.

That leaves 7 claims potentially at issue for the December 9 dispositive and Daubert motion deadline.

The Southern District local rules provide a page limit of 25 pages for "all motions noticed for the same motion day." S.D. Cal. Civ. L.R. 7.1(h). We do not believe this will be sufficient for the motions the parties intend to file. We can seek "leave of the judge who will hear the motion" for additional pages. *Id.*

We propose asking Judge Battaglia via joint motion for the following: each side can have up to 25 pages for the brief(s) in support of motion(s) filed for each claim for relief on December 9. The motions for each claim may contain either MSJ or Daubert arguments, or both. Oppositions can also be 25 pages with replies limited to 15 pages.

Please let us know your position.

Best, Gay

**Gay Crosthwait Grunfeld**
Managing Partner
Pronouns: she/her
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
ggrunfeld@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at ggrunfeld@rbgg.com.