

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore

**Plaintiff,**

V.

State of California et al

**Defendant.**

FILED
3/10/2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. Quinata , Deputy

Civil No. 20-cv-406-AJB-DDL

### STRICKEN DOCUMENT:

Notice in re: Comments/Objections

**Per Order #   851**

847