

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore

**Plaintiff,**

V.

State of California et al

**Defendant.**

FILED

3/11/2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. quinata, Deputy

Civil No. 20-cv-406-AJB-DDL

**STRICKEN DOCUMENT:**

Notice in re Comments/ Complaints

**Per Order #   851**

848