

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore

Plaintiff,

V.

State of California et al

Defendant.

FILED
3/11/2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. quinata , Deputy

Civil No. 20-cv-406-AJB-DDL

**STRICKEN DOCUMENT:**

Notice in re Comments/ Complaints (Hygiene)

**Per Order #  851**

849