Greetings Clerk of Court,

May this letter find the courts in perfect peace and in great compassion for the words I would like to share to the courts concerning a lawsuit & settlement case Darryl Dunsmore et al San Diego County Sheriff Department et al SD Cal No 3:20-cv-00406-AJB-DDL, with the attorneys Rosen Bien Galvan & Grenfeld LLP 101 Mission Street Sixth Floor, San Francisco, 94105 (415) 433-6830. Currently I am an incarcerated person at the George Bailey Detention Facility, and in the Dayroom is posted on a Bulletin Post Board an advertisement of the lawsuit and settlement case described above. On the advertisement it is written I could contact the courts and attorneys to share my thoughts, whether the settlement is fair or not. The lawsuit describes improving jail conditions, especially for people with a disability. I am heavily interested and moved in the heart by this case. I would like to recieve full documents explaining in more detail about the settlement that was reached in the courts, I would like to share a few words about myself, I was born in Longmont, Colorado USA, 01/04/1995. I have a son who is 13 years old. The first time I started experiencing incarceration was at 16 years old. Sentenced to prison for the very first time at 18 years old for the crimes 2nd Degree Burglary, 1st Degree tresspass for a length of 8 years, with 5 years of parole. I have been long-suffering from multiple illnesses, including Bi-polar Depression, Post traumatic Stress disorders, Schizophrenia, scoliosis, anxiety, and possibly brain injury and other unknown medical illnesses that need to be evaluated, as soon as possible. Recently I have found a new talent, and it is reading/writing. I have been getting into the habit of writing, and am learning to write down my thoughts, feelings, new business plans and goals, new solutions to help heal families, incarcerated persons suffering terribly from diseases, I hope the court understands giving me the chance to express my new solutions, that I believe will wholeheartedly bring new changes to our crisis and put a stop to much unrest, malpractice, foul play, corruption. I fear the worst is upon us and our families if solutions that are brave and bold are not found. I strongly would like to say that an urgent response is needed to help those with a

disability. I will be released March 30th on probation in El Cajon California and would love to hear, recieve a response back from the courts as soon as possible, before I am released. I will also follow up with another letter, and give a call to the attorneys listed in the case, as well as the court, to participate in studies. A quick note i would like to leave in this letter, is that in the case, it describes that no incarcerated persons are entitled to a cash or money settlement. I strongly believe that this decision is not fair and will not work to improve jail conditions and the lives of incarcerated persons especially those long suffering from a disability and over-incarceration-such as i have been suffering from, when I recieve a response back and follow up, I will explain in further detail why a money settlement is STRONGLY needed and worth establishing long lasting comfortable rest, healing, and giving closure to all the wrong-doings done in the world. Again I strongly state, that giving NO money settlements is not fair, or again, i fear the worst disaster is upon us. May perfect peace be upon the courts and attorneys involved. I bless this document in the NAME OF GOD and his Son Jesus, having full faith, GOD will help us find a final disposition. Thank you for your time reading my very special letter, lets stop wasting time.

*Jesus Alyandro Padilla Jr.*

JESUS ALEJANDRO PORTILLO
24743856-4004585I3
451 Riverview Pkwy BLDG C
Santee CA 92071



RECEIVED
MAR 13 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Clerk of Court
United States District Court - Southern District Court of California
333 West Broadway Suite 420
San Diego, CA 92101

