Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Deann Rivard (SBN 177482)
drivard@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF ELIZABETH PAPPY IN SUPPORT OF OPPOSITION TO MOTION TO SET FACT CUTOFF DATE OR REOPEN DISCOVERY FOR LIMITED PURPOSE**<br><br>[*MP&A filed concurrently herewith*]<br><br>**Hearing**<br>Date: Per Dkt. 826<br><br>Judge: Anthony J. Battaglia<br><br>Magistrate Judge: David D. Leshner |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN JOSE

4928-7542-6345 v1

1

Case No. 3:20-cv-00406-AJB-DDL
PAPPY DEC ISO DEFS' OPPOSITION TO
MOTION FOR FACT CUTOFF DATE

DECLARATION OF ELIZABETH M. PAPPY

I, Elizabeth M. Pappy, declare as follows:

1. I am a partner with Burke, Williams & Sorensen, LLP, attorneys of record for Defendants COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Opposition To Motion To Set Fact Cutoff Date Or Reopen Discovery For Limited Purpose.

2. Attached hereto as Ex. A are select portions of Sgt. Matthew Jensen's Deposition Transcript from March of 2023. The deposition was taken by Plaintiffs' counsel and attached to Ms. Grunsfeld's declaration in support of Plaintiffs' Motion for Preliminary Injunction filed two months later. (Dkt.320-1) The testimony specifically references the Sheriff's Office plans for tablets and the wi-fi issues they faced, but were working to address.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 14th day of March, 2025, at Fremont, California.

                                                /s/ Elizabeth M. Pappy
                                           Elizabeth M. Pappy

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Jose

4928-7542-6345 v1

2

Case No. 3:20-cv-00406-AJB-DDL
PAPPY DEC ISO DEFS' OPPOSITION TO
MOTION FOR FACT CUTOFF DATE

# EXHIBIT A

# Deposition of

# **Sergeant Matthew Jensen**

## March 14, 2023

Dunsmore

vs.

San Dirgo County Sheriff's Office



www.aptusCR.com | 866.999.8310

A-1

Ex. E-19

Case 3:20-cv-00406-AJB-DDL Document 855-1 Filed 03/14/25 PageID.44339 of Page 25 of 9

Dunsmore vs.
San Dirgo County Sheriff's Office

Sergeant Matthew Jensen

```
 1      A    Yes, correct.
 2      Q    Is that --
 3           MS. PAPPY:  Slow down.
 4           THE WITNESS:  Sorry.  Red Bull.  Sorry.
 5 BY MR. ANDERSON:
 6      Q    And is that Purple Communications?  Is that the
 7 name of the company?
 8      A    Yes, Purple Communications, LLC, is the full
 9 title, I think.
10      Q    Do they provide that person into a contract with
11 the county?
12      A    No.  It's free of charge to anybody who wants to
13 create a Purple system, and we're just one of their
14 free-of-charge clienteles like anybody else would be.
15      Q    So how did you go about working with Purple?
16      A    Purple has been at San Diego Central Jail since
17 2016.  And then I've looked further into the Purple
18 system in my position, just trying to get into other
19 facilities and speaking with Purple and seeing what
20 upgrades or new technology they offer these days.
21      Q    Are you -- so is it only at Central Jail?
22      A    Yes, just at Central Jail.
23      Q    When you say you've been looking into getting
24 a -- I don't want to misstate what you said, but you said
25 you were looking into getting another device; is that
```

Case 3:20-cv-00406-AJB-DDL Document 855-1 Filed 03/14/25 PageID.44340 of
Page 26 of 9

Sergeant Matthew Jensen

Dunsmore vs.
San Dirgo County Sheriff's Office

 1  right?
 2      A   We're trying to look into other accounts for the
 3  rest of the facilities.
 4      Q   What stage is that at?
 5      A   We've gotten accounts created through Purple for
 6  four facilities, but we're working currently on
 7  infrastructure for Wi-Fi to get the system to work on the
 8  computers needed to work on.
 9      Q   Do you have an estimate?
10      A   I don't have an estimate.
11      Q   Before the end of this year?
12      A   We're hoping by December, but that's about the
13  only estimate I got.  We're still just working on the
14  Wi-Fi right now, infrastructure.
15      Q   And you also mentioned working -- with
16  discussions with Purple about upgrading; is that right?
17      A   Just seeing what upgrades they have, if there's
18  any to offer on their end.
19      Q   Have you implemented any upgrades?
20      A   No, not upgrade.  There's nothing really new, if
21  you will.  It's more a -- if the computer is old, you
22  would get a new computer that's, you know, 2023 as
23  opposed to 2020 or whatever, with software updates.
24      Q   Who provided the terminal?
25      A   The terminal, we provide ourselves.

