Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
Deann Rivard (SBN 177482)
drivard@bwslaw.com
Martin Kosla (SBN 247224)
E-mail:  mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, California 92101-8474
Tel:  619.814.5800       Fax:  619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail:  epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113-2336
Tel:  408.606.6300       Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ANDREE
ANDRADE, ERNEST ARCHULETA,
JAMES CLARK, ANTHONY
EDWARDS, REANNA LEVY, JOSUE
LOPEZ, CHRISTOPHER NORWOOD,
JESSE OLIVARES, GUSTAVO
SEPULVEDA, MICHAEL TAYLOR,
and LAURA ZOERNER, on behalf of
themselves and all others similarly
situated,

              Plaintiffs,

      v.

SAN DIEGO COUNTY SHERIFF'S
DEPARTMENT, COUNTY OF SAN
DIEGO, SAN DIEGO COUNTY
PROBATION DEPARTMENT, and
DOES 1 to 20, inclusive,

              Defendants.

Case No.  3:20-cv-00406-AJB-DDL

**DECLARATION OF SUSAN E.
COLEMAN IN SUPPORT OF
COUNTY'S ADMINISTRATIVE
MOTION TO SEAL SECTIONS
OF FILED EXPERT
DECLARATIONS WHICH
REFERENCE COUNTY'S CIRB
REPORTS**

Date:        May 8, 2025
Time:        2:00 p.m.
Courtroom: 4A

Judge:      Hon. Anthony J. Battaglia

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

4908-0131-8439 v4

- 1 -

3:20-CV-00406-AJB-DDL
DECLARATION IN SUPPORT OF
MOTION TO SEAL DOCUMENTS

1    I, SUSAN E. COLEMAN, declare as follows:

2        1.     I am an attorney licensed to practice law before this Court, and a

3    Partner with the law firm of Burke, Williams & Sorensen, LLP, counsel of record

4    in this matter for Defendant COUNTY OF SAN DIEGO ("County").  Unless

5    otherwise stated, the following statements are true of my own personal knowledge,

6    and if called upon to testify, I could and would testify competently thereto.

7        2.     I make this declaration in support of the County's administrative

8    motion to seal certain sections of expert declarations previously filed by Plaintiffs

9    which reference reports of the San Diego County Sheriff's Critical Incident Review

10   Board ("CIRB") related to the jail system, as the Ninth Circuit recently ruled that

11   such materials are attorney-client privileged.

12       3.     In particular, in support of their opposition [Doc. #796] to the

13   County's motion for partial summary judgment, Plaintiffs filed several expert

14   declarations [Doc. #798] which reference and quote information and opinions

15   contained in the CIRB reports related to the jail system.

16       4.     Some of these declarations [Doc. #779-3 and Doc. #779-4] were also

17   filed in support of Plaintiffs' *Daubert* motion [Doc. #779] to exclude the opinions

18   of the County's experts.

19       5.     Despite its earlier objections and claims of privilege, the CIRB

20   materials had been previously produced by the County pursuant to the Court's order

21   granting Plaintiffs' motion to compel the production of the materials to Plaintiffs.

22   The Court rejected the County's argument that the privilege applied to the CIRB

23   materials in their entirety.  (*See*, Doc. # 468, 507, 529, 533.)

24       6.     Plaintiffs filed a motion [Doc. #780] to file the expert declarations

25   under seal but Court issued an order [Doc. #825] denying the motion.  The Court

26   subsequently issued an order [Doc. #830] allowing the parties to file an amended

27   motion to seal.

28   ///

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

4908-0131-8439 v4                          - 2 -                    3:20-CV-00406-AJB-DDL
DECLARATION IN SUPPORT OF
MOTION TO SEAL DOCUMENTS

7.      However, on February 10, 2025, in *Greer and San Diego Union Tribune, LLC v. County of San Diego*, 127 F.4th 1216 (9th Cir. 2025), the Ninth Circuit held that the County's CIRB materials (such as the ones at issue here) were protected by the attorney-client privilege.[1]

8.      As such, because they have now been deemed to be protected by the attorney-client privilege pursuant by the Ninth Circuit, there is a "compelling reason" why this Court should seal the portions of the filed expert reports which reference and quote the CIRB materials.

9.      This motion is "narrowly tailored" because the County is requesting that only the specific sections that reference the CIRB materials be sealed in the expert declarations filed in support of Plaintiffs' *Daubert* motion and their opposition to the County's motion for partial summary judgment.

