# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **[PROPOSED] ORDER GRANTING COUNTY'S ADMINISTRATIVE MOTION TO SEAL SECTIONS OF FILED EXPERT DECLARATIONS WHICH REFERENCE COUNTY'S CIRB REPORTS** <br><br> Date: May 8, 2025 <br> Time: 2:00 p.m. <br> Courtroom: 4A <br><br> Judge: Hon. Anthony J. Battaglia |

GOOD CAUSE SHOWING, the Court hereby grants the motion of Defendant COUNTY OF SAN DIEGO ("County") to seal certain sections of the expert declarations [Doc. #798] that were previously filed by Plaintiffs in support of their opposition [Doc. #796] to the County's motion for partial summary judgment and in support of Plaintiffs' *Daubert* motion [Doc. #779] to exclude the opinions of the County's experts.

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4913-6034-2311 v1

- 1 -

3:20-CV-00406-AJB-DDL
PROPOSED ORDER RE
MOTION TO SEAL DOCUMENTS

      The sections in the filed expert declarations which are the subject of this order quote information and opinions contained in reports generated by the San Diego County Sheriff's Critical Incident Review Board ("CIRB"). These CIRB materials have now been deemed to be protected by the attorney-client privilege pursuant to recent Ninth Circuit authority.

      IT IS SO ORDERED.

Dated: _____, 2025

Honorable Anthony J. Battaglia
United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4913-6034-2311 v1

- 2 -

3:20-CV-00406-AJB-DDL
PROPOSED ORDER RE
MOTION TO SEAL DOCUMENTS

1 | Respectfully submitted,

2 | Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
3 | Deann Rivard (SBN 177482)
drivard@bwslaw.com
4 | Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
5 | BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
6 | San Diego, California 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799
7 |

8 | Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
9 | BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
10 | San Jose, California 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

11 | Attorneys for Defendant
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY
12 | SHERIFF'S DEPARTMENT and SAN DIEGO
COUNTY PROBATION DEPARTMENT
13 |
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4913-6034-2311 v1        - 3 -        3:20-CV-00406-AJB-DDL
PROPOSED ORDER RE
MOTION TO SEAL DOCUMENTS

# PROOF OF SERVICE

**Dunsmore, et al v. San Diego County Sheriff's Department, et al.**
**USDC Southern District Case No. 3:20-cv-00406-AJB-DDL**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18300 Von Karman Avenue, Suite 650, Irvine, CA 92612-1032.

On March 14, 2025, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING COUNTY'S ADMINISTRATIVE MOTION TO SEAL SECTIONS OF FILED EXPERT DECLARATIONS WHICH REFERENCE COUNTY'S CIRB REPORTS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 14, 2025, at Irvine, California.

Bernadette C. Antle

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4913-6034-2311 v1

- 1 -

3:20-CV-00406-AJB-DDL
PROPOSED ORDER RE
MOTION TO SEAL DOCUMENTS

# SERVICE LIST

***Dunsmore, et al v. San Diego County Sheriff's Department, et al.***
**USDC Southern District Case No. 3:20-cv-00406-AJB-DDL**

| | |
|---|---|
| Gay C. Grunfeld, Esq.<br>Van Swearingen, Esq.<br>Michael Freedman, Esq.<br>Eric Monek Anderson, Esq.<br>Hannah M. Chartoff, Esq.<br>Benjamin W. Holston, Esq.<br>Kedra Chan<br>Rosen Bien Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105-1738<br>Telephone: 415.433.6830<br>Facsimile: 415.433.7104<br>Email: ggrunfeld@rbgg.com<br>Email: vswearingen@rbgg.com<br>Email: mfreedman@rbgg.com<br>Email: eanderson@rbgg.com<br>Email: hchartoff@rbgg.com<br>Email: bholston@rbgg.com<br>Email: kchan@rbgg.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |
| Aaron J. Fischer, Esq.<br>Law Office of Aaron J. Fischer<br>1400 Shattuck Square Suite 12 - #344<br>Berkeley, California 94709<br>Telephone: 510.806.7366<br>Facsimile: 510.94.6314<br>Email: ajf@aaronfischerlaw.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |
| Christopher M. Young, Esq.<br>Isabella Neal, Esq.<br>Oliver Kiefer, Esq.<br>DLA Piper LLP<br>4365 Executive Drive, Suite 1100<br>San Diego, CA 92121<br>Telephone: 858.677.1400<br>Facsimile: 858.677.1401<br>Email: christopher.young@dlapiper.com<br>Email: isabella.neal@dlapiper.com<br>Email: oliver.kiefer@dlapiper.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4913-6034-2311 v1

- 2 -

3:20-CV-00406-AJB-DDL
PROPOSED ORDER RE
MOTION TO SEAL DOCUMENTS

Eugene P. Ramirez, Esq.
Marguerite L. Jonak, Esq.
David Fleck, Esq.
MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP
801 S. Figueroa Street, 15th Floor
Los Angeles, CA 90017-3012
Telephone: 213.624.6900
Facsimile: 213.624.6999
Email: eugene.ramirez@manningkass.com
Email: marguerite.jonak@manningkass.com
Email: david.fleck@manningkass.com

*Attorneys for Non-Party NAPHCARE OF SAN DIEGO LLC*

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4913-6034-2311 v1

- 3 -

3:20-CV-00406-AJB-DDL
PROPOSED ORDER RE
MOTION TO SEAL DOCUMENTS