

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore

**Plaintiff,**

V.

State of California et al

**Defendant.**

FILED

3/17/2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:  M. Quinata , Deputy

**Civil No.** 20-cv-406-AJB-DDL

**STRICKEN DOCUMENT:**

Notice in RE: Comments/Complaints Retaliation Claim

**Per Order #   862**

861