

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore

**Plaintiff,**

V.

State of California et al

**Defendant.**

FILED

3/19/2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:           M. Quinata  , Deputy

Civil No.  20-cv-406-AJB-DDL

**STRICKEN DOCUMENT:**

NOTICE- In re: Comment/Complaint

**Per Order #    864**

863