GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br>**REPLY DECLARATION OF CHRISTOPHER M. YOUNG IN SUPPORT OF PLAINTIFFS' MOTION FOR INTERIM ATTORNEYS' FEES AND COSTS**<br>Judge: Hon. Anthony J. Battaglia<br>Date: May 8, 2025<br>Time: 2:00 p.m.<br>Crtrm.: 4A |

Case No. 3:20-cv-00406-AJB-DDL

REPLY DECLARATION OF CHRISTOPHER M. YOUNG IN SUPPORT OF PLAINTIFFS' MOTION FOR
INTERIM ATTORNEYS' FEES AND COSTS

I, Christopher M. Young, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner with the law firm of DLA Piper LLP (US), counsel of record for Plaintiffs and the Certified Class and Subclasses. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Reply in Support of Plaintiffs' Motion for Interim Attorneys' Fees and Costs.

2. As discussed in my previously-submitted Declaration in Support of Plaintiffs' Motion for Interim Attorneys' Fees and Costs, Dkt. 807-4, the lead counsel role that Rosen Bien Galvan & Grunfeld LLP ("RBGG") has taken in this matter is by design, given RBGG's extensive experience in similar litigation. However, the assertions leveled by Defendants in opposition to this motion that DLA Piper "has shown no expertise in the particular field," that DLA Piper "was unwilling to devote sufficient resources to the case," and even that DLA Piper has served as "window dressing" on the team of attorneys representing Plaintiffs, are patently unfounded and frankly not well-taken. Dkt. 831-3, Decl. of John D. O'Connor, at 13; Dkt. 831, Opp'n at 6. Defendants cite nothing whatsoever in support of these baseless comments. As discussed in my prior Declaration, I served as co-counsel in the *Sabata et al. v. Nebraska Department of Correctional Services et al.* (D. Neb. No. 4:17-cv-3107-RFR-MDN) litigation, prosecuting similar claims regarding conditions of confinement in that action for several years. Moreover, and importantly, DLA Piper's time entries submitted in connection with this Motion for Interim Attorneys' Fees and Costs represent only a very limited snapshot of the work DLA Piper has performed on this case.

3. As is shown in the time records included in my initial fees declaration, DLA attorneys assisted with FRCP Rule 30(b)(6) depositions, contributed to the preliminary injunction motion as to ADA issues, drafted declarations filed in this action, interviewed class members, and provided comments on the settlement of the

ADA claim. Dkt. 807-4 ¶ 9 & Ex. I. Indeed, while DLA Piper has not acted as lead counsel, I would respectfully submit that we have been much more than "window dressing." DLA Piper attorneys acting under my supervision have devoted significant and substantial time and resources to this matter over the past three years, leveraging our deep expertise in complex class action litigation, as well as our extensive experience handling cases in San Diego, where I have practiced for some 32 years now.

4. The members of the DLA Piper team have worked hard to assist our clients and the class in this critically important litigation, interacting with our co-counsel on a near daily basis. On every major litigation decision, we have provided advice and input based upon our many years litigating class actions and our deep knowledge of the Southern District of California local rules and practices.

5. DLA Piper attorneys have worked hard to pursue the claims of the *Dunsmore* class. I am proud of our firm's contribution to improving public safety and constitutional and ADA compliance in this County. And I am proud to be class counsel and to support the excellent settlement obtained with respect to the Third Claim for Relief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego, California this 19th day of March, 2025.

_____
Christopher M. Young