Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Deann Rivard (SBN 177482)
drivard@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800    Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300    Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO FILE MEDICAL RECORDS UNDER SEAL [DKT. 840]**<br><br>**DATE: March 27, 2025<br>TIME: 2:00 p.m.<br>CTRM: 4A**<br><br>Judge:  Anthony J. Battaglia |

///

4933-9545-4254 v1

1

Case No. 3:20-cv-00406-AJB-DDL
NON-OPP. TO PL.'S MOTION TO SEAL

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

Pursuant to Civil Local Rule 7.1(e)(2), Defendants hereby submit this statement of non-opposition to Plaintiffs' motion (Dkt. 840) to seal certain documents filed in support of Plaintiffs' sur-reply regarding Defendants' motion for partial summary judgment.

Defendants agree that compelling reasons exist to seal certain sections of medical records that are not related to the class members' medical conditions at issue. As such, Defendants do not oppose Plaintiffs' request to seal this medical information.

Dated: March 24, 2025

BURKE, WILLIAMS & SORENSEN, LLP

By:     /s/ *Susan E. Coleman*
Susan E. Coleman
Elizabeth M. Pappy
Deann Rivard
Martin Kosla

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4933-9545-4254 v1

2

Case No. 3:20-cv-00406-AJB-DDL
NON-OPP. TO PL.'S MOTION TO SEAL

# PROOF OF SERVICE

**Dunsmore, et al v. San Diego County Sheriff's Department, et al.**
**USDC Southern District Case No. 3:20-cv-00406-AJB-DDL**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18300 Von Karman Avenue, Suite 650, Irvine, CA 92612-1032.

On March 24, 2025, I served true copies of the following document(s) described as **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO FILE MEDICAL RECORDS UNDER SEAL [DKT. 840]** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 24, 2025, at Irvine, California.

/s/ Bernadette C. Antle
Bernadette C. Antle

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

4933-9545-4254 v1

1

Case No. 3:20-cv-00406-AJB-DDL
NON-OPP. TO PL.'S MOTION TO SEAL

# SERVICE LIST

*Dunsmore, et al v. San Diego County Sheriff's Department, et al.*
USDC Southern District Case No. 3:20-cv-00406-AJB-DDL

| | |
|---|---|
| Gay C. Grunfeld, Esq.<br>Van Swearingen, Esq.<br>Michael Freedman, Esq.<br>Eric Monek Anderson, Esq.<br>Hannah M. Chartoff, Esq.<br>Benjamin W. Holston, Esq.<br>Kedra Chan<br>Rosen Bien Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105-1738<br>Telephone: 415.433.6830<br>Facsimile: 415.433.7104<br>Email: ggrunfeld@rbgg.com<br>Email: vswearingen@rbgg.com<br>Email: mfreedman@rbgg.com<br>Email: eanderson@rbgg.com<br>Email: hchartoff@rbgg.com<br>Email: bholston@rbgg.com<br>Email: kchan@rbgg.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |
| Aaron J. Fischer, Esq.<br>Law Office of Aaron J. Fischer<br>1400 Shattuck Square Suite 12 - #344<br>Berkeley, California 94709<br>Telephone: 510.806.7366<br>Facsimile: 510.94.6314<br>Email: ajf@aaronfischerlaw.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |
| Christopher M. Young, Esq.<br>Isabella Neal, Esq.<br>Oliver Kiefer, Esq.<br>DLA Piper LLP<br>4365 Executive Drive, Suite 1100<br>San Diego, CA 92121<br>Telephone: 858.677.1400<br>Facsimile: 858.677.1401<br>Email: christopher.young@dlapiper.com<br>Email: isabella.neal@dlapiper.com<br>Email: oliver.kiefer@dlapiper.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

4933-9545-4254 v1

2

Case No. 3:20-cv-00406-AJB-DDL
NON-OPP. TO PL.'S MOTION TO SEAL

| | |
|---|---|
| 1  Eugene P. Ramirez, Esq.<br>   Marguerite L. Jonak, Esq.<br>2  David Fleck, Esq.<br>   MANNING & KASS ELLROD, RAMIREZ,<br>3  TRESTER LLP<br>   801 S. Figueroa Street, 15th Floor<br>4  Los Angeles, CA 90017-3012<br>   Telephone: 213.624.6900<br>5  Facsimile: 213.624.6999<br>   Email: eugene.ramirez@manningkass.com<br>6  Email: marguerite.jonak@manningkass.com<br>   Email: david.fleck@manningkass.com | *Attorneys for Non-Party NAPHCARE OF SAN DIEGO LLC* |

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

4933-9545-4254 v1

3

Case No. 3:20-cv-00406-AJB-DDL
NON-OPP. TO PL.'S MOTION TO SEAL