

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore

Plaintiff,

V.

State of California et al

Defendant.

FILED
3/25/2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:     M. Quinata  , Deputy

Civil No.  20-cv-406-AJB-DDL

**STRICKEN DOCUMENT:**

Notice - In re: Comment/Complaint

**Per Order #   874**

871