Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Deann Rivard (SBN 177482)
drivard@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION [DKT. 853] TO SEAL EXHIBITS TO THEIR MOTION TO EXCLUDE OPINIONS OF DEFENDANTS' EXPERT**<br><br>**DATE: March 27, 2025**<br>**TIME: 2:00 p.m.**<br>**CTRM: 4A**<br><br>Judge: Anthony J. Battaglia |

///

1  Pursuant to Civil Local Rule 7.1(e)(2), and the Court's briefing order (Dkt.
2  858) dated March 17, 2025, Defendants hereby submit this statement of non-
3  opposition to Plaintiffs' motion (Dkt. 853) to seal certain documents filed in support
4  of Plaintiffs' motion (Dkt. 779) to exclude opinions of Defendants' experts.

5  In particular, Defendants do not dispute that "compelling reasons" exist to
6  seal the following information and/or records: (1) confidential medical information
7  of class members; (2) information about decedents that is unrelated to their deaths;
8  (3) irrelevant and sensitive information about the conduct of class representatives;
9  (4) the contact information of one of Defendants' experts; and (5) information
10 derived from the San Diego County Sheriff's Critical Incident Review Board
11 ("CIRB") reports.

12 Further, with regard to the CIRB reports, as explained in Defendants' own
13 motion to seal (Dkt. 856), a "compelling reason" exists for the sealing references to
14 those CIRB reports because the Ninth Circuit Court of Appeals recently held that
15 such CIRB materials are protected by the attorney-client privilege. *See*, *Greer and*
16 *San Diego Union Tribune, LLC v. County of San Diego*, 127 F.4th 1216 (9th Cir.
17 2025).[1]

18 ///
19 ///
20 ///
21 ///
22 ///

---

[1] Due to the Ninth Circuit's recent opinion in the *Greer* case, Defendants will be filing a motion for reconsideration under Rule 60 regarding the Court's earlier orders (Dkt. 468, 507, 529, 533) granting Plaintiffs' motion to compel the production of the CIRB materials in this case. Defense counsel is currently in the process of meeting and conferring with Plaintiffs' counsel about this issue before filing the motion for reconsideration.

1  Accordingly, Defendants do not oppose Plaintiffs' request to seal the above
2  documents and/or information.

4  Dated: March 31. 2025           BURKE. WILLIAMS & SORENSEN. LLP

6                                  By:      */s/ Elizabeth M. Pappy*
                                        Susan E. Coleman
7                                       Elizabeth M. Pappy
                                        Deann Rivard
8                                       Martin Kosla

9                                       Attorneys for Defendants
                                        COUNTY OF SAN DIEGO, SAN
10                                      DIEGO COUNTY SHERIFF'S
                                        DEPARTMENT and SAN DIEGO
11                                      COUNTY PROBATION
                                        DEPARTMENT

# PROOF OF SERVICE

**Dunsmore, et al v. San Diego County Sheriff's Department, et al.
USDC Southern District Case No. 3:20-cv-00406-AJB-DDL**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18300 Von Karman Avenue, Suite 650, Irvine, CA 92612-1032.

On March 31, 2025, I served true copies of the following document(s) described as **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION [DKT. 853] TO SEAL EXHIBITS TO THEIR MOTION TO EXCLUDE OPINIONS OF DEFENDANTS' EXPERT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 31, 2025, at Irvine, California.

/s/ Bernadette C. Antle
Bernadette C. Antle

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

4912-4261-2272 v1

1

Case No. 3:20-cv-00406-AJB-DDL
NON-OPP. TO MTN TO SEAL [DOC. #853]

# SERVICE LIST

### *Dunsmore, et al v. San Diego County Sheriff's Department, et al.*
### USDC Southern District Case No. 3:20-cv-00406-AJB-DDL

| | |
|---|---|
| Gay C. Grunfeld, Esq.<br>Van Swearingen, Esq.<br>Michael Freedman, Esq.<br>Eric Monek Anderson, Esq.<br>Hannah M. Chartoff, Esq.<br>Benjamin W. Holston, Esq.<br>Kedra Chan<br>Rosen Bien Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105-1738<br>Telephone: 415.433.6830<br>Facsimile: 415.433.7104<br>Email: ggrunfeld@rbgg.com<br>Email: vswearingen@rbgg.com<br>Email: mfreedman@rbgg.com<br>Email: eanderson@rbgg.com<br>Email: hchartoff@rbgg.com<br>Email: bholston@rbgg.com<br>Email: kchan@rbgg.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |
| Aaron J. Fischer, Esq.<br>Law Office of Aaron J. Fischer<br>1400 Shattuck Square Suite 12 - #344<br>Berkeley, California 94709<br>Telephone: 510.806.7366<br>Facsimile: 510.94.6314<br>Email: ajf@aaronfischerlaw.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |
| Christopher M. Young, Esq.<br>Isabella Neal, Esq.<br>Oliver Kiefer, Esq.<br>DLA Piper LLP<br>4365 Executive Drive, Suite 1100<br>San Diego, CA 92121<br>Telephone: 858.677.1400<br>Facsimile: 858.677.1401<br>Email: christopher.young@dlapiper.com<br>Email: isabella.neal@dlapiper.com<br>Email: oliver.kiefer@dlapiper.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

4912-4261-2272 v1

2

Case No. 3:20-cv-00406-AJB-DDL
NON-OPP. TO MTN TO SEAL [DOC. #853]

| | |
|---|---|
| Eugene P. Ramirez, Esq.<br>Marguerite L. Jonak, Esq.<br>David Fleck, Esq.<br>MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP<br>801 S. Figueroa Street, 15th Floor<br>Los Angeles, CA 90017-3012<br>Telephone: 213.624.6900<br>Facsimile: 213.624.6999<br>Email: eugene.ramirez@manningkass.com<br>Email: marguerite.jonak@manningkass.com<br>Email: david.fleck@manningkass.com | *Attorneys for Non-Party NAPHCARE OF SAN DIEGO LLC* |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4912-4261-2272 v1

3

Case No. 3:20-cv-00406-AJB-DDL
NON-OPP. TO MTN TO SEAL [DOC. #853]