

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Darryl Dunsmore

                                        **Plaintiff,**

                        V.

State of California et al

                                      **Defendant.**

**FILED** 3/31/2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. Quinata, Deputy

**Civil No.** 20-cv-406-AJB-DDL

**STRICKEN DOCUMENT:**

Notice in re: Claim

**Per Order #    879**

878