1  Susan E. Coleman (SBN 171832)
   E-mail:  scoleman@bwslaw.com
2  Deann Rivard (SBN 177482)
   drivard@bwslaw.com
3  Martin Kosla (SBN 247224)
   E-mail:  mkosla@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600,
5  San Diego, CA  92101-8474
   Tel:  619.814.5800 Fax:  619.814.6799
6
   Elizabeth M. Pappy (SBN 157069)
7  E-mail:  epappy@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
8  60 South Market Street, Ste. 1000
   San Jose, CA  95113-2336
9  Tel:  408.606.6300 Fax:  408.606.6333

10 Attorneys for Defendants
   COUNTY OF SAN DIEGO, SAN DIEGO
11 COUNTY SHERIFF'S DEPARTMENT and
   SAN DIEGO COUNTY PROBATION
12 DEPARTMENT

13                 UNITED STATES DISTRICT COURT

14               SOUTHERN DISTRICT OF CALIFORNIA

15

16 DARRYL DUNSMORE, ANDREE            Case No. 3:20-cv-00406-AJB-DDL
   ANDRADE, ERNEST ARCHULETA,
17 JAMES CLARK, ANTHONY               **DEFENDANTS' REPLY IN**
   EDWARDS, LISA LANDERS,             **SUPPORT OF DEFENDANTS'**
18 REANNA LEVY, JOSUE LOPEZ,          **ADMINISTRATIVE MOTION TO**
   CHRISTOPHER NELSON,                **SEAL EXPERT REPORTS**
19 CHRISTOPHER NORWOOD, JESSE         **SUBMITTED BY PLAINTIFFS IN**
   OLIVARES, GUSTAVO                  **OPPOSITION TO SUMMARY**
20 SEPULVEDA, MICHAEL TAYLOR,         **JUDGMENT OR, IN THE**
   and LAURA ZOERNER, on behalf of    **ALTERNATIVE, FOR AN ORDER**
21 themselves and all others similarly **TREATING SPECIFIED FACTS AS**
   situated,                          **ESTABLISHED**
22
              Plaintiffs,
23                                    **Hearing**
         v.                           Date:    May 8, 2025
24                                    Time:    2:00 p.m.
   SAN DIEGO COUNTY SHERIFF'S         Ctrm:    4A
25 DEPARTMENT, COUNTY OF SAN          Judge: Anthony J. Battaglia
   DIEGO, SAN DIEGO COUNTY
26 PROBATION DEPARTMENT, and
   DOES 1 to 20, inclusive,
27
              Defendants.
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4916-9499-4994 v1                          Case No. 3:20-cv-00406-AJB-DDL
                                   DEFENDANTS' REPLY ISO ADMIN. MOTION
                                                          TO SEAL

**ARGUMENT**

Defendants County of San Diego, San Diego County Sheriff's Office and San Diego County Probation Department filed a Motion for Partial Summary Judgment. (Dkt. 782) Plaintiffs filed opposition papers (Dkt. 796) including declarations of Dr. Pablo Stewart (Dkt.796-5), Dr. Kelly S. Ramsey (Dkt.796-4), Gary Raney (Dkt. 796-11) and Jeffrey Keller (Dkt. 796-3). Each of the reports include direct quotes from CIRB reports in addition to statements, conclusions and opinions derived from the CIRB reports. The reports are privileged under *Greer v. County of San Diego,* No. 23-55607, 2025 WL 441836, --- F.4th --- (9th Cir. Feb. 10, 2025). Any statements, conclusions and opinions derived from the CIRB reports are privileged.

Plaintiffs filed a Motion to Seal only the portions of the reports directly quoted from the CIRB reports themselves and <u>not</u> the statements, conclusions and opinions derived from the CIRB reports. (Dkt. 798) The Court denied the motion to seal the CIRB reports without prejudice in light of *Greer v. County of San Diego,* No. 23-55607, 2025 WL 441836, --- F.4th --- (9th Cir. Feb. 10, 2025), and ordered that based upon *Greer,* Magistrate Judge David Leshner review the CIRB reports at issue in the four expert reports/declarations to determine if they are in fact privileged. The Parties await Judge Leshner's ruling on the matter.

The portions of the expert reports that are <u>not</u> redacted in Plaintiffs' original Motion to Seal (Dkt. 798) include statements, conclusions and opinions derived from the CIRB reports. If Judge Leshner determines that the reports at issue in the four expert reports are privileged, not only are the portions directly quoting the CIRB reports subject to redaction (and ultimate removal from the record as discussed below), so too are the statements, conclusions and opinions derived from those reports. Plaintiffs have fought against this fact and contend that they are entitled to leave the statements, conclusions and opinions derived from the privileged material in the Court record as evidenced by the fact that they did not seek to seal the derivative matter and left it posted on their law firm website (which

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4916-9499-4994 v1

1

Case No. 3:20-cv-00406-AJB-DDL
DEFS' REPLY ISO ADMIN. MOTION TO SEAL

1  was only removed upon threats of a restraining order). According to Plaintiffs

2  theory, statements, conclusions and opinions derived from the privileged material do

3  not need to be redacted or sealed. This is an incorrect position even prior to Judge

4  Leshner's final ruling on the CIRB reports. If the CIRB reports are deemed

5  privileged then Plaintiffs and their experts never should have had the material, must

6  destroy it, and act in all respects as if they never had it, including removal of any

7  and all statements, conclusions and opinions based upon the privileged information.

