Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800   Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300   Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DEFENDANTS' NOTICE OF MOTION FOR RECONSIDERATION OF ORDER [DKT. 468] GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CIRB REPORTS**<br><br>[*Memorandum of Points & Authorities; Coleman Decl.; and [Proposed] Order filed concurrently herewith*]<br><br>Date:  Deemed Submitted 4/30/2025<br><br>Judge: David D. Leshner |

///

TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants COUNTY OF SAN DIEGO, SAN

1  DIEGO SHERIFF'S OFFICE and SAN DIEGO PROBATION DEPARTMENT
2  (collectively "County") will and hereby do request that the Court, pursuant to
3  Federal Rule of Civil Procedure 60, reconsider its earlier discovery order [Doc.
4  #468] related to the production of reports generated by the San Diego County
5  Sheriff's Critical Incident Review Board ("CIRB") and presentation materials
6  prepared for CIRB, to Plaintiffs in this case.

This motion for reconsideration under Rule 60 is made on the grounds that there has been an intervening change in the law because the Ninth Circuit in *Greer and San Diego Union Tribune, LLC v. County of San Diego*, 127 F.4th 1216 (9th Cir. 2025) recently ruled that the CIRB reports (such as the ones at issue here) and other appropriate CIRB documents are protected by the attorney-client privilege.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Elizabeth M. Pappy, together with the exhibits thereto, the pleadings and file in this action, and on such further oral or documentary evidence as may be presented at or before the hearing on this matter, if any.

The parties met and conferred about the issues being raised in this motion for reconsideration prior to filing the motion. (*See*, Pappy Decl.)

Dated: April 14, 2025                    BURKE, WILLIAMS & SORENSEN, LLP

By: _____
Susan E. Coleman
Elizabeth M. Pappy

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

# CERTIFICATE OF SERVICE

I hereby certify that on this 14 day of April, 2025, I electronically filed the foregoing **DEFENDANTS' NOTICE OF MOTION FOR RECONSIDERATION OF ORDER [DKT. 468] GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CIRB REPORTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gay C. Grunfeld, Esq.  
Van Swearingen, Esq.  
Michael Freedman, Esq.  
Eric Monek Anderson, Esq.  
Hannah M. Chartoff, Esq.  
Benjamin W. Holston, Esq.  
Kedra Chan  
Rosen Bien Galvan & Grunfeld LLP  
101 Mission Street, Sixth Floor  
San Francisco, CA 94105-1738  
Telephone: 415.433.6830  
Facsimile: 415.433.7104  
Email: ggrunfeld@rbgg.com  
Email: vswearingen@rbgg.com  
Email: mfreedman@rbgg.com  
Email: eanderson@rbgg.com  
Email: hchartoff@rbgg.com  
Email: bholston@rbgg.com  
Email: kchan@rbgg.com  

*Attorneys for Plaintiffs and the Certified Class and Subclasses*

Aaron J. Fischer, Esq.  
Law Office of Aaron J. Fischer  
1400 Shattuck Square Suite 12 - #344  
Berkeley, California 94709  
Telephone: 510.806.7366  
Facsimile: 510.94.6314  
Email: ajf@aaronfischerlaw.com  

*Attorneys for Plaintiffs and the Certified Class and Subclasses*

|  |  |
|---|---|
| Christopher M. Young, Esq.<br>Isabella Neal, Esq.<br>Oliver Kiefer, Esq.<br>DLA Piper LLP<br>4365 Executive Drive, Suite 1100<br>San Diego, CA 92121<br>Telephone: 858.677.1400<br>Facsimile: 858.677.1401<br>Email: christopher.young@dlapiper.com<br>Email: isabella.neal@dlapiper.com<br>Email: oliver.kiefer@dlapiper.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |
| Eugene P. Ramirez, Esq.<br>Marguerite L. Jonak, Esq.<br>David Fleck, Esq.<br>MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP<br>801 S. Figueroa Street, 15th Floor<br>Los Angeles, CA 90017-3012<br>Telephone: 213.624.6900<br>Facsimile: 213.624.6999<br>Email: eugene.ramirez@manningkass.com<br>Email: marguerite.jonak@manningkass.com<br>Email: david.fleck@manningkass.com | *Attorneys for Non-Party NAPHCARE OF SAN DIEGO LLC* |

I also certify the document and a copy of the Notice of Electronic Filing was served via email on the following non-CM/ECF participants:

*Komal Prasad*
Komal K. Prasad