Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA  92101-8474
Tel:  619.814.5800  Fax:  619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail:  epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA  95113-2336
Tel:  408.606.6300  Fax:  408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF ELIZABETH M. PAPPY IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER [DKT. 468] GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CIRB RECORDS**<br><br>[*Notice of Motion; Memorandum of Points & Authorities; and [Proposed] Order filed concurrently herewith*]<br><br>Date:    Deemed Submitted 4/30/25<br><br>Judge: David D. Leshner |

I, ELIZABETH M. PAPPY, declare as follows

1.      I am competent to testify to the matters set forth in this declaration, and

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Jose

1

Case No. 3:20-cv-00406-AJB-DDL
PAPPY DECL RE MOTION
FOR RECONSIDERATION

1    if called to do so, would and could so testify.

2        2.    I am an attorney at law licensed to practice before this Court and all the

3    courts of the State of California.   I am a partner in the law firm of Burke, Williams

4    & Sorensen, LLP, attorneys of record for Defendants, collectively hereinafter

5    "County".

6        3.    I make this declaration in support of the County's Motion for

7    Reconsideration of this Court's discovery order granting Plaintiffs' Motion to

8    Compel the production of reports generated by the San Diego County Sheriff's

9    Critical Incident Review Board ("CIRB").

10       4.    This motion for reconsideration is being filed by the County on the

11   grounds that the Ninth Circuit recently held in *Greer and San Diego Union Tribune,*

12   *LLC v. County of San Diego*, 127 F.4th 1216 (9th Cir. 2025) that the County's CIRB

13   materials (such as the ones at issue here) are protected by the attorney-client

14   privilege.

15       5.    On June 15, 2023, Plaintiffs propounded its Third Set of Request for

16   Production to the County.  In Request No. 81, Plaintiffs demanded that the County

17   produce the following:

18           "ALL reports generated by the Critical Incident Review Board
19           RELATING TO in-custody DEATHS at the JAIL from January
20           1 2021 to the present."

21   (*See*, Ex. D. to Swearingen Decl. ISO MTC [Dkt. #412-2].)

22       6.    On August 14, 2023, the County served its responses and objections to

23   Plaintiffs' Third Set of Requests for Production.  With regard to Request No. 81, the

24   County responded and objected to the production of the privileged CIRB reports, as

25   follows:

26           "Objection.  The reports are subject to attorney client and work
27           product privileges, and the official information privileges.
28           *Sanchez v. City of Santa Ana*, 936F.2d 1027, 1033 (9th Cir. 1990);

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN JOSE

2

Case No. 3:20-cv-00406-AJB-DDL
PAPPY DECL RE MOTION
FOR RECONSIDERATION

1    *Kelly v. City of San Jose*, 114 F.R.D. 653, 669 (N.D. Cal. 1987),
2    and accordingly will not be produced."

3    (*See*, Ex. E. to Swearingen Decl. ISO MTC [Dkt. #412-2].)

4    7.    On October 9, 2023, Plaintiffs filed a motion [Dkt. #412] to compel the

5    production of the privileged CIRB reports.

6    8.    On October 23, 2023, the County filed an opposition [Dkt. #420] to

7    Plaintiffs' motion to compel the production of the CIRB reports. In its opposition,

8    the County submitted a privilege log identifying the 25 CIRB reports that were at

9    issue and argued that these reports are protected from disclosure by various

10   privileges, including the attorney-client privilege.  The County also submitted

11   evidence that the CIRB Reports were prepared for the primary purpose of providing

12   legal advice to the San Diego Sheriff's Department by its Chief Legal Advisor on

13   civil liability and exposure resulting from the incidents triggering anticipated

14   litigation. [Dkt. #420, #420-1 and #420-2] A copy of the privilege log is attached

15   hereto for ease of reference as **Exhibit "A."**

16   9.    On October 24, 2023, Magistrate Judge Leshner ordered [Dkt. #422]

17   that the County lodge the 25 CIRB reports for *in camera* review. The CIRB reports

18   were subsequently lodged for *in camera* review by the County. The "CIRB reports"

19   or documents at issue here, consisted of the CIRB Memo Packet Cover and the

20   Interdepartmental Correspondence.[1]

21   10.    On December 13, 2023, after conducting an *in camera* review of the

22   CIRB reports, Magistrate Judge Leshner issued his discovery order [Dkt. #468] with

23   regard to Plaintiffs' motion to compel, finding that the attorney-client privilege did

24   not apply to the CIRB reports in their entirety. As part of the analysis, the Court

25   examined several prior rulings in the Southern District that had considered the

26

27   _____

[1] They also included meeting sign in sheets but those are not subject to this motion
28   for reconsideration.

