# UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER**
Please use one form per case
*Please read instructions on next page*

**COURT USE ONLY — DUE DATE:**

| 1a. CONTACT PERSON FOR THIS ORDER | 2a. CONTACT PHONE NUMBER | 3a. CONTACT EMAIL ADDRESS |
|---|---|---|
| Kedra Chan | 415.433.6830 | kchan@rbgg.com |

| 1b. ATTORNEY NAME (if different) | 2b. ATTORNEY PHONE NUMBER | 3b. ATTORNEY EMAIL ADDRESS |
|---|---|---|
| Gay Crosthwait Grunfeld | 415.433.6830 | ggrunfeld@rbgg.com |

| 4. MAILING ADDRESS | 5. CASE NAME | 6. CASE NUMBER |
|---|---|---|
| Rosen Bien Galvan & Grunfeld LLP, 101 Mission St. Sixth Floor San Francisco, CA 94105 | Dunsmore et al. v. San Diego County Sheriff's Department, et al. | 20-cv-00406-AJB-DDL |

**7. TRANSCRIPT(S) REQUESTED**

| DATE | JUDGE | TYPE | PORTION | PDF | TEXT/ASCII | PAPER | CONDENSED | CM/ECF ACCESS | CD | ORDINARY | 14-DAY | EXPEDITED | 3-DAY | DAILY | HOURLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/21/2025 | DDL | Motion | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

**8. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, DCN #, ETC.**

**9. SIGNATURE:** /s/ Gay Crosthwait Grunfeld

**10. DATE:** April 21, 2025