GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　　v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>　　　　　　Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF JEFFREY M. KELLER, M.D., IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION**<br><br>Magistrate: Hon. David D. Leshner<br><br>**NO HEARING DATE PER DKT. 882** |

[4688618.2]

Case No. 3:20-cv-00406-AJB-DDL

DECLARATION OF JEFFREY M. KELLER, M.D. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR RECONSIDERATION

I, Jeffrey E. Keller, M.D., declare that if called upon I could and would testify competently to the information contained below, including in my expert reports, which is based on my own personal knowledge:

1. I am a physician licensed to practice medicine in the State of Idaho, with a particular focus on correctional medicine. I am also a businessperson with significant knowledge about the private correctional healthcare industry. I am currently the President of the American College of Correctional Physicians. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Reconsideration ("Motion").

2. As part of my review of the medical system at the San Diego County Jail, I reviewed 11 reports from the San Diego Sheriff Office's Critical Incident Review Board ("CIRB"). *See* Expert Report of Jeffrey Keller, M.D., Aug. 21, 2024 ("Report"), Ex. B at 2. I offered certain opinions about the CIRB reports in paragraphs 97 and 98 and a clause of the first sentence of 789 of my Report.

3. Other than those aforementioned portions of my Report, there are no statements, conclusions, or opinions in my Report that rely upon or are derived from the CIRB reports. None of the other opinions I offer in the Report are dependent on the opinions I offer regarding the CIRB and CIRB reports. In other words, had I never reviewed the CIRB reports, my Report would be identical to the report I produced in this case, except the report would not include paragraphs 97 and 98 or the clause in paragraph 789 that references the CIRB.

4. I have permanently deleted all of the electronic copies of the CIRB reports provided to me in this case.

/ / /

/ / /

/ / /

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct to the best of my knowledge, and that
3  this declaration is executed at Idaho Falls, Idaho this 24th day of April, 2025.

_____
Jeffrey M. Keller, M.D.