1  GAY C. GRUNFELD – 121944           CHRISTOPHER M. YOUNG – 163319
   VAN SWEARINGEN – 259809            ISABELLA NEAL – 328323
2  MICHAEL FREEDMAN – 262850          OLIVER KIEFER – 332830
   ERIC MONEK ANDERSON – 320934       DLA PIPER LLP (US)
3  HANNAH M. CHARTOFF – 324529        4365 Executive Drive, Suite 1100
   BEN HOLSTON – 341439               San Diego, California  92121-2133
4  ROSEN BIEN                         Telephone:  (858) 677-1400
   GALVAN & GRUNFELD LLP              Facsimile:  (858) 677-1401
5  101 Mission Street, Sixth Floor    christopher.young@dlapiper.com
   San Francisco, California  94105-1738   isabella.neal@dlapiper.com
6  Telephone:  (415) 433-6830         oliver.kiefer@dlapiper.com
   Facsimile:  (415) 433-7104
7  ggrunfeld@rbgg.com
   vswearingen@rbgg.com
8  mfreedman@rbgg.com
   eanderson@rbgg.com
9  hchartoff@rbgg.com
   bholston@rbgg.com
10
11 AARON J. FISCHER – 247391
   LAW OFFICE OF
   AARON J. FISCHER
12 1400 Shattuck Square Suite 12 - #344
   Berkeley, California  94709
13 Telephone:  (510) 806-7366
   Facsimile:  (510) 694-6314
14 ajf@aaronfischerlaw.com

15 Attorneys for Plaintiffs and the
   Certified Class and Subclasses

16

17                    UNITED STATES DISTRICT COURT

18                   SOUTHERN DISTRICT OF CALIFORNIA

19 | DARRYL DUNSMORE, ANDREE            | Case No. 3:20-cv-00406-AJB-DDL
   | ANDRADE, ERNEST ARCHULETA,         |
20 | JAMES CLARK, ANTHONY EDWARDS,      | **DECLARATION OF GARY L.
   | REANNA LEVY, JOSUE LOPEZ,          | RANEY IN SUPPORT OF
21 | CHRISTOPHER NORWOOD, JESSE         | PLAINTIFFS' OPPOSITION TO
   | OLIVARES, GUSTAVO SEPULVEDA,       | DEFENDANTS' MOTION FOR
22 | MICHAEL TAYLOR, and LAURA          | RECONSIDERATION**
   | ZOERNER, on behalf of themselves and all |
23 | others similarly situated,          |
   |          Plaintiffs,                | Magistrate: Hon. David D. Leshner
24 | v.                                  |
25 | SAN DIEGO COUNTY SHERIFF'S         | **NO HEARING DATE
   | DEPARTMENT, COUNTY OF SAN          | PER DKT. 882**
26 | DIEGO, SAN DIEGO COUNTY            |
   | PROBATION DEPARTMENT, and DOES     |
27 | 1 to 20, inclusive,                 |
   |          Defendants.                |
28

[4688638.1]                                          Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF GARY L. RANEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR RECONSIDERATION

## DECLARATION OF GARY L. RANEY

I, Gary L. Raney, declare that if called upon I could and would testify competently to the information contained below, including in my expert reports, which is based on my own personal knowledge:

1. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Reconsideration ("Motion").

2. As part of my review of conditions at the San Diego County Jail, I reviewed 3 reports from the San Diego Sheriff Office's Critical Incident Review Board ("CIRB"). *See* August 21, 2024 Expert Report of Gary Raney ("Report"), Ex. C at 11. I offered certain opinions about the CIRB reports in two paragraphs of my expert report at pages 36 and 37. I have since deleted those CIRB reports and no longer have access to them.

3. Other than those portions of my Report identified in Paragraph 2, there are no statements, conclusions, or opinions in my Report that rely upon or are derived from the CIRB reports. None of the other opinions I offer in the Report are dependent on the opinions I offer regarding the CIRB and CIRB reports. Had I never reviewed the CIRB reports, my Report would be identical to the report I produced in this case, except the report would not include the two paragraphs discussing the CIRB reports at pages 36 and 37 of my Report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration is executed at Boise, Idaho this 23rd day of April, 2025.

_____
Gary L. Raney