DUNSMORE V. SAN DIEGO SHERIFF DEPT
WHILE IN CUSTODY,

I FRANK SPARKS DO NOT I AGREE with any Terms of the pending A.D.A. portion or any FINAL Agreement proposed, I assert the privilege to seek remedy of my injuries past present and future declaration as well as —

(1) - Special Damages Jointly & Severely 700,000.00
(2) Future Damages 1,000,000
(3) Punitive Damages Maximum Allowable
(4) Monetary Damages 300,000.00
(5) Exemploly damages whatever is Just
(6) Attorney cost and fees maximum allowable
(7) Holding San Diego county Sheriff Kelly A. Martinez
(8) the county of San Diego, San Diego Sheriff Department of medical services all parties directly and - indirectly involved in acts and omissions, deprivations of right of the R.A., A.D.A. and Bane Act
(9) Against my person, myself Frank J.D. Sparks being held in grotesque. pretrial detainee medical condition of confinement.
(10) I have suffered and continue to suffer willful and deliberate indifference to my medical needs. I have now lifelong irreparable - damages to my health and further potential life threatening blood bolw pathogen exposure - injuries to others and myself detainees were forced to live in and clean up well as store —
- c - pap medical devices ...

— with what we lived in while in custody

(1) I'6 Been very on several occation
(2) double over through up in pain to the point Vista Jail sent me to the hospital G.B.D.F. coming here sick from Vista told me what I had Vista said it was nothing 3 different times

(3) No therapy 18 month thier. I'm A.D.A. No walking shoes, back braces, my neck work injury record to show they gave me no pain meds for months and had Rx for them Gabapentin 800 3 time day now only 2 a day they took my walking cane in downtown county Jail made me walk cause me more pain and stress serve pain they finilly gave it back. I miss meals due to this I'm now in much pain no theraply or proper pain meds the walking shoes would help they gave me shoes when A.D.A. officer talk with me (1) Hr later they ask for them back so mentally that screw me up. Till this day never got them back. So Been sick Because the Dirt and damage at Vista Jail people will stay in there now at George F Bailey hope to get something different here. My anxivty is very high I don't want to be around people now my injurys are much worse due to the neglects there thank you

MR FRANK J.D. SPARKS 23734464 MEDICAL
G.B.D.F. 451 RIVERVIEW PARKWAY BUILDING
SANTEE, CA. 92071



CLERK of the Court
UNITED STATES DISTRICT Southern DIST of CA
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CA. 92101

RS 3/06

