To The Honorable Clerk of the Court regarding;

Dunsmore V. San Diego County Sheriff's Dept. No. 3:20-CV-00406-AJB-DDL

I Edgar Daniel Ramos do not agree with the currently pending ADA settlement terms as proposed. I do assert the privelage to seek additional remedy of my injuries, past, present and future.

I want a declarative statement of facts as well as.

| | | |
|---|---|---|
| Special Damages | Jointly & Severaly | $700,000.00 |
| Future Damages | " | $1,000,000.00 |
| Punitive Damages | " | Maximum allowable |
| monetary Damages | " | $300,000.00 |
| Exemplary Damages | " | Whatever is just |

Injunctive relief and anything else the court sees fit.

Attorney costs & fees "                " Maximum allowable

Holding as liable the San Diego County Sheriff's Department, Department of Medical Services and those working in concert under the San Diego County Sheriff. Kelly A. Martinez and the County of San Diego. And the San Diego County Detention Services Bearua. For direct and indirect acts and omissions, deprevations of my RA, ADA, Bane act, RICO act violations perpatrated against my person spirit life and potential earnings.

While being held in grotesque and inhumane facilities as a pretrial detainee, I have suffered and continue to suffer willfull and deliberate indifference to my medical needs, health and safety protection failures. I now have new lifelong irreparable damages due to prolonged, repetitive and profound exposure to raw black sewage and blood born pathogens due to unmitigated Hazmat spills in our living area. My C-pap Medical device sat in it causing immediate

Sickness, My devices and body are permeated with the diseases I am forced to live in while held in custody.

It took eleven months to ever get a c-pap machine. I was sexualy assaulted and batterd both by Deputies and inmates as retaliation and retribution for filing grievances. I am chilled to the point of hunger striking starting today as a peaceful protest of these conditions of confinement I ran the gauntlet to exhaust remedy at the facility levels in attempt to lessen my damages and injuries and now live in fear of mortal danger of the Deputies, staff and inmates. On one or more Occasions the mental health clinitian threatend to have me labeld incompetent for excercising peacefull protected activity.

I Pray that you allow me and potentialy other victims special investigations into our claims to assess future injuries from these events that will undoubtedly be lasting. In the interest of Justice and decency I believe Settling, without past, present and future financial Caverage to victims families and society would be Catostropic We Cannot al Should not award the County and its defendants Immunity and simply add funding without a victims compensation trust to help recovery of the lives impacted. Considerably more so for those with experiences like mine.

Thank you and God Speed in handling this matter.

Edgar Daniel Ramos                    4/18/25

FILED
APR 2 4 2025
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

Mr. Edgar Daniel Ramos <sup>BN</sup> 23752966
GBDF Medical
451 Riverview Pkwy Building
Sante CA. 92011

SAN DIEGO CA  920

23 APR 2025  PM 3  L

USA ★ FOREVER

RECEIVED

APR 24 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

Clerk of the Court
United States District Southern dist of CA
333 West Broadway, Suite 420
San Diego, CA 92101-3802



RS  3/06



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019