

# San Diego County
# SHERIFF'S DEPARTMENT
## INCARCERATED PERSON STATIONERY

**FILED APR 2 4 2025 CLERK. U.S. DISTRICT COURT**
*Southern District*
*Clerk:*
*SAN: S. Voyager*

IT IS IMPORTANT for the person receiving this letter to read the opposite side.
ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.

| Name: / Nombre: | Booking No.: / Número de recluso: | Facility: / Institución: | Housing Unit: / Unidad de habitación: |
|---|---|---|---|
| Christopher Hawkins | 25710758 | Central | E, 6, #9 |

Case No. Dunsmore v. San Diego County Sheriffs Dept., 3:20-cv-00406-AJB-DDL.

* Letter is in objection to settlement agreement subclass restrictions, plaintiff's counsel request for attorney fees, cost & fees to removal of pronouncement of amendment jurisdiction, rules that applied addition the authority of complaint's original filing with settlement agreement to the cost routines with violation of ADA information to legal information changed without notice of legal counsel to both parties of plaintiff with notification required mandated by inmate to submit required responce.

Any information regarding claim including future dates has been denied and impeded by the defendants of the facility through extreme misconduct with malicious intent to impede & hinder communications of plaintiffs of this case number involved that is now under investigation in civil court. Information will be provided in due time through counsel.

Thank you very much. Respectfully submitted, Christopher Todd Hawkins.

4/22/25.

**OVER / VEA AL REVERSO**

J-56 FRONT (Rev. 01/23)

CHRISTOPHER HAWKINS.
25710758.
Housing Unit; 6,E,#9.
1173 Front Street
San Diego, CA, 92101.

SAN DIEGO CA 920
23 APR 2025 PM

RECEIVED
APR 24 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

Clerk of the Court,
United States District Court,
Southern District of California
333 West Broadway Suite #420
San Diego, CA, 92101.

92101-380620

Case #: 3:20-CV-00406-ABJ-DDL.

Legal Mail,

WM 4020   04/22