# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.: 20-cv-00406-AJB-DDL<br><br>**ORDER DENYING PLAINTIFFS' MOTION REQUESTING A PRE-TRIAL CONFERENCE DATE**<br><br>**(Doc. No. 928)** |

Presently before the Court is Plaintiffs' motion requesting a pre-trial conference date ("Plaintiffs' Motion"). (Doc. No. 928.) In the Declaration of Van Swearingen In Support of Plaintiffs' Motion ("Swearingen Decl."), (Doc. No. 928-2), Plaintiffs' counsel indicates that Defendants oppose Plaintiffs' Motion and declined to file the instant motion as a joint motion. (*Id.* ¶ 3.)

1

On March 12, 2025, the Court granted Defendants' ex parte application to continue pretrial deadlines and the pretrial conference until 30 days after a written decision is issued on the pending summary judgment motion and *Daubert* motions. (Doc. No. 850.) In its March 12, 2025 order, the Court explained that any changes in witnesses, claims or evidence would render pretrial disclosures and the Joint Pretrial Order subject to significant change and repetition of the process. (*Id.* at 2.) Accordingly, the Court reasoned, proceeding with the pretrial process as previously scheduled is premature. (*Id.* at 2.)

Based on the foregoing, and consistent with its previous ruling, the Court **DENIES** Plaintiffs' Motion and reaffirms its prior ruling that the pretrial deadlines are continued until 30 days after a written decision is issued on the pending summary judgment and *Daubert* motions.

**IT IS SO ORDERED.**

Dated:  June 11, 2025

Hon. Anthony J. Battaglia
United States District Judge