1

2

3

4

5

6

7

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10

11  DARRYL DUNSMORE, ANDREE          Case No.:  20-cv-00406-AJB-DDL
    ANDRADE, ERNEST
12  ARCHULETA, JAMES CLARK,          **ORDER:**
    ANTHONY EDWARDS, LISA
13  LANDERS, REANNA LEVY, JOSUE
    LOPEZ, CHRISTOPHER NELSON,       **(1) GRANTING IN PART JOINT**
14  CHRISTOPHER NORWOOD, JESSE       **MOTION TO SUBSTITUTE**
    OLIVARES, GUSTAVO                **DOCUMENTS**
15  SEPULVEDA, MICHAEL TAYLOR,
    and LAURA ZOERNER, on behalf of
16  themselves and all others similarly   **(2) STRIKING DOC NOS. 779-3; 779-4;**
    situated,                        **796-3; 796-4; 796-5; 796-11; and 856-1**
17                                   **FROM THE PUBLIC DOCKET**
                Plaintiffs,
18                                   **(3) ORDERING PARTIES TO REFILE**
    v.                               **REVISED, REDACTED DOCUMENTS**
19
    SAN DIEGO COUNTY SHERIFF'S       **(Doc. No. 934)**
20  DEPARTMENT, COUNTY OF SAN
    DIEGO, SAN DIEGO COUNTY
21  PROBATION DEPARTMENT, and
    DOES 1 to 20, inclusive,
22                  Defendants.

23

24       Before the Court is Defendants and Plaintiffs' Joint Motion to Substitute Documents

25  ("Joint Motion"). (Doc. No. 934.) The Parties filed the Joint Motion to replace previously

26  filed exhibits with exhibits that contain additional redactions to protect information the

27  Court has determined is privileged. (*See id.*) It is not technically feasible for the Clerk of

28  Court to parse through filed documents containing multiple exhibits and replace a subset

1

of pages within the larger document. Accordingly, having considered the Joint Motion and for good cause shown, the Court **GRANTS IN PART** the Joint Motion, **DIRECTS** the Clerk of Court to strike Document Nos. 779-3, 779-4, 796-3, 796-4, 796-5, 796-11, and 856-1 from the public docket, and **ORDERS** the Parties to file revised, redacted versions of the seven documents containing privileged information (Doc. Nos. 779-3, 779-4, 796-3, 796-4, 796-5, 796-11, and 856-1) **on or before July 21, 2025**. The parties may label their filings as a "supplemental submission."

       **IT IS SO ORDERED.**

Dated:  July 17, 2025

Hon. Anthony J. Battaglia
United States District Judge

2

20-cv-00406-AJB-DDL