UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>　　　　　　　　　　　　Defendants. | Case No.:  20-cv-00406-AJB-DDL<br><br>**ORDER IN PREPARATION OF HEARING RE JOINT MOTION FOR FINAL APPROVAL OF ADA SETTLMENT AND PLAINTIFFS' MOTION FOR INTERIM ATTORNEYS' FEES** |

　　　On July 31, 2025, the Court will hold a hearing on the Parties' joint motion for final approval of the Americans with Disabilities Act ("ADA") settlement as to Plaintiffs' third claim ("Motion for Final Approval") (Doc. No. 907), and Plaintiffs' motion for interim

1

attorneys' fees and costs pertaining to the ADA Settlement Agreement ("Motion for Attorneys' Fees") (Doc. No. 807).

For efficiency, the Court has identified the following topics that Plaintiffs' Counsel must be prepared to address at the hearing:

*Regarding Final Approval*

1. The total number of objections to date, including any objections of which Counsel is aware that are not already docketed.
2. Plaintiffs' Counsel's follow up with objector who filed objection docketed as Doc. No. 897.

*Regarding Attorneys' Fees and Expenses*

3. The reasonableness of Sanford Jay Rosen's hourly rate considering prevailing rates for counsel of comparable experience, skill, and reputation in the Southern District of California.
4. The reasonableness of Christopher M. Young's hourly rate considering prevailing rates for counsel of comparable experience, skill, and reputation in the Southern District of California.
5. Entries from EH regarding "travel to" CHCF and "back to SF" from CHCF and how these entries relate to this case where California Health Care Facility, Stockton (CHCF) is not at issue. (*See* Doc. No. 807-3 at 20.)

The Court additionally requests Plaintiffs' Counsel bring supplemental documentation demonstrating:

6. Itemization of the SZS Engineering, Inc. ("SZS") invoices billed to Plaintiffs' Counsel for work done by Plaintiffs' ADA expert, Syroun Sanossian. The invoices provided to the Court provide no detail or description of work to allow the Court to determine the reasonableness of the charges incurred. (*See* Doc. No. 807-3 at 235–38, 247, 254–55, 259–62, 270–73, 275–79.)

///

7. All finalized expert reports written by Syroun Sanossian.

**IT IS SO ORDERED.**

Dated: July 28, 2025

Hon. Anthony J. Battaglia
United States District Judge