Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, CA 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00406-AJB-DDL <br><br> **DEFENDANT'S OBJECTIONS TO EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION TO LIMIT ADMINISTRATIVE SEPARATION FOR CLASS MEMBERS WITH SERIOUS MENTAL ILLNESS** <br><br> Date: November 20, 2025 <br> Time: 2:00 p.m. <br> Courtroom: 4A <br><br> Judge: Anthony J. Battaglia <br> Magistrate Judge David D. Leshner |

Defendants submit the following objections to evidence offered by Plaintiffs

in support of their motion for preliminary injunction:

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4912-9444-2101 v3

1

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

## OBJECTIONS TO DECLARATION OF GAY C. GRUNFELD

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| The entirety of Paragraph 4 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §401, *et seq*. Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). | |
| The entirety of Paragraph 5 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §401, *et seq*. Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). | |
| The entirety of Paragraph 6 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §401, *et seq*. Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001).<br><br>Additionally, the ADA Systemwide Rosters are confidential, produced pursuant to Settlement. Fed. R. Civ. P. §26(c). | |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4912-9444-2101 v3

2

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| The entirety of Paragraph 7 of the Declaration of Gay C. Grunfeld. | Lacks foundation. See Fed. R. Evid. §401, *et seq*. Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). | |
| **Exhibit B** [letter from Plaintiffs' counsel to defense counsel dated July 18, 2025] and the entirety of Paragraphs 8 and 9 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §401, *et seq*. Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **Exhibit C** [*San Diego Union-Tribune* articles] and the entirety of Paragraph 10 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See, Fed. R. Evid. §901, *et seq*. Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq*.<br><br>Exhibit C was not cited or relied upon in Plaintiff's memorandum of points and authorities. | |
| The entirety of Paragraph 11 of the Declaration of Gay C. Grunfeld. | Irrelevant. Fed. R. Evid. §401, *et seq*. | |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4912-9444-2101 v3

3

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| **Exhibit D** [excerpts from C. Dean's medical records] and the entirety of Paragraph 12 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §901, *et seq*. and §901. Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). | |
| The entirety of Paragraph 14 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §401, *et seq*. Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). | |
| The entirety of Paragraph 15 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §401, *et seq*. Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001).<br><br>Additionally, the ADA Systemwide Rosters are confidential. Fed. R. Civ. P. §26(c). | |
| The entirety of Paragraph 16 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §401, *et seq*. Lacks | |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4912-9444-2101 v3

4

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| | personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq*. | |
| **Exhibit E** [Email from Plaintiff's counsel to defense counsel dated August 1, 2025] and the entirety of Paragraph 17 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §401, *et seq*. Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq*. | |
| **Exhibit F** [*CBS8 News* article] and the entirety of Paragraph 18 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation.  See, Fed. R. Evid. §901, *et seq*.  Lacks personal knowledge.  Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). | |
| The entirety of Paragraph 19 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation.  See, Fed. R. Evid. §401, *et seq*.  Lacks personal knowledge.  Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). | |
| **Exhibit G** [Excerpts from 2017 *NCCHC* report] and the entirety of Paragraph | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation.  See, Fed. | |

Burke, Williams & Sorensen, LLP
Attorneys at Law
san diego

4912-9444-2101 v3

5

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| | Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|---|
| | 21 of the Declaration of Gay C. Grunfeld. | R. Evid. §901, *et seq*. Irrelevant. Fed. R. Evid. §401, *et seq*. | |
| | **Exhibit H** [Excerpts from 2018 Hayes report and SDSO response] and the entirety of Paragraph 22 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq*. | |
| | The entirety of Paragraph 23 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq*. | |
| | **Exhibit I** [DSB Policy J.3] and the entirety of Paragraph 22 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq*. Subsequent remedial measures. Fed. R. Evid. 407. | |
| | "In a declaration in support of that May 2022 motion, Dr. Pablo Stewart, Plaintiffs' retained mental | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks personal knowledge. Fed. R. Evid. §602; *Carmen* | |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4912-9444-2101 v3

6

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| health expert in this case, explained that Defendants' policies regarding placement of people in Ad Sep were deficient in part because the policies 'make[] no mention of a clinical assessment as to whether Administration [sic] Segregation is contraindicated.'" (Declaration of Gay C. Grunfeld, p. 7:13–18.) | *v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). | |
| The entirety of Paragraph 27 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| The entirety of Paragraph 28 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **Exhibit J** [Emails between Plaintiffs' and defense counsel regarding mental health and housing of currently incarcerated persons] and the entirety of Paragraph 29 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **Exhibit K** [Letter from Plaintiff's counsel to defense counsel dated August 13, 2025]  and the entirety of Paragraph 30 of | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Irrelevant. Fed. R. Evid. §401, *et seq.* | |

