Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, CA 92101-8474
Tel: 619.814.5800    Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300    Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF JACOB SKELLY-BROWN, MFT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION TO LIMIT ADMINISTRATIVE SEPARATION FOR MEMBERS WITH SERIOUS MENTAL ILLNESS [DKT 979]**<br><br>Date:    November 20, 2025<br>Time:    2:00 p.m.<br>Ctrm:    4A<br><br>Judge:   Anthony J. Battaglia |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

1

Case No. 3:20-cv-00406-AJB-DDL
DECL. SKELLY-BROWN ISO OPPO. TO PLTFS'
MOTION FOR PRELIM. INJ. [DKT 979]

I, Jacob Skelly-Brown, MFT, declare as follows:

1.    I am employed by the County of San Diego, Sheriff's Office and I am a licensed Marriage and Family Therapist in the State of California. I am employed by the Sheriff's Office as the Mental Health Utilization Review Quality Improvement Specialist. I have worked for the Sheriff's Office for eight months.

2.    I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief and would competently testify thereto if called and sworn as a witness. I reviewed the mental health care records stored in the records system for the County jails for the individuals identified in the attached spreadsheets and listed visit dates and types and any notes from the visit for these individuals. It is my understanding that these individuals provided declarations in support of a request for injunction against the Sheriff's Office. They are or were Incarcerated Persons in the San Diego Sheriff's Offices detention facilities and I have identified them by their most recent booking number in the spreadsheets attached hereto as **Exhibit A.**

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on October 28, 2025, at San Diego, California.

JACOB SKELLY-BROWN, MFT

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

2

Case No. 3:20-cv-00406-AJB-DDL
DECL. SKELLEY-BROWN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ [DKT 979]

EXHIBIT A – FILED UNDER SEAL

| William Sterling | 24719410 |
|---|---|

| Mental Health Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |







| No Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |

| Keona Smith | 25730064 |
|---|---|

| Mental Health Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |

| No Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |

| David Thomas | 25702881 |

**Mental Health Contact**





| No Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |
| | | | |



| Julio Serrano | 25701924 |
|---|---|

### Mental Health Contact

| Date | Visit Type | MH Staff | Current SI/SA Reported |
|---|---|---|---|
| 1/22/2025 | ADSEP | QMHP | No |
| 1/27/2025 | Initial QMHP | QMHP | No |
| 1/30/2025 | Psychiatric Eval | Prescriber | Unknown |
| 2/12/2025 | Wellness Check | QMHP | No |
| 2/18/2025 | ADSEP | QMHP | No |
| 3/4/2025 | ADSEP | QMHP | No |
| 3/12/2025 | ADSEP | QMHP | No |
| 3/19/2025 | ADSEP | QMHP | No |
| 3/27/2025 | ADSEP | QMHP | No |
| 3/31/2025 | Psychiatric F/U | Prescriber | No |
| 4/2/2025 | ADSEP | QMHP | No |
| 4/9/2025 | ADSEP | QMHP | No |
| 4/16/2025 | ADSEP | QMHP | No |
| 4/16/2025 | Wellness Check | QMHP | No |
| 4/23/2025 | ADSEP | QMHP | No |
| 5/1/2025 | ADSEP | QMHP | No |
| 5/7/2025 | ADSEP | QMHP | No |
| 5/15/2025 | ADSEP | QMHP | No |
| 5/21/2025 | ADSEP | QMHP | No |
| 5/29/2025 | ADSEP | QMHP | No |
| 6/4/2025 | ADSEP | QMHP | No |
| 6/11/2025 | ADSEP | QMHP | No |
| 6/18/2025 | ADSEP | QMHP | No |
| 6/26/2025 | ADSEP | QMHP | No |
| 7/2/2025 | ADSEP | QMHP | No |
| 7/10/2025 | ADSEP | QMHP | No |
| 7/17/2025 | ADSEP | QMHP | No |
| 7/24/2025 | ADSEP | QMHP | No |
| 7/30/2025 | ADSEP | QMHP | No |

| Mental Health Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |



| No Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |

| Keith Sekerke | 25731708 |
|---|---|

## Mental Health Contact

| Date | Visit Type | MH Staff | Current SI/SA Reported |
|---|---|---|---|



## No Contact

| Date | Visit Type | MH Staff | Current SI/SA Reported |
|---|---|---|---|

| Raymond Molina | 25726269 |
|---|---|

| Mental Health Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |



| Larry Millete | 21140844 |
|---|---|

| Mental Health Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |

## Mental Health Contact

| Date | Visit Type | MH Staff | Current SI/SA Reported |
|------|-----------|----------|------------------------|



| Mental Health Contact | | | |
|------|------------|----------|------------------------|
| Date | Visit Type | MH Staff | Current SI/SA Reported |

| Mental Health Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |

## Mental Health Contact

| Date | Visit Type | MH Staff | Current SI/SA Reported |
|------|------------|----------|------------------------|



## Mental Health Contact

| Date | Visit Type | MH Staff | Current SI/SA Reported |
|------|-----------|----------|------------------------|
|      |           |          |                        |

## No Contact

| Date | Visit Type | MH Staff | Current SI/SA Reported |
|------|-----------|----------|------------------------|
|      |           |          |                        |

| Yolanda Marodi | 25712651 |
|---|---|

| Mental Health Contact | | | | |
|---|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported | Duration |

| Jaelin Kearse | 25709948 |
|---|---|

| Mental Health Contact | | | | |
|---|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported | Medication Changes |

| Mental Health Contact | | | | |
|---|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported | Medication Changes |



| Mental Health Contact | | | | |
|---|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported | Medication Changes |

| No Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |

| Patrick Kelley | 24746771 |
|---|---|



| Mental Health Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |

## Mental Health Contact

| Date | Visit Type | MH Staff | Current SI/SA Reported |
|------|-----------|----------|------------------------|



| Christopher Hawkins | 25710758 |
|---|---|



### Mental Health Contact

| Date | Visit Type | MH Staff | Current SI/SA Reported |
|---|---|---|---|



| No Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |

| Ismael Betancourt | 20944974 |
|---|---|



| Mental Health Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |

| Mental Health Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |

| Mental Health Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |



| Mental Health Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |

## Mental Health Contact

| Date | Visit Type | MH Staff | Current SI/SA Reported |
|------|-----------|----------|------------------------|
|      |           |          |                        |

| Mental Health Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |
| | | | |

| No Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |
| | | | |

| Owerrie Bacon | 23744170 |
|---|---|

| Mental Health Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |











| No Contact | | | |
|---|---|---|---|
| **Date** | **Visit Type** | **MH Staff** | **Current SI/SA Reported** |

| Owerrie Bacon | 25724908 |
|---|---|

| Mental Health Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |



| Miguel Altamirano | 25706406 |
|---|---|



| Mental Health Contact | | | |
|---|---|---|---|
| Date | Visit Type | MH Staff | Current SI/SA Reported |

| Mental Health Contact | | | |
|------|------------|----------|------------------------|
| Date | Visit Type | MH Staff | Current SI/SA Reported |



| Corey Dean | 25725887 |
|---|---|



### Mental Health Contact

| Date | Visit Type | MH Staff |
|---|---|---|

| Karim Talib | 25722844 |
|---|---|

| Mental Health Contact | | |
|---|---|---|
| Date | Visit Type | MH Staff |
| | | |