Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, CA 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, LISA LANDERS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NELSON, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF JON MONTGOMERY, D.O. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

///

I, JON MONTGOMERY, D.O., declare as follows

1. I am competent to testify to the matters set forth in this declaration, and if called to do so, would and could so testify.

2. I am the Chief Medical Officer for the Detention Services Bureau, Medical Services Division, of the San Diego County Sheriff's Office ("Sheriff's Office"). I am a licensed California physician, and I have worked for San Diego County in this capacity since 2019.

3. As the Chief Medical Officer I oversee the medical services provided to all incarcerated individuals housed at County jail facilities. Three of these locations (Central, Vista and Las Colinas) are intake facilities where individuals are brought in by various arresting agencies for registration, processing and possible incarceration.

4. At the three intake sites, incoming individuals undergo a medical receiving screening, where they are seen by medical staff and assessed for possible infectious conditions, screened for illicit substances and evaluated for potential chronic medical and mental health conditions. As many individuals entering custody frequently have untreated or poorly managed chronic medical conditions, early identification of these medical conditions facilitates earlier treatment.

4. During the intake medical screening, active community prescribed medications can be identified through the use of Surescripts. Remote clinicians/prescribers are able to restart those medications to continue the individual's medications, along with initiating orders and/or starting protocols to aid in monitoring any chronic condition, such as blood pressure checks for hypertensive patients or glucose monitoring for patients with diabetes.

5. Frequently, individuals attempt to manage their behavioral and mental health conditions through self-treatment, often resorting to alcohol, prescription medications or illicit substances. Screening drug tests are conducted during the intake process in order to identify which drugs are affecting the patient and assist

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4906-1986-5206 v2

2

Case No. 3:20-cv-00406-AJB-DDL
DR. MONTGOMERY DECL.ISO OPPO TO MPI

with management. These tests are also used to screen individuals for opioid use and possible opioid substance use disorder.

6. For those individuals that have been identified with opioid substance use disorder, a Medication Assisted Treatment (MAT) program has been developed to provide substance use disorder (SUD) management services throughout all jail facilities. The MAT program combines medication treatment with counseling and behavioral therapies to provide a more comprehensive approach to treating opioid addiction. The program uses FDA approved medications to assist individuals in the management of their symptoms, the reduction of cravings and to facilitate counseling and treatment.

7. Individuals housed in any of the detention facilities are able to request health care services, to include medical, mental health, behavioral health and dental services. Request forms are available in the respective facility day rooms, as well as available upon request from deputies. It is my understanding that they are also routinely handed out during the weekly wellness check rounds. Health care service requests are acted upon quickly; medical staff will visit the incarcerated person the following day (e.g. '24 hour face-to-face').

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4906-1986-5206 v2

3

Case No. 3:20-cv-00406-AJB-DDL
DR. MONTGOMERY DECL.ISO OPPO TO MPI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Diego

4906-1986-5206 v2

4

Case No. 3:20-cv-00406-AJB-DDL
DR. MONTGOMERY DECL.ISO  OPPO TO MPI

1 ████████████████████████████████████████
2 ████████████████████████████████████████
3 ████████████████████████████████████████
4 ████████████████████████████████████████
5 ████████████████████████████████████████
6 ████████████████████████████████████████
7 ████████████████████████████████████████

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on October 28, 2025, at San Diego, California.

_____

JON MONTGOMERY, D.O.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

4906-1986-5206 v2

5

Case No. 3:20-cv-00406-AJB-DDL
DR. MONTGOMERY DECL.ISO OPPO TO MPI