Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Deann Rivard (SBN 177482)
drivard@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, CA 92101-8474
Tel: 619.814.5800    Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300    Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF COMMANDER JESSE JOHNS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION TO LIMIT ADMINISTRATIVE SEPARATION FOR MEMBERS WITH SERIOUS MENTAL ILLNESS [DKT 979]**<br><br>Date: November 20, 2025<br>Time: 2:00 p.m.<br>Ctrm: 4A<br><br>Judge: Anthony J. Battaglia |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4909-6500-2356 v7

- 1 -

Case No. 3:20-cv-00406-AJB-DDL
DECL. COMMANDER JESSE JOHNS ISO OPPO.
TO PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

I, JESSE JOHNS declare as follows:

1. I am the Commander of the Detention Services Bureau of the San Diego County Sheriff's Department. Prior to taking this position in April 2025, I was the Captain of the San Diego Central Jail, where I oversaw sworn operations. I have worked for the County of San Diego for 18 years.

2. I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief and would competently testify thereto if called and sworn as a witness.

3. From the custody perspective, we have been working on increasing sworn staff in order to increase the ability to remove Incarcerated Persons from their cells for confidential mental health evaluations by providing escorts and security for those contacts.

4. We have also been working on identifying additional spaces available for confidential mental health sessions. George Bailey Detention Facility has three dedicated confidential interview rooms. The Vista Detention Facility has five confidential interview rooms for mental health evaluations. The Las Colinas Detention Reentry Facility has two centralized clinic rooms dedicated for mental health clinic appointments. Las Colinas also has one confidential area for evaluations or sessions in each housing unit. At the Central Jail, there is one clinic room in PSU, four clinic rooms on the 6th floor, and build-outs for additional clinic rooms on the 2nd floor. If needed, a patient can also be placed into a holding cell out of the way, in an empty cell with no neighboring Incarcerated Persons, or in a multipurpose room or visit room in order to talk more privately. A deputy would still be standing by for security reasons. The use of these spaces is shared for medical evaluations, forensic evaluations, chaplain services and other programs.

5. A Sheriff's deputy is always present with the mental health clinician on wellness rounds, though the deputy is usually standing back, to the side, and out of view of the patient if possible. The deputies can potentially overhear the

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4909-6500-2356 v7   - 2 -   Case No. 3:20-cv-00406-AJB-DDL
DECL. COMMANDER JESSE JOHNS ISO OPPO.
TO PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

conversation but are present only to provide security. None of the information they hear is documented or shared. It is the same requirement of deputy presence if a patient is at a hospital or goes to an outside medical specialist, for security reasons.

6. We conduct regular wellness checks as a multi-disciplinary team at all jail facilities. Each Facility Commander determines the schedule, frequency and the population that is going to be contacted during wellness checks. The wellness checks include nursing, mental health, reentry services and custody staff. The goal is to observe the patient in their environment to assess the condition of the environment, offer medical and mental health resources, and plan services for reintegration back into the community. These rounds are done as a supplementary program to increase the amount of interactions clinicians and nurses have with incarcerated persons, in order to proactively address any issues. While not memorialized in writing as an official Policy, we intend to continue these rounds both to help the incarcerated persons and to encourage communication between divisions.

7. During wellness checks, safety checks, or any rounds in the housing units, including Administrative Separation or OPSD, if a deputy, Sergeant or other sworn staff observes an incarcerated person who appears disheveled/un-showered, interventions are made to offer mental health services, provide hygienic opportunities and clean the housing space. Incarcerated Persons cannot be forced to practice cleanliness but it is regularly encouraged and the lack of cleanliness can potentially indicate a mental health concern. In specialized units such as OPSD, Incarcerated Persons are often provided with incentives to keep themselves and their cells clean, such as snacks or extra out of cell time.

8. Similarly, if sworn staff sees an Incarcerated Person in any unit, including Administrative Separation or OPSD, who has evident feces in their cell and/or flooding of their cell with water, it is protocol to remove the Incarcerated Person to another location temporarily (such as a shower) while the cell is cleaned

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4909-6500-2356 v7

- 3 -

Case No. 3:20-cv-00406-AJB-DDL
DECL. COMMANDER JESSE JOHNS ISO OPPO.
TO PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

and a change of bedding/ clothing is provided before rehousing him/her. When available, the use of the Healthcare Services Assistant Training (HSAT) program is utilized to clean biohazardous materials.

9. We have regular daily cleaning rounds in all of the housing units. If security permits, Incarcerated Persons occupying the housing unit are offered cleaning supplies to clean their housing area. If security concerns exist, incarcerated workers are used to clean the housing areas. In units where Incarcerated Persons are served meals in their cells such as Administrative Separation, OPSD, or EOH, custody staff go by each cell after the meal times to collect trash. In units such as Administrative Separation, IPs are provided with cleaning supplies during their dayroom time; however, they can also ask sworn staff for cleaning supplies during other times by asking deputies doing safety checks or by using the intercom.

10. We have revised many of the Detention Services Bureau and Medical Services Division policies (including those applicable to medical and mental health) to meet NCCHC 2025 Jail standards, and we are actively working toward accreditation. We also meet California Code of Regulations, Title 15 (corrections) and Title 24 (building code) provisions that apply to County Jails for adult offenders, including the hourly requirements for Administrative Separation out of cell time.

11. The Board of State and Community Corrections (BSCC) regularly inspects the San Diego County Jails, which are considered Type 2 Facilities (for detention of persons pending arraignment, during trial, and upon a sentence of commitment). The BSCC inspection reports are available online[1]. San Diego County Jails are routinely found compliant by BSCC; where there is a corrective action requested, there is a follow-up inspection scheduled to ensure compliance.

