Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Deann Rivard (SBN 177482)
drivard@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, CA 92101-8474
Tel: 619.814.5800    Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300    Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF CORPORAL LINDSEY MOORE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION TO LIMIT ADMINISTRATIVE SEPARATION FOR MEMBERS WITH SERIOUS MENTAL ILLNESS [DKT 979]**<br><br>Date: November 20, 2025<br>Time: 2:00 p.m.<br>Ctrm: 4A<br><br>Judge: Anthony J. Battaglia |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4937-9073-0357 v5     - 1 -     Case No. 3:20-cv-00406-AJB-DDL
DECL. CPL. LINDSEY MOORE ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

I, LINDSEY MOORE, declare as follows:

1. I am a Corporal in the Detention Services Bureau of the San Diego County Sheriff's Department, and I work at the Detention Support Division. I have worked for the County of San Diego for 10 years.

2. I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief and would competently testify thereto if called and sworn as a witness. I have also reviewed the below persons' custody records and information in our Jail Information Management System (JIMS) in order to provide details.

**OWERRIE BACON**

3. Incarcerated Person Owerrie Bacon (#25724908) was re-booked into custody on June 9, 2025, after returning from the State Hospital, for first degree murder and assault with a deadly weapon, including trying to stab police officers and stabbing a police dog during a SWAT standoff.

4. Bacon was placed in Administrative Separation for failure to conform to minimum jail standards in light of his charges and a history of being assaultive and threatening to staff and incarcerated persons while in Jail. On June 12, 2025, he moved to House 7E, and on September 10, 2025, he moved to House 5A at George Bailey Detention Facility.

5. During his stay in Administrative Separation, Bacon was reviewed weekly by JPMU for possible removal from Administrative Separation. Bacon has been retained in Ad-Sep due to his behavior, including multiple gassing attempts on deputies and incarcerated persons, boarding up his cell windows, flooding his cell, threatening deputies, and attempting to slip his waist chains.

6. I have reviewed the records in JIMS and verified that Bacon regularly went to Dayroom while he was in Administrative Separation, apart from being out of the unit for some reason such as court or medical or being on disciplinary lockdown. For example, in October 2025, Bacon went to dayroom every day

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4937-9073-0357 v5

- 2 -

Case No. 3:20-cv-00406-AJB-DDL
DECL. CPL. LINDSEY MOORE ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

between on October 1, 2025 and October 15, 2025. He refused to go to the recreation yard on October 4, 7, and 12, 2025.

7. Incarcerated Person Bacon has submitted various grievances during this incarceration term since his return from DSH; however, none of his grievances relate to dayroom time, shower access, or the lack of programming.

8. Incarcerated Person Bacon has received professional visits while in custody, including a visit with attorney Oliver Kiefer on August 6, 2025.

**MIGUEL ALTAMIRANO**

9. Incarcerated Person Miguel Altamirano (#25706406) was booked into custody on February 12, 2025, on various rape and assault charges. He was classified as Protective Custody based on his charges and at his request. He was found in possession of drugs during intake.

10. On February 16, 2025, Altamirano was noted to be a Tier Jump Risk after assessment by mental health staff, so he was moved to House E4 at Vista because there was no other available housing for a PC person with Tier Jump risk.

11. On April 10, 2025, Altamirano was moved out of Administrative Separation Housing. However, on May 5, 2025, he was moved back to Administrative Separation due to no other suitable housing being available in light of the Tier Jump risk. On June 29, 2025, Altamirano was moved to Enhanced Outpatient Housing (EOH), then back to Administrative Separation the next day, June 30, 2025. On July 31, 2025, Altamirano was removed from Administrative Separation and transferred to George Bailey for Protective Custody/Tier Jump Protective housing. He is currently housed at GBDF in Medical Observation.

12. During his stays in Administrative Separation, Incarcerated Person Altamirano was reviewed weekly by JPMU for possible removal from Administrative Separation. They moved him out as soon as a PC/Tier Jump bed was available.

