Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Deann Rivard (SBN 177482)
drivard@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, CA 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF JOSEPH V. PENN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION TO LIMIT ADMINISTRATIVE SEPARATION FOR MEMBERS WITH SERIOUS MENTAL ILLNESS [DKT 979]**<br><br>Date: November 20, 2025<br>Time: 2:00 p.m.<br>Ctrm: 4A<br><br>Judge: Anthony J. Battaglia |

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4935-6772-1333 v2

1

Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

I, JOSEPH V PENN MD CCHP-MH DLFAPA declare as follows:

1.       I am a triple residency and fellowship-trained and triple board-certified Psychiatrist and a Clinical Professor at the University of Texas Medical Branch (UTMB) School of Medicine, Galveston, Texas.  I have extensive background, clinical practice and "real world" clinical and administrative oversight and responsibilities in the provision of psychiatric and mental health services and care in state prisons, state jails, county jails, and other short- and long-term detention settings.  My training and qualifications are detailed in my C.V., a true and correct copy of which is attached as **Exhibit A**, that includes a list of all my publications and presentations..  In sum, I have more than 30 years of direct clinical and administrative experience and full-time employment working as a correctional psychiatrist and overseeing the provision and delivery of correctional mental health care in different settings.  I also maintain a separate private forensic psychiatric consultation practice where I serve as at different times as an  expert witness (on both sides, depending on the evidence).  I make this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction to Limit Administrative Separation for Class Members with Serious Mental Illness.

2.       Subsequent to medical school, I pursued separate specialty training totaling seven years in general psychiatry (four years), child and adolescent psychiatry (two years), and forensic psychiatry (one year). I achieved three separate board certifications after this residency/fellowship training, and have achieved ongoing maintenance of certification and re-certification every ten years in all three specialties.  I also achieved and have maintained my national certification as a Certified Correctional Health Professional (CCHP) from the National Commission on Correctional Health Care (NCCHC) since 2004.  I have been  a Certified Correctional Health Professional in Mental Health (CCHP-MH) since 2013.  I am also a Distinguished Life Fellow of the American Psychiatric Association (DLFAPA), the highest honor that the APA bestows. To achieve this, one must be

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Camarillo

4935-6772-1333 v2                    2                    Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

nominated by their local district branch and have made significant contributions in at least five of several areas, including administration, research, clinical excellence, and community involvement.

3.      I have also maintained ongoing communication, collaboration on various clinical research, publications, presentations, committee chairmanship, other national organizational leadership roles and attained a leadership role with other individuals in various medical, psychiatric and psychological organizations who provide direct clinical, administrative, and consultative work within correctional settings across the United States and internationally.  In short, I have dedicated my thirty plus year career to the provision of mental health and psychiatric care of patients within correctional and other institutional settings.

4.      I have been the full-time Mental Health Director of the University of Texas Medical Branch (UTMB) Correctional Managed Care (CMC), a university-based correctional health care system since February 2008.  In this capacity, I oversee the provision of psychiatric and mental health services to approximately 120,000 (80%) adult offenders housed within Texas Department of Criminal Justice (TDCJ) state prison and state jail and other short term (*e.g.*, six to nine months) detention settings. The State of Texas Department of Criminal Justice at 145,000 inmates is the largest state prison system in the USA.  I also manage the psychiatric services to approximately 700 youthful offenders housed statewide within secure residential facilities and halfway houses in the Texas Juvenile Justice Department (TJJD), the state's juvenile correctional system.  I also oversee the delivery of supplemental telepsychiatry services to patients detained in the Bexar County Jail (San Antonio, Texas), and on-site psychiatric and mental health services at the Galveston County Jail, in Galveston, Texas.  I previously oversaw the delivery of psychiatric services to Brazoria County Jail, Angleton, Texas, and the Victoria County Jail, Victoria, Texas.

///

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Camarillo

4935-6772-1333 v2                    3                    Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

5.      I routinely attend and present at national correctional healthcare conferences and serve on several committees for the National Commission on Correctional Health Care (NCCHC) and previously served on the American Correctional Association (ACA).  I served on several NCCHC task forces that revised the NCCHC Health Standards for jails, prisons, juvenile health, and mental health standards, respectively.  I have participated in various American Psychiatric Association (APA), American Academy of Psychiatry and the Law (AAPL), and American Academy of Child and Adolescent Psychiatry (AACAP) committees and work groups that focused on adult and juvenile correctional health best practices, development of correctional standards, and position statements.

6.      I served on the most recent APA Work Group (a select group of forensic psychiatrists with specific real world expertise in providing correctional psychiatric and mental health services and/or overseeing the provision of correctional mental health care within the US).  The resulting document was published in 2015: Psychiatric Services in Correctional Facilities: Third Edition. A Work Group Report. American Psychiatric Publishing.

7.      I consult nationally regarding the provision of psychiatric and mental health care to jails, prisons, and other correctional settings, and have been qualified and rendered testimony at depositions and trials as an expert witness.  Due to my direct work experience, direct patient/clinical care and administrative roles, and my career focus on correctional psychiatry for greater than 30 years, I am uniquely qualified to render opinions regarding the provision of mental health and psychiatric services in jail, prison, and juvenile correctional settings. I have expert witness knowledge of the matters set forth herein, except as to those matters stated on information and belief, and would competently testify thereto if called and sworn as a witness.

8.      I have been asked to provide my opinion regarding the policies and practices of the County of San Diego Sheriff's Office ("SDSO") and as they relate

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4935-6772-1333 v2

4

Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

1  to the provision of mental health care to incarcerated people in the San Diego

2  County Jail (the "Jail"). To that end, I toured and met with custody and health care

3  staff at all of San Diego's jail facilities in 2024: San Diego Central Jail("Central"),

4  George Bailey Detention Facility ("George Bailey"), and Las Colinas Detention and

5  Reentry Facility ("Las Colinas"). Unlike plaintiffs' mental health expert Dr. Pablo

6  Stewart, I also toured and met with custody and health care staff at the Vista

7  Detention Facility ("Vista"). During my tours, I was not allowed to speak with any

8  incarcerated individuals regardless of the individual's mental disorders, or lack

9  thereof, or their housing unit within the various facilities, because their attorneys

10  objected to it.

11      9.      I also reviewed numerous documents regarding the provision of

12  psychiatric and mental health care and other medical and nursing care in the San

13  Diego jails, including SDSO policies and procedures and medical and mental health

14  records of Dunsmore incarcerated person class members. I then prepared a Rule

15  26(a) expert report that I am informed and believe was served on counsel in the Fall

16  of 2024.  I did not prepare a rebuttal report, but I disagree with Dr. Stewart's

17  rebuttal report and am prepared to provide additional expert opinions if needed.  I

18  was deposed by Plaintiffs' counsel on November 18, 2024.

19      10.     I also reviewed the declaration of Plaintiffs' mental health expert, Dr.

20  Pablo Stewart, filed on October 10, 2025.  Dr. Stewart wrote in his declaration that

21  he was provided with documentation related to two "in-custody deaths" of

22  "individuals with mental illness housed in solitary confinement," I understand that

23  Dr. Stewart had the opportunity to review documents which included "649 pages of

24  medical records provided by the family of Corey Dean to Plaintiffs' counsel, and

25  psychiatric records from Corey Dean's time in the San Diego community dated

26  2014 to 2020, also provided by his family.  I respectfully request an opportunity to

27  review these documents to better inform my expert opinions. It is my understanding

28  these two deaths are still under investigation by the Sheriff's Office.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4935-6772-1333 v2                                          5                          Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

11.     Focusing on two inmates who died while in custody yields a skewed and non-representative view of health care service availability and delivery in the multi-site San Diego County Jail system. As such, Dr. Stewart's opinions are not and cannot be reflective of the San Diego County Jail's system as a whole. No healthcare system— correctional or otherwise—is perfect. Even in the highest staffed and well managed community versus state hospital versus forensic unit inpatient psychiatric hospitals and other health care systems, adverse patient outcomes occur. Focusing only on these outlier outcomes, as Dr. Stewart does, misses the big picture.

**DR. STEWART IS NOT QUALIFIED TO RENDER THE OPINIONS IN HIS DECLARATION AND FAILS TO USE ANY RELIABLE METHODOLOGY**

12.     I have reviewed Dr. Stewart's Expert Report, Rebuttal Report, and his Declaration in Support of Plaintiffs' Motion for Preliminary Injunction in this matter. It is my opinion that he is not qualified to render the opinions in his report, and that his opinions are devoid of any sound methodology.

13.     Dr. Stewart declares:  "I have more than 35 years of experience in correctional mental health care, including serving as the court's expert in class action cases challenging the provision of mental health care to incarcerated people…"  I conducted a review of Dr. Stewart's current CV, identified as Appendix A to his declaration. Dr. Stewart lists several different employment positions in the "employment" section from pages 2-4. For example, Dr. Stewart lists employment as an "attending psychiatrist, John A. Burns School of Medicine" from July 2019 to the present, and that his "current duties include supervising psychiatric residents in their provision of acute and chronic care to the mentally ill population housed at the Oahu Community Correctional Center." The frequency, hours, and amount of direct patient care, clinical services per week or month, and the actual clinical contact that Dr. Stewart has with jail inmates versus faculty supervision of psychiatry trainees remains unclear.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4935-6772-1333 v2

6

Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

14.     It remains unclear if Dr. Stewart provides direct on-site in person evaluation and treatment to inmates at the Oahu Community Correctional Center, if he routinely evaluates, diagnoses, and treats incarcerated individuals, orders psychotropic medications, conducts suicide risk evaluations, places individuals on and/or removes them from suicide watches, performs direct clinical - or provides any clinical - administrative oversight of inmates housed in restrictive housing settings, or alternatively if he serves only as a faculty supervisor, providing medication management recommendations and clinic supervision to psychiatry residents who are working at the center, seeing inmate patients, and then verbally presenting and discussing certain cases with Dr. Stewart.  15.    I was unable to locate any other documentation in the employment section (or anywhere else in Dr. Stewart's CV) where he was employed as a staff psychiatrist either in a direct clinical or administrative capacity onsite in person in any county jail, state or federal prison system, ICE facility or any other correctional psychiatry evaluation or treatment setting.

15.     On page 3 of his CV, Dr. Stewart notes that he was employed from August 1988 through December 1989 (one year and five months) as "Director, Forensic Psychiatric Services, City and County of San Francisco." The duties and responsibilities included the following:

> "Administrative and clinical responsibility for psychiatric services provided to the inmate population of San Francisco. Duties included direct clinical and administrative responsibility of the Jail Psychiatric Services and the Forensic Unit at San Francisco General Hospital."

I was unable to identify anywhere in Dr. Stewart's CV where he has been directly responsible within a clinical or administrative capacity for the provision of "correctional psychiatry" of any county jail, ICE detention facility, state, or federal prison system, or for any state or federal prisoners. I was also unable to locate where Dr. Stewart has provided clinical psychiatric evaluations or overseen mental health

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4935-6772-1333 v2                7                Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

1  evaluations of incarcerated individuals who were undergoing any disciplinary

2  process, reviews, or other custody disciplinary proceedings.

3      16.    Similarly, I was unable to locate or identify any publications by Dr.

4  Stewart in the areas of "correctional psychiatry," and/or "mental health issues

5  related to segregation and solitary confinement," or related to the provision of

6  mental health services to jail inmates in peer-reviewed scientific journals or standard

7  psychiatric references such as the American Psychiatric Association Press. I was

8  similarly unable to locate any presentations by Dr. Stewart on "prison psychiatry,"

9  "correctional psychiatry," "mental health services," or mental health care delivery or

10  the "provision of mental health services," "mental health issues related to

11  segregation and solitary confinement," at national psychiatric meetings such as the

12  American Psychiatric Association (APA), American Academy of Psychiatry and the

13  Law (AAPL), or national correctional conference meetings such as the ACA and

14  NCCHC. I also was unable to identify that Dr. Stewart has participated in any

15  national task forces, correctional health standards revisions, work groups or

16  performed any committee work with forensic or correctional psychiatrists.

17      17.    According to his CV, Dr. Stewart is not fellowship trained nor is he

18  board eligible or board certified in forensic psychiatry (I verified the latter via the

19  American Board of Psychiatry and Neurology (ABPN) website:

20  https://application.abpn.com/verifycert/verifycert.asp.).

21      18.    On October 26, 2025, I conducted a searched for Paul Stewart, MD,

22  using the ABPN Verify CertTM a certification and status verification system. Dr.

23  Stewart is board certified as a general psychiatrist, he was certified on March 30,

24  1990, and this "certificate is valid indefinitely." Dr. Stewart's ABPN MOC

25  (Maintenance of Certification) Status notes, "Not meeting MOC requirements and is

26  not required to do so." Although Dr. Stewart is a general psychiatrist, in my

27  professional opinion, due his lack of direct clinical work in any correctional setting,

28  he lacks the direct clinical and administrative corrections experience necessary to

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4935-6772-1333 v2                          8                Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

offer opinions regarding "correctional psychiatry" to jail or prison inmates, or specialized populations such as jail detainees housed in administrative separation settings.

19.    Dr. Stewart has not obtained certification as a certified correctional health professional in mental health (CCHP-MH). Additionally, he is not an NCCHC physician surveyor, nor has he conducted accreditation surveys for NCCHC. I am also unable to identify from Dr. Stewart's background whether he has ever provided health care services within an American Correctional Association (ACA) accredited facility, been involved in ACA physician or psychiatrist peer reviews, helped a unit or system to prepare for and undergo and achieve and maintain ACA accreditation, or participated in any ACA re-accreditation panel hearings.

20.    In conclusion, it is my opinion that although Dr. Stewart has experience as an expert witness, I am unable to establish if he is currently a qualified correctional mental health professional. Dr. Stewart is not fellowship trained nor board certified in forensic psychiatry and he lacks the direct clinical and administrative corrections experience necessary to offer opinions regarding the systemic provision of medical, nursing, mental health, and other health care services to jail detainees housed in restrictive housing settings, specifically administrative separation.

21.    Dr. Stewart wrote in his declaration that he was also provided copies of declarations from 14 individuals currently or recently housed in Administrative Separation units at the Jail, as follows:

•    Christopher Hawkins 25710758 – Administrative Separation at Central (Unit 6/E) since approximately March 2025 (approximately 6 months)

•    David Thomas 25702881 – Administrative Separation at Central (Unit 4/E) from approximately late February to early May 2025 (over 2     months);

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

4935-6772-1333 v2                          9

Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

1  Outpatient Step Down Unit at George Bailey (Unit 4/B) from approximately early

2  May to mid-September 2025

3         •      Ismael Betancourt 20944974 – Administrative Separation at George

4         Bailey (Units 5/A, 5/B, and 6/A), Central (Units 4/E, 5/E, and 7D), and Vista

5  (Unit E/3) since approximately July 2021 (over 4 years and 2 months)

6         •      Jaelin Kearse 25709948 – Administrative Separation at Las Colinas

7  (Unit 5/A) since approximately early June 2025 (over 3 months)

8         •      Julio Serrano 25701924 – Administrative Separation at Vista (Unit E/3)

9  from approximately mid-January to early August 2025; Administrative Separation at

10 George Bailey (Unit 6/C) since approximately early August 2025 (over 8 months)

11        •      Keith Sekerke 25731708 – Administrative Separation at Vista (Unit

12 E/2) since approximately August 16, 2025 (over 1 month)

13        •      Keona Smith 25730064 – Administrative Separation at Las Colinas

14 (Unit 5/A) since approximately mid-July 2025 (over 2 months)

15        •      Larry Millete 21140844 – Administrative Separation at Vista (Unit E/3,

16 "the hole") from early July to late December 2023 (over 5 months);

17        •      Administrative Separation at George Bailey (Units 4/A and 4/C)

18 starting late October 2024 (for approximately 7 months)

19        •      Miguel Altamirano 25706406 – Administrative Separation at Vista

20 (Unit E/4) from approximately mid-February to mid-August 2025 (approximately 6

21 months)

22        •      Owerrie Bacon, Jr. 25724908 – Administrative Separation at George

23 Bailey (Units 5/A, 5/B, and 5/C) in 2023 (approximately 1 year); state hospital in

24 2024; Administrative Separation at Central (Unit 7/E) from approximately June to

25 mid-September 2025; Administrative Separation at George Bailey (Unit 5/A) since

26 approximately mid-September 2025 (over 3 months)

27        •      Patrick Kelley 24746771 – state hospital or medical unit for most of

28 2023 and 2024; restricted housing at Central (Unit 7/D) from approximately

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4935-6772-1333 v2                              10                    Case No. 3:20-cv-00406-AJB-DDL
                                                                     DECL. OF JOSEPH V. PENN ISO OPPO. TO
                                                                     PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

November 2024 to mid-August 2025; Administrative Separation at Central (Units 4/E and 5/E) since approximately mid-August 2025 (over 1 month)

• Raymond Molina 25726269 – Administrative Separation at Vista ("the hole" and Unit E/4) from approximately late June to mid-August 2025 (over 1 month)

• William Sterling 24719410 – Administrative Separation at George Bailey (Units 5/A and 5/B) from approximately May to September 2024; Administrative Separation at Vista (Units E/2 and E/3) from approximately September 2024 to March 2025; Administrative Separation at George Bailey (Unit 6/A) from approximately March to May 2025; Administrative Separation at Vista (Unit E/2) from approximately May to July 2025; Administrative Separation at George Bailey (Unit 6/C) from approximately July to September 2025 (approximately 1 year and 4 months)

• Yolanda Marodi 25712651 – Administrative Separation at Las Colinas (Unit 5/A) since approximately early August 2025 (over 1 month).

