1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  Deann Rivard (SBN 177482)
   drivard@bwslaw.com
3  Martin Kosla (SBN 247224)
   E-mail: mkosla@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   501 West Broadway, Suite 1600
5  San Diego, CA 92101-8474
   Tel: 619.814.5800    Fax: 619.814.6799
6
7  Elizabeth M. Pappy (SBN 157069)
   E-mail: epappy@bwslaw.com
8  BURKE, WILLIAMS & SORENSEN, LLP
   60 South Market Street, Ste. 1000
9  San Jose, CA 95113-2336
   Tel: 408.606.6300    Fax: 408.606.6333

10 Attorneys for Defendants
   COUNTY OF SAN DIEGO, SAN DIEGO
11 COUNTY SHERIFF'S DEPARTMENT and
   SAN DIEGO COUNTY PROBATION
12 DEPARTMENT

13              UNITED STATES DISTRICT COURT

14              SOUTHERN DISTRICT OF CALIFORNIA

15
16 DARRYL DUNSMORE, ANDREE          Case No. 3:20-cv-00406-AJB-DDL
   ANDRADE, ERNEST ARCHULETA,
17 JAMES CLARK, ANTHONY             **DECLARATION OF MELISSA**
   EDWARDS, REANNA LEVY, JOSUE      **QUIROZ IN SUPPORT OF**
18 LOPEZ, CHRISTOPHER NORWOOD,      **DEFENDANT'S OPPOSITION TO**
   JESSE OLIVARES, GUSTAVO          **PLAINTIFFS' MOTION FOR**
19 SEPULVEDA, MICHAEL TAYLOR,       **PRELIMINARY INJUNCTION**
   and LAURA ZOERNER, on behalf of  **TO LIMIT ADMINISTRATIVE**
20 themselves and all others similarly **SEPARATION FOR MEMBERS**
   situated,                        **WITH SERIOUS MENTAL**
                                    **ILLNESS [DKT 979]**
21         Plaintiffs,
                                    Date:  November 20, 2025
22    v.                            Time:  2:00 p.m.
                                    Ctrm:  4A
23 SAN DIEGO COUNTY SHERIFF'S
   DEPARTMENT, COUNTY OF SAN        Judge: Anthony J. Battaglia
24 DIEGO, SAN DIEGO COUNTY
   PROBATION DEPARTMENT, and
25 DOES 1 to 20, inclusive,

26         Defendants.

27
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES
4901-8125-6564 v3                    - 1 -                3:20-CV-00406-AJB-DDL
                                            QUIROZ DECLARATION ISO OPPOSITION

I, MELISSA QUIROZ declare as follows:

1.      I am the Mental Health Director for the Detention Services Bureau, Medical Services Division, of the San Diego County Sheriff's Department.  I am licensed by the State Board of Behavior Sciences as a Licensed Marriage Family Therapist (LMFT). I have experience working in correctional mental health care, starting with the California Department of Corrections in 2002, then the Nevada Department of Corrections in 2006; I have worked for the County of San Diego in Detention Services since 2016.

2.      I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief and would competently testify thereto if called and sworn as a witness.

3.      We have been steadily increasing the amount of mental health staffing in order to be able to provide more interaction and treatment of patients. We currently have 42 mental health clinicians to cover the County jails, as follows: 6 pre-licensed clinicians[1] and 34 licensed clinicians (LCSW, LPCC, or LMFT).  We have 6 supervisor positions – Chief Mental Health Clinicians.  One supervisor covers RMDF, EMRF, and SBDF, and is onsite at RMDF and visits EMRF and SBDF as needed; one supervisor is onsite at and covers Vista; one supervisor is onsite at and covers SDCJ; one supervisor is onsite at and covers LCRDF; one supervisor is onsite at and covers GBDF; and another supervisor focuses on OPSD units (GBDF & LCDRF and 1 incarcerated person at SDCJ with an OPSD flag who is treated in place).  The County also has two licensed recreation therapists who work at SDCJ and LCRDF (mostly in PSU).

4.      Additionally, the County Jails have two (2) licensed clinicians who do administrative work as utilization review quality improvement specialists. Dianne

---

[1] In June 2023, we added pre-licensure mental health clinician positions for those who have finished their coursework/degree but need clinical hours in order to hire them at the earliest opportunity and to encourage retention.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4901-8125-6564 v3                           - 2 -                    3:20-CV-00406-AJB-DDL
QUIROZ DECLARATION ISO OPPOSITION

Garcia is the Behavior Health Program Coordinator and she also serves as the assistant Mental Health Director, filling in for me when I am not available.

