Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Deann Rivard (SBN 177482)
drivard@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, CA 92101-8474
Tel: 619.814.5800     Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300     Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF SERGEANT ANTOINETTE CASTORENA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION TO LIMIT ADMINISTRATIVE SEPARATION FOR MEMBERS WITH SERIOUS MENTAL ILLNESS [DKT 979]**<br><br>Date: November 20, 2025<br>Time: 2:00 p.m.<br>Ctrm: 4A<br><br>Judge: Anthony J. Battaglia |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4921-4583-9733 v2      - 1 -      Case No. 3:20-cv-00406-AJB-DDL
DECL. SGT. ANTOINETTE CASTORENA ISO
OPPO. TO PLTFS' MOTION FOR PRELIM. INJ.

I, ANTOINETTE CASTORENA, declare as follows:

1. I am a Sergeant in the Detention Services Bureau of the San Diego County Sheriff's Department, and I work at the Vista Detention Facility. I have worked for the County of San Diego for 13 years.

2. I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief and would competently testify thereto if called and sworn as a witness. I have also reviewed the below persons' custody records and information in our Jail Information Management System (JIMS) in order to provide details.

**KEITH SEKERKE**

3. Incarcerated Person Keith Sekerke (#25731708) was booked into custody on July 21, 2025, on charges including stalking, vandalism, and driving under the influence of drugs. When he was scanned by the Tek84 body machine during booking, a metal handcuff key was found in his mouth. During the classification interview, Sekerke said he would not cause any issues while in custody.

4. Incarcerated Person Sekerke was placed in Administrative Separation on August 12, 2025, for failure to meet jail standards. While in County custody, Sekerke has received rules violation reports ranging from disrespect to threatening staff. On August 6, 2025, Sekerke disrespected a nurse during medication pass. On August 7, 2025, Sekerke made threats to sworn staff. On August 8, 2025, Sekerke broke the window of his cell.

5. During his stay in Administrative Separation from August 12, 2025 to September 15, 2025, for approximately one month, Sekerke was reviewed weekly by JPMU for possible removal from Administrative Separation. During wellness checks, Sekerke expressed the desire to be removed from Administrative Separation. Because Sekerke agreed to coexist with others and not get into any interactions or incidents, he was moved out on September 15, 2025, to Protective

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4921-4583-9733 v2

- 2 -

Case No. 3:20-cv-00406-AJB-DDL
DECL. SGT. ANTOINETTE CASTORENA ISO
OPPO. TO PLTFS' MOTION FOR PRELIM. INJ.

Custody housing.

6. Sekerke is currently housed at Vista in House N-3, which is Protective Custody housing in cells with group dayrooms.

7. I have reviewed the records in JIMS and verified that Sekerke regularly went to Dayroom while he was in Administrative Separation, apart from being out of the unit for some reason such as court or medical. From August 16, 2025, to September 13, 2025, Sekerke went to dayroom on August 19, 20, 21, 22, 24, 25, 26, 27, 28, 29, and 31, 2025, and on September 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 2025.

8. Sekerke refused to go to the Recreation Yard on August 18 and 25, 2025, and on September 1, 5, and 8, 2025.

9. Incarcerated Person Sekerke has submitted grievances while in County custody, such as appealing discipline, asking for copies of past court orders. On August 21, 2025, Sekerke filed a grievance requesting dayroom during business hours in order to call his attorney; however, according to his JIMS history, his dayroom had occurred during business hours for 5 of the prior 6 days.

10. Incarcerated Person Sekerke has received both social and legal visits while in custody.

**LARRY MILLETE**

11. Incarcerated Person Larry Millette (#21140844) was booked into custody on October 19, 2021, and was classified Administrative Separation due to his high profile case. Millette was only in Administrative Separation for two weeks, until November 5, 2021, when he was reclassified as Protective Custody/ Keep Separate Always.

12. Millette again moved to Administrative Separation Housing on July 6, 2023, until December 20, 2023 (approximately 6 months), when he moved to Protective Custody housing at GBDF. Millette was reclassed and moved several times subsequently, with placements in 4A Administrative Separation/ Keep

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4921-4583-9733 v2        - 3 -        Case No. 3:20-cv-00406-AJB-DDL
DECL. SGT. ANTOINETTE CASTORENA ISO
OPPO. TO PLTFS' MOTION FOR PRELIM. INJ.

