Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Deann Rivard (SBN 177482)
drivard@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, CA 92101-8474
Tel: 619.814.5800    Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300    Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated, | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF SERGEANT JAMES PARENT IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION TO LIMIT ADMINISTRATIVE SEPARATION FOR MEMBERS WITH SERIOUS MENTAL ILLNESS [DKT 979]** |
| Plaintiffs, | |
| v. | Date: November 20, 2025<br>Time: 2:00 p.m.<br>Ctrm: 4A |
| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, | Judge: Anthony J. Battaglia |
| Defendants. | |

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4933-4690-7253 v3

1

Case No. 3:20-cv-00406-AJB-DDL
DECL. SGT. JAMES PARENT ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

I, JAMES PARENT, declare as follows:

1.      I am a Sergeant in the Detention Services Bureau of the San Diego County Sheriff's Department, and I work at the San Diego Central Jail Facility. I have worked for the County of San Diego for 10 years.

2.      I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief and would competently testify thereto if called and sworn as a witness. I have also reviewed the below persons' custody records and information in our Jail Information Management System (JIMS) in order to provide details.

**DAVID THOMAS**

3.      Incarcerated Person David Thomas (#25702881) was booked into custody on January 19, 2025, following an arrest by SDPD on charges of first degree burglary, grand theft, and violation of his post-release community supervision (probation). Thomas was released on bond on September 19, 2025, and is not currently in custody.

4.      During his stay in Administrative Separation, which was from February 3, 2025 to February 4, 2025 (one day) and from March 4, 2025 to May 8, 2025 (2 months, 4 days), Thomas was reviewed weekly by JPMU for possible removal from Administrative Separation.

5.      I have reviewed the records in JIMS and verified that Thomas regularly received an average of at least one hour of dayroom time daily during his 2 months, 5 days of time housed in Administrative Separation, apart from being out of the unit for some reason such as court or medical, or the unit being locked down or otherwise restricted.

6.      There is no record in JIMS of any grievances submitted by Incarcerated Person Thomas.

7.      Thomas has received professional visits, including on September 4, 2025, when he had a professional visit with Jimmy Rodriguez at 9:30 a.m. and

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4933-4690-7253 v3                                  2                    Case No. 3:20-cv-00406-AJB-DDL
DECL. SGT. JAMES PARENT ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

another with Eric Ho at 1:00 p.m.

## **PATRICK KELLEY**

8.      Incarcerated Person Patrick Kelley (#24746771) was booked into custody on November 7, 2024, after returning from the Department of State Hospitals (DSH).  Kelley was charged with multiple counts of Penal Code 288 involving lewd & lascivious conduct with minors. It was also noted that he may have mental competency proceedings under 1368. Kelley is now housed at Rock Mountain Detention Facility in House 2B (cell 108), which is a Protective Custody unit.

9.      During his stay in Administrative Separation, Kelley was reviewed weekly by JPMU for possible removal from Administrative Separation. He was housed in Administrative Separation as a Protective Custody placement from December 5, 2024, to October 17, 2025, and he was placed in an ADA cell for use of a wheelchair. Kelley had a cellmate at times including from 10/01/25 – 10/17/25.

10.      There is no record in JIMS of any grievances submitted by Incarcerated Person Kelley.

11.      I have reviewed the records in JIMS and verified that Kelley has regularly received an average of at least one hour dayroom time daily since being placed in Administrative Separation, apart from being out of the unit for some reason such as court or medical, or the unit being locked down or otherwise restricted. Attached as **Exhibit A** is a true and correct copy of Kelley's JIMS history for the last month up to 10/17/25, demonstrating that he received dayroom on the following dates:  September 15, September 16, September 17, September 18, September 19, September 20, September 21, September 22, September 24, September 27, September 28 (total time of over 5 hours), September 29, September 30, October 1, October 2, October 3, October 4, October 5 (over 2 hours), October 6 (over 2 hours), October 9, October 10 (over 2 hours), October 11, October 12, October 14, October 15, and October 16, 2025.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4933-4690-7253 v3                        3                        Case No. 3:20-cv-00406-AJB-DDL
DECL. SGT. JAMES PARENT ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

12.     Kelley is regularly offered recreation yard time but he often refuses the opportunity (offered 3 times per week) to go to the yard. During the last month, he went to the Recreation Yard on September 17, 2025, and September 18, 2025, but he refused yard on September 25, 2025, September 29, 2025, October 3, 2025, October 6, 2025, and October 10, 2025.

