Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Deann Rivard (SBN 177482)
drivard@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, CA 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S DEPARTMENT and
SAN DIEGO COUNTY PROBATION
DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF SUSAN E. COLEMAN IN SUPPORT OF DEFENDANTS EX PARTE APPLICATION TO CONTINUE THE PRE-TRIAL CONFERENCE AND PRETRIAL FILINGS BY 30 + DAYS**<br><br>*Filed concurrently with Ex Parte Application, Declaration of Elizabeth M. Pappy, and [Proposed] Order*<br><br>[NO ORAL ARGUMENT REQUESTED]<br><br>Judge: Anthony J. Battaglia<br><br>Magistrate Judge David D. Leshner |

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4924-8623-5516 v2

1

Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF SEC ISO DEFS' EPA TO
CONT. PTC AND DEADLINES BY 30+ DAYS

I, SUSAN E. COLEMAN state and declare as follows:

1. I am an attorney of law duly licensed to practice before all of the Courts of the state of California. I am a partner with the law firm of Burke, Williams & Sorensen LLP, attorneys of record for defendants COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT ("Defendants") in this action. If called and sworn as a witness to testify, I am competent to testify and would testify from my own personal knowledge as to the facts set forth in this declaration.

2. On October 10, 2025, Plaintiffs' counsel filed a voluminous Motion for Preliminary Injunction [Dkt 976] seeking to limit placement of incarcerated persons with SMI (serious mental illness) in Administrative Separation. It had attached 16 declarations of incarcerated persons, in addition to declarations of their mental health expert Dr. Pablo Stewart, a declaration of counsel, and numerous exhibits. The total page count for the motion including the declarations/exhibits in support was 2675 pages.

3. The Motion for Preliminary Injunction filed by Plaintiffs covered issues that were already being discussed within the Parties' ongoing settlement negotiations regarding the provision of mental health in the County Jails. Nevertheless, due to the timelines of the briefing schedule [Dkt 981], which advanced the Opposition date to October 28, 2025 (instead of 11/04/25 based on the hearing date listed on the motion of November 20, 2025, I had to drop everything else and spend nine long days (10+ hours daily) reading the briefs, reaching out to the County Sheriff's Office for information and documents to respond to the allegations, digesting the information received, preparing numerous declarations and exhibits in support of Defendants' Opposition brief, and drafting the opposition brief. This brief was not expected given the progress of negotiations and it took up valuable time that otherwise could have been spent working on Pretrial preparation.

///

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

4924-8623-5516 v2

2

Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF SEC ISO DEFS' EPA TO
CONT. PTC AND DEADLINES BY 30+ DAYS

4. During the week of November 17 to 21, 2025, I attended a full week of ADA Jail inspections scheduled from 8 am to 5 pm daily (not including travel), attended by the Parties' neutral ADA expert Julian Martinez, Plaintiffs' counsel, and myself, in addition to Sheriff's Office staff. We visited all 7 Jails to view the modifications made to cells, showers, and other spaces, and to allow Mr. Martinez to interview both staff and incarcerated persons about compliance. After returning home at 6 p.m. or later each evening (after departing at 7 a.m.), I had time only to triage and respond to emails.

5. We have been trying to settle the mental health cause of action for approximately 7 months, and have held 18 separate settlement conferences between February 5, 2025 and November 10, 2025 with Judge Leshner toward that end, with significant back and forth on drafts of the agreement and involvement of a mental health "neutral" expert, Dr. Tim Belavich, approved by the court and both parties. We are optimistic the claim will settle; however, negotiations were stalled by Plaintiffs' Motion for Preliminary Injunction seeking to move incarcerated persons with SMI (serious mental illness) out of Administrative Separation and the need to respond to it right away. We are now under a deadline to return a working draft of the settlement agreement back to Plaintiffs on November 26, 2025, with another Settlement Conference set for December 5, 2025.

6. We have previously expressed to both Magistrate Judge Leshner and to Plaintiffs' counsel that we are willing to explore settlement of the Medical/Dental cause of action. Given the settlement of the ADA claim, the progress of settlement negotiations on the mental health claim, and the willingness to discuss settlement on the medical/ dental claim, these negotiations should precede any trial in the interest of judicial efficiency if we can resolve claims prior to trial.

