| | |
|---|---|
| GAY C. GRUNFELD – 121944<br>VAN SWEARINGEN – 259809<br>MICHAEL FREEDMAN – 262850<br>MARC J. SHINN-KRANTZ – 312968<br>ERIC MONEK ANDERSON – 320934<br>HANNAH M. CHARTOFF – 324529<br>BEN HOLSTON – 341439<br>ERIC HO – 359738<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>ggrunfeld@rbgg.com<br>vswearingen@rbgg.com<br>mfreedman@rbgg.com<br>mshinn-krantz@rbgg.com<br>eanderson@rbgg.com<br>hchartoff@rbgg.com<br>bholston@rbgg.com<br>eho@rbgg.com | AARON J. FISCHER – 247391<br>LAW OFFICE OF<br>AARON J. FISCHER<br>1400 Shattuck Square Suite 12 - #344<br>Berkeley, California 94709<br>Telephone: (510) 806-7366<br>Facsimile: (510) 694-6314<br>ajf@aaronfischerlaw.com<br><br>CHRISTOPHER M. YOUNG – 163319<br>DLA PIPER LLP (US)<br>4365 Executive Drive, Suite 1100<br>San Diego, California 92121-2133<br>Telephone: (858) 677-1400<br>Facsimile: (858) 677-1401<br>christopher.young@dlapiper.com |

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br>  v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>    Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**PLAINTIFFS' STATEMENT IN RESPONSE TO DEFENDANTS' EX PARTE APPLICATION TO CONTINUE THE PRE-TRIAL CONFERENCE AND PRE-TRIAL FILINGS BY 30 + DAYS**<br><br>Judge:  Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

| | |
|---|---|
| 1 | Plaintiffs Darryl Dunsmore, Andree Andrade, Ernest Archuleta, James Clark, |
| 2 | Anthony Edwards, Reanna Levy, Josue Lopez, Christopher Norwood, Jesse |
| 3 | Olivares, Gustavo Sepulveda, Michael Taylor, and Laura Zoerner, on behalf of |
| 4 | themselves and the Certified Class and Subclasses, submit this Statement in |
| 5 | Response to Defendants' Ex Parte Application to Continue the Pre-Trial Conference |
| 6 | and Pre-Trial Filings by 30 + Days (Doc. No. 1001) ("Defendants' Ex Parte |
| 7 | Application"). |
| 8 | Plaintiffs' counsel are committed to resolving the remaining claims asserted |
| 9 | in their Third Amended Complaint by settlement or trial as soon as possible. |
| 10 | Plaintiffs' counsel have been participating fully and diligently in settlement |
| 11 | negotiations under the expert guidance of Magistrate Judge David Leshner with |
| 12 | regard to the mental health claim since February 2025.  *See* Declaration of Gay |
| 13 | Crosthwait Grunfeld in Support of Plaintiffs' Statement in Response to Defendants' |
| 14 | Ex Parte Application to Continue the Pre-Trial Conference and Pre-Trial Filings by |
| 15 | 30 + Days ("Grunfeld Decl."), ¶ 2. |
| 16 | Plaintiffs' counsel have also been working diligently to complete all |
| 17 | documents and pre-trial work consistent with this Court's August 15, 2025 Order |
| 18 | Setting Final Pretrial Conference Hearing and Compliance Dates (Doc. No. 969). |
| 19 | Grunfeld Decl., ¶ 3–6, 8–10. |
| 20 | Plaintiffs and Defendants' counsel agree that settlement discussions regarding |
| 21 | the First (Medical), Second (Mental Health), and Sixth (Dental) Claims for Relief |
| 22 | would be productive.  *Id.*, ¶ 11 and Exhibit A.  Plaintiffs and Defendants' counsel |
| 23 | are amenable to conducting regular settlement conferences before Magistrate Judge |
| 24 | Leshner starting with one that is already scheduled on December 5, 2025, and |
| 25 | continuing until the pre-trial conference date.  *Id.*  Defendants' counsel is reviewing |
| 26 | this proposal with their clients at this time.  *Id.*, Exhibit A. |
| 27 | If Defendants agree to participate in these regular conferences in good faith, |
| 28 | Plaintiffs' counsel would agree and jointly stipulate to the continuance of the Pre- |

Trial Order and Pre-Trial Conference proposed in Defendants' Ex Parte Application. Given that the parties are awaiting Defendants' position on this proposal and the impending holiday, Plaintiffs' counsel will update the Court regarding the parties' position on December 1, 2025.

DATED: November 26, 2025         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
    Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses