GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
MARC J. SHINN-KRANTZ – 312968
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ERIC HO – 359738
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
mshinn-krantz@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com
eho@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLAINTIFFS' STATEMENT IN RESPONSE TO DEFENDANTS' EX PARTE APPLICATION TO CONTINUE THE PRE-TRIAL CONFERENCE AND PRE-TRIAL FILINGS BY 30 + DAYS**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

I, Gay Crosthwait Grunfeld, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs and the Certified Class and Subclasses. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Statement in Response to Defendants' Ex Parte Application to Continue the Pre-Trial Conference and Pre-Trial Filings By 30 + Days ("Defendants' Ex Parte Application"). (Doc. No. 1001.)

2. On February 13, 2025, I sent Defendants' counsel a draft settlement agreement resolving the First (Medical), Second (Mental Health) and Sixth (Dental) Claims for Relief in this case. Since that date, my co-counsel and I have met over a dozen times with Defendants' counsel and representatives and Magistrate Judge David Leshner in attempts to settle the mental health claim.

3. On August 15, 2025, this Court issued an Order Setting Final Pretrial Conference Hearing and Compliance Dates (Doc. No. 969). Included in that order was a requirement that the Proposed Final Pretrial Conference Order be prepared and filed on or before December 5, 2025. (Doc. No. 969 at 4.)

4. Consistent with that order, on September 30, 2025, Plaintiffs filed their pre-trial disclosures. Defendants filed their pre-trial disclosures the next day, October 1, 2025. (*See* Doc. Nos. 974 and 975.)

5. On October 30, 2025, the parties conducted a meet and confer conference via Zoom to discuss the proposed pre-trial order, including potential stipulations that could make the trial more efficient.

6. On November 17, 2025, I sent to Defendants' counsel a 38-page draft of stipulations of fact for their consideration with the goal of saving time at trial on undisputed issues.

7. During the ADA inspections of the Jails between November 17, 2025 and November 21, 2025, either Plaintiffs' counsel Aaron Fischer or Eric Monek

1  Anderson was also present at the Jail with the neutral expert and Defendants'
2  counsel.
3      8.  On November 21, 2025, I emailed Defendants' counsel requesting to
4  meet and confer about the proposed pre-trial order, a request that I repeated again on
5  November 24, 2025.
6      9.  I received a response to my request to meet and confer about the
7  proposed pre-trial order on November 25, 2025.  My response to that request is
8  attached as Exhibit A to the Declaration of Susan Coleman in Support of
9  Defendants' Ex Parte Application to Continue the Pre-Trial Conference and Pre-
10 Trial Filings by 30+ Days (Doc. No. 1001-01).
11     10. On November 25, 2025, I sent by email to Defendants' counsel a 51-
12 page draft of the entire proposed pre-trial order, as well as hundreds of pages of
13 Plaintiffs' witness lists, exhibit lists, and deposition designations.  The email
14 requested that Defendants' counsel return the draft with additions and comments by
15 December 2, 2025.
16     11. On November 26, 2025, after reviewing Defendants' Ex Parte
17 Application, I exchanged emails with counsel for Defendants about our position on
18 their application.  Attached hereto as **Exhibit A** is a true and correct copy of the
19 email correspondence described in this declaration.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

[4788616.2]                                    2                        Case No. 3:20-cv-00406-AJB-DDL
DECL. OF GAY CROSTHWAIT GRUNFELD ISO PLAINTIFFS' STMT IN RESP TO DEFS' EX PARTE
APPLICATION TO CONTINUE THE PRE-TRIAL CONFERENCE AND PRE-TRIAL FILINGS BY 30 + DAYS

12. Based on the email exchanges, my understanding is that Defendants' counsel is amenable to conducting regular settlement conferences with respect to the mental health, medical and dental claims in good faith under the direction of Magistrate Judge Leshner, starting December 5, and continuing through the date of the Pretrial Conference. My further understanding is that Defendants' counsel is awaiting a response from their clients to our proposal for regular settlement conferences on the mental health, medical and dental claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 26th day of November, 2025.

*/s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

# EXHIBIT A

| | |
|---|---|
| **From:** | Gay C. Grunfeld |
| **To:** | Coleman, Susan E. |
| **Cc:** | Pappy, Elizabeth M.; Aaron Fischer; van Daalen Wetters, Dee; Van Swearingen; San Diego County Jail Team - RBGG Only |
| **Bcc:** | 1730_01_ Darryl Dunsmore et al_ Darryl Dunsmore et al_ v_ San Diego Jail_ Emails_1730_01_ |
| **Subject:** | RE: Dunsmore v. San Diego; Draft Stipulations of Fact/Pre-trial Order [IMAN-DMS.FID55015] |
| **Date:** | Wednesday, November 26, 2025 1:26:24 PM |

Understood. I just left a voicemail for Beth and hope she and I can speak this afternoon about our response to your motion for a continuance.

