# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,, <br><br>    Plaintiffs, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive, <br><br>    Defendants. | Case No.: 20-cv-00406-AJB-DDL <br><br> **ORDER GRANTING IN PART JOINT MOTION TO EXTEND PRETRIAL ORDER, PRETRIAL CONFERENCE AND OSC DEADLINES** <br><br> **(Doc. No. 1019)** |

Having reviewed the parties' Joint Motion to Extend Pretrial Order, Pretrial Conference and OSC Deadlines (Doc. No. 1019) and good cause appearing, the Court amends the operative Scheduling Order as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline to serve and lodge the Proposed Final Pretrial Conference Order with the assigned district judge | January 16, 2026 | April 16, 2026 |
| Final Pretrial Conference before the Honorable Anthony J. Battaglia | February 26, 2026, at 2:00 p.m. | May 21, 2026, at 2:00 p.m. |

The parties must meet and confer in order to prepare a Jointly Proposed Pretrial Order, to be filed on or before **April 16, 2026**. All other requirements for the Proposed Final Pretrial Order remain unchanged. (*See* Doc. No. 969.). The foregoing deadlines will not be further modified absent a showing of good cause.

In light of the parties' "likely settlement of the mental health claim" (Doc. No. 1019 at 3), the OSC deadlines set by Docket 1017 are hereby continued for sixty (60) days. Plaintiffs' response to the OSC must be filed by no later than **March 23, 2026**. Defendants' response must be filed by no later than **April 6, 2026**. Plaintiffs may file a reply by no later than **April 13, 2026**. All other requirements set forth in Docket 1017 remain unchanged. A further continuance of these deadlines may be granted upon a showing of good cause.

**IT IS SO ORDERED.**

Dated: January 8, 2026

Hon. Anthony J. Battaglia
United States District Judge