GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
MARC J. SHINN-KRANTZ – 312968
ERIC MONEK ANDERSON – 320934
BEN HOLSTON – 341439
ERIC HO – 359738
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
mshinn-krantz@rbgg.com
eanderson@rbgg.com
bholston@rbgg.com
eho@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>　　　　　　　Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**NOTICE OF FILING DECLARATION IN COMPLIANCE WITH DKT. 1016**<br><br>Magistrate: Hon. David D. Leshner |

[4812141.2]

1    On December 31, 2025, the Court denied without prejudice Plaintiffs' motion
2 to reopen discovery and granted Plaintiffs' motion to seal information from ADA
3 rosters produced in this case.  Dkt. 1016 at 3.  The Court ordered Plaintiffs to file a
4 "redacted version of counsel's declaration" by January 14, 2026.  *Id.* at 4.  The
5 Declaration of Gay Crosthwait Grunfeld filed with Plaintiffs' motion to reopen
6 discovery, Dkt. 963-2 ("Grunfeld Declaration"), contains redactions of all
7 information obtained from ADA rosters.  Plaintiffs have confirmed with counsel for
8 Defendants that no other information in the declaration requires redaction.  In
9 compliance with the Court's order, Plaintiffs attach hereto as **Exhibit A** the redacted
10 version of the Grunfeld Declaration, Dkt. 963-2 .

12   DATED:  January 13, 2026         Respectfully submitted,

         ROSEN BIEN GALVAN & GRUNFELD LLP

         By:  */s/ Gay Crosthwait Grunfeld*
              Gay Crosthwait Grunfeld

         Attorneys for Plaintiffs and the Certified Class
         and Subclasses

# EXHIBIT A
# (Redacted)

Ex. A - 1

GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ERIC HO – 359738
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com
eho@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br>　　　　Plaintiffs,<br>　　v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br>　　　　Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLAINTIFFS' MOTION TO RE-OPEN DISCOVERY FOR A LIMITED PURPOSE**<br><br>Magistrate: Hon. David D. Leshner<br><br>Date: August 21, 2025<br>Time: 11:00 a.m.<br>Crtrm: Via Zoom<br><br>**[REDACTED]** |

[4734510.3]　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLAINTIFFS' MOTION TO RE-OPEN DISCOVERY FOR A LIMITED PURPOSE

Ex. A - 2

I, Gay Crosthwait Grunfeld, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs and the Certified Class and Subclasses in this case. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motion to Re-Open Discovery for a Limited Purpose.

2. On July 13, 2025, 43-year-old Corey Dean died while in custody at Vista Detention Facility in Unit 4/E, which is operated by Defendants. *See* Update - In-Custody Death Investigation, San Diego Sheriff's Office (July 15, 2025), https://www.sdsheriff.gov/Home/Components/News/News/3538/16. Unit 4/E is an administrative separation ("AdSep") unit.

3. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. I have reviewed ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Based on ▇▇▇▇, as well as a conversation with Mr. Dean's family member, I am informed and believe Mr. Dean had a serious mental illness.

4. Four days after Mr. Dean's death, on July 17, 2025, an associate attorney at my law firm obtained signed declarations from three class members who had been incarcerated in Unit 4/E for the duration of Mr. Dean's time in that unit. True and correct copies of the declarations of Miguel Altamirano, Jesse Gonzales, and Raymond Molina, are attached hereto as **Exhibits A, B, and C**, respectively.

5. On July 18, 2025, I sent a letter to Defendants' counsel enclosing the three declarations regarding the death of Mr. Dean. The letter requested that Defendants produce (1) video footage of the unit from July 1, 2025 through July 13, 2025, (2) written reports about Unit 4/E or Mr. Dean from July 1, 2025 to present,

[4734510.3]   1   Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLAINTIFFS' MOTION TO RE-OPEN DISCOVERY FOR A LIMITED PURPOSE

Ex. A - 3

1  (3) Mr. Dean's medical and custody records, and (4) safety check logs or rounding
2  performed in Unit 4/E from July 1, 2025 through July 13, 2025. The letter included
3  Plaintiffs' counsel's availability to meet and confer regarding the requests prior to
4  July 21, 2025 at 2:00 p.m. In addition, the letter requested that all records regarding
5  Mr. Dean be preserved, including all video in his housing unit. A true and correct
6  copy of the July 18, 2025 letter is attached hereto as **Exhibit D**.

