Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Deann Rivard (SBN 177482)
drivard@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600
San Diego, CA 92101-8474
Tel: 619.814.5800  Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300  Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF ELIZABETH M. PAPPY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR INTERIM ATTORNEYS' FEES AND COSTS**<br><br>*Filed concurrently with Defendants' Opposition and Declaration of John O'Connor*<br><br>**Date:     April 23, 2026<br>Time:    2:00 p.m.<br>CTRM:  4A**<br><br>Judge:  Anthony J. Battaglia<br><br>Magistrate Judge David D. Leshner |

# DECLARATION OF ELIZABETH M. PAPPY

I, Elizabeth M. Pappy, declare as follows:

1. I am a partner with Burke, Williams & Sorensen, LLP, attorneys of record for Defendants COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT and SAN DIEGO COUNTY PROBATION DEPARTMENT. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Declaration Of Elizabeth M. Pappy in Support of Defendants' Opposition to Plaintiffs' Motion for Interim Attorneys' Fees and Costs.

2. On October 21, 2025, Plaintiffs' counsel sent me the letter attached hereto as Exhibit A demanding payment of additional attorney fees for the Interim Fees Motion hearing before this Court on July 31, 2025.

3. I met and conferred with Plaintiffs counsel and we were unable to resolve the issue.

4. Between myself and my paralegal, we prepared the excel spreadsheet attached hereto as Exhibit B. We took the PDF invoices from Plaintiffs' motion and entered the data into an Excel spreadsheet. Plaintiffs' PDF's only included the date of service, the initials of the attorney performing the work, a description of work, the hours spent and another column for the amount of time spent but deducted (discount).

5. My office combined the invoices from each of the law firms to highlight the overlap of work done by each. My office also added Column F (original billing rates), Column G (Reduced Billing Rate based upon Dkt.959), Column H (the total time spent * original rate) and Column I (the total time spent * reduced rate). We also created totals in Column J for the discrete categories of time I address in the opposition brief including additional work for the Interim Fees Motion filed February 3, 2025, Reply Brief work through March 21, 2025, Hearing Preparation time from March 22, 2025 through July 31, 2025, and Second Attorney

1  Fees motion time from December 8, 2025 through January 30, 2026. I did not
2  address the small amount of billing after the hearing on July 31, 2025 but before
3  December 8, 2025.

4      6.    The purpose of the spreadsheet is to illustrate the chronic overbilling,
5  the deception in the original motion about how much time was spent preparing the
6  Interim Fees Motion and how the original rates would have impacted the request,
7  the excessive work on the reply which at the original rates would have caused the
8  total fee application cost to be 29% of the amount being requested in toto for all of
9  the ADA claims over a two and a half year time period.

10     7.    The totals in Column J include all time billed and are not representative
11 of the reductions or "billing judgments" Plaintiffs applied in this motion. In order to
12 determine the exact amounts being requested in the motion in terms of hours worked
13 and total amount requested based upon the reduced hourly rates, I manually cut and
14 paste the relevant entries from the "Hours Column" (D) into another spreadsheet
15 along with the reduced rate and performed the calculations in the opposition as
16 being claimed by Plaintiffs. This method in appropriate based upon the only two
17 sections of the claimed amounts that Defendants believe should be granted. They are
18 a fixed 6 hours for preparation for the oral arguments in July of 2025 and 50% of the
19 amount claimed for reply brief preparation.

20     8.    I reviewed my bills in preparing for the hearing on July 31, 2025 to
21 argue the Fees Motion. I spent 2.3 hours rereading all of the County's arguments
22 and our expert declaration.

23     I declare under penalty of perjury under the laws of the United States of
24 America that the foregoing is true and correct to the best of my knowledge.

25     Executed on this 17th day of February, 2026, at Oakland, California.

27     /s/ Elizabeth M. Pappy
    Elizabeth M. Pappy

28 4937-3271-8476 v1

2    Case No. 3:20-cv-00406-AJB-DDL
DECL. OF ELIZABETH M. PAPPY ISO OPP TO
SUPPL. ATTYS' FEES AND EXPENSES
MOTION

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO