GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
MICHAEL FREEDMAN – 262850
MARC J. SHINN-KRANTZ – 312968
ERIC MONEK ANDERSON – 320934
ERIC HO – 359738
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
mfreedman@rbgg.com
mshinn-krantz@rbgg.com
eanderson@rbgg.com
eho@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com

Attorneys for Plaintiffs and the Certified Class and Subclasses

(*defense counsel on following page*)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,

Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF MEDICAL AND DENTAL SETTLEMENT AGREEMENT RESOLVING FIRST AND SIXTH CLAIMS FOR RELIEF**

Judge: Hon. Anthony J. Battaglia

Date: September 17, 2026
Time: 10:00 a.m.
Crtrm.: 4A

[6020420.1]

Case No. 3:20-cv-00406-AJB-DDL

(*counsel continued from preceding page*)

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
501 West Broadway, Suite 1600,
San Diego, CA 92101-8474
Tel: 619.814.5800 Fax: 619.814.6799

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000
San Jose, CA 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Defendants
COUNTY OF SAN DIEGO, SAN DIEGO
COUNTY SHERIFF'S OFFICE and SAN DIEGO COUNTY PROBATION
DEPARTMENT

[6020420.1]

Case No. 3:20-cv-00406-AJB-DDL

NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF MEDICAL AND DENTAL
SETTLEMENT AGREEMENT RESOLVING FIRST AND SIXTH CLAIMS FOR RELIEF

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT at 10:00 a.m. on September 17, 2026 in Courtroom 4A, or as soon thereafter as the matter may be heard, the Parties to this action will and hereby do move the Court for entry of an Order:  (1) granting preliminary approval of the proposed class settlement agreement resolving Plaintiffs' First and Sixth Claims for Relief (the "Settlement Agreement") submitted herewith as Exhibit A to the Declaration of Gay Crosthwait Grunfeld in support of this Motion; (2) approving the form of and distribution method for notice of the Settlement Agreement to the Class Members; and (3) scheduling deadlines for objections and a fairness hearing regarding final approval of the Settlement Agreement.  These issues are subject to Joint Motion by Plaintiffs and Defendants.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[6020420.1]

1

Case No. 3:20-cv-00406-AJB-DDL

The Motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the attached Declaration of Gay Crosthwait Grunfeld and the exhibits attached thereto; all pleadings and papers on file in this action; and any oral argument this Court permits.

Respectfully submitted,

DATED:  June 15, 2026          ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses

DATED:  June 15, 2026          BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Elizabeth M. Pappy*
Elizabeth M. Pappy

Attorneys for Defendants

## SIGNATURE CERTIFICATION

Pursuant to the Court's Electronic Case Filings Procedures Manual Section 2(f)(4), I certify that I have obtained consent of all signatories to the electronic filing of the foregoing document.

DATED:  June 15, 2026          ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

Attorneys for Plaintiffs and the Certified Class and Subclasses

[6020420.1]                    2                    Case No. 3:20-cv-00406-AJB-DDL
NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF MEDICAL AND DENTAL SETTLEMENT AGREEMENT RESOLVING FIRST AND SIXTH CLAIMS FOR RELIEF