UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,

Defendants.

Case No.: 20-cv-00406-AJB-DDL

**ORDER REQUIRING THE FILING OF UNREDACTED DOCUMENTS**

On September 14, 2026, the Court issued an order granting in part and denying in part Plaintiffs' Motion to File Documents Under Seal (Doc. No. 976) and denying Defendants' Motion to File Documents Under Seal (Doc. No. 986). Specifically, the Court granted Plaintiffs' Motion to Seal (1) the redacted medical information in David Thomas's

medical records, (2) the personal address and contact information of Plaintiffs' expert Dr. Stewart, (3) the names and identifying information of witnesses to the death of Aaron Bonin, (4) the identifying information of non-declarant class members in connection with their medical information, and (5) the floor plan of a housing unit at the jail. (Doc. No. 976.) The Court denied without prejudice Plaintiffs' Motion to Seal the redacted portions of the Grunfeld Declaration, the Dr. Stewart Declaration, and Exhibit B attached to the Stewart Declaration. (Doc. No. 976.) The Court also denied without prejudice Defendants' Motion to Seal. (Doc. No. 986.)

Recognizing the potentially sensitive nature of some of the documents at issue, the Court afforded the parties fourteen days to file a motion for reconsideration. To date, neither party has filed a motion for reconsideration.

Accordingly, the Court **ORDERS** that, by no later than **October 16, 2026**:

1. Plaintiffs must file an unredacted version of the Grunfeld Declaration filed in support of Plaintiffs' Motion for Preliminary Injunction (*see* Doc. No. 979-2);

2. Plaintiffs must file a modified Dr. Pablo Stewart Declaration, and Exhibit B attached thereto, redacting only the names and other identifying information of the Class Members (*see* Doc. No. 979-6);

3. Defendants must file an unredacted version of the declaration of Jacob Skelly-Brown, MFT, and Exhibit A attached thereto, filed in conjunction with Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (*see* Doc. No. 988-2); and

4. Defendants must file an unredacted version of the declaration of Dr. J. Montgomery, D.O. filed in conjunction with Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (*see* Doc. No. 988-3).

**IT IS SO ORDERED.**

Dated: October 7, 2026

Hon. Anthony J. Battaglia
United States District Judge