Sergeant Matthew Jensen

Dunsmore vs.
San Dirgo County Sheriff's Office

```
 1      Q      It's not like a private room?
 2      A      Correct.
 3      Q      So that's the only station in the jail?
 4      A      Yes.  For Purple.
 5      Q      There's no station in an attorney visit room?
 6      A      There's attorney visit rooms.  So they're
 7   elsewhere, but they're not right there.
 8      Q      There's no Purple in an attorney visit room?
 9      A      No.  There's no Purple in an attorney visit
10   room.  Because generally that's for in person, when your
11   lawyer comes to speak to you or your public defender or
12   whoever.
13      Q      So the Purple system includes computer, you
14   said, that the sheriff's department provides?
15      A      Yes, that's correct.
16      Q      And you discussed that you're implementing
17   Wi-Fi, adding some Wi-Fi at the other facilities.  So
18   does it have to be a hard-wired Wi-Fi connection?
19      A      The way -- when I talked to Purple is we have
20   the old hard-wire way of Purple at Central Jail where
21   it's hard-wired in there, but with their app and
22   everything else, it's more friendly with -- what's the
23   word I'm looking for? -- like a touchscreen-type device.
24   So they were talking like a Surface Pro, an iPad will
25   work, but they said Surface Pros are better.  So there's
```

| | |
|---|---|
| Sergeant Matthew Jensen | Dunsmore vs.<br>San Dirgo County Sheriff's Office |

```
 1   really not a hard line to put in a Surface Pro.  So you
 2   would have to get the Wi-Fi to get the device to work
 3   properly.
 4        Q    I see.  So it would be a tablet.  A person --
 5        A    Essentially.  A tablet, correct.
 6        Q    And is that the plan for the other facilities?
 7        A    Yes.  The plan is to get the Wi-Fi
 8   infrastructure in place and then get something similar to
 9   a Surface Pro to be able to utilize the Purple
10   technology.
11        Q    Would that allow people to use Purple elsewhere
12   in the jail?
13        A    So long as it hits the Wi-Fi area.  I mean, it's
14   concrete steel.
15        Q    A large facility.
16        A    A large facility makes it a little harder with
17   some Wi-Fi areas.
18        Q    Is it possible to use the Purple, the computer
19   there, for any purpose other than VRS?
20        A    No.
21        Q    No one else makes a video call?
22        A    No.  They just lock down just to use the Purple
23   device or Purple technology.
24        Q    Have there been any problems with the internet
25   connection at the VRS -- with the current Purple at
```

Case 3:20-cv-00406-AJB-DDL Document 855-1 Filed 03/14/25 PageID.43434 Page 23 of
Case 3:20-cv-00406-AJB-DDL Document 329-1 Filed 03/14/25 PageID.4561 Page 142 of
Page 9 of 9

Sergeant Matthew Jensen

Dunsmore vs.
San Dirgo County Sheriff's Office

```
 1                    REPORTER'S CERTIFICATE
 2
 3              I, A. Desiree Tipper, a Certified Shorthand
 4   Reporter No. 13806 in the State of California, do hereby
 5   certify:
 6              That the foregoing proceedings were taken
 7   before me at the time and place herein set forth; that
 8   any witnesses in the foregoing proceedings, prior to
 9   testifying, were placed under oath; that a verbatim
10   record of the proceedings was made by me using machine
11   shorthand which was thereafter transcribed under my
12   direction; further, that the foregoing is an accurate
13   transcription thereof.
14              I further certify that I am neither
15   financially interested in the action nor a relative or
16   employee of any attorney of any of the parties.
17              IN WITNESS WHEREOF, I have hereunto
18   subscribed my name this 19th day of March, 2023.
19
20
21
22
23              _____
                            A. Desiree Tipper
24                          CSR No. 13806
25
```