10.     Specifically, the relevant sections of the filed expert declarations and/or reports which the County is requesting be sealed are, as follows:

(a)      Pages 46-47 [in the PDF] of the Declaration of Gary Raney [Doc. #798], which references the CIRB materials produced as Bates No. SD 1030439-1030445.  The relevant pages of the redacted version of this declaration are attached hereto as **Exhibit "A."**

(b)      Paragraphs 49-50 on Pages 25-26 [in the PDF] of the Declaration of Dr. Kelly Ramsey [Doc. #798], which references the CIRB materials produced as Bates No. SD 1030381-1030390.  The relevant pages of the redacted version of this declaration are attached hereto as **Exhibit "B."**

///

///

///

---

[1] Due to the ruling in the *Greer* case, I will be filing a separate motion for consideration under Rule 60 on behalf of the County regarding the Court's earlier order granting Plaintiffs' motion to compel the production of the CIRB materials in this case.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4908-0131-8439 v4      - 3 -

3:20-CV-00406-AJB-DDL
DECLARATION IN SUPPORT OF
MOTION TO SEAL DOCUMENTS

(c)      Paragraph 98 on Page 40 [in the PDF] of the Declaration of Dr. Jeffrey Keller [Doc. #798], which references the CIRB materials produced as Bates No. SD 1030408-1030412.  (This declaration [Doc. #779-4] was also submitted in support of Plaintiffs' *Daubert* motion.  The relevant CIRB reference is contained in Ex. P-1170.)   The relevant pages of the redacted version of this declaration are attached hereto as **Exhibit "C."**

(d)      Paragraphs 339-340 on Pages 131-132 [in the PDF] of the Declaration of Dr. Pablo Stewart [Doc. #798], which references the CIRB materials produced as Bates No. SD 1030528 and 1030533.  (This declaration [Doc. #779-3] was also submitted in support of Plaintiffs' *Daubert* motion.  The relevant CIRB reference is contained in Ex. N-1018-1019.)  The relevant pages of the redacted version of this declaration are attached hereto as **Exhibit "D."**

11.    The unredacted versions of the subject expert declarations are attached to the document entitled "PROPOSED DOCUMENTS TO BE FILED UNDER SEAL REGARDING COUNTY'S MOTION TO SEAL SECTIONS OF FILED EXPERT DECLARATIONS WHICH REFERENCE COUNTY'S ATTORNEY-CLIENT PRIVILEGED CIRB REPORTS," which is being filed under seal concurrently herewith.  In that document, the sections of the expert declarations which should be sealed have been highlighted in yellow and contain red boxes around the relevant sections.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on March 14, 2025, at San Diego, California.

      /s/   *Susan E. Coleman*      
Susan E. Coleman

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

4908-0131-8439 v4                - 4 -

3:20-CV-00406-AJB-DDL
DECLARATION IN SUPPORT OF
MOTION TO SEAL DOCUMENTS

*Exhibit A*

GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ANDREE
ANDRADE, ERNEST ARCHULETA,
JAMES CLARK, ANTHONY EDWARDS,
REANNA LEVY, JOSUE LOPEZ,
CHRISTOPHER NORWOOD, JESSE
OLIVARES, GUSTAVO SEPÚLVEDA,
MICHAEL TAYLOR, and LAURA
ZOERNER, on behalf of themselves and all
others similarly situated,

        Plaintiffs,

        v.

SAN DIEGO COUNTY SHERIFF'S
DEPARTMENT, COUNTY OF SAN
DIEGO, SAN DIEGO COUNTY
PROBATION DEPARTMENT, and DOES
1 to 20, inclusive,

        Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**DECLARATION OF GARY L.
RANEY IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR
PARTIAL SUMMARY
JUDGMENT**

Judge:    Hon. Anthony J. Battaglia

Date:    March 6, 2025
Time:    2:00 p.m.
Crtrm.:   4A

**FILED UNDER SEAL**

[4621623.7]