8  Thus, an order sealing the entirety of the portions of the four expert reports that cite

9  to the CIRB reports and include statements, conclusions and opinions derived from

10  the privileged information must be redacted. Plaintiffs should be ordered to remove

11  the declarations submitted (Dkt. 796 and Dkt. 798), and either resubmit them with

12  full redactions of all citations to CIRB reports and statements, conclusions and

13  opinions derived from the privileged material, or to remove the declarations and

14  resubmit them with or without the privileged information only after Judge Leshner

15  has ruled.

16      Defendants are filing a Motion for Reconsideration of Judge Leshner's ruling

17  that the CIRB reports and specific additional documents are not privileged based

18  upon *Greer v. County of San Diego,* No. 23-55607, 2025 WL 441836, --- F.4th ---

19  (9th Cir. Feb. 10, 2025), to ensure removal of all privileged information from the

20  Court files, Plaintiffs' law firm website and retrieval voluntarily or through court

21  intervention from any third parties to whom the information was provided.

## **CONCLUSION**

23      For the reasons listed above, this Court should Defendants' Motion to Seal

24  and order Plaintiffs to remove the declarations of Dr. Pablo Stewart (Dkt.796-5), Dr.

25  Kelly S. Ramsey (Dkt.796-4), Gary Raney (Dkt. 796-11) and Jeffrey Keller (Dkt.

26  796-3), and the partially redacted versions at Dkt. 798, and either refile them with

27  proper redactions of the entirety of direct quotes from CIRB reports and statements,

28  conclusions and opinions regarding the reports, or order refiling of the declarations

1  with the privileged information including statements, conclusions and opinions

2  removed altogether based upon Judge Leshner's ruling.

3

4  Dated:  April 4, 2025                    BURKE, WILLIAMS & SORENSEN, LLP

5

6                                           By:        /s/ *Elizabeth M. Pappy*
                                                  Susan E. Coleman
7                                                 Elizabeth M. Pappy
                                                  Attorneys for Defendants
8                                                 COUNTY OF SAN DIEGO, SAN
                                                  DIEGO COUNTY SHERIFF'S
9                                                 DEPARTMENT and SAN DIEGO
                                                  COUNTY PROBATION
10                                                DEPARTMENT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4916-9499-4994 v1                          3                  Case No. 3:20-cv-00406-AJB-DDL
                                                  DEFS' REPLY ISO ADMIN. MOTION TO SEAL

**PROOF OF SERVICE**

**Dunsmore, et al v. San Diego County Sheriff's Department, et al.**
**USDC Southern District Case No. 3:20-cv-00406-AJB-DDL**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Alameda, State of California. My business address is 1999 Harrison Street, Suite 1650, Oakland, CA 94612-3520.

On April 4, 2025, I served true copies of the following document(s) described as **DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL EXPERT REPORTS SUBMITTED BY PLAINTIFFS IN OPPOSITION TO SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR AN ORDER TREATING SPECIFIED FACTS AS ESTABLISHED** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 4, 2025, at Oakland, California.


*/s/ Raquel Rivera*
Raquel Rivera

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4916-9499-4994 v1

1

Case No. 3:20-cv-00406-AJB-DDL
DEFS' REPLY ISO ADMIN. MOTION TO SEAL

# SERVICE LIST

### *Dunsmore, et al v. San Diego County Sheriff's Department, et al.*
### USDC Southern District Case No. 3:20-cv-00406-AJB-DDL

| | |
|---|---|
| Gay C. Grunfeld, Esq.<br>Van Swearingen, Esq.<br>Michael Freedman, Esq.<br>Eric Monek Anderson, Esq.<br>Hannah M. Chartoff, Esq.<br>Benjamin W. Holston, Esq.<br>Kedra Chan<br>Rosen Bien Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105-1738<br>Telephone: 415.433.6830<br>Facsimile: 415.433.7104<br>Email: ggrunfeld@rbgg.com<br>Email: vswearingen@rbgg.com<br>Email: mfreedman@rbgg.com<br>Email: eanderson@rbgg.com<br>Email: hchartoff@rbgg.com<br>Email: bholston@rbgg.com<br>Email: kchan@rbgg.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |
| Aaron J. Fischer, Esq.<br>Law Office of Aaron J. Fischer<br>1400 Shattuck Square Suite 12 - #344<br>Berkeley, California 94709<br>Telephone: 510.806.7366<br>Facsimile: 510.94.6314<br>Email: ajf@aaronfischerlaw.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |
| Christopher M. Young, Esq.<br>Isabella Neal, Esq.<br>Oliver Kiefer, Esq.<br>DLA Piper LLP<br>4365 Executive Drive, Suite 1100<br>San Diego, CA 92121<br>Telephone: 858.677.1400<br>Facsimile: 858.677.1401<br>Email: christopher.young@dlapiper.com<br>Email: isabella.neal@dlapiper.com<br>Email: oliver.kiefer@dlapiper.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4916-9499-4994 v1

2

Case No. 3:20-cv-00406-AJB-DDL
DEFS' REPLY ISO ADMIN. MOTION TO SEAL

1  Eugene P. Ramirez, Esq.                          *Attorneys for Non-Party NAPHCARE*
   Marguerite L. Jonak, Esq.                        *OF SAN DIEGO LLC*
2  David Fleck, Esq.
   MANNING & KASS ELLROD, RAMIREZ,
3  TRESTER LLP
   801 S. Figueroa Street, 15th Floor
4  Los Angeles, CA 90017-3012
   Telephone: 213.624.6900
5  Facsimile: 213.624.6999
   Email: eugene.ramirez@manningkass.com
6  Email: marguerite.jonak@manningkass.com
   Email: david.fleck@manningkass.com
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4916-9499-4994 v1                      3             Case No. 3:20-cv-00406-AJB-DDL
                                                     DEFS' REPLY ISO ADMIN. MOTION TO SEAL