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Jose

3

Case No. 3:20-cv-00406-AJB-DDL
PAPPY DECL RE MOTION
FOR RECONSIDERATION

application of the attorney-client privilege to CIRB reports, including the case of *Greer v. Cnty. of San Diego*, 634 F. Supp. 3d 911 (S.D. Cal. 2022). (*See*, Discovery Order [Dkt. #468] at pp. 7-8.) The Court noted that the District Court in the *Greer* case had applied the "primary purpose" test adopted by the Ninth Circuit in *In re Grand Jury*, 23 F.4th 1088, 1091 (9th Cir. 2021), to CIRB investigations and found that the CIRB reports were not privileged, and specifically ruled that "the County has not carried its burden to establish that the primary purpose of the communications at the CIRB meetings was to seek or provide legal advice."

11.    The Court concluded that the attorney-client privilege did not apply to the entirety of each of the 25 CIRB reports at issue. (Discovery Order [Dkt. #468] at pp. 12-13.) The Court ordered that he would allow the County to submit proposed redactions to the portions of the CIRB reports that reflect communications with the County's Chief Legal Advisor consistent with the Court's prior rulings on this issue in other cases. (*Id.*, at p. 18.)

12.    The County lodged the CIRB reports for *in camera* review with its proposed redactions. [Dkt. #472]

13.    On January 26, 2024, the Court issued an order finding that the proposed redactions were narrowly tailored and limited to communications between the Chief Legal Advisor and other CIRB members, and ordered that the County produce the 25 CIRB reports to Plaintiffs subject to the proposed redactions. [Dkt. #507]

14.    On January 29, 2024, the County filed a request to stay the production of the CIRB reports on the grounds that the County intended to move pursuant to Rule 72 to set aside Magistrate Judge Leshner's discovery order. [Dkt. #510]

15.    Pursuant to the Court's order, the County filed a supplemental brief in support of its request for a stay. [Dkt. #513]

16.    On January 31, 2024, the County lodged nine additional CIRB reports for *in camera* review with its proposed redactions. [Dkt. #514]

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN JOSE

4

Case No. 3:20-cv-00406-AJB-DDL
PAPPY DECL RE MOTION
FOR RECONSIDERATION

17.     On February 2, 2024, Plaintiffs filed an opposition to the County's request to stay the production of the CIRB reports. [Dkt. #520]

18.     On February 8, 2024, the Court issued a supplemental order allowing the County to maintain its proposed redactions to the CIRB reports. [Dkt. 529]  The deadline for production of the redacted CIRB reports was stayed pending the Court's order on the County's request for a stay. [Id.]

19.     On February 12, 2024, the Court issued an order denying the request to stay and ordering the County to produce the 34 CIRB reports at issue, with redactions as approved by the Court. [Dkt. #533] The documents were subsequently produced by the County to Plaintiffs.

20.     On March 3, 2025, pursuant to Judge Battaglia's order denying Plaintiffs' Motion to Seal as to the four expert reports/declarations including CIRB information in support of their Summary Judgment opposition (Dkt.823), the parties submitted the CIRB reports at issue to the relevant portions of the expert reports/declarations.

21.     On February 10th, 2025, I sent an email to Plaintiffs' counsel demanding that they cease and desist from distributing any CIRB Reports, that all copies be destroyed and/or returned, and requesting a list of names of individuals to whom the reports were provided. No response was ever received.  (Exhibit B)

22.     On February 27th, 2025, Ms. Rivard from my office sent a Clawback letter and template declaration to Plaintiffs' counsel requesting that the declaration be filled out and returned so my clients could be sure that reports were destroyed and a list of individuals to whom the reports were provided. No response was ever received.

23.     On March 18, 2025 I reviewed the RBGG website and found the Raney, Stewart, Keller and Ramsey reports were posted containing redacted direct quotes from the CIRB reports but also including summaries, opinions and other statements directly derived from an based upon the privileged CIRB reports. In the