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4912-9444-2101 v3

7

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| the Declaration of Gay C. Grunfeld. | | |
| **Exhibit L** [L. Rupard's autopsy report] and the entirety of Paragraph 31 of the Declaration of Gay C. Grunfeld | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See, Fed. R. Evid. §901, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **Exhibit M** [L. Marroquin's autopsy report] and the entirety of Paragraph 31 of the Declaration of Gay C. Grunfeld | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See, Fed. R. Evid. §901, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| The entirety of Paragraph 32 of the Declaration of Gay C. Grunfeld. | Lacks foundation. See, Fed. R. Evid. §901, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **Exhibit N** [select San Bernardino County policies] and the entirety of Paragraph 33 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See, Fed. R. Evid. §901, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San* | |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4912-9444-2101 v3

8

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| | *Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **Exhibit O** [interoffice memoranda discussing San Bernardino County's disciplinary procedures for SMI] and the entirety of Paragraph 34 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See, Fed. R. Evid. §901, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **Exhibit P** [San Mateo County Policy 507] and the entirety of Paragraph 35 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See, Fed. R. Evid. §901, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **Exhibit Q** [Sacramento County Policy 505] and the entirety of Paragraph 36 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See, Fed. R. Evid. §901, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **Exhibit R** [Santa Clara County Remedial Plan] and | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. | |

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4912-9444-2101 v3

9

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| the entirety of Paragraph 37 of the Declaration of Gay C. Grunfeld. | Lacks foundation. See, Fed. R. Evid. §901, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **Exhibit S** [excerpt of Orange County Jail Settlement Agreement] and the entirety of Paragraph 38 of the Declaration of Gay C. Grunfeld | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation. See, Fed. R. Evid. §901, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **Exhibit T** [excerpt of Alameda County Consent Decree] and the entirety of Paragraph 39 of the Declaration of Gay C. Grunfeld | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation. See, Fed. R. Evid. §901, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **Exhibit U** [Alameda County Policies 8.12 and 9.02] and the entirety of Paragraph 40 of the Declaration of Gay C. Grunfeld | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation. See, Fed. R. Evid. §901, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. | |

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4912-9444-2101 v3

10

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| | Fed. R. Evid. §401, *et seq.* | |
| The entirety of Paragraph 41 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See, Fed. R. Evid. §401, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **Exhibit V** [Complaint in *People v. County of Los Angeles,* et al.] and the entirety of Paragraph 42 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See, Fed. R. Evid. §901, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **Exhibit W** [United Nations Standard Minimum Rules for the Treatment of Prisoners] and the entirety of Paragraph 43 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See, Fed. R. Evid. §901, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **Exhibit X** [Interim report of the Special Rapporteur of the Human Rights Council] and the entirety of Paragraph 43 of the | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See, Fed. R. Evid. §901, *et seq.* Lacks personal knowledge. Fed. R. | |

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4912-9444-2101 v3

11

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| Declaration of Gay C. Grunfeld. | Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **Exhibit Y** [American Psychiatric Association's 2023 Position Statement on Restrictive Housing of Incarcerated Adults with SMI] and the entirety of Paragraph 44 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See, Fed. R. Evid. §901, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **Exhibit Z** [American Public Health Association's 2013 Policy Statement] and the entirety of Paragraph 44 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See, Fed. R. Evid. §901, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **Exhibit AA** [American Medical Association's 2018 resolution] and the entirety of Paragraph 44 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §901, *et seq.* Irrelevant. Fed. R. Evid. §401, *et seq.* Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201.<br><br>Exhibit AA was not cited or relied upon in Plaintiff's | |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4912-9444-2101 v3