12. We are in the midst of dramatically increasing the amount of beds in

---

[1] BSCC reports for San Diego County Jails dating back to 2016 are available online: https://drive.google.com/drive/folders/1VhAnt47eVHX7vnYOmBcNdhFytsgpiqJk

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4909-6500-2356 v7         - 4 -         Case No. 3:20-cv-00406-AJB-DDL
DECL. COMMANDER JESSE JOHNS ISO OPPO.
TO PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

Out-Patient Step-Down (OPSD) units in order to move the Incarcerated Persons with serious mental illness who are eligible to be housed in OPSD to those units. This will provide additional therapy and programming to an acute population that was not previously eligible for OPSD. Our Mental Health Director Melissa Quiroz is conducting a bed study to identify the Incarcerated Persons who are referred to OPSD from those housed in Administrative Separation who meet the OPSD criteria and would benefit from additional mental health therapy and more programming. The expansion of OPSD beds to incorporate Protective Custody and Administrative Separation incarcerated people will begin on November 14, 2025.

13. One challenge in housing is that some Incarcerated Persons in Administrative Separation are deemed "protective custody" for different reasons, such as high-notoriety crimes, those with sex offenses involving minors, those who have testified against co-defendants, or gang drop-outs. However, once OPSD expands at Rock Mountain Detention Facility in January 2026, we will mix incarcerated persons who are classified as general population and PC in OPSD housing. This will be similar to other acute mental health housing like the psychiatric stabilization unit (PSU) and the Jail Based Competency Treatment (JBCT) program. Additionally, we will have a high level OPSD that will house incarcerated persons that need OPSD but would normally be housed in Administrative Separation. This will provide flexibility in housing and allow us to provide programming to more individuals regardless of classification status.

14. Another challenge in housing is that some Incarcerated Persons in Administrative Separation for disciplinary reasons – such as assaulting staff or others – may be difficult to safely program with others. Thus, some of these IPs who are in danger and/or pose a danger to others may have to be single-celled and attend dayroom or yard on their own – limiting the amount of Incarcerated Persons who can be housed together and/or released for out-of-cell time together.

15. By November 14, 2025, George Bailey will have one additional

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4909-6500-2356 v7

- 5 -

Case No. 3:20-cv-00406-AJB-DDL
DECL. COMMANDER JESSE JOHNS ISO OPPO.
TO PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

OPSD module in 4C to house half protective custody (34 Incarcerated Persons) and half administrative separation (17 Incarcerated Persons), for an effective population of 51 Incarcerated Persons in unit 4C.

16. By January 31, 2026, we will move all of OPSD from George Bailey Detention Facility to Rock Mountain Detention Facility units 4A, 4B, 4C and 4D. The capacity of these units will be as follows:

    a. In 4A, there are 68 beds. General population and Protective Custody Incarcerated Persons will be housed in the unit, for an effective capacity of up to 68.

    b. In 4B, there are 32 beds. This unit will house Administrative Separation Incarcerated Persons who are single-celled, for an effective capacity of 16 IPs.

    c. In 4C, there are 32 beds. This unit will house Administrative Separation Incarcerated Persons who are single-celled, for an effective capacity of 16 IPs.

    d. In 4D, there are 68 beds. General population and Protective Custody Incarcerated Persons will be housed in the unit, for an effective capacity of up to 68.

17. By March 2027, with the expansion and opening of more housing at Rock Mountain Detention Facility, we will have one additional OPSD module for male Incarcerated Persons with 68 additional beds (34 effective population if these Incarcerated Persons need to be single-celled). In the event we do not have the capacity for housing all patients that require and qualify for OPSD services, we will provide them treatment in place consistent with their level of acuity.

18. There is presently no wait time for female Incarcerated Persons to be placed in OPSD if eligible. As of October 24, 2025, there are 19 Incarcerated Persons receiving OPSD services at LCDRF, including 1 Incarcerated Person who is at the hospital, and 1 Incarcerated Person who qualifies for OPSD, but is being

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4909-6500-2356 v7

- 6 -

Case No. 3:20-cv-00406-AJB-DDL
DECL. COMMANDER JESSE JOHNS ISO OPPO.
TO PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

treated in place in House 5B with OPSD level of care and out of cell time because she has been assaultive to staff and other incarcerated persons.  There are 6 female Incarcerated Persons in Administrative Separation, House 5A, who would benefit from OPSD, but cannot be placed into the OPSD module because they are assaultive to staff or other Incarcerated Persons.  They receive weekly clinician contact and additional clinician contacts as clinically indicated. There is also a recreational therapist who visits Administrative Separation at LCDRF and provides structured exercise groups three times a week for 30-45 minutes.

19. In all County Jail Administrative Separation units, there are books available to Incarcerated Persons in the dayroom.  Books are exchanged on a monthly basis or by request to counseling staff. The units also have a large TV in the dayroom which can also be seen from many cells. Board games are also provided via the inmate welfare fund and placed inside the dayroom.

20. Tablets have already been purchased by SDSO for all Incarcerated Persons, and WiFi is installed in the Jails for this purpose. Additional infrastructure items need to be completed before full distribution of the tablets.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on October 24, 2025, at San Diego, California.

*/s/ Jesse Johns*

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4909-6500-2356 v7

- 7 -

Case No. 3:20-cv-00406-AJB-DDL
DECL. COMMANDER JESSE JOHNS ISO OPPO.
TO PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]