///

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4937-9073-0357 v5 - 3 -

Case No. 3:20-cv-00406-AJB-DDL
DECL. CPL. LINDSEY MOORE ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

13. I have reviewed the records in JIMS and verified that Altamirano regularly received dayroom/recreation time during his time in Administrative Separation, apart from being out of the unit for some reason such as court or medical/hospital, or the unit being locked down or otherwise restricted. For example, during his last one-month stay in Administrative Separation, Altamirano went to dayroom on July 2, 3, 4, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, and 31, 2025. During the same time period, Altamirano refused recreation yard on July 3, 10, 14, 17, 21, and 28, 2025.

14. Incarcerated Person Altamirano has received professional visits while in custody, including from Eric Ho September 4, 2025, Caitlin Ashton on September 15, 2025 and from lawyer Ben Holston on July 17, 2025.

15. IP Altamirano has made false statements about being suicidal to interfere with jail operations. On September 28, 2025, Altamirano said he felt suicidal; when interviewed by a QMHP, Altamirano admitted he said that because he was mad the shower water wasn't getting hot enough. Attached as **Exhibit A** is a true and correct copy of the Incident Report.

**COREY DEAN**

16. Corey Dean (#25725887) was booked into custody on June 15, 2025, on multiple burglary charges and felony vandalism. Dean was classified as Administrative Separation on June 28, 2025, for failure to conform to the minimum jail standards. Dean was found deceased on July 13, 2025, and the cause of death is under investigation; SDSO cannot comment due to the confidential nature of the investigation.

**KARIM TALIB**

17. Karim Talib (#25722844) was booked into custody on August 5, 2024, on charges of mayhem, assault with a deadly weapon, and elder abuse. He was moved into House 7E, Cell 5 at San Diego Central Jail on July 19, 2025, which is a wheelchair accessible cell in an Administrative Separation housing unit. Talib

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4937-9073-0357 v5  - 4 -  Case No. 3:20-cv-00406-AJB-DDL
DECL. CPL. LINDSEY MOORE ISO OPPO. TO PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

was assigned to House 7E, Cell 5 because he needed a wheelchair accessible cell and had limited housing options due to his classification as Protective Custody. Talib died on July 28, 2025, at the age of 82. His cause of death is under investigation; SDSO cannot comment due to the confidential nature of the investigation.

**AVERAGE LENGTH OF STAY**

18. In order to try to obtain a sample average length of stay in Administrative Separation for persons with serious mental illness (SMI), we pulled a list of all of the incarcerated persons who were in George Bailey Detention Facility's House 5-B Administrative Separation unit on October 16, 2025, at 12:00 p.m., and then filtered for those with SMI flags. We then pulled the length of stay information for each of those 22 persons in the unit with SMI flags as of October 22, 2025. For these 22 persons, the average length of consecutive stay in Administrative Separation is 67 days and the median length of stay is 72 days. Attached as **Exhibit B** is a true and correct copy of the chart prepared which reflects this information.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on October 28, 2025, at San Diego, California.

_____
Lindsey Moore

*Digitally signed by Moore, Lindsey*
*Date: 2025.10.28 15:43:31 -07'00'*

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4937-9073-0357 v5

- 5 -

Case No. 3:20-cv-00406-AJB-DDL
DECL. CPL. LINDSEY MOORE ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

# EXHIBIT A



# San Diego County Sheriff's Department
## Incident Report

| Incident Narrative |
|---|
| Narrative 1 of 1 |

Narrative #: 413423315

ORIGIN:

On 09/28/2025, I was assigned the Clinic Deputy position at the George Bailey Detention Facility (GBDF) when Incarcerated Person (IP) Altamirano, Miguel BN# 25706406, delayed Jail Operations by making false statements to Deputies.

Deputy's Observations and Actions:

IP Altamirano called the intercom box and said that he was feeling suicidal, so Deputy Corrales #4842 and I placed Altamirano in handcuffs and escorted him to Psych Interview room #2, where he was interviewed and assessed by Mental Health Clinician (MHC) Buluran #5593. Based on MHC Buluran's evaluation, Altamirano was cleared to return to mainline housing.

MHC Buluran had explained to us that Altamirano told her that he was just saying that because he was mad that the water in the shower wasn't getting hot enough.