22.    I was also previously provided the following jail policies and procedures:

• SDSO Detention Services Bureau Policy J.3 (Separation: Definition and Use)

• SDSO Detention Services Bureau Policy I.64 (Safety Checks: Housing and Holding Areas of Incarcerated Persons)

• SDSO Detention Services Bureau Policy T.11 (Exercise and Recreation)

• SDSO Medical Services Division Operations Manual Policy G.2.1 (Segregated Inmates) Summary of My Opinions

23.    As I explained in my Rule 26 report, I respectfully disagree with Dr. Pablo Stewart's overgeneralized, overly broad, and sweeping assertions that the San Diego County Jail employs the "widespread and extreme use of solitary

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Camarillo

4935-6772-1333 v2                              11                    Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

confinement-type housing" for incarcerated persons with "serious mental illness."
Administrative Separation is used for incarcerated persons with behavioral issues,
such as assaultive behavior.

24.     Dr. Stewart does not provide any specific methodology of how he
confirmed that any specific incarcerated individuals have current "serious mental
illness.  Dr. Stewart was allowed to speak with incarcerated individuals across all
housing units; however, he did not videotape, audio record, take written notes, or
provide any other documentation of his interactions or observations with any
inmate(s).  I was not permitted to speak to incarcerated persons due to objections by
Plaintiffs' counsel.

25.  Dr. Stewart does not provide any definition of how he defines "serious
mental illness," such as accepted definitions in peer reviewed journals, publications,
textbooks, or any other scientific references for this terminology, or what specific
DSM-5-TR (The American Psychiatric Association's Diagnostic Statistical Manual
of Mental Disorders, 5th edition, Text Revision) mental disorders do or do not
qualify as a "serious mental illness."  I did not identify any widespread or extreme
use of restrictive housing in any of the San Diego County Jail facilities.

26.     I do not accept the non-medical and term of art use as employed by Dr.
Stewart of "solitary confinement," as this is not contained in any recognized medical
or scientific nomenclature, nor in the DSM or ICD or other diagnostic terminology.
I will therefore correctly refer to custody staff's use of administrative separation
here as  "restrictive housing," as this is recognized by national correctional entities
such as the American Correctional Association (ACA) and other custody entities
(e.g., National Sheriff's Association, National Jail Association).

27.     Based on my direct visualization of all of the restrictive housing units,
to include the Vista Detention Facility, George Bailey, Las Colinas, and the Central
Jail, and my interviews of custody and health care staff and direct observation of
their treatment team meetings and interactions with incarcerated individuals across a

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4935-6772-1333 v2

12

Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

variety of housing settings, I did not observe any administrative separation units to demonstrate conditions that are "extraordinarily restrictive, harsh, and damaging to a person's mental health."

28.    Furthermore, except for his reported review of medical records of a limited number of individuals, Dr. Stewart has not provided any description to date of the methodology that he employed to confirm and verify that an individual housed in administrative separation in a San Diego County Jail facility did in fact have "pre-existing, serious mental illness." As discussed in my expert report, the County has explicitly clear policies, procedures, staff training, custody oversight, and other required criteria regarding the practice of housing any individual, with or without a medical condition, with or without any mental disorder, and with or without any serious mental illness in any restrictive housing setting.

29.    Dr. Stewart's methodology is problematic.  For example, he states in his declaration, "…To that end, I inspected (emphasis added) three (emphasis added) of San Diego's jail facilities in February 2024: San Diego Central Jail ("Central"), George Bailey Detention Facility ("George Bailey"), and Las Colinas Detention and Reentry Facility ("Las Colinas"). Curiously, Dr. Stewart did not tour the Vista Detention Facility, but asserts that are were numerous problems there despite never touring the facility nor its administrative separation (restrictive housing area) unit.

30.    Dr. Stewart states: "During my inspections, I spoke to numerous individuals with serious mental illness in the Administrative Separation units at the three facilities." By Dr. Stewart's own admission, the "numerous individuals with serious mental illness" in administrative separation that he "spoke to" in preparation of his expert report and subsequent declaration suffer from a lack of expected standard psychiatric practice and expected methodology, potential ethical violations, and selection bias. Dr. Stewart does not clarify how these individuals were identified, approached, by whom (if someone else, not Dr. Stewart, did this initially,

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4935-6772-1333 v2

13

Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

or if there was prompting or preparation in advance), nor what "numerous" means. He also did not provide clarification if he obtained informed consent and permission to participate in a non-treatment role. He did not clarify who was present while he "spoke to" the incarcerated individuals, or the potential impact of others present (which is well reported in forensic psychiatric literature and practice guidelines). It remains unclear how Dr. Stewart obtained permission to interview any incarcerated individual "with serious mental illness" as this was not a clinical setting, not a current or future patient of his, but solely within the role of civil litigation. It is my understanding that it is unethical for a psychiatrist to collect information from a patient or non-patient in clinical or forensic settings and disseminate this information without informed consent and permission from the inmate patient or forensic evaluee, in particular if there is a guardian or other patient advocate involved. If the patient is incapable of informed consent, then his use of the information gleaned raises other issues.

31.    Knowing the exact number of inmates that Dr. Stewart spoke with is particularly important, and the number that refused to speak with him. If an individual is truly psychotic, paranoid, and disorganized they would likely misunderstand the role and purpose of interaction from a stranger. Because of Dr. Stewart's ambiguity on these issues, it would appear that he chose only to interview inmates that were either: (1) hand-selected by Plaintiffs' counsel; and (2) agreed to speak to him. Dr. Stewart did not clarify 1) where he spoke with the individual, cell front or in a private room, 2) the length/duration, 3) how he determined he had sufficient information to make a determination of the individuals' "serious mental illness, 4) what specifically he did and for how long, 5) if he performed any type of a standard psychiatric diagnostic evaluation, 6) what type of diagnostic interviewing he performed, 7) if he conducted a structured mental status examination, such as orientation to person, place, time, and experience, and other cognitive, memory, language testing, 8) what notes he took/completed or lack thereof, 9) if he attempted

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4935-6772-1333 v2

14

Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

1  to record any of his individual findings in writing.  In my professional experience as

2  a fellowship trained and board certified forensic psychiatrist, it is common to

3  videotape a forensic evaluation of an individual who is involved in civil or criminal

4  litigation.  I routinely obtain permission and videotape my forensic psychiatric

5  evaluations of incarcerated individuals whenever possible.

6      32.    Moreover, the non-random sample selected by Dr. Stewart is not

7  employed utilizing a true scientific analysis or methodology. Indeed, to conduct a

8  rigorous and representative analysis of the San Diego County jail patients housed in

9  administrative separation across the various facilities, and their treatment needs, it is

10 critically important to select a random and representative sample of all persons

11 housed in administrative separation, and a determination of who engaged in self

12 harm or suicide attempts, required suicide watch precautions, received routine or

13 emergency mental health care and/or required emergency psychotropic medication

14 treatments, and who took oral versus required injectable antipsychotic or long acting

15 injectable antipsychotic medications over the period of interest.

16     33.    It would be even more important to not solely rely on the incarcerated

17 individual's self-report, but instead to 1) be able to review the inmate's medical and

18 mental health records, 2) to have collateral information to verify/validate the self-

19 reported history and diagnoses, psychotropic medication treatment regimens,

20 medication and treatment compliance, diagnostic formulation, patient problem lists,

21 and current treatment planning efforts from direct treating psychiatrists,

22 psychologists, and other treatment team staff that can provide objective and

23 unbiased information.

24     34.    Examples of problems that Dr. Stewart fails to clarify in his

25 declaration:

26     o    What did he tell the inmates he attempted to interview?

27     o    Did he keep track of specifically what he said and how?

28     o    Did he keep track of inmates that refused to talk to him?

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Camarillo

4935-6772-1333 v2                               15                     Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

1      o      In a clinical setting, how long is typically necessary to establish a

2  diagnosis in a new patient with a serious mental illness?

3      o      How long did he spend with each individual?

4      o      Who determined when the "encounter" was done/complete?

5      o      Did any inmates request to stop/end the encounter?  Why?  How did he

6  handle this?

7      o      Did he stop any encounters?  Why?

8      o      How did he explain his role/agency?

9      o      What is a non-confidentiality warning?

10      o      When is it used? Forensic settings as opposed to clinical settings

11      o      Did he give/provide a non-confidentiality warning to each inmate?

12  Why not?

13      o      What methodology did he use?  Did he use a standardized diagnostic

14  approach or series of questions?  Did he perform a mental status examination

15  (MSE/MMSE) on each individual?  What are the standard components of a

16  psychiatric evaluation?  How does this differ for a forensic psychiatric evaluation?

17      o      Is it standard to perform a SOAP (Subjective, Objective, Assessment,

18  Plan) interview for an established individual?  Did he do this?  How did he record

19  the objective and assessment and treatment recommendations?

20      o      In typical clinical practice: How long would it typically take to conduct

21  a "competent suicide risk assessment"

22      o      In typical clinical practice: How long would it typically take to conduct

23  a "competent violent risk assessment"

24      o      Did he perform a suicide risk assessment on each person that he

25  evaluated?  Why?  Why not?

26      o      What would be the expected duration to achieve the community or

27  correctional standard of care to be able to assess an individual to see if they are

28  having:

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4935-6772-1333 v2

16

Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

1       Medication side effects?

2       Compliant with their medications?

3       Questions about their medications?

4       To assess if they have suffered emotional or psychic harm from

5       being in administrative separation/restrictive housing?

6       Segregated Confinement of Inmates with Mental Illness

7       35.    There is tremendous disagreement regarding the definition, various

8   characteristics and types of, duration of, and moreover what specific established

9   medical and mental health consequences may result from "solitary confinement."

10  Dr. Stewart implies in his declaration that there is ample empirical national or

11  international research that clearly establishes an immediate and direct cause and

12  effect relationship, with no room whatsoever to consider an individual's protective

13  factors, or what can be done from a custody or medical or mental health professional

14  to mitigate any particular negative effects.  Dr. Stewart does not provide any

15  methodology or definition to show how he established that San Diego inmates in

16  administrative separation are harmed or specific conditions of confinement

17  regarding placement in any restrictive housing setting which he refers to as "solitary

18  confinement."

19      36.    Dr. Stewart makes numerous definitive cause and effect statements. For

20  example, in paragraph 40 of his declaration, he opines that "leading scientific

21  studies demonstrate that social isolation alters the brain's neurochemistry, structure,

22  and function," yet he does not cite a single article or provide any references.

23  Similarly, on paragraph 41 of his declaration he opines that "'solitary confinement'

24  leads to and exacerbates a wide host of adverse psychological reactions, including

25  heightened levels of anxiety and panic, paranoia, hallucinations, hypersensitivity to

26  stimuli, depression, increased suicidality and self-harm," yet he curiously does not

27  provide a single scientific reference. Dr. Stewart repeatedly makes oversimplified

28  and all-encompassing statements of inference that all incarcerated individuals with

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4935-6772-1333 v2                    17                    Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

pre-existing or no current mental illness, regardless of clinical or custody efforts to mitigate, will demonstrate clinical deterioration, worsening of their serious mental illness, and new onset and/or exacerbation of their mental illness, and that by default, they will also engage in self-injurious behaviors and suicide attempts, to include completed suicide.

37.    Several of the articles that Dr. Stewart cites are position statements, law review articles, books or book chapters or other thought pieces, which do not require any type of exhaustive/rigorous peer- reviewed medical or psychiatric or psychological review.  One illustrative example is Dr. Stewart's citation of Craig Haney, The Science of Solitary: Expanding the Harmfulness Narrative, 115  Nw. U.L. Rev. 211 (2020), which was not published in a peer-reviewed medical or scientific journal, but curiously is abbreviated.  The citation is abbreviated as Nw. U.L. Rev., which is:  "Northwestern University Law Review."

38.    In summary, Dr. Stewart's citation of various position statements are problematic due to a variety of methodological, design (lack of control group and instruments), and ethical (lack of informed consent) issues. Further, the articles cited are presented as evidence-based, scientific studies, which they are not. I take issue with the fact that none of the articles refers to a single controlled prospective or randomized scientific study that was performed in a county jail, adult prison, juvenile detention, or juvenile correctional facility. None of the articles include risk of psychic or emotional harm using baseline and outcome criteria and assessment instruments by clinicians.

39.    Dr. Stewart instead cites articles pertaining to restrictive housing settings and risk of harm that are, in reality, position papers put out by organizations who cite literature from attorneys and advocacy groups. It is important to note  they are neither peer-reviewed nor published in medical journals. This is significant because Plaintiffs argue that the San Diego County Jail custody staff purposefully places inmates with serious mental illness into isolated confinement with resulting

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Camarillo

4935-6772-1333 v2

18

Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

1    effects of emotional, psychic, or serious harm. In my professional opinion, scientific

2    literature is currently lacking on this topic.

3        40.    The only statewide study on the effects of long-term segregation in

4    Colorado that was done by medical professionals was conducted from 2007-2010.

5    The Colorado study is the only one that provides established scientific methodology

6    and rigorous research. Significantly, and contrary to the hypothesis of its

7    researchers, the results contradict Dr. Stewart's opinions. The Colorado study is the

8    only current adult correctional system study that has been published in a medical

9    journal, as opposed to those in non-peer reviewed literature. O'Keefe, Maureen &

10   Klebe, Kelli & Metzner, Jeffrey & Dvoskin, Joel & Fellner, Jamie & Stucker,

11   Alysha. (2013). A Longitudinal Study of Administrative Segregation. The Journal of

12   the American Academy of Psychiatry and the Law. 41. 49-60. See also, O'Keefe,

13   Maureen (May 2017). Reflections on Colorado's Administrative Segregation Study.

14   NIJ Journal (available at: https://www.ojp.gov/pdffiles1/nij/250346.pdf)

15       41.    Dr. Stewart also appears to assert that "administrative separation" in the

16   San Diego County Jail system is analogous to "solitary confinement" such as that

17   allegedly found in supermax confinement special housing units (SHU) in the state or

18   federal prison systems or other administrative segregation settings (referred to as

19   "restrictive housing" settings) in state and federal prisons for adult inmates. He also

20   opines that "administrative separation" in various San Diego County Jails is akin to

21   an SHU setting and that there is sensory deprivation, no stimulation, and other social

22   isolation. I found the exact opposite.

23       42.    Dr. Stewart is also curiously silent regarding the serious risks of harm

24   that many of these individuals pose to other inmates, custody, and health care staff.

25   The Administrative Separation types of settings are used in correctional systems for

26   adults who have demonstrated a pattern of significant aggression to other

27   incarcerated individuals, and/or custody or health care staff, significant violence,

28   disruptive or assaultive behavior, destruction of property or attempting to damage

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Camarillo

4935-6772-1333 v2                    19              Case No. 3:20-cv-00406-AJB-DDL
                                                     DECL. OF JOSEPH V. PENN ISO OPPO. TO
                                                     PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

their cell, and many have violent criminal offenses such as homicide and may belong to security threat groups (STG). These incarcerated individuals are extremely aggressive and assaultive, often members of prison, national, or regional gangs. In these instances, administrative separation (e.g., restrictive housing) is used only after less restrictive housing and supervision efforts have been unsuccessful.

43.    In my professional opinion, based on my tour of all regular housing and restrictive housing (e.g. administrative separation) units, San Diego County Jail custody staff and nursing, medical and mental health care staff work collaboratively to identify and divert individuals at risk. San Diego County Jail inmates, with or without current mental disorders, who engage in serious disciplinary infractions and face administrative separation (e.g., restrictive housing) still have full access to medical and mental health care. These individuals are routinely assessed by medical and mental health staff to identify any medical or psychiatric contraindications to this type of placement. Nursing and mental health care staff perform regularly scheduled periodic screening and monitoring to assess for signs of clinical deterioration. Reasonable efforts are made to identify individuals who are engaging in problem behaviors due to any mental disorder. In these cases, mental health care staff provide additional mental health treatment and divert them from administrative separation restrictive housing settings when possible. Should there be evidence of deterioration when the inmate is housed in these disciplinary settings, health care staff intervene. They evaluate the individual to determine their medical or mental health treatment needs. They provide recommendations to custody staff regarding a possible move to a housing setting to include the PSU (psychiatric stabilization unit), Outpatient Step Down (OPSD), or if there is a pending competency to stand trial issue they might be housed in the competency to stand trial evaluation and restoration program (JBCT), or alternatively if they require a higher level of care, they could be transferred offsite to a California Department of State Hospital or a

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Camarillo

4935-6772-1333 v2

20

Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

1 San Diego University System Medical Hospital, other area hospital systems or

2 Emergency Departments, where their health care needs could be better addressed.

3     44.    Dr. Stewart also fails to consider that there is timely communication

4 and interface between mental health, nursing, medical, and custody staff. Custody

5 staff readily consult mental health for their clinical input regarding cases, bookings,

6 disciplinary housing and other treatment efforts/planning for challenging/difficult

7 inmates. This demonstrates timely and effective collegiality/ partnership and

8 collaboration and timely communication between clinical and security staff on

9 difficult to manage inmates. These efforts, as further detailed in San Diego County

10 Detention Service Bureau's Mental Health Policies, comply with the correctional

11 standard of care and represent the various steps taken by the San Diego County Jail

12 system to screen inmates in administrative separation restrictive housing settings for

13 mental disorders, serious mental illness, self-injurious and suicidal behaviors, and

14 clinical deterioration in their activities of daily living (ADL's).