5.      Via contract with Naphcare (and United Nursing International (UNI) where noted), the County Jails have the following additional mental health providers:

a.      At the San Diego Central Jail, there is 1 FTE Psychiatrist in PSU, 2 Psychiatric Nurse Practitioners, .75 FTE Psychiatrist via Tele-Med, 1 FTE Psychologist, 1 full-time MAT provider (Psychiatric N.P.), and 3 FTE pre-licensed mental health clinicians. There are another 2 FTE mental health clinicians provided under contract with UNI.

b.      At Vista, there is a Psychiatrist 2 days per week, 2 FTE Psychiatric Nurse Practitioners, 1 FTE MAT provider, 1 Psych N.P. for MAT, 1 pre-licensed mental health clinician, 1 Psychologist, and 1 UNI licensed clinician.

c.      At Las Colinas, there is 1 FTE psychiatrist in PSU, 2 FTE Psychiatric N.P.s, .75 MAT provider, 1 Psychologist, 1 pre-licensed clinician, and 1 discharge planner, in addition to 1 licensed clinician provided via UNI.

d.      At George Bailey, there is 1 FTE Psychiatrist (who mostly handles OPSD), 2 FTE Psychiatric N.P.s, 1 Psychiatric N.P. who works as a MAT provider; .6 FTE Psychiatrist (who works 3 days per week) via Telemed; 3 pre-licensed clinicians, and 1 discharge planner. Under by contract with UNI, there are another 3 FTE licensed clinicians who work solely in OPSD.

e.      There is one Psychiatric N.P. who rotates between East Mesa, Rock Mountain, and the South Bay. With our planned expansion of OPSD at RMDF, there would be 5 clinicians placed there to meet anticipated needs.

6.      The County Jails also have 22 mental health clinician positions which

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4901-8125-6564 v3                        - 3 -                3:20-CV-00406-AJB-DDL
QUIROZ DECLARATION ISO OPPOSITION

1 are funded but vacant, which we are actively recruiting to fill. SDSO mental health

2 clinician salaries are competitive with outside hospitals (such as Scripps, UCSD,

3 and Rady), and the County benefits are excellent (including a pension). There are

4 also bonuses awarded of 10% for position shortages in the industry and another

5 10% for working inside a Jail. Recruitment efforts include advertising to local

6 Universities and partnering with Human Resources on events in the community.

7       7.      Currently, a County R.N. does the initial receiving screening for

8 medical and mental health issues including suicide risk assessment. The suicide

9 screening consists of a symptom inventory (a series of yes/no questions), which is

10 the standard protocol in the field to detect potential suicide risk.  In 2019, three

11 questions were added to the intake screening, in addition to the 6 questions in the

12 Columbia-Suicide inventory which were already part of the screening, at the

13 recommendation of Lindsay Hayes. A true and accurate copy of the current

14 Receiving Screening form is attached as **Exhibit A**.

15       8.      If the incoming person answers yes to any of the suicide risk questions,

16 then the intake practitioner calls for a mental health clinician or psychologist to

17 perform a "gatekeeping" assessment, which is available 24/7.  A gatekeeper is a

18 qualified mental health practitioner (QMHP) who has additional training on suicide

19 assessment; this position rotates among QMHP staff at each facility.

20       9.      After the initial screening during booking on the first floor at SDCJ,

21 the incarcerated person is brought to the second floor and sees either a Nurse

22 Practitioner (N.P.) or a Doctor (M.D.) from Correctional Health Partners (CHP),

23 who performs the 14-day medical screening during intake. This thorough medical

24 screening is also performed by CHP on intake at the two other booking facilities,

25 Vista (VDF) and Las Colinas (LCCDRF).

26       10.     Mental Health staff performs weekly rounds in Administrative

27 Separation. During these rounds to check on patients, mental health clinicians often

28 do wellness checks at the cell front. This is a brief check in, to ask how the patient

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4901-8125-6564 v3                          - 4 -                3:20-CV-00406-AJB-DDL
QUIROZ DECLARATION ISO OPPOSITION

is doing, obtain information if appropriate, and for the patient to make any other request(s) including if s/he would like to speak confidentially. These rounds meet the NCCHC standard JG-02 for QMHP wellness checks as the incarcerated person has an opportunity to request care and the clinician ascertains the incarcerated person's general mental health status. Attached as **Exhibit B** is a true and correct copy of the Wellness Check template for clinicians to complete.