Separate Always/DI overflow housing on October 31, 2024, for one day, and again on October 31, 2024 to June 9, 2025, with a few intermittent days in Medical Isolation. He moved to Keep Separate Always housing on June 9, 2025, where he is still housed.

13. During his stay in Administrative Separation at Vista, Incarcerated Person Millette was reviewed weekly by JPMU for possible removal from Administrative Separation.

14. I have reviewed the records in JIMS and verified that Millette regularly received dayroom/recreation time during his time in Administrative Separation, apart from being out of the unit for some reason such as court or medical/hospital, or the unit being locked down or otherwise restricted.

15. Incarcerated Person Millette has received both social and legal visits while in custody.

**RAYMOND MOLINA**

16. Incarcerated Person Raymond Molina (#25726269) was booked into custody on June 18, 2025. He is currently housed at GBDF in Medical Observation, which is a dorm unit. He has alerts in JIMS for Protective Custody and Tier Jump Risk.

17. Molina was placed in Administrative Separation/Medical Overflow/DI (S5) for disciplinary reasons from June 26, 2025 to June 29, 2025. Molina was moved on July 6, 2025, to 7-E4, Administrative Separation at Vista Detention Facility, due to Tier Jump Risk and no other available housing options. On July 31, 2025, Molina was transported to the Hospital; he returned the same day and has been housed in Medical Observation at George Bailey since July 31, 2025.

18. I have reviewed the records in JIMS and verified that Molina regularly received dayroom and/or recreation time during the total period of approximately 30 days he was housed in Administrative Separation. He also received a professional visit from Benjamin Holston on July 17, 2025.

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4921-4583-9733 v2   - 4 -   Case No. 3:20-cv-00406-AJB-DDL
DECL. SGT. ANTOINETTE CASTORENA ISO
OPPO. TO PLTFS' MOTION FOR PRELIM. INJ.

19. The only record in JIMS of any grievance submitted by Incarcerated Person Molina relates to an August 31, 2025 grievance about expected legal mail.

**VISTA DETENTION FACILITY**

20. In the Administrative Separation Units at Vista Detention Facility, dayroom and recreation yard times are scheduled at separate times and rotate daily for all individuals housed in Administrative Separation. Dayroom and recreation yard are not available when an Incarcerated Person is on Disciplinary Lockdown or at Court, or if the unit or facility are on lockdown. Otherwise, Incarcerated Persons a total of 10 hours dayroom/recreation time (usually 7 hours dayroom and 3 hours recreation) in accordance with Cal. Code of Regs., title 15 regulations.

21. Incarcerated Persons can request information from the law library using a "LRA" form, sent to counseling staff. Incarcerated Persons in Administrative Separation are also given the opportunity to speak with counselors on a weekly basis and can receive LRA forms from them during these conversations. Incarcerated persons may also use the kiosk during dayroom time to conduct research or make video calls.

22. Cells are inspected for cleanliness weekly with the option of an inspection when an incarcerated person has exited his cell for out of cell time. Individuals housed in Ad-Sep may request cleaning supplies via cell intercom or during their dayroom time. When feasible and if available, deputies may bring cleaning supplies to individual cells for use. Attached as **Exhibit A** is a true and correct copy of Vista's Green Sheet L.2.V, on Sanitation and Hygiene Inspections.

23. Trash is picked up after each meal, or at a minimum after breakfast and dinner meals. Attached as **Exhibit B** is a true and correct copy of Vista's Green Sheet L.5.V, on Trash Removal.

24. The laundry exchange for Administrative Separation units takes place weekly and is conducted cell to cell. Blanket exchange occurs twice per month. Attached as **Exhibit C** is a true and correct copy of Vista's Green Sheet L.1.V, on

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4921-4583-9733 v2   - 5 -   Case No. 3:20-cv-00406-AJB-DDL
DECL. SGT. ANTOINETTE CASTORENA ISO
OPPO. TO PLTFS' MOTION FOR PRELIM. INJ.