**CHRISTOPHER HAWKINS**

13.     Incarcerated Person Christopher Hawkins  (#25710758) was booked on March 13, 2025, on multiple charges of threatening public officers/employees , obstructing/ resisting an officer, battery on a peace officer or emergency personnel, and violation of probation. Hawkins was released on October 1, 2025, to CDCR custody to be housed at Wasco State Prison.

14.     Hawkins was placed in EOH from March 14, 2025, after making suicidal ideations, to March 18, 2025, when he was cleared and placed in Administrative Separation, for failure to conform to minimum jail standards.

15.     JPMU staff noted Hawkins was considered assaultive during his prior incarcerations and arrests. In 2018, Hawkins kicked an officer in the chest and legs multiple times while being arrested, and he made several death threats to County Jail staff while in custody thereafter. During the booking process in December 2024, Hawkins also displayed negative behavior.

16.  During his time in Administrative Separation, Hawkins was reviewed weekly by JPMU for possible removal from Administrative Separation.

17.     Hawkins submitted numerous several grievances during his time at SDCJ, and received responses to each of them; however, none of his grievances related to trash, his cell being dirty, or having insufficient time to shower and make phone calls.

18.     I have reviewed the records in JIMS and verified that Hawkins has regularly received an average of at least an hour of dayroom time daily since being placed in Administrative Segregation, apart from being out of the unit for some

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4933-4690-7253 v3                    4                    Case No. 3:20-cv-00406-AJB-DDL
DECL. SGT. JAMES PARENT ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

reason such as court or medical, or the unit being locked down or otherwise restricted. Attached as **Exhibit B** is a true and correct copy of Hawkins' JIMS history for the last month before his transfer to State Prison, demonstrating that he received dayroom on the following dates in September:  September 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 22, 23, 24, 25, 26, 27, 28, and 29.

19.    Hawkins was regularly offered Recreation Yard but often refused it. In the month before he was transferred to State Prison, Hawkins was offered recreation on September 4, 9, 16, 23, 25, and 28. He refused each time.

### <u>SAN DIEGO CENTRAL JAIL</u>

20.    Units E are the Administrative Separation Units at the Central Jail. Dayroom and recreation yard times are scheduled at separate times and rotate daily for all individuals housed in Administrative Separation. Dayroom and recreation yard are not available when an Incarcerated Person is on Disciplinary Lockdown or at Court, or if the unit or facility are on lockdown. Otherwise, Incarcerated Persons receive 1 hour of dayroom time daily and 3 hours recreation yard time weekly (for a total of 10 hours) in accordance with Cal. Code of Regs., title 15 regulations.

21.    Per Facility Green Sheet L.4.C.2 Housekeeping Plan, a true and correct copy of which is attached as **Exhibit C**, cleaning supplies are made available daily. Individuals housed in Ad-Sep may request cleaning supplies via cell intercom or during their dayroom time. When feasible and if available, deputies may bring cleaning supplies to individual cells for use.  The dayroom and showers in Ad-Sep are cleaned and disinfected by incarcerated workers at a minimum daily after dinner meals are distributed, or more often based on need.

22.    Per Facility Green Sheet L.1.C.1 Laundry Exchange Plan, a true and correct copy of which is attached as **Exhibit D**, laundry exchange for Administrative Separation takes place weekly and is conducted cell to cell. Blanket exchange for occurs on the 2nd and 4th week of each month.

23.    Donated reading material including books are available in the dayroom

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

4933-4690-7253 v3

5

Case No. 3:20-cv-00406-AJB-DDL
DECL. SGT. JAMES PARENT ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

area of Administrative Separation units and are accessible during allotted dayroom times. Incarcerated Persons may take reading materials to their cell. Newspapers are delivered to the modules daily and are available upon request as is writing material.

24.     Attached as **Exhibit E** is a true and correct photograph of the outdoor Recreation Yard at the San Diego Central Jail.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on October 27, 2025, at San Diego, California.