7. On October 21, 2025, Plaintiffs' counsel also sent a demand for additional attorney's fees associated with various aspects of their work to date and

///

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

4924-8623-5516 v2

3

Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF SEC ISO DEFS' EPA TO
CONT. PTC AND DEADLINES BY 30+ DAYS

1  demanded meet and confers on the issue at the same time Ms. Pappy and I were
2  dealing with the injunction motion and opposition.

3      8.    Given the above, in addition to a full litigation schedule on other
4  matters, combined with the need to oppose the unplanned Motion for Preliminary
5  Injunction and to engage in ongoing settlement discussions on the mental health
6  claim, it would prejudice Defendants if additional time is not provided to prepare the
7  Proposed Pretrial Order and to attend the Pretrial Conference.

8      9.    Ms. Pappy and I are the primary attorneys who handle 95% of the work
9  in this matter. In contrast, Plaintiffs' counsel have anywhere between 7 and 10
10 attorneys working on this matter at all times. Plaintiffs' counsel pursued the motion
11 for injunction knowing it would significantly delay settlement discussions and that it
12 was close to the pretrial briefing deadlines, clearly knew about full the week of
13 inspections, recently demanded thousands of additional dollars in attorney's fees on
14 the ADA claim with threats of immediate motions if we did not drop everything and
15 meet and confer, and they will not agree to our request for a modest continuance of
16 the pre-trial deadline/hearing for 30 days—the amount of time by which the
17 injunction set us back. Each of these actions by plaintiffs' counsel is staffed by a
18 different groups of attorneys from three different law firms while Ms. Pappy and I
19 are required to handle all of these matters as the lead attorneys for defendants.

20     10.    We respectfully request a 30-day or longer continuance of both the
21 Proposed Pretrial Conference Order deadline and the timing of the Pretrial
22 Conference, in order to prepare the documents and to meaningfully meet and confer.

23     11.    We met and conferred with Plaintiffs' counsel via email about this
24 request.  Plaintiffs' counsel Gay Grunfeld stated they would not oppose a 10-day
25 continuance of the Pretrial Order filing from December 5 to December 15, 2025,
26 and would file a non-opposition to that request. Plaintiffs' counsel noted that they
27 opposed a change to the Pre Trial Conference of January 15, 2025, unless there is
28 "good progress" made on the mental health claim during the meeting on December

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

4924-8623-5516 v2

4

Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF SEC ISO DEFS' EPA TO
CONT. PTC AND DEADLINES BY 30+ DAYS

1  5, 2025, and there is a "plan for discussing medical and dental." Attached as Exhibit
2  A is a true and correct copy of the email exchange between counsel on November
3  25, 2025.

4      12.    The Parties can certainly disagree about who is the blame for the fact
5  that there is no settlement to date on the mental health claim; however, there can be
6  no dispute that the filing of the Motion for Preliminary Injunction set us back almost
7  30 days. Thus the request by defendants for a short continuance of 30 days to file
8  the Proposed Pretrial Order and to hold the Pretrial Conference is inherently
9  reasonable and was likely anticipated by Plaintiffs.

10      I declare under penalty of perjury that the foregoing is true and correct of my
11  own personal knowledge.

12      Executed on November 26, 2025, at San Diego, California.

13
14                                        /s/ *Susan E. Coleman*
15                                        SUSAN E. COLEMAN

Burke, Williams & Sorensen, LLP
Attorneys at Law
Camarillo

4924-8623-5516 v2

5

Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF SEC ISO DEFS' EPA TO
CONT. PTC AND DEADLINES BY 30+ DAYS

# EXHIBIT A

# van Daalen Wetters, Dee

| | |
|---|---|
| **From:** | Coleman, Susan E. |
| **Sent:** | Tuesday, November 25, 2025 4:13 PM |
| **To:** | Gay C. Grunfeld; Pappy, Elizabeth M. |
| **Cc:** | Aaron Fischer; van Daalen Wetters, Dee; Van Swearingen; San Diego County Jail Team - RBGG Only |
| **Subject:** | RE: Dunsmore v. San Diego; Draft Stipulations of Fact [IMAN-DMS.FID55015] |

Dear Gay et al – we would prefer pushing the pretrial order back to 1/05 and the pretrial conference back to 2/16 if you are agreeable. Currently Beth is set for back-to-back trials (two of them) starting 12/01. We had planned to work on the settlement and pretrial matters but then were diverted by the Preliminary Injunction Motion, which necessitated an immediate response that took approximately 8-9 full work days to oppose. This last week, I was in jails every day from 8 to 5 am (requiring almost an hour of travel each way), making it hard to do more than read emails at night.