Gay Crosthwait Grunfeld
Managing Partner
She/her
**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile

**From:** Coleman, Susan E. <SColeman@bwslaw.com>
**Sent:** Wednesday, November 26, 2025 1:23 PM
**To:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Cc:** Pappy, Elizabeth M. <EPappy@bwslaw.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; van Daalen Wetters, Dee <DWetters@bwslaw.com>; Van Swearingen <VSwearingen@rbgg.com>; San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>
**Subject:** Re: Dunsmore v. San Diego; Draft Stipulations of Fact/Pre-trial Order [IMAN-DMS.FID55015]

[EXTERNAL MESSAGE NOTICE]

I'm out of the country today. Available Tuesday.

Sent from my iPhone

> On Nov 26, 2025, at 2:03 PM, Gay C. Grunfeld <GGrunfeld@rbgg.com> wrote:
>
> [EXTERNAL]
>
> Yes. I suggest responding to his email just now with the following:
>
> "Dear Judge Leshner,

Ex. A - 2

Are you available for a brief call with counsel for both sides this afternoon?"

Does that sound ok?

Gay Crosthwait Grunfeld
Managing Partner
She/her
**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile

---

**From:** Coleman, Susan E. <SColeman@bwslaw.com>
**Sent:** Wednesday, November 26, 2025 12:36 PM
**To:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Cc:** Pappy, Elizabeth M. <EPappy@bwslaw.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; van Daalen Wetters, Dee <DWetters@bwslaw.com>; Van Swearingen <VSwearingen@rbgg.com>; San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>
**Subject:** Re: Dunsmore v. San Diego; Draft Stipulations of Fact/Pre-trial Order [IMAN-DMS.FID55015]

[EXTERNAL MESSAGE NOTICE]

We are amenable but need to check with our clients. Should we run this by judge Leshner too?

Susan

Sent from my iPhone

> On Nov 26, 2025, at 1:33 PM, Gay C. Grunfeld <GGrunfeld@rbgg.com> wrote:
>
> [EXTERNAL]
>
> Dear Susan and Beth,

Ex. A - 3

We reviewed your ex parte filing filed this morning. We are willing to agree to your proposed schedule (January 5 for the pre-trial order and approximately February 13 for the pre-trial conference) if you agree to include in a joint filing re the continuance an agreement to meet for settlement conferences with Judge Leshner on a regular schedule (ideally every other week, subject to the Court's schedule) starting December 5 (already scheduled) and continuing to the new proposed pre-trial conference date.

Both sides want to settle the mental health, medical and dental claims. The type of schedule we are requesting would be consistent with Judge Leshner's previously stated preferences for speeding up the negotiations. It would also likely ensure that, by the time the parties have the pretrial conference, they will either have settled one or more claims or know that settlement is not possible.

If you agree to our proposal, we can file a joint motion later today or we will file a brief non-opposition.

Please let us know your position as soon as possible.

Thank you, Gay

Gay Crosthwait Grunfeld
Managing Partner
She/her
**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile

**From:** Gay C. Grunfeld
**Sent:** Tuesday, November 25, 2025 5:49 PM

**Ex. A - 4**

**To:** 'Coleman, Susan E.' <SColeman@bwslaw.com>; Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Cc:** Aaron Fischer <ajf@aaronfischerlaw.com>; van Daalen Wetters, Dee <DWetters@bwslaw.com>; Van Swearingen <VSwearingen@rbgg.com>; San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>
**Subject:** RE: Dunsmore v. San Diego; Draft Stipulations of Fact/Pre-trial Order [IMAN-DMS.FID55015]

Dear Susan and Beth,

Please see the attached draft of the pre-trial order, witness lists (Exhibits A-C), exhibit list (Exhibit D), and deposition designations (Exhibit E). The draft pre-trial order includes the stipulated facts that we sent you on November 17.

On our exhibit list, we retained the exhibit numbering from the September 30, 2025 filing. We added Exhibits 1852-1933 at the end of the list. These include: many documents that are subsets of other already-identified exhibits (for example, specific policies that we intend to use), documents that were not previously in existence or available at the time of the parties' pre-trial disclosures, materials that we plan to use as demonstratives, and/or documents that were inadvertently omitted from the prior filing. There are a small number of documents that we do not believe have been produced to date and will do so shortly. We also removed several documents as duplicates or that we do not intend to use at trial, noting them as "removed" to avoid changing the exhibit numbering.

Please add your witnesses to Exhibits A-C. Please add your exhibits to Exhibit D at the end and include bates ranges or docket cites.