7        6. Defendants' counsel did not respond to Plaintiffs' counsel by the
8  requested meet and confer date and time. On July 21, 2025 at 2:47 p.m., after the
9  requested time was passed, I sent Defendants' counsel a draft Informal Discovery
10 Conference ("IDC") email.

11       7. On July 22, 2025, I left two voicemails for Elizabeth Pappy, counsel for
12 Defendants. At 2:15 p.m., Defendants' counsel sent an email stating that they
13 would "not agree to the IDC email" and that Plaintiffs' counsel "sent a letter at 5:00
14 p.m. on Friday night and threatened to proceed with an IDC without ever waiting for
15 a response." The same day at 3:20 p.m., I responded with additional meet-and-
16 confer dates and times on or before July 24, 2025 and reiterated Plaintiffs' request
17 that the County preserve materials related to the death of Mr. Dean. At 3:27 p.m.,
18 Defendants' counsel stated that they were available to meet and confer on July 30,
19 2025 at 9:00 a.m. A true and correct copy of this email chain is attached hereto as
20 **Exhibit E.** Defendants' counsel also sent a follow-up email at 3:24 p.m.
21 acknowledging that Plaintiffs' email "was sent at 2:47 p.m. on Friday." A true and
22 correct copy of this email is attached hereto as **Exhibit F**.

23       8. On July 22, 2025 at 4:18 p.m., Plaintiffs' Counsel sent an email to
24 Judge Leshner's chambers requesting an IDC. Defendants objected to the request.
25 A true and correct copy of this email chain is attached hereto as **Exhibit G**. The
26 next day, the Court ordered the parties to meet and confer by July 30, 2025 and set a
27 briefing schedule and Discovery Hearing via Zoom for August 21, 2025 at 11:00
28 a.m. Dkt. 938.

[4734510.3]  2  Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLAINTIFFS' MOTION TO RE-OPEN DISCOVERY FOR A LIMITED PURPOSE

Ex. A - 4

9. On July 23, 2025, Defendants' counsel responded by email to Plaintiffs' July 18, 2025 letter. The email stated that Plaintiffs were "violating the fact cut off date" by seeking the requested discovery. The email also stated: "California Penal Code section 832.10 sets the timeline for disclosure of in custody death records and records subject to an active investigation are not available to the public. You have already been notified that there is an active investigation taking place and according to the various timelines set forth in the statute. Homicide investigations are initiated for all in custody deaths and CLERB is notified about the death. Because there is an active criminal investigation underway, the request is denied." A true and correct copy of this email and a separate email chain clarifying that I do not represent the Estate of Corey Dean is attached hereto as **Exhibit H**.

10. On July 19, 2025 and July 28, 2025, the San Diego Union-Tribune published two articles discussing the death of Corey Dean, true and correct copies of which are attached hereto as **Exhibit I**.

11. On July 30, 2025, the parties met and conferred regarding Plaintiffs' discovery requests. Defendants' counsel again denied the requests and reiterated their position that California Penal Code section 832.10 and the Court's fact cutoff date order precluded discovery. A true and correct copy of the meet and confer agenda is attached hereto as **Exhibit J**. The same day, Plaintiffs' counsel also circulated notes from the meeting, a true and correct copy of which is attached hereto as **Exhibit K**.

12. On July 28, 2025, 82-year-old Karim Talib died while in custody at San Diego Central Jail Unit 7/E, which is operated by Defendants. *See* Update - In-Custody Death Investigation, San Diego Sheriff's Office (Aug. 1, 2025), https://www.sdsheriff.gov/Home/Components/News/News/3538/16. Unit 7/E is an AdSep unit.

13. I have reviewed ██████████████████████████████
████████████████████████████████████████

[4734510.3]   3   Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLAINTIFFS' MOTION TO RE-OPEN DISCOVERY FOR A LIMITED PURPOSE

Ex. A - 5

1 █████████████████████████████████████████
2 ████. ████████████████████████████ ████
3 █████████████████████████████████████████
4 ███████████████████████████ ████
5 █████████████████████████████████████████
6 ████████████. ██████████████████████████
7 █████████████████████████████████████
8 █████████████████████████████████████.