On January 6, 2021, Omar Arroyo Moreno died in a holding cell at Central Jail after choking due to airway obstruction caused by ingestion of his cloth Covid-19 mask. CLERB's investigation revealed that on the night of his death, deputies, there was an "incomplete safety check that was started at 9:36 PM." The deputy "never completed his safety check" due to a use of force incident that occurred at approximately 9:38 PM. Video surveillance reviewed after his death showed Moreno appeared to have his mask on at 9:36 PM. He appeared to take his mask off and sit on a bench at 9:37 PM, at which time he slouched down and "appeared to be putting something in his mouth (possibly the mask)." Moreno then stood up at 9:38 PM "and the mask was no longer seen on his face or in his hands." Moreno collapsed onto the floor and had seizure-like activity at 9:41 PM and stopped moving at 9:42 PM. The subsequent safety check was started at 10:31 PM, but the deputy that conducted that safety check "did not check if Moreno was breathing and thought he was sleeping." Deputies discovered that Moreno was unresponsive at 10:49 PM during a hard count.[98]

On March 14, 2021, Louis Gomez died of COVID-19 pneumonia in the Vista Detention Facility. CIRB conducted a death review, in which the homicide detective "███████████████████ ████████████████████████████████████."[99]

On July 20, 2021, Saxon Rodriguez died from a fentanyl and methamphetamine overdose in the Central Jail. CLERB's investigation revealed that 65 minutes and 28 seconds elapsed between the last safety check by SDSD staff and the hard count check during which Moreno was determined to be unresponsive. CLERB noted that the late safety check was in violation of SDSD policy and Title 15 and stated that "as it pertains to the safety of incarcerated persons and the prevention of deaths or negative physical or mental health outcomes, every second counts." CLERB concluded that "The presence of drugs in the detention facility via unknown means in conjunction with the untimely check leads to a preponderance of evidence that the death was preventable." In its report of death investigation, CLERB "recommended that SDSD take all necessary measures to change its current practice to conform with statute and its own existing policy by mandating that every incarcerated person be directly observed by sworn staff at random intervals not to exceed 60 minutes (30 minutes for Medical Observation Beds and in Psychiatric Stabilization Units and 15 minutes for safety cells), as opposed to simply ensuring the safety checks start within the mandated time-period."[100] "SDSD responded but failed to adopt CLERB's recommendations."[101]

---

[98] SD 050607–18, expert's personal knowledge from civil litigation evidence.
[99] SD 1030439-45.
[100] SD 050653-62.
[101] CLERB case 21-125, from the board minutes of January 30, 2024.

On November 27, 2021, Robert Moniger died of COVID-19 pneumonia at Central Jail.  A CIRB death review investigation revealed that "█████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████"[102]

On December 1, 2021, Jerry Borunda died after ingesting fentanyl.  Borunda was placed in a safety cell during the booking process for homicidal ideations.  According to Policy and Procedure Section J.1 Safety Cells, every incarcerated person in a safety cell "shall be directly observed by sworn staff at random intervals not to exceed 15 minutes between checks."  Jail surveillance video showed the safety check during which Borunda was found unresponsive was performed 16 minutes and 33 seconds after the last safety check.  CLERB noted that SDSD's practice "is to start safety checks within the mandated time-period but not necessarily to directly visualize each incarcerated person within that time-period, thus resulting in innumerable instances where incarcerated persons are not directly visually observed within statutorily mandated time-periods."  CLERB recommended that SDSD "update its policy, Section J.1 Safety Cells: Definition and Use to read as follows: Every incarcerated person in a safety cell shall be directly observed by sworn staff at random intervals not to exceed 15 minutes between each direct visualization of the incarcerated person. The start time of each security check does not count towards the actual direct visualization of the incarcerated person."[103]

On July 26, 2022, James Bousman died from complications of resuscitated cardial pulmonary arrest due to acute fentanyl intoxication in the Vista Detention Facility.[104] An internal affairs investigation into safety checks in connection with the death of Bousman found that the deputy responsible for the safety check entered into the JIMS system at 11:44 PM and engaged in insubordination because, as verified by video, the safety check actually occurred 12 minutes later, at 11:56 PM.[105]

On February 4, 2023, Ryan Thuresson died from combined fentanyl and fluorofentanyl toxicity at Vista Detention Facility.  In sustaining a board finding that SDSD "failed to conduct timely safety checks," CLERB's investigation revealed that approximately 61 minutes and 15 seconds elapsed between last direct observation of Thuresson and the direct observation which showed Thuresson was unresponsive.  CLERB again noted that SDSD's current practice "is to start safety checks within the 60-minute time-period but not necessarily to directly visualize each incarcerated person within that time-period, thus resulting in innumerable instances where

---

[102] SD 1030510-15.
[103] CLERB case 21-125, from the board minutes of January 30, 2024.
[104] CLERB case 22–096, from the board minutes of October 17, 2023
[105] SD_652477-87.