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN JOSE

5

Case No. 3:20-cv-00406-AJB-DDL
PAPPY DECL RE MOTION
FOR RECONSIDERATION

email I cited to the Professional Rule of Conduct 4.4 and indicated that a TRO would be requested if the reports were not immediately taken down from the website. After the exchange of 10 more emails with Plaintiffs counsel, Plaintiffs finally agreed to remove the reports and in its place put, "Content removed as request of County of San Diego". I objected to this inappropriate language suggesting the County was trying to hide something, and Plaintiffs finally removed the statement and replaced it with, "Content Removed". Over the course of the next 3 weeks, Plaintiffs demanded meet and confer conferences, made threats to repost the reports, and refused my requests to wait for this Court to make a decision about the CIRB reports at issue. Plaintiffs recently filed a declaration in a reply to a Motion to Seal documents <u>completely unrelated to the four expert reports at issue</u>, reciting Ms. Grunsfeld's grievances and accusations about being forced to remove the expert reports with unredacted privileged information in the expert reports. (Dkt.884-1)

24.    Prior to filing this motion for reconsideration, I met and conferred with Plaintiffs' counsel about the merits of the motion. However, the parties were unable to resolve the matter.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on April 14, 2025, at Fremont, California.

_____
ELIZABETH M. PAPPY

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Jose

6

Case No. 3:20-cv-00406-AJB-DDL
PAPPY DECL RE MOTION
FOR RECONSIDERATION

## CERTIFICATE OF SERVICE

I, Komal Prasad, hereby certify that on this 14 day of April, 2025, a copy of the foregoing **DECLARATION OF ELIZABETH M. PAPPY IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER [DKT. 468] GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CIRB RECORDS** was served via email, on the following:

| | |
|---|---|
| Gay C. Grunfeld, Esq.<br>Van Swearingen, Esq.<br>Michael Freedman, Esq.<br>Eric Monek Anderson, Esq.<br>Hannah M. Chartoff, Esq.<br>Benjamin W. Holston, Esq.<br>Kedra Chan<br>Rosen Bien Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105-1738<br>Telephone: 415.433.6830<br>Facsimile: 415.433.7104<br>Email: ggrunfeld@rbgg.com<br>Email: vswearingen@rbgg.com<br>Email: mfreedman@rbgg.com<br>Email: eanderson@rbgg.com<br>Email: hchartoff@rbgg.com<br>Email: bholston@rbgg.com<br>Email: kchan@rbgg.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |
| Aaron J. Fischer, Esq.<br>Law Office of Aaron J. Fischer<br>1400 Shattuck Square Suite 12 - #344<br>Berkeley, California 94709<br>Telephone: 510.806.7366<br>Facsimile: 510.94.6314<br>Email: ajf@aaronfischerlaw.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |
| Christopher M. Young, Esq.<br>Isabella Neal, Esq.<br>Oliver Kiefer, Esq.<br>DLA Piper LLP<br>4365 Executive Drive, Suite 1100<br>San Diego, CA 92121<br>Telephone: 858.677.1400<br>Facsimile: 858.677.1401<br>Email: christopher.young@dlapiper.com<br>Email: isabella.neal@dlapiper.com<br>Email: oliver.kiefer@dlapiper.com | *Attorneys for Plaintiffs and the Certified Class and Subclasses* |

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Jose

2

Case No. 3:20-cv-00406-AJB-DDL
PAPPY DECL RE MOTION
FOR RECONSIDERATION

1  Eugene P. Ramirez, Esq.                    *Attorneys for Non-Party NAPHCARE*
   Marguerite L. Jonak, Esq.                  *OF SAN DIEGO LLC*
2  David Fleck, Esq.
   MANNING & KASS ELLROD, RAMIREZ,
3  TRESTER LLP
   801 S. Figueroa Street, 15th Floor
4  Los Angeles, CA 90017-3012
   Telephone: 213.624.6900
5  Facsimile: 213.624.6999
   Email: eugene.ramirez@manningkass.com
6  Email: marguerite.jonak@manningkass.com
   Email: david.fleck@manningkass.com
7

8

9

10                                    *Komal Prasad*
                                      Komal Prasad
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Jose

3

Case No. 3:20-cv-00406-AJB-DDL
PAPPY DECL RE MOTION
FOR RECONSIDERATION

# Exhibit
# A

1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600,
3  San Diego, CA 92101-8474
   Tel: 619.814.5800    Fax: 619.814.6799
4
   Elizabeth M. Pappy (SBN 157069)
5  E-mail: epappy@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
6  60 South Market Street, Ste. 1000
   San Jose, CA 95113-2336
7  Tel: 408.606.6300    Fax: 408.606.6333

8  Attorneys for Defendants
   COUNTY OF SAN DIEGO, SAN DIEGO
9  COUNTY SHERIFF'S DEPARTMENT
   and SAN DIEGO COUNTY
10 PROBATION DEPARTMENT