12

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| | memorandum of points and authorities. | |
| **Exhibit BB** [World Medical Association Statement adopted in 2014 and revised in 2019] and the entirety of Paragraph 44 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §901, *et seq*. Irrelevant. Fed. R. Evid. §401, *et seq*. Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201. | |
| 42. **Exhibit CC** [excerpts from 2016 USDOJ Report and Recommendations Concerning the Use of Restrictive Housing] and the entirety of Paragraph 45 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §901, *et seq*. Irrelevant. Fed. R. Evid. §401, *et seq*. Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201. | |
| 43. **Exhibit DD** [2017 NCCHC Policy MH-E-07] and the entirety of Paragraph 46 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §901, *et seq*. Irrelevant. Fed. R. Evid. §401, *et seq*. Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201. | |
| 44. **Exhibit EE** [2016 NCCHC Policy on Solitary Confinement] and the entirety of Paragraph 47 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §901, *et seq*. Irrelevant. Fed. R. Evid. §401, *et seq*. Improperly introduced without a Request for Judicial Notice. | |

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4912-9444-2101 v3

13

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| | Fed. R. Evid. §201. | |
| **45. Exhibit FF** [American Correctional Association Policy] and the entirety of Paragraph 48 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §901, *et seq*. Irrelevant. Fed. R. Evid. §401, *et seq*. Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201. | |
| **46. Exhibit GG** [2017 amicus brief by Harvard Center for Law, Brain & Behavior and Neuroscientists in *Perry* case] and the entirety of Paragraph 49 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §901, *et seq*. Irrelevant. Fed. R. Evid. §401, *et seq*. Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201. | |
| **Exhibit HH** [2017 amicus brief by Prosecutors and DOJ Officials in the *Perry* case] and the entirety of Paragraph 49 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §901, *et seq*. Irrelevant. Fed. R. Evid. §401, *et seq*. Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201.  Exhibit HH was not cited or relied upon in Plaintiff's memorandum of points and authorities. | |
| **47. Exhibit II** [2019 corrected amicus brief by Former Corrections | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. | |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4912-9444-2101 v3

14

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| Directors & Experts in the *Johnson* case]  and the entirety of Paragraph 50 of the Declaration of Gay C. Grunfeld. | R. Evid. §901, *et seq*. Irrelevant. Fed. R. Evid. §401, *et seq*. Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201.

Exhibit II was not cited or relied upon in Plaintiff's memorandum of points and authorities. | |
| 48. **Exhibit JJ** [amicus brief by Kupers, et al. in the *Cintron* case] and the entirety of Paragraph 51 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §901, *et seq*. Irrelevant. Fed. R. Evid. §401, *et seq*. Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201.

Exhibit JJ was not cited or relied upon in Plaintiff's memorandum of points and authorities. | |
| 49. **Exhibit KK** [amicus brief by Dr. Clarke in the *Cintron* case] and the entirety of Paragraph 52 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §901, *et seq*. Irrelevant. Fed. R. Evid. §401, *et seq*. Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201.

Exhibit KK was not cited or relied upon in Plaintiff's memorandum of points and | |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4912-9444-2101 v3

15

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| | authorities. | |
| 50. **Exhibit LL** [2019 academic study] and the entirety of Paragraph 53 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §901, *et seq*. Irrelevant. Fed. R. Evid. §401, *et seq*. Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201. | |
| 51. **Exhibit MM** [2014 academic study] and the entirety of Paragraph 54 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §901, *et seq*. Irrelevant. Fed. R. Evid. §401, *et seq*. Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201. | |
| 52. **Exhibit NN** [2020 academic journal article] and the entirety of Paragraph 55 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §901, *et seq*. Irrelevant. Fed. R. Evid. §401, *et seq*. Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201. | |
| 53. **Exhibit OO** [2022 academic journal article] and the entirety of Paragraph 56 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §901, *et seq*. Irrelevant. Fed. R. Evid. §401, *et seq*. Improperly introduced without a Request for Judicial Notice. | |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4912-9444-2101 v3

16

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| | Fed. R. Evid. §201.<br><br>Exhibit OO was not cited or relied upon in Plaintiff's memorandum of points and authorities. | |
| 54. **Exhibit PP** [excerpts from 2018 Disability Rights California report] and the entirety of Paragraph 57 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §901, *et seq.* Irrelevant. Fed. R. Evid. §401, *et seq.* Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201. | |
| 55. **Exhibit QQ** [excerpts from 2020 Venters Report] and the entirety of Paragraph 58 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §901, *et seq.* Irrelevant. Fed. R. Evid. §401, *et seq.* Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201. | |
| 56. **Exhibit RR** [case study of solitary confinement reform in Oregon] and the entirety of Paragraph 59 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §901, *et seq.* Irrelevant. Fed. R. Evid. §401, *et seq.* Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201.<br><br>Exhibit RR was not cited or relied upon in Plaintiff's memorandum of points and | |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4912-9444-2101 v3