We escorted Altamirano to ISO Cell #104, pending lockdown for Violations of the following:

101- False info to Staff

701-Interfering with Jail Operations

This has been an ongoing problem with OBS #115 Module and especially Altamirano, they have received multiple Verbal Warnings.

We had no further contact with IP Altamirano.

| Narr ID | Entered by | Entry Date/time | Updated by | Update Date/Time | Approved by | Approval Date/Time |
|---|---|---|---|---|---|---|
| 413423315 | JSAVEDSH | 10/08/25 1747 | NONE | NONE | EFROISSH | 10/10/25 1330 |

| Linked I/P's |||||||
|---|---|---|---|---|---|---|
| JIMS # | Booknum | Name | Involvement | Type Code 1 | Type Code 2 | Type Code 3 |
| 400428861 | 25706406 | ALTAMIRANO, MIGUEL | O | VBL | 701 | 110 |

# EXHIBIT B

**As of 10/22/25 at 1600**

| JIMS # | Book # | Last Name | First Name | Book Date | Release Date | AVG CONSECUTIVE ADS LOS DAYS | TOTAL ADS DAYS |
|---|---|---|---|---|---|---|---|
| 400516637 | 24748575 | KENNEDY | JOSHUA | 11/19/2024 | IN CUSTODY | 71 | 71 |
| 400508375 | 25700256 | SARDINA | DESMOND | 1/2/2025 | IN CUSTODY | 52 | 206 |
| 100076139 | 25701008 | HAMILTON | JASON | 1/7/2025 | IN CUSTODY | 96 | 288 |
| 400505140 | 25709274 | MANIGAULT | AARON | 3/3/2025 | IN CUSTODY | 96 | 192 |
| 400164795 | 25710460 | SUNDERLAND | KIEFER | 3/11/2025 | IN CUSTODY | 97 | 194 |
| 400546338 | 25715803 | GENZEBU | ZERADAWIT | 4/13/2025 | IN CUSTODY | 173 | 173 |
| 400533432 | 25720806 | CHADWICK | LOGAN | 5/14/2025 | 10/21/2025 | 7 | 22 |
| 400501644 | 25725729 | ROBINSON | KYLIN | 6/14/2025 | IN CUSTODY | 130 | 130 |
| 400079112 | 25727392 | DAVIS | JUAN | 6/25/2025 | IN CUSTODY | 22 | 65 |
| 400016167 | 25728417 | ZELINSKI | EDWARD | 7/1/2025 | 10/22/2025 | 111 | 111 |
| 400066743 | 25729835 | PARRISH | TERRELL | 7/10/2025 | IN CUSTODY | 98 | 98 |
| 400100759 | 25732888 | POWELLS | RAYMOND | 7/28/2025 | IN CUSTODY | 73 | 73 |
| 100079969 | 25733059 | SHERRELL | TRYMAINE | 7/29/2025 | IN CUSTODY | 76 | 76 |
| 400335735 | 25733066 | HALL | ZACHARY | 7/29/2025 | IN CUSTODY | 75 | 75 |
| 400077443 | 25733975 | RAMSEY | COREY | 8/3/2025 | IN CUSTODY | 74 | 74 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 100088309 | 25735421 | LEE | RONALD | 8/12/2025 | IN CUSTODY | 30 | 60 |
| 400534153 | 25737713 | NEAL | DAWAUN | 8/26/2025 | IN CUSTODY | 56 | 56 |
| 100044627 | 25738666 | MOORE | STEVEN | 8/31/2025 | IN CUSTODY | 13 | 13 |
| 400443349 | 25740381 | ARMSTRONG | MALIQUE | 9/11/2025 | IN CUSTODY | 38 | 38 |
| 100019988 | 25740606 | LOPEZ | ARTURO | 9/13/2025 | IN CUSTODY | 38 | 38 |
| 400154309 | 25741074 | VELASCO | ADRIAN | 9/16/2025 | IN CUSTODY | 17 | 33 |
| 400472483 | 25741402 | LEYNES | MAURICIO | 9/18/2025 | IN CUSTODY | 33 | 33 |
| | | | | | **Average** | **67** | **96** |
| | | | | | **Median** | **72** | **73.5** |