15     45.    As further detailed in these policies and the sworn deposition testimony

16 of Mental Health Director Melissa Quiroz and other SDSO staff, custody, nursing

17 and mental health care staff conduct timely and appropriate rounding within

18 restrictive housing settings and incarcerated persons are provided with therapeutic

19 group programming as appropriate for their custody/behavioral status. Further,

20 incarcerated persons who are prescribed psychotropic medications, who demonstrate

21 medication non-compliance, are seen in a timely manner by mental health staff and

22 their medication non-compliance is referred to the treating psychiatrist or psychiatric

23 nurse practitioner for further evaluation and intervention. Should an individual

24 demonstrate psychosis or a disturbance in their ability testing, they could receive

25 emergency psychotropic medication treatments, further medical evaluation, and

26 transfer to the emergency department, medical infirmary, or the psychiatric

27 stabilization unit (PSU). These checks and balances appropriately mitigate the

28 potential risks of precipitation or worsening of mental illness.

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Camarillo

4935-6772-1333 v2

21

Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

46.    In summary, it is my professional opinion that San Diego County Jail avoids unnecessarily prolonged segregation of incarcerated individuals with mental disorders. Custody and health care staff work proactively to employ a variety of in-cell and out-of-cell structured therapeutic activities (i.e., mental health/psychiatric treatment) in appropriate programming space, adequate unstructured out-of-cell time is implemented, and other safeguards are permitted.

47.    I personally sat in treatment planning meetings where custody, nursing and mental health staff worked closely with administrative custody staff to maximize access to clinically indicated programming and recreation and to establish treatment plans and goals to help these individuals transition to less restrictive housing settings when clinically appropriate.

48.    While I concede that there are some potential risks associated with restrictive housing, it is my professional opinion that the San Diego County Jail employs policies, procedures, practices, and utilizes nursing (e.g., medical staff) and qualified mental health professionals to mitigate any potential risks of restrictive housing.  The use of restrictive housing is meant to ensure staff and inmate safety, it is used only when indicated, and there are numerous safeguards promulgated by the ACA and NCCHC to ensure that when utilized it is used in a safe manner.  Thus, I disagree with Dr. Stewart's blanket assertion that restrictive housing is "counter therapeutic and inconsistent with current correctional standards and scientific research.

49.    I also disagree with Dr. Stewart's overly generalized claim that the "San Diego County's jail system does not come close to complying with the guidance set forth by the United States Department of Justice, the United Nations, the National Commission on Correctional Health Care ("NCCHC") and respected medical groups (*e.g.*, American Medical Association, American Public Health Association), or with recommendations that have been made repeatedly by parties inside and outside of the County.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4935-6772-1333 v2

22

Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

50.     In fact, the San Diego County Jail is seeking to obtain jail health services accreditation(e.g., the NCCHC provides national accreditation for health services for jails, prisons, correctional mental health facilities, juvenile detention). Achieving and maintaining national accreditation under the NCCHC or even the ACA is no small feat.  Through my direct work and experience within the NCCHC, both as a past physician surveyor, Accreditation Committee Chair and current member, and my work on the NCCHC Board of Representatives, I am particularly aware that less than 10% of jails and prisons nationally are able to achieve and maintain NCCHC accreditation.  I believe the San Diego County Jail has taken appropriate steps to attain accreditation of its mental health system.

51.     Dr. Stewart wrote in his declaration that "My inspection of the jail system's solitary confinement-type units, my interactions with incarcerated persons with serious mental illness in those units, and my review of records, declarations, and documents all point to the conclusion that the San Diego County Jail's system of Administrative Separation has caused, and currently is causing, serious and unjustified harm on a broad scale, up to and including death."  I disagree with Dr. Stewart's apparent cause and effect correlation between the use of administrative separation and resulting harm and death.

52.     It is my professional opinion based on my onsite tours, interviews with health care and custody staff, review of policies, procedures, medical records, and mortality reports, that it is not possible to determine to a reasonable degree of medical and psychiatric certainty that the San Diego County Jail's systems use of Administrative Separation for certain incarcerated individuals has caused, and/or currently is causing, "serious and unjustified harm on a broad scale, up to and including death."

53.     I acknowledge that there have been a few unfortunate deaths of San Diego County jail incarcerated individuals since January 1, 2021, including Lonnie Rupard while housed in the Administrative Separation Unit, as well as three other

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4935-6772-1333 v2                                    23                    Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

1 individuals who reportedly died by suicide in the Administrative Separation Units in

2 May 2021 (Lester Marroquin), August 2022 (Matthew Settles), and July 2023

3 (Jonathan McDowell).  Any death in any carceral setting requires further review and

4 morbidity and mortality review as part of continuous quality improvement and

5 preventive efforts.   I acknowledge that there have been some isolated unexplained

6 deaths, and reported deaths by suicides, and some of these individuals were housed

7 in administrative separation.  However, based on my direct clinical and

8 administrative work and real world experiences, it is well recognized that there is a

9 multitude of other risk factors, and in sum, morbidity and mortality may occur

10 across any custody setting, and in non-custodial settings, particularly in the greater

11 San Diego County municipality, one of the largest metropolitan areas in the United

12 States. Moreover, it is not possible to single out a cause and effect of administrative

13 separation housing alone, without taking into consideration numerous psychosocial

14 adversities and pre-existing substance use disorders, adverse childhood experiences,

15 traumatic experiences, lack of access on the outside to community medical and

16 mental health care and substance treatment, limited housing and frequent recidivism,

17 re-arrest, re-incarceration  and the like.

18    54.    Importantly, it is simply not possible to establish an overly simplistic

19 cause and effect resulting from restrictive housing as promulgated by Dr. Pablo

20 Stewart (without taking into account numerous other variables and risk factors).

21 There may be numerous other etiologies such as advanced age, pre-existing chronic

22 medical diseases, medication or treatment non-compliance, or other precipitating or

23 aggravating factors, many outside the knowledge or scope of health care or custody

24 staff (e.g., family or relational stressors, conflicts with cellmates or other

25 incarcerated individuals, past or recent illicit substance use, sexually transmitted

26 diseases, past or recent risk-taking behaviors, criminal behaviors and associations,

27 non-compliance with medications or treatments, known enemies, rival security

28

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Camarillo

4935-6772-1333 v2

24

Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

threat group issues, extortion, owed debts, gang retaliation, and the like).  Dr. Stewart fails to consider or recognize any of these important variables.

55.    Lastly, Dr. Stewart relies on the reported testimony of a select number of incarcerated persons currently or previously incarcerated in Administrative Separation, and he makes the blanket opinion based solely on these incarcerated individuals' statements, without attempting to verify or corroborate their allegations or testimony, that the conditions violate and continue to violate the standard of care, making it inevitable that additional individuals will die in these units.  Dr. Stewart does not provide any description of the methodology he applied.  For example, was this a random sample or a statistically significant percentage of all individuals housed in administrative separation?  Did he control for the duration of time housed in administrative separation?  Did he attempt to verify how and why these specific individuals were selected?  Why were they in particular included (and others were not included  and why? He does not provide information on how this testimony was collected, nor consider that some of these individuals might be pursuing additional civil litigation, be seeking a favorable or expedited release from custody, or might have perceived other secondary gain to provide this testimony.

56.    In summary, it is my opinion that San Diego County Jail System currently employs policies, procedures, and has medical and mental health staff to identify individuals who demonstrate medical or mental health deterioration.  Any decisions regarding the placement and housing and duration in administrative separation is a decision made by custody staff with expertise in the identification and management of incarcerated persons who present with serious assault and safety risks, pose imminent risks to institutional and staff safety.  There is a careful balancing of the facility custody needs and facility, the individual incarcerated person and otherss, and custody and health care staff safety. In summary, there are significant safeguards in place.  The existing health care policies and practices are consistent with the 20225 NCCHC Health Standards for Jails.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4935-6772-1333 v2

25

Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

57.    San Diego County Jail has also increased and continues to increase its number of Qualified Mental Health Professionals to evaluate and treat incarcerated individuals with and without Serious Mental Illness.  (See Declaration of M. Quiroz, filed concurrently.)

58.    Dr. Stewart does not mention the use of group therapies in his declaration.  Of importance, mental health staff currently use the GBDF yard enclosures to hold weekly groups in Administrative Separation, which includes 8-9 IPs in enclosures with 1 clinician.

59.    Dr. Stewart incorrectly listed at least three of the jail inmates as having a "serious mental illness."  In fact, according to a review by Melissa Quiroz, three of the IPs who submitted declarations in support of Plaintiffs' Motion are not flagged with a serious mental illness (SMI):  Smith (25730064), Marodi (25712651), and Betancourt (20944974).  Further, not every IP with a SMI would qualify for and/or would benefit from OPSD housing.

60.    There is tremendous disagreement regarding the definition, various characteristics and types of, duration of, and  what specific established medical and mental health consequences may result from "solitary confinement."  I strongly disagree with Dr. Pablo Stewart's overgeneralized, overly broad, and sweeping assertions that the San Diego County Jail employs the "widespread and extreme use of solitary confinement-type housing" for incarcerated persons with "serious mental illness."  I also disagree that the housing unit can be directly correlated with mortality rates or decompensation.

61.    I did not identify any widespread or extreme use of restrictive housing in any of the San Diego County Jail facilities. When the implementation of administrative separation is required due to a variety of custody driven safety issues, there are ample qualified mental health, nursing, and medical staff and clinical interventions to mitigate any potential risk from housing an incarcerated jail inmate in administrative separation, and there are currently ongoing efforts to ensure the

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4935-6772-1333 v2

26

Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

1  prompt and timely identification of individuals with mental disorders and those with

2  serious mental illness, and to ensure access to care, continuity of care, and the

3  provision of timely mental health and psychosocial treatment interventions and to

4  further reduce this population.

5       62.    I am impressed with the measures being taken by the San Diego

6  County Jail to shift their jail populations in order to create more space in the

7  Outpatient Step Down Program (OPSD), to permit more persons with serious mental

8  illness who would otherwise be housed in Administrative Separation for behavioral

9  reasons to obtain more treatment and out of cell time. The County Jail has also

10  revised its Mental Health Policies to meet NCCHC standards.

11       I declare under penalty of perjury under the laws of Texas and California and

12  the United States of America that the foregoing is true and correct.

13       Executed on October 27, 2025, at Conroe, Texas.

14

15  _____

16  Joseph V Penn MD CCHP-MH DLFAPA

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
CAMARILLO

4935-6772-1333 v2

27

Case No. 3:20-cv-00406-AJB-DDL
DECL. OF JOSEPH V. PENN ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

# EXHIBIT A

July 31, 2025

CURRICULUM VITAE

NAME:                    Joseph V. Penn MD CCHP-MH LFAPA

Present Position:        Director, Mental Health Services
Business Address:        University of Texas Medical Branch (UTMB)
                         Correctional Managed Care (CMC)
                         200 River Pointe Drive, Suite 200
                         Conroe, Texas 77304
Business Telephone:      (936) 494-4183
Business Fax:            (936) 242-0254
E-mail:                  jopenn@utmb.edu

EDUCATION:

Undergraduate    1987 B.S. in Biology
                 University of the Incarnate Word (formerly Incarnate Word College), San
                 Antonio, Texas
                 Honors: Alpha Chi, Academic All-American, Who's Who in American
                 Universities & Colleges, Graduated Summa Cum Laude

Medical School   1992 M.D.
                 University of Texas Medical Branch, Galveston, Texas
                 Honors: Who's Who in American Colleges/Universities, Junior Marshal

TRAINING (GME) GRADUATE MEDICAL EDUCATION:

Residency       1992-1996    General Psychiatry
                1995-1996    Chief Resident
                Department of Psychiatry and Human Behavior,
                Brown University, Providence, Rhode Island

Residency       1996-1998    Child and Adolescent Psychiatry
                Department of Psychiatry and Human Behavior,
                Brown University, Providence, Rhode Island

Fellowship      1998-1999    Forensic Psychiatry
                Department of Psychiatry
                Yale University, New Haven, Connecticut

ADDITIONAL POSTGRADUATE EDUCATION:

                2014 Management Certificate
                Physician Leadership Academy
                University of Houston Clear Lake, Clear Lake, Texas and the
                University of Texas Medical Branch, Galveston, Texas

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

MILITARY SERVICE:      None

LICENSURE INFORMATION:

| | |
|---|---|
| 1993 | Rhode Island Medical License # 8849 |
| 1998 | Connecticut Medical License # 36678 |
| 1999 | Texas Medical License # K7081 |
| 1999 | Massachusetts Medical License # 161086 |

BOARD CERTIFICATION AMD OTHER CERTIFICATIONS:

| | |
|---|---|
| 1997 | Diplomate, American Board of Psychiatry & Neurology # 43847 |
| 1998 | Additional Certification, Child and Adolescent Psychiatry # 4583 |
| 2003 | Additional Certification, Forensic Psychiatry # 1438 |
| 2004 | Certified Correctional Health Care Professional, Mental Health (CCHP-MH), National Commission on Correctional Health Care |
| 2007 | Re-Certification, American Board of Psychiatry & Neurology # 43847 |
| 2013 | Re-Certification, Forensic Psychiatry, American Board of Psychiatry & Neurology #1438 |
| 2017 | Re-Certification, General Psychiatry, American Board of Psychiatry & Neurology #43847 |
| 2017 | Re-Certification, Child and Adolescent Psychiatry, American Board of Psychiatry & Neurology #4583 |
| 2022-2024 | Certified compliance with the standards for continuing education in Psychiatry, Child and Adolescent Psychiatry, and Forensic Psychiatry, American Board of Psychiatry & Neurology |

PROFESSIONAL WORK HISTORY:

| | |
|---|---|
| 7/1999 – 2/2008 | Director of Child and Adolescent Forensic Psychiatry, Rhode Island Hospital, Lifespan Health System, Providence, Rhode Island |
| 2/2008 – current | Director of Mental Health Services, UTMB Correctional Managed Care, Conroe, Texas |

University Teaching Roles

Brown University, Residency in Psychiatry, 1995: "Effective Documentation and Medical Record Strategies for Psychiatrists," New Residents' Seminar Series (single seminar).

Brown University, Residency in Psychiatry, 1995: "Antipsychotics: An Introduction and Rational Clinical Approach," New Residents' Seminar Series (single seminar).

Brown University, Residency in Psychiatry, 1995: "Cultural Psychiatry," PG-3 Seminar Series, Seminar Leader (weekly seminars).

Brown Medical School, 1997: "Biomed 278: Introduction to Clinical Psychiatry," Small Group Leader, (weekly meetings).

Brown University, Residency in Psychiatry, 1997: " PG-2 Seminar: Mood Disorders in Children and Adolescents" (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1998: "Children's Testimony in Court: Roles of the Expert Witness and Videotaped Interviews," Child and Adolescent Forensic Psychiatry Seminar Series, (single seminar).

2

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

Yale University Law School, Disabilities Clinic, 1999: "Introduction to Child and Adolescent Psychopharmacology," (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: "Risk Assessment of Youth Violence," Child Psychiatry Boot Camp Seminar Series, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: "Rhode Island Mental Health Law," Child Psychiatry Boot Camp Seminar Series, (single seminar).

Brown University Residency in Psychiatry, 1999: "Introduction to Child and Adolescent Forensic Psychiatry," PG-3 Resident Seminar, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999: Community Mental Health Center Rotation, Family Health Center at SSTAR, Fall River, Massachusetts, Clinical Supervisor, (weekly clinic and supervision).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: Clinical Supervisor, Brown University Child Psychiatry Forensic Psychiatry Elective, (weekly supervision).

Brown University Residency in Psychiatry, 2000-2001: "Disruptive Disorders, Antisocial Behaviors, and Legal Issues," PG-2 Resident Seminar, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 2000-2008: "Child and Adolescent Forensic Psychiatry" Seminar Leader, (four seminars).

Brown University, Residency in Child and Adolescent Psychiatry, 2001-2002: Clinical Supervisor, Community Mental Health Center Rotation, Kent County Mental Health Center, Warwick, Rhode Island, (weekly clinic and supervision).

Brown University, Residency in Child and Adolescent Psychiatry, 2001-2008: Clinical Supervisor, Forensic/Juvenile Justice Rotation, Rhode Island Training School, Cranston, Rhode Island, (daily and weekly clinics and supervision).