11.     A Sheriff's deputy is always present with the mental health clinician on rounds, though the deputy is usually standing back, to the side, and out of view of the patient if possible.  The deputies can potentially overhear the conversation but in my experience usually they are not interested, and they are present only to provide security.  A deputy is also present if a patient is at a hospital or goes to an outside medical specialist, for security reasons.

12.     Additionally, everyone on the mental health caseload is scheduled for clinic appointments. Clinic appointments can occur in a confidential setting or cell side.

13.     If an incarcerated person in any unit, including Administrative Separation, appears disheveled/un-showered, mental health clinicians would share the information with sworn staff and encourage them to offer the incarcerated person a shower, change of clothes, and/or cleaning supplies. Incarcerated persons cannot be forced to practice cleanliness but it is regularly encouraged and lack of cleanliness can potentially indicate a mental health concern. For incarcerated persons in specialized units such as OPSD and Administrative Separation, they are provided with incentives to keep themselves and their cells clean, such as snacks or hygiene products.

14.     We have been actively collaborating with custody staff to create more rooms/locations to use for confidential mental health sessions as well as to increase available custody staff to escort Incarcerated Persons to such sessions and to provide supervision from outside the room. There are already places available for

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4901-8125-6564 v3                                    - 5 -                          3:20-CV-00406-AJB-DDL
QUIROZ DECLARATION ISO OPPOSITION

1  confidential consultations with patients but we are working on increasing the space

2  and staff to facilitate these more often.

3    15.    George Bailey, Vista, and Las Colinas each have 3 clinic rooms.  At

4  the Central Jail, there is 1 clinic room in PSU, and there are 4 clinic rooms between

5  JBCT, EOH on the 6th floor, and build-outs on the 2nd floor.  If needed, a patient can

6  also be put into a holding cell out of the way or into an empty cell with no

7  neighboring patients, in order to talk more privately.  A deputy would still be

8  standing by for security reasons.

9    16.    We are discussing the option of booths to be placed in the

10  Administrative Separation dayrooms (about the size of two telephone booths) in

11  order to allow more confidential mental health sessions in Administrative

12  Separation.  It is our goal to change all clinic appointments to confidential mental

13  health sessions and we are actively working with custody to obtain a dedicated

14  officer and/or a rover for 3-4 hours a day for escorts.

15    17.    We currently use the GBDF yard enclosures to hold weekly groups in

16  Administrative Separation, which includes up to 10 incarcerated persons in

17  enclosures with 1 clinician.

18    18.    At GBDF, there are weekly groups held with Reentry Services in units

19  5A and 6A (both currently classified as Administrative Separation ), which involve

20  using a workbook (or pages from the workbook) to discuss psycho-educational

21  topics such as self-reflection.

22    19.    We have revised over 90% of our Medical Services Division policies

23  to meet the NCCHC 2025 Health Standards in Jail, which includes mental health

24  and suicide, and the last policy is awaiting review and finalization. We have been

25  actively working toward NCCHC accreditation. To that end, we are in the process

26  of contracting with a consultant/company to review our system and help us to

27  obtain accreditation.

28    20.    As of October 27, 2025, the following numbers of persons incarcerated

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4901-8125-6564 v3                - 6 -                3:20-CV-00406-AJB-DDL
                                          QUIROZ DECLARATION ISO OPPOSITION

in the San Diego County Jails were housed in specialized mental health units. These numbers are subject to change daily due to the population turnover.

    a.    PSU  - 16 male at SDCJ, 18 female at LCRDF.

    b.    EOH – 1 female, 5 male system-wide

    c.    Safety cells – 1 male, no female

    d.    Out-Patient Step Down (OPSD) – 19 female at LCRDF; 96 male (93 at GBDF, 3 at SDCJ).