Laundry Schedule.

25. Incarcerated persons receive books and magazines when the counselor or their designee disseminates the materials via a book cart. Books and magazines are exchanged every 3 weeks. They are also permitted religious materials, which are donated. Attached as **Exhibit D** is a true and correct copy of Vista's Green Sheet T.5.V, on Jail Library Book Donations.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on October 27, 2025, at San Diego, California.

*Antoinette Castorena*

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4921-4583-9733 v2

- 6 -

Case No. 3:20-cv-00406-AJB-DDL
DECL. SGT. ANTOINETTE CASTORENA ISO
OPPO. TO PLTFS' MOTION FOR PRELIM. INJ.

# EXHIBIT A

**SDSO Detention Services Bureau—Vista Detention Facility Green Sheet**

| | |
|---|---|
| **DATE:** | July 9, 2024 |
| **NUMBER:** | L.2.V |
| **SUBJECT:** | SANITATION AND HYGIENE INSPECTIONS |

PROCEDURE

I.  HYGIENE INSPECTIONS

Sanitation and hygiene inspections will be conducted regularly to ensure the Vista Detention Facility (VDF) is kept clean and sanitary. This procedure shall be followed to ensure the inspections are completed and deficiencies are corrected.

   A. Each module will be inspected weekly during dayshift. The results of the inspection will be documented on a [VDF Module Inspection Rating Sheet](#) (located on the VDF SharePoint website). The Security Sergeant and Watch Commander will review completed inspection sheets and copy them to the VDF shared drive archives folder.

   B. Housing Deputies will inspect housing modules. The Incarcerated person Worker Deputy will inspect Incarcerated workers modules. The Medical Deputy will inspect medical housing modules.

   C. Incarcerated persons in administrative separation and/or disciplinary separation will be secured in handcuffs or waist chains prior to exiting their cell for inspections.

   D. Incarcerated persons will be afforded the opportunity to clean and remedy violations prior to the inspection. Examples of minor violations include extra clothing, blankets, and mattresses, trash, graffiti, covered vents, covered intercom and excess food. Examples of major violations include razors, tattoo kits, hidden contraband, excess medication, and unready cells.

   E. A deputy shall visually and physically inspect the functionality of cell intercoms, toilet and water fixtures. If not properly functioning the inspecting deputies shall notify a supervisor and enter a facility maintenance request. Baring exigent circumstances, if a cell intercom is found to be out of service, that cell shall be placed out of service until the intercom is repaired.

   F. Each module with cells and dorm style housing will be inspected for cleanliness, maintenance, and security issues. The grading is a PASS or FAIL system. To receive a passing grade, incarcerated persons cells and dorm sleeping areas must be clean with no excess trash, food, bedding, etc.

   Individual cells that PASS will be awarded an extra hour of dayroom time which will occur on Saturday from 2300 to 0001 hours or on Sunday from 2200 to 2300 hours. Housing modules operating on a tier program shall allow one tier an extra hour of dayroom time on Saturday night and the opposite tier shall receive an extra hour of dayroom time on Sunday night.

II.    MODULE CLEANLINESS INSPECTION SCHEDULE

    A. North House Modules 1-3 will be completed on Saturday. North House Modules 4-6 will be completed on Sunday.

    B. Upper West House Modules 1-3 will be completed on Saturday. Upper West Modules 4-6 will be completed on Sunday.

    C. Lower West House Modules 1-2 will be completed on Saturday. Lower West 4-6 will be completed on Sunday. Lower West 3 will be completed by the Veteran's Programming Liaison (VPL) Deputy on Friday.

    D. East House Modules 1-3 will be completed on Saturday. East House Modules 4-6 will be completed on Sunday.

    E. South House Modules 1, 4, 5, and 6 will be completed on Saturday. South House Modules 2 and 3 will be completed on Saturday or Sunday at the discretion of the incarcerated person Worker Deputy.