James Parent

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

4933-4690-7253 v3

6

Case No. 3:20-cv-00406-AJB-DDL
DECL. SGT. JAMES PARENT ISO OPPO. TO
PLTFS' MOTION FOR PRELIM. INJ. [DKT 979]

# EXHIBIT A

# San Diego County Sheriff's Office
## Incarcerated Person History

**Name:** KELLEY, PATRICK **JIMS:** 400509850 **DOB:** 08/03/47 **Start Date:** 12/05/24 **End Date:** 10/19/25

| Book # | Event Date | Create Date | Cng Id | Fac | Area | Unit | Cell | Event Type |
|---|---|---|---|---|---|---|---|---|
| 24746771 | 10-17-25 1118 | 10-17-25 1118 | IMORALSH | 1 | 8 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 10-16-25 1136 | 10-16-25 1136 | LSPEARSH | 1 | 8 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 10-15-25 1152 | 10-15-25 1152 | MMOSE2SH | 1 | 8 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 10-14-25 1605 | 10-14-25 1605 | CJAME3SH | 1 | 8 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 10-12-25 1236 | 10-12-25 1236 | DRAMO2SH | 1 | 8 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 10-11-25 1653 | 10-11-25 1653 | DRAMO2SH | 1 | 8 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 10-10-25 1245 | 10-10-25 1245 | PMCANASH | 1 | 8 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 10-09-25 1935 | 10-09-25 1935 | DULLAHSH | 1 | 8 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |

Case 3:20-cv-00406-AJB-DDL    Document 988-11    Filed 10/28/25    PageID.60678

Incarcerated Person History

Page 9 of 24

| Book # | Event Date | Create Date | Cng Id | Fac | Area | Unit | Cell | Event Type |
|--------|-----------|-------------|--------|-----|------|------|------|-----------|
| 24746771 | 10-06-25 1128 | 10-06-25 1128 | PMCANASH | 1 | 4 | E | 02-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | | **Item 4:** - |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 10-05-25 1239 | 10-05-25 1239 | PMCANASH | 1 | 4 | E | 02-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | | **Item 4:** - |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 10-04-25 1231 | 10-04-25 1231 | PMCANASH | 1 | 4 | E | 02-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | | **Item 4:** - |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 10-03-25 1415 | 10-03-25 1415 | PMCANASH | 1 | 4 | E | 02-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | | **Item 4:** - |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 10-02-25 0822 | 10-02-25 0822 | DPINOXSH | 1 | 4 | E | 02-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | | **Item 4:** - |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 10-01-25 0928 | 10-01-25 0928 | FRODR2SH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | | **Item 4:** - |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-30-25 2001 | 09-30-25 2001 | FOLIVESH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | | **Item 4:** - |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 09-30-25 0903 | 09-30-25 0903 | EBARAJSH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | | **Item 4:** - |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 09-29-25 0802 | 09-29-25 0802 | PMCANASH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | | **Item 4:** - |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |

| Book # | Event Date | Create Date | Cng Id | Fac | Area | Unit | Cell | Event Type |
|---|---|---|---|---|---|---|---|---|
| 24746771 | 09-28-25 1423 | 09-28-25 1423 | FRODR2SH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | Item1: - | Item 2: - | | Item 3: - | | | Item 4: - | |
| | Notes: Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-28-25 0721 | 09-28-25 0721 | FRODR2SH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | Item1: - | Item 2: - | | Item 3: - | | | Item 4: - | |
| | Notes: Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-27-25 0709 | 09-27-25 0709 | JGOME3SH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | Item1: - | Item 2: - | | Item 3: - | | | Item 4: - | |
| | Notes: Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-24-25 1422 | 09-24-25 1422 | FRODR2SH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | Item1: - | Item 2: - | | Item 3: - | | | Item 4: - | |
| | Notes: Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-22-25 2029 | 09-22-25 2029 | CGUTI2SH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | Item1: - | Item 2: - | | Item 3: - | | | Item 4: - | |
| | Notes: Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 09-22-25 1148 | 09-22-25 1148 | RSWANSSH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | Item1: - | Item 2: - | | Item 3: - | | | Item 4: - | |
| | Notes: Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-21-25 1059 | 09-21-25 1059 | XWILLISH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | Item1: - | Item 2: - | | Item 3: - | | | Item 4: - | |
| | Notes: Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-20-25 0903 | 09-20-25 0903 | ANHELXSH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | Item1: - | Item 2: - | | Item 3: - | | | Item 4: - | |
| | Notes: Changed STATUS from DYRM to DYRM. | | | | | | | |
| | 09-20-25 0902 | 09-20-25 0902 | ANHELXSH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | Item1: - | Item 2: - | | Item 3: - | | | Item 4: - | |
| | Notes: Changed STATUS from IN to DYRM. | | | | | | | |