I have some availability on Dec. 2, 3 or 4th for a conference. We should meet and confer before involving Judge Leshner.

What do you want to know in terms of a plan for discussing medical/dental? In sum, we are open to resolving this claim and we expressed this to Judge Leshner previously. It may take a little time to resolve, however, as there are a lot of aspects to consider within medical. Also, if it's any indication, the mental health claim has taken more time to resolve than anticipated.

Best,

Susan

**Susan E. Coleman** | **Partner**
*she, her, hers*

**Burke, Williams & Sorensen, LLP**

501 West Broadway - Suite 1600, San Diego, CA 92101
**D** 619.814.5803  |  **O** 619.814.5800  |  **F** 619.814.6799
scoleman@bwslaw.com  |  vCard  |  Bio  |  LinkedIn  |  bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Sent:** Tuesday, November 25, 2025 3:48 PM
**To:** Coleman, Susan E. <SColeman@bwslaw.com>; Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Cc:** Aaron Fischer <ajf@aaronfischerlaw.com>; van Daalen Wetters, Dee <DWetters@bwslaw.com>; Van Swearingen

&lt;VSwearingen@rbgg.com&gt;; San Diego County Jail Team - RBGG Only &lt;SD_CountyJailTeam@rbgg.com&gt;
**Subject:** RE: Dunsmore v. San Diego; Draft Stipulations of Fact [IMAN-DMS.FID55015]

[EXTERNAL]

Dear Susan and Beth,

We are preparing to send the complete draft pre-trial order to you later today and looking forward to receiving your revisions to the mental health settlement agreement tomorrow.

Given the Court's attached order, we do not feel it is appropriate to stipulate to moving the pre-trial dates. However, we would not oppose the County's request for a brief extension of the pre-trial order filing from December 5 to December 15, and would file our own non-opposition if you make that request. At this time, we would oppose any change to the pre-trial conference date of January 15.

In the attached order, the Court directed us to meet with Judge Leshner to work out issues regarding the stipulation of facts and any other problems in preparation of the Proposed Order. We have been trying to meet and confer with you about the preparation of this Proposed Order, but haven't heard back from you regarding your availability. We plan to email Judge Leshner's chambers later today to ask him for a conference on December 1 or as soon thereafter as he is available. What times are you available to meet with Judge Leshner on December 1 or thereafter? Would you be available to meet with us prior to that conference so that we can streamline the issues presented to Judge Leshner?

We share your interest in working to resolve the case. If good progress is being made on mental health when we meet with Judge Leshner on December 5 and you suggest a plan for discussing medical and dental, we may be amenable at that time to delaying the pre-trial conference.

Thank you, Gay

Gay Crosthwait Grunfeld
Managing Partner
She/her
**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile

**From:** Coleman, Susan E. &lt;SColeman@bwslaw.com&gt;
**Sent:** Tuesday, November 25, 2025 1:16 PM
**To:** Gay C. Grunfeld &lt;GGrunfeld@rbgg.com&gt;; Pappy, Elizabeth M. &lt;EPappy@bwslaw.com&gt;
**Cc:** San Diego County Jail Team - RBGG Only &lt;SD_CountyJailTeam@rbgg.com&gt;; Aaron Fischer

2

<ajf@aaronfischerlaw.com>; van Daalen Wetters, Dee <DWetters@bwslaw.com>
**Subject:** RE: Dunsmore v. San Diego; Draft Stipulations of Fact [IMAN-DMS.FID55015]

[EXTERNAL MESSAGE NOTICE]

Counsel – are you amenable to pushing back the pretrial filings and the pretrial conference? As you know, we are trying to resolve the mental health portion. We also expressed interest in settling the medical/dental claim or portions thereof. These avenues should be explored first before going to trial.