Ex. A - 5

Even though we indicated that we will not oppose Defendants' request for a brief extension of the pre-trial order, unless and until the Court moves the due date, we must still abide by the Court's August 18 Order and plan to file the Pretrial Order by December 5.  Accordingly, we would appreciate you returning your additions and comments to us in redline by December 2.  We are available to meet and confer with you prior to meeting with Judge Leshner.  Let us know your available times on December 2 to meet.  We will inform Judge Leshner of the likely need for his involvement next week.

Thank you, Gay

Gay Crosthwait Grunfeld
Managing Partner
She/her
**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile

---

**From:** Coleman, Susan E. <SColeman@bwslaw.com>
**Sent:** Tuesday, November 25, 2025 4:13 PM
**To:** Gay C. Grunfeld <GGrunfeld@rbgg.com>; Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Cc:** Aaron Fischer <ajf@aaronfischerlaw.com>; van Daalen Wetters, Dee <DWetters@bwslaw.com>; Van Swearingen <VSwearingen@rbgg.com>; San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>
**Subject:** RE: Dunsmore v. San Diego; Draft Stipulations of Fact [IMAN-DMS.FID55015]

[EXTERNAL MESSAGE NOTICE]

Dear Gay *et al* – we would prefer pushing the pretrial order back to 1/05 and the pretrial conference back to 2/16 if you are agreeable.  Currently Beth is set for back-to-back trials (two of them) starting 12/01.  We had planned to work on the settlement and pretrial matters but then were

Ex. A - 6

diverted by the Preliminary Injunction Motion, which necessitated an immediate response that took approximately 8-9 full work days to oppose. This last week, I was in jails every day from 8 to 5 am (requiring almost an hour of travel each way), making it hard to do more than read emails at night.

I have some availability on Dec. 2, 3 or 4th for a conference. We should meet and confer before involving Judge Leshner.

What do you want to know in terms of a plan for discussing medical/dental? In sum, we are open to resolving this claim and we expressed this to Judge Leshner previously. It may take a little time to resolve, however, as there are a lot of aspects to consider within medical. Also, if it's any indication, the mental health claim has taken more time to resolve than anticipated.

Best,

Susan

**Susan E. Coleman | Partner**
*she, her, hers*

**Burke, Williams & Sorensen, LLP**
501 West Broadway - Suite 1600, San Diego, CA 92101
**D** 619.814.5803  |  **O** 619.814.5800  |  **F** 619.814.6799
scoleman@bwslaw.com  |  vCard  |  Bio  |  LinkedIn  |  bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Sent:** Tuesday, November 25, 2025 3:48 PM
**To:** Coleman, Susan E. <SColeman@bwslaw.com>; Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Cc:** Aaron Fischer <ajf@aaronfischerlaw.com>; van Daalen Wetters, Dee <DWetters@bwslaw.com>; Van Swearingen <VSwearingen@rbgg.com>;

Ex. A - 7

San Diego County Jail Team - RBGG Only
<SD_CountyJailTeam@rbgg.com>
**Subject:** RE: Dunsmore v. San Diego; Draft Stipulations of Fact [IMAN-DMS.FID55015]

[EXTERNAL]

Dear Susan and Beth,

We are preparing to send the complete draft pre-trial order to you later today and looking forward to receiving your revisions to the mental health settlement agreement tomorrow.

Given the Court's attached order, we do not feel it is appropriate to stipulate to moving the pre-trial dates. However, we would not oppose the County's request for a brief extension of the pre-trial order filing from December 5 to December 15, and would file our own non-opposition if you make that request. At this time, we would oppose any change to the pre-trial conference date of January 15.

In the attached order, the Court directed us to meet with Judge Leshner to work out issues regarding the stipulation of facts and any other problems in preparation of the Proposed Order. We have been trying to meet and confer with you about the preparation of this Proposed Order, but haven't heard back from you regarding your availability. We plan to email Judge Leshner's chambers later today to ask him for a conference on December 1 or as soon thereafter as he is available. What times are you available to meet with Judge Leshner on December 1 or thereafter? Would you be available to meet with us prior to that conference so that we can streamline the issues presented to Judge Leshner?

We share your interest in working to resolve the case. If

Ex. A - 8

good progress is being made on mental health when we meet with Judge Leshner on December 5 and you suggest a plan for discussing medical and dental, we may be amenable at that time to delaying the pre-trial conference.

Thank you, Gay

Gay Crosthwait Grunfeld
Managing Partner
She/her
**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile

---

**From:** Coleman, Susan E. <SColeman@bwslaw.com>
**Sent:** Tuesday, November 25, 2025 1:16 PM
**To:** Gay C. Grunfeld <GGrunfeld@rbgg.com>; Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Cc:** San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; van Daalen Wetters, Dee <DWetters@bwslaw.com>
**Subject:** RE: Dunsmore v. San Diego; Draft Stipulations of Fact [IMAN-DMS.FID55015]

[EXTERNAL MESSAGE NOTICE]

Counsel – are you amenable to pushing back the pretrial filings and the pretrial conference? As you know, we are trying to resolve the mental health portion. We also expressed interest in settling the medical/dental claim or portions thereof. These avenues should be explored first before going to trial.