14. Three days later, on July 31, 2025, an associate attorney from my office obtained signed declarations from class members Larry Lightning and Maurice Vasquez, both of whom were incarcerated in Unit 7/E for the duration of the time that Mr. Talib was in that unit. True and correct copies of those declarations are attached hereto as **Exhibits L** and **M**, respectively. We also obtained declarations from Frank Madriaga and Edgar Duarte, who were incarcerated in the same medical unit as Mr. Talib prior to his transfer to AdSep. True and correct copies of those declarations are attached hereto as **Exhibits N and O**, respectively.

15. On July 30, 2025, I sent an email to Defendants' counsel repeating my request that all video footage of Unit 4/E at Vista Detention Facility, where Mr. Dean died, be preserved and safeguarded. I separately requested that all video footage of Unit 7/E at San Diego Central Jail, where Mr. Talib died, be preserved for the period from July 15 to 29, 2025. The email re-attached the July 18, 2025 letter as well as a CBS8 article, dated July 30, 2025, titled "San Diego Jail deletion of key video in inmate death case." On July 30, 2025, Defendants' counsel responded. A true and correct copy of this email chain including the San Diego Union-Tribune article is attached hereto as **Exhibit P**.

16. On August 1, 2025, I sent an email to Defendants' counsel enclosing the four declarations regarding the death of Mr. Talib. The email requested the same discovery for Mr. Talib's death as originally sought for Mr. Dean's death. A

[4734510.3]   4   Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLAINTIFFS' MOTION TO RE-OPEN DISCOVERY FOR A LIMITED PURPOSE

Ex. A - 6

true and correct copy of this email is attached hereto as **Exhibit Q**.

17. On August 3, 2025, Plaintiffs' counsel sent an email to Defendants' counsel with a proposed meet and confer agenda, requesting to meet and confer regarding Plaintiffs' discovery requests regarding Mr. Talib, as well as a proposed Zoom link. The next day, Defendants' counsel declined the Zoom invite, stating that it was unnecessary "[g]iven the Sheriff's Office's position on Mr. Dean." Defendants' counsel also stated that Plaintiffs' request "is past the discovery deadline," and that the parties "already have briefing set by the judge on this issue based on your IDC initiated for Dean." A true and correct copy of this email chain along with the meet and confer agenda is attached hereto as **Exhibit R**.

18. Defendants have not stated any reasons that they would be prejudiced by Plaintiffs' discovery requests regarding Mr. Dean or Mr. Talib, either in writing or during the July 30, 2025 meet and confer. Nor have Defendants asserted any privileges related to the discovery Plaintiffs seek. Defendants recently produced records related to other in-custody deaths, including on July 14, 2025. *See, e.g.*, Dkt. 926 (ordering the production of additional in-custody death records). These in-custody death records have included audio and video footage leading up to an in-custody death, internal investigative reports, Medical Examiner's reports, incident reports, medical records, custody records, and safety check logs, among other items. In addition, Defendants regularly produce medical records to Plaintiffs' counsel through a medical records release process, wherein class members can sign a form that authorizes Defendants to provide their medical records to Plaintiffs' counsel. I am attempting to obtain Mr. Dean's medical records through this process, thanks to his family's consent.

19. On August 4, 2025, Dorian Hargrove of CBS8 News published an article on the death of Karim Talib. A true and correct copy of the article is attached here to as **Exhibit S**.

20. Plaintiffs' mental health expert, Dr. Pablo Stewart, wrote a report

[4734510.3]   5   Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLAINTIFFS' MOTION TO RE-OPEN DISCOVERY FOR A LIMITED PURPOSE

Ex. A - 7

regarding the mental health treatment of incarcerated persons in Defendants' facilities. The report was served on the court ordered expert disclosure deadline of August 21, 2024 and filed with Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment on January 21, 2025. *See* Dkt. 937-5.

21. On August 6, 2025, an associate attorney from DLA Piper LLP, co-counsel for Plaintiffs in this matter, obtained a signed declaration from Owerrie Bacon regarding the death of Karim Talib. Mr. Bacon was housed in Central Jail Unit 7/E throughout the time Mr. Talib was housed in that unit. A true and correct copy is attached here to as **Exhibit T**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 6th day of August, 2025.

*/s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

[4734510.3]     6     Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF GAY CROSTHWAIT GRUNFELD IN SUPPORT OF PLAINTIFFS' MOTION TO RE-OPEN DISCOVERY FOR A LIMITED PURPOSE

Ex. A - 8