Dunsmore v San Diego Co Raney Report

*Exhibit B*

GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF KELLY S. RAMSEY, M.D. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Date: March 6, 2025<br>Time: 2:00 p.m.<br>Crtrm.: 4A<br><br>**FILED UNDER SEAL** |

[4621607.3]

Case No. 3:20-cv-00406-AJB-DDL

DECLARATION OF KELLY S. RAMSEY, M.D. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

1   accepted guidelines," SD_027128, San Diego's policies and procedures do not

2   follow the standard of care set by nationally accepted guidelines and therefore fall

3   short of nationally accepted guidelines.  The Sheriff's Department's screening

4   process at intake is wholly inadequate for identifying persons at risk for developing

5   acute withdrawal symptoms.  As a result, incarcerated persons at risk of acute

6   withdrawal who should screen positive and be assessed for acute withdrawal are

7   never assessed and do not receive any appropriate management.

8        49.    One example of the harm that can occur when someone is not properly

9   screened for risk of withdrawal is the death of Lazaro Alvarez.  According to the

10  Critical Incident Review Board's notes, ████████████████████████████

11  ████████████████████  SD_1030381-382. ████████

12  ████████████████████████████████████

13  ████████████████████████████████

14  ████████████████████████████████

15  ████████████████████████████████████

16  ██████████████████████████████

17  ████████████████████████████

18  ██████████████████████████████

19  ██████████████████████████████

20  █████████████████████████████

21  ████████████████████████████████

22  ███████████████████.

23        50.    ████████████████████████

24  ██████████████████████████

25  ████████████████████████████

26  ████████████████████████████

27  ████████████████████████████

28  ██████████████████████████████

EXPERT REPORT OF KELLY S. RAMSEY, M.D.
**CONFIDENTIAL & CONFIDENTIAL – FOR COUNSEL ONLY**

1  ████████████████████████████████████████████

2  ████████████████.  Had Mr. Alvarez been started immediately on low dose

3  buprenorphine and comfort medications, he could have avoided opioid withdrawal

4  syndrome entirely and likely would have survived his incarceration.

5        **C.**    **The Sheriff's Department Does Not Adequately Assess Persons at
Risk of Withdrawal**

6

7      51.    All incarcerated persons at risk of withdrawal must be regularly

8  assessed to determine if they are experiencing withdrawal.  The Clinical Opiate

9  Withdrawal Scale ("COWS"), Clinical Institute Withdrawal Assessment Scale for

10  Alcohol ("CIWA" or "CIWA-Ar"), Clinical Institute Assessment Scale for

11  Benzodiazepines ("CIWA-B"), and Prediction of Alcohol Withdrawal Severity

12  Scale ("PAWSS") are the medical standard of care for identifying and monitoring

13  individuals withdrawing from opioids, alcohol, and benzodiazepines.

14      52.    The COWS is an 11-item scale designed to be administered by clinical

15  personnel – meaning a physician, nurse practitioner ("NP"), physician assistant

16  ("PA"), registered nurse ("RN"), or licensed vocational nurse ("LVN").  This tool

17  can be used in both inpatient and outpatient settings to reproducibly rate common

18  signs and symptoms of opioid withdrawal and monitor these symptoms over time.

19  The summed score for the complete scale can be used to help clinicians determine

20  the stage or severity of opioid withdrawal and assess the level of physical

21  dependence on opioids.[16]

22      53.    The CIWA-Ar is a 10-item scale used to assess severity of alcohol

23  withdrawal syndrome.  The CIWA-Ar scale is intended to be used by clinical

24  personnel in inpatient or outpatient settings and requires limited patient cooperation

25

26

27  ───────────────────

28  [16] NIH National Institute on Drug Abuse (NIDA), Clinical Opiate Withdrawal Scale,
https://nida.nih.gov/sites/default/files/ClinicalOpiateWithdrawalScale.pdf

EXPERT REPORT OF KELLY S. RAMSEY, M.D.
**CONFIDENTIAL & CONFIDENTIAL – FOR COUNSEL ONLY**

*Exhibit C*

GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:     (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California  94709
Telephone:  (510) 806-7366
Facsimile:    (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:  (858) 677-1400
Facsimile:   (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPÚLVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **DECLARATION OF JEFFREY M. KELLER, M.D. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Judge:  Hon. Anthony J. Battaglia <br><br> Date:    March 6, 2025 <br> Time:    2:00 p.m. <br> Crtrm.:  4A <br><br> **FILED UNDER SEAL** |

[4621590.2]

1  what conclusions were reached.