11              UNITED STATES DISTRICT COURT

12            SOUTHERN DISTRICT OF CALIFORNIA

13

14 DARRYL DUNSMORE, et.al.,          | Case No. 3:20-cv-00406-AJB-DDL

15         Plaintiffs,               | **COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S**
16      v.                           | **DEPARTMENT AND SAN DIEGO COUNTY PROBATION**
17 SAN DIEGO COUNTY SHERIFF'S        | **DEPARTMENT'S AMENDED PRIVILEGE LOG**
   DEPARTMENT, et al.
18                                   | District Judge Anthony J. Battaglia
         Defendants.
19                                   | Magistrate Judge David D. Leshner
20

21

22         Defendants the County of San Diego, San Diego County Sheriff's Department

23 and San Diego County Probation Department ("County") submits the following

24 Amended Privilege Log regarding Critical Incident Review Board (CIRB)-related

25 records in response to Plaintiffs' Requests For Production of Documents (Sets 1-2)

26 to County. County's Privilege Log refers to and fully incorporates by reference the

27 information in the CIRB Chart Summary Tables 1-2, which are attached and

28 provided together with this Privilege Log as Attachments, as set forth below:

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4896-1022-6313 v1                          1
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY
PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| TABLE OF CONTENTS FOR COUNTY'S AMENDED PRIVILEGE LOG RE: CIRB-RELATED RECORDS | | |
|---|---|---|
| **Pages** | **Document Title** | **Doc. Nos.** |
| pp. 1-205 | County's Privilege Log Re: CIRB-Related Records | Doc. Nos. 1-26[1] |
| | | |
| **Table** | **Attachment Title** | **Description** |
| 1. | Chart Summary/Table Re: Necessary/County Privileged Persons listed in Privilege Log Re: Critical Incident Review Board (CIRB)-related records Corresponding Key re: Privilege Log Abbreviations for County/CIRB Privileged Persons listed for the identified CIRB Records | Table 1 details names, titles, and departments of the individuals listed in this Privilege Log re: CIRB-related records ("County Privileged Persons").[2] Table 1 has a "Key" column for the abbreviated titles/departments of each individual listed. [3] |

///

///

///

///

///

///

///

---

[1] The Privilege Log uses a Unique Identifying Number in lieu of a Bates Number

[2] The individuals listed in the Privilege Log "From/To" columns for identified CIRBRelated Records are referred to as "County Privileged Persons."

[3] For brevity, the Privilege Log uses abbreviated names, titles, and departments of the County Privileged Persons listed in the "From/To" columns.

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4896-1022-6313 v1                                    2
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY
PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