17

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| | authorities. | |
| **57. Exhibit SS** [excerpts of deposition transcript of A. Ross] and the entirety of Paragraph 60 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §401, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **58. Exhibit TT** [excerpts of deposition transcript of T. Adams-Hydar] and the entirety of Paragraph 60 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §401, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **59. Exhibit UU** [excerpts of deposition transcript of J. Johns] and the entirety of Paragraph 60 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §401, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| **60. Exhibit VV** [excerpts of deposition transcript of R. Diaz] and the entirety of the | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §401, *et seq.* Lacks personal knowledge. Fed. R. | |

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4912-9444-2101 v3

18

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| Declaration of Gay C. Grunfeld. | Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq.* | |
| 61. **Exhibit WW** [photographs] and the entirety of Paragraph 61 of the Declaration of Gay C. Grunfeld. | Lacks foundation. See Fed. R. Evid. §401, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Probative value outweighed by potential prejudice. Fed. R. Evid. §403.<br><br>Exhibit WW was not cited or relied upon in Plaintiff's memorandum of points and authorities. | |
| 62. **Exhibit XX** [photographs] and the entirety of Paragraph 61 of the Declaration of Gay C. Grunfeld. | Lacks foundation. See Fed. R. Evid. §401, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Probative value outweighed by potential prejudice. Fed. R. Evid. §403.<br><br>Exhibit XX was not cited or relied upon in Plaintiff's memorandum of points and authorities. | |
| 63. **Exhibit YY** [floor plan of East House at VDF- | Probative value outweighed by potential prejudice. Fed. | |

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4912-9444-2101 v3

19

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| filed under seal] and the entirety of Paragraph 61 of the Declaration of Gay C. Grunfeld. | R. Evid. §403.<br><br>Exhibit YY was not cited or relied upon in Plaintiff's memorandum of points and authorities. | |
| 64. **Exhibit ZZ** [BSCC inspection reports] and the entirety of Paragraph 61 of the Declaration of Gay C. Grunfeld. | Probative value outweighed by potential prejudice. Fed. R. Evid. §403.<br><br>Exhibit ZZ was not cited or relied upon in Plaintiff's memorandum of points and authorities. | |
| 65. **Exhibit AAA** [uncertified Misdemeanor/Felony – Pre-Disposition Minutes provided by the Dean family's attorney to plaintiffs' counsel] and the entirety of Paragraph 62 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §401, *et seq.* Irrelevant. Fed. R. Evid. §401, *et seq.*<br><br>Exhibit AAA was not cited or relied upon in Plaintiff's memorandum of points and authorities. | |
| 66. **Exhibit BBB** [excerpts of confidential medical and jail records of A. Bonin] and the entirety of Paragraph 63 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §401, *et seq.* Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Probative value outweighed by potential prejudice. Fed. R. Evid. §403. Contains | |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4912-9444-2101 v3

20

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| | information designated as "Confidential" under Fed. R. Civ. P. 26(c). | |
| **67. Exhibit CCC** [DSB Policy I.64 (Safety Checks) dated Sept. 27, 2022] and the entirety of Paragraph 64 of the Declaration of Gay C. Grunfeld. | Lacks foundation. See Fed. R. Evid. §401, *et seq.* Irrelevant. Fed. R. Evid. §401, *et seq.* Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201. | |
| **68. Exhibit DDD** [DSB Policy R.11 (Incarcerated Person Facility Assignment Criteria) dated Jan. 21, 2025] and the entirety of Paragraph 64 of the Declaration of Gay C. Grunfeld. | Lacks foundation. See Fed. R. Evid. §401, *et seq.* Irrelevant. Fed. R. Evid. §401, *et seq.* Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201. Subsequent remedial measure. Fed. R. Evid. §407.<br><br>Exhibit DDD was not cited or relied upon in Plaintiff's memorandum of points and authorities. | |
| **69. Exhibit EEE** [DSB Policy T.11 (Exercise and Recreation) dated Nov. 7, 2023] and the entirety of Paragraph 64 of the Declaration of Gay C. Grunfeld. | Lacks foundation. See Fed. R. Evid. §401, *et seq.* Irrelevant. Fed. R. Evid. §401, *et seq.* Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201.<br><br>Exhibit EEE was not cited or relied upon in Plaintiff's memorandum of points and authorities. | |