Brown Medical School, 2002-2008: Clinical Supervisor for 3rd and 4th year medical students, Longitudinal elective, 4th year elective, and psychiatry rotation, Rhode Island Training School, Cranston, Rhode Island, (daily and weekly clinics and supervision).

Brown University Residency in Psychiatry, 2002-2003: Tutor-Advisor to Nada Milosavljevic, M.D., J.D., PG-2 Psychiatry Resident.

Brown University Residency in Psychiatry, 2003: "Bullying, Beatings, and Beyond: Assessment and Treatment of Youth Violence," Noon Seminar, (single seminar).

Brown University Post-Doctoral Juvenile Forensic Psychology Training Program, 2003-2008: Core Supervisor and Seminar Leader.

Brown University Psychology Intern and Post-Doctoral Fellowship Training Program, Child Track Seminar Series Presenter, 2004-2008: "The Law and Psychiatry/Psychology" (single seminar).

Brown University Residency in Psychiatry, 2004-2008: "Risk Assessment of Potentially Violent Juveniles," PG-3 Resident Seminar, (single seminar).

Brown University Residency in Psychiatry, 2004-2008: "Divorce, Custody and Visitation Issues: The Psychiatrist Facing Court Systems," PG-2 Resident Seminar, (single seminar).

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

Brown University Residency in Child and Adolescent Psychiatry, 2005-2008: "Evaluation and Treatment of Conduct Disorder," Child and Adolescent Psychiatry Developmental Psychopathology Seminar Series, (single seminar).

UTMB Department of Psychiatry and Behavioral Sciences, Residency in Psychiatry, 2008-present: "Opportunities and Challenges within Correctional and Forensic Psychiatry," (single seminar).

UT Health Science Center at Houston, Department of Psychiatry and Behavioral Sciences, Residency in Child Psychiatry, 2008-present: "Juvenile Correctional Mental Health Services in Texas," (single seminar).

UTMB Department of Psychiatry and Behavioral Sciences, Residency in Psychiatry, 2010-present: "Suicide Prevention and Litigation: Timely Risk Management Approaches," Forensic Psychiatry Seminar Series, (single seminar).

Baylor College of Medicine, Department of Psychiatry and Behavioral Sciences, Residency in Child and Adolescent Psychiatry, Forensic Psychiatry for Child Psychiatry Didactic Series, 2016-present: "Child and Adolescent Forensic and Correctional Psychiatry," (two seminars).

Baylor College of Medicine, Department of Psychiatry and Behavioral Sciences, Residency in Psychiatry, PGY3 Forensic Psychiatry Didactic Series, 2016-present: "Correctional Psychiatry," (single seminar).

Hospital Teaching Roles

Butler Hospital, 1993-1996: Seminar Leader, Various Psychiatry Topics, Brown University Medical Students' Psychiatry Clerkship, (multiple seminars).

Rhode Island Hospital, 1995: Psychiatry Preceptor and Consultant to Internal Medicine House staff Clinic, (twice weekly clinic).

E. P. Bradley Hospital, 1997: Adolescent Program Training, "The Use of Antipsychotics in Adolescents," (one seminar).

RESEARCH ACTIVITIES:

Grant support

1. Penn (PI)                                                    01/01/2002-01/01/2003
   "Incidence of Suicide Attempts and Self-Injurious Behavior in a Juvenile Correctional Facility." Source: American Academy of Child and Adolescent Psychiatry, Eli Lilly and Company. $ 9,000.
   Role: Principal Investigator

2. Penn (PI)                                                    01/01/2003-05/31/2004
   "Correlates of Suicidal Behavior in Incarcerated Juveniles." Source: Lifespan Developmental Grant, Lifespan. $ 29,451.
   Role: Principal Investigator

4

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

3. Penn (PI)                                            06/30/2004-12/31/2005
   "Liability Prevention for Hasbro Hospital Staff: Practical Strategies for Youths with
   Mental Health and Substance Abuse Issues."   Source: Lifespan Risk Management,
   Lifespan. $12,200.
   Role: Principal Investigator

4. 5K23DA021532 (PI: Tolou-Shams, PhD.)                02/01/2008-01/13/2013
   "HIV Prevention in the Family Drug Court."  Source: National Institute of Drug Abuse
   (NIDA)
   Role: Consultant


COMMITTEE RESPONSIBILITIES:

<u>National Committees</u>

Academy of Correctional Health Care Professionals (ACHCP)
2003-2004    Education Committee
2005-2008    Membership Committee
2006-2008    Board of Directors
2007-2008    Education Committee

American Academy of Child and Adolescent Psychiatry (AACAP)
1997-2000    Television and the Media Committee
1999-        Rights and Legal Matters Committee
1999-2002    Task Force on Juvenile Justice Reform
2002-2006    Committee on Juvenile Justice Reform
2007-2016    AACAP Representative to the National Commission on Correctional Health Care
2016-        Children and the Law Committee

American Board of Psychiatry and Neurology (ABPN)
1998-2001    Psychiatry Re-Certification Committee
2001-2004    Re-appointed, Psychiatry Re-Certification Committee
2006         Examiner, Part II General Psychiatry Examination Committee
2001-2006    Examiner, Child and Adolescent Psychiatry Examination Committee
2007-2014    Forensic Psychiatry Examination Committee
2020-        Forensic Psychiatry Article-Based Continuing Certification Committee

American Academy of Psychiatry and the Law (AAPL)
1998-        Rappeport Fellowship Committee
2006-        Suicidology Committee
2010--2012   Institutional and Correctional Psychiatry
2011-2016    (Chair) Suicidology Committee
2016-        AAPL Representative to the National Commission on Correctional Health Care
2017-2026    Media and Public Relations Committee
2018-2021    Councilor, AAPL Council
2020-2026    Awards Committee
2020-2026    Education Committee
2021-        (Co-Chair) Correctional Forensic Psychiatry Committee
2022-        Awards Committee
2022-        Education Committee

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

American College of Psychiatrists (ACOP)
2014-2017    Committee on the Education Award
2020-2024    Laughlin Fellowship, Selection Committee

American Correctional Association (ACA)
2013-2021    Health Care Committee
2013-2021    Mental Health Committee

American Psychiatric Association (APA)
2012-2014    Workgroup on Persons with Mental Illness in the Criminal Justice System
2014-        Workgroup on Mental Illness and Criminal Justice
2013-2015    Council on Children, Adolescents and Their Families, American Psychiatric Association, Arlington, Virginia
2015         Council on Psychiatry and Law
2015-2017    Chair, Council on Children, Adolescents and Their Families, American Psychiatric Association, Arlington, Virginia
2023-2025    Public Psychiatry Fellowship Selection Committee

Association for Academic Psychiatry
2003-2004    Program Committee

Coalition for Juvenile Justice
2001-2002    Membership Committee

National Commission on Correctional Health Care
2003-        Juvenile Health Committee
2003-2004    Standards Revision Task Force, Standards for Health Services in Juvenile Detention and Confinement Facilities
2005         Program Committee
2005         (Chair) Clinical Guidelines Monitoring Subcommittee
2006-2007    (Vice-Chair) Clinical Guidelines Monitoring Subcommittee
2006-2010    Executive Committee, Member At-Large
2007-2008    (Chair) Juvenile Health Committee
2007-2008    Clinical Guidelines Monitoring Subcommittee
2008-2009    Chair, NCCHC Governance Board
2008-2010    Finance Committee
2011-2014    (Chair) Juvenile Health Committee
2011-        Executive Committee
2010-        Accreditation Committee
2012-2014    (Vice Chair) Accreditation Committee
2013         Standards Revision Task Force, Standards for Health Services in Jails and Prisons
2014-2016    (Chair) Accreditation Committee
2014-        Certified Correctional Health Professional-Mental Health (CCHP-MH) Committee
2014-        Mental Health Standards Revision Task Force, Standards for Mental Health Services in Correctional Facilities
2016         Standards Revision Task Force, Standards for Health Services in Jails and Prisons
2018-2022    (Chair) Standards Revision Task Force, Standards for Health Services in Juvenile 2022
2021-2022    Chair, NCCHC Governance Board
2022-        Accreditation and Standards Committee
2022-2024    (Chair) CCHP-MH Committee

6

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

| | |
|---|---|
| 2023- | Mental Health Standards Revision Task Force, Standards for Mental Health Services in Correctional Facilities |
| 2023- | Standards Revision Task Force, Standards for Health Services in Jails and Prisons |
| 2024- | NCCHC Resources Inc. (NRI) Board of Directors (Chair) |
| 2024- | Treasurer and Chair, Finance Committee |

Other

Hospital Committees

| | |
|---|---|
| 1994-96 | Pharmacy and Therapeutics Committee, Butler Hospital, Providence, RI |
| 1995-96 | Outpatient Specialty Program Directors Group, Butler Hospital, Providence, RI |

University Committees

Brown University Department of Psychiatry and Human Behavior

| | |
|---|---|
| 1992-96 | Policy Committee, Residency Training Program |
| 1992-96 | Selection Committee, Residency Training Program |
| 1994 | Residency Recruitment Coordination Committee |
| 1994-96 | SDDS/Primary Care Psychiatry Research Committee |
| 1994 | Search Committee, Director of General Psychiatry Residency Training Program |
| 1998 | Selection Committee, Child and Adolescent Psychiatry Residency Program |

Brown University School of Medicine

| | |
|---|---|
| 2000-2002 | Search Committee, Department of Pediatrics |
| 2003-2007 | Search Committee, Post-Doctoral Training Program in Juvenile Forensic Psychology |

University of Texas Medical Branch Correctional Managed Care

| | |
|---|---|
| 2008- | Continuing Medical Education (CME) Committee |
| 2008-2010 | County Jail Pharmacy and Therapeutics Committee |
| 2008- | Mental Health Services Policy Committee |
| 2008- | Quality Council |
| 2008- | Mental Health Inpatient Leadership Group (Chair) |
| 2009-2011 | Medical Executive Committee (Chair) |
| 2009- | Executive Council |

State/Regional Committees

Rhode Island Psychiatric Society

| | |
|---|---|
| 1995-1996 | Executive Committee |
| 2006-2008 | (Chair) Public Affairs Committee |

Rhode Island Training School

| | |
|---|---|
| 2000-2001 | Health, Mental Health, and Suicide Prevention Work Group |
| 2002 | Resocialization Steering Committee |
| 2003-2008 | Pharmacy and Therapeutics Committee |
| 2004-2008 | Risk Management Committee |
| 2004-2008 | Suicide Prevention Work Group |

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

Rhode Island Department of Children, Youth, and Families

| 2003 | Article 23 Committee and Subcommittee |
| 2004 | Psychotropic Medications and Chemical Restraints |

Rhode Island Department of Health

| 2006-2008 | Suicide Prevention Subcommittee |

Texas Department of Criminal Justice

| 2008- | Correctional Managed Care Health Care (CMHCC) Joint Pharmacy and Therapeutics (P & T) Committee |
| 2008- | CMHCC P & T Psychiatric Subcommittee |
| 2008-2009 | CMHCC P & T Drug Withdrawal/Benzodiazepine Discontinuation Subcommittee |
| 2008- | CMHCC Joint Suicide Morbidity and Mortality Committee |
| 2008- | CMHCC Joint Suicide Prevention Working Group |
| 2008- | CMHCC System Leadership Council |
| 2008- | CMHCC Joint Mental Health Work Group |
| 2009-2011 | CMHCC Joint Mental Health Work Group (Chair) |
| 2012-2017 | CMHCC Joint Gender Identity Disorder Work Group |
| 2012-2015 | CMHCC Integrated Mental Health Procedure Committee |
| 2014-2016 | CMHCC Joint Mental Health Work Group (Chair) |
| 2017- | CMHCC Joint Gender Dysphoria Working Group (Co-Chair) |
| 2017-2018 | CMHCC Correctional Managed Care Joint P & T Committee (Chair) |
| 2022- | CMHCC Joint Mental Health Work Group (Chair) |
| 2024-2025 | CMHCC Joint Mental Health Work Group (Chair) |

Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI)

| 2024- | (Gubernatorial Appointment) Advisory Committee to the Texas Board of Criminal Justice on Offenders with Medical or Mental Impairments |

Texas Juvenile Justice Department (formerly known as the Texas Youth Commission)

| 2008- | Youth Health Services Leadership Council |
| 2008- | Youth Services Pharmacy and Therapeutics Committee |
| 2008- | Mental Health Subcommittee |
| 2008- | Psychiatry Subcommittee |
| 2016-2018 | (Chair) Youth Services Pharmacy and Therapeutics Committee |

Texas Society of Psychiatric Physicians

| 2009- | Government Affairs Committee |
| 2009-2012 | Public Mental Health Services Committee |
| 2009-2010 | Strategic Planning and Coordinating Committee |
| 2012-2013 | (Vice-Chair) Forensic Psychiatry Committee |
| 2013-2015 | Continuing Medical Education Committee |
| 2013- | (Chair) Forensic Psychiatry Committee |
| 2013- | Executive Council |
| 2018-2019 | President |
| 2020- | Texas Federation of Psychiatry Executive Committee |

MEMBERSHIP IN SCIENTIFIC SOCIETIES/PROFESSIONAL ORGANIZATIONS:

| 1987-99 | American Medical Association |

8

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

| | |
|---|---|
| 2002-2003 | American Medical Association |
| 2022-2024 | American Medical Association |
| 1992- | Theta Kappa Psi Medical Fraternity Alumni |
| 1992- | American Psychiatric Association |
| 1993-2008 | Rhode Island Psychiatric Society |
| 1995- | American Academy of Child and Adolescent Psychiatry |
| 1996-2004 | Association for Academic Psychiatry |
| 1996-98 | Rhode Island Medical Society |
| 1997-98 | American Association of General Hospital Psychiatrists |
| 1997-98 | Brown University House staff Association |
| 1999-2008 | Rhode Island Council of Child and Adolescent Psychiatry |
| 1997- | American Academy of Psychiatry and the Law |
| 1998-99 | Connecticut Psychiatric Society |
| 2002- | Academy of Correctional Health Professionals |
| 2008- | Texas Society of Psychiatric Physicians |
| 2008- | Texas Society of Child and Adolescent Psychiatry |
| 2009- | American College of Psychiatrists |
| 2011-2015 | American College of Physician Executives |
| 2018- | Titus Harris Society |
| 2020-2022 | (President) Titus Harris Society |

HONORS:

| | |
|---|---|
| 1994 | ACNP Program for Minority Research Training in Psychiatry |
| 1994 | Center for Mental Health Services Scholarship |
| 1995 | Mead Johnson Fellow, Association for Academic Psychiatry |
| 1995 | Laughlin Fellow, American College of Psychiatrists |
| 1996 | Outstanding Young Men of America |
| 1996 | Chester M. Pierce, M.D., Sc.D. Resident Research Award |
| 1997 | Lebensohn Award, American Association of General Hospital Psychiatrists |
| 1997 | Rappeport Fellow, American Academy of Psychiatry & the Law |
| 1999 | Presidential Scholar, American Academy of Child & Adolescent Psychiatry |
| 2000 | Pilot Research Award, American Academy of Child & Adolescent Psychiatry |
| 2001 | America's Registry of Outstanding Professionals |
| 2002 | Who's Who in Medicine and Healthcare |
| 2003 | Who's Who in America |
| 2003 | Who's Who in Science and Engineering |
| 2003 | Junior Faculty Development Award, Association for Academic Psychiatry |
| 2004 | Brown Medical School Teaching Recognition Award |
| 2004 | Distinguished Alumnus, University of the Incarnate Word |
| 2004 | Strathmore's Professional Honor Society |
| 2005- | Best Doctors in America |
| 2006 | Madison Who's Who |
| 2006 | Fellow, American Psychiatric Association (Life Fellow Status in 2022) |
| 2007 | Who's Who Among Executives and Professionals |
| 2007 | Fellow, The Lloyd Society |
| 2008 | Member, American College of Psychiatrists |
| 2011 | Cambridge Who's Who Registry among Executives and Professionals in the Field of Research, Medicine, and Healthcare |

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

2024    Special Service Award, Texas Society of Psychiatric Physicians

ADDITIONAL INFORMATION:

Academic Appointments

| | |
|---|---|
| 1995-1996 | Assistant Instructor in Psychiatry |
| 1998-2007 | Clinical Assistant Professor of Psychiatry, Department of Psychiatry and Human Behavior, Brown University School of Medicine, Providence, Rhode Island |
| 2007-2012 | Clinical Associate Professor of Psychiatry, Department of Psychiatry and Human Behavior, Warren Alpert Medical School of Brown University, Providence, Rhode Island |
| 2009-2013 | Clinical Associate Professor of Psychiatry, Department of Psychiatry and Behavioral Sciences, UTMB Medical School, Galveston, Texas |
| 2014- | Clinical Professor of Psychiatry, Department of Psychiatry and Behavioral Sciences, UTMB Medical School, Galveston, Texas |
| 2017- | Clinical Professor, Physician Assistant Studies, UTMB Medical School, Galveston, Texas |