21.    Additionally, we conduct regular wellness checks as a multi-disciplinary team at County Jail facilities on a rotating basis. Each Facility Commander determines the schedule, frequency and the population that is going to be contacted during wellness checks. The wellness checks include nursing, mental health, reentry services and custody staff. The goal is to observe the patient in their environment to assess the condition of the environment, assess for medical and mental health needs, and plan services for reintegration back into the community. These rounds are done as a supplementary program to increase the amount of interactions clinicians and nurses have with incarcerated persons, in order to proactively address any issues.

22.    As of October 27, 2025, we  have 136 male incarcerated persons and 9 female incarcerated persons in Administrative Separation units with serious mental illness (SMI).  About 52% of this male population and 35% of this female population does not qualify for OPSD placement because they are able to care for themselves and/or participate in activities.

23.    We are in the midst of dramatically increasing the amount of space/ beds in OPSD in order to move the incarcerated persons with serious mental illness who require OPSD services to OPSD units and to provide them with additional therapy and programming. To this end, I have been conducting a bed study to determine the incarcerated persons with serious mental illness (SMI) who are housed in Administrative Separation and to identify those who qualify for OPSD

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4901-8125-6564 v3

- 7 -

3:20-CV-00406-AJB-DDL
QUIROZ DECLARATION ISO OPPOSITION

housing.  Attached as **Exhibit C** is a true and correct copy of the checklist used to identify those incarcerated persons eligible for OPSD.

24.     In September 2025, we moved LCDRF OPSD from House 5B to House 3B. House 5B has 32 beds. House 3B has 56 beds, increasing the effective LCDRF OPSD population.

25.     By November 14, 2025, GBDF will have one additional OPSD module in 4C to house half protective custody (34 Incarcerated Persons) and half Administrative Separation (17 Incarcerated Persons), for an effective population of 51 Incarcerated Persons in GBDF Module 4C.

26.     By January 31, 2026, we will move all of OPSD from GBDF to RMDF units 4A, 4B, 4C and 4D.  The capacity of these units will be as follows:

a. In 4A, there are 68 beds. General population and Protective Custody Incarcerated Persons will be housed in the unit, for an effective capacity of up to 68.

b. In 4B, there are 32 beds. This unit will house Administrative Separation Incarcerated Persons who are single-celled, for an effective capacity of 16 IPs.

c. In 4C, there are 32 beds. This unit will house Administrative Separation Incarcerated Persons who are single-celled, for an effective capacity of 16 IPs.

d. In 4D, there are 68 beds. General population and Protective Custody Incarcerated Persons will be housed in the unit, for an effective capacity of up to 68.

27.     By March 2027, with the expansion and opening of more housing at Rock Mountain Detention Facility, we will have one additional OPSD module for male Incarcerated Persons with 68 additional beds (34 effective population if these Incarcerated Persons need to be single-celled). In the event we do not have the capacity for housing all patients that require and qualify for OPSD services, we will

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4901-8125-6564 v3                                    - 8 -                          3:20-CV-00406-AJB-DDL
                                                                        QUIROZ DECLARATION ISO OPPOSITION

1    provide them treatment in place consistent with their level of acuity.

2        28.    We are working on identifying patients who have been placed in

3    Administrative Separation based on behavioral symptomology for reassessment by

4    JPMU as to their classification status, which potentially could result in incarcerated

5    persons being removed from Administrative Separation. Nineteen (19) persons

6    have currently been identified who are pending review by JPMU.

7        29.    We are also considering adding a requirement for incarcerated persons

8    who are on the mental health caseload to be evaluated by a QMHP prior to being

9    placed into Administrative Separation and a process for alternative placement if the

10   QMHP indicates that placement in Administrative Separation is contraindicated.

11       30.    There is currently no wait time for female incarcerated persons to be

12   placed in OPSD if eligible. There are now 6 female incarcerated persons in

13   Administrative Separation who would benefit from OPSD, but they will be treated

14   in place with OPSD level of care because they are assaultive to staff or other

15   incarcerated persons. There is a recreational therapist who visits Administrative

16   Separation at Las Colinas and provides structured exercise groups three times a

17   week for 30-45 minutes.

18       31.    The programming and clinical therapy provided in OPSD is as

19   follows:

20           * weekly 1-to-1 clinical sessions (or twice per week if needed);

21           * "Love on a leash" therapy dogs come to the OPSD unit once per month; we

22   are working on increasing visits to GBDF to twice per month in January and to also

23   visit LCRDF and SDCJ Ad Sep, PSU, and OPSD units.