    F. Medical Housing Modules will be completed on Sunday.

# EXHIBIT B

**SDSO Detention Services Bureau—Vista Detention Facility Green Sheet**

| | |
|---|---|
| **DATE:** | **July 8, 2024** |
| **NUMBER:** | **L.5.V** |
| **SUBJECT:** | **TRASH REMOVAL** |

PROCEDURE

I.  REMOVAL OF NON-SECURITY TRASH FROM HOUSING UNITS

A module trash run will be conducted after every incarcerated person meal. Module trash will be placed on the chow carts and returned to the kitchen after each meal. The trash will be placed in the bins outside of the South Kitchen Gate. It will be the responsibility of the South Housing Deputy or South/East Rover Deputy to coordinate the trash run utilizing white or yellow badge incarcerated workers that are not assigned to the kitchen. The South Housing or South/East Rover Deputy will then escort the incarcerated workers to the delivery inner/outer sally port and to the loading dock to dispose of the trash in the trash compactor. Non-security trash from the housing units will not be taken through the kitchen.

II.  REMOVAL OF SECURITY TRASH

It will be the responsibility of sworn staff to remove the security trash from the facility. Utilizing white or yellow badge incarcerated workers, sworn staff will escort the incarcerated workers to each housing unit and professional staff areas to collect the security trash. Sworn staff will escort the incarcerated workers to the delivery inner/outer sally port and to the loading dock to dispose of the security trash in the trash compactor.

III.  REMOVAL OF KITCHEN TRASH

It will be the responsibility of the Food Services Division (FSD) staff to remove any trash accumulated in the area of the kitchen and dining area. FSD staff can use the kitchen inner/outer sally port to remove trash from the kitchen and dining areas. FSD staff will only use white badge incarcerated workers to dispose of trash.

IV.  ADMINISTRATIVE AND DISCIPLINARY SEPARATION CELLS

Housing Deputies shall collect trash from administrative and disciplinary separation cells at minimum after the breakfast and dinner meals.

**EXHIBIT C**

**SDSO Detention Services Bureau—Vista Detention Facility Green Sheet**

| | |
|---|---|
| **DATE:** | **July 9, 2024** |
| **NUMBER:** | **L.1.V** |
| **SUBJECT:** | **LAUNDRY SCHEDULE** |

PROCEDURE

I. LAUNDRY SCHEDULE

  A. All modules shall follow the laundry schedule whereby bedding, clothing, and religious items will be exchanged regularly. The schedule is available on the Vista Detention Facility (VDF) SharePoint website.

  B. Programs, visits, and church services will not be cancelled to conduct laundry exchange unless authorized by the Watch Commander.

  C. VDF laundry workers will provide religious items to housing unit deputies to distribute to qualified incarcerated persons.

   1. Prayer Rugs will be exchanged on the first day of clothing exchange every month.

   2. Religious headwear will be exchanged weekly during clothing exchange.

II. STANDARD BEDDING

  A. The Veteran's Moving Forward (VMF) Program will have a laundry cart containing white shorts and undergarments to accommodate extra recreational yard and other programming.

  B. Advanced age incarcerated persons housed in South House Module 4 and those participants housed in the Medication Assisted Treatment module will be issued a sweatshirt and an extra blanket.

# EXHIBIT D

**SDSO Detention Services Bureau—Vista Detention Facility Green Sheet**

| | |
|---|---|
| **DATE:** | **June 26, 2024** |
| **NUMBER:** | **T.5.V** |
| **SUBJECT:** | **JAIL LIBRARY / BOOK DONATIONS** |

PROCEDURE

I.  JAIL LIBRARY

  A. The jail library is located in the basement and is maintained by the correctional counselor.

  B. The correctional counselor will prepare the new magazines and books for exchange. The counselor or their designee (counselor aid incarcerated person worker) will disseminate the books/magazines to be exchanged. The books/magazines will be distributed via a book cart or paper bag (depending on the needs of the housing unit). The books/magazines will be exchanged for all housing units every three weeks. Once every three months, the correctional counselor will inventory each housing unit's library for an excess of books.

  C. The house deputy will make an announcement in the module to have the incarcerated persons collect all books not currently in use to turn in for exchange.

  D. Request for specific books to individual incarcerated persons will not be entertained.

  E. Hardbound books will remain in the classroom at all times.

II. BOOK DONATIONS

  All book donations shall be in accordance with P&P section P.3.