Case 3:20-cv-00406-AJB-DDL    Document 988-11    Filed 10/28/25    Page 4 of 24

**Incarcerated Person History**

| Book # | Event Date | Create Date | Cng Id | Fac | Area | Unit | Cell | Event Type |
|--------|-----------|-------------|--------|-----|------|------|------|-----------|
| 24746771 | 09-19-25 2000 | 09-19-25 2000 | BMCCO2SH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-18-25 0714 | 09-18-25 0714 | FMENDOSH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 09-17-25 0718 | 09-17-25 0718 | FRODR2SH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-16-25 1340 | 09-16-25 1340 | HKLEMASH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-16-25 1340 | 09-16-25 1340 | HKLEMASH | 1 | 5 | E | 05-B | DAY - DAYROOM/PHONE TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** offered to 5E5 | | | | | | | |
| | 09-15-25 1306 | 09-15-25 1306 | TWILL2SH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-14-25 1545 | 09-14-25 1545 | CCONNESH | 1 | 5 | E | 05-B | DYRM - |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from DYRM to DYRM. | | | | | | | |
| | 09-14-25 1422 | 09-14-25 1422 | CCONNESH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 09-13-25 1233 | 09-13-25 1233 | JMARQ5SH | 1 | 5 | E | 05-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |

# EXHIBIT B

# San Diego County Sheriff's Office
## Incarcerated Person History

**Name:** HAWKINS, CHRISTOPHER **JIMS:** 400219091 **DOB:** 03/21/77 **Start Date:** 03/18/25 **End Date:** 09/30/25

| Incarcerated Person History | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Book #** | **Event Date** | **Create Date** | **Cng Id** | **Fac** | **Area** | **Unit** | **Cell** | **Event Type** |
| 25710758 | 09-29-25 1138 | 09-29-25 1138 | DCHUXXSH | 1 | 6 | E | 03-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-28-25 1237 | 09-28-25 1237 | DPINOXSH | 1 | 6 | E | 03-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-27-25 2124 | 09-27-25 2124 | JHERN9SH | 1 | 6 | E | 03-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from DYRM to DYRM. | | | | | | | |
| | 09-27-25 1949 | 09-27-25 1949 | JHERN9SH | 1 | 6 | E | 03-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-27-25 1123 | 09-27-25 1123 | DPINOXSH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-26-25 1540 | 09-26-25 1540 | SCHENXSH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 09-26-25 0857 | 09-26-25 0857 | SCHENXSH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 09-24-25 2015 | 09-24-25 2015 | LWEISHSH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |

Case 3:20-cv-00406-AJB-DDL    Document 988-11    Filed 10/28/25    PageID.60683
Page 14 of 24

Incarcerated Person History

| Book # | Event Date | Create Date | Cng Id | Fac | Area | Unit | Cell | Event Type |
|--------|-----------|-------------|--------|-----|------|------|------|------------|
| 25710758 | 09-24-25 1403 | 09-24-25 1403 | SCHENXSH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 09-24-25 1318 | 09-24-25 1318 | SCHENXSH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from DYRM to DYRM. | | | | | | | |
| | 09-24-25 1318 | 09-24-25 1318 | SCHENXSH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 09-23-25 1945 | 09-23-25 1945 | BMCCO2SH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-23-25 0916 | 09-23-25 0916 | PMCANASH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 09-22-25 1919 | 09-22-25 1919 | ASOTO2SH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-19-25 1601 | 09-19-25 1601 | TWILL2SH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-18-25 1123 | 09-18-25 1123 | JMARQ5SH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-17-25 1112 | 09-17-25 1112 | AWANZESH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |

Case 3:20-cv-00406-AJB-DDL    Document 988-11    Filed 10/28/25    PageID.60684
Page 15 of 24