Additionally, Ms. Pappy has back-to-back trials in December and I have been immersed in other work (in addition to a full 40+ hours of jail inspections last week). Even a two week extension would be helpful if you are willing to stipulate; or alternately we could push dates back a few months to attempt resolution of these claims. We will be hard-pressed to pursue both tracks simultaneously.

Best,

Susan

**Susan E. Coleman | Partner**
*she, her, hers*

**Burke, Williams & Sorensen, LLP**
501 West Broadway - Suite 1600, San Diego, CA 92101
**D** 619.814.5803  |  **O** 619.814.5800  |  **F** 619.814.6799
scoleman@bwslaw.com  |  vCard  |  Bio  |  LinkedIn  |  bwslaw.com

---

The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

---

**From:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Sent:** Monday, November 24, 2025 7:33 PM
**To:** Coleman, Susan E. <SColeman@bwslaw.com>; Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Cc:** San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>; Aaron Fischer <ajf@aaronfischerlaw.com>
**Subject:** FW: Dunsmore v. San Diego; Draft Stipulations of Fact [IMAN-DMS.FID55015]

[EXTERNAL]

Hi Beth and Susan,

Are you available to discuss the pre-trial order on Wednesday, November 26? We are on target to send you the full draft tomorrow and attach our proposed stipulations of fact again here.

3

Thanks, Gay

Gay Crosthwait Grunfeld
Managing Partner
She/her
**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile

---

**From:** Gay C. Grunfeld
**Sent:** Friday, November 21, 2025 4:25 PM
**To:** 'Coleman, Susan E.' <SColeman@bwslaw.com>
**Cc:** Pappy, Elizabeth M. <EPappy@bwslaw.com>; San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; Van Swearingen <VSwearingen@rbgg.com>
**Subject:** RE: Dunsmore v. San Diego; Draft Stipulations of Fact [IMAN-DMS.FID55015]

Dear Susan and Beth,

We are hoping we can get some time on calendar to meet and confer about the pre-trial order. Towards that end, I am attaching here the proposed stipulation of facts sent on November 17. We plan to provide a complete draft of the pre-trial order by November 25.

Would you be free to conduct a zoom call on Wednesday, November 26? If so, when is a good time?

Thanks, Gay

Gay Crosthwait Grunfeld
Managing Partner
She/her
**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile

---

**From:** Coleman, Susan E. <SColeman@bwslaw.com>
**Sent:** Monday, November 17, 2025 1:03 PM
**To:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Cc:** Pappy, Elizabeth M. <EPappy@bwslaw.com>; San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; Van Swearingen

4

<VSwearingen@rbgg.com>
**Subject:** Re: Dunsmore v. San Diego; Draft Stipulations of Fact [IMAN-DMS.FID55015]

[EXTERNAL MESSAGE NOTICE]

As you know I'm in jail all week. We could use more time

Sent from my iPhone


On Nov 17, 2025, at 12:08 PM, Gay C. Grunfeld <GGrunfeld@rbgg.com> wrote:


[EXTERNAL]

Dear Susan and Beth,

As discussed at our October 30, 2025 meet and confer, attached are draft proposed stipulations of fact for future insertion into the pre-trial order, which is due December 5.

We have attempted to draft these in the most neutral fashion with a goal of saving time at trial on issues that we do not believe are in dispute.

We hope you can redline any requested revisions, including additional proposed facts, and return the draft to us by Friday, November 21.  Please let us know if you need more time.

We would like to get you a complete draft pre-trial order that includes the stipulations of fact as reviewed by you on November 25.  We are hoping that this proposed schedule will permit some enjoyment of the Thanksgiving holiday by all.

Thank you, Gay

**Gay Crosthwait Grunfeld**
Managing Partner
Pronouns: she/her
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
ggrunfeld@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at ggrunfeld@rbgg.com.

Case 3:20-cv-00406-AJB-DDL    Document 1001-1    Filed 11/26/25    PageID.61161
Page 12 of 12

<DRAFT Stipulations of Fact 11-17-2025 1730-01.docx>

6