Additionally, Ms. Pappy has back-to-back trials in December and I have been immersed in other work (in addition to a full 40+ hours of jail inspections last week). Even a two week extension would be helpful if you are willing to stipulate; or alternately we could push dates back a few months to attempt resolution of these claims. We will be hard-pressed to pursue both tracks simultaneously.

Ex. A - 9

Best,

Susan

**Susan E. Coleman** | Partner
*she, her, hers*

**Burke, Williams & Sorensen, LLP**
501 West Broadway - Suite 1600, San Diego, CA 92101
**D** 619.814.5803  |  **O** 619.814.5800  |  **F** 619.814.6799
scoleman@bwslaw.com  |  vCard  |  Bio  |  LinkedIn  |  bwslaw.com

<image001.jpg>

---

The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

<image001.jpg>

---

**From:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Sent:** Monday, November 24, 2025 7:33 PM
**To:** Coleman, Susan E. <SColeman@bwslaw.com>; Pappy, Elizabeth M. <EPappy@bwslaw.com>
**Cc:** San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>; Aaron Fischer <ajf@aaronfischerlaw.com>
**Subject:** FW: Dunsmore v. San Diego; Draft Stipulations of Fact [IMAN-DMS.FID55015]

[EXTERNAL]

Hi Beth and Susan,

Are you available to discuss the pre-trial order on Wednesday, November 26?  We are on target to send you the full draft tomorrow and attach our proposed stipulations of fact again here.

Thanks, Gay

Ex. A - 10

Gay Crosthwait Grunfeld
Managing Partner
She/her
**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile

---

**From:** Gay C. Grunfeld
**Sent:** Friday, November 21, 2025 4:25 PM
**To:** 'Coleman, Susan E.' <SColeman@bwslaw.com>
**Cc:** Pappy, Elizabeth M. <EPappy@bwslaw.com>; San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; Van Swearingen <VSwearingen@rbgg.com>
**Subject:** RE: Dunsmore v. San Diego; Draft Stipulations of Fact [IMAN-DMS.FID55015]

Dear Susan and Beth,

We are hoping we can get some time on calendar to meet and confer about the pre-trial order. Towards that end, I am attaching here the proposed stipulation of facts sent on November 17. We plan to provide a complete draft of the pre-trial order by November 25.

Would you be free to conduct a zoom call on Wednesday, November 26? If so, when is a good time?

Thanks, Gay

Gay Crosthwait Grunfeld
Managing Partner
She/her
**ROSEN BIEN GALVAN & GRUNFELD LLP**
**101 Mission Street, Sixth Floor**
**San Francisco, CA 94105**
(415) 433-6830 telephone
(415) 433-7104 facsimile

---

**Ex. A - 11**

**From:** Coleman, Susan E. <SColeman@bwslaw.com>
**Sent:** Monday, November 17, 2025 1:03 PM
**To:** Gay C. Grunfeld <GGrunfeld@rbgg.com>
**Cc:** Pappy, Elizabeth M. <EPappy@bwslaw.com>; San Diego County Jail Team - RBGG Only <SD_CountyJailTeam@rbgg.com>; Aaron Fischer <ajf@aaronfischerlaw.com>; Van Swearingen <VSwearingen@rbgg.com>
**Subject:** Re: Dunsmore v. San Diego; Draft Stipulations of Fact [IMAN-DMS.FID55015]

[EXTERNAL MESSAGE NOTICE]

As you know I'm in jail all week. We could use more time

Sent from my iPhone

> On Nov 17, 2025, at 12:08 PM, Gay C. Grunfeld <GGrunfeld@rbgg.com> wrote:
>
> [EXTERNAL]
>
> Dear Susan and Beth,
>
> As discussed at our October 30, 2025 meet and confer, attached are draft proposed stipulations of fact for future insertion into the pre-trial order, which is due December 5.
>
> We have attempted to draft these in the most neutral fashion with a goal of saving time at trial on issues that we do not believe are in dispute.
>
> We hope you can redline any requested revisions, including additional proposed facts, and return the draft to us by Friday, November 21. Please let us know if you need more time.
>
> We would like to get you a complete draft pre-trial order that includes the stipulations of fact

Ex. A - 12

as reviewed by you on November 25.  We are hoping that this proposed schedule will permit some enjoyment of the Thanksgiving holiday by all.

Thank you, Gay

**Gay Crosthwait Grunfeld**
Managing Partner
Pronouns: she/her
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)

ggrunfeld@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at ggrunfeld@rbgg.com.

<DRAFT Stipulations of Fact 11-17-2025 1730-01.docx>

**Ex. A - 13**