2       97.    The Sheriff's Department does have a standing Critical Incident

3  Review Board ("CIRB") that reviews in-custody deaths, but these reviews are

4  prepared and presented by a non-medically trained security officer to the largely

5  non-medically trained people who sit on the committee.  Based on the documents I

6  reviewed, it appears that no physician involved in the care of the patient is even in

7  attendance.  There is no significant critique of the medical decision making and

8  identification of medical mistakes presented to the CIRB.  And the CIRB does not

9  appear to make suggestions for improvement of the medical program at the Jail.

10       98.    As an example, the CIRB met on September 20, 2023 to review the

11  death of Raymond Dix (Mr. Dix's death is discussed in detail below).  SD_1030408.



12  ████████████████████████████████████ SD_1030412.[18] ████████████

13  ████████████████████████████████████████████████████████

14  ████████████████████████████████████████████" SD_1030409.  ████

15  ████████████████████████████ SD_1030409-1030410. ████████████████

16  ████████████████████████████████████████████████████████████

17  ████████████████████████████ *Id.* ████████████████████████████

18  ████████████████████████████████████████████████████████

19  ████████████████████████████████████████████████████████████

20  ████████████████████████████████ After the presentation, ████████

21  ████████████████████████████████ SD_1030410.  Clearly, the

22  CIRB reviews, which lack any meaningful medical evidence or analysis, are not a

23  substitute for legitimate M&M.

24     **B.**    **NaphCare's Flawed Mortality Review Process**

25       99.    Instead, the Sheriff's Department has contracted the main responsibility

26

27  ────────────────────────

28  [18] As discussed in more detail later in this Report, the term "medical practitioner" applies to doctors and nurse practitioners, but it does not include nurses, including Director of Nursing Ms. Rognlien-Hood who did attend this meeting.

*Exhibit D*

GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California  94709
Telephone:  (510) 806-7366
Facsimile:    (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121-2133
Telephone:  (858) 677-1400
Facsimile:    (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF PABLO STEWART, M.D. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:   Hon. Anthony J. Battaglia<br><br>Date:     March 6, 2025<br>Time:     2:00 p.m.<br>Crtrm:   4A<br><br><br>**FILED UNDER SEAL** |

[4621596.1]

Case No. 3:20-cv-00406-AJB-DDL





*Panels separated from ceiling of Central Jail Safety Cell,*
*creating potential "attachment point" suicide hazards.*

339.   I further have concern that San Diego County Jail has not implemented important recommendations from its own Critical Incident Review Board.  Take the May 2020 death of **Joseph Morton**, a man who made suicidal statements on several occasions after being taken into custody.  He was placed in the Enhanced Observation Housing unit and was subsequently returned to general population housing.  Five days later, he was found hanging in his cell, having used a blanket that was tied around the upper bunk of his cell.  The Critical Incident Review Board reviewed the case and recommended ███████████████████████ ███████████████████████████████████████████████████████The County declined to implement the recommendation ██████████████████████ ███████████████████████████████████████████████████ ██████████████████████████████████████████████████████ █████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ██████████████████████████

340.   While recognizing ███████████████████████████████████ █████████████████ this response is deeply concerning.  The response does nothing to

1   address the real (and, in Mr. Morton's case, realized) fatal risk of people discharging

2   from suicide precautions.  The Jail commander makes no mention that clinical

3   judgment would or should be used to ensure safe housing placements for people

4   discharging from suicide precautions.  And as I have previously discussed, it is very

5   concerning that the Jail commander's response accepts as a seemingly immutable

6   fact that administrative segregation housing is ███████████████████████████

7   ███████████████████████████

8          **E.     The San Diego County Jail's Suicide and Mental Health-Related
            Death Review and Quality Improvement Processes Are Deficient.**
9

10         341.   A well-functioning jail mental health care system must have a quality

11   improvement program designed to identify problems, implement and monitor

12   corrective action, and study its effectiveness.  This includes meaningful and

13   coordinated review of in-custody suicides and mental health-related deaths.  The

14   death review process at San Diego County Jail, including for suicide and mental

15   health-related deaths, has significant gaps and repeated failures in documentation

16   and in substance.  This deficiency dates back several years, as noted in the 2018

17   DRC Report, which found that the Jail system "does not have a functioning quality

18   improvement program. … there is a need for improved quality improvement

19   processes regarding mental health/suicide risk screening, clinical assessments,

20   individual suicide and suicide attempt reviews, and other aspects of a correctional

21   mental health care and suicide prevention program."  DRC Report,

22   DUNSMORE0124942-0125012  at Appx. A p.24.  Such deficiencies persist.

23         342.   Mr. Barkley, a NaphCare Person-Most-Knowledgeable witness,

24   recently testified that autopsies are not always completed.  Barkley NaphCare Dep.