SAN DIEGO COUNTY SHERIFF'S AMENDED PRIVILEGE LOG RE: CIRB-RELATED RECORDS

*Darryl Dunsmore, et al., v. San Diego County Sheriff's Department, et.al.*

Case No. 3:20-cv-00406-AJB-DDL

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| 1. | 1/12/2022–7/26/2022 | Confidential "Attorney–Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney–Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 7/26/2022<br><br>(B) "Privileged Attorney–Client" County of San Diego CIRB Inter-Departmental Correspondence dated 7/26/2022 and Attachments: Inner-office correspondence from DSB | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Anthony Ray, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney–client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney–client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney–client relationship and confidential transmittal to counsel, and protected by the attorney–client privilege as confidential attorney–client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney–client privilege as confidential attorney–client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney–Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 2. | 12/17/2021–2/9/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 2/9/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 12/28/2021, Manual of Policies and Procedures I.64 | Critical Incident Review Board (CIRB) Kristin Brayman, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Kelly Martinez, Undersheriff, Acting Sheriff (OTS) Michelle Craig, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 3. | 5/11/2022-5/20/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Anthony Ray, Sheriff (OTS) Kelly Martinez, | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | Department dated 5/19/2022<br><br>(B) "Privileged Attorney–Client" County of San Diego CIRB Inter-Departmental Correspondence dated 5/19/2022 | Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | OTS) | counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney–Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| 4. | 5/10/2022–5/20/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 5/11/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 5/10/2022 and Inner-office correspondence from DSB, dated 5/9/2022 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Anthony Ray, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 – Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the | RFPOD #81 included in RFP #3 |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 5. | 2/10/2021–5/20/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 4/27/2021<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 4/27/2021 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>William Gore, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Michelle Craig, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal | RFPOD #81 included in RFP #3 |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 – Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 6. | 5/12/2021–5/21/2021 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 5/18/2021<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 5/14/2021 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>William Gore, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Michelle Craig, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 7. | 3/10/2021-4/5/2021 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel: | Critical Incident Review Board (CIRB) Kenneth Lawrence, Sgt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | (A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 4/5/2021<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 3/30/2021 | Endorsement Page Signed by:<br><br>William Gore, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Michelle Craig, Lt. (DIS, OTS) | Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 – Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges | |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 8. | 1/19/2022–5/11/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 5/11/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 5/10/2022 Inner-office correspondence from DSB, dated 5/9/2022 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Anthony Ray, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department | RFPOD #81 included in RFP #3 |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) Proc., §§ 2018.020, 2018.030).) | |
| 9. | 5/11/2022–5/20/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 5/20/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 5/19/2022 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Anthony Ray, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 10. | 11/18/2020-2/24/2021 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel: (A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS) Endorsement Page Signed by: William Gore, Sheriff (OTS) Kelly Martinez, | Sheriff's Legal Counsel (Legal Affairs, OTS) Robert Faigin, Esq. Dir. (Legal Affairs, | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | Department dated 2/24/2021<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 2/17/2021 and Attachments: Attendance Roster (Pre-CIRB 11/18/2020) and Inter-Departmental Correspondence from DSB | Undersheriff (OTS) Scott Amos, Lt. (DIS, OTS) | OTS) | counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| 11. | 1/20/2021–2/22/2021 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 2/22/2021<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 1/22/2021 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>William Gore, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Scott Amos, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 – Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the | RFPOD #81 included in RFP #3 |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 12. | 11/18/2021-2/24/2021 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 2/24/2021<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 1/21/2021 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>William Gore, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Scott Amos, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 13. | 4/13/2022-6/27/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel: (A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 6/27/2022 (B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS) Endorsement Page Signed by: Anthony Ray, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS) Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are | |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | 6/23/2022 | | | privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 14. | 4/13/2022-6/27/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work- | RFPOD #81 included in RFP #3 |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
|  |  | Counsel: (A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 6/27/2022 (B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 6/23/2022 | Endorsement Page Signed by: Anthony Ray, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | OTS) Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official |  |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 15. | 4/14/2022–4/19/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:

(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 4/19/2022

(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 4/15/2022 | Critical Incident Review Board (CIRB) Kristin Brayman, Sgt. (DIS, OTS)

Endorsement Page Signed by:

Anthony Ray, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)

Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030). | |
| 16. | 1/19/2022–3/21/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>"Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 3/21/2022 | Critical Incident Review Board (CIRB) Michael Tingley, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Kelly Martinez, Acting -Sheriff (OTS) Michelle Craig, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 17. | 3/9/2022 | CIRB-related Email String (Native) re: Policy Revision for Sheriff's Legal Counsel CIRB Review | Michael Tingley, Sgt. (DIS)  Christopher Buchanon (MSD/DSB)  Aaron Boorman, Lt. (DSD) | Christopher Buchanon, Cmdr. (MSD/DSD)  Michael Tingley, Sgt. (DIS)  Michael | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)). CIRB-related email transmitted in preparation for the pre-CIRB Meeting, solely for the purpose of communicating to Sheriff's Legal and for counsel's review in furtherance of the CIRB | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | Tingley, Sgt. (DIS) / Matthew Jensen (VDF/DSB) | Process and during the attorney-client relationship. This is a confidential communication to County Privileged Persons that was made for the purpose of obtaining legal advice, assisting counsel in rendering legal advice, and relay information for counsel review; and, for privileged CIRB review, which is confidential under attorney-client privilege and protected from disclosure per Department P&P § 4.23. (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident.) Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 18. | 10/17/2021– 10/19/2021 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel: (A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 10/19/2021 (B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 10/14/2021 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS) Endorsement Page Signed by: William Gore, Sheriff (OTS) Kelly Martinez, Acting -Sheriff (OTS) Michelle Craig, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS) Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 – Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 19. | 6/9/2021-12/7/2021 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel: | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS), | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | (A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 12/7/2021<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 12/1/2021 and Training Bulletin 6/18/2021 | Endorsement Page Signed by:<br><br>William Gore, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Michelle Craig, Lt. (DIS, OTS) | Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident.  Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 – Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights.  Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges | |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 20. | 4/20/2022–4/26/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:

(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 4/26/2022

(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 4/22/2022 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)

Endorsement Page Signed by:

Anthony Ray, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)

Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department | RFPOD #81 included in RFP #3 |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 21. | 2/9/2022-4/5/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 4/5/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 4/5/2022 and Training Bulletin 3/30/2022 | Critical Incident Review Board (CIRB) Kristin Brayman, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Kelly Martinez, Acting Sheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged | RFPOD #81 included in RFP #3 |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030). | |
| 22. | 4/13/2022-4/20/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's | Critical Incident Review Board (CIRB) Kristin Brayman, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Anthony Ray, Sheriff (OTS) Kelly Martinez, | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | Department dated 4/20/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 4/15/2022 | Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | OTS) | counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| 23. | 4/20/2022– 4/26/2022 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 4/26/2022<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 4/22/2022 | Critical Incident Review Board (CIRB) Daniel Dennis, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Anthony Ray, Sheriff (OTS) Kelly Martinez, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Robert Faigin, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 – Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the | RFPOD #81 included in RFP #3 |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 24. | 5/172023-6/29/2023 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 6/29/2023<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 6/16/2023 | Critical Incident Review Board (CIRB) Gerardo Cortes-Garcia, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Kelly Martinez, Sheriff (OTS), Richard Williams, Undersheriff (OTS) David Perkins, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Michael Baranic, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 - Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 25. | 3/2/2023-6/3/2023 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel:<br><br>(A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 3/17/2023<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 3/2/2023, Training Bulletin 6/3/2023, | Critical Incident Review Board (CIRB) Isaac White, Sgt. (DIS, OTS)<br><br>Endorsement Page Signed by:<br><br>Kelly Martinez, Sheriff (OTS) Richard Williams, Undersheriff (OTS) Edward Greenawald, Lt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS)<br><br>Michael Baranic, Esq. Dir. (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product | RFPOD #81 included in RFP #3 |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | Operation Manual A.1.3 11/4/2022 | | | doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure because of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 – Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |
| 26. | 5/17/2023-6/29/2023 | Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet with CIRB Report and Attachments part of CIRB Report to Sheriff's Legal Counsel: | Critical Incident Review Board (CIRB) Gerardo Cortes-Garcia, Sgt. (DIS, OTS) | Sheriff's Legal Counsel (Legal Affairs, OTS) | Attorney-client privilege and work-product doctrine and prepared in anticipation of litigation. Protected attorney-client privileged communications (Fed. R. Evid. 501-502); and contents protected under the attorney work-product doctrine and prepared in anticipation of | RFPOD #81 included in RFP #3 |

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
|  |  | (A) Confidential "Attorney-Client Privileged" Critical Incident Review Board (CIRB) Memo Packet Cover Sheet for transmittal to Sheriff's Legal of San Diego County Sheriff's Department dated 6/29/2023<br><br>(B) "Privileged Attorney-Client" County of San Diego CIRB Inter-Departmental Correspondence dated 6/29/2023 | Endorsement Page Signed by:<br><br>Kelly Martinez, Sheriff (OTS), Richard Williams, Undersheriff (OTS) David Perkins, Lt. (DIS, OTS) | Michael Baranic, Esq. Dir. (Legal Affairs, OTS) | litigation (Fed. R. Civ. P. 26(b)(3)); This is a confidential CIRB Report and its contents were prepared solely for the purpose of communicating to Sheriff's Legal and for counsel's review in the course of the attorney-client relationship and confidential transmittal to counsel, and protected by the attorney-client privilege as confidential attorney-client privileged communications; the contents therein and the CIRB Inter-Departmental Correspondence and its Attachments are privileged under the attorney work-product doctrine and attorney-client privilege as confidential attorney-client privileged communications and prepared in anticipation of litigation. The confidential CIRB Report cover sheet and CIRB Inter-Departmental Correspondence are both marked "Privileged Attorney-Client" and prepared in anticipation of litigation regarding the incident. Additionally, confidential and protected from disclosure pursuant to SD Sheriff P&P 4.23 Department Committees and Review Boards (e.g., CIRB purpose is to consult with department legal counsel when an incident occurs which may give rise to litigation. The focus of the CIRB is to assess the department's civil exposure as a result of a given incident). Additionally, protected from disclosure pursuant to Department P&P § 4.23 – Department Committees and Review Boards. The confidential CIRB privileged review and communications occur within the attorney-client relationship between privileged persons for the purpose of obtaining legal advice and assisting counsel in rendering legal advice. Also, the document and attachments contain confidential and privileged third-party information subject to third-party/individual privacy rights. Also, protected from disclosure pursuant to California state law and federal law under official information and law enforcement privileges |  |

| Doc. No. | Date | Description | From/Author | To | Privilege | Responsive RFP |
|---|---|---|---|---|---|---|
| | | | | | (Fed. R. Evid. 501); California governmental privilege statutes (Cal. Pen. Code § 832.7; Cal. Evid. Code § 1043); and California attorney-client privilege (Cal. Evid. Code §§ 952, 954) and work-product doctrine (Cal. Code Civ. Proc., §§ 2018.020, 2018.030).) | |