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4912-9444-2101 v3

21

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| 70. **Exhibit FFF** [MSD Policy G.2.1 (Segregated Inmates) dated Nov. 4, 2022] and the entirety of Paragraph 64 of the Declaration of Gay C. Grunfeld. | Lacks foundation. See Fed. R. Evid. §401, *et seq*. Irrelevant. Fed. R. Evid. §401, *et seq*. Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201. | |
| 68. The entirety of Paragraph 65 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §401, *et seq*. Irrelevant. Fed. R. Evid. §401, *et seq*.<br><br>Paragraph 65 of this declaration was not cited or relied upon in Plaintiff's memorandum of points and authorities. | |
| 69. **Exhibit GGG** [National Institute of Justice Report, *Restrictive Housing in the U.S.* (Chapter 5, 2016)], and the entirety of Paragraph 66 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §§602 and 901. Irrelevant. Fed. R. Evid. §401, *et seq*. Probative value, if any, is substantially outweighed by the danger of confusing the issues. Fed. R. Evid. § 403. Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201.<br><br>Exhibit GGG was not cited or relied upon in Plaintiff's memorandum of points and authorities. | |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4912-9444-2101 v3

22

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| 69. **Exhibit HHH** [Article: *"A Macro-Level Perspective on Prison Inmate Deviance,"* Wooldredge & Steiner, *Punishment & Society* (2015)] and the entirety of Paragraph 66 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §§602 and 901. Irrelevant. Fed. R. Evid. §401, *et seq*. Probative value, if any, is substantially outweighed by the danger of confusing the issues. Fed. R. Evid. § 403. Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201.  Exhibit HHH was not cited or relied upon in Plaintiff's memorandum of points and authorities. | |
| 70.  **Exhibit III** [Article: *"Unlocking the Truth: Exploring the Impacts of Solitary Confinement on Recidivism and the Need for Mental Health Support for Individuals with Mental Illnesses,"* Silverthorn & Zgoba, *Am. J. Crim. Just.* (2024)] and the entirety of Paragraph 67 of the Declaration of Gay C. Grunfeld. | Inadmissible hearsay.  Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §§602 and 901. Irrelevant. Fed. R. Evid. §401, *et seq*. Probative value, if any, is substantially outweighed by the danger of confusing the issues. Fed. R. Evid. § 403. Improperly introduced without a Request for Judicial Notice. Fed. R. Evid. §201. | |

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4912-9444-2101 v3

23

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

## OBJECTIONS TO DECLARATION OF MELISSA DEAN

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| "According to an article entitled "'Deputies told me there was nothing they could do': Weeks of suffering preceded man's gruesome jail death, 3 men say" by Jeff McDonald and Kelly Davis, dated July 19, 2025, "Corey Dean screamed for days, pleading for help. He banged on the door, vent, and table, trying to get attention. He flooded his cell with dirty toilet water and smeared feces across his face and body." I was horrified to read this article and prayed that my parents would not see it. If only Corey had been removed from the solitary unit where he was and placed in a safer and more caring environment, he might still be with us." (Declaration of Melissa Dean, p. 2:9–17.) | Inadmissible hearsay. Fed. R. Evid. §§801(c), 802. Lacks foundation. See Fed. R. Evid. §401, *et seq*. Lacks personal knowledge. Fed. R. Evid. §602; *Carmen v. San Francisco Unified School Dist.*, 237 F.3d 1026, 1028 (9th Cir. 2001). Irrelevant. Fed. R. Evid. §401, *et seq*. | |
| **Exhibit A** [undated photographs of C. Dean] and the following sentence in Paragraph 5: "Attached hereto as **Exhibit A** are true and correct copies of photographs of Corey." | Probative value, if any, is substantially outweighed by the danger of confusing the issues. Fed. R. Evid. § 403. Irrelevant. Fed. R. Evid. §401, *et seq*. | |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4912-9444-2101 v3

24

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| (Declaration of Melissa Dean, p. 3:2–3.) | | |

## OBJECTIONS TO DECLARATIONS OF CUSTODIAL INMATES

Defendants object to the declarations of the following declarants on the ground that their competency under Federal Rule of Evidence 601 is in question given the statements contained in their respective declarations:[1] Miguel Altamirano (ECF No. 979-8); Owerrie Bacon Jr. (ECF No. 979-9); Ismael Bentancourt (ECF No. 979-10); Christopher Hawkins (ECF No. 979-11); Jaelin Kearse (ECF No. 979-12); Patrick Kelley (ECF No. 979-13); Yolanda Marodi (ECF No. 979-14); Larry Millete (ECF No. 979-15); Raymond Molina (ECF No. 979-16); Keith Sekerke (ECF No. 979-17); Julio Serrano (ECF No. 979-18); Keona Smith (ECF No. 979-19); William Sterling (ECF No. 979-20); and David Thomas (ECF No. 979-21).