Hospital and Other Correctional Behavioral Health Facility Appointments

| | |
|---|---|
| 1994-1997 | Psychiatric House Officer, Landmark Medical Center, Woonsocket, Rhode Island |
| 1994-1998 | Psychiatric House Officer, St. Joseph Center for Psychiatric Services, Providence, Rhode Island |
| 1999-2008 | Medical Staff, Rhode Island Hospital, Providence, Rhode Island |
| 1999-2008 | Medical Staff, Emma Pendleton Bradley Hospital, East Providence, Rhode Island |
| 2013-2014 | Acting Clinical Director, Texas Department of Criminal Justice (TDCJ), TDCJ Skyview/Hodge Units, Rusk, Texas |
| 2017- | Staff Psychiatrist, University Medicine Associates, Bexar County Hospital District d/b/a University Health, in conjunction with Detention Health Care Services ("University Health"), Bexar County Jail, San Antonio, Texas |
| 2018-2020 | Consulting Psychiatrist, River Oaks Hospital and Clinics, Houston, Texas |
| 2019-2020 | Acting Clinical Director, TDCJ, Jester IV Unit, Richmond, Texas |
| 2023 | Acting Clinical Director, TDCJ, Jester IV Unit, Richmond, Texas |

Other Appointments

| | |
|---|---|
| 1995- | Reviewer, Hospital Physician |
| 1996 | Reviewer, Academic Psychiatry |
| 1996 | Reviewer, Journal of Nervous and Mental Disease |
| 1997 | Reviewer, Journal of Clinical Psychiatry |
| 1997 | Staff Psychiatrist, Kent County Mental Health Center, Warwick, RI |
| 1998-2001 | Consultant, New Haven State's Attorney Office, New Haven, CT |
| 1998-2000 | Consultant, Capital Defense and Trial Services Unit, Office of the Chief Public Defender, Hartford, CT |

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

| | |
|---|---|
| 1998-2001 | Consultant, Office of the Public Defender, Bridgeport, CT |
| 1998-1999 | Psychiatrist, New Haven Court Clinic, New Haven, CT |
| 1998-1999 | Consultant, Disabilities Clinic, Yale Law School, New Haven, CT |
| 1998-1999 | Psychiatric Expert Witness, Trial Practice Course, Yale Law School, New Haven, CT |
| 1998-1999 | Consultant, Special Populations Unit, CT Department of Mental Health and Addictions Services, Hartford, CT |
| 1998-1999 | Genesis Group Co-leader and Individual Therapist, Whiting Forensic Institute, Middletown, CT |
| 1998-1999 | Child Custody and Placement Clinic, Yale Child Study Center, New Haven, CT |
| 1998-2001 | Consultant, Superior Court, Juvenile Matters, Stamford, CT |
| 1999 | Consultant, Psychiatric Security Review Board, Middletown, CT |
| 1999 | Consultant, United States Department of State, Washington, DC |
| 1999-2001 | Staff Child Psychiatrist, The Family Health Center at SSTAR Program, Fall River, MA |
| 1999-2008 | Director of Psychiatric Services, Rhode Island Training School, Cranston, RI |
| 1999-2008 | Consultant, Rhode Island Family Court |
| 1999-2008 | Consultant, Rhode Island Department of Children, Youth, and Families |
| 1999-2008 | Consultant, RI Department of Disability Determination Services, Providence, RI |
| 1999-2000 | Consultant, Providence Police Department, Kid's INC. Program, Providence, RI |
| 1999-2001 | Consultant, Office of the Attorney General, Providence, RI |
| 2000-2001 | Consultant, Superior Court, Juvenile Matters, Hartford, CT |
| 2000-2001 | Consultant, United States Attorney, District of Rhode Island, Providence, RI |
| 2001 | Consultant, Butler Hospital, Providence, RI |
| 2001 | Consultant, Northwest Special Education Region, Scituate, RI |
| 2001 | Consultant, Qualidigm, Middletown, CT |
| 2001-2003 | Consultant, Town of Narragansett, Narragansett, RI |
| 2001-2002 | Consultant, Office of the Public Defender, Enfield, CT |
| 2001-2002 | Consultant, Medical Consultants Network, Seattle, WA |
| 2001-2002 | Advisory Board, HELP Mental Health and Wellness Initiative, Providence, RI |
| 2002 | Consultant, Yarmouth Police Department, Yarmouth, MA |
| 2002-2003 | Consultant, Office of the Mental Health Advocate, Cranston, RI |
| 2002 | Consultant, Commonwealth of Massachusetts, Committee for Public Council, Boston, MA |
| 2002- | Editorial Board, Hospital Physician |
| 2002- | Reviewer, Journal of Correctional Health Care |
| 2003- | Consultant, Bradley Hospital, East Providence, RI |
| 2003- | Representative, American Academy of Child & Adolescent Psychiatry to the National Commission on Correctional Health Care, Chicago, Illinois |
| 2003- | Board of Directors, National Commission on Correctional Health Care, Chicago, Illinois |
| 2003 | Advisory Panel, ADHD in Correctional Institutions, National Commission on Correctional Health Care, Chicago, Illinois |
| 2004 | Consultant, Town of West Warwick, RI, Pension Board |
| 2004 | Consultant, Rhode Island Department of Corrections |
| 2004 | Reviewer, Journal of the American Medical Women's Association |
| 2004- | Editorial Board, Psychiatry |
| 2005 | Consultant, Florida Department of Juvenile Justice |

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

| | |
|---|---|
| 2005-2008 | Consultant, Office of the Public Defender, Providence, RI |
| 2005 | Consultant, Bradley School, Portsmouth, RI |
| 2005-2006 | Consultant, Office of the Attorney General, Hartford, CT |
| 2006-2007 | Consultant, Phoenix House, New York, NY |
| 2006- | Editorial Board, Correctional Health Report |
| 2006-2008 | Consultant, Physicians and Lawyers for National Drug Policy |
| 2006-2008 | Board of Directors, Academy of Correctional Health Care Professionals |
| 2007-2009 | Consultant, Town of East Providence, RI, Police Department |
| 2007-2009 | Technical Assistance Project Consultant, National Commission on Correctional Health Care, Various Correctional Facilities, Valhalla, New York |
| 2007-2010 | Chair (Chair-Elect, Chair, Immediate Past), Board of Directors, National Commission on Correctional Health Care, Chicago, Illinois |
| 2007-2011 | Contributor and Consultant to the American Academy of Child and Adolescent Psychiatry (AACAP) Work Group on Quality Issues. Practice Parameter for Child and Adolescent Forensic Evaluations. J Am Acad Child Adolesc Psychiatry 2011; 50:1299-1312 |
| 2008 | Consultant, National Institute of Mental Health (NIMH), Bethesda, MD |
| 2009 | Consultant, Kansas Department of Juvenile Corrections |
| 2009 | Consultant, Philadelphia Department of Behavioral Health and Mental Retardation Services |
| 2009 | Reviewer, Ambulatory Pediatrics |
| 2009- | Board of Directors, Society of Correctional Physicians (SCP) |
| 2011- | Editorial Board, Journal of Correctional Health Care |
| 2011 | Technical Assistance Project Consultant, U.S. Department of Justice, National Institute of Corrections (NIC) |
| 2011 | Consultant, Rhode Island Department of Corrections |
| 2011- | Consultant, Agency for Health Research and Quality's (AHRQ) Effective Health Care (EHC) Program |
| 2011 | Consultant, Office of the Attorney General, Providence, Rhode Island |
| 2011 | Consultant, Vermont Department of Corrections (John Allen and Associates) |
| 2012 | Technical Assistance Project Consultant, National Commission on Correctional Health Care, Idaho Department of Corrections |
| 2012 | Consultant, National Commission on Correctional Health Care, US Immigration and Customs Enforcement (ICE) San Diego Contract Detention Facility, San Diego, California |
| 2012 | Surveyor, National Commission on Correctional Health Care, Orleans Parish Criminal Sheriff's Office, New Orleans, Louisiana |
| 2012 | Surveyor, National Commission on Correctional Health Care, Hudson County Correctional Center, Kearny, New Jersey |
| 2012 | Reviewer, Academic Pediatrics |
| 2012-2013 | Consultant, Office of the Attorney General, Providence, Rhode Island |
| 2013- | Consultant, Polk County Juvenile Detention Center/Polk County Jail, Bartow, Florida |
| 2013-2016 | Member, Council on Psychiatry and Law, American Psychiatric Association, Arlington, Virginia |
| 2013 | Surveyor, National Commission on Correctional Health Care, Harris County Jail, Houston, Texas |

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

| | |
|---|---|
| 2013 | Surveyor, National Commission on Correctional Health Care, Rio Grande Detention Center, Laredo, Texas |
| 2013-2014 | Consultant, Juvenile Justice Commission (JJC) State of New Jersey, and the University of Medicine and Dentistry of New Jersey (UMDNJ)-University Behavioral HealthCare/University Correctional HealthCare, Trenton, New Jersey |
| 2013- | Reviewer, Suicide and Life-Threatening Behavior |
| 2013- | Consultant, Division of Health Services, Arizona Department of Corrections, Phoenix, Arizona |
| 2013 | Surveyor, National Commission on Correctional Health Care, El Paso Service Processing Center, El Paso, Texas |
| 2013-2014 | Consultant to Special Master, *Coleman v. Brown*, *Governor of California, et al.,* United States Court of Appeals, Ninth Circuit, Pasadena, California |
| 2021-2023 | Presenter and Discussant re: Telepsychiatry and Telepsychology Service Implementation in Correctional and Criminal Court Settings, National Health Service (NHS) Health and Justice, NHS England and NHS Improvement, series of virtual meetings |
| 2019-2020 | Consultant, Sacramento County Commissioners and Sacramento County Jails and Other Surrounding County Jails (John Allen and Associates) |
| 2021- | State of Texas "The 5 Agencies Project," Cross-Agency Coordination on Healthcare Strategies and Measures: Self-Harm Subgroup. The 5 agencies include Health and Human Services Commission (HHSC), Department of State Health Services (DSHS), Employees Retirement System of Texas (ERS), Texas Department of Criminal Justice (TDCJ), and Teacher Retirement System (TRS), and the University of Texas Health Science Center at Houston Center for Health Care Data (UTHealth Data Center) |
| 2022 | Presenter and Discussant, Suicide Prevention in Detention Settings, Roundtable Meeting, United States Marshals Service Office of Detention Standard and Compliance, Washington, DC |
| 2022 | Consultant, Wake County Detention Center, Raleigh, North Carolina (John Allen and Associates) |
| 2022-2023 | Consultant, NRI, Colorado Department of Human Services, Division of Youth Services, Secure Youth Centers, State of Colorado |
| 2022-2023 | Consultant, The Moss Group, Washington, District of Columbia |
| 2023 | Consultant, NRI, Ponce and Villalba Juvenile Correctional Detention Centers, Ponce, Puerto Rico, and Villalba, Puerto Rico |
| 2023-2024 | Consultant, Kentucky Department of Juvenile Justice, Detention Centers, State of Kentucky (John Allen and Associates) |
| 2024-2025 | Consultant, San Diego County Jail, San Diego, California (John Allen and Associates) |
| 2024 | Consultant, North Carolina Department of Adult Correction, North Carolina (John Allen and Associates) |
| 2024-2025 | Consultant, Sacramento County Jail, Sacramento, California (John Allen and Associates |

PUBLISHED:

A. Peer Reviewed Publications
  1. Chang K, Neeper R, Jenkins M, **Penn JV**, Bollivar L, Israeli L, Malloy P, Salloway SP. Clinical Profile of Patients Referred for Evaluation of Adult Attention-Deficit

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

Hyperactivity Disorder (Abstract) <u>Journal of Neuropsychiatry and Clinical Neurosciences</u> 1995;7:400-1.

2. **Penn JV**, Salloway SP. Development of Multiple Sclerosis in a Patient with Attention-Deficit Hyperactivity Disorder (Abstract) <u>Journal of Neuropsychiatry and Clinical Neurosciences</u> 1995;7:406-7.

3. Jenkins M, Malloy P, Cohen R, Salloway S, Neeper R, **Penn JV**, Chang K. Attentional and Learning Dysfunction Among Adults with History of Childhood ADHD <u>Journal of the International Neuropsychological Society</u> 1996;2:209.

4. **Penn JV**, Boland RJ, McCartney JR, Kohn R, Mulvey T. Recognition and Treatment of Depressive Disorders by Internal Medicine Residents and Attendings <u>General Hospital Psychiatry</u> 1997;19:179-184.

5. Jenkins M, Cohen R, Malloy P, Salloway S, Gillard E, **Penn JV**, Marcotte A. Neuropsychological Measures Which Discriminate Among Adults with Residual Attention Deficit Disorder and Other Attentional Complaints <u>Clin Neuropsychologist</u> 1998;12:74-83.

6. **Penn JV**, Esposito CL, Schaeffer LE, Fritz GK, Spirito A. Suicide Attempts and Self-Mutilative Behavior in a Juvenile Correctional Facility <u>J Am Acad Child Adolesc Psychiatry</u> 2003; 7:762-769.

7. **Penn JV**, Child and Adolescent Forensic Psychiatry, <u>Medicine and Health Rhode Island</u> 2005;9:310-317.

8. Zonfrillo MR, **Penn JV**, Leonard HL. Pediatric Psychotropic Polypharmacy. <u>Psychiatry 2005</u> 2005; 8:14-19.

9. Stein, LAR, Lebeau-Craven, R, Martin R, Colby SM, Barnett, NP, Golembeske, C, **Penn, JV**. Use of the Adolescent SASSI in a Juvenile Correctional Setting. <u>Assessment</u> 2005, 12:384-394.

10. **Penn JV**, Thomas CR. AACAP Work Group on Quality Issues. Practice Parameter for the Assessment and Treatment of Youth in Juvenile Detention and Correctional Facilities. <u>J Am Acad Child Adolesc Psychiatry</u> 2005; 10:1085-1098.

11. **Penn JV**, Esposito CL, Stein LAR, Lacher-Katz M, Spirito A. Juvenile Correctional Workers' Perceptions of Suicide Risk Factors and Mental Health Issues of Incarcerated Juveniles. <u>J Correctional Health Care</u> 2006; Volume 11, Issue 4: 333-346.

12. Cascade EF, Kalali AH, **Penn JV**, Feifel D. Recent Changes in Prescriptions for Antipsychotics in Children and Adolescents. <u>Psychiatry</u> (Edgmont). 2006 Volume 3, Issue 9:18-20.

13. Esposito-Smythers CL, **Penn JV**, Stein LAR, Lacher-Katz M, Spirito A. A Test of Problem Behavior and Self-Medication Theories in Incarcerated Adolescent Males. <u>J Child Adol Substance Abuse</u> 2008; Volume 17, Issue 4: 41-56.

14. Baillargeon J**,** Binswanger IA, **Penn JV**, Williams BA, Murray OJ. Psychiatric Disorders and Repeat Incarcerations: The Revolving Prison Door. <u>The American Journal of Psychiatry</u> 2009; Volume 166, Issue 1:103-109.

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

15. Baillargeon J, **Penn JV**, Thomas CR, Temple JR, Baillargeon G, Murray OJ. Suicide in America's Largest Prison System. Journal of the American Academy of Psychiatry and the Law 2009; Volume 37, Number 2: 188-193.

16. Garvey KA, **Penn JV,** Campbell AL, Esposito-Smythers CL, Spirito A. Contracting for Safety with Patients: Clinical Practice and Forensic Implications. Journal of the American Academy of Psychiatry and the Law 2009; Volume 37, Number 3: 363-370.

17. Ochoa KC, Pleasants GL, **Penn JV**, Stone DC. Disparities in Justice and Care: Persons with Severe Mental Illnesses in the U.S. Immigration Detention System. Journal of the American Academy of Psychiatry and the Law 2010; Volume 38, Number 3: 392-399.

18. Baillargeon J**,** Hoge SK, **Penn JV**. Addressing the Challenge of Community Reentry among Released Inmates with Serious Mental Illness. American Journal of Community Psychology 2010; Volume 46, Number 3-4: 361-375.

19. Baillargeon J, **Penn JV**, Knight K, Harzke AJ, Baillargeon G, Becker EA. Risk of Reincarceration among Prisoners with Co-occurring Severe Mental Illness and Substance Use Disorders. Adm Policy Ment Health 2010; Volume 37, Number 4:367-74.

20. Harzke AJ, Baillargeon J, Baillargeon G, Olvera R, Torrealday O, **Penn JV**, Parikh R. Co-occurrence of Substance Use Disorders with Other Psychiatric Disorders in the Texas Juvenile Correctional system. International Journal of Prisoner Health 2011; 7, 4-16.

21. Harzke, AJ, Baillargeon J, Baillargeon G, Henry J, Olvera R, Torrealday O., **Penn, JV**, Parikh, R. Prevalence of Psychiatric Disorders in the Texas Juvenile Correctional System. Journal of Correctional Health Care 2012; Volume 18, Number 2: 143-157.

22. Hilliard WT, Barloon L, Farley P, **Penn JV,** Koranek A. Bupropion Diversion and Misuse in the Correctional Facility. Journal of Correctional Health Care 2013; Volume 19, Number 3: 211-217.