24           * Group sessions in OPSD are provided to less acute units (*ie*. GBDF 4B)

25   with half a tier at a time on topics such as Cognitive Behavioral Therapy Skills,

26   Behavioral Activation Groups, Cell/Self -Hygiene Skills, Goal Setting,

27   Hopefulness, Emotional Wellness, Art Therapy, and Mindfulness Based in Art

28   Therapy. These groups occur at the dayroom tables (without restraints).

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4901-8125-6564 v3                    - 9 -                    3:20-CV-00406-AJB-DDL
QUIROZ DECLARATION ISO OPPOSITION

32.     Psychiatrists check in with their mental health patients about medication as medically indicated.  OPSD has its own Psychiatrists – Dr. Anderson at LCRDF and Dr. Farrell at GBDF – they are present at the Facility daily but rotate their scheduled appointments.

33.     Three of the incarcerated persons who submitted declarations in support of Plaintiffs' Motion are <u>not</u> flagged with a serious mental illness (SMI): Smith (25730064), Marodi (25712651), and Betancourt (20944974).  Further, not every incarcerated person with a SMI would meet clinical criteria to qualify for and/or would benefit from OPSD housing.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on October 28, 2025, at San Diego, California.

Melissa Quiroz

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 10 -

3:20-CV-00406-AJB-WVG
QUIROZ DECLARATION ISO OPPOSITION

# EXHIBIT A



San Diego County Sheriff's Department                                    10/27/2025 10:06:13 AM PDT
9621 Ridgehaven Ct.
San Diego, CA 92123

## RECEIVING SCREENING - Created on 10/27/2025 10:06:13 AM PDT

| | | |
|---|---|---|
| **Patient:** DSD, TEST | **#:** 400458695 (19758641) | **Class:** 0 |
| **DOB:** 1/1/1980 (Age=45) | **Sex:** Male | **Race:** W |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | | |

☐ Patient is willing to sign, but unable to sign

☐ Refused

Current Allergies

No Known Drug Allergy

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Screeners: All questions in this form must be addressed. For questions with a single checkbox, by leaving the checkbox unselected, you are documenting your conclusion that all parameters of the question are false. By selecting the checkbox, you are acknowledging a positive response to the item and further documentation must be provided in the corresponding questions and text boxes.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ARRESTING OFFICER QUESTIONS--Select and Document all that apply**

---

Arresting Agency?

Officer's Name?

Officer's Badge #?

Was "Blue Envelope" identified?

☐ Yes

☐ No

Is the attending officer aware of any Illness or Injuries?

☐ Yes

☐ No

Is the attending officer aware of any Current/Recent Suicidal Ideation?

☐ Yes

☐ No

Is the attending officer aware of any signs that the patient is under the influence of Drugs or Alcohol?

☐ Yes

☐ No

Is the attending officer aware of any Combative, Assaultive or Extremely Hostile Behavior?

☐ Yes

☐ No

Is the attending officer aware of any Treatment by Medical Personnel in the Field?

☐ Yes

☐ No

Was a PERT Evaluation performed surrounding the arrest?

☐ Yes

☐ No

Do you have any additional information to help us care for the patient s health and safety?

☐ Yes

☐ No

During the initial call, was there any indication of a mental health concern?

☐ Yes

☐ No

☐ NA

## GENDER IDENTITY--Select and Document all that apply

Do You Identify as Transgender?

☐ Yes

☐ No

| ☐ Transgender - Male Gender | ☐ Transgender - Female | ☐ Transgender - Non-Binary |

## CHRONIC CONDITIONS--Select and Document all that apply

### Neurological

☐ Seizures

### Respiratory

☐ Asthma

## Cardiovascular

| ☐ Hyperlipidemia | ☑ Hypertension |
|---|---|

## Endocrine

| ☑ Diabetes |
|---|

○ Blood Sugar = 50 or less

○ Blood Sugar = 350 or greater

## Infectious Disease

| ☑ HIV | ☐ Tuberculosis |
|---|---|

## Behavioral Health Chronic Care

| ☐ Mood Disorders | ☐ Psychotic Disorders |
|---|---|

## Hematology/Oncology

| ☐ Dialysis |
|---|

**If the item below is checked, the patient has a pending TB workup from an incarceration within the last 6 months. This patient will be added to the TB Workup queue in Admissions/Discharge, and a Medical Chart Review sick call will be scheduled.**

☐ TB Workup

☐ Other

## GENERAL MEDICAL ASSESSMENTS--Select and Document all that apply

_____

Click the SureScripts button to run the medication verification report

SureScripts

☐ Current medications or treatments

Current Medications:

☐ Yes

☑ No

| Medication | Strength | Filling Pharmacy | Address | Phone Number | Frequency | Last Dose | Last Fill Date |
|---|---|---|---|---|---|---|---|

☐ Past medical or psychiatric hospitalizations?