| Book # | Event Date | Create Date | Cng Id | Fac | Area | Unit | Cell | Event Type |
|---|---|---|---|---|---|---|---|---|
| 25710758 | 09-15-25 0803 | 09-15-25 0803 | HKLEMASH | 1 | 6 | E | 09-B | DRRF - DAYROOM REFUSED |
| | Item1: - | Item 2: - | | | Item 3: - | | | Item 4: - |
| | Notes: Changed STATUS from IN to DRRF. | | | | | | | |
| | 09-15-25 0801 | 09-15-25 0801 | HKLEMASH | 1 | 6 | E | 09-B | DAY - DAYROOM/PHONE TIME |
| | Item1: - | Item 2: - | | | Item 3: - | | | Item 4: - |
| | Notes: 08-15-2025 refused @0800 hours | | | | | | | |
| | 09-14-25 1910 | 09-14-25 1910 | JMEUSESH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | Item1: - | Item 2: - | | | Item 3: - | | | Item 4: - |
| | Notes: Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-13-25 1311 | 09-13-25 1311 | CCROS3SH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | Item1: - | Item 2: - | | | Item 3: - | | | Item 4: - |
| | Notes: Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 09-12-25 2003 | 09-12-25 2003 | JMEUSESH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | Item1: - | Item 2: - | | | Item 3: - | | | Item 4: - |
| | Notes: Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-11-25 1948 | 09-11-25 1948 | JMEUSESH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | Item1: - | Item 2: - | | | Item 3: - | | | Item 4: - |
| | Notes: Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-10-25 1913 | 09-10-25 1913 | FVAZQUSH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | Item1: - | Item 2: - | | | Item 3: - | | | Item 4: - |
| | Notes: Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-09-25 2004 | 09-09-25 2004 | CSCHWESH | 1 | 6 | E | 09-B | DRRF - DAYROOM REFUSED |
| | Item1: - | Item 2: - | | | Item 3: - | | | Item 4: - |
| | Notes: Changed STATUS from IN to DRRF. | | | | | | | |
| | 09-08-25 1446 | 09-08-25 1446 | JGOME3SH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | Item1: - | Item 2: - | | | Item 3: - | | | Item 4: - |
| | Notes: Changed STATUS from IN to DYRM. | | | | | | | |

Case 3:20-cv-00406-AJB-DDL    Document 988-11    Filed 10/28/25    PageID.60685    Page 16 of 24

| Book # | Event Date | Create Date | Cng Id | Fac | Area | Unit | Cell | Event Type |
|---|---|---|---|---|---|---|---|---|
| 25710758 | 09-07-25 2001 | 09-07-25 2001 | TGREE3SH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-06-25 1559 | 09-06-25 1559 | GHOSLESH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-05-25 1717 | 09-05-25 1717 | GHOSLESH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-03-25 0709 | 09-03-25 0709 | VSMITHSH | 1 | 6 | E | 09-B | DRRF - DAYROOM REFUSE |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DRRF using flood fill. | | | | | | | |
| | 09-02-25 2005 | 09-02-25 2005 | BAGUI3SH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 09-01-25 1557 | 09-01-25 1557 | GHOSLESH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM. | | | | | | | |
| | 09-01-25 0052 | 09-01-25 0052 | PARELLSH | 1 | 6 | E | 09-B | DRRF - DAYROOM REFUSED |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DRRF. | | | | | | | |
| | 08-28-25 2059 | 08-28-25 2059 | WDIAZXSH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |
| | 08-27-25 2005 | 08-27-25 2005 | WDIAZXSH | 1 | 6 | E | 09-B | DYRM - DAYROOM TIME |
| | **Item1:** - | **Item 2:** - | | **Item 3:** - | | | **Item 4:** - | |
| | **Notes:** Changed STATUS from IN to DYRM using flood fill. | | | | | | | |

# EXHIBIT C

### SDSD Detention Services Bureau—San Diego Central Jail Green Sheet

| | |
|---|---|
| **DATE:** | **January 23, 2025** |
| **NUMBER:** | **L.4. C.2** |
| **SUBJECT:** | **HOUSEKEEPING PLAN - MODULE CLEANING CARTS** |

PROCEDURE

A fully stocked cleaning cart will be placed into all mainline incarcerated person housing modules during the restricted movement time between 1100 and 1300 hours and during the lockdown time after night count. Prior to placing the cleaning carts into the modules, all incarcerated persons will be locked down. This will limit the number of incarcerated persons exposed to the cleaning cart items.

Cleaning should take no longer than 30 minutes. After the dayroom has been cleaned, the cleaning carts shall be made available to individuals requesting to clean their cells.

The cleaning carts should also be made available to mainline incarcerated persons prior to the weekly hygiene inspections. Incarcerated persons will be given an opportunity to clean their respective cells as well as the dayrooms and showers. If an incarcerated person is unwilling, unable or if security reasons are documented prohibiting the incarcerated person from having access to the cleaning supplies to clean their cells, the incarcerated person shall be removed from the cell and facility workers will be utilized to clean the cell.

The housing deputies will inventory the cleaning carts before they are placed into the module.