25   at 23-24.  He acknowledged that portions of psychological autopsies that should

26   have been filled out for recent San Diego County Jail suicides were left blank.  *Id.* at

27   20-47.  Such gaps in death review procedures are consistent with my findings in

28   reviewing suicide and mental health-related death reviews.

## PROOF OF SERVICE

**Dunsmore, et al v. San Diego County Sheriff's Department, et al.**
**USDC Southern District Case No. 3:20-cv-00406-AJB-DDL**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 18300 Von Karman Avenue, Suite 650, Irvine, CA 92612-1032.

On March 14, 2025, I served true copies of the following document(s) described as **DECLARATION OF SUSAN E. COLEMAN IN SUPPORT OF COUNTY'S ADMINISTRATIVE MOTION TO SEAL SECTIONS OF FILED EXPERT DECLARATIONS WHICH REFERENCE COUNTY'S CIRB REPORTS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 14, 2025, at Irvine, California.


_____
/s/ Bernadette C. Antle
Bernadette C. Antle

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4908-0131-8439 v4

- 1 -

3:20-CV-00406-AJB-DDL
DECLARATION IN SUPPORT OF
MOTION TO SEAL DOCUMENTS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# SERVICE LIST

### *Dunsmore, et al v. San Diego County Sheriff's Department, et al.*
### *USDC Southern District Case No. 3:20-cv-00406-AJB-DDL*

Gay C. Grunfeld, Esq.                          *Attorneys for Plaintiffs and the*
Van Swearingen, Esq.                           *Certified Class and Subclasses*
Michael Freedman, Esq.
Eric Monek Anderson, Esq.
Hannah M. Chartoff, Esq.
Benjamin W. Holston, Esq.
Kedra Chan
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105-1738
Telephone: 415.433.6830
Facsimile: 415.433.7104
Email: ggrunfeld@rbgg.com
Email: vswearingen@rbgg.com
Email: mfreedman@rbgg.com
Email: eanderson@rbgg.com
Email: hchartoff@rbgg.com
Email: bholston@rbgg.com
Email: kchan@rbgg.com

Aaron J. Fischer, Esq.                         *Attorneys for Plaintiffs and the*
Law Office of Aaron J. Fischer                 *Certified Class and Subclasses*
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: 510.806.7366
Facsimile: 510.94.6314
Email: ajf@aaronfischerlaw.com

Christopher M. Young, Esq.                     *Attorneys for Plaintiffs and the*
Isabella Neal, Esq.                            *Certified Class and Subclasses*
Oliver Kiefer, Esq.
DLA Piper LLP
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Telephone: 858.677.1400
Facsimile: 858.677.1401
Email: christopher.young@dlapiper.com
Email: isabella.neal@dlapiper.com
Email: oliver.kiefer@dlapiper.com

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

4908-0131-8439 v4                    - 2 -

3:20-CV-00406-AJB-DDL
DECLARATION IN SUPPORT OF
MOTION TO SEAL DOCUMENTS

1  Eugene P. Ramirez, Esq.
   Marguerite L. Jonak, Esq.
2  David Fleck, Esq.
   MANNING & KASS ELLROD, RAMIREZ,
3  TRESTER LLP
   801 S. Figueroa Street, 15th Floor
4  Los Angeles, CA 90017-3012
   Telephone: 213.624.6900
5  Facsimile: 213.624.6999
   Email: eugene.ramirez@manningkass.com
6  Email: marguerite.jonak@manningkass.com
   Email: david.fleck@manningkass.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Non-Party NAPHCARE OF SAN DIEGO LLC*

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4908-0131-8439 v4                    - 3 -

3:20-CV-00406-AJB-DDL
DECLARATION IN SUPPORT OF
MOTION TO SEAL DOCUMENTS