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

## ATTACHMENT "CHART SUMMARY TABLE 1"

## TABLE 1 RE: "COUNTY PRIVILEGED PERSONS" FOR COUNTY'S AMENDED PRIVILEGE LOG RE: CIRB-RELATED RECORDS

### 1. Chart Summary/Table re: Necessary/County Privileged Persons listed in Privilege Log Re: Critical Incident Review Board (CIRB)-related records

| Office of the Sheriff | | | Abbreviation |
|---|---|---|---|
| Office of the Sheriff | Sheriff | William Gore | (OTS) |
| Office of the Sheriff | Sheriff | Anthony Ray | (OTS) |
| Office of the Sheriff | Undersheriff | Mike Barnett | (OTS) |
| Office of the Sheriff | Undersheriff/ Assistant Sheriff /Acting Sheriff/ Sheriff | Kelly Martinez | (OTS) |
| Office of the Sheriff | Undersheriff | Richard Williams | (OTS) |
| Office of the Sheriff | Lieutenant | John Boyce | (OTS) |
| Legal Affairs | Director | Robert Faigin, Esq. | (Legal Affairs, OTS) |
| Legal Affairs | Legal Advisor | Michael Baranic, Esq. | (Director Legal Affairs, OTS) |
| Legal Affairs | Legal Advisor | Sanford A. Toyen, Esq. | (Legal Affairs, OTS) |
| Legal Affairs | Administrative Secretary III | Kristen Tyson | (Legal Affairs, OTS) |
| Division of Inspectional Services | Lieutenant | Michelle Craig | (DIS, OTS) |
| Division of Inspectional Services | Lieutenant | David Perkins | (DIS, OTS) |
| Division of Inspectional Services | Lieutenant | Scott Amos | (DIS, OTS) |
| Division of Inspectional Service | Sergeant | Daniel Dennis | (DIS, OTS) |
| Division of Inspectional Service | Sergeant | Aaron Meleen | (DIS, OTS) |
| Division of Inspectional Service | Sergeant | Kristin T. Brayman | (DIS, OTS) |
| Division of Inspectional Service | Sergeant | Kenneth Lawrence | (DIS, OTS) |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4896-1022-6313 v1                                    37
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY
PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Division of Inspectional Service | Sergeant | Andrew Mowins | (DIS, OTS) |
|---|---|---|---|
| Division of Inspectional Service | Sergeant | Joseph Navarro | (DIS, OTS) |
| Division of Inspectional Service | Sergeant | Michael Tingley | (DIS, OTS) |
| Division of Inspectional Service | Sergeant | Isaac White | (DIS, OTS) |
| Division of Inspectional Service | Sergeant | Aaron Meleen | (DIS, OTS) |
| Division of Inspectional Service | Administrative Secretary II | Cynthia Wright | (DIS, OTS) |
| Media Relations | Lieutenant/Director | Ricardo Lopez | (Media, OTS) |
| **Law Enforcement Services Bureau** | | | **Abbreviation** |
| Law Enforcement Services | Assistant Sheriff | Kelly Martinez | (LES, LESB) |
| Law Enforcement Investigations | Commander | Charles Cinnamo | (LE Invest., LESB) |
| Law Enforcement Services Bureau | LESB Community Inclusion Director | Nadia Moshirian Binderup | (LESB) |
| Patrol | Commander | David Brown | (Patrol, LESB) |
| Law Enforcement Support | Commander | Theresa Adams | (LE Supp., LESB) |
| Major Crimes | Commander | Patrick Gardner | (Maj. Crimes, LESB) |
| Major Crimes/Homicide Unit | Lieutenant | Thomas Seiver | (Hom. Unit. LESB) |
| Major Crimes/Homicide Unit | Sergeant | Felix Santiesteban | (Hom. Unit, LESB) |
| Major Crimes/Homicide Unit | Detective | Brian Simpson | (Hom. Unit, LESB) |
| **Detention Services Bureau** | | | **Abbreviation** |
| Detention Services Bureau | Assistant Sheriff | Frank Clamser | (DSB) |
| Detention Services Bureau | Commander | Hank Turner | (DSB) |
| Detention Services Bureau | Commander | Erika Frierson | (DSB) |
| Detention Services Bureau | Commander | William Brown | (DSB) |
| Detention Services Bureau | Commander | Billy Duke | (DSB) |
| Vista Detention Facility | Captain | Sonia Manning | (VDF, DSB) |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4896-1022-6313 v1                                    38
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY
PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Vista Detention Facility | Captain | Lena Lovelace | (VDF, DSB) |
|---|---|---|---|
| Vista Detention Facility | Lieutenant | Kevin Kamoss | (VDF, DSB) |
| Vista Detention Facility | Sergeant | Katrina San Nicolas | (VDF, DSB) |
| Medical Services Division | Chief Medical Officer | Jon Montgomery | (MSD, DSB) |
| Medical Services Division | Captain | Alan Kneeshaw | (MDS, DSB) |
| Medical Services Division | Lieutenant | Kyle Bibel | (MSD, DSB) |
| Medical Services Division | Sergeant | Malinda Sadler | (MSD, DSB) |
| Medical Services Division | Mental Health Program Manager | Melissa Quiroz, LMFT | (MSD, DSB) |
| Medical Services Division | Director of Nursing | Nancy Booth | (MDS, DSB) |
| Medical Services Division | Medical Services Officer | Christopher Miedico | (MSD, DSB) |
| Medical Services Division | Sergeant | Matthew Jensen | (MSD, DSB) |
| Detention Support | Commander | Christopher Buchanan | (MSD, DSB) |
| Detention Support | Lieutenant | Aaron Boorman | (DSD) |
| Detention Investigations Unit | Lieutenant | Jack Reynolds | (DIU, DSB) |
| Detention Investigations Unit | Sergeant | Aaron Brown | (DIU, DSB) |
| Detentions In-service Training | Lieutenant | Gloria Soto-Meza | (DTU, DSB) |
|  |  |  |  |
| Detentions In-service Training | Sergeant | Mayraflor Stiles | (DTU, DSB) |