While witnesses are generally presumed competent to testify, and questions concerning competency ordinarily go to credibility rather than admissibility, that presumption is not absolute. *See U.S. v. Carbone*, 110 F.4th 361, 378 (1st Cir. 2024). When the competency of a witness is challenged, the Court has an affirmative duty to "make such examination as will satisfy it of the competency or incompetency of the witness." *Id.* (citing *Henderson v. U.S.*, 218 F.2d 14, 17 (6th Cir. 1955). While the Court has an obligation to make such inquiry, "the form of that inquiry rests in the discretion of the trial court. *Id.* (citing *U.S. v. Gerry*, 515 F.2d 130, 137 (2d Cir. 1975). The Court's duty under *Carbone* thus requires some threshold evaluation of reliability when competency concerns are raised–even if no formal evidentiary hearing is held–to ensure that any testimony or declaration considered by the Court satisfies Federal Rule of Evidence 601.

---

[1] Should the Court require further documentation regarding the declarants' mental health history, counsel can promptly provide additional records for review upon request.

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4912-9444-2101 v3

25

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

1    Here, it is unquestioned that the fourteen (14) incarcerated inmates who

2    submitted declarations suffer from serious mental illness, which is defined by

3    Plaintiffs' expert as "a mental, behavioral or emotional disorder (excluding

4    developmental and substance use disorders) resulting in serious functional

5    impairment, which substantially interferes with or limits one or more major life

6    activities. Examples of serious mental illness include major depressive disorder,

7    schizophrenia and bipolar disorder." (Declaration of Pablo Stewart, M.D., ECF No.

8    979-6, p. 10:15–20 (citing https://www.psychiatry.org/patients-families/what-is-

9    mental-illness).) By definition, individuals with serious mental illness suffer from

10   conditions that may impair perception and memory. Accordingly, their ability to

11   accurately perceive, recall, and relate events is inherently called into question, and

12   their competency under Rule 601 cannot be presumed without further inquiry from

13   this Court.

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| The Declaration of Miguel Altamirano (ECF No. 979-8) in its entirety. | Declarant asserts that he is "a person with a disability, mental illness, and a member of the *Dunsmore* class." (ECF No. 979-8 at ¶ 1.) He further asserts that his mental illness includes symptoms of depression, anxiety, psychosis, and suicidal ideation, for which he is prescribed medication. (*Id.* at ¶ 2.) He affirms that he has experienced auditory and visual hallucinations. (*Id.* at ¶ 7.) | |
| The Declaration of Owerrie Bacon Jr. (ECF No. 979-9) in its entirety. | Declarant asserts that he has been diagnosed with mental illness, including schizophrenia. (ECF No. 979-9 at ¶ 5.) He was apparently found | |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4912-9444-2101 v3                                    26                    Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| | incompetent, presumably under Penal Code 1370, and asserts that he received mental health treatment related to his competency at a state hospital in 2024. (*Id.* at ¶¶ 4–5.) He indicates that his mental health has declined since returning from the state mental facility. (*Id.* at ¶ 7.) This declaration (ECF 979-9) was not cited or relied upon in Plaintiff's memorandum of points and authorities, and should therefore be excluded as irrelevant. Fed. R. Evid. §401, *et seq*. | |
| The Ismael Bentancourt (ECF No. 979-10) in its entirety. | Declarant asserts that he is "a person with a mental illness and a member of the *Dunsmore* class." (ECF No. 979-10 at ¶ 1.) He further asserts that he has anxiety, PTSD, and that his mental health has declined. (*Id.* at ¶ 7.) | |
| The Declaration of Christopher Hawkins (ECF No. 979-11) in its entirety. | Declarant asserts that he has been diagnosed with mental illness and was apparently found incompetent, presumably under Penal Code 1370, stating that he received mental health treatment at | |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4912-9444-2101 v3