23. McKee J, **Penn JV**, Koranek A. Psychoactive Medication Use and Misadventuring Issues in Correctional Healthcare – What all Clinicians Should Know. Journal of Correctional Health Care 2014; 20(3):249-260.

24. Trestman, RL (Chair), **Penn JV**, et al. Psychiatric Services in Correctional Facilities: Third Edition A Work Group Report of the American Psychiatric Association. American Psychiatric Publishing 2015.

25. Baillargeon J, Pulvino JS, Leonardson JE, Linthicum LC, Williams B, **Penn J** Williams RS, Baillargeon G, Murray OJ. The Changing Epidemiology of HIV in the Criminal Justice System. International Journal of STD & AIDS. 2017;28(13):1335-1340.

26. Tamburello A, Metzner J, Ferguson E, Champion M, Ford E, Glancy G, Appelbaum K, **Penn J,** Burns K, Ourada J. The American Academy of Psychiatry and the Law Practice Resource for Prescribing in Corrections. Journal of the American Academy of Psychiatry and Law 46:242-43, 2018. DOI:10.29158/JAAPL.003762-18

27. Tamburello A, **Penn J,** Ford E, Champion M, Glancy G, Metzner J, Ferguson E, Tomita T, Ourada J. The American Academy of Psychiatry and the Law Practice Resource for Prescribing in Corrections. Journal of the American Academy of Psychiatry and Law 50:S1–S62, 2022. DOI:10.29158/JAAPL.220082-22

28. Tamburello A, **Penn JV,** Negron-Muñoz R, Kaliebe K. Prescribing Psychotropic Medications for Justice-Involved Juveniles. <u>Journal of Correctional Health Care</u> J Correct Health Care. 2023 Apr;29(2):94-108. DOI: 10.1089/jchc.21.09.0086. Epub 2023 Jan 13.

29. Baillargeon J, Linthicum LC, Murray OJ, Raji MA, Kuo YF, Pulvino JS, Milani SA, Williams B, Baillargeon GR, Blair PA, Kristen Peek M, **Penn JV**. The Prevalence of Cognitive Impairment and Dementia in Incarcerated Older Adults. <u>The Journals of Gerontology, Series B: Psychological Sciences and Social Sciences</u>. 2023 Dec 06; 78(12):2141-2146.  PMID: 37793395.

30. Hatters-Friedman S, Sorrentino R, Kaempf A, Price M, Landess J, Glezer A, **Penn JV**, Westmoreland P, Lewis C, Cerny C, Janofsky J. The American Academy of Psychiatry and the Law Practice Resource for Reproductive Psychiatry and Women's Mental Health in Forensic Psychiatry Practice. <u>Journal of the American Academy of Psychiatry and the Law 2024</u>: Volume 52, Number 4: 494


PUBLISHED

B. <u>Non-Peer Reviewed Publications</u>

1. **Penn JV**, Martini J, Radka D. Weight Gain Associated with Risperidone (Letter to Editor) <u>Journal of Clinical Psychopharmacology</u> 1996;16:259-260.

2. **Penn JV**, Leonard HL, March J: OCD in Children and Adolescents.  In M.T. Pato, G Steketee (eds.), OCD Across the Life Cycle, <u>Annual Review of Psychiatry</u>, Volume 16. Washington, DC: American Psychiatric Press, 1997, pp 7-53.

3. **Penn JV**, Hagino 0: Child and Adolescent Psychiatry.  In R.J. Goldberg, <u>Practical Guide to the Care of the Psychiatric Patient</u>, 2nd Edition. St. Louis: Mosby, 1998, pp 340-374.

4. **Penn, JV**, Casoli-Reardon M. <u>Antisocial and Violent Youth</u> (Book Review) Shamsie Lugus et al., Journal of the American Academy of Child and Adolescent Psychiatry 2001;12:1483-1484.

5. **Penn, JV**, Casoli-Reardon M. <u>Antisocial and Violent Youth</u> (Book Review) Shamsie Lugus et al., Journal of Developmental and Behavioral Pediatrics 2001; 22: 258-259.

6. **Penn JV**. Attention-Deficit/Hyperactivity Disorder: Review Questions. <u>Hospital Physician</u> 2001; 6:27-28.

7. **Penn JV**. Quick to Cry? <u>Parenting</u> 2001; 4:185.

8. **Penn JV**, Leonard HL: Diagnosis and Treatment of Obsessive-Compulsive Disorder in Children and Adolescents.  In M.T. Pato, J. Zohar (eds.), <u>Current Treatments of Obsessive-Compulsive Disorder</u>, 2nd Edition. Washington, DC: American Psychiatric Press, 2001, pp. 109-132.

9. **Penn JV**. Justice for Youth? A History of the Juvenile and Family Court. <u>The Brown University Child and Adolescent Behavior Letter</u> 2001; 9:1-4.

10. **Penn JV**. Child and Adolescent Depression: Review Questions. <u>Hospital Physician</u> 2002; 1:39-40.

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

11. Thomas CR, **Penn JV**: Juvenile Justice Mental Health Services, In <u>Child and Adolescent Psychiatric Clinics of North America</u>. Edited by Haller L. Philadelphia: WB Saunders, 2002, pp 731-748.

12. **Penn JV**: Use of Psychotropic Medications with Incarcerated Youth. <u>Standards for Health Services in Juvenile Detention and Confinement Facilities</u> National Commission on Correctional Health Care, 2004, 263-265.

13. Carlsen AB, **Penn JV** <u>Kids Who Commit Adult Crimes: Serious Criminality by Juvenile Offenders</u> (Book Review) Flowers RB, Journal of Developmental & Behavioral Pediatrics 2005; 26:390-391.

14. Kraus LJ, **Penn JV**: Standards for Juvenile Detention and Confinement Facilities. <u>In Recommendations for Juvenile Justice Reform</u>. (Monograph) 2nd Edition. American Academy of Child and Adolescent Psychiatry Committee on Juvenile Justice Reform, 2005, p.40-47.

15. Masters KJ, **Penn JV**: Seclusion and Restraint: Juvenile Justice Plus Restrictive Interventions Equals Fragmentation. <u>AACAP News</u>, 2005, p. 164, 172.

16. **Penn JV**: Safe Use of Psychotropic Medications with Confined Youth. <u>Correct Care</u>, 2005, Volume 19, Issue 2, p. 12.

17. Murakami S, Rappaport N, **Penn JV**: An Overview of Juveniles and School Violence. In <u>Psychiatric Clinics of North America</u>. Edited by Scott C. Philadelphia: Elsevier, 2006, pp. 725-741.

18. **Penn JV**: Expert Commentary: Antipsychotic Use Among Children and Adolescents. <u>Psychiatry 2006</u>. 2006; 9:19.

19. **Penn JV**: Child and Adolescent Psychiatry. In R.J. Goldberg, <u>Practical Guide to the Care of the Psychiatric Patient</u>, 3rd Edition. Elsevier: Philadelphia, PA, 2007, pp 389-441.

20. Romero L, **Penn JV**. Ethical Issues of Youthful Offenders: Confidentiality, Right to and Right to Refuse Treatment, Seclusion and Restraint. In C. Kessler and L. Kraus, <u>The Mental Health Needs of Young Offenders,</u> Cambridge University Press, Cambridge, UK, 2007, pp. 401-422.

21. **Penn JV**, Thomas CR. Mental Health Care in Juvenile Detention Facilities: A Review (Letter to Editor) <u>Journal of the American Academy of Psychiatry and the Law</u>. 2006; 34:570-571.

22. Faille L, Clair M, **Penn JV**. Special Risk Management Issues in Child and Adolescent Psychiatry. <u>Psychiatric Times</u>. 2007; 7:64-67.

23. **Penn JV**. Invited Editorial: "Psychotropic Medications in Incarcerated Juveniles: Over versus Under-Prescribed?" <u>Arch Pediatr Adolesc Med</u>. 2008 Mar;162(3):281-3.

24. Baillargeon J, Paar DP, **Penn JV** Psychiatric Disorders and HIV/Hepatitis Coinfection <u>CorrDocs</u>. Volume 11, Issue 3:12.2008

25. Baillargeon J, **Penn JV**, (Letter to Editor) <u>The American Journal of Psychiatry</u> 2009; 166:490.

26. **Penn JV**. Suicide Prevention Strategies for Juveniles in Correctional Settings. In <u>Condotte Suicidarie: Un'analisi Nel Sistema Degli Istituti Penali Minorili (Suicide Behavior: An Analysis of the Juvenile Justice/Correctional System).</u> Numeri Pensati: Gangemi Editore,

17

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

Rome, Italy, 2010, pp 66-76.

27. Clair M, Faille L, **Penn JV.** Prevention and Treatment of Violent Offending/Offenders. In Ferguson CJ, Violent Crime: Clinical and Social Implications, Sage Publications, Thousand Oaks, CA, 2010, 351-372.

28. **Penn JV**. Standards and Accreditation for Jails, Prisons, and Juvenile Facilities, In Oxford Textbook of Correctional Psychiatry. Edited by Trestman R, Appelbaum K, and Metzner J. Oxford University Press, New York, NY, 2015, pp 359-365.

29. McGlasson T, Champion MK, **Penn JV**. (2018) Geriatric Offenders: Evaluation and Treatment within Correctional Settings, In J. C. Holzer, R. Kohn, J. M. Ellison, & P. R. Recupero (Eds.), Geriatric Forensic Psychiatry: Principles and Practice (pp. 227–236). Oxford University Press, Oxford, UK.

30. **Penn JV**, Weinstein HC. (2017) Correctional Psychiatry, In Kaplan & Sadock's Comprehensive Textbook of Psychiatry 10th edition. Edited by Sadock BJ, Sadock VA and Ruiz P, (pp.4449-4477). Lippincott Williams & Wilkins, Philadelphia, Pennsylvania.


C.  ABSTRACTS:

1. Penn JV, Phillips KA. (1995). Body Dysmorphic Disorder and Social Phobia, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting, Miami, Florida.

2. Penn JV, Boland RJ, McCartney JR. (1995). Recognition and Treatment of Depressive Disorders Among Internists, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting.  Miami, Florida.

3. Penn JV, Salloway SP. (1995). Development of Multiple Sclerosis in a Patient with Attention-Deficit Hyperactivity Disorder, Poster Session, American Neuropsychiatric Association Annual Meeting. Pittsburgh, Pennsylvania.

4. Chang K, Neeper R, Jenkins M, Penn JV, Bollivar L, Israeli L, Malloy P, Salloway SP. (1995). Clinical Profile of Patients Referred for Evaluation of Adult Attention-Deficit Hyperactivity Disorder, Poster Session, American Neuropsychiatric Association Annual Meeting. Pittsburgh, Pennsylvania.

5. Penn JV, Zimmerman M, Mattia J. (1996). Screening for Psychiatric Disorders in Medical Outpatients: A Patient Acceptance Study, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting. New York, New York.

6. Jenkins M, Malloy P, Cohen R, Salloway SP, Neeper R, Penn JV, Chang K. (1996). Attentional and Learning Dysfunction among Adults with History of Childhood ADHD, Poster Session, International Neuropsychological Society Annual Mid-Year Meeting. Veldhoven, The Netherlands.

7. Penn JV, Boland RJ, McCartney JR.  (1996). Recognition and Treatment of Depressive Disorders by Internal Medicine Attendings and House staff, Annual Chester M. Pierce, M.D., Sc.D., Resident and Medical Student Research Symposium, National Medical Association 101st Scientific Assembly, Chicago, Illinois.

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

8. Penn JV, Boland RJ, McCartney JR. (1996). Recognition and Treatment of Depressive Disorders by Internal Medicine Attendings and House staff, Poster Session, Annual Lifespan Hospitals Research Celebration, Providence, Rhode Island.

9. Penn JV, Holden P, Hendren RL. (1997). Can You Teach Child and Adolescent Psychopharmacology from Somebody Else's Lecture Notes? Workshop Presentation and Poster Session, Annual Meeting Association for Academic Psychiatry, Albuquerque, New Mexico.

10. Leonard HL, Penn JV, March J. (1997). OCD in Children and Adolescents, Review of Psychiatry, Obsessive-Compulsive Disorder Across the Life Cycle, American Psychiatric Association Annual Meeting. San Diego, California.

11. Penn JV, Esposito C, Spirito A. (2001). Incidence of Suicide Attempts and Self-Injurious Behavior in a Juvenile Correctional Facility, Poster Session, American Academy of Child and Adolescent Psychiatry Annual Meeting. Honolulu, Hawaii.

12. Penn JV, Esposito CL, Stein LAR, Lacher-Katz M, Spirito A. (2003) Juvenile Correctional Workers' Perceptions of Suicide Risk Factors and Mental Health Issues of Incarcerated Juveniles, Poster Session, American Academy of Psychiatry and the Law Annual Meeting, San Antonio, Texas.

13. Penn JV. (2005) AACAP Practice Parameter for the Assessment and Treatment of Youth in Juvenile Detention and Correctional Facilities, Symposium, Emerging Frontier of Psychiatry: Juvenile Justice, American Psychiatric Association Annual Meeting, Atlanta, Georgia.

14. Penn JV. (2005) Surviving the Challenges of Juvenile Corrections: Suicide Prevention Strategies, Symposium, Juvenile Justice and Mental Health, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Paris, France.

15. Merideth P, Janofsky J, Penn JV. Phillips RTM, Recupero P. (2005) Difficult Case? Consult Your Colleagues, Workshop, American Academy of Psychiatry and the Law Annual Meeting, Montreal, Canada.

16. Chen JT, Hunt J, Penn JV, Spirito A. (2006) Psychiatric Differences Among Adolescents in a Psychiatric Hospital Versus a Juvenile Correctional Facility, Poster Session, American Psychiatric Association, Institute on Psychiatric Services, New York, New York.

17. Penn JV. (2006) Suicide Attempts and Self-Mutilative Behavior in a Juvenile Correctional Facility, Symposium, Recent Developments in the Research of Juvenile Offenders, American Academy of Child and Adolescent Psychiatry Annual Meeting. San Diego, California.

18. Penn JV. (2007) Acting Out: How to Manage Difficult Adolescents in Correctional Settings, Symposium (Chair), Novel Approaches to the Evaluation and Treatment of Juvenile Offenders, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Padua, Italy.

19. Garvey KA, Penn JV. (2007) Contracting for Safety with Adolescents: Is This an Empirically Based Practice? Poster Session, American Academy of Psychiatry and the Law Annual Meeting, Miami, Florida.

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

20. Ryan E, Penn JV. (2007) Juvenile Sexual Offenders: Update on Clinical and Forensic Evaluation Strategies, Workshop Presentation, American Academy of Child and Adolescent Psychiatry Annual Meeting. Boston, Massachusetts.

21. Baillargeon J, Penn JV. (2008) The Prevalence and Treatment of Psychiatric Disorders in a State Prison System, Academic and Health Policy Conference on Correctional Health, Quincy, Massachusetts.

22. Garvey KA, Penn JV, Campbell AL, Esposito-Smythers CL, Spirito A. (2008) Contracting for Safety: Clinical Practice and Forensic Implications, Paper Session, American Academy of Psychiatry and the Law Annual Meeting, Seattle, Washington.

23. Baillargeon J, Penn JV, (2009) Psychiatric Disorders and Repeat Incarcerations: The Revolving Prison Door, Symposium, International Academy of Law and Mental Health, International Congress on Law and Mental Health, New York, New York.

24. Baillargeon J, Penn JV, (2009) Psychiatric Disorder and Parole Revocation Among Texas Prison Inmates, Academic and Health Policy Conference on Correctional Health, Fort Lauderdale, Florida.

25. Dingle AD, Zito JM, Sharma S, Zima BT, Varley CK, Carlson GA, Penn JV. (2010) Psychotropic Medication Use in Vulnerable Child and Adolescent Populations, Symposium, American Academy of Child and Adolescent Psychiatry Annual Meeting, New York, New York.

26. Penn JV, (2011) Framework of Correctional Managed Care Models: Formulary Development and Implementation, Symposium, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Berlin, Germany.

27. Ochoa K, Penn JV, Venters H, Hustings E, Mehta S, Belous L. (2011) Seriously Mentally Ill Persons in U.S. Immigration Detention, Panel, American Academy of Psychiatry and the Law Annual Meeting, Boston, Massachusetts.

28. Penn JV, Harzke AJ, Baillargeon J, (2012) Risk of Reincarceration among Prisoners with Co-Occurring Serious Mental Illness and Substance Use Disorders, Academic and Health Policy Conference on Correctional Health, Atlanta, Georgia.

29. Penn JV, (2012) Practicing Behind Bars: Challenges and Opportunities Within Correctional Psychiatry, Symposium, Forensic Psychiatry: Informing Clinical Practice, American Psychiatric Association Annual Meeting, Philadelphia, Pennsylvania.

30. Torrealday O, Penn JV, (2013) Juveniles Behind Bars: Meeting Treatment Needs Through a Statewide Academic and Correctional Managed Care Partnership, Academic and Health Policy Conference on Correctional Health, Chicago, Illinois.

31. Penn JV, (2013) Psychiatric Services in Jails and Prisons: An Update on the APA Guidelines, American Psychiatric Association Annual Meeting, San Francisco, California.