List location, time, and reason for each

List location

☐ Dental issues requiring Dentist Sick Call appointment

Describe

Does the patient have any active infections or contagious illnesses?

☐ Yes

☐ No

☐ No Response

☐ General-fever, lethargy, weight loss, loss of appetite, night sweats

☐ Skin-Lesions, needle marks, abscesses, bruises, rash, jaundice, lice, trauma, scars, tattos

☐ Pulmonary-Persistent cough, coughing up blood

Have you traveled outside of the United States in the past weeks or months?

☐ Yes

☐ No

Do you have any other medical conditions or problems?

☐ Yes

☐ No

☐ No Response

## MENTAL HEALTH SCREENING--Select and Document all that apply

Is the patient a state hospital returnee?

☐ Yes

☐ No

Was the patient evaluated at the EPU in conjunction with this arrest?

☐ Yes

☐ No

## Mental Health History

Are you a client of the regional center for the developmentally disabled, or have you been in special educational classes in school?

☐ Yes

☐ No
☐ No Response

☐ PSU                           ☐ In Custody Suicide Attempt                 ☐ History of ISP
☐ History of JBCT               ☐ State Hospital Returnee

Have you ever been a victim of sexual assault while incarcerated or in the community?

☐ Yes

☐ No

☐ No Response

## Columbia-Suicide Severity Rating Scale

1) Have you wished you were dead or wished you could go to sleep and not wake up?

☐ Yes
☐ No

2) Have you had any actual thoughts of killing yourself?

☐ Yes
☐ No

3) Have you been thinking about how you might do this?

☐ Yes
☐ No

4) Have you had these thoughts and had some intention of acting on them?

☐ Yes
☐ No

5) Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?

☐ Yes
☐ No

6) Have you ever done anything, started to do anything, or prepared to do anything to end your life?

☐ Yes
☐ No

How long ago did you do any of these?

○ Over a year ago?
○ Between three months and a year ago?
○ Within the last three months?

_____

**Additional Suicide Risk Questions**

Have you recently experienced a significant loss (relationship, death of a family member/close friend, job, etc.)?

☐ Yes

☐ No

☐ No Response

Has a family member or close friend ever attempted or committed suicide?

☐ Yes

☐ No

☐ No Response

Do you feel there is nothing to look forward to in the immediate future (inmate expressing helplessness and/or hopelessness)?

☐ Yes

☐ No

☐ No Response

## SUBSTANCE USE ASSESSMENTS--Select and Document all that apply

_____

History or risk of alcohol or drug withdrawal?

☐ Yes

☐ No

☐ No Response

Recent use of alcohol, heroin, prescription pain medications or sedatives?

☐ Yes

☐ No

☐ No Response

**Most recent alcohol, sedative, or opiate use:**

○ 5 days or less

○ 6 days or greater

Use of any other illegal drugs?

☐ Yes

☐ No

☐ No Response

Have you been in a detox program or substance abuse treatment program in the last 30 days?

☐ Yes

☐ No

☐ No Response

## MISCELLANEOUS ASSESSMENTS--Select and Document all that apply

_____

## Does the inmate have any of the following:

☐ Medicaid/MediCAL

☐ Medicare

☐ Private Health Insurance

Insurance Carrier(s):

Plan Name:

## DISPOSITION/TREATMENT PLAN--Select and Document all that apply

_____

☐ Medical Sick Call needed

☐ Release signed to obtain all medical records, pharmacy records, substance abuse records

☐ Oral Hygiene Instructions Provided

## Housing Assignment:

| ☐ Infirmary/MOB | ☐ PSU | ☐ OPSD |
| ☐ Med ISO | ☐ Med Mainline | |

Fit to Continue Booking Process?