All cleaning carts should be supplied with the following items:

1 push broom
1 mop & mop bucket
1 shower brush
1 dust pan
1 hand broom (fox tail)
1 toilet brush
1 towel (green cleaning towels from laundry preferred)
2 bottles containing premixed cleaning solution

If the cleaning carts lack an item from the above inventory, or if any item is damaged or worn, it will be the responsibility of the housing deputy to requisition the items from the stock room so that all available cleaning carts contain all necessary items.

Incarcerated persons housed in high risk security level housing modules throughout the facility will be allowed to utilize the cleaning items to clean their cells during their respective dayroom time on Saturdays. Housing deputies will be responsible for having facility workers report to the housing floors once night count has been cleared or when all dayroom time has been completed to conduct dayroom cleaning of the high risk security level housing modules.

The housing deputy will account for all items on the cleaning cart after it is removed from the module. Failure to account for all cleaning cart items at the conclusion of the cleaning will result in subsequent investigation and search for those items.

The housing deputies will inspect the modules after each cleanup and supervisors will inspect each module during their regular housing checks to ensure the modules have been adequately cleaned. At the discretion of the housing deputy, any module can be cleaned utilizing facility workers if it is determined that the dayroom and/or showers are not being cleaned adequately by the module cleaners.

Diluted bleach solution should be available on all housing floors for incarcerated persons worker use when cleaning heavily soiled areas. This solution should not be given to mainline incarcerated persons for general cleaning because of the risk of the bleach solution being misused. If an area of a housing module requires bleach solution to be adequately cleaned, facility workers should be called to the floor to clean that area.

**<u>At no time and under no circumstance will facility workers or mainline incarcerated persons be given straight undiluted bleach solution for cleaning due the risk of injury to themselves as well as other incarcerated persons and staff.</u>**

# EXHIBIT D

**SDSD Detention Services Bureau—San Diego Central Jail Green Sheet**

| | |
|---|---|
| **DATE:** | **October 10, 2025** |
| **NUMBER:** | **L.1.C.1** |
| **SUBJECT:** | **LAUNDRY SCHEDULE** |

## PROCEDURE

I.    TYPES AND FREQUENCY OF EXCHANGES

Laundry exchange should be conducted through food access ports at individual cells or at the module gate.

 Each housing unit will have laundry workers conduct laundry exchange in their unit once per week. The exception will be:

1.  Blanket exchange will occur the 2nd and 4th week of each month.

2.  Incarcerated Workers will receive their daily change out at 0730 and 1930 hours.


II.    LAUNDRY SCHEDULE /PROCESS

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|
| 3rd Floor 1300 | 5th Floor 1900 | 7th Floor 1900 | 4th Floor 1900 | 6th Floor 1900 |
| 8th Floor 1330 | | | | |

Incarcerated Workers will be issued and allowed to possess the following items:

    a.  2 sets of tans exchanged daily
    b.  2 sets of kitchen whites exchanged daily (if assigned to the kitchen)
    c.  2 complete white rolls exchanged daily
    d.  1 pair of tan shorts exchanged weekly
    e.  1 sweatshirt exchanged weekly
    f.  2 blankets
    g.  1 pair of tennis shoes
    h.  1 pair of shower sandals
    i.  1 pair of black rubber boots

Upon request, transgender and intersex incarcerated persons will be given jail issued clothing that matches with their gender identity (e.g. female undergarments/bra for a transgender female).  Requests will need to be coordinated with the SDCJ laundry staff.


LAUNDRY SCHEDULE                                                                                          Page 1 of 2

Sweatshirts and shorts issued to Incarcerated Persons shall only be worn in housing modules and recreation yards. They shall not be worn while being escorted through the facility, court, court transport, or transportation to outside clinic appointments or hospitals.

Housing Floor Deputies will gather the necessary clothing and linen for incarcerated persons housed in 4F. At the conclusion of laundry exchange for the other modules, deputies will perform laundry exchange in this unit without the use of facility workers.

III.     SAFETY LINEN

Incarcerated persons housed in Administrative Separation (Ad/Sep), and the Psychiatric Stabilization Unit (PSU) will be issued two green safety blankets.

Incarcerated persons issued safety blankets shall be given the opportunity to exchange ONE of the blankets every other week during the timeframe designated for exchange.  A JIMS laundry exchange log entry will be made to record each exchange. The type of exchange (e.g. "Green Safety Blanket") shall be noted in the description field of JIMS.

# EXHIBIT E