///

///

///

///

///

///

///

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4896-1022-6313 v1    39
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY
PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

| Court Services Bureau/Human Resource Services Bureau | | | Abbreviation |
|---|---|---|---|
| Human Resources/Court Services Bureau | Assistant Sheriff | Anthony Ray | (HRSB, CSB) |
| Human Resource Services | Commander | John Mayron, CIRB Chair | (HRS, HRSB) |
| Human Resource Services | Administrative Secretary III | Jennifer Sewell | (HRS, HRSB) |
| Court Services | Commander | David Moss | (CSB) |

Dated:  October 23, 2023          BURKE, WILLIAMS & SORENSEN, LLP


By: _____
Susan E. Coleman
Elizabeth M. Pappy
Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN
DIEGO COUNTY SHERIFF'S
DEPARTMENT and SAN DIEGO
COUNTY PROBATION
DEPARTMENT

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4896-1022-6313 v1                                    40
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND SAN DIEGO COUNTY
PROBATION DEPARTMENT'S AMENDED PRIVILEGE LOG

1

<u>**PROOF OF SERVICE**</u>

2

**Dunsmore v. San Diego County Sheriff's Department**
**Case No. 3:20-cv-00406-AJB-DDL**

3

**STATE OF CALIFORNIA, COUNTY OF SANTA CLARA**

4

5
         At the time of service, I was over 18 years of age and not a party to this action.  I am
employed in the County of Santa Clara, State of California.  My business address is 60 South
Market Street, Suite 1000, San Jose, CA 95113-2336.

6

7
         On October 23, 2023, I served true copies of the following document(s) described as
**County of San Diego, San Diego County Sheriff's Department and San Diego County
Probation Department's Amended Privilege Log** on the interested parties in this action as
8   follows:

9   Aaron J. Fischer                           Christopher M. Young
    ajf@aaronfischerlaw.com                    Christopher.Young@us.dlapiper.com
10

    Priyah Kaul
11  pkaul@rbgg.com                             Hannah M. Chartoff
                                               HChartoff@rbgg.com
12  Gay C. Grunfeld
    GGrunfeld@rbgg.com
13
                                               Eric Monek Anderson
    Van Swearingen                             EMonekAnderson@rbgg.com
14  VSwearingen@rbgg.com

15  Neal, Isabella
    Isabella.Neal@us.dlapiper.com
16
    Kiefer, Oliver
17  Oliver.Kiefer@us.dlapiper.com

18

19        **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the
document(s) to be sent from e-mail address lgonzalez@bwslaw.com to the persons at the e-mail
20  addresses listed in the Service List.  I did not receive, within a reasonable time after the
transmission, any electronic message or other indication that the transmission was unsuccessful.

21
         I declare under penalty of perjury under the laws of the State of California that the
22  foregoing is true and correct.

23        Executed on October 23, 2023, at San Jose, California.

24

25

26

27                                             _____
                                               Lucy Gonzalez
28

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Silicon Valley

PROOF OF SERVICE