27

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| | Patton State Hospital. (ECF No. 979-11 at ¶ 8.) He states that his mental health is getting "much worse." (*Id.* at ¶ 9.) Dr. Stewart's declaration also contains information that independently calls C. Hawkins' competency into question. (Declaration of Pablo Stewart, M.D., ECF No. 979-6, p. 12:7–12.) | |
| The Declaration of Jaelin Kearse (ECF No. 979-12) in its entirety. | Declarant asserts that she has schizoaffective bipolar disorder for which she takes psychiatric medication. (ECF No. 979-12 at ¶¶ 3 and 6.) She states that her mental health is getting worse. (*Id.* at ¶¶ 5–6.) | |
| The Declaration of Patrick Kelley (ECF No. 979-13) in its entirety. | Declarant asserts that he suffered a traumatic brain injury and was apparently found incompetent, presumably under Penal Code 1370, stating that he received mental health treatment at Patton State Hospital in 2024. (ECF No. 979-13 at ¶¶ 2–4.) This declaration (ECF 979-13) was not cited or relied upon in Plaintiff's memorandum of points and authorities, and should | |

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4912-9444-2101 v3

28

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| | therefore be excluded as irrelevant. Fed. R. Evid. §401, *et seq.* | |
| The Declaration of Yolanda Marodi (ECF No. 979-14) in its entirety. | Declarant asserts she has PTSD and anxiety. (ECF No. 979-14 at ¶ 5.) | |
| The Declaration of Larry Millete (ECF No. 979-15) in its entirety. | Declarant asserts he suffers from claustrophobia, anxiety, and depression, and at one point his symptoms caused him to lose consciousness for which he was transported to the emergency room. (ECF No. 979-15 at ¶¶ 5–6 and 12.) | |
| The Declaration of Raymond Molina (ECF No. 979-16) in its entirety. | Declarant asserts that he is "a person with a disability, mental illness, and a member of the *Dunsmore* class." (ECF No. 979-16 at ¶ 1.) He states he suffers from anxiety, depression, bipolar disorder, and suicidal ideation, for which he takes prescribed medications. (*Id.* at ¶ 2.)<br><br>This declaration (ECF 979-16) was not cited or relied upon in Plaintiff's memorandum of points and authorities, and should therefore be excluded as irrelevant. Fed. R. Evid. §401, *et seq.* | |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4912-9444-2101 v3

29

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| | Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|---|
| 1 | | | |
| 2 | The Declaration of Keith Sekerke (ECF No. 979-17) in its entirety. | Declarant asserts that he has schizoaffective bipolar disorder and PTSD, for which he takes several psychiatric medications. (ECF No. 797-17 at ¶ 3.) He reports being manic, having difficulty controlling his mood and behaviors, and becoming combative with custody officers. (*Id.* at ¶¶ 4-5.) He asserts that his mental health is deteriorating. (*Id.* at ¶ 5.) | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | The Declaration of Julio Serrano (ECF No. 979-18) in its entirety. | Declarant asserts that he is "a person with a disability, mental illness, and a member of the *Dunsmore* class." (ECF No. 979-18 at ¶ 1.) He states that he has PTSD, dissociative disorder, and personality disorder and has been "**declared mentally incompetent** by a mental health clinician from the County while at the Jail." (emphasis added) (*Id.* at ¶ 2.) He reports symptoms of fugue states and paranoia, stating that he does not feel safe in administrative separation. (*Id.* at ¶¶ 7 and 9.) | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | The Declaration of Keona Smith (ECF No. 979-19) in its entirety. | Declarant asserts that she has a mental illness (depression) for which she | |
| 28 | | | |

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4912-9444-2101 v3

30

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| | takes psychiatric medications. (ECF No. 979-19 at ¶ 8.) | |
| The Declaration of William Sterling (ECF No. 979-20) in its entirety. | Declarant asserts that he is "a person with a disability, mental illness, and a member of the *Dunsmore* class." (ECF No. 979-20 at ¶ 1.) He further asserts that he has "severe mental illness, including PTSD, manic bipolar disorder, and depression" for which he is prescribed medication. (*Id.* at ¶ 2.) | |
| The Declaration of David Thomas (ECF No. 979-21) in its entirety. | Declarant asserts that he is "a person with a disability, mental illness, and a member of the *Dunsmore* class." (ECF No. 979-21 at ¶ 1.) He asserts that he has mental illness, including bipolar disorder, depression, and psychosis. (*Id.* at ¶ 2.) He was declared incompetent and told his attorney he wanted a lethal injection while in court, though it appears he was recently declared competent. (*Id.* at ¶¶ 6 and 8.) The medical records he provided indicate that "[h]is paranoia and tangential thinking further challenge his ability to advocate effectively for his needs." (*Id.* at Ex. B, p. 8.) | |