32. Penn JV, (2013) Psychiatric Comorbidity in Secure Juvenile Settings: How Complex an Issue is It Really? International Academy of Law and Mental Health, International Congress on Law and Mental Health, Amsterdam, The Netherlands.

33. Torrealday O. Penn JV, Parikh R, (2014) Meeting Complex Mental Health Needs of Youthful Offenders, Academic and Health Policy Conference on Correctional Health, Houston, Texas.

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

34. Parikh R, Torrealday O, Penn JV, (2014) Save Money and Get Better Care? Cost Effective Health Care Delivery in Juvenile Corrections, Academic and Health Policy Conference on Correctional Health, Chicago, Illinois.

35. Torrealday O, Penn JV, (2015) Grievances: Strategies to Reduce Grief and Grievances While Improving Patient Care, Academic and Health Policy Conference on Correctional Health, Boston, Massachusetts.

36. Appelbaum K, Ford E, Metzner J, Penn JV, Trestman R, (2015) The New APA Guidelines on Correctional Psychiatry, Panel Presentation, American Academy of Psychiatry and the Law Annual Meeting, Fort Lauderdale, Florida.

37. Penn JV, "Diagnosis and Treatment of Individuals with Gender Dysphoria (GD) Within Correctional Settings," Developments in Correctional Psychiatry Course, American Academy of Psychiatry and the Law (AAPL), Virtual CME Program, December 2021.

38. Tamburello, A, Fisher K, Champion M, Penn JV, (2022) Lessons Learned: Forensic Facilities in the Pandemic Era, Panel Presentation, American Academy of Psychiatry and the Law Annual Meeting, New Orleans, Louisiana.

39. Sonnier L, Mayer T, Purkayastha S, Penn JV, (2022) The Antidote to Polypharmacy: Deprescribing in Juvenile Justice, Panel Presentation, American Academy of Psychiatry and the Law Annual Meeting, New Orleans, Louisiana.

40. Hatters-Friedman, Sorrentino R, Landess J, Penn JV, Westmoreland P, (2023) Forensic Reproductive Psychiatry: Practice Guidelines Review, Panel Presentation, American Academy of Psychiatry and the Law Annual Meeting, Chicago, Illinois.

41. VanDercar AH, Jain A, Virano S, Penn JV, (2023) Drugs in "Controlled Correctional Settings," Panel Presentation, American Academy of Psychiatry and the Law Annual Meeting, Chicago, Illinois.

42. Kushner DB, Rosenbaum K, Champion MK, Thompson C, Penn JV, (2023) Forensic Mental Health Legislation: Balancing Our Obligation, Panel Presentation, American Academy of Psychiatry and the Law Annual Meeting, Chicago, Illinois.

43. Penn JV, Certa K, (2024) Development of Forensic Psychiatry Fellowship Training Programs in Texas, Panel Presentation, American Psychiatric Association, State Advocacy Conference, Arlington, Virginia.

44. Khan J, Penn JV, Obikoya K, Zhong R, Baker S, (2024) Strategic Alliances: Elevating Forensic Psychiatry Fellowships through Collaboration and Advocacy, Panel Presentation, American Academy of Psychiatry and the Law Annual Meeting, Vancouver, Canada.

45. Zare A, Hackman D, Penn JV, Fisher K, West S, (2024) Extreme Makeovers: An Analysis of Informed Consent, Inmates' Rights, and Assault, Panel Presentation, American Academy of Psychiatry and the Law Annual Meeting, Vancouver, Canada.

PAPERS AND CONTINUING EDUCATION PROGRAMS PRESENTED:

1. "Cognitive Behavioral Treatment of Panic Disorder," Rhode Island Hospital, Department of Psychiatry, General Hospital Psychiatry Continuing Education Series, Providence, Rhode Island, 1993.

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

2. "Social Phobia: An Overview of Treatment Strategies," Rhode Island Hospital, Department of Psychiatry, General Hospital Psychiatry Continuing Education Series, Providence, Rhode Island, 1994.

3. "Paraphilias and Sexual Deviations," Butler Hospital, Outpatient Department Case Conference, Providence, Rhode Island, 1995.

4. "Cultural Competence in the Delivery of Mental Health Services," Rhode Island Psychological Association 1995 Annual Convention, Providence, Rhode Island, 1995.

5. "Can You Teach Child and Adolescent Psychopharmacology from Somebody Else's Lecture Notes?" Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1997.

6. "Consulting to the Community: A Challenge for the Child and Adolescent Psychiatrist," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1997.

7. "A School-Based Approach to Selective Mutism," Elmhurst Elementary School, Portsmouth, Rhode Island, 1977.

8. "Moodiness and Depression in Children and Adolescents," WLNE ABC Channel 6, Providence, Rhode Island, 1997.

9. "Moodiness and Depression in Adolescents," Mount Hope High School, Bristol, Rhode Island, 1997.

10. "Moodiness and Depression in Children and Adolescents," Lifespan Health Connection, Speaking of Kids, Parenting Education Series, Bradley Hospital, East Providence, Rhode Island, 1997.

11. "Career Opportunities in Child and Family Psychiatry," Junior Explorers, Miriam Hospital, Providence, Rhode Island, 1998.

12. "The Crisis of School Violence: How Do We Help Our Children," Testimony before the Congressional Children's Caucus, Washington, District of Columbia, 1999.

13. "Assessment of Violent Behavior in Adolescents," Department of Pediatrics, Division of Adolescent Medicine, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 1999.

14. "Overview of Child Psychiatric Consultation at the Rhode Island Training School to the Rhode Island Family Court," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 1999.

15. "The New Law and Psychiatry Service at Brown," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1999.

16. "Violent Threats Made by Adolescents: An Approach to Assessment and Treatment," The Family Health Center at SSTAR Program, Fall River, Massachusetts, 1999.

17. "Introduction to Child and Adolescent Psychopharmacology," Miriam Hospital, Rhode Island Nursing Association, Clinical Nurse Specialists Continuing Education Seminar, Providence, Rhode Island, 2000.

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

18. "What We Don't Want to Happen to Our Youth," Adolescent Mental Health and School Success Conference, Rhode Island Department of Health, Providence, Rhode Island, 2000.

19. "Psychiatric and Abuse Issues Affecting Incarcerated Youth," Justice for All Youth Conference, Rhode Island Office of the Child Advocate, Warwick, Rhode Island, 2000.

20. "Juvenile Violence," Grand Rounds, Newport Hospital, Newport, Rhode Island, 2000.

21. "Demystifying the Courts and the Legal Process for Juveniles," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 2000.

22. "Warning Signs in Adolescents: A Practical Guide for Families and Educators," Lifespan Health Connection, Parenting Matters, Parenting Education Series, Tollgate High School, Warwick, Rhode Island, 2000.

23. "Mood Dysregulation and Mood Disorders in Incarcerated Youth," Grand Rounds, Judge Baker Children's Center, Boston, Massachusetts, 2001.

24. "The Crisis of School Violence: How Do We Help Our Children," Grand Rounds, Department of Psychiatry, State University of New York, Buffalo, New York, 2001.

25. "Mental Health Evaluation and Treatment of Incarcerated Youth," Child Psychiatry Fellowship Seminar Series, New England Medical Center, Boston, Massachusetts, 2001.

26. "Mood, Substance Abuse, and Other Mental Disorders in Violent Youth," St. Anne's Hospital, Fall River, Massachusetts, 2001.

27. "Teen Violence: Risk Management and Malpractice Issues" Annual Conference, National Organization of Forensic Social Workers, Philadelphia, Pennsylvania, 2001.

28. "Mental Health Needs of Incarcerated Youth" Annual Conference, National Organization of Forensic Social Workers, Philadelphia, Pennsylvania, 2001.

29. "Children's Mental Health Issues in Rhode Island: Problems and Solutions" Testimony before Congressional Committee Hearing, Rhode Island State House, Providence, Rhode Island, 2001.

30. "Mental Health Evaluation and Treatment of Incarcerated Youth," Sixth New England Correctional Health Conference, Sturbridge, Massachusetts, 2001.

31. "When Psychotherapies Are Not Enough: Medical Management of Aggression," Pediatric Psychopharmacology: An Update for Primary Care Practitioners, Providence, Rhode Island, 2001.

32. "Mental Health Evaluation and Treatment of Incarcerated Juveniles," The Providence Center, Providence, Rhode Island, 2001.

33. "School Shootings and Youth Violence," Truman Taylor Show, WLNE ABC, Channel 6, Providence, Rhode Island, 2001.

34. "Juveniles Presenting with Violent or Threatening Behaviors" Greater Fall River Child Protection Council and St. Anne's Hospital Lecture Series, Fall River, Massachusetts, 2001.

35. "School Shootings and Youth Violence," Healthwatch, NBC, WJAR Channel 10, Providence, Rhode Island, 2001.

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

36. "Youth Violence," Bradley/Hasbro Hospitals: Parenting Matters 2001, Toll Gate High School, Warwick, Rhode Island, 2001.

37. "School Violence: Strategies for Schools and Families," N.A. Ferry Middle School, Johnston, Rhode Island, 2001.

38. "School Violence: Strategies for Schools and Families" CBS, WPRI, Channel 12, Providence, Rhode Island, 2001.

39. "Re-Defining the Use of Psychotropic Medications in Children and Adolescents," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 2001.

40. "Bullying, Beatings & Beyond: Assessment and Treatment of Youth Violence," Rhode Island Psychological Society, Pawtucket, Rhode Island, 2001.

41. "Psychiatric Services for Incarcerated Juveniles," Annual Meeting, National Commission on Correctional Health Care (NCCHC), Albuquerque, New Mexico, 2001.

42. "Assessment and Treatment of Juvenile Sexual Offenders," (Discussant) Grand Rounds, Rhode Island Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, Providence, Rhode Island, 2001.

43. "Re-Defining the Use of Psychotropic Medications in Children and Adolescents," Rhode Island Training School, Clinical Staff In-Service, Cranston, Rhode Island, 2002.

44. "Youth Violence: Evaluation and Treatment Approaches," University of Texas Medical Branch, Department of Psychiatry, Psychiatry Resident's Journal Club, Galveston, Texas, 2002.

45. "Youth Violence: Practical Strategies for Clinicians," St. Luke's Hospital, Department of Psychiatry, Grand Rounds, New Bedford, Massachusetts, 2002.

46. "Redefining the Use of Psychotropic Medications in Juvenile Justice Populations," 7th Northeast Correctional Health Care Conference, Sturbridge, Massachusetts, 2002.

47. "Profile of a Columbine Type Perpetrator: What to Look for and What to do About it," Annual Juvenile Probation and Justice Management Conference (Juvenile Probation Track): National Council of Juvenile and Family Court Judges Conference, Tucson, Arizona, 2002.

48. "Conduct Disorder: Evaluation and Treatment Approaches," Plymouth, Massachusetts, 2002.

49. "Conduct Disorder: Evaluation and Treatment Approaches," Child and Adolescent Psychiatry Grand Rounds, Taunton State Hospital, Taunton, Massachusetts, 2002.

50. "Redefining the Use of Psychotropic Medications in Children and Adolescents," Kent County Mental Health Center, Warwick, Rhode Island, 2002.

51. "The Project Hope Experience: Evaluation and Treatment of Mental Health Issues in Incarcerated Juveniles," Children's Mental Health - A System of Care Approach, American Academy of Child and Adolescent Psychiatry, Boston, Massachusetts, 2002.

52. "Clinical Challenges in Child and Adolescent Psychiatry," Beaumont, Texas, 2002.

53. "Recognizing Other Psychiatric Disorders" American Academy of Pediatrics: DB:PREP An Intensive Review Course of Developmental and Behavioral Pediatrics, Providence, Rhode Island, 2002.

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

54. "Youth Violence: Practical Strategies for Clinicians," Family Service Association of Greater Fall River, Inc., Fall River, Massachusetts, 2002.

55. "Bullying, Beatings, and Beyond: Assessment and Treatment of Youth Violence," Grand Rounds, Department of Pediatrics, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 2002.

56. "Psychotropic Medications: What They Do, What They Don't Do," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 2002.

57. "Recognition and Management Strategies of Youth Violence for Mental Health Professionals," Child and Adolescent Psychiatry Grand Rounds, Taunton State Hospital, Taunton, Massachusetts, 2002.

58. "Suicide Prevention in Juvenile Correctional Facilities," Staff Training Program, Rhode Island Training School, Cranston, Rhode Island, 2002.

59. "The Elephant in the Room: How the Legal System Can Impact Therapy," (Discussant) Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 2003.

60. "Youth Violence," Bradley/Hasbro Hospitals: Parenting Matters 2003, Toll Gate High School, Warwick, Rhode Island, 2003.

61. "Identification and Treatment of Mental Health Issues in Incarcerated Youth," 8th Northeast Correctional Health Care Conference, Sturbridge, Massachusetts, 2003.

62. "Missed Opportunities and Challenges: Identifying Mental Health and Substance Abuse Issues in Today's Youth," Physician Leadership on National Drug Policy Conference: Adolescent Substance Abuse and Mental Health: A Public Health Priority, Providence, Rhode Island, 2003.

63. "Evaluation and Treatment of Incarcerated Juveniles with Mental Health Issues: Challenges, Frustrations, and Solutions," Butler Hospital, Child and Adolescent Services Program Lecture Series, Providence, Rhode Island, 2003.

64. "Surviving the Challenges of Juvenile Corrections: Suicide Prevention Strategies," National Conference on Correctional Health Care, Austin, Texas, 2003.

65. "Redefining the Use of Psychotropic Medications in Children," Annual Meeting of the RI Chapter of the American Academy of Pediatrics, Providence, Rhode Island, 2003.

66. "How Young People Become Criminals: Their Developmental Trajectories Before and After," Brown University, Behavioral Misadventures Symposium, Providence, Rhode Island, 2003.

67. "Understanding and Defusing Explosive Kids," Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004.

68. "Mixing Legal and Street Drugs: A Cocktail for Disaster," Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004.

69. "Promising Programs: Suicide Prevention/Good Practices," 23rd Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004.

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

70. "Challenging Youths, Families & Systems: Implementing Psychiatric Strategies and Risk Management Principles," Problems in Pediatrics Conference, Colby College, Waterville, Maine, 2004.

71. "Acting Out Youths: Practical Evaluation & Treatment Strategies," Problems in Pediatrics Conference, Colby College, Waterville, Maine, 2004.

72. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics PREP Course: Costa Mesa, California, 2004.

73. "Risky Behavior: How to Keep Youth Safe in Inpatient and Community Settings," Grand Rounds, Department of Pediatrics, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 2004.

74. "ADHD Co-Morbidity: Practical Evaluation and Treatment Approaches," 2004 Fall CME Conference, New York State Society of Physician Assistants, Albany, New York, 2004.

75. "Behavioral Health Issues for Juvenile Offenders," 3rd Annual Behavioral Health in Corrections Conference, University of Rhode Island, Kingston, Rhode Island, 2004.

76. "Redefining the Use of Psychotropic Medications for Incarcerated Juveniles," National Conference on Correctional Health Care, New Orleans, Louisiana, 2004.

77. "Surviving Juvenile Corrections: Timely Suicide Prevention Strategies," National Conference on Correctional Health Care, New Orleans, Louisiana, 2004.

78. "How Young People Become Criminals: Their Developmental Trajectories Before and After," Contemporary Social Work Practice, Bradley Hospital Educational Series, Bradley Hospital, East Providence, Rhode Island, 2004.

79. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: PREP Course: Miami, Florida, 2005.

80. "Forensic Mental Health Evaluations," Continuing Legal Education Program, Office of the Public Defender, Providence, Rhode Island, 2005.

81. "Juvenile Suicide Risk in Congregate Care Settings, "Suicide Prevention Promises and Practices – Focus on Youth Conference, Rocky Hill, Connecticut, 2005.

82. "Profile of a Columbine-Type Juvenile: What to Look for and What to Do About It," Juvenile Courts Association of Georgia 2005 Annual Seminar, Pine Isle Resort at Lake Lanier, Georgia, 2005.

83. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: PREP Course: Portland, Oregon, 2005.

84. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: Practical Pediatrics Course: Beaver Creek, Colorado, 2005.

85. "Strategies for Resident Advocacy at the State Legislature," 2nd Northeast Pediatric Resident Advocacy Conference, Hasbro Children's Hospital, Brown Medical School, Providence, Rhode Island, 2005.

86. Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2005.

87. "Suicide Prevention/Intervention Training," Staff Training Seminar Series, Rhode Island Training School, Cranston, Rhode Island, 2006.

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

88.  "ADHD and Juvenile Delinquency," Annual Meeting, American Society for Adolescent Psychiatry, Miami, Florida, 2006.

89.  "Forensic Mental Health Evaluations," Continuing Legal Education Program, Criminal Division, Office of the Attorney General, Providence, Rhode Island, 2006.

90.  "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," National Conference on Correctional Health Care, San Diego, California, 2006.

91.  "Berber v. Mellott, MD: Lessons from a Medical Malpractice Mock Trial," Continuing Medical Education Program, Professional Risk Management Services, Inc., Providence, Rhode Island, 2006.