☐ Yes

☐ No

| ☐ Clinically Screened Cleared to Class | ☐ 2nd Stage Nurse Evaluation/NAP | ☐ Rec To ISP |
| ☐ Rec To Sobering Cell | ☐ Gate Refusal | |

# EXHIBIT B



San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

10/28/2025 5:21:36 PM PDT

# BH - MENTAL HEALTH ACUITY LEVEL

| | | |
|---|---|---|
| **Patient:** | **#:** | **Class:** |
| **DOB:** | **Sex:** | **Race:** |
| **Housing:** | **Court Date:** | **Type:** |

## MH Acuity Level

☐ Acute

☐ Severe

☐ Moderately Severe

☐ Moderate

☐ Mild

☐ Minimal

☐ None

Clinical Recommendations

# EXHIBIT C

Referring Facility: _____   Referring QMHP:_____   Date: _____

# OPSD Referral Checklist

Patient Name: _____   Booking Number: _____

*Patient is not required to meet ALL criteria to be referred to OPSD. Please consult with your supervisor if patient does not appear to meet substantial criteria.*

**Place a check mark next to applicable criteria to determine appropriateness for OPSD:**

**Diagnosis (Current/past/suspected)**
☐ Schizoaffective Disorder or Schizophrenia
☐ Bipolar Disorder
☐ Cognitive impairment (TBI, dementia, etc.)

☐ Autism or other spectrum disorders
☐ Significant intellectual disability (with RCC or not)
☐ Other diagnosis: _____

**Personal Hygiene/Grooming**
☐ Limited hygiene and grooming
☐ Naked most times in cell
☐ Unwilling/unable to shower w/o prompting
☐ Unkempt/Malodorous

☐ Soiled clothing
☐ Wearing clothes inappropriately
☐ Other ADL concerns:
_____

**Cell Hygiene**
☐ Trash/food/clothing on floor
☐ Soiled bedding/mattress

☐ Items stuffed into toilet
☐ Flooding cell

**Communication and Socialization**
☐ Unable/unwilling to verbalize needs
☐ Mute or Catatonic
☐ Difficulty following directives

☐ Impulsive or intrusive behaviors
☐ Inability to engage in appropriate social interactions
☐ Other impairments due to overt symptoms:
_____

**Housing**
☐ Multiple unsuccessful mainline housing attempts
☐ Regularly disrupting milieu (e.g., loudly responding to internal stimuli)
☐ Challenged with advocating for personal needs
☐ Prone to victimization due to impairments

☐ **OPSD placement recommended**
☐ **OPSD placement deferred**

**Submit Form**

Referring Facility: _____     Referring QMHP:_____     Date: _____

Refer to: ☐ LCDRF ☐ GBDF

# OPSD Referral Checklist

Incarcerated Person (IP) Name: _____     Booking #: _____

*IP is not required to meet ALL criteria to be referred to OPSD. Please consult with your supervisor if IP does not appear to meet substantial criteria.*

**Place a check mark next to applicable criteria to determine appropriateness for OPSD:**

### Diagnosis (Current/past/suspected)
☐ Schizoaffective Disorder or Schizophrenia
☐ Bipolar Disorder
☐ Cognitive impairment (TBI, dementia, etc.)
☐ Autism or other spectrum disorders
☐ Significant intellectual disability (with RCC or not)
☐ Other diagnosis: _____

### Personal Hygiene/Grooming
☐ Limited hygiene and grooming
☐ Naked most times in cell
☐ Unwilling/unable to shower w/o prompting
☐ Unkempt/Malodorous
☐ Soiled clothing
☐ Wearing clothes inappropriately
☐ Other ADL concerns:
_____

### Cell Hygiene
☐ Trash/food/clothing on floor
☐ Soiled bedding/mattress
☐ Items stuffed into toilet
☐ Flooding cell

### Communication and Socialization
☐ Unable/unwilling to verbalize needs
☐ Mute or Catatonic
☐ Difficulty following directives
☐ Impulsive or intrusive behaviors
☐ Inability to engage in appropriate social interactions
☐ Other impairments due to overt symptoms:
_____

### Housing
☐ Multiple unsuccessful mainline housing attempts
☐ Regularly disrupting milieu (e.g., loudly responding to internal stimuli)
☐ Challenged with advocating for personal needs
☐ Prone to victimization due to impairments

☐ **OPSD placement recommended**
☐ **OPSD placement deferred**

| Submit to LCDRF |
| Submit to GBDF |