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4912-9444-2101 v3

31

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

## OBJECTIONS TO DECLARATIONS OF PABLO STEWART, M.D.

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| "The testimony of individuals currently incarcerated in Administrative Separation show that the conditions continue to violate the standard of care, making it inevitable that additional individuals will die in these units, as occurred in July of this year." (Declaration of Pablo Stewart, M.D., p. 5:7–10.) | Improper basis for expert opinion. Fed. R. Evid. §703. | |
| "The declarations I reviewed also confirmed that individuals in Administrative Separation are allotted only short periods of time on the phone (i.e., when they are permitted out of their cell), and often are unable to have meaningful human contact through the phones because they are let out after daylight hours." (Declaration of Pablo Stewart, M.D., p. 7:2–5.) | Improper basis for expert opinion. Fed. R. Evid. §703. | |
| "The declarations I reviewed also confirm that individuals in Administrative Separation units are often required to wear restraints such as leg shackles, wrist chains, and waist chains when they | Improper basis for expert opinion. Fed. R. Evid. §703. | |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4912-9444-2101 v3

32

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| | Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|---|
| | leave their living space." (Declaration of Pablo Stewart, M.D., p. 7:15–17.) | | |
| | "The declarations I reviewed demonstrated that staff members often do not provide assistance in cleaning the cells, and often do not provide cleaning supplies so that incarcerated people can clean their own cells." (Declaration of Pablo Stewart, M.D., p. 7:26–28.) | Improper basis for expert opinion. Fed. R. Evid. §703. | |
| | "The recent declarations from incarcerated people provided to me confirm that the practices documented in my August 2024 report are still in effect." (Declaration of Pablo Stewart, M.D., p. 8:19–21.) | Improper basis for expert opinion. Fed. R. Evid. §703. | |
| | "This danger is exacerbated because, to my knowledge, the Jail fails to adequately track which individuals in the Administrative Separation units have serious mental illness and how long they have been in the units. The declarations provided to me from | Improper basis for expert opinion. Fed. R. Evid. §703. | |

Burke, Williams &
Sorensen, LLP
Attorneys at Law
San Diego

4912-9444-2101 v3

33

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| currently incarcerated individuals suggest that their time in Administrative Separation has been significant." (Declaration of Pablo Stewart, M.D., p. 9:17–21.) | | |
| Paragraph 26 in its entirety. | Improper basis for expert opinion. Fed. R. Evid. §703. | |
| Paragraph 58 in its entirety. | Improper basis for expert opinion. Fed. R. Evid. §703. | |
| "The declarations I reviewed from other *Dunsmore* class members about Mr. Talib's behavior when incarcerated in the Administrative Separation unit state that he used a wheelchair and wore a diaper, which he required assistance from medical staff to change. Those declarations also indicate that both Mr. Talib himself and his cell regularly smelled of feces, and that Mr. Talib often failed to respond when asked questions by staff and other incarcerated people. One incarcerated person reportedly asked Mr. Talib a question from outside his cell, but Mr. Talib | Improper basis for expert opinion. Fed. R. Evid. §703. | |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4912-9444-2101 v3

34

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI

| Material Objected To: | Grounds for Objection: | Overruled/Sustained |
|---|---|---|
| "just stared back at [him] without saying anything." Based on this information, Mr. Talib was likely catatonic. According to the declarations, Mr. Talib only left his cell once during the time he was in Administrative Separation. At the time of his death, uneaten trays of food were observed in his cell." (Declaration of Pablo Stewart, M.D., p. 26:10–20.) | | |
| Paragraph 73 in its entirety. | Improper basis for expert opinion. Fed. R. Evid. §703. | |

Dated:  October 28, 2025

BURKE, WILLIAMS & SORENSEN, LLP


By: _____/s/ Susan E. Coleman_____
Susan E. Coleman
Martin Kosla
Elizabeth M. Pappy
Attorneys for Defendants

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4912-9444-2101 v3

35

Case No. 3:20-cv-00406-AJB-DDL
DEFENDANTS' OBJECTIONS TO EVIDENCE
ISO MOTION FOR PI