92.  "How to Respond to Mentally Ill and Substance-Abusing Youth in the Juvenile Justice System," 25th Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Providence, Rhode Island, 2006.

93.  "Acting Out: How to Manage Difficult Adolescents," National Conference on Correctional Health Care, Atlanta, Georgia, 2006.

94.  "You Be the Judge:  A Mock Trial Involving an Inmate's Claim," National Conference on Correctional Health Care, Atlanta, Georgia, 2006.

95.  "Assessment and Treatment of Court-Involved Youth in Juvenile Corrections and Other Settings: Challenges, Frustrations, and Solutions," Contemporary Social Work Practice, Bradley Hospital Educational Series, Bradley Hospital, East Providence, Rhode Island, 2006.

96.  "Mental Health Services for Juvenile Offenders," Grand Rounds, Department of Psychiatry, Maine Medical Center, Portland, Maine, 2007.

97.  "Strategies to Avoid the Courtroom – The Case for Thorough Medical Documentation," UNAP/Rhode Island Health Care Education Trust Seminar Series, Rhode Island Hospital, Providence, Rhode Island, 2007.

98.  "Suicide Prevention Strategies for Juveniles in Correctional Settings," Congress: Prevention of Suicidal Conduct in Incarcerated Minors, Campidoglio, Sala Della Protomoteca, Rome, Italy, 2007.

99.  "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," National Conference on Correctional Health Care, Las Vegas, Nevada, 2007.

100.  "Civil Commitment of Adolescents," Rhode Island/Hasbro Hospitals Department of Pediatric Emergency Medicine, Case Conference, Providence, Rhode Island, 2007.

101.  "Emerging Issues in Forensic Psychiatry," St. Luke's Hospital, Department of Psychiatry, Grand Rounds, New Bedford, Massachusetts, 2007.

102.  Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2007.

103.  "Redefining the Use of Psychotropic Medications for Incarcerated Juveniles," National Conference on Correctional Health Care, Nashville, Tennessee, 2007.

104.  "Lessons Learned from Inside the Fence:  Juvenile Offenders, the RI Training School and Family Court Systems," Rhode Island Psychiatric Society, Providence, Rhode Island, 2007.

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

105. "Use of Psychotropic Medications for Incarcerated Youth," Updates in Correctional Health Care, National Conference on Correctional Health Care, San Antonio, Texas, 2008.

106. "Mentally Ill Juveniles," American Correctional Association, New Orleans, Louisiana, 2008.

107. "Identification and Management of Juvenile Mental Disorders," National Conference on Correctional Health Care, Chicago, Illinois, 2008.

108. "Identification and Management of Juvenile and Adult Mental Disorders," Texas Corrections Association, Austin, Texas, 2008.

109. "Use of Psychotropic Medications Within Correctional Settings," Mental Health Managers Conference, UTMB CMC Mental Health Services, Huntsville, Texas, 2008.

110. Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2008.

111. "Mental Health Services within the Texas Correctional System," National Institute of Mental Health (NIMH) and UTMB: Mental Illness, Incarceration and Community Re-Entry: Telepsychiatry and Continuity of Mental Health Care, Austin, Texas, 2008.

112. "Essentials of Correctional Juvenile Health Care," Updates in Correctional Health Care: Transforming Principles to Practice, Las Vegas, NV.

113. "Preventing Suicide in Corrections: Timely Collaboration Between Administration, Custody, and Clinical Staff," UTMB CMC Annual Conference, Galveston, Texas, 2009.

114. "Psychotropic Medication Education for Non-Psychiatrists," UTMB CMC Mental Health Services Conference, Huntsville, Texas, 2009.

115. "Malingering: Practical Evaluation and Management Approaches," UTMB CMC Mental Health Services Conference, Huntsville, Texas, 2009.

116. "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," Academy of Correctional Health Professionals Regional Seminar, Austin, Texas, 2009.

117. "Rational Approach to Psychotropic Medications in Correctional Settings," Academy of Correctional Health Professionals Regional Seminar, Austin, Texas, 2009.

118. "Behind the Bars and Razor Wire: Mental Health Disorders Within Correctional Settings," Texas Department of Criminal Justice (TDCJ) Community Justice Assistance Division (CJAD) Skills Conference, Austin, Texas, 2009.

119. "Essentials of Correctional Juvenile Health Care," National Conference on Correctional Health Care, Orlando, Florida, 2009.

120. "Evaluation and Treatment of Personality Disorders," Mental Health Managers Conference, UTMB CMC Mental Health Services, Huntsville, Texas, 2009.

121. "Mental Health Issues of the Female Offender," Texas Corrections Association Annual Conference, Galveston, Texas, 2010.

122. "Identification and Management of Adult and Juvenile Mental Health Disorders in Correctional Settings, National Conference on Correctional Health Care, Boston, Massachusetts, 2010.

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

123. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Las Vegas, Nevada, 2010.

124. "Essentials of Correctional Juvenile Health Care," National Conference on Correctional Health Care, Las Vegas, Nevada, 2010.

125. "Mental Health Formulary and Disease Management Guidelines Development and Utilization with the Texas Department of Criminal Justice," Mental Health Conference, United States Bureau of Prisons-Health Services Division, Oklahoma City, Oklahoma, 2010.

126. "Competency to Assist in Immigration/Deportation Hearings: Application of Existing Competency Evaluation Models to Immigration Context (Non-Citizens with Mental Disabilities)," United States Immigration and Customs Enforcement (ICE)/Office for Civil Rights and Civil Liberties (CRCL) Mental Health Roundtable, Washington, D.C., 2010.

127. "Mental Health Systems of Care, Formulary and Disease Management Guidelines Development and Utilization within the Texas Department of Criminal Justice," Forensic Best Practices Conference, Houston, Texas, 2010.

128. "Juvenile Waiver and Transfer to Criminal Court," Conference Update on Juvenile Forensic Evaluations, Capacity for Justice, Austin, Texas, 2010.

129. "Practicing Behind Bars: Challenges and Opportunities Within Correctional Psychiatry" Grand Rounds, UTMB Department of Psychiatry and Behavioral Sciences, Galveston, Texas, 2010.

130. "Behind the Bars and Razor Wire: Mental Health Disorders within Correctional Settings" University of Texas Arlington, Annual Psychiatric Nursing Symposium, Arlington, Texas, 2011.

131. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Phoenix, Arizona, 2011.

132. "Medical Conditions That Can Present as 'Psychiatric' in Nature," National Conference on Correctional Health Care, Baltimore, Maryland, 2011.

133. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Baltimore, Maryland, 2011.

134. "Containing Your Psychotropic Medication Expenses: Strategies for Formulary Development and Implementation," American Correctional Association, Phoenix, Arizona, 2012.

135. "Child and Adolescent Forensic Psychiatry," International Conference on Forensic Psychiatry, Santiago, Chile, 2012.

136. "An In-Depth Look at NCCHC's 2008 Standards for Health Services in Prisons and Jails, National Conference on Correctional Health Care, San Antonio, Texas, 2012.

137. "Acting Out" Offenders: Implementing Mental Health/Psychiatric Strategies and Risk Management Principles, National Conference on Correctional Health Care, San Antonio, Texas, 2012.

138. "Save Pharmacy Dollars: Contain Your Psychotropic Medication Use and Expenses" American Correctional Association, Denver, Colorado, 2012.

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

139. "Practicing Behind Bars: Challenges and Opportunities within Correctional Psychiatry" Grand Rounds, Keck School of Medicine of the University of Southern California, Department of Psychiatry, Los Angeles, California, 2012.

140. "Review of NCCHC's Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012.

141. "Medical Conditions That Present as 'Psychiatric' in Nature," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012.

142. "Mad Versus Bad Offenders: Implementing Mental Health Strategies and Risk Management Principles," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012.

143. "Contain Your Psychotropic Medication Use and Expenses," American Correctional Association, Houston, Texas, 2013.

144. "Evaluation and Management of Juvenile Offenders," American Correctional Association, Houston, Texas, 2013.

145. "Integrating Mental Health and Medical Issues in the Complex Environment of Corrections," Society of Correctional Physicians, Denver, Colorado, 2013.

146. "Update on NCCHC Standards," National Institute on Corrections (NIC), U.S. Department of Justice, State Directors of Mental Health Network meeting, National Advocacy Center, Columbia, South Carolina, 2013.

147. "Identification and Prevention of Suicide and Self Injurious Behaviors in Correctional Settings," American Association of Suicidology, Austin, Texas 2013.

148. "'Acting Out' Adolescents: Pearls for Effective Evaluation and Management," American Correctional Association, National Harbor, Maryland, 2013.

149. "Preventing Suicide Behind Bars: Real World Approaches," American Correctional Association, National Harbor, Maryland, 2013.

150. "DSM-5: An Overview and Its Impact on Correctional Mental Health," UTMB CMC Annual Conference, Galveston, Texas, 2013.

151. "Overview of UTMB CMC Mental Health Services," Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI) Advisory Committee, Austin, Texas, 2013.

152. "An In-Depth Look at NCCHC's 2014 Standards for Health Services in Prisons," National Conference on Correctional Health Care, Nashville, Tennessee, 2013.

153. "Institutional Self-Injury: Managing the Self-Destructive Juvenile," National Conference on Correctional Health Care, Nashville, Tennessee, 2013.

154. "Medical Conditions That Present as Psychiatric in Nature," National Conference on Correctional Health Care, Atlanta, Georgia, 2014.

155. "Guidelines for Treatment of Adolescents with ADHD," National Conference on Correctional Health Care, Atlanta, Georgia, 2014.

156. "Correctional Psychiatry: The Final Frontier of Psychiatry," Psychiatry Grand Rounds, John Peter Smith (JPS) Health Network, Fort Worth, Texas, 2014.

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

157. "DSM 5: What Pediatricians Need to Know," "Psychopharmacology in Primary Care: Practical Strategies," "Adolescent Substance Abuse," and "Adolescent Suicide and Self-Injurious Behaviors," American Academy of Pediatrics: Practical Pediatrics CME Course, Hilton Head, South Carolina, 2014.

158. "Mental Health Issues of Female Offenders," and "Update on NCCHC Standards," National Institute on Corrections (NIC), U.S. Department of Justice, State Directors of Mental Health Network meeting, National Corrections Academy, Aurora, Colorado, 2014.

159. "Correctional Psychiatry: The Final Frontier of Psychiatry?" Grand Rounds, UTMB Department of Psychiatry and Behavioral Sciences, Galveston, Texas, 2014.

160. "Mental Health Issues of the Female Offender," American Correctional Association, Salt Lake City, 2014.

161. "Strategies to Improve Patient Safety and Professional Satisfaction," National Conference on Correctional Health Care, Las Vegas, Nevada, 2014.

162. "Risk Management: How is Your Jail Liable?" National Conference on Correctional Health Care, Las Vegas, Nevada, 2014.

163. Various Topics in Child and Adolescent Psychiatry, 25th Annual Pediatric Symposium, Joe DiMaggio Children's Hospital at Memorial, Fort Lauderdale, Florida, 2014.

164. "Breaking Bad: Timely Strategies for Offenders with Mental Illness," Mid-Winter Workshop, Texas Corrections Association, Austin, Texas, 2014.

165. "Assessment & Prevention of Suicide and Self-Injurious Behaviors:  Correctional Best Practices," American Correctional Association, Long Beach, California, 2015.

166. "Diagnosing Mental Illness Using DSM-5," American Correctional Association, Indianapolis, Indiana, 2015.

167. "An In-Depth Look at NCCHC's 2015 Standards for Health Services in Juvenile Detention and Confinement Facilities," National Conference on Correctional Health Care, Dallas, Texas, 2015.

168. "Medical Conditions That Present as Psychiatric in Nature." National Conference on Correctional Health Care, Dallas, Texas, 2015.

169. "Demystifying Mental Illness: It's Not All in Your Head." Texas Department of Criminal Justice (TDCJ) Health Services Division Annual Conference, Huntsville, Texas, 2015.

170. "PTSD in Corrections, Diagnostic and Treatment Issues." American Correctional Association, New Orleans, Louisiana, 2016.

171. "The Development of a University-Based Specialty Program for State Prisoners with Gender Dysphoria." American Correctional Association, New Orleans, Louisiana, 2016.

172. "Acting Out Youths: Timely Forensic and Correctional Approaches." Presidential Symposia, "Issues for Child and Adolescent Psychiatry in the 21st Century." American Psychiatric Association, Atlanta, Georgia, 2016.

173. "Use of Telepsychiatry Within Correctional Settings." American Correctional Association, Boston, Massachusetts, 2016.

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

174. "LGBT Offenders: Critical Issues in Gender Dysphoria." Coalition of Correctional Health Authorities, All Health Authority Training, National Institute of Corrections, Washington, D.C., 2016.

175. "Guidelines for Treating ADHD in Adolescents," NCCHC, Las Vegas, Nevada, October 2018.

176. "Epidemiology of Suicide." Texas Society of Psychiatric Physicians Conference, Austin, Texas. 2018.

177. "The Assessment and Management of Suicide Risk, Tex Med Conference, San Antonio, Texas May 2018.

178. "The Assessment and Management of Violence Risk, Tex Med Conference, San Antonio, Texas May 2018.

179. "Guidelines for Treating ADHD in Adolescents," NCCHC, Las Vegas, Nevada, October 2018.

180. "Practicing Correctional Psychiatry Behind the Bars and Razor Wire: Challenges and Opportunities," McMaster University, Hamilton, Ontario, Canada: International Forensic Psychiatry Lecture Series. Virtual CME Program, December 2020.

181. "Mental Health: Finding a Way Past Trauma and Violence," UTMB Health Virtual Winter Series, Galveston, Texas, March 2021.

182. "Seclusion and Restraint in Correctional Settings," Texas Society of Child and Adolescent Psychiatry: Child Psychiatry at the Crossroads: Focus on At Risk Populations and Social Change. Virtual CME Program, July 2021

183. "I Refuse to Take My Meds! Psychotropic Medication Treatment Over Objection," NCCHC, Denver, Colorado, April 2022.

184. "Gender Minority Care in the Correctional Setting," International Association for Correctional and Forensic Psychology (IACFP), Virtual Presentation, April 2022.

185. "Special Populations Behind Bars and Razor Wire: Correctional Psychiatry Challenges and Opportunities," Rutgers University Integrated Special Populations and New Jersey ACTS Special Populations Core Series Seminar, Virtual Presentation, May 2022.

186. Pre-Conference Seminar, "Standards for Health Services in Juvenile Detention and Confinement Facilities," NCCHC, Las Vegas, Nevada, October 2022.

187. "Youth Behind Bars and Razor Wire: Timely Forensic Versus Clinical Psychiatric Strategies," Baystate Medical Center, Department of Pediatric Grand Rounds, Springfield, Massachusetts, November 2022"Serving the Underserved Behind Bars and Razor Wire: Mental Health Needs and Timely Strategies," Healthcare in the Justice System: Bridges to Access 2023, The University of Oklahoma Health Sciences Center, Oklahoma City, Oklahoma, February 2023

188. "Challenges and Opportunities: Working in Different Correctional Settings," American Psychiatric Association Forensic Psychiatry Course, "Challenges and Opportunities:

Joseph V. Penn, MD CCHP-MH LFAPA Curriculum Vitae

Forensics and Corrections: What You Need to Know," APA Annual Meeting, San Francisco, California, May 2023

189. "Practicing Behind Bars and Razor Wire: Challenges and Opportunities for Psychiatrists" VTC Psychiatry Adult Case Conference, Grand Rounds Carilion Clinic, Roanoke, Virginia, August 2023

190. "Upholding the Constitutional Standard: Correctional Mental Health Monitoring and Expert Work Across Correctional Facilities," American Academy of Forensic Science, Denver, Colorado, Virtual Presentation, February 2024

191. "A Vision for Correctional and Forensic Psychiatry," Yale University, School of Medicine, Yale Department of Psychiatry, Division of Law and Psychiatry, New Haven, Connecticut, June 2024

192. "A Perfect Storm: Managing Sleep Issues and Promoting Sleep Health in Detained Youth," National Commission on Correctional Health Care, Virtual Presentation, July 2024

193. "Mental Health Services for Incarcerated Individuals," UTMB School of Public Health, UTMB School of Nursing, UTMB Medical School, and UTMB CMC, Inaugural UTMB Correctional Health Summit, Galveston, Texas, August 2024

194. "Correctional Forensic Psychiatry: Challenges and Opportunities for Quality Health Care Delivery in Carceral Settings," American Academy of Psychiatry and the Law (AAPL) Expert Series, Virtual Presentation, October 2024

195. "Suicide Prevention in Jails: A Mental Health and Corrections Collaboration," Center for Mental Health and Addiction Policy, Johns Hopkins Bloomberg School of Public Health, Washington, DC, April 2025

196. "A Preview of the 2026 Mental Health Care Standards," National Commission on Correctional Health Care, Correctional Mental Health Conference, San Francisco, California, July 2025

197. "Preventing Suicide and Self-Harm in Youth: The Power of Integrated Treatment," National Commission on Correctional Health Care, Correctional Mental Health Conference